IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Nortel Networks Inc. et al.,[1]<br><br>           Debtors. | ) Chapter 11<br>)<br>) Case No. 09-10138 (KG)<br>)<br>) (Jointly Administered)<br>)<br>) **Hearing Date: TBD**<br>) |

## NOTICE OF SIXTH INTERIM FEE APPLICATION REQUEST

Name of Applicant:                           Cassels Brock & Blackwell LLP

Authorized to Provide
Professional Services to:                    Official Committee of Unsecured Creditors

Date of Retention:                           March 17, 2014, *Nunc Pro Tunc* to March 4, 2014

Period for which compensation
and reimbursement is sought:                 May 1, 2015 through July 31, 2015[2]

Amount of Compensation sought as
actual, reasonable and necessary:            CDN. $1,054,012.00 Equivalent to USD $793,881.84[3]

Amount of Expense Reimbursement sought
as actual, reasonable and necessary:         CDN. $5,257.39 Equivalent to USD $3,959.87[3]

This is (a)n: _X_ interim       ___ final application

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567); and Nortel Networks (CALA) Inc. (4226).

[2] Cassels Brock & Blackwell LLP's May, 2015, June, 2015 and July, 2015 monthly fee applications are incorporated herein by reference.

[3] Reuters Exchange Rate on August 31, 2015 was CDN. $1.00 : U.S. $0.7532

Legal*15063234.1

Summary of Fee Applications for Compensation Period:

| | | Requested | | Approved | | Holdback Fees Requested |
|---|---|---|---|---|---|---|
| Date Filed Docket No. | Period Covered | Fees | Expenses | Fees (80%) | Expenses (100%) | Fees (20%) |
| Date Filed: 8/27/15 Docket No. 16081 | 5/1/15 –5/31/15 | $385,965.00 | $2,194.35 | $308,772.00 Pending Obj. Deadline September 17, 2015 | $2,194.35 Pending Obj. Deadline September 17, 2015 | $77,193.00 |
| Date Filed: 8/28/15 Docket No. 16100 | 6/1/15 - 6/30/15 | $288,587.00 | $1,436.51 | $230,869.60 Pending Obj. Deadline September 18, 2015 | $1,436.51 Pending Obj. Deadline September 18, 2015 | $57,717.40 |
| Date Filed: 8/31/15 Docket No. 16110 | 7/1/15 - 7/31/15 | $379,460.00 | $1,626.53 | $303,568.00 Pending Obj. Deadline September 21, 2015 | $1,626.53 Pending Obj. Deadline September 21, 2015 | $75,892.00 |
| TOTALS: | All amounts in CDN.$ | $1,054,012.00 | $5,257.39 | $843,209.60[4] | $5,257.39[5] | $210,802.40 |

Summary of any Objections to Fee Applications:  None.

Dated: August 31, 2015
    Toronto, Ontario

_____
Michael J. Wunder
CASSELS BROCK & BLACKWELL LLP
Suite 2100, Scotia Plaza
40 King Street West
Toronto, Ontario  M5H 3C2
(416) 869-5300
Canadian Counsel to the Official Committee of
Unsecured Creditors of Nortel Networks Inc., *et al.*

---

[4] The total amount reflected in this column includes amounts pending approval.

[5] The total amount reflected in this column includes amounts pending approval.

2

Legal*15063234.1