3

**See Attached for Exhibits A through H**

3

# Exhibit A

## The Mergis Group
### Summary of Professionals

Nortel Networks, Inc. et al.
For the period of June 1, 2015 through June 30, 2015

| Professional | Position | Title / Role of Professional |
|---|---|---|
| Timothy C. Ross | Officer | Chief Financial Officer and Corporate Secretary - Management responsibility for all business and finance functions supporting the U.S. Principal Officer in the company operation and liquidation; direct responsibilities include, operating budget oversight, treasury management, general accounting and controls, tax, information technology, human resources, real estate management, and foreign subsidiary wind down. Employee Benefits and Pension Investment Committee member. |
| William D. Cozart | Non-Officer | Associate - General accounting control oversight, debtor financial reporting (MOR, Form 26, etc.), general accounting control oversight, finance systems administration & controls, accounts receivable and billing, bank account reconciliations. |
| Deborah M. Parker | Non-Officer | Associate - Health and Welfare benefits plan termination, HR data systems management and oversight, regulatory compliance, and health and welfare benefit plan reimbursement oversight. |
| Kim Ponder | Non-Officer | Associate - General accounting & finance services for accounts payable, payment processing for normal course, intercompany, and professional, claims and litigation settlement disbursement processing, statutory reporting management & oversight. |

# Exhibit B

## The Mergis Group
### Summary of Projects and Project Descriptions

Nortel Networks, Inc. et al.
For the period of June 1, 2015 through June 30, 2015

| Project | Project Description |
|---|---|
| Administrative | Administrative matters related to the Debtors engagement. Includes board meetings, staff meetings, preparation of miscellaneous statements, surveys, and schedules, miscellaneous document review and execution, electronic minute book maintenance, and office and general case management activities. |
| Bankruptcy Reporting | Assist the Debtors with bankruptcy reporting requirements. Includes the financial reporting preparation & management review of the Monthly Operating Report (MOR), Form 26, Ordinary Course Professionals Report (OCP), US Trustee Fee Report, and related matters for the US Trustee. |
| Cash Management | Support the Debtors with cash flow management activities. Includes treasury systems management and controls, bank service contract oversight, cash flow planning and analysis, accountability for cash flow budget achievement, and cash reporting to estate constituents. |
| Claims Administration | Assist the Debtors with claims matters. Includes claims database systems and controls, data maintenance, analysis and validation, communications, distribution process planning, and claims settlement / distribution execution. |
| Compensation Application | Activities relating to the professional time tracking and preparation of the compensation application. |
| Discovery | Activities driven by requests directed to Nortel Networks Inc. in support of the business divestiture proceeds allocation litigation. Includes data / document extraction and analysis, preparation & presentation of findings, interface with legal counsel, and participate in court hearings. |
| Electronic Data and Document Preservation | Support the Debtors with the preservation of electronic data and hard copy documents. Includes governance and maintenance in compliance with court retention requirements and associated vendor service contract oversight. |
| Entity Liquidation and Wind Down | Assist the Debtors with the liquidation, wind down and/or deregistration of Nortel Networks, Inc. and its subsidiaries and branches (foreign and domestic).Includes the development and execution of step plans to ensure local law and U.S. Bankruptcy Court compliance in areas such as intercompany settlements, debt forgiveness, tax clearance certificates, final account balances; compliance with local and U.S. statutory, tax, financial and other governmental reporting requirements; repatriation of subsidiary or branch cash to parent; and coordinate with and support local accounting and legal professionals in conjunction with of all of the above. |
| Finance and General Accounting | Assist the Debtors with finance and general accounting operations in compliance with US GAAP. Includes statutory financial reporting preparation & review, month and year end close processing, finance systems & controls, journal entry preparation, management review, and posting, account reconciliations, balance sheet analysis, and normal course accounts receivable and payable administration . |

# Exhibit B

## The Mergis Group
## Summary of Projects and Project Descriptions

Nortel Networks, Inc. et al.
For the period of June 1, 2015 through June 30, 2015

| Project | Project Description |
|---|---|
| Human Resources | Support the Debtors in Human Resources matters. Includes development and execution of Debtors benefit plan termination (health and welfare, 401K, etc.), plan regulatory compliance oversight and reporting (audits, plan boards & committees, etc.) vendor services contract management and oversight, human resource related communications, and HR systems and data maintenance and reporting. |
| Information Technology Operations | Assist the Debtors with the maintenance and support of the Nortel Networks, Inc. residual company information technology infrastructure operations. Includes vendor services and contract oversight, data extraction, back-up, and recovery, and infrastructure problem resolution support. |
| Insurance & Risk Management | Assist the Debtors with insurance and risk management activities. Includes tracking and periodic management review of Debtors insurance coverage; ensuring compliance with established policies, leases, and contracts. Provide service oversight to agent/broker contract. |
| Plan of Reorganization | Assist the Debtors with the preparation of the plan of reorganization and associated disclosure statement. Includes financial analysis and Debtors review. |
| Professional Fee Applications | Assist the Debtors with the payment administration of engaged professionals. Includes financial recording of professional fee applications to Debtors' books and records, reconciliation to Omnibus Fee Order to Debtors' books and records, fee disbursement based on Certificate of No Objection (CNO), and associated year end regulatory reporting. |
| Real Estate Management | Assist the Debtors with lease and real estate matters. Includes property management vendor contract oversight, property management budget achievement accountability and associated financial planning & analysis, lease and sub-lease management / governance, and property marketing activities. |
| Residual Business Operations | Assist the Debtors in the resolution of outstanding residual business operations matters. Includes activities relating to residual business services customer, vendor, and/or buyer contracts and associated receivables, payables, and/or inventory, regulatory and government required business reporting surveys and schedules, and review and action of service of process notifications. |
| Tax Matters | Assist the Debtors with tax matters. Includes vendor service contract oversight, financial analysis support and management review of federal, state, and local Tax returns, claims, and audits, and authorization of tax related matters (annual report filings, settlements, etc.) . |
| Travel | Authorized travel to support Debtors projects. |

# Exhibit C

## The Mergis Group
### Summary of Fees and Expenses

Nortel Networks, Inc. et al.
For the period of June 1, 2015 through June 30, 2015

|  | Fees | Expenses | Total |
|---|---|---|---|
| For the period of June 1, 2015 through June 30, 2015 | $ 172,788.00 | $ 918.62 | $ 173,706.62 |

Exhibit C                                                                                                                                                   Page 1 of 1

# Exhibit D

## The Mergis Group
## Summary of Time by Professional

Nortel Networks, Inc. et al.
For the period of June 1, 2015 through June 30, 2015

| Professional | Position | Title / Role of Professional | Hours |
|---|---|---|---|
| Timothy C. Ross | Officer | Chief Financial Officer and Corporate Secretary - Management responsibility for all business and finance functions supporting the U.S. Principal Officer in the company operation and liquidation; direct responsibilities include, operating budget oversight, treasury management, general accounting and controls, tax, information technology, human resources, real estate management, and foreign subsidiary wind down. Employee Benefits and Pension Investment Committee member. | 175.50 |
| William D. Cozart | Non-Officer | Associate - General accounting control oversight, debtor financial reporting (MOR, Form 26, etc.), general accounting control oversight, finance systems administration & controls, accounts receivable and billing, bank account reconciliations. | 157.00 |
| Deborah M. Parker | Non-Officer | Associate - Health and Welfare benefits plan termination, HR data systems management and oversight, regulatory compliance, and health and welfare benefit plan reimbursement oversight. | - |
| Kim Ponder | Non-Officer | Associate - General accounting & finance services for accounts payable, payment processing for normal course, intercompany, and professional, claims and litigation settlement disbursement processing, statutory reporting management & oversight. | 129.50 |

| | |
|---|---|
| Hours for the period of June 1, 2015 through June 30, 2015 | 462.00 |
| Billing Rate | $ 374.00 |
| Fees for the period of June 1, 2015 through June 30, 2015 | $ 172,788.00 |

