**CERTIFICATE OF SERVICE**

      I, Tamara K. Minott, certify that I am not less than 18 years of age, and that service of the foregoing **Report by the Mergis Group of Staffing and Compensation Earned and Expenses Incurred for the Period of June 1, 2015 through June 30, 2015** was caused to be made on September 1, 2015, in the manner indicated upon the entities identified below.

Dated: September 1, 2015             _/s/ Tamara K. Minott_
       Wilmington, DE                Tamara K. Minott (No. 5643)

**VIA HAND DELIVERY**

Mark Kenney, Esq.
Office of the U.S. Trustee
844 King Street
Suite 2207, Lockbox 35
Wilmington, DE 19801-3519
(Trustee)

Christopher M. Samis, Esq.
L. Katherine Good, Esq.
Whiteford Taylor & Preston LLC
The Renaissance Center
405 N. King Street, Suite 500
Wilmington, DE 19801
(Counsel for Official Committee
Of Unsecured Creditors)

**VIA FIRST CLASS MAIL**

Nortel Networks, Inc.
Attn: Accounts Payable
P.O. Box 13010
RTP, NC 27709
(Debtor)

Fred S. Hodara, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036
(Counsel for Official Committee
Of Unsecured Creditors)

7342377.23