## CERTIFICATE OF SERVICE

I, Tamara K. Minott, certify that I am not less than 18 years of age, and that service of the foregoing **Report by the Mergis Group of Staffing and Compensation Earned and Expenses Incurred for the Period of July 1, 2015 through July 31, 2015** was caused to be made on September 1, 2015, in the manner indicated upon the entities identified below.

Dated: September 1, 2015　　　　　　　　　　　　　　　　　　　　 */s/ Tamara K. Minott*
　　　　Wilmington, DE　　　　　　　　　　　　　　　　　　Tamara K. Minott (No. 5643)

**VIA HAND DELIVERY**　　　　　　　　　　　**VIA FIRST CLASS MAIL**

Mark Kenney, Esq.　　　　　　　　　　　　　Nortel Networks, Inc.
Office of the U.S. Trustee　　　　　　　　　　Attn: Accounts Payable
844 King Street　　　　　　　　　　　　　　P.O. Box 13010
Suite 2207, Lockbox 35　　　　　　　　　　　RTP, NC 27709
Wilmington, DE 19801-3519　　　　　　　　 (Debtor)
(Trustee)

Christopher M. Samis, Esq.　　　　　　　　　Fred S. Hodara, Esq.
L. Katherine Good, Esq.　　　　　　　　　　 Akin Gump Strauss Hauer & Feld LLP
Whiteford Taylor & Preston LLC　　　　　　　One Bryant Park
The Renaissance Center　　　　　　　　　　　New York, NY 10036
405 N. King Street, Suite 500　　　　　　　　 (Counsel for Official Committee
Wilmington, DE 19801　　　　　　　　　　　Of Unsecured Creditors)
(Counsel for Official Committee
Of Unsecured Creditors)

9423747.1