**Exhibit B**

4812-0652-0871.2

**Nortel Networks, Inc.**
**Expenses**

| Employee | Description | Transaction Date | Expenses |
|---|---|---|---|
| Carroll,Kara Ruth | Mileage: Mileage for driving to Nortel.   One trip= 26 miles x 3 trips = 78 miles \\EY Office to Nortel | 4/23/2015 | $44.85 |
| Jacks,Sarah Butler | Mileage: mileage from EY Office to/from Nortel client offices\\EY office to/from Nortel | 5/11/2015 | $16.10 |
| Kennedy,Jamie B | Mileage: Mileage from the office to Nortel. Mileage from Nortel to home, in excess of daily commute.\\Office to Nortel to home | 5/20/2015 | $13.80 |
| Kennedy,Jamie B | Tolls: Nortel to Home, Cost in excess of normal commute\\Nortel to Home | 5/20/2015 | $4.27 |
| Kennedy,Jamie B | Mileage: Mileage from the Nortel to Office. Mileage from Home to Nortel, in excess of daily commute.\\Office to Nortel to home | 5/21/2015 | $13.80 |
| Kennedy,Jamie B | Tolls: Home to Nortel, Cost in excess of normal commute\\Home to Nortel | 5/21/2015 | $4.27 |
| Ponds,Loren C. | Misc: Copy of 3M Petition, Answer and Amended Answer from US Tax Court | 4/8/2015 | $44.50 |
| Scott,James E | Mileage: Re:  Roundtrip mileage for Federal tax return client assistance status review.\\EY / Nortel | 4/16/2015 | $16.10 |
| Scott,James E | Mileage: Roundtrip mileage for meetings at Nortel to review Court documents.\\EY / Nortel | 5/14/2015 | $18.98 |
| Trombley,Tarryn Kate Gurney | Mileage: Mileage to Nortel - 6.3 miles each way above normal commute, round trip = 12.6 miles x 2 trips = 25 miles. April 27 - May 22.\\Hom e and Nortel (RTP) | 5/22/2015 | $14.38 |
| | | **Totals** | **$191.00** |

