**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| Nortel Networks Inc., et al.,[1] | ) Case No. 09-10138 (KG) |
| Debtors. | ) Jointly Administered |
| | ) **Hearing Date: To Be Determined** |

**TWENTY-SIXTH QUARTERLY FEE APPLICATION OF ERNST & YOUNG LLP FOR COMPENSATION FOR SERVICES RENDERED AS INDIRECT TAX SERVICE ADVISOR TO THE DEBTORS AND DEBTORS-IN-POSSESSION FOR THE PERIOD OF APRIL 1, 2015 THROUGH JUNE 30, 2015**

E&Y LLP hereby submits its twenty-sixth quarterly fee application request (the "Request") for the period April 1, 2015 through and including June 30, 2015 (the "Compensation Period").

| E&Y LLP seeks approval of the following fee application: Fee Application Filing Date | Period Covered By Application | Total Fees Requested | Total Expenses Requested | Certification of No Objection Filing Date, Docket No. | Amount of Fees Allowed (80%) | Amount of Expenses Allowed (100%) | Amount of Holdback Fees Sought |
|---|---|---|---|---|---|---|---|
| 8/28/15 | 4/1/15 – 4/30/15 | $434,822.00 | $2,823.00 | PENDING | $347,858.00 | $2,823.00 | $88,964.00 |
| 9/1/15 | 5/1/15 – 6/30/15 | $744,630.00 | $6,622.00 | PENDING | $595,704.00 | $6,622.00 | $148,926.00 |
| TOTAL | | $1,179,452.00 | $9,445.00 | | $943,562.00 | $9,445.00 | $237,890.00 |

E&Y LLP seeks interim approval of the full amount of the fees and expenses requested in the above-referenced fee application and payment by the Debtors of the amount requested in such fee application in full.

---

[1] Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

WHEREFORE, E&Y LLP respectfully requests that the Court enter the order enter the order attached hereto as Exhibit A and grant E&Y LLP such other and further relief as is just and proper.

Dated: September 1, 2015                    Respectfully submitted,

/s/ Joanne Lee
Joanne Lee
Foley & Lardner LLP
321 N. Clark Street, Suite 2800
Chicago, IL 60654
Tel. 312.832.4500
jlee@foley.com

4836-2913-3607.1

## COMPENSATION BY PROFESSIONAL
## THROUGH JUNE 30, 2015

| Professional | Position | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Abbott, Douglas J. | Partner | $660 | 67.0 | $44,220 |
| Beakey III, Andrew M. | Partner | $660 | 62.6 | $38,676[1] |
| Bean, Lauren Anderson | Senior | $340 | 17.1 | $5,814 |
| Blain, George | Executive Director | $660 | 4.8 | $3,168 |
| Blum, Matthew S. | Executive Director | $725 | 2.1 | $1,522.50 |
| Boulus, Albert | Senior | $340 | 0.9 | $306 |
| Breton, Kristina | Senior | $340 | 131.0 | $44,540 |
| Canale, David J. | Partner | $725 | 1.5 | $1,087.50 |
| Carrington, Glenn | Partner | $725 | 9.5 | $6,887.50 |
| Carroll, Kara Ruth | Staff | $210 | 168.6 | $35,406 |
| Clark, Randy | Manager | $470 | 2.9 | $1,363 |
| Corwin, Forest | Staff | $210 | 21.4 | $4,494 |
| Creech, Catherine Lynn | Partner | $725 | 7.0 | $5,075 |
| Danowitz, Steven M. | Partner | $660 | 0.5 | $330 |
| Davidson, Garrett M. | Senior | $340 | 208.6 | $70,924 |
| De la Rosa, Anabel | Senior | $340 | 1.5 | $510 |
| Dudrear, David J. | Executive Director | $660 | 1.0 | $660 |
| Eaton, Antoinyce Evangeline | Staff | $210 | 13.7 | $2,877 |
| Eastwood, Deane R. | Partner | $660 | 0.5 | $330 |
| Feal, Alex R. | Staff | $210 | 1.0 | $210 |
| Fida, Saira | Senior | $340 | 133.8 | $45,492 |
| Fitzsimmons, Megan R. | Senior Manager | $570 | 11.5 | $6,555 |
| Furlo III, Ralph Louis | Partner | $725 | 3.8 | $2,755 |
| Gentile, Matthew Donald | Senior Manager | $570 | 71.6 | $40,812 |
| Gilinsky, David | Senior | $340 | 96.2 | $32,708 |
| Gouri, Amit | Senior Manager | $570 | 12.0 | $6,840 |

---

[1] Fees billed on 6/7/15 and 6/9/15 was billed at 50%.

