## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------X
                                              :
*In re*                                       :    Chapter 11
                                              :
Nortel Networks Inc., *et al.*,[1]            :    Case No. 09-10138 (KG)
                                              :
                        Debtors.              :    Jointly Administered
                                              :
                                              :    **RE: D.I. 16112 & 16113**
                                              :
-------------------------------------------------------X

## NOTICE OF WITHDRAWAL

**PLEASE TAKE NOTICE** that on September 1, 2015, The Mergis Group ("Mergis") filed **Report by The Mergis Group of Staffing and Compensation Earned and Expenses Incurred for the Period of June 1, 2015 Through June 30, 2015** (D.I. 16112); and **Report by The Mergis Group of Staffing and Compensation Earned and Expenses Incurred for the Period of July 1, 2015 Through July 31, 2015** (D.I. 16113) (together the "Monthly Staffing Reports").

**PLEASE TAKE FURTHER NOTICE** that Mergis hereby withdraws the Monthly Staffing Reports without prejudice.

Dated: September 2, 2015
Wilmington, DE                 CLEARY GOTTLIEB STEEN & HAMILTON LLP

                               James L. Bromley (admitted pro hac vice)
                               Lisa M. Schweitzer (admitted pro hac vice)
                               One Liberty Plaza
                               New York, New York 10006
                               Telephone:  (212) 225-2000
                               Facsimile:  (212) 225-3999

                               and

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

2

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

_____*/s/ Tamara K. Minott*_____
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Andrew R. Remming (No. 5120)
Tamara K. Minott (No. 5643)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19801
Telephone:  (302) 658-9200
Facsimile: (302) 658-3989

Counsel for the Debtors and Debtors in Possession

9426511.1