**See Attached for Exhibits A through H**

# Exhibit A

## The Mergis Group
### Summary of Professionals

Nortel Networks, Inc. et al.
For the period of July 1, 2015 through July 31, 2015

| Professional | Position | Title / Role of Professional |
|---|---|---|
| Timothy C. Ross | Officer | Chief Financial Officer and Corporate Secretary - Management responsibility for all business and finance functions supporting the U.S. Principal Officer in the company operation and liquidation; direct responsibilities include, operating budget oversight, treasury management, general accounting and controls, tax, information technology, human resources, real estate management, and foreign subsidiary wind down. Employee Benefits and Pension Investment Committee member. |
| William D. Cozart | Non-Officer | Associate - General accounting control oversight, debtor financial reporting (MOR, Form 26, etc.), general accounting control oversight, finance systems administration & controls, accounts receivable and billing, bank account reconciliations. |
| Deborah M. Parker | Non-Officer | Associate - Health and Welfare benefits plan termination, HR data systems management and oversight, regulatory compliance, and health and welfare benefit plan reimbursement oversight. |
| Kim Ponder | Non-Officer | Associate - General accounting & finance services for accounts payable, payment processing for normal course, intercompany, and professional, claims and litigation settlement disbursement processing, statutory reporting management & oversight. |

# Exhibit B

## The Mergis Group
### Summary of Projects and Project Descriptions

Nortel Networks, Inc. et al.
For the period of July 1, 2015 through July 31, 2015

| Project | Project Description |
|---|---|
| Administrative | Administrative matters related to the Debtors engagement. Includes board meetings, staff meetings, preparation of miscellaneous statements, surveys, and schedules, miscellaneous document review and execution, electronic minute book maintenance, and office and general case management activities. |
| Bankruptcy Reporting | Assist the Debtors with bankruptcy reporting requirements. Includes the financial reporting preparation & management review of the Monthly Operating Report (MOR), Form 26, Ordinary Course Professionals Report (OCP), US Trustee Fee Report, and related matters for the US Trustee. |
| Cash Management | Support the Debtors with cash flow management activities. Includes treasury systems management and controls, bank service contract oversight, cash flow planning and analysis, accountability for cash flow budget achievement, and cash reporting to estate constituents. |
| Claims Administration | Assist the Debtors with claims matters. Includes claims database systems and controls, data maintenance, analysis and validation, communications, distribution process planning, and claims settlement / distribution execution. |
| Compensation Application | Activities relating to the professional time tracking and preparation of the compensation application. |
| Discovery | Activities driven by requests directed to Nortel Networks Inc. in support of the business divestiture proceeds allocation litigation. Includes data / document extraction and analysis, preparation & presentation of findings, interface with legal counsel, and participate in court hearings. |
| Electronic Data and Document Preservation | Support the Debtors with the preservation of electronic data and hard copy documents. Includes governance and maintenance in compliance with court retention requirements and associated vendor service contract oversight. |
| Entity Liquidation and Wind Down | Assist the Debtors with the liquidation, wind down and/or deregistration of Nortel Networks, Inc. and its subsidiaries and branches (foreign and domestic).Includes the development and execution of step plans to ensure local law and U.S. Bankruptcy Court compliance in areas such as intercompany settlements, debt forgiveness, tax clearance certificates, final account balances; compliance with local and U.S. statutory, tax, financial and other governmental reporting requirements; repatriation of subsidiary or branch cash to parent; and coordinate with and support local accounting and legal professionals in conjunction with of all of the above. |
| Finance and General Accounting | Assist the Debtors with finance and general accounting operations in compliance with US GAAP. Includes statutory financial reporting preparation & review, month and year end close processing, finance systems & controls, journal entry preparation, management review, and posting, account reconciliations, balance sheet analysis, and normal course accounts receivable and payable administration . |

# Exhibit B

## The Mergis Group
## Summary of Projects and Project Descriptions

Nortel Networks, Inc. et al.
For the period of July 1, 2015 through July 31, 2015

| Project | Project Description |
|---|---|
| Human Resources | Support the Debtors in Human Resources matters. Includes development and execution of Debtors benefit plan termination (health and welfare, 401K, etc.), plan regulatory compliance oversight and reporting (audits, plan boards & committees, etc.) vendor services contract management and oversight, human resource related communications, and HR systems and data maintenance and reporting. |
| Information Technology Operations | Assist the Debtors with the maintenance and support of the Nortel Networks, Inc. residual company information technology infrastructure operations. Includes vendor services and contract oversight, data extraction, back-up, and recovery, and infrastructure problem resolution support. |
| Insurance & Risk Management | Assist the Debtors with insurance and risk management activities. Includes tracking and periodic management review of Debtors insurance coverage; ensuring compliance with established policies, leases, and contracts. Provide service oversight to agent/broker contract. |
| Plan of Reorganization | Assist the Debtors with the preparation of the plan of reorganization and associated disclosure statement. Includes financial analysis and Debtors review. |
| Professional Fee Applications | Assist the Debtors with the payment administration of engaged professionals. Includes financial recording of professional fee applications to Debtors' books and records, reconciliation to Omnibus Fee Order to Debtors' books and records, fee disbursement based on Certificate of No Objection (CNO) , and associated year end regulatory reporting. |
| Real Estate Management | Assist the Debtors with lease and real estate matters. Includes property management vendor contract oversight, property management budget achievement accountability and associated financial planning & analysis, lease and sub-lease management / governance, and property marketing activities. |
| Residual Business Operations | Assist the Debtors in the resolution of outstanding residual business operations matters. Includes activities relating to residual business services customer, vendor, and/or buyer contracts and associated receivables, payables, and/or inventory, regulatory and government required business reporting surveys and schedules, and review and action of service of process notifications. |
| Tax Matters | Assist the Debtors with tax matters. Includes vendor service contract oversight, financial analysis support and management review of federal, state, and local Tax returns, claims, and audits, and authorization of tax related matters (annual report filings, settlements, etc.) . |
| Travel | Authorized travel to support Debtors projects. |

# Exhibit C

## The Mergis Group
## Summary of Fees and Expenses

Nortel Networks, Inc. et al.
For the period of July 1, 2015 through July 31, 2015

|  | Fees | Expenses | Total |
|---|---|---|---|
| For the period of July 1, 2015 through July 31, 2015 | $ 181,390.00 | $ 295.06 | $ 181,685.06 |

Exhibit C                                                                                                    Page 1 of 1

