# EXHIBIT A

# HOURS/BILLABLE AMOUNTS BY PROJECT
# NORTEL NETWORKS, INC.

**Name:**  | **RLKS Executive Solutions LLC**

|  | Start Date | End Date |
|---|---|---|
| **Working Dates:** | **8/1/2015** | **8/31/2015** |
| **Enter Billing Rate/Hr:** | **590.00** | |

| Project No. | Project Name | Hours/Minutes Worked | Billing Rate | Billing Amount |
|---|---|---|---|---|
| 1 | NNI Document and eData Preservation Projects | 133.60 | $590.00 | $78,824.00 |
| 2 | Facility Document Inventory & Evacuation Review | 255.40 | $590.00 | $150,686.00 |
| 3 | Human Resources - Employee Related Projects | 14.30 | $590.00 | $8,437.00 |
| 4 | Fee Apps | 39.00 | $590.00 | $23,010.00 |
| 5 | Non-working travel | 132.00 | $295.00 | $38,940.00 |
| 6 | Claims Administration, Reconciliation & Resolution | 681.90 | $590.00 | $402,321.00 |
| 7 | Tax/Finance Matters and Budget Projects | 11.50 | $590.00 | $6,785.00 |
| 8 | Misc Debtor Issues and Communications | 1.30 | $590.00 | $767.00 |
| 9 | Analyst Support and Case Modeling | 4.80 | $590.00 | $2,832.00 |
| | **Hours/Billing Amount for Period:** | **1273.80** | | **$712,602.00** |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 8/1/2015 | NetBackup monitoring; job restarts; policy fixes / SonicWALL access error and troubleshooting | Brandon Bangerter | 1 | 1.8 |
| 8/3/2015 | Security updates, maintenance, and password changes / NetBackup updates and space issues | Brandon Bangerter | 1 | 4.6 |
| 8/3/2015 | Received/reviewed material for conf call on disposal issues | Kathryn Schultea | 1 | 0.5 |
| 8/4/2015 | NetBackup monitoring and policy changes and restarts | Brandon Bangerter | 1 | 2.1 |
| 8/4/2015 | Conf. Call - motion for disposal of records | Kathryn Schultea | 1 | 0.6 |
| 8/4/2015 | Conference call with Cleary, J. Ray and RLKS re: Canadian document retention motion and related prep and follow up | Mary Cilia | 1 | 1.1 |
| 8/4/2015 | On-site support for IT | Raj Perubhatla | 1 | 3.5 |
| 8/4/2015 | NNL Documents retention call | Raj Perubhatla | 1 | 0.5 |
| 8/4/2015 | UKA Hardware Support - Replace Hard Drive | Raj Perubhatla | 1 | 0.5 |
| 8/4/2015 | On-site support for IT | Raj Perubhatla | 1 | 2.5 |
| 8/5/2015 | On-site support for IT | Raj Perubhatla | 1 | 2.5 |
| 8/6/2015 | Troubleshooting access rights / vpn issues / address validation | Brandon Bangerter | 1 | 1.7 |
| 8/6/2015 | Correspondence - Nortel Dataroom discussion | Kathryn Schultea | 1 | 1.5 |
| 8/6/2015 | SAP HR Org Structure with people data extract | Raj Perubhatla | 1 | 5.8 |
| 8/7/2015 | Correspondence - Update on motion for disposal of records | Kathryn Schultea | 1 | 0.8 |
| 8/7/2015 | IT Infrastructure monitoring | Raj Perubhatla | 1 | 3.4 |
| 8/8/2015 | NetBackup monitoring and policy changes and restarts | Brandon Bangerter | 1 | 1.5 |
| 8/10/2015 | Troubleshooting mail issues / network errors, testing fixes, security updates | Brandon Bangerter | 1 | 5.8 |
| 8/10/2015 | Conference call with Cleary and RLKS re: Canadian document retention motion | Kathryn Schultea | 1 | 0.8 |
| 8/10/2015 | Conference call with Cleary and RLKS re: Canadian document retention motion | Mary Cilia | 1 | 0.8 |
| 8/10/2015 | NNL Documents retention call | Raj Perubhatla | 1 | 0.8 |
| 8/11/2015 | On-site support for IT | Raj Perubhatla | 1 | 4.0 |
| 8/12/2015 | On-site support for IT | Raj Perubhatla | 1 | 1.7 |
| 8/13/2015 | NetBackup monitoring and policy changes, tape preparations, and restarts | Brandon Bangerter | 1 | 2.4 |
| 8/13/2015 | Correspondence re Data Center Networking Project | Kathryn Schultea | 1 | 2.7 |
| 8/14/2015 | NetBackup jobs monitoring, policy configuration updates / server password updates | Brandon Bangerter | 1 | 3.8 |
| 8/14/2015 | Correspondence and follow up re IT facility | Kathryn Schultea | 1 | 0.8 |
| 8/14/2015 | Correspondence and follow up IM inventory and retrieval | Kathryn Schultea | 1 | 0.3 |
| 8/17/2015 | NetBackup jobs monitoring, policy configuration updates / server patch updates | Brandon Bangerter | 1 | 5.6 |
| 8/17/2015 | Correspondence and follow up on various emails on facility clear-out and subtenants | Kathryn Schultea | 1 | 0.8 |
| 8/17/2015 | Review correspondence on claimant information and consultant details | Kathryn Schultea | 1 | 0.3 |
| 8/17/2015 | IT Infrastructure monitoring | Raj Perubhatla | 1 | 3.5 |
| 8/18/2015 | NNL Media destruction review | Raj Perubhatla | 1 | 2.5 |
| 8/19/2015 | Troubleshooting hardware error, replacing hardware, fixes / network status / server maintenance | Brandon Bangerter | 1 | 7.2 |
| 8/20/2015 | NetBackup monitoring and policy changes, tape preparations, and restarts | Brandon Bangerter | 1 | 3.4 |
| 8/20/2015 | Correspondence - Update on NNI tape media decommissioning and destruction | Kathryn Schultea | 1 | 1.0 |
| 8/20/2015 | Correspondence - Clear case database and servers | Kathryn Schultea | 1 | 0.8 |
| 8/20/2015 | NNL Media destruction review | Raj Perubhatla | 1 | 1.5 |
| 8/20/2015 | Calls with NNL IT for Media destruction | Raj Perubhatla | 1 | 0.7 |
| 8/20/2015 | IT Infrastructure monitoring | Raj Perubhatla | 1 | 1.2 |
| 8/21/2015 | Antivirus updates on servers / patch maintenance / NetBackup monitoring | Brandon Bangerter | 1 | 3.1 |
| 8/24/2015 | Security updates, maintenance, and password changes / NetBackup updates and space issues | Brandon Bangerter | 1 | 4.7 |
| 8/24/2015 | Correspondence - Nortel Dataroom discussion | Kathryn Schultea | 1 | 1.0 |
| 8/24/2015 | IT Infrastructure monitoring | Raj Perubhatla | 1 | 5.5 |
| 8/25/2015 | On-site support for IT | Raj Perubhatla | 1 | 4.5 |
