# EXHIBIT B

# EXHIBIT B

## EXPENSE SUMMARY

**Nortel Networks Inc., et al.**
(Case No. 09-10138 (KG))

**RLKS Executive Solutions**
**August 1 - 31, 2015**

| Expense Category | | Total Expenses |
|---|---|---|
| Travel – Airline (at economy fare booking) | | $    7,425.61 |
| Travel – Lodging | | 6,787.04 |
| Travel – Transportation | | 2,696.30 |
| Travel – Meals | | 714.33 |
| Office Expenses | | - |
| TOTAL | | $   17,623.28 |
| | | |

# Nortel Expense Report

**PERIOD: August 1 - 31, 2015**

| Date | Description | Air | Lodging | Transportation | Meals | Office Expenses | Professional | Comments on Meals/Transportation |
|------|-------------|-----|---------|----------------|-------|-----------------|--------------|----------------------------------|
| 8/3/2015 | Travel to client site | $196.60 | $214.52 | $92.00 | | | Raj Perubhatla | Economy airfare; car from home to airport; one night hotel stay |
| 8/4/2015 | Client site stay | | $214.52 | | $54.65 | | Raj Perubhatla | One night hotel stay; Lunch and Dinner(RP) |
| 8/5/2015 | Travel from client site | $196.60 | | $176.03 | $33.47 | | Raj Perubhatla | Economy airfare; car from airport to home; lunch and dinner (RP); Avis rental car for 2 days (RP) |
| 8/10/2015 | Travel to Client site | $191.60 | $197.50 | $84.03 | | | Brandon Bangerter | Economy airfare; one night hotel; Avis rental car |
| 8/10/2015 | Travel to Washington DC | $323.38 | $279.85 | $115.25 | $40.60 | | Kathryn Schultea | Economy airfare; One night hotel stay; car to airport; cab to hotel from airport; dinner |
| 8/10/2015 | Travel to client site | $184.68 | $220.20 | $92.00 | | | Raj Perubhatla | Economy airfare; car from home to airport; one night hotel stay |
| 8/11/2015 | RTP stay | | $197.49 | | $115.14 | | Brandon Bangerter | One night hotel; lunch - $15.56(RP,BB); dinner - $99.58(RP,BB) |
| 8/11/2015 | Washington DC - Claim Mtg | | $279.85 | | $36.05 | | Kathryn Schultea | One night Hotel stay, dinner |
| 8/11/2015 | Client site stay | | $220.20 | | | | Raj Perubhatla | one night hotel stay; |
| 8/12/2015 | Travel from Client site | $191.60 | | $43.00 | $21.94 | | Brandon Bangerter | Economy airfare; airport parking; lunch - $8.07; dinner - $13.87 |
| 8/12/2015 | Travel from Washington DC | $323.38 | | $42.00 | | | Kathryn Schultea | Economy airfare; cab to airport |
| 8/12/2015 | Travel from client site | $184.68 | | | $10.75 | | Raj Perubhatla | Economy airfare; Meals(RP) |
| 8/17/2015 | Travel to Client site | $229.10 | $197.50 | $92.50 | | | Brandon Bangerter | Economy airfare; one night hotel; Avis rental car |
| 8/17/2015 | Travel to Client Site - Raleigh | $254.10 | $214.52 | $62.33 | | | Daniel Tollefsen | Economy Airfare; One night hotel; Car rental; |
| 8/17/2015 | Travel to client site | $229.10 | $220.20 | $92.00 | | | Raj Perubhatla | Economy airfare; car from home to airport;one night hotel stay |
| 8/18/2015 | RTP stay | | $197.49 | | $154.81 | | Brandon Bangerter | One night hotel; lunch - $32.63(RP,DT,BB); dinner - $122.18(RP,DT,BB) |
| 8/18/2015 | Raleigh Stay | | $214.52 | $62.33 | | | Daniel Tollefsen | One night hotel; Car Rental |
| 8/18/2015 | Client site stay | | $220.20 | | | | Raj Perubhatla | one night hotel stay |
| 8/19/2015 | Travel from Client site | $229.10 | | $43.00 | $23.65 | | Brandon Bangerter | Economy airfare; airport parking; dinner - $23.65(RP,BB) |
| 8/19/2015 | Raleigh Stay | | $214.52 | $62.33 | | | Daniel Tollefsen | One night hotel; Car Rental |
| 8/19/2015 | Travel from client site | $229.10 | | $92.00 | | | Raj Perubhatla | Economy airfare; car from airport to home |
| 8/20/2015 | Travel from Client Site - Raleigh | $254.10 | | $109.69 | | | Daniel Tollefsen | Economy Airfare; Car rental (62.34); Airport Parking (47.35) |
| 8/24/2015 | Travel to Client site | $319.10 | $237.22 | $100.19 | | | Brandon Bangerter | Economy airfare; one night hotel; Avis rental car |
| 8/24/2015 | Travel to Client Site - Raleigh | $218.60 | $203.17 | $65.08 | | | Daniel Tollefsen | Economy Airfare; One night hotel; Car rental (team) |
| 8/24/2015 | Travel to Client Site | $218.60 | $191.82 | $19.00 | $16.78 | | David Kantorczyk | One night hotel; Dinner 16.78; Parking @ IAH |
| 8/24/2015 | Travel to Client Site | $410.60 | $246.92 | $162.06 | $4.00 | | Mary Cilia | A-Economy Airfare; T- Car Service from Home to Airport and Avis Rental Car; M-D=$4.00 |
| 8/24/2015 | Travel to client site | $179.10 | $237.22 | $92.00 | $12.99 | | Raj Perubhatla | Economy airfare; car from home to airport; one night hotel stay; lunch |
| 8/25/2015 | RTP stay | | $237.22 | | $117.93 | | Brandon Bangerter | One night hotel; lunch - $24.08(RP,BB); dinner - $93.85(RP,BB) |
| 8/25/2015 | Raleigh Stay | | $203.17 | $65.08 | | | Daniel Tollefsen | One night hotel; Car Rental (team) |
| 8/25/2015 | Work at Client Site | | $191.82 | $19.00 | $13.00 | | David Kantorczyk | One night hotel; Dinner 13.00; Parking @ IAH |
| 8/25/2015 | Client Site | | $258.20 | $54.56 | | | Mary Cilia | T-Avis Rental Car |
| 8/25/2015 | Client site stay | | $237.22 | | | | Raj Perubhatla | one night hotel stay; |
| 8/26/2015 | Travel from Client site | $319.10 | | $45.00 | $19.94 | | Brandon Bangerter | Economy airfare; airport parking; lunch - $19.94(DT,BB) |
| 8/26/2015 | Raleigh Stay | | $203.17 | $65.08 | | | Daniel Tollefsen | One night hotel; Car Rental (team) |
| 8/26/2015 | Work at Client Site | | $191.82 | $19.00 | $13.68 | | David Kantorczyk | One night hotel; Dinner 13.68; Parking @ IAH |
| 8/26/2015 | Client Site | | $258.20 | $54.56 | | | Mary Cilia | T-Avis Rental Car |

