# EXHIBIT A

**CUMULATIVE COMPENSATION BY PROJECT
CATEGORY FOR APPLICATION PERIOD**

Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

August 1, 2015 through August 31, 2015

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

# HOURS/BILLABLE AMOUNTS BY PROJECT
# John Ray-Nortel

**Name:** John J. Ray, III

**Working Dates:** Start Date 8/2/15 — End Date 8/31/15
**Enter Billing Rate/Hr:** 735.00

| Project No. | Project Name | Hours/Minutes Worked | Billing Rate | Billing Amount |
|---|---|---|---|---|
| 1 | MOR, required monthly/period disclosures, Schedule Admendments, Form 26 | | | |
| 2 | Contracts - assumption/rejection analysis & support, Executory contract review | | | |
| 3 | Claims Matters | | | |
| 4 | Preparation & presentation of financial and other information; cash/expense management; analysis of proposed transactions; assist with business processes | | | |
| 5 | Asset Sales or Other Transactional Support | | | |
| 6 | IT Infrastructure / Data Support | | | |
| 7 | Litigation Support; Attendance and testimony at hearings; Investigation matters at the request of counsel | 59.3 | $735.00 | $43,585.50 |
| 8 | Creditor Meetings; Various administrative matters (Tax, Financial, Board, Employee) | | | |
| 9 | Development of Plan of Reorganization; Disclosure Statement | | | |
| 10 | Non-Working Travel | 7.0 | $367.50 | $2,572.50 |
| 11 | Fee Application | 6.3 | $735.00 | $4,630.50 |
| | **Hours/Billing Amount for Period:** | **72.6** | | **$50,788.50** |

# Nortel TIME SHEET

**John Ray**

72.6

| Enter Date | Description | Professional | Project No. (1-11) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 8/2/15 | Prepare July fee app | John Ray | 11 | 2.2 |
| 8/3/15 | Call with Cleary re PBGC claim | John Ray | 7 | 1.0 |
| 8/3/15 | Review of motion filed in Canada re document and data destruction | John Ray | 7 | 1.5 |
| 8/3/15 | Update from Cleary re SNMP litigation | John Ray | 7 | 0.8 |
| 8/3/15 | Review of statement of issues on appeal | John Ray | 7 | 2.5 |
| 8/3/15 | Update from Tory's re document destruction process in Canada | John Ray | 7 | 0.3 |
| 8/3/15 | Review July fee and file with court | John Ray | 11 | 0.3 |
| 8/4/15 | Review of June RM report | John Ray | 7 | 0.8 |
| 8/4/15 | Review of PBGC claim in preparation for meeting | John Ray | 7 | 1.3 |
| 8/4/15 | Update from Cleary re allocation appeals | John Ray | 7 | 0.8 |
| 8/4/15 | Update related to dicument destruction from Cleary's and Tory's | John Ray | 7 | 0.5 |
| 8/5/15 | Call with Cleary and Chilmark re PBGC claim and communicate with PBGC re same and follow up research | John Ray | 7 | 1.8 |
| 8/5/15 | Work related to employee claims yet to be allowed | John Ray | 7 | 2.5 |
| 8/6/15 | Update related to employee settlements | John Ray | 7 | 0.8 |
| 8/7/15 | Update from Cleary's and Tory's re document destruction | John Ray | 7 | 0.5 |
| 8/10/15 | Prepare for PBGC meeting in DC | John Ray | 7 | 6.5 |
| 8/10/15 | Travel to DC for PBGC meeting | John Ray | 10 | 3.5 |
| 8/11/15 | Prepare for meeting with PBGC; meeting with Chilmark in advance and subsequent meeting with Cleary and Chilmark | John Ray | 7 | 5.5 |
| 8/11/15 | Meet with PBGC re claim | John Ray | 7 | 2.5 |
| 8/11/15 | Travel from PBGC meeting | John Ray | 10 | 3.5 |
| 8/11/15 | SNMP update from Cleary's joinder of EMEA | John Ray | 7 | 1.8 |
| 8/13/15 | Review and comment to Cleary's and Tory's re factum to be filed in Canada | John Ray | 7 | 3.5 |
| 8/13/15 | Review of July RM report | John Ray | 7 | 0.5 |
| 8/14/15 | Review of draft factum | John Ray | 7 | 0.8 |
| 8/15/15 | Further review of factum | John Ray | 7 | 1.5 |
| 8/16/15 | Further review of revisions to factum | John Ray | 7 | 1.0 |
| 8/17/15 | Review of final draft of factum | John Ray | 7 | 0.5 |
| 8/19/15 | Review of current financial information and disbursements | John Ray | 7 | 0.8 |
| 8/21/15 | Review of CCCs claims report | John Ray | 7 | 0.5 |
| 8/21/15 | Work related to cross border claims in preparation for meetings with Canada estate | John Ray | 7 | 5.5 |
| 8/21/15 | Update from Cleary's re Canada document destruction | John Ray | 7 | 0.3 |
| 8/23/15 | Update re document destruction | John Ray | 7 | 0.5 |
| 8/24/15 | Further update on document destruction | John Ray | 7 | 0.3 |
| 8/26/15 | Prepare quarterly fee app | John Ray | 11 | 2.5 |
| 8/27/15 | Review of claims process in UK | John Ray | 7 | 0.8 |
| 8/27/15 | Call with Cleary re various matters including mediation order, allocation, claims | John Ray | 7 | 1.5 |
| 8/27/15 | Work related to cross border claims and call with Chilmark re same and foillow up call with Canada | John Ray | 7 | 4.5 |
| 8/27/15 | Meeting with conflicts administration for EMEA | John Ray | 7 | 1.8 |
| 8/27/15 | Review and file quarterly fee with court | John Ray | 11 | 1.3 |
| 8/31/15 | Follow up work related to PBGC claim; work related to MOR update related to claims | John Ray | 7 | 1.8 |
| 8/31/15 | Review analysis for claims | John Ray | 7 | 1.8 |