# EXHIBIT B

**EXPENSE SUMMARY/DETAIL**

Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

August 1, 2015 through August 31, 2015

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

**Nortel Networks, Inc.**

**EXPENSE SUMMARY**
**August 1, 2015 through August 31, 2015**

**John Ray**

| Expense Category | | Total Expenses |
|---|---|---|
| Travel – Airline | $ | 266.20 |
| Travel – Lodging | | 386.00 |
| Travel – Transportation | | 70.00 |
| Travel – Meals | | 45.00 |
| Parking | | 30.00 |
| TOTAL | $ | 797.20 |
| | | |

John Ray Time and Expense--Nortel

**PERIOD:** August 1, 2015 through August 31, 2015

| Date | Description | Air | Lodging | Transportation | Meals | Parking | Professional |
|---|---|---|---|---|---|---|---|
| 8/10/15 | Airfare to Wash DC for PBGC meeting, hotel, | $ 266.20 | $ 386.00 | $ 35.00 | $ 25.00 | | John Ray |
| 8/11/15 | Taxi, meals, and parking at airport | | | $ 35.00 | $ 20.00 | $ 30.00 | John Ray |
| | | | | | | | John Ray |
| | | | | | | | John Ray |
| | | | | | | | John Ray |
| | | | | | | | John Ray |
| | | | | | | | John Ray |
| | | | | | | | John Ray |
| | | | | | | | John Ray |
| | | | | | | | John Ray |
| | | | | | | | John Ray |
| | Totals: | $ 266.20 | $ 386.00 | $ 70.00 | $ 45.00 | $ 30.00 | |