# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ------------------------------------------------------------X | | Chapter 11 |
| *In re* | : | Case No. 09-10138 (KG) |
| Nortel Networks Inc., *et al.*,[1] | : | (Jointly Administered) |
| Debtors. | : | **Re: D.I. 16124** |
| ------------------------------------------------------------X | | |
| SNMP Research International, Inc., | : | |
| and | : | Adv. No. 11-53454 (KG) |
| SNMP Research, Inc., | : | **Re: D.I. 252** |
| Plaintiffs, | : | |
| v. | : | |
| Nortel Networks Inc., *et al.*, | : | |
| and | : | |
| Avaya Inc., | : | |
| Defendants. | : | |
| ------------------------------------------------------------X | | |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

| | | |
|---|---|---|
| ---------------------------------------------------------X | Chapter 15 | |
| | : | |
| *In re* | : | Case No. 09-11972 (KG) |
| | : | |
| Nortel Networks UK Limited, *et al.*,[2] | : | (Jointly Administered) |
| | : | |
| Debtors in Foreign Proceedings. | : | **Re: D.I. 149** |
| ---------------------------------------------------------X | | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on September 3, 2015, a copy of the **Notice of Agenda of Matters Scheduled for Hearing on September 8, 2015 at 10:00 A.M. (Eastern Time)** was served in the manner indicated upon the individuals identified on the attached service lists.

Dated: September 3, 2015
Wilmington, DE

CLEARY GOTTLIEB STEEN & HAMILTON LLP
James L. Bromley (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone:  (212) 225-2000
Facsimile:  (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

    */s/ Tamara K. Minott*
Eric D. Schwartz (No. 3134)
Derek C. Abbott (No. 3376)
Tamara K. Minott (No. 5643)
1201 North Market Street, 16th Floor
Wilmington, DE  19899-1347
Telephone:  (302) 658-9200
Facsimile:  (302) 658-3989

*Counsel for the Debtors and Debtors in Possession*

---

[2] The Debtors in these cases are: Nortel Networks UK Limited; Nortel GmbH; Nortel Networks (Austria) GmbH; Nortel Networks (Ireland) Limited; Nortel Networks AB; Nortel Networks B.V.; Nortel Networks Engineering Service Kft; Nortel Networks France S.A.S.; Nortel Networks Hispania, S.A.; Nortel Networks International Finance & Holding B.V.; Nortel Networks N.V.; Nortel Networks Oy; Nortel Networks Polska Sp. z.o.o.; Nortel Networks Portugal S.A.; Nortel Networks S.p.A.; Nortel Networks Slovensko, s.r.o.  The mailing address for each Debtor in: Ernst & Young LLP, Attn: Nortel Administrators, 1 More London Place, London, SE1 2AF.

**Via Fax**

Cole Schotz, P.C.
G. David Dean
300 E. Lombard St.
Baltimore, MD 21202
Fax: 410-230-0667

King & Ballow Law Offices
Richard Busch
Andrew Coffman
Patrick Ogilvy
Sara Ellis
315 Union St.
Nashville, TN 37201
Fax: 615-726-5417

Egerton, McAfee, Armistead & Davis, P.C.
John L. Wood
900 S. Gay St.
Knoxville, TN 37902
Fax: 865-525-5293

Holland & Knight LLP
John J. Monaghan, Esq.
Joshua C. Krumholz, Esq.
10 St. James Avenue
11th Floor
Boston, MA 02116
Fax: 617-523-6850

Holland & Knight LLP
Barbra R. Parlin, Esq.
31 West 52nd Street
New York, NY 10019
Fax: 212-385-9010

Cole Schotz P.C.
Nicholas J. Brannick
500 Delaware Avenue
Wilmington, DE 19801
Fax: 302-652-3117