IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
:
In re                                                    :   Chapter 11
:
Nortel Networks Inc., et al.,[1]                         :   Case No. 09-10138 (KG)
:
         Debtors.                                        :   Jointly Administered
:
---------------------------------------------------------X

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

Please take notice that, pursuant to Section 4.5 of the Stipulation of Settlement in *In re Nortel Networks Corp. "ERISA" Litigation*, MDL Docket No. 3:03-MD-1357, Mary Cross hereby withdraws with prejudice her Proof of Claim Number 5459 in the above-captioned cases.

Please be advised that such withdrawal is without prejudice to Ms. Cross's pursuit of Proof of Claim Number 5460 in the above captioned cases, which is still pending, and as to which Ms. Cross reserves all rights.

Dated: Nashville, TN
       August 28, 2015

/s/ Mary Cross
Mary Cross
P.O. Box 24871
Nashville, TN 37202-4871

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.