# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ------------------------------------------------------------X | Chapter 11 |
| *In re* | Case No. 09-10138 (KG) |
| Nortel Networks Inc., *et al.*,[1] | (Jointly Administered) |
| Debtors. | |
| ------------------------------------------------------------X | |
| SNMP Research International, Inc., | |
| and | Adv. No. 11-53454 (KG) |
| SNMP Research, Inc., | |
| Plaintiffs, | |
| v. | |
| Nortel Networks Inc., *et al.*, | |
| and | |
| Avaya Inc., | |
| Defendants. | |
| ------------------------------------------------------------X | |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

```
---------------------------------------------------------X
                                                         :    Chapter 15
In re                                                    :
                                                         :    Case No. 09-11972 (KG)
Nortel Networks UK Limited, et al.,[2]                   :
                                                         :    (Jointly Administered)
          Debtors in Foreign Proceedings.                :
---------------------------------------------------------X
```

### NOTICE OF AMENDED[3] AGENDA OF MATTERS SCHEDULED FOR HEARING ON SEPTEMBER 8, 2015 AT 10:00 A.M. (EASTERN TIME)

By permission of chambers, any party wishing to participate telephonically must make arrangements through CourtCall **at least one hour prior to the hearing**. CourtCall has been made aware of this extended deadline. CourtCall will not accept reservations after the extended deadline has passed without permission of chambers. Please do not contact chambers prior to the expiration of the extended deadline.

### CONFERENCE IN ADVERSARY PROCEEDING

1.  Scheduling Order (A.D.I. 214, Entered 6/3/15) (as amended, the "Scheduling Order").

    Objection Deadline: N/A

    Responses Received:

    (a) Letter to the Honorable Kevin Gross Regarding Discovery Dispute (A.D.I. 251, Filed 9/2/15);

    **(b) Letter to the Honorable Kevin Gross Regarding Discovery Extension (A.D.I. 255, Filed 9/4/15); and**

    **(c) Letter to the Honorable Kevin Gross Regarding Scheduling Dispute (A.D.I. 256, Filed 9/4/15).**

    Related Pleading:

    (a) Order Amending Scheduling Order (A.D.I. 224, Entered 6/30/15).

---

[2] The Debtors in these cases are: Nortel Networks UK Limited; Nortel GmbH; Nortel Networks (Austria) GmbH; Nortel Networks (Ireland) Limited; Nortel Networks AB; Nortel Networks B.V.; Nortel Networks Engineering Service Kft; Nortel Networks France S.A.S.; Nortel Networks Hispania, S.A.; Nortel Networks International Finance & Holding B.V.; Nortel Networks N.V.; Nortel Networks Oy; Nortel Networks Polska Sp. z.o.o.; Nortel Networks Portugal S.A.; Nortel Networks S.p.A.; Nortel Networks Slovensko, s.r.o. The mailing address for each Debtor in: Ernst & Young LLP, Attn: Nortel Administrators, 1 More London Place, London, SE1 2AF.

[3] **Amended items appear in bold.**

Status:  The conference will go forward at the hearing.  **The Parties submitted letters to the Court pursuant to Paragraph 3.c of the Scheduling Order.**

**CONTESTED MATTER GOING FORWARD**

2. Joint Administrators' Motion to Enforce the Automatic Stay and Enjoin Prosecution of Certain Claims Against the EMEA Debtors (D.I. 137, Filed 8/10/15).

   Objection Deadline:  August 26, 2015 at 4:00 p.m. (ET).

   Responses Received:

   (a) Limited Response of SNMP Research International, Inc. and SNMP Research, Inc. to Joint Administrators' Motion to Enforce the Automatic Stay and Enjoin Prosecution of Certain Claims Against the EMEA Debtors (D.I. 143, Filed 8/26/15);

   (b) U.S. Debtors' Response to the Joint Administrators' Motion to Enforce the Automatic Stay and Enjoin Prosecution of Certain Claims Against the EMEA Debtors (D.I. 144, Filed 8/26/15); and

   (c) Joinder of the Official Committee of Unsecured Creditors of Nortel Networks Inc., et al. to the U.S. Debtors' Response to the Joint Administrators' Motion to Enforce the Automatic Stay and Enjoin Prosecution of Certain Claims Against the EMEA Debtors (D.I. 146, Filed 8/26/15).

   Related Pleading:

   (a) Joint Administrators' Reply in Further Support of Motion to Enforce the Automatic Stay and Enjoin Prosecution of Certain Claims Against the EMEA Debtors (D.I. 148, Filed 9/2/15).

   Status:  The hearing on this matter will go forward.

| | |
|---|---|
| Dated: September 4, 2015<br>Wilmington, DE | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>James L. Bromley (admitted *pro hac vice*)<br>Lisa M. Schweitzer (admitted *pro hac vice*)<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone:  (212) 225-2000<br>Facsimile:  (212) 225-3999<br><br>- and - |

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Tamara K. Minott*
Eric D. Schwartz (No. 3134)
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Tamara K. Minott (No. 5643)
1201 North Market Street
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989

*Counsel for the Debtors and Debtors in Possession*

- and -

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Jaime Luton Chapman*
James L. Patton (No. 2202)
Edwin J. Harron (No. 3396)
John T. Dorsey (No. 2988)
Jaime Luton Chapman (No. 4936)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: 302-571-6600
Fax: 302-571-1253

- and -

HUGHES HUBBARD & REED LLP
Derek J.T. Adler
Gabrielle Glemann
Charles H. Huberty
One Battery Park Plaza
New York, New York 10004
Telephone: 212-83 7-6000
Fax: 212-422-4726

*Counsel for the Joint Administrators*

9433765.1

4