IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
:
In re                                                    :   Chapter 11
                                                         :
Nortel Networks Inc., et al.,[1]                         :   Case No. 09-10138 (KG)
                                                         :
        Debtors.                                         :   Jointly Administered
                                                         :
---------------------------------------------------------X

### EIGHTH NOTICE OF SETTLEMENT OF CERTAIN
### POST-PETITION CLAIMS AGAINST THE DEBTORS

**WHEREAS**, on May 7, 2012, the Debtors filed a Motion for an Order Authorizing and Approving Procedures to Resolve or Otherwise Settle Claims of Employees Terminated Post-Petition (D.I. 7617) (the "Motion"); and

**WHEREAS**, on May 24, 2012, the Court approved the Motion and entered an Order (the "Order") Authorizing and Approving Procedures to Resolve or Otherwise Settle Claims of Employees Terminated Post-Petition (D.I. 7685) permitting the Debtors, *inter alia*, to settle on no or limited advance notice certain smaller claims of employees terminated post-petition against the Debtors ("Limited Notice Claims Settlements").

**PLEASE TAKE NOTICE** that, pursuant to paragraph 2(f) of the Order, the Debtors hereby file their Eighth Settled Post-Petition Employee Claims Notice attached as Exhibit A, listing the Proofs of Claim settled in the Limited Notice Claims Settlements from December 31, 2013 through July 9, 2015.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

Dated: September 4, 2015
      Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

- and –

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Tamara K. Minott*
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Andrew R. Remming (No. 5120)
Tamara K. Minott (No. 5643)
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989

*Counsel for the Debtors and Debtors in Possession*