EXHIBIT A

(i) **Proofs of Claim Settled From December 31, 2013 to July 9, 2015[1]**

| Employee Name | Claim Number | Claimed Secured | Claimed Unsecured | Claimed Priority | Claimed Administrative | Claimed Total | Allowed Secured | Allowed Unsecured | Allowed Priority | Allowed Administrative | Allowed Total | Debtor |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HAIN CAPITAL HOLDINGS, LLC | 7643 | $0.00 | $88,892.94 | $10,950.00 | $0.00 | $99,842.94 | $0.00 | $85,757.62 | $1,814.12 | $9,050.46 | $96,622.20 | NORTEL NETWORKS INC. |
| CALHOUN, RANDY | 7647 | $0.00 | $17,355.06 | $0.00 | $0.00 | $17,355.06 | $0.00 | $0.00 | $0.00 | $17,355.06 | $17,355.06 | NORTEL NETWORKS INC. |
| PAUL HOUSE | 3094 | $0.00 | $48,001.01 | $0.00 | $0.00 | $48,001.01 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| PAUL HOUSE | 3095 | $0.00 | $128,006.20 | $0.00 | $0.00 | $128,006.20 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| PAUL HOUSE | 3096 | $0.00 | $332,307.72 | $0.00 | $0.00 | $332,307.72 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| PAUL HOUSE | 4491 | $0.00 | $1,689.60 | $0.00 | $0.00 | $1,689.60 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| PAUL HOUSE | 4510 | $0.00 | $36,923.07 | $0.00 | $0.00 | $36,923.07 | $0.00 | $50,147.40 | $8,013.76 | $0.00 | $58,161.16 | NORTEL NETWORKS INC. |
| ENGELBRECHT, ELIZABETH CYRINE | 8754 | $0.00 | $231,003.60 | $0.00 | $0.00 | $231,003.60 | $0.00 | $73,104.41 | $1,458.85 | $1,418.33 | $75,981.59 | NORTEL NETWORKS INC. |
| LONG, ANDREW | 2532 | $0.00 | $114,929.93 | $0.00 | $0.00 | $114,929.93 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |

---

[1] Includes Proofs of Claim disallowed in full or withdrawn pursuant to the Limited Notice Claims Settlements.

| Employee Name | Claim Number | Claimed Secured | Claimed Unsecured | Claimed Priority | Claimed Administrative | Claimed Total | Allowed Secured | Allowed Unsecured | Allowed Priority | Allowed Administrative | Allowed Total | Debtor |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LONG, ANDREW | 7313 | $0.00 | $163,853.06 | $0.00 | $0.00 | $163,853.06 | $0.00 | $85,309.05 | $1,609.94 | $527.70 | $87,446.69 | NORTEL NETWORKS INC. |
| BENNETT, GRAHAM S | 8775 | $0.00 | $61,569.00 | $0.00 | $0.00 | $61,569.00 | $0.00 | $56,273.55 | $1,592.15 | $7,677.69 | $65,543.39 | NORTEL NETWORKS INC. |
| HAIN CAPITAL HOLDINGS, LLC | 1144 | $0.00 | $112,481.52 | $10,950.00 | $0.00 | $123,431.52 | $0.00 | $82,719.58 | $3,016.82 | $584.13 | $86,320.53 | NORTEL NETWORKS INC. |
| ELIE, DENNIS | 1398 | $0.00 | $59,630.40 | $0.00 | $0.00 | $59,630.40 | $0.00 | $65,513.00 | $1,053.83 | $813.79 | $67,380.62 | NORTEL NETWORKS INC. |
| HOGAN, BRIAN | 4350 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| HOGAN, BRIAN | 4374 | $0.00 | $0.00 | $51,362.36 | $0.00 | $51,362.36 | $0.00 | $40,503.37 | $1,131.38 | $879.96 | $42,514.71 | NORTEL NETWORKS INC. |
| CUMMINGS, CHAPPELLE | 1623 | $0.00 | $12,963.20 | $0.00 | $0.00 | $12,963.20 | $0.00 | $10,796.42 | $1,831.62 | $1,414.42 | $14,042.46 | NORTEL NETWORKS INC. |
| MCLAWHORN, LARRY, JR. | 8777 | $0.00 | $70,382.28 | $0.00 | $0.00 | $70,382.28 | $0.00 | $52,705.95 | $1,038.88 | $2,885.78 | $56,630.61 | NORTEL NETWORKS INC. |
| BARFKNECHT, JOHN D. | 7982 | $0.00 | $24,230.40 | $0.00 | $0.00 | $24,230.40 | $0.00 | $14,093.89 | $1,390.85 | $7,649.64 | $23,134.38 | NORTEL NETWORKS INC. |
| SOLUS RECOVERY FUND LP | 6700 | $0.00 | $34,518.00 | $0.00 | $0.00 | $34,518.00 | $0.00 | $12,239.79 | $2,392.14 | $730.93 | $15,362.86 | NORTEL NETWORKS INC. |
| HAIN CAPITAL HOLDINGS, LLC | 2696 | $10,950.00 | $10,490.00 | $52,660.00 | $0.00 | $52,660.00 | $0.00 | $46,536.57 | $652.99 | $838.01 | $48,027.57 | NORTEL NETWORKS INC. |
| HAIN CAPITAL HOLDINGS, LLC | 8774 | $0.00 | $15,840.99 | $0.00 | $0.00 | $15,840.99 | $0.00 | $10,295.15 | $901.76 | $4,644.08 | $15,840.99 | NORTEL NETWORKS INC. |

