**Via Fax**

Ken Coleman Esq
Allen & Overy LLP
1221 Avenue of the Americas
New York, NY 10020
Fax: 212-610-6399

Mark Kenney, Esq.
Office of the U.S. Trustee
844 King Street
Suite 2207 Lockbox 35
Wilmington, DE  19801-3519
Fax: 302-573-6497

Laura Davis Jones
Timothy P. Cairns
Peter Keane
Pachulski Stang
919 N. Market Street; 17th Floor
Wilmington, DE  19899-8705
Fax: 302-652-4400

Derek Adler
Neil Oxford
Fara Tabatabai
Charles Huberty
Hughes Hubbard & Reed LLP
One Battery Park
New York, NY 10004
Fax: 212-422-4726

James Patton
Edwin Harron
John Dorsey
Jamie Luton Chapman
Young Conaway Stargatt & Taylor LLP
1000 N. King St.
Wilmington, DE 19801
Fax: 302-571-1253

Mary F. Caloway Esq.
Kathleen Murphy Esq.
Buchanan Ingersoll & Rooney
1105 N. Market Street
Suite 1900
Wilmington, DE 19801-1228
Fax: 302-552-4295

Christopher M. Samis, Esq.
L. Katherine Good, Esq.
Whiteford Taylor & Preston LLC
The Renaissance Center
405 N. King Street, Suite 500
Wilmington, DE  19801
Fax: 302-357-3288

Fred S. Hodara Esq.
David H. Botter Esq.
Akin Gump
One Bryant Park
New York, NY  10036
Fax: 212-872-1002

Thomas R. Kreller
Milbank Tweed Hadley & McLoy LLP
601 South Figueroa St., Suite 3000
Los Angeles, CA 90017
Fax: 213-892-4763