# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | NORTEL NETWORKS INC., ET AL. | | |
| **Case Number:** | 09-10138-KG | **Chapter:** | 11 |
| **Date / Time / Room:** | TUESDAY, SEPTEMBER 08, 2015 10:00 AM   CRT#3, 6TH FL. | | |
| **Bankruptcy Judge:** | KEVIN GROSS | | |
| **Courtroom Clerk:** | SHERRY SCARUZZI | | |
| **Reporter / ECR:** | BRANDON MCCARTHY | | |

## *Matters:*

1) OMNIBUS HEARING;  DISCOVERY ISSUE;
   **R / M #:**   16,124 / 0

2) **ADM: 09-11972-KG**
   Motion to Enforce Automatic Stay
   **R / M #:**   149 / 0

3) **ADV: 1-11-53454**
   **SNMP Research International, Inc. vs Nortel Networks Inc.**
   Scheduling conference -
   **R / M #:**   252 / 0

## *Appearances:*

SEE ATTACHED COURT SIGN-IN-SHEET

## *Proceedings:*

HEARING HELD. AGENDA ITEMS:
#1 - ADV. 11-53454 - Each Counsel will submit a letter with available Trial dates to the court; the Teleconference scheduled for 9/15 @ 9:30 am is cancelled.  Judge Gross will look at Trial dates.
#2 - 09-11972 - Matter Taken Under Advisement -  A Ruling will be issued soon.