SIGN - IN - SHEET

CASE NAME:    Nortel Networks, Inc.
CASE NO.:     09-10138 /09-11972 (KG)

COURTROOM LOCATION: 3
DATE:      9/8/15

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Norman Pernick | Cole Schotz | SNMP |
| David Dean | " | " |
| William Sullivan | Sullivan Hazeltine Allinson LLC | Avaya, Inc. |
| Barbara Robin | Hollant + Knight LLP | " |
| Lisa Schweitzer | Cleary Gottlieb | U.S. Debtors |
| Matt Gurgel | " | " |
| Hugh Murtagh | " | " |
| Donna Culver | Morris Nichols Arsht + Tunnell | " |
| Andrew Remmy | " | " |
| Peter Keene | Pachulski Stang Zehl & Jones | Ad Hoc Group of Bondholders |
| Stephen Miller | Morris James LLP | Gov Debentures of New York & of Trustee |
| John Dorsey | YCST | Joint Administrators |
| Jaime Chapman | YCST | " |
| Charles Hubberty | Hughes Hubbard | " |
| Derek Adler | Hughes Hubbard | " |
| David Botter | Akin Gump | Official Comm. Unsec. Creds |

# SIGN-IN-SHEET

CASE NAME: Nortel Networks, Inc.

CASE NO.: 09-10138 /09-11972 (KG)

COURTROOM LOCATION: 3

DATE: 9/8/15

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Chris Samis | Whiteford Taylor | Detroit Comm Cusey Cred. |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

# Court Conference

U.S. Bankruptcy Court-Delaware (DE - US)

Confirmed Telephonic Appearance Schedule

Honorable Kevin Gross (Nortel Trial Only)

Courtroom

2nd Revision 09/08/2015 06:07 AM

| Calendar Date: | 09/08/2015 |
| Calendar Time: | 10:00 AM ET |

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7138182 | Peg A. Brickley | (215) 462-0953 | Dow Jones & Co. | Interested Party, Dow Jones News / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7132677 | Jeffrey Case | (865) 579-0527 | SNMP | Interested Party, SNMP / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7138713 | Maria Chutchian | (646) 378-3108 | Merger Market | Interested Party, Merger Market / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7136413 | Kent Collier | (212) 588-8890 | Reorg Research, Inc. | Interested Party, Reorg Research, Inc/ LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7136556 | Matthew C. Fagen | (212) 872-8051 | Akin Gump Strauss Hauer & Feld LLP | Creditor, Official Committee of Unsecured Creditors / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7136213 | Brian Guiney | (212) 336-2305 | Patterson Belknap Webb & Tyler | Creditor, Law Debenture Trust Company of New York / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7135621 | Andrew Hanrahan | (212) 728-8170 ext. 8638 | Willkie Farr & Gallagher LLP | Interested Party, Nortel Networks UK Pension Trust / LIVE |

Copyright © 2015 CourtCall, LLC. All Rights Reserved.

| Party | Case | Type | ID | Name | Phone | Firm | Role |
|---|---|---|---|---|---|---|---|
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7140404 | Phillip Lis | (302) 571-6710 | Herbert Smith | Administrator(s), The Joint Administrators / LISTEN ONLY |
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7138281 | Thomas Matz | (212) 530-5885 | Milbank, Tweed, Hadley & McCloy, LLP | Creditor, Ad Hoc Group of Bondholders / LISTEN ONLY |
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 6861522 | Andrew M. Thau | (212) 915-1232 | Cantor Fitzgerald | Interested Party, Southpaw Asset Management / LISTEN ONLY |
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7132667 | John L. Wood | (865) 292-2503 | Egerton, McAfee, Armistead & Davis | Interested Party, SNMP / LISTEN ONLY |
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 (11-5345 4 | Hearing | 7138087 | Laura Hall | (212) 610-7300 | Allen & Overy, LLP | Debtor, Nortel Networks / LIVE |
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 (11-5345 4 | Hearing | 7138073 | Paul Keller | (212) 318-3212 | Norton Rose Fulbright US LLP | Debtor, Nortel Networks / LIVE |
| Nortel Networks UK Limited | 09-11972 | Hearing | 7135556 | Esther Chung | (646) 855-6705 | Bank of America | Interested Party, Bank of America / LISTEN ONLY |

Copyright © 2015 CourtCall, LLC. All Rights Reserved.

Peggy Drasal ext. 802