# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS, INC., *et al.*,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE    )
                     ) SS
NEW CASTLE COUNTY    )

      Debbie Laskin, an employee of the law firm of Young Conaway Stargatt & Taylor, LLP, counsel to Joint Administrators being duly sworn according to law, deposes and says that on August 28, 2015, she caused a copy of the following to be served as indicated upon the parties identified on the attached service list.

Designation by Joint Administrators of Items to be Included in the Record on Cross-Appeal [D.I. 16101]

Statement of the Joint Administrators of the Issues to be Presented on Conditional Cross-Appeal [D.I. 16103]

/s/ Debbie Laskin
Debbie Laskin

SWORN TO AND SUBSCRIBED before me this 3rd day of September 2015.

ERICA A. BROYLES
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires July 22, 2017

Notary Public
My Commission Expires: 7/22/17

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Alteon Websystems, Inc. (9769); Alteon Websystems International, Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); and Nortel Networks Cable Solutions Inc. (0567).

# SERVICE LIST

| Party | Counsel |
|---|---|
| U.S. Debtors | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>Howard S. Zelbo<br>James L. Bromley<br>Jeffrey A. Rosenthal<br>Lisa M. Schweitzer<br>One Liberty Plaza<br>New York, New York 10006<br>(First Class Mail)<br><br>- and -<br><br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>Derek C. Abbott<br>Eric D. Schwartz<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, Delaware 19801<br>(Hand Delivery) |
| Official Committee of Unsecured Creditors | AKIN GUMP STRAUSS HAUER & FELD LLP<br>Fred Hodara<br>David Botter<br>Abid Qureshi<br>Brad M. Kahn<br>One Bryant Park<br>New York, New York 10036<br>(First Class Mail)<br><br>- and -<br><br>WHITEFORD, TAYLOR & PRESTON LLC<br>Christopher M. Samis<br>L. Katherine Good<br>The Renaissance Centre<br>405 North King Street, Suite 500<br>Wilmington, Delaware 19801<br>(Hand Delivery) |

| **Party** | **Counsel** |
|---|---|
| Ad Hoc Bondholder Group | MILBANK, TWEED, HADLEY & MCCLOY LLP<br>Andrew Leblanc<br>Dennis F. Dunne<br>Albert A. Pisa<br>28 Liberty Street<br>New York, New York 10005<br>(First Class Mail)<br><br>- and -<br><br>PACHULSKI STANG ZIEHL & JONES LLP<br>Laura Davis Jones<br>Peter J. Keane<br>919 N. Market Street, 17th Floor<br>Wilmington, Delaware 19809<br>(Hand Delivery) |
| The Bank of New York Mellon, as Indenture Trustee | VEDDER PRICE P.C.<br>Michael J. Riela<br>1633 Broadway, 47th Floor<br>New York, New York 10019<br>(First Class Mail)<br><br>- and -<br><br>DUANE MORRIS LLP<br>Michael R. Lastowski<br>Christopher M. Winter<br>222 Delaware Avenue, Suite 1600<br>Wilmington, Delaware 19801<br>(Hand Delivery) |
| Law Debenture Trust Company of New York, as Indenture Trustee | PATTERSON BELKNAP WEBB & TYLER LLP<br>Daniel A. Lowenthal<br>Brian P. Guiney<br>1133 Avenue of the Americas<br>New York, New York 10036<br>(First Class Mail)<br><br>- and -<br><br>MORRIS JAMES LLP<br>Stephen P. Miller<br>500 Delaware Avenue, Suite 1500<br>Wilmington, Delaware 19899<br>(Hand Delivery) |

| | |
|---|---|
| Ernst & Young Inc., as Monitor and Foreign Representative of the Canadian Debtors | ALLEN & OVERY LLP<br>Ken Coleman<br>Jacob S. Pultman<br>1221 Avenue of the Americas, 20th Floor<br>New York, New York 10020<br>(First Class Mail)<br><br>- and -<br><br>BUCHANAN INGERSOLL & ROONEY PC<br>Mary F. Caloway<br>Kathleen A. Murphy<br>919 Market Street, Suite 1500<br>Wilmington, Delaware 19801<br>(Hand Delivery) |
| Canadian Creditors Committee | DLA PIPER LLP<br>Selinda A. Melnik<br>Timothy Hoeffner<br>1201 North Market Street, Suite 2100<br>Wilmington, Delaware 19801<br>(Hand Delivery) |
| Wilmington Trust, N.A., as Indenture Trustee | KATTEN MUCHIN ROSENMAN LLP<br>David A. Crichlow<br>Karen B. Dine<br>575 Madison Avenue<br>New York, New York 10022<br>v<br><br>- and -<br><br>CHIPMAN BROWN CICERO & COLE, LLP<br>William E. Chipman, Jr.<br>Mark D. Olivere<br>1007 North Orange Street, Suite 1100<br>Wilmington, Delaware 19801<br>(Hand Delivery) |

| | |
|---|---|
| Stephen Taylor,<br>as Conflicts Administrator for<br>Nortel Networks S.A. | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>George R. Zimmerman<br>Susan L. Saltzstein<br>4 Times Square<br>New York, New York 10036<br>(First Class Mail)<br><br>- and -<br><br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>Robert A. Weber<br>One Rodney Square<br>Wilmington, Delaware 19899-0636<br>(Hand Delivery) |
| U.K. Pension Claimants | WILLKIE FARR & GALLAGHER LLP<br>Brian E. O'Connor<br>Sameer Advani<br>Weston T. Eguchi<br>Andrew Hanrahan<br>787 Seventh Avenue<br>New York, New York 10019<br>(First Class Mail)<br><br>- and -<br><br>BAYARD, P.A.<br>Charlene D. Davis<br>Justin Alberto<br>222 Delaware Avenue, Suite 900<br>Wilmington, Delaware 19899<br>(Hand Delivery) |

| | |
|---|---|
| Nortel Trade Claims Consortium | BROWN RUDNICK LLP<br>Steven D. Pohl<br>One Financial Center<br>Boston, Massachusetts 02111<br>(First Class Mail)<br><br>- and -<br><br>BROWN RUDNICK LLP<br>Edward S. Weisfelner<br>Seven Times Square<br>New York, New York 10036<br>(First Class Mail)<br><br>- and -<br><br>FOX ROTHSCHILD LLP<br>Jeffrey M. Schlerf<br>Citizens Bank Center<br>919 North Market Street, Suite 300<br>Wilmington, Delaware 19801<br>(Hand Delivery) |
| Office of the United States Trustee | UNITED STATES TRUSTEE FOR REGION 3<br>Mark Kenney, Trial Attorney<br>844 King Street, Suite 2207, Lockbox 35<br>Wilmington, Delaware 19801<br>(Hand Delivery) |
| Pension Benefit Guaranty Corporation | PBGC<br>Vincente Murrell<br>1200 K Street, N.W.<br>Washington, D.C. 20005<br>(First Class Mail) |