# Exhibit B

### EXPENSE SUMMARY

Nortel Networks, Inc., *et al.*
(Case No. 09-10138 (KG))

August 1, 2015 through August 31, 2015

| **Expense Category** | **Service Provider (if applicable)** | **Total Expenses** |
|---|---|---|
| Court Costs | | $398.00 |
| Transcripts | | 343.17 |
| Travel | | 89.60 |
| Meals | | 57.05 |
| Messenger Services | | 215.00 |
| Courier/Delivery Service | | 2,203.35 |
| Computer Research | Westlaw | 357.63 |
| In-House Duplicating | | 375.20 |
| Postage | | 105.51 |
| Pacer | | 52.40 |
| Conference Calls | | 414.81 |
| **Total Expenses** | | **$4,611.72** |

**COST ENTRIES**

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1336681 | 07/21/15 | B | 298.00 | Court Costs - AMERICAN EXPRESS - NOTICE OF APPEAL - USBC - 7/21/15 | 503 | 000 | 210981 |
| 1344200 | 08/07/15 | B | 75.00 | Court Costs - AMERICAN EXPRESS - USDC-DE - FILING FEES - 8/7/15 | 503 | 000 | 211347 |
| 1344223 | 08/25/15 | B | 25.00 | Court Costs - AMERICAN EXPRESS - USDC-DE - FILING FEES - 8/25/15 | 503 | 000 | 211347 |
| 1331580 | 08/06/15 | B | 111.60 | Transcripts - DIAZ DATA SERVICES - TRANSCRIPT 8/6/15 | 506 | 684 | 210676 |
| 1340230 | 08/27/15 | B | 231.57 | Transcripts - BRIAN P. GAFFIGAN - TRANSCRIPT ORAL ARGUMENT HEARING - 8/27/15 | 506 | 322 | 211120 |
| 1342076 | 06/30/15 | B | 89.60 | Travel - ROADRUNNER EXPRESS INC. - PASSENGER: DEBBIE PARKER - PICKUP: MNAT; DROPOFF: PHL - 6/30/15 | 511 | 000 | 211190 |
| 1334755 | 07/30/15 | B | 14.62 | Meals - PETTY CASH - A. REMMING - WORKING MEA - 7/30/15 | 512 | 000 | 210847 |
| 1334753 | 08/06/15 | B | 20.38 | Meals - PETTY CASH - A. REMMING - WORKING DINNER - 8/6/15 | 512 | 000 | 210847 |
| 1340546 | 08/27/15 | B | 22.05 | Meals - PETTY CASH - A. REMMING - WORKING MEA - W/ M. GURGEL, L. SCHWEITZER - 8/27/15 | 512 | 961 | 211132 |
| 1335610 | 07/27/15 | B | 5.00 | Messenger Service - to USBC | 513S | 546 | |
| 1335629 | 07/28/15 | B | 5.00 | Messenger Service - to UST | 513S | 546 | |
| 1335631 | 07/28/15 | B | 5.00 | Messenger Service - to Whiteford | 513S | 546 | |
| 1335630 | 07/28/15 | B | 5.00 | Messenger Service - to USBC | 513S | 594 | |
| 1335634 | 07/29/15 | B | 5.00 | Messenger Service - to Buchanan Inger | 513S | 971 | |
| 1335635 | 07/29/15 | B | 5.00 | Messenger Service - to USBC | 513S | 971 | |
| 1335649 | 07/30/15 | B | 5.00 | Messenger Service - to UST | 513S | 594 | |
| 1335659 | 07/30/15 | B | 5.00 | Messenger Service - to USBC - Gross | 513S | 594 | |
| 1335678 | 07/31/15 | B | 5.00 | Messenger Service - to USBC - Gross | 513S | 546 | |
| 1335675 | 07/31/15 | B | 5.00 | Messenger Service - to USBC | 513S | 971 | |
| 1335674 | 07/31/15 | B | 5.00 | Messenger Service - to UST | 513S | 684 | |
| 1335676 | 07/31/15 | B | 5.00 | Messenger Service - to Whiteford Taylor | 513S | 684 | |
| 1335683 | 07/31/15 | B | 5.00 | Messenger Service - to Whiteford Taylor | 513S | 684 | |
| 1335684 | 07/31/15 | B | 5.00 | Messenger Service - to Pachulski | 513S | 684 | |
| 1335685 | 07/31/15 | B | 5.00 | Messenger Service - to Buchanan | 513S | 684 | |
| 1335686 | 07/31/15 | B | 5.00 | Messenger Service - to UST | 513S | 684 | |
| 1335665 | 07/31/15 | B | 5.00 | Messenger Service - to UST | 513S | 684 | |

```
Nortel Networks, Inc.                                    PRO FORMA  384532        AS OF 08/31/15         INVOICE# ******
63989-DIP
DATE: 09/14/15 16:29:07
```

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1335723 | 08/03/15 | B | 5.00 | Messenger Service - to Whiteford Taylor | 513S | 684 | |
| 1335722 | 08/04/15 | B | 5.00 | Messenger Service - to UST | 513S | 684 | |
| 1335748 | 08/06/15 | B | 5.00 | Messenger Service - to Whiteford Taylor | 513S | 684 | |
| 1335749 | 08/06/15 | B | 5.00 | Messenger Service - to UST | 513S | 684 | |
| 1335783 | 08/10/15 | B | 5.00 | Messenger Service - to Trustee | 513S | 684 | |
| 1335784 | 08/10/15 | B | 5.00 | Messenger Service - to Whiteford Taylor | 513S | 684 | |
| 1335819 | 08/12/15 | B | 5.00 | Messenger Service - to UST | 513S | 684 | |
| 1335857 | 08/13/15 | B | 5.00 | Messenger Service - to Trustee | 513S | 684 | |
| 1341157 | 08/18/15 | B | 5.00 | Messenger Service - to UST | 513S | 684 | |
| 1341190 | 08/19/15 | B | 5.00 | Messenger Service - to Whitefor Taylor | 513S | 684 | |
| 1341202 | 08/21/15 | B | 5.00 | Messenger Service - to UST | 513S | 684 | |
| 1341203 | 08/21/15 | B | 5.00 | Messenger Service - to UST | 513S | 684 | |
| 1341207 | 08/21/15 | B | 5.00 | Messenger Service - to USBC | 513S | 971 | |
| 1341220 | 08/24/15 | B | 5.00 | Messenger Service - to USBC - Gross | 513S | 684 | |
| 1341224 | 08/24/15 | B | 5.00 | Messenger Service - to USBC | 513S | 684 | |
| 1341244 | 08/25/15 | B | 5.00 | Messenger Service - to UST | 513S | 684 | |
| 1341230 | 08/25/15 | B | 5.00 | Messenger Service - to USDC | 513S | 961 | |
| 1341255 | 08/27/15 | B | 5.00 | Messenger Service - to Whiteford Taylor | 513S | 684 | |
| 1341262 | 08/27/15 | B | 5.00 | Messenger Service - to Trustee | 513S | 684 | |
| 1341273 | 08/27/15 | B | 5.00 | Messenger Service - to Pepper Hamilton | 513S | 684 | |
| 1341275 | 08/28/15 | B | 5.00 | Messenger Service - to Trustee | 513S | 684 | |
| 1341276 | 08/28/15 | B | 5.00 | Messenger Service - to USBC | 513S | 684 | |
| 1341282 | 08/28/15 | B | 5.00 | Messenger Service - to Trustee | 513S | 684 | |
| 1341283 | 08/28/15 | B | 5.00 | Messenger Service - to USBC | 513S | 971 | |
| 1341284 | 08/28/15 | B | 5.00 | Messenger Service - to Trustee | 513S | 971 | |
| 1341304 | 08/31/15 | B | 5.00 | Messenger Service - to USBC - Clerk | 513S | 971 | |
| 1336677 | 07/11/15 | B | 54.33 | Courier/Delivery Service - AMERICAN EXPRESS - USPS DELIVERY - 7/11/15 | 514 | 000 | 210981 |
| 1336690 | 07/28/15 | B | 90.55 | Courier/Delivery Service - AMERICAN EXPRESS - USPS - PRIORITY MAIL - 7/28/15 | 514 | 000 | 210981 |
| 1333558 | 07/31/15 | B | 60.64 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 210802 |

```
Nortel Networks, Inc.                                    PRO FORMA  384532          AS OF 08/31/15                    INVOICE#  ******
63989-DIP
DATE: 09/14/15 16:29:07

INDEX     DATE      STAT      AMOUNT   DESCRIPTION                                                     CODE    TKPER    VOUCHER
1335180   08/03/15    B        107.25  Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC           514     000      210878
1336626   08/13/15    B         20.70  Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC           514     000      210945
1341005   08/21/15    B        143.54  Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC           514     000      211165
1338527   08/21/15    B         18.25  Courier/Delivery Service - FEDERAL EXPRESS CORP.                514     000      211041
1338528   08/21/15    B         19.45  Courier/Delivery Service - FEDERAL EXPRESS CORP.                514     000      211041
1338529   08/21/15    B         12.64  Courier/Delivery Service - FEDERAL EXPRESS CORP.                514     000      211041
1339490   08/24/15    B         33.15  Courier/Delivery Service - FEDERAL EXPRESS CORP.                514     000      211088
1343673   08/24/15    B         23.08  Courier/Delivery Service - FEDERAL EXPRESS CORP.                514     000      211262
1339050   08/24/15    B         22.32  Courier/Delivery Service                                        514     322      211071
1339051   08/24/15    B         18.66  Courier/Delivery Service                                        514     322      211071
1339052   08/24/15    B         18.66  Courier/Delivery Service                                        514     322      211071
1339053   08/24/15    B         23.08  Courier/Delivery Service                                        514     322      211071
1339054   08/24/15    B         25.88  Courier/Delivery Service                                        514     322      211071
1339055   08/24/15    B         18.66  Courier/Delivery Service                                        514     322      211071
1339116   08/24/15    B         25.77  Courier/Delivery Service                                        514     322      211071
1339117   08/24/15    B         23.05  Courier/Delivery Service                                        514     322      211071
1339118   08/24/15    B         18.66  Courier/Delivery Service                                        514     322      211071
1339110   08/24/15    B         18.66  Courier/Delivery Service                                        514     322      211071
1339111   08/24/15    B         23.05  Courier/Delivery Service                                        514     322      211071
1339112   08/24/15    B         12.64  Courier/Delivery Service                                        514     322      211071
1339113   08/24/15    B         12.64  Courier/Delivery Service                                        514     322      211071
1339114   08/24/15    B         23.05  Courier/Delivery Service                                        514     322      211071
1339115   08/24/15    B         23.05  Courier/Delivery Service                                        514     322      211071
1339104   08/24/15    B         12.64  Courier/Delivery Service                                        514     322      211071
1339105   08/24/15    B         25.88  Courier/Delivery Service                                        514     322      211071
1339106   08/24/15    B         18.66  Courier/Delivery Service                                        514     322      211071
1339107   08/24/15    B         23.08  Courier/Delivery Service                                        514     322      211071
1339108   08/24/15    B         25.88  Courier/Delivery Service                                        514     322      211071
1339109   08/24/15    B         23.08  Courier/Delivery Service                                        514     322      211071
1339098   08/24/15    B         26.74  Courier/Delivery Service                                        514     322      211071
1339099   08/24/15    B         25.88  Courier/Delivery Service                                        514     322      211071
1339100   08/24/15    B         23.05  Courier/Delivery Service                                        514     322      211071
1339101   08/24/15    B         18.66  Courier/Delivery Service                                        514     322      211071
1339102   08/24/15    B         25.77  Courier/Delivery Service                                        514     322      211071
1339103   08/24/15    B         25.77  Courier/Delivery Service                                        514     322      211071
1339092   08/24/15    B         26.97  Courier/Delivery Service                                        514     322      211071
1339093   08/24/15    B         18.66  Courier/Delivery Service                                        514     322      211071
1339094   08/24/15    B         12.64  Courier/Delivery Service                                        514     322      211071
```

```
Nortel Networks, Inc.                          PRO FORMA  384532           AS OF 08/31/15                    INVOICE#  ******
63989-DIP
DATE: 09/14/15 16:29:07

INDEX      DATE      STAT    AMOUNT    DESCRIPTION                                              CODE    TKPER    VOUCHER
1339095   08/24/15    B        12.64   Courier/Delivery Service                                  514      322     211071
1339096   08/24/15    B        12.64   Courier/Delivery Service                                  514      322     211071
1339097   08/24/15    B        18.66   Courier/Delivery Service                                  514      322     211071
1339086   08/24/15    B        22.58   Courier/Delivery Service                                  514      322     211071
1339087   08/24/15    B        23.05   Courier/Delivery Service                                  514      322     211071
1339088   08/24/15    B        21.86   Courier/Delivery Service                                  514      322     211071
1339089   08/24/15    B        25.88   Courier/Delivery Service                                  514      322     211071
1339090   08/24/15    B        18.66   Courier/Delivery Service                                  514      322     211071
1339091   08/24/15    B        26.97   Courier/Delivery Service                                  514      322     211071
1339080   08/24/15    B        23.05   Courier/Delivery Service                                  514      322     211071
1339081   08/24/15    B        25.88   Courier/Delivery Service                                  514      322     211071
1339082   08/24/15    B        25.88   Courier/Delivery Service                                  514      322     211071
1339083   08/24/15    B        23.05   Courier/Delivery Service                                  514      322     211071
1339084   08/24/15    B        18.66   Courier/Delivery Service                                  514      322     211071
1339085   08/24/15    B        22.58   Courier/Delivery Service                                  514      322     211071
1339074   08/24/15    B        18.66   Courier/Delivery Service                                  514      322     211071
1339075   08/24/15    B        25.88   Courier/Delivery Service                                  514      322     211071
1339076   08/24/15    B        23.05   Courier/Delivery Service                                  514      322     211071
1339077   08/24/15    B        25.88   Courier/Delivery Service                                  514      322     211071
1339078   08/24/15    B        23.05   Courier/Delivery Service                                  514      322     211071
1339079   08/24/15    B        25.88   Courier/Delivery Service                                  514      322     211071
1339068   08/24/15    B        18.66   Courier/Delivery Service                                  514      322     211071
1339069   08/24/15    B        25.88   Courier/Delivery Service                                  514      322     211071
1339070   08/24/15    B        23.08   Courier/Delivery Service                                  514      322     211071
1339071   08/24/15    B        23.05   Courier/Delivery Service                                  514      322     211071
1339072   08/24/15    B        12.64   Courier/Delivery Service                                  514      322     211071
1339073   08/24/15    B        25.88   Courier/Delivery Service                                  514      322     211071
1339062   08/24/15    B        23.08   Courier/Delivery Service                                  514      322     211071
1339063   08/24/15    B        25.51   Courier/Delivery Service                                  514      322     211071
1339064   08/24/15    B        16.24   Courier/Delivery Service                                  514      322     211071
1339065   08/24/15    B        24.70   Courier/Delivery Service                                  514      322     211071
1339066   08/24/15    B        18.66   Courier/Delivery Service                                  514      322     211071
1339067   08/24/15    B        22.58   Courier/Delivery Service                                  514      322     211071
1339056   08/24/15    B        20.16   Courier/Delivery Service                                  514      322     211071
1339057   08/24/15    B        18.66   Courier/Delivery Service                                  514      322     211071
1339058   08/24/15    B        12.64   Courier/Delivery Service                                  514      322     211071
1339059   08/24/15    B        12.64   Courier/Delivery Service                                  514      322     211071
1339060   08/24/15    B        23.05   Courier/Delivery Service                                  514      322     211071
```

```
Nortel Networks, Inc.                               PRO FORMA  384532          AS OF 08/31/15             INVOICE# ******
63989-DIP
DATE: 09/14/15 16:29:07
```

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1339061 | 08/24/15 | B | 18.66 | Courier/Delivery Service | 514 | 322 | 211071 |
| 1344219 | 08/25/15 | B | 54.33 | Courier/Delivery Service - AMERICAN EXPRESS - USPS - ONE-DAY SHIPPING - 8/25/15 | 514 | 000 | 211347 |
| 1344529 | 08/28/15 | B | 71.79 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 211351 |
| 1341079 | 08/28/15 | B | 22.25 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 211167 |
| 1331649 | 08/04/15 | B | 33.35 | Computer Research - Westlaw Search Performed by: REMMING,ANDREW | 515 | 961 | |
| 1334072 | 08/10/15 | B | 127.31 | Computer Research - Westlaw Search Performed by: MINOTT,TAMARA | 515 | 000 | |
| 1337173 | 08/21/15 | B | 106.92 | Computer Research - Westlaw Search Performed by: REMMING,ANDREW | 515 | 961 | |
| 1337174 | 08/22/15 | B | 6.62 | Computer Research - Westlaw Search Performed by: REMMING,ANDREW | 515 | 961 | |
| 1339998 | 08/24/15 | B | 56.70 | Computer Research - Westlaw Search Performed by: REMMING,ANDREW | 515 | 961 | |
| 1339999 | 08/25/15 | B | 26.73 | Computer Research - Westlaw Search Performed by: REMMING,ANDREW | 515 | 961 | |
| 1338241 | 08/25/15 | B | 67.20 | In-House Duplicating | 519 | 684 | |
| 1338621 | 08/25/15 | B | 22.00 | In-House Duplicating | 519 | 554 | |
| 1339709 | 08/27/15 | B | 3.20 | In-House Duplicating | 519 | 605 | |
| 1339710 | 08/28/15 | B | 3.00 | In-House Duplicating | 519 | 971 | |
| 1340599 | 08/31/15 | B | 1.80 | In-House Duplicating | 519 | 971 | |
| 1335492 | 07/24/15 | B | 4.26 | Postage | 520 | 594 | |
| 1335498 | 07/27/15 | B | 5.95 | Postage | 520 | 546 | |
| 1335499 | 07/27/15 | B | 12.30 | Postage | 520 | 546 | |
| 1335504 | 07/30/15 | B | 6.24 | Postage | 520 | 594 | |
| 1335506 | 07/31/15 | B | 1.20 | Postage | 520 | 684 | |
| 1335515 | 08/05/15 | B | 4.92 | Postage | 520 | 684 | |
| 1335519 | 08/10/15 | B | 4.26 | Postage | 520 | 684 | |
| 1335530 | 08/12/15 | B | 4.26 | Postage | 520 | 684 | |
| 1335537 | 08/13/15 | B | 6.24 | Postage | 520 | 684 | |
| 1335543 | 08/18/15 | B | 4.26 | Postage | 520 | 684 | |
| 1341085 | 08/19/15 | B | 3.60 | Postage | 520 | 684 | |
| 1341089 | 08/20/15 | B | 9.60 | Postage | 520 | 684 | |

```
Nortel Networks, Inc.                              PRO FORMA  384532          AS OF 08/31/15              INVOICE# ******
63989-DIP
DATE: 09/14/15 16:29:07
```

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1341102 | 08/25/15 | B | 8.88 | Postage | 520 | 684 | |
| 1341103 | 08/26/15 | B | 7.56 | Postage | 520 | 971 | |
| 1341107 | 08/27/15 | B | 6.24 | Postage | 520 | 684 | |
| 1341112 | 08/28/15 | B | 9.50 | Postage | 520 | 684 | |
| 1341118 | 08/28/15 | B | 6.24 | Postage | 520 | 684 | |
| 1334640 | 07/31/15 | B | 52.40 | Pacer charges for the month of July | 529 | 000 | |
| 1326694 | 08/05/15 | B | 2.50 | In-House Printing - black & white Call time: 10:14; to | 541 | 684 | |
| 1326993 | 08/06/15 | B | 12.90 | In-House Printing - black & white Call time: 13:35; to | 541 | 684 | |
| 1331759 | 08/07/15 | B | 6.40 | In-House Printing - black & white Call time: 19:12; to | 541 | 623 | |
| 1331760 | 08/07/15 | B | 6.40 | In-House Printing - black & white Call time: 19:13; to | 541 | 623 | |
| 1332247 | 08/10/15 | B | 2.10 | In-House Printing - black & white Call time: 13:37; to | 541 | 670 | |
| 1332248 | 08/10/15 | B | 0.15 | In-House Printing - black & white Call time: 13:37; to | 541 | 670 | |
| 1332249 | 08/10/15 | B | 1.65 | In-House Printing - black & white Call time: 13:37; to | 541 | 670 | |
| 1332250 | 08/10/15 | B | 8.10 | In-House Printing - black & white Call time: 11:01; to | 541 | 684 | |
| 1332731 | 08/11/15 | B | 1.05 | In-House Printing - black & white Call time: 14:42; to | 541 | 594 | |
| 1332732 | 08/11/15 | B | 6.00 | In-House Printing - black & white Call time: 16:57; to | 541 | 605 | |
| 1333076 | 08/12/15 | B | 2.00 | In-House Printing - black & white Call time: 13:50; to | 541 | 971 | |
| 1333077 | 08/12/15 | B | 0.10 | In-House Printing - black & white Call time: 13:50; to | 541 | 971 | |
| 1333074 | 08/12/15 | B | 2.00 | In-House Printing - black & white Call time: 14:10; to | 541 | 637 | |
| 1333075 | 08/12/15 | B | 0.10 | In-House Printing - black & white Call time: 14:10; to | 541 | 637 | |
| 1333606 | 08/13/15 | B | 20.40 | In-House Printing - black & white Call time: 14:45; to | 541 | 684 | |
| 1333607 | 08/13/15 | B | 2.50 | In-House Printing - black & white Call time: 14:40; to | 541 | 684 | |
| 1334184 | 08/14/15 | B | 1.75 | In-House Printing - black & white Call time: 15:32; to | 541 | 684 | |
| 1334760 | 08/17/15 | B | 6.50 | In-House Printing - black & white Call time: 17:05; to | 541 | 605 | |
| 1334761 | 08/17/15 | B | 0.95 | In-House Printing - black & white Call time: 16:40; to | 541 | 605 | |
| 1334762 | 08/17/15 | B | 0.20 | In-House Printing - black & white Call time: 16:40; to | 541 | 605 | |
| 1334763 | 08/17/15 | B | 2.95 | In-House Printing - black & white Call time: 11:45; to | 541 | 221 | |
| 1335232 | 08/18/15 | B | 1.75 | In-House Printing - black & white Call time: 11:34; to | 541 | 684 | |
| 1335906 | 08/19/15 | B | 2.70 | In-House Printing - black & white Call time: 16:22; to | 541 | 684 | |
| 1335907 | 08/19/15 | B | 3.45 | In-House Printing - black & white Call time: 16:10; to | 541 | 221 | |

Nortel Networks, Inc.  PRO FORMA 384532      AS OF 08/31/15      INVOICE# ******
63989-DIP
DATE: 09/14/15 16:29:07

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1335908 | 08/19/15 | B | 0.45 | In-House Printing - black & white Call time: 16:10; to | 541 | 221 | |
| 1336268 | 08/20/15 | B | 2.10 | In-House Printing - black & white Call time: 18:20; to | 541 | 605 | |
| 1336269 | 08/20/15 | B | 10.50 | In-House Printing - black & white Call time: 18:32; to | 541 | 605 | |
| 1336270 | 08/20/15 | B | 0.15 | In-House Printing - black & white Call time: 18:43; to | 541 | 605 | |
| 1336271 | 08/20/15 | B | 2.85 | In-House Printing - black & white Call time: 18:48; to | 541 | 605 | |
| 1336273 | 08/20/15 | B | 3.00 | In-House Printing - black & white Call time: 16:23; to | 541 | 684 | |
| 1336272 | 08/20/15 | B | 1.95 | In-House Printing - black & white Call time: 15:10; to | 541 | 961 | |
| 1336708 | 08/21/15 | B | 1.50 | In-House Printing - black & white Call time: 20:22; to | 541 | 961 | |
| 1336709 | 08/21/15 | B | 0.05 | In-House Printing - black & white Call time: 20:22; to | 541 | 961 | |
| 1336721 | 08/21/15 | B | 1.25 | In-House Printing - black & white Call time: 12:07; to | 541 | 684 | |
| 1336722 | 08/21/15 | B | 2.10 | In-House Printing - black & white Call time: 12:25; to | 541 | 684 | |
| 1336723 | 08/21/15 | B | 1.80 | In-House Printing - black & white Call time: 11:55; to | 541 | 684 | |
| 1336724 | 08/21/15 | B | 0.05 | In-House Printing - black & white Call time: 11:55; to | 541 | 684 | |
| 1336715 | 08/21/15 | B | 1.30 | In-House Printing - black & white Call time: 12:12; to | 541 | 684 | |
| 1336716 | 08/21/15 | B | 1.05 | In-House Printing - black & white Call time: 12:13; to | 541 | 684 | |
| 1336717 | 08/21/15 | B | 0.25 | In-House Printing - black & white Call time: 12:13; to | 541 | 684 | |
| 1336718 | 08/21/15 | B | 1.15 | In-House Printing - black & white Call time: 12:16; to | 541 | 684 | |
| 1336719 | 08/21/15 | B | 1.20 | In-House Printing - black & white Call time: 12:02; to | 541 | 684 | |
| 1336720 | 08/21/15 | B | 1.55 | In-House Printing - black & white Call time: 12:07; to | 541 | 684 | |
| 1336710 | 08/21/15 | B | 6.20 | In-House Printing - black & white Call time: 15:01; to | 541 | 684 | |
| 1336711 | 08/21/15 | B | 14.60 | In-House Printing - black & white Call time: 13:29; to | 541 | 684 | |
| 1336712 | 08/21/15 | B | 0.10 | In-House Printing - black & white Call time: 13:29; to | 541 | 684 | |
| 1336713 | 08/21/15 | B | 3.35 | In-House Printing - black & white Call time: 13:30; to | 541 | 684 | |
| 1336714 | 08/21/15 | B | 1.70 | In-House Printing - black & white Call time: 13:31; to | 541 | 684 | |
| 1337468 | 08/24/15 | B | 9.30 | In-House Printing - black & white Call time: 10:40; to | 541 | 684 | |
| 1338245 | 08/25/15 | B | 2.05 | In-House Printing - black & white Call time: 17:54; to | 541 | 961 | |
| 1338242 | 08/25/15 | B | 5.45 | In-House Printing - black & white Call time: 13:41; to | 541 | 684 | |
| 1338243 | 08/25/15 | B | 1.25 | In-House Printing - black & white Call time: 16:49; to | 541 | 684 | |
| 1338244 | 08/25/15 | B | 0.05 | In-House Printing - black & white Call time: 16:49; to | 541 | 684 | |
| 1338622 | 08/25/15 | B | 1.25 | In-House Printing - black & white Call time: 19:35; to | 541 | 554 | |

| Nortel Networks, Inc. 63989-DIP | | | | | PRO FORMA 384532 | AS OF 08/31/15 | | INVOICE# ****** |
|---|---|---|---|---|---|---|---|---|
| DATE: 09/14/15 16:29:07 | | | | | | | | |

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1338623 | 08/25/15 | B | 0.05 | In-House Printing - black & white Call time: 19:35; to | 541 | 554 | |
| 1338630 | 08/26/15 | B | 1.35 | In-House Printing - black & white Call time: 17:09; to | 541 | 605 | |
| 1338624 | 08/26/15 | B | 1.15 | In-House Printing - black & white Call time: 11:43; to | 541 | 684 | |
| 1338625 | 08/26/15 | B | 2.40 | In-House Printing - black & white Call time: 11:54; to | 541 | 684 | |
| 1338626 | 08/26/15 | B | 0.30 | In-House Printing - black & white Call time: 11:54; to | 541 | 684 | |
| 1338627 | 08/26/15 | B | 7.80 | In-House Printing - black & white Call time: 11:53; to | 541 | 684 | |
| 1338629 | 08/26/15 | B | 3.60 | In-House Printing - black & white Call time: 14:56; to | 541 | 684 | |
| 1338628 | 08/26/15 | B | 1.30 | In-House Printing - black & white Call time: 14:53; to | 541 | 961 | |
| 1339261 | 08/26/15 | B | 0.05 | In-House Printing - black & white Call time: 20:24; to | 541 | 010 | |
| 1339262 | 08/26/15 | B | 6.90 | In-House Printing - black & white Call time: 20:28; to | 541 | 010 | |
| 1339260 | 08/26/15 | B | 1.35 | In-House Printing - black & white Call time: 19:05; to | 541 | 961 | |
| 1339265 | 08/27/15 | B | 1.10 | In-House Printing - black & white Call time: 17:13; to | 541 | 961 | |
| 1339267 | 08/27/15 | B | 5.60 | In-House Printing - black & white Call time: 08:22; to | 541 | 961 | |
| 1339268 | 08/27/15 | B | 0.05 | In-House Printing - black & white Call time: 08:22; to | 541 | 961 | |
| 1339269 | 08/27/15 | B | 5.45 | In-House Printing - black & white Call time: 08:23; to | 541 | 961 | |
| 1339270 | 08/27/15 | B | 0.10 | In-House Printing - black & white Call time: 08:23; to | 541 | 961 | |
| 1339271 | 08/27/15 | B | 3.00 | In-House Printing - black & white Call time: 08:45; to | 541 | 961 | |
| 1339272 | 08/27/15 | B | 2.40 | In-House Printing - black & white Call time: 13:25; to | 541 | 684 | |
| 1339273 | 08/27/15 | B | 0.30 | In-House Printing - black & white Call time: 13:25; to | 541 | 684 | |
| 1339263 | 08/27/15 | B | 6.60 | In-House Printing - black & white Call time: 16:07; to | 541 | 684 | |
| 1339264 | 08/27/15 | B | 0.30 | In-House Printing - black & white Call time: 16:07; to | 541 | 684 | |
| 1339266 | 08/27/15 | B | 0.40 | In-House Printing - black & white Call time: 18:48; to | 541 | 605 | |
| 1339274 | 08/27/15 | B | 1.55 | In-House Printing - black & white Call time: 13:51; to | 541 | 221 | |
| 1339711 | 08/28/15 | B | 1.00 | In-House Printing - black & white Call time: 09:27; to | 541 | 684 | |
| 1339724 | 08/28/15 | B | 1.90 | In-House Printing - black & white Call time: 12:01; to | 541 | 684 | |
| 1339725 | 08/28/15 | B | 0.05 | In-House Printing - black & white Call time: 12:01; to | 541 | 684 | |
| 1339726 | 08/28/15 | B | 12.00 | In-House Printing - black & white Call time: 12:07; to | 541 | 684 | |
| 1339727 | 08/28/15 | B | 0.60 | In-House Printing - black & white Call time: 12:07; to | 541 | 684 | |
| 1339728 | 08/28/15 | B | 1.35 | In-House Printing - black & white Call time: 16:06; to | 541 | 684 | |
| 1339729 | 08/28/15 | B | 4.20 | In-House Printing - black & white Call time: 16:13; to | 541 | 684 | |

Nortel Networks, Inc.                 Case 09-10138-MFW    Doc 16138-3    Filed 09/14/15    Page 10 of 10         INVOICE# ******
63989-DIP                                      PRO FORMA 384532                AS OF 08/31/15
DATE: 09/14/15 16:29:07

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1339718 | 08/28/15 | B | 2.05 | In-House Printing - black & white Call time: 09:28; to | 541 | 684 | |
| 1339719 | 08/28/15 | B | 1.10 | In-House Printing - black & white Call time: 09:30; to | 541 | 684 | |
| 1339720 | 08/28/15 | B | 0.45 | In-House Printing - black & white Call time: 09:30; to | 541 | 684 | |
| 1339721 | 08/28/15 | B | 2.40 | In-House Printing - black & white Call time: 10:47; to | 541 | 684 | |
| 1339722 | 08/28/15 | B | 3.30 | In-House Printing - black & white Call time: 10:47; to | 541 | 684 | |
| 1339723 | 08/28/15 | B | 0.30 | In-House Printing - black & white Call time: 10:47; to | 541 | 684 | |
| 1339712 | 08/28/15 | B | 0.05 | In-House Printing - black & white Call time: 09:27; to | 541 | 684 | |
| 1339713 | 08/28/15 | B | 2.85 | In-House Printing - black & white Call time: 09:25; to | 541 | 684 | |
| 1339714 | 08/28/15 | B | 4.50 | In-House Printing - black & white Call time: 09:26; to | 541 | 684 | |
| 1339715 | 08/28/15 | B | 1.10 | In-House Printing - black & white Call time: 09:26; to | 541 | 684 | |
| 1339716 | 08/28/15 | B | 0.55 | In-House Printing - black & white Call time: 09:26; to | 541 | 684 | |
| 1339717 | 08/28/15 | B | 2.30 | In-House Printing - black & white Call time: 09:25; to | 541 | 684 | |
| 1340600 | 08/31/15 | B | 1.05 | In-House Printing - black & white Call time: 16:49; to | 541 | 684 | |
| 1340601 | 08/31/15 | B | 0.05 | In-House Printing - black & white Call time: 16:49; to | 541 | 684 | |
| 1340602 | 08/31/15 | B | 2.00 | In-House Printing - black & white Call time: 16:49; to | 541 | 684 | |
| 1340603 | 08/31/15 | B | 0.05 | In-House Printing - black & white Call time: 16:49; to | 541 | 684 | |
| 1340604 | 08/31/15 | B | 1.05 | In-House Printing - black & white Call time: 09:52; to | 541 | 684 | |
| 1331761 | 08/07/15 | B | 1.50 | In-House Printing - color | 542 | 961 | |
| 1331762 | 08/07/15 | B | 3.00 | In-House Printing - color | 542 | 961 | |
| 1336674 | 07/10/15 | B | 72.00 | Conference Calls - AMERICAN EXPRESS - COURTCA - CONFERENCE SERVICES - 7/10/15 | 552H | 000 | 210981 |
| 1336675 | 07/10/15 | B | 254.00 | Conference Calls - AMERICAN EXPRESS - COURTCA - CONFERENCE SERVICES - 7/10/15 | 552H | 000 | 210981 |
| 1344197 | 08/05/15 | B | 86.00 | Conference Calls - AMERICAN EXPRESS - COURTCA - CONFERENCE SERVICES - 7067409 - 8/5/15 | 552H | 000 | 211347 |
| 1344549 | 08/26/15 | B | 2.81 | Conference Calls - SOUNDPATH CONFERENCING SERVICES, LLC | 552H | 322 | 211353 |
| | | | 4,611.72 | | | | |