Form 210B (12/09)

# United States Bankruptcy Court

## District Of Delaware

In re NORTEL NETWORKS, et, al., Debtors.    Case No. 09-10138 (KG)

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. 4398 (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 9-15-15 (date).

| Name of Alleged Transferor | Name of Transferee |
|---|---|
| United States Debt Recovery XV, LP | David C. Hannah |
| Address of Alleged Transferor: | Address of Transferee: |
| 5575 Kietzke Lane | 2797 Olde Cypress Drive |
| Reno, NV 89511 | Naples, FL 34119 |

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____

_____
**CLERK OF THE COURT**

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

District of Delaware

In re NORTEL NETWORKS INC., et. al.,           ,          Case No. 09-10138 (KG)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| UNITED STATES DEBT RECOVERY XV | DAVID C. HANNAH |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

5575 KIETZKE LANE
RENO  NV  89511

Court Claim # (if known): 4398
Amount of Claim: $796,026.52
Date Claim Filed: 09/28/2009

Phone: 775  737-9999
Last Four Digits of Acct #: _____

Phone: 770-335-9773
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: Nathan E. Jones  /s/ Nate E. Jones          Date: 09/15/2015
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 ) ) Case No.: 09-10138 (KG) ) ) Jointly Administered |
| NORTEL NETWORKS INC., *et al.*, | ) **TRANSFER OF CLAIM** ) **BANKRUPTCY RULE 3001(E)(2)** |
| Debtors. | ) ) |

PLEASE TAKE NOTICE that the claim(s) of David C. Hannah (underlying creditor or "Transferor"), against the above captioned Debtor in the amount of $796,026.52, as set forth in proof of claim number 4398 filed 09/28/2009 and all claims of Transferor associated with such claim have been transferred and assigned (absolutely and not for security) to United States Debt Recovery XV, LP, ("USDR"). The signature of the Transferor on this document is evidence of the transfer of the claims and all rights associated with the claim. Transferor hereby waives notice as described by Bankruptcy Rule 3001(e)(2).

I, the undersigned Transferor of the above described claims, hereby assign and transfer my claims and all rights there under to USDR upon terms as set forth in the offer letter received. The clerk of the court is authorized to changed the address and holder of this claim from Transferor to that of the Transferee, USDR below.

**TRANSFEROR:** David C. Hannah

Print Name: DAVID C. HANNAH  Title: _____

Signature: *DC Hannah*  Date: May 12, 2015

Corrected Address (if req.) 2797 Olde Cypress Drive, Naples FL, 34119

Phone: 770-335-9773  E-Mail: davehannah@AOL.com

**TRANSFEREE:**
United States Debt Recovery XV, LP
5575 Kietzke Ln, Suite A
Reno, NV 89511

Signature: _____
Nathan E. Jones, Managing Director