# EXHIBIT A

**NORTEL NETWORKS INC., *et al*.**
**CASE NO. 09-10138 (KG)**

Professional Fees and Expenses
Monthly Fee Application

| Applicant & Docket No. | Time Period Covered | Fees & Expenses Requested in Application | Fees & Expenses Allowed/Awarded | Date Application Filed | Objection Deadline |
|---|---|---|---|---|---|
| Whiteford, Taylor & Preston LLC  [Docket No. 16077] | 7/1/15 - 7/31/15 | $81,378.50 (Fees)  $10,887.30 (Expenses) | $65,102.80 (Fees @ 80%)  $10,887.30 (Expenses @ 100%) | 8/26/2015 | 9/15/2015 |