## EXHIBIT A

### NORTEL NETWORKS INC., *et al*.
### CASE NO. 09-10138 (KG)

Professional Fees and Expenses
Monthly Fee Application

| Applicant & Docket No. | Time Period Covered | Fees & Expenses Requested in Application | Fees & Expenses Allowed/Awarded | Date Application Filed | Objection Deadline |
|---|---|---|---|---|---|
| Akin Gump Strauss Hauer & Feld LLP [16079] | 5/1/15 - 5/31/15 | $624,575.75 (Fees) $9,509.62 (Expenses) | $499,660.60 (Fees @ 80%) $9,509.62 (Expenses @ 100%) | 8/26/15 | 9/15/15 |