**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Nortel Networks Inc., <u>et al.</u>,[1] | Case No. 09-10138 (KG) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket No. 16080** |

**CERTIFICATION OF NO OBJECTION REGARDING FIRST MONTHLY FEE APPLICATION OF BERKELEY RESEARCH GROUP, LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSMEENT OF EXPENSES AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS DURING THE PERIOD FROM JUNE 1, 2015 THROUGH JUNE 30, 2015 [DOCKET NO. 16080] (NO ORDER REQUIRED)**

The undersigned hereby certifies that she has received no answer, objection or any other responsive pleading with respect to the First Monthly Fee Application for Compensation and Reimbursement of Expenses (the "<u>Application</u>") of Berkeley Research Group, LLC (the "<u>Applicant</u>") listed on <u>Exhibit A</u> attached hereto. The undersigned further certifies that she has received the Court's docket in this case and no answer, objection or other responsive pleading to the Application appears thereon.[2] The Application was filed with the Court on the date listed on <u>Exhibit A</u>.

Pursuant to the *Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Fees and Expenses for Professionals and Official*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567); and Nortel Networks (CALA) Inc. (4226).

[2] Pursuant to the Interim Compensation Order (as that term is defined herein), parties have twenty (20) days after the date of service to object to the Application.

*Committee Members entered February 4, 2009* [Docket No. 222] (the "<u>Interim Compensation</u>

<u>Order</u>"), the Debtors are authorized to pay the Applicant eighty percent (80%) of the fees and

one hundred percent (100%) of the expenses requested in the Application upon the filing of this

Certification of No Objection and without the need for entry of a Court order approving the

Application.

Dated: September 17, 2015
      Wilmington, Delaware

                                            */s/ Katherine Good*
                                            Christopher M. Samis (No. 4909)
                                            L. Katherine Good (No. 5101)
                                            WHITEFORD, TAYLOR & PRESTON LLC
                                          The Renaissance Centre
                                          405 North King Street, Suite 500
                                          Wilmington, Delaware 19801
                                          Telephone: (302) 353-4144
                                          Facsimile: (302) 661-7950

                                          -and-

                                          Fred S. Hodara, Esq.
                                          AKIN GUMP STRAUSS HAUER & FELD LLP
                                          One Bryant Park
                                          New York, New York 10036
                                          Telephone:  (212) 872-1000
                                          Facsimile:  (212) 872-1002

                                          *Co-Counsel to the Official Committee of Unsecured*
                                          *Creditors of Nortel Networks Inc., et al.*