# EXHIBIT A

## NORTEL NETWORKS INC., *et al*.
## CASE NO. 09-10138 (KG)

Professional Fees and Expenses
Monthly Fee Application

| Applicant & Docket No. | Time Period Covered | Fees & Expenses Requested in Application | Fees & Expenses Allowed/Awarded | Date Application Filed | Objection Deadline |
|---|---|---|---|---|---|
| Berkeley Research Group, LLC<br><br>[16080] | 6/1/15 - 6/30/15 | $138,143.00 (Fees)<br><br>$766.90 (Expenses) | $110,514.40 (Fees @ 80%)<br><br>$766.90 (Expenses @ 100%) | 8/26/15 | 9/15/15 |