## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| Debtors. | (Jointly Administered) |

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------ x
Official Committee of Unsecured Creditors,        :
                        Appellant,                 :      Civil Action No. 15-586-LPS
        v.                                         :      Bankruptcy Case No. 09-10138 (KG)
Nortel Networks Inc., et al.,                      :      BAP No. 15-25
                        Appellee.                  :
------------------------------------------------------------ x


------------------------------------------------------------ x
Nortel Trade Claims Consortium,                    :
                        Appellant,                 :      Civil Action No. 15-622-LPS
        v.                                         :      Bankruptcy Case No. 09-10138 (KG)
Nortel Networks Inc., et al.,                      :      BAP No. 15-27
                        Appellee.                  :
------------------------------------------------------------ x
```

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).

```
----------------------------------------------------------- x
The Bank of New York Mellon,                    :
                            Appellant,          :          Civil Action No. 15-623-LPS
          v.                                    :          Bankruptcy Case No. 09-10138 (KG)
Nortel Networks Inc., et al.,                   :          BAP No. 15-28
                            Appellee.           :
----------------------------------------------------------- x


----------------------------------------------------------- x
Nortel Networks Inc., et al.,                   :
                            Appellant,          :          Civil Action No. 15-624-LPS
          v.                                    :          Bankruptcy Case No. 09-10138 (KG)
Official Committee of Unsecured Creditors,      :          BAP No. 15-29
                            Appellee.           :
----------------------------------------------------------- x


----------------------------------------------------------- x
Ad Hoc Group of Bondholders,                    :
                            Appellant,          :          Civil Action No. 15-627-LPS
          v.                                    :          Bankruptcy Case No. 09-10138 (KG)
Nortel Networks Inc., et al.,                   :          BAP No. 15-32
                            Appellee.           :
----------------------------------------------------------- x


----------------------------------------------------------- x
Stephen Taylor, Conflicts Administrator for Nortel  :
Networks SA,                                    :          Civil Action No. 15-628-LPS
                            Appellant,          :          Bankruptcy Case No. 09-10138 (KG)
          v.                                    :          BAP No. 15-33
Nortel Networks Inc., et al.,                   :
                            Appellee.           x
-----------------------------------------------------------
----------------------------------------------------------- x
Pension Benefit Guaranty Corporation,           :
                            Appellant,          :          Civil Action No. 15-635-LPS
          v.                                    :          Bankruptcy Case No. 09-10138 (KG)
Nortel Networks Inc., et al.,                   :          BAP No. 15-36
                            Appellee.           :
----------------------------------------------------------- x
```

```
------------------------------------------------------------ x
Ernst & Young Inc.,                          :
                          Appellant,         :        Civil Action No. 15-196-LPS
         v.                                  :        Bankruptcy Case No. 09-10138 (KG)
Nortel Networks Inc., et al.,                :
                          Appellee.          :
------------------------------------------------------------ x


------------------------------------------------------------ x
Canadian Creditors Committee,                :
                          Appellant,         :        Civil Action No. 15-197-LPS
         v.                                  :        Bankruptcy Case No. 09-10138 (KG)
Nortel Networks Inc., et al.,                :
                          Appellee.          :
------------------------------------------------------------ x


------------------------------------------------------------ x
Canadian Creditors Committee,                :
                          Appellant,         :        Civil Action No. 15-699-LPS
         v.                                  :        Bankruptcy Case No. 09-10138 (KG)
Nortel Networks Inc., et al.,                :        BAP No. 15-39
                          Appellee.          :
------------------------------------------------------------ x


------------------------------------------------------------ x
Joint Administrators for the EMEA Debtors,   :
                          Appellant,         :        Civil Action No. 15-636-LPS
         v.                                  :        Bankruptcy Case No. 09-10138 (KG)
Nortel Networks Inc., et al.,                :        BAP No. 15-37
                          Appellee.          :
------------------------------------------------------------ x
```

## UK PENSION CLAIMANTS' COUNTER-DESIGNATION
## OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

Appellees Nortel Networks UK Pension Trust Limited and the Board of the

Pension Protection Fund (collectively, the "UK Pension Claimants"), by and through their

undersigned counsel, respectfully submit, pursuant to Rule 8009 of the Federal Rules of

Bankruptcy Procedure and the *Order Extending the Official Committee of Unsecured Creditors'*

*Deadline to Designate the Record and File its Statement of Issues on Appeal in its Allocation*

*Appeal* [B.D.I. 15917][2] of the United States Bankruptcy Court for the District of Delaware (the

"Bankruptcy Court"), their counter-designation of the record in the above-captioned appeals and

cross-appeals of the *Allocation Trial Opinion* [B.D.I. 15544] and *Order* [B.D.I. 15545] entered

by the Bankruptcy Court, Hon. Kevin Gross, J., on May 12, 2015, and the *Memorandum Order*

*on Motions for Reconsideration* [B.D.I. 15830] (collectively, the "Allocation Decision") entered

by the same court on July 6, 2015.

## COUNTER-DESIGNATION OF ITEMS
## TO BE INCLUDED IN THE RECORD ON APPEAL[3]

1.      All items designated or to be designated by any other appellant, cross-appellant,

appellee, or cross-appellee to any of the appeals or cross-appeals from the Allocation Decision,

including, without limitation, the items designated in the Joint Designation by Appellants of

Items to Be Included in the Record on Appeal [B.D.I. 16002], the Monitor and Canadian

Debtors' Supplemental Designation of Items to Be Included in the Record on Contingent Cross-

Appeal [B.D.I. 16096], the Canadian Creditors Committee's Supplemental Designation of Items

to Be Included in the Record on Contingent Cross-Appeal [B.D.I. 16098], and the Designation

By Joint Administrators of Items to Be Included in the Record on Cross-Appeal [B.D.I. 16101].

2.      The following docket entries from the U.S. Debtors' jointly administered chapter

11 proceedings pending in the Bankruptcy Court (Case No. 09-10138):

---

[2]     Citations to "B.D.I. ____" refer to the docket of *In Re Nortel Networks, Inc.*, Case No. 09-10138 (KG) (Bankr. D. Del.).

[3]     Items designated include all exhibits and submissions attached thereto and, as to hearing transcripts, any and all documents admitted into evidence.

| Item | B.D.I. Number | Description |
|------|---------------|-------------|
| 1 | 2441 | Motion to Enforce the Automatic Stay, Filed by Nortel Networks Inc., *et al.* |
| 2 | 2442 | Motion to Shorten Notice For Hearing On Debtors Motion For Entry Of An Order Enforcing The Automatic Stay Against Certain Claimants With Respect To The U.K. Pension Proceedings |
| 3 | 2443 | Declaration of Lisa Schweitzer in Support of Debtors' Motion For Entry of an Order Enforcing the Automatic Stay Against Certain Claimants With Respect to the U.K. Pension Proceedings |
| 4 | 2444 | Declaration of John Ray in Support of Debtors' Motion For Entry of an Order Enforcing the Automatic Stay Against Certain Claimants With Respect to the U.K. Pension Proceedings |
| 5 | 2445 | Declaration of Richard Hitchcock in Support of Debtors' Motion For Entry of an Order Enforcing the Automatic Stay Against Certain Claimants With Respect to the U.K. Pension Proceedings |
| 6 | 2449 | Order Shortening Notice of Hearing on Debtors' Motion For Entry of an Order Enforcing the Automatic Stay Against Certain Claimants With Respect to the U.K. Pension Proceedings |
| 7 | 2501 | Joinder of the Official Committee of Unsecured Creditors to the Debtors' Motion for Entry of an Order Enforcing the Automatic Stay Against Certain Claimants with Respect to the UK Pension Proceedings |
| 8 | 2576 | Order Enforcing the Automatic Stay Against Certain Claimants With Respect to the U.K. Pension Proceedings |
| 9 | 2643 | Notice of Appeal filed by Nortel Networks UK Pension Plan and the Board of the Pension Protection Fund |
| 10 | 2644 | Motion of the Trustee of Nortel Networks UK Pension Plan and the Board of the Pension Protection Fund for an Order Certifying the Automatic Stay Order for Immediate Appeal to the United States Court of Appeals for the Third Circuit Pursuant to 28 U.S.C. 158(d)(2) |
| 11 | 2645 | Motion of the Trustee of Nortel Networks UK Pension Plan and the Board of the Pension Protection Fund for an Order Shortening the Response Deadline Provided by Fed. R. Bankr. P. 8001(f)(3)(D) on the Motion of the Trustee of Nortel Networks UK Pension Plan and the Board of the Pension Protection Fund for an Order Certifying the Automatic Stay Order for Immediate Appeal to the United States Court of Appeals for the |

| | | Third Circuit Pursuant to 28 U.S.C. 158(d)(2) |
|---|---|---|
| 12 | 2646 | Transcript Regarding Hearing Held 2/26/2010 re: Pension, Motion to Enforce Stay |
| 13 | 2664 | Opinion re: Debtors' Motion for Entry of an Order Enforcing the Automatic Stay Against Claimants With Respect to the U.K. Pension Proceedings |
| 14 | 2667 | Order Granting Motion of the Trustee of Nortel Networks UK Pension Plan and the Board of the Pension Protection Fund for an Order Shortening the Response Deadline Provided by Fed. R. Bankr. P. 8001(f)(3)(D) on the Motion of the Trustee of Nortel Networks UK Pension Plan and the Board of the Pension Protection Fund for an Order Certifying the Automatic Stay Order for Immediate Appeal to the United States Court of Appeals for the Third Circuit Pursuant to 28 U.S.C. 158(d)(2) |
| 15 | 10227 | Submission of the Trustee of Nortel Networks UK Pension Plan and the Board of the Pension Protection Fund in Response to the Debtors Proposed Discovery Plan and Litigation Timetable |
| 16 | 10574 | Certification of Counsel Regarding the Proposed Order Entering an Interim Protective Order |
| 17 | 10600 | Motion to Shorten Notice Period With Respect to Motion to Strike the Joint Objection to the Amended Proofs of Claim filed by the Nortel Networks UK Pension Trust Limited (as Trustee of the Nortel Networks UK Pension Plan) and the Board of the Pension Protection Fund |
| 18 | 10607 | Order: (1) Denying Motion to Shorten Notice Period With Respect to Motion to Strike the Joint Objection to the Amended Proofs of Claim Filed by the Nortel Networks UK Pension Trust Limited (as Trustee of the Nortel Networks UK Pension Plan) and the Board of the Pension Protection Fund and (2) Requiring the U.K. Pension Claimants to Show Cause Why the Court Should Not Impose Sanctions |
| 19 | 10780 | Order in Reference to Order: (1) Denying Motion to Shorten Notice Period With Respect to Motion to Strike the Joint Objection to the Amended Proofs of Claim Filed by the Nortel Networks UK Pension Trust Limited (as Trustee of the Nortel Networks UK Pension Plan) and the Board of the Pension Protection Fund and (2) Requiring the U.K. Pension Claimants to Show Cause Why the Court Should Not Impose Sanctions |
| 20 | 10855 | Certification of Counsel Regarding the Proposed Order Denying the Motion of the UK Pension Claimants to Strike the Joint Objection to the |

| | | Amended Proofs of Claim Filed by the Nortel Networks UK Pension Trust Limited (as Trustee of the Nortel Networks UK Pension Plan) and the Board of the Pension Protection Fund |
|---|---|---|
| 21 | 12448 | Notice of Filing of Courtesy Copy Pursuant to Section 12(d) of the Cross-Border Insolvency Protocol of a Document Filed in the Canadian Proceedings by the Nortel Networks UK Pension Trust Limited and the Board of the Pension Protection Fund Filed by UK Pension Trust Limited |
| 22 | 13206 | Letter from Nortel Networks UK Pension Trust Limited and the Board of the Pension Protection Fund to The Honorable Kevin Gross and Justice Newbould Filed by Nortel Networks UK Pension Trust Limited & The Board of the Pension Protection Fund |
| 23 | 13233 | Letter from Nortel Networks UK Pension Trust Limited and the Board of the Pension Protection Fund to The Honorable Kevin Gross and Justice Newbould Filed by Nortel Networks UK Pension Trust Limited & The Board of the Pension Protection Fund |
| 24 | 13402 | Supplemental Declaration of Michael S. Shakra |
| 25 | 13546 | Notice Regarding Stipulation Withdrawing the Pre-Trial Motion of the U.K. Pension Claimants Relating to the Expert Report of John J. McConnell |
| 26 | 13803 | Stipulation Regarding the Expert Report and Testimony of Jay Westbrook and Leif M. Clark |
| 27 | 14026 | Notice of Submission of the Nortel Networks UK Pension Trust Limited and The Board of The Pension Protection Funds Binder of Foreign Authorities Cited in the Brief of the U.K. Pension Claimants Regarding Post-Petition Interest Issues |

## **RESERVATION OF RIGHTS**

The UK Pension Claimants expressly reserve the right to supplement the record on appeal or cross-appeal and to adopt the designation of any items designated or counter-designated by any other appellant, cross-appellant, appellee, or cross-appellee to any of the appeals or cross-appeals from the Allocation Decision.

Dated:  September 18, 2015
        Wilmington, Delaware

**BAYARD, P.A.**

*/s/ Justin R. Alberto*
Charlene D. Davis (No. 2336)
Justin Alberto (No. 5126)
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19899
Telephone: (302) 655-5000
Facsimile: (302) 658-6395
Email: cdavis@bayardlaw.com
        jalberto@bayardlaw.com

-and-

**WILLKIE FARR & GALLAGHER LLP**
Brian E. O'Connor
Sameer Advani
Andrew Hanrahan
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 728-8000
Facsimile: (212) 728-8111
Email: boconnor@willkie.com
        sadvani@willkie.com
        ahanrahan@willkie.com

*Counsel for Nortel Networks UK Pension
Trust Limited and the Board of the Pension
Protection Fund*