## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------- X

*In re*                                                      :  Chapter 11

Nortel Networks Inc., *et al.*,                              :  Case No. 09-10138 (KG)

                                    Debtors.[1]               :  Jointly Administered

                                                            :

----------------------------------------------------------- X

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------- X

Official Committee of Unsecured Creditors,                  :  Civil Action No. 15-586-LPS

                                    Appellant,               :  Bankruptcy Case No. 09-10138 (KG)

                   v.                                        :  BAP No. 15-25

Nortel Networks Inc., *et al.*,                              :

                                    Appellee.[2]             :

----------------------------------------------------------- X
----------------------------------------------------------- X

Nortel Trade Claims Consortium,                             :  Civil Action No. 15-622-LPS

                                    Appellant,               :  Bankruptcy Case No. 09-10138 (KG)

                   v.                                        :  BAP No. 15-27

Nortel Networks Inc., *et al.*,                              :

                                    Appellee.                :

----------------------------------------------------------- X
----------------------------------------------------------- X

The Bank of New York Mellon                                 :  Civil Action No. 15-623-LPS

                                    Appellant,               :  Bankruptcy Case No. 09-10138 (KG)

                   v.                                        :  BAP No. 15-28

Nortel Networks Inc., *et al.*,                              :

                                    Appellee.                :

----------------------------------------------------------- X
----------------------------------------------------------- X

Nortel Networks Inc.,                                       :  Civil Action No. 15-624-LPS

                                    Appellant,               :  Bankruptcy Case No. 09-10138 (KG)

                   v.                                        :  BAP No. 15-29

Official Committee of Unsecured Creditors,                  :

                                    Appellee.                :

----------------------------------------------------------- X

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).

[2] The captions in the District Court's electronic filing system incorrectly identify certain appellants as appellees. The undersigned appellants will seek to have the captions corrected.

```
------------------------------------------------------------ X
Ad Hoc Group of Bondholders,                    :        Civil Action No. 15-627-LPS
                              Appellant,         :        Bankruptcy Case No. 09-10138 (KG)
             v.                                  :        BAP No. 15-32
Nortel Networks Inc., et al.,                    :
                              Appellee.          :
------------------------------------------------------------ X
------------------------------------------------------------ X
Stephen Taylor, Conflicts Administrator for      :        Civil Action No. 15-628-LPS
Nortel Networks SA,                              :        Bankruptcy Case No. 09-10138 (KG)
                              Appellant,         :        BAP No. 15-33
             v.                                  :
Nortel Networks Inc., et al.,                    :
                              Appellee.          :
------------------------------------------------------------ X
------------------------------------------------------------ X
Pension Benefit Guaranty Corporation,            :        Civil Action No. 15-635-LPS
                              Appellant,         :        Bankruptcy Case No. 09-10138 (KG)
             v.                                  :        BAP No. 15-36
Nortel Networks Inc., et al.,                    :
                              Appellee.          :
------------------------------------------------------------ X
```

## APPELLANTS' STATEMENT
## REGARDING THE RECORD ON APPEAL

Each of (i) the Official Committee of Unsecured Creditors (the "Official Committee") of

Nortel Networks Inc. and certain of its affiliates, as debtors and debtors in possession

(collectively, the "U.S. Debtors"), (ii) the Nortel Trade Claims Consortium, (iii) The Bank of

New York Mellon, as indenture trustee, (iv) the U.S. Debtors, (v) the *ad hoc* group of

bondholders (the "Bondholder Group"),[3] and (vi) the Pension Benefit Guaranty Corporation,

together as Appellants, respectfully submit this joint statement regarding the record on appeal.

Pursuant to the Order Extending the Official Committee of Unsecured Creditors'

Deadline To Designate the Record and File its Statement of Issues on Appeal in its Allocation

Appeal (Bankr. D.I. 15917), Appellants state that they have no further documents to counter-

---

[3] The Bondholder Group consists of entities that hold certain bonds issued or guaranteed by Nortel Networks
Corporation, Nortel Networks Limited, Nortel Networks Inc., and Nortel Networks Capital Corporation.

2

designate at this time, and reserve all rights in respect of the record on appeal under the Federal

Rules of Bankruptcy Procedure, Federal Rules of Appellate Procedure, and other applicable law.

Dated: September 18, 2015
Wilmington, Delaware

Respectfully submitted,

By:  /s/ *Christopher M. Samis*
      Christopher M. Samis (No. 4909)
      Whiteford, Taylor & Preston LLC
      The Renaissance Centre
      405 North King Street, Suite 500
      Wilmington, Delaware 19801
      Email:  csamis@wtplaw.com
      Tel.:     (302) 353-4144
      F.:       (302) 661-7590

        – and –

      Fred S. Hodara (admitted *pro hac vice*)
      David H. Botter (admitted *pro hac vice*)
      Abid Qureshi (admitted *pro hac vice*)
      Brad M. Kahn (admitted *pro hac vice*)
      Akin Gump Strauss Hauer & Feld LLP
      One Bryant Park
      New York, New York  10036
      Email:  fhodara@akingump.com
             dbotter@akingump.com
             aqureshi@akingump.com
             bkahn@akingump.com
      Tel.:     (212) 872-1000
      F.:       (212) 872-1002

      *Counsel to the Official Committee*

By:   /s/ Jeffrey Schlerf
    Jeffrey M. Schlerf (No. 3047)
    L. John Bird (No. 5310)
    Fox Rothschild LLP
    Citizens Bank Center
    919 North Market Street, Suite 300
    Wilmington, Delaware 19801
    Email:  jschlerf@foxrothschild.com
          jbird@foxrothschild.com
    Tel.:     (302) 654-7444
    F.:       (302) 656-8920

     – and –

    Steven D. Pohl, Esq.
    Brown Rudnick LLP
    One Financial Center
    Boston, Massachusetts 02111
    Email:    spohl@brownrudnick.com
    Tel.:     (617) 856-8200
    F.:       (617) 856-8201

      – and –

    Edward S. Weisfelner, Esq.
    Bennett S. Silverberg, Esq.
    Seven Times Square
    New York, New York 10036
    Email:   eweisfelner@brownrudnick.com
          bsilverberg@brownrudnick.com
    Tel.:     (212) 209-4800
    F.:       (212) 209-4801

    *Counsel to Nortel Trade Claims*
    *Consortium*

By: _/s/ *Michael R. Lastowski*_____
    Michael R. Lastowski (No. 3892)
    Christopher M. Winter (No. 4163)
    Duane Morris LLP
    222 Delaware Avenue, Suite 1600
    Wilmington, Delaware 19801-1659
    Email:   mlastowski@duanemorris.com
             cmwinter@duanemorris.com
    Tel.:     (302) 657-4900
    F.:       (302) 657-4901

      – and –

    Michael J. Riela (admitted *pro hac vice*)
    Vedder Price P.C.
    1633 Broadway, 47th Floor
    New York, New York 10019
    Email:   mriela@vedderprice.com
    Tel.:     (212) 407-7700
    F.:       (212) 407-7799

    *Counsel to The Bank of New York*
    *Mellon, as Indenture Trustee*

By:   /s/ Derek C. Abbott
    Derek C. Abbott (No. 3376)
    Andrew R. Remming (No. 5120)
    Tamara K. Minott (No. 5643)
    Morris, Nichols, Arsht & Tunnell LLP
    1201 North Market Street
    P.O. Box 1347
    Wilmington, Delaware 19801
    Email:   dabbott@mnat.com
            aremming@mnat.com
            tminott@mnat.com
    Tel.:     (302) 658-9200
    F.:      (302) 658-3989

     – and –

    Howard Zelbo (admitted *pro hac vice*)
    James L. Bromley (admitted *pro hac vice*)
    Jeffrey A. Rosenthal (admitted *pro hac vice*)
    Lisa M. Schweitzer (admitted *pro hac vice*)
    Cleary Gottlieb Steen & Hamilton LLP
    One Liberty Plaza
    New York, New York 10006
    Email:   hzelbo@cgsh.com
            jbromley@cgsh.com
            jrosenthal@cgsh.com
            lschweitzer@cgsh.com
    Tel.:     (212) 225-2000
    F.:      (212) 225-3999

    *Counsel to the U.S. Debtors*
    *and Debtors in Possession*

By: ___/s/ *Laura Davis Jones*_____

Laura Davis Jones (No. 2436)
Peter J. Keane (No. 5503)
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
PO Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Email:    ljones@pszjlaw.com
              pkeane@pszjlaw.com
Tel.:      (302) 652-4100
F.:        (302) 652-4400

    – and –

Dennis F. Dunne
Albert A. Pisa
Andrew M. Leblanc
Atara Miller
Milbank, Tweed, Hadley & M$^c$Cloy LLP
28 Liberty Street
New York, New York 10005-1413
Email:    ddunne@milbank.com
              apisa@milbank.com
              aleblanc@milbank.com
              amiller@milbank.com
Tel.:      (212) 530-5000
F.:        (212) 530-5219

    – and –

Thomas R. Kreller
601 S. Figueroa Street, 30th Floor
Los Angeles, California 90017
Email:    tkreller@milbank.com
Tel.:      (213) 892-4463
F.:        (213) 629-5063

*Counsel to Ad Hoc Group of Bondholders*

By:   /s/ *Israel Goldowitz*

    Israel Goldowitz (Chief Counsel)
    Charles L. Finke (Deputy Chief Counsel)
    Garth D. Wilson (Assistant Chief Counsel)
    Vicente Matias Murrell (Attorney)
    Pension Benefit Guaranty Corporation
    Office of the Chief Counsel
    1200 K Street, N.W., Suite 340
    Washington, D.C. 20005-4026
    Email:    murrell.vicente@pbgc.gov
              efile@pbgc.gov
    Tel.:    (202) 326-4020, ext. 3580
    F.:    (202) 326-4112

    *Counsel to the Pension Benefit Guaranty*
    *Corporation*