**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br>NORTEL NETWORKS INC., *et al.*,<br>　　　　　　　　　　　　　Debtors.[1] | Chapter 11<br>Case No. 09-10138 (KG)<br>Jointly Administered |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| Official Committee of Unsecured Creditors,<br>　　　　　　　　　　　Appellant,<br>　v.<br>Nortel Networks Inc., *et al.*,<br>　　　　　　　　　　　Appellee. | Civil Action No. 15-586-LPS<br>Bankruptcy Case No. 09-10138 (KG)<br>BAP No. 15-25 |

| | |
|---|---|
| Nortel Trade Claims Consortium,<br>　　　　　　　　　　　Appellant,<br>　v.<br>Nortel Networks Inc., *et al.*,<br>　　　　　　　　　　　Appellee. | Civil Action No. 15-622-LPS<br>Bankruptcy Case No. 09-10138 (KG)<br>BAP No. 15-27 |

| | |
|---|---|
| The Bank of New York Mellon,<br>　　　　　　　　　　　Appellant,<br>　v.<br>Nortel Networks Inc., *et al.*,<br>　　　　　　　　　　　Appellee. | Civil Action No. 15-623-LPS<br>Bankruptcy Case No. 09-10138 (KG)<br>BAP No. 15-28 |

---

[1] The debtors in these chapter 11 cases (the "U.S. Debtors"), along with the last four digits of each debtor's tax identification number, are:  Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); CoreTek, Inc. (5722); Nortel Networks Applications Management Solutions Inc. (2846); Nortel Networks Optical Components Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567); Nortel Networks (CALA) Inc. (4226).

01:17700290.1

66683691_1

| | |
|---|---|
| Nortel Networks Inc., *et al.*,<br>                         Appellant,<br>   v.<br>Official Committee of Unsecured Creditors,<br>                         Appellee. | Civil Action No. 15-624-LPS<br>Bankruptcy Case No. 09-10138 (KG)<br>BAP No. 15-29 |
| Ad Hoc Group of Bondholders,<br>                         Appellant,<br>   v.<br>Nortel Networks Inc., *et al.*,<br>                         Appellee. | Civil Action No. 15-627-LPS<br>Bankruptcy Case No. 09-10138 (KG)<br>BAP No. 15-32 |
| Stephen Taylor, Conflicts Administrator for Nortel Networks SA,<br>                         Appellant,<br>   v.<br>Nortel Networks Inc., *et al.*,<br>                         Appellee. | Civil Action No. 15-628-LPS<br>Bankruptcy Case No. 09-10138 (KG)<br>BAP No. 15-33 |
| Pension Benefit Guaranty Corporation,<br>                         Appellant,<br>   v.<br>Nortel Networks Inc., *et al.*,<br>                         Appellee. | Civil Action No. 15-635-LPS<br>Bankruptcy Case No. 09-10138 (KG)<br>BAP No. 15-36 |
| Ernst & Young Inc.,<br>                         Appellant,<br>   v.<br>Nortel Networks Inc., *et al.*,<br>                         Appellee. | Civil Action No. 15-196-LPS<br>Bankruptcy Case No. 09-10138 (KG) |

01:17700290.1

66683691_1

| | |
|---|---|
| Canadian Creditors Committee,<br><br>　　　　　　　　　　Appellant,<br>　v.<br>Nortel Networks Inc., *et al.*,<br><br>　　　　　　　　　　Appellee. | Civil Action No. 15-197-LPS<br><br>Bankruptcy Case No. 09-10138 (KG) |
| Canadian Creditors Committee,<br><br>　　　　　　　　　　Appellant,<br>　v.<br>Nortel Networks Inc., *et al.*,<br><br>　　　　　　　　　　Appellee. | Civil Action No. 15-699-LPS<br><br>Bankruptcy Case No. 09-10138 (KG)<br><br>BAP No. 15-39 |
| Joint Administrators for the EMEA Debtors,<br><br>　　　　　　　　　　Appellants,<br>　v.<br>Nortel Networks Inc., *et al.*,<br><br>　　　　　　　　　　Appellee. | Civil Action No. 15-636-LPS<br><br>Bankruptcy Case No. 09-10138 (KG)<br><br>BAP No. 15-37 |

**COUNTER-DESIGNATION BY JOINT ADMINISTRATORS<br>OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL**

The court-appointed administrators and authorized foreign representatives (collectively, the "Joint Administrators")[2] for eighteen Nortel entities located in Europe, the Middle East, and Africa (collectively, the "EMEA Debtors")[3] in proceedings under the

---

[2] The Joint Administrators in the English proceedings for all of the EMEA Debtors, with the exception of Nortel Networks (Ireland) Limited ("NNIR"), are: Alan Robert Bloom, Christopher John Wilkinson Hill, Alan Michael Hudson, and Stephen John Harris. The Joint Administrators in the English proceedings for NNIR are: Alan Robert Bloom and David Martin Hughes. Following the allocation decisions, Stephen Taylor has been appointed as a Joint Administrator for Nortel Networks S.A. ("NNSA") to represent NNSA's interests to the extent they conflict with the interests of the other eighteen EMEA Debtors. NNSA has filed a separate appeal, and this filing is not made on its behalf.

[3] These EMEA Debtors are: Nortel Networks UK Limited; NNIR; Nortel GmbH; Nortel Networks (Austria) GmbH; Nortel Networks AB; Nortel Networks B.V.; Nortel Networks Engineering Service Kft; Nortel Networks France S.A.S.; Nortel Networks Hispania, S.A.; Nortel Networks International Finance & Holding B.V.; Nortel Networks N.V.; Nortel Networks Oy; Nortel Networks Polska Sp. z.o.o.; Nortel Networks Portugal

01:17700290.1

3

66683691_1

*Insolvency Act 1986*, pending before the High Court of Justice of England and Wales (the "English Court") respectfully submit, pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure, this counter-designation of the record on appeal of the *Allocation Trial Opinion* [Bankr. D.I. 15544] and *Order* [Bankr. D.I. 15545] entered by the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") on May 12, 2015, and the *Memorandum Order on Motions for Reconsideration* [Bankr. D.I. 15830] entered by the Bankruptcy Court on July 6, 2015 (collectively, the "Allocation Decisions").

## COUNTER-DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL[4]

1.  Any and all items designated or counter-designated by any other appellant, cross-appellant, appellee, or cross-appellee to any of the appeals or cross-appeals from the Allocation Decisions.

## RESERVATION OF RIGHTS

The Joint Administrators expressly reserve the right to supplement the record on appeal and to adopt the designation or counter-designation of any items designated or counter-designated by any other appellant, cross-appellant, appellee, or cross-appellee to any of the appeals or cross-appeals from the Allocation Decisions.

*[Remainder of page intentionally left blank.]*

---

S.A.; Nortel Networks Romania SRL; Nortel Networks S.p.A.; Nortel Networks Slovensko, s.r.o.; Nortel Networks, s.r.o.

[4] Items designated include all exhibits and submissions attached thereto and, as to hearing transcripts, any and all documents admitted into evidence.

Dated: Wilmington, Delaware
September 18, 2015

        YOUNG CONAWAY STARGATT & TAYLOR, LLP

By: */s/ Jaime Luton Chapman*
    James L. Patton (No. 2202)
    Edwin J. Harron (No. 3396)
    John T. Dorsey (No. 2988)
    Jaime Luton Chapman (No. 4936)

Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone:  302-571-6600
Fax:  302-571-1253

– and –

HUGHES HUBBARD & REED LLP

William R. Maguire (admitted *pro hac vice*)
Derek J.T. Adler (admitted *pro hac vice*)
Neil J. Oxford (admitted *pro hac vice*)

One Battery Park Plaza
New York, New York 10004
Telephone:  212-837-6000
Fax:  212-422-4726

*Counsel for the Joint Administrators*