# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X
:
*In re*                                                                           :    Chapter 11
:
Nortel Networks Inc., *et al.*,[1]                                  :    Case No. 09-10138 (KG)
:
                Debtors.                :    (Jointly Administered)
:
------------------------------------------------------------X
SNMP Research International, Inc.,                          :
:
and                                                                              :    Adv. No. 11-53454 (KG)
:
SNMP Research, Inc.,                                              :
                Plaintiffs,                :
:
v.                                                                                  :
:
Nortel Networks Inc., *et al.*,                                    :
:
and                                                                              :
:
Avaya Inc.,                                                                 :
:
                Defendants.             :
------------------------------------------------------------X

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.


```
-----------------------------------------------------X
                                                     :    Chapter 15
In re                                                :
                                                     :    Case No. 09-11972 (KG)
Nortel Networks UK Limited, et al.,[2]               :
                                                     :    (Jointly Administered)
                Debtors in Foreign Proceedings.      :
-----------------------------------------------------X
```

### NOTICE OF AMENDED[3] AGENDA OF MATTERS SCHEDULED FOR HEARING ON SEPTEMBER 22, 2015 AT 10:00 A.M. (EASTERN TIME)

**THE HEARING HAS BEEN CANCELLED AT THE DIRECTION OF THE COURT**

By permission of chambers, any party wishing to participate telephonically must make arrangements through CourtCall **at least one hour prior to the hearing**. CourtCall has been made aware of this extended deadline. CourtCall will not accept reservations after the extended deadline has passed without permission of chambers. Please do not contact chambers prior to the expiration of the extended deadline.

**CONTESTED MATTERS GOING FORWARD**

1. U.S. Debtors' Motion for Leave to File Third-Party Complaint Pursuant to Rule 14 of the Federal Rules of Civil Procedure and Rule 7014 of the Federal Rules of Bankruptcy Procedure (A.D.I. 227, Filed 7/7/15) (Ch.15 D.I. 134, Filed 7/15/15).

    Objection Deadline:   July 21, 2015 at 4:00 p.m. (ET). Extended to July 31, 2015 at 4:00 p.m. for SNMP Research.

    Responses Received:

    (a) SNMP Research's Opposition to U.S. Debtors' Motion for Leave to File Third-Party Complaint Pursuant to Rule 14 of the Federal Rules of Civil Procedure and Rule 7014 of the Federal Rules of Bankruptcy Procedure (A.D.I. 235, Filed 7/31/15) (Ch.15 D.I. 135, Filed 7/31/15).

---

[2] The Debtors in these cases are: Nortel Networks UK Limited; Nortel GmbH; Nortel Networks (Austria) GmbH; Nortel Networks (Ireland) Limited; Nortel Networks AB; Nortel Networks B.V.; Nortel Networks Engineering Service Kft; Nortel Networks France S.A.S.; Nortel Networks Hispania, S.A.; Nortel Networks International Finance & Holding B.V.; Nortel Networks N.V.; Nortel Networks Oy; Nortel Networks Polska Sp. z.o.o.; Nortel Networks Portugal S.A.; Nortel Networks S.p.A.; Nortel Networks Slovensko, s.r.o. The mailing address for each Debtor in: Ernst & Young LLP, Attn: Nortel Administrators, 1 More London Place, London, SE1 2AF.

[3] **Amended items appear in bold.**

Related Pleading:

(a) Second Amended Complaint (A.D.I. 160, Filed 3/24/15);

(b) U.S. Debtors' Answer to Plaintiffs' Second Amended Complaint (A.D.I. 180, Filed 4/23/15);

(c) Scheduling Order (A.D.I. 214, Entered 6/3/15);

(d) Order Extending Plaintiffs' Deadline to Respond to U.S. Debtors' Motion for Leave to File Third-Party Complaint Pursuant to Rule 14 of the Federal Rules of Civil Procedure and Rule 7014 of the Federal Rules of Bankruptcy Procedure (A.D.I. 232, Entered 7/20/15);

(e) U.S. Debtors' Reply in Further Support of U.S. Debtors' Motion for Leave to File Third-Party Complaint Pursuant to Rule 14 of the Federal Rules of Civil Procedure and Rule 7014 of the Federal Rules of Bankruptcy Procedure (A.D.I. 239, Filed 8/7/15) (Ch. 15 D.I. 136, Filed 8/7/15);

(f) Notice of Hearing on U.S. Debtors' Motion for Leave to File Third-Party Complaint Pursuant to Rule 14 of the Federal Rules of Civil Procedure and Rule 7014 of the Federal Rules of Bankruptcy Procedure (A.D.I. 253, Filed 9/3/15) (Ch.15 D.I. 150, Filed 9/3/15);

(g) Memorandum Opinion (Ch. 15 D.I. 155, Filed 9/15/15); **and**

**(h) Certification of Counsel Regarding Order Granting U.S. Debtors' Motion for Leave to file Third-Party Complaint Pursuant to Rule 14 of the Federal Rules of Civil Procedure and Rule 7014 of the Federal Rules of Bankruptcy Procedure (A.D.I. 273, Filed 9/21/15) (Ch. 15 D.I. 158, Filed 9/21/15).**

Status: **A COC has been filed regarding this matter.  No hearing is necessary.**

| | |
|---|---|
| Dated: September 21, 2015<br>Wilmington, DE | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>James L. Bromley (admitted *pro hac vice*)<br>Lisa M. Schweitzer (admitted *pro hac vice*)<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone:  (212) 225-2000<br>Facsimile:  (212) 225-3999<br><br>- and - |

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Andrew R. Remming*
Eric D. Schwartz (No. 3134)
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
1201 North Market Street
Wilmington, DE  19899-1347
Telephone:  (302) 658-9200
Facsimile:  (302) 658-3989

*Counsel for the Debtors and Debtors in Possession*