# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ------------------------------------------------------------X | | Chapter 11 |
| *In re* | : | Case No. 09-10138 (KG) |
| Nortel Networks Inc., *et al.*,[1] | : | (Jointly Administered) |
| Debtors. | : | **Re: D.I. 16173** |
| ------------------------------------------------------------X | | |
| SNMP Research International, Inc., | : | |
| and | : | Adv. No. 11-53454 (KG) |
| SNMP Research, Inc., | : | **Re: D.I. 274** |
| Plaintiffs, | : | |
| v. | : | |
| Nortel Networks Inc., *et al.*, | : | |
| and | : | |
| Avaya Inc., | : | |
| Defendants. | : | |
| ------------------------------------------------------------X | | |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

```
-------------------------------------------------------X
                                                       :    Chapter 15
In re                                                  :
                                                       :    Case No. 09-11972 (KG)
Nortel Networks UK Limited, et al.,²                   :
                                                       :    (Jointly Administered)
              Debtors in Foreign Proceedings.          :    Re: D.I. 159
-------------------------------------------------------X
```

## NOTICE OF SERVICE

        PLEASE TAKE NOTICE that on September 21, 2015, a copy of the **Notice Of Amended Agenda Of Matters Scheduled For Hearing On September 22, 2015 At 10:00 a.m. (Eastern Time)** was served, in the manner indicated, upon the individuals identified on the attached service list.

Dated: September 21, 2015　　　MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Wilmington, DE

　　　　　　　　　　　　　　　　　　*/s/ Andrew R. Remming*
　　　　　　　　　　　　　　　Eric D. Schwartz (No. 3134)
　　　　　　　　　　　　　　　Derek C. Abbott (No. 3376)
　　　　　　　　　　　　　　　Andrew R. Remming (No. 5120)
　　　　　　　　　　　　　　　Tamara K. Minott (No. 5643)
　　　　　　　　　　　　　　　1201 North Market Street
　　　　　　　　　　　　　　　Wilmington, DE  19899-1347
　　　　　　　　　　　　　　　Telephone:  (302) 658-9200
　　　　　　　　　　　　　　　Facsimile:  (302) 425-4663

　　　　　　　　　　　　　　　*Counsel for the Debtors and Debtors in Possession*

---

[2] The Debtors in these cases are: Nortel Networks UK Limited; Nortel GmbH; Nortel Networks (Austria) GmbH; Nortel Networks (Ireland) Limited; Nortel Networks AB; Nortel Networks B.V.; Nortel Networks Engineering Service Kft; Nortel Networks France S.A.S.; Nortel Networks Hispania, S.A.; Nortel Networks International Finance & Holding B.V.; Nortel Networks N.V.; Nortel Networks Oy; Nortel Networks Polska Sp. z.o.o.; Nortel Networks Portugal S.A.; Nortel Networks S.p.A.; Nortel Networks Slovensko, s.r.o.  The mailing address for each Debtor in: Ernst & Young LLP, Attn: Nortel Administrators, 1 More London Place, London, SE1 2AF.

**Via Fax**

Ken Coleman Esq
Allen & Overy LLP
1221 Avenue of the Americas
New York, NY 10020
Fax: 212-610-6399

Mark Kenney, Esq.
Office of the U.S. Trustee
844 King Street
Suite 2207 Lockbox 35
Wilmington, DE 19801-3519
Fax: 302-573-6497

Laura Davis Jones
Timothy P. Cairns
Peter Keane
Pachulski Stang
919 N. Market Street; 17th Floor
Wilmington, DE 19899-8705
Fax: 302-652-4400

Derek Adler
Neil Oxford
Fara Tabatabai
Charles Huberty
Hughes Hubbard & Reed LLP
One Battery Park
New York, NY 10004
Fax: 212-422-4726

James Patton
Edwin Harron
John Dorsey
Jamie Luton Chapman
Young Conaway Stargatt & Taylor LLP
1000 N. King St.
Wilmington, DE 19801
Fax: 302-571-1253

Mary F. Caloway Esq.
Kathleen Murphy Esq.
Buchanan Ingersoll & Rooney
1105 N. Market Street
Suite 1900
Wilmington, DE 19801-1228
Fax: 302-552-4295

Christopher M. Samis, Esq.
L. Katherine Good, Esq.
Whiteford Taylor & Preston LLC
The Renaissance Center
405 N. King Street, Suite 500
Wilmington, DE 19801
Fax: 302-357-3288

Fred S. Hodara Esq.
David H. Botter Esq.
Akin Gump
One Bryant Park
New York, NY 10036
Fax: 212-872-1002

Thomas R. Kreller
Milbank Tweed Hadley & McLoy LLP
601 South Figueroa St., Suite 3000
Los Angeles, CA 90017
Fax: 213-892-4763

Sullivan Hazeltine & Allinson LLC
William D. Sullivan
William A. Hazeltine
Elihu E. Allinson III
901 North Market Street, Suite 1300
Wilmington, DE 19801
Fax: 302-428-8195

John J. Monaghan, Esq.
Joshua C. Krumholz, Esq.
Holland & Knight
10 St. James Avenue, 11th Floor
Boston, MA 02116
Fax: 617-523-6850

Barbra R. Parlin, Esq.
Holland & Knight
31 West 52nd Street
New York, NY 10019
Fax: 212-385-9010

Richard Busch
Andrew Coffman
King & Ballow Law Offices
315 Union St.
Nashville, TN 37201
Fax: 615-726-5417

John Wood
Egerton McAfee Armistead & Davis, P.C.
900 S. Gay St.
Knoxville, TN 37902
Fax: 865-525-5293

Norman L. Pernick
Nicholas J. Brannick
Cole Schotz P.C.
500 Delaware Ave.
Wilmington, DE 19801
Fax: 302-652-3117

G. David Dean
Cole Schotz P.C.
300 E. Lombard St.
Baltimore, MD 21202
Fax: 410-230-0667