**EXHIBIT A**

**NORTEL NETWORKS INC., _et al_.**
**CASE NO. 09-10138 (KG)**

Professional Fees and Expenses
Monthly Fee Application

| Applicant & Docket No. | Time Period Covered | Fees & Expenses Requested in Application | Fees & Expenses Allowed/Awarded | Date Application Filed | Objection Deadline |
|---|---|---|---|---|---|
| Cassels Brock & Blackwell LLP<br><br>[Docket No. 16081] | 5/1/15 - 5/31/15 | CDN$385,695.00 (Fees)<br><br>CDN$2,194.35 (Expenses) | CDN$308,556.00 (Fees @ 80%)<br><br>CDN$2,194.35 (Expenses @ 100%) | 8/27/15 | 9/17/15 |