## EXHIBIT A

## NORTEL NETWORKS INC., *et al*.
## CASE NO. 09-10138 (KG)

Professional Fees and Expenses
Monthly Fee Application

| Applicant & Docket No. | Time Period Covered | Fees & Expenses Requested in Application | Fees & Expenses Allowed/Awarded | Date Application Filed | Objection Deadline |
|---|---|---|---|---|---|
| Akin Gump Strauss Hauer & Feld LLP [16089] | 6/1/15 - 6/30/15 | $479,393.50 (Fees) $10,767.78 (Expenses) | $383,514.80 (Fees @ 80%) $10,767.78 (Expenses @ 100%) | 8/28/15 | 9/17/15 |