# EXHIBIT A

## NORTEL NETWORKS INC., *et al*.
## CASE NO. 09-10138 (KG)

Professional Fees and Expenses
Monthly Fee Application

| Applicant & Docket No. | Time Period Covered | Fees & Expenses Requested in Application | Fees & Expenses Allowed/Awarded | Date Application Filed | Objection Deadline |
|---|---|---|---|---|---|
| Akin Gump Strauss Hauer & Feld LLP [16094] | 7/1/15 - 7/31/15 | $605,183.75 (Fees) $22,282.27 (Expenses) | $484,147.00 (Fees @ 80%) $22,282.27 (Expenses @ 100%) | 8/28/15 | 9/17/15 |