IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | **Ref. Docket Nos.** 16139 & 16142 |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

KIMBERLY MURRAY CRUSE, being duly sworn, deposes and says:

1.  I am employed as a Case Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On September 21, 2015, I caused to be served a personalized "Notices of Transfer of Claim Pursuant to F.R.B.P.3001 (e) (1) or (2)" (the "Personalized Transfers"), a sample of which is annexed hereto as <u>Exhibit A</u>, by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on <u>Exhibit B</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Kimberly Murray Cruse

Sworn to before me this
21st day of September, 2015

Notary Public

REGINA AMPORFRO
Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Certificate Filed in New York County
Commission Expires Sept 24, 2005

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**

**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:

> RICAURTE, CHRISTOPHER
> 118 E ERIE ST  UNIT 24B
> CHICAGO, IL 60611-5151

Please note that your claim # 5879 in the above referenced case and in the amount of $796,875.00 allowed at $613,392.92 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000098759906 ***          NNI TRFNTC (MERGE2, TXNUM2) 4000115817



HAIN CAPITAL HOLDINGS, LLC
TRANSFEROR: RICAURTE, CHRISTOPHER
ATTN: AMANDA RAPOPORT
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

> UNITED STATES BANKRUPTCY COURT
> DISTRICT OF DELAWARE
> 824 NORTH MARKET STREET, 3RD FLOOR
> WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER    16142    in your objection.  If you file an objection, a hearing will be scheduled.   **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  09/21/2015                    David D. Bird, Clerk of Co

/s/ Kimberly Murray Cruse

EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  September 21, 2015.

EXHIBIT B

NORTEL

## SERVICE LIST

| Claim Name | Address Information |
|---|---|
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: RICAURTE, CHRISTOPHER, ATTN: AMANDA RAPOPORT, 301 ROUTE 17, 7TH FLOOR, RUTHERFORD, NJ 07070 |
| HANNAH, DAVID C | 2797 OLDE CYPRESS DRIVE, NAPLES, FL 34119 |
| RICAURTE, CHRISTOPHER | 118 E ERIE ST  UNIT 24B, CHICAGO, IL 60611-5151 |
| US DEBT RECOVERY XV LP | TRANSFEROR: HANNAH, DAVID C, 5575 KIETZKE LANE, RENO, NV 89511 |

**Total Creditor Count 4**

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Address Service Requested

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



To:    CLEARY GOTTLIEB STEEN & HAMILTON LLP
       JAMES L. BROMLEY, ESQ.
       ONE LIBERTY PLAZA
       NEW YORK, NY 10006

Phone     212-225-2000                                    Fax     212-225-3999