# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ------------------------------------------------------X | : | Chapter 11 |
| *In re* | : | Case No. 09-10138 (KG) |
| Nortel Networks Inc., *et al.*,[1] | : | (Jointly Administered) |
| Debtors. | : | **Re: D.I. 16149** |
| ------------------------------------------------------X | : | |
| SNMP Research International, Inc., | : | |
| and | : | Adv. No. 11-53454 (KG) |
| SNMP Research, Inc., | : | **Re: D.I. 257** |
| Plaintiffs, | : | |
| v. | : | |
| Nortel Networks Inc., *et al.*, | : | |
| and | : | |
| Avaya Inc., | : | |
| Defendants. | : | |
| ------------------------------------------------------X | | |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

```
-------------------------------------------------------X    Chapter 15
                                                       :
In re                                                  :    Case No. 09-11972 (KG)
                                                       :
Nortel Networks UK Limited, et al.,²                   :    (Jointly Administered)
                                                       :
        Debtors in Foreign Proceedings.                :    Re: D.I. 152
-------------------------------------------------------X
```

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on September 18, 2015, a copy of the **Notice of Amended Agenda of Matters Scheduled for Hearing on September 22, 2015 at 10:00 A.M. (Eastern Time)** was served in the manner indicated upon the individuals identified on the attached service list.

Dated: September 22, 2015  
Wilmington, DE

CLEARY GOTTLIEB STEEN & HAMILTON LLP  
James L. Bromley (admitted *pro hac vice*)  
Lisa M. Schweitzer (admitted *pro hac vice*)  
One Liberty Plaza  
New York, New York 10006  
Telephone: (212) 225-2000  
Facsimile: (212) 225-3999  

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

        */s/ Andrew R. Remming*  
Eric D. Schwartz (No. 3134)  
Derek C. Abbott (No. 3376)  
Tamara K. Minott (No. 5643)  
1201 North Market Street, 16th Floor  
Wilmington, DE 19899-1347  
Telephone: (302) 658-9200  
Facsimile: (302) 658-3989  

*Counsel for the Debtors and Debtors in Possession*

---

² The Debtors in these cases are: Nortel Networks UK Limited; Nortel GmbH; Nortel Networks (Austria) GmbH; Nortel Networks (Ireland) Limited; Nortel Networks AB; Nortel Networks B.V.; Nortel Networks Engineering Service Kft; Nortel Networks France S.A.S.; Nortel Networks Hispania, S.A.; Nortel Networks International Finance & Holding B.V.; Nortel Networks N.V.; Nortel Networks Oy; Nortel Networks Polska Sp. z.o.o.; Nortel Networks Portugal S.A.; Nortel Networks S.p.A.; Nortel Networks Slovensko, s.r.o.  The mailing address for each Debtor in: Ernst & Young LLP, Attn: Nortel Administrators, 1 More London Place, London, SE1 2AF.

**Via Fax**

John L. Wood
Egerton McAfee Armistead & Davis, PC
1400 Riverview Tower
Knoxville, TN 37902
Fax: (865) 525-5293

G. David Dean
Cole Schotz, PC
300 East Lomband St.
Baltimore, MD 21202
Fax: (410) 230-0667

John J. Monaghan
Joshua C. Krumholz
Holland & Knight LLP
10 St. James Ave.
Boston, MA 02116
Fax: (617) 523-6850

Barbra R. Parlin
Holland & Knight LLP
31 West 52nd St.
New York, NY 10019
Fax: (212) 385-9010

**Via Overnight Mail**

Richard S. Busch
King & Ballow
315 Union Street
Suite 110
Nashville, TN 37201