IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

*In re*

Nortel Networks Inc., *et al.*,

        Debtors.

Chapter 11

Case No. 09-10138 (KG)

Jointly Administered

Re: Docket No. 16152

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE      :
                                   : SS.
NEW CASTLE COUNTY    :

I, Christopher M. Samis, Esquire, being duly sworn according to law, deposes and says that I am employed as Partner with the law firm of Whiteford, Taylor & Preston LLC, and that on the 18th day of September, 2015, I caused the *Appellants' Statement Regarding the Record on Appeal* to be served on the parties listed on **Exhibit A** hereto via email, and on the parties listed on **Exhibit B** hereto via hand-delivery or First Class Mail.

Dated: September 22, 2015

WHITEFORD, TAYLOR & PRESTON, LLC

_____
Christopher M. Samis (No. 4909)
The Renaissance Centre
405 North King Street, Suite 500
Wilmington, DE 19801
Telephone: (302) 357-3266
Facsimile: (302) 357-3288
Email: csamis@wtplaw.com

SWORN TO AND SUBSCRIBED before me this 22nd day of September 2015

_____
Notary Public