## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS, INC., *et al.*,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE    )
                         ) SS
NEW CASTLE COUNTY    )

        Debbie Laskin, an employee of the law firm of Young Conaway Stargatt & Taylor, LLP, counsel to Joint Administrators being duly sworn according to law, deposes and says that on September 18, 2015, she caused a copy of the following to be served as indicated upon the parties identified on the attached service list.

Counter-Designation by Joint Administrators of Items to be Included in the Record on Appeal [D.I. 16153]

_____
Debbie Laskin

SWORN TO AND SUBSCRIBED before me this 21st day of September 2015.

_____
Notary Public
My Commission Expires:

MELISSA L. ROMANO
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires June 5, 2018

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Alteon Websystems, Inc. (9769); Alteon Websystems International, Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); and Nortel Networks Cable Solutions Inc. (0567).

SERVICE LIST

| Party | Counsel |
|---|---|
| U.S. Debtors | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>Howard S. Zelbo<br>James L. Bromley<br>Jeffrey A. Rosenthal<br>Lisa M. Schweitzer<br>One Liberty Plaza<br>New York, New York 10006<br> (First Class Mail)<br><br>- and -<br><br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>Derek C. Abbott<br>Eric D. Schwartz<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, Delaware 19801<br> (Hand Delivery) |
| Official Committee of Unsecured Creditors | AKIN GUMP STRAUSS HAUER & FELD LLP<br>Fred Hodara<br>David Botter<br>Abid Qureshi<br>Brad M. Kahn<br>One Bryant Park<br>New York, New York 10036<br>(First Class Mail)<br><br>- and -<br><br>WHITEFORD, TAYLOR & PRESTON LLC<br>Christopher M. Samis<br>L. Katherine Good<br>The Renaissance Centre<br>405 North King Street, Suite 500<br>Wilmington, Delaware 19801<br>(Hand Delivery) |

| Party | Counsel |
|---|---|
| Ad Hoc Bondholder Group | **MILBANK, TWEED, HADLEY & MCCLOY LLP**<br>Andrew Leblanc<br>Dennis F. Dunne<br>Albert A. Pisa<br>28 Liberty Street<br>New York, New York 10005<br>(First Class Mail)<br><br>- and -<br><br>**PACHULSKI STANG ZIEHL & JONES LLP**<br>Laura Davis Jones<br>Peter J. Keane<br>919 N. Market Street, 17th Floor<br>Wilmington, Delaware 19809<br>(Hand Delivery) |
| The Bank of New York Mellon, as Indenture Trustee | **VEDDER PRICE P.C.**<br>Michael J. Riela<br>1633 Broadway, 47th Floor<br>New York, New York 10019<br>(First Class Mail)<br><br>- and -<br><br>**DUANE MORRIS LLP**<br>Michael R. Lastowski<br>Christopher M. Winter<br>222 Delaware Avenue, Suite 1600<br>Wilmington, Delaware 19801<br>(Hand Delivery) |
| Law Debenture Trust Company of New York, as Indenture Trustee | **PATTERSON BELKNAP WEBB & TYLER LLP**<br>Daniel A. Lowenthal<br>Brian P. Guiney<br>1133 Avenue of the Americas<br>New York, New York 10036<br>(First Class Mail)<br><br>- and -<br><br>**MORRIS JAMES LLP**<br>Stephen P. Miller<br>500 Delaware Avenue, Suite 1500<br>Wilmington, Delaware 19899<br>(Hand Delivery) |

| | |
|---|---|
| Ernst & Young Inc., as Monitor and Foreign Representative of the Canadian Debtors | ALLEN & OVERY LLP<br>Ken Coleman<br>Jacob S. Pultman<br>1221 Avenue of the Americas, 20th Floor<br>New York, New York 10020<br>(First Class Mail)<br><br>- and -<br><br>BUCHANAN INGERSOLL & ROONEY PC<br>Mary F. Caloway<br>Kathleen A. Murphy<br>919 Market Street, Suite 1500<br>Wilmington, Delaware 19801<br>(Hand Delivery) |
| Canadian Creditors Committee | DLA PIPER LLP<br>Selinda A. Melnik<br>Timothy Hoeffner<br>1201 North Market Street, Suite 2100<br>Wilmington, Delaware 19801<br>(Hand Delivery) |
| Wilmington Trust, N.A., as Indenture Trustee | KATTEN MUCHIN ROSENMAN LLP<br>David A. Crichlow<br>Karen B. Dine<br>575 Madison Avenue<br>New York, New York 10022<br>v<br><br>- and -<br><br>CHIPMAN BROWN CICERO & COLE, LLP<br>William E. Chipman, Jr.<br>Mark D. Olivere<br>1007 North Orange Street, Suite 1100<br>Wilmington, Delaware 19801<br>(Hand Delivery) |

| | |
|---|---|
| Stephen Taylor,<br>as Conflicts Administrator for<br>Nortel Networks S.A. | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>George R. Zimmerman<br>Susan L. Saltzstein<br>4 Times Square<br>New York, New York 10036<br>(First Class Mail)<br><br>- and -<br><br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>Robert A. Weber<br>One Rodney Square<br>Wilmington, Delaware 19899-0636<br>(Hand Delivery) |
| U.K. Pension Claimants | WILLKIE FARR & GALLAGHER LLP<br>Brian E. O'Connor<br>Sameer Advani<br>Weston T. Eguchi<br>Andrew Hanrahan<br>787 Seventh Avenue<br>New York, New York 10019<br>(First Class Mail)<br><br>- and -<br><br>BAYARD, P.A.<br>Charlene D. Davis<br>Justin Alberto<br>222 Delaware Avenue, Suite 900<br>Wilmington, Delaware 19899<br>(Hand Delivery) |

| Nortel Trade Claims Consortium | BROWN RUDNICK LLP<br>Steven D. Pohl<br>One Financial Center<br>Boston, Massachusetts 02111<br>(First Class Mail)<br><br>                  - and -<br><br>BROWN RUDNICK LLP<br>Edward S. Weisfelner<br>Seven Times Square<br>New York, New York 10036<br>(First Class Mail)<br><br>                  - and -<br><br>FOX ROTHSCHILD LLP<br>Jeffrey M. Schlerf<br>Citizens Bank Center<br>919 North Market Street, Suite 300<br>Wilmington, Delaware 19801<br>(Hand Delivery) |
| Office of the United States Trustee | UNITED STATES TRUSTEE FOR REGION 3<br>Mark Kenney, Trial Attorney<br>844 King Street, Suite 2207, Lockbox 35<br>Wilmington, Delaware 19801<br>(Hand Delivery) |
| Pension Benefit Guaranty Corporation | PBGC<br>Vincente Murrell<br>1200 K Street, N.W.<br>Washington, D.C. 20005<br>(First Class Mail) |