**Exhibit B**

# Invoice

Ashurst LLP
Broadwalk House
5 Appold Street
London
EC2A 2HA

The Official Unsecured Creditors Committee for Nortel Networks Inc
c/o Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, New York 10036
United States of America

Tel +44 (0)20 7638 1111
Fax +44 (0)20 7638 1112
www.ashurst.com

Our VAT No.: GB 108 2136 48



**Interim** (S)

VAT Invoice Date: **22 September 2015**     Our Ref: **GDB/CCN01.00001**     Invoice No.: **395162**

|  | VAT GBP | VAT Rate (%) | Fees and Disbursements GBP |
|---|---|---|---|
| **Re: BANKRUPTCY** | | | |
| **To our professional fees** (NT) | 0.00 | 0.00 | 46,053.00 |
| For the period to 31 August 2015, in connection with the above matter. | | | |
| (Please see attached). | | | |
| Document Production (NT) | 0.00 | 0.00 | 39.00 |
| **Disbursements:** (NT) | | | |
| Fares and Incidental Expenses | 0.00 | 0.00 | 198.70 |
| | 0.00 | | 46,290.70 |
| | VAT | | 0.00 |
| | Total | | 46,290.70 |
| | **Balance Due** | | **46,290.70** |

The fees and disbursements the subject of this invoice may include fees and disbursements due to another member of the Ashurst Group.

**Payment Details**
NatWest - 15 Bishopsgate, London, EC2P 2AP - **Account No.:** 00404268
**Sort Code:** 50-00-00 - **Swift Code:** NWBKGB2L - **IBAN Code:** GB12NWBK50000000404268

| Please note: Remittance advices should be sent electronically to remittances@ashurst.com |
|---|

Please quote reference 395162 when settling this invoice
**Payment Terms: 21 days**

**Legal services are 100% foreign source**

AUSTRALIA  BELGIUM  CHINA  FRANCE  GERMANY  HONG KONG SAR  INDONESIA (ASSOCIATED OFFICE)  ITALY  JAPAN  PAPUA NEW GUINEA
SAUDI ARABIA  SINGAPORE  SPAIN  SWEDEN  UNITED ARAB EMIRATES  UNITED KINGDOM  UNITED STATES OF AMERICA

Ashurst LLP is a limited liability partnership registered in England and Wales under number OC330252 and is part of the Ashurst Group. It is a law firm authorised and regulated by the Solicitors Regulation Authority of England and Wales under number 468653. A list of members of Ashurst LLP and their professional qualifications is open to inspection at its registered office Broadwalk House, 5 Appold Street, London EC2A 2HA or at the address above. The term 'partner' in relation to Ashurst LLP is used to refer to a member of Ashurst LLP or to an employee or consultant with equivalent standing and qualifications. The Ashurst Group has an office in each of the places listed above.



The Official Unsecured Creditors Committt
Re: BANKRUPTCY
GDB/GDB/CCN01.00001
For the period: to 31/08/2015
Prebill Number:993145

| Role | Name | Hours | Amount | Code |
|---|---|---:|---:|---|
| Partner | Giles Boothman | 1.10 | 929.50 | (C0007) |
| | | 7.60 | 6,422.00 | (C0031) |
| | | **8.70** | **7,351.50** | |
| Partner | Angela Pearson | 1.10 | 874.50 | (C0031) |
| | | **1.10** | **874.50** | |
| Partner | Marcus Fink | 1.30 | 988.00 | (C0031) |
| | | **1.30** | **988.00** | |
| Senior Associate | Drew Sainsbury | 7.90 | 4,700.50 | (C0007) |
| | | 37.20 | 22,134.00 | (C0031) |
| | | **45.10** | **26,834.50** | |
| Senior Associate | Andy Wright | 1.00 | 570.00 | (C0031) |
| | | **1.00** | **570.00** | |
| Senior Associate | Lindsey Roberts | 0.20 | 109.00 | (C0003) |
| | | 4.10 | 2,234.50 | (C0007) |
| | | 1.00 | 545.00 | (C0012) |
| | | 5.60 | 3,052.00 | (C0031) |
| | | **10.90** | **5,940.50** | |
| Associate | Sophie Law | 0.10 | 44.00 | (C0007) |
| | | 0.20 | 88.00 | (C0012) |
| | | **0.30** | **132.00** | |
| Trainee | Ben Middleton | 6.10 | 1,250.50 | (C0003) |
| | | 2.60 | 533.00 | (C0012) |
| | | 6.10 | 1,250.50 | (C0031) |
| | | **14.80** | **3,034.00** | |
| Trainee | Mesha Ghazaleh | 1.30 | 266.50 | (C0031) |
| | | **1.30** | **266.50** | |
| Trainee | Martin Voelker | 0.30 | 61.50 | (C0031) |
| | | **0.30** | **61.50** | |
| **Total** | | **84.80** | **46,053.00** | |



The Official Unsecured Creditors Committt
Re: BANKRUPTCY
GDB/GDB/CCN01.00001
For the period: to 31/08/2015
Prebill Number:993145

## Matter: CCN01.00001 - BANKRUPTCY

### C0003    Ashurst Fee Application/Monthly Billing Reports

| | | Time (Decimal) | Agreed Rate (GBP /hour) | |
|---|---|---|---|---|
| **Senior Associate** | | | | |
| LROBER | Lindsey Roberts | 0.20 | 545.00 | 109.00 |
| **Trainee** | | | | |
| BMIDDL | Ben Middleton | 6.10 | 205.00 | 1,250.50 |
| | | | Total | 1,359.50 |

### Detailed Time Breakdown

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/08/2015 | Ben Middleton | REVI | Initial review of prebill | 0.30 | 205.00 | 61.50 |
| 11/08/2015 | Lindsey Roberts | LETT | Emails to/from Lester re July fee/estimates; email to B. Kahn re the same. | 0.20 | 545.00 | 109.00 |
| 21/08/2015 | Ben Middleton | LETT | Email Katherine Good re CNO | 0.10 | 205.00 | 20.50 |
| 21/08/2015 | Ben Middleton | REVI | Initial review of July prebill | 0.70 | 205.00 | 143.50 |
| 24/08/2015 | Ben Middleton | REVI | Further review and mark up of July prebill | 1.30 | 205.00 | 266.50 |
| 26/08/2015 | Ben Middleton | MISC | Further mark up of July prebill | 0.80 | 205.00 | 164.00 |
| 27/08/2015 | Ben Middleton | MISC | Final review of July prebill, initial drafting of July fee application, email to cashiers re outstanding invoices | 0.80 | 205.00 | 164.00 |
| 28/08/2015 | Ben Middleton | DRFT | Drafting July fee application, final amendments and collating exhibits, email to Matthew Fagen distributing same | 0.90 | 205.00 | 184.50 |
| 28/08/2015 | Ben Middleton | MISC | Drafted interim fee application and email to Matthew Fagen distributing same | 0.80 | 205.00 | 164.00 |
| 28/08/2015 | Ben Middleton | LETT | Emails Lindsey Roberts re monthly/interim fee applications | 0.40 | 205.00 | 82.00 |

                                                                                              1,359.50

Matter: CCN01.00001 - BANKRUPTCY

## C0007 Creditors Committee Meetings

| | | Time (Decimal) | Agreed Rate (GBP /hour) | |
|---|---|---|---|---|
| **Partner** | | | | |
| GDB | Giles Boothman | 1.10 | 845.00 | 929.50 |
| **Senior Associate** | | | | |
| DSAINS | Drew Sainsbury | 7.90 | 595.00 | 4,700.50 |
| LROBER | Lindsey Roberts | 4.10 | 545.00 | 2,234.50 |
| **Associate** | | | | |
| SLAW | Sophie Law | 0.10 | 440.00 | 44.00 |
| | | | Total | 7,908.50 |

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 06/08/2015 | Drew Sainsbury | LETT | INTD/PREP For call re UCC update on status in EMEA, discuss L Roberts etc, brief GDB on letters. (1.4)<br>PHON Committee call (0.6) | 2.00 | 595.00 | 1,190.00 |
| 06/08/2015 | Giles Boothman | ATTD | UCC call | 0.60 | 845.00 | 507.00 |
| 06/08/2015 | Lindsey Roberts | LETT | Emails to/from DSAINS and Giles re UCC call | 0.20 | 545.00 | 109.00 |
| 06/08/2015 | Lindsey Roberts | REVI | Review and consider documents attached to UCC call agenda; and emails from Canadian Counsel | 1.20 | 545.00 | 654.00 |
| 06/08/2015 | Lindsey Roberts | PHON | UCC call | 0.60 | 545.00 | 327.00 |
| 13/08/2015 | Drew Sainsbury | MISC | PREP For committee call (1.5)<br>PHON Committee call (0.5) | 2.00 | 595.00 | 1,190.00 |
| 13/08/2015 | Giles Boothman | ATTD | UCC call | 0.50 | 845.00 | 422.50 |
| 13/08/2015 | Lindsey Roberts | PHON | UCC call | 0.50 | 545.00 | 272.50 |
| 17/08/2015 | Sophie Law | LETT | Emails re commitee calls | 0.10 | 440.00 | 44.00 |
| 20/08/2015 | Drew Sainsbury | LETT | PREP For call, discuss L Roberts, update GDB (2.5)<br>PHON UCC call (0.6) | 3.10 | 595.00 | 1,844.50 |
| 20/08/2015 | Lindsey Roberts | LETT | Emails to and discussion with DSAINS re UCC call; review of agenda and materials attached | 1.00 | 545.00 | 545.00 |
| 20/08/2015 | Lindsey Roberts | PHON | UCC call | 0.60 | 545.00 | 327.00 |
| 27/08/2015 | Drew Sainsbury | MISC | PHON Call with UCC, update | 0.80 | 595.00 | 476.00 |
| | | | | | | 7,908.50 |

Matter: CCN01.00001 - BANKRUPTCY

## C0012 General Claims Analysis/Claims Objections

| | | Time (Decimal) | Agreed Rate (GBP /hour) | |
|---|---|---|---|---|
| **Senior Associate** | | | | |
| LROBER | Lindsey Roberts | 1.00 | 545.00 | 545.00 |
| **Associate** | | | | |
| SLAW | Sophie Law | 0.20 | 440.00 | 88.00 |
| **Trainee** | | | | |
| BMIDDL | Ben Middleton | 2.60 | 205.00 | 533.00 |
| | | | Total | 1,166.00 |

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/08/2015 | Ben Middleton | LETT | Email Drew Sainsbury distributing allocation decisions/order | 0.20 | 205.00 | 41.00 |
| 03/08/2015 | Ben Middleton | MISC | Drafting timeline of document filings/distributions since allocation decisions | 2.10 | 205.00 | 430.50 |
| 03/08/2015 | Lindsey Roberts | REVI | Review of emails re draft statement of issues | 0.60 | 545.00 | 327.00 |
| 03/08/2015 | Lindsey Roberts | REVI | Review of email (and attachment) re Joint Mediation Statement. | 0.20 | 545.00 | 109.00 |
| 04/08/2015 | Ben Middleton | MISC | Arranged for production of hard-copy file of statements of issue and joint designation of record on appeal | 0.30 | 205.00 | 61.50 |
| 06/08/2015 | Lindsey Roberts | REVI | Review of Response to Motion for Leave. | 0.20 | 545.00 | 109.00 |
| 17/08/2015 | Sophie Law | LETT | Review various emails from past 2 weeks from Akin Gump re: (i) Draft statement of issues; (ii) Statements of Issues on Appeal and Joint Designation of Record on Appeal; (iii) U.S. Interests' Response to Monitor's Motion for Determination that Allocation Order is Interlocutory and for Leave to Appeal and PBGC's Statement of Issues on Appeal in Allocation Appeal | 0.20 | 440.00 | 88.00 |
| | | | | | | 1,166.00 |

Matter: CCN01.00001 - BANKRUPTCY

## C0031    European Proceedings/Matters

|  |  | Time (Decimal) | Agreed Rate (GBP /hour) |  |
|---|---|---:|---:|---:|
| **Partner** | | | | |
| AMP | Angela Pearson | 1.10 | 795.00 | 874.50 |
| GDB | Giles Boothman | 7.60 | 845.00 | 6,422.00 |
| MDF | Marcus Fink | 1.30 | 760.00 | 988.00 |
| **Senior Associate** | | | | |
| ACW | Andy Wright | 1.00 | 570.00 | 570.00 |
| DSAINS | Drew Sainsbury | 37.20 | 595.00 | 22,134.00 |
| LROBER | Lindsey Roberts | 5.60 | 545.00 | 3,052.00 |
| **Trainee** | | | | |
| BMIDDL | Ben Middleton | 6.10 | 205.00 | 1,250.50 |
| MGHAZA | Mesha Ghazaleh | 1.30 | 205.00 | 266.50 |
| MVOELK | Martin Voelker | 0.30 | 205.00 | 61.50 |
| | | | Total | **35,619.00** |

**Matter: CCN01.00001 - BANKRUPTCY**

**C0031   European Proceedings/Matters**

|  |  |  | | Time (Decimal) | Agreed Rate (GBP /hour) | |
|---|---|---|---|---|---|---|

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/08/2015 | Angela Pearson | READ | Review emails re section 75 debt certificates/actuarial discretion | 0.30 | 795.00 | 238.50 |
| 03/08/2015 | Drew Sainsbury | MISC | INTD: Discuss next steps with GDB (0.3) DRFT: Step plan for action points following meeting last week and diss with L Roberts re the same (1.4) READ: UKPC Objections to motion for reconsideration, allocation judgment (3.2) | 4.90 | 595.00 | 2,915.50 |
| 03/08/2015 | Giles Boothman | SUPE | Update session with Drew and review/consider emails and action plan | 1.00 | 845.00 | 845.00 |
| 03/08/2015 | Lindsey Roberts | INTD | Diss with DSAINS (including review of action plan; and emails re the same); | 0.70 | 545.00 | 381.50 |
| 04/08/2015 | Andy Wright | LETT | Considering Akin query re. adjusting section 75 debt certificates in respect of UK pension plan and internal email re the same | 0.30 | 570.00 | 171.00 |
| 04/08/2015 | Angela Pearson | READ | Review emails re section 75 debt certificates | 0.30 | 795.00 | 238.50 |
| 04/08/2015 | Ben Middleton | MISC | Review of Bloomberg article re NNUK hearing | 0.40 | 205.00 | 82.00 |
| 04/08/2015 | Drew Sainsbury | MISC | LETT: Email from D Botter re pension issues, email A Wright (0.2) INTD: A Wright re next steps (0.1) LETT: Email to J Whiteoak (HSF) (0.1) PREP: For call with HSF (1.3) | 1.70 | 595.00 | 1,011.50 |
| 04/08/2015 | Giles Boothman | SUPE | Pensions team re response to Akin/ read emails/ Drew | 0.80 | 845.00 | 676.00 |
| 04/08/2015 | Lindsey Roberts | REVI | Review of emails re section 75 pensions query | 0.10 | 545.00 | 54.50 |
| 04/08/2015 | Marcus Fink | LETT | Review and consider D Botter email | 0.30 | 760.00 | 228.00 |
| 05/08/2015 | Andy Wright | LETT | Email to Nortel re ability to challenge/adjust section 75 pension debts | 0.70 | 570.00 | 399.00 |
| 05/08/2015 | Angela Pearson | REVI | Review emails re section 75 pension debts | 0.50 | 795.00 | 397.50 |
| 05/08/2015 | Drew Sainsbury | MISC | PREP for call with J Whiteoak (1.2) PHON Call with J Whiteoak (0.8) DRFT Update note for Akin re HSF call (0.7) READ Pension authorities re s.75 in insolvency (1.1) DRFT Comments on pension issues email to A Wright (0.5) | 4.30 | 595.00 | 2,558.50 |
| 05/08/2015 | Giles Boothman | ATTD | Call with John Whiteoak, HSF | 0.80 | 845.00 | 676.00 |
| 05/08/2015 | Giles Boothman | SUPE | HSF/ follow up/ read emails re pensions and response to D Botter | 1.00 | 845.00 | 845.00 |
| 05/08/2015 | Lindsey Roberts | LETT | Telephone call with JW at HSF; follow-up from call; review and consider pensons e-mail and DSAINS summary e-mail. | 1.10 | 545.00 | 599.50 |
| 05/08/2015 | Lindsey Roberts | LETT | E-mails re call with HSF | 0.20 | 545.00 | 109.00 |
| 05/08/2015 | Marcus Fink | LETT | Review questions from Akin re s75/actuarial discretion and challenging s75 certficates and answer questions re the same | 0.70 | 760.00 | 532.00 |
| 06/08/2015 | Ben Middleton | MISC | Review of Bloomberg articles re NNUK hearing | 0.60 | 205.00 | 123.00 |

**Matter: CCN01.00001 - BANKRUPTCY**

## C0031      European Proceedings/Matters

| Date | Name | Type | Description | Time (Decimal) | Agreed Rate (GBP /hour) | |
|---|---|---|---|---|---|---|
| 06/08/2015 | Drew Sainsbury | LETT | DRFT Note on s.75 authorities (0.5) PHON/DRFT/INTD Call re Gottileb letter, discuss internally with GDB (0.4) DRFT Gottileb letter (0.6) LETT Circulate Gottileb letter to Akin Gump, clarify comments etc. (0.6) LETT Emails with Canadian counsel re heads up on sending Gottileb letter (0.1) INTD/DRFT Email note on s75 authorities for AGump, discuss A Wright. (1.3) | 3.50 | 595.00 | 2,082.50 |
| 06/08/2015 | Giles Boothman | ATTD | Follow on call with Akin and Cassells | 0.30 | 845.00 | 253.50 |
| 06/08/2015 | Giles Boothman | SUPE | Review letters to/ from Cassells/ discuss with Drew | 1.00 | 845.00 | 845.00 |
| 06/08/2015 | Lindsey Roberts | REVI | Review of emails to/from emails re pension questions. | 0.20 | 545.00 | 109.00 |
| 06/08/2015 | Lindsey Roberts | PHON | T/C with Akin and Cassells re JAs settlements to date. | 0.30 | 545.00 | 163.50 |
| 06/08/2015 | Lindsey Roberts | REVI | Review and consider emails re EMEA response letter in Canadian proceedings. | 0.20 | 545.00 | 109.00 |
| 06/08/2015 | Martin Voelker | PHON | Call from court regarding non-party office copy request for copy of order in the Nortel case by Snowden J. | 0.10 | 205.00 | 20.50 |
| 06/08/2015 | Martin Voelker | LETT | Email to Mesha Ghazaleh regarding non-party office copy request for copy of order in the Nortel case by Snowden J. | 0.10 | 205.00 | 20.50 |
| 07/08/2015 | Drew Sainsbury | LETT | LETT - Email A Wright re s.75 authorities. Emails from D Botter AGump | 0.30 | 595.00 | 178.50 |
| 07/08/2015 | Giles Boothman | READ | Read emails/ pensions/ team/ authorities | 1.00 | 845.00 | 845.00 |
| 07/08/2015 | Lindsey Roberts | LETT | Emails from DSAINS re pension authorities | 0.10 | 545.00 | 54.50 |
| 07/08/2015 | Marcus Fink | LETT | Review and comment on s75 certificate authority email dafted by Drew Sainsbury | 0.30 | 760.00 | 228.00 |
| 07/08/2015 | Martin Voelker | LETT | Emails with Mesha Ghazaleh regarding obtaining copy of Nortel judgment. | 0.10 | 205.00 | 20.50 |
| 10/08/2015 | Lindsey Roberts | REVI | Review emails on pension authorities | 0.10 | 545.00 | 54.50 |
| 11/08/2015 | Ben Middleton | REVI | Review of Bloomberg articles and update email re the same | 0.30 | 205.00 | 61.50 |
| 11/08/2015 | Drew Sainsbury | MISC | LETT Emails with D Botter (via A Wright) re pension claims (0.2) READ Progress reports (1.2) | 1.40 | 595.00 | 833.00 |
| 11/08/2015 | Lindsey Roberts | REVI | Review statements of appeal. | 0.50 | 545.00 | 272.50 |
| 13/08/2015 | Ben Middleton | REVI | Review of Nortel Bloomberg results | 0.20 | 205.00 | 41.00 |
| 13/08/2015 | Drew Sainsbury | MISC | LETT/INTD/READ INSOL article, amails F Hodora re Rubin and other decisions, read, source, review and send summary, discuss G Boothman | 0.90 | 595.00 | 535.50 |
| 13/08/2015 | Giles Boothman | LETT | Emails re Rubin judgment | 0.20 | 845.00 | 169.00 |
| 14/08/2015 | Ben Middleton | REVI | Review of Nortel Bloomberg results | 0.20 | 205.00 | 41.00 |
| 17/08/2015 | Ben Middleton | MISC | Review of Nortel Bloomberg results and requested article re NNUK insolvency | 0.30 | 205.00 | 61.50 |
| 18/08/2015 | Drew Sainsbury | LETT | LETT Email from B Kahn, R Johnson re claims bar date etc. (0.3) DRFT Response to Akin Gump re claims bar date. (1.6) INTD Discuss with G Boothman (0.2) | 2.10 | 595.00 | 1,249.50 |
| 19/08/2015 | Drew Sainsbury | LETT | LETT Email from F Hodora DRFT/READ Email response, read progress report, circulate LETT Further emails with Fred and UCC advisers re distributions and other matters LETT Email update from UCC advisers on meeting with PwC. INTD Discuss L Roberts re PwC etc. | 2.40 | 595.00 | 1,428.00 |
| 19/08/2015 | Giles Boothman | READ | Emails re EMEA bar date | 0.20 | 845.00 | 169.00 |
| 19/08/2015 | Lindsey Roberts | LETT | Emails to/from DSAINS and Akin re proof date and discussion's re the same | 0.60 | 545.00 | 327.00 |
| 19/08/2015 | Mesha Ghazaleh | LETT | Review of progress reports | 0.40 | 205.00 | 82.00 |

**Matter: CCN01.00001 - BANKRUPTCY**

<u>**C0031**</u>     <u>**European Proceedings/Matters**</u>

                        **Time**        **Agreed Rate**
                     **(Decimal)**    **(GBP /hour)**

Matter: CCN01.00001 - BANKRUPTCY

**C0031    European Proceedings/Matters**

| Date | Name | Code | Description | Time (Decimal) | Agreed Rate (GBP /hour) | |
|---|---|---|---|---|---|---|
| 20/08/2015 | Giles Boothman | READ | Emails re EMEA bar date | 0.20 | 845.00 | 169.00 |
| 24/08/2015 | Drew Sainsbury | MISC | READ/INTD Hogan Lovells on allocation judgment, circulate to team. READ Nortel France decision – transcript. LETT – Emails J Whiteoak | 1.50 | 595.00 | 892.50 |
| 24/08/2015 | Lindsey Roberts | REVI | Review of details on UK proceedings | 0.40 | 545.00 | 218.00 |
| 24/08/2015 | Mesha Ghazaleh | LETT | Review of article; Emailto the team re the same | 0.20 | 205.00 | 41.00 |
| 25/08/2015 | Ben Middleton | REVI | Review of Bloomberg results | 0.20 | 205.00 | 41.00 |
| 25/08/2015 | Mesha Ghazaleh | LETT | Compare the progress report filed on companies house with the progress report on the nortel website | 0.10 | 205.00 | 20.50 |
| 26/08/2015 | Ben Middleton | MISC | Review of Bloomberg document re NNUK judgment hearing, email Drew Sainsbury re same | 0.40 | 205.00 | 82.00 |
| 26/08/2015 | Ben Middleton | DRFT | Draft email for committee re NNUK judgment hearing | 0.30 | 205.00 | 61.50 |
| 26/08/2015 | Ben Middleton | REVI | Review of Bloomberg Nortel results | 0.20 | 205.00 | 41.00 |
| 26/08/2015 | Drew Sainsbury | MISC | INTD Emails with B Middleton, L Roberts and G Boothman re Nortel hearing tomorrow<br>LETT Email with HSF re hearing<br>LETT Emails with Akin re hearing.<br>PREP For UCC call tomorrow | 2.50 | 595.00 | 1,487.50 |
| 26/08/2015 | Giles Boothman | READ | Emails re UK hearing and email team | 0.40 | 845.00 | 338.00 |
| 26/08/2015 | Lindsey Roberts | LETT | Email re Court Application Hearing; Emails to BMIDDL re the same; emails to/from DSAINS; email to Akin re the same; Review of summary of hearing/judgment | 1.10 | 545.00 | 599.50 |
| 27/08/2015 | Ben Middleton | MISC | Attendance at NNUK judgment hearing | 1.80 | 205.00 | 369.00 |
| 27/08/2015 | Ben Middleton | LETT | Emails Mr Justice Snowden's clerk re soft copy of judgment, emails/call Drew Sainsbury re same | 0.40 | 205.00 | 82.00 |
| 27/08/2015 | Ben Middleton | LETT | Email update to team re NNUK judgment hearing | 0.40 | 205.00 | 82.00 |
| 27/08/2015 | Ben Middleton | MISC | Review of Bloomberg Nortel following release of judgment | 0.10 | 205.00 | 20.50 |
| 27/08/2015 | Drew Sainsbury | MISC | INTD Emails with B Middleton re Nortel hearing (0.3)<br>PREP/READ For UCC call, agenda materials etc. (2.9)<br>LETT Emails with F Hodora etc (1.2)<br>READ Judgment from Snowden (1.6)<br>INTD G Boothman (0.3) | 6.30 | 595.00 | 3,748.50 |
| 27/08/2015 | Giles Boothman | LETT | Emails re HS emails/ committee call/Diss with Drew | 0.40 | 845.00 | 338.00 |
| 28/08/2015 | Ben Middleton | REVI | Review of Bloomberg Nortel articles following release of judgment | 0.30 | 205.00 | 61.50 |
| 28/08/2015 | Drew Sainsbury | MISC | LETT – Emails with G Boothman, F Hodara re next steps (0.3)<br>READ – Letter from HSF to US court, Canadian court (0.7)<br>DRFT – Note for Akin Gump re HSF letter (0.7)<br>LETT – Email to Akin Gump re HSF letter (0.1)<br>SUPE – Trainee re progress reports (0.3)<br>LETT – Email M Fagen re progress reports (0.2)<br>READ – Materials from previous UCC meeting (2.1) | 4.40 | 595.00 | 2,618.00 |
| 28/08/2015 | Giles Boothman | LETT | Emails re HS emails/ Committee call/ Drew | 0.30 | 845.00 | 253.50 |
| 28/08/2015 | Mesha Ghazaleh | LETT | Review of the Nortel judgment | 0.60 | 205.00 | 123.00 |
| 31/08/2015 | Drew Sainsbury | READ | Reading materials sent by M Fagen on 28 August (late) | 1.00 | 595.00 | 595.00 |
| | | | | | | **35,619.00** |