**Exhibit C**

**DISBURSEMENT SUMMARY**

**AUGUST 01, 2015 THROUGH AUGUST 31, 2015**

| Document Production | £39.00 |
|---|---:|
| Travel – Ground Transportation | £134.74 |
| Meals | £25.27 |
| Telecommunications | £2.44 |
| Publications | £36.25 |
| **TOTAL** | **£237.70** |