**Exhibit D**

## Disbursements Detailed Breakdown

Document Production 650 pages @ 0.06p                                                                                                                         £39.00


### Fares, Courier Charges and Incidental Expenses (Taxis)

| Date | Description | Amount |
|---|---|---|
| 14/07/2015 | VENDOR: BRUNEL CARRIAGE PLC; INVOICE#: BC/296102; DATE: 14/07/2015 - various taxi charges<br>06/07/16 appold st to mordaunt st sw9 | 29.38 |
| 05/08/2015 | VENDOR: Radio Taxicabs (London) Ltd INVOICE#: RT236124 DATE: 09/08/2015<br>\|Ref: 34049795, Date: 05/08/2015, From: ASHURST, To: WATERLOO | 31.79 |
| 06/08/2015 | VENDOR: Radio Taxicabs (London) Ltd INVOICE#: RT236124 DATE: 09/08/2015<br>\|Ref: 34060674, Date: 06/08/2015, From: APPOLD ST, To: NW1 4PT | 41.89 |
| 14/08/2015 | VENDOR: BRUNEL CARRIAGE PLC; INVOICE#: BC/299832; DATE: 14/08/2015 - VARIOUS TAXIS<br>06/08/15 appold st to mordaunt st sw9 | 29.38 |


### Fares, Courier Charges and Incidental Expenses (Meals)

| Date | Description | Amount |
|---|---|---|
| 29/07/2015 | VENDOR: Conference Room Catering INVOICE#: 01-31-07-2015 DATE: 31/07/2015<br>\|Hospitality Recharges - Writs Eve Food - PURPOSE: - - Jul 29 2015 | 8.30 |
| 29/07/2015 | VENDOR: Conference Room Catering INVOICE#: 01-31-07-2015 DATE: 31/07/2015<br>\|Hospitality Recharges - Writs Eve Food - PURPOSE: - - Jul 29 2015 | 5.85 |
| 26/08/2015 | VENDOR: Roberts, Lindsey INVOICE#: 09380519090200109209 DATE: 02/09/2015<br>Food/drink, 26/08/15, working late | 9.45 |
| 26/08/2015 | VENDOR: Roberts, Lindsey INVOICE#: 09380519090200109209 DATE: 02/09/2015<br>Food/drink, 26/08/15, working late | 1.67 |


### Fares, Courier Charges and Incidental Expenses (Telephone Conference)

| Date | Description | Amount |
|---|---|---|
| 08/08/2015 | VENDOR: Meetingzone Ltd; INVOICE#: 001552895; DATE: 08/08/2015 - conference calls | 2.44 |


### Fares, Courier Charges and Incidental Expenses (Publications)

| Date | Description | Amount |
|---|---|---|
| 24/08/2015 | VENDOR: Thomson Reuters; INVOICE#: 801920924; DATE: 24/08/2015 - article from international corporate rescue 12(4) pgs 202-204 requested by MGHAZA | 36.25 |


### Fares, Courier Charges and Incidental Expenses (Miscellaneous UK Travel (inc. Bus, train, Tube and Internal Air Fares))

| Date | Description | Amount |
|---|---|---|
| 27/08/2015 | VENDOR: MIDDLETON, BEN INVOICE#: 09380545082900109203 DATE: 29/08/2015<br>Public transport, 27/08/15, 27.8.15: Travel back from judgment hearing: £2.30.  CCN01.00001 | 2.30 |

# Exhibit E

## SUMMARY OF ATTORNEYS AND LEGAL ASSISTANTS RENDERING SERVICES DURING THE PERIOD AUGUST 01, 2015 THROUGH AUGUST 31, 2015

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested (£) |
|---|---|---|---|---|
| Giles Boothman | Partner for 13 years; Admitted in 1993 in England and Wales; Restructuring and Special Situations Group, London | £845 | 8.70 | 7,351.50 |
| Angela Pearson | Partner for 8 years; Admitted in 1991 in England and Wales; Dispute Resolution Group, London | £795 | 1.10 | 874.50 |
| Marcus Fink | Partner for 2 years; Admitted in 2001 in England and Wales; Employment, Incentives and Pensions Group, London | £760 | 1.30 | 988.00 |
| Drew Sainsbury | Associate for 7 years; Admitted in 2007 in England and Wales; Restructuring and Special Situations Group, London | £595 | 45.10 | 26,834.50 |
| Andy Wright | Associate for 6 years; Admitted in 2009 in England and Wales; Employment, Incentives and Pensions Group, London | £570 | 1.00 | 570.00 |
| Lindsey Roberts | Associate for 4 years; Admitted in 2011 in England and Wales; Dispute Resolution Group, London | £545 | 10.90 | 5,940.50 |
| Sophie Law | Associate for 2 years; Admitted in 2012 in England and Wales; Dispute Resolution Group, London | £440 | 0.30 | 132.00 |
| Ben Middleton | Trainee Solicitor; Dispute Resolution Group, London | £205 | 14.80 | 3,034.00 |
| Mesha Ghazaleh | Trainee Solicitor; Restructuring and Special Situations Group, London | £205 | 1.30 | 266.50 |
| Martin Voelker | Trainee Solicitor; Dispute Resolution Group, London | £205 | 0.30 | 61.50 |

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested (£) |
|---|---|---|---|---|
| TOTAL | | | 84.80 | 46,053.00 |

# COMPENSATION BY PROJECT CATEGORY
## AUGUST 01, 2015 THROUGH AUGUST 31, 2015

| Project Category | Total Hours | Total Fees (£) |
| --- | --- | --- |
| Ashurst Fee Application / Monthly Billing Reports | 6.30 | 1,359.50 |
| Creditors Committee Meetings | 13.20 | 7,908.50 |
| General Claims Analysis/Claims Objections | 3.80 | 1,166.00 |
| European Proceedings/Matters | 61.50 | 35,619.00 |
| **TOTAL** | **84.80** | **46,053.00** |