**Exhibit B**

**EXPENSE SUMMARY**[1]

Nortel Networks Inc., *et al.*
(Case No. 09-10138 (KG))

August 1, 2015 through August 31, 2015

| **Expense Category** | | **Total Expenses** |
|---|---|---:|
| Travel – Transportation | | $1,919.92 |
| Travel – Lodging | | 324.00 |
| Travel – Meals | | 9.00 |
| Mailing & Shipping Charges | | 61.78 |
| Duplicating Charges (at $0.10/page) | | 690.10 |
| Legal Research | Lexis | 904.49 |
| | Westlaw | 12,379.98 |
| | PACER | 2,316.80 |
| Late Work – Meals | | 1,390.89 |
| Late Work – Transportation | | 2,233.45 |
| Conference Meals | | 875.73 |
| Other Charges | | 26,386.94 |
| Expert Expenses | | 2,053.50 |
| **Grand Total Expenses** | | **$51,546.58** |

---

[1] Note: This Application includes certain expenses incurred during a period related to a previously submitted fee application, but not entered into the Cleary Gottlieb accounting system until the period covered by this Application.

| EXPENSE SUMMARY | | In re Nortel Networks Inc., et al. |
|---|---|---|
| **August 1, 2015 through August 31, 2015** | | **(Case No. 09-10138 (KG))** |

Note: This Application includes certain expenses incurred during a period related to a previously submitted fee application but not entered into the Cleary Gottlieb accounting system until the period covered by this Application.

| Date | Amount | Narrative |
|---|---|---|
| **Travel - Transportation**[1] | | |
| 6/24/2015 | 45.00 | TRAVEL - TRANSPORTATION - Stein Trip to Delaware (booking fee) |
| 6/24/2015 | 268.00 | TRAVEL - TRANSPORTATION - Stein Trip to Delaware (roundtrip train ticket) |
| 6/26/2015 | 20.69 | TRAVEL - TRANSPORTATION - Stein Trip to Delaware (ride from train station) |
| 7/28/2015 | 268.00 | TRAVEL - TRANSPORTATION - Bitterly Trip to Delaware (roundtrip train ticket) |
| 7/28/2015 | 268.00 | TRAVEL - TRANSPORTATION - Rosenthal Trip to Delaware (roundtrip train ticket) |
| 7/28/2015 | 45.00 | TRAVEL - TRANSPORTATION - Schweitzer Trip to Delaware (booking fee) |
| 7/28/2015 | 268.00 | TRAVEL - TRANSPORTATION - Schweitzer Trip to Delaware (roundtrip train ticket) |
| 7/28/2015 | 45.00 | TRAVEL - TRANSPORTATION - Stein Trip to Delaware (booking fee) |
| 7/28/2015 | 268.00 | TRAVEL - TRANSPORTATION - Stein Trip to Delaware (roundtrip train ticket) |
| 7/29/2015 | -55.00 | TRAVEL - TRANSPORTATION - Bitterly Trip to Delaware (credit) |
| 7/29/2015 | -55.00 | TRAVEL - TRANSPORTATION - Rosenthal Trip to Delaware (credit) |
| 7/29/2015 | 18.96 | TRAVEL - TRANSPORTATION - Rosenthal Trip to Delaware (ride to train station) |
| 7/29/2015 | -55.00 | TRAVEL - TRANSPORTATION - Schweitzer Trip to Delaware (credit) |
| 7/29/2015 | 138.03 | TRAVEL - TRANSPORTATION - Schweitzer Trip to Delaware (ride to train station) |
| 7/29/2015 | -55.00 | TRAVEL - TRANSPORTATION - Stein Trip to Delaware (credit) |
| 7/29/2015 | 26.00 | TRAVEL - TRANSPORTATION - Stein Trip to Delaware (ride from train station) |
| 8/10/2015 | 45.00 | TRAVEL - TRANSPORTATION - Bromley Trip to Washington, D.C. (booking fee) |
| 8/10/2015 | 337.00 | TRAVEL - TRANSPORTATION - Bromley Trip to Washington, D.C. (roundtrip train ticket) |
| 8/10/2015 | 45.00 | TRAVEL - TRANSPORTATION - Schweitzer Trip to Washington, D.C. (booking fee) |
| 8/11/2015 | 7.00 | TRAVEL - TRANSPORTATION - Bromley Trip to Washington, D.C. (ride within Washington, D.C.) |
| 8/11/2015 | 11.55 | TRAVEL - TRANSPORTATION - Bromley Trip to Washington, D.C. (ride within Washington, D.C.) |
| 8/11/2015 | 15.69 | TRAVEL - TRANSPORTATION - Bromley Trip to Washington, D.C. (ride within Washington, D.C.) |
| **TOTAL:** | **1,919.92** | |
| | | |
| **Travel - Lodging** | | |
| 6/26/2015 | 324.00 | TRAVEL - LODGING - Stein Trip to Delaware (1 night) |
| **TOTAL:** | **324.00** | |
| | | |
| **Travel - Meals** | | |
| 7/29/2015 | 9.00 | TRAVEL - MEALS - Stein Trip to Delaware |
| **TOTAL:** | **9.00** | |

**EXPENSE SUMMARY**  In re Nortel Networks Inc., et al.
August 1, 2015 through August 31, 2015  (Case No. 09-10138 (KG))

| Date | Amount | Narrative |
|---|---|---|
| **Mailing & Shipping Charges** | | |
| | | |
| 6/26/2015 | 6.73 | SHIPPING CHARGES Inv#: 508336564  Track#: 621939026098 |
| 6/30/2015 | 30.21 | SHIPPING CHARGES Inv#: 649813403  Track#: 621939027360 |
| 7/2/2015 | 8.28 | SHIPPING CHARGES Inv#: 508625777  Track#: 541171385599 |
| 7/2/2015 | 8.28 | SHIPPING CHARGES Inv#: 508910256  Track#: 541171385603 |
| 7/2/2015 | 8.28 | SHIPPING CHARGES Inv#: 508910256  Track#: 541171385614 |
| **TOTAL:** | **61.78** | |
| | | |
| **Duplicating Charges (@ $0.10/page)** | | |
| | | |
| 8/2/2015 | 0.10 | NY DUPLICATING XEROX |
| 8/2/2015 | 0.40 | NY DUPLICATING XEROX |
| 8/2/2015 | 0.60 | NY DUPLICATING XEROX |
| 8/2/2015 | 0.60 | NY DUPLICATING XEROX |
| 8/2/2015 | 0.60 | NY DUPLICATING XEROX |
| 8/2/2015 | 0.60 | NY DUPLICATING XEROX |
| 8/2/2015 | 0.80 | NY DUPLICATING XEROX |
| 8/2/2015 | 0.80 | NY DUPLICATING XEROX |
| 8/2/2015 | 0.80 | NY DUPLICATING XEROX |
| 8/2/2015 | 0.80 | NY DUPLICATING XEROX |
| 8/2/2015 | 1.00 | NY DUPLICATING XEROX |
| 8/2/2015 | 1.00 | NY DUPLICATING XEROX |
| 8/2/2015 | 1.80 | NY DUPLICATING XEROX |
| 8/2/2015 | 2.00 | NY DUPLICATING XEROX |
| 8/2/2015 | 2.00 | NY DUPLICATING XEROX |
| 8/2/2015 | 2.20 | NY DUPLICATING XEROX |
| 8/2/2015 | 2.20 | NY DUPLICATING XEROX |
| 8/2/2015 | 2.20 | NY DUPLICATING XEROX |
| 8/2/2015 | 2.40 | NY DUPLICATING XEROX |
| 8/2/2015 | 3.20 | NY DUPLICATING XEROX |
| 8/2/2015 | 3.40 | NY DUPLICATING XEROX |
| 8/2/2015 | 6.80 | NY DUPLICATING XEROX |
| 8/2/2015 | 6.80 | NY DUPLICATING XEROX |
| 8/5/2015 | 0.10 | NY DUPLICATING XEROX |
| 8/5/2015 | 0.10 | NY DUPLICATING XEROX |
| 8/5/2015 | 0.10 | NY DUPLICATING XEROX |
| 8/5/2015 | 0.20 | NY DUPLICATING XEROX |
| 8/5/2015 | 0.20 | NY DUPLICATING XEROX |
| 8/5/2015 | 0.20 | NY DUPLICATING XEROX |

**EXPENSE SUMMARY**   In re Nortel Networks Inc., et al.
August 1, 2015 through August 31, 2015   (Case No. 09-10138 (KG))

| Date | Amount | Narrative |
|---|---|---|
| 8/5/2015 | 0.20 | NY DUPLICATING XEROX |
| 8/5/2015 | 0.30 | NY DUPLICATING XEROX |
| 8/5/2015 | 0.40 | NY DUPLICATING XEROX |
| 8/5/2015 | 0.40 | NY DUPLICATING XEROX |
| 8/5/2015 | 0.60 | NY DUPLICATING XEROX |
| 8/5/2015 | 0.60 | NY DUPLICATING XEROX |
| 8/5/2015 | 0.60 | NY DUPLICATING XEROX |
| 8/5/2015 | 0.90 | NY DUPLICATING XEROX |
| 8/5/2015 | 0.90 | NY DUPLICATING XEROX |
| 8/5/2015 | 0.90 | NY DUPLICATING XEROX |
| 8/5/2015 | 0.90 | NY DUPLICATING XEROX |
| 8/5/2015 | 0.90 | NY DUPLICATING XEROX |
| 8/5/2015 | 0.90 | NY DUPLICATING XEROX |
| 8/5/2015 | 0.90 | NY DUPLICATING XEROX |
| 8/5/2015 | 1.50 | NY DUPLICATING XEROX |
| 8/5/2015 | 1.50 | NY DUPLICATING XEROX |
| 8/5/2015 | 2.20 | NY DUPLICATING XEROX |
| 8/5/2015 | 2.20 | NY DUPLICATING XEROX |
| 8/5/2015 | 6.30 | NY DUPLICATING XEROX |
| 8/5/2015 | 6.30 | NY DUPLICATING XEROX |
| 8/5/2015 | 18.60 | NY DUPLICATING XEROX |
| 8/5/2015 | 18.60 | NY DUPLICATING XEROX |
| 8/6/2015 | 0.20 | NY DUPLICATING XEROX |
| 8/6/2015 | 0.40 | NY DUPLICATING XEROX |
| 8/6/2015 | 0.50 | NY DUPLICATING XEROX |
| 8/6/2015 | 0.50 | NY DUPLICATING XEROX |
| 8/6/2015 | 1.30 | NY DUPLICATING XEROX |
| 8/6/2015 | 1.60 | NY DUPLICATING XEROX |
| 8/13/2015 | 0.10 | NY DUPLICATING XEROX |
| 8/13/2015 | 3.90 | NY DUPLICATING XEROX |
| 8/13/2015 | 117.10 | NY DUPLICATING XEROX |
| 8/14/2015 | 0.10 | NY DUPLICATING XEROX |
| 8/14/2015 | 0.10 | NY DUPLICATING XEROX |
| 8/14/2015 | 24.80 | NY DUPLICATING XEROX |
| 8/17/2015 | 3.90 | NY DUPLICATING XEROX |
| 8/17/2015 | 9.00 | NY DUPLICATING XEROX |
| 8/19/2015 | 0.10 | NY DUPLICATING XEROX |
| 8/19/2015 | 0.30 | NY DUPLICATING XEROX |
| 8/19/2015 | 0.50 | NY DUPLICATING XEROX |
| 8/19/2015 | 0.50 | NY DUPLICATING XEROX |

**EXPENSE SUMMARY**  **In re Nortel Networks Inc., et al.**
**August 1, 2015 through August 31, 2015**  **(Case No. 09-10138 (KG))**

| Date | Amount | Narrative |
|---|---|---|
| 8/19/2015 | 1.00 | NY DUPLICATING XEROX |
| 8/19/2015 | 1.10 | NY DUPLICATING XEROX |
| 8/19/2015 | 2.10 | NY DUPLICATING XEROX |
| 8/21/2015 | 0.70 | NY DUPLICATING XEROX |
| 8/21/2015 | 2.30 | NY DUPLICATING XEROX |
| 8/21/2015 | 12.60 | NY DUPLICATING XEROX |
| 8/21/2015 | 15.40 | NY DUPLICATING XEROX |
| 8/21/2015 | 44.10 | NY DUPLICATING XEROX |
| 8/21/2015 | 130.20 | NY DUPLICATING XEROX |
| 8/24/2015 | 16.80 | NY DUPLICATING XEROX |
| 8/25/2015 | 0.10 | NY DUPLICATING XEROX |
| 8/25/2015 | 0.20 | NY DUPLICATING XEROX |
| 8/25/2015 | 0.30 | NY DUPLICATING XEROX |
| 8/25/2015 | 0.40 | NY DUPLICATING XEROX |
| 8/25/2015 | 0.40 | NY DUPLICATING XEROX |
| 8/25/2015 | 0.60 | NY DUPLICATING XEROX |
| 8/25/2015 | 0.60 | NY DUPLICATING XEROX |
| 8/25/2015 | 0.80 | NY DUPLICATING XEROX |
| 8/25/2015 | 1.20 | NY DUPLICATING XEROX |
| 8/25/2015 | 1.20 | NY DUPLICATING XEROX |
| 8/25/2015 | 2.40 | NY DUPLICATING XEROX |
| 8/25/2015 | 2.40 | NY DUPLICATING XEROX |
| 8/25/2015 | 2.40 | NY DUPLICATING XEROX |
| 8/25/2015 | 2.40 | NY DUPLICATING XEROX |
| 8/25/2015 | 3.20 | NY DUPLICATING XEROX |
| 8/25/2015 | 3.40 | NY DUPLICATING XEROX |
| 8/25/2015 | 3.50 | NY DUPLICATING XEROX |
| 8/25/2015 | 3.50 | NY DUPLICATING XEROX |
| 8/25/2015 | 8.60 | NY DUPLICATING XEROX |
| 8/25/2015 | 10.40 | NY DUPLICATING XEROX |
| 8/25/2015 | 10.60 | NY DUPLICATING XEROX |
| 8/25/2015 | 12.20 | NY DUPLICATING XEROX |
| 8/25/2015 | 12.40 | NY DUPLICATING XEROX |
| 8/25/2015 | 15.30 | NY DUPLICATING XEROX |
| 8/25/2015 | 15.30 | NY DUPLICATING XEROX |
| 8/25/2015 | 25.10 | NY DUPLICATING XEROX |
| 8/25/2015 | 49.40 | NY DUPLICATING XEROX |
| **TOTAL:** | **690.10** | |
| | | |
| **Legal Research - Lexis** | | |

| EXPENSE SUMMARY | | In re Nortel Networks Inc., et al. |
|---|---|---|
| **August 1, 2015 through August 31, 2015** | | **(Case No. 09-10138 (KG))** |

| Date | Amount | Narrative |
|---|---|---|
| 7/1/2015 | 0.74 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 7/1/2015 | 0.75 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 7/1/2015 | 0.76 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 7/2/2015 | 0.75 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 7/2/2015 | 0.75 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 7/2/2015 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 7/3/2015 | 0.75 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 7/3/2015 | 0.75 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 7/3/2015 | 0.76 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 7/4/2015 | 0.75 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 7/4/2015 | 0.75 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 7/4/2015 | 0.76 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 7/5/2015 | 0.75 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 7/5/2015 | 0.76 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 7/5/2015 | 0.76 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 7/6/2015 | 0.74 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 7/6/2015 | 0.76 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 7/6/2015 | 0.76 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 7/7/2015 | 0.75 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 7/7/2015 | 0.76 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 7/7/2015 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 7/8/2015 | 0.75 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 7/8/2015 | 0.76 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 7/8/2015 | 0.76 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 7/9/2015 | 0.75 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 7/9/2015 | 0.76 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 7/9/2015 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 7/10/2015 | 20.69 | COMPUTER RESEARCH - LEXIS |
| 7/10/2015 | 54.44 | COMPUTER RESEARCH - LEXIS |
| 7/10/2015 | 87.10 | COMPUTER RESEARCH - LEXIS |
| 7/10/2015 | 0.76 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 7/10/2015 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 7/10/2015 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 7/11/2015 | 0.75 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 7/11/2015 | 0.75 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 7/11/2015 | 0.76 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 7/12/2015 | 0.74 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 7/12/2015 | 0.76 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 7/12/2015 | 0.78 | COMPUTER RESEARCH - LEXIS PUBLISHER |

| EXPENSE SUMMARY | | In re Nortel Networks Inc., et al. |
|---|---|---|
| August 1, 2015 through August 31, 2015 | | (Case No. 09-10138 (KG)) |

| Date | Amount | Narrative |
|---|---|---|
| 7/13/2015 | 0.76 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 7/13/2015 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 7/13/2015 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 7/14/2015 | 0.75 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 7/14/2015 | 0.75 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 7/14/2015 | 0.76 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 7/15/2015 | 0.75 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 7/15/2015 | 0.76 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 7/15/2015 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 7/16/2015 | 20.69 | COMPUTER RESEARCH - LEXIS |
| 7/16/2015 | 0.76 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 7/16/2015 | 0.76 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 7/16/2015 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 7/17/2015 | 0.75 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 7/17/2015 | 0.76 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 7/17/2015 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 7/18/2015 | 0.74 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 7/18/2015 | 0.74 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 7/18/2015 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 7/19/2015 | 0.76 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 7/19/2015 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 7/19/2015 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 7/20/2015 | 20.69 | COMPUTER RESEARCH - LEXIS |
| 7/20/2015 | 0.76 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 7/20/2015 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 7/20/2015 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 7/21/2015 | 0.75 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 7/21/2015 | 0.76 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 7/21/2015 | 0.76 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 7/22/2015 | 0.75 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 7/22/2015 | 0.75 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 7/22/2015 | 0.76 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 7/23/2015 | 20.69 | COMPUTER RESEARCH - LEXIS |
| 7/23/2015 | 0.75 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 7/23/2015 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 7/23/2015 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 7/24/2015 | 0.75 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 7/24/2015 | 0.76 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 7/24/2015 | 0.76 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 7/25/2015 | 16.33 | COMPUTER RESEARCH - LEXIS |

**EXPENSE SUMMARY**                                                                 In re Nortel Networks Inc., et al.
**August 1, 2015 through August 31, 2015**                                          (Case No. 09-10138 (KG))

| Date | Amount | Narrative |
|---|---|---|
| 7/25/2015 | 16.33 | COMPUTER RESEARCH - LEXIS |
| 7/25/2015 | 54.44 | COMPUTER RESEARCH - LEXIS |
| 7/25/2015 | 163.31 | COMPUTER RESEARCH - LEXIS |
| 7/25/2015 | 0.75 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 7/25/2015 | 0.75 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 7/25/2015 | 0.76 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 7/26/2015 | 0.75 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 7/26/2015 | 0.75 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 7/26/2015 | 0.76 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 7/27/2015 | 20.69 | COMPUTER RESEARCH - LEXIS |
| 7/27/2015 | 0.75 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 7/27/2015 | 0.75 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 7/27/2015 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 7/28/2015 | 0.75 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 7/28/2015 | 0.76 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 7/28/2015 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 7/29/2015 | 0.74 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 7/29/2015 | 0.76 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 7/29/2015 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 7/30/2015 | 0.75 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 7/30/2015 | 0.76 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 7/30/2015 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 7/31/2015 | 0.76 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 7/31/2015 | 0.76 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 7/31/2015 | 0.76 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 8/22/2015 | 25.04 | COMPUTER RESEARCH - LEXIS |
| 8/22/2015 | 313.56 | COMPUTER RESEARCH - LEXIS |
| **TOTAL:** | **904.49** | |
| | | |
| **Legal Research - Westlaw** | | |
| | | |
| 7/15/2015 | 54.36 | COMPUTER RESEARCH - WESTLAW |
| 7/16/2015 | 43.11 | COMPUTER RESEARCH - WESTLAW |
| 7/17/2015 | 29.36 | COMPUTER RESEARCH - WESTLAW |
| 7/17/2015 | 342.30 | COMPUTER RESEARCH - WESTLAW |
| 7/18/2015 | 128.47 | COMPUTER RESEARCH - WESTLAW |
| 7/20/2015 | 43.11 | COMPUTER RESEARCH - WESTLAW |
| 7/20/2015 | 427.51 | COMPUTER RESEARCH - WESTLAW |
| 7/21/2015 | 64.45 | COMPUTER RESEARCH - WESTLAW |
| 7/22/2015 | 323.14 | COMPUTER RESEARCH - WESTLAW |

| EXPENSE SUMMARY | | In re Nortel Networks Inc., et al. |
| --- | --- | --- |
| August 1, 2015 through August 31, 2015 | | (Case No. 09-10138 (KG)) |

| Date | Amount | Narrative |
| --- | --- | --- |
| 7/22/2015 | 426.79 | COMPUTER RESEARCH - WESTLAW |
| 7/23/2015 | 343.75 | COMPUTER RESEARCH - WESTLAW |
| 7/23/2015 | 1,249.45 | COMPUTER RESEARCH - WESTLAW |
| 7/24/2015 | 26.27 | COMPUTER RESEARCH - WESTLAW |
| 7/24/2015 | 81.87 | COMPUTER RESEARCH - WESTLAW |
| 7/24/2015 | 131.31 | COMPUTER RESEARCH - WESTLAW |
| 7/25/2015 | 8.27 | COMPUTER RESEARCH - WESTLAW |
| 7/25/2015 | 85.36 | COMPUTER RESEARCH - WESTLAW |
| 7/26/2015 | 43.11 | COMPUTER RESEARCH - WESTLAW |
| 7/26/2015 | 77.52 | COMPUTER RESEARCH - WESTLAW |
| 7/26/2015 | 103.90 | COMPUTER RESEARCH - WESTLAW |
| 7/27/2015 | 236.91 | COMPUTER RESEARCH - WESTLAW |
| 7/27/2015 | 236.91 | COMPUTER RESEARCH - WESTLAW |
| 7/27/2015 | 409.51 | COMPUTER RESEARCH - WESTLAW |
| 7/28/2015 | 43.11 | COMPUTER RESEARCH - WESTLAW |
| 7/28/2015 | 86.23 | COMPUTER RESEARCH - WESTLAW |
| 7/28/2015 | 129.34 | COMPUTER RESEARCH - WESTLAW |
| 7/28/2015 | 331.96 | COMPUTER RESEARCH - WESTLAW |
| 7/28/2015 | 819.18 | COMPUTER RESEARCH - WESTLAW |
| 7/29/2015 | 43.11 | COMPUTER RESEARCH - WESTLAW |
| 7/29/2015 | 172.02 | COMPUTER RESEARCH - WESTLAW |
| 7/30/2015 | 64.27 | COMPUTER RESEARCH - WESTLAW |
| 7/30/2015 | 301.80 | COMPUTER RESEARCH - WESTLAW |
| 7/30/2015 | 310.51 | COMPUTER RESEARCH - WESTLAW |
| 7/31/2015 | 43.11 | COMPUTER RESEARCH - WESTLAW |
| 7/31/2015 | 64.02 | COMPUTER RESEARCH - WESTLAW |
| 7/31/2015 | 86.23 | COMPUTER RESEARCH - WESTLAW |
| 7/31/2015 | 172.46 | COMPUTER RESEARCH - WESTLAW |
| 7/31/2015 | 194.42 | COMPUTER RESEARCH - WESTLAW |
| 8/3/2015 | 86.23 | COMPUTER RESEARCH - WESTLAW |
| 8/3/2015 | 474.26 | COMPUTER RESEARCH - WESTLAW |
| 8/4/2015 | 129.34 | COMPUTER RESEARCH - WESTLAW |
| 8/4/2015 | 163.75 | COMPUTER RESEARCH - WESTLAW |
| 8/4/2015 | 172.46 | COMPUTER RESEARCH - WESTLAW |
| 8/4/2015 | 1,293.44 | COMPUTER RESEARCH - WESTLAW |
| 8/5/2015 | 43.11 | COMPUTER RESEARCH - WESTLAW |
| 8/5/2015 | 64.45 | COMPUTER RESEARCH - WESTLAW |
| 8/5/2015 | 86.23 | COMPUTER RESEARCH - WESTLAW |
| 8/5/2015 | 172.46 | COMPUTER RESEARCH - WESTLAW |
| 8/7/2015 | 43.11 | COMPUTER RESEARCH - WESTLAW |

**EXPENSE SUMMARY**  In re Nortel Networks Inc., et al.
August 1, 2015 through August 31, 2015  (Case No. 09-10138 (KG))

| Date | Amount | Narrative |
|---|---|---|
| 8/10/2015 | 172.46 | COMPUTER RESEARCH - WESTLAW |
| 8/12/2015 | 43.11 | COMPUTER RESEARCH - WESTLAW |
| 8/13/2015 | 10.02 | COMPUTER RESEARCH - WESTLAW |
| 8/19/2015 | 86.23 | COMPUTER RESEARCH - WESTLAW |
| 8/20/2015 | 43.11 | COMPUTER RESEARCH - WESTLAW |
| 8/20/2015 | 43.11 | COMPUTER RESEARCH - WESTLAW |
| 8/21/2015 | 64.45 | COMPUTER RESEARCH - WESTLAW |
| 8/21/2015 | 301.80 | COMPUTER RESEARCH - WESTLAW |
| 8/21/2015 | 509.97 | COMPUTER RESEARCH - WESTLAW |
| 8/22/2015 | 43.11 | COMPUTER RESEARCH - WESTLAW |
| 8/22/2015 | 150.68 | COMPUTER RESEARCH - WESTLAW |
| 8/22/2015 | 404.58 | COMPUTER RESEARCH - WESTLAW |
| **TOTAL:** | **12,379.98** | |
| | | |
| **Legal Research - PACER** | | |
| | | |
| 8/4/2015 | 0.20 | COMPUTER RESEARCH - PACER |
| 8/4/2015 | 2.20 | COMPUTER RESEARCH - PACER |
| 8/4/2015 | 3.80 | COMPUTER RESEARCH - PACER |
| 8/4/2015 | 9.60 | COMPUTER RESEARCH - PACER |
| 8/4/2015 | 12.50 | COMPUTER RESEARCH - PACER |
| 8/4/2015 | 15.20 | COMPUTER RESEARCH - PACER |
| 8/4/2015 | 38.70 | COMPUTER RESEARCH - PACER |
| 8/4/2015 | 45.50 | COMPUTER RESEARCH - PACER |
| 8/4/2015 | 57.10 | COMPUTER RESEARCH - PACER |
| 8/4/2015 | 91.40 | COMPUTER RESEARCH - PACER |
| 8/4/2015 | 226.10 | COMPUTER RESEARCH - PACER |
| 8/4/2015 | 382.80 | COMPUTER RESEARCH - PACER |
| 8/4/2015 | 642.80 | COMPUTER RESEARCH - PACER |
| 8/4/2015 | 788.90 | COMPUTER RESEARCH - PACER |
| **TOTAL:** | **2,316.80** | |
| | | |
| **Late Work - Meals** | | |
| | | |
| 6/29/2015 | 24.50 | Late Work Meals - Cantwell |
| 6/29/2015 | 16.70 | Late Work Meals - Gianis |
| 6/29/2015 | 22.44 | Late Work Meals - Graham |
| 6/30/2015 | 41.31 | Late Work Meals - Cantwell |
| 6/30/2015 | 15.55 | Late Work Meals - Gianis |
| 6/30/2015 | 18.30 | Late Work Meals - Gonzalez |

**EXPENSE SUMMARY**  In re Nortel Networks Inc., et al.
**August 1, 2015 through August 31, 2015**  (Case No. 09-10138 (KG))

| Date | Amount | Narrative |
| --- | --- | --- |
| 6/30/2015 | 6.25 | Late Work Meals - McCown |
| 7/1/2015 | 21.07 | Late Work Meals - Graham |
| 7/6/2015 | 24.88 | Late Work Meals - Cantwell |
| 7/6/2015 | 20.31 | Late Work Meals - Ferguson |
| 7/6/2015 | 6.33 | Late Work Meals - McCown |
| 7/7/2015 | 37.65 | Late Work Meals - Cantwell |
| 7/7/2015 | 19.70 | Late Work Meals - Stein |
| 7/8/2015 | 15.47 | Late Work Meals - Gianis |
| 7/8/2015 | 11.82 | Late Work Meals - Gurgel |
| 7/13/2015 | 24.12 | Late Work Meals - Rosenthal |
| 7/14/2015 | 28.49 | Late Work Meals - Gianis |
| 7/15/2015 | 27.06 | Late Work Meals - Stein |
| 7/16/2015 | 16.77 | Late Work Meals - Dauria |
| 7/16/2015 | 18.97 | Late Work Meals - Gonzalez |
| 7/16/2015 | 20.58 | Late Work Meals - Lobacheva |
| 7/16/2015 | 49.64 | Late Work Meals - Rosenthal |
| 7/16/2015 | 16.77 | Late Work Meals - Stein |
| 7/18/2015 | 13.50 | Late Work Meals - Stein |
| 7/20/2015 | 21.64 | Late Work Meals - Gianis |
| 7/20/2015 | 30.49 | Late Work Meals - Ruiz |
| 7/21/2015 | 18.59 | Late Work Meals - Lipner |
| 7/21/2015 | 46.33 | Late Work Meals - Rosenthal |
| 7/22/2015 | 12.72 | Late Work Meals - Montgomery |
| 7/22/2015 | 16.00 | Late Work Meals - Stein |
| 7/23/2015 | 10.71 | Late Work Meals - Cantwell |
| 7/23/2015 | 17.90 | Late Work Meals - Murtagh |
| 7/25/2015 | 21.23 | Late Work Meals - Stein (meal on 7/24/15) |
| 7/26/2015 | 16.45 | Late Work Meals - Stein (weekend meal on 7/25/15) |
| 7/26/2015 | 20.26 | Late Work Meals - Stein (weekend meal on 7/25/15) |
| 7/27/2015 | 20.38 | Late Work Meals - Cantwell |
| 7/27/2015 | 11.78 | Late Work Meals - Gonzalez |
| 7/27/2015 | 15.17 | Late Work Meals - Stein |
| 7/27/2015 | 12.41 | Late Work Meals - Stein (weekend meal on 7/26/15) |
| 7/27/2015 | 22.21 | Late Work Meals - Stein (weekend meal on 7/26/15) |
| 7/28/2015 | 12.16 | Late Work Meals - Bitterly |
| 7/28/2015 | 31.78 | Late Work Meals - Cantwell |
| 7/28/2015 | 12.46 | Late Work Meals - Lobacheva |
| 7/28/2015 | 45.29 | Late Work Meals - Rosenthal |
| 7/28/2015 | 10.81 | Late Work Meals - Schwartz |
| 7/29/2015 | 24.12 | Late Work Meals - Cantwell |

**EXPENSE SUMMARY**  In re Nortel Networks Inc., et al.
**August 1, 2015 through August 31, 2015**  (Case No. 09-10138 (KG))

| Date | Amount | Narrative |
|---|---|---|
| 7/29/2015 | 25.48 | Late Work Meals - Stein |
| 7/30/2015 | 26.07 | Late Work Meals - Cantwell |
| 7/31/2015 | 17.30 | Late Work Meals - Murtagh |
| 8/1/2015 | 22.41 | Late Work Meals - Cantwell |
| 8/1/2015 | 13.50 | Late Work Meals - Stein |
| 8/3/2015 | 16.12 | Late Work Meals - Gianis |
| 8/4/2015 | 22.78 | Late Work Meals - Cusack |
| 8/4/2015 | 25.91 | Late Work Meals - Gianis |
| 8/5/2015 | 21.02 | Late Work Meals - Gianis |
| 8/5/2015 | 14.78 | Late Work Meals - Sheridan |
| 8/6/2015 | 20.65 | Late Work Meals - Cusack |
| 8/6/2015 | 6.02 | Late Work Meals - Stein |
| 8/8/2015 | 14.99 | Late Work Meals - Cusack |
| 8/10/2015 | 7.50 | Late Work Meals - Cusack |
| 8/10/2015 | 8.39 | Late Work Meals - Sheridan |
| 8/11/2015 | 21.83 | Late Work Meals - Gianis |
| 8/11/2015 | 12.07 | Late Work Meals - Graham |
| 8/13/2015 | 13.66 | Late Work Meals - Graham |
| 8/13/2015 | 14.10 | Late Work Meals - Stein |
| 8/14/2015 | 13.66 | Late Work Meals - Graham |
| 8/15/2015 | 18.00 | Late Work Meals - Hong |
| 8/20/2015 | 42.66 | Late Work Meals - Cantwell |
| 8/24/2015 | 22.92 | Late Work Meals - Cantwell |
| **TOTAL:** | **1,390.89** | |
| | | |
| **Late Work - Transportation** | | |
| | | |
| 6/24/2015 | 36.42 | Late Work Transportation - Montgomery |
| 6/25/2015 | 32.86 | Late Work Transportation - Cantwell |
| 6/26/2015 | 11.25 | Late Work Transportation - Brod |
| 6/29/2015 | 32.86 | Late Work Transportation - Cantwell |
| 6/29/2015 | 28.62 | Late Work Transportation - Gianis |
| 7/2/2015 | 28.62 | Late Work Transportation - Gianis |
| 7/2/2015 | 34.97 | Late Work Transportation - Graham |
| 7/6/2015 | 62.69 | Late Work Transportation - Byam |
| 7/6/2015 | 40.99 | Late Work Transportation - Ferguson |
| 7/7/2015 | 32.86 | Late Work Transportation - Cantwell |
| 7/13/2015 | 44.89 | Late Work Transportation - Rosenthal |
| 7/14/2015 | 56.52 | Late Work Transportation - Byam |
| 7/15/2015 | 19.56 | Late Work Transportation - Bromley |

**EXPENSE SUMMARY**  In re Nortel Networks Inc., et al.
**August 1, 2015 through August 31, 2015**  (Case No. 09-10138 (KG))

| Date | Amount | Narrative |
| --- | --- | --- |
| 7/15/2015 | 181.76 | Late Work Transportation - Schweitzer |
| 7/16/2015 | 26.50 | Late Work Transportation - Dauria |
| 7/16/2015 | 52.95 | Late Work Transportation - Gonzalez |
| 7/16/2015 | 78.88 | Late Work Transportation - Kotoric |
| 7/16/2015 | 53.46 | Late Work Transportation - Lobacheva |
| 7/16/2015 | 22.25 | Late Work Transportation - Stein |
| 7/17/2015 | 40.65 | Late Work Transportation - Cantwell |
| 7/18/2015 | 17.25 | Late Work Transportation - Stein |
| 7/20/2015 | 32.52 | Late Work Transportation - Gianis |
| 7/20/2015 | 37.09 | Late Work Transportation - Rosenthal |
| 7/21/2015 | 31.79 | Late Work Transportation - Lipner |
| 7/22/2015 | 40.65 | Late Work Transportation - Cantwell |
| 7/22/2015 | 14.45 | Late Work Transportation - Stein |
| 7/23/2015 | 106.17 | Late Work Transportation - Murtagh |
| 7/24/2015 | 36.75 | Late Work Transportation - Schwartz |
| 7/24/2015 | 15.32 | Late Work Transportation - Stein (ride on 7/23/15) |
| 7/25/2015 | 11.54 | Late Work Transportation - Stein (ride after midnight on 7/24/15) |
| 7/25/2015 | 19.89 | Late Work Transportation - Stein |
| 7/26/2015 | 27.44 | Late Work Transportation - Stein |
| 7/27/2015 | 43.32 | Late Work Transportation - Rosenthal |
| 7/27/2015 | 92.02 | Late Work Transportation - Schweitzer |
| 7/27/2015 | 51.29 | Late Work Transportation - Stein |
| 7/27/2015 | 20.06 | Late Work Transportation - Stein (weekend ride on 7/26/15) |
| 7/28/2015 | 21.44 | Late Work Transportation - Bitterly |
| 7/28/2015 | 32.11 | Late Work Transportation - Bitterly (package delivery) |
| 7/28/2015 | 31.79 | Late Work Transportation - Gurgel |
| 7/28/2015 | 44.50 | Late Work Transportation - Lobacheva |
| 7/28/2015 | 25.45 | Late Work Transportation - Sheridan |
| 7/28/2015 | 31.79 | Late Work Transportation - Stein |
| 7/29/2015 | 30.36 | Late Work Transportation - Graham |
| 7/29/2015 | 155.21 | Late Work Transportation - Schweitzer |
| 7/29/2015 | 23.79 | Late Work Transportation - Stein |
| 7/30/2015 | 36.42 | Late Work Transportation - Gianis |
| 7/30/2015 | 21.96 | Late Work Transportation - Stein |
| 7/31/2015 | 32.86 | Late Work Transportation - Cantwell |
| 7/31/2015 | 29.35 | Late Work Transportation - Sheridan |
| 8/3/2015 | 48.72 | Late Work Transportation - Byam |
| 8/3/2015 | 17.30 | Late Work Transportation - Cusack |
| 8/3/2015 | 7.88 | Late Work Transportation - McCown |
| 8/5/2015 | 62.59 | Late Work Transportation - Gosain (ride to court for filing) |

**EXPENSE SUMMARY**  **In re Nortel Networks Inc., et al.**
**August 1, 2015 through August 31, 2015**  **(Case No. 09-10138 (KG))**

| Date | Amount | Narrative |
|---|---|---|
| 8/6/2015 | 14.70 | Late Work Transportation - McCown |
| 8/10/2015 | 8.00 | Late Work Transportation - Cusack |
| 8/21/2015 | 28.56 | Late Work Transportation - Cantwell |
| 8/23/2015 | 11.56 | Late Work Transportation - Cantwell |
| **TOTAL:** | **2,233.45** | |
| | | |
| **Conference Meals** | | |
| | | |
| 7/15/2015 | 200.00 | Conference Meals (4 attendees) |
| 7/24/2015 | 69.68 | Conference Meals (8 attendees) |
| 7/30/2015 | 56.62 | Conference Meals (8 attendees) |
| 8/11/2015 | 168.03 | Conference Meals (5 attendees) |
| 8/24/2015 | 381.40 | Conference Meals (12 attendees) |
| **TOTAL:** | **875.73** | |
| | | |
| **Other** | | |
| | | |
| 8/5/2015 | 79.00 | Court Document Retrieval |
| 8/11/2015 | 14.97 | Computer Research - Vendor: CourtAlert.Com, Inc. |
| 8/24/2015 | 13,386.59 | Electronic Database Services |
| 8/31/2015 | 12,906.38 | Electronic Database Services |
| **TOTAL:** | **26,386.94** | |
| | | |
| **Expert Expenses** | | |
| | | |
| 9/15/2015 | 2,053.50 | Expert Expense (Details to be provided under seal to the Court, the Office of the US Trustee, and the Fee Examiner pursuant to the Order Modifying the Application of Local Rules 2014-1(C) and 2016-2(F) [D.I. 9584] and the Order Appointing Fee Examiner and Establishing Related Procedures for Compensation and Reimbursement of Expenses for Professionals and Consideration of Fee Applications [D.I. 11082].) |
| **TOTAL:** | **2,053.50** | |
| | | |
| **GRAND TOTAL:** | **51,546.58** | |
| | | |
| [1] Consistent with Cleary Gottlieb's normal procedure in the present case, Cleary Gottlieb is seeking reimbursement for only the value of standard class train and airplane fares. | | |