# EXHIBIT A

## NORTEL NETWORKS INC., *et al*.
## CASE NO. 09-10138 (KG)

Professional Fees and Expenses
Monthly Fee Application

| Applicant & Docket No. | Time Period Covered | Fees & Expenses Requested in Application | Fees & Expenses Allowed/Awarded | Date Application Filed | Objection Deadline |
|---|---|---|---|---|---|
| Cassels Brock & Blackwell LLP<br><br>[Docket No. 16100] | 6/1/15 - 6/30/15 | CDN$288,587.00 (Fees)<br><br>CDN$1,436.51 (Expenses) | CDN$230,869.60 (Fees @ 80%)<br><br>CDN$1,436.51 (Expenses @ 100%) | 8/28/15 | 9/18/15 |