# EXHIBIT A

## NORTEL NETWORKS INC., *et al*.
### CASE NO. 09-10138 (KG)

Professional Fees and Expenses
Monthly Fee Application

| Applicant & Docket No. | Time Period Covered | Fees & Expenses Requested in Application | Fees & Expenses Allowed/Awarded | Date Application Filed | Objection Deadline |
|---|---|---|---|---|---|
| Cassels Brock & Blackwell LLP [Docket No. 16110] | 7/1/15 - 7/31/15 | CDN$379,460.00 (Fees) CDN$1,626.53 (Expenses) | CDN$303,568.00 (Fees @ 80%) CDN$1,626.53 (Expenses @ 100%) | 8/31/15 | 9/21/15 |