## EXHIBIT A

**NORTEL NETWORKS INC., *et al*.**
**CASE NO. 09-10138 (KG)**

Professional Fees and Expenses
Monthly Fee Application

| Applicant & Docket No. | Time Period Covered | Fees & Expenses Requested in Application | Fees & Expenses Allowed/Awarded | Date Application Filed | Objection Deadline |
|---|---|---|---|---|---|
| Ashurst LLP<br><br>[Docket No. 16090] | 7/1/15 - 7/31/15 | £73,237.00 (Fees)<br><br>£77.22 (Expenses) | £58,589.60 (Fees @ 80%)<br><br>£77.22 (Expenses @ 100%) | 8/28/15 | 9/18/15 |