**See Attached for Exhibits A through H**

# Exhibit A

## The Mergis Group
### Summary of Professionals

Nortel Networks, Inc. et al.
For the period of August 1, 2015 through August 31, 2015

| Professional | Position | Title / Role of Professional |
|---|---|---|
| Timothy C. Ross | Officer | Chief Financial Officer and Corporate Secretary - Management responsibility for all business and finance functions supporting the U.S. Principal Officer in the company operation and liquidation; direct responsibilities include, operating budget oversight, treasury management, general accounting and controls, tax, information technology, human resources, real estate management, and foreign subsidiary wind down. Employee Benefits and Pension Investment Committee member. |
| William D. Cozart | Non-Officer | Associate - General accounting control oversight, debtor financial reporting (MOR, Form 26, etc.), general accounting control oversight, finance systems administration & controls, accounts receivable and billing, bank account reconciliations. |
| Kim Ponder | Non-Officer | Associate - General accounting & finance services for accounts payable, payment processing for normal course, intercompany, and professional, claims and litigation settlement disbursement processing, statutory reporting management & oversight. |

# Exhibit B

## The Mergis Group
### Summary of Projects and Project Descriptions

Nortel Networks, Inc. et al.
For the period of August 1, 2015 through August 31, 2015

| Project | Project Description |
|---|---|
| Administrative | Administrative matters related to the Debtors engagement. Includes board meetings, staff meetings, preparation of miscellaneous statements, surveys, and schedules, miscellaneous document review and execution, electronic minute book maintenance, and office and general case management activities. |
| Bankruptcy Reporting | Assist the Debtors with bankruptcy reporting requirements. Includes the financial reporting preparation & management review of the Monthly Operating Report (MOR), Form 26, Ordinary Course Professionals Report (OCP), US Trustee Fee Report, and related matters for the US Trustee. |
| Cash Management | Support the Debtors with cash flow management activities. Includes treasury systems management and controls, bank service contract oversight, cash flow planning and analysis, accountability for cash flow budget achievement, and cash reporting to estate constituents. |
| Claims Administration | Assist the Debtors with claims matters. Includes claims database systems and controls, data maintenance, analysis and validation, communications, distribution process planning, and claims settlement / distribution execution. |
| Compensation Application | Activities relating to the professional time tracking and preparation of the compensation application. |
| Discovery | Activities driven by requests directed to Nortel Networks Inc. in support of the business divestiture proceeds allocation litigation. Includes data / document extraction and analysis, preparation & presentation of findings, interface with legal counsel, and participate in court hearings. |
| Electronic Data and Document Preservation | Support the Debtors with the preservation of electronic data and hard copy documents. Includes governance and maintenance in compliance with court retention requirements and associated vendor service contract oversight. |
| Entity Liquidation and Wind Down | Assist the Debtors with the liquidation, wind down and/or deregistration of Nortel Networks, Inc. and its subsidiaries and branches (foreign and domestic).Includes the development and execution of step plans to ensure local law and U.S. Bankruptcy Court compliance in areas such as intercompany settlements, debt forgiveness, tax clearance certificates, final account balances;  compliance with local and U.S. statutory, tax, financial and other governmental reporting requirements; repatriation of subsidiary or branch cash to parent;  and coordinate with and support local accounting and legal professionals in conjunction with of all of the above. |
| Finance and General Accounting | Assist the Debtors with finance and general accounting operations in compliance with US GAAP. Includes statutory financial reporting preparation & review, month and year end close processing, finance systems & controls, journal entry preparation, management review, and posting, account reconciliations, balance sheet analysis, and normal course accounts receivable and payable administration . |

# Exhibit B

## The Mergis Group
## Summary of Projects and Project Descriptions

Nortel Networks, Inc. et al.
For the period of August 1, 2015 through August 31, 2015

| Project | Project Description |
|---|---|
| Human Resources | Support the Debtors in Human Resources matters. Includes development and execution of Debtors benefit plan termination (health and welfare, 401K, etc.), plan regulatory compliance oversight and reporting (audits, plan boards & committees, etc.) vendor services contract management and oversight, human resource related communications, and HR systems and data maintenance and reporting. |
| Information Technology Operations | Assist the Debtors with the maintenance and support of the Nortel Networks, Inc. residual company information technology infrastructure operations. Includes vendor services and contract oversight, data extraction, back-up, and recovery, and infrastructure problem resolution support. |
| Insurance & Risk Management | Assist the Debtors with insurance and risk management activities. Includes tracking and periodic management review of Debtors insurance coverage; ensuring compliance with established policies, leases, and contracts. Provide service oversight to agent/broker contract. |
| Plan of Reorganization | Assist the Debtors with the preparation of the plan of reorganization and associated disclosure statement. Includes financial analysis and Debtors review. |
| Professional Fee Applications | Assist the Debtors with the payment administration of engaged professionals. Includes financial recording of professional fee applications to Debtors' books and records, reconciliation to Omnibus Fee Order to Debtors' books and records, fee disbursement based on Certificate of No Objection (CNO), and associated year end regulatory reporting. |
| Real Estate Management | Assist the Debtors with lease and real estate matters. Includes property management vendor contract oversight, property management budget achievement accountability and associated financial planning & analysis, lease and sub-lease management / governance, and property marketing activities. |
| Residual Business Operations | Assist the Debtors in the resolution of outstanding residual business operations matters. Includes activities relating to residual business services customer, vendor, and/or buyer contracts and associated receivables, payables, and/or inventory, regulatory and government required business reporting surveys and schedules, and review and action of service of process notifications. |
| Tax Matters | Assist the Debtors with tax matters. Includes vendor service contract oversight, financial analysis support and management review of federal, state, and local Tax returns, claims, and audits, and authorization of tax related matters (annual report filings, settlements, etc.). |
| Travel | Authorized travel to support Debtors projects. |

# Exhibit C

## The Mergis Group
### Summary of Fees and Expenses

Nortel Networks, Inc. et al.
For the period of August 1, 2015 through August 31, 2015

|  | Fees | Expenses | Total |
|---|---|---|---|
| For the period of August 1, 2015 through August 31, 2015 | $ 170,076.50 | $    - | $ 170,076.50 |

Exhibit C                                                                                                                          Page 1 of 1

# Exhibit D

## The Mergis Group
### Summary of Time by Professional

Nortel Networks, Inc. et al.
For the period of August 1, 2015 through August 31, 2015

| Professional | Position | Title / Role of Professional | Hours |
|---|---|---|---|
| Timothy C. Ross | Officer | Chief Financial Officer and Corporate Secretary - Management responsibility for all business and finance functions supporting the U.S. Principal Officer in the company operation and liquidation; direct responsibilities include, operating budget oversight, treasury management, general accounting and controls, tax, information technology, human resources, real estate management, and foreign subsidiary wind down. Employee Benefits and Pension Investment Committee member. | 157.25 |
| William D. Cozart | Non-Officer | Associate - General accounting control oversight, debtor financial reporting (MOR, Form 26, etc.), general accounting control oversight, finance systems administration & controls, accounts receivable and billing, bank account reconciliations. | 165.00 |
| Kim Ponder | Non-Officer | Associate - General accounting & finance services for accounts payable, payment processing for normal course, intercompany, and professional, claims and litigation settlement disbursement processing, statutory reporting management & oversight. | 132.50 |

| | |
|---|---|
| **Hours for the period of August 1, 2015 through August 31, 2015** | **454.75** |
| Billing Rate | $ 374.00 |
| **Fees for the period of August 1, 2015 through August 31, 2015** | **$ 170,076.50** |

# Exhibit E

## The Mergis Group
### Summary of Fees by Project

Nortel Networks, Inc. et al.
For the period of August 1, 2015 through August 31, 2015

| Project | Project Description | Hours | Fees |
|---|---|---|---|
| Administrative | Administrative matters related to the Debtors engagement. Includes board meetings, staff meetings, preparation of miscellaneous statements, surveys, and schedules, miscellaneous document review and execution, electronic minute book maintenance, and office and general case management activities. | - | $ - |
| Bankruptcy Reporting | Assist the Debtors with bankruptcy reporting requirements. Includes the financial reporting preparation & management review of the Monthly Operating Report (MOR), Form 26, Ordinary Course Professionals Report (OCP), US Trustee Fee Report, and related matters for the US Trustee. | 19.00 | $ 7,106.00 |
| Cash Management | Support the Debtors with cash flow management activities. Includes treasury systems management and controls, bank service contract oversight, cash flow planning and analysis, accountability for cash flow budget achievement, and cash reporting to estate constituents. | 35.50 | $ 13,277.00 |
| Claims Administration | Assist the Debtors with claims matters. Includes claims database systems and controls, data maintenance, analysis and validation, communications, distribution process planning, and claims settlement / distribution execution. | 85.50 | $ 31,977.00 |
| Compensation Application | Activities relating to the professional time tracking and preparation of the compensation application. | 9.50 | $ 3,553.00 |
| Discovery | Activities driven by requests directed to Nortel Networks Inc. in support of the business divestiture proceeds allocation litigation. Includes data / document extraction and analysis, preparation & presentation of findings, interface with legal counsel, and participate in court hearings. | 10.25 | $ 3,833.50 |
| Electronic Data and Document Preservation | Support the Debtors with the preservation of electronic data and hard copy documents. Includes governance and maintenance in compliance with court retention requirements and associated vendor service contract oversight. | - | $ - |
| Entity Liquidation and Wind Down | Assist the Debtors with the liquidation, wind down and/or deregistration of Nortel Networks, Inc. and its subsidiaries and branches (foreign and domestic).Includes the development and execution of step plans to ensure local law and U.S. Bankruptcy Court compliance in areas such as intercompany settlements, debt forgiveness, tax clearance certificates, final account balances;  compliance with local and U.S. statutory, tax, financial and other governmental reporting requirements; repatriation of subsidiary or branch cash to parent;  and coordinate with and support local accounting and legal professionals in conjunction with all of the above. | 3.50 | $ 1,309.00 |
| Finance and General Accounting | Assist the Debtors with finance and general accounting operations in compliance with US GAAP.  Includes statutory financial reporting preparation & review, month and year end close processing, finance systems & controls, journal entry preparation, management review, and posting, account reconciliations, balance sheet analysis, and normal course accounts receivable and payable administration . | 238.00 | $ 89,012.00 |
| Human Resources | Support the Debtors in Human Resources matters. Includes development and execution of Debtors benefit plan termination (health and welfare, 401K, etc.), plan regulatory compliance oversight and reporting (audits, plan boards & committees, etc.) vendor services contract management and oversight, human resource related communications, and HR systems and data maintenance and reporting. | 6.75 | $ 2,524.50 |
| Information Technology Operations | Assist the Debtors with the maintenance and support of the Nortel Networks, Inc. residual company information technology infrastructure operations.  Includes vendor services and contract oversight, data extraction, back-up, and recovery, and infrastructure problem resolution support. | - | $ - |
| Insurance & Risk Management | Assist the Debtors with insurance and risk management activities.  Includes tracking and periodic management review of Debtors insurance coverage; ensuring compliance with established policies, leases, and contracts.  Provide service oversight to agent/broker contract. | 2.00 | $ 748.00 |

# Exhibit E

## The Mergis Group
### Summary of Fees by Project

Nortel Networks, Inc. et al.
For the period of August 1, 2015 through August 31, 2015

| Project | Project Description | Hours | Fees |
|---|---|---|---|
| Plan of Reorganization | Assist the Debtors with the preparation of the plan of reorganization and associated disclosure statement. Includes financial analysis and Debtors review. | - | $ - |
| Professional Fee Applications | Assist the Debtors with the payment administration of engaged professionals. Includes financial recording of professional fee applications to Debtors' books and records, reconciliation to Omnibus Fee Order to Debtors' books and records, fee disbursement based on Certificate of No Objection (CNO), and associated year end regulatory reporting. | 8.50 | $ 3,179.00 |
| Real Estate Management | Assist the Debtors with lease and real estate matters. Includes property management vendor contract oversight, property management budget achievement accountability and associated financial planning & analysis, lease and sub-lease management / governance, and property marketing activities. | 19.00 | $ 7,106.00 |
| Residual Business Operations | Assist the Debtors in the resolution of outstanding residual business operations matters. Includes activities relating to residual business services customer, vendor, and/or buyer contracts and associated receivables, payables, and/or inventory, regulatory and government required business reporting surveys and schedules, and review and action of service of process notifications. | 2.50 | $ 935.00 |
| Tax Matters | Assist the Debtors with tax matters. Includes vendor service contract oversight, financial analysis support and management review of federal, state, and local Tax returns, claims, and audits, and authorization of tax related matters (annual report filings, settlements, etc.) . | 14.75 | $ 5,516.50 |
| Travel | Authorized travel to support Debtors projects. | - | $ - |
| **For the period of August 1, 2015 through August 31, 2015** | | **454.75** | **$ 170,076.50** |

# Exhibit F

## The Mergis Group
## Time Description Detail by Project

Nortel Networks, Inc. et al.
For the period of August 1, 2015 through August 31, 2015

| Project / Date | Professional | Project Work Description | Hours |
|---|---|---|---|
| **Bankruptcy Reporting** | | | |
| 8/11/2015 | William D. Cozart | Prepare Form 26 for filing. | 1.50 |
| 8/12/2015 | Timothy C. Ross | Reviewed and authorized the release of the Debtors Form 26 reporting. | 1.00 |
| 8/12/2015 | William D. Cozart | Meeting with T. Ross re: review Form 26 draft. | 0.50 |
| 8/21/2015 | William D. Cozart | Prepare consolidation for MOR. | 3.50 |
| 8/24/2015 | William D. Cozart | Prepare July MOR. | 3.50 |
| 8/26/2015 | Timothy C. Ross | Prepared and analyzed Debtors cash receipts and disbursements for the monthly operating report. | 2.00 |
| 8/27/2015 | Timothy C. Ross | Prepared and analyzed Debtors cash receipts and disbursements for the monthly operating report (completed work started on 8/26). | 2.00 |
| 8/27/2015 | Timothy C. Ross | Reviewed and authorized Debtors MOR for release. | 1.00 |
| 8/27/2015 | William D. Cozart | Prepare July MOR. | 3.50 |
| 8/27/2015 | William D. Cozart | Meeting with T. Ross to review July MOR. | 0.50 |
| **Bankruptcy Reporting Total** | | | **19.00** |
| **Cash Management** | | | |
| 8/3/2015 | Timothy C. Ross | Worked Debtors banking matters. | 0.50 |
| 8/4/2015 | Kim Ponder | FCB and VEBA deposits. | 1.00 |
| 8/4/2015 | Timothy C. Ross | Reviewed and authorized Debtors bank deposits. | 0.50 |
| 8/5/2015 | Timothy C. Ross | Prepared and analyzed Debtors five week rolling cash flow requirements and executed Treasury funding transactions. | 2.50 |
| 8/6/2015 | Kim Ponder | VEBA deposit. | 0.50 |
| 8/6/2015 | Timothy C. Ross | Reviewed, authorized, and released Debtors foreign subsidiary disbursements. | 0.50 |
| 8/6/2015 | Timothy C. Ross | Reviewed, authorized, and released Debtors disbursements. | 2.00 |
| 8/11/2015 | Kim Ponder | VEBA deposit. | 0.50 |
| 8/12/2015 | Timothy C. Ross | Prepared and analyzed Debtors five week rolling cash flow requirements and executed Treasury funding transactions. | 2.50 |
| 8/12/2015 | Timothy C. Ross | Received, reviewed, and responded to Debtors foreign subsidiary matters. | 0.50 |
| 8/13/2015 | Timothy C. Ross | Follow-up with Deloitte (JG) regarding Debtors foreign subsidiary banking issue. | 0.50 |
| 8/13/2015 | Timothy C. Ross | Reviewed, authorized, and released Debtors disbursements. | 2.50 |
| 8/13/2015 | Timothy C. Ross | Conference call with Berkeley Research Group, LLC (JH). | 0.50 |
| 8/14/2015 | Timothy C. Ross | Reviewed, authorized, and released Debtors foreign subsidiary disbursements. | 0.50 |
| 8/17/2015 | Timothy C. Ross | Reviewed and authorized Debtors bank deposits. | 0.50 |
| 8/18/2015 | Kim Ponder | FCB and VEBA deposits. | 1.00 |
| 8/19/2015 | Timothy C. Ross | Prepared and analyzed Debtors five week rolling cash flow requirements and executed Treasury funding transactions. | 2.00 |
| 8/20/2015 | Kim Ponder | FCB and VEBA deposits. | 1.00 |
| 8/20/2015 | Timothy C. Ross | Reviewed, authorized, and released Debtors disbursements. | 3.00 |
| 8/24/2015 | Kim Ponder | FCB deposit. | 0.50 |
| 8/25/2015 | Timothy C. Ross | Worked Debtors treasury management matters. | 1.50 |
| 8/26/2015 | Timothy C. Ross | Prepared and analyzed Debtors five week rolling cash flow requirements and executed Treasury funding transactions. | 2.00 |
| 8/27/2015 | Timothy C. Ross | Analyzed cash receipts & disbursements variance to budget and reported results to Debtors constituents. | 3.00 |
| 8/27/2015 | Timothy C. Ross | Reviewed, authorized, and released Debtors disbursements. | 3.00 |
| 8/28/2015 | Timothy C. Ross | Reviewed, authorized, and released Debtors foreign subsidiary disbursements. | 1.00 |
| 8/31/2015 | Kim Ponder | Researched issue with banking software. | 0.50 |
| 8/31/2015 | Timothy C. Ross | Worked Debtors foreign subsidiary banking issue. | 1.00 |
| 8/31/2015 | Timothy C. Ross | Reviewed and authorized Debtors bank deposits. | 0.50 |
| **Cash Management Total** | | | **35.50** |
| **Claims Administration** | | | |
| 8/4/2015 | Kim Ponder | Received, researched and responded to requests for claims data. | 5.75 |
| 8/4/2015 | Timothy C. Ross | Worked Debtors claims question from RLKS (D.K.). | 1.00 |
| 8/4/2015 | William D. Cozart | Prepare research re: stipulation payment. | 1.00 |
| 8/5/2015 | Timothy C. Ross | Conference call with Chilmark Partners (M. Kennedy). | 0.50 |
| 8/6/2015 | Timothy C. Ross | Researched and prepared global M&A/IP cost analysis. | 5.00 |
| 8/7/2015 | Timothy C. Ross | Researched and prepared global M&A/IP cost analysis. | 5.00 |
| 8/11/2015 | Kim Ponder | Received, researched and responded to vendor claim inquiry. | 2.00 |
| 8/11/2015 | Timothy C. Ross | Researched and prepared global M&A/IP cost analysis. | 3.00 |
| 8/11/2015 | Timothy C. Ross | Researched and responded to RLKS request (MC). | 1.00 |
| 8/11/2015 | William D. Cozart | Perform research re: claims value recorded. | 1.50 |
| 8/12/2015 | Kim Ponder | Received and responded to RLKS (L Barrios) request for demographic data. | 2.50 |
| 8/14/2015 | Timothy C. Ross | Received, reviewed, and actioned Debtors service of process notifications. | 0.50 |
| 8/14/2015 | Timothy C. Ross | Worked Debtors intercompany reconciliation matter. | 0.50 |
| 8/17/2015 | Kim Ponder | Received, researched and responded to RLKS (M Cilia) request for historical data. | 1.25 |
| 8/17/2015 | Timothy C. Ross | Received, reviewed, and actioned Debtors service of process notification. | 0.50 |
| 8/17/2015 | Timothy C. Ross | Follow-up with E&Y Canada regarding Debtors outstanding post petition AR matter. | 0.50 |
| 8/18/2015 | Timothy C. Ross | Worked Chilmark (MK) request. | 2.00 |
| 8/24/2015 | William D. Cozart | Prepare claims reconciliations. | 4.50 |
| 8/25/2015 | Kim Ponder | Researched historical data. | 4.00 |
| 8/25/2015 | Timothy C. Ross | Received, reviewed, and actioned Debtors legal matter with Counsel. | 0.50 |
| 8/25/2015 | Timothy C. Ross | Conference call with Chilmark Partners (MK). | 0.75 |
| 8/25/2015 | William D. Cozart | Prepare claims reconciliations. | 6.50 |
| 8/26/2015 | William D. Cozart | Prepare claims reconciliations. | 5.50 |
| 8/27/2015 | Kim Ponder | Received, researched and responded to request for claim reconciliation data. | 1.75 |
| 8/27/2015 | William D. Cozart | Prepare claims reconciliations. | 4.00 |
| 8/28/2015 | Kim Ponder | Prepared analysis of claims. | 7.50 |
| 8/28/2015 | Timothy C. Ross | Conference call with Chilmark Partners (M. Kennedy). | 1.00 |
| 8/28/2015 | Timothy C. Ross | Prepared for meeting with Chilmark Partners (MK). | 5.00 |
| 8/28/2015 | William D. Cozart | Prepare analysis regarding Subject to Compromise Liabilities. | 6.50 |
| 8/28/2015 | William D. Cozart | Meeting with T. Ross and M. Kennedy, Chilmark re: STC Liabilities per July MOR draft. | 1.00 |
| 8/31/2015 | William D. Cozart | Prepare claims reconciliations. | 3.50 |
| **Claims Administration Total** | | | **85.50** |

**Compensation Application**

# Exhibit F

## The Mergis Group
## Time Description Detail by Project

Nortel Networks, Inc. et al.
For the period of August 1, 2015 through August 31, 2015

| Project · Date | Professional | Project Work Description | Hours |
|---|---|---|---|
| 8/7/2015 | Kim Ponder | Compensation application preparation re: update of timekeeping records. | 0.50 |
| 8/7/2015 | Timothy C. Ross | Compensation application preparation re: update of timekeeping records. | 0.50 |
| 8/14/2015 | Kim Ponder | Compensation application preparation re: update of timekeeping records. | 0.50 |
| 8/14/2015 | Timothy C. Ross | Compensation application preparation re: update of timekeeping records. | 0.50 |
| 8/19/2015 | Timothy C. Ross | Prepared DRAFT Mergis staffing & compensation report for CGSH review. | 3.00 |
| 8/20/2015 | William D. Cozart | Compensation application preparation re: update of timekeeping records. | 0.50 |
| 8/21/2015 | Kim Ponder | Compensation application preparation re: update of timekeeping records. | 0.50 |
| 8/21/2015 | Timothy C. Ross | Compensation application preparation re: update of timekeeping records. | 0.50 |
| 8/28/2015 | Kim Ponder | Compensation application preparation re: update of timekeeping records. | 0.50 |
| 8/28/2015 | Timothy C. Ross | Compensation application preparation re: update of timekeeping records. | 0.50 |
| 8/28/2015 | William D. Cozart | Compensation application preparation re: update of timekeeping records. | 0.50 |
| 8/31/2015 | Timothy C. Ross | Received, reviewed, updated and finalized Mergis Staffing & Compensation report with CGSH edits and submitted to MNAT for court filing (June 2015). | 1.50 |
| **Compensation Application Total** | | | **9.50** |

### Discovery

| Date | Professional | Description | Hours |
|---|---|---|---|
| 8/3/2015 | Timothy C. Ross | Worked Debtors subpoena. | 0.50 |
| 8/4/2015 | Timothy C. Ross | Received, researched, and responded to CGSH litigation information request. | 1.00 |
| 8/5/2015 | Timothy C. Ross | Received, reviewed, and actioned Debtors service of process notifications with Counsel. | 0.50 |
| 8/18/2015 | Timothy C. Ross | Follow-up with RLKS (KS) re subpoena. | 0.50 |
| 8/18/2015 | Timothy C. Ross | Received, reviewed, and actioned Debtors employee records subpoena. | 0.50 |
| 8/24/2015 | Timothy C. Ross | Received, reviewed, and followed up on Debtors subpoena matters. | 0.50 |
| 8/25/2015 | Timothy C. Ross | Worked Debtors subpoena matter. | 1.00 |
| 8/25/2015 | Timothy C. Ross | Worked Debtors subpoena matters. | 1.00 |
| 8/25/2015 | Timothy C. Ross | Conference call with Debtors Counsel (MG, PC). | 0.75 |
| 8/31/2015 | Timothy C. Ross | Worked Debtors litigation Rogg request from CGSH (PC). | 4.00 |
| **Discovery Total** | | | **10.25** |

### Entity Liquidation and Wind Down

| Date | Professional | Description | Hours |
|---|---|---|---|
| 8/3/2015 | Timothy C. Ross | Worked Debtors foreign branch liquidation/strike off matters. | 0.50 |
| 8/10/2015 | Timothy C. Ross | Received, reviewed, and responded to Debtors foreign subsidiary correspondences from counsel. | 1.00 |
| 8/11/2015 | Timothy C. Ross | Conference call with CGSH (KH, RR, RE). | 0.50 |
| 8/13/2015 | Timothy C. Ross | Received, reviewed, and responded to Debtors foreign branch matters. | 0.50 |
| 8/13/2015 | Timothy C. Ross | Received, reviewed, and responded to Debtors foreign branch matters. | 0.50 |
| 8/13/2015 | Timothy C. Ross | Received, reviewed, and responded to Debtors foreign subsidiary matters. | 0.50 |
| **Entity Liquidation and Wind Down Total** | | | **3.50** |

### Finance and General Accounting

| Date | Professional | Description | Hours |
|---|---|---|---|
| 8/3/2015 | Timothy C. Ross | Reviewed and authorized Debtors foreign subsidiary account reconciliations. | 1.00 |
| 8/3/2015 | Timothy C. Ross | Reviewed and authorized Debtors GL account reconciliations. | 4.00 |
| 8/3/2015 | William D. Cozart | Record Cash receipts. | 1.50 |
| 8/3/2015 | William D. Cozart | Prepare bank reconciliations. | 3.50 |
| 8/3/2015 | William D. Cozart | Prepare reconciliations for intercompany confirmations. | 1.00 |
| 8/3/2015 | William D. Cozart | Prepare invoices for July. | 2.00 |
| 8/4/2015 | Timothy C. Ross | Prepared, authorized and submitted staffing time report. | 0.50 |
| 8/4/2015 | Timothy C. Ross | Worked Debtors finance & accounting matters. | 2.00 |
| 8/4/2015 | William D. Cozart | Record cash receipts. | 1.00 |
| 8/4/2015 | William D. Cozart | Received, reviewed and responded to affiliate confirmation requests. | 2.00 |
| 8/4/2015 | William D. Cozart | Prepare adjustments for July. | 3.00 |
| 8/5/2015 | Kim Ponder | Normal course payables. | 1.00 |
| 8/5/2015 | Kim Ponder | Normal course payables. | 2.00 |
| 8/5/2015 | Kim Ponder | Month end close. | 5.00 |
| 8/5/2015 | Timothy C. Ross | Worked Debtors finance & accounting matters. | 2.00 |
| 8/5/2015 | Timothy C. Ross | Reviewed and authorized Debtors finance and accounting related invoices for payment. | 0.50 |
| 8/5/2015 | Timothy C. Ross | Reviewed and authorized Debtors Bank reconciliations. | 2.00 |
| 8/5/2015 | William D. Cozart | Prepare July bank reconciliations. | 4.50 |
| 8/5/2015 | William D. Cozart | Record cash receipts. | 0.50 |
| 8/5/2015 | William D. Cozart | Prepare billing for August. | 0.50 |
| 8/5/2015 | William D. Cozart | Prepare adjustments for July. | 2.50 |
| 8/6/2015 | Kim Ponder | Normal course payables. | 2.00 |
| 8/6/2015 | Kim Ponder | Researched historical data. | 5.00 |
| 8/6/2015 | William D. Cozart | Record cash receipts. | 0.50 |
| 8/6/2015 | William D. Cozart | Prepare bank reconciliations. | 2.50 |
| 8/6/2015 | William D. Cozart | Received, reviewed and responded to intercompany audit confirmations. | 2.50 |
| 8/6/2015 | William D. Cozart | Prepare research and analysis re: historical costs. | 2.50 |
| 8/7/2015 | Kim Ponder | Researched historical data. | 7.50 |
| 8/7/2015 | William D. Cozart | Record cash receipts. | 0.50 |
| 8/7/2015 | William D. Cozart | Prepare research and analysis re: historical costs. | 4.50 |
| 8/7/2015 | William D. Cozart | Received, reviewed and responded to intercompany confirmations. | 2.00 |
| 8/7/2015 | William D. Cozart | Prepare adjustments for July. | 1.00 |
| 8/10/2015 | Timothy C. Ross | Prepared and submitted residual staff time report. | 0.50 |
| 8/10/2015 | Timothy C. Ross | Worked Debtors finance & accounting matters. | 2.50 |
| 8/10/2015 | William D. Cozart | Received, reviewed and responded to correspondence re: intercompany balance confirmations. | 4.00 |
| 8/10/2015 | William D. Cozart | Prepare research re: historical costs. | 2.00 |
| 8/10/2015 | William D. Cozart | Prepare adjustments for July. | 2.00 |
| 8/11/2015 | Kim Ponder | Normal course payables. | 1.00 |
| 8/11/2015 | Kim Ponder | Intercompany billing. | 1.00 |
| 8/11/2015 | Kim Ponder | Month end close. | 2.50 |
| 8/11/2015 | William D. Cozart | Prepare adjustments for July. | 2.50 |

## Exhibit F

### The Mergis Group
### Time Description Detail by Project

Nortel Networks, Inc. et al.
For the period of August 1, 2015 through August 31, 2015

| Project / Date | Professional | Project Work Description | Hours |
|---|---|---|---|
| 8/11/2015 | William D. Cozart | Record cash receipts. | 0.50 |
| 8/11/2015 | William D. Cozart | Prepare bank reconciliations for July. | 1.00 |
| 8/12/2015 | Kim Ponder | Normal course payables. | 1.00 |
| 8/12/2015 | Kim Ponder | Normal course payables. | 1.50 |
| 8/12/2015 | Kim Ponder | Intercompany billing. | 0.50 |
| 8/12/2015 | Kim Ponder | Month end close. | 2.50 |
| 8/12/2015 | Timothy C. Ross | Worked Debtors finance & accounting matters. | 3.00 |
| 8/12/2015 | William D. Cozart | Prepare billings for August. | 1.00 |
| 8/12/2015 | William D. Cozart | Prepare adjustments for July. | 3.00 |
| 8/12/2015 | William D. Cozart | Prepare reconciliations for July. | 3.50 |
| 8/13/2015 | Kim Ponder | Received and responded to various emails. | 1.00 |
| 8/13/2015 | Timothy C. Ross | Worked Debtors finance & accounting matters. | 2.00 |
| 8/13/2015 | William D. Cozart | Received, reviewed and responded to correspondence re: intercompany balance confirmations. | 2.50 |
| 8/13/2015 | William D. Cozart | Prepare reconciliations for July. | 5.50 |
| 8/14/2015 | Timothy C. Ross | Reviewed and authorized Debtors residual staffing invoices. | 0.50 |
| 8/14/2015 | Timothy C. Ross | Worked Debtors finance & accounting matters. | 2.00 |
| 8/14/2015 | William D. Cozart | Prepare reconciliations for July. | 4.50 |
| 8/14/2015 | William D. Cozart | Prepare adjustments for July. | 3.50 |
| 8/17/2015 | Kim Ponder | Month end close. | 4.00 |
| 8/17/2015 | Kim Ponder | Normal course payables. | 1.75 |
| 8/17/2015 | Timothy C. Ross | Prepared and submitted residual staffing time reports. | 0.50 |
| 8/17/2015 | Timothy C. Ross | Worked Debtors finance and accounting matters. | 2.00 |
| 8/17/2015 | Timothy C. Ross | Reviewed and authorized Debtors Bank reconciliations. | 2.00 |
| 8/17/2015 | William D. Cozart | Received, reviewed and responded to correspondence re: July cash report. | 0.50 |
| 8/17/2015 | William D. Cozart | Received, reviewed and responded to correspondence re: audit confirmations. | 0.50 |
| 8/17/2015 | William D. Cozart | Prepare reconciliations for July. | 4.00 |
| 8/18/2015 | Kim Ponder | Researched historical data. | 6.50 |
| 8/18/2015 | Timothy C. Ross | Worked Debtors finance and accounting matters. | 1.00 |
| 8/18/2015 | William D. Cozart | Prepare reconciliations for July. | 4.00 |
| 8/18/2015 | William D. Cozart | Prepare analysis and research regarding historical costs. | 4.00 |
| 8/19/2015 | Kim Ponder | Normal course payables. | 4.25 |
| 8/19/2015 | Kim Ponder | Researched historical data. | 3.50 |
| 8/19/2015 | Timothy C. Ross | Reviewed and authorized QB maintenance updates. | 0.50 |
| 8/19/2015 | Timothy C. Ross | Prepared report at request of US Principal Officer. | 1.00 |
| 8/19/2015 | William D. Cozart | Record cash receipts. | 0.50 |
| 8/19/2015 | William D. Cozart | Perform maintenance in QuickBooks. | 0.50 |
| 8/19/2015 | William D. Cozart | Prepare analysis and research regarding historical costs. | 6.00 |
| 8/19/2015 | William D. Cozart | Prepare adjustments for July. | 1.00 |
| 8/20/2015 | Kim Ponder | Normal course payables. | 0.75 |
| 8/20/2015 | Kim Ponder | GL reconciliations. | 6.25 |
| 8/20/2015 | William D. Cozart | Prepare September sublease billings. | 3.50 |
| 8/20/2015 | William D. Cozart | Prepare month end backups and close July period in QuickBooks. | 2.50 |
| 8/20/2015 | William D. Cozart | Prepare month end reports for July. | 1.50 |
| 8/21/2015 | Kim Ponder | Researched historical data. | 6.50 |
| 8/21/2015 | William D. Cozart | Record cash receipts. | 0.50 |
| 8/21/2015 | William D. Cozart | Prepare analysis and research regarding historical costs. | 4.00 |
| 8/24/2015 | Kim Ponder | Normal course payables. | 1.00 |
| 8/24/2015 | Kim Ponder | Researched historical data. | 6.50 |
| 8/25/2015 | Kim Ponder | Normal course payables. | 2.50 |
| 8/25/2015 | Timothy C. Ross | Prepared and submitted residual staffing time reports. | 0.50 |
| 8/25/2015 | Timothy C. Ross | Conference call with Canadian Monitor (TA). | 0.75 |
| 8/25/2015 | William D. Cozart | Record cash receipts. | 1.00 |
| 8/25/2015 | William D. Cozart | Meeting with T. Ross and T. Ayers EY: re debtor receivables issue. | 0.50 |
| 8/26/2015 | Kim Ponder | Researched historical data. | 7.50 |
| 8/26/2015 | Timothy C. Ross | Worked Debtors outstanding intercompany receivables matter. | 1.00 |
| 8/26/2015 | William D. Cozart | Prepare analysis and research regarding historical costs. | 2.50 |
| 8/27/2015 | Kim Ponder | Normal course payables. | 3.75 |
| 8/27/2015 | Kim Ponder | QuickBooks vendor maintenance and update. | 0.50 |
| 8/27/2015 | Timothy C. Ross | Reviewed and authorized Debtors foreign subsidiary contract and consultant invoices. | 0.50 |
| 8/28/2015 | Timothy C. Ross | Reviewed and authorized Debtors residual contract and consultant services invoices for payment. | 1.00 |
| 8/31/2015 | Kim Ponder | Normal course payables. | 0.50 |
| 8/31/2015 | Timothy C. Ross | Prepared and submitted residual staff time report. | 0.50 |
| 8/31/2015 | William D. Cozart | Upload FX rates for month end in QuickBooks. | 2.50 |
| 8/31/2015 | William D. Cozart | Process cash receipts. | 2.00 |
| **Finance and General Accounting Total** | | | **238.00** |

### Human Resources

| Date | Professional | Project Work Description | Hours |
|---|---|---|---|
| 8/5/2015 | Timothy C. Ross | Reviewed and authorized benefit refund deposits to the Northern Telecom Health and Welfare Trust. | 0.50 |
| 8/6/2015 | Timothy C. Ross | Reviewed and authorized benefit refund deposits to the Northern Telecom Health and Welfare Trust. | 0.50 |
| 8/10/2015 | Timothy C. Ross | Reviewed and actioned Debtors service of process notification. | 0.50 |
| 8/11/2015 | Timothy C. Ross | Worked Debtors residual benefits matter. | 0.50 |
| 8/11/2015 | Timothy C. Ross | Reviewed and authorized deposits to the Northern Telecom Health and Welfare Trust. | 0.50 |
| 8/12/2015 | Timothy C. Ross | Reviewed and actioned Debtors service of process notification. | 0.50 |
| 8/14/2015 | Timothy C. Ross | Received, reviewed, and responded to Debtors former employee matter. | 0.50 |
| 8/17/2015 | Timothy C. Ross | Reviewed and authorized Debtors LTIP/401K plan related invoices for payment. | 0.50 |
| 8/19/2015 | Kim Ponder | Received and responded to request from former employee. | 0.25 |
| 8/19/2015 | Timothy C. Ross | Reviewed and authorized refund deposits to the Northern Telecom Health and Welfare Trust. | 0.50 |
| 8/19/2015 | Timothy C. Ross | Worked Debtors former employee payroll documentation request. | 0.50 |
| 8/25/2015 | Kim Ponder | Received, researched and responded to subpoena request. | 1.00 |
| 8/31/2015 | Timothy C. Ross | Worked Debtors former employee matter. | 0.50 |
| **Human Resources Total** | | | **6.75** |

# Exhibit F

## The Mergis Group
## Time Description Detail by Project

Nortel Networks, Inc. et al.
For the period of August 1, 2015 through August 31, 2015

| Project / Date | Professional | Project Work Description | Hours |
|---|---|---|---|
| **Insurance & Risk Management** | | | |
| 8/10/2015 | Timothy C. Ross | Worked Debtors foreign subsidiary matters. | 0.50 |
| 8/11/2015 | Timothy C. Ross | Worked Debtors foreign subsidiary insurance matters. | 0.50 |
| 8/13/2015 | Timothy C. Ross | Received, reviewed, and responded to Debtors foreign subsidiary matters. | 0.50 |
| 8/14/2015 | Timothy C. Ross | Received, reviewed, and responded to Debtors foreign subsidiary matter. | 0.50 |
| **Insurance & Risk Management Total** | | | **2.00** |
| **Professional Fee Applications** | | | |
| 8/4/2015 | Kim Ponder | Processed fee application received from Professional. | 0.50 |
| 8/6/2015 | Kim Ponder | Processed fee application filed by Professional. | 0.50 |
| 8/11/2015 | Kim Ponder | Processed fee application filed by Professional. | 0.50 |
| 8/17/2015 | Kim Ponder | Processed fee applications filed by Professionals. | 1.00 |
| 8/18/2015 | Kim Ponder | Processed fee application filed by Professional. | 0.50 |
| 8/21/2015 | Kim Ponder | Processed fee application filed by Professional. | 0.50 |
| 8/25/2015 | Kim Ponder | Processed fee application filed by Professional. | 0.50 |
| 8/26/2015 | Kim Ponder | Processed fee application filed by Professional. | 0.50 |
| 8/27/2015 | Kim Ponder | Processed fee applications filed by Professionals. | 2.00 |
| 8/31/2015 | Kim Ponder | Processed fee applications filed by Professionals. | 2.00 |
| **Professional Fee Applications Total** | | | **8.50** |
| **Real Estate Management** | | | |
| 8/4/2015 | Timothy C. Ross | Prepared for conference call with Zurich (RTP Landlord). | 2.00 |
| 8/4/2015 | Timothy C. Ross | Conference call with Zurich (RTP Landlord). | 1.00 |
| 8/10/2015 | Timothy C. Ross | Worked Debtors property management matters. | 2.00 |
| 8/12/2015 | Timothy C. Ross | Meeting with JCI (AL). | 1.00 |
| 8/13/2015 | Timothy C. Ross | Prepared and authorized request for Sub-tenant financial statements. | 1.00 |
| 8/18/2015 | Timothy C. Ross | Prepared Rent roll for RTP and Richardson properties. | 1.50 |
| 8/18/2015 | Timothy C. Ross | Prepared subtenant rental income for invoicing. | 3.00 |
| 8/18/2015 | Timothy C. Ross | Worked Debtors property management matters. | 0.50 |
| 8/18/2015 | Timothy C. Ross | Worked Debtors property management matters. | 0.50 |
| 8/19/2015 | Timothy C. Ross | Received, reviewed, and responded to Debtors property management matters. | 1.00 |
| 8/21/2015 | Timothy C. Ross | Worked Debtors property management matters. | 1.00 |
| 8/25/2015 | Timothy C. Ross | Reviewed and authorized Debtors foreign subsidiary rental invoicing for payment. | 0.50 |
| 8/25/2015 | Timothy C. Ross | Meeting with JCI (A. Lane). | 1.00 |
| 8/26/2015 | Timothy C. Ross | Meeting with JCI (A. Lane). | 1.50 |
| 8/26/2015 | Timothy C. Ross | Prepared and communicated sub-tenant rent annual CPI adjustment analysis. | 1.50 |
| **Real Estate Management Total** | | | **19.00** |
| **Residual Business Operations** | | | |
| 8/3/2015 | Timothy C. Ross | Prepared West Palm site remediation reserve analysis / authorized associated professional invoices for payment. | 1.00 |
| 8/17/2015 | Timothy C. Ross | Worked Debtors misdirected check issue with NNL. | 1.00 |
| 8/25/2015 | Timothy C. Ross | Reviewed and actioned Debtors service of process notifications. | 0.50 |
| **Residual Business Operations Total** | | | **2.50** |
| **Tax Matters** | | | |
| 8/3/2015 | Timothy C. Ross | Worked Debtors foreign subsidiary tax matters. | 0.50 |
| 8/4/2015 | Kim Ponder | Received and responded to requests from EY (A Shapiro). | 0.75 |
| 8/4/2015 | Timothy C. Ross | Received, researched, and responded to E&Y (A.S.). | 1.00 |
| 8/4/2015 | William D. Cozart | Received, reviewed and responded to correspondence re: tax request for Egypt branch. | 1.00 |
| 8/6/2015 | Timothy C. Ross | Meeting with E&Y (JW, MG, SJ, JS). | 1.00 |
| 8/10/2015 | Timothy C. Ross | Reviewed and authorized various state and local tax matters. | 0.50 |
| 8/10/2015 | Timothy C. Ross | Received, reviewed, and responded to Debtors foreign subsidiary tax matters. | 0.50 |
| 8/11/2015 | Kim Ponder | Received and responded to EY (S. Jacks) inquiry. | 0.50 |
| 8/11/2015 | Timothy C. Ross | Researched and responded to E&Y (SJ). | 2.00 |
| 8/11/2015 | Timothy C. Ross | Worked Debtors foreign subsidiary tax matters with E&Y and CGSH. | 0.50 |
| 8/11/2015 | William D. Cozart | Received, reviewed and responded to correspondence re: 2014 tax return. | 1.00 |
| 8/12/2015 | Timothy C. Ross | Reviewed and authorized Debtors foreign subsidiary tax matters. | 0.50 |
| 8/14/2015 | Timothy C. Ross | Worked Debtors tax matters. | 0.50 |
| 8/17/2015 | Timothy C. Ross | Responded to E&Y 2014 tax return compliance request. | 1.00 |
| 8/21/2015 | Kim Ponder | Provided tax data requested by EY (S Jacks). | 0.50 |
| 8/26/2015 | Timothy C. Ross | Meeting with E&Y (JW, SJ, and JS). | 1.00 |
| 8/28/2015 | Timothy C. Ross | Received, reviewed, and actioned Debtors state tax matters. | 0.50 |
| 8/28/2015 | Timothy C. Ross | Received, reviewed, and responded to Debtors foreign subsidiary matter. | 0.50 |
| 8/31/2015 | Timothy C. Ross | Conference call with Debtors foreign subsidiary local consultant (SM). | 1.00 |
| **Tax Matters Total** | | | **14.75** |

For the period of August 1, 2015 through August 31, 2015          454.75

Page 1 of 1

<u>**Exhibit G**</u>

**The Mergis Group**
**Summary of Expenses By Category**

**Nortel Networks, Inc. et al.**
For the period of August 1, 2015 through August 31, 2015

| Expense Category | Expenses |
|---|---:|
| Airfare | - |
| Lodging | - |
| Meals | - |
| Parking | - |
| Ground Transportation | - |
| Office Expense | - |
| Professional | - |
| Miscellaneous | - |
| **For the period of August 1, 2015 through August 31, 2015** | $   - |

# Exhibit H

## The Mergis Group
### Expense Detail

Nortel Networks, Inc. et al.
For the period of August 1, 2015 through August 31, 2015

| Date (s) Incurred | Name of Professional | Purpose | Location Visited |
|---|---|---|---|

| | Expense Category | Vendor | Expenses |
|---|---|---|---|
| | Airfare | | - |
| | Lodging | | - |
| | Meals | | - |
| | Parking | | - |
| | Ground Transportation | | - |
| | Office Expense | | - |
| | Professional | | - |
| | Miscellaneous | | - |
| | Total | | $ - |

| Date (s) Incurred | Name of Professional | Purpose | Location Visited |
|---|---|---|---|

| | Expense Category | Vendor | Expenses |
|---|---|---|---|
| | Airfare | | - |
| | Lodging | | - |
| | Meals | | - |
| | Parking | | - |
| | Ground Transportation | | - |
| | Office Expense | | - |
| | Professional | | - |
| | Miscellaneous | | - |
| | Total | | $ - |

| Date (s) Incurred | Name of Professional | Purpose | Location Visited |
|---|---|---|---|

| | Expense Category | Vendor | Expenses |
|---|---|---|---|
| | Airfare | | - |
| | Lodging | | - |
| | Meals | | - |
| | Parking | | - |
| | Ground Transportation | | - |
| | Office Expense | | - |
| | Professional | | - |
| | Miscellaneous | | - |
| | Total | | $ - |

| Date (s) Incurred | Name of Professional | Purpose | Location Visited |
|---|---|---|---|

| | Expense Category | Vendor | Expenses |
|---|---|---|---|
| | Airfare | | - |
| | Lodging | | - |
| | Meals | | - |
| | Parking | | - |
| | Ground Transportation | | - |
| | Office Expense | | - |
| | Professional | | - |
| | Miscellaneous | | - |
| | Total | | $ - |

For the period of August 1, 2015 through August 31, 2015            $ -