# **<u>EXHIBIT B</u>**

```
*********************************************************************************************Page 27 of (27)
                                           WHITEFORD, TAYLOR & PRESTON      THRU 08/31/15
BILLING ATTORNEY: 01762  CHRISTOPHER M. SAMIS  DETAILED  BILLING REPORT     AS OF 9/21/2015 9:46:32 AM
                                           PROFORMA NUMBER: 421966          LAST DATE BILLED 08/21/15
```

| CLIENT 091281 | OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF |
|---|---|
|  | NORTEL NETWORKS, INC. |
| MATTER 00001 | NORTEL |
| CASE ID |  |

***DISBURSEMENTS ***

| INDEX | DATE | REFER-# | CODE | CTRL-# | TKPR | | AMOUNT | |
|---|---|---|---|---|---|---|---|---|
|  |  |  | 10 |  |  | PHOTOCOPIES |  | 4.40 |
| 3781589 | 08/05/15 |  | 101 |  | 01762 | DLS DISCOVERY - COURIER EXPENSE-EXPEDITED RUSH-BANKRUPTCY COURT/JUDGE GROSS; SERVICE DRIVE | 229.00 | |
|  |  |  | *101 |  |  | COURIER EXPENSE |  | 229.00 |
| 3781595 | 08/11/15 |  | 44 |  | 01762 | COPIES DLS DISCOVERY - COPY/PRINT, ENVELOPE, POSTAGE, PDF EMAILED TO CLIENT | 63.34 | |
| 3781594 | 08/11/15 |  | 44 |  | 01762 | COPIES DLS DISCOVERY - COPY/PRINT, ENVELOPE, POSTAGE, HAND DELIVERY W BANKRUPTCY SERVICE | 7,728.45 | |
| 3781596 | 08/11/15 |  | 44 |  | 01762 | COPIES DLS DISCOVERY -PRINT B/W FROM TIFF, FILE FOLDERS | 37.85 | |
| 3781598 | 08/31/15 |  | 44 |  | 01762 | COPIES DLS DISCOVERY - COPY/PRINT; ENVELOPE; POSTAGE(CANADA, INDIA, UK); PDF EMAILED TO CLIENT | 1,559.46 | |
|  |  |  | *44 |  |  | COPIES |  | 9,389.10 |
|  |  |  |  |  |  | *TOTAL DISBURSEMENTS* | 9,622.50 | |