# **<u>EXHIBIT A</u>**

## COMPENSATION BY PROJECT CATEGORY

Nortel Networks, Inc., *et al.*
(Case No. 09-10138 (KG))

August 1, 2015 through August 31, 2015

| Project Category | Total Hours | Total Fees |
| --- | ---: | ---: |
| Fee and Employment Applications | 62.50 | $21,618.00 |
| Litigation | 280.10 | $199,600.00 |
| Analysis of Canadian Law | 52.80 | $46,943.00 |
| Intercompany Analysis | 5.60 | $4,340.00 |
| Canadian CCAA Proceedings/Matters | 89.00 | $69,661.50 |
| U.S. Proceedings/Matters | 4.90 | $3,797.50 |
| **TOTAL** | 494.9 | $345,960.00 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Bauer | Alison D. | 03/08/2015 | Review monthly fee application materials (.4); confer with A. Collins regarding same (.1) | 0.5 | 420.00 | 13162539 |
| Collins | Allan | 03/08/2015 | attention to fee application (1.2); confer with A. Bauer regarding same (0.1); | 1.3 | 383.50 | 13163255 |
| Gray | William | 03/08/2015 | Work on fee application | 0.5 | 472.50 | 13174195 |
| Collins | Allan | 04/08/2015 | attention to fee application; | 2.9 | 855.50 | 13165998 |
| Collins | Allan | 05/08/2015 | attention to fee application; | 3.6 | 1,062.00 | 13167985 |
| Gray | William | 06/08/2015 | Review fee application filing | 0.7 | 661.50 | 13174223 |
| Collins | Allan | 06/08/2015 | attention to fee application; | 2.0 | 590.00 | 13174716 |
| Gray | William | 07/08/2015 | Review final fee applications | 0.5 | 472.50 | 13174230 |
| Gray | William | 10/08/2015 | Review fee applications (1.6); | 1.6 | 1,512.00 | 13238676 |
| Collins | Allan | 11/08/2015 | attention to fee application; | 1.6 | 472.00 | 13178683 |
| Collins | Allan | 12/08/2015 | attention to fee application; | 2.8 | 826.00 | 13178675 |
| Collins | Allan | 13/08/2015 | attention to fee application; | 4.2 | 1,239.00 | 13181529 |
| Collins | Allan | 14/08/2015 | attention to fee application; | 2.8 | 826.00 | 13183600 |
| Bauer | Alison D. | 17/08/2015 | Confer with A. Collins (.1); review and mark up fee application and draft language (.6) | 0.7 | 588.00 | 13187999 |
| Collins | Allan | 17/08/2015 | confer with A. Bauer regarding fee application (0.1); attention to June fee application (6.5); | 6.6 | 1,947.00 | 13190455 |
| Collins | Allan | 18/08/2015 | attention to July fee application; | 4.7 | 1,386.50 | 13190465 |
| Collins | Allan | 19/08/2015 | attention to July fee application; | 5.6 | 1,652.00 | 13190476 |
| Bauer | Alison D. | 20/08/2015 | Review monthly fee application | 0.7 | 588.00 | 13191486 |
| Collins | Allan | 20/08/2015 | attention to fee application; | 5.8 | 1,711.00 | 13194242 |
| Collins | Allan | 21/08/2015 | attention to fee application; | 2.2 | 649.00 | 13194247 |
| Collins | Allan | 24/08/2015 | attention to fee application; | 1.4 | 413.00 | 13196712 |
| Collins | Allan | 25/08/2015 | finalize fee application; | 5.4 | 1,593.00 | 13198832 |
| Collins | Allan | 26/08/2015 | attention to quarterly fee application (3.9); multiple calls with B. Yu in finance regarding same (0.3); | 4.2 | 1,239.00 | 13200943 |
| Collins | Allan | 27/08/2015 | attention to certificate of no objection re May fee application; | 0.2 | 59.00 | 13209749 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Slavens | Adam | 03/08/2015 | reviewing and commenting of issues for appeal; | 1.0 | 775.00 | 13163045 |
| Gray | William | 03/08/2015 | Work on appeal issues | 2.2 | 2,079.00 | 13174187 |
| Gray | Andrew | 03/08/2015 | drafting leave to appeal factum (2.0) | 2.0 | 1,650.00 | 13189732 |
| Slavens | Adam | 04/08/2015 | drafting factum and reviewing evidentiary record re appeal of allocation decision; | 6.3 | 4,882.50 | 13165776 |
| Gray | William | 04/08/2015 | Review appeal papers | 1.6 | 1,512.00 | 13174200 |
| Gray | Andrew | 04/08/2015 | revising and drafting leave to appeal factum (2.5); | 2.5 | 2,062.50 | 13189733 |
| Bogach | Alex | 05/08/2015 | preparing motion record re: motion for leave to appeal of allocation trial decision; | 3.9 | 741.00 | 13167195 |
| Slavens | Adam | 05/08/2015 | reviewing revised factum re appeal of allocation decision and comments on same (1.7); reviewing evidentiary record re same (3.5); | 5.2 | 4,030.00 | 13167830 |
| Block | Sheila R. | 05/08/2015 | reviewing the draft leave to appeal factum (.8); | 0.8 | 872.00 | 13173389 |
| Gray | Andrew | 05/08/2015 | revising and drafting leave to appeal factum (3.0); | 3.0 | 2,475.00 | 13189734 |
| Bogach | Alex | 06/08/2015 | preparing motion record re: motion for leave to appeal of allocation trial decision; | 4.3 | 817.00 | 13167458 |
| Slavens | Adam | 06/08/2015 | reviewing letter from M. Gottlieb re clarification of allocation trial decision (0.2); email correspondence with Cleary team re same (0.3); | 0.5 | 387.50 | 13172174 |
| Slavens | Adam | 06/08/2015 | reviewing evidentiary record re factum on appeal of allocation decision; | 5.3 | 4,107.50 | 13172180 |
| Gray | William | 06/08/2015 | Work on appeal issues | 1.3 | 1,228.50 | 13174225 |
| Gray | William | 07/08/2015 | Work on factum | 2.2 | 2,079.00 | 13185486 |
| Block | Sheila R. | 08/08/2015 | reviewing draft factum (1.7); | 1.7 | 1,853.00 | 13172692 |
| Slavens | Adam | 09/08/2015 | reviewing correspondence and mark-up re allocation trial order; | 1.4 | 1,085.00 | 13174312 |
| Opolsky | Jeremy | 10/08/2015 | call with S. Bomhof, S. Block, A. Slavens and Cleary re: appeal issues and postcall discussion (0.8); meeting with S. Bomhof, S. Block, A. Slavens re: appeal issues (0.5); calls with team re: appeal issues (0.1) preparation for meetings re: appeal issues (0.7); | 2.1 | 1,186.50 | 13173707 |
| Slavens | Adam | 10/08/2015 | call with S. Bomhof, S. Block, J. Opolsky and Cleary re: appeal issues and post-call discussion (0.8); meeting with S. Bomhof, S. Block and J. Opolsky re: appeal issues (0.5); | 1.3 | 1,007.50 | 13174308 |
| Slavens | Adam | 10/08/2015 | email correspondence with Cassels and Bennett Jones re allocation trial order; | 0.2 | 155.00 | 13174313 |
| Slavens | Adam | 10/08/2015 | reviewing comments on factum re appeal of allocation decision and revising same; | 5.0 | 3,875.00 | 13174315 |
| Block | Sheila R. | 10/08/2015 | meeting with J. Opolsky, S. Bomhof and A. Slavens regarding draft factum (0.8); conference call with Cleary regarding same and further office conference with Torys team regarding revisions (0.8); | 1.6 | 1,744.00 | 13174511 |
| Bomhof | Scott A. | 10/08/2015 | Review and provide comments on draft leave to appeal factum (1.1); meet with S. Block, J. Opolsky and A. Slavens re: comments on factum (0.5); telephone conference with Cleary and Torys teams to co-orindate appeal documents (0.8); telephone conference with Cassels re: appeal issues (0.2); review form of Judgment circulated by Goodmans (0.4); attend meeting | 4.0 | 3,500.00 | 13177480 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| | | | and confer between US Debtors, Canadian Debtors and EMEA Debtors re: Monitor's Notice to dispose of records (1.0); | | | |
| Gray | William | 10/08/2015 | Work on factum fee application (.60); | 0.6 | 567.00 | 13185456 |
| Slavens | Adam | 11/08/2015 | drafting factum and reviewing evidentiary record re appeal of allocation decision; | 8.2 | 6,355.00 | 13176504 |
| Slavens | Adam | 11/08/2015 | email correspondence and telephone call with C. Armstrong, Cassels team and G. Finlayson re factum and allocation trial order; | 0.4 | 310.00 | 13176508 |
| Gray | William | 11/08/2015 | Work on appeal issues | 3.2 | 3,024.00 | 13185464 |
| Block | Sheila R. | 12/08/2015 | reviewing revised draft factum and discussing revisions with A. Slavens and then J. Opolsky (2.5); further revisions (0.3); | 2.8 | 3,052.00 | 13177429 |
| Opolsky | Jeremy | 12/08/2015 | office conferences with S. Block re: reviewing and revising court documents re: appeal issues (1); correspondence with team re: same (0.5); reviewing court documents re: appeal issues (3.4) | 4.9 | 2,768.50 | 13177859 |
| Slavens | Adam | 12/08/2015 | reviewing comments on factum re appeal of allocation decision and revising same (6.9); reviewing evidentiary record re same (1.3); office conference with S. Block re same (0.1); telephone calls and email correspondence with J. Opolsky and S. Bomhof re same (0.3); | 8.6 | 6,665.00 | 13178361 |
| Silver | Jon | 13/08/2015 | preparing motion record re motion for leave to appeal from allocation trial decision; | 3.3 | 841.50 | 13178410 |
| Opolsky | Jeremy | 13/08/2015 | reviewing and revising factum re: appeal and correspond with S. Block regarding same (2.4); research re: same (.7); correspondence with team re: same (.2) | 3.3 | 1,864.50 | 13180262 |
| Slavens | Adam | 13/08/2015 | revising draft form of allocation trial order (0.5); email correspondence with Cleary team, Cassels team and G. Finlayson re same (0.3); | 0.8 | 620.00 | 13181280 |
| Slavens | Adam | 13/08/2015 | reviewing comments on factum re appeal of allocation decision (1.4); reviewing evidentiary record re same (2.3); email correspondence with J. Opolsky and S. Bomhof re same (0.5); | 4.2 | 3,255.00 | 13181285 |
| Bomhof | Scott A. | 13/08/2015 | Review and revise Factum for Leave to Appeal and review case law in factum (3.8); confer with S. Block regarding same (0.2); | 4.0 | 3,500.00 | 13181988 |
| Block | Sheila R. | 13/08/2015 | revising factum and office conference with J. Opolsky regarding same (1.8); office conference with S. Bomhof regarding further revisions (0.2); | 2.0 | 2,180.00 | 13182296 |
| Gray | William | 13/08/2015 | Work on appeal issues | 1.7 | 1,606.50 | 13185476 |
| Silver | Jon | 14/08/2015 | preparing motion record re motion for leave to appeal from allocation trial decision; | 1.1 | 280.50 | 13181813 |
| Bomhof | Scott A. | 14/08/2015 | Review Cleary comments on Leave to Appeal factum (0.2); review and revise draft factum (2.2) | 2.4 | 2,100.00 | 13181998 |
| Slavens | Adam | 14/08/2015 | reviewing comments on factum re appeal of allocation decision (1.7); reviewing evidentiary record re same (2.5); email correspondence with J. Silver, J. Opolsky and S. Bomhof re same (0.8); | 5.0 | 3,875.00 | 13183281 |
| Silver | Jon | 16/08/2015 | preparing book of authorities and motion record re motion for leave to appeal from allocation | 4.0 | 1,020.00 | 13181854 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Bomhof | Scott A. | 16/08/2015 | trial decision; Review Cleary comments on draft factum for leave to appeal and consider notes therein (1.4); Review Bennett Jones comments on factum and participate in call with A. Gray, A. Slavens and G. Finlayson to discuss same (1.1); | 2.5 | 2,187.50 | 13182035 |
| Block | Sheila R. | 16/08/2015 | emails regarding drafts; | 0.2 | 218.00 | 13182077 |
| Gray | Andrew | 16/08/2015 | conference call with bondholders' counsel regarding appeal (0.4); revising leave to appeal factum (1.5); | 1.9 | 1,567.50 | 13182806 |
| Slavens | Adam | 16/08/2015 | reviewing comments on factum re appeal of allocation decision (1.9); reviewing evidentiary record re same (0.4); email correspondence with A. Gray and S. Bomhof re same (0.8); conference call with G. Finlayson, A. Gray and S. Bomhof re same (0.5); | 3.6 | 2,790.00 | 13183286 |
| Silver | Jon | 17/08/2015 | preparing motion record re motion for leave to appeal from allocation trial decision; | 7.1 | 1,810.50 | 13182807 |
| Bomhof | Scott A. | 17/08/2015 | Review additional comments on draft factum from Cleary team and revise factum (4.3); review UKPT and EMEA comments on form of Ontario Allocation Order (0.4); review Protective Order and discuss filing of trial materials before Court of Appeal with Cleary (0.3); confer with A. Gray regarding motion (0.2); | 5.2 | 4,550.00 | 13184677 |
| Gray | Andrew | 17/08/2015 | drafting factum for the leave to appeal motion (5.5); email and discussion with Scott Bomhof regarding the document destruction motion (0.2); | 5.7 | 4,702.50 | 13185571 |
| Slavens | Adam | 17/08/2015 | reviewing and commenting on draft factum re motion for leave to appeal (1.9); revising same (2.5); reviewing evidentiary record re same (2.8); email correspondence with working group re same (0.8); | 8.0 | 6,200.00 | 13187829 |
| Slavens | Adam | 17/08/2015 | preparing for meet and confer re allocation trial order; | 0.7 | 542.50 | 13187841 |
| Gray | William | 17/08/2015 | Work on appeal papers; prepare memorandum commenting on leave to appeal motion | 3.6 | 3,402.00 | 13193182 |
| Slavens | Adam | 18/08/2015 | attending meet and confer re allocation trial order (2.5); preparing for same (2.0); follow-up call with G. Finlayson and M. Wunder re same (0.7); revising draft order (0.4); email correspondence with C. Armstrong re same (0.2); | 5.8 | 4,495.00 | 13187818 |
| Slavens | Adam | 18/08/2015 | email correspondence with S. Block, S. Bomhof and J. Opolsky re motion for leave to appeal; | 0.2 | 155.00 | 13187821 |
| Slavens | Adam | 18/08/2015 | preparing motion record re motion for leave to appeal; | 1.9 | 1,472.50 | 13187822 |
| Bauer | Alison D. | 18/08/2015 | Read and mark up factum | 2.0 | 1,680.00 | 13187997 |
| Gray | Andrew | 18/08/2015 | drafting leave to appeal factum (0.9); reviewing comments from other moving parties (0.4); | 1.3 | 1,072.50 | 13189765 |
| Bomhof | Scott A. | 18/08/2015 | Review comments on draft Ontario Allocation Order and prepare for meet and confer on same (1.1); Review and revise draft factum re: motion for leave to appeal (2.2); confer with | 3.5 | 3,062.50 | 13191017 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Gray | William | 18/08/2015 | W. Gray regarding same (0.2); Review draft appeal briefs (3.4); conference with S. Bomhof regarding same (0.2); | 3.6 | 3,402.00 | 13193189 |
| Silver | Jon | 19/08/2015 | preparing motion record re motion for leave to appeal from allocation trial decision; | 1.6 | 408.00 | 13188404 |
| Opolsky | Jeremy | 19/08/2015 | call with counsel to moving party re: appeal issues (.3); meeting team re: appeal issues (.3); reviewing comments received on appeal factum (.2); reviewing and revising factum and motion materials re: leave issues (.7); | 1.5 | 847.50 | 13189498 |
| Bauer | Alison D. | 19/08/2015 | Conference with W. Gray (.3); analysis of factum issues (.3) | 0.6 | 504.00 | 13189538 |
| Szydlowski | Tanya | 19/08/2015 | library research re case retrieval (J. Silver); | 1.0 | 155.00 | 13189564 |
| Gray | Andrew | 19/08/2015 | revising leave to appeal factum (1.0); email regarding document preservation motion (0.2); | 1.2 | 990.00 | 13189750 |
| Slavens | Adam | 19/08/2015 | telephone call with J. Opolsky, J. Silver and G. Shaw re motion for leave to appeal; | 0.5 | 387.50 | 13191732 |
| Slavens | Adam | 19/08/2015 | reviewing evidentiary record and preparing motion record re motion for leave to appeal; | 3.8 | 2,945.00 | 13191734 |
| Slavens | Adam | 19/08/2015 | reviewing and commenting on draft factum re motion for leave to appeal and comments of moving parties on same (2.7); email correspondence with working group re same (0.6); | 3.3 | 2,557.50 | 13191741 |
| Gray | William | 19/08/2015 | Review leave to appeal factum (2.3); conference with A. Bauer (0.3); | 2.6 | 2,457.00 | 13193193 |
| Silver | Jon | 20/08/2015 | preparing motion record re motion for leave to appeal from allocation trial decision; | 1.1 | 280.50 | 13189724 |
| Gray | Andrew | 20/08/2015 | reviewing comments on factum and draft supplementary factum for motion for leave to appeal prepared by the UCC (0.8); email regarding document destruction motion (0.1); | 0.9 | 742.50 | 13191577 |
| Slavens | Adam | 20/08/2015 | reviewing and commenting on draft factum re motion for leave to appeal and comments of moving parties on same (2.4); email correspondence with working group re same (0.3); | 2.7 | 2,092.50 | 13191752 |
| Slavens | Adam | 20/08/2015 | reviewing evidentiary record and preparing motion record re motion for leave to appeal (2.4); email correspondence and telephone calls with moving parties re same (0.5); | 2.9 | 2,247.50 | 13191758 |
| Gray | William | 20/08/2015 | Work on appeal papers | 1.7 | 1,606.50 | 13193198 |
| Gray | William | 20/08/2015 | Review final fee application | 0.7 | 661.50 | 13193202 |
| Opolsky | Jeremy | 21/08/2015 | reviewing and revising court materials re: leave to appeal (4.4); discuss same internally (0.3); | 4.7 | 2,655.50 | 13191641 |
| Bomhof | Scott A. | 21/08/2015 | Exchange emails with Cleary re: call to discuss claims (0.3); meet with A. Gray to discuss intercompany claims issues (0.5); review and revise leave to appeal factum and discuss same with J. Opolsky and A. Slavens (1.5); | 2.3 | 2,012.50 | 13192411 |
| Gray | Andrew | 21/08/2015 | reviewing claims-related materials and discussions with Adam Slavens and Scott Bomhof regarding same (0.7); reviewing and discussing with Jeremy Opolsky leave to appeal materials (2.0)' | 2.7 | 2,227.50 | 13192825 |
| Gray | William | 21/08/2015 | Review factum | 0.6 | 567.00 | 13193210 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Slavens | Adam | 21/08/2015 | reviewing and commenting on draft factum re motion for leave to appeal and comments of moving parties on same (1.1); internal discussions regarding same (0.3); email correspondence with working group re same (0.2); | 1.6 | 1,240.00 | 13193902 |
| Slavens | Adam | 21/08/2015 | reviewing evidentiary record and preparing motion record re motion for leave to appeal; | 2.1 | 1,627.50 | 13193905 |
| Gray | Andrew | 22/08/2015 | reviewing leave to appeal draft materials (0.5); | 0.5 | 412.50 | 13192832 |
| Silver | Jon | 22/08/2015 | preparing motion record re motion for leave to appeal from allocation trial decision; | 7.0 | 1,785.00 | 13192846 |
| Gray | William | 22/08/2015 | Review factum | 2.3 | 2,173.50 | 13193211 |
| Slavens | Adam | 22/08/2015 | preparing motion record re motion for leave to appeal; | 0.8 | 620.00 | 13193908 |
| Silver | Jon | 23/08/2015 | preparing motion record and book of authorities re motion for leave to appeal from allocation trial decision; | 7.3 | 1,861.50 | 13192925 |
| Slavens | Adam | 23/08/2015 | preparing motion record and book of authorities re motion for leave to appeal; | 2.6 | 2,015.00 | 13193909 |
| Silver | Jon | 24/08/2015 | preparing motion record and book of authorities re motion for leave to appeal from allocation trial decision; | 7.5 | 1,912.50 | 13193670 |
| Opolsky | Jeremy | 24/08/2015 | reviewing and revising factum and court documents re: leave to appeal and preparing filings re: same (6.0); confer with A. Slavens and W. Gray regarding same (0.3); | 6.3 | 3,559.50 | 13195565 |
| Slavens | Adam | 24/08/2015 | finalizing and coordinating service and filing with Court of Appeal for Ontario of factum, book of authorities and motion record re motion for leave to appeal from allocation trial decision (7.9); confer with W. Gray and J. Opolsky regarding same (0.3); | 8.2 | 6,355.00 | 13196347 |
| Gray | Andrew | 24/08/2015 | revising and finalizing factum for leave to appeal motion (3.5); reviewing other appeal materials (0.6); reviewing materials on document production motion and office conference with Adam Slavens regarding same (0.6); | 4.7 | 3,877.50 | 13196826 |
| Gray | William | 24/08/2015 | Review factum (1.6); conference with J. Opolsky and A. Slavens regarding same (0.3); work on revised draft (1.7); | 3.6 | 3,402.00 | 13198437 |
| Slavens | Adam | 25/08/2015 | reviewing revised allocation trial order (0.5); preparing reporting email to Cleary team re same (0.9); | 1.4 | 1,085.00 | 13198685 |
| Slavens | Adam | 26/08/2015 | meeting with A. Gray re claims issues (0.5); preparing for same (0.3); | 0.8 | 620.00 | 13200705 |
| Slavens | Adam | 26/08/2015 | reviewing and considering revised allocation trial order; | 1.0 | 775.00 | 13200714 |
| Gray | Andrew | 26/08/2015 | preparing for and attending motion on document destruction (0.5); meeting to discuss Canadian claims issues (0.5); | 1.0 | 825.00 | 13207475 |
| Gray | William | 26/08/2015 | Legal research and work on substantive consolidation issues in support of appeal brief | 3.6 | 3,402.00 | 13209381 |
| Gray | William | 27/08/2015 | Work on substantive consolidation issues | 0.8 | 756.00 | 13209385 |
| Slavens | Adam | 28/08/2015 | email correspondence with Cassels team and Bennett Jones team re allocation trial order; | 0.2 | 155.00 | 13207314 |
| Gray | William | 31/08/2015 | Work on substantive consolidation issues in | 3.7 | 3,496.50 | 13209393 |

Litigation

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| | | | support of appeal briefs | | | |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Slavens | Adam | 04/08/2015 | conducting Canadian legal research re appeal issues; | 1.8 | 1,395.00 | 13165777 |
| Bomhof | Scott A. | 04/08/2015 | Research re: Canadian law on appeal issues for Leave to Appeal factum; | 5.0 | 4,375.00 | 13166330 |
| Bomhof | Scott A. | 05/08/2015 | Research re: Canadian law for motion for leave to appeal Ontario allocation decision; | 3.2 | 2,800.00 | 13166335 |
| Slavens | Adam | 05/08/2015 | conducting Canadian legal research re appeal issues; | 2.9 | 2,247.50 | 13167827 |
| DeMarinis | Tony | 05/08/2015 | analysis regarding appeal issues; | 1.0 | 1,090.00 | 13178544 |
| Bomhof | Scott A. | 06/08/2015 | Research re: law for leave to appeal factum; | 4.2 | 3,675.00 | 13172586 |
| Slavens | Adam | 07/08/2015 | conducting Canadian legal research re appeal issues; | 4.0 | 3,100.00 | 13172184 |
| Bomhof | Scott A. | 07/08/2015 | Research for factum for leave to appeal Ontario allocation decision; | 3.5 | 3,062.50 | 13177477 |
| DeMarinis | Tony | 07/08/2015 | consideration of appeal materials; | 0.9 | 981.00 | 13178558 |
| Slavens | Adam | 10/08/2015 | conducting Canadian legal research re appeal issues; | 1.6 | 1,240.00 | 13174314 |
| Bomhof | Scott A. | 10/08/2015 | Research re: Canadian legal issues for leave to appeal factum; | 2.2 | 1,925.00 | 13177481 |
| Bomhof | Scott A. | 11/08/2015 | Research re: Canadian legal issues related to appeal of Ontario Allocation Order; | 2.0 | 1,750.00 | 13177487 |
| DeMarinis | Tony | 11/08/2015 | legal review and analysis in connection with pending motions and materials filed by the parties on same; | 1.8 | 1,962.00 | 13185870 |
| Bomhof | Scott A. | 12/08/2015 | Research re: issues for leave to appeal factum; | 2.7 | 2,362.50 | 13181968 |
| Slavens | Adam | 13/08/2015 | conducting Canadian legal research re appeal issues; | 2.5 | 1,937.50 | 13181287 |
| DeMarinis | Tony | 13/08/2015 | analysis of issues and arguments on appeal, and related documents; | 2.0 | 2,180.00 | 13185884 |
| DeMarinis | Tony | 14/08/2015 | review and analysis of appellate materials; | 2.0 | 2,180.00 | 13196510 |
| Bomhof | Scott A. | 17/08/2015 | Research for leave to appeal factum; | 2.1 | 1,837.50 | 13184676 |
| Slavens | Adam | 20/08/2015 | conducting Canadian legal research re appeal issues; | 1.7 | 1,317.5 | 13191755 |
| Bomhof | Scott A. | 20/08/2015 | Research re: law cited in Supplemental Factum of UCC re: leave to appeal (1.2); research re: appeal issues on Allocation Ruling (2.0); | 3.2 | 2,800.00 | 13192370 |
| DeMarinis | Tony | 24/08/2015 | review and analysis relating to client's factum, book of authorities and motion record; | 2.5 | 2,725.00 | 13198770 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Slavens | Adam | 28/08/2015 | reviewing claims information and preparing schedule re same; | 3.0 | 2,325.00 | 13207317 |
| Slavens | Adam | 31/08/2015 | reviewing claims information and preparing schedule re same; | 2.6 | 2,015.00 | 13207341 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Slavens | Adam | 03/08/2015 | preparing for conference call re records disposal matters; | 1.0 | 775.00 | 13163046 |
| Bomhof | Scott A. | 03/08/2015 | review US Debtors list of issues on appeal and provide comments on same (0.3); exchange messages with A. Slavens re: Canadian appeal materials (0.2) | 0.5 | 437.50 | 13165733 |
| Opolsky | Jeremy | 04/08/2015 | office conference with A. Slavens re: appeal issues (.2); reviewing and revising court documents re: same (3.5); | 3.7 | 2,090.50 | 13164964 |
| Slavens | Adam | 04/08/2015 | conference call with J. Ray, S. Bomhof, Cleary and Crowell teams re document disposal matters (0.5); preparing for same (0.8); office conference with J. Opolsky regarding appeal issues (0.2); | 1.5 | 1,162.50 | 13165779 |
| Bomhof | Scott A. | 04/08/2015 | Review "issues list" for Records Disposal Meet and confer (0.2); participate in call with Cleary, John Roy and Adam Slavens re: meet and confer on Records Disposal motion (0.8); | 1.0 | 875.00 | 13166328 |
| DeMarinis | Tony | 04/08/2015 | review and consideration of GUC's statement of issues (0.4); review bondholders' statement of issues (0.2); | 0.6 | 654.00 | 13178539 |
| Bomhof | Scott A. | 05/08/2015 | Telephone conversation with S. Kukowicz re: leave to appeal materials (0.3); review and revise draft factum re: motion for leave to appeal (2.2); review US response to Monitors motion to declare US Allocation Order as an interlocutory order (0.3); review letter from M. Gottlieb re: clarification on settlements for allocation claims pool (0.2); | 3.0 | 2,625.00 | 13166332 |
| Opolsky | Jeremy | 05/08/2015 | reviewing and commenting on draft court document re: appeal issues; | 1.2 | 678.00 | 13166993 |
| Slavens | Adam | 05/08/2015 | telephone calls with M. Gottlieb, G. Finlayson and M. Wunder re records disposal matters (0.7); reviewing and commenting on draft agenda for meeting with Goodmans re same (0.5); | 1.2 | 930.00 | 13167822 |
| DeMarinis | Tony | 05/08/2015 | read correspondence on settlement of pre-filing obligations; | 0.1 | 109.00 | 13178543 |
| Opolsky | Jeremy | 06/08/2015 | correspondence with team and Cleary re; appeal issues; | 0.2 | 113.00 | 13170152 |
| Slavens | Adam | 06/08/2015 | reviewing and commenting on draft records disposal agenda (0.4); email correspondence with Cleary team, M. Wunder and G. Finlayson re same (0.4); | 0.8 | 620.00 | 13172167 |
| Bomhof | Scott A. | 06/08/2015 | Review correspondence between Goodmans and Cleary re: meet and confer on Records Disposal Motion (0.6); telephone call with M. Gottlieb re: Records Disposal Motion (0.2); review order approving additional sale of IP Addresses (0.3); | 1.1 | 962.50 | 13172584 |
| DeMarinis | Tony | 06/08/2015 | reading counsel correspondence and materials regarding leave to appeal; | 0.6 | 654.00 | 13178551 |
| Bogach | Alex | 07/08/2015 | preparing motion record re: motion for leave to appeal of allocation trial decision; | 0.5 | 95.00 | 13170243 |
| Slavens | Adam | 07/08/2015 | email correspondence with Cleary team, M. Wunder and G. Finlayson re records disposal agenda; | 0.3 | 232.50 | 13172183 |
| Opolsky | Jeremy | 07/08/2015 | reviewing and revising court documents re: appeal issues; | 0.5 | 282.50 | 13175919 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Bomhof | Scott A. | 07/08/2015 | Review and provide comments on draft factum re: leave to appeal; | 1.0 | 875.00 | 13177478 |
| Slavens | Adam | 10/08/2015 | conference call with core parties re Canadian records disposal process (0.8); preparing for same (0.7); | 1.5 | 1,162.50 | 13174311 |
| Bomhof | Scott A. | 11/08/2015 | Review draft factum for leave to appeal and provide comments on same; | 2.1 | 1,837.50 | 13177485 |
| Opolsky | Jeremy | 11/08/2015 | correspondence with Torys re: court documents for leave to appeal; | 0.3 | 169.50 | 13206515 |
| Slavens | Adam | 12/08/2015 | conference call with S. Bomhof, Cassels team and G. Finlayson re allocation trial order (0.5); preparing for same (0.5); telephone call with Cassels team re records disposal matters (0.3); reviewing status update from I. Rozenberg re same (0.2); | 1.5 | 1,162.50 | 13178354 |
| Bomhof | Scott A. | 12/08/2015 | Telephone call with A. Slavens, Bennet Jones and Cassels re: comments on form of order for Ontario Allocation Decision (0.6); Review revised Order (0.2); Review and revise factum re: application for leave to appeal (1.4); | 2.2 | 1,925.00 | 13181956 |
| DeMarinis | Tony | 12/08/2015 | consideration of issues and arguments on appeal, and materials filed by parties in regards to same; | 1.7 | 1,853.00 | 13185878 |
| Opolsky | Jeremy | 14/08/2015 | revising factum re: appeal issues; corresponding with team re: same; | 1.0 | 565.00 | 13184812 |
| Opolsky | Jeremy | 15/08/2015 | reviewing and revising court filings and factum re: leave to appeal; | 0.6 | 339.00 | 13204651 |
| Opolsky | Jeremy | 16/08/2015 | revising factum re: leave to appeal; | 0.2 | 113.00 | 13204652 |
| Opolsky | Jeremy | 17/08/2015 | reviewing and revising factum re: appeal issues and corresponding with Torys and Cleary team re: same (6.6); correspondence with moving parties re: same (.2); | 6.8 | 3,842.00 | 13184971 |
| DeMarinis | Tony | 17/08/2015 | reading accumulated appellate materials and related documents; | 1.7 | 1,853.00 | 13196517 |
| Opolsky | Jeremy | 18/08/2015 | reviewing comments on leave factum from moving parties (.2); correspondence with team re: same (0.2); | 0.4 | 226.00 | 13187249 |
| Bomhof | Scott A. | 18/08/2015 | Research re: Canadian legal issues for leave to appeal factum; | 2.7 | 2,362.50 | 13191018 |
| Bomhof | Scott A. | 19/08/2015 | Attend meet and confer (Torys, Cleary, Goodmans and E&Y) re: records disposal motion (0.8); review UCC and bondholder comments on draft factum for leave (0.8); review A. Bauer comments (1.0); review Faskens objection notice re: disposal of records (0.2); | 2.8 | 2,450.00 | 13191021 |
| Slavens | Adam | 19/08/2015 | conference call with Cleary team and Goodmans team re document disposal matters (0.6); preparing for same (0.3); | 0.9 | 697.50 | 13191729 |
| DeMarinis | Tony | 19/08/2015 | reviewing authorities and other materials in relation to appeals; 2.4 | 2.4 | 2,616.00 | 13198749 |
| Opolsky | Jeremy | 20/08/2015 | revising factum and court documents re: leave to appeal; | 2.0 | 1,130.00 | 13191324 |
| Slavens | Adam | 20/08/2015 | telephone calls with I. Rozenberg, C. Armstrong and G.Finlayson re document disposal motion (1.0); email correspondence with G. Finlayson and M. Wunder re same (0.3); | 1.3 | 1,007.50 | 13191750 |
| Bomhof | Scott A. | 20/08/2015 | Attend meet and confer on Records Disposal motion (0.6); exchange emails with A. Slavens | 1.6 | 1,400.00 | 13192387 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Slavens | Adam | 21/08/2015 | re: Bondholder, UCC and Indenture Trustee comments on Torys factum for leave to appeal (1.0); preparing factum re documents disposal motion (3.6); telephone calls with I. Rozenberg and P. Cantwell re same (0.3); telephone call with G. Finlayson, M. Wunder and J. Dietrich re same (0.4); | 4.3 | 3,332.50 | 13193897 |
| Opolsky | Jeremy | 22/08/2015 | revising factum re: appeal issues; | 0.7 | 395.50 | 13193664 |
| Opolsky | Jeremy | 23/08/2015 | preparing and reviewing court material re: leave to appeal; | 2.0 | 1,130.00 | 13197760 |
| Slavens | Adam | 24/08/2015 | revising factum re documents disposal motion (0.4); email correspondence with C. Armstrong, L. Schweitzer and P. Cantwell re same (0.6); | 1.0 | 775.00 | 13196349 |
| Slavens | Adam | 25/08/2015 | revising factum re documents disposal motion (1.3); finalizing, serving and filing same (1.7); email correspondence and telephone calls with M. Wunder, C. Armstrong, L. Schweitzer and P. Cantwell re same (2.0); reviewing and commenting on draft order (0.6); preparing correspondence re withdrawal of joint hearing request (0.5); finalizing, serving and filing same (0.7); preparing for motion returnable August 26, 2015 (1.5); | 8.3 | 6,432.50 | 13198683 |
| Slavens | Adam | 25/08/2015 | conference call with L. Schweitzer, A. Gray and J. Opolsky re claims matters; | 0.4 | 310.00 | 13198687 |
| DeMarinis | Tony | 25/08/2015 | reviewing bondholder group's appeal factum (0.4); reviewing additional materials in relation to appeal motions and legal issues regarding same (1.5); | 1.9 | 2,071.00 | 13198775 |
| Opolsky | Jeremy | 25/08/2015 | call with Torys and Cleary re: claims issues and preparation for call (.5); correspondence with Cleary and Torys re: appeals issues (.3); | 0.8 | 452.00 | 13199929 |
| Gray | Andrew | 25/08/2015 | conference call regarding claims issue and follow-up discussion (0.6); reviewing materials on document destruction motion (0.3); reviewing materials on Canadian claims issues (2.5); | 3.4 | 2,805.00 | 13207499 |
| Slavens | Adam | 26/08/2015 | attending motion returnable August 26, 2015 (1.8); preparing for same (1.3); email correspondence with L. Schweitzer and P. Cantwell re same (0.2); | 3.3 | 2,557.50 | 13200703 |
| Slavens | Adam | 27/08/2015 | email correspondence with Cassels team and Bennett Jones team re revised allocation trial order; | 0.2 | 155.00 | 13203324 |
| Slavens | Adam | 27/08/2015 | reviewing claims issues (3.0); office conference with J. Opolsky re same (0.2); | 3.2 | 2,480.00 | 13203329 |
| Opolsky | Jeremy | 27/08/2015 | correspondence with Torys team re: appeal and case issues; | 0.2 | 113.00 | 13204681 |
| Bomhof | Scott A. | 27/08/2015 | Review Order regarding disposal of records (0.2); review additional comments on form of Allocation Order (0.3); | 0.5 | 437.50 | 13205298 |
| Bomhof | Scott A. | 28/08/2015 | Review "Statements of Issues" filed with US Bankruptcy Court for appeals and contingent cross-appeals; | 1.0 | 875.00 | 13205301 |
| Slavens | Adam | 31/08/2015 | reviewing comments of L. Schweitzer on revised mark-up of allocation trial order (0.5); | 1.8 | 1,395.00 | 13207322 |

| **Last Name** | **First Name** | **Date** | **Description** | **Hours** | **Value** | **Index#** |
|---|---|---|---|---|---|---|
| Bomhof | Scott A. | 31/08/2015 | considering same (1.2); email correspondence with Cassels team and Bennett Jones team re same (0.1); reviewing intercompany claims issues (1.2); reviewing all cases cited in Supplemental factums regarding application for leave to appeal Ontario Allocation Order; (2.3); | 3.5 | 3,062.50 | 13208410 |

U.S. Proceedings/Matters

| **Last Name** | **First Name** | **Date** | **Description** | **Hours** | **Value** | **Index#** |
|---|---|---|---|---|---|---|
| Slavens | Adam | 05/08/2015 | reviewing draft response to monitor's US motion for leave to appeal interlocutory order (0.5); email correspondence with Torys team re same (0.1); | 0.6 | 465.00 | 13167834 |
| Slavens | Adam | 06/08/2015 | reviewing Chapter 11 case court documents re appeal matters; | 1.7 | 1,317.50 | 13172176 |
| Slavens | Adam | 27/08/2015 | reviewing chapter 11 case court materials re appeal matters; | 2.6 | 2,015.00 | 13203325 |