# **EXHIBIT B**

**EXPENSE SUMMARY**

Nortel Networks, Inc., *et al.*
(Case No. 09-10138 (KG))

August 1, 2015 through August 31, 2015

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Copy Preparation | | $30.58 |
| Telephone | Long Distance | $4.12 |
| Duplicating/Printing | 10,225 pages@ .10 per pg | $1,022.50 |
| Binding Charges/Exhibit Tabs | | $111.81 |
| Miscellaneous | | $14.46 |
| Taxi & Travel | | $6.83 |
| Computer Research | Quicklaw / Westlaw | $1,053.02 |
| Computerized Court Searches | | $8.20 |
| **Grand Total Expenses** | | **$2,251.52** |

**Nortel**
**August 2015 Disbursements**

| | | | | | |
|---|---|---|---|---|---|
| 303 Taxi & Travel | | 26/08/2015 | $ | 6.83 | Taxi & Travel |
| | | | | | Slavens, Adam; Taxi/Car Service - courthouse |
| | | | | | courthouse |
| | | | | | |
| 375 Miscellaneous | | 20/08/2015 | $ | 14.46 | Miscellaneous |
| | | | | | Sivaperuman, Sivarajah; Office Supplies 16 GB |
| | | | | | USB key for Jon Silver from Staples Canada |
| | | | | | |
| 800 Telephone Call | | 05/08/2015 | | 1.07 | Telephone Call |
| | | | | | Global Crossing, Inv # 19136180 SLAVENS, ADAM |
| 800 Telephone Call | | 10/08/2015 | | 0.69 | Telephone Call |
| | | | | | Global Crossing, Inv # 19136180 OPOLSKY, JEREMY |
| 800 Telephone Call | | 12/08/2015 | | 0.41 | Telephone Call |
| | | | | | Global Crossing, Inv # 19136180 SLAVENS, ADAM |
| 800 Telephone Call | | 16/08/2015 | | 1.35 | Telephone Call |
| | | | | | Global Crossing, Inv # 19136180 SLAVENS, ADAM |
| 800 Telephone Call | | 19/08/2015 | | 0.60 | Telephone Call |
| | | | | | Global Crossing, Inv # 19136180 SLAVENS, ADAM |
| | | | $ | 4.12 | |
| | | | | | |
| 801 Copies | | 12/08/2015 | | 6.60 | Copies |
| 801 Copies | | 23/08/2015 | | 158.80 | Copies |
| 801 Copies | | 24/08/2015 | | 0.70 | Copies |
| 801 Copies | | 24/08/2015 | | 9.20 | Copies |
| 801 Copies | | 24/08/2015 | | 82.50 | Copies |
| 801 Copies | | 24/08/2015 | | 1.40 | Copies |
| 801 Copies | | 25/08/2015 | | 9.60 | Copies |
| 808 Laser Printing | | 02/08/2015 | | 3.30 | Laser Printing |
| 808 Laser Printing | | 04/08/2015 | | 0.70 | Laser Printing |
| 808 Laser Printing | | 04/08/2015 | | 3.40 | Laser Printing |
| 808 Laser Printing | | 05/08/2015 | | 1.40 | Laser Printing |
| 808 Laser Printing | | 05/08/2015 | | 37.90 | Laser Printing |
| 808 Laser Printing | | 05/08/2015 | | 0.80 | Laser Printing |
| 808 Laser Printing | | 05/08/2015 | | 9.40 | Laser Printing |
| 808 Laser Printing | | 06/08/2015 | | 5.50 | Laser Printing |
| 808 Laser Printing | | 06/08/2015 | | 43.10 | Laser Printing |
| 808 Laser Printing | | 06/08/2015 | | 1.70 | Laser Printing |
| 808 Laser Printing | | 07/08/2015 | | 25.00 | Laser Printing |
| 808 Laser Printing | | 07/08/2015 | | 4.10 | Laser Printing |
| 808 Laser Printing | | 08/08/2015 | | 0.20 | Laser Printing |
| 808 Laser Printing | | 10/08/2015 | | 8.10 | Laser Printing |
| 808 Laser Printing | | 10/08/2015 | | 3.50 | Laser Printing |
| 808 Laser Printing | | 10/08/2015 | | 26.80 | Laser Printing |
| 808 Laser Printing | | 12/08/2015 | | 2.70 | Laser Printing |
| 808 Laser Printing | | 12/08/2015 | | 0.40 | Laser Printing |
| 808 Laser Printing | | 12/08/2015 | | 3.20 | Laser Printing |
| 808 Laser Printing | | 13/08/2015 | | 2.90 | Laser Printing |
| 808 Laser Printing | | 13/08/2015 | | 4.30 | Laser Printing |
| 808 Laser Printing | | 13/08/2015 | | 5.70 | Laser Printing |
| 808 Laser Printing | | 14/08/2015 | | 0.20 | Laser Printing |
| 808 Laser Printing | | 16/08/2015 | | 2.60 | Laser Printing |
| 808 Laser Printing | | 16/08/2015 | | 3.60 | Laser Printing |

**Nortel**
**August 2015 Disbursements**

| | | | |
|---|---|---|---|
| 808 Laser Printing | 17/08/2015 | 4.30 | Laser Printing |
| 808 Laser Printing | 17/08/2015 | 3.50 | Laser Printing |
| 808 Laser Printing | 17/08/2015 | 3.80 | Laser Printing |
| 808 Laser Printing | 18/08/2015 | 11.70 | Laser Printing |
| 808 Laser Printing | 18/08/2015 | 0.10 | Laser Printing |
| 808 Laser Printing | 18/08/2015 | 3.50 | Laser Printing |
| 808 Laser Printing | 18/08/2015 | 0.10 | Laser Printing |
| 808 Laser Printing | 19/08/2015 | 0.20 | Laser Printing |
| 808 Laser Printing | 19/08/2015 | 0.10 | Laser Printing |
| 808 Laser Printing | 19/08/2015 | 3.50 | Laser Printing |
| 808 Laser Printing | 20/08/2015 | 0.30 | Laser Printing |
| 808 Laser Printing | 21/08/2015 | 0.20 | Laser Printing |
| 808 Laser Printing | 21/08/2015 | 0.30 | Laser Printing |
| 808 Laser Printing | 22/08/2015 | 20.50 | Laser Printing |
| 808 Laser Printing | 22/08/2015 | 36.40 | Laser Printing |
| 808 Laser Printing | 23/08/2015 | 3.80 | Laser Printing |
| 808 Laser Printing | 23/08/2015 | 123.10 | Laser Printing |
| 808 Laser Printing | 24/08/2015 | 3.50 | Laser Printing |
| 808 Laser Printing | 24/08/2015 | 254.90 | Laser Printing |
| 808 Laser Printing | 24/08/2015 | 2.90 | Laser Printing |
| 808 Laser Printing | 24/08/2015 | 8.30 | Laser Printing |
| 808 Laser Printing | 24/08/2015 | 1.50 | Laser Printing |
| 808 Laser Printing | 24/08/2015 | 2.30 | Laser Printing |
| 808 Laser Printing | 24/08/2015 | 16.40 | Laser Printing |
| 808 Laser Printing | 24/08/2015 | 3.50 | Laser Printing |
| 808 Laser Printing | 24/08/2015 | 0.20 | Laser Printing |
| 808 Laser Printing | 25/08/2015 | 0.50 | Laser Printing |
| 808 Laser Printing | 25/08/2015 | 3.70 | Laser Printing |
| 808 Laser Printing | 25/08/2015 | 1.00 | Laser Printing |
| 808 Laser Printing | 26/08/2015 | 2.50 | Laser Printing |
| 808 Laser Printing | 26/08/2015 | 1.90 | Laser Printing |
| 808 Laser Printing | 28/08/2015 | 1.50 | Laser Printing |
| 808 Laser Printing | 31/08/2015 | 7.20 | Laser Printing |
| 4808 Laser Printing | 03/08/2015 | 1.60 | Laser Printing |
| 4808 Laser Printing | 03/08/2015 | 0.40 | Laser Printing |
| 4808 Laser Printing | 03/08/2015 | 1.80 | Laser Printing |
| 4808 Laser Printing | 03/08/2015 | 0.10 | Laser Printing |
| 4808 Laser Printing | 03/08/2015 | 0.10 | Laser Printing |
| 4808 Laser Printing | 03/08/2015 | 0.10 | Laser Printing |
| 4808 Laser Printing | 03/08/2015 | 0.10 | Laser Printing |
| 4808 Laser Printing | 03/08/2015 | 0.10 | Laser Printing |
| 4808 Laser Printing | 03/08/2015 | 0.10 | Laser Printing |
| 4808 Laser Printing | 05/08/2015 | 1.40 | Laser Printing |
| 4808 Laser Printing | 05/08/2015 | 1.50 | Laser Printing |
| 4808 Laser Printing | 17/08/2015 | 1.90 | Laser Printing |
| 4808 Laser Printing | 17/08/2015 | 0.40 | Laser Printing |
| 4808 Laser Printing | 17/08/2015 | 1.60 | Laser Printing |
| 4808 Laser Printing | 17/08/2015 | 0.10 | Laser Printing |
| 4808 Laser Printing | 17/08/2015 | 0.10 | Laser Printing |
| 4808 Laser Printing | 17/08/2015 | 1.50 | Laser Printing |
| 4808 Laser Printing | 18/08/2015 | 2.00 | Laser Printing |
| 4808 Laser Printing | 19/08/2015 | 2.00 | Laser Printing |

**Nortel**
**August 2015 Disbursements**

| | | | | |
|---|---|---|---|---|
| 4808 Laser Printing | 20/08/2015 | 1.90 | Laser Printing |
| 4808 Laser Printing | 20/08/2015 | 1.90 | Laser Printing |
| 4808 Laser Printing | 20/08/2015 | 0.30 | Laser Printing |
| 4808 Laser Printing | 20/08/2015 | 1.50 | Laser Printing |
| 4808 Laser Printing | 20/08/2015 | 1.50 | Laser Printing |
| 4808 Laser Printing | 25/08/2015 | 1.90 | Laser Printing |
| 4808 Laser Printing | 25/08/2015 | 0.10 | Laser Printing |
| | | **$ 1,022.50** | |
| | | | |
| 811 Binding Charges | 24/08/2015 | 41.28 | Binding Charges |
| | | | Aug-24-15, C Palladino, Binding Charges, x18, /TW/JS, student |
| 844 Exhibit Tabs | 24/08/2015 | 70.53 | Exhibit Tabs |
| | | | Aug-24-15, C Palladino, Exhibit Tabs, x369, /TW/JS, student |
| | | **$   111.81** | |
| | | | |
| 883 On Line Research Charges -WestlaweCarswell Excl. | 23/08/2015 | 32.11 | On Line Research Charges -WestlaweCarswell Excl. |
| 885 On Line Research Charges - Quicklaw | 16/08/2015 | 584.83 | On Line Research Charges - Quicklaw |
| 885 On Line Research Charges - Quicklaw | 17/08/2015 | 120.03 | On Line Research Charges - Quicklaw |
| 885 On Line Research Charges - Quicklaw | 19/08/2015 | 141.44 | On Line Research Charges - Quicklaw |
| 885 On Line Research Charges - Quicklaw | 22/08/2015 | 2.29 | On Line Research Charges - Quicklaw |
| 885 On Line Research Charges - Quicklaw | 23/08/2015 | 18.36 | On Line Research Charges - Quicklaw |
| 887 On Line Research Charges -WestlaweCarswell Incl. | 04/08/2015 | 10.61 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 On Line Research Charges -WestlaweCarswell Incl. | 06/08/2015 | 31.82 | On Line Research Charges -WestlaweCarswell Incl. (A. Bogach) |
| 887 On Line Research Charges -WestlaweCarswell Incl. | 07/08/2015 | 11.47 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 On Line Research Charges -WestlaweCarswell Incl. | 16/08/2015 | 51.89 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 On Line Research Charges -WestlaweCarswell Incl. | 17/08/2015 | 26.66 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 On Line Research Charges -WestlaweCarswell Incl. | 19/08/2015 | 11.47 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 On Line Research Charges -WestlaweCarswell Incl. | 23/08/2015 | 10.04 | On Line Research Charges -WestlaweCarswell Incl. |
| | | **$ 1,053.02** | |
| | | | |
| 954 Copy Preparation | 24/08/2015 | **$   30.58** | Copy Preparation labour; Aug-24-15, C Palladino, Hand Labour, 60 min., /TW/JS, student |
| | | | |
| 4147 Computerized Court Searches | 04/08/2015 | 4.80 | Computerized Court Searches Pacer |
| 4147 Computerized Court Searches | 04/08/2015 | 2.10 | Computerized Court Searches Pacer |
| 4147 Computerized Court Searches | 04/08/2015 | 1.30 | Computerized Court Searches Pacer |
| | | **$   8.20** | |
| | | | |
| | | **$ 2,251.52** | |