IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | Ref. Docket Nos. 16195-16196 |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NEW YORK  )

KIMBERLY MURRAY CRUSE, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On September 29, 2015 I caused to be served a personalized "Notice of Reversal of Transfer of Claim" (the "Transfer Reversal Notice"), a sample of which is annexed hereto as Exhibit A, by causing true and correct copies of the Personalized Transfer, by causing true and correct copies of the applicable Transfer Reversal Notices, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Kimberly Murray Cruse
Kimberly Murray Cruse

Sworn to before me this
29th day of September, 2015

/s/ Notary Public
Notary Public

PANAGIOTA MANATAKIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01MA6221096
COMM. EXP. APRIL 26, 2018

# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

## NOTICE OF REVERSAL OF TRANSFER OF CLAIM

Transferor:  DUBAY, MARY LOUISE
C/O JON RICH, ESQ. –
SILVERSTONE, TAYLOR & KLEIN - 5015
ADDISON CIRCLE #440
ADDISON, TX 75001

Transferee:  ASM CAPITAL L.P.
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Your transfer of claim number 8277 was reversed for the reason listed below:

**TRANSFER WITHDRAWN BY TRANSFEREE**

Docket Number: 16195                                Filed: September 24, 2015

/s/ Kimberly Murray Cruse
Epiq Bankruptcy Solutions LLC, as claims agent for the debtor(s).

FOR EPIQ USE ONLY: This notice was mailed to the transferor and transferee by first class mail, postage prepaid on September 29, 2015.

With a copy to:

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: JAMES BROMLEY
ONE LIBERTY PLAZA
NEW YORK, NY 10006

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

## NOTICE OF REVERSAL OF TRANSFER OF CLAIM

Transferor:   DAVIS, BRIAN P.
              101 ATLANTIC AVE
              SPRING LAKE, NJ 07762


Transferee:   ASM CAPITAL L.P.
              7600 JERICHO TURNPIKE SUITE 302
              WOODBURY, NY 11797


Your transfer of claim number 4842 was reversed for the reason listed below:

**TRANSFER WITHDRAWN BY TRANSFEREE**

Docket Number: 16196                              Filed: September 24, 2015


/s/ Kimberly Murray Cruse
Epiq Bankruptcy Solutions LLC, as claims agent for the debtor(s).

FOR EPIQ USE ONLY: This notice was mailed to the transferor and transferee by first class mail, postage prepaid on September 29, 2015.


With a copy to:

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: JAMES BROMLEY
ONE LIBERTY PLAZA
NEW YORK, NY 10006

# EXHIBIT B

# NORTEL

# SERVICE LIST

| | |
|---|---|
| DUBAY, MARY LOUISE<br>C/O JON RICH, ESQ. –<br>SILVERSTONE, TAYLOR & KLEIN - 5015<br>ADDISON CIRCLE #440<br>ADDISON, TX 75001 | ASM CAPITAL L.P.<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 |
| CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>ATTN: JAMES BROMLEY<br>ONE LIBERTY PLAZA<br>NEW YORK, NY 10006 | DAVIS, BRIAN P.<br>101 ATLANTIC AVE<br>SPRING LAKE, NJ 07762 |