# EXHIBIT A

**Nortel Networks, Inc, et al.**
**(Case No. 09-10138 (KG))**

**CHILMARK PARTNERS, LLC**
**August 1, 2015 - August 31, 2015**

### Summary of Services Rendered by Project

| Project Code | Nature of Services | August 2015 Hours |
|---|---|---|
| 1 | Asset Analysis and Recovery | 28.0 |
| 2 | Business Operations / General Corporate / Real Estate | - |
| 3 | Projections/Business Plan/Corporate wind-down | - |
| 4 | Analysis of Historical Results | - |
| 5 | Meetings with Debtor's Counsel | - |
| 6 | Committee Matters and Creditor Meetings | 3.0 |
| 7 | Claims Administration and Analysis | 19.0 |
| 8 | Intercompany Transactions/Balances | - |
| 9 | Intellectual Property | - |
| 10 | Employee Benefits / Pension | - |
| 11 | Fee Applications Preparation | - |
| 12 | Tax Issues | - |
| 13 | Hearings | - |
| 14 | Litigation / Adversary Proceedings | 93.0 |
| 15 | Travel | 7.0 |
| 16 | Plan of Reorganization / Disclosure Statement | - |
| | **TOTAL** | 150.0 |

### Summary of Services Rendered by Professional

| Name | August 2015 Hours |
|---|---|
| Michael Kennedy, Member | 141.0 |
| Aaron Taylor, Member | - |
| Matthew Rosenberg, Managing Director | 9.0 |
| Paul Huettner, Analyst | - |
| Jamie Ellis, Analyst | - |
| James Elish, Analyst | - |
| **TOTAL** | 150.0 |

**Nortel Networks, Inc**
August 1, 2015 - August 31, 2015 Time Detail
Chilmark Partners, LLC
<u>Michael Kennedy</u>

| Date | Description of Work | August 2015 Hours | Code |
|------|---------------------|-------------------|------|
| 8/3/2015 | Calls and communications with Ray and Cleary re: claims | 4.0 | 7 |
| 8/3/2015 | Calls and communications with Cleary re: post-petition issues | 2.0 | 1 |
| 8/4/2015 | Review RM Report | 2.0 | 1 |
| 8/4/2015 | Calls and communications with mgnt and Cleary re: claims | 4.0 | 7 |
| 8/4/2015 | Review court filings re: allocation litigation | 2.0 | 14 |
| 8/5/2015 | Calls & communications with management re: case admin | 3.0 | 1 |
| 8/5/2015 | Prepare and review analysis re: allocation litigation | 4.0 | 14 |
| 8/6/2015 | Review material for claim call | 2.0 | 7 |
| 8/6/2015 | Calls and communications with Cleary re: claims | 4.0 | 7 |
| 8/7/2015 | Calls, analysis and review re: Litigation matters and strategy | 5.0 | 14 |
| 8/10/2015 | Travel | 4.0 | 15 |
| 8/10/2015 | Prepare and review analysis re: allocation litigation | 2.0 | 14 |
| 8/10/2015 | Review material in advance of meeting | 3.0 | 14 |
| 8/11/2015 | Meeting with creditors | 3.0 | 6 |
| 8/11/2015 | Meeting  w/ Cleary re: allocation litigation | 4.0 | 14 |
| 8/11/2015 | Travel to Chicago | 3.0 | 15 |
| 8/12/2015 | Prepare and review analysis re: allocation litigation | 2.0 | 14 |
| 8/13/2015 | Review RM Report | 1.0 | 1 |
| 8/13/2015 | Prepare and review analysis re: allocation litigation | 7.0 | 14 |
| 8/17/2015 | Prepare and review analysis re: allocation litigation | 4.0 | 14 |
| 8/18/2015 | Calls, analysis and review re: Litigation matters and strategy | 5.0 | 14 |
| 8/18/2015 | Review cash flash report | 2.0 | 1 |
| 8/19/2015 | Review cash flash report | 1.0 | 1 |
| 8/19/2015 | Calls, analysis and review re: Litigation matters and strategy | 3.0 | 14 |
| 8/20/2015 | Calls, analysis and review re: Litigation matters and strategy | 5.0 | 14 |
| 8/21/2015 | Review and analysis of Monitors claim report | 3.0 | 1 |
| 8/21/2015 | Review and analysis of Monitors cash forecast | 1.0 | 1 |
| 8/21/2015 | Prepare and review analysis re: allocation litigation | 3.0 | 14 |
| 8/24/2015 | Prepare and review analysis re: allocation litigation | 7.0 | 14 |
| 8/25/2015 | Prepare and review analysis re: allocation litigation | 6.0 | 14 |
| 8/25/2015 | Calls & communications with management re: FCFSA | 3.0 | 1 |
| 8/26/2015 | Calls & communications with Cleary & management re: post-petition payments | 3.0 | 1 |
| 8/26/2015 | Prepare and review analysis re: allocation litigation | 4.0 | 14 |
| 8/27/2015 | Preview call issues and analysis re: claims | 2.0 | 7 |
| 8/27/2015 | Calls & communications with John Ray and other estate representative | 3.0 | 7 |
| 8/27/2015 | Calls & communication with Cleary re: allocation litigation | 1.0 | 14 |
| 8/27/2015 | Prepare and review analysis re: allocation litigation | 5.0 | 14 |
| 8/28/2015 | Call with Cleary & other estate professionals | 3.5 | 14 |
| 8/28/2015 | Call with T Ross re: MOR | 2.0 | 1 |
| 8/28/2015 | Prepare and review analysis re: allocation litigation | 6.0 | 14 |
| 8/31/2015 | Review RM Report | 2.0 | 1 |
| 8/31/2015 | Review draft MOR & communicate with mgnt | 3.0 | 1 |
| 8/31/2015 | Review court filings re: allocation litigation | 2.5 | 14 |
| **August 2015 Total** | | **141.0** | |

**Nortel Networks, Inc**
August 1, 2015 - August 31, 2015 Time Detail
Chilmark Partners, LLC
<u>Matthew Rosenberg</u>

| Date | Description of Work | August 2015 Hours | Code |
|------|---------------------|-------------------|------|
| 8/6/2015 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 8/11/2015 | Calls, analysis and review re: Litigation matters and strategy | 2.0 | 14 |
| 8/14/2015 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 8/17/2015 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 8/20/2015 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 8/25/2015 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 8/28/2015 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 8/31/2015 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| | **August 2015 Total** | **9.0** | |