# EXHIBIT B

**EXPENSE DETAIL**

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

August 1, 2015 Through August 31, 2015

| Professional | Trip Date | Description | Amount |
|---|---|---|---|
| Mike Kennedy | 8/10/15-8/11/15 | Flight to Washington, DC | $ 808.68 |
| Mike Kennedy | 8/10/15-8/11/15 | Hotel (one nights) | $ 386.04 |
| Mike Kennedy | 8/10/15-8/11/15 | Ground Transportation | $ 162.00 |
| Mike Kennedy | 8/10/15-8/11/15 | Breakfast | $ 15.00 |
| Mike Kennedy | 8/10/15-8/11/15 | Dinner | $ 30.00 |
| Chilmark | 8/31/2015 | Conference Calls | $ 13.89 |
| **Total Expenses** | | | **$ 1,415.61** |

Note: All airfare is being charged at a coach class rate.