# EXHIBIT A

**Nortel Networks, Inc, et al.**
**(Case No. 09-10138 (KG))**

**CHILMARK PARTNERS, LLC**
**September 1, 2015 - September 30, 2015**

<u>**Summary of Services Rendered by Project**</u>

| Project Code | Nature of Services | September 2015 Hours |
|:---:|---|---:|
| 1 | Asset Analysis and Recovery | 20.0 |
| 2 | Business Operations / General Corporate / Real Estate | - |
| 3 | Projections/Business Plan/Corporate wind-down | - |
| 4 | Analysis of Historical Results | - |
| 5 | Meetings with Debtor's Counsel | - |
| 6 | Committee Matters and Creditor Meetings | - |
| 7 | Claims Administration and Analysis | 10.5 |
| 8 | Intercompany Transactions/Balances | - |
| 9 | Intellectual Property | - |
| 10 | Employee Benefits / Pension | - |
| 11 | Fee Applications Preparation | - |
| 12 | Tax Issues | - |
| 13 | Hearings | - |
| 14 | Litigation / Adversary Proceedings | 148.5 |
| 15 | Travel | 8.0 |
| 16 | Plan of Reorganization / Disclosure Statement | - |
| | **TOTAL** | 187.0 |

<u>**Summary of Services Rendered by Professional**</u>

| Name | September 2015 Hours |
|---|---:|
| Michael Kennedy, Member | 177.0 |
| Aaron Taylor, Member | - |
| Matthew Rosenberg, Managing Director | 10.0 |
| Paul Huettner, Analyst | - |
| Jamie Ellis, Analyst | - |
| James Elish, Analyst | - |
| **TOTAL** | 187.0 |

**Nortel Networks, Inc**
September 1, 2015 - September 30, 2015 Time Detail
Chilmark Partners, LLC
Michael Kennedy

| Date | Description of Work | September 2015 Hours | Code |
|------|--------------------|--------------------:|:----:|
| 9/1/2015 | Travel to DE | 4.0 | 15 |
| 9/1/2015 | Meeting and communications with Cleary & local counsel re: allocation litigation | 6.0 | 14 |
| 9/2/2015 | Attend appeal court hearing | 3.0 | 14 |
| 9/2/2015 | Meeting and communications with Cleary & local counsel re: allocation litigation | 4.0 | 14 |
| 9/2/2015 | Travel to Chicago | 4.0 | 15 |
| 9/3/2015 | Calls, analysis and communications with Cleary & local counsel re: allocation appeal | 6.0 | 14 |
| 9/4/2015 | Calls, analysis and review re: Litigation matters and strategy | 5.0 | 14 |
| 9/7/2015 | Calls, analysis and review re: Litigation matters and strategy | 5.0 | 14 |
| 9/7/2015 | Calls & communications with management re: case admin | 3.0 | 1 |
| 9/8/2015 | Calls with Cleary & other estate professionals re: claims | 3.0 | 1 |
| 9/8/2015 | Review and analysis of Monitors claim report | 2.0 | 1 |
| 9/9/2015 | Call with Cleary & other estate professionals | 3.0 | 14 |
| 9/9/2015 | Calls & communications with other professionals re: allocation decision | 2.5 | 14 |
| 9/10/2015 | Calls, analysis and review re: Litigation matters and strategy | 6.0 | 14 |
| 9/10/2015 | Calls & communications with management re: post-petition payment | 3.0 | 1 |
| 9/11/2015 | Review material for conference call | 3.5 | 7 |
| 9/11/2015 | Calls & communications with other professionals re: allocation decision | 2.0 | 14 |
| 9/11/2015 | Calls & communication with Cleary & Ray re: allocation litigation | 2.0 | 14 |
| 9/11/2015 | Prepare and review analysis re: allocation litigation | 4.0 | 14 |
| 9/13/2015 | Prepare and review analysis re: allocation litigation | 5.0 | 14 |
| 9/14/2015 | Calls, analysis and review re: Litigation matters and strategy | 2.0 | 14 |
| 9/14/2015 | Prepare and review analysis re: allocation litigation | 7.0 | 14 |
| 9/15/2015 | Prepare and review analysis re: allocation litigation | 6.0 | 14 |
| 9/15/2015 | Calls, analysis and review re: Litigation matters and strategy | 2.0 | 14 |
| 9/16/2015 | Review cash flash report | 1.0 | 1 |
| 9/16/2015 | Prepare and review analysis re: allocation litigation | 6.0 | 14 |
| 9/16/2015 | Calls & communication with Cleary & Ray re: allocation litigation | 2.0 | 14 |
| 9/17/2015 | Prepare and review analysis re: allocation litigation | 6.0 | 14 |
| 9/17/2015 | Calls & communications with other professionals re: allocation decision | 3.0 | 14 |
| 9/18/2015 | Call with Cleary & K. Schulte | 1.0 | 1 |
| 9/18/2015 | Calls, analysis and review re: Litigation matters and strategy | 4.0 | 14 |
| 9/20/2015 | Calls & communications with other professionals re: costs | 1.5 | 14 |
| 9/21/2015 | Review court filings re: cost sharing | 2.0 | 14 |
| 9/21/2015 | Calls & communications with other professionals re: allocation decision | 3.0 | 14 |
| 9/21/2015 | Prepare and review analysis re: allocation litigation | 6.0 | 14 |
| 9/22/2015 | Review court filings re: allocation litigation | 2.0 | 14 |
| 9/22/2015 | Calls & communication with Cleary & Ray re: allocation litigation | 3.0 | 14 |
| 9/22/2015 | Prepare and review analysis re: allocation litigation | 3.0 | 14 |
| 9/23/2015 | Review and analysis of Monitors cash forecast | 1.0 | 1 |
| 9/24/2015 | Calls with creditor representatives | 3.0 | 7 |
| 9/24/2015 | Follow-up calls with creditor representatives | 2.0 | 7 |
| 9/24/2015 | Calls & communications with local counsel re: allocation & claims | 2.0 | 14 |
| 9/24/2015 | Review and analysis of Monitors claim report | 3.0 | 1 |
| 9/25/2015 | Calls, analysis and review re: Litigation matters and strategy | 7.0 | 14 |
| 9/28/2015 | Calls and communication with consultant re: claims | 2.0 | 14 |
| 9/28/2015 | Calls and communication with management | 3.0 | 1 |
| 9/29/2015 | Prepare and review analysis re: allocation litigation | 5.5 | 14 |
| 9/29/2015 | Calls, analysis and review re: Litigation matters and strategy | 3.0 | 14 |
| 9/30/2015 | Calls, analysis and review re: Litigation matters and strategy | 7.0 | 14 |
| 9/30/2015 | Call with creditor representatives | 2.0 | 7 |

**September 2015 Total**    **177.0**

**Nortel Networks, Inc**
September 1, 2015 - September 30, 2015 Time Detail
Chilmark Partners, LLC
<u>Matthew Rosenberg</u>

| Date | Description of Work | September 2015 Hours | Code |
|------|---------------------|---------------------|------|
| 9/1/2015 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 9/2/2015 | Calls, analysis and review re: Litigation matters and strategy | 2.0 | 14 |
| 9/14/2015 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 9/17/2015 | Calls, analysis and review re: Litigation matters and strategy | 2.0 | 14 |
| 9/18/2015 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 9/25/2015 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 9/29/2015 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 9/30/2015 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| **September 2015 Total** | | **10.0** | |