# EXHIBIT B

**EXPENSE DETAIL**

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

September 1, 2015 Through September 30, 2015

| Professional | Trip Date | Description | Amount |
|---|---|---|---|
| Mike Kennedy | 9/1/15-9/2/15 | Flight to Philadelphia, PA | $ 933.93 |
| Mike Kennedy | 9/1/15-9/2/15 | Hotel (one nights) | $ 350.00 |
| Mike Kennedy | 9/1/15-9/2/15 | Ground Transportation | $ 251.02 |
| Mike Kennedy | 9/1/15-9/2/15 | Dinner (three people) | $ 150.00 |
| Mike Kennedy | 9/1/15-9/2/15 | Dinner | $ 20.00 |
| **Total Expenses** | | | **$ 1,704.95** |

Note: All airfare is being charged at a coach class rate.