# EXHIBIT A

# HOURS/BILLABLE AMOUNTS BY PROJECT
# NORTEL NETWORKS, INC.

**Name:** RLKS Executive Solutions LLC

**Working Dates:** Start Date 9/1/2015  End Date 9/30/2015

**Enter Billing Rate/Hr:** 590.00

| Project No. | Project Name | Hours/Minutes Worked | Billing Rate | Billing Amount |
|---|---|---|---|---|
| 1 | NNI Document and eData Preservation Projects | 128.70 | $590.00 | $75,933.00 |
| 2 | Facility Document Inventory & Evacuation Review | 185.60 | $590.00 | $109,504.00 |
| 3 | Human Resources - Employee Related Projects | 58.30 | $590.00 | $34,397.00 |
| 4 | Fee Apps | 36.50 | $590.00 | $21,535.00 |
| 5 | Non-working travel | 215.00 | $295.00 | $63,425.00 |
| 6 | Claims Administration, Reconciliation & Resolution | 745.20 | $590.00 | $439,668.00 |
| 7 | Tax/Finance Matters and Budget Projects | 11.40 | $590.00 | $6,726.00 |
| 8 | Misc Debtor Issues and Communications | | | |
| 9 | Analyst Support and Case Modeling | | | |
| | **Hours/Billing Amount for Period:** | **1,380.70** | | **$751,188.00** |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 9/1/2015 | On-site support for IT | Raj Perubhatla | 1 | 8.2 |
| 9/2/2015 | Operating System upgrades / Build and configure XP laptop for application requirement / Network tracing | Brandon Bangerter | 1 | 8.4 |
| 9/2/2015 | Correspondence - Nortel Dataroom discussion; Ring Fence design | Kathryn Schultea | 1 | 1.5 |
| 9/3/2015 | Troubleshooting mail issues/network errors, testing fixes, security updates; virtual machine for BOXI reports | Brandon Bangerter | 1 | 4.2 |
| 9/3/2015 | RTP Data Center clean up discussion | Kathryn Schultea | 1 | 2.5 |
| 9/4/2015 | Security updates, maintenance, and password changes / NetBackup updates and space issues | Brandon Bangerter | 1 | 4.8 |
| 9/4/2015 | Nortel.com domain registration troubleshooting | Raj Perubhatla | 1 | 4.5 |
| 9/7/2015 | NetBackup jobs monitoring, policy configuration updates | Brandon Bangerter | 1 | 1.3 |
| 9/8/2015 | Correspondence - Nortel Dataroom discussion | Kathryn Schultea | 1 | 1.0 |
| 9/9/2015 | NAS server cleanups and comparisons for backup reliability | Brandon Bangerter | 1 | 2.4 |
| 9/9/2015 | Correspondence - Update on NNI tape media decommissioning and destruction | Kathryn Schultea | 1 | 1.0 |
| 9/11/2015 | IT Infrastructure monitoring | Raj Perubhatla | 1 | 5.7 |
| 9/11/2015 | SABRIX Application investigation | Raj Perubhatla | 1 | 1.3 |
| 9/12/2015 | NetBackup jobs monitoring, policy configuration updates | Brandon Bangerter | 1 | 1.6 |
| 9/12/2015 | IT Infrastructure monitoring | Raj Perubhatla | 1 | 3.5 |
| 9/14/2015 | Security updates and server maintenance / NetBackup monitoring and policy configuration changes | Brandon Bangerter | 1 | 3.0 |
| 9/14/2015 | Client site tour for assessing IT infrastructure | Kathryn Schultea | 1 | 2.0 |
| 9/14/2015 | Client site tour for assessing IT infrastructure | Raj Perubhatla | 1 | 2.0 |
| 9/14/2015 | IT Infrastructure monitoring | Raj Perubhatla | 1 | 2.5 |
| 9/15/2015 | Troubleshooting hardware error, replacing hardware, fixes / network status / server maintenance | Brandon Bangerter | 1 | 5.2 |
| 9/15/2015 | Correspondence - Update on NNI tape media decommissioning and destruction | Kathryn Schultea | 1 | 0.7 |
| 9/15/2015 | On-site support for IT | Raj Perubhatla | 1 | 6.5 |
| 9/16/2015 | Identification of hardware errors, troubleshooting, replacing hardware | Brandon Bangerter | 1 | 3.1 |
| 9/16/2015 | On-site support for IT | Raj Perubhatla | 1 | 2.5 |
| 9/17/2015 | Security updates, maintenance, and password changes / Hardware support; malware and space issues | Brandon Bangerter | 1 | 3.6 |
| 9/18/2015 | Server maintenance, patch updates, password changes | Brandon Bangerter | 1 | 3.1 |
| 9/19/2015 | IT Infrastructure monitoring | Raj Perubhatla | 1 | 2.5 |
| 9/21/2015 | NetBackup policy updates, reconfiguration of NAS devices; job restarts | Brandon Bangerter | 1 | 2.2 |
| 9/21/2015 | IT Infrastructure monitoring | Raj Perubhatla | 1 | 5.7 |
| 9/22/2015 | Correspondence - RTP Data Center clean up discussion | Kathryn Schultea | 1 | 1.5 |
| 9/23/2015 | Review EMEA Application Transfer Agreement | Kathryn Schultea | 1 | 0.8 |
| 9/23/2015 | EE Hard drive restore effort for claims | Raj Perubhatla | 1 | 2.5 |
| 9/24/2015 | Security updates and server maintenance / NetBackup monitoring and policy configuration changes | Brandon Bangerter | 1 | 4.3 |
| 9/24/2015 | RTP Data Center clean up discussion | Kathryn Schultea | 1 | 2.0 |
| 9/24/2015 | IT Infrastructure monitoring and support | Raj Perubhatla | 1 | 3.5 |
| 9/25/2015 | Correspondence - IT move discussion | Kathryn Schultea | 1 | 0.8 |
| 9/28/2015 | Server maintenance, patch updates, password changes | Brandon Bangerter | 1 | 3.8 |
| 9/28/2015 | Nortel IT Infrastructure discussion and agreement with AMEA follow-up | Kathryn Schultea | 1 | 1.3 |
| 9/28/2015 | IT Infrastructure monitoring | Raj Perubhatla | 1 | 2.5 |
| 9/29/2015 | On-site support for IT | Raj Perubhatla | 1 | 4.7 |
| 9/30/2015 | On-site support for IT | Raj Perubhatla | 1 | 4.5 |
| 9/1/2015 | MAC address lookups / verifications for networking identification, Network cable tracing to switches | Brandon Bangerter | 2 | 7.8 |
| 9/2/2015 | GWRTP DC Move: Network ports tracing | Raj Perubhatla | 2 | 8.8 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 9/3/2015 | GWRTP DC Move: coordination meetings | Raj Perubhatla | 2 | 4.5 |
| 9/3/2015 | GWRTP DC Move: move notifications and diligence | Raj Perubhatla | 2 | 4.2 |
| 9/4/2015 | GWRTP Move: Colo pricing | Raj Perubhatla | 2 | 3.0 |
| 9/5/2015 | GWRTP DC Move: status reports | Raj Perubhatla | 2 | 2.5 |
| 9/8/2015 | Tape Media counts / UKA conference call on server access / Maintech conference call on data center move | Brandon Bangerter | 2 | 7.9 |
| 9/8/2015 | GWRTP DC Move: Network ports tracing | Raj Perubhatla | 2 | 5.2 |
| 9/8/2015 | GWRTP Dc Move: UKA Notice and call | Raj Perubhatla | 2 | 2.0 |
| 9/9/2015 | Visit to Recycler / destruction site, server rack power whip runs, tracking locations | Brandon Bangerter | 2 | 5.7 |
| 9/9/2015 | Correspondence - Follow-up on transition and site wind down matters | Kathryn Schultea | 2 | 2.5 |
| 9/9/2015 | Raleigh Recycler site visit and prep | Raj Perubhatla | 2 | 2.0 |
| 9/9/2015 | Investigate other options for tape destruction | Raj Perubhatla | 2 | 2.5 |
| 9/9/2015 | GWRTP DC Move: Network ports tracing | Raj Perubhatla | 2 | 4.7 |
| 9/10/2015 | Tape Media counts / Hard drive counts / rack counts, network runs and labeling for data center relocation | Brandon Bangerter | 2 | 7.9 |
| 9/10/2015 | GWRTP DC Move: Network ports tracing | Raj Perubhatla | 2 | 3.5 |
| 9/11/2015 | Correspondence - Follow-up on transition and site wind down matters | Kathryn Schultea | 2 | 1.0 |
| 9/12/2015 | GWRTP DC Move: Colo pricing | Raj Perubhatla | 2 | 4.7 |
| 9/13/2015 | GWRTP DC Move: status reports | Raj Perubhatla | 2 | 3.5 |
| 9/15/2015 | Meeting on network connectivity and racking requirements for move / cable tracing, switch identification | Brandon Bangerter | 2 | 5.8 |
| 9/15/2015 | GWRTP DC Move: Fibre SAN tracing | Raj Perubhatla | 2 | 2.7 |
| 9/16/2015 | Meeting with moving company on hardware specs and requirements / labeling cable runs | Brandon Bangerter | 2 | 4.4 |
| 9/16/2015 | GWRTP DC Move: IT Equipment labeling | Raj Perubhatla | 2 | 4.5 |
| 9/16/2015 | GWRTP DC Move: gather metrics for meeting on 17th | Raj Perubhatla | 2 | 1.5 |
| 9/17/2015 | Cleary Office to discuss various client matters - move of RTP and UK hardware, claims, and document retention matters. | Kathryn Schultea | 2 | 7.0 |
| 9/17/2015 | on-site meetings in NYC about GWRTP move | Raj Perubhatla | 2 | 6.5 |
| 9/19/2015 | GWRTP DC Move: status reports | Raj Perubhatla | 2 | 3.2 |
| 9/21/2015 | Review sub-tenant report | Kathryn Schultea | 2 | 0.4 |
| 9/21/2015 | GWRTP DC Move: Colocation selection coordination | Raj Perubhatla | 2 | 2.7 |
| 9/22/2015 | Hard drive searches for claimants; locating physical drives; identifying racks for removal | Brandon Bangerter | 2 | 6.4 |
| 9/22/2015 | Correspondence - Update on Facility Walk thru/Lease matters | Kathryn Schultea | 2 | 0.8 |
| 9/22/2015 | Correspondence - Update on motion for disposal of records | Kathryn Schultea | 2 | 1.0 |
| 9/22/2015 | GWRTP DC Move:EE hard drive inventory, Liebert Air handler removal analysis | Raj Perubhatla | 2 | 4.7 |
| 9/22/2015 | GWRTP DC Move: Networking rack consolidation | Raj Perubhatla | 2 | 3.5 |
| 9/23/2015 | Building and configuring new rack for switch / router gear; hardware count for move | Brandon Bangerter | 2 | 7.3 |
| 9/23/2015 | GWRTP DC Move: Networking rack consolidation | Raj Perubhatla | 2 | 1.0 |
| 9/23/2015 | GWRTP DC Move: off-site media tape drive inventory | Raj Perubhatla | 2 | 2.5 |
| 9/23/2015 | GWRTP DC Move: Fibre SAN tracing | Raj Perubhatla | 2 | 2.2 |
| 9/25/2015 | NetBackup monitoring and policy changes, tape preparations, and restarts and storage reclamation | Brandon Bangerter | 2 | 2.8 |
| 9/27/2015 | GWRTP DC Move: status reports | Raj Perubhatla | 2 | 2.5 |
| 9/28/2015 | GWRTP DC Move: searching for tapes | Raj Perubhatla | 2 | 5.5 |
| 9/29/2015 | Hard drive copies / access rights to location / move logistics / UKA tape location | Brandon Bangerter | 2 | 8.2 |
| 9/29/2015 | GWRTP DC Move: searching for tapes | Raj Perubhatla | 2 | 3.5 |
| 9/30/2015 | Server moves, rack configuration and rebuilding, switch location and testing | Brandon Bangerter | 2 | 7.6 |
| 9/30/2015 | GWRTP DC Move: searching for tapes | Raj Perubhatla | 2 | 3.5 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 9/1/2015 | Onsite at Nortel offices - Document inventory descriptions for Iron Mountain material from Mercer for EE claims support | Felicia Buenrostro | 3 | 8.3 |
| 9/2/2015 | Onsite at Nortel offices - Document inventory descriptions for Iron Mountain material from Mercer for EE claims support | Felicia Buenrostro | 3 | 8.0 |
| 9/3/2015 | Onsite at Nortel offices - Document inventory descriptions for Iron Mountain material from Mercer for EE claims support | Felicia Buenrostro | 3 | 7.3 |
| 9/3/2015 | Onsite at NNI - Planning meeting and related follow-up on transition and site wind down matters | Kathryn Schultea | 3 | 4.0 |
| 9/4/2015 | Onsite at NNI - Discussion of non-qualified pension files; HR related matters; transition | Kathryn Schultea | 3 | 4.5 |
| 9/8/2015 | Correspondence on various former ee subpoena requests and follow-up | Kathryn Schultea | 3 | 0.4 |
| 9/10/2015 | Call center monitoring follow-up and review of traffic and subject items | Kathryn Schultea | 3 | 0.8 |
| 9/22/2015 | Salary payment history searches for specific employees; running BOXI reports | Brandon Bangerter | 3 | 2.1 |
| 9/23/2015 | Research for subpoena on former EE records | Kathryn Schultea | 3 | 1.3 |
| 9/28/2015 | Review of original employee claim to current employee claim list | Daniel Tollefsen | 3 | 7.4 |
| 9/28/2015 | Former EE agreement amendment | Kathryn Schultea | 3 | 0.3 |
| 9/29/2015 | Review of original employee claim to current employee claim list | Daniel Tollefsen | 3 | 6.2 |
| 9/30/2015 | Review of original employee claim to current employee claim list | Daniel Tollefsen | 3 | 7.7 |
| 9/1/2015 | Fee application work and consolidation | Kathryn Schultea | 4 | 4.0 |
| 9/2/2015 | Fee application work | Kathryn Schultea | 4 | 1.5 |
| 9/4/2015 | Fee app tracking | Brandon Bangerter | 4 | 1.0 |
| 9/4/2015 | Fee App | Daniel Tollefsen | 4 | 1.0 |
| 9/4/2015 | Weekly Fee Application Work | Felicia Buenrostro | 4 | 1.0 |
| 9/4/2015 | Fee application work | Kathryn Schultea | 4 | 1.0 |
| 9/4/2015 | Fee Apps | Raj Perubhatla | 4 | 1.0 |
| 9/5/2015 | Weekly Fee Application Work | Leticia Barrios | 4 | 1.0 |
| 9/5/2015 | Fee Application Tracking | Mary Cilia | 4 | 1.0 |
| 9/11/2015 | Fee app tracking | Brandon Bangerter | 4 | 1.0 |
| 9/11/2015 | Fee App | Daniel Tollefsen | 4 | 1.0 |
| 9/11/2015 | Weekly Fee Application Work | Felicia Buenrostro | 4 | 1.0 |
| 9/11/2015 | Fee application work | Kathryn Schultea | 4 | 1.0 |
| 9/11/2015 | Fee Apps | Raj Perubhatla | 4 | 1.0 |
| 9/12/2015 | Weekly Fee Application Work | Leticia Barrios | 4 | 1.0 |
| 9/12/2015 | Fee Application Tracking | Mary Cilia | 4 | 1.0 |
| 9/15/2015 | Fee Application | David Kantorczyk | 4 | 1.0 |
| 9/18/2015 | Fee app tracking | Brandon Bangerter | 4 | 1.0 |
| 9/18/2015 | Fee App | Daniel Tollefsen | 4 | 1.0 |
| 9/18/2015 | Weekly Fee Application Work | Felicia Buenrostro | 4 | 1.0 |
| 9/18/2015 | Fee Apps | Raj Perubhatla | 4 | 1.0 |
| 9/19/2015 | Weekly Fee Application Work | Leticia Barrios | 4 | 1.0 |
| 9/19/2015 | Fee Application Tracking | Mary Cilia | 4 | 1.0 |
| 9/25/2015 | Fee app tracking | Brandon Bangerter | 4 | 1.0 |
| 9/25/2015 | Fee App | Daniel Tollefsen | 4 | 1.0 |
| 9/25/2015 | Weekly Fee Application Work | Felicia Buenrostro | 4 | 1.0 |
| 9/25/2015 | Fee application work | Kathryn Schultea | 4 | 1.0 |
| 9/25/2015 | Fee Apps | Raj Perubhatla | 4 | 1.0 |
| 9/26/2015 | Weekly Fee Application Work | Leticia Barrios | 4 | 1.0 |
| 9/26/2015 | Fee Application Tracking | Mary Cilia | 4 | 1.0 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 9/30/2015 | Fee Application | David Kantorczyk | 4 | 1.0 |
| 9/30/2015 | Weekly Fee Application Work | Felicia Buenrostro | 4 | 1.0 |
| 9/30/2015 | Fee application work | Kathryn Schultea | 4 | 1.0 |
| 9/2/2015 | Non-Working travel Houston to Raleigh | Kathryn Schultea | 5 | 5.0 |
| 9/3/2015 | Non-working travel: RDU-IAH | Brandon Bangerter | 5 | 5.0 |
| 9/3/2015 | Non-Working travel Raleigh to Houston | Felicia Buenrostro | 5 | 2.0 |
| 9/3/2015 | Non-Working travel (Raleigh to Houston) | Leticia Barrios | 5 | 2.0 |
| 9/3/2015 | Non Working travel from client site | Raj Perubhatla | 5 | 5.0 |
| 9/4/2015 | Non-working travel from client site - Raleigh | Daniel Tollefsen | 5 | 5.0 |
| 9/4/2015 | Non-Working travel Raleigh to Houston | Kathryn Schultea | 5 | 5.0 |
| 9/7/2015 | Non-working travel: IAH-RDU | Brandon Bangerter | 5 | 5.0 |
| 9/7/2015 | Non Working travel to client site | Raj Perubhatla | 5 | 5.0 |
| 9/10/2015 | Non Working travel from client site | Raj Perubhatla | 5 | 5.0 |
| 9/11/2015 | Non-working travel: RDU-IAH | Brandon Bangerter | 5 | 5.0 |
| 9/14/2015 | Non-working travel: IAH-RDU | Brandon Bangerter | 5 | 5.0 |
| 9/14/2015 | Non-Working travel Houston to Richardson facility | Kathryn Schultea | 5 | 2.5 |
| 9/14/2015 | Non-Working travel Richardson facility to Houston | Kathryn Schultea | 5 | 2.5 |
| 9/14/2015 | Non Working travel to client site (Dallas) | Raj Perubhatla | 5 | 2.5 |
| 9/14/2015 | Non Working travel from client site (Dallas) | Raj Perubhatla | 5 | 2.5 |
| 9/14/2015 | Non Working travel to client site (RTP) | Raj Perubhatla | 5 | 5.0 |
| 9/15/2015 | Non-Working travel Houston to NYC (Cleary Offices) | Kathryn Schultea | 5 | 4.5 |
| 9/16/2015 | Non-working travel: RDU-IAH | Brandon Bangerter | 5 | 5.0 |
| 9/16/2015 | Non-Working Travel: Houston to New York | Mary Cilia | 5 | 4.5 |
| 9/16/2015 | Non Working Travel from client site | Raj Perubhatla | 5 | 3.0 |
| 9/17/2015 | Non Working Travel from NYC | Raj Perubhatla | 5 | 5.0 |
| 9/18/2015 | Non-Working travel NYC to Houston | Kathryn Schultea | 5 | 4.5 |
| 9/18/2015 | Non-Working Travel: New York to Houston | Mary Cilia | 5 | 4.5 |
| 9/21/2015 | Non-working travel: IAH-RDU | Brandon Bangerter | 5 | 5.0 |
| 9/21/2015 | Non-working travel to client site - Raleigh | Daniel Tollefsen | 5 | 5.0 |
| 9/21/2015 | Travel to Client | David Kantorczyk | 5 | 5.0 |
| 9/21/2015 | Non-Working Travel: Houston to Raleigh | Mary Cilia | 5 | 5.0 |
| 9/21/2015 | Non Working travel to client site | Raj Perubhatla | 5 | 5.0 |
| 9/23/2015 | Non-working travel: RDU-IAH | Brandon Bangerter | 5 | 5.0 |
| 9/23/2015 | Review of G/L and claims for summarization work on cross border claims | Daniel Tollefsen | 5 | 5.0 |
| 9/23/2015 | Non-Working travel Houston to Raleigh | Kathryn Schultea | 5 | 5.0 |
| 9/23/2015 | Non Working travel from client site | Raj Perubhatla | 5 | 5.0 |
| 9/24/2015 | Non-working travel from client site - Raleigh | Daniel Tollefsen | 5 | 5.0 |
| 9/24/2015 | Travel from Client | David Kantorczyk | 5 | 5.0 |
| 9/24/2015 | Non-Working Travel: Raleigh to Houston | Mary Cilia | 5 | 5.0 |
| 9/25/2015 | Non-Working travel Raleigh to Houston | Kathryn Schultea | 5 | 5.0 |
| 9/28/2015 | Non-working travel: IAH-RDU | Brandon Bangerter | 5 | 5.0 |
| 9/28/2015 | Non Working Travel to client site | Raj Perubhatla | 5 | 5.0 |
| 9/29/2015 | Non-Working travel Houston to Charlotte | Felicia Buenrostro | 5 | 5.0 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 9/29/2015 | Non-Working travel Houston to Charlotte | Kathryn Schultea | 5 | 5.0 |
| 9/29/2015 | Non-Working travel (Houston to Charlotte) | Leticia Barrios | 5 | 5.0 |
| 9/30/2015 | Non-working travel: RDU-IAH | Brandon Bangerter | 5 | 5.0 |
| 9/30/2015 | Non-Working travel Charlotte to Houston | Felicia Buenrostro | 5 | 5.0 |
| 9/30/2015 | Non-Working travel Charlotte to Houston | Kathryn Schultea | 5 | 5.0 |
| 9/30/2015 | Non-Working travel Charlotte to Houston | Leticia Barrios | 5 | 5.0 |
| 9/30/2015 | Non working travel from client site | Raj Perubhatla | 5 | 5.0 |
| 9/1/2015 | Review of G/L and claims for summarization work on cross border claims | Daniel Tollefsen | 6 | 9.7 |
| 9/1/2015 | Gather and analyze available information regarding cross border claims and prepare memorandum of facts and circumstances for use in settlement negotiations. | David Kantorczyk | 6 | 4.0 |
| 9/1/2015 | On-site at client to work through claims, data file review, and employee data for the eTax Solicitation process. Develop ongoing solicitation process. Investigate missing addresses of employees. | Leticia Barrios | 6 | 8.3 |
| 9/1/2015 | Review of file and e-mails related to employee tax form solicitation | Mary Cilia | 6 | 0.9 |
| 9/1/2015 | Read, review, research and respond to various employee inquiries by phone and e-mail related to non-qualified settlement offer letters | Mary Cilia | 6 | 9.7 |
| 9/2/2015 | Review of G/L and claims for summarization work on cross border claims | Daniel Tollefsen | 6 | 9.6 |
| 9/2/2015 | Gather and analyze available information regarding cross border claims and prepare memorandum of facts and circumstances for use in settlement negotiations. | David Kantorczyk | 6 | 6.3 |
| 9/2/2015 | Weekly Nortel Networks outside consultant claim call including RLKS, Cleary and Huron including preparation and summarization. | David Kantorczyk | 6 | 0.7 |
| 9/2/2015 | Onsite at NNI - Claim matters | Kathryn Schultea | 6 | 2.0 |
| 9/2/2015 | On-site at client to work through claims, data file review, and employee data for the eTax Solicitation process. Develop ongoing solicitation process. Investigate missing addresses of employees. | Leticia Barrios | 6 | 8.5 |
| 9/2/2015 | Attend the Nortel Employee Claims Conference Call with Cleary to discuss employee claims. | Leticia Barrios | 6 | 1.0 |
| 9/2/2015 | Research and update Nortel Employee Claims Position Report and related follow up e-mails to Cleary, C. Brown and A. Tsai to update offer letters and related files | Mary Cilia | 6 | 3.2 |
| 9/2/2015 | Read, review, research and respond to various employee inquiries by phone and e-mail related to non-qualified settlement offer letters | Mary Cilia | 6 | 6.8 |
| 9/2/2015 | Conference call with Cleary re: employee claims update and related prep and follow up | Mary Cilia | 6 | 1.4 |
| 9/3/2015 | Review of G/L and claims for summarization work on cross border claims | Daniel Tollefsen | 6 | 8.9 |
| 9/3/2015 | Gather and analyze available information regarding cross border claims and prepare memorandum of facts and circumstances for use in settlement negotiations. | David Kantorczyk | 6 | 7.0 |
| 9/3/2015 | NNI Settlement EE Letters discussions/process/monitoring | Kathryn Schultea | 6 | 1.3 |
| 9/3/2015 | On-site at client to work through claims, data file review, and employee data for the eTax Solicitation process. Develop ongoing solicitation process. Investigate missing addresses of employees. | Leticia Barrios | 6 | 8.0 |
| 9/3/2015 | Read, review, research and respond to various employee inquiries by phone and e-mail related to non-qualified settlement offer letters | Mary Cilia | 6 | 9.9 |
| 9/4/2015 | Review of G/L and claims for summarization work on cross border claims | Daniel Tollefsen | 6 | 4.8 |
| 9/4/2015 | NNI call center monitoring and logging requests and related follow-up | Felicia Buenrostro | 6 | 4.0 |
| 9/4/2015 | Finalize master spreadsheet of Nortel Claims Detail report and employee data for the eTax Solicitation process. Develop ongoing solicitation process. Investigate missing addresses of employees. | Leticia Barrios | 6 | 4.5 |
| 9/4/2015 | Read, review, research and respond to various employee inquiries by phone and e-mail related to non-qualified settlement offer letters | Mary Cilia | 6 | 7.3 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 9/4/2015 | Research and e-mails related to forwarding issues with non-qualified settlement letters | Mary Cilia | 6 | 1.8 |
| 9/5/2015 | Read, review, research and respond to various employee inquiries by phone and e-mail related to non-qualified settlement offer letters | Mary Cilia | 6 | 2.3 |
| 9/6/2015 | Read, review, research and respond to various employee inquiries by phone and e-mail related to non-qualified settlement offer letters | Mary Cilia | 6 | 1.7 |
| 9/6/2015 | EE Addresses for Traded Claims | Raj Perubhatla | 6 | 4.5 |
| 9/7/2015 | Read, review, research and respond to various employee inquiries by phone and e-mail related to non-qualified settlement offer letters | Mary Cilia | 6 | 2.4 |
| 9/7/2015 | EE Addresses for Traded Claims | Raj Perubhatla | 6 | 5.2 |
| 9/8/2015 | Review of G/L and claims for summarization work on cross border claims | Daniel Tollefsen | 6 | 6.3 |
| 9/8/2015 | NNI call center monitoring and logging requests and related follow-up | Felicia Buenrostro | 6 | 4.0 |
| 9/8/2015 | Research claimants and potential distribution settlement group for life status | Felicia Buenrostro | 6 | 3.0 |
| 9/8/2015 | Read, review and respond to e-mails re: Claims Info & Data requests | Kathryn Schultea | 6 | 2.5 |
| 9/8/2015 | Finalize master spreadsheet of Nortel Claims Detail report and employee data for the eTax Solicitation process. Develop ongoing solicitation process. Investigate missing addresses of employees. | Leticia Barrios | 6 | 7.5 |
| 9/8/2015 | Read, review, research and respond to various employee inquiries by phone and e-mail related to non-qualified settlement offer letters | Mary Cilia | 6 | 3.8 |
| 9/8/2015 | Research and review of all open claims owned by Liquidity Solutions and preparation of settlement offers | Mary Cilia | 6 | 4.7 |
| 9/8/2015 | EE Addresses for Traded Claims | Raj Perubhatla | 6 | 2.2 |
| 9/9/2015 | Review of G/L and claims for summarization work on cross border claims | Daniel Tollefsen | 6 | 6.4 |
| 9/9/2015 | Weekly Nortel Networks outside consultant claim call including RLKS, Cleary and Huron including preparation and summarization. | David Kantorczyk | 6 | 0.5 |
| 9/9/2015 | Gather and analyze available information regarding cross border claims and prepare memorandum of facts and circumstances for use in settlement negotiations. | David Kantorczyk | 6 | 6.5 |
| 9/9/2015 | NNI call center monitoring and logging requests and related follow-up | Felicia Buenrostro | 6 | 4.0 |
| 9/9/2015 | Research claimants and potential distribution settlement group for life status | Felicia Buenrostro | 6 | 3.5 |
| 9/9/2015 | Correspondence - NNI Settlement EE Letters discussions/process/monitoring | Kathryn Schultea | 6 | 1.5 |
| 9/9/2015 | Investigate home addresses for employees with traded claims and add to master spreadsheet. Reviewed prior source systems and EPIC data for valid address. | Leticia Barrios | 6 | 7.7 |
| 9/9/2015 | Attend the Nortel Employee Claims Conference Call with Cleary to discuss employee claims. | Leticia Barrios | 6 | 1.0 |
| 9/9/2015 | Prepare e-mail relaying settlement offers on Liquidity Solutions claims and research and responses to other related inquiries and follow up | Mary Cilia | 6 | 2.6 |
| 9/9/2015 | Follow up e-mails and research related to forwarding issues on the non-qualified settlement offers | Mary Cilia | 6 | 1.2 |
| 9/9/2015 | Read, review, research and respond to various employee inquiries by phone and e-mail related to non-qualified settlement offer letters | Mary Cilia | 6 | 7.0 |
| 9/9/2015 | Conference call with Cleary re: employee claims update and related prep and follow up | Mary Cilia | 6 | 1.1 |
| 9/10/2015 | Review of G/L and claims for summarization work on cross border claims | Daniel Tollefsen | 6 | 6.2 |
| 9/10/2015 | Gather and analyze available information regarding cross border claims and prepare memorandum of facts and circumstances for use in settlement negotiations. | David Kantorczyk | 6 | 6.0 |
| 9/10/2015 | NNI call center monitoring and logging requests and related follow-up | Felicia Buenrostro | 6 | 4.0 |
| 9/10/2015 | Research claimants and potential distribution settlement group for life status | Felicia Buenrostro | 6 | 4.0 |
| 9/10/2015 | Investigate home addresses for employees with traded claims and add to master spreadsheet. Reviewed prior source systems and EPIC data for valid address. | Leticia Barrios | 6 | 7.5 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 9/10/2015 | Reconcile cross-border claims, review analysis prepared by D. Tollefsen and D. Kantorczyk and finalize memo regarding the open claims and send to Tom Ayres in preparation for conference call | Mary Cilia | 6 | 7.7 |
| 9/10/2015 | Read, review, research and respond to various employee inquiries by phone and e-mail related to non-qualified settlement offer letters | Mary Cilia | 6 | 3.4 |
| 9/10/2015 | On-site support for IT | Raj Perubhatla | 6 | 4.5 |
| 9/11/2015 | Review of G/L and claims for summarization work on cross border claims | Daniel Tollefsen | 6 | 4.4 |
| 9/11/2015 | Gather and analyze available information regarding cross border claims and prepare memorandum of facts and circumstances for use in settlement negotiations. | David Kantorczyk | 6 | 6.0 |
| 9/11/2015 | NNI call center monitoring and logging requests and related follow-up | Felicia Buenrostro | 6 | 4.0 |
| 9/11/2015 | Read, review and respond to inquiries related to non-qualified settlement offer letters | Kathryn Schultea | 6 | 3.0 |
| 9/11/2015 | Investigate home addresses for employees with traded claims and add to master spreadsheet. Reviewed prior source systems and EPIC data for valid address. | Leticia Barrios | 6 | 5.5 |
| 9/11/2015 | Conference call with T. Ayres re: cross-border claims, related prep and follow up research and e-mails | Mary Cilia | 6 | 3.7 |
| 9/11/2015 | Read, review, research and respond to various employee inquiries by phone and e-mail related to non-qualified settlement offer letters | Mary Cilia | 6 | 6.2 |
| 9/12/2015 | Read, review, research and respond to various employee inquiries by phone and e-mail related to non-qualified settlement offer letters | Mary Cilia | 6 | 2.3 |
| 9/13/2015 | Read, review, research and respond to various employee inquiries by phone and e-mail related to non-qualified settlement offer letters | Mary Cilia | 6 | 0.8 |
| 9/13/2015 | EE Addresses for Traded Schedules | Raj Perubhatla | 6 | 2.7 |
| 9/14/2015 | Review of G/L and claims for summarization work on cross border claims | Daniel Tollefsen | 6 | 7.6 |
| 9/14/2015 | Gather and analyze available information regarding cross border claims and prepare memorandum of facts and circumstances for use in settlement negotiations. | David Kantorczyk | 6 | 7.0 |
| 9/14/2015 | NNI call center monitoring and logging requests and related follow-up | Felicia Buenrostro | 6 | 4.0 |
| 9/14/2015 | Research claimants and potential distribution settlement group for life status | Felicia Buenrostro | 6 | 1.5 |
| 9/14/2015 | Read, review, research and respond to various employee inquiries by phone and e-mail related to non-qualified settlement offer letters | Mary Cilia | 6 | 9.7 |
| 9/14/2015 | Follow up e-mails and research related to cross-border claims | Mary Cilia | 6 | 1.4 |
| 9/15/2015 | Review of G/L and claims for summarization work on cross border claims | Daniel Tollefsen | 6 | 6.9 |
| 9/15/2015 | Gather and analyze available information regarding cross border claims and prepare memorandum of facts and circumstances for use in settlement negotiations. | David Kantorczyk | 6 | 6.0 |
| 9/15/2015 | NNI call center monitoring and logging requests and related follow-up | Felicia Buenrostro | 6 | 4.0 |
| 9/15/2015 | Research claimants and potential distribution settlement group for life status | Felicia Buenrostro | 6 | 3.0 |
| 9/15/2015 | Correspondence - Non-qualified pension discussion & PBGC mtg coordination | Kathryn Schultea | 6 | 0.6 |
| 9/15/2015 | Developed a list of all allowed LTIP employee claims with Nortel Position Amount. Included LTIP employee claims under review and schedules. | Leticia Barrios | 6 | 7.5 |
| 9/15/2015 | Conference call with Crowell and Moring and T. Ayres; related prep and follow up | Mary Cilia | 6 | 1.8 |
| 9/15/2015 | Read, review, research and respond to various employee inquiries by phone and e-mail related to non-qualified settlement offer letters | Mary Cilia | 6 | 6.7 |
| 9/15/2015 | Follow up e-mails and research related to cross-border claims | Mary Cilia | 6 | 2.2 |
| 9/15/2015 | Call with M. Kennedy and related review of claims estimates | Mary Cilia | 6 | 1.8 |
| 9/16/2015 | Review of G/L and claims for summarization work on cross border claims | Daniel Tollefsen | 6 | 6.2 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 9/16/2015 | Gather and analyze available information regarding cross border claims and prepare memorandum of facts and circumstances for use in settlement negotiations. | David Kantorczyk | 6 | 6.0 |
| 9/16/2015 | NNI call center monitoring and logging requests and related follow-up | Felicia Buenrostro | 6 | 4.0 |
| 9/16/2015 | Research claimants and potential distribution settlement group for life status | Felicia Buenrostro | 6 | 2.5 |
| 9/16/2015 | Preparation and email follow-up on claim distribution and solicitation prep | Kathryn Schultea | 6 | 1.5 |
| 9/16/2015 | Developed a list of all allowed LTIP employee claims with Nortel Position Amount. Included LTIP employee claims under review and schedules. | Leticia Barrios | 6 | 4.7 |
| 9/16/2015 | Finalize master spreadsheet of Nortel Claims Detail report and employee data for the eTax Solicitation process. Develop ongoing solicitation process. Investigate missing addresses of employees. | Leticia Barrios | 6 | 3.3 |
| 9/16/2015 | Read, review, research and respond to various employee inquiries by phone and e-mail related to non-qualified settlement offer letters | Mary Cilia | 6 | 4.4 |
| 9/16/2015 | Follow up e-mails to various claims traders on status of review of claims settlement offers | Mary Cilia | 6 | 2.4 |
| 9/16/2015 | Follow up e-mails and research related to cross-border claims | Mary Cilia | 6 | 1.1 |
| 9/17/2015 | Review of G/L and claims for summarization work on cross border claims | Daniel Tollefsen | 6 | 7.3 |
| 9/17/2015 | Gather and analyze available information regarding cross border claims and prepare memorandum of facts and circumstances for use in settlement negotiations. | David Kantorczyk | 6 | 7.0 |
| 9/17/2015 | NNI call center monitoring and logging requests and related follow-up | Felicia Buenrostro | 6 | 4.0 |
| 9/17/2015 | Research claimants and potential distribution settlement group for life status | Felicia Buenrostro | 6 | 3.5 |
| 9/17/2015 | Follow-up with LTIP plan participant research and review | Kathryn Schultea | 6 | 0.8 |
| 9/17/2015 | Attend the Nortel Employee Claims Conference Call with Cleary to discuss pension claims. | Leticia Barrios | 6 | 1.0 |
| 9/17/2015 | Finalize master spreadsheet of Nortel Claims Detail report and employee data for the eTax Solicitation process. Develop ongoing solicitation process. Investigate missing addresses of employees. | Leticia Barrios | 6 | 8.0 |
| 9/17/2015 | Various meetings at Cleary's offices re: claims and document retention | Mary Cilia | 6 | 5.0 |
| 9/17/2015 | Follow up e-mails and research related to cross-border claims | Mary Cilia | 6 | 0.1 |
| 9/17/2015 | Read, review, research and respond to various employee inquiries by phone and e-mail related to non-qualified settlement offer letters | Mary Cilia | 6 | 1.9 |
| 9/17/2015 | Conference call with ASM to review claims settlement offers; related prep and follow up | Mary Cilia | 6 | 2.2 |
| 9/18/2015 | Review of G/L and claims for summarization work on cross border claims | Daniel Tollefsen | 6 | 5.0 |
| 9/18/2015 | Gather and analyze available information regarding cross border claims and prepare memorandum of facts and circumstances for use in settlement negotiations. | David Kantorczyk | 6 | 7.0 |
| 9/18/2015 | NNI call center monitoring and logging requests and related follow-up | Felicia Buenrostro | 6 | 4.0 |
| 9/18/2015 | Correspondence - Individual Claims follow up | Kathryn Schultea | 6 | 1.5 |
| 9/18/2015 | Finalize master spreadsheet of Nortel Claims Detail report and employee data for the eTax Solicitation process. Develop ongoing solicitation process. Investigate missing addresses of employees. | Leticia Barrios | 6 | 4.7 |
| 9/18/2015 | Read, review, research and respond to various employee inquiries by phone and e-mail related to non-qualified settlement offer letters | Mary Cilia | 6 | 3.8 |
| 9/18/2015 | Review of name comparison file prepared by R. Perubhatla | Mary Cilia | 6 | 0.8 |
| 9/18/2015 | Claims updates for Alternate name issues | Raj Perubhatla | 6 | 7.7 |
| 9/19/2015 | Read, review, research and respond to various employee inquiries by phone and e-mail related to non-qualified settlement offer letters | Mary Cilia | 6 | 1.4 |
| 9/20/2015 | Read, review, research and respond to various employee inquiries by phone and e-mail related to non-qualified settlement offer letters | Mary Cilia | 6 | 0.7 |
| 9/21/2015 | BOXI reports runs and lookups for NNI employee information | Brandon Bangerter | 6 | 2.6 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 9/21/2015 | Review of G/L and claims for summarization work on cross border claims | Daniel Tollefsen | 6 | 5.8 |
| 9/21/2015 | NNI call center monitoring and logging requests and related follow-up | Felicia Buenrostro | 6 | 4.0 |
| 9/21/2015 | Research claimants and potential distribution settlement group for life status | Felicia Buenrostro | 6 | 3.5 |
| 9/21/2015 | Read, review and responded to various claim related questions | Kathryn Schultea | 6 | 1.7 |
| 9/21/2015 | Finalize master spreadsheet of Nortel Claims Detail report and employee data for the eTax Solicitation process. Develop ongoing solicitation process. Investigate missing addresses of employees. | Leticia Barrios | 6 | 7.5 |
| 9/21/2015 | Read, review, research and respond to various employee inquiries by phone and e-mail related to non-qualified settlement offer letters | Mary Cilia | 6 | 7.4 |
| 9/22/2015 | Review of G/L and claims for summarization work on cross border claims | Daniel Tollefsen | 6 | 5.6 |
| 9/22/2015 | Gather and analyze available information regarding cross border claims and prepare memorandum of facts and circumstances for use in settlement negotiations. | David Kantorczyk | 6 | 9.5 |
| 9/22/2015 | NNI call center monitoring and logging requests and related follow-up | Felicia Buenrostro | 6 | 4.0 |
| 9/22/2015 | Research claimants and potential distribution settlement group for life status | Felicia Buenrostro | 6 | 3.0 |
| 9/22/2015 | Correspondence - Non-qualified pension discussion | Kathryn Schultea | 6 | 1.0 |
| 9/22/2015 | Finalize master spreadsheet of Nortel Claims Detail report and employee data for the eTax Solicitation process. Develop ongoing solicitation process. Investigate missing addresses of employees. | Leticia Barrios | 6 | 8.0 |
| 9/22/2015 | Meetings in Raleigh with D. Tollefsen and D. Kantorczyk re: cross border claims, related prep and follow up | Mary Cilia | 6 | 4.6 |
| 9/22/2015 | Read, review, research and respond to various employee inquiries by phone and e-mail related to non-qualified settlement offer letters | Mary Cilia | 6 | 6.7 |
| 9/22/2015 | Review and research excess pension file provided by EY Canada related to cross-border employee claims and related e-mails | Mary Cilia | 6 | 2.8 |
| 9/23/2015 | Weekly Nortel Networks outside consultant claim call including RLKS, Cleary and Huron including preparation and summarization. | David Kantorczyk | 6 | 0.4 |
| 9/23/2015 | Gather and analyze available information regarding cross border claims and prepare memorandum of facts and circumstances for use in settlement negotiations. | David Kantorczyk | 6 | 8.5 |
| 9/23/2015 | NNI call center monitoring and logging requests and related follow-up | Felicia Buenrostro | 6 | 4.0 |
| 9/23/2015 | Research claimants and potential distribution settlement group for life status | Felicia Buenrostro | 6 | 2.5 |
| 9/23/2015 | Finalize master spreadsheet of Nortel Claims Detail report and employee data for the eTax Solicitation process. Develop ongoing solicitation process. Investigate missing addresses of employees. | Leticia Barrios | 6 | 7.3 |
| 9/23/2015 | Attend the Nortel Employee Claims Conference Call with Cleary to discuss pension claims. | Leticia Barrios | 6 | 1.0 |
| 9/23/2015 | Review and research Solus claims and respond to inquiry | Mary Cilia | 6 | 1.6 |
| 9/23/2015 | Read, review, research and respond to various employee inquiries by phone and e-mail related to non-qualified settlement offer letters | Mary Cilia | 6 | 6.1 |
| 9/23/2015 | Conference call with Cleary re: employee claims update and related prep and follow up | Mary Cilia | 6 | 1.2 |
| 9/23/2015 | Meetings in Raleigh with D. Tollefsen and D. Kantorczyk re: cross border claims, related prep and follow up | Mary Cilia | 6 | 2.1 |
| 9/24/2015 | Gather and analyze available information regarding cross border claims and prepare memorandum of facts and circumstances for use in settlement negotiations. | David Kantorczyk | 6 | 4.0 |
| 9/24/2015 | NNI call center monitoring and logging requests and related follow-up | Felicia Buenrostro | 6 | 4.0 |
| 9/24/2015 | Research claimants and potential distribution settlement group for life status | Felicia Buenrostro | 6 | 3.0 |
| 9/24/2015 | Finalize master spreadsheet of Nortel Claims Detail report and employee data for the eTax Solicitation process. Develop ongoing solicitation process. Investigate missing addresses of employees. | Leticia Barrios | 6 | 8.0 |
| 9/24/2015 | Read, review, research and respond to various employee inquiries by phone and e-mail related to non-qualified settlement offer letters | Mary Cilia | 6 | 5.4 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 9/24/2015 | Claims EE Searches | Raj Perubhatla | 6 | 4.5 |
| 9/25/2015 | Review of G/L and claims for summarization work on cross border claims | Daniel Tollefsen | 6 | 4.8 |
| 9/25/2015 | Gather and analyze available information regarding cross border claims and prepare memorandum of facts and circumstances for use in settlement negotiations. | David Kantorczyk | 6 | 6.0 |
| 9/25/2015 | NNI call center monitoring and logging requests and related follow-up | Felicia Buenrostro | 6 | 4.0 |
| 9/25/2015 | Finalize master spreadsheet of Nortel Claims Detail report and employee data for the eTax Solicitation process. Develop ongoing solicitation process. Investigate missing addresses of employees. | Leticia Barrios | 6 | 5.3 |
| 9/25/2015 | Read, review, research and respond to various employee inquiries by phone and e-mail related to non-qualified settlement offer letters | Mary Cilia | 6 | 7.2 |
| 9/25/2015 | Follow up e-mails to various claims traders on status of review of claims settlement offers | Mary Cilia | 6 | 1.6 |
| 9/25/2015 | Claims database maintenance and updates | Raj Perubhatla | 6 | 7.0 |
| 9/26/2015 | Read, review, research and respond to various employee inquiries by phone and e-mail related to non-qualified settlement offer letters | Mary Cilia | 6 | 1.7 |
| 9/27/2015 | Read, review, research and respond to various employee inquiries by phone and e-mail related to non-qualified settlement offer letters | Mary Cilia | 6 | 0.9 |
| 9/28/2015 | NNI call center monitoring and logging requests and related follow-up | Felicia Buenrostro | 6 | 4.0 |
| 9/28/2015 | Research claimants and potential distribution settlement group for life status | Felicia Buenrostro | 6 | 3.5 |
| 9/28/2015 | Review life insurance matters for claim related topics | Kathryn Schultea | 6 | 2.4 |
| 9/28/2015 | PBGC related email follow-ups | Kathryn Schultea | 6 | 0.3 |
| 9/28/2015 | Investigate home addresses for employees with traded claims and add to master spreadsheet. Reviewed prior source systems and EPIC data for valid address. | Leticia Barrios | 6 | 7.0 |
| 9/28/2015 | Read, review, research and respond to various employee inquiries by phone and e-mail related to non-qualified settlement offer letters | Mary Cilia | 6 | 6.5 |
| 9/28/2015 | Review of open non-employee claims and preparation of action plan for D. Kantorczyk | Mary Cilia | 6 | 2.8 |
| 9/29/2015 | Gather and analyze available information regarding cross border claims and prepare memorandum of facts and circumstances for use in settlement negotiations. | David Kantorczyk | 6 | 7.0 |
| 9/29/2015 | Meeting at E&Y offices re: NNI planning, employment tax and solicitation processing | Felicia Buenrostro | 6 | 4.5 |
| 9/29/2015 | Meeting at E&Y offices re: NNI planning, employment tax and solicitation processing | Kathryn Schultea | 6 | 4.5 |
| 9/29/2015 | Meeting at E&Y Offices regarding NNI Planning, Employment Tax, and Solicitation processing. | Leticia Barrios | 6 | 4.3 |
| 9/29/2015 | Conference calls with D. Tollefsen and D. Kantorczyk to review work streams and next projects; related prep and follow up | Mary Cilia | 6 | 2.4 |
| 9/29/2015 | Review of name comparison file and development of work plan; related e-mails and calls | Mary Cilia | 6 | 1.7 |
| 9/29/2015 | Read, review, research and respond to various employee inquiries by phone and e-mail related to non-qualified settlement offer letters | Mary Cilia | 6 | 5.8 |
| 9/29/2015 | Follow up e-mails re: status of non-employee claims | Mary Cilia | 6 | 1.3 |
| 9/29/2015 | Review of latest status on non-qualified settlement letters, update of post-petition settlement matrix and related e-mails | Mary Cilia | 6 | 1.9 |
| 9/30/2015 | Determine process with M. Cilia for handling call center calls regarding settlement letters sent to employees and follow up on recording activity in master spreadsheet. | David Kantorczyk | 6 | 3.5 |
| 9/30/2015 | Gather and analyze available information regarding cross border claims and prepare memorandum of facts and circumstances for use in settlement negotiations. | David Kantorczyk | 6 | 2.5 |
| 9/30/2015 | NNI call center monitoring and logging requests and related follow-up | Felicia Buenrostro | 6 | 2.0 |
| 9/30/2015 | Investigate home addresses for employees with traded claims and add to master spreadsheet. Reviewed prior source systems and EPIC data for valid address. | Leticia Barrios | 6 | 2.2 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 9/30/2015 | Read, review, research and respond to various employee inquiries by phone and e-mail related to non-qualified settlement offer letters | Mary Cilia | 6 | 2.5 |
| 9/30/2015 | Research, review and follow up re: cross-border claims | Mary Cilia | 6 | 3.0 |
| 9/1/2015 | Compliance submission | Richard Lydecker | 7 | 0.5 |
| 9/4/2015 | EY update call DA,JW,AB | Richard Lydecker | 7 | 0.5 |
| 9/10/2015 | Correspondence - Nortel Tax Matters | Kathryn Schultea | 7 | 1.3 |
| 9/11/2015 | Correspondence - Nortel Tax Matters | Kathryn Schultea | 7 | 1.0 |
| 9/14/2015 | Correspondence - Nortel Tax Matters | Kathryn Schultea | 7 | 0.3 |
| 9/18/2015 | Call re international projects, state claims, attributes JS,JW,AB | Richard Lydecker | 7 | 0.5 |
| 9/24/2015 | Onsite at NNI - Meeting with EY on various items and Tim Ross | Kathryn Schultea | 7 | 6.5 |
| 9/25/2015 | EY tax call covering projects, work stream activities JW,DA,JS,AB | Richard Lydecker | 7 | 0.3 |
| 9/25/2015 | Review EY July/August billing | Richard Lydecker | 7 | 0.5 |