# EXHIBIT B

# EXHIBIT B
## EXPENSE SUMMARY

**Nortel Networks Inc., et al.**
(Case No. 09-10138 (KG))

**RLKS Executive Solutions**
**September 1 - 30, 2015**

| Expense Category | Total Expenses |
|---|---|
| Travel – Airline (at economy fare booking) | $ 12,713.59 |
| Travel – Lodging | 12,899.53 |
| Travel – Transportation | 4,741.38 |
| Travel – Meals | 1,565.74 |
| Office Expenses | 423.91 |
| TOTAL | $ 32,344.15 |
| | |

Nortel Expense Report

PERIOD: September 1 - 30, 2015

| Date | Description | Air | Lodging | Transportation | Meals | Office Expenses | Professional | Comments on Meals/Transportation |
|---|---|---|---|---|---|---|---|---|
| 9/1/2015 | RTP stay | | $191.82 | $143.18 | $16.63 | | Brandon Bangerter | One night hotel; Avis rental car; lunch - $16.63(RP,BB) |
| 9/1/2015 | Raleigh Stay | | $203.17 | $71.18 | $143.73 | | Daniel Tollefsen | One night hotel; Car rental - Team (71.18); Meal - Dinner 143.73 (BB/RP/DT/FB/LB) |
| 9/1/2015 | Raleigh Office | | $191.82 | | | | Felicia Buenrostro | One night hotel stay |
| 9/1/2015 | Travel to Client Site - RTP | | $191.82 | | | | Leticia Barrios | One night hotel stay |
| 9/1/2015 | Client site stay | | $252.35 | | | | Raj Perubhatla | One night hotel stay |
| 9/2/2015 | RTP stay | | $191.82 | | $18.82 | | Brandon Bangerter | One night hotel; lunch - $18.82(RP,BB) |
| 9/2/2015 | Raleigh Stay | | $203.17 | $71.18 | $224.10 | | Daniel Tollefsen | One night hotel; Car Rental -Team (71.18); Meal - Dinner 224.10 (KS/DT/FB/LB/BB/RP) |
| 9/2/2015 | Raleigh Office | | $191.82 | | | | Felicia Buenrostro | One night hotel stay |
| 9/2/2015 | RTP Stay | | $191.82 | | | | Leticia Barrios | One night hotel |
| 9/2/2015 | Client site stay | | $252.35 | | | | Raj Perubhatla | One night hotel stay |
| 9/2/2015 | Travel to Raleigh | $245.60 | $191.82 | $109.75 | | | Kathryn Schultea | Economy airfare; One night hotel stay; car to airport |
| 9/3/2015 | Travel from Client site | $419.10 | $191.82 | $60.00 | | | Brandon Bangerter | Economy airfare; One night hotel; airport parking |
| 9/3/2015 | Raleigh Stay | | $203.17 | $71.18 | | | Daniel Tollefsen | One night hotel; Car Rental - Team |
| 9/3/2015 | Travel from Raleigh Nortel Offices | $165.10 | | $119.25 | | | Felicia Buenrostro | Economy airfare; To/From Airport |
| 9/3/2015 | Travel from Client Site - RTP | $165.10 | | $105.00 | | | Leticia Barrios | Economy Airfare; Travel from airport |
| 9/3/2015 | Travel from client site | $419.10 | $252.35 | $92.00 | | | Raj Perubhatla | One night hotel stay; Economy airfare; car from airport to home |
| 9/3/2015 | Raleigh | | | | $114.46 | | Kathryn Schultea | Dinner - (KS, FB LB, DT - $28.61 each) |
| 9/4/2015 | Raleigh Stay | $348.11 | | $197.44 | | | Daniel Tollefsen | Economy Airfare; Car rental (71.18) - Team; Airport Parking (126.26) |
| 9/4/2015 | Office Expense | | | | | $353.48 | Raj Perubhatla | Nortel.com, nortelnetworks.com, synoptics.com domain registration extension for 3 years with Networksolutions.com |
| 9/4/2015 | Travel from Raleigh | $245.60 | | $115.25 | | | Kathryn Schultea | Economy airfare; car from airport |
| 9/7/2015 | Travel to Client site | $320.10 | $180.47 | $72.00 | | | Brandon Bangerter | Economy airfare; One night hotel; car to airport |
| 9/7/2015 | Travel to client site | $441.60 | $176.69 | $92.00 | | | Raj Perubhatla | Economy airfare; car to airport; One night client stay |
| 9/8/2015 | RTP stay | | $180.47 | $188.13 | $99.69 | | Brandon Bangerter | One night hotel; Avis rental car; lunch - $20.54(RP,BB); dinner - $79.15(RP,BB) |
| 9/8/2015 | Client site stay | | $176.69 | | | | Raj Perubhatla | One night hotel stay |
| 9/9/2015 | RTP stay | | $180.47 | | $112.34 | | Brandon Bangerter | One night hotel; lunch - $15.56(RP,BB); dinner - $96.78(RP,BB) |
| 9/9/2015 | Client site stay | | $176.69 | | | | Raj Perubhatla | One night hotel stay |
| 9/10/2015 | RTP stay | | $180.47 | | $28.58 | | Brandon Bangerter | One night hotel; lunch - $11.18(RP,BB); dinner - $17.40(RP,BB) |
| 9/10/2015 | Travel from client site | $441.60 | | $92.00 | $46.75 | | Raj Perubhatla | Economy airfare; car from airport to home; meals lunch, dinner |
| 9/11/2015 | Travel from Client site | $320.10 | | $70.00 | | | Brandon Bangerter | Economy airfare; car from airport |
| 9/14/2015 | Travel to Client site | $231.10 | $225.87 | $85.00 | | | Brandon Bangerter | Economy airfare; One night hotel; car to airport |
| 9/14/2015 | Travel to client site (Dallas) | $218.00 | | $86.25 | | | Raj Perubhatla | Economy airfare; car to airport (hobby) |
| 9/14/2015 | Travel from client site (Dallas) | $218.00 | | $75.00 | | | Raj Perubhatla | Economy airfare; car from hobby airport to IAH |
| 9/14/2015 | Travel to client site (RTP) | $141.23 | $231.55 | | $10.43 | | Raj Perubhatla | Economy airfare; One night hotel stay; meals |
| 9/14/2015 | Travel to NNI Richardson | $240.00 | | | | | Kathryn Schultea | Economy airfare |
| 9/14/2015 | Travel from NNI Richardson | $240.00 | | | | | Kathryn Schultea | Economy airfare |
| 9/15/2015 | RTP stay | | $225.87 | $89.87 | $92.71 | | Brandon Bangerter | One night hotel; Avis rental car; lunch - $18.28(RP,BB); dinner - $74.43(RP,BB) |
| 9/15/2015 | Client site stay | | $231.55 | | | $70.43 | Raj Perubhatla | One night hotel stay; purchase of label maker for labeling IT equipment in GWRTP DC |
| 9/16/2015 | Travel from Client site | $231.10 | | $85.00 | $19.09 | | Brandon Bangerter | Economy airfare; car from airport; lunch - $19.09(RP,BB) |
| 9/16/2015 | Travel to NY for Client related mtg | $557.10 | $690.86 | $243.50 | | | Mary Cilia | A-Economy Airfare; T- Car Service from Home to Airport and Airport to Hotel; |
| 9/16/2015 | Client site stay; Travel to NYC for meetings | $141.23 | $438.40 | $100.00 | $10.75 | | Raj Perubhatla | One night hotel stay - nyc; Economy airfare; car from EWR to Hotel - nyc; meals |
| 9/16/2015 | Travel to New York | $267.10 | $690.86 | $109.75 | | | Kathryn Schultea | Economy airfare; One night NYC lodging; car from airport |
| 9/17/2015 | NYC Lodging | | $690.86 | | $93.24 | | Mary Cilia | M-L=$21.42;D=$71.82 |
| 9/17/2015 | Travel from NYC to Houston | $141.23 | | $198.00 | | | Raj Perubhatla | Car from Cleary to EWR; Economy airfare; car from IAH airport to home |
| 9/17/2015 | NYC Client meetings at Cleary | | $690.86 | | | | Kathryn Schultea | One night NYC lodging |
| 9/18/2015 | Travel from NYC | $557.10 | | $107.50 | | | Mary Cilia | A-Economy Airfare; T- Car Service from Airport to Home |
| 9/18/2015 | Travel from New York | $267.10 | | $115.25 | | | Kathryn Schultea | Economy airfare; car from airport |

Nortel Expense Report
PERIOD: September 1 - 30, 2015

| Date | Description | Air | Lodging | Transportation | Meals | Office Expenses | Professional | Comments on Meals/Transportation |
|---|---|---|---|---|---|---|---|---|
| 9/21/2015 | Travel to Client site | $374.10 | $220.20 | $88.93 | | | Brandon Bangerter | Economy airfare; One night hotel; Avis car rental |
| 9/21/2015 | Travel to Client Site - Raleigh | $229.10 | $231.68 | $48.16 | | | Daniel Tollefsen | Economy Airfare; One night hotel; Car rental (team) |
| 9/21/2015 | Travel to Client Site | $143.10 | $182.22 | $19.00 | $16.78 | | David Kantorczyk | Economy Airfare; One night hotel; Dinner 16.78; Parking @ IAH |
| 9/21/2015 | Travel to Client Site | $218.60 | $201.82 | $163.49 | $4.81 | | Mary Cilia | A-Economy Airfare; T-Car Service from Home to Airport and Avis Rental Car; M-D=$4.81 |
| 9/21/2015 | Travel to client site | $374.10 | $112.94 | $92.00 | | | Raj Perubhatla | Car to airport; Economy airfare to client site; One night hotel stay |
| 9/22/2015 | RTP stay | | $220.19 | | $140.66 | | Brandon Bangerter | One night hotel; dinner - $140.66(RP,DT,BB) |
| 9/22/2015 | Raleigh Stay | | $231.68 | $48.16 | | | Daniel Tollefsen | One night hotel; Car Rental (team) |
| 9/22/2015 | Work at Client Site | | $182.22 | $19.00 | $12.75 | | David Kantorczyk | One night hotel; Dinner 12.75; Parking @ IAH |
| 9/22/2015 | | | $201.82 | $55.99 | $41.96 | | Mary Cilia | T-Avis Rental Car; M-L=$7.60;D=$34.36 |
| 9/22/2015 | Client site stay | $374.10 | $112.94 | | | | Raj Perubhatla | Economy airfare; One night hotel stay |
| 9/23/2015 | Travel from Client site | $374.10 | | $43.00 | $49.29 | | Brandon Bangerter | Economy airfare; airport parking; lunch - $49.29(RP,DT,MC,BB) |
| 9/23/2015 | Raleigh Stay | | $231.68 | $48.15 | | | Daniel Tollefsen | One night hotel; Car Rental (team) |
| 9/23/2015 | Work at Client Site | | $182.22 | $19.00 | $16.58 | | David Kantorczyk | One night hotel; Dinner 16.58; Parking @ IAH |
| 9/23/2015 | | | $201.82 | $55.99 | | | Mary Cilia | T-Avis Rental Car |
| 9/23/2015 | Travel from client site | | | $92.00 | | | Raj Perubhatla | Car from airport |
| 9/23/2015 | Travel to Raleigh | $293.10 | $237.22 | | | | Kathryn Schultea | Economy airfare; One night hotel stay |
| 9/24/2015 | Travel from Client Site - Raleigh | $229.10 | | $95.50 | $108.36 | | Daniel Tollefsen | Economy Airfare; Car rental (48.15)- Team; Airport Parking (47.35); Meal - Dinner 108.36 (KS/DT/MC/FB) |
| 9/24/2015 | Travel from Client Site | $143.10 | | $3.00 | | | David Kantorczyk | Economy Airfare; Parking @ IAH |
| 9/24/2015 | Travel from Client Site | $218.60 | | $163.48 | | | Mary Cilia | A-Economy Airfare; T-Avis Rental Car and Car Service from Airport to Home |
| 9/24/2015 | Raleigh | | $237.22 | | | | Kathryn Schultea | One night hotel stay |
| 9/25/2015 | Travel from Raleigh | $293.10 | | | | | Kathryn Schultea | Economy airfare |
| 9/28/2015 | Travel to Client site | $319.10 | $248.57 | $91.86 | | | Brandon Bangerter | Economy airfare; One night hotel; Avis car rental |
| 9/28/2015 | Travel to client site | $319.10 | $248.57 | $92.00 | | | Raj Perubhatla | Car to airport; Economy airfare to client site; One night hotel stay |
| 9/29/2015 | RTP stay | | $248.57 | | $104.78 | | Brandon Bangerter | One night hotel; lunch - $17.84(RP,BB); dinner - $86.94(RP,BB) |
| 9/29/2015 | Travel from Houston to Charlotte | $198.60 | $215.88 | | | | Felicia Buenrostro | Economy airfare; One night hotel stay |
| 9/29/2015 | Travel from Houston to Charlotte | $198.60 | $215.88 | | | | Leticia Barrios | Economy airfare; One night hotel stay |
| 9/29/2015 | Client site stay | | $248.57 | | | | Raj Perubhatla | One night hotel stay |
| 9/29/2015 | Travel to N. Carolina w/EY | $198.60 | $215.88 | $109.75 | | | Kathryn Schultea | Economy airfare; One night hotel stay; car to airport |
| 9/30/2015 | Travel from Client site | $319.10 | | $47.00 | $38.45 | | Brandon Bangerter | Economy airfare; airport parking; lunch - $16.94(RP,BB); dinner - $21.51(RP,BB) |
| 9/30/2015 | Travel from Charlotte to Houston | $198.60 | | $110.19 | | | Felicia Buenrostro | Economy airfare; To/From Airport |
| 9/30/2015 | Travel from Charlotte to Houston | $198.60 | | $120.25 | | | Leticia Barrios | Economy airfare; To/From Airport |
| 9/30/2015 | Travel from client site | $319.10 | | $92.00 | | | Raj Perubhatla | Economy airfare from client site; car from airport |
| 9/30/2015 | Travel from N. Carolina | $198.60 | | $58.82 | | | Kathryn Schultea | Economy airfare; Hertz rental car |
| | | $ 12,713.59 | $ 12,899.53 | $ 4,741.38 | $ 1,565.74 | $ 423.91 | | |