UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

FEE EXAMINER'S FINAL REPORT REGARDING
SEVENTY-SIXTH MONTHLY AND FINAL FEE APPLICATION OF
CAPSTONE ADVISORY GROUP, LLC

Master, Sidlow & Associates, P.A., acting in its capacity as fee examiner in the above-captioned bankruptcy proceeding, submits its final report with respect to the Seventy-Sixth Monthly and Final Fee Application of Capstone Advisory Group, LLC ("Application"), for the period from May 1, 2015 through May 31, 2015, seeking approval of fees that total $245,818.00 and from January 26, 2009 through May 31, 2015, seeking approval of fees that total $31,498,482.00 and reimbursement of expenses that total $748,528.84 respectively. Capstone Advisory Group, LLC ("Capstone") is financial advisor for the Official Committee of Unsecured Creditors.

## Background

1. Master, Sidlow & Associates, P.A. reviewed the firm's monthly fee applications and the Application, including each of the billing and expense entries shown in the exhibits to the monthly applications, for compliance with 11 U.S.C. § 330, Rule 2016-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, as amended December 22, 2010 ("Local Rules"), and The United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330, issued January 30, 1996 ("Guidelines").

2. Master, Sidlow & Associates, P.A. prepared and submitted a preliminary report to Capstone Advisory Group, LLC. No response was required as there were no questioned fees or expenses in that report. Master, Sidlow & Associates, P.A. prepared this final report and submits the following findings and recommendations to the Court.

## Discussion of Findings
## Recomputation of Fees

3. Master, Sidlow & Associates, P.A. recomputed the fees requested in the Seventy-Sixth Monthly Application for the May 1, 20015- May 31, 2015 time period. The hours billed by each professional or paraprofessional were totaled and these amounts were multiplied by that individual's hourly rate. The recomputation of fees did not reveal any discrepancies.

## Review of Fees

4. **Firm Staffing.** The Guidelines in Section II.A.3 state that "The following information should be provided in every fee application: ... (3) Names and hourly rates of all applicant's professionals and paraprofessionals who billed time, explanation of any changes in hourly rates from those previously charged, and a statement of whether the compensation is based on the customary compensation charged by comparably skilled practitioners in cases other than under Title 11."

The Seventy-Sixth Monthly Application provides the name, position, and hourly rate of each timekeeper.

The firm billed a total of 338.20 hours with associated fees of $245,818.00 for the May 1, 2015–May 31, 2015 time period. The following table displays the hours and fees computed by timekeeper position and the percentage of total hours and fees for each position:

| Position | Hours | Percentage of Total Hours | Fees | Percentage of Total Fees |
|---|---|---|---|---|
| Exec Dir | 246.60 | 73% | $192,590.00 | 78% |
| Mg Dir | 82.40 | 24% | 51,500.00 | 21% |
| Consultant | 4.80 | 2% | 1,200.00 | 1% |
| Para | 4.40 | 1% | 528.00 | |
| TOTAL | 338.20 | 100% | $245,818.00 | 100% |

The blended hourly rate for Capstone is $726.84.

5. **Hourly Rate Increases.** Capstone did not increase the hourly rates of its timekeepers in the May 1, 2015–May 31, 2015 time period.

6. **Complete and Detailed Task Descriptions.** Local Rule 2016-2 (d) states "…activity descriptions…shall be sufficiently detailed to allow the Court to determine whether all the time, or any portion thereof, is actual, reasonable, and necessary." The rules further provide that the fee applications shall include complete and detailed activity descriptions and that each activity description shall include the nature and subject matter of the activity. Section II.D.5 of the Guidelines states that "Time entries for telephone calls, letters, and other communications should give sufficient detail to identify the parties to and the nature of the communication. Time entries for court hearings and conferences should identify the subject of the hearing or conference." Activity descriptions for the review of documents and correspondence should identify the document or the person or party who prepared the document or correspondence and its subject matter. A description of correspondence should identify the correspondent and the subject of the correspondence. Similarly, a description for preparation of pleadings should identify the pleading drafted or revised. Activity descriptions for legal research should include the issues researched and the purpose of the research. The activity description must be sufficiently detailed to allow a determination of whether the research is case related, whether the research is presumably familiar to experienced professionals, or whether the research is being performed by a professional with an appropriate experience level. Activity descriptions referencing conferences should include the name of the person(s) with whom the communication was held and the subject or purpose of the communication. Master, Sidlow & Associates, P.A. found the activity descriptions in the Application to be sufficiently detailed.

7. **Travel.** Local Rule 2016-2(d) (viii) provides "Travel time during which no work is performed shall be separately described and may be billed at no more than 50% of regular hourly rates…" Capstone's fee applications indicate "In this engagement, non-productive travel time is not being charged to the Debtors."

8. **Capstone Advisory Group, LLC Retention/Compensation.** Master, Sidlow & Associates, P.A. reviewed and identified entries related to the retention and compensation of Capstone. In the Seventy-Sixth Monthly Fee Application, the firm billed 11.90 hours with associated fees of $6,166.50 to prepare the firm's retention documents and applications for compensation, which represents approximately 3% of the total fees billed by the firm.

## Conclusion

Master, Sidlow & Associates, P.A. submits this final report regarding the Seventy-Sixth Monthly and Final Fee Application of Capstone Advisory Group, LLC and the fees and expenses requested therein. Master, Sidlow & Associates, P.A. recommends the approval of fees in the amount of $245,818.00 for the period from May 1, 2015 through May 31, 2015, less any interim payments received by Capstone Advisory Group, LLC for fees and expenses under fee applications. A summary of the fee examiner's findings is attached to this final report and marked as Appendix A.

Respectfully submitted,

**Master, Sidlow & Associates, P.A.**

By: _____

Judith M. Scarborough, CPA, CVA, CFF

2002 West 14th Street
Wilmington, DE 19806
Telephone: (302) 652-3480
Facsimile: (302) 656-8778
jscarborough@mastersidlow.com

Fee Examiner

**APPENDIX A**

CAPSTONE ADVISORY GROUP, LLC
SUMMARY OF FINDINGS
76TH MONTHLY FEE APPLICATION (MAY 1, 2015 through MAY 31, 2015)

| | | |
|---|---|---|
| **A.** | **Amounts Requested and Computed** | |
| Fees Requested | $ 245,818.00 | |
| Expenses Requested | | |
| TOTAL FEES AND EXPENSES REQUESTED | | $ 245,818.00 |
| Fees Computed | $ 245,818.00 | |
| Expenses Computed | | |
| TOTAL FEES AND EXPENSES COMPUTED | | $ 245,818.00 |
| TOTAL DIFFERENCE BETWEEN COMPUTED AND REQUESTED FEES AND EXPENSES | | $ - |
| **B.** | **Recommended Fee Allowance and Expense Reimbursement** | |
| Fees Requested | $ 245,818.00 | |
| RECOMMENDED FEE ALLOWANCE | | $ 245,818.00 |
| Expenses Requested | - | |
| RECOMMENDED EXPENSE REIMBURSEMENT | | - |
| TOTAL RECOMMENDED FEE ALLOWANCE AND EXPENSE REIMBURSEMENT | | $ 245,818.00 |