## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| *In re* | Chapter 11 |
| Nortel Networks Inc., *et al.*, | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

### OMNIBUS HEARING ORDER

**IT IS HEREBY ORDERED,** that the following omnibus hearing dates have been scheduled in the above-referenced cases:

| DATE | TIME |
|---|---|
| January 5, 2016 | 10:00 a.m. (Eastern Time) |
| January 19, 2016 | 10:00 a.m. (Eastern Time) |
| February 9, 2016 | 10:00 a.m. (Eastern Time) |
| February 23, 2016 | 10:00 a.m. (Eastern Time) |
| March 8, 2016 | 10:00 a.m. (Eastern Time) |
| March 22, 2016 | 10:00 a.m. (Eastern Time) |
| April 5, 2016 | 10:00 a.m. (Eastern Time) |
| April 19, 2016 | 10:00 a.m. (Eastern Time) |
| May 10, 2016 | 10:00 a.m. (Eastern Time) |
| May 24, 2016 | 10:00 a.m. (Eastern Time) |
| June 14, 2016 | 10:00 a.m. (Eastern Time) |
| June 28, 2016 | 10:00 a.m. (Eastern Time) |