**Nortel Networks Inc., et al**

**Berkeley Research Group, LLC**



**Exhibit A: Time Detail**

For the Period 8/1/15 through 8/31/15

| Date | Professional | Hours | Description |
| --- | --- | --- | --- |
| **01. Asset Acquisition/Disposition** | | | |
| 8/3/2015 | C. Kearns | 0.2 | Emailed with Counsel re: appeal draft. |
| 8/6/2015 | J. Hyland | 1.2 | Reviewed proposed document disposal list from the Monitor and replied to Counsel regarding same. |
| 8/7/2015 | J. Hyland | 1.0 | Reviewed IPA sale motions. |
| 8/10/2015 | J. Hyland | 0.9 | Participated in call with Counsel from each estate re: NNL proposed records destruction. |
| 8/17/2015 | C. Kearns | 0.2 | Emailed from Canada Counsel re: appeal draft. |
| 8/17/2015 | C. Kearns | 0.1 | Emailed with UKP advisor re: status of discussions. |
| 8/18/2015 | C. Kearns | 0.3 | Emailed with Counsel re: Canada factum. |
| 8/19/2015 | C. Kearns | 0.7 | Participated in call with PWC London (FA to UKP) re: claims and allocation related issues. |
| 8/19/2015 | C. Kearns | 0.3 | Emailed with Counsel re: Canada factum. |
| 8/19/2015 | C. Kearns | 0.2 | Prepared short memo for Counsel re: call notes. |
| 8/20/2015 | C. Kearns | 0.2 | Reviewed redline of draft Canada factum. |
| 8/21/2015 | C. Kearns | 0.2 | Emailed with Canada Counsel re: monitor document retention. |
| 8/24/2015 | C. Kearns | 0.3 | Reviewed final redline of Canada factum. |
| 8/26/2015 | J. Borow | 2.2 | Reviewed final motions for reconsideration. |
| 8/26/2015 | J. Borow | 0.7 | Continued review of motions for leave to appeal. |
| 8/27/2015 | A. Cowie | 1.9 | Analyzed current case correspondence in regard to recovery scenarios. |
| 8/27/2015 | C. Kearns | 0.2 | Emailed with Counsel re: Canada factum. |
| 8/30/2015 | C. Kearns | 0.2 | Read and responded to emails from Counsel and Committee members re: D.E. mediation process. |
| 8/31/2015 | J. Borow | 0.8 | Reviewed cross appeal statements. |

Berkeley Research Group, LLC
Invoice for the 8/1/15 - 8/31/15 Period

| Date | Professional | Hours | Description |
|---|---|---|---|
| **01. Asset Acquisition/Disposition** | | | |
| 8/31/2015 | C. Kearns | 0.1 | Emailed from Counsel re: mediation protocol. |
| *Task Code Total Hours* | | **11.9** | |
| **05. Professional Retention Fee Application Preparation** | | | |
| 8/6/2015 | A. Cowie | 2.8 | Analyzed June monthly fee application. |
| 8/7/2015 | J. Hyland | 0.4 | Reviewed June 2015 fee application time descriptions. |
| 8/21/2015 | M. Haverkamp | 1.8 | Prepared BRG June fee application. |
| 8/21/2015 | A. Cowie | 0.7 | Analyzed June 2015 fee application. |
| 8/24/2015 | J. Hyland | 1.1 | Reviewed June fee application detailed entries. |
| 8/25/2015 | A. Cowie | 2.9 | Analyzed June fee application documents. |
| 8/25/2015 | M. Haverkamp | 1.0 | Prepared June fee application. |
| 8/25/2015 | J. Blum | 0.7 | Prepared June fee application. |
| 8/25/2015 | J. Hyland | 0.5 | Reviewed June fee application. |
| 8/26/2015 | J. Blum | 1.5 | Prepared June fee application. |
| 8/26/2015 | J. Hyland | 1.0 | Reviewed June fee application. |
| 8/26/2015 | J. Blum | 0.6 | Prepared July fee application. |
| 8/26/2015 | M. Haverkamp | 0.6 | Prepared June fee application. |
| 8/26/2015 | J. Borow | 0.6 | Reviewed June fee application. |
| 8/27/2015 | J. Hyland | 1.1 | Reviewed July fee application. |
| 8/27/2015 | J. Blum | 0.6 | Prepared the July fee application. |
| 8/27/2015 | J. Blum | 0.3 | Prepared the first interim fee application. |
| 8/27/2015 | M. Haverkamp | 0.1 | Reviewed BRG first interim fee application. |
| 8/28/2015 | J. Borow | 1.4 | Reviewed June fee application. |
| 8/28/2015 | J. Hyland | 0.8 | Reviewed interim fee application. |
| 8/28/2015 | J. Blum | 0.1 | Prepared the first interim fee application.. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **05. Professional Retention Fee Application Preparation** | | | |
| *Task Code Total Hours* | | *20.6* | |
| **08. Interaction/Meetings with Creditors** | | | |
| 8/6/2015 | A. Cowie | 0.9 | Prepared discussion points for weekly UCC call. |
| 8/6/2015 | J. Borow | 0.7 | Participated in meeting with UCC and professionals to UCC. |
| 8/6/2015 | J. Hyland | 0.7 | Participated in weekly UCC call with UCC members and professionals. |
| 8/10/2015 | J. Borow | 0.9 | Met with all interested parties representatives re: status of retention issues. |
| 8/13/2015 | J. Borow | 1.0 | Discussed with party in interest re: status of matter. |
| 8/13/2015 | J. Borow | 0.4 | Met with UCC and professionals to UCC. |
| 8/13/2015 | C. Kearns | 0.4 | Participated in UCC call re: D.E. litigation path. |
| 8/13/2015 | J. Hyland | 0.4 | Participated in weekly UCC call with UCC members and advisors. |
| 8/14/2015 | C. Kearns | 0.9 | Participated in call with Counsel re: possible intercompany claims against the other estates. |
| 8/19/2015 | J. Borow | 0.7 | Discussed with party in interest re: status of matter. |
| 8/19/2015 | J. Borow | 0.4 | Discussed with party in interest re: status of matter. |
| 8/20/2015 | A. Cowie | 0.8 | Prepared discussion points for weekly UCC call. |
| 8/20/2015 | J. Borow | 0.7 | Met with UCC and professionals to UCC re: status of matter. |
| 8/20/2015 | C. Kearns | 0.7 | Participated in weekly UCC call with UCC members. |
| 8/20/2015 | J. Borow | 0.6 | Discussed with party in interest re: status of matter. |
| 8/20/2015 | C. Kearns | 0.2 | Participated in post-call discussion of exit steps with counsel. |
| 8/27/2015 | J. Hyland | 2.4 | Reviewed documents distributed for UCC call. |
| 8/27/2015 | J. Borow | 0.8 | Met with UCC and professionals to UCC to give update on matter. |
| 8/27/2015 | C. Kearns | 0.8 | Participated in status update call with UCC on D.E. mediation. |
| 8/27/2015 | J. Hyland | 0.8 | Participated in weekly UCC call with UCC members and professionals. |
| *Task Code Total Hours* | | *15.2* | |
| **10. Recovery/SubCon/Lien Analysis** | | | |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **10. Recovery/SubCon/Lien Analysis** | | | |
| 8/25/2015 | J. Hyland | 2.9 | Analyzed proceeds allocation recoveries and scenarios. |
| 8/25/2015 | J. Hyland | 2.3 | Continued analyzing proceeds allocation recoveries and scenarios. |
| **Task Code Total Hours** | | **5.2** | |
| **11. Claim Analysis/Accounting** | | | |
| 8/3/2015 | A. Cowie | 0.3 | Analyzed post-petition estate level transfers and receipts. |
| 8/4/2015 | C. Kearns | 0.3 | Emailed with Counsel re: UKP claim and settlement related issues. |
| 8/5/2015 | A. Cowie | 2.7 | Analyzed claims data in Canadian estate. |
| 8/5/2015 | J. Borow | 0.7 | Discussed with Counsel re: claims issues. |
| 8/5/2015 | J. Hyland | 0.7 | Participated in call with Counsel and Cassels re: claims. |
| 8/5/2015 | C. Kearns | 0.2 | Emailed with Counsel re: Canada claims status. |
| 8/6/2015 | A. Cowie | 1.4 | Analyzed estates claims in regard to creditor recoveries. |
| 8/6/2015 | J. Borow | 1.2 | Reviewed documents and claims issues pertaining to document destruction. |
| 8/6/2015 | C. Kearns | 0.2 | Emailed with Counsel re: Canada claims and document destruction. |
| 8/6/2015 | J. Hyland | 0.1 | Participated in call with Ashurst, Counsel and Cassels re: EMEA claims. |
| 8/7/2015 | J. Hyland | 2.0 | Analyzed claims in each estate. |
| 8/7/2015 | J. Borow | 1.5 | Reviewed document retention issues as it relates to claims. |
| 8/7/2015 | C. Kearns | 0.1 | Emailed with Counsel re: claims related correspondence with EMEA. |
| 8/8/2015 | J. Hyland | 2.9 | Prepared claims analysis. |
| 8/8/2015 | J. Hyland | 2.8 | Continued preparing claims analysis. |
| 8/8/2015 | J. Hyland | 2.5 | Continued preparing claims analysis. |
| 8/9/2015 | J. Hyland | 2.8 | Continued preparing claims analysis. |
| 8/10/2015 | J. Hyland | 2.7 | Analyzed NNL claims. |
| 8/11/2015 | J. Borow | 2.1 | Reviewed various and detailed claims issues. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **11. Claim Analysis/Accounting** | | | |
| 8/12/2015 | A. Cowie | 2.9 | Analyzed claims report for Counsel. |
| 8/12/2015 | A. Cowie | 1.4 | Continued to analyze claims report for Counsel. |
| 8/13/2015 | J. Hyland | 2.9 | Analyzed support for claims and claims history. |
| 8/13/2015 | J. Hyland | 2.3 | Continued analyzing support for claims and claims history. |
| 8/13/2015 | J. Hyland | 1.1 | Conducted call with T. Ross (NNI) re: claims. |
| 8/13/2015 | C. Kearns | 0.2 | Reviewed revised analysis on Canada claims. |
| 8/14/2015 | J. Hyland | 2.8 | Prepared for call with Counsel re: claims. |
| 8/14/2015 | J. Hyland | 1.6 | Analyzed specific claim amounts and support. |
| 8/14/2015 | J. Hyland | 0.9 | Participated in call with Counsel re: claims. |
| 8/14/2015 | J. Borow | 0.8 | Met with Counsel re: claims analysis. |
| 8/14/2015 | J. Hyland | 0.3 | Participated in call with M. Kennedy (Chilmark) re: NNI claims. |
| 8/17/2015 | J. Hyland | 2.9 | Analyzed claims by estate. |
| 8/17/2015 | J. Hyland | 1.5 | Continued analyzing claims by estate. |
| 8/26/2015 | J. Hyland | 2.9 | Analyzed claims in each estate. |
| 8/26/2015 | J. Hyland | 2.0 | Continued analyzing claims in each estate. |
| 8/27/2015 | J. Borow | 0.8 | Continued review of correspondence re: EMEA claims processes. |
| 8/27/2015 | J. Borow | 0.7 | Reviewed correspondence and related issues re: EMEA claims process. |
| **Task Code Total Hours** | | **55.2** | |
| **13. Intercompany Transactions/Balances** | | | |
| 8/7/2015 | J. Hyland | 1.0 | Reviewed June 2015 Restructuring Manager's Report. |
| 8/7/2015 | C. Kearns | 0.2 | Emailed with Counsel re: potential intercompany claims. |
| 8/14/2015 | J. Hyland | 0.9 | Reviewed July 2015 APAC Restructuring Manager's Report. |
| 8/14/2015 | C. Kearns | 0.2 | Reviewed intercompany claims matrix. |
| 8/31/2015 | J. Borow | 0.7 | Reviewed Restructuring Manager's reports. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **13. Intercompany Transactions/Balances** | | | |
| *Task Code Total Hours* | | **3.0** | |
| **18. Operating and Other Reports** | | | |
| 8/9/2015 | J. Hyland | 2.9 | Analyzed 114th Monitor's report. |
| 8/9/2015 | J. Hyland | 2.6 | Continued analyzing 114th Monitor's report. |
| *Task Code Total Hours* | | **5.5** | |
| **19. Cash Flow/Cash Management Liquidity** | | | |
| 8/18/2015 | J. Hyland | 2.8 | Analyzed cash by estate. |
| 8/19/2015 | J. Hyland | 2.7 | Continued analyzing cash and cash activity. |
| 8/24/2015 | J. Hyland | 1.6 | Analyzed NNL cash forecasts. |
| *Task Code Total Hours* | | **7.1** | |
| **26. Tax Issues** | | | |
| 8/27/2015 | C. Kearns | 0.2 | Emailed with Counsel re: tax related issues. |
| 8/28/2015 | C. Kearns | 0.2 | Emailed with Counsel re: tax claims. |
| *Task Code Total Hours* | | **0.4** | |
| **Total Hours** | | **124.1** | |

**Nortel Networks Inc., et al**

**Berkeley Research Group, LLC**

**Exhibit B: Expense Detail**



For the Period 8/1/15 through 8/31/15

| Date | Professional | Amount | Description |
|---|---|---|---|
| **11. Telephone, Fax and Internet** | | | |
| 8/15/2015 | J. Hyland | $15.19 | Long Distance telephone calls for Nortel to Canada. |
| *Expense Category Total* | | *$15.19* | |
| **Total Expenses** | | **$15.19** | |

Berkeley Research Group, LLC

Invoice for the 8/1/15 - 8/31/15 Period