**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------X
                                                         :
*In re*                                                  :    Chapter 11
                                                         :
Nortel Networks Inc., *et al.*,[1]                       :    Case No. 09-10138 (KG)
                                                         :
                                    Debtors.             :    Jointly Administered
                                                         :
---------------------------------------------------------X    **Re: D.I. 16068**

**CERTIFICATE OF NO OBJECTION REGARDING SEVENTY-NINTH INTERIM
APPLICATION OF CLEARY GOTTLIEB STEEN & HAMILTON LLP, AS
ATTORNEYS FOR DEBTORS AND DEBTORS-IN-POSSESSION, FOR ALLOWANCE
OF INTERIM COMPENSATION AND FOR INTERIM REIMBURSEMENT OF ALL
ACTUAL AND NECESSARY EXPENSES INCURRED FOR THE PERIOD
JULY 1, 2015 THROUGH JULY 31, 2015**

        The undersigned hereby certifies that, as of the date hereof, Morris, Nichols,

Arsht & Tunnell LLP ("Morris Nichols") has received no answer, objection or other responsive

pleading to the **Seventy-Ninth Interim Application Of Cleary Gottlieb Steen & Hamilton**

**LLP, As Attorneys For Debtors And Debtors-In-Possession, For Allowance Of Interim**

**Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses**

**Incurred For The Period July 1, 2015 Through July 31, 2015** (the "Application") (D.I.

16068), filed on August 25, 2015.

        The undersigned further certifies that Morris Nichols has caused the review of the

Court's docket in this case and that no answer, objection or other responsive pleading to the

Application appears thereon.  Pursuant to Notice, objections to the Application were to be filed

and served no later than September 14, 2015 at 4:00 p.m. (Eastern Time).

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Contact information for the Debtors and their petitions are available at http://epiq11.com/nortel.

Accordingly, pursuant to the Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Fees And Expenses for Professionals and Official Committee Members entered on February 4, 2009, the Debtors are authorized to pay the amount indicated below.

| (1) Total Fees Requested | (2) Total Expenses Requested | (3) 80% of Requested Fees | Total Debtors are Authorized to Pay ( (2) + (3) ) |
|---|---|---|---|
| $1,042,276.00 | $19,449.16 | $833,820.80 | $853,269.96 |

WHEREFORE, the Debtors respectfully request that the Application be approved.

Dated: October 15, 2015
     Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone:  (212) 225-2000
Facsimile:  (212) 225-3999

          - and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

  */s/ Tamara K. Minott*
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Andrew R. Remming (No. 5120)
Tamara K. Minott (No. 5643)
1201 North Market Street, 16th Floor
Wilmington, DE  19899-1347
Telephone:  (302) 658-9200
Facsimile:  (302) 658-3989

*Counsel for the Debtors and Debtors in Possession*