# EXHIBIT B

## COMPENSATION BY PROJECT CATEGORY
## AUGUST 1, 2015 THROUGH AUGUST 31, 2015

| Project Category | Total Hours | Total Fees |
| --- | --- | --- |
| Akin Gump Fee Applications/Monthly Billing Reports | 27.00 | $14,356.00 |
| Analysis of Other Professionals' Fee Applications/Reports | 2.00 | $1,404.00 |
| Creditors' Committee Meetings | 19.90 | $18,309.50 |
| Court Hearings | 2.50 | $723.00 |
| General Claims Analysis/Claims Objections | 35.50 | $35,359.00 |
| Canadian Proceedings/Matters | 22.50 | $22,479.00 |
| Lift Stay Litigation | 15.60 | $14,483.00 |
| Tax Issues | 7.60 | $6,156.00 |
| Labor Issues/Employee Benefits | 2.80 | $2,683.50 |
| Intercompany Analysis | 209.50 | $199,301.00 |
| **TOTAL** | **344.90** | **$315,254.00** |



NORTEL NETWORKS INC. CREDITORS COMMITTEE  
ATTN: JOHN DOLITTLE  
2221 LAKESIDE BOULEVARD  
RICHARDSON, TX 75082

Invoice Number 1623012  
Invoice Date 10/12/15  
Client Number 687147  
Matter Number 0001

Re: CHAPTER 11

FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/15 :

MATTER SUMMARY OF TIME BILLED BY TASK :

|  |  | HOURS | VALUE |
|---|---|---|---|
| 0003 | Akin Gump Fee Application/Monthly Billing Reports | 27.00 | $14,356.00 |
| 0004 | Analysis of Other Professionals Fee Applications/Reports | 2.00 | $1,404.00 |
| 0007 | Creditors Committee Meetings | 19.90 | $18,309.50 |
| 0008 | Court Hearings | 2.50 | $723.00 |
| 0012 | General Claims Analysis/Claims Objections | 35.50 | $35,359.00 |
| 0014 | Canadian Proceedings/Matters | 22.50 | $22,479.00 |
| 0016 | Lift Stay Litigation | 15.60 | $14,483.00 |
| 0018 | Tax Issues | 7.60 | $6,156.00 |
| 0019 | Labor Issues/Employee Benefits | 2.80 | $2,683.50 |
| 0029 | Intercompany Analysis | 209.50 | $199,301.00 |
|  | TOTAL | 344.90 | $315,254.00 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  Page 2
Invoice Number: 1623012  October 12, 2015

| Date | Tkpr | Task | | Hours |
|------|------|------|---|-------|
| 08/03/15 | MCF | 0003 | Continue to review and revise May prebill re confidentiality and privilege (1.5); brief review of June prebill re confidentiality and privilege (.8). | 2.30 |
| 08/04/15 | MCF | 0003 | Review and revise June prebill re confidentiality and privilege. | 1.90 |
| 08/05/15 | FSH | 0003 | Review July time and expenses (.2); confer with M. Fagen re same (.2). | 0.40 |
| 08/05/15 | MCF | 0003 | Confer with F. Hodara re Nortel fees (.2); begin review of July fee application (.5). | 0.70 |
| 08/06/15 | MCF | 0003 | Work on prebills re confidentiality and privilege. | 1.20 |
| 08/09/15 | MCF | 0003 | Review and revise July prebill re confidentiality and privilege (.7); emails with F. Hodara re billing (.3). | 1.00 |
| 08/10/15 | FBA | 0003 | Review interim fee application (.7); Update interim fee application chart (.8). | 1.50 |
| 08/11/15 | FSH | 0003 | Work on May, June, July billing. | 0.30 |
| 08/11/15 | FBA | 0003 | Review fee app charts (.5); Update same (.5) | 1.00 |
| 08/13/15 | MCF | 0003 | Review and revise prebills re confidentiality and privilege. | 0.70 |
| 08/17/15 | FSH | 0003 | Review issue re invoice (.1) and communications w/ M. Fagen re same (.1). | 0.20 |
| 08/17/15 | MCF | 0003 | Emails with F. Hodara re bills (.1); review edits to May prebill (.3); review and revise July prebill re confidentiality and privilege (.4). | 0.80 |
| 08/18/15 | FBA | 0003 | Draft May fee application. | 1.50 |
| 08/19/15 | MCF | 0003 | Work on fee application/prebill issues. | 0.70 |
| 08/19/15 | FBA | 0003 | Draft June fee application. | 1.70 |
| 08/20/15 | FBA | 0003 | Review monthly fee application | 1.20 |
| 08/23/15 | MCF | 0003 | Drafting May, June and July fee applications. | 2.80 |
| 08/25/15 | MCF | 0003 | Revise draft May fee application (.7) and email with B. Kahn re same (.1); revise same (.2) and send to F. Hodara (.1); revise draft June fee application (.4) and draft July fee application (.4). | 1.90 |
| 08/26/15 | FSH | 0003 | Work on May fee application. | 0.60 |
| 08/26/15 | BMK | 0003 | Review and comment on fee applications (.6); confer with M. Fagen re same (.1). | 0.70 |
| 08/26/15 | MCF | 0003 | Draft and review June fee application and schedules (.8); confer with B. Kahn re same (.1); draft and review July app and schedules (.7); emails with B. Kahn re same (.1). | 1.70 |
| 08/27/15 | FSH | 0003 | Review June and July fee applications. | 0.70 |
| 08/28/15 | MCF | 0003 | Finalize June (.3) and July (.3) fee apps; draft interim fee app (.7) and emails with F. Hodara re same (.1); file same (.1). | 1.50 |
| 08/07/15 | FSH | 0004 | Examine fee applications. | 0.10 |
| 08/14/15 | FSH | 0004 | Examine fee summary (.2) and email w/ M. Fagen re same (.1). | 0.30 |
| 08/14/15 | MCF | 0004 | Review fee application of estate professional (.4); emails with F. Hodara re same (.2). | 0.60 |
| 08/19/15 | MCF | 0004 | Review and comment on Capstone final fee application. | 0.40 |
| 08/28/15 | MCF | 0004 | Review BRG fee apps (.4) and emails re filing same (.2). | 0.60 |
| 08/05/15 | FSH | 0007 | Review Committee call agenda and communications w/ M. Fagen re same (.1). Further communications re finalization of same (.1). | 0.20 |
| 08/05/15 | MCF | 0007 | Draft agenda for Committee call (.2); revise same (.2); review presentation for same (.3); send same to Committee (.3). | 1.00 |
| 08/06/15 | FSH | 0007 | Outline presentation for Committee call and review materials for same (.2). Participate in Committee call (.7). | 0.90 |
| 08/06/15 | RAJ | 0007 | Attend Committee call (.7); post-call meeting with Committee professionals (.2). | 0.90 |
| 08/06/15 | AQ | 0007 | Attend Committee call. | 0.70 |
| 08/06/15 | DHB | 0007 | Attend Committee call (.7) and follow-up with R. Johnson and BRG (.2). | 0.90 |
| 08/06/15 | MCF | 0007 | Prepare for Committee call. | 0.20 |
| 08/12/15 | FSH | 0007 | Review draft Committee call agenda and comment on same. | 0.10 |

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| 08/12/15 | MCF | 0007 | Draft agenda for Committee call (.1); and minutes re same (.1); emails with team re Committee call (.1) and email Committee re same (.2). | 0.50 |
| 08/13/15 | FSH | 0007 | Review materials for Committee call (.2). Participate in same (.4). | 0.60 |
| 08/13/15 | RAJ | 0007 | Participate in Committee call. | 0.40 |
| 08/13/15 | AQ | 0007 | Participate in Committee call (.4) and email re same (.1). | 0.50 |
| 08/13/15 | MCF | 0007 | Prepare for (.4) and participate in (.4) Committee call. | 0.80 |
| 08/19/15 | RAJ | 0007 | Emails re developing agenda for Committee call. | 0.20 |
| 08/19/15 | BMK | 0007 | Review agenda for committee call | 0.20 |
| 08/19/15 | MCF | 0007 | Draft agenda for Committee call (.2); emails with B. Kahn re same (.1); emails with Akin advisors re same (.1); draft minutes re same (.1); email to Committee re same (.3). | 0.80 |
| 08/20/15 | FSH | 0007 | Prep for Committee call (.2). Communications w/ D. Botter, A. Qureshi, B. Kahn, RAJ re same (.2). Participate in same (.7). | 1.10 |
| 08/20/15 | RAJ | 0007 | Attend Committee call. | 0.70 |
| 08/20/15 | AQ | 0007 | Attend Committee call (partial). | 0.60 |
| 08/20/15 | DHB | 0007 | Prepare for Committee call (.1); emails re same (.1); attend Committee call (.7). | 0.90 |
| 08/20/15 | BMK | 0007 | Prepare for committee call (0.2); attend committee call (0.7) | 0.90 |
| 08/20/15 | MCF | 0007 | Prepare for (.1) and participate in (.7) Committee call. | 0.80 |
| 08/20/15 | AME | 0007 | Attend Committee Call with F. Hodara (by phone), D. Botter, R. Johnson, B. Kahn, M. Fagen. | 0.70 |
| 08/26/15 | FSH | 0007 | Review draft Committee call agenda and comment thereon. | 0.10 |
| 08/27/15 | FSH | 0007 | Prep for Committee call (.3). Participate in same (.8). | 1.10 |
| 08/27/15 | RAJ | 0007 | Attend Committee call. | 0.80 |
| 08/27/15 | AQ | 0007 | Attend Committee call. | 0.80 |
| 08/27/15 | DHB | 0007 | Prep for Committee call (.1); attend same (.8). | 0.90 |
| 08/27/15 | AME | 0007 | Attend Committee Call with F. Hodara (by phone), D. Botter (by phone), A. Qureshi, K. Rowe, M. Fagen (.8). Prep for Committee Call (.8). | 1.60 |
| 08/03/15 | SAD | 0008 | Review docket for updates; pull substantive pleadings; send to M. Fagen. | 0.10 |
| 08/04/15 | SAD | 0008 | Review docket for updates; pull substantive pleadings; send to M. Fagen. | 0.10 |
| 08/05/15 | SAD | 0008 | Review docket for updates; pull substantive pleadings; send to M. Fagen. | 0.10 |
| 08/06/15 | SAD | 0008 | Review docket for updates; pull substantive pleadings; send to M. Fagen. | 0.10 |
| 08/10/15 | SAD | 0008 | Review docket for updates (.1); pull substantive pleadings and send to M. Fagen (.1). | 0.20 |
| 08/11/15 | SAD | 0008 | Review docket for updates (.1); pull substantive pleadings and send to M. Fagen (.1). | 0.20 |
| 08/12/15 | SAD | 0008 | Review docket for updates; pull substantive pleadings; send to M. Fagen. | 0.10 |
| 08/13/15 | SAD | 0008 | Review docket for updates (.1); pull substantive pleadings and send to M. Fagen (.1). | 0.20 |
| 08/14/15 | SAD | 0008 | Review docket for updates; pull substantive pleadings; send to M. Fagen. | 0.10 |
| 08/17/15 | SAD | 0008 | Review docket for updates; pull substantive pleadings; send to M. Fagen. | 0.10 |
| 08/18/15 | SAD | 0008 | Review docket for updates; pull substantive pleadings; send to M. Fagen. | 0.10 |
| 08/19/15 | SAD | 0008 | Review docket for updates; pull substantive pleadings; send to M. Fagen. | 0.10 |
| 08/20/15 | SAD | 0008 | Review docket for updates; pull substantive pleadings; send to M. Fagen. | 0.10 |
| 08/21/15 | SAD | 0008 | Review docket for updates; pull substantive pleadings; send to M. Fagen. | 0.10 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  Page 4
Invoice Number: 1623012  October 12, 2015

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| 08/24/15 | FSH | 0008 | Examine court agenda. | 0.10 |
| 08/24/15 | DHB | 0008 | Review court agenda letter. | 0.10 |
| 08/24/15 | SAD | 0008 | Review docket for updates (.1); pull substantive pleadings and send to M. Fagen (.1). | 0.20 |
| 08/25/15 | SAD | 0008 | Review docket for updates; pull substantive pleadings; send to M. Fagen. | 0.10 |
| 08/26/15 | SAD | 0008 | Review docket for updates; pull substantive pleadings; send to M. Fagen. | 0.10 |
| 08/27/15 | SAD | 0008 | Review docket for updates; pull substantive pleadings; send to M. Fagen. | 0.10 |
| 08/31/15 | SAD | 0008 | Review docket for updates; pull substantive pleadings; send to M. Fagen. | 0.10 |
| 08/03/15 | FSH | 0012 | Analyze issues in advance of claims meeting with party (.8). Attend same (1.3). Analyze issues raised at meeting (.6). | 2.70 |
| 08/04/15 | FSH | 0012 | Examine claim info (.1). Communications w/ D. Botter re analysis (.1). Communications w/ C. Kearns re same (.1). | 0.30 |
| 08/04/15 | FSH | 0012 | Review issues pending in SNMP litigation. | 0.30 |
| 08/05/15 | FSH | 0012 | Review updated claims info (.2) and email w/ D. Botter re same (.1). Communications w/ D. Botter and C. Kearns re Canadian claims (.2). Review letter of Lax O'Sullivan re EMEA claim payments and analyze issues in connection therewith (.3). Analyze claims info (.3). Review and comment on draft letter re EMEA claims (.3) and communications w/ Cassels re same (.2). | 1.60 |
| 08/05/15 | RAJ | 0012 | Analyze correspondence and information regarding EMEA claims (.6); review Monitor's report re claims (.3); call with Canadian counsel re claims issues (.7). | 1.60 |
| 08/05/15 | AQ | 0012 | Call with Cassels re claims issues. | 0.60 |
| 08/05/15 | DHB | 0012 | Email communications re status of Canadian claims (.1); review and consider latest Gottlieb letter (.2); review multiple drafts of response and emails re same (.4); begin review of Monitor report re claims (.2). Email correspondence re JA issues (.2) and UK claims (.4) and consider same (.2). | 1.70 |
| 08/05/15 | MCF | 0012 | Meet with F. Hodara, D. Botter, R. Johnson and Cassels and BRG team re allocation/EMEA claims (.8); post-call discussions with D. Botter and F. Hodara (.2); review settlement procedures info re same (.5) and summarize same (.3). | 1.80 |
| 08/06/15 | FSH | 0012 | Confer w/ Cassels and Ashursts re Administrator request and letter (.2). Examine revisions to letter, communications Cassels and Ashurst and finalize same (.2). Review materials re claims procedures in Canada and US (.2). | 0.60 |
| 08/06/15 | RAJ | 0012 | Analyze EMEA and Canadian claims (.7, .5); call with Ashurst and Cassels re EMEA and Canadian claims (.3); emails re correspondence with M. Gottlieb for EMEA (.2). | 1.70 |
| 08/06/15 | AQ | 0012 | Call with Ashursts regarding EMEA claims (.2). E-mails re letter to EMEA re claims (.1) and review revised draft of same (.1). | 0.40 |
| 08/07/15 | FSH | 0012 | Analyze claims issues (.2). Communications w/ J. Hyland, D. Botter re claims analysis (.2). | 0.40 |
| 08/10/15 | RAJ | 0012 | Correspondence re unresolved claims in Canadian estate. | 0.20 |
| 08/10/15 | BMK | 0012 | Analysis of claims-related issues | 0.80 |
| 08/11/15 | FSH | 0012 | Examine info re PPI appeal (.2) and numerous communications w/ RAJ, B. Kahn, D. Botter re same (.2). | 0.40 |
| 08/11/15 | RAJ | 0012 | Review status of draft appellate brief re 9019 settlement of post-petition interest issue (.4); emails with B. Kahn re brief (.3); review and edit draft (1.2); emails with Delaware counsel re briefing schedule (.2). | 2.10 |
| 08/11/15 | DHB | 0012 | Email communications re status of PPI appeal. | 0.10 |
| 08/11/15 | BMK | 0012 | Review and edit draft ppi appeal brief | 3.50 |
| 08/12/15 | RAJ | 0012 | Edits to draft appellee brief on post-petition interest claims settlement | 1.60 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE                                                Page 5
Invoice Number: 1623012                                                          October 12, 2015

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| | | | (1.4); emails re stipulated change in briefing schedule (.2). | |
| 08/12/15 | AQ | 0012 | Review and analyze draft PPI appeal brief (.6). Emails re PPI appeal brief (.2). | 0.80 |
| 08/12/15 | BMK | 0012 | Further work on ppi appeal brief | 2.80 |
| 08/13/15 | RAJ | 0012 | Follow up re briefing schedule in PPI appeal. | 0.20 |
| 08/14/15 | FSH | 0012 | Review de minimis claims settlements. | 0.10 |
| 08/17/15 | RAJ | 0012 | Follow up re PPI appeal. | 0.10 |
| 08/18/15 | FSH | 0012 | Communications w/ B. Kahn re SNMP draft joinder (.1). Review summary of meeting (.1) and further communications re same w/ B. Kahn (.1). Communications w/ B. Kahn, RAJ, Ashursts re NNUK bar date and distribution information (.3). | 0.60 |
| 08/18/15 | RAJ | 0012 | Analzye issues re NNUK notice of bar date (.3, .1); emails with Committee advisors re same (.2, .1). | 0.70 |
| 08/19/15 | FSH | 0012 | Examine published bar date notice (.1). Examine Ashurst note re same, analyze issues with respect thereto and prepare note to committee advisors re same (.4). Examine JA's progress report (.4). Communications w/ BRG re pending issues (.2). | 1.10 |
| 08/19/15 | RAJ | 0012 | Emails with Akin and Ashursts re NNUK claims bar date (.3, .5); review NNUK published report re claims and procedures (.7); analyze procedural issues for NNUK claims (.6); emails re BRG meeting (.2). | 2.30 |
| 08/19/15 | BMK | 0012 | Analysis of claims issues | 0.80 |
| 08/21/15 | DHB | 0012 | Email communications re Canadian claims. | 0.20 |
| 08/26/15 | RAJ | 0012 | Emails re SNMP claims issues and hearing (.2); emails re UK claims administrations issues (.3). | 0.50 |
| 08/27/15 | FSH | 0012 | Review draft order re claims (.1). Communications w/ Ashurst re entered judgment (.1). | 0.20 |
| 08/27/15 | RAJ | 0012 | Emails re SNMP motion to withdraw the reference (.3); emails re developments in UK claims handling procedures (.2). | 0.50 |
| 08/27/15 | AQ | 0012 | Review and analyze UK court order re claims (.1) and emails with Ashursts regarding same (.2). | 0.30 |
| 08/28/15 | FSH | 0012 | Follow-up re EMEA claims order and reasons (.2). Analyze claims issues (.1) and communications w/ Ashursts re same (.1). | 0.40 |
| 08/28/15 | RAJ | 0012 | Review EMEA correspondence to the courts re NNUK proceeding for EMEA claims (.1); review Justice Snowden's reasons for order re EMEA claims (.4); multiple emails re UK claims procedures and next steps (.3); emails re US claims (.3). | 1.10 |
| 08/28/15 | DHB | 0012 | Extensive email correspondence re worldwide claims and EMEA issues. | 0.40 |
| 08/04/15 | FSH | 0014 | Review issues in records disposal procedures motion (.5). Examine info from Monitor (.1). Communications w/ Cassels re claim analysis (.1). | 0.70 |
| 08/04/15 | DHB | 0014 | Email communications re status of Canadian records motion and issues that arise therefrom. | 0.20 |
| 08/05/15 | FSH | 0014 | Review corr. among the parties re document disposal issue (.1). Call w/ Cassels, BRG re foregoing items (.5). Follow-up w/ RAJ, M. Fagen, D. Botter re next steps (.2). | 0.80 |
| 08/05/15 | DHB | 0014 | Review Canadian disposal motion correspondence (.2) and emails re same (.1); work re same (.2); conference call with Canadian counsel re same (.5). | 1.00 |
| 08/06/15 | FSH | 0014 | Examine info from Cassels re document retention issue (.1). Further communications w/ Cassels re upcoming hearing on document retention issue (.2). Follow-up w BRG re same (.2). | 0.50 |
| 08/06/15 | DHB | 0014 | Email communications re records disposal motion (.1) and review of info attached thereto (.2). | 0.30 |
| 08/07/15 | FSH | 0014 | Review info from M. Wunder re pending Canadian motions. | 0.20 |
| 08/10/15 | FSH | 0014 | Review agenda for records disposal call (.1). Review Bennett Jones letter (.1) and communications w/ D. Botter re same (.1). Review M. Wunder note re records (.1). Further communications re order scheduling (.1). Review summary report re all-party call on records (.1). | 0.60 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE                                                     Page 6
Invoice Number: 1623012                                                                      October 12, 2015

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| 08/10/15 | DHB | 0014 | Review letter from ad hocs re records disposal (.2) and communications re same (.1); emails re meeting results (.1). | 0.40 |
| 08/10/15 | BMK | 0014 | Prepare for call re: Canadian document disposal motion (0.4); attend same (0.9); follow up emails with Wunder re: same (0.3) | 1.60 |
| 08/13/15 | FSH | 0014 | Examine report from Cassels re next steps on pending information motion (.2). Communications w/ Cassels, D. Botter, RAJ, A. Qureshi re briefing (.1). | 0.30 |
| 08/13/15 | DHB | 0014 | Email communications re Canadian records disposal motion. | 0.20 |
| 08/20/15 | RAJ | 0014 | Review correspondence and related documents re Canadian records disposal motion. | 0.60 |
| 08/20/15 | DHB | 0014 | Review status of Canadian disposal motion and emails re same. | 0.30 |
| 08/21/15 | RAJ | 0014 | Multiple emails re Canadian records disposal motion and possible resolution (.4, .3); review motion records filed by third parties regarding records disposal (.6). | 1.30 |
| 08/21/15 | DHB | 0014 | Review Goodmans detailed letter re disposal of Canadian records and impact from same (.5); emails re Canadian disposal motion (.1). | 0.60 |
| 08/21/15 | BMK | 0014 | Review and analysis of issues regarding Canadian document disposal motion. | 0.80 |
| 08/23/15 | DHB | 0014 | Consider potential resolution of Canadian disposal motion dispute (.3); emails re same (.1). | 0.40 |
| 08/23/15 | BMK | 0014 | Emails re: Canadian doc retention motion (0.1); review docs re: same (0.2). | 0.30 |
| 08/24/15 | FSH | 0014 | Numerous communications among parties re document disposal proposals. | 0.30 |
| 08/24/15 | RAJ | 0014 | Multiple emails re arrangements to avoid destruction of records in NNL's possession (.4, .2, .2); call with Cassels re same (.5). | 1.30 |
| 08/24/15 | AQ | 0014 | Emails re document destruction motion. | 0.20 |
| 08/24/15 | DHB | 0014 | Extensive email correspondence re Canadian disposal motion (.5); consider same and resolution (.3); office conference with B. Kahn re same (.1); conference call with Cassels re same (.4); extensive follow-on communications re resolution of same (.4). | 1.70 |
| 08/24/15 | BMK | 0014 | Analysis of issues and resolution re: Canadian document disposal motion | 2.40 |
| 08/25/15 | FSH | 0014 | Examine rights of UCC in documents procedure (.2). Review agreement, terms. Correspondence re same (.2). | 0.40 |
| 08/25/15 | RAJ | 0014 | Multiple emails re records destruction issues. | 0.80 |
| 08/25/15 | DHB | 0014 | Further correspondence re resolution of Canadian disposal motion and consider same (.4); review latest proposal (.2); office conference with B. Kahn re same (.1); further emails re resolution (.3); review docket notice re same (.1). | 1.10 |
| 08/25/15 | BMK | 0014 | Analysis of resolution of Canadian document disposal motin (1.8); emails with Wunder, Botter re: same (0.4); call with Cleary re: same (0.2) | 2.40 |
| 08/26/15 | FSH | 0014 | Follow-up re revised order on documents disposal motion. | 0.10 |
| 08/26/15 | BMK | 0014 | Review updated Canadian doc retention order (.4) and summary of hearing on same (.3). | 0.70 |
| 08/15/15 | AQ | 0016 | Review and analyze EMEA chapter15 stay pleadings (.5) and emails regarding same (.3). | 0.80 |
| 08/16/15 | FSH | 0016 | Review EMEA motion to enforce stay and analyze issues therein (1.0). Communications w/ D. Botter, B. Kahn re same (.2). | 1.20 |
| 08/16/15 | DHB | 0016 | Email communications re allocation issues re EMEA Chapter 15 issues (.1) and consider same (.1). | 0.20 |
| 08/17/15 | DHB | 0016 | Email communications re EMEA stay motion (.3) and review and consider same (1.2). | 1.50 |
| 08/17/15 | BMK | 0016 | Review and analysis of EMEA motion to enforce stay | 1.20 |
| 08/18/15 | RAJ | 0016 | Call with Cleary team re EMEA motion to enforce stay as to contribution complaint (.5); follow-up emails re same (.2). | 0.70 |

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| 08/18/15 | DHB | 0016 | Email communications re EMEA motion (.1); conference call with Cleary re same (.4). | 0.50 |
| 08/18/15 | BMK | 0016 | Review and analysis of EMEA motion to enforce stay (0.8); call with Cleary re: same (0.7); follow analysis of related issues (0.7) | 2.20 |
| 08/19/15 | DHB | 0016 | Email communications re EMEA claims issues and consider same. | 0.30 |
| 08/20/15 | RAJ | 0016 | Confer with Cleary re opposition to EMEA motion to stay contribution claim regarding SNMP. | 0.20 |
| 08/25/15 | RAJ | 0016 | Emails with US Debtors' counsel re EMEA motion to stay third-party litigation re SNMP. | 0.20 |
| 08/26/15 | RAJ | 0016 | Review and comment on draft EMEA brief to enforce stay re SNMP contribution claim (1.2); multiple emails re same (.3, .1). | 1.60 |
| 08/26/15 | DHB | 0016 | Review US Debtors response re EMEA motion (.8); emails re same (.1). | 0.90 |
| 08/26/15 | BMK | 0016 | Review draft response to EMEA motion to enforce stay | 0.90 |
| 08/27/15 | RAJ | 0016 | Draft summary of SNMP stay issues for report to Committee (.3); emails with A. Evans re joinder to US Debtors' response (.2, .1); review and comment on draft (.1). | 0.70 |
| 08/27/15 | AME | 0016 | Draft and revise joinder to US Debtors Response in SNMP litigation, correspond with R. Johnson re: same. | 1.50 |
| 08/28/15 | RAJ | 0016 | Multiple emails re US response to EMEA motion to stay third-party complaint and Committee joinder. | 0.40 |
| 08/28/15 | AQ | 0016 | Review SNMP joinder and emails re same. | 0.20 |
| 08/28/15 | AME | 0016 | Correspond with A. Qureshi, C. Samis, M. Fagen re: joinder in SNMP litigation and filing same (.4). | 0.40 |
| 08/02/15 | KMR | 0018 | Continued analysis of tax issues. | 0.70 |
| 08/03/15 | KMR | 0018 | Continued research re: potential tax issues in case. | 1.20 |
| 08/04/15 | KMR | 0018 | Research re: tax issues. | 2.00 |
| 08/28/15 | KMR | 0018 | Reviewed and responded to emails re: potential tax liability (2.1); related review of prior analysis of tax situation (.6). | 2.70 |
| 08/31/15 | KMR | 0018 | Continued analysis of potential tax exposure. | 1.00 |
| 08/05/15 | FSH | 0019 | Review info from Ashursts re pension claims and CVA (.2) process and communications w/ D. Sainsbury re same (.1). Analyze A. Wright note re pension claim (.2) and communications w/ Ashursts and D. Botter re same (.1). | 0.60 |
| 08/05/15 | ASL | 0019 | Review and consider pension analysis. | 0.50 |
| 08/07/15 | RAJ | 0019 | Emails re calculation of Pension claims amounts (.3); review documents re Pension claim (.4). | 0.70 |
| 08/07/15 | ASL | 0019 | Review case law analysis of pension issues (.3); consider calculation issues (.4). | 0.70 |
| 08/10/15 | FSH | 0019 | Review pension analysis. | 0.10 |
| 08/12/15 | FSH | 0019 | Communications w/ A. Gil re UKP (.1) and further communications w/ C. Kearns re same (.1). | 0.20 |
| 08/01/15 | RAJ | 0029 | Multiple emails with Akin team re designation of record for allocation appeal to District Court (.3, .2); review Skadden's draft designation of record (.4); call with Skadden, Cleary, Milbank re designation of record (.4). | 1.30 |
| 08/01/15 | AQ | 0029 | Review and analyze draft allocation record designations from co-appellants (.6). Review and consider revised draft statements of issues on appeal (.5). | 1.10 |
| 08/01/15 | DHB | 0029 | Email correspondence re draft record designations (.1) and review of changes to same (.1). | 0.20 |
| 08/01/15 | AME | 0029 | Call with Cleary, Milbank, Skadden, Akin re: designation of record and statement of issues on appeal (.5), correspondence re: same (.7); revise supplemental designations for record on appeal (.8), correspond with Akin team re: same (.3); review drafts of statements of issues on appeal (.2) | 2.50 |
| 08/01/15 | ZJC | 0029 | Responding to questions regarding designation of record and statement of issues on appeal in allocation appeal. | 0.30 |

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| 08/02/15 | RAJ | 0029 | Revise draft statement of issues on appeal in response to Akin comments (.6, .3, .5); analyze issues for refinement of statement of issues on appeal (.7); multiple emails with Akin team re statement of issues on appeal (.4, .3); edit statement of issues (.4); emails with counsel for other appellants re joint designation logistics (.3). | 3.50 |
| 08/02/15 | AQ | 0029 | Emails regarding designation of record on appeal (.1) and review revised draft (.2). Emails regarding statement of issues on appeal (.2) and review drafts of same (.2). | 0.70 |
| 08/02/15 | DHB | 0029 | Extensive communications re issues on appeal and designations (.5); consider argument issues (.5)and email re pros and cons (.3). | 1.30 |
| 08/02/15 | MCF | 0029 | Emails re designation of issues in allocation appeal. | 0.20 |
| 08/02/15 | AME | 0029 | Correspondence re: draft statement of issues and designation of record in allocation appeal (.8); review caselaw (.2) and correspondence re: same (.1) | 1.10 |
| 08/03/15 | FSH | 0029 | Work on issues in statement of issues on appeal (.8). Further communications RAJ, J. Chen, D. Botter re same (.3). TC Milbank (.4). Memo to BRG and Akin re allocation issues and next steps (.6). Communications w/ C. Kearns re same (.1). Finalization of statement on appeal (.2). Commence review of filings (.6). Communications M. Fagen re same (.1). | 3.10 |
| 08/03/15 | RAJ | 0029 | Work re logistics of joint designation of record for appeals to District Court (3.2, 1.5, .4); confer with counsel to other appellants re joint designations (.2, .3, .2, .1); confer with A. Qureshi re statement of issues on appeal (.3); edits to statement of issues (.2); emails with Committee members re appellate issues (.1, .1); analyze issues of appellate procedure (1.4); analyze statements filed by other appellants (.7); multiple calls and emails with Delaware counsel re details of appellate filings (.5, 2.). | 9.40 |
| 08/03/15 | AQ | 0029 | Confer with J. Chen re issues on appeal (.2). Review and analyze revised record designations (.2). Emails re allocation discussions (.2). Further edit of statement of issues on appeal (.3). Review and analyze revised debtor and bond and NNSA statement of issues on appeal (.6). Confer with R. Johnson re statement of issues and designation of record on appeal (.3). | 1.80 |
| 08/03/15 | DHB | 0029 | Email communications re discussions with constituents (.2); extensive emails re appeal issues and designations (.5); review and consider all filed Appellate issues (1.0). | 1.70 |
| 08/03/15 | MCF | 0029 | Review emails re allocation updates. | 0.40 |
| 08/03/15 | AME | 0029 | Review and revise supplemental designations for record on appeal (1.5); correspondence with Skadden, Cleary, Milbank re: designations for record on appeal, statement of issues (1.0), calls with Skadden re: same (.3) | 2.80 |
| 08/03/15 | ZJC | 0029 | Discussing final statement of issues on appeal and record designation questions with A. Qureshi. | 0.20 |
| 08/04/15 | FSH | 0029 | Examine communications w/ Committee re statements (.1) and communications w/ M. Fagen re analysis of same (.1). Communications w/ Hogan Lovells, D. Botter, C. Kearns re allocation and claims issues (.2). Analyze same (.3). Analyze appeal issue (.3). Communications w/ Whiteford re allocation appeal (.1). | 1.10 |
| 08/04/15 | RAJ | 0029 | Analyze appellants' statements of the issues and areas of overlap and difference (1.4, .5); follow up re details of filing of joint designation of record (.3, .2); calls with C. Samis re designation issues (.3, .2); call with D. Stein re same (.2); develop plans for next steps in appeal (1.5); call with J. Bromley, D. Stein, Delaware counsel re record designation issues (1.1); confer with A. Qureshi re same (.2); confer with Committee member re appellate next steps (.1); analyze appellate procedural issues (.6, .5); edit document comparing appellate statements of issues (.8). | 7.90 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  Page 9
Invoice Number: 1623012  October 12, 2015

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| 08/04/15 | AQ | 0029 | E-mails re appeal issues (.2). Confer with R. Johnson re appellate brief (.2). | 0.40 |
| 08/04/15 | DHB | 0029 | Continue allocation discussion (.2); further email communications re same (.2); further review and issues on appeal and communications re same (.5). | 0.90 |
| 08/04/15 | JYY | 0029 | Reviewing correspondence regarding appeal. | 0.30 |
| 08/04/15 | AME | 0029 | Call with R. Johnson, Cleary team, C. Samis, A. Remming re: appeals logistics (partial). | 1.00 |
| 08/05/15 | FSH | 0029 | Confer w/ C. Samis re appeal, next steps (.2). Communications w/ Whiteford re pro hac and review info for same (.2). Communications w/ A. Qureshi re appeal (.1). Analyze info from RAJ re appellate issues and timing (.2). Examine report (.1). | 0.80 |
| 08/05/15 | RAJ | 0029 | Further develop response to Monitor's motion for declaration that allocation decision is interlocutory and for leave to appeal (1.4, 1.2); analyze caselaw re appellate issues (1.1); analyze appellate procedural issues (.8, .4); draft summary of appellate procedural timing (.6); multiple emails with Akin team re same (.3); review and comment on draft brief (.5, .3); review appellate dockets (.3). | 6.90 |
| 08/05/15 | AQ | 0029 | Review and analyze draft motion re leave to appeal (.5). Emails with R. Johnson re appellate issues (.2). | 0.70 |
| 08/05/15 | DHB | 0029 | Discussion with team re allocation tasks (.3); emails re potential claims and consider same (.4); emails re appellate issues and timing (.1). | 0.80 |
| 08/06/15 | FSH | 0029 | Review Monitor motion for leave (.6) and analyze issues in Response (.4). Communications w/ A. Qureshi, RAJ, D. Botter re same (.4). Analyze next steps w/ parties (.3). Review and comment on draft Response to Monitor's motion (1.4). Confer w/ A. Qureshi, D. Botter, RAJ re draft (.3). Review Milbank draft (.4). Examine revisions to draft (.1). | 3.90 |
| 08/06/15 | RAJ | 0029 | Review and comment on revised draft of joint response to Monitor's motion for declaratory judgment re for leave to appeal (.5, 1.2, .4); multiple emails with Akin team re specific language in draft (.5, .4, .4, .2); confer with Commitee member re appellate issues (.2, .1); review Judge Gross's decisions on reconsideration and denying direct certification (.3); analyze leave issues (1.4); emails re filings by other appellants (.2). | 5.80 |
| 08/06/15 | AQ | 0029 | Confer with team re draft interlocutory appeal determination motion (.2). Review and edit revised draft brief re interlocutory appeal (.4). Review and analyze draft Milbank brief re same (.3). | 0.90 |
| 08/06/15 | DHB | 0029 | Review Monitor motion for leave and draft response and comment on same (1.2); extensive email communications re Gottlieb response and comments to draft letter re same (.5); call with UK counsel re same (.2); further responses re Gottlieb letter and emails re same (.3); review changes to leave response (.3). | 2.50 |
| 08/06/15 | JYY | 0029 | Reviewing correspondence regarding appeals. | 0.10 |
| 08/06/15 | KMR | 0029 | Reviewed status of allocation case. | 0.50 |
| 08/06/15 | AME | 0029 | Correspondence re: appeal issues and other items | 0.50 |
| 08/07/15 | FSH | 0029 | TC C. Samis re appeal and mediation issues (.3). Follow-up w/ RAJ, D. Botter (.1). | 0.40 |
| 08/07/15 | RAJ | 0029 | Review appellate dockets (.4); review statements of issue appeal (.5); analyze appellate caselaw (1.3); call with C. Samis and D. Botter re mediation and appeal (.5); multiple emails to follow up (.4); call with A. Qureshi re developments (.2); review information regarding prior mediations (.3). | 3.60 |
| 08/07/15 | AQ | 0029 | Confer with R. Johnson re district court mediation. | 0.20 |
| 08/07/15 | DHB | 0029 | Conference call with C. Samis and R. Johnson re mediation statement and issues (.5); follow-on emails re same (.3) and review specific pleadings and emails re same (.4); email communications re allocation | 1.40 |

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| | | | work streams (.1) and consider same (.1). | |
| 08/07/15 | CDD | 0029 | Review docketed pleadings re allocation; (0.3); attend to allocation case management (0.9). | 1.20 |
| 08/08/15 | FSH | 0029 | Call w/ C. Samis, RAJ, A. Qureshi, D. Botter and M. Fagen re allocation mediation issues (.3). Review notes re same (.1). Review BRG issues list (.1). | 0.50 |
| 08/08/15 | RAJ | 0029 | Call with Akin, Whiteford Preston team re appellate issues and strategy (.3); emails re same (.2). | 0.50 |
| 08/08/15 | AQ | 0029 | Call with Delaware counsel regarding District Court mandatory mediation; emails re above. | 0.30 |
| 08/08/15 | DHB | 0029 | Emails re mediation issues (.1) and conference call re same (.3). | 0.40 |
| 08/08/15 | MCF | 0029 | Call with team re allocation next steps (.3); emails re same (.2). | 0.50 |
| 08/09/15 | DHB | 0029 | Email communications re proposed allocation judgment (.2) and begin review of same (.3). | 0.50 |
| 08/10/15 | FSH | 0029 | Review Goodmans mark-up of proposed allocation order, correspondence re same and analyze issues re same. | 0.30 |
| 08/10/15 | RAJ | 0029 | Correspondence re form of allocation judgment in Canada (.2); multiple emails re same (.3). | 0.50 |
| 08/10/15 | AQ | 0029 | Call with Milbank and Cleary re mediation (.1) and emails re same (.1). | 0.20 |
| 08/10/15 | DHB | 0029 | Email communications re draft allocation judgment. | 0.20 |
| 08/11/15 | RAJ | 0029 | Review docket re allocation appeals (.4); analyze appellate caselaw (1.5). | 1.90 |
| 08/12/15 | FSH | 0029 | Examine communications from Goodman and Cassels re draft order. | 0.10 |
| 08/12/15 | RAJ | 0029 | Review dockets re allocation appeals (.4); emails re negotiations to settle Canadian form of allocation order (.3); analyze caselaw for allocation appeal brief (2.2). | 2.90 |
| 08/13/15 | FSH | 0029 | Communications w/ Cassels and Ashurst re allocation methodology (.1). Analyze pending issues (.3). | 0.40 |
| 08/13/15 | FSH | 0029 | Communications w/ Cassels, Ashursts re allocation issues (.2). Communications w/ BRG re claims analysis and next steps (.1). | 0.30 |
| 08/13/15 | RAJ | 0029 | Review Monitor's reply brief on motion for declaration that allocation decision is interlocutory (.5); analyze appellate issues re interlocutory appeal (1.3); emails re Canadian motion for leave to appeal (.3, .2); emails re UK insolvency litigation (.3, .1); review UK Supreme Court cases re proceedings pending abroad (.6, .4); emails re briefing on Canadian records disposal motion (.2); review briefs re same (.4); analyze caselaw for appellate brief (1.8). | 6.10 |
| 08/13/15 | KMR | 0029 | Update re: status of allocation case. | 0.50 |
| 08/14/15 | FSH | 0029 | Call w/ Cassels re appeal brief (.5). Review revised proposed order and communications w/ Cassels re same (.2). | 0.70 |
| 08/14/15 | RAJ | 0029 | Review revised draft factum for Canadian motion for leave to appeal (1.1); emails with Cassels and Akin re same (.3); review revised draft Canadian judgment (.1); emails with counsel re same (.1); analyze appellate procedural issues (1.4, 1.2); review allocation opinions in connection with appeal (1.0). | 5.20 |
| 08/14/15 | AQ | 0029 | Review and analyze draft factum in support of leave to appeal in Ontario (1.2). Conference call with Cassels regarding leave to appeal factum (.5). | 1.70 |
| 08/14/15 | DHB | 0029 | Review draft leave to appeal factum and comment (1.2); conference call re same (.5); emails re claims issues (.1); call with BRG re same (.6); follow-up re same (.1) and review of Hyland emails (.2); begin review of new draft of factum (.4). | 3.10 |
| 08/14/15 | MCF | 0029 | Call with Cassels team re perfecting appeal (.5); review draft re same (.4). | 0.90 |
| 08/15/15 | FSH | 0029 | Review allocation issues list (.2) and analyze next steps (.2). | 0.40 |
| 08/16/15 | DHB | 0029 | Begin review of next Canadian factum draft. | 0.30 |
| 08/17/15 | FSH | 0029 | Review Tory's draft factum for leave and analyze issues therein (1.0). | 1.70 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  Page 11
Invoice Number: 1623012  October 12, 2015

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| | | | Review Monitor's argument re interlocutory (.3). Analyze same (.1) and communications w/ RAJ re same (.1). Communications w/ BRG re numbers (.2). | |
| 08/17/15 | RAJ | 0029 | Analyze issues raised by Monitor regarding motion to declare decision interlocutory (1.8); emails with Akin team re Monitor's reply brief (.2, .1); analyze appellate procedural issues (1.4); analyze issues re divestiture of jurisdiction (1.5); emails re factum in support motion for leave to appeal in Canada (.3, .2); review revised draft of Canadian allocation judgment and related email (.1). | 5.60 |
| 08/17/15 | DHB | 0029 | Continue review of new drafts of Canadian factum re leave. | 0.70 |
| 08/17/15 | BMK | 0029 | Begin review of leave to appeal factum | 1.10 |
| 08/17/15 | MCF | 0029 | Review and revise draft allocation workstreams list (.6) and emails with team re same (.1); emails re Canadian allocation issues (.3). | 1.00 |
| 08/17/15 | ZJC | 0029 | Researching jurisdictional issues relating to filing of notice of appeal. | 2.10 |
| 08/18/15 | FSH | 0029 | Review edited proposed allocation order (.3) and confer w/ R. Jacobs re same (.1). Review revised draft leave to appeal brief (.2). Communications w/ Cassels re same (.2). | 0.80 |
| 08/18/15 | RAJ | 0029 | Analyze appellate issues re interlocutory issue (1.7); review further revised draft of US Debtors' factum in support of motion for leave to appeal (.3, .2); review revised draft of UCC supplemental factum (.2); emails re wording of facta in support of motion (.2); review edits from bondholder group to main factum (.4); analyze caselaw for main appellate brief (1.5). | 4.50 |
| 08/18/15 | DHB | 0029 | Email communications re Canadian motion for leave (.1); continue review of multiple drafts of same (.4). | 0.50 |
| 08/18/15 | BMK | 0029 | Review comments to Canadian allocation decisions order (0.6); review draft factums re: leave to appeal (0.8) | 1.40 |
| 08/18/15 | ZJC | 0029 | Researching jurisdictional issues related to pending appeal (4.0); emails regarding same with R. Johnson (.9). | 4.90 |
| 08/19/15 | RAJ | 0029 | Review revised drafts of facta re motion for leave to appeal (.4, .3, .2); draft comments re same (.2); emails with Cassels and Akin re facta (.3, .1); further analyze interlocutory appellate issues raised by Monitor (1.7, 1.2); emails with Cassels re draft facta in support of motion for leave to appeal (.2). | 4.60 |
| 08/19/15 | AQ | 0029 | Review and edit revised leave for appeal factum (1.4). Call with Cassels re leave to appeal factum (.3). Review and edit UCC statement re leave motion (.3). | 2.00 |
| 08/19/15 | DHB | 0029 | Review changes to factum (1.0); review comments to same (.3); draft email to team re additional comments (.2); emails re discussions with UKP advisors (.1); begin review of UCC factum (.3). | 1.90 |
| 08/19/15 | BMK | 0029 | Review and comment on Canadian factum for motion for leave to appeal | 1.70 |
| 08/19/15 | JYY | 0029 | Reviewing correspondence regarding allocation case updates. | 0.10 |
| 08/20/15 | FSH | 0029 | Review analysis re interlocutory appeal issues (.1). Communications w/ Cassels, A. Qureshi, RAJ, D. Botter re appeal draft (.3). | 0.40 |
| 08/20/15 | RAJ | 0029 | Emails with Akin team re allocation strategy (.3); review appellate procedure re timing of briefs (.4); emails with Akin team re appellate briefing (.2, .1); emails re briefing of Canadian motion for leave to appeal (.3, .2); review and comment on draft UCC supplemental factum re leave to appeal (.5); analyze caselaw re appellate issues (1.3). | 3.30 |
| 08/20/15 | AQ | 0029 | Edit UCC leave joinder (.4). Call with Cleary re appeal (.3). Emails re appeal (.2). | 0.90 |
| 08/20/15 | DHB | 0029 | Continue work on Canadian factum (.6) and supplemental factum (.7); email communications re same (.2). | 1.50 |
| 08/20/15 | BMK | 0029 | Review and comment on factum for Canadian motion for leave to appeal (1.1); emails re: same (0.2) | 1.30 |
| 08/20/15 | AME | 0029 | Emails with R. Johnson re: appeals issues and planning. | 0.30 |
| 08/21/15 | FSH | 0029 | Review and comment on revised draft factum. | 0.40 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE                                                       Page 12
Invoice Number: 1623012                                                                    October 12, 2015

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| 08/21/15 | RAJ | 0029 | Review and comment on Bondholder Group's draft supplemental factum re Canadian motion for leave to appeal (.5); review proposed edits to Canadian brief in support of motion for leave to appeal (.5); develop points for appellate brief outline (1.2). | 2.20 |
| 08/21/15 | BMK | 0029 | Review and comment on Canadian factum for motion for leave to appeal | 2.20 |
| 08/21/15 | JYY | 0029 | Reviewing correspondence regarding allocation appeals. | 0.10 |
| 08/22/15 | FSH | 0029 | Analyze concepts from A. Qureshi re allocation issues. | 0.20 |
| 08/22/15 | AQ | 0029 | Review and analyze further revised Canadian leave factums. | 0.60 |
| 08/24/15 | FSH | 0029 | Review revised factum (.9). Communications with Cassels, BK, DB re same (.3). Examine other comments to factum (.1). | 1.30 |
| 08/24/15 | RAJ | 0029 | Analyze caselaw for appellate brief (1.4); emails re facta on Canadian motion for leave to appeal (.2, .1); review revised draft of factum on leave to appeal (.3); comments to draft Bondholder factum (.2); review all appellants' statements of issues on appeal (.5); review supplemental facta in support of leave to appeal filed by multiple parties in Canada (.5); review motion record for motion for leave to appeal (.6). | 3.80 |
| 08/24/15 | DHB | 0029 | Canadian leave main factum review (.7); emails re same (.1); begin review of all factum (.5). | 1.30 |
| 08/24/15 | BMK | 0029 | Review various Canadian factum re: motion for leave to appeal allocation decision | 2.30 |
| 08/24/15 | JYY | 0029 | Review correspondence regarding appeal. | 0.10 |
| 08/24/15 | MCF | 0029 | Revise draft allocation workstreams list (.4) and email same to team (.1); prepare facta binders for team (.3). | 0.80 |
| 08/25/15 | FSH | 0029 | Communications re mediation notice with BK, DB, AQ. | 0.20 |
| 08/25/15 | RAJ | 0029 | Further analyze caselaw for appellate brief (1.3); review appellate rules re procedural issues (.5); emails re appellate briefing (.2); review and comment on mediation order from District Court (.2); emails with Akin, Whiteford team re mediation issues (.3); draft email to appellants' counsels re designation of record on appeal and issues on horizon (.5); confer internally re same (.3); meeting with A. Evans to discuss appellate strategy (.8). | 4.10 |
| 08/25/15 | DHB | 0029 | Review mediation order (.1); extended email communications re same (.2). | 0.30 |
| 08/25/15 | JYY | 0029 | Reviewing correspondence regarding allocation appeal. | 0.20 |
| 08/25/15 | AME | 0029 | Meet with R. Johnson re: appeal issues and planning (.8), correspondence re: same (.2); review case law relevant to appeal (1.0); email J. Yecies re: status update (.1) | 2.10 |
| 08/26/15 | FSH | 0029 | Analyze issues re allocation mediation (.2). Communicate with AQ re briefing (.1). TC AQ re mediation (.2). | 0.50 |
| 08/26/15 | RAJ | 0029 | Call with A. Qureshi, A. Evans re appellate strategy (.4); emails re appellate strategy and next steps (.2, .1); further emails re records destruction motion and order (.2). | 0.90 |
| 08/26/15 | AQ | 0029 | Confer with R. Johnson and A. Evans regarding appellate briefing (.4). Call with Cleary re mediation (.2). Consider and draft mediation proposal (.4). | 1.00 |
| 08/26/15 | AME | 0029 | Confer with A. Qureshi and R. Johnson re: appellate briefing (.4); emails with N. Stabile re: appellate briefing and planning (.3); team correspondence re: appellate briefing and planning (.3); review trial materials and other items relevant to appellate briefing (2.4), draft outline of appellate brief (1.2); prepare for committee call, correspondence re: same (.5) | 5.10 |
| 08/27/15 | FSH | 0029 | Meet w/ estate party re pending issues (1.4). Outline mediation and related issues (.4). Memo to BRG, C. Samis, Akin team re pending issues (.4). TC J. Whiteoak re mediation (.3). Follow-up w/ A. Qureshi (.2). Communications with C. Kearns, D. Botter, B. Kahn, A. Qureshi re mediation (.3). Communications A. Qureshi and D. Botter re mediation and anlayze info from parties re same (.2). Conference call w/ US | 4.20 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE                                      Page 13
Invoice Number: 1623012                                                October 12, 2015

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| | | | interests re mediation (1.0). | |
| 08/27/15 | RAJ | 0029 | Emails re developments regarding appellate briefing (.2); multiple emails re next steps with NNUK (.3, .2); review further revised draft judgment of Canadian allocation order and emails re same (.2). | 0.90 |
| 08/27/15 | AQ | 0029 | Call with A&O re mediation (.1); emails re same (.1). Call with Cleary and Milbank re mediation (1.0). Draft and revise mediation proposal (.5). Emails regarding draft mediation protocol (.2). | 1.90 |
| 08/27/15 | DHB | 0029 | Email communications re status of allocation discussions (.2) and mediation issues (.2) (.2); conference call with US interests re same (.9); follow-up re same (.1); review of mediation proposal (.3) and emails re same (.1). | 2.00 |
| 08/27/15 | KMR | 0029 | Update on status of the allocation case (0.8); reviewed emails and related materials (1.0). | 1.80 |
| 08/28/15 | FSH | 0029 | Analyze and comment on mediation proposal (.3). Communications w/ J. Whiteoak re same (.1). Communications w/ BRG, D. Botter re methodology, pending issues (.3). Analyze same (.2). Communications w/ Cleary, Milbank, A. Qureshi re proposal (.3). Examine correspondence and revised draft of proposed allocation order (.3). Review aspects of appeal filings (.3). TC Cassels re court filing (.2). | 2.00 |
| 08/28/15 | RAJ | 0029 | Emails re cross-appellants' statement of issues on cross-appeal and designation of record (.2); analyze statements of issue (.5); review draft proposal for mediation process before Magistrate Judge Thynge (.1). | 0.80 |
| 08/28/15 | AQ | 0029 | Call with Committee member re mediation (.2). Edit mediation proposal (.3). Calls with Allan & Overy and Hughes Hubbard re mediation (.2). Emails with BRG re mediation (.2). Confer with Cleary and Milbank re mediation (.2). | 1.10 |
| 08/28/15 | DHB | 0029 | Continue review of Canadian leave factum (.6). Emails re comments to mediation proposal and consider same (.2); review revised proposals (.3); status of cross-issues (.1). | 1.20 |
| 08/28/15 | BMK | 0029 | Analysis of allocation appeal issues | 0.70 |
| 08/28/15 | JYY | 0029 | Reviewing draft mediation protocol; reviewing correspondence regarding appeals. | 0.10 |
| 08/28/15 | MCF | 0029 | Call with A. Qureshi re allocation appeals mediation statement (.1); edit drafts of same (.2, .2, .1, .1). Review statements of issues and designations of record on cross-appeal (.4) and emails to Committee re same (.2). | 1.30 |
| 08/28/15 | AME | 0029 | Attention to correspondence re: designation of the record and statement of issues in cross-appeals (.3), review same (.6) | 0.90 |
| 08/30/15 | AQ | 0029 | Review and analyze Canada and EMEA parties statement of issues on appeal. | 0.40 |
| 08/30/15 | DHB | 0029 | Email re confidentiality provision in proposed mediation procedures. | 0.10 |
| 08/31/15 | FSH | 0029 | Analyze statements of issues on cross-appeals (.5). Respond to call of creditor re mediation and communications w/ A. Qureshi, D. Botter, C. Samis re same (.5). Review Monitor's mediation outline (.1). Analyze questions from Committee member and prepare note re same (.3). Call w/ D. Botter, B. Kahn, A. Qureshi, C. Samis re foregoing matters (.4). Further analysis re issues raised and next steps (.3). | 2.10 |
| 08/31/15 | RAJ | 0029 | Multiple emails with Akin team re appellate issues (.3); analyze draft outline for appellate brief (.5); further analyze cross-appellants' characterizations of appellate issues (.4). | 1.20 |
| 08/31/15 | AQ | 0029 | Review and analyze Monitor mediation proposal (.3). Call with F. Hodara, D. Botter and C. Samis re mediation (.6). Review and analyze draft outline of appeal brief (.8). | 1.70 |
| 08/31/15 | DHB | 0029 | Email communications re mediation next steps (.2) (.2); telephone call with J. Bromley re mediator candidates (.2); emails re same (.1) (.1); emails re US proposal re mediation (.1); telephone call with Committee member re same (.3); emails re same (.1); review and consider Monitor | 3.70 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  Page 14
Invoice Number: 1623012  October 12, 2015

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| | | | draft mediation one-pager (.4); conference call with US Debtors re same (.8); follow-on calls with Samis (.2), A. Qureshi (.1) and F. Hodara (all hands) (.5) re same; email communications re same and confi issues (.4). | |
| 08/31/15 | BMK | 0029 | Call with Akin team, Samis re: allocation mediation issues (0.5); follow up analysis relating to same (0.5); review and comment on allocation appeal brief outline (1.1) | 2.10 |
| 08/31/15 | MCF | 0029 | Confer with A. Evans re statements of issues on cross-appeals (.1); review and edit chart re same (.4); review allocation appeal mediation process proposal (.2) and emails with team (.1) and Committee (.2) re same; revise allocation workstreams task list (.4) and email team re same (.1). | 1.50 |
| 08/31/15 | AME | 0029 | Review trial and post-trial materials, draft outline of appeals brief (3.0); draft comparison chart of appellees' statement of issues on appeal (.9), confer with M. Fagen re: same (.1) | 4.00 |

Total Hours  344.90

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| F S HODARA | 47.30 | at | $1250.00 | = | $59,125.00 |
| R A JOHNSON | 111.50 | at | $975.00 | = | $108,712.50 |
| A QURESHI | 23.50 | at | $1095.00 | = | $25,732.50 |
| D H BOTTER | 41.30 | at | $1150.00 | = | $47,495.00 |
| A S LILLING | 1.20 | at | $730.00 | = | $876.00 |
| K M ROWE | 10.40 | at | $810.00 | = | $8,424.00 |
| B M KAHN | 35.00 | at | $775.00 | = | $27,125.00 |
| J Y YECIES | 1.00 | at | $710.00 | = | $710.00 |
| Z CHEN | 7.50 | at | $625.00 | = | $4,687.50 |
| M C FAGEN | 31.30 | at | $565.00 | = | $17,684.50 |
| A M EVANS | 24.50 | at | $495.00 | = | $12,127.50 |
| C D DONIAK | 1.20 | at | $605.00 | = | $726.00 |
| S A D'ADDESE | 2.30 | at | $210.00 | = | $483.00 |
| F B ALVAREZ | 6.90 | at | $195.00 | = | $1,345.50 |

Current Fees  $315,254.00

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---|
| Computerized Legal Research - Lexis | $1,660.50 |
| Computerized Legal Research - Westlaw | $1,453.35 |
| Duplication - In House | $314.70 |
| Document Production - In House | $106.80 |
| Meals - Business | $68.47 |
| Meals (100%) | $1,144.35 |
| Audio and Web Conference Services | $3,547.50 |
| Travel - Ground Transportation | $416.94 |
| Travel - Telephone & Fax | $8.95 |
| Travel - Train Fare | $1,053.00 |

Current Expenses  $9,774.56

NORTEL NETWORKS INC. CREDITORS COMMITTEE Page 15
Invoice Number: 1623012 October 12, 2015

**Total Amount of This Invoice** **$325,028.56**

# REMITTANCE COPY

### Return with Payment

| | |
|---|---|
| NORTEL NETWORKS INC. CREDITORS COMMITTEE | Invoice Number 1623012 |
| ATTN: JOHN DOLITTLE | Invoice Date 10/12/15 |
| 2221 LAKESIDE BOULEVARD | Client Number 687147 |
| RICHARDSON, TX 75082 | Matter Number 0001 |

FED I.D. NO. 75-1338644

If sending remittance via Postal Mail
please remit to:

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Dept. 7247-6838
Philadelphia, PA 19170-6838

If sending remittance via Overnight Courier
please remit to:

**FIRST DATA REMITCO**
**AKIN GUMP STRAUSS - 6838**
400 White Clay Center Drive
Newark, DE 19711

If sending remittance via Wire
Please use the following instructions:

**AKIN GUMP STRAUSS HAUER & FELD LLP**
**CITI PRIVATE BANK**
1101 Pennsylvania Avenue, NW
Suite 900
Washington, DC 20004

Account #: 9250397941
ABA# 254070116
Ref: 687147/0001, Invoice No. 1623012

(For wires originating outside the US reference Swift ID# CITIUS33)