# EXHIBIT C

**DISBURSEMENT SUMMARY**
**AUGUST 1, 2015 THROUGH AUGUST 31, 2015**

| | |
|---|---:|
| Computerized Research, Corporate Service Fees & PACER Charges | $3,113.85 |
| Duplication – In House | $314.70 |
| Document Production – In House | $106.80 |
| Meals – Business | $68.47 |
| Meals (100%) | $1,144.35 |
| Audio and Web Conference Services | $3,547.50 |
| Travel – Ground Transportation | $416.94 |
| Travel – Telephone & Fax | $8.95 |
| Travel – Train Fare | $1,053.00 |
| **TOTAL** | **$9,774.56** |