# EXHIBIT D



NORTEL NETWORKS INC. CREDITORS COMMITTEE
ATTN: JOHN DOLITTLE
2221 LAKESIDE BOULEVARD
RICHARDSON, TX  75082

Invoice Number 1623012
Invoice Date 10/12/15
Client Number 687147
Matter Number 0001

Re: CHAPTER 11

FOR PROFESSIONAL SERVICES RENDERED THROUGH  08/31/15 :

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---:|
| Computerized Legal Research - Lexis | $1,660.50 |
| Computerized Legal Research - Westlaw | $1,453.35 |
| Duplication - In House | $314.70 |
| Document Production - In House | $106.80 |
| Meals - Business | $68.47 |
| Meals (100%) | $1,144.35 |
| Audio and Web Conference Services | $3,547.50 |
| Travel - Ground Transportation | $416.94 |
| Travel - Telephone & Fax | $8.95 |
| Travel - Train Fare | $1,053.00 |

Current Expenses $9,774.56

**Total Amount of This Invoice** **$325,028.56**



**REMITTANCE COPY**

**Return with Payment**

NORTEL NETWORKS INC. CREDITORS COMMITTEE  
ATTN: JOHN  DOLITTLE  
2221 LAKESIDE BOULEVARD  
RICHARDSON, TX  75082

Client Number: 687147  
Invoice Number: 1623012  
Invoice Date: 10/12/15

FED I.D. NO.           75-1338644

Total Amount of This Invoice                                                                $325,028.56

**Summary of Accounts Receivable:**

| Date | Invoice # | Amount | Credits | Balance |
|---|---|---|---|---|
| 08/18/15 | 1614475 | $634,085.37 | $509,170.22 | $124,915.15 |
| 08/19/15 | 1614720 | $490,161.28 | $394,282.58 | $95,878.70 |
| 08/25/15 | 1615686 | $627,466.02 | $506,429.27 | $121,036.75 |
|  |  | $1,751,712.67 | $1,409,882.07 | $341,830.60 |

Prior Balance Due                                                                                $341,830.60

Total Balance Due Upon Receipt                                                          $666,859.16

Please let us know promptly should your records reflect a different balance.

# REMITTANCE COPY

## Return with Payment

| | |
|---|---|
| NORTEL NETWORKS INC. CREDITORS COMMITTEE<br>ATTN: JOHN DOLITTLE<br>2221 LAKESIDE BOULEVARD<br>RICHARDSON, TX 75082 | Invoice Number  1623012<br>Invoice Date  10/12/15<br>Client Number  687147<br>Matter Number  0001 |

FED I.D. NO. 75-1338644

If sending remittance via Postal Mail
please remit to:

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Dept. 7247-6838
Philadelphia, PA 19170-6838

If sending remittance via Overnight Courier
please remit to:

**FIRST DATA REMITCO**
**AKIN GUMP STRAUSS - 6838**
400 White Clay Center Drive
Newark, DE 19711

If sending remittance via Wire
Please use the following instructions:

**AKIN GUMP STRAUSS HAUER & FELD LLP**
**CITI PRIVATE BANK**
1101 Pennsylvania Avenue, NW
Suite 900
Washington, DC 20004

Account #: 9250397941
ABA# 254070116
Ref: 687147/0001, Invoice No. 1623012

(For wires originating outside the US reference Swift ID# CITIUS33)