# EXHIBIT E

**SUMMARY OF ATTORNEYS AND LEGAL ASSISTANTS
RENDERING SERVICES DURING THE PERIOD
AUGUST 1, 2015 THROUGH AUGUST 31, 2015**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | 2015 Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| David H. Botter | Partner for 13 years; Admitted in 1990; Financial Restructuring Department | $1,150 | 41.30 | $47,495.00 |
| Fred S. Hodara | Partner for 26 years; Admitted in 1982; Financial Restructuring Department | $1,250 | 47.30 | $59,125.00 |
| Robert A. Johnson | Partner for 18 years; Admitted in 1988; Litigation Department | $975 | 111.50 | $108,712.50 |
| Abid Qureshi | Partner for 7 years; Admitted in 1995; Financial Restructuring Department | $1,095 | 23.50 | $25,732.50 |
| Austin S. Lilling | Senior Counsel for 4 years; Admitted in 2001; Tax Department | $730 | 1.20 | $876.00 |
| Kevin M. Rowe | Senior Counsel for 14 years; Admitted in 1985; Tax Department | $810 | 10.40 | $8,424.00 |
| Julius Chen | Counsel for 1 year; Admitted in 2010; Litigation Department | $625 | 7.50 | $4,687.50 |
| Brad M. Kahn | Counsel for 3 years; Admitted in 2008; Financial Restructuring Department | $775 | 35.00 | $27,125.00 |
| Jacqueline Y. Yecies | Counsel for 2 years; Admitted in 2009; Litigation Department | $710 | 1.00 | $710.00 |
| Matthew C. Fagen | Associate for 3 years; Admitted in 2014; Financial Restructuring Department | $565 | 31.30 | $17,684.50 |
| Anne M. Evans | Associate for 2 years; Admitted in 2014; Litigation Department | $495 | 24.50 | $12,127.50 |

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | 2015 Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| Christine D. Doniak | Senior Attorney for 4 years; Admitted in 1998; Litigation Department | $605 | 1.20 | $726.00 |
| Frankie B. Alvarez | Legal Assistant for 1 year; Financial Restructuring Department | $195 | 6.90 | $1,345.50 |
| Sarah D'Addese | Legal Assistant for 3 years; Financial Restructuring Department | $210 | 2.30 | $483.00 |

Total Amount of Fees: **$315,254.00**
Total Number of Hours: **344.90**
Blended Hourly Rate: **$914.04**