<h1 style="text-align:center">UNITED STATES BANKRUPTCY COURT</h1>

FOR THE _____ District Of ___DELAWARE___

FILED
15 OCT 14 PM 2:56
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re __NORTEL NETWORKS INC., et al.,__    )
                                                 ) Case No. __09-10138(KG)__
                                                 )
                                                 ) Chapter __11__

<h2 style="text-align:center">DISCLOSURE STATEMENT<br>OF GENERAL BENEFICIAL LP.</h2>

*************************************************************

(a). General Beneficial LP Seeks to obtain a Claim # for its Interest Held in Nortel Networks as of 05-07-2015 as the claims agent has fail To provide such. A copy of the filed Proof of Interest & Supporting Documents is attach hereto for the Courts review.

(b). Note: also see Docket # 15559 (05-13-2015).

Date: 10-12-2015

GENERAL BENEFICIAL LP
_[signature]_
Mark H. Rhynes (co-owner).
1522 W. Manchester AVE.
Los Angeles, CALIF. 90047

# UNITED STATES BANKRUPTCY COURT,
## FOR THE DISTRICT OF DELAWARE

**PROOF OF INTEREST**

| Name of Debtors: NORTEL NETWORKS INC., et al., | Case Number: 09-10138(KG) (jointly administered under case no.) |
|---|---|

THIS SPACE IS FOR COURT USE ONLY

**1. Name of holder of the Equity Interest** (The person or entity holding an Equity Interest in the debtor. Referred to hereinafter as the "Interestholder"):

GENERAL BENEFICIAL LP.
1522 W. Manchester AVE.
Los Angeles, CALIF. 90047

(323)971-6063
Telephone No.

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☒ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you.

**NOTE:** This form SHOULD NOT be used to make a claim against the Debtors for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtors. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtors. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security; (b) interest of a limited partner in a limited partnership; or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subparagraph (a) or (b) above.

Account or other number by which Interestholder identifies debtors:
04-2486332

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

**2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**
PERSHING LLC.
One Pershing Plaza
Jersey City, NJ 07399
Telephone No.

**3. Date Equity Interest was acquired:** (security In @ 2015 -terest).

**4. Total number of shares held:** 1,500,000 shares.

**5. Stock certificate(s) identification number:**
*********************************
cusip # 656568-50-8

**6. Type of Equity Interest:**

Please indicate the type of Equity Interest you hold:

☒ Check this box if your Equity Interest is based on actual shares of stock held in the Debtors.

☐ Check this box if your Equity Interest is based on options or warrants that upon exercise entitle you to receive shares of stock in the Debtors.

☐ Check this box if your Equity Interest is based on some other right to convert, to purchase, sell, or subscribe to a share, security, or interest in the Debtors. ***

THIS SPACE IS FOR COURT USE ONLY

**7. Supporting Documents:** *Attach copies of supporting documents*, such as stock certificates, option agreements, warrants etc. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary. This Proof of Interest needs to be mailed to: United States Bankruptcy Court, For the District of Delaware.

**8. Date-Stamped Copy:** To receive an acknowledgment of the filing of your proof of interest, enclose a stamped, self-addressed envelope and copy of this proof of interest.

| Date: 04-30-2015 | Sign and print the name and title, if any, of any other person authorized to file this claim (attach copy of power of attorney, if any). GENERAL BENEFICIAL LP. (co-owner.) |
|---|---|

*Penalty for presenting fraudulent claims:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

461624

NORTEL NETWORKS NEW COM

Trade Date: 04-06-15
Process Date: 04-06-15
Settlement Date: 04-09-15
Cusip: 656568-50-8
Symbol: NRTLQ

We confirm the below trade, subject to the terms and conditions set forth on this confirmation.

| TRADE NUMBER | QUANTITY | PRICE | PRINCIPAL | INTEREST | COMMISSION COMM EQUIV | SERVICE CHARGE | TRANS FEE | NET AMOUNT USD | CAPACITY |
|---|---|---|---|---|---|---|---|---|---|
| I1QDT1 | 100,000 | 0.004 | 400.00 | | 42.00 | | | 442.00 | 0 |

Unsolicited Order   Allocated Order   Your Broker   Acted As Agent

Citi Personal Wealth Management is a business of Citigroup Inc., which offers investment products through Citigroup Global Markets Inc. ("CGMI"), member SIPC. CGMI and Citibank, N.A. are affiliated companies under the common control of Citigroup Inc. Citi and Citi with Arc Design are registered service marks of Citigroup Inc. or its affiliates.

This will confirm that the order(s) described above was not solicited in any way by, nor made on the basis of any recommendation or information from Citigroup Global Markets Inc., any of its affiliates, or any of its employees. If this is not in accordance with your understanding of this order, please contact the Branch Manager of the office servicing your account immediately.

You Bought:

NORTEL NETWORKS NEW COM

Trade Date: 04-08-15
Process Date: 04-08-15
Settlement Date: 04-13-15
Cusip: 656568-50-8
Symbol: NRTLQ

We confirm the below trade, subject to the terms and conditions set forth on this confirmation.

| TRADE NUMBER | QUANTITY | PRICE | PRINCIPAL | INTEREST | COMMISSION COMM EQUIV | SERVICE CHARGE | TRANS FEE | NET AMOUNT USD | CAPACITY |
|---|---|---|---|---|---|---|---|---|---|
| I1Y3EX | 100,000 | 0.004 | 400.00 | | 42.00 | | | 442.00 | 0 |

Unsolicited Order   Allocated Order   Your Broker   Acted As Agent

Citi Personal Wealth Management is a business of Citigroup Inc., which offers investment products through Citigroup Global Markets Inc. ("CGMI"), member SIPC. CGMI and Citibank, N.A. are affiliated companies under the common control of Citigroup Inc. Citi and Citi with Arc Design are registered service marks of Citigroup Inc. or its affiliates.

This will confirm that the order(s) described above was not solicited in any way by, nor made on the basis of any recommendation or information from Citigroup Global Markets Inc., any of its affiliates, or any of its employees. If this is not in accordance with your understanding of this order, please contact the Branch Manager of the office servicing your account immediately.

You Bought:

NORTEL NETWORKS NEW COM

Trade Date: 04-10-15
Process Date: 04-10-15
Settlement Date: 04-15-15
Cusip: 656568-50-8
Symbol: NRTLQ

We confirm the below trade, subject to the terms and conditions set forth on this confirmation.

| TRADE NUMBER | QUANTITY | PRICE | PRINCIPAL | INTEREST | COMMISSION COMM EQUIV | SERVICE CHARGE | TRANS FEE | NET AMOUNT USD | CAPACITY |
|---|---|---|---|---|---|---|---|---|---|
| I16TTY | 200,000 | 0.004 | 800.00 | | 40.00 | | | 840.00 | 1 |

Unsolicited Order   Your Broker   Acted As Agent

Citi Personal Wealth Management is a business of Citigroup Inc., which offers investment products through Citigroup Global Markets Inc. ("CGMI"), member SIPC. CGMI and Citibank, N.A. are affiliated companies under the common control of Citigroup Inc. Citi and Citi with Arc Design are registered service marks of Citigroup Inc. or its affiliates.

You Bought:

**NORTEL NETWORKS NEW COM**

| | |
|---|---|
| Trade Date: | 04-14-15 |
| Process Date: | 04-14-15 |
| Settlement Date: | 04-17-15 |
| Cusip: | 656568-50-8 |
| Symbol: | NRTLQ |

We confirm the below trade, subject to the terms and conditions set forth on this confirmation.

| TRADE NUMBER | QUANTITY | PRICE | PRINCIPAL | INTEREST | COMMISSION COMM EQUIV | SERVICE CHARGE | TRANS FEE | NET AMOUNT USD | CAPACITY |
|---|---|---|---|---|---|---|---|---|---|
| I2D3QX | 100,000 | 0.004 | 400.00 | | 42.00 | | | 442.00 | 1 |

Unsolicited Order    Your Broker    Acted As Agent

Citi Personal Wealth Management is a business of Citigroup Inc., which offers investment products through Citigroup Global Markets Inc. ("CGMI"), member SIPC. CGMI and Citibank, N.A. are affiliated companies under the common control of Citigroup Inc. Citi and Citi with Arc Design are registered service marks of Citigroup Inc. or its affiliates.

This will confirm that the order(s) described above was not solicited in any way by, nor made on the basis of any recommendation or information from Citigroup Global Markets Inc., any of its affiliates, or any of its employees. If this is not in accordance with your understanding of this order, please contact the Branch Manager of the office servicing your account immediately.

---

You Bought:

**NORTEL NETWORKS NEW COM**

| | |
|---|---|
| Trade Date: | 04-15-15 |
| Process Date: | 04-15-15 |
| Settlement Date: | 04-20-15 |
| Cusip: | 656568-50-8 |
| Symbol: | NRTLQ |

We confirm the below trade, subject to the terms and conditions set forth on this confirmation.

| TRADE NUMBER | QUANTITY | PRICE | PRINCIPAL | INTEREST | COMMISSION COMM EQUIV | SERVICE CHARGE | TRANS FEE | NET AMOUNT USD | CAPACITY |
|---|---|---|---|---|---|---|---|---|---|
| I2JYGM | 100,000 | 0.004 | 400.00 | | 42.00 | | | 442.00 | 1 |

Unsolicited Order    Your Broker    Acted As Agent

Citi Personal Wealth Management is a business of Citigroup Inc., which offers investment products through Citigroup Global Markets Inc. ("CGMI"), member SIPC. CGMI and Citibank, N.A. are affiliated companies under the common control of Citigroup Inc. Citi and Citi with Arc Design are registered service marks of Citigroup Inc. or its affiliates.

This will confirm that the order(s) described above was not solicited in any way by, nor made on the basis of any recommendation or information from Citigroup Global Markets Inc., any of its affiliates, or any of its employees. If this is not in accordance with your understanding of this order, please contact the Branch Manager of the office servicing your account immediately.

---

You Bought:

**NORTEL NETWORKS NEW COM**

| | |
|---|---|
| Trade Date: | 04-17-15 |
| Process Date: | 04-17-15 |
| Settlement Date: | 04-22-15 |
| Cusip: | 656568-50-8 |
| Symbol: | NRTLQ |

We confirm the below trade, subject to the terms and conditions set forth on this confirmation.

| TRADE NUMBER | QUANTITY | PRICE | PRINCIPAL | INTEREST | COMMISSION COMM EQUIV | SERVICE CHARGE | TRANS FEE | NET AMOUNT USD | CAPACITY |
|---|---|---|---|---|---|---|---|---|---|
| I2QKBF | 300,000 | 0.0052 | 1,560.00 | | 78.00 | | | 1,638.00 | 1 |

Unsolicited Order    Your Broker    Acted As Agent

Citi Personal Wealth Management is a business of Citigroup Inc., which offers investment products through Citigroup Global Markets Inc. ("CGMI"), member SIPC. CGMI and Citibank, N.A. are affiliated companies under the common control of Citigroup Inc. Citi and Citi with Arc Design are registered service marks of Citigroup Inc. or its affiliates.

**NORTEL NETWORKS NEW COM**

Trade Date: 04-20-15
Process Date: 04-20-15
Settlement Date: 04-23-15
Cusip: 656568-50-8
Symbol: NRTLQ

We confirm the below trade, subject to the terms and conditions set forth on this confirmation.

| TRADE NUMBER | QUANTITY | PRICE | PRINCIPAL | INTEREST | COMMISSION COMM EQUIV | SERVICE CHARGE | TRANS FEE | NET AMOUNT USD | CAPACITY |
|---|---|---|---|---|---|---|---|---|---|
| I2UWR9 | 300,000 | 0.004 | 1,200.00 | | 60.00 | | | 1,260.00 | 1 |

Unsolicited Order    Your Broker    Acted As Agent

Citi Personal Wealth Management is a business of Citigroup Inc., which offers investment products through Citigroup Global Markets Inc. ("CGMI"), member SIPC. CGMI and Citibank, N.A. are affiliated companies under the common control of Citigroup Inc. Citi and Citi with Arc Design are registered service marks of Citigroup Inc. or its affiliates.

This will confirm that the order(s) described above was not solicited in any way by, nor made on the basis of any recommendation or information from Citigroup Global Markets Inc., any of its affiliates, or any of its employees. If this is not in accordance with your understanding of this order, please contact the Branch Manager of the office servicing your account immediately.

---

You Bought:

**NORTEL NETWORKS NEW COM**

Trade Date: 04-27-15
Process Date: 04-27-15
Settlement Date: 04-30-15
Cusip: 656568-50-8
Symbol: NRTLQ

We confirm the below trade, subject to the terms and conditions set forth on this confirmation.

| TRADE NUMBER | QUANTITY | PRICE | PRINCIPAL | INTEREST | COMMISSION COMM EQUIV | SERVICE CHARGE | TRANS FEE | NET AMOUNT USD | CAPACITY |
|---|---|---|---|---|---|---|---|---|---|
| I3JQ5M | 150,000 | 0.005 | 750.00 | | 37.50 | | | 787.50 | 1 |

Unsolicited Order    Your Broker    Acted As Agent

Citi Personal Wealth Management is a business of Citigroup Inc., which offers investment products through Citigroup Global Markets Inc. ("CGMI"), member SIPC. CGMI and Citibank, N.A. are affiliated companies under the common control of Citigroup Inc. Citi and Citi with Arc Design are registered service marks of Citigroup Inc. or its affiliates.

This will confirm that the order(s) described above was not solicited in any way by, nor made on the basis of any recommendation or information from Citigroup Global Markets Inc., any of its affiliates, or any of its employees. If this is not in accordance with your understanding of this order, please contact the Branch Manager of the office servicing your account immediately.

---

You Bought:

**NORTEL NETWORKS NEW COM**

Trade Date: 04-29-15
Process Date: 04-29-15
Settlement Date: 05-04-15
Cusip: 656568-50-8
Symbol: NRTLQ

We confirm the below trade, subject to the terms and conditions set forth on this confirmation.

| TRADE NUMBER | QUANTITY | PRICE | PRINCIPAL | INTEREST | COMMISSION COMM EQUIV | SERVICE CHARGE | TRANS FEE | NET AMOUNT USD | CAPACITY |
|---|---|---|---|---|---|---|---|---|---|
| I3T0Z6 | 50,000 | 0.0069 | 345.00 | | 36.22 | | | 381.22 | 1 |

Unsolicited Order    Your Broker    Acted As Agent

Citi Personal Wealth Management is a business of Citigroup Inc., which offers investment products through Citigroup Global Markets Inc. ("CGMI"), member SIPC. CGMI and Citibank, N.A. are affiliated companies under the common control of Citigroup Inc. Citi and Citi with Arc Design are registered service marks of Citigroup Inc. or its affiliates.

NORTEL NETWORKS NEW COM

Trade Date: 04-30-15
Process Date: 04-30-15
Settlement Date: 05-05-15
Cusip: 656568-50-8
Symbol: NRTLQ

We confirm the below trade, subject to the terms and conditions set forth on this confirmation.

| TRADE NUMBER | QUANTITY | PRICE | PRINCIPAL | INTEREST | COMMISSION COMM EQUIV | SERVICE CHARGE | TRANS FEE | NET AMOUNT USD | CAPACITY |
|---|---|---|---|---|---|---|---|---|---|
| I3W9PR | 100,000 | 0.007 | 700.00 | | 73.50 | | | 773.50 | 1 |

Unsolicited Order    Your Broker    Acted As Agent

Citi Personal Wealth Management is a business of Citigroup Inc., which offers investment products through Citigroup Global Markets Inc. ("CGMI"), member SIPC. CGMI and Citibank, N.A. are affiliated companies under the common control of Citigroup Inc. Citi and Citi with Arc Design are registered service marks of Citigroup Inc. or its affiliates.

This will confirm that the order(s) described above was not solicited in any way by, nor made on the basis of any recommendation or information from Citigroup Global Markets Inc., any of its affiliates, or any of its employees. If this is not in accordance with your understanding of this order, please contact the Branch Manager of the office servicing your account immediately.

INVESTMENT PRODUCTS: NOT FDIC INSURED • NO BANK GUARANTEE • MAY LOSE VALUE

SEE TERMS AND CONDITIONS AND EXPLANATION OF CODED SYMBOLS RELATING TO THIS CONFIRMATION. ON OTHER THAN ROUND LOTS (NORMALLY 100 SHARES) IF "DIF" APPEARS ABOVE, AN ODD-LOT DIFFERENTIAL HAS BEEN CHARGED IN CONNECTION WITH THIS TRANSACTION. THE AMOUNT OF SUCH DIFFERENTIAL WILL BE FURNISHED UPON REQUEST. ACCOUNTS CARRIED BY PERSHING LLC, MEMBER FINRA, NYSE, SIPC. ONE PERSHING PLAZA JERSEY CITY, NJ 07399.

PAGE: 1 of 2