# **<u>EXHIBIT B</u>**

```
*************************************************************************************************Page 21 of (22)
                                              WHITEFORD, TAYLOR & PRESTON    THRU 09/30/15
 BILLING ATTORNEY: 01762  CHRISTOPHER M. SAMIS   DETAILED  BILLING REPORT    AS OF 10/16/2015 1:02:09 PM
                                              PROFORMA NUMBER: 435889        LAST DATE BILLED 09/25/15

 CLIENT 091281              OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
                            NORTEL NETWORKS, INC.
 MATTER 00001               NORTEL
 CASE ID
```

***DISBURSEMENTS ***

| INDEX | DATE | REFER-# | CODE | CTRL-# | TKPR | | AMOUNT | |
|---|---|---|---|---|---|---|---|---|
| | | | 10 | | | PHOTOCOPIES | | 1.00 |
| 3938185 | 09/02/15 | | 108 | | 01762 | CHRISTOPHER SAMIS - MEALS-LUNCH W D. BOTTER RE PRE-MEDIATION STATUS CONFERENCE | 16.25 | |
| 3975920 | 09/08/15 | | 108 | | 01762 | CHRISTOPHER SAMIS - MEALS-COFFEE/SNACK FOR D. BOTTER | 4.90 | |
| | | | *108 | | | MEALS | | 21.15 |
| 3976009 | 09/17/15 | | 78 | | 01762 | DINERS CLUB - LONG DISTANCE CALLS - COURTCALL - #7136556 | 86.00 | |
| | | | *78 | | | LONG DISTANCE CALLS | | 86.00 |
| 3938184 | 09/22/15 | | 101 | | 01762 | DLS DISCOVERY - COURIER EXPENSE - EXPEDITED RUSH; BANKRUPTCY COURT/JUDGE GROSS x2 | 38.00 | |
| | | | *101 | | | COURIER EXPENSE | | 38.00 |
| 3938172 | 09/03/15 | | 44 | | 01762 | COPIES DLS DISCOVERY - COPY/PRINT; ENVELOPE; POSTAGE; PDF EMAILED TO CLIENT; HAND DELIVERY W BANKRUPTCY SERVICE | 100.58 | |
| 3938174 | 09/03/15 | | 44 | | 01762 | DLS DISCOVERY - COPIES-COPY/PRINT; ENVELOPE; POSTAGE;HAND DELIVERY W BANKRUPTCY SERVICE; PDF EMAILED TO CLIENT | 129.02 | |
| 3938173 | 09/03/15 | | 44 | | 01762 | DLS DISCOVERY - COPIES-COPY/PRINT; ENVELOPE; POSTAGE;HAND DELIVERY W BANKRUPTCY SERVICE; PDF EMAILED TO CLIENT | 82.02 | |
| 3938178 | 09/10/15 | | 44 | | 01762 | COPIES DLS DISCOVERY - COPY/PRINT; ENVELOPE; POSTAGE; HAND DELIVERY-WITH BANKRUPTCY SERVICE; PDF EMAILED TO CLIENT | 259.60 | |
| 3938177 | 09/10/15 | | 44 | | 01762 | COPIES DLS DISCOVERY - COURICOPY/PRINT; ENVELOPE; POSTAGE; HAND DELIVERY-WITH BANKRUPTCY SERVICE | 50.80 | |
| 3938179 | 09/10/15 | | 44 | | 01762 | COPIES DLS DISCOVERY - COPY/PRINT; ENVELOPE; POSTAGE; HAND DELIVERY-WITH BANKRUPTCY SERVICE; PDF EMAILED TO CLIENT | 94.10 | |

```
*************************************************************************************************Page 22 of (22)
                                                  WHITEFORD, TAYLOR & PRESTON      THRU 09/30/15
BILLING ATTORNEY: 01762  CHRISTOPHER M. SAMIS     DETAILED   BILLING REPORT        AS OF 10/16/2015 1:02:09 PM
                                                  PROFORMA NUMBER: 435889          LAST DATE BILLED 09/25/15
```

| | | |
|---|---|---|
| CLIENT 091281 | OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF | |
| | NORTEL NETWORKS, INC. | |
| MATTER 00001 | NORTEL | |
| CASE ID | | |

| INDEX | DATE | REFER-# | CODE | CTRL-# | TKPR | | AMOUNT | |
|---|---|---|---|---|---|---|---|---|
| 3938180 | 09/10/15 | | 44 | | 01762 | DLS DISCOVERY - COPIES-COPY/PRINT; ENVELOPE; POSTAGE; HAND DELIVERY-WITH BANKRUPTCY SERVICE; PDF EMAILED TO CLIENT | 61.66 | |
| 3938182 | 09/14/15 | | 44 | | 01762 | COPIES DLS DISCOVERY - COPY MEDIUM LIT.; D-RING BINDERS; TABS; TABS CUSTOM | 90.40 | |
| 3938181 | 09/14/15 | | 44 | | 01762 | COPIES DLS DISCOVERY - COPY/PRINT; ENVELOPE; POSTAGE; HAND DELIVERY W BANKRUPTCY SERVICE | 21.03 | |
| | | | *44 | | | COPIES | | 889.21 |
| | | | | | | *TOTAL DISBURSEMENTS* | 1,035.36 | |