**EXHIBIT A**

**Debtors' Twenty-Sixth Ordinary Course Professional Quarterly Statement for April 1, 2015 – June 30, 2015**

| Ordinary Course Professional | Description of Services | April Fees | April Disbursements & Expenses | May Fees | May Disbursements & Expenses | June Fees | June Disbursements & Expenses | Other Fees | Other Disbursements & Expenses | Total Quarterly Fees (excluding disbursements & expenses) |
|---|---|---|---|---|---|---|---|---|---|---|
| Baker Donelson Bearman Caldwell & Berkowitz | General labor and employment legal services, including representation in employment and employee benefit matters | $230.00 | $0.00 | $184.00 | $0.00 | $460.00 | $0.00 | $0.00 | $0.00 | **$874.00** |
| William D. Preston, P.A. | Legal services regarding Florida environmental regulatory issues | $4,680.00 | $0.00 | $11,640.00 | $0.00 | $16,360.00 | $0.00 | $0.00 | $0.00 | **$32,680.00** |
| Seyfarth Shaw[1] | General labor and employment legal services, including representation in employment and employee benefit matters | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $4,630.50 | $0.00 | **$4,630.50** |
| K&L Gates | Legal services regarding Nortel property lease agreements in North Carolina | $0.00 | $0.00 | $5,565.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | **$5,565.00** |

---

[1] Seyfarth Shaw incurred $525.15 in fees for professional services provided to the Debtors during November 2014, $1350.90 in fees for professional services provided to the Debtors during December 2014, and $2754.45 in fees for professional services provided to the Debtors during March 2015.