## <u>CERTIFICATE OF SERVICE</u>

I, Tamara K. Minott, certify that I am not less than 18 years of age, and that service of the foregoing **Notice of Filing and Service of Debtors' Twenty-Sixth Ordinary Course Professional Quarterly Statement** was caused to be made on October 19, 2015, in the manner indicated upon the entities identified on the attached service list.

Date:  October 19, 2015

_/s/ Tamara K. Minott_
Tamara K. Minott (No. 5643)

9049942.3