## EXHIBIT A

## NORTEL NETWORKS INC., *et al*.
## CASE NO. 09-10138 (KG)

Professional Fees and Expenses
Monthly Fee Application

| Applicant & Docket No. | Time Period Covered | Fees & Expenses Requested in Application | Fees & Expenses Allowed/Awarded | Date Application Filed | Objection Deadline |
|---|---|---|---|---|---|
| Whiteford, Taylor & Preston LLC<br><br>[Docket No. 16201] | 8/1/15 - 8/31/15 | $71,007.50 (Fees)<br><br>$9,622.50 (Expenses) | $56,806.00 (Fees @ 80%)<br><br>$9,622.50 (Expenses @ 100%) | 9/25/2015 | 10/15/2015 |