# Exhibit B

## EXPENSE SUMMARY

Nortel Networks, Inc., *et al.*
(Case No. 09-10138 (KG))

September 1, 2015 through September 30, 2015

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Transcripts | | $4,153.65 |
| Photos/Art/Spec Duplicating | Out of Office | 68.20 |
| Travel | | 89.60 |
| Meals | | 10.00 |
| Messenger Services | | 155.00 |
| Courier/Delivery Service | | 3,455.42 |
| Computer Research | Westlaw | 430.48 |
| In-House Duplicating | | 538.90 |
| Postage | | 56.18 |
| Facsimile | | 458.25 |
| Pacer | | 208.10 |
| **Total Expenses** | | **$9,623.78** |

**COST ENTRIES**

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1345476 | 09/02/15 | B | 557.25 | Transcripts - HAWKINS REPORTING SERVICE - TRANSCRIPT OF HEARING - 9/2/15 | 506 | 322 | 211409 |
| 1347428 | 09/08/15 | B | 2,898.00 | Transcripts - WILCOX & FETZER, LTD - TRANSCRI - ORIGINAL EBUNDLE/WORD INDEX - 9/8/15 | 506 | 322 | 211565 |
| 1346253 | 09/15/15 | B | 698.40 | Transcripts - DIAZ DATA SERVICES - EXPEDITED TRANSCRIPT - 9/15/15 | 506 | 971 | 211499 |
| 1345269 | 08/24/15 | B | 21.30 | Photos/Art/Spec Duplicating-Out of Office - D DISCOVERY - BANKRUPTCY SERVICE - 8/24/15 | 510 | 684 | 211401 |
| 1345807 | 09/03/15 | B | 26.80 | Photos/Art/Spec Duplicating-Out of Office - D DISCOVERY - BANKRUPTCY SERVICE - 9/3/15 | 510 | 684 | 211458 |
| 1350016 | 09/18/15 | B | 20.10 | Photos/Art/Spec Duplicating-Out of Office - D DISCOVERY - BANKRUPTCY SERVICE - 9/18/15 | 510 | 684 | 211696 |
| 1352331 | 09/08/15 | B | 89.60 | Travel - ROADRUNNER EXPRESS INC. - PASSENGER: LISA SCHWEITZER - PICKUP: MNAT; DROPOFF: PHL 9/8/15 | 511 - | 000 | 211861 |
| 1352007 | 09/29/15 | B | 10.00 | Meals - ANDREW REMMING - REIMBURSEMENT OF A. REMMING - WORKING MEAL - 9/29/15 | 512 | 961 | 211828 |
| 1345319 | 09/01/15 | B | 5.00 | Messenger Service - to UST | 513S | 684 | |
| 1345325 | 09/01/15 | B | 5.00 | Messenger Service - to Whiteford Taylor | 513S | 684 | |
| 1345327 | 09/01/15 | B | 5.00 | Messenger Service - to UST | 513S | 684 | |
| 1345336 | 09/03/15 | B | 5.00 | Messenger Service - to UST | 513S | 684 | |
| 1345343 | 09/03/15 | B | 5.00 | Messenger Service - to USBC-Gross | 513S | 684 | |
| 1345348 | 09/03/15 | B | 5.00 | Messenger Service - to UST | 513S | 684 | |
| 1345349 | 09/03/15 | B | 5.00 | Messenger Service - to Skadden | 513S | 684 | |
| 1345350 | 09/03/15 | B | 5.00 | Messenger Service - to YCST | 513S | 684 | |
| 1345351 | 09/03/15 | B | 5.00 | Messenger Service - to Sullivan Hazeltine | 513S | 684 | |
| 1345352 | 09/03/15 | B | 5.00 | Messenger Service - to Buchanan | 513S | 684 | |
| 1345353 | 09/03/15 | B | 5.00 | Messenger Service - to Pachulski | 513S | 684 | |
| 1345368 | 09/04/15 | B | 5.00 | Messenger Service - to USBC - Gross | 513S | 971 | |
| 1345372 | 09/08/15 | B | 5.00 | Messenger Service - to Sullivan | 513S | 684 | |
| 1345373 | 09/08/15 | B | 5.00 | Messenger Service - to USDC | 513S | 961 | |
| 1345428 | 09/10/15 | B | 5.00 | Messenger Service - to USBC - Gross | 513S | 546 | |
| 1348413 | 09/14/15 | B | 5.00 | Messenger Service - to Whiteford | 513S | 684 | |

```
Nortel Networks, Inc.                                    PRO FORMA   386873            AS OF 09/30/15                    INVOICE#  ******
63989-DIP
DATE: 10/19/15 16:24:17
```

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1348418 | 09/15/15 | B | 5.00 | Messenger Service - to UST | 513S | 684 | |
| 1348486 | 09/18/15 | B | 5.00 | Messenger Service - to USBC | 513S | 684 | |
| 1348498 | 09/21/15 | B | 5.00 | Messenger Service - to UST | 513S | 684 | |
| 1348517 | 09/21/15 | B | 5.00 | Messenger Service - to USBC | 513S | 684 | |
| 1353727 | 09/22/15 | B | 5.00 | Messenger Service - to Pachulski Stang | 513S | 684 | |
| 1353728 | 09/22/15 | B | 5.00 | Messenger Service - to Buchanan Ingersoll | 513S | 684 | |
| 1353729 | 09/22/15 | B | 5.00 | Messenger Service - to Young Conaway | 513S | 684 | |
| 1353730 | 09/22/15 | B | 5.00 | Messenger Service - to Skadden, Arps | 513S | 684 | |
| 1353731 | 09/22/15 | B | 5.00 | Messenger Service - to UST | 513S | 684 | |
| 1353732 | 09/22/15 | B | 5.00 | Messenger Service - to Sullivan Hazeltine | 513S | 684 | |
| 1353739 | 09/23/15 | B | 5.00 | Messenger Service - to Trustee | 513S | 684 | |
| 1353773 | 09/25/15 | B | 5.00 | Messenger Service - to Trustee | 513S | 684 | |
| 1353794 | 09/28/15 | B | 5.00 | Messenger Service - to Trustee | 513S | 684 | |
| 1353818 | 09/29/15 | B | 5.00 | Messenger Service - to USBC | 513S | 971 | |
| 1353819 | 09/29/15 | B | 5.00 | Messenger Service - to UST | 513S | 971 | |
| 1343671 | 09/03/15 | B | 33.15 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 211261 |
| 1356538 | 09/03/15 | B | 54.33 | Courier/Delivery Service - AMERICAN EXPRESS - USPS - ONE-DAY SHIPPING - 9/3/15 | 514 | 000 | 212141 |
| 1343163 | 09/03/15 | B | 18.66 | Courier/Delivery Service | 514 | 322 | 211235 |
| 1343164 | 09/03/15 | B | 18.66 | Courier/Delivery Service | 514 | 322 | 211235 |
| 1343165 | 09/03/15 | B | 20.16 | Courier/Delivery Service | 514 | 322 | 211235 |
| 1343157 | 09/03/15 | B | 26.97 | Courier/Delivery Service | 514 | 322 | 211235 |
| 1343158 | 09/03/15 | B | 22.58 | Courier/Delivery Service | 514 | 322 | 211235 |
| 1343159 | 09/03/15 | B | 18.66 | Courier/Delivery Service | 514 | 322 | 211235 |
| 1343160 | 09/03/15 | B | 12.64 | Courier/Delivery Service | 514 | 322 | 211235 |
| 1343161 | 09/03/15 | B | 18.66 | Courier/Delivery Service | 514 | 322 | 211235 |
| 1343162 | 09/03/15 | B | 18.66 | Courier/Delivery Service | 514 | 322 | 211235 |
| 1343151 | 09/03/15 | B | 18.66 | Courier/Delivery Service | 514 | 322 | 211235 |
| 1343152 | 09/03/15 | B | 12.64 | Courier/Delivery Service | 514 | 322 | 211235 |
| 1343153 | 09/03/15 | B | 22.32 | Courier/Delivery Service | 514 | 322 | 211235 |
| 1343154 | 09/03/15 | B | 25.88 | Courier/Delivery Service | 514 | 322 | 211235 |
| 1343155 | 09/03/15 | B | 23.08 | Courier/Delivery Service | 514 | 322 | 211235 |
| 1343156 | 09/03/15 | B | 23.08 | Courier/Delivery Service | 514 | 322 | 211235 |
| 1343145 | 09/03/15 | B | 12.64 | Courier/Delivery Service | 514 | 322 | 211235 |

Nortel Networks, Inc.  
63989-DIP  
DATE: 10/19/15 16:24:17

PRO FORMA 386873      AS OF 09/30/15      INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1343146 | 09/03/15 | B | 25.88 | Courier/Delivery Service | 514 | 322 | 211235 |
| 1343147 | 09/03/15 | B | 23.08 | Courier/Delivery Service | 514 | 322 | 211235 |
| 1343148 | 09/03/15 | B | 26.97 | Courier/Delivery Service | 514 | 322 | 211235 |
| 1343149 | 09/03/15 | B | 23.08 | Courier/Delivery Service | 514 | 322 | 211235 |
| 1343150 | 09/03/15 | B | 18.66 | Courier/Delivery Service | 514 | 322 | 211235 |
| 1343139 | 09/03/15 | B | 23.05 | Courier/Delivery Service | 514 | 322 | 211235 |
| 1343140 | 09/03/15 | B | 18.66 | Courier/Delivery Service | 514 | 322 | 211235 |
| 1343141 | 09/03/15 | B | 18.66 | Courier/Delivery Service | 514 | 322 | 211235 |
| 1343142 | 09/03/15 | B | 25.51 | Courier/Delivery Service | 514 | 322 | 211235 |
| 1343143 | 09/03/15 | B | 18.66 | Courier/Delivery Service | 514 | 322 | 211235 |
| 1343144 | 09/03/15 | B | 23.05 | Courier/Delivery Service | 514 | 322 | 211235 |
| 1343133 | 09/03/15 | B | 16.24 | Courier/Delivery Service | 514 | 322 | 211235 |
| 1343134 | 09/03/15 | B | 23.08 | Courier/Delivery Service | 514 | 322 | 211235 |
| 1343135 | 09/03/15 | B | 24.70 | Courier/Delivery Service | 514 | 322 | 211235 |
| 1343136 | 09/03/15 | B | 18.66 | Courier/Delivery Service | 514 | 322 | 211235 |
| 1343137 | 09/03/15 | B | 22.58 | Courier/Delivery Service | 514 | 322 | 211235 |
| 1343138 | 09/03/15 | B | 25.77 | Courier/Delivery Service | 514 | 322 | 211235 |
| 1343127 | 09/03/15 | B | 25.88 | Courier/Delivery Service | 514 | 322 | 211235 |
| 1343128 | 09/03/15 | B | 23.05 | Courier/Delivery Service | 514 | 322 | 211235 |
| 1343129 | 09/03/15 | B | 22.58 | Courier/Delivery Service | 514 | 322 | 211235 |
| 1343130 | 09/03/15 | B | 23.05 | Courier/Delivery Service | 514 | 322 | 211235 |
| 1343131 | 09/03/15 | B | 12.64 | Courier/Delivery Service | 514 | 322 | 211235 |
| 1343132 | 09/03/15 | B | 25.77 | Courier/Delivery Service | 514 | 322 | 211235 |
| 1343121 | 09/03/15 | B | 18.66 | Courier/Delivery Service | 514 | 322 | 211235 |
| 1343122 | 09/03/15 | B | 23.05 | Courier/Delivery Service | 514 | 322 | 211235 |
| 1343123 | 09/03/15 | B | 23.05 | Courier/Delivery Service | 514 | 322 | 211235 |
| 1343124 | 09/03/15 | B | 26.74 | Courier/Delivery Service | 514 | 322 | 211235 |
| 1343125 | 09/03/15 | B | 23.05 | Courier/Delivery Service | 514 | 322 | 211235 |
| 1343126 | 09/03/15 | B | 18.66 | Courier/Delivery Service | 514 | 322 | 211235 |
| 1343115 | 09/03/15 | B | 23.05 | Courier/Delivery Service | 514 | 322 | 211235 |
| 1343116 | 09/03/15 | B | 18.66 | Courier/Delivery Service | 514 | 322 | 211235 |
| 1343117 | 09/03/15 | B | 25.77 | Courier/Delivery Service | 514 | 322 | 211235 |
| 1343118 | 09/03/15 | B | 23.08 | Courier/Delivery Service | 514 | 322 | 211235 |
| 1343119 | 09/03/15 | B | 23.05 | Courier/Delivery Service | 514 | 322 | 211235 |
| 1343120 | 09/03/15 | B | 21.86 | Courier/Delivery Service | 514 | 322 | 211235 |
| 1343109 | 09/03/15 | B | 25.88 | Courier/Delivery Service | 514 | 322 | 211235 |
| 1343110 | 09/03/15 | B | 23.05 | Courier/Delivery Service | 514 | 322 | 211235 |
| 1343111 | 09/03/15 | B | 12.64 | Courier/Delivery Service | 514 | 322 | 211235 |

```
Nortel Networks, Inc.                                    PRO FORMA  386873           AS OF 09/30/15              INVOICE# ******
63989-DIP
DATE: 10/19/15 16:24:17
```

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1343112 | 09/03/15 | B | 18.66 | Courier/Delivery Service | 514 | 322 | 211235 |
| 1343113 | 09/03/15 | B | 25.88 | Courier/Delivery Service | 514 | 322 | 211235 |
| 1343114 | 09/03/15 | B | 25.88 | Courier/Delivery Service | 514 | 322 | 211235 |
| 1343103 | 09/03/15 | B | 25.88 | Courier/Delivery Service | 514 | 322 | 211235 |
| 1343104 | 09/03/15 | B | 25.88 | Courier/Delivery Service | 514 | 322 | 211235 |
| 1343105 | 09/03/15 | B | 25.88 | Courier/Delivery Service | 514 | 322 | 211235 |
| 1343106 | 09/03/15 | B | 25.88 | Courier/Delivery Service | 514 | 322 | 211235 |
| 1343107 | 09/03/15 | B | 18.66 | Courier/Delivery Service | 514 | 322 | 211235 |
| 1343108 | 09/03/15 | B | 25.88 | Courier/Delivery Service | 514 | 322 | 211235 |
| 1343099 | 09/03/15 | B | 12.64 | Courier/Delivery Service | 514 | 322 | 211235 |
| 1343100 | 09/03/15 | B | 23.05 | Courier/Delivery Service | 514 | 322 | 211235 |
| 1343101 | 09/03/15 | B | 23.05 | Courier/Delivery Service | 514 | 322 | 211235 |
| 1343102 | 09/03/15 | B | 25.88 | Courier/Delivery Service | 514 | 322 | 211235 |
| 1345767 | 09/04/15 | B | 162.53 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 211434 |
| 1344128 | 09/04/15 | B | 35.93 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 211334 |
| 1344129 | 09/04/15 | B | 34.73 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 211334 |
| 1344130 | 09/04/15 | B | 41.62 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 211334 |
| 1344131 | 09/04/15 | B | 29.12 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 211334 |
| 1345162 | 09/08/15 | B | 8.90 | Courier/Delivery Service | 514 | 322 | 211384 |
| 1350024 | 09/14/15 | B | 6.90 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 211707 |
| 1356559 | 09/18/15 | B | 54.33 | Courier/Delivery Service - AMERICAN EXPRESS - TWO DAY SHIPPING - 9/18/15 | 514 | 000 | 212141 |
| 1349589 | 09/18/15 | B | 32.82 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 211654 |
| 1349003 | 09/18/15 | B | 22.86 | Courier/Delivery Service | 514 | 322 | 211627 |
| 1351673 | 09/18/15 | B | 12.52 | Courier/Delivery Service | 514 | 322 | 211804 |
| 1348997 | 09/18/15 | B | 18.48 | Courier/Delivery Service | 514 | 322 | 211627 |
| 1348998 | 09/18/15 | B | 22.83 | Courier/Delivery Service | 514 | 322 | 211627 |
| 1348999 | 09/18/15 | B | 22.83 | Courier/Delivery Service | 514 | 322 | 211627 |
| 1349000 | 09/18/15 | B | 18.48 | Courier/Delivery Service | 514 | 322 | 211627 |
| 1349001 | 09/18/15 | B | 25.27 | Courier/Delivery Service | 514 | 322 | 211627 |
| 1349002 | 09/18/15 | B | 25.52 | Courier/Delivery Service | 514 | 322 | 211627 |
| 1348991 | 09/18/15 | B | 25.63 | Courier/Delivery Service | 514 | 322 | 211627 |
| 1348992 | 09/18/15 | B | 18.48 | Courier/Delivery Service | 514 | 322 | 211627 |
| 1348993 | 09/18/15 | B | 25.63 | Courier/Delivery Service | 514 | 322 | 211627 |
| 1348994 | 09/18/15 | B | 22.36 | Courier/Delivery Service | 514 | 322 | 211627 |
| 1348995 | 09/18/15 | B | 12.52 | Courier/Delivery Service | 514 | 322 | 211627 |
| 1348996 | 09/18/15 | B | 22.36 | Courier/Delivery Service | 514 | 322 | 211627 |
| 1348985 | 09/18/15 | B | 25.63 | Courier/Delivery Service | 514 | 322 | 211627 |

```
Nortel Networks, Inc.                                         PRO FORMA  386873         AS OF 09/30/15         INVOICE# ******
63989-DIP
DATE: 10/19/15 16:24:17
```

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1348986 | 09/18/15 | B | 24.46 | Courier/Delivery Service | 514 | 322 | 211627 |
| 1348987 | 09/18/15 | B | 25.63 | Courier/Delivery Service | 514 | 322 | 211627 |
| 1348988 | 09/18/15 | B | 18.48 | Courier/Delivery Service | 514 | 322 | 211627 |
| 1348989 | 09/18/15 | B | 19.96 | Courier/Delivery Service | 514 | 322 | 211627 |
| 1348990 | 09/18/15 | B | 18.48 | Courier/Delivery Service | 514 | 322 | 211627 |
| 1348979 | 09/18/15 | B | 22.83 | Courier/Delivery Service | 514 | 322 | 211627 |
| 1348980 | 09/18/15 | B | 21.64 | Courier/Delivery Service | 514 | 322 | 211627 |
| 1348981 | 09/18/15 | B | 26.48 | Courier/Delivery Service | 514 | 322 | 211627 |
| 1348982 | 09/18/15 | B | 18.48 | Courier/Delivery Service | 514 | 322 | 211627 |
| 1348983 | 09/18/15 | B | 22.86 | Courier/Delivery Service | 514 | 322 | 211627 |
| 1348984 | 09/18/15 | B | 25.63 | Courier/Delivery Service | 514 | 322 | 211627 |
| 1348973 | 09/18/15 | B | 18.48 | Courier/Delivery Service | 514 | 322 | 211627 |
| 1348974 | 09/18/15 | B | 22.86 | Courier/Delivery Service | 514 | 322 | 211627 |
| 1348975 | 09/18/15 | B | 16.09 | Courier/Delivery Service | 514 | 322 | 211627 |
| 1348976 | 09/18/15 | B | 26.70 | Courier/Delivery Service | 514 | 322 | 211627 |
| 1348977 | 09/18/15 | B | 19.26 | Courier/Delivery Service | 514 | 322 | 211627 |
| 1348978 | 09/18/15 | B | 25.63 | Courier/Delivery Service | 514 | 322 | 211627 |
| 1348967 | 09/18/15 | B | 12.52 | Courier/Delivery Service | 514 | 322 | 211627 |
| 1348968 | 09/18/15 | B | 25.63 | Courier/Delivery Service | 514 | 322 | 211627 |
| 1348969 | 09/18/15 | B | 12.52 | Courier/Delivery Service | 514 | 322 | 211627 |
| 1348970 | 09/18/15 | B | 18.48 | Courier/Delivery Service | 514 | 322 | 211627 |
| 1348971 | 09/18/15 | B | 22.86 | Courier/Delivery Service | 514 | 322 | 211627 |
| 1348972 | 09/18/15 | B | 22.83 | Courier/Delivery Service | 514 | 322 | 211627 |
| 1348961 | 09/18/15 | B | 18.48 | Courier/Delivery Service | 514 | 322 | 211627 |
| 1348962 | 09/18/15 | B | 12.52 | Courier/Delivery Service | 514 | 322 | 211627 |
| 1348963 | 09/18/15 | B | 25.63 | Courier/Delivery Service | 514 | 322 | 211627 |
| 1348964 | 09/18/15 | B | 22.83 | Courier/Delivery Service | 514 | 322 | 211627 |
| 1348965 | 09/18/15 | B | 22.36 | Courier/Delivery Service | 514 | 322 | 211627 |
| 1348966 | 09/18/15 | B | 22.86 | Courier/Delivery Service | 514 | 322 | 211627 |
| 1348955 | 09/18/15 | B | 18.48 | Courier/Delivery Service | 514 | 322 | 211627 |
| 1348956 | 09/18/15 | B | 22.83 | Courier/Delivery Service | 514 | 322 | 211627 |
| 1348957 | 09/18/15 | B | 25.63 | Courier/Delivery Service | 514 | 322 | 211627 |
| 1348958 | 09/18/15 | B | 22.83 | Courier/Delivery Service | 514 | 322 | 211627 |
| 1348959 | 09/18/15 | B | 25.63 | Courier/Delivery Service | 514 | 322 | 211627 |
| 1348960 | 09/18/15 | B | 22.83 | Courier/Delivery Service | 514 | 322 | 211627 |
| 1348949 | 09/18/15 | B | 18.48 | Courier/Delivery Service | 514 | 322 | 211627 |
| 1348950 | 09/18/15 | B | 22.83 | Courier/Delivery Service | 514 | 322 | 211627 |
| 1348951 | 09/18/15 | B | 22.83 | Courier/Delivery Service | 514 | 322 | 211627 |

```
Nortel Networks, Inc.                                PRO FORMA  386873        AS OF 09/30/15        INVOICE#  ******
63989-DIP
DATE: 10/19/15 16:24:17


INDEX     DATE      STAT    AMOUNT    DESCRIPTION                                                      CODE    TKPER    VOUCHER
1348952  09/18/15    B        18.48   Courier/Delivery Service                                          514      322     211627
1348953  09/18/15    B        25.52   Courier/Delivery Service                                          514      322     211627
1348954  09/18/15    B        18.48   Courier/Delivery Service                                          514      322     211627
1348943  09/18/15    B        22.86   Courier/Delivery Service                                          514      322     211627
1348944  09/18/15    B        12.52   Courier/Delivery Service                                          514      322     211627
1348945  09/18/15    B        22.83   Courier/Delivery Service                                          514      322     211627
1348946  09/18/15    B        25.52   Courier/Delivery Service                                          514      322     211627
1348947  09/18/15    B        25.63   Courier/Delivery Service                                          514      322     211627
1348948  09/18/15    B        26.70   Courier/Delivery Service                                          514      322     211627
1348937  09/18/15    B        22.10   Courier/Delivery Service                                          514      322     211627
1348938  09/18/15    B        25.63   Courier/Delivery Service                                          514      322     211627
1348939  09/18/15    B        22.83   Courier/Delivery Service                                          514      322     211627
1348940  09/18/15    B        18.48   Courier/Delivery Service                                          514      322     211627
1348941  09/18/15    B        18.48   Courier/Delivery Service                                          514      322     211627
1348942  09/18/15    B        18.48   Courier/Delivery Service                                          514      322     211627
1354996  09/25/15    B        34.50   Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC             514      000     211991
1353227  09/29/15    B         8.22   Courier/Delivery Service                                          514      000     211875
1343016  09/02/15    B        26.73   Computer Research - Westlaw Search Performed by:                  515      961
                                      REMMING,ANDREW
1345188  09/08/15    B        13.37   Computer Research - Westlaw Search Performed by:                  515      961
                                      REMMING,ANDREW
1345190  09/09/15    B       173.75   Computer Research - Westlaw Search Performed by:                  515      961
                                      REMMING,ANDREW
1345189  09/09/15    B       132.17   Computer Research - Westlaw Search Performed by:                  515      000
                                      MINOTT,TAMARA
1350412  09/24/15    B        13.37   Computer Research - Westlaw Search Performed by:                  515      961
                                      REMMING,ANDREW
1354222  09/28/15    B         3.24   Computer Research - Westlaw Search Performed by:                  515      961
1354208  09/28/15    B        67.85   Computer Research - Westlaw Search Performed by: - NORTEL         515      793
1341664  09/02/15    B        17.10   In-House Duplicating                                              519      637
1342191  09/03/15    B        11.40   In-House Duplicating                                              519      684
1342646  09/03/15    B         0.50   In-House Duplicating                                              519      605
1342647  09/04/15    B         0.20   In-House Duplicating                                              519      605
1342648  09/04/15    B         1.00   In-House Duplicating                                              519      594
1343774  09/09/15    B         0.10   In-House Duplicating                                              519      605
1349239  09/23/15    B        45.00   In-House Duplicating                                              519      684
```

Nortel Networks, Inc.  
63989-DIP  
DATE: 10/19/15 16:24:17

PRO FORMA 386873        AS OF 09/30/15        INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---:|---|---|---|---|
| 1350083 | 09/24/15 | B | 0.20 | In-House Duplicating | 519 | 605 | |
| 1350856 | 09/28/15 | B | 6.00 | In-House Duplicating | 519 | 793 | |
| 1350857 | 09/28/15 | B | 8.90 | In-House Duplicating nortel | 519 | 793 | |
| 1350904 | 09/29/15 | B | 0.20 | In-House Duplicating | 519 | 971 | |
| 1350905 | 09/29/15 | B | 2.40 | In-House Duplicating | 519 | 971 | |
| 1351326 | 09/30/15 | B | 9.90 | In-House Duplicating | 519 | 010 | |
| 1351327 | 09/30/15 | B | 19.70 | In-House Duplicating | 519 | 010 | |
| 1352052 | 09/30/15 | B | 20.20 | In-House Duplicating | 519 | 010 | |
| 1352053 | 09/30/15 | B | 0.40 | In-House Duplicating | 519 | 010 | |
| 1352054 | 09/30/15 | B | 110.00 | In-House Duplicating | 519 | 010 | |
| 1345278 | 09/01/15 | B | 4.60 | Postage | 520 | 684 | |
| 1345280 | 09/03/15 | B | 7.36 | Postage | 520 | 684 | |
| 1345282 | 09/03/15 | B | 17.96 | Postage | 520 | 684 | |
| 1348385 | 09/15/15 | B | 6.24 | Postage | 520 | 684 | |
| 1348393 | 09/21/15 | B | 4.26 | Postage | 520 | 684 | |
| 1353682 | 09/22/15 | B | 7.56 | Postage | 520 | 684 | |
| 1353685 | 09/25/15 | B | 3.28 | Postage | 520 | 684 | |
| 1353686 | 09/28/15 | B | 4.92 | Postage | 520 | 684 | |
| 1345270 | 08/24/15 | B | 127.50 | Facsimile - DLS DISCOVERY - FAX BROADCAST - 8/24/15 | 522H | 684 | 211401 |
| 1345804 | 08/26/15 | B | 8.75 | Facsimile - DLS DISCOVERY - FAX BROADCAST - 8/26/15 | 522H | 684 | 211455 |
| 1345808 | 09/03/15 | B | 177.00 | Facsimile - DLS DISCOVERY - FAX BROADCAST - 9/3/15 | 522H | 684 | 211458 |
| 1350017 | 09/18/15 | B | 129.00 | Facsimile - DLS DISCOVERY - FAX BROADCAST - 9/18/15 | 522H | 684 | 211696 |
| 1350014 | 09/21/15 | B | 16.00 | Facsimile - DLS DISCOVERY - FAX BROADCAST - 9/21/15 | 522H | 684 | 211694 |
| 1346192 | 08/31/15 | B | 208.10 | Pacer charges for the month of August | 529 | 000 | |
| 1341682 | 09/02/15 | B | 6.10 | In-House Printing - black & white Call time: 18:38; to | 541 | 322 | |
| 1341683 | 09/02/15 | B | 6.10 | In-House Printing - black & white Call time: 17:06; to | 541 | 322 | |
| 1341666 | 09/02/15 | B | 3.80 | In-House Printing - black & white Call time: 12:46; to | 541 | 684 | |
| 1341667 | 09/02/15 | B | 0.20 | In-House Printing - black & white Call time: 12:46; to | 541 | 684 | |
| 1341668 | 09/02/15 | B | 4.00 | In-House Printing - black & white Call time: 12:47; to | 541 | 684 | |
| 1341669 | 09/02/15 | B | 0.20 | In-House Printing - black & white Call time: 12:47; to | 541 | 684 | |
| 1341670 | 09/02/15 | B | 1.00 | In-House Printing - black & white Call time: 13:49; to | 541 | 684 | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Nortel Networks, Inc. 63989-DIP | | | | PRO FORMA 386873 | AS OF 09/30/15 | | INVOICE# ****** |
| DATE: 10/19/15 16:24:17 | | | | | | | |

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1341679 | 09/02/15 | B | 0.60 | In-House Printing - black & white Call time: 16:28; to | 541 | 684 | |
| 1341680 | 09/02/15 | B | 8.70 | In-House Printing - black & white Call time: 16:06; to | 541 | 684 | |
| 1341681 | 09/02/15 | B | 12.20 | In-House Printing - black & white Call time: 16:10; to | 541 | 684 | |
| 1341671 | 09/02/15 | B | 0.10 | In-House Printing - black & white Call time: 13:49; to | 541 | 684 | |
| 1341672 | 09/02/15 | B | 3.40 | In-House Printing - black & white Call time: 13:49; to | 541 | 684 | |
| 1341673 | 09/02/15 | B | 3.90 | In-House Printing - black & white Call time: 13:47; to | 541 | 684 | |
| 1341674 | 09/02/15 | B | 1.40 | In-House Printing - black & white Call time: 13:48; to | 541 | 684 | |
| 1341678 | 09/02/15 | B | 6.00 | In-House Printing - black & white Call time: 16:28; to | 541 | 684 | |
| 1341665 | 09/02/15 | B | 1.25 | In-House Printing - black & white Call time: 13:29; to | 541 | 961 | |
| 1341677 | 09/02/15 | B | 1.40 | In-House Printing - black & white Call time: 10:09; to | 541 | 961 | |
| 1341675 | 09/02/15 | B | 0.45 | In-House Printing - black & white Call time: 09:27; to | 541 | 637 | |
| 1341676 | 09/02/15 | B | 0.60 | In-House Printing - black & white Call time: 09:27; to | 541 | 637 | |
| 1342649 | 09/04/15 | B | 3.30 | In-House Printing - black & white Call time: 17:51; to | 541 | 961 | |
| 1342650 | 09/04/15 | B | 0.05 | In-House Printing - black & white Call time: 17:51; to | 541 | 961 | |
| 1342651 | 09/04/15 | B | 28.40 | In-House Printing - black & white Call time: 19:15; to | 541 | 605 | |
| 1342652 | 09/04/15 | B | 3.55 | In-House Printing - black & white Call time: 20:24; to | 541 | 605 | |
| 1343219 | 09/08/15 | B | 1.55 | In-House Printing - black & white Call time: 08:57; to | 541 | 971 | |
| 1343215 | 09/08/15 | B | 1.65 | In-House Printing - black & white Call time: 10:28; to | 541 | 221 | |
| 1343216 | 09/08/15 | B | 0.15 | In-House Printing - black & white Call time: 10:28; to | 541 | 221 | |
| 1343217 | 09/08/15 | B | 3.55 | In-House Printing - black & white Call time: 08:31; to | 541 | 961 | |
| 1343218 | 09/08/15 | B | 3.65 | In-House Printing - black & white Call time: 08:39; to | 541 | 961 | |
| 1343220 | 09/08/15 | B | 2.40 | In-House Printing - black & white Call time: 17:14; to | 541 | 961 | |
| 1343221 | 09/08/15 | B | 1.10 | In-House Printing - black & white Call time: 17:50; to | 541 | 961 | |
| 1343775 | 09/09/15 | B | 1.30 | In-House Printing - black & white Call time: 18:34; to | 541 | 971 | |
| 1343776 | 09/09/15 | B | 1.65 | In-House Printing - black & white Call time: 18:37; to | 541 | 971 | |
| 1345496 | 09/14/15 | B | 15.00 | In-House Printing - black & white Call time: 16:55; to | 541 | 605 | |
| 1345495 | 09/14/15 | B | 2.05 | In-House Printing - black & white Call time: 16:28; to | 541 | 684 | |
| 1345820 | 09/15/15 | B | 1.90 | In-House Printing - black & white Call time: 15:51; to | 541 | 684 | |
| 1345821 | 09/15/15 | B | 0.10 | In-House Printing - black & white Call time: 15:51; to | 541 | 684 | |
| 1345822 | 09/15/15 | B | 3.40 | In-House Printing - black & white Call time: 15:50; to | 541 | 684 | |

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1345823 | 09/15/15 | B | 6.70 | In-House Printing - black & white Call time: 15:52; to | 541 | 684 | |
| 1345824 | 09/15/15 | B | 1.60 | In-House Printing - black & white Call time: 15:53; to | 541 | 684 | |
| 1345825 | 09/15/15 | B | 29.20 | In-House Printing - black & white Call time: 15:55; to | 541 | 684 | |
| 1345826 | 09/15/15 | B | 0.20 | In-House Printing - black & white Call time: 15:55; to | 541 | 684 | |
| 1346282 | 09/16/15 | B | 1.10 | In-House Printing - black & white Call time: 18:35; to | 541 | 961 | |
| 1347538 | 09/18/15 | B | 1.00 | In-House Printing - black & white Call time: 11:33; to | 541 | 684 | |
| 1347539 | 09/18/15 | B | 0.10 | In-House Printing - black & white Call time: 11:33; to | 541 | 684 | |
| 1347535 | 09/18/15 | B | 0.95 | In-House Printing - black & white Call time: 20:44; to | 541 | 605 | |
| 1347536 | 09/18/15 | B | 0.25 | In-House Printing - black & white Call time: 20:44; to | 541 | 605 | |
| 1347537 | 09/18/15 | B | 6.75 | In-House Printing - black & white Call time: 20:57; to | 541 | 605 | |
| 1348621 | 09/22/15 | B | 1.95 | In-House Printing - black & white Call time: 15:25; to | 541 | 684 | |
| 1349240 | 09/23/15 | B | 4.30 | In-House Printing - black & white Call time: 09:18; to | 541 | 684 | |
| 1349241 | 09/23/15 | B | 5.85 | In-House Printing - black & white Call time: 10:23; to | 541 | 684 | |
| 1349242 | 09/23/15 | B | 0.05 | In-House Printing - black & white Call time: 10:23; to | 541 | 684 | |
| 1350084 | 09/25/15 | B | 1.20 | In-House Printing - black & white Call time: 11:36; to | 541 | 961 | |
| 1350858 | 09/28/15 | B | 1.45 | In-House Printing - black & white Call time: 18:56; to Nortel | 541 | 793 | |
| 1350586 | 09/28/15 | B | 2.75 | In-House Printing - black & white Call time: 16:48; to | 541 | 684 | |
| 1350587 | 09/28/15 | B | 2.95 | In-House Printing - black & white Call time: 16:49; to | 541 | 684 | |
| 1350588 | 09/28/15 | B | 3.20 | In-House Printing - black & white Call time: 16:50; to | 541 | 684 | |
| 1350589 | 09/28/15 | B | 2.90 | In-House Printing - black & white Call time: 16:51; to | 541 | 684 | |
| 1350590 | 09/28/15 | B | 3.40 | In-House Printing - black & white Call time: 16:51; to | 541 | 684 | |
| 1350582 | 09/28/15 | B | 12.30 | In-House Printing - black & white Call time: 11:59; to | 541 | 684 | |
| 1350583 | 09/28/15 | B | 3.20 | In-House Printing - black & white Call time: 16:44; to | 541 | 684 | |
| 1350584 | 09/28/15 | B | 3.65 | In-House Printing - black & white Call time: 16:45; to | 541 | 684 | |
| 1350585 | 09/28/15 | B | 4.55 | In-House Printing - black & white Call time: 16:48; to | 541 | 684 | |
| 1350906 | 09/29/15 | B | 2.20 | In-House Printing - black & white Call time: 09:24; to | 541 | 684 | |
| 1350907 | 09/29/15 | B | 2.45 | In-House Printing - black & white Call time: 09:24; to | 541 | 684 | |
| 1350908 | 09/29/15 | B | 3.45 | In-House Printing - black & white Call time: 09:25; to | 541 | 684 | |
| 1350909 | 09/29/15 | B | 2.70 | In-House Printing - black & white Call time: 09:27; to | 541 | 684 | |
| 1350910 | 09/29/15 | B | 3.05 | In-House Printing - black & white Call time: 09:08; to | 541 | 684 | |

Nortel Networks, Inc.  PRO FORMA 386873  AS OF 09/30/15  INVOICE# ******
63989-DIP
DATE: 10/19/15 16:24:17

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1350911 | 09/29/15 | B | 3.45 | In-House Printing - black & white Call time: 09:09; to | 541 | 684 | |
| 1350912 | 09/29/15 | B | 3.15 | In-House Printing - black & white Call time: 09:09; to | 541 | 684 | |
| 1350913 | 09/29/15 | B | 3.40 | In-House Printing - black & white Call time: 09:10; to | 541 | 684 | |
| 1350914 | 09/29/15 | B | 2.70 | In-House Printing - black & white Call time: 09:10; to | 541 | 684 | |
| 1350915 | 09/29/15 | B | 2.95 | In-House Printing - black & white Call time: 09:11; to | 541 | 684 | |
| 1350916 | 09/29/15 | B | 3.60 | In-House Printing - black & white Call time: 09:23; to | 541 | 684 | |
| 1350917 | 09/29/15 | B | 0.15 | In-House Printing - black & white Call time: 18:17; to | 541 | 626 | |
| 1350918 | 09/29/15 | B | 1.80 | In-House Printing - black & white Call time: 18:17; to | 541 | 626 | |
| 1350919 | 09/29/15 | B | 1.45 | In-House Printing - black & white Call time: 18:12; to | 541 | 626 | |
| 1350920 | 09/29/15 | B | 1.45 | In-House Printing - black & white Call time: 18:12; to | 541 | 626 | |
| 1350921 | 09/29/15 | B | 1.45 | In-House Printing - black & white Call time: 18:13; to | 541 | 626 | |
| 1350922 | 09/29/15 | B | 1.40 | In-House Printing - black & white Call time: 18:13; to | 541 | 626 | |
| 1350923 | 09/29/15 | B | 1.75 | In-House Printing - black & white Call time: 18:45; to | 541 | 626 | |
| 1350924 | 09/29/15 | B | 1.40 | In-House Printing - black & white Call time: 18:26; to | 541 | 626 | |
| 1351328 | 09/30/15 | B | 0.55 | In-House Printing - black & white Call time: 18:42; to | 541 | 010 | |
| 1352055 | 09/30/15 | B | 0.25 | In-House Printing - black & white Call time: 19:06; to | 541 | 010 | |
| 1352056 | 09/30/15 | B | 0.25 | In-House Printing - black & white Call time: 19:10; to | 541 | 010 | |
| 1352057 | 09/30/15 | B | 0.25 | In-House Printing - black & white Call time: 19:12; to | 541 | 010 | |
| 1349243 | 09/22/15 | B | 2.00 | In-House Printing - color | 542 | 747 | |
| 1349244 | 09/22/15 | B | 0.25 | In-House Printing - color | 542 | 747 | |
| 1350925 | 09/29/15 | B | 0.25 | In-House Printing - color | 542 | 626 | |
| 1350926 | 09/29/15 | B | 0.25 | In-House Printing - color | 542 | 626 | |
| | | | 9,623.78 | | | | |