## EXHIBIT A

## NORTEL NETWORKS INC., *et al*.
## CASE NO. 09-10138 (KG)

Professional Fees and Expenses
Monthly Fee Application

| Applicant & Docket No. | Time Period Covered | Fees & Expenses Requested in Application | Fees & Expenses Allowed/Awarded | Date Application Filed | Objection Deadline |
|---|---|---|---|---|---|
| Ashurst LLP<br><br>[Docket No. 16184] | 8/1/15 - 8/31/15 | £46,053.00 (Fees)<br><br>£237.70 (Expenses) | £36,842.40 (Fees @ 80%)<br><br>£237.70 (Expenses @ 100%) | 9/22/15 | 10/13/15 |