IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X
: 
*In re* : Chapter 11
:
Nortel Networks Inc., *et al.*,[1] : Case No. 09-10138 (KG)
:
                  Debtors. : Jointly Administered
:
: RE: Doc. No. 282
:
---------------------------------------------------------------X

**SIXTH SUPPLEMENTAL DECLARATION OF JAMES J. REGAN IN SUPPORT OF THE APPLICATION OF THE DEBTORS PURSUANT TO 11 U.S.C. § 327(e) TO RETAIN AND EMPLOY CROWELL & MORING LLP AS SPECIAL COUNSEL FOR THE DEBTORS *NUNC PRO TUNC* TO JANUARY 14, 2009**

I, James J. Regan, hereby declare under penalty of perjury:

1. I am an attorney at law admitted to practice before the courts in the District of Columbia and before the U.S. District Court for the District of Columbia and the U.S. Court of Federal Claims. I am a partner of the firm of Crowell & Moring LLP ("Crowell"), which maintains offices for the practice of law at, among other locations, 1001 Pennsylvania Avenue, NW, Washington, D.C. 20004.

2. I submit this declaration (this "Sixth Supplemental Declaration") to further supplement the Application of the Debtors Pursuant to 11 U.S.C. § 327(e) to Retain and Employ Crowell & Moring LLP as Special Counsel for the Debtors *Nunc Pro Tunc* to January 14, 2009 (Doc. No. 282) (the "Application") filed by Nortel Networks Inc. and certain of its affiliates, as

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).

debtors and debtors in possession, (collectively, the "<u>Debtors</u>"), in the above-captioned chapter 11 cases.[2]

3. On March 4, 2009, the Court entered an Order approving the Application and the Debtors' employment of Crowell.

4. This Sixth Supplemental Declaration provides additional disclosures in accordance with the applicable Bankruptcy Rules and the Court's Order.

5. Crowell periodically updates its database for purposes of performing "conflicts checks." As a result of recent updates, in addition to the connections identified in the Initial Affidavit, the First Supplemental Affidavit, the Second Supplemental Affidavit, the Third Supplemental Declaration, the Fourth Supplemental Declaration, and the Fifth Supplemental Declaration, Crowell's search of the database for the entities identified on the Rule 2014(a) list obtained from Debtors' counsel has identified the following entities as current clients on matters wholly unrelated to these chapter 11 proceedings: (a) Hewlett Packard Indigo BV, a subsidiary of Hewlett-Packard Company; (b) SAP Middle East & North Africa LLC, a subsidiary of SAP SE; (c) N-trig Inc., a subsidiary of Microsoft Inc.; (d) Metaswitch Networks Ltd; and (e) Amphenol Corp.

6. Due to the size and diversity of Crowell's practice, Crowell may have advised, represented, provided services for or otherwise dealt with or may now be advising, representing, providing services for or otherwise dealing with certain entities or persons (and their attorneys or accountants or both) who are or may consider themselves to be creditors, equity security holders, or parties interested in these cases. However, while Crowell may

---

[2] Capitalized terms not defined herein shall have the meanings ascribed to them in the Application. By the Application and my declaration, as supplemented, and their contents, Crowell does not waive, and hereby reserves and preserves, any and all rights, remedies, claims, and privileges.

continue to provide advice, representation and services to the Debtors' affiliates during these chapter 11 cases, Crowell is not and will not advise, represent or provide services for any entity other than the Debtors in connection with these chapter 11 cases.

7. All statements made herein are true and correct to the best of our knowledge, information and belief.

8. To the extent that Crowell discovers additional information that it determines should be disclosed, Crowell will file further supplemental disclosures with the Court promptly.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on October 22, 2015
Washington, District of Columbia

_____
James J. Regan

DCACTIVE-32446532.1