# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
:
*In re*  :  Chapter 11
:
Nortel Networks Inc., *et al.*,[1]  :  Case No. 09-10138 (KG)
:
            Debtors.  :  Jointly Administered
:
:
:  **Re: D.I. 16266**
---------------------------------------------------------X

## NOTICE OF SERVICE

       PLEASE TAKE NOTICE that on October 23, 2015, a copy of the **Sixth Supplemental Declaration of James J. Regan in Support of the Application of the Debtors Pursuant to 11 U.S.C. § 327(e) to Retain and Employ Crowell & Moring LLP as Special Counsel for the Debtors *Nunc Pro Tunc* to January 14, 2009** was served in the manner indicated upon the parties identified on the attached service list.

Dated: October 23, 2015         CLEARY GOTTLIEB STEEN & HAMILTON LLP
Wilmington, DE         James L. Bromley (admitted *pro hac vice*)
       Lisa M. Schweitzer (admitted *pro hac vice*)
       One Liberty Plaza
       New York, New York 10006
       Telephone: (212) 225-2000
       Facsimile: (212) 225-3999

       - and –

       MORRIS, NICHOLS, ARSHT & TUNNELL LLP

       */s/ Tamara K. Minott*
       Eric D. Schwartz (No. 3134)
       Derek C. Abbott (No. 3376)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Contact information for the Debtors and their petitions are available at http://epiq11.com/nortel.

2

        Andrew R. Remming (No. 5123)
        Tamara K. Minott (No. 5643)
        1201 North Market Street, 16th Floor
        Wilmington, DE 19899-1347
        Telephone: (302) 658-9200
        Facsimile: (302) 658-3989

        *Counsel for the Debtors and Debtors in Possession*

7641850.24