# UNITED STATES BANKRUPTCY COURT

FOR THE **DISTRICT OF** DELAWARE

In re NORTEL NETWORKS INC. **Case NO.** 09-10138 (KG)
et al.,

**Chapter** 11

*********************************************************************

## CERTIFICATE OF SERVICE

I, Vincent E. Rhynes, hereby certify under penalty of perjury that:

I am over the age of Eighteen years of age and reside in Los Angeles, County, CALIF.

On 10-21-2015, I caused to be served a true and correct Copy of the Disclosure Statement of General Beneficial LP to be Sent by first class mail upon The parties Listed in Exhibit A attach Hereto.

Date: 10-21-2015

Vincent Rhynes (310)329-4254
513 W. 159th Street
Gardena, CALIF. 90047

# EXHIBIT A

**OFFICE OF THE UNITED STATES TRUSTEE**
844 King Street, Suite 2207
Lockbox # 35
Wilmington, DE 19801

**RICHARDS, LAYTON & FINGER, P.A.**
920 N. King Street
One Rodney Square
Wilmington, DE 19801

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**
1201 North Market Street,
P.O. Box 1347
Wilmington, DE 19899-1347