# Exhibit E

## The Mergis Group
## Summary of Fees by Project

Nortel Networks, Inc. et al.
For the period of June 1, 2015 through June 30, 2015

| Project | Project Description | Hours | Fees |
|---|---|---|---|
| Administrative | Administrative matters related to the Debtors engagement. Includes board meetings, staff meetings, preparation of miscellaneous statements, surveys, and schedules, miscellaneous document review and execution, electronic minute book maintenance, and office and general case management activities. | - | $ - |
| Bankruptcy Reporting | Assist the Debtors with bankruptcy reporting requirements. Includes the financial reporting preparation & management review of the Monthly Operating Report (MOR), Form 26, Ordinary Course Professionals Report (OCP), US Trustee Fee Report, and related matters for the US Trustee. | 17.50 | $ 6,545.00 |
| Cash Management | Support the Debtors with cash flow management activities. Includes treasury systems management and controls, bank service contract oversight, cash flow planning and analysis, accountability for cash flow budget achievement, and cash reporting to estate constituents. | 40.25 | $ 15,053.50 |
| Claims Administration | Assist the Debtors with claims matters. Includes claims database systems and controls, data maintenance, analysis and validation, communications, distribution process planning, and claims settlement / distribution execution. | 37.00 | $ 13,838.00 |
| Compensation Application | Activities relating to the professional time tracking and preparation of the compensation application. | 11.00 | $ 4,114.00 |
| Discovery | Activities driven by requests directed to Nortel Networks Inc. in support of the business divestiture proceeds allocation litigation. Includes data / document extraction and analysis, preparation & presentation of findings, interface with legal counsel, and participate in court hearings. | 29.00 | $ 10,846.00 |
| Electronic Data and Document Preservation | Support the Debtors with the preservation of electronic data and hard copy documents. Includes governance and maintenance in compliance with court retention requirements and associated vendor service contract oversight. | 0.50 | $ 187.00 |
| Entity Liquidation and Wind Down | Assist the Debtors with the liquidation, wind down and/or deregistration of Nortel Networks, Inc. and its subsidiaries and branches (foreign and domestic).Includes the development and execution of step plans to ensure local law and U.S. Bankruptcy Court compliance in areas such as intercompany settlements, debt forgiveness, tax clearance certificates, final account balances; compliance with local and U.S. statutory, tax, financial and other governmental reporting requirements; repatriation of subsidiary or branch cash to parent; and coordinate with and support local accounting and legal professionals in conjunction with of all of the above. | 9.00 | $ 3,366.00 |
| Finance and General Accounting | Assist the Debtors with finance and general accounting operations in compliance with US GAAP. Includes statutory financial reporting preparation & review, month and year end close processing, finance systems & controls, journal entry preparation, management review, and posting, account reconciliations, balance sheet analysis, and normal course accounts receivable and payable administration . | 205.00 | $ 76,670.00 |
| Human Resources | Support the Debtors in Human Resources matters. Includes development and execution of Debtors benefit plan termination (health and welfare, 401K, etc.), plan regulatory compliance oversight and reporting (audits, plan boards & committees, etc.) vendor services contract management and oversight, human resource related communications, and HR systems and data maintenance and reporting. | 236.00 | $ 88,264.00 |
| Information Technology Operations | Assist the Debtors with the maintenance and support of the Nortel Networks, Inc. residual company information technology infrastructure operations. Includes vendor services and contract oversight, data extraction, back-up, and recovery, and infrastructure problem resolution support. | 1.00 | $ 374.00 |
| Insurance & Risk Management | Assist the Debtors with insurance and risk management activities. Includes tracking and periodic management review of Debtors insurance coverage; ensuring compliance with established policies, leases, and contracts. Provide service oversight to agent/broker contract. | 3.50 | $ 1,309.00 |

# Exhibit E

## The Mergis Group
### Summary of Fees by Project

Nortel Networks, Inc. et al.
For the period of June 1, 2015 through June 30, 2015

| Project | Project Description | Hours | Fees |
|---|---|---|---|
| Plan of Reorganization | Assist the Debtors with the preparation of the plan of reorganization and associated disclosure statement. Includes financial analysis and Debtors review. | - | $ - |
| Professional Fee Applications | Assist the Debtors with the payment administration of engaged professionals. Includes financial recording of professional fee applications to Debtors' books and records, reconciliation to Omnibus Fee Order to Debtors' books and records, fee disbursement based on Certificate of No Objection (CNO), and associated year end regulatory reporting. | 8.25 | $ 3,085.50 |
| Real Estate Management | Assist the Debtors with lease and real estate matters. Includes property management vendor contract oversight, property management budget achievement accountability and associated financial planning & analysis, lease and sub-lease management / governance, and property marketing activities. | 23.00 | $ 8,602.00 |
| Residual Business Operations | Assist the Debtors in the resolution of outstanding residual business operations matters. Includes activities relating to residual business services customer, vendor, and/or buyer contracts and associated receivables, payables, and/or inventory, regulatory and government required business reporting surveys and schedules, and review and action of service of process notifications. | 49.00 | $ 18,326.00 |
| Tax Matters | Assist the Debtors with tax matters. Includes vendor service contract oversight, financial analysis support and management review of federal, state, and local Tax returns, claims, and audits, and authorization of tax related matters (annual report filings, settlements, etc.). | 26.00 | $ 9,724.00 |
| Travel | Authorized travel to support Debtors projects. | - | $ - |
| **For the period of June 1, 2015 through June 30, 2015** | | **696.00** | **$ 260,304.00** |

## Exhibit F

### The Mergis Group
### Time Description Detail by Project

Nortel Networks, Inc. et al.
For the period of June 1, 2015 through June 30, 2015

| Project / Date | Professional | Project Work Description | Hours |
|---|---|---|---|
| **Bankruptcy Reporting** | | | |
| 6/15/2015 | William D. Cozart | Prepare consolidation for May MOR. | 3.50 |
| 6/15/2015 | William D. Cozart | Prepare May MOR report. | 2.50 |
| 6/16/2015 | Timothy C. Ross | Prepared and analyzed Debtors cash receipts and disbursements for the monthly operating report | 4.00 |
| 6/17/2015 | William D. Cozart | Prepare May MOR. | 3.00 |
| 6/19/2015 | Timothy C. Ross | Reviewed and authorized release of Debtors MOR | 1.00 |
| 6/19/2015 | William D. Cozart | Prepare May MOR. | 1.00 |
| 6/19/2015 | William D. Cozart | Meeting with T. Ross re: review of May MOR. | 0.50 |
| 6/30/2015 | William D. Cozart | Update files for June 2015 Form 26. | 2.00 |
| **Bankruptcy Reporting Total** | | | **17.50** |
| **Cash Management** | | | |
| 6/1/2015 | Kim Ponder | FCB deposit. | 0.50 |
| 6/1/2015 | Timothy C. Ross | Analyzed Debtors cash receipts and disbursements to budget and prepared / published monthly results to Debtors constituents. | 4.00 |
| 6/2/2015 | Kim Ponder | FCB and VEBA deposits. | 1.00 |
| 6/2/2015 | Timothy C. Ross | Reviewed and authorized Debtors bank deposits. | 0.50 |
| 6/3/2015 | Timothy C. Ross | Reviewed, authorized, and released Citibank transmittal | 0.50 |
| 6/3/2015 | Timothy C. Ross | Prepared and analyzed Debtors four week rolling cash flow requirements and executed funding transactions | 3.00 |
| 6/4/2015 | Kim Ponder | FCB deposit. | 0.50 |
| 6/4/2015 | Timothy C. Ross | Researched and responded to WT regarding Debtors invoice issues. | 0.50 |
| 6/4/2015 | Timothy C. Ross | Reviewed, authorized, and released Debtors disbursements. | 2.00 |
| 6/5/2015 | Kim Ponder | FCB deposit. | 0.50 |
| 6/5/2015 | Timothy C. Ross | Worked Debtors foreign subsidiary bank account issue. | 0.50 |
| 6/5/2015 | Timothy C. Ross | Reviewed and authorized Debtors bank deposits. | 0.50 |
| 6/5/2015 | Timothy C. Ross | Worked Debtors treasury management matters with Wilmington Trust (S. Wyant). | 1.00 |
| 6/8/2015 | Kim Ponder | Drafted weekly cash needs and initiated bank transfer. | 0.75 |
| 6/8/2015 | Timothy C. Ross | Worked Debtors treasury management matters with WT (S. Wyant). | 1.00 |
| 6/8/2015 | Timothy C. Ross | Prepared direction letter and reviewed, authorized, released Debtors funds transfers to WT. | 1.00 |
| 6/9/2015 | Timothy C. Ross | Received, analyzed, and responded to CGSH (L. Lipner) questions. | 1.00 |
| 6/10/2015 | Timothy C. Ross | Received, reviewed, and responded to WT (S. Wyant). | 0.50 |
| 6/10/2015 | Timothy C. Ross | Prepared and analyzed Debtors four week rolling cash flow requirements and executed Treasury funding transactions. | 2.50 |
| 6/11/2015 | Timothy C. Ross | Reviewed, authorized, and released Debtors foreign subsidiary disbursements. | 0.50 |
| 6/11/2015 | Timothy C. Ross | Reviewed, authorized, and released Debtors disbursements. | 2.00 |
| 6/12/2015 | Kim Ponder | FCB deposit. | 0.50 |
| 6/12/2015 | Timothy C. Ross | Worked Debtors foreign subsidiary banking issue with Citibank and Deloitte. | 0.50 |
| 6/15/2015 | Timothy C. Ross | Reviewed and authorized Debtors bank deposits. | 0.50 |
| 6/17/2015 | Kim Ponder | FCB deposit. | 0.50 |
| 6/17/2015 | Timothy C. Ross | Prepared and analyzed Debtors four week rolling cash flow requirements and executed funding transactions. | 3.00 |
| 6/17/2015 | Timothy C. Ross | Reviewed and authorized Debtors bank deposits. | 0.50 |
| 6/19/2015 | Timothy C. Ross | Reviewed, authorized, and released Debtors disbursements. | 3.00 |
| 6/22/2015 | Kim Ponder | FCB and VEBA deposits. | 1.00 |
| 6/22/2015 | Timothy C. Ross | Reviewed and authorized Debtors bank deposits. | 0.50 |
| 6/23/2015 | Kim Ponder | VEBA deposit. | 0.50 |
| 6/24/2015 | Timothy C. Ross | Prepared and analyzed Debtors four week rolling cash flow requirements and executed funding transactions. | 2.50 |
| 6/29/2015 | Timothy C. Ross | Reviewed and authorized Debtors bank deposits. | 0.50 |
| 6/30/2015 | Timothy C. Ross | Analyzed Debtors cash receipts and disbursements to budget and prepared / published monthly results to Debtors constituents. | 2.50 |
| **Cash Management Total** | | | **40.25** |
| **Claims Administration** | | | |
| 6/2/2015 | Kim Ponder | Received, reviewed and responded to request for claims data. | 2.00 |
| 6/2/2015 | Kim Ponder | Meeting with RLKS, T Ross and D Cozart re: claims issue. | 2.00 |
| 6/2/2015 | Timothy C. Ross | Researched Debtors claims matter. | 1.00 |
| 6/2/2015 | Timothy C. Ross | Meeting with RLKS (M. Cilia) claims issue. | 2.00 |
| 6/2/2015 | William D. Cozart | Meeting with RLKS, T. Ross and K. Ponder. | 2.00 |
| 6/3/2015 | Kim Ponder | Received and responded to request for claims data. | 5.00 |
| 6/5/2015 | William D. Cozart | Prepare reconciliations for claims. | 4.00 |
| 6/15/2015 | Kim Ponder | Received and responded to requests for GL reconciliation data. | 0.50 |
| 6/15/2015 | Timothy C. Ross | Worked Debtors recovery model analysis for RLKS (M. Cilia). | 3.00 |
| 6/17/2015 | Timothy C. Ross | Received, reviewed, and responded to Debtors former employee claims matters. | 1.00 |
| 6/17/2015 | Timothy C. Ross | Received, researched, and responded to Chilmark Partners (M. Kennedy) questions. | 0.50 |
| 6/18/2015 | William D. Cozart | Research re: Claims backup. | 5.00 |
| 6/19/2015 | William D. Cozart | Prepare research re: Claims backup. | 4.00 |
| 6/23/2015 | Kim Ponder | Meeting with EY and RLKS re: claims process. | 2.00 |
| 6/23/2015 | Timothy C. Ross | Meeting with RLKS and E&Y | 3.00 |
| **Claims Administration Total** | | | **37.00** |
| **Compensation Application** | | | |
| 6/4/2015 | Deborah M. Parker | Compensation application preparation re: update of timekeeping records. | 0.50 |
| 6/5/2015 | Kim Ponder | Compensation application preparation re: update of timekeeping records. | 0.50 |
| 6/5/2015 | Timothy C. Ross | Compensation application preparation re: update of timekeeping records. | 0.50 |
| 6/8/2015 | Timothy C. Ross | Received, reviewed, updated and finalized Mergis Staffing & Compensation report with CGSH edits and submitted to MNAT for court filing | 1.50 |
| 6/8/2015 | William D. Cozart | Compensation application preparation re: update of timekeeping records. | 0.50 |
| 6/11/2015 | Deborah M. Parker | Compensation application preparation re: update of timekeeping records. | 0.50 |
| 6/12/2015 | Kim Ponder | Compensation application preparation re: update of timekeeping records. | 0.50 |
| 6/12/2015 | Timothy C. Ross | Compensation application preparation re: update of timekeeping records. | 0.50 |
| 6/15/2015 | William D. Cozart | Compensation application preparation re: update of timekeeping records. | 0.50 |

## Exhibit F

### The Mergis Group
### Time Description Detail by Project

Nortel Networks, Inc. et al.
For the period of June 1, 2015 through June 30, 2015

| Project / Date | Professional | Project Work Description | Hours |
|---|---|---|---|
| 6/16/2015 | Timothy C. Ross | Prepared DRAFT Mergis staffing & compensation report for CGSH review | 2.50 |
| 6/18/2015 | Deborah M. Parker | Compensation application preparation re: update of timekeeping records. | 0.50 |
| 6/19/2015 | Kim Ponder | Compensation application preparation re: update of timekeeping records. | 0.50 |
| 6/19/2015 | Timothy C. Ross | Compensation application preparation re: update of timekeeping records. | 0.50 |
| 6/25/2015 | William D. Cozart | Compensation application preparation re: update of timekeeping records. | 0.50 |
| 6/26/2015 | Kim Ponder | Compensation application preparation re: update of timekeeping records. | 0.50 |
| 6/26/2015 | Timothy C. Ross | Compensation application preparation re: update of timekeeping records. | 0.50 |
| **Compensation Application Total** | | | **11.00** |

**Discovery**

| Date | Professional | Project Work Description | Hours |
|---|---|---|---|
| 6/1/2015 | Timothy C. Ross | Worked Debtors third party subpoena request from Crowell (S. Jackson). | 1.00 |
| 6/3/2015 | Timothy C. Ross | Received, reviewed, and actioned search request from CGSH (M. Gianis). | 0.50 |
| 6/4/2015 | Kim Ponder | Received and responded to request for data. | 0.50 |
| 6/4/2015 | Timothy C. Ross | Worked Debtors third party subpoena request from Crowell (S. Jackson). | 1.00 |
| 6/4/2015 | Timothy C. Ross | Researched and responded to request from CGSH (P. Cantwell). | 2.00 |
| 6/4/2015 | Timothy C. Ross | Conference call with CGSH (P. Cantwell) re discovery issues. | 0.50 |
| 6/5/2015 | Timothy C. Ross | Researched and responded to request from CGSH (P. Cantwell). | 0.50 |
| 6/8/2015 | Kim Ponder | Received and responded to inquiry. | 1.00 |
| 6/8/2015 | Timothy C. Ross | Worked information request from CGSH (P. Cantwell). | 1.00 |
| 6/8/2015 | Timothy C. Ross | Worked Debtors litigation request from CGSH (M. Gianis). | 2.00 |
| 6/9/2015 | Kim Ponder | Reviewed results of document search. | 0.50 |
| 6/9/2015 | Timothy C. Ross | Worked Debtors litigation request from CGSH (M. Gianis). | 1.50 |
| 6/9/2015 | Timothy C. Ross | Conference call with CGSH (V. Lashay) and RLKS (R. Perubhatla) re discovery issues. | 0.50 |
| 6/10/2015 | Timothy C. Ross | Worked Debtors litigation request from CGSH (M. Giannis). | 1.00 |
| 6/10/2015 | Timothy C. Ross | Worked Debtors litigation request from CGSh (P. Cantwell). | 1.50 |
| 6/11/2015 | Timothy C. Ross | Addressed follow-up questions from CGSH (P. Cantwell). | 1.00 |
| 6/15/2015 | Timothy C. Ross | Worked Debtors litigation request from CGSH (P. Cantwell). | 1.00 |
| 6/15/2015 | Timothy C. Ross | Received, reviewed, and actioned Debtors subpoena with CGSH (L. Lipner). | 0.50 |
| 6/16/2015 | Timothy C. Ross | Received, researched, and responded to CGSH (D. Byam) litigation request. | 0.50 |
| 6/17/2015 | Timothy C. Ross | Received, reviewed, and responded to Debtors litigation matters. | 0.50 |
| 6/17/2015 | Timothy C. Ross | Received, reviewed, and responded to CGSH (L. Lipner) correspondence. | 0.50 |
| 6/18/2015 | Kim Ponder | Received and responded to request for information. | 2.00 |
| 6/18/2015 | Timothy C. Ross | Follow-up with CGSH on open litigation action item. | 0.50 |
| 6/18/2015 | Timothy C. Ross | Received, researched, and responded to Debtors litigation matters. | 2.00 |
| 6/23/2015 | Timothy C. Ross | Worked Debtors litigation matters | 1.50 |
| 6/23/2015 | Timothy C. Ross | Received and worked request from CGSH (M. Gurgel). | 1.00 |
| 6/25/2015 | Timothy C. Ross | Received, reviewed, and responded to Crowell (M. Supko). | 0.50 |
| 6/25/2015 | Timothy C. Ross | Status follow-up with CGSH (M. Gurgel). | 0.50 |
| 6/30/2015 | Timothy C. Ross | Received, reviewed, and responded to Debtors third party discovery matter. | 0.50 |
| 6/30/2015 | Timothy C. Ross | Worked Debtors third party subpoena matters. | 1.00 |
| 6/30/2015 | Timothy C. Ross | Follow-up with CGSH (M. Gurgel) re discovery issue. | 0.50 |
| **Discovery Total** | | | **29.00** |

**Electronic Data and Document Preservation**

| Date | Professional | Project Work Description | Hours |
|---|---|---|---|
| 6/18/2015 | Kim Ponder | Retrieval of E. Smith equipment. | 0.50 |
| **Electronic Data and Document Preservation Total** | | | **0.50** |

**Entity Liquidation and Wind Down**

| Date | Professional | Project Work Description | Hours |
|---|---|---|---|
| 6/3/2015 | Timothy C. Ross | Received, reviewed, and responded to CGSH (K. Hailey, R. Reeb) | 0.50 |
| 6/5/2015 | Timothy C. Ross | Received, reviewed, and responded to LEX Caribbean and CGSH | 0.50 |
| 6/5/2015 | Timothy C. Ross | Conference call with LEX Caribbean (B. Shepard) and CGSH (K. Hailey, R. Reeb) | 0.50 |
| 6/11/2015 | Timothy C. Ross | Received and reviewed Debtors foreign subsidiary wind down matters | 0.50 |
| 6/11/2015 | Timothy C. Ross | Received and reviewed Debtors foreign subsidiary wind down matters | 0.50 |
| 6/11/2015 | Timothy C. Ross | Received and reviewed Debtors foreign subsidiary wind down matters | 0.50 |
| 6/15/2015 | Timothy C. Ross | Conference call with CGSH (K. Hailey, R. Eckenrod, and R. Reeb) | 0.50 |
| 6/15/2015 | Timothy C. Ross | Received, reviewed, and responded to Debtors foreign subsidiary matters | 0.50 |
| 6/16/2015 | Timothy C. Ross | Meeting with K. Ponder | 0.50 |
| 6/17/2015 | Timothy C. Ross | Received, reviewed and responded to Debtors counsel and tax/accounting professional | 0.50 |
| 6/17/2015 | Timothy C. Ross | Conference call with CGSH (K. Hailey) | 0.50 |
| 6/18/2015 | Timothy C. Ross | Prepared for conference call with Debtors foreign subsidiary liquidator, Abdelly (S. Chaari) | 0.50 |
| 6/19/2015 | Kim Ponder | Conference call with T Ross, CGSH and Abdelly. | 1.00 |
| 6/19/2015 | Timothy C. Ross | Conference call with Debtors Counsel, CGSH (K. Hailey) and Foreign Branch Subsidiary Liquidator, Abdelly (S. Chaari) | 1.00 |
| 6/22/2015 | Timothy C. Ross | Researched and responded to Debtors foreign subsidiary matters | 1.00 |
| **Entity Liquidation and Wind Down Total** | | | **9.00** |

**Finance and General Accounting**

| Date | Professional | Project Work Description | Hours |
|---|---|---|---|
| 6/1/2015 | Kim Ponder | Normal course payables | 1.00 |
| 6/1/2015 | Kim Ponder | Month end close. | 4.50 |
| 6/1/2015 | Timothy C. Ross | Prepared, authorized and submitted staffing time report. | 0.50 |
| 6/1/2015 | Timothy C. Ross | Worked Debtors general accounting matters | 2.00 |
| 6/1/2015 | William D. Cozart | Update FX rates in QuickBooks. | 3.00 |
| 6/1/2015 | William D. Cozart | Record Cash receipts. | 1.50 |
| 6/1/2015 | William D. Cozart | Prepare bank reconciliations for May. | 3.00 |
| 6/2/2015 | Kim Ponder | Month end close. | 3.00 |
| 6/2/2015 | Timothy C. Ross | Worked Debtors general accounting matters | 2.00 |
| 6/3/2015 | Kim Ponder | Normal course payables | 1.50 |
| 6/3/2015 | Timothy C. Ross | Worked Debtors general accounting matters | 1.00 |
| 6/3/2015 | William D. Cozart | Prepare bank reconciliations. | 3.50 |

## Exhibit F

### The Mergis Group
### Time Description Detail by Project

Nortel Networks, Inc. et al.
For the period of June 1, 2015 through June 30, 2015

| Project / Date | Professional | Project Work Description | Hours |
|---|---|---|---|
| 6/3/2015 | William D. Cozart | Record cash receipts. | 0.50 |
| 6/4/2015 | Kim Ponder | Normal course payables | 1.50 |
| 6/4/2015 | Kim Ponder | Month end close. | 5.50 |
| 6/4/2015 | Timothy C. Ross | Reviewed and authorized Debtors residual staffing invoices. | 0.50 |
| 6/4/2015 | William D. Cozart | Record cash receipts. | 0.50 |
| 6/4/2015 | William D. Cozart | Prepare bank reconciliations. | 2.00 |
| 6/5/2015 | Kim Ponder | Normal course payables | 1.00 |
| 6/5/2015 | Kim Ponder | Month end close. | 4.50 |
| 6/5/2015 | William D. Cozart | Record cash receipts. | 1.00 |
| 6/8/2015 | Kim Ponder | Normal course payables | 1.00 |
| 6/8/2015 | Kim Ponder | Scanning and vaulting of bank statements. | 1.00 |
| 6/8/2015 | Kim Ponder | Month end close. | 3.50 |
| 6/8/2015 | Timothy C. Ross | Received, researched, and responded to Chilmark (M. Kennedy) request | 1.00 |
| 6/8/2015 | Timothy C. Ross | Reviewed, authorized and submitted staffing time report. | 0.50 |
| 6/8/2015 | William D. Cozart | Record cash receipts. | 0.50 |
| 6/8/2015 | William D. Cozart | Prepare analysis of cash for CGHS. | 4.00 |
| 6/9/2015 | Kim Ponder | Normal course payables | 2.00 |
| 6/9/2015 | Kim Ponder | Normal course payables | 0.75 |
| 6/9/2015 | Kim Ponder | Month end close. | 4.00 |
| 6/9/2015 | Timothy C. Ross | Reviewed and authorized Debtors GL account reconciliations | 3.00 |
| 6/9/2015 | Timothy C. Ross | Worked Debtors general accounting matters | 1.00 |
| 6/9/2015 | William D. Cozart | Prepare analysis of MOR receivables. | 1.00 |
| 6/10/2015 | Kim Ponder | Month end close. | 8.00 |
| 6/10/2015 | Timothy C. Ross | Worked Debtors general accounting matters | 1.00 |
| 6/10/2015 | William D. Cozart | Prepare bank reconciliations for May. | 1.00 |
| 6/10/2015 | William D. Cozart | Prepare reconciliations for May. | 3.00 |
| 6/11/2015 | Kim Ponder | Normal course payables | 3.50 |
| 6/11/2015 | Kim Ponder | Received, researched and responded to Iron Mountain communication. | 1.00 |
| 6/11/2015 | Kim Ponder | Month end close. | 3.50 |
| 6/11/2015 | Timothy C. Ross | Worked Debtors general accounting matters | 2.00 |
| 6/11/2015 | William D. Cozart | Prepare reconciliations for May. | 4.00 |
| 6/12/2015 | Kim Ponder | Normal course payables | 1.00 |
| 6/12/2015 | Timothy C. Ross | Worked Debtors general accounting matters | 1.00 |
| 6/12/2015 | Timothy C. Ross | Reviewed and authorized Debtors residual services invoices. | 0.50 |
| 6/12/2015 | Timothy C. Ross | Received, reviewed, and actioned Debtors foreign subsidiary finance & accounting matters | 1.00 |
| 6/12/2015 | William D. Cozart | Prepare reconciliations for May. | 2.50 |
| 6/12/2015 | William D. Cozart | Close QuickBooks for May and prepare monthly combined reports. | 5.00 |
| 6/15/2015 | Kim Ponder | Normal course payables | 2.50 |
| 6/15/2015 | Kim Ponder | Bank statement scanning and vaulting. | 1.00 |
| 6/15/2015 | Kim Ponder | Document retention. | 3.00 |
| 6/15/2015 | Timothy C. Ross | Reviewed, authorized and submitted staffing time report. | 0.50 |
| 6/15/2015 | William D. Cozart | Record cash receipts. | 0.50 |
| 6/16/2015 | Kim Ponder | Normal course payables | 1.25 |
| 6/16/2015 | Kim Ponder | Meeting with T Ross to review Abdelly reconciliation. | 0.50 |
| 6/16/2015 | Kim Ponder | General ledger reconciliations. | 2.00 |
| 6/16/2015 | William D. Cozart | Prepare reconciliations for May. | 3.00 |
| 6/17/2015 | Kim Ponder | Preparation of data binder re: sharing of trial costs. | 6.50 |
| 6/17/2015 | William D. Cozart | Perform approved vendor maintenance in QuickBooks. | 0.50 |
| 6/18/2015 | Kim Ponder | Normal course payables | 3.50 |
| 6/18/2015 | Kim Ponder | Follow up communication with Iron Mountain. | 0.50 |
| 6/18/2015 | Kim Ponder | Normal course payables | 0.50 |
| 6/18/2015 | Kim Ponder | QB vendor maintenance. | 1.00 |
| 6/18/2015 | Timothy C. Ross | Reviewed and authorized Debtors residual services invoices for payment. | 0.50 |
| 6/18/2015 | William D. Cozart | Record daily cash receipts. | 0.50 |
| 6/19/2015 | Kim Ponder | Normal course payables | 0.50 |
| 6/19/2015 | Kim Ponder | General ledger account reconciliations. | 6.00 |
| 6/19/2015 | William D. Cozart | Prepare reconciliations for May. | 2.50 |
| 6/22/2015 | Kim Ponder | General ledger reconciliations. | 4.50 |
| 6/22/2015 | Timothy C. Ross | Reviewed, authorized and submitted staffing time report. | 0.50 |
| 6/22/2015 | Timothy C. Ross | Received, reviewed, and responded to Debtors accounting matters | 1.00 |
| 6/22/2015 | William D. Cozart | Prepare billings for July rent | 4.50 |
| 6/22/2015 | William D. Cozart | Record cash receipts. | 0.50 |
| 6/22/2015 | William D. Cozart | Research re: Affiliate audit confirmation. | 1.50 |
| 6/23/2015 | Kim Ponder | Normal course payables | 1.00 |
| 6/23/2015 | Kim Ponder | Normal course payables | 3.50 |
| 6/23/2015 | Kim Ponder | Intercompany billing. | 0.50 |
| 6/23/2015 | Timothy C. Ross | Received, reviewed, and responded to Debtors foreign subsidiary FS audit matters | 1.00 |
| 6/23/2015 | William D. Cozart | Record cash receipts. | 1.00 |
| 6/23/2015 | William D. Cozart | Research re: Affiliate audit confirmations. | 3.00 |
| 6/23/2015 | William D. Cozart | Prepare billings for June. | 1.00 |
| 6/23/2015 | William D. Cozart | Prepare account reconciliations for May. | 1.50 |
| 6/24/2015 | Kim Ponder | Normal course payables | 1.00 |
| 6/24/2015 | Timothy C. Ross | Conference call with CGSH (L. Lipner) | 0.50 |
| 6/24/2015 | Timothy C. Ross | Reviewed, authorized, and communicated Debtors security deposit draw down | 0.50 |
| 6/24/2015 | William D. Cozart | Record cash receipts. | 1.00 |
| 6/24/2015 | William D. Cozart | Meeting with T Ross and CGHS L Lipner re: affiliate audit confirmations. | 0.50 |
| 6/24/2015 | William D. Cozart | Prepare reconciliations for May. | 1.00 |
| 6/25/2015 | Kim Ponder | Normal course payables | 5.00 |
| 6/25/2015 | Kim Ponder | Cross training | 0.50 |
| 6/25/2015 | Kim Ponder | Document retention. | 1.00 |
| 6/25/2015 | Timothy C. Ross | Reviewed and authorized Debtors GL account reconciliations | 3.00 |
| 6/25/2015 | William D. Cozart | Accounts payable transition of duties. | 2.50 |
| 6/25/2015 | William D. Cozart | Received, reviewed, researched and responded to correspondence re: affiliate confirmations. | 2.50 |
| 6/26/2015 | Timothy C. Ross | Reviewed and authorized Debtors Bank reconciliations | 2.50 |

# Exhibit F

## The Mergis Group
## Time Description Detail by Project

Nortel Networks, Inc. et al.
For the period of June 1, 2015 through June 30, 2015

| Project / Date | Professional | Project Work Description | Hours |
|---|---|---|---|
| 6/29/2015 | Kim Ponder | Normal course payables | 0.50 |
| 6/29/2015 | Kim Ponder | Received and responded to email. | 0.50 |
| 6/29/2015 | Timothy C. Ross | Reviewed, authorized and submitted staffing time report. | 0.50 |
| 6/29/2015 | Timothy C. Ross | Reviewed and authorized Debtors Bank reconciliations (completed) | 1.50 |
| 6/29/2015 | William D. Cozart | Process cash receipts. | 1.50 |
| 6/29/2015 | William D. Cozart | Accounts Payable: process and mail checks. | 1.50 |
| 6/29/2015 | William D. Cozart | Prepare June close checklist. | 2.50 |
| 6/30/2015 | Timothy C. Ross | Worked Debtors finance and accounting matters | 1.00 |
| 6/30/2015 | Timothy C. Ross | Reviewed and authorized Debtors residual invoices for payment. | 0.50 |
| 6/30/2015 | Timothy C. Ross | Reviewed and authorized Debtors foreign subsidiary invoices for payment | 1.00 |
| 6/30/2015 | William D. Cozart | Upload foreign exchange rates to QuickBooks for June month end. | 4.00 |
| 6/30/2015 | William D. Cozart | Accounts Payable: Open mail and file invoices. | 2.00 |
| **Finance and General Accounting Total** | | | **205.00** |

### Human Resources

| Date | Professional | Project Work Description | Hours |
|---|---|---|---|
| 6/1/2015 | Deborah M. Parker | Misc. HR activities | 4.00 |
| 6/1/2015 | Deborah M. Parker | HR Shared Services | 1.00 |
| 6/1/2015 | Kim Ponder | Received, researched and responded to involuntary deduction requests concerning former employee. | 0.50 |
| 6/1/2015 | Timothy C. Ross | Conference call with Baker Donelson (P. Donelison) | 0.50 |
| 6/1/2015 | William D. Cozart | Teleconference with Baker Donelson, P. O'Rourke re: LTIP 5500. | 0.50 |
| 6/2/2015 | Deborah M. Parker | HR Shared Services | 1.00 |
| 6/2/2015 | Deborah M. Parker | Misc. HR activities | 6.00 |
| 6/2/2015 | Timothy C. Ross | Reviewed and authorized benefit related deposits to the Northern Telecom Health and Welfare Trust. | 0.50 |
| 6/2/2015 | William D. Cozart | Prepare LTIP 5500. | 2.00 |
| 6/3/2015 | Deborah M. Parker | Misc. HR activities | 6.50 |
| 6/3/2015 | Kim Ponder | Received and responded to State of Wisconsin survey. | 0.50 |
| 6/3/2015 | Timothy C. Ross | Reviewed and executed Debtors final LTIP 2014 5500. | 1.00 |
| 6/4/2015 | Timothy C. Ross | Follow-up on Debtors benefit wind down matter | 0.50 |
| 6/8/2015 | Deborah M. Parker | Misc. HR activities | 11.00 |
| 6/8/2015 | William D. Cozart | Prepare documents for LTIP. | 1.50 |
| 6/8/2015 | William D. Cozart | Prepare documents for VEBA. | 1.50 |
| 6/9/2015 | Deborah M. Parker | HR Shared Services | 2.00 |
| 6/9/2015 | Deborah M. Parker | Misc. HR activities | 8.00 |
| 6/9/2015 | Timothy C. Ross | Reviewed and authorized release of DRAFT 2014 LTIP SAR to Counsel for review. | 0.50 |
| 6/9/2015 | William D. Cozart | Prepare documents for LTIP. | 4.00 |
| 6/9/2015 | William D. Cozart | Meeting with T Ross to review LTIP SAR draft. | 0.50 |
| 6/9/2015 | William D. Cozart | Prepare documents for VEBA. | 2.50 |
| 6/10/2015 | Deborah M. Parker | Misc. HR activities | 11.00 |
| 6/10/2015 | Timothy C. Ross | Received, reviewed, and responded to Debtors benefit matter | 0.50 |
| 6/10/2015 | William D. Cozart | Prepare documents for LTIP. | 4.00 |
| 6/11/2015 | Deborah M. Parker | Misc. HR activities | 8.00 |
| 6/11/2015 | Deborah M. Parker | HR Shared Services | 2.00 |
| 6/11/2015 | Timothy C. Ross | Worked Debtors benefit plan reporting matters | 0.50 |
| 6/15/2015 | Deborah M. Parker | Misc. HR activities | 10.00 |
| 6/15/2015 | Timothy C. Ross | Worked Debtors residual staffing matters | 1.00 |
| 6/16/2015 | Deborah M. Parker | Misc. HR activities | 9.00 |
| 6/16/2015 | Timothy C. Ross | Reviewed and authorized the release of Debtors 2014 Northern Telecom Health & Welfare Trust SAR. | 1.00 |
| 6/16/2015 | Timothy C. Ross | Received, reviewed, and responded to Debtors benefits matters | 0.50 |
| 6/16/2015 | William D. Cozart | Received, reviewed and responded to correspondence re: VEBA SAR. | 1.00 |
| 6/17/2015 | Deborah M. Parker | HR Shared Services | 1.75 |
| 6/17/2015 | Deborah M. Parker | Misc. HR activities | 11.25 |
| 6/17/2015 | Kim Ponder | Received and responded to request for data calculation from former employee. | 1.00 |
| 6/17/2015 | William D. Cozart | Received, reviewed and actioned correspondence re LTIP. | 0.50 |
| 6/18/2015 | Deborah M. Parker | Misc. HR activities | 7.00 |
| 6/18/2015 | Timothy C. Ross | Worked Debtors HR / Benefit wind down matter | 1.00 |
| 6/18/2015 | William D. Cozart | Prepare SAR for LTIP. | 2.50 |
| 6/19/2015 | Deborah M. Parker | Misc. HR activities | 9.25 |
| 6/22/2015 | Deborah M. Parker | Misc. HR activities | 7.00 |
| 6/22/2015 | Deborah M. Parker | HR Shared Services | 1.00 |
| 6/22/2015 | Timothy C. Ross | Worked Debtors HR SME staffing matters | 1.00 |
| 6/22/2015 | Timothy C. Ross | Prepared and executed direction letter and authorized deposits to the Northern Telecom Health and Welfare Trust. | 0.50 |
| 6/23/2015 | Deborah M. Parker | Misc. HR activities | 16.00 |
| 6/23/2015 | Kim Ponder | Transition EV5 and testing. | 2.00 |
| 6/23/2015 | Timothy C. Ross | Worked Debtors HR SME staffing matters | 0.50 |
| 6/23/2015 | Timothy C. Ross | Prepared and executed direction letter and authorized deposits to the Northern Telecom Health and Welfare Trust. | 0.50 |
| 6/24/2015 | Deborah M. Parker | Misc. HR activities | 11.00 |
| 6/24/2015 | Kim Ponder | Transition of HR tasks. | 7.00 |
| 6/24/2015 | Timothy C. Ross | Received, researched, and responded to Debtors former employee matter | 1.00 |
| 6/25/2015 | Deborah M. Parker | Misc. HR activities | 9.50 |
| 6/25/2015 | Kim Ponder | Updated address changes in database. | 1.00 |
| 6/25/2015 | Kim Ponder | Transition meeting with D Parker. | 0.50 |
| 6/25/2015 | Timothy C. Ross | Meeting with RLKS (K. Schultea) | 1.00 |
| 6/25/2015 | William D. Cozart | Prepare form 5500 for filing. | 2.50 |
| 6/26/2015 | Deborah M. Parker | Misc. HR activities | 9.00 |
| 6/26/2015 | Timothy C. Ross | Worked Debtors HR staffing transition | 1.00 |
| 6/26/2015 | Timothy C. Ross | Reviewed and executed Debtors Northern Telecom Health and Welfare Trust 5500 & SARS | 1.00 |
| 6/26/2015 | William D. Cozart | Prepare 5500 for filing. | 1.50 |
| 6/29/2015 | Deborah M. Parker | Misc. HR activities | 12.50 |
| 6/29/2015 | Timothy C. Ross | Worked Debtors HR staffing transition | 0.50 |
| 6/29/2015 | William D. Cozart | Prepare research re: SAR filing. | 2.50 |
| 6/30/2015 | Deborah M. Parker | Misc. HR activities | 6.25 |
| 6/30/2015 | Deborah M. Parker | HR Shared Services | 1.00 |
| **Human Resources Total** | | | **236.00** |

## Exhibit F

## The Mergis Group
## Time Description Detail by Project

Nortel Networks, Inc. et al.
For the period of June 1, 2015 through June 30, 2015

| Project / Date | Professional | Project Work Description | Hours |
|---|---|---|---|
| **Information Technology Operations** | | | |
| 6/3/2015 | Kim Ponder | Worked with 8x8 to correct issues. | 1.00 |
| **Information Technology Operations Total** | | | **1.00** |
| **Insurance & Risk Management** | | | |
| 6/8/2015 | Timothy C. Ross | Worked Debtors foreign subsidiary matters | 0.50 |
| 6/12/2015 | Timothy C. Ross | Follow-up with broker on Debtors insurance matters | 0.50 |
| 6/12/2015 | Timothy C. Ross | Received, reviewed, and responded to Debtors property insurance matters | 0.50 |
| 6/15/2015 | Timothy C. Ross | Worked Debtors foreign subsidiary matters | 0.50 |
| 6/22/2015 | Timothy C. Ross | Received, reviewed, and actioned Debtors insurance matters | 0.50 |
| 6/22/2015 | Timothy C. Ross | Received, reviewed, and responded to Debtors foreign subsidiary matters | 1.00 |
| **Insurance & Risk Management Total** | | | **3.50** |
| **Professional Fee Applications** | | | |
| 6/1/2015 | Kim Ponder | Processed fee applications filed by Professionals. | 1.50 |
| 6/9/2015 | Kim Ponder | Received and responded to EY inquiry re: Nov-Jan holdback payment. | 0.50 |
| 6/10/2015 | Timothy C. Ross | Worked Debtors professional payment issue | 0.50 |
| 6/12/2015 | Timothy C. Ross | Worked Debtors foreign branch issue | 0.50 |
| 6/15/2015 | Kim Ponder | Processed fee applications filed by Professionals. | 1.00 |
| 6/16/2015 | Kim Ponder | Processed fee application filed by Professional. | 0.50 |
| 6/16/2015 | Kim Ponder | Reconciled February-April 2015 interim fee applications to open payables. | 3.25 |
| 6/25/2015 | Kim Ponder | Processed fee application filed by Professional. | 0.50 |
| **Professional Fee Applications Total** | | | **8.25** |
| **Real Estate Management** | | | |
| 6/2/2015 | Timothy C. Ross | Meeting with RLKS (K. Schultea) | 1.00 |
| 6/3/2015 | Timothy C. Ross | Meeting with JCI (A. Lane) | 1.00 |
| 6/3/2015 | Timothy C. Ross | Conference call with RLKS (R. Perubhatla) | 0.50 |
| 6/3/2015 | Timothy C. Ross | Conference call with Randstad (L. Dubois) | 0.50 |
| 6/5/2015 | Kim Ponder | Prepared packages to RTP building tenants. | 1.50 |
| 6/5/2015 | Timothy C. Ross | Worked Debtors property management matters | 1.00 |
| 6/10/2015 | Timothy C. Ross | Received, reviewed, and responded to Debtors property management matters | 0.50 |
| 6/11/2015 | Timothy C. Ross | Received, reviewed, and responded to Debtors property management matters | 0.50 |
| 6/11/2015 | Timothy C. Ross | Worked Debtors property management matters | 0.50 |
| 6/16/2015 | Kim Ponder | Follow up on notifications sent to RTP tenants. | 0.50 |
| 6/17/2015 | Timothy C. Ross | Prepared Rent roll for RTP and Richardson properties | 1.50 |
| 6/18/2015 | Timothy C. Ross | Prepared subtenant rental income for invoicing | 3.00 |
| 6/18/2015 | Timothy C. Ross | Review Debtors post petition AR and work collection issues | 0.50 |
| 6/22/2015 | Timothy C. Ross | Worked Debtors RTP lease expiration matters | 2.50 |
| 6/24/2015 | Kim Ponder | Received and responded to inquiry from GPT. | 0.50 |
| 6/24/2015 | Kim Ponder | Transferred property photos to vault. | 0.50 |
| 6/24/2015 | Timothy C. Ross | Worked Debtors property management matters | 1.00 |
| 6/25/2015 | Timothy C. Ross | Reviewed and executed Debtors property management matters | 0.50 |
| 6/25/2015 | Timothy C. Ross | Worked Debtors property management matters | 0.50 |
| 6/26/2015 | Timothy C. Ross | Meeting with JCI (A. Lane) | 1.00 |
| 6/29/2015 | Timothy C. Ross | Conference call with RLKS (K. Schultea) | 0.50 |
| 6/29/2015 | Timothy C. Ross | Conference call with JCI, IVI, and Zurich | 1.00 |
| 6/29/2015 | Timothy C. Ross | Worked Debtors collection matters | 1.00 |
| 6/29/2015 | Timothy C. Ross | Reviewed and authorized Debtors property management invoices for payment. | 1.00 |
| 6/30/2015 | Timothy C. Ross | Worked Debtor property management matters | 0.50 |
| **Real Estate Management Total** | | | **23.00** |
| **Residual Business Operations** | | | |
| 6/1/2015 | Deborah M. Parker | Residual Business | 3.00 |
| 6/1/2015 | Timothy C. Ross | Worked Debtors government reporting issue | 0.50 |
| 6/2/2015 | Deborah M. Parker | Residual Business | 1.00 |
| 6/2/2015 | Timothy C. Ross | Worked Debtors government reporting matters | 1.00 |
| 6/2/2015 | Timothy C. Ross | Meeting with RLKS (K. Schultea) | 0.50 |
| 6/2/2015 | William D. Cozart | Prepare government reports. | 4.00 |
| 6/3/2015 | Timothy C. Ross | Received, reviewed, and actioned Debtors residual staffing matters | 0.50 |
| 6/3/2015 | William D. Cozart | Prepare Government Reports. | 4.00 |
| 6/4/2015 | Timothy C. Ross | Reviewed and responded to Randstad (L. Dubois) with staffing agreement amendment comments. | 0.50 |
| 6/4/2015 | William D. Cozart | Prepare government reports. | 5.50 |
| 6/5/2015 | Timothy C. Ross | Received, reviewed, and actioned Debtors residual business matter | 0.50 |
| 6/5/2015 | William D. Cozart | Prepare government reports. | 3.00 |
| 6/11/2015 | William D. Cozart | Prepare government reports. | 4.00 |
| 6/12/2015 | William D. Cozart | Prepare government reports. | 0.50 |
| 6/15/2015 | William D. Cozart | Prepare government reports. | 1.00 |
| 6/16/2015 | William D. Cozart | Prepare government reports. | 4.00 |
| 6/17/2015 | William D. Cozart | Prepare government reports. | 4.00 |
| 6/22/2015 | William D. Cozart | Prepare government reports. | 1.50 |
| 6/23/2015 | Timothy C. Ross | Worked Debtors entity structure issue | 1.00 |
| 6/23/2015 | William D. Cozart | Prepare government reports. | 1.00 |
| 6/23/2015 | William D. Cozart | Received, reviewed, researched and responded to correspondence re: rent billing. | 0.50 |
| 6/24/2015 | Timothy C. Ross | Received, reviewed, and responded to Debtors residual business matters | 1.00 |
| 6/24/2015 | William D. Cozart | Prepare and file government reports. | 5.50 |
| 6/25/2015 | Timothy C. Ross | Received, reviewed, and actioned Debtors residual business matter | 0.50 |

Case 09-10138-MFW    Doc 16112-2    Filed 09/01/15    Page 14 of 16

# Exhibit F

## The Mergis Group
## Time Description Detail by Project

Nortel Networks, Inc. et al.
For the period of June 1, 2015 through June 30, 2015

| Project / Date | Professional | Project Work Description | Hours |
|---|---|---|---|
| 6/30/2015 | Timothy C. Ross | Follow-up with CT Corporation (K. Thorsen) | 0.50 |
| **Residual Business Operations Total** | | | **49.00** |
| **Tax Matters** | | | |
| 6/5/2015 | Timothy C. Ross | Reviewed and authorized Debtors tax matters | 0.50 |
| 6/5/2015 | Timothy C. Ross | Worked Debtors foreign subsidiary tax matters | 0.50 |
| 6/8/2015 | Kim Ponder | Discussions with EY tax team (A Shapiro and S Jacks). | 0.75 |
| 6/9/2015 | Kim Ponder | Received and analyzed CT annual billings. | 0.75 |
| 6/9/2015 | Timothy C. Ross | Received, reviewed, and actioned Debtors foreign subsidiary tax matter with local counsel and tax professional | 1.00 |
| 6/10/2015 | Timothy C. Ross | Reviewed and authorized Debtors tax matters | 0.50 |
| 6/10/2015 | Timothy C. Ross | Reviewed and authorized Debtors foreign subsidiary tax matters | 0.50 |
| 6/11/2015 | Timothy C. Ross | Received, reviewed, and responded to Debtors foreign subsidiary tax matters | 0.50 |
| 6/12/2015 | Kim Ponder | Received and responded to data request from EY. | 5.50 |
| 6/15/2015 | Timothy C. Ross | Received and reviewed Debtors foreign subsidiary tax related matters | 0.50 |
| 6/18/2015 | Timothy C. Ross | Worked Debtors foreign subsidiary tax matter | 0.50 |
| 6/22/2015 | Kim Ponder | Received and responded to EY request for data. | 2.00 |
| 6/22/2015 | Kim Ponder | Online filing of New Jersey annual corporate report. | 0.50 |
| 6/22/2015 | Timothy C. Ross | Received, reviewed, and responded to Debtors foreign subsidiary tax matter | 0.50 |
| 6/23/2015 | Timothy C. Ross | Reviewed and executed Debtors tax matters | 0.50 |
| 6/24/2015 | Timothy C. Ross | Meeting with E&Y (J. Scott, J. Wood, S. Jacks) and RLKS (K. Schultea) | 1.00 |
| 6/24/2015 | Timothy C. Ross | Received, reviewed, and responded to Debtors foreign subsidiary tax matters (E&Y/CGSH) | 1.00 |
| 6/25/2015 | Kim Ponder | Notarized updated power of attorney forms. | 0.50 |
| 6/25/2015 | Timothy C. Ross | Received, reviewed, and responded to Debtors tax matters | 0.50 |
| 6/25/2015 | Timothy C. Ross | Reviewed and executed Debtors tax related documents | 0.50 |
| 6/26/2015 | William D. Cozart | Prepare research for EY re: foreign dividends. | 5.00 |
| 6/26/2015 | William D. Cozart | Update cash balance schedule for FBAR reporting. | 1.50 |
| 6/29/2015 | Timothy C. Ross | Reviewed and executed Debtors tax matters | 0.50 |
| 6/29/2015 | Timothy C. Ross | Received, reviewed, and responded to Debtors tax matters | 0.50 |
| **Tax Matters Total** | | | **26.00** |

For the period of June 1, 2015 through June 30, 2015        **696.00**

## Exhibit G

### The Mergis Group
### Summary of Expenses By Category

### Nortel Networks, Inc. et al.
For the period of June 1, 2015 through June 30, 2015

| Expense Category | Expenses |
|---|---|
| Airfare | 640.20 |
| Lodging | 185.90 |
| Meals | 19.84 |
| Parking | 12.00 |
| Ground Transportation | 60.68 |
| Office Expense | - |
| Professional | - |
| Miscellaneous | - |
| **For the period of June 1, 2015 through June 30, 2015** | **$ 918.62** |

# Exhibit H

## The Mergis Group
### Expense Detail

Nortel Networks, Inc. et al.
For the period of June 1, 2015 through June 30, 2015

| Date (s) Incurred | Name of Professional | Purpose | | Location Visited | |
|---|---|---|---|---|---|
| 06/29/15 | Deborah M. Parker | Omnibus Objection Hearing Wilmington DE | | Wilmington, DE | |
| | Expense Category | Vendor | | Expenses | |
| | Airfare | Usairways | | 640.20 | |
| | Lodging | Sheraton Downtown Wilmington, DE | | 185.90 | |
| | Meals | Annie Anne's and Au Bon | | 19.84 | |
| | Parking | RTP Airport | | 12.00 | |
| | Ground Transportation | PHL Taxi | | 60.68 | |
| | Office Expense | | | - | |
| | Professional | | | - | |
| | Miscellaneous | | | - | |
| | Total | | | $ | 918.62 |

| Date (s) Incurred | Name of Professional | Purpose | | Location Visited | |
|---|---|---|---|---|---|
| | Expense Category | Vendor | | Expenses | |
| | Airfare | | | - | |
| | Lodging | | | - | |
| | Meals | | | - | |
| | Parking | | | - | |
| | Ground Transportation | | | - | |
| | Office Expense | Staples, Office Depot, Fedex | | - | |
| | Professional | | | - | |
| | Miscellaneous | | | - | |
| | Total | | | $ | - |

| Date (s) Incurred | Name of Professional | Purpose | | Location Visited | |
|---|---|---|---|---|---|
| | Expense Category | Vendor | | Expenses | |
| | Airfare | | | - | |
| | Lodging | | | - | |
| | Meals | | | - | |
| | Parking | | | - | |
| | Ground Transportation | | | - | |
| | Office Expense | | | - | |
| | Professional | | | - | |
| | Miscellaneous | | | - | |
| | Total | | | $ | - |

| Date (s) Incurred | Name of Professional | Purpose | | Location Visited | |
|---|---|---|---|---|---|
| | Expense Category | Vendor | | Expenses | |
| | Airfare | | | - | |
| | Lodging | | | - | |
| | Meals | | | - | |
| | Parking | | | - | |
| | Ground Transportation | | | - | |
| | Office Expense | | | - | |
| | Professional | | | - | |
| | Miscellaneous | | | - | |
| | Total | | | $ | - |

| For the period of June 1, 2015 through June 30, 2015 | | | | $ | 918.62 |
|---|---|---|---|---|---|