**Nortel Networks, Inc.**
**Expenses**

| Employee | Description | Transaction Date | Expenses |
|---|---|---|---|
| Abbott,Douglas J. | Air: Air from Houston to Raleigh NC to meet with Nortel and review 2014 tax memorandums and draft tax returns- IEQFLC\\IEQFLC | 5/14/2015 | $434 |
| Abbott,Douglas J. | Air: AmEx fee - Air from Houston to Raleigh NC to meet with Nortel and review 2014 tax memorandums and draft tax returns- IEQFLC \\IEQFLC | 5/14/2015 | $7 |
| Abbott,Douglas J. | Mileage: Nortel trip to Raleigh NC to review tax memo and draft tax returns for Nortel\\home - airport | 6/7/2015 | $23 |
| Abbott,Douglas J. | Misc: Nortel trip to Raleigh NC to review tax memo and draft tax returns for Nortel | 6/7/2015 | $5 |
| Abbott,Douglas J. | Parking: Nortel trip to Raleigh NC to review tax memo and draft tax returns for Nortel | 6/7/2015 | $3 |
| Abbott,Douglas J. | Tolls: Nortel trip to Raleigh NC to review tax memo and draft tax returns for Nortel\\home - airport | 6/7/2015 | $5 |
| Abbott,Douglas J. | Brkft: Starbucks - Doug Abbott & Andy Beakey to discuss Income Regulations Memo | 6/8/2015 | $19 |
| Abbott,Douglas J. | Mileage: Nortel trip to Raleigh NC to review tax memo and draft tax returns for Nortel\\airport - home | 6/9/2015 | $23 |
| Abbott,Douglas J. | Misc: Nortel trip to Raleigh NC to review tax memo and draft tax returns for Nortel | 6/9/2015 | $5 |
| Abbott,Douglas J. | Parking: Nortel trip to Raleigh NC to review tax memo and draft tax returns for Nortel | 6/9/2015 | $42 |
| Abbott,Douglas J. | Tolls: Nortel trip to Raleigh NC to review tax memo and draft tax returns for Nortel\\airport - home | 6/9/2015 | $5 |
| Beakey III,Andrew M | Mileage: Nortel meeting in Raleigh, NC\\Home to airport | 6/7/2015 | $40 |
| Beakey III,Andrew M | Air: Nortel meeting - airline transaction fee\\ZPXVOI | 5/12/2015 | $7 |
| Beakey III,Andrew M | Air: Nortel meeting to review tax memos and 2014 compliance returns \\ZPXVOI | 5/12/2015 | $434 |
| Beakey III,Andrew M | Dinner: Nortel meeting - dinner for self | 6/7/2015 | $19 |
| Beakey III,Andrew M | Misc: supplies at hotel | 6/7/2015 | $10 |
| Beakey III,Andrew M | Lodge: Sheraton - Nortel trip to Raleigh NC to review tax memo and draft tax returns for Nortel\\IEQFLC | 6/7/2015 | $334 |
| Beakey III,Andrew M | Brkft: Nortel meetings - breakfast for self | 6/8/2015 | $14 |
| Beakey III,Andrew M | Brkft: Nortel meeting in Raleigh, NC - breakfast for self | 6/9/2015 | $15 |
| Beakey III,Andrew M | Dinner: Nortel meeting in Raleigh, NC - dinner for self | 6/9/2015 | $22 |
| Beakey III,Andrew M | Mileage: Nortel meeting\\home to airport | 6/9/2015 | $40 |
| Beakey III,Andrew M | Misc: Nortel meetings | 6/9/2015 | $8 |
| Beakey III,Andrew M | Parking: Nortel meeting - parking | 6/9/2015 | $60 |
| Beakey III,Andrew M | RentalCar: Nortel meeting - rental car\\195548183 | 6/9/2015 | $87 |
| Beakey III,Andrew M | Tolls: Nortel tax meeting - tolls\\home to airport | 6/9/2015 | $13 |
| Beakey III,Andrew M | Lodge: Nortel meeting\\ZPXVOI | 6/10/2015 | $334 |
| Carroll,Kara Ruth | Mileage: Mileage for driving to Nortel.   One trip= 22 miles x 3 trips = 66 miles \\EY Office to Nortel | 6/2/2015 | $38 |
| Carroll,Kara Ruth | Misc: Nortel meeting in Raleigh, NC | 6/9/2015 | $8 |
| Fida,Saira | Lodge: Meeting with Michael Stamm Hotel - travel for client related matter CONFIRMATION NUMBERS SABRE Record Locator #: AWOTWR Airline Record Locator #1 AA-AWOTWR (American Airlines) Hotel Confirmation #1 WI-C511458843 (Westin Hotels and Resorts) \\#1 WI-C51145884 | 6/13/2015 | $498 |
| Fida,Saira | Air: Meeting with Michael Stamm CONFIRMATION NUMBERS SABRE Record Locator #: AWOTWR Airline Record Locator #1 AA-AWOTWR (American Airlines) Hotel Confirmation #1 WI-C511458843 (Westin Hotels and Resorts) \\#1 AA-AWOTWR | 6/5/2015 | $357 |
| Fida,Saira | Air: Meeting with Michael Stamm CONFIRMATION NUMBERS SABRE Record Locator #: AWOTWR Airline Record Locator #1 AA-AWOTWR (American Airlines) Hotel Confirmation #1 WI-C511458843 (Westin Hotels and Resorts) \\#1 AA-AWOTWR | 6/5/2015 | $7 |
| Fida,Saira | Dinner: Meeting with Michael Stamm Dinner at airport | 6/10/2015 | $16 |
| Fida,Saira | Taxi: Meeting with Michael Stamm\\airport to hotel | 6/10/2015 | $27 |
| Fida,Saira | Taxi: Meeting with Michael Stamm\\Hotel to Work | 6/11/2015 | $12 |
| Fida,Saira | Brkft: Meeting with Michael Stamm Breakfast - traveling for client related matter | 6/12/2015 | $7 |
| Fida,Saira | Taxi: Meeting with Michael Stamm\\airport to home | 6/14/2015 | $17 |

**Nortel Networks, Inc.**
**Expenses**

| Employee | Description | Transaction Date | Expenses |
|---|---|---|---|
| Fida,Saira | Mass Trans: Meeting with Michael Stamm\\City to Airport | 6/16/2015 | $17 |
| Fida,Saira | Air: Compliance review with client\\AZBJS. | 6/22/2015 | $197 |
| Fida,Saira | Mileage: Client travel\\Client to office and back | 6/22/2015 | $15 |
| Greenstein,Jeffrey H | Air: Finalize Nortel e&p calculations\\WPWJQF | 5/27/2015 | $291 |
| Greenstein,Jeffrey H | Air: meetings to finalize Nortel e&p claculations\\WPWJQF | 5/27/2015 | $7 |
| Greenstein,Jeffrey H | Brkft: meetings to finalize e&p review | 6/1/2015 | $11 |
| Greenstein,Jeffrey H | Parking: meetings with regards to Nortel e&p | 6/1/2015 | $24 |
| Greenstein,Jeffrey H | Dinner: meetings to finalize e&p review | 6/2/2015 | $15 |
| Greenstein,Jeffrey H | Mileage: meetings to finalize e&p review\\office to/from airport | 6/2/2015 | $35 |
| Greenstein,Jeffrey H | Misc: meetings to finalize e&p review | 6/2/2015 | $4 |
| Greenstein,Jeffrey H | Parking: meetings with regards to Nortel e&p | 6/2/2015 | $24 |
| Greenstein,Jeffrey H | Parking: meetings with regards to Nortel e&p | 6/2/2015 | $32 |
| Greenstein,Jeffrey H | RentalCar: meetings with regards to Nortel e&p | 6/2/2015 | $4 |
| Greenstein,Jeffrey H | RentalCar: meetings with regards to Nortel e&p | 6/2/2015 | $4 |
| Greenstein,Jeffrey H | RentalCar: meetings with regards to Nortel e&p\\929103533 | 6/2/2015 | $82 |
| Greenstein,Jeffrey H | Lodge: meetings with regards to Nortel e&p\\KKZTZX | 6/3/2015 | $186 |
| Greenstein,Jeffrey H | Parking: meetings with regards to Nortel e&p | 6/3/2015 | $36 |
| Jacks,Sarah Butler | Mileage: mileage to from Nortel offices\\EY office to/from | 6/4/2015 | $17 |
| Jacks,Sarah Butler | Air: airfare to Houston for tax return discussions with Richard Lydecker\\KVAHGB | 6/8/2015 | $362 |
| Jacks,Sarah Butler | Air: American express travel services charge for online booking of airfare to Houston for tax return discussion with Richard Lydecker \\KVAHGB | 6/8/2015 | $7 |
| Jacks,Sarah Butler | Mileage: mileage to/from Nortel offices and EY office\\EY office to/from Nortel | 6/8/2015 | $17 |
| Jacks,Sarah Butler | Mileage: mileage above normal commute to/from Norte\\home to/from Nortel offices | 6/9/2015 | $13 |
| Lowery,Kristie L | Brkft: Nortel 6/23/15 in Cary and Raleigh NC.  Kristie Lowery - Partner; Anne Settlemyre - Intern, Jessica Heroy - Manager. | 6/23/2015 | $23 |
| Lowery,Kristie L | Dinner: Nortel 6/23/15 in Cary and Raleigh NC.  Kristie Lowery Partner; Jessica Heroy - Manager; ANne Settleyre - Intern.  Dinner on drive home from Raleigh. | 6/23/2015 | $15 |
| Lowery,Kristie L | Lunch: Nortel 6/23/15 in Cary and Raleigh NC.  Kathy Schultea - President of RLKS trustee of Nortel Networks; Jessica Heroy - Manager, Kristie Lowery - Partner.  Discussed payroll tax withholding of claims that were sold to claims traders. | 6/23/2015 | $54 |
| Lowery,Kristie L | Mileage: Nortel 6/23/15 in Cary and Raleigh NC\\EY CLT to Nortel RT | 6/25/2015 | $241 |
| Stamm,Michael T. | Dinner: ITS Variable – E&P Study: Trip to Miami FL to work with EY team on the Nortel E&P / basis review for NNJ and NTEC. Reviewed status of engagement and deliverables.  Dinner with EY Team (Jeff Greenstein, EY Tax Exec. Director; Garrett Davidson, EY Tax Senior Staff; Saira Fida, EY Tax Staff).  Discuss status of project, next steps and deliverables. | 6/1/2015 | $180 |
| Stamm,Michael T. | Air: ITS Variable – E&P Study: Trip to Miami FL to work with EY team on the Nortel E&P / basis review for NNJ and NTEC. Reviewed status of engagement and deliverables.\\NOOHUL | 5/19/2015 | $7 |
| Stamm,Michael T. | Air: ITS Variable – E&P Study: Trip to Miami FL to work with EY team on the Nortel E&P / basis review for NNJ and NTEC. Reviewed status of engagement and deliverables.\\NOOHUL | 5/19/2015 | $437 |
| Stamm,Michael T. | Taxi: ITS Variable – E&P Study: Trip to Miami FL to work with EY team on the Nortel E&P / basis review for NNJ and NTEC. Reviewed status of engagement and deliverables.\\airport to office | 6/1/2015 | $13 |
| Stamm,Michael T. | Taxi: ITS Variable – E&P Study: Trip to Miami FL to work with EY team on the Nortel E&P / basis review for NNJ and NTEC. Reviewed status of engagement and deliverables.\\home to airport | 6/1/2015 | $67 |
| Stamm,Michael T. | Dinner: ITS Variable – E&P Study: Trip to Miami FL to work with EY team on the Nortel E&P / basis review for NNJ and NTEC. Reviewed status of engagement and deliverables. | 6/2/2015 | $25 |
| Stamm,Michael T. | Taxi: ITS Variable – E&P Study: Trip to Miami FL to work with EY team on the Nortel E&P / basis review for NNJ and NTEC. Reviewed status of engagement and deliverables.\\office to airport | 6/2/2015 | $13 |

**Nortel Networks, Inc.**
**Expenses**

| Employee | Description | Transaction Date | Expenses |
|---|---|---|---|
| Stamm,Michael T. | Lodge: ITS Variable – E&P Study: Trip to Miami FL to work with EY team on the Nortel E&P / basis review for NNJ and NTEC. Reviewed status of engagement and deliverables.\\NOOHUL | 6/3/2015 | $186 |
| Stamm,Michael T. | Taxi: ITS Variable – E&P Study: Trip to Miami FL to work with EY team on the Nortel E&P / basis review for NNJ and NTEC. Reviewed status of engagement and deliverables.\\airport to home | 6/3/2015 | $66 |
| Trombley,Tarryn Kate Gurney | Air: Flight to Houston for Nortel tax return meeting\\PHNDWM-1! | 6/8/2015 | $362 |
| Trombley,Tarryn Kate Gurney | Air: Flight to Houston for Nortel tax return meeting\\PHNDWM-1! | 6/8/2015 | $7 |
| Trombley,Tarryn Kate Gurney | Mileage:  Mileage to Nortel and back - round trip, 6.3 miles each way above normal commute = 12.6 miles (6/9/15). Plus mileage to dinner in Chapel hill and back, with stop at Nortel = 42.9 miles round trip. Total = 42.9 + 12.6 = 55.5\\Home and Nortel/Chapel Hill | 6/9/2015 | $32 |
| Trombley,Tarryn Kate Gurney | Mileage: Roundtrip mileage for meeting @ Nortel. Re:  Review of Section 1141 doc & EMEA settlement.\\EY / Nortel | 6/8/2015 | $18 |
| Trombley,Tarryn Kate Gurney | Taxi: Meeting with Michael Stamm \\work to airport | 6/10/2015 | $14 |
| Wood,Jeffrey T | Mileage: Client travel\\Client meetings offsite | 6/8/2015 | $17 |
| Wood,Jeffrey T | Parking: Client meeting | 6/8/2015 | $3 |
| Wood,Jeffrey T | Air: Compliance review with client\\BLKQHT | 6/22/2015 | $195 |
| Wood,Jeffrey T | Mileage: The business purpose of this expense was to travel to a client location to work.  The origin was the EY office and the destination was Research Triangle Park.\\EY Office; RTP | 6/22/2015 | $16 |
| Wood,Jeffrey T | Mileage: Mileage for driving to Nortel.   One trip= 26 miles x 3 trips = 78 miles \\EY Office to Nortel | 6/24/2015 | $45 |
| | | **Totals** | **$6,431** |

All Airfare expenses are coach/economy class