2

| Professional | Position | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Greenstein, Jeffrey H. | Executive Director | $725 | 23.5 | $17,037.50 |
| Harrison IV, George Jackson | Partner | $660 | 1.0 | $660 |
| Heroy, Jessica R. | Manager | $470 | 12.0 | $5,640 |
| Hitchcock, Kyle Jared | Senior | $340 | 45.9 | $15,606 |
| Holcomb, Gary Andrew | Executive Director | $660 | 0.5 | $330 |
| Jacks, Sarah Butler | Senior Manager | $570 | 138.5 | $78,945 |
| Jordan, Sheridan E. | Staff | $210 | 11.0 | $2,310 |
| Joseph, Riad | Partner | $725 | 1.0 | $725 |
| Kennedy, Jamie B | Staff | $210 | 24.0 | $5,040 |
| Kenny, John Michael | Senior | $340 | 10.1 | $3,434 |
| Khaw, Kristie | Senior | $340 | 3.5 | $1,190 |
| Lamb, Robert H. | Executive Director | $660 | 1.1 | $726 |
| Long, Charles A. | Partner | $725 | 0.5 | $363 |
| Lowery, Kristie L. | Partner | $725 | 11.8 | $8,337.5 |
| Maahs, Kevin D. | Staff | $210 | 0.8 | $168 |
| Medley, Michael | Partner | $725 | 2.0 | $1,450 |
| Mesler, Mark S. | Partner | $660 | 12.5 | $8,250 |
| Messing, Daniel P. | Executive Director | $660 | 0.7 | $462 |
| Moore, Meredith M. | Staff | $210 | 47.7 | $10,017 |
| Nguyen, Oanh | Senior | $340 | 50.0 | $17,000 |
| Pai, James | Senior | $340 | 3.0 | $1,020 |
| Passaro, Lauren M. | Staff | $210 | 2.0 | $420 |
| Peabody, Brian A. | Partner | $725 | 0.3 | $218 |
| Pearson, Jessica Louise | Senior | $340 | 0.5 | $170 |
| Ponds, Loren C. | Senior Manager | $570 | 7.3 | $4,161 |
| Powell, Timothy C. | Manager | $470 | 8.5 | $3,995 |
| Puett, Stephen W. | Partner | $660 | 3.0 | $1,980 |
| Quigley, Nicholas W. | Manager | $470 | 21.6 | $10,152 |
| Riordon, Paige Bell | Senior Manager | $570 | 0.5 | $285 |
| Rivero, Michelle | Staff | $210 | 21.0 | $4,410 |

4836-2913-3607.1

| Professional | Position | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Romo, Kirsche L. | Senior Manager | $570 | 1.0 | $570 |
| San Pedro, Miguel Carlos | Senior | $340 | 0.5 | $170 |
| Sargent, Amy Johannah | Executive Director | $725 | 1.0 | $725 |
| Scanlon, Gary R. | Senior Manager | $570 | 6.7 | $3,819 |
| Schmutter, David | Executive Director | $660 | 3.5 | $2,310 |
| Scott, James E. | Partner | $660 | 109.7 | $72,402 |
| Settlemyre, Anne B. | Staff | $210 | 1.0 | $210 |
| Shapiro, Ari J. | Staff | $210 | 254.9 | $53,529 |
| Snider, Russell A. | Executive Director | $660 | 0.3 | $198 |
| Spencer, Angela K. | Senior Manager | $725 | 2.0 | $1,450 |
| Stamm, Michael T. | Senior Manager | $570 | 35.1 | $20,007 |
| Stokes, Joshua C. | Senior | $340 | 1.0 | $340 |
| Sutherland, Alyssa McKenzie | Staff | $210 | 62.1 | $13,041 |
| Thomas, Mallory | Staff | $210 | 2.7 | $567 |
| Thompson, Emily Clerc | Senior | $340 | 19.8 | $6,732 |
| Thompson, Jeffrey Allen | Senior Manager | $570 | 2.0 | $1,140 |
| Tilmann, Saul D. | Senior Manager | $570 | 36.6 | $20,862 |
| Trombley, Tarryn Kate Gurney | Senior | $340 | 150.0 | $51,000 |
| Tufino, Salvatore J. | Executive Director | $660 | 12.5 | $8,250 |
| Walters, Sarah E. | Staff | $210 | 45.5 | $9,555 |
| William, Andrew | Manager | $470 | 19.0 | $8,930 |
| Williams, Charles F. | Executive Director | $660 | 4.0 | $2,640 |
| Williams, Edward M. | Partner | $725 | 4.0 | $2,900 |
| Williams, Laura Elizabeth | Manager | $470 | 74.6 | $35,062 |
| Wood, Jeffrey T. | Executive Director | $660 | 380.3 | $250,998 |
| Young, Suzanne N. | Manager | $470 | 8.0 | $3,760 |
| **TOTAL** | | | **2,755.7** | **$1,179,452** |

3

## COMPENSATION BY PROJECT CATEGORY
## THROUGH JUNE 30, 2015

| Project Category | Total Hours | Total Fees |
|---|---:|---:|
| Federal Tax Compliance | 1,046.0 | $425,797 |
| Federal Consulting | 723.2 | $350,622 |
| International Consulting | 668.6 | $266,755 |
| State and Local Consulting | 231.2 | $90,961 |
| Domestic Tax Assistance | 86.7 | $45,317 |
| **TOTAL** | **2,755.7** | **$1,179,452** |

## EXPENSE SUMMARY
## THROUGH JUNE 30, 2015

| Expense Category | Total Expenses |
|---|---:|
| Air[2] | $4,322.40 |
| Copies | $44.50 |
| Lodging | $2,663.72 |
| Mass Transit | $17.00 |
| Meals | $551.64 |
| Mileage | $1,042.86 |
| Miscellaneous | $30.00 |
| Parking | $251.00 |
| Rental Car | $250.96 |
| Taxi | $229.00 |
| Tolls | $41.50 |
| **TOTAL** | **$9,445** |

---

[2] All air expenses are coach/economy class.

4

4836-2913-3607.1