# Exhibit D

## The Mergis Group
## Summary of Time by Professional

Nortel Networks, Inc. et al.
For the period of July 1, 2015 through July 31, 2015

| Professional | Position | Title / Role of Professional | Hours |
|---|---|---|---|
| Timothy C. Ross | Officer | Chief Financial Officer and Corporate Secretary - Management responsibility for all business and finance functions supporting the U.S. Principal Officer in the company operation and liquidation; direct responsibilities include, operating budget oversight, treasury management, general accounting and controls, tax, information technology, human resources, real estate management, and foreign subsidiary wind down. Employee Benefits and Pension Investment Committee member. | 169.50 |
| William D. Cozart | Non-Officer | Associate - General accounting control oversight, debtor financial reporting (MOR, Form 26, etc.), general accounting control oversight, finance systems administration & controls, accounts receivable and billing, bank account reconciliations. | 117.50 |
| Deborah M. Parker | Non-Officer | Associate - Health and Welfare benefits plan termination, HR data systems management and oversight, regulatory compliance, and health and welfare benefit plan reimbursement oversight. | 35.00 |
| Kim Ponder | Non-Officer | Associate - General accounting & finance services for accounts payable, payment processing for normal course, intercompany, and professional, claims and litigation settlement disbursement processing, statutory reporting management & oversight. | 163.00 |

| | |
|---|---|
| Hours for the period of July 1, 2015 through July 31, 2015 | 485.00 |
| Billing Rate | $ 374.00 |
| Fees for the period of July 1, 2015 through July 31, 2015 | $ 181,390.00 |

# Exhibit E

## The Mergis Group
### Summary of Fees by Project

Nortel Networks, Inc. et al.
For the period of July 1, 2015 through July 31, 2015

| Project | Project Description | Hours | Fees |
|---|---|---|---|
| Administrative | Administrative matters related to the Debtors engagement. Includes board meetings, staff meetings, preparation of miscellaneous statements, surveys, and schedules, miscellaneous document review and execution, electronic minute book maintenance, and office and general case management activities. | - | $ - |
| Bankruptcy Reporting | Assist the Debtors with bankruptcy reporting requirements. Includes the financial reporting preparation & management review of the Monthly Operating Report (MOR), Form 26, Ordinary Course Professionals Report (OCP), US Trustee Fee Report, and related matters for the US Trustee. | 22.00 | $ 8,228.00 |
| Cash Management | Support the Debtors with cash flow management activities. Includes treasury systems management and controls, bank service contract oversight, cash flow planning and analysis, accountability for cash flow budget achievement, and cash reporting to estate constituents. | 41.50 | $ 15,521.00 |
| Claims Administration | Assist the Debtors with claims matters. Includes claims database systems and controls, data maintenance, analysis and validation, communications, distribution process planning, and claims settlement / distribution execution. | 71.00 | $ 26,554.00 |
| Compensation Application | Activities relating to the professional time tracking and preparation of the compensation application. | 11.00 | $ 4,114.00 |
| Discovery | Activities driven by requests directed to Nortel Networks Inc. in support of the business divestiture proceeds allocation litigation. Includes data / document extraction and analysis, preparation & presentation of findings, interface with legal counsel, and participate in court hearings. | 12.00 | $ 4,488.00 |
| Electronic Data and Document Preservation | Support the Debtors with the preservation of electronic data and hard copy documents. Includes governance and maintenance in compliance with court retention requirements and associated vendor service contract oversight. | 0.50 | $ 187.00 |
| Entity Liquidation and Wind Down | Assist the Debtors with the liquidation, wind down and/or deregistration of Nortel Networks, Inc. and its subsidiaries and branches (foreign and domestic).Includes the development and execution of step plans to ensure local law and U.S. Bankruptcy Court compliance in areas such as intercompany settlements, debt forgiveness, tax clearance certificates, final account balances; compliance with local and U.S. statutory, tax, financial and other governmental reporting requirements; repatriation of subsidiary or branch cash to parent; and coordinate with and support local accounting and legal professionals in conjunction with of all of the above. | 8.00 | $ 2,992.00 |
| Finance and General Accounting | Assist the Debtors with finance and general accounting operations in compliance with US GAAP. Includes statutory financial reporting preparation & review, month and year end close processing, finance systems & controls, journal entry preparation, management review, and posting, account reconciliations, balance sheet analysis, and normal course accounts receivable and payable administration . | 195.00 | $ 72,930.00 |
| Human Resources | Support the Debtors in Human Resources matters. Includes development and execution of Debtors benefit plan termination (health and welfare, 401K, etc.), plan regulatory compliance oversight and reporting (audits, plan boards & committees, etc.) vendor services contract management and oversight, human resource related communications, and HR systems and data maintenance and reporting. | 50.50 | $ 18,887.00 |
| Information Technology Operations | Assist the Debtors with the maintenance and support of the Nortel Networks, Inc. residual company information technology infrastructure operations. Includes vendor services and contract oversight, data extraction, back-up, and recovery, and infrastructure problem resolution support. | 3.50 | $ 1,309.00 |
| Insurance & Risk Management | Assist the Debtors with insurance and risk management activities. Includes tracking and periodic management review of Debtors insurance coverage; ensuring compliance with established policies, leases, and contracts. Provide service oversight to agent/broker contract. | 4.00 | $ 1,496.00 |

# Exhibit E

## The Mergis Group
## Summary of Fees by Project

Nortel Networks, Inc. et al.
For the period of July 1, 2015 through July 31, 2015

| Project | Project Description | Hours | Fees |
|---|---|---|---|
| Plan of Reorganization | Assist the Debtors with the preparation of the plan of reorganization and associated disclosure statement. Includes financial analysis and Debtors review. | - | $ - |
| Professional Fee Applications | Assist the Debtors with the payment administration of engaged professionals. Includes financial recording of professional fee applications to Debtors' books and records, reconciliation to Omnibus Fee Order to Debtors' books and records, fee disbursement based on Certificate of No Objection (CNO), and associated year end regulatory reporting. | 9.50 | $ 3,553.00 |
| Real Estate Management | Assist the Debtors with lease and real estate matters. Includes property management vendor contract oversight, property management budget achievement accountability and associated financial planning & analysis, lease and sub-lease management / governance, and property marketing activities. | 32.00 | $ 11,968.00 |
| Residual Business Operations | Assist the Debtors in the resolution of outstanding residual business operations matters. Includes activities relating to residual business services customer, vendor, and/or buyer contracts and associated receivables, payables, and/or inventory, regulatory and government required business reporting surveys and schedules, and review and action of service of process notifications. | 5.50 | $ 2,057.00 |
| Tax Matters | Assist the Debtors with tax matters. Includes vendor service contract oversight, financial analysis support and management review of federal, state, and local Tax returns, claims, and audits, and authorization of tax related matters (annual report filings, settlements, etc.). | 19.00 | $ 7,106.00 |
| Travel | Authorized travel to support Debtors projects. | - | $ - |
| For the period of July 1, 2015 through July 31, 2015 | | 485.00 | $ 181,390.00 |

# Exhibit F

## The Mergis Group
## Time Description Detail by Project

Nortel Networks, Inc. et al.
For the period of July 1, 2015 through July 31, 2015

| Project / Date | Professional | Project Work Description | Hours |
|---|---|---|---|
| **Bankruptcy Reporting** | | | |
| 7/1/2015 | William D. Cozart | Update files for June 2015 MOR. | 2.00 |
| 7/15/2015 | William D. Cozart | Prepare June MOR. | 1.00 |
| 7/17/2015 | William D. Cozart | Prepare June MOR. | 2.00 |
| 7/21/2015 | Timothy C. Ross | Prepared and analyzed Debtors cash receipts and disbursements for the monthly operating report - RE: May 2015. | 4.00 |
| 7/21/2015 | William D. Cozart | Prepare June MOR. | 2.00 |
| 7/22/2015 | Timothy C. Ross | Reviewed and authorized Debtors MOR for release | 1.00 |
| 7/22/2015 | William D. Cozart | Prepare June 2015 Form 26. | 3.50 |
| 7/22/2015 | William D. Cozart | Meeting with T. Ross re: review June MOR. | 0.50 |
| 7/23/2015 | Timothy C. Ross | Prepared and analyzed Debtors quarterly disbursement detail for the US Trustee Report - Q2 2015. | 1.00 |
| 7/23/2015 | William D. Cozart | Prepare June MOR. | 0.50 |
| 7/24/2015 | Timothy C. Ross | Reviewed and authorized Debtors US Trustee Fee analysis - RE: Q2 2015. | 1.00 |
| 7/24/2015 | William D. Cozart | Prepare June Form 26. | 3.00 |
| 7/28/2015 | Timothy C. Ross | Reviewed and executed Debtors US Trustee letter and payment - RE: Final Q2, 2015. | 0.50 |
| **Bankruptcy Reporting Total** | | | **22.00** |
| **Cash Management** | | | |
| 7/1/2015 | Timothy C. Ross | Prepared and analyzed Debtors four week rolling cash flow requirements and executed Treasury funding transactions. | 1.50 |
| 7/2/2015 | Kim Ponder | Received and responded to communications from Citibank Guatemala. | 0.50 |
| 7/2/2015 | Timothy C. Ross | Reviewed, authorized, and released Debtors foreign subsidiary disbursements | 0.50 |
| 7/2/2015 | Timothy C. Ross | Reviewed, authorized, and released Debtors foreign subsidiary disbursements | 1.00 |
| 7/6/2015 | Kim Ponder | FCB deposit. | 0.50 |
| 7/6/2015 | Kim Ponder | Follow up correspondence with Citibank Guatemala. | 0.50 |
| 7/6/2015 | Timothy C. Ross | Analyzed Debtors cash receipts and disbursements to budget and prepared / published monthly results to Debtors constituents (completed). | 1.50 |
| 7/6/2015 | Timothy C. Ross | Worked Debtors foreign subsidiary bank account issue | 1.00 |
| 7/6/2015 | Timothy C. Ross | Reviewed and authorized Debtors bank deposits. | 0.50 |
| 7/7/2015 | Kim Ponder | Correspondence regarding Citibank account. | 1.00 |
| 7/8/2015 | Timothy C. Ross | Reviewed and responded to Debtors foreign subsidiary matters | 0.50 |
| 7/8/2015 | Timothy C. Ross | Reviewed, authorized, and released Debtors foreign subsidiary disbursements | 1.00 |
| 7/9/2015 | Kim Ponder | Correspondence and telephone with Citibank Guatemala. | 2.50 |
| 7/9/2015 | Timothy C. Ross | Prepared and analyzed Debtors four week rolling cash flow requirements and executed funding transactions | 2.00 |
| 7/9/2015 | Timothy C. Ross | Worked Debtors foreign subsidiary bank account issue | 1.00 |
| 7/10/2015 | Timothy C. Ross | Reviewed, authorized, and released Debtors disbursements | 2.00 |
| 7/10/2015 | Timothy C. Ross | Reviewed, authorized, and released Debtors foreign branch disbursements | 0.50 |
| 7/10/2015 | Timothy C. Ross | Worked Debtors foreign subsidiary bank account issue | 1.00 |
| 7/13/2015 | Kim Ponder | FCB deposit. | 0.50 |
| 7/13/2015 | Timothy C. Ross | Reviewed and authorized Debtors bank deposits. | 0.50 |
| 7/14/2015 | Kim Ponder | FCB deposit. | 0.50 |
| 7/14/2015 | Timothy C. Ross | Reviewed and authorized Debtors bank deposits. | 0.50 |
| 7/15/2015 | Timothy C. Ross | Prepared and analyzed Debtors four week rolling cash flow requirements and executed funding transactions | 3.00 |
| 7/17/2015 | Timothy C. Ross | Reviewed, authorized, and released Debtors disbursements | 2.50 |
| 7/20/2015 | Timothy C. Ross | Reviewed and authorize Debtors bank fees for payment | 0.50 |
| 7/20/2015 | Timothy C. Ross | Worked Debtors treasury management matters with Wilmington Trust (S. Wyant) | 1.00 |
| 7/21/2015 | Kim Ponder | Employee benefit plan deposit. | 0.50 |
| 7/22/2015 | Timothy C. Ross | Prepared and analyzed Debtors five week rolling cash flow requirements and executed funding transactions | 2.00 |
| 7/23/2015 | Timothy C. Ross | Reviewed, authorized, and released Debtors disbursements | 2.50 |
| 7/27/2015 | Kim Ponder | Employee benefit plan deposit. | 0.50 |
| 7/27/2015 | Kim Ponder | Follow up telephone meeting with Citibank (L Phillips). | 0.50 |
| 7/29/2015 | Kim Ponder | Employee benefit plan deposit. | 0.50 |
| 7/29/2015 | Kim Ponder | Telephone with Citibank re: technical issues. | 0.50 |
| 7/29/2015 | Timothy C. Ross | Prepared and analyzed Debtors four week rolling cash flow requirements and executed Treasury funding transactions | 1.50 |
| 7/29/2015 | William D. Cozart | Perform user maintenance for banking access. | 1.00 |
| 7/30/2015 | Timothy C. Ross | Reviewed, authorized, and released Debtors disbursements | 3.00 |
| 7/30/2015 | Timothy C. Ross | Worked Debtors foreign subsidiary banking user issue with Citibank | 1.00 |
| **Cash Management Total** | | | **41.50** |
| **Claims Administration** | | | |
| 7/2/2015 | William D. Cozart | Reconcile intercompany claims. | 3.00 |
| 7/7/2015 | Kim Ponder | Received, researched and responded to request for payroll data. | 1.00 |
| 7/7/2015 | Timothy C. Ross | Meeting with RLKS (M. Cilia) | 2.00 |
| 7/7/2015 | Timothy C. Ross | Worked actions taken in claims meeting with RLKS | 1.00 |
| 7/7/2015 | William D. Cozart | Meeting with T. Ross, M. Cilia, D. Tollefsen RLKS to review claims. | 2.00 |
| 7/8/2015 | Timothy C. Ross | Prepared for and attended conference call with RLKS (M. Cilia) and Chilmark Partners (M. Kennedy) | 1.50 |
| 7/8/2015 | Timothy C. Ross | Researched actions from Chilmark / RLKS conference call. | 4.00 |
| 7/8/2015 | William D. Cozart | Prepare research re: intercompany claims. | 6.50 |
| 7/8/2015 | William D. Cozart | Meeting with T. Ross, M. Cilia, D. Tollefsen RLKS, M. Kennedy, Chilmark re: Intercompany Claims. | 1.50 |
| 7/9/2015 | Timothy C. Ross | Worked Debtors claims reconciliation matters | 1.00 |
| 7/16/2015 | Timothy C. Ross | Researched and responded to actions take from conference call with CGSH | 1.00 |
| 7/17/2015 | Timothy C. Ross | Researched and responded to actions take from conference call with CGSH | 1.50 |
| 7/20/2015 | Timothy C. Ross | Researched and responded to CGSH (K. Hailey) | 1.50 |
| 7/20/2015 | William D. Cozart | Prepare analysis of intercompany claims. | 6.00 |
| 7/21/2015 | Timothy C. Ross | Worked Debtors interco reconciliation matter | 1.00 |
| 7/21/2015 | William D. Cozart | Prepare analysis of claims. | 5.00 |
| 7/22/2015 | Kim Ponder | Received and responded to request for reconciliation details. | 1.00 |
| 7/22/2015 | Timothy C. Ross | Researched and responded to Chilmark (M. Kennedy) request | 1.50 |
| 7/22/2015 | Timothy C. Ross | Researched and responded to Chilmark (M. Kennedy) request | 1.50 |
| 7/22/2015 | Timothy C. Ross | Conference call with Chilmark (M. Kennedy) | 0.50 |
| 7/23/2015 | Timothy C. Ross | Prepared for conference call with US Principal Officer (J. Ray), CGSH (L. Schweitzer), Chilmark (M. Kennedy), and RLKS (M. Cilia) | 0.50 |

# Exhibit F

## The Mergis Group
## Time Description Detail by Project

Nortel Networks, Inc. et al.
For the period of July 1, 2015 through July 31, 2015

| Project / Date | Professional | Project Work Description | Hours |
|---|---|---|---|
| 7/23/2015 | Timothy C. Ross | Conference call with US Principal Officer (J. Ray), CGSH (L. Schweitzer), Chilmark (M. Kennedy), and RLKS (M. Cilia) | 1.50 |
| 7/23/2015 | William D. Cozart | Prepare analysis of claims. | 6.50 |
| 7/24/2015 | Kim Ponder | Received and responded to request for vendor data. | 1.00 |
| 7/24/2015 | William D. Cozart | Prepare analysis of claims. | 3.50 |
| 7/24/2015 | William D. Cozart | Prepare historical research re: historical financial information. | 1.50 |
| 7/27/2015 | Kim Ponder | Telephone with EY (J Heroy) and follow up review of employee claim file. | 1.50 |
| 7/27/2015 | Kim Ponder | Received, researched and responded to request for historical data. | 1.00 |
| 7/27/2015 | Timothy C. Ross | Worked on Debtors receivables issue | 1.00 |
| 7/28/2015 | Kim Ponder | Received, researched and responded to request for historical data. | 3.00 |
| 7/28/2015 | Timothy C. Ross | Attended conference call with Canadian Monitor and US Principal officer | 1.00 |
| 7/28/2015 | Timothy C. Ross | Worked follow-up action from cross border claim call | 1.00 |
| 7/28/2015 | Timothy C. Ross | Attended conference call with US Principal Officer, CGSH, Chilmark, and RLKS | 0.50 |
| 7/28/2015 | Timothy C. Ross | Worked Debtors cross border claims matter | 1.50 |
| 7/30/2015 | Kim Ponder | Research related to claim reconciliation. | 3.00 |
| **Claims Administration Total** | | | **71.00** |

**Compensation Application**

| | | | |
|---|---|---|---|
| 7/2/2015 | Deborah M. Parker | Compensation application preparation re: update of timekeeping records. | 0.50 |
| 7/2/2015 | Kim Ponder | Compensation application preparation re: update of timekeeping records. | 0.50 |
| 7/2/2015 | Timothy C. Ross | Compensation application preparation re: update of timekeeping records. | 0.50 |
| 7/2/2015 | William D. Cozart | Compensation application preparation re: update of timekeeping records. | 0.50 |
| 7/10/2015 | Kim Ponder | Compensation application preparation re: update of timekeeping records. | 0.50 |
| 7/10/2015 | Timothy C. Ross | Compensation application preparation re: update of timekeeping records. | 0.50 |
| 7/16/2015 | Timothy C. Ross | Received, reviewed, updated and finalized Mergis Staffing & Compensation report with CGSH edits and submitted to MNAT for court filing - RE: May 2015 report. | 1.50 |
| 7/17/2015 | Kim Ponder | Compensation application preparation re: update of timekeeping records. | 0.50 |
| 7/17/2015 | Timothy C. Ross | Compensation application preparation re: update of timekeeping records. | 0.50 |
| 7/21/2015 | William D. Cozart | Compensation application preparation re: update of timekeeping records. | 0.50 |
| 7/24/2015 | Kim Ponder | Compensation application preparation re: update of timekeeping records. | 0.50 |
| 7/24/2015 | Timothy C. Ross | Compensation application preparation re: update of timekeeping records. | 0.50 |
| 7/27/2015 | Timothy C. Ross | Prepared DRAFT Mergis staffing & compensation report for CGSH review - RE: June 2015. | 2.50 |
| 7/30/2015 | Timothy C. Ross | Compensation application preparation re: update of timekeeping records. | 0.50 |
| 7/31/2015 | Kim Ponder | Compensation application preparation re: update of timekeeping records. | 0.50 |
| 7/31/2015 | William D. Cozart | Compensation application preparation re: update of timekeeping records. | 0.50 |
| **Compensation Application Total** | | | **11.00** |

**Discovery**

| | | | |
|---|---|---|---|
| 7/1/2015 | Timothy C. Ross | Received, reviewed, and actioned Debtors service of process notification | 0.50 |
| 7/7/2015 | Timothy C. Ross | Received, reviewed, and actioned Debtors service of process notifications | 0.50 |
| 7/13/2015 | Timothy C. Ross | Reviewed and executed Crowell documents | 0.50 |
| 7/14/2015 | Timothy C. Ross | Received, reviewed, and responded to Crowell correspondences (M. Plevin) | 0.50 |
| 7/14/2015 | Timothy C. Ross | Worked Debtors third party subpoena matters | 0.50 |
| 7/14/2015 | Timothy C. Ross | Received, researched, and responded to CGSH (M. Gurgel) | 0.50 |
| 7/15/2015 | Timothy C. Ross | Conference call with CGSH (M. Gurgel) | 0.50 |
| 7/16/2015 | Kim Ponder | Researched historical files. | 1.00 |
| 7/16/2015 | Timothy C. Ross | Worked Debtors litigation matters with | 1.50 |
| 7/16/2015 | Timothy C. Ross | Conference call with Crowell (M. Plevin) | 0.50 |
| 7/17/2015 | Timothy C. Ross | Researched and responded to CGSH (M. Gurgel) | 1.00 |
| 7/20/2015 | Timothy C. Ross | Worked Debtors third party subpoena matters | 1.00 |
| 7/20/2015 | Timothy C. Ross | Worked Debtors litigation request from CGSH (M. Gurgel) | 1.00 |
| 7/21/2015 | Timothy C. Ross | Received, reviewed, and actioned former employee records subpoena with CGSH (L. Lipner) | 0.50 |
| 7/23/2015 | Timothy C. Ross | Conference call with CGSH (M. Gurgel) | 0.50 |
| 7/28/2015 | Timothy C. Ross | Worked Debtors third party subpoena matters | 1.00 |
| 7/29/2015 | Timothy C. Ross | Worked Debtors third party subpoena matters | 0.50 |
| **Discovery Total** | | | **12.00** |

**Electronic Data and Document Preservation**

| | | | |
|---|---|---|---|
| 7/21/2015 | Timothy C. Ross | Worked Debtors data retention matter | 0.50 |
| **Electronic Data and Document Preservation Total** | | | **0.50** |

**Entity Liquidation and Wind Down**

| | | | |
|---|---|---|---|
| 7/1/2015 | Timothy C. Ross | Followed up on various Debtors foreign subsidiary liquidation & wind down matters | 0.50 |
| 7/1/2015 | Timothy C. Ross | Follow-up with PWC regarding Debtors foreign subsidiary matters | 0.50 |
| 7/1/2015 | Timothy C. Ross | Follow-up with Abdelly (S. Chaari) on Debtors foreign subsidiary matters | 0.50 |
| 7/7/2015 | Timothy C. Ross | Worked Debtors foreign branch liquidation matters | 0.50 |
| 7/9/2015 | Timothy C. Ross | Attended conference call with CGSH (K. Hailey, R. Eckenrod, and R. Reeb) | 0.50 |
| 7/13/2015 | Timothy C. Ross | Worked Debtors foreign branch matters with PWC | 1.00 |
| 7/14/2015 | Timothy C. Ross | Worked Debtors foreign branch wind down matters | 1.00 |
| 7/14/2015 | Timothy C. Ross | Worked Debtors foreign subsidiary/branch wind down matters | 0.50 |
| 7/15/2015 | Timothy C. Ross | Conference call with CGSH (K. Hailey, R. Reeb, R. Eckenrod) | 0.50 |
| 7/20/2015 | Timothy C. Ross | Received, reviewed, and responded to Debtors foreign subsidiary counsel | 0.50 |
| 7/21/2015 | Timothy C. Ross | Received, reviewed, and responded to CGSH | 0.50 |
| 7/23/2015 | Timothy C. Ross | Conference call with CGSH (K. Hailey, R. Reeb, R. Eckenrod) | 0.50 |
| 7/24/2015 | Timothy C. Ross | Worked Debtors foreign subsidiary matters | 0.50 |
| 7/27/2015 | Timothy C. Ross | Worked Debtors foreign branch matters | 0.50 |
| **Entity Liquidation and Wind Down Total** | | | **8.00** |

**Finance and General Accounting**

# Exhibit F

## The Mergis Group
## Time Description Detail by Project

Nortel Networks, Inc. et al.
For the period of July 1, 2015 through July 31, 2015

| Project / Date | Professional | Project Work Description | Hours |
|---|---|---|---|
| 7/1/2015 | Kim Ponder | Received and responded to email. | 0.50 |
| 7/1/2015 | Kim Ponder | Normal course payables | 0.50 |
| 7/1/2015 | Timothy C. Ross | Worked Debtors finance and accounting matters | 2.00 |
| 7/1/2015 | Timothy C. Ross | Meeting with RLKS (R. Perubhatla, B. Bangerter) and JCI (A. Lane) - RE: Asset dispositions. | 0.50 |
| 7/1/2015 | William D. Cozart | Prepare bank reconciliations for June. | 5.50 |
| 7/1/2015 | William D. Cozart | Accounts Payable: Open mail and file invoices. | 0.50 |
| 7/2/2015 | Kim Ponder | Normal course payables | 0.50 |
| 7/2/2015 | Kim Ponder | Received and responded to email. | 0.50 |
| 7/2/2015 | Timothy C. Ross | Worked Debtors finance and accounting matters | 3.00 |
| 7/2/2015 | William D. Cozart | Record cash receipts. | 1.00 |
| 7/2/2015 | William D. Cozart | Prepare bank reconciliations. | 2.50 |
| 7/6/2015 | Kim Ponder | Normal course payables | 2.00 |
| 7/6/2015 | Kim Ponder | Intercompany billing. | 0.50 |
| 7/6/2015 | Kim Ponder | Finalized 25th OCP. | 1.00 |
| 7/6/2015 | Kim Ponder | Month end close. | 2.50 |
| 7/6/2015 | Timothy C. Ross | Prepared and submitted residual staffing time report. | 0.50 |
| 7/6/2015 | Timothy C. Ross | Worked Debtors foreign subsidiary finance & accounting issue | 1.00 |
| 7/6/2015 | Timothy C. Ross | Reviewed and authorized Debtors residual invoicing. | 0.50 |
| 7/6/2015 | Timothy C. Ross | Worked Debtors finance & accounting matters | 2.00 |
| 7/6/2015 | William D. Cozart | Prepare bank reconciliations. | 4.00 |
| 7/6/2015 | William D. Cozart | Reconcile intercompany balances to file provided by RLKS. | 3.50 |
| 7/6/2015 | William D. Cozart | Record cash receipts. | 0.50 |
| 7/7/2015 | Kim Ponder | Meeting with T Ross and D Cozart re: debtors asset disposition process and E&Y follow-up items. | 1.00 |
| 7/7/2015 | Kim Ponder | Updated foreign tracker. | 1.00 |
| 7/7/2015 | Kim Ponder | Normal course payables | 1.50 |
| 7/7/2015 | Kim Ponder | Month end close. | 2.50 |
| 7/7/2015 | Timothy C. Ross | Meeting with D. Cozart and K. Ponder | 1.00 |
| 7/7/2015 | Timothy C. Ross | Reviewed Debtors foreign branch professional invoices and actioned open questions | 1.00 |
| 7/7/2015 | William D. Cozart | Prepare reconciliations for June. | 4.00 |
| 7/7/2015 | William D. Cozart | Meeting with D. Cozart and K. Ponder | 1.00 |
| 7/7/2015 | William D. Cozart | Prepare research re: Nortel capitalization policy. | 1.00 |
| 7/8/2015 | Kim Ponder | Normal course payables | 1.50 |
| 7/8/2015 | Kim Ponder | Month end close. | 3.00 |
| 7/8/2015 | Timothy C. Ross | Worked Debtors foreign subsidiary accounting & finance matters | 0.50 |
| 7/9/2015 | Kim Ponder | Normal course payables | 2.50 |
| 7/9/2015 | Kim Ponder | Month end close. | 4.00 |
| 7/9/2015 | Timothy C. Ross | Worked Debtors finance & accounting matters | 1.00 |
| 7/10/2015 | Kim Ponder | Month end close. | 4.50 |
| 7/13/2015 | Kim Ponder | Normal course payables | 1.00 |
| 7/13/2015 | Kim Ponder | Month end close. | 6.50 |
| 7/13/2015 | Timothy C. Ross | Reviewed and authorized Debtors residual invoices. | 0.50 |
| 7/13/2015 | Timothy C. Ross | Worked Debtors finance & accounting matters | 3.00 |
| 7/14/2015 | Kim Ponder | Normal course payables | 1.50 |
| 7/14/2015 | Kim Ponder | Month end close. | 5.50 |
| 7/14/2015 | Timothy C. Ross | Worked Debtors finance & accounting matters | 2.00 |
| 7/14/2015 | William D. Cozart | Record cash receipts. | 1.00 |
| 7/14/2015 | William D. Cozart | Prepare bank reconciliations. | 3.00 |
| 7/14/2015 | William D. Cozart | Received, reviewed and responded to correspondence re: LTIP invoice. | 1.00 |
| 7/14/2015 | William D. Cozart | Prepare reconciliations for June. | 2.00 |
| 7/14/2015 | William D. Cozart | Prepare billings for July. | 1.00 |
| 7/15/2015 | Kim Ponder | Follow up correspondence with Iron Mountain and meeting request. | 0.50 |
| 7/15/2015 | Kim Ponder | Normal course payables | 1.00 |
| 7/15/2015 | Kim Ponder | Month end close. | 5.50 |
| 7/15/2015 | Timothy C. Ross | Worked Debtors finance & accounting matters | 1.00 |
| 7/15/2015 | William D. Cozart | Record cash receipts. | 0.50 |
| 7/15/2015 | William D. Cozart | Prepare reconciliations for June. | 4.50 |
| 7/15/2015 | William D. Cozart | Perform account maintenance in QuickBooks. | 2.00 |
| 7/16/2015 | Kim Ponder | Normal course payables | 2.75 |
| 7/16/2015 | Kim Ponder | GL account reconciliations. | 2.75 |
| 7/16/2015 | Kim Ponder | Received and responded to communication from Iron Mountain. | 0.50 |
| 7/16/2015 | William D. Cozart | Prepare backups and close June period in Quickbooks. | 4.00 |
| 7/16/2015 | William D. Cozart | Prepare Quickbooks reports for June. | 2.00 |
| 7/16/2015 | William D. Cozart | Prepare analysis of historical transactions. | 2.00 |
| 7/17/2015 | Kim Ponder | Normal course payables | 0.75 |
| 7/17/2015 | Kim Ponder | GL reconciliations. | 1.75 |
| 7/17/2015 | Kim Ponder | Intercompany billing. | 0.50 |
| 7/17/2015 | Timothy C. Ross | Reviewed and authorized Debtors residual invoices for payment. | 0.50 |
| 7/17/2015 | William D. Cozart | Prepare analysis of historical transactions. | 5.00 |
| 7/17/2015 | William D. Cozart | Prepare billings for July. | 1.00 |
| 7/20/2015 | Kim Ponder | Normal course payables | 1.00 |
| 7/20/2015 | Kim Ponder | Updated schedule for MNAT review. | 0.50 |
| 7/20/2015 | Kim Ponder | GL account reconciliations. | 3.00 |
| 7/20/2015 | Timothy C. Ross | Prepared, authorized and submitted staffing time report. | 0.50 |
| 7/20/2015 | William D. Cozart | Prepare analysis of bank fees. | 2.00 |
| 7/21/2015 | Kim Ponder | Normal course payables | 0.50 |
| 7/21/2015 | Kim Ponder | Draft Q2 2015 US Trustee fee calculation. | 1.00 |
| 7/21/2015 | Kim Ponder | Normal course payables | 1.50 |
| 7/21/2015 | Kim Ponder | Document retention. | 4.00 |
| 7/21/2015 | William D. Cozart | Record Cash receipts. | 0.50 |
| 7/22/2015 | Kim Ponder | Received and responded to vendor information request. | 0.50 |
| 7/22/2015 | William D. Cozart | Prepare sublease billings for July. | 3.00 |
| 7/22/2015 | William D. Cozart | Meeting with T. Ross and M. Kennedy | 1.00 |

## Exhibit F

### The Mergis Group
### Time Description Detail by Project

Nortel Networks, Inc. et al.
For the period of July 1, 2015 through July 31, 2015

| Project / Date | Professional | Project Work Description | Hours |
|---|---|---|---|
| 7/23/2015 | Kim Ponder | Normal course payables | 3.50 |
| 7/23/2015 | Kim Ponder | Normal course payables | 0.50 |
| 7/23/2015 | Kim Ponder | Document retention. | 3.00 |
| 7/23/2015 | William D. Cozart | Prepare analysis re: historical costs. | 2.00 |
| 7/24/2015 | Kim Ponder | Various email correspondence. | 1.50 |
| 7/24/2015 | Kim Ponder | Month end close | 5.00 |
| 7/27/2015 | Kim Ponder | Normal course payables | 2.50 |
| 7/27/2015 | Kim Ponder | FCB deposit. | 0.50 |
| 7/27/2015 | Timothy C. Ross | Prepared, authorized and submitted staffing time report. | 0.50 |
| 7/27/2015 | Timothy C. Ross | Reviewed and authorized Debtors foreign subsidiary professional invoices for payment. | 0.50 |
| 7/28/2015 | Kim Ponder | Normal course payables | 2.00 |
| 7/28/2015 | Kim Ponder | Prepare Q2 US Trustee package submission. | 0.50 |
| 7/29/2015 | Kim Ponder | Normal course payables | 5.50 |
| 7/30/2015 | Kim Ponder | Communications with Deloitte | 0.50 |
| 7/30/2015 | Kim Ponder | Normal course payables | 1.00 |
| 7/30/2015 | Kim Ponder | Month end close. | 2.50 |
| 7/30/2015 | Timothy C. Ross | Reviewed and authorized Debtors professional security deposit draw and refund. | 0.50 |
| 7/31/2015 | Kim Ponder | Conference call with Iron Mountain (W Benedetto and C Pienkovich). | 0.50 |
| 7/31/2015 | Kim Ponder | Month end close. | 7.00 |
| 7/31/2015 | William D. Cozart | Update Foreign Exchange Rates in Quickbooks. | 4.00 |
| **Finance and General Accounting Total** | | | **195.00** |

**Human Resources**

| | | | |
|---|---|---|---|
| 7/1/2015 | Deborah M. Parker | Misc. HR activities | 13.00 |
| 7/2/2015 | Deborah M. Parker | Misc. HR activities | 14.50 |
| 7/2/2015 | Deborah M. Parker | HR Shared Services | 1.00 |
| 7/2/2015 | Timothy C. Ross | Worked Debtors benefit wind down matter | 1.00 |
| 7/2/2015 | William D. Cozart | Received, reviewed and researched LTIP correspondence. | 1.00 |
| 7/3/2015 | Deborah M. Parker | Misc. HR activities | 6.00 |
| 7/7/2015 | Timothy C. Ross | Worked Debtors benefit plan trust matters | 1.00 |
| 7/9/2015 | Timothy C. Ross | Researched and responded to RLKS (K. Schultea) questions regarding Debtors benefit wind down matters | 1.00 |
| 7/13/2015 | Timothy C. Ross | Received, reviewed, and actioned Debtors former employee matter | 0.50 |
| 7/14/2015 | Timothy C. Ross | Worked Debtors employee benefit plan wind down matters | 0.50 |
| 7/17/2015 | Kim Ponder | Received, researched and responded to garnishment request re: former employee. | 0.50 |
| 7/20/2015 | Kim Ponder | Received, researched and responded to former employee inquiries re: SSA. | 0.50 |
| 7/20/2015 | Timothy C. Ross | Reviewed and authorized Debtors HR related invoices for payment. | 0.50 |
| 7/21/2015 | Kim Ponder | Received and reviewed legal document request. | 0.50 |
| 7/21/2015 | Timothy C. Ross | Reviewed and authorized Debtors employee benefit plan strategy. | 1.00 |
| 7/21/2015 | Timothy C. Ross | Reviewed and authorized benefit refund deposits to the Northern Telecom Health and Welfare Trust. | 0.50 |
| 7/24/2015 | Timothy C. Ross | Worked Debtors benefit wind down matters | 1.00 |
| 7/27/2015 | Kim Ponder | Received and responded to involuntary deduction request from agency. | 0.50 |
| 7/27/2015 | Timothy C. Ross | Conference call with E. Smith | 0.50 |
| 7/27/2015 | Timothy C. Ross | Prepared for conference call scheduled with employee benefit plan Counsel | 1.00 |
| 7/27/2015 | Timothy C. Ross | Reviewed and actioned Debtors service of process notification (s) | 0.50 |
| 7/27/2015 | Timothy C. Ross | Reviewed and authorized Debtors HR related invoices for payment. | 0.50 |
| 7/27/2015 | Timothy C. Ross | Reviewed and authorized benefit refund deposits to the Northern Telecom Health and Welfare Trust. | 0.50 |
| 7/28/2015 | Timothy C. Ross | Conference call with Baker Donelson (P. O'Rourke) | 1.00 |
| 7/29/2015 | Kim Ponder | Received, reviewed and forwarded subpoena request. | 0.50 |
| 7/30/2015 | Kim Ponder | Received, researched and responded to agency garnishment order. | 0.50 |
| 7/30/2015 | Timothy C. Ross | Reviewed and authorized benefit refund deposits to the Northern Telecom Health and Welfare Trust. | 0.50 |
| 7/30/2015 | Timothy C. Ross | Received, reviewed, and actioned Debtors service of process notification | 0.50 |
| **Human Resources Total** | | | **50.50** |

**Information Technology Operations**

| | | | |
|---|---|---|---|
| 7/6/2015 | Timothy C. Ross | Worked Debtors information technology matters | 1.00 |
| 7/9/2015 | Timothy C. Ross | Worked Debtors information technology matters | 0.50 |
| 7/13/2015 | Timothy C. Ross | Worked Debtors Parkpoint network outage issue with JCI and RLKS. | 0.50 |
| 7/23/2015 | Kim Ponder | Equipment returns from former employees. | 1.00 |
| 7/24/2015 | Timothy C. Ross | Worked Debtors IT issue | 0.50 |
| **Information Technology Operations Total** | | | **3.50** |

**Insurance & Risk Management**

| | | | |
|---|---|---|---|
| 7/1/2015 | Timothy C. Ross | Received, reviewed, responded to Debtors foreign subsidiary matters | 0.50 |
| 7/8/2015 | Timothy C. Ross | Worked Debtors foreign subsidiary matters | 0.50 |
| 7/16/2015 | Timothy C. Ross | Follow-up with Marsh India | 0.50 |
| 7/20/2015 | Timothy C. Ross | Worked Debtors foreign subsidiary insurance matters | 1.00 |
| 7/22/2015 | Timothy C. Ross | Worked Debtors foreign subsidiary matters | 0.50 |
| 7/24/2015 | Timothy C. Ross | Worked Debtors foreign subsidiary matters | 0.50 |
| 7/28/2015 | Timothy C. Ross | Worked Debtors foreign subsidiary insurance matters | 0.50 |
| **Insurance & Risk Management Total** | | | **4.00** |

**Professional Fee Applications**

| | | | |
|---|---|---|---|
| 7/6/2015 | Kim Ponder | Processed fee applications filed by Professionals. | 1.00 |
| 7/10/2015 | Kim Ponder | Processed fee application filed by Professional. | 0.50 |
| 7/10/2015 | Kim Ponder | Reviewed 25th Ordinary Course Professional filing. | 0.50 |
| 7/15/2015 | Kim Ponder | Processed fee application filed by Professional. | 0.50 |
| 7/20/2015 | Kim Ponder | Reconciled Fee Examiner reports to Professionals. | 3.00 |
| 7/27/2015 | Kim Ponder | Processed fee application filed by Professional. | 0.50 |
| 7/28/2015 | Kim Ponder | Reconciled holdbacks to Omnibus order. | 2.50 |

## Exhibit F

### The Mergis Group
### Time Description Detail by Project

Nortel Networks, Inc. et al.
For the period of July 1, 2015 through July 31, 2015

| Project / Date | Professional | Project Work Description | Hours |
|---|---|---|---|
| 7/29/2015 | Kim Ponder | Processed fee applications filed by Professionals. | 0.50 |
| 7/30/2015 | Kim Ponder | Processed fee applications filed by Professionals. | 0.50 |
| **Professional Fee Applications Total** | | | **9.50** |

**Real Estate Management**

| Project / Date | Professional | Project Work Description | Hours |
|---|---|---|---|
| 7/1/2015 | Timothy C. Ross | Researched and responded to Debtors property management matters | 1.00 |
| 7/2/2015 | Timothy C. Ross | Meeting with JCI (A. Lane) | 1.50 |
| 7/8/2015 | Timothy C. Ross | Worked Debtors property management matters | 1.00 |
| 7/9/2015 | Timothy C. Ross | Worked Debtors property management matters | 1.00 |
| 7/14/2015 | Timothy C. Ross | Received, researched, and responded to new Glennville landlord questions | 1.00 |
| 7/14/2015 | Timothy C. Ross | Finalized VK agreement, executed, and communicated to staffing agent | 1.00 |
| 7/15/2015 | Timothy C. Ross | Prepared JCI cost sharing analysis | 1.00 |
| 7/15/2015 | Timothy C. Ross | Prepared and analyzed Glennville landlord profit sharing | 2.00 |
| 7/16/2015 | Timothy C. Ross | Meeting with JCI (A. Lane) | 0.50 |
| 7/16/2015 | Timothy C. Ross | Worked Debtors property management matters | 1.00 |
| 7/17/2015 | Kim Ponder | Compiled Q2 2015 profit sharing package. | 3.00 |
| 7/17/2015 | Timothy C. Ross | Meeting with JCI (A. Lane) | 1.00 |
| 7/17/2015 | Timothy C. Ross | Worked Debtors RTP lease expiration project matters | 1.00 |
| 7/20/2015 | Timothy C. Ross | Reviewed and authorized property management invoices for disbursement | 1.00 |
| 7/22/2015 | Timothy C. Ross | Prepared Rent roll for RTP and Richardson properties | 1.50 |
| 7/22/2015 | Timothy C. Ross | Worked Debtors property management matters | 0.50 |
| 7/23/2015 | Timothy C. Ross | Prepared subtenant rental income for invoicing | 3.00 |
| 7/27/2015 | Kim Ponder | Received and responded to request for data from Richardson landlord. | 0.50 |
| 7/27/2015 | Timothy C. Ross | Worked Debtors property management matters | 1.00 |
| 7/28/2015 | Timothy C. Ross | Finalized Richardson profit sharing analysis and communicated to landlord | 1.50 |
| 7/29/2015 | Timothy C. Ross | Meeting with RLKS (K. Schultea) | 1.00 |
| 7/29/2015 | Timothy C. Ross | Property tour with Zurich (landlord) and IVI (Engineer) | 6.00 |
| **Real Estate Management Total** | | | **32.00** |

**Residual Business Operations**

| Project / Date | Professional | Project Work Description | Hours |
|---|---|---|---|
| 7/22/2015 | Kim Ponder | Transition follow up; reviewed unclaimed property files. | 5.50 |
| **Residual Business Operations Total** | | | **5.50** |

**Tax Matters**

| Project / Date | Professional | Project Work Description | Hours |
|---|---|---|---|
| 7/1/2015 | Timothy C. Ross | Prepared for and attended meeting with E&Y (S. Jacks) | 1.50 |
| 7/6/2015 | Timothy C. Ross | Reviewed and authorized Debtors foreign subsidiary tax matters | 0.50 |
| 7/7/2015 | Timothy C. Ross | Reviewed and authorized Debtors tax services fees | 1.00 |
| 7/7/2015 | Timothy C. Ross | Researched and responded to E&Y (S. Jacks) | 1.00 |
| 7/8/2015 | Kim Ponder | Received and responded to EY request for 2012-2014 data. | 3.50 |
| 7/9/2015 | Timothy C. Ross | Researched and responded to E&Y (S. Jacks) | 1.00 |
| 7/10/2015 | Kim Ponder | Provided financial details requested by EY. | 1.00 |
| 7/10/2015 | Timothy C. Ross | Received, reviewed, and responded to Debtors tax matters | 0.50 |
| 7/13/2015 | Timothy C. Ross | Reviewed and executed Debtors tax matters | 1.00 |
| 7/13/2015 | Timothy C. Ross | Meeting with E&Y (R. Jacks) | 1.00 |
| 7/14/2015 | Kim Ponder | Responded to EY inquiry re: tax accounts. | 0.50 |
| 7/15/2015 | Kim Ponder | Discussion with EY (M Gentile and A Shapiro) re: state income tax liabilities. | 0.50 |
| 7/15/2015 | Timothy C. Ross | Meeting with E&Y (J. Woods) | 0.50 |
| 7/15/2015 | Timothy C. Ross | Reviewed and executed Debtors tax matters | 0.50 |
| 7/16/2015 | Kim Ponder | Received, researched and responded to EY data request. | 1.50 |
| 7/17/2015 | Kim Ponder | Received, reviewed and forwarded jurisdiction communications to EY. | 0.50 |
| 7/21/2015 | Timothy C. Ross | Researched and responded to E&Y (G. Davidson) - RE: Nortel | 1.00 |
| 7/22/2015 | Kim Ponder | Prepared Q2 form 1042 schedule. | 1.00 |
| 7/28/2015 | Timothy C. Ross | Worked Debtors foreign subsidiary tax matters | 0.50 |
| 7/29/2015 | Kim Ponder | Received, reviewed and forwarded state jurisdiction correspondence to EY. | 0.50 |
| **Tax Matters Total** | | | **19.00** |

For the period of July 1, 2015 through July 31, 2015     485.00

<u>**Exhibit G**</u>

**The Mergis Group**
**Summary of Expenses By Category**

**Nortel Networks, Inc. et al.**
For the period of July 1, 2015 through July 31, 2015

| Expense Category | Expenses |
|---|---|
| Airfare | - |
| Lodging | - |
| Meals | - |
| Parking | - |
| Ground Transportation | - |
| Office Expense | 295.06 |
| Professional | - |
| Miscellaneous | - |
| **For the period of July 1, 2015 through July 31, 2015** | **$ 295.06** |

# Exhibit H

## The Mergis Group
### Expense Detail

Nortel Networks, Inc. et al.
For the period of July 1, 2015 through July 31, 2015

| Date (s) Incurred | Name of Professional | Purpose | | Location Visited | |
|---|---|---|---|---|---|
| 07/09/15 | Timothy C. Ross | Order replacement switch (i.e., switch failure) | | Online Purchase | |
| | Expense Category | Vendor | | | Expenses |
| | Airfare | | | | - |
| | Lodging | | | | - |
| | Meals | | | | - |
| | Parking | | | | - |
| | Ground Transportation | | | | - |
| | Office Expense | NewEgg.com | | | 99.99 |
| | Professional | | | | - |
| | Miscellaneous | | | | - |
| | Total | | | $ | 99.99 |

| Date (s) Incurred | Name of Professional | Purpose | | Location Visited | |
|---|---|---|---|---|---|
| 07/24/15 | Timothy C. Ross | Purchase ASUS (RT-AC68U) Wireless-AC1900 Dual Band Router | | Online Purchase | |
| | Expense Category | Vendor | | | Expenses |
| | Airfare | | | | - |
| | Lodging | | | | - |
| | Meals | | | | - |
| | Parking | | | | - |
| | Ground Transportation | | | | - |
| | Office Expense | Amazon.com | | | 195.07 |
| | Professional | | | | - |
| | Miscellaneous | | | | - |
| | Total | | | $ | 195.07 |

| Date (s) Incurred | Name of Professional | Purpose | | Location Visited | |
|---|---|---|---|---|---|
| | | | | | |
| | Expense Category | Vendor | | | Expenses |
| | Airfare | | | | - |
| | Lodging | | | | - |
| | Meals | | | | - |
| | Parking | | | | - |
| | Ground Transportation | | | | - |
| | Office Expense | | | | - |
| | Professional | | | | - |
| | Miscellaneous | | | | - |
| | Total | | | $ | - |

| Date (s) Incurred | Name of Professional | Purpose | | Location Visited | |
|---|---|---|---|---|---|
| | | | | | |
| | Expense Category | Vendor | | | Expenses |
| | Airfare | | | | - |
| | Lodging | | | | - |
| | Meals | | | | - |
| | Parking | | | | - |
| | Ground Transportation | | | | - |
| | Office Expense | | | | - |
| | Professional | | | | - |
| | Miscellaneous | | | | - |
| | Total | | | $ | - |

**For the period of July 1, 2015 through July 31, 2015**  $ 295.06