| 8/26/2015 | OS installation and configuration for required antiquated application / Building BOXI reports for requirements | Brandon Bangerter | 1 | 7.2 |
| 8/26/2015 | On-site support for IT | Raj Perubhatla | 1 | 1.5 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 8/28/2015 | Security updates and server maintenance / NetBackup monitoring and policy configuration changes | Brandon Bangerter | 1 | 4.8 |
| 8/28/2015 | IT Infrastructure monitoring | Raj Perubhatla | 1 | 4.5 |
| 8/31/2015 | NetBackup monitoring and policy changes, tape preparations, and restarts and storage reclamation | Brandon Bangerter | 1 | 2.7 |
| 8/31/2015 | Correspondence and follow up re IT facility | Kathryn Schultea | 1 | 1.5 |
| 8/31/2015 | Nortel IT Infrastructure discussion | Kathryn Schultea | 1 | 0.8 |
| 8/31/2015 | IT Infrastructure monitoring | Raj Perubhatla | 1 | 4.5 |
| 8/2/2015 | GWRTP Data Center decommission itemization | Raj Perubhatla | 2 | 3.5 |
| 8/3/2015 | Inventory and research on media tapes in data center | Felicia Buenrostro | 2 | 8.0 |
| 8/3/2015 | Received, reviewed, responded re data center clean-up/clear-out | Kathryn Schultea | 2 | 0.5 |
| 8/4/2015 | Inventory and research on media tapes in data center | Felicia Buenrostro | 2 | 7.5 |
| 8/4/2015 | Conf. Call - NNI Site visit follow up, and communications re same follow-up | Kathryn Schultea | 2 | 1.4 |
| 8/4/2015 | Correspondence - IT move discussion | Kathryn Schultea | 2 | 0.8 |
| 8/4/2015 | Correspondence - Follow-up on transition and site winddown matters | Kathryn Schultea | 2 | 1.5 |
| 8/4/2015 | GWRTP Data Center decommission itemization | Raj Perubhatla | 2 | 1.5 |
| 8/4/2015 | Conference call with GWRTP Landlord and discussions | Raj Perubhatla | 2 | 0.5 |
| 8/4/2015 | GWRTP Networking project for Ring Fence move | Raj Perubhatla | 2 | 2.7 |
| 8/5/2015 | Inventory and research on media tapes in data center | Felicia Buenrostro | 2 | 4.0 |
| 8/5/2015 | Correspondence - RTP Data Center clean up discussion | Kathryn Schultea | 2 | 1.0 |
| 8/5/2015 | GWRTP Data Center decommission: work with the Recycler | Raj Perubhatla | 2 | 3.7 |
| 8/5/2015 | GWRTP DC Move: Locate the Colo facilities | Raj Perubhatla | 2 | 2.5 |
| 8/6/2015 | Inventory and research on media tapes in data center | Felicia Buenrostro | 2 | 2.5 |
| 8/6/2015 | Correspondence - Follow-up on transition and site winddown matters | Kathryn Schultea | 2 | 2.0 |
| 8/6/2015 | GWRTP Ring Fence move Colocation choices diligence | Raj Perubhatla | 2 | 4.5 |
| 8/7/2015 | Correspondence - Nortel asset redeployment discussions | Kathryn Schultea | 2 | 1.3 |
| 8/7/2015 | GWRTP Storage restart project | Raj Perubhatla | 2 | 4.7 |
| 8/8/2015 | Correspondence - Review subtenant status report | Kathryn Schultea | 2 | 0.3 |
| 8/10/2015 | Inventory and research on media tapes in data center | Felicia Buenrostro | 2 | 8.0 |
| 8/10/2015 | GWRTP Colo facilities diligence | Raj Perubhatla | 2 | 1.2 |
| 8/11/2015 | Data Center review , walkthrough with recycler / meeting on storage, tape cleanup, network infrastructure | Brandon Bangerter | 2 | 8.4 |
| 8/11/2015 | Inventory and research on media tapes in data center | Felicia Buenrostro | 2 | 7.7 |
| 8/11/2015 | GWRTP Move to Colo analysis and support | Raj Perubhatla | 2 | 4.5 |
| 8/12/2015 | MAC address lookups, hardware order and replacement / password and security updates | Brandon Bangerter | 2 | 7.2 |
| 8/12/2015 | Inventory and research on media tapes in data center | Felicia Buenrostro | 2 | 8.0 |
| 8/12/2015 | GWRTP Move to Colo analysis and support | Raj Perubhatla | 2 | 6.2 |
| 8/13/2015 | Visits to multiple colo data centers for hardware relocation / power specs for new location | Brandon Bangerter | 2 | 5.3 |
| 8/13/2015 | Inventory and research on media tapes in data center | Felicia Buenrostro | 2 | 7.5 |
| 8/13/2015 | Correspondence - Follow-up on transition and site winddown matters | Kathryn Schultea | 2 | 3.0 |
| 8/14/2015 | GWRTP Move to Colo site visits | Raj Perubhatla | 2 | 6.2 |
| 8/14/2015 | GWRTP Move diligence | Raj Perubhatla | 2 | 1.8 |
| 8/16/2015 | GWRTP Move diligence | Raj Perubhatla | 2 | 2.7 |
| 8/17/2015 | Inventory and research on media tapes in data center | Felicia Buenrostro | 2 | 7.5 |
| 8/17/2015 | GWRTP Colo move coordination | Raj Perubhatla | 2 | 4.5 |
| 8/18/2015 | Individual rack power requirements for move and tracing whips to PDUs / server maintenance | Brandon Bangerter | 2 | 8.3 |
| 8/18/2015 | Tracing power whips to PDUs for individual rack power requirements preparatory for move. | Daniel Tollefsen | 2 | 9.8 |
| 8/18/2015 | Inventory and research on media tapes in data center | Felicia Buenrostro | 2 | 8.5 |
| 8/18/2015 | GWRTP Colo move Power footprint gathering | Raj Perubhatla | 2 | 3.5 |
| 8/19/2015 | Tracing power whips to PDUs for individual rack power requirements preparatory for move. | Daniel Tollefsen | 2 | 9.3 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 8/19/2015 | Inventory and research on media tapes in data center | Felicia Buenrostro | 2 | 7.8 |
| 8/19/2015 | GWRTP Move - Networking project - trace the cabling to the servers | Raj Perubhatla | 2 | 4.5 |
| 8/20/2015 | Inventory and research on media tapes in data center | Felicia Buenrostro | 2 | 8.0 |
| 8/20/2015 | Correspondence - Follow-up on transition and site winddown matters | Kathryn Schultea | 2 | 2.0 |
| 8/20/2015 | GWRTP Move - Networking project - trace the cabling to the servers | Raj Perubhatla | 2 | 4.7 |
| 8/21/2015 | GWRTP Move - DC movers identification, diligence and coordination | Raj Perubhatla | 2 | 5.5 |
| 8/22/2015 | GWRP Move - Status and communication | Raj Perubhatla | 2 | 2.5 |
| 8/25/2015 | Meeting on data center move and preparation for / tracing cable runs to identify networks | Brandon Bangerter | 2 | 5.3 |
| 8/25/2015 | Correspondence - Nortel Document Discovery and Retention discussion | Kathryn Schultea | 2 | 1.0 |
| 8/25/2015 | Correspondence - Follow-up on transition and site winddown matters | Kathryn Schultea | 2 | 2.2 |
| 8/25/2015 | GWRTP - Dc move project  - meet the moving co. rep for a site visit | Raj Perubhatla | 2 | 1.5 |
| 8/25/2015 | GWRTP - Dc move project | Raj Perubhatla | 2 | 3.0 |
| 8/26/2015 | Correspondence - Update on Facility Walk thru/Lease matters | Kathryn Schultea | 2 | 1.0 |
| 8/26/2015 | GWRTP - Dc move project | Raj Perubhatla | 2 | 6.5 |
| 8/27/2015 | Prep for and meeting on IT data room colo facility | Brandon Bangerter | 2 | 2.2 |
| 8/27/2015 | Colocation visits and coordination | Raj Perubhatla | 2 | 5.7 |
| 8/30/2015 | GWRTP Move - Report compilation | Raj Perubhatla | 2 | 2.7 |
| 8/31/2015 | MAC address lookups / verifications for networking identification | Brandon Bangerter | 2 | 3.3 |
| 8/31/2015 | Correspondence - Follow-up on transition and site winddown matters | Kathryn Schultea | 2 | 2.5 |
| 8/3/2015 | HR Transition support for IT applications | Raj Perubhatla | 3 | 1.7 |
| 8/5/2015 | Correspondence - Review of Former EE Pension Questions | Kathryn Schultea | 3 | 1.5 |
| 8/18/2015 | Correspondence on various former ee subpoena requests and follow-up | Kathryn Schultea | 3 | 0.6 |
| 8/20/2015 | Correspondence - former EE questions | Kathryn Schultea | 3 | 2.5 |
| 8/25/2015 | Correspondence - HR related matters | Kathryn Schultea | 3 | 2.6 |
| 8/27/2015 | Salary / Pension Payments discovery for a number of NNI employees disputing payment history | Brandon Bangerter | 3 | 4.6 |
| 8/27/2015 | Correspondence - Preparation and follow-up on NNI Call Center | Kathryn Schultea | 3 | 0.8 |
| 8/1/2015 | Fee Application Tracking | Mary Cilia | 4 | 1.0 |
| 8/7/2015 | Fee app tracking | Brandon Bangerter | 4 | 1.0 |
| 8/7/2015 | Fee App | Daniel Tollefsen | 4 | 1.0 |
| 8/7/2015 | Weekly Fee Application Work | Felicia Buenrostro | 4 | 1.0 |
| 8/7/2015 | Fee application work | Kathryn Schultea | 4 | 1.0 |
| 8/7/2015 | Fee Apps | Raj Perubhatla | 4 | 1.0 |
| 8/8/2015 | Fee Application Tracking | Mary Cilia | 4 | 1.0 |
| 8/10/2015 | Monthly consolidated fee application work | Kathryn Schultea | 4 | 3.5 |
| 8/12/2015 | Fee Application | David Kantorczyk | 4 | 1.0 |
| 8/14/2015 | Fee app tracking | Brandon Bangerter | 4 | 1.0 |
| 8/14/2015 | Fee App | Daniel Tollefsen | 4 | 1.0 |
| 8/14/2015 | Weekly Fee Application Work | Felicia Buenrostro | 4 | 1.0 |
| 8/14/2015 | Fee application work | Kathryn Schultea | 4 | 1.0 |
| 8/14/2015 | Fee Apps | Raj Perubhatla | 4 | 1.0 |
| 8/15/2015 | Weekly Fee Application Work | Leticia Barrios | 4 | 1.0 |
| 8/15/2015 | Fee Application Tracking | Mary Cilia | 4 | 1.0 |
| 8/21/2015 | Fee app tracking | Brandon Bangerter | 4 | 1.0 |
| 8/21/2015 | Fee App | Daniel Tollefsen | 4 | 1.0 |
| 8/21/2015 | Weekly Fee Application Work | Felicia Buenrostro | 4 | 1.0 |
| 8/21/2015 | Fee application work | Kathryn Schultea | 4 | 1.0 |
| 8/21/2015 | Fee Apps | Raj Perubhatla | 4 | 1.0 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 8/22/2015 | Weekly Fee Application Work | Leticia Barrios | 4 | 1.0 |
| 8/22/2015 | Fee Application Tracking | Mary Cilia | 4 | 1.0 |
| 8/27/2015 | Quarterly Fee Application Work | Kathryn Schultea | 4 | 4.0 |
| 8/28/2015 | Fee app tracking | Brandon Bangerter | 4 | 1.0 |
| 8/28/2015 | Fee App | Daniel Tollefsen | 4 | 1.0 |
| 8/28/2015 | Fee Apps | Raj Perubhatla | 4 | 1.0 |
| 8/29/2015 | Weekly Fee Application Work | Leticia Barrios | 4 | 1.0 |
| 8/29/2015 | Fee Application Tracking | Mary Cilia | 4 | 1.0 |
| 8/31/2015 | Fee Application | David Kantorczyk | 4 | 1.0 |
| 8/31/2015 | Weekly Fee Application Work | Felicia Buenrostro | 4 | 2.5 |
| 8/31/2015 | Fee application work | Kathryn Schultea | 4 | 1.0 |
| 8/3/2015 | Non Working travel to client site | Raj Perubhatla | 5 | 5.0 |
| 8/5/2015 | Non Working travel from client site | Raj Perubhatla | 5 | 5.0 |
| 8/10/2015 | Non-working travel:  IAH-RDU | Brandon Bangerter | 5 | 5.0 |
| 8/10/2015 | Non-Working travel Houston to Washington | Kathryn Schultea | 5 | 5.0 |
| 8/10/2015 | Non Working travel to client site | Raj Perubhatla | 5 | 5.0 |
| 8/12/2015 | Non-working travel:  RDU-IAH | Brandon Bangerter | 5 | 5.0 |
| 8/12/2015 | Non-Working travel Washington to Houston | Kathryn Schultea | 5 | 5.0 |
| 8/12/2015 | Non Working travel from client site | Raj Perubhatla | 5 | 3.0 |
| 8/17/2015 | Non-working travel:  IAH-RDU | Brandon Bangerter | 5 | 5.0 |
| 8/17/2015 | Non-Working Travel to Client Site - Raleigh | Daniel Tollefsen | 5 | 5.0 |
| 8/17/2015 | Non Working travel to client site | Raj Perubhatla | 5 | 5.0 |
| 8/19/2015 | Non-working travel:  RDU-IAH | Brandon Bangerter | 5 | 5.0 |
| 8/19/2015 | Non Working travel from client site | Raj Perubhatla | 5 | 5.0 |
| 8/20/2015 | Non-Working Travel from Client site - Raleigh | Daniel Tollefsen | 5 | 5.0 |
| 8/24/2015 | Non-working travel:  IAH-RDU | Brandon Bangerter | 5 | 5.0 |
| 8/24/2015 | Non-Working Travel to Client Site - Raleigh | Daniel Tollefsen | 5 | 5.0 |
| 8/24/2015 | Travel to Client | David Kantorczyk | 5 | 5.0 |
| 8/24/2015 | Non-Working Travel:  Houston to Raleigh | Mary Cilia | 5 | 5.0 |
| 8/24/2015 | Non Working travel to client site | Raj Perubhatla | 5 | 5.0 |
| 8/26/2015 | Non-working travel:  RDU-IAH | Brandon Bangerter | 5 | 5.0 |
| 8/26/2015 | Non Working travel to client site | Raj Perubhatla | 5 | 5.0 |
| 8/27/2015 | Non-Working Travel from Client site - Raleigh | Daniel Tollefsen | 5 | 5.0 |
| 8/27/2015 | Travel from Client | David Kantorczyk | 5 | 5.0 |
| 8/27/2015 | Non-Working Travel:  Raleigh to Houston | Mary Cilia | 5 | 5.0 |
| 8/31/2015 | Non-working travel:  IAH-RDU | Brandon Bangerter | 5 | 5.0 |
| 8/31/2015 | Non-working Travel Houston to Raleigh | Felicia Buenrostro | 5 | 2.0 |
| 8/31/2015 | Non-Working travel (Houston to Raleigh) | Leticia Barrios | 5 | 2.0 |
| 8/31/2015 | Non Working travel to client site | Raj Perubhatla | 5 | 5.0 |
| 8/1/2015 | Further analysis of prepared EPIQ templates regarding ability to settle non-qualified claims under current settlement guidelines based on revised interpretation of guidelines from Cleary. | Mary Cilia | 6 | 2.4 |
| 8/2/2015 | Further analysis of prepared EPIQ templates regarding ability to settle non-qualified claims under current settlement guidelines based on revised interpretation of guidelines from Cleary. | Mary Cilia | 6 | 1.5 |
| 8/3/2015 | Review of G/L and summary work for Cross border claims | Daniel Tollefsen | 6 | 7.8 |
| 8/3/2015 | Analysis of current open schedules inventory, stayed invoice file, current claims inventory and claims reconciliation files to determine potential matches and preparation of file for further action. | David Kantorczyk | 6 | 4.5 |
| 8/3/2015 | Review preliminary analysis of EPIQ data and RLKS data regarding claims deemed satisfied. | David Kantorczyk | 6 | 3.0 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 8/3/2015 | Further analysis of prepared EPIQ templates regarding ability to settle non-qualified claims under current settlement guidelines based on revised interpretation of guidelines from Cleary. | Mary Cilia | 6 | 4.5 |
| 8/3/2015 | Conference calls with D. Kantorczyk re: schedule matching and satisfied claims projects and related review work, prep and follow up | Mary Cilia | 6 | 3.9 |
| 8/3/2015 | Read, review and respond to various employee inquiries by phone and e-mail; | Mary Cilia | 6 | 0.3 |
| 8/3/2015 | Claims Address changes Matrix from Epiq - Analysis | Raj Perubhatla | 6 | 6.3 |
| 8/4/2015 | Review of G/L and summary work for Cross border claims | Daniel Tollefsen | 6 | 7.6 |
| 8/4/2015 | Obtain information from NNI regarding satisfied open schedules and from CHSH regarding schedules included in the settlement of Adversary Proceedings | David Kantorczyk | 6 | 5.0 |
| 8/4/2015 | Revise analysis of current open schedules inventory, stayed invoice file, current claims inventory and claims reconciliation files to determine potential matches and preparation of file for further action. | David Kantorczyk | 6 | 2.0 |
| 8/4/2015 | Further analysis of prepared EPIQ templates regarding ability to settle non-qualified claims under current settlement guidelines based on revised interpretation of guidelines from Cleary; finalize file and circulate to Cleary and Huron. | Mary Cilia | 6 | 4.8 |
| 8/4/2015 | Review of employee cross-border claims and preparation of e-mail to L. Bagarella | Mary Cilia | 6 | 2.6 |
| 8/4/2015 | Read, review and respond to e-mails with K. Ponder and D. Kantorczyk re: schedule matching project | Mary Cilia | 6 | 2.2 |
| 8/4/2015 | Review of employee schedules for matching to claims and preparation of schedule for EPIQ | Mary Cilia | 6 | 2.3 |
| 8/5/2015 | Weekly Nortel Networks outside consultant claim call including RLKS, Cleary and Huron including preparation and summarization. | David Kantorczyk | 6 | 1.3 |
| 8/5/2015 | Revise analysis of current open schedules inventory, stayed invoice file, current claims inventory and claims reconciliation files to determine potential matches and preparation of file for further action. | David Kantorczyk | 6 | 4.0 |
| 8/5/2015 | Address validation work for mailings | Felicia Buenrostro | 6 | 4.0 |
| 8/5/2015 | Correspondence - NNI Settlement EE Letters discussions/process/monitoring | Kathryn Schultea | 6 | 2.8 |
| 8/5/2015 | Prepare agenda and related documents for review for weekly claims status call | Mary Cilia | 6 | 1.3 |
| 8/5/2015 | Prepare, read, review and respond to e-mails with D. Kantorczyk and EPIQ re: employee schedule matches | Mary Cilia | 6 | 1.1 |
| 8/5/2015 | Conference call with L. Bagarella and L. Malone re: cross-border employee claims and related prep and follow up | Mary Cilia | 6 | 2.9 |
| 8/5/2015 | Conference call with Cleary re: employee claims update and related prep and follow up | Mary Cilia | 6 | 1.7 |
| 8/5/2015 | Review of claims and preparation of EPIQ template to settle non-qualified claims sold to claims traders | Mary Cilia | 6 | 4.8 |
| 8/6/2015 | Prepare for EPIQ review analysis of issues regarding EPIQ data and RLKS data regarding claims deemed satisfied. | David Kantorczyk | 6 | 4.0 |
| 8/6/2015 | Revise analysis of current open schedules inventory, stayed invoice file, current claims inventory and claims reconciliation files to determine potential matches and preparation of file for further action. | David Kantorczyk | 6 | 2.0 |
| 8/6/2015 | Address validation work for mailings | Felicia Buenrostro | 6 | 6.0 |
| 8/6/2015 | Correspondence - Address validation discussion for claims request | Kathryn Schultea | 6 | 1.0 |
| 8/6/2015 | Correspondence - W-4 matters for distribution processes | Kathryn Schultea | 6 | 1.3 |
| 8/6/2015 | Review of claims and preparation of EPIQ template to settle non-qualified claims sold to claims traders; finalize file and circulate to L. Lipner with open items for discussion | Mary Cilia | 6 | 12.2 |
| 8/6/2015 | Read, review and respond to various employee inquiries by phone and e-mail; | Mary Cilia | 6 | 1.6 |
| 8/7/2015 | Work on resolving issues regarding EPIQ data and RLKS data regarding claims deemed satisfied. | David Kantorczyk | 6 | 1.0 |
| 8/7/2015 | Prepare and deliver file to EPIQ RLKS proposed schedule to claim matches after review of the current open schedules inventory, stayed invoice file, current claims inventory and claims reconciliation. | David Kantorczyk | 6 | 5.0 |
| 8/7/2015 | Read, review and respond to e-mails from L. Lipner re: non-qualified claims settlements | Mary Cilia | 6 | 1.8 |
| 8/7/2015 | Prepare non-qualified claims settlement files for negotiation with traders; related calls to traders and circulation of files via e-mail | Mary Cilia | 6 | 4.8 |
| 8/7/2015 | Read, review and respond to e-mails with D. Kantorczyk and EPIQ re: satisfied claims and claim reporting | Mary Cilia | 6 | 1.4 |
| 8/7/2015 | Prepare and circulate EPIQ template for non-qualified claims settlement letters for claims traders to receive individual settlement letters | Mary Cilia | 6 | 1.6 |
| 8/10/2015 | Review of G/L and summary work for Cross border claims | Daniel Tollefsen | 6 | 7.4 |
| 8/10/2015 | Work on trade schedule matching and employee schedule matching | David Kantorczyk | 6 | 3.0 |
| 8/10/2015 | Team meeting on workstreams and preparation for solicitation work | Kathryn Schultea | 6 | 0.5 |
| 8/10/2015 | Pull Business Object reports to populate claimant addresses for the eTax Correspondence. Investigate missing addresses of employees. | Leticia Barrios | 6 | 8.3 |
| 8/10/2015 | Run and review open employee claims report; update status comments on all open claims and send upload report to R. Perubhatla to upload into claims database | Mary Cilia | 6 | 5.7 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 8/10/2015 | Meet with D. Tollefsen to review cross-border claims project and related work plan, prep and follow up | Mary Cilia | 6 | 2.3 |
| 8/10/2015 | Update post-petition settlement matrix based on update reports provided by EPIQ | Mary Cilia | 6 | 1.4 |
| 8/10/2015 | EPIQ Address changes analysis | Raj Perubhatla | 6 | 5.5 |
| 8/10/2015 | Add HR attributes for Claims Reports | Raj Perubhatla | 6 | 2.5 |
| 8/11/2015 | Review of G/L and summary work for Cross border claims | Daniel Tollefsen | 6 | 7.7 |
| 8/11/2015 | NNI meeting preparation, attendance, and follow-up | Kathryn Schultea | 6 | 5.0 |
| 8/11/2015 | Follow-up correspondence on HR related elements for reports and database | Kathryn Schultea | 6 | 1.4 |
| 8/11/2015 | Create a master spreadsheet of Nortel Position report, Nortel Claims Detail report, and employee data for the eTax Correspondence.  Investigate missing addresses of employees. | Leticia Barrios | 6 | 8.5 |
| 8/11/2015 | Review non-qualified claims analysis, gather documents and provide requested information to Liquidity Solutions for purposes of settling purchased claims; review and respond to related follow up e-mails | Mary Cilia | 6 | 2.2 |
| 8/11/2015 | Read, review and respond to various employee inquiries by phone and e-mail; | Mary Cilia | 6 | 1.6 |
| 8/11/2015 | Review of cross-border claims documentation and search of OSG drives for related reconciliation information | Mary Cilia | 6 | 2.7 |
| 8/11/2015 | Initial review of open employee claims for ability to settle | Mary Cilia | 6 | 1.9 |
| 8/12/2015 | Review of G/L and summary work for Cross border claims | Daniel Tollefsen | 6 | 8.2 |
| 8/12/2015 | Correspondence - follow-up on solicitation work stream | Kathryn Schultea | 6 | 0.8 |
| 8/12/2015 | Create a master spreadsheet of Nortel Position report, Nortel Claims Detail report, and employee data for the eTax Correspondence.  Investigate missing addresses of employees. | Leticia Barrios | 6 | 7.2 |
| 8/12/2015 | Attend the W-4 Request Letters Conference Call with E&Y and RLKS Team to discuss requirements. | Leticia Barrios | 6 | 1.0 |
| 8/12/2015 | Attend the Nortel Employee Claims Conference Call with Cleary to discuss pension claims. | Leticia Barrios | 6 | 1.0 |
| 8/12/2015 | Review of open cross-border employee claims; search and gather requested documents for T. Ayres re:  cross-border claims | Mary Cilia | 6 | 3.1 |
| 8/13/2015 | Review of G/L and summary work for Cross border claims | Daniel Tollefsen | 6 | 7.8 |
| 8/13/2015 | Gather and analyze available  information regarding cross border claims and prepare memorandum of facts and circumstances for use in settlement negotiations. | David Kantorczyk | 6 | 2.0 |
| 8/13/2015 | Gather a list of last known work states for employee claims and merge with Employee claims data.  Verify missing information on EPIC. | Leticia Barrios | 6 | 8.7 |
| 8/13/2015 | E-mails with T. Ross, D. Tollefsen and D. Kantorczyk re:  cross-border claims reconciliations | Mary Cilia | 6 | 0.8 |
| 8/13/2015 | Follow up e-mails with Liquidity Solutions and retirees related to non-qualified claims settlements and related research and documentation | Mary Cilia | 6 | 2.2 |
| 8/13/2015 | Claims searches for Non Qual | Raj Perubhatla | 6 | 4.5 |
| 8/14/2015 | Review of G/L and summary work for Cross border claims | Daniel Tollefsen | 6 | 6.3 |
| 8/14/2015 | Review and comment on EPIQ response to RLKS proposed trade claim schedule matching | David Kantorczyk | 6 | 3.0 |
| 8/14/2015 | Gather and analyze available  information regarding cross border claims and prepare memorandum of facts and circumstances for use in settlement negotiations. | David Kantorczyk | 6 | 4.0 |
| 8/14/2015 | Correspondence - Non-qualified pension discussion | Kathryn Schultea | 6 | 2.0 |
| 8/14/2015 | Gather a list of last known work states for employee claims and merge with Employee claims data.  Verify missing information on EPIC. | Leticia Barrios | 6 | 5.5 |
| 8/14/2015 | Review and respond to various employee inquiries by phone and e-mail | Mary Cilia | 6 | 1.4 |
| 8/14/2015 | Follow up e-mails with Liquidity Solutions and retirees related to non-qualified claims settlements and related research and documentation | Mary Cilia | 6 | 1.7 |
| 8/17/2015 | Review of G/L and summary work for Cross border claims | Daniel Tollefsen | 6 | 4.4 |
| 8/17/2015 | Gather and analyze available  information regarding cross border claims and prepare memorandum of facts and circumstances for use in settlement negotiations. | David Kantorczyk | 6 | 7.0 |
| 8/17/2015 | Finalize master spreadsheet of Nortel Position report, Nortel Claims Detail report, and employee data for the eTax Correspondence.  Investigate missing addresses of employees. | Leticia Barrios | 6 | 8.5 |
| 8/17/2015 | Review and respond to e-mails with C. McGran and Cleary re:  cross-border employee claims status and requested conference call | Mary Cilia | 6 | 0.4 |
| 8/17/2015 | Follow up e-mails with Liquidity Solutions and retirees related to non-qualified claims settlements and related research and documentation | Mary Cilia | 6 | 5.6 |
| 8/17/2015 | Continued review of open employee claims for ability to settle | Mary Cilia | 6 | 2.8 |
| 8/17/2015 | Read, review and respond to e-mail from A. Rappaport re: settlement of non-qualified claims purchased by Hain | Mary Cilia | 6 | 0.3 |
| 8/18/2015 | Gather and analyze available  information regarding cross border claims and prepare memorandum of facts and circumstances for use in settlement negotiations. | David Kantorczyk | 6 | 7.0 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 8/18/2015 | Finalize master spreadsheet of Nortel Position report, Nortel Claims Detail report, and employee data for the eTax Correspondence. Investigate missing addresses of employees. | Leticia Barrios | 6 | 8.5 |
| 8/18/2015 | Conference call with Hain to discuss questions re: proposed settlement file for non-qualified claims and related follow up research, documentation and gathering of documents to respond to questions posed | Mary Cilia | 6 | 9.7 |
| 8/18/2015 | Follow up e-mails with Liquidity Solutions and retirees related to non-qualified claims settlements and related research, documentation and e-mail requests to Mercer | Mary Cilia | 6 | 2.1 |
| 8/18/2015 | E-mails with Cleary re: non-qualified claims settlement status and forwarding of related correspondence | Mary Cilia | 6 | 1.8 |
| 8/18/2015 | Claims Reporting Changes | Raj Perubhatla | 6 | 2.7 |
| 8/19/2015 | Weekly Nortel Networks outside consultant claim call including RLKS, Cleary and Huron including preparation and summarization. | David Kantorczyk | 6 | 0.3 |
| 8/19/2015 | Gather and analyze available information regarding cross border claims and prepare memorandum of facts and circumstances for use in settlement negotiations. | David Kantorczyk | 6 | 6.7 |
| 8/19/2015 | Validate information on Round 8 Settlement Letters with Claimant details and information. | Leticia Barrios | 6 | 7.7 |
| 8/19/2015 | Attend the Nortel Employee Claims Conference Call with Cleary to discuss pension claims. | Leticia Barrios | 6 | 1.0 |
| 8/19/2015 | Research of open issues for claims traders non-qualified settlements and related e-mail follow up | Mary Cilia | 6 | 5.1 |
| 8/19/2015 | Review and respond to various employee inquiries by phone and e-mail | Mary Cilia | 6 | 1.3 |
| 8/19/2015 | Conference call with L. Lipner re: non-qualified claims settlements; related prep and follow up | Mary Cilia | 6 | 1.9 |
| 8/19/2015 | Coordination w/ L. Barrios re: review of Round 8 settlement letter drafts; related prep, e-mails and call | Mary Cilia | 6 | 1.7 |
| 8/19/2015 | Conference call with Cleary re: employee claims update and related prep and follow up | Mary Cilia | 6 | 1.8 |
| 8/19/2015 | Coordination w/ D. Kantorczyk re: review of cross-border and open MNAT claims, related e-mails and prep | Mary Cilia | 6 | 1.2 |
| 8/19/2015 | Nortel Claim position reporting | Raj Perubhatla | 6 | 2.5 |
| 8/20/2015 | Review of G/L and summary work for Cross border claims | Daniel Tollefsen | 6 | 4.5 |
| 8/20/2015 | Gather and analyze available information regarding cross border claims and prepare memorandum of facts and circumstances for use in settlement negotiations. | David Kantorczyk | 6 | 7.0 |
| 8/20/2015 | Read, review and respond to e-mails re: Claims Info & Data requests | Kathryn Schultea | 6 | 3.0 |
| 8/20/2015 | Validate information on Round 8 Settlement Letters with Claimant details and information. | Leticia Barrios | 6 | 8.5 |
| 8/20/2015 | Review of open cross-border employee claims list and other documents provided by C. McGran in preparation for conference call; related prep call and e-mails with Cleary | Mary Cilia | 6 | 3.2 |
| 8/20/2015 | Conference call with C. McGran and Cleary re: employee cross-border claims, next steps and related follow up | Mary Cilia | 6 | 1.6 |
| 8/20/2015 | Research and -mails with MNAT and D. Kantorczyk re: withdrawal of Belden claims and open MNAT claims | Mary Cilia | 6 | 1.3 |
| 8/20/2015 | Read, review and respond to various e-mails re: employee claims settlements, related notices and other claims issues | Mary Cilia | 6 | 1.3 |
| 8/20/2015 | Review remaining open employee claims and categorize for action. Research and e-mails related to K. Grelck claim issue. | Mary Cilia | 6 | 3.8 |
| 8/21/2015 | Review of G/L and summary work for Cross border claims | Daniel Tollefsen | 6 | 6.2 |
| 8/21/2015 | Gather and analyze available information regarding cross border claims and prepare memorandum of facts and circumstances for use in settlement negotiations. | David Kantorczyk | 6 | 7.0 |
| 8/21/2015 | Correspondence - Non-qualified pension discussion | Kathryn Schultea | 6 | 0.8 |
| 8/21/2015 | Validate information on Round 8 Settlement Letters with Claimant details and information. | Leticia Barrios | 6 | 7.8 |
| 8/21/2015 | Read, review and respond to e-mails re: mailing of Round 8 settlement letters and review and resolution of L. Barrios open issues | Mary Cilia | 6 | 1.8 |
| 8/21/2015 | Read, review and respond to e-mails with D. Kantorczyk re: cross-border claims review and related call | Mary Cilia | 6 | 0.9 |
| 8/21/2015 | Read, review and respond to various employee inquiries by phone and e-mail; | Mary Cilia | 6 | 2.2 |
| 8/21/2015 | Research and review of ASM open claims to settle and related e-mail to T. Ayres re: cross-border aspects of some of those claims | Mary Cilia | 6 | 4.0 |
| 8/21/2015 | Claims Updates | Raj Perubhatla | 6 | 2.7 |
| 8/24/2015 | Review of G/L and summary work for Cross border claims | Daniel Tollefsen | 6 | 4.3 |
| 8/24/2015 | NNI call center monitoring and logging requests and related follow-up | Felicia Buenrostro | 6 | 4.0 |
| 8/24/2015 | Research claimants and potential distribution settlement group for life status | Felicia Buenrostro | 6 | 4.5 |
| 8/24/2015 | Read, review and respond to e-mails re: Claims Info & Data requests | Kathryn Schultea | 6 | 2.5 |
| 8/24/2015 | Validate information on Round 9 Settlement Letters with Claimant details and information. | Leticia Barrios | 6 | 8.7 |
| 8/24/2015 | Read, review and respond to various employee inquiries by phone and e-mail; | Mary Cilia | 6 | 1.9 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 8/24/2015 | Research of open issues for claims traders settlement discussions and related e-mail follow up | Mary Cilia | 6 | 1.7 |
| 8/24/2015 | Research and review non-employee cross-border claims | Mary Cilia | 6 | 1.4 |
| 8/24/2015 | Claims Address changes Matrix from Epiq - Analysis | Raj Perubhatla | 6 | 3.5 |
| 8/25/2015 | BOXI reports runs and lookups for NNI employee information | Brandon Bangerter | 6 | 2.7 |
| 8/25/2015 | Review of G/L and summary work for Cross border claims | Daniel Tollefsen | 6 | 10.3 |
| 8/25/2015 | Gather and analyze available  information regarding cross border claims and prepare memorandum of facts and circumstances for use in settlement negotiations. | David Kantorczyk | 6 | 10.0 |
| 8/25/2015 | NNI call center monitoring and logging requests and related follow-up | Felicia Buenrostro | 6 | 4.0 |
| 8/25/2015 | Research claimants and potential distribution settlement group for life status | Felicia Buenrostro | 6 | 3.8 |
| 8/25/2015 | Validate information on Round 9 Settlement Letters with Claimant details and information. | Leticia Barrios | 6 | 8.3 |
| 8/25/2015 | Read, review and respond to various employee inquiries by phone and e-mail related to non-qualified settlement offer letters; | Mary Cilia | 6 | 5.7 |
| 8/25/2015 | Research and review of non-employee cross border claims and related meetings and discussions with D. Kantorczyk and D. Tollefsen | Mary Cilia | 6 | 3.3 |
| 8/25/2015 | Call with T. Ayres re:  cross-border claims and related follow up | Mary Cilia | 6 | 1.0 |
| 8/25/2015 | Coordination w/ L. Barrios re:  review of Round 9 settlement letter drafts; related prep and e-mails | Mary Cilia | 6 | 0.7 |
| 8/25/2015 | Read, review and respond to e-mails re:  various claims settlements and issues | Mary Cilia | 6 | 0.9 |
| 8/26/2015 | Review of G/L and summary work for Cross border claims | Daniel Tollefsen | 6 | 11.8 |
| 8/26/2015 | Gather and analyze available  information regarding cross border claims and prepare memorandum of facts and circumstances for use in settlement negotiations. | David Kantorczyk | 6 | 6.7 |
| 8/26/2015 | Weekly Nortel Networks outside consultant  claim call including RLKS, Cleary and Huron including preparation and summarization. | David Kantorczyk | 6 | 0.3 |
| 8/26/2015 | Diligence ASM claim status file in preparation of settlement proposal | David Kantorczyk | 6 | 3.0 |
| 8/26/2015 | NNI call center monitoring and logging requests and related follow-up | Felicia Buenrostro | 6 | 4.0 |
| 8/26/2015 | Research claimants and potential distribution settlement group for life status | Felicia Buenrostro | 6 | 4.5 |
| 8/26/2015 | Correspondence - Individual Claims follow up and settlement status review | Kathryn Schultea | 6 | 2.5 |
| 8/26/2015 | Call center monitoring follow-up and review of traffic and subject items | Kathryn Schultea | 6 | 0.7 |
| 8/26/2015 | Create an exhibit for ASM Employee Claims Status with claim as filed and allowed details | Leticia Barrios | 6 | 7.5 |
| 8/26/2015 | Attend the Nortel Employee Claims Conference Call with Cleary to discuss pension claims. | Leticia Barrios | 6 | 1.0 |
| 8/26/2015 | Read, review and respond to various employee inquiries by phone and e-mail related to non-qualified settlement offer letters; | Mary Cilia | 6 | 4.6 |
| 8/26/2015 | Review and update open employee claims status; prepare and circulate summary slide for discussion | Mary Cilia | 6 | 3.3 |
| 8/26/2015 | Conference call with Cleary re:  employee claims update and related prep and follow up | Mary Cilia | 6 | 1.7 |
| 8/26/2015 | Research and review of non-employee cross border claims and related meetings and discussions with D. Kantorczyk and D. Tollefsen | Mary Cilia | 6 | 2.3 |
| 8/26/2015 | Research of open issues for claims traders non-qualified settlements and related e-mail follow up | Mary Cilia | 6 | 2.0 |
| 8/27/2015 | Review of G/L and summary work for Cross border claims | Daniel Tollefsen | 6 | 5.6 |
| 8/27/2015 | Diligence ASM claim status file in preparation of settlement proposal | David Kantorczyk | 6 | 4.0 |
| 8/27/2015 | NNI call center monitoring and logging requests and related follow-up | Felicia Buenrostro | 6 | 4.0 |
| 8/27/2015 | Research claimants and potential distribution settlement group for life status | Felicia Buenrostro | 6 | 4.5 |
| 8/27/2015 | Follow-up correspondence on claim related matters with Cleary | Kathryn Schultea | 6 | 0.3 |
| 8/27/2015 | Conf. Call - Qualified Pension follow-up and preparation | Kathryn Schultea | 6 | 2.5 |
| 8/27/2015 | Read, review and respond to inquiries related to non-qualified settlement offer letters | Kathryn Schultea | 6 | 0.4 |
| 8/27/2015 | Create an exhibit for ASM Employee Claims Status with claim as filed and allowed details | Leticia Barrios | 6 | 8.3 |
| 8/27/2015 | Read, review and respond to various employee inquiries by phone and e-mail related to non-qualified settlement offer letters; | Mary Cilia | 6 | 7.3 |
| 8/27/2015 | Read, research and respond to e-mails re:  cross-border claims settlements and recent discussions with T. Ayres | Mary Cilia | 6 | 1.8 |
| 8/27/2015 | Claims Updates | Raj Perubhatla | 6 | 2.5 |
| 8/28/2015 | Review of G/L and summary work for Cross border claims | Daniel Tollefsen | 6 | 5.3 |
| 8/28/2015 | Gather and analyze available  information regarding cross border claims and prepare memorandum of facts and circumstances for use in settlement negotiations. | David Kantorczyk | 6 | 6.0 |
| 8/28/2015 | NNI call center monitoring and logging requests and related follow-up | Felicia Buenrostro | 6 | 4.0 |
| 8/28/2015 | Research claimants and potential distribution settlement group for life status | Felicia Buenrostro | 6 | 3.5 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 8/28/2015 | Create an exhibit for ASM Employee Claims Status with claim as filed and allowed details | Leticia Barrios | 6 | 8.2 |
| 8/28/2015 | Read, review and respond to various employee inquiries by phone and e-mail related to non-qualified settlement offer letters; | Mary Cilia | 6 | 7.4 |
| 8/28/2015 | Review of D. Kantorczyk work on cross-border claims and related prep and e-mails for next steps and priority of claims review | Mary Cilia | 6 | 1.8 |
| 8/29/2015 | Read, review and respond to e-mails re:  non-employee cross-border claims | Mary Cilia | 6 | 0.7 |
| 8/31/2015 | Review of G/L and summary work for Cross border claims | Daniel Tollefsen | 6 | 6.6 |
| 8/31/2015 | Gather and analyze available  information regarding cross border claims and prepare memorandum of facts and circumstances for use in settlement negotiations. | David Kantorczyk | 6 | 6.0 |
| 8/31/2015 | NNI call center monitoring and logging requests and related follow-up | Felicia Buenrostro | 6 | 4.0 |
| 8/31/2015 | Research claimants and potential distribution settlement group for life status | Felicia Buenrostro | 6 | 2.5 |
| 8/31/2015 | Correspondence - Individual Claims follow up | Kathryn Schultea | 6 | 1.0 |
| 8/31/2015 | Finalize master spreadsheet of Nortel Position report, Nortel Claims Detail report, and employee data for the eTax Correspondence.  Investigate missing addresses of employees. | Leticia Barrios | 6 | 6.3 |
| 8/31/2015 | Read, review and respond to various employee inquiries by phone and e-mail related to non-qualified settlement offer letters; | Mary Cilia | 6 | 8.5 |
| 8/31/2015 | Read, review and respond to various e-mails re:  claims issues | Mary Cilia | 6 | 1.2 |
| 8/31/2015 | Review D. Tollefsen cross-border claims and update memo for T. Ayres | Mary Cilia | 6 | 1.9 |
| 8/7/2015 | Tax update call JS,JW,AB | Richard Lydecker | 7 | 0.5 |
| 8/12/2015 | Conf. Call - NNI updates and follow-up call with E&Y | Kathryn Schultea | 7 | 1.0 |
| 8/14/2015 | EY discussion compliance and projects JS,DA,JW,AB | Richard Lydecker | 7 | 0.5 |
| 8/19/2015 | Compliance review of 2014 federal and state tax returns with EY | Richard Lydecker | 7 | 4.0 |
| 8/20/2015 | Analysis of deferred deductions and NOL attributes | Richard Lydecker | 7 | 0.8 |
| 8/20/2015 | Review/analysis EY May fees | Richard Lydecker | 7 | 0.5 |
| 8/21/2015 | Conf. Call - Tax Update discussion with E&Y | Kathryn Schultea | 7 | 1.8 |
| 8/28/2015 | Correspondence - Nortel Tax Matters | Kathryn Schultea | 7 | 0.6 |
| 8/28/2015 | EY tax call DA,JS,JW | Richard Lydecker | 7 | 0.5 |
| 8/28/2015 | Analysis and summary of tax returns for JR | Richard Lydecker | 7 | 0.8 |
| 8/28/2015 | Review/analysis EY June fees | Richard Lydecker | 7 | 0.5 |
| 8/21/2015 | Conf. Call - J. Ray re NNI Updates and related follow-up | Kathryn Schultea | 8 | 1.3 |
| 8/5/2015 | Read, review and respond to e-mails from M. Kennedy re:  claims estimates and related conference call | Mary Cilia | 9 | 1.3 |
| 8/31/2015 | Recovery Model development | Raj Perubhatla | 9 | 3.5 |