# Nortel Expense Report

**PERIOD:** August 1 - 31, 2015

| Date | Description | Air | Lodging | Transportation | Meals | Office Expenses | Professional | Comments on Meals/Transportation |
|------|-------------|-----|---------|----------------|-------|-----------------|--------------|----------------------------------|
| 8/26/2015 | Travel from client site | $179.10 | | $92.00 | $24.95 | | Raj Perubhatla | Economy airfare; lunch and dinner; car from airport to home |
| 8/27/2015 | Travel from Client Site - Raleigh | $218.60 | | $112.44 | | | Daniel Tollefsen | Economy Airfare; Car rental (team 65.09); Airport Parking (47.35) |
| 8/27/2015 | Travel from Client Site | $218.60 | | $3.00 | | | David Kantorczyk | Economy Airfare; Parking @ IAH |
| 8/27/2015 | Travel from Client Site | $410.60 | | $162.06 | | | Mary Cilia | A-Economy Airfare;T-Avis Rental Car and Car Service from Airport to Home |
| 8/31/2015 | Travel to Client site | $419.10 | | | | | Brandon Bangerter | Economy airfare |
| 8/31/2015 | Travel to Client Site - Raleigh | $348.10 | $203.17 | $57.70 | | | Daniel Tollefsen | Economy Airfare; One night hotel; Car rental; |
| 8/31/2015 | Travel to Raleigh Nortel Offices | $165.10 | $191.82 | $41.00 | | | Felicia Buenrostro | Economy airfare; One night hotel stay; To/From Airport |
| 8/31/2015 | Travel to Client Site - RTP | $165.10 | $191.82 | $115.00 | | | Leticia Barrios | Economy Airfare; one night hotel; car to airport |
| 8/31/2015 | Travel to client site | $419.10 | | $92.00 | | | Raj Perubhatla | Economy airfare; car from home to airport |
| | | | | | | | | |
| | | $ 7,425.61 | $ 6,787.04 | $ 2,696.30 | $ 714.33 | $ - | | |