| Employee Name | Claim Number | Claimed Secured | Claimed Unsecured | Claimed Priority | Claimed Administrative | Claimed Total | Allowed Secured | Allowed Unsecured | Allowed Priority | Allowed Administrative | Allowed Total | Debtor |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HAIN CAPITAL HOLDINGS, LLC | 5788 | $0.00 | $25,904.16 | $10,950.00 | $0.00 | $25,904.16 | $0.00 | $24,978.08 | $1,213.19 | $1,711.94 | $27,903.21 | NORTEL NETWORKS INC. |
| BRAZEAU, KEVIN JOSEPH | 8765 | $0.00 | $0.00 | $20,000.00 | $0.00 | $20,000.00 | $0.00 | $56,553.33 | $1,693.78 | $2,004.30 | $60,251.41 | NORTEL NETWORKS INC. |
| HAIN CAPITAL HOLDINGS, LLC | 3408 | $0.00 | $0.00 | $34,982.03 | $0.00 | $34,982.03 | $0.00 | $14,041.35 | $1,607.79 | $741.37 | $16,390.51 | NORTEL NETWORKS INC. |
| HAIN CAPITAL HOLDINGS, LLC | 8740 | $0.00 | $27,330.57 | $0.00 | $0.00 | $27,330.57 | $0.00 | $26,284.18 | $988.74 | $1,356.78 | $28,629.70 | NORTEL NETWORKS INC. |
| LIQUIDITY SOLUTIONS, INC. | 5564 | $0.00 | $0.00 | $13,918.78 | $0.00 | $13,918.78 | $0.00 | $13,192.70 | $593.53 | $761.69 | $14,547.92 | NORTEL NETWORKS INC. |
| GOWIN, VINOD | 1553 | $0.00 | $50,908.19 | $0.00 | $0.00 | $50,908.19 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| GOWIN, VINOD | 5813 | $50,908.19 | $0.00 | $0.00 | $0.00 | $50,908.19 | $0.00 | $29,370.38 | $1,344.86 | $1,098.30 | $31,813.54 | NORTEL NETWORKS INC. |
| HAIN CAPITAL HOLDINGS, LLC | 7144 | $0.00 | $49,565.00 | $0.00 | $0.00 | $49,565.00 | $0.00 | $35,975.22 | $1,671.10 | $3,007.99 | $40,654.31 | NORTEL NETWORKS INC. |
| HAIN CAPITAL HOLDINGS, LLC | 8726 | $0.00 | $47,297.00 | $0.00 | $0.00 | $47,297.00 | $0.00 | $41,831.12 | $3,067.05 | $749.73 | $45,647.90 | NORTEL NETWORKS INC. |
| FAIR HARBOR CAPITAL, LLC | 1782 | $0.00 | $34,692.00 | $0.00 | $0.00 | $34,692.00 | $0.00 | $39,444.92 | $2,221.55 | $2,616.50 | $44,282.97 | NORTEL NETWORKS INC. |
| HAIN CAPITAL HOLDINGS, LLC | 7675 | $0.00 | $20,662.50 | $0.00 | $0.00 | $20,662.50 | $0.00 | $20,342.86 | $1,197.81 | $6,794.26 | $28,334.93 | NORTEL NETWORKS INC. |
| KETTERER, DAVID | 2071 | $0.00 | $81,429.56 | $0.00 | $0.00 | $81,429.56 | $0.00 | $53,807.85 | $1,140.13 | $886.77 | $55,834.75 | NORTEL NETWORKS INC. |

| Employee Name | Claim Number | Claimed Secured | Claimed Unsecured | Claimed Priority | Claimed Administrative | Claimed Total | Allowed Secured | Allowed Unsecured | Allowed Priority | Allowed Administrative | Allowed Total | Debtor |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GOFF, BILL J. | 2881 | $0.00 | $0.00 | $49,106.48 | $0.00 | $49,106.48 | $0.00 | $47,330.45 | $1,467.61 | $1,940.51 | $50,738.57 | NORTEL NETWORKS INC. |
| HASAN, MOHAMMED Q. | 8753 | $0.00 | $50,000.00 | $0.00 | $0.00 | $50,000.00 | $0.00 | $11,979.35 | $1,785.00 | $2,429.59 | $16,193.94 | NORTEL NETWORKS INC. |
| HAIN CAPITAL HOLDINGS, LLC | 7443 | $0.00 | $24,249.55 | $0.00 | $0.00 | $24,249.55 | $0.00 | $26,773.52 | $986.94 | $3,810.69 | $31,571.15 | NORTEL NETWORKS INC. |
| HAIN CAPITAL HOLDINGS, LLC | 1607 | $0.00 | $108,612.00 | $0.00 | $0.00 | $108,612.00 | $0.00 | $31,694.49 | $1,248.91 | $853.42 | $33,796.82 | NORTEL NETWORKS INC. |
| LATHON, DENNIS | 6584 | $0.00 | $0.00 | $53,112.64 | $0.00 | $53,112.64 | $0.00 | $52,135.04 | $1,119.95 | $0.00 | $53,254.99 | NORTEL NETWORKS INC. |
| ORBE, JOHN F | 5338 | $0.00 | $0.00 | $48,536.00 | $0.00 | $48,536.00 | $0.00 | $48,224.77 | $5,438.36 | $0.00 | $53,663.13 | NORTEL NETWORKS INC. |
| BOTLAGUDUR, SREENIVAS | 769 | $0.00 | $54,271.00 | $0.00 | $0.00 | $54,271.00 | $0.00 | $23,009.46 | $3,468.76 | $982.82 | $27,461.04 | NORTEL NETWORKS INC. |
| ROERTY, BARRY | 1707 | $0.00 | $58,167.00 | $0.00 | $0.00 | $58,167.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| ROERTY, BARRY | 7107 | $0.00 | $47,217.00 | $10,950.00 | $0.00 | $58,167.00 | $0.00 | $37,797.36 | $1,485.16 | $412.55 | $39,695.07 | NORTEL NETWORKS INC. |
| HAIN CAPITAL HOLDINGS, LLC | 7932 | $0.00 | $19,754.64 | $10,950.00 | $0.00 | $30,704.64 | $0.00 | $31,600.25 | $1,346.28 | $1,039.63 | $33,986.16 | NORTEL NETWORKS INC. |
| FREITAG, KAREN | 5785 | $0.00 | $25,302.92 | $0.00 | $0.00 | $25,302.92 | $0.00 | $21,774.35 | $6,364.42 | $0.00 | $28,138.77 | NORTEL NETWORKS INC. |
| LIU, JENNIFER | 8773 | $0.00 | $0.00 | $21,269.25 | $0.00 | $21,269.25 | $0.00 | $19,149.76 | $1,162.55 | $2,757.82 | $23,070.13 | NORTEL NETWORKS INC. |

| Employee Name | Claim Number | Claimed Secured | Claimed Unsecured | Claimed Priority | Claimed Administrative | Claimed Total | Allowed Secured | Allowed Unsecured | Allowed Priority | Allowed Administrative | Allowed Total | Debtor |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HAIN CAPITAL HOLDINGS, LLC | 7966 | $0.00 | $33,724.88 | $0.00 | $0.00 | $33,724.88 | $0.00 | $16,603.66 | $1,063.20 | $2,539.87 | $20,206.73 | NORTEL NETWORKS INC. |
| WHITEHURST, MICHAEL | 2805 | $0.00 | $0.00 | $6,255.17 | $0.00 | $6,255.17 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| WHITEHURST, MICHAEL | 2806 | $0.00 | $59,460.80 | $10,950.00 | $0.00 | $70,410.80 | $0.00 | $4,779.97 | $3,550.53 | $0.00 | $8,330.50 | NORTEL NETWORKS INC. |
| SOLUS RECOVERY FUND II MASTER LP. | 8399 | $0.00 | $21,915.32 | $0.00 | $0.00 | $21,915.32 | $0.00 | $13,907.84 | $1,643.74 | $2,328.63 | $17,880.21 | NORTEL NETWORKS INC. |
| DEMANTY, JOY | 1712 | $0.00 | $0.00 | $46,689.32 | $0.00 | $46,689.32 | $0.00 | $2,326.61 | $272.48 | $208.89 | $2,807.98 | NORTEL NETWORKS INC. |
| HAIN CAPITAL HOLDINGS, LLC | 6399 | $0.00 | $14,120.00 | $0.00 | $0.00 | $14,120.00 | $0.00 | $55.05 | $15.32 | $11.74 | $82.11 | NORTEL ALTSYSTEMS INC. |
| PENNINGTON, STACIE | 8755 | $0.00 | $13,897.04 | $0.00 | $0.00 | $13,897.04 | $0.00 | $11,443.36 | $1,424.49 | $6,386.44 | $19,254.29 | NORTEL NETWORKS INC. |
| HAIN CAPITAL HOLDINGS, LLC | 4495 | $0.00 | $7,138.00 | $10,950.00 | $0.00 | $18,088.00 | $0.00 | $13,436.83 | $2,457.96 | $696.42 | $16,591.21 | NORTEL NETWORKS INC. |
| ARELLANO, ALICIA | 7434 | $0.00 | $8,033.85 | $0.00 | $0.00 | $8,033.85 | $0.00 | $5,977.05 | $1,223.97 | $3,195.92 | $10,396.94 | NORTEL NETWORKS INC. |
| SOLUS RECOVERY LH FUND LP. | 8419 | $0.00 | $12,293.43 | $0.00 | $0.00 | $12,293.43 | $0.00 | $7,070.95 | $2,343.97 | $2,864.84 | $12,279.76 | NORTEL NETWORKS INC. |
| GALLARDO, FRANK | 6444 | $0.00 | $0.00 | $0.00 | $9,614.00 | $9,614.00 | $0.00 | $4,856.92 | $6,381.35 | $1,808.05 | $13,046.32 | NORTEL NETWORKS INC. |
| SHANAHAN, MARY | 4752 | $0.00 | $8,434.56 | $10,950.00 | $0.00 | $19,384.56 | $0.00 | $5,174.92 | $6,168.77 | $8,704.83 | $20,048.52 | NORTEL NETWORKS INC. |

| Employee Name | Claim Number | Claimed Secured | Claimed Unsecured | Claimed Priority | Claimed Administrative | Claimed Total | Allowed Secured | Allowed Unsecured | Allowed Priority | Allowed Administrative | Allowed Total | Debtor |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SMALLWOOD, ANTONIO | 1690 | $0.00 | $4,615.38 | $0.00 | $0.00 | $4,615.38 | $0.00 | $923.79 | $3,197.72 | $870.49 | $4,992.00 | NORTEL NETWORKS INC. |
| RICE, ALAN J. | 2351 | $0.00 | $48,549.99 | $10,950.00 | $0.00 | $59,499.99 | $0.00 | $3,839.85 | $4,403.23 | $9,183.88 | $17,426.96 | NORTEL NETWORKS INC. |
| ASM CAPITAL IV, L.P. | 3807 | $0.00 | $47,353.00 | $0.00 | $0.00 | $47,353.00 | $0.00 | $47,513.32 | $1,401.81 | $342.67 | $49,257.80 | NORTEL NETWORKS INC. |
| BISSONNETTE, PIERRE | 7430-01 | $0.00 | $110,000.00 | $0.00 | $0.00 | $110,000.00 | $0.00 | $101,633.51 | $0.00 | $4,913.58 | $106,547.09 | NORTEL NETWORKS (CALA) INC. |
| BISSONNETTE, PIERRE | 7430-02 | $0.00 | $110,000.00 | $0.00 | $0.00 | $110,000.00 | $0.00 | $5,079.99 | $658.77 | $0.00 | $5,738.76 | NORTEL NETWORKS INC. |
| SKINNER, GREGORY | 4749-01 | $0.00 | $135,011.53 | $10,950.00 | $0.00 | $145,961.53 | $0.00 | $148,168.64 | $2,534.01 | $197.09 | $150,899.74 | NORTEL NETWORKS (CALA) INC. |
| SKINNER, GREGORY | 4749-02 | $0.00 | $135,011.53 | $10,950.00 | $0.00 | $145,961.53 | $0.00 | $213.51 | $349.10 | $0.00 | $562.61 | NORTEL NETWORKS INC. |
| RICAURTE, CHRISTOPHER | 5879 | $0.00 | $796,875.00 | $0.00 | $0.00 | $796,875.00 | $0.00 | $610,623.68 | $2,769.24 | $0.00 | $613,392.92 | NORTEL NETWORKS INC. |
| ARMOUDIAN, ANTRANIK G. | 7278 | $0.00 | $0.00 | $0.00 | $101,313.75 | $101,313.75 | $0.00 | $118,426.11 | $4,822.59 | $8,130.63 | $131,379.33 | NORTEL NETWORKS INC. |
| HAIN CAPITAL HOLDINGS, LLC | 7985 | $0.00 | $14,595.00 | $0.00 | $0.00 | $14,595.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |