# EXHIBIT B

**COMPENSATION BY PROJECT CATEGORY**
**SEPTEMBER 1, 2015 THROUGH SEPTEMBER 30, 2015**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Akin Gump Fee Applications/Monthly Billing Reports | 2.80 | $1,787.50 |
| Analysis of Other Professionals' Fee Applications/Reports | 0.30 | $375.00 |
| Creditors' Committee Meetings | 24.30 | $21,079.00 |
| Court Hearings | 24.30 | $20,888.50 |
| General Claims Analysis/Claims Objections | 7.60 | $7,885.00 |
| Canadian Proceedings/Matters | 1.60 | $1,862.50 |
| Lift Stay Litigation | 16.60 | $15,711.00 |
| Tax Issues | 4.90 | $3,969.00 |
| Travel | 2.50 | $2,875.00 |
| Intercompany Analysis | 386.10 | $317,224.00 |
| **TOTAL** | **471.00** | **$393,656.50** |



NORTEL NETWORKS INC. CREDITORS COMMITTEE
ATTN: JOHN  DOLITTLE
2221 LAKESIDE BOULEVARD
RICHARDSON, TX  75082

| | |
|---|---|
| Invoice Number | 1625398 |
| Invoice Date | 10/22/15 |
| Client Number | 687147 |
| Matter Number | 0001 |

Re: CHAPTER 11

FOR PROFESSIONAL SERVICES RENDERED THROUGH  09/30/15 :

MATTER SUMMARY OF TIME BILLED BY TASK :

| | | HOURS | VALUE |
|---|---|---|---|
| 0003 | Akin Gump Fee Application/Monthly Billing Reports | 2.80 | $1,787.50 |
| 0004 | Analysis of Other Professionals Fee Applications/Reports | 0.30 | $375.00 |
| 0007 | Creditors Committee Meetings | 24.30 | $21,079.00 |
| 0008 | Court Hearings | 24.30 | $20,888.50 |
| 0012 | General Claims Analysis/Claims Objections | 7.60 | $7,885.00 |
| 0014 | Canadian Proceedings/Matters | 1.60 | $1,862.50 |
| 0016 | Lift Stay Litigation | 16.60 | $15,711.00 |
| 0018 | Tax Issues | 4.90 | $3,969.00 |
| 0025 | Travel | 2.50 | $2,875.00 |
| 0029 | Intercompany Analysis | 386.10 | $317,224.00 |
| | TOTAL | 471.00 | $393,656.50 |

| Date | Tkpr | Task | | Hours |
|------|------|------|------|-------|
| 09/08/15 | FSH | 0003 | Review August time and disbursements (.2) and confer with M. Fagen re same (.1). | 0.30 |
| 09/08/15 | MCF | 0003 | Assemble fee and expense spreadsheets for fee examiner (.1); begin review of August prebill (.1); confer with F. Hodara re same (.1). | 0.30 |
| 09/09/15 | MCF | 0003 | Review and edit August prebill re confidentiality and privilege. | 1.50 |
| 09/15/15 | MCF | 0003 | Review August prebill re confidentiality and privilege. | 0.70 |
| 09/08/15 | FSH | 0004 | Examine fee applications. | 0.30 |
| 09/02/15 | FSH | 0007 | Review Committee call agenda (.1) and communications with D. Botter, A. Qureshi, M. Fagen, B. Kahn re same and re meeting (.3). | 0.40 |
| 09/02/15 | MCF | 0007 | Draft agenda for Committee call (.2); emails with B. Kahn (.1) and team (.1) re same; review presentation for Committee (.3) and minutes (.2) and email Committee re same (.2). | 1.10 |
| 09/03/15 | FSH | 0007 | Participate in Committee call. | 0.50 |
| 09/03/15 | RAJ | 0007 | Participate in Committee call. | 0.50 |
| 09/03/15 | DHB | 0007 | Prepare for Committee call (.4); attend same (.5). | 0.90 |
| 09/03/15 | BMK | 0007 | Prepare for committee call (0.2); attend committee call (0.5). | 0.70 |
| 09/03/15 | MCF | 0007 | Prepare for (.1); and participate in (.5) Committee call. | 0.60 |
| 09/09/15 | FSH | 0007 | Examine draft Committee call agenda (.1). Communications with M. Fagen, B. Kahn, D. Botter re same and presentations (.1). | 0.20 |
| 09/09/15 | MCF | 0007 | Draft agenda for Committee call (.2); emails re same (.1); draft minutes (.1) and circulate to Committee (.2); prepare for Committee call (.2). | 0.80 |
| 09/10/15 | FSH | 0007 | Prepare for Committee presentation (.2). Attend Committee call (.9). | 1.10 |
| 09/10/15 | RAJ | 0007 | Attend Committee call. | 0.90 |
| 09/10/15 | DHB | 0007 | Prepare for Committee call (.3); attend same (.9). | 1.20 |
| 09/10/15 | BMK | 0007 | Attend committee call. | 0.90 |
| 09/10/15 | MCF | 0007 | Prepare for (.1) and participate in (.9) Committee call. | 1.00 |
| 09/10/15 | AME | 0007 | Attend Committee Telephone call (.9); prep for same (.1). | 1.00 |
| 09/16/15 | MCF | 0007 | Draft agenda for Committee call (.2) and minutes re same (.1); send same to Committee (.2). | 0.50 |
| 09/17/15 | FSH | 0007 | Outline presentation for Committee (.2). Attend Committee meeting (.5). Communications with A. Qureshi re meeting (.1). | 0.80 |
| 09/17/15 | AQ | 0007 | Confer with F. Hodara re committee call (.1) and emails re same (.1). | 0.20 |
| 09/17/15 | DHB | 0007 | Preparation for Committee call (.5); attend Committee call (.5). | 1.00 |
| 09/17/15 | BMK | 0007 | Attend Committee Call (partial). | 0.40 |
| 09/17/15 | MCF | 0007 | Participate in Committee Call. | 0.50 |
| 09/17/15 | YKL | 0007 | Participate in Committee Call. | 0.50 |
| 09/17/15 | AME | 0007 | Attend Committee Call. | 0.50 |
| 09/21/15 | FSH | 0007 | Communications with Committee members re Committee meetings. | 0.20 |
| 09/21/15 | MCF | 0007 | Emails with Committee re in-person committee meeting (.2); coordinate re space for same (.2). | 0.40 |
| 09/22/15 | FSH | 0007 | Confer with M. Fagen re Committee meeting. | 0.20 |
| 09/22/15 | MCF | 0007 | Draft Committee call agenda (.2); emails re same (.3); email re scheduling committee meetings (.2); confer with F. Hodara re same (.2). | 0.90 |
| 09/23/15 | FSH | 0007 | Finalize agenda for Committee call. | 0.10 |
| 09/23/15 | MCF | 0007 | Prepare for Committee call (.2); send email re same to Committee (.2). | 0.40 |
| 09/24/15 | FSH | 0007 | Communications with M. Fagen and B. Kahn to prepare for Committee meeting (.2). Prepare presentation for same (.1). Participate in Committee call (.7). | 1.00 |
| 09/24/15 | RAJ | 0007 | Committee call (.7); post-call discussion with D. Botter and BRG (partial) (.2). | 0.90 |
| 09/24/15 | DHB | 0007 | Prepare for Committee call (.1); attend same (.7); follow-up with professionals re same and briefing issues (.3). | 1.10 |
| 09/24/15 | BMK | 0007 | Prepare for committee call (0.2); attend same (0.7) | 0.90 |
| 09/24/15 | MCF | 0007 | Participate in Committee call. | 0.70 |
| 09/24/15 | AME | 0007 | Attend Committee call. | 0.70 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE
Bill Number: 1625398

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| 09/30/15 | FSH | 0007 | Review draft Committee call agenda (.2) and communications with A. Qureshi, D. Botter, M Fagen, B. Kahn re same (.1). | 0.30 |
| 09/30/15 | DHB | 0007 | Review Committee call agenda. | 0.10 |
| 09/30/15 | BMK | 0007 | Review draft Committee call agenda (.1); emails re: same (.1) | 0.20 |
| 09/01/15 | SAD | 0008 | Review docket for updates; pull substantive pleadings; send to M. Fagen. | 0.10 |
| 09/02/15 | DHB | 0008 | Prepare for mediation hearing, including review of precedent mediation orders and mediation proceedings (1.5); conference call with U.S. interests re same (.5); emails re same (.4); attend mediation hearing (3.4); extensive email correspondence with team re outcome (.5); emails re mediator and next steps (.2). | 6.50 |
| 09/02/15 | MCF | 0008 | Create hearing binder for D. Botter (.3); emails re same (.2). | 0.50 |
| 09/02/15 | SAD | 0008 | Review docket for updates (.1); pull substantive pleadings and send to M. Fagen (.1). | 0.20 |
| 09/03/15 | SAD | 0008 | Review docket for updates; pull substantive pleadings; send to M. Fagen. | 0.10 |
| 09/04/15 | SAD | 0008 | Review docket for updates (.1); pull substantive pleadings and send to M. Fagen (.1). | 0.20 |
| 09/07/15 | MCF | 0008 | Prepare materials for hearing for D. Botter (.8) and emails with team re same (.3). | 1.10 |
| 09/08/15 | FSH | 0008 | Attend portion of SNMP hearing by telephone (.3). Follow up re same (.1). | 1.40 |
| 09/08/15 | DHB | 0008 | Continue prep for hearing and argument (2.5); attend same (2.8). | 5.30 |
| 09/08/15 | BMK | 0008 | Telephonic attendance at hearing re: EMEA motion to enforce stay (partial) | 2.00 |
| 09/08/15 | MCF | 0008 | Prepare for (.2) and participate in (2.6) (partialhearing on EMEA motion to enforce automatic stay. | 2.80 |
| 09/08/15 | AME | 0008 | Attend court hearing re: SNMP litigation (partial; by phone) (1.3) | 1.30 |
| 09/08/15 | SAD | 0008 | Review docket for updates (.1); pull substantive pleadings and send to M. Fagen (.1). | 0.20 |
| 09/09/15 | SAD | 0008 | Review docket for updates; pull substantive pleadings; send to M. Fagen. | 0.10 |
| 09/10/15 | SAD | 0008 | Review docket for updates (.1); pull substantive pleadings and send to M. Fagen (.1). | 0.20 |
| 09/11/15 | SAD | 0008 | Review docket for updates (.1); pull substantive pleadings and send to M. Fagen (.1). | 0.20 |
| 09/14/15 | SAD | 0008 | Review docket for updates; pull substantive pleadings; send to M. Fagen. | 0.10 |
| 09/15/15 | SAD | 0008 | Review docket for updates (.1); pull substantive pleadings and send to M. Fagen (.1). | 0.20 |
| 09/16/15 | SAD | 0008 | Review docket for updates (.1); pull substantive pleadings and send to M. Fagen (.1). | 0.20 |
| 09/17/15 | SAD | 0008 | Review docket for updates; pull substantive pleadings; send to M. Fagen. | 0.10 |
| 09/18/15 | FSH | 0008 | Examine court agenda and communications with RAJ re same. | 0.10 |
| 09/18/15 | SAD | 0008 | Review docket for updates (.1); pull substantive pleadings and send to M. Fagen (.1). | 0.20 |
| 09/21/15 | MCF | 0008 | Emails re next day hearing (.1) and cancellation of same (.1). | 0.20 |
| 09/21/15 | SAD | 0008 | Review docket for updates (.1); pull substantive pleadings and send to M. Fagen (.1). | 0.20 |
| 09/22/15 | SAD | 0008 | Review docket for updates; pull substantive pleadings; send to M. Fagen. | 0.10 |
| 09/23/15 | SAD | 0008 | Review docket for updates; pull substantive pleadings; send to M. Fagen. | 0.10 |
| 09/25/15 | SAD | 0008 | Review docket for updates (.1); pull substantive pleadings (.1) and send to M. Fagen (.1). | 0.30 |
| 09/28/15 | SAD | 0008 | Review docket for updates; send to M. Fagen. | 0.10 |

| Date | Tkpr | Task | | Hours |
|------|------|------|---|-------|
| 09/29/15 | SAD | 0008 | Review docket for updates; pull substantive pleadings; send to M. Fagen. | 0.10 |
| 09/30/15 | SAD | 0008 | Review docket for updates; pull substantive pleadings; send to M. Fagen. | 0.10 |
| 09/01/15 | FSH | 0012 | Communications with Committee professionals re claims process. | 0.10 |
| 09/04/15 | FSH | 0012 | Communications with D. Botter, J. Hyland, B. Kahn re claims analysis (.3); Analyze issues re claims and Ashursts recommendation (.2). Compose response re same (.2). Review Ashursts analysis and related memos re same (.3). | 1.00 |
| 09/07/15 | FSH | 0012 | Communications with Ashursts, D. Botter, RAJ re SNMP claims issues. | 0.50 |
| 09/10/15 | FSH | 0012 | Examine claims resolutions (.1). Analyze claim and communications with Cleary re same (.4). | 0.50 |
| 09/10/15 | BMK | 0012 | Review claims settlement issues | 0.80 |
| 09/10/15 | MCF | 0012 | Review letters re SNMP adversary schedule (.3); review District Court decision denying motion to withdraw reference (.2); email to FR team re same (.2). | 0.70 |
| 09/11/15 | MCF | 0012 | Email D. Botter and team re status of appeal of claims objection (.2); review decision re same (.1). | 0.30 |
| 09/14/15 | FSH | 0012 | Analyze claims issue and communications with BRG, D. Botter re same. | 0.20 |
| 09/18/15 | RAJ | 0012 | Review issues re SNMP claims litigation. | 0.50 |
| 09/21/15 | FSH | 0012 | Review communications and materials re SNMP litigation. | 0.20 |
| 09/21/15 | RAJ | 0012 | Analyze issues re SNMP claims litigation (1.2); emails with Canadian counsel re SNMP claims litigation in Canada (.2, .1). | 1.50 |
| 09/25/15 | FSH | 0012 | Communications with BRG, D. Botter re claims data (.1). Analyze same (.2). | 0.30 |
| 09/29/15 | FSH | 0012 | Review BRG claims analysis and related claims info (.3). Communications with B. Kahn and D. Botter re Claims issue (.1). | 0.40 |
| 09/30/15 | FSH | 0012 | Communications with Cleary, BRG, D. Botter re claims info (.3). Numerous additional communications re confidentiality (.3). | 0.60 |
| 09/04/15 | FSH | 0014 | Examine Goodmans letter re claims (.2) and analyze issues therein (.2). | 0.40 |
| 09/22/15 | FSH | 0014 | Communications with parties re Canadian court matters and pleadings. | 0.20 |
| 09/23/15 | FSH | 0014 | Review Cassels email re monitor report and review aspects of report (.4). Communications re same (.1). | 0.50 |
| 09/23/15 | RAJ | 0014 | Review email summary and Canadian motion record re motion to extend stay and for related relief re claims. | 0.50 |
| 09/02/15 | DHB | 0016 | Email communications re EMEA stay motion (.1); begin review of same (.3). | 0.40 |
| 09/02/15 | BMK | 0016 | Review EMEA reply re: motion to enforce stay | 0.90 |
| 09/04/15 | FSH | 0016 | Review and analyze JA's argument re SNMP and jurisdiction and communications with Ashursts and D. Botter re same (.5). Review Cleary brief (.3). Review SNMP Response (.1). Communications with D. Botter, Ashursts re same and re hearing (.2). | 1.10 |
| 09/05/15 | RAJ | 0016 | Emails re EMEA motion to stay impleader in SNMP adversary proceeding (.2, .1); analyze issues in EMEA reply brief and develop rebuttal points (1.5). | 1.80 |
| 09/05/15 | DHB | 0016 | Email communications re EMEA JA motion and UK law issues raised thereby (.4); consider same (.3); start review of all pleadings for hearing (2.5). | 3.20 |
| 09/05/15 | AME | 0016 | Attention to correspondence re: SNMP stay litigation. | 0.30 |
| 09/07/15 | DHB | 0016 | Continue preparation for EMEA JA hearing. | 1.50 |
| 09/09/15 | RAJ | 0016 | Review reports re EMEA stay motion in SNMP litigation (.3); emails re same (.1). | 0.40 |
| 09/15/15 | FSH | 0016 | Examine SNMP order and decision. | 0.30 |
| 09/15/15 | MCF | 0016 | Review decision re lift stay motion (.3) and email team re same (.2); draft summary of same (1.2). | 1.70 |
| 09/16/15 | FSH | 0016 | Communications with RAJ, M. Fagen, Cleary re SNMP interpleader action and issues. | 0.20 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE
Bill Number: 1625398

| Date | Tkpr | Task | | Hours |
|------|------|------|---|-------|
| 09/16/15 | RAJ | 0016 | Review decision re EMEA motion to enforce stay re SNMP litigation (.5); emails re same (.2). | 0.70 |
| 09/16/15 | DHB | 0016 | Review and revise memo re SNMP order (.6); office conference with M. Fagen re changes thereto (.1); emails with US Debtors re next steps re same (.2). | 0.90 |
| 09/16/15 | MCF | 0016 | Drafting summary of decision on stay enforcement motion (1.9) and communications with D. Botter re same (.2); communications with Cleary re hearing on motion (.2). | 2.30 |
| 09/21/15 | RAJ | 0016 | Review briefs re motion to file third-party complaint against EMEA regarding SNMP litigation (.6); emails with US Debtors re SNMP third-party litigation (.2, .1). | 0.90 |
| 09/18/15 | KMR | 0018 | Continued work in connection with tax analysis. | 1.40 |
| 09/20/15 | KMR | 0018 | Continued review of tax issues. | 0.80 |
| 09/21/15 | KMR | 0018 | Continued review of tax issues. | 1.20 |
| 09/28/15 | KMR | 0018 | Continued review of case tax issues (1.2) and discussions with J. Hyland re: same (.3). | 1.50 |
| 09/02/15 | DHB | 0025 | Non-working travel to and from Delaware. (actual time - 2.5) | 1.25 |
| 09/08/15 | DHB | 0025 | Travel to and from Wilmington. (actual time - 2.5) | 1.25 |
| 09/01/15 | FSH | 0029 | Further analysis of Monitor's mediation proposal (.2). Communications with D. Botter re same (.1). Telephone call with US interests (.8). Meet and confer with all parties (.8). Numerous communications with parties, A. Qureshi, D. Botter re mediation (.9). | 2.80 |
| 09/01/15 | RAJ | 0029 | Analyze and comment on draft appellate outline (.8); multiple emails with Akin team re same (.3, .2); emails re mediation process with magistrate judge (.2, .1). | 1.60 |
| 09/01/15 | AQ | 0029 | Confer with team and emails re mediation (.3). Team meeting regarding appellate brief outline with D. Botter, C. Doniak, B. Kahn, M. Fagen, A. Evans and N. Stabile (2.0). Calls with Cleary and Milbank regarding mediation (1.2). Meet and confer call with all parties regarding mediation (.9). Review and edit draft allocation appellate brief outline(.4). Review revised mediation protocol (.2). | 5.00 |
| 09/01/15 | DHB | 0029 | Email communications re mediation issues (.1); prepare for next meet and confer (.3); call with U.S. interests re same (.9); meet and confer with all parties re same (.8); extensive follow-up re same with U.S. parties and team (.2); review confidentiality orders in mediations (.5); review revised draft of mediation order (.4); extensive emails re potential mediators (.2) (.1); team meeting on appellate brief (2.0); begin review of draft of appeal outline (.4). | 5.90 |
| 09/01/15 | CDD | 0029 | Attend team meeting with A. Qureshi, A. Evans, B. Kahn, D. Botter, M. Fagen and N. Stabile re appeal brief (2.0); emails re same (.1). | 2.10 |
| 09/01/15 | BMK | 0029 | Review and analysis of appeal issues (0.8); attend team meeting re: appeal briefing (2.0); follow up review of draft outline (0.8) | 3.60 |
| 09/01/15 | MCF | 0029 | Meeting with team re allocation appeal briefing. | 2.00 |
| 09/01/15 | AME | 0029 | Review and revise draft outline of appellate brief, correspond with R. Johnson re: same (.4); team meeting with A. Qureshi, D. Botter, B. Kahn, N. Stabile, M. Fagen, C. Doniak re: appellate brief drafting and planning (2.0); Review and revise draft outline of appellate brief (1.7); communications with B. Kahn and N. Stabile re: same (.3); draft appeals planning task list (1.0); correspond with R. Johnson re: meeting about appellate brief (.3) | 5.70 |
| 09/01/15 | NPS | 0029 | Meeting with A. Qureshi, D. Botter, B. Kahn and others re: appeals strategy (2.0); revise appellate brief outline (1.1) and communication with A. Evans and B. Kahn re: same (.3). | 3.40 |
| 09/02/15 | FSH | 0029 | Communications with Committee, A. Qureshi, D. Botter, B. Kahn re mediation issues (.5). Communications with B. Kahn re brief issues (.1). Examine proposal from party (.1). Numerous communications with US interests in preparation for and during session with Magistrate Judge | 2.20 |

| Date | Tkpr | Task | | Hours |
|------|------|------|---|-------|
| | | | Thynge (.4). Review revised proposal and communications re same (.5). Numerous communications re next step in mediation (.5). Examine appeal schedule issues (.1). | |
| 09/02/15 | RAJ | 0029 | Emails with Akin team re appellate process and next steps (.2, .1); analyze revised draft appellate outline (.4); analyze issues re statement of issues in cross-appeals and designation of record (.6). | 1.30 |
| 09/02/15 | AQ | 0029 | Emails re mediation (.2).  Emails re appellate briefing schedule (.3). Review and analyze information re retired Judge Farnan (.3).  Edit revised appellate brief outline (.4). | 1.20 |
| 09/02/15 | DHB | 0029 | Email communications with U.S. interests re briefing schedule and consider issues arising therefrom. | 0.50 |
| 09/02/15 | BMK | 0029 | Emails re: mediation conference and proposals (0.6); further work on appellate outline (1.2); further emails re: mediation issues (0.4); analysis of appeals issues (0.5) | 2.70 |
| 09/02/15 | AME | 0029 | Correspond with R. Johnson re: appellate brief, counter-designations of the record (.5); correspond with Milbank and Cleary re: counterdesignations (.3), and call re: same (.3); review summary of mediation status conference (.2); attention to correspondence re: mediation status conference and follow-up items (.5); review designations of record on cross-appeal (.4). | 2.20 |
| 09/02/15 | NPS | 0029 | Revise appellate outline (2.2); team meeting re: same (1.9). | 4.10 |
| 09/03/15 | FSH | 0029 | Participate in all-parties call re mediation and appeal (.4). Review proposals (.2). Communications with Cassels re allocation order (.1). | 0.70 |
| 09/03/15 | RAJ | 0029 | Multiple emails re appellate issues and briefing schedule (.5, .3); review proposals for mediation and comments thereto (.4, .2); emails re mediation issues (.2). | 1.60 |
| 09/03/15 | AQ | 0029 | Review and analyze revised mediation order (.2) and emails regarding same (.1).  Telephone call with all parties regarding mediation and appeal scheduling (.4). | 0.70 |
| 09/03/15 | DHB | 0029 | Review multiple drafts of mediation order and communications re same (.5) (.2) (.2); confi language (.1); email communications and consider briefing schedule (.4) (.1). | 1.50 |
| 09/03/15 | BMK | 0029 | Review of issues re: allocation appeal schedule and related items | 0.80 |
| 09/03/15 | KMR | 0029 | Update on status of the allocation case. | 0.50 |
| 09/03/15 | AME | 0029 | Telephone call re: US allocation appeal briefing schedule (.4), attention to correspondence re: same (.1) | 0.50 |
| 09/04/15 | FSH | 0029 | Analyze issues re allocation appeal briefing schedule (.2). Analyze issues re mediation protocol (.3). Communications with working group re mediation (.4). Review comments to protocol (.1). Review issues re appeal (.2). | 1.20 |
| 09/04/15 | RAJ | 0029 | Emails re allocation appellate strategy and next steps. | 0.50 |
| 09/04/15 | DHB | 0029 | Review and comment on changes to allocation mediation procedures (.3) (.4) (.2); extensive email correspondence re same (.6); briefing schedule (.2). | 1.70 |
| 09/04/15 | MCF | 0029 | Emails re allocation mediation. | 0.60 |
| 09/04/15 | AME | 0029 | Attention to correspondence re: US appeal, re: SNMP litigation. | 0.50 |
| 09/05/15 | RAJ | 0029 | Analyze terms of final statement of mediation conditions (.2); emails re same (.1). | 0.30 |
| 09/06/15 | NPS | 0029 | Revise allocation appellate outline. | 3.80 |
| 09/07/15 | FSH | 0029 | Analyze allocation-related info from Ashursts (.1). Review D. Abbott letter (.1). | 0.20 |
| 09/07/15 | RAJ | 0029 | Emails re record on appeal and appellate procedural issues. | 0.30 |
| 09/07/15 | AME | 0029 | Correspond with R. Johnson re: record on appeal (.2); review same (.3). | 0.50 |
| 09/08/15 | FSH | 0029 | Review allocation appellate brief outline and analyze issues for same (.6). Examine corr. re briefing schedule (.1). Review further materials re appeal (.3). Communications with Cleary re same (.1). Confer with A. Qureshi re brief (.3). Confer with B. Kahn re same. | 1.40 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE
Bill Number: 1625398

| Date | Tkpr | Task | | Hours |
|------|------|------|------|-------|
| 09/08/15 | AQ | 0029 | Confer with F. Hodara re appeal brief outline (.2).  Emails re appellate schedule (.2). | 0.40 |
| 09/08/15 | DHB | 0029 | Email communications re mediation issues and schedule. | 0.20 |
| 09/08/15 | JYY | 0029 | Reviewing correspondence regarding mediation protocol. | 0.20 |
| 09/08/15 | AME | 0029 | Review draft outline of appellate brief (.6), and correspond with N. Stabile re: same (.2); attention to correspondence re: appeals planning (.2) | 1.00 |
| 09/09/15 | FSH | 0029 | Review materials for meeting re allocation appeal (.3). Attend same with A. Qureshi, D. Botter, C. Doniak, M. Fagen, A. Evans and N. Stabile (1.0). Confer with C. Kearns re mediation and related issues (.3). Examine appellate schedule positions (.2). Communications with Debtor, A. Qureshi, D. Botter re mediation (.2). Analyze mediation and appeal issues (.4). Telephone call with US interests re same (.6). Research re appellate issues (.4). Examine edits to proposed allocation order (.1). | 3.50 |
| 09/09/15 | RAJ | 0029 | Multiple emails re counter-designations of the record on appeal (.4, .2). | 0.60 |
| 09/09/15 | AQ | 0029 | Emails re appeal issues (.2).  Team meeting re appellate brief outline (1.0).  Telephone call with Cleary and Milbank re appellate issues (.3). | 1.50 |
| 09/09/15 | DHB | 0029 | Review and revisions to allocation brief outline (1.2); meet with team re same (1.0); emails re briefing and mediation schedule (.1) (.1); conference call with U.S. Interests re same (.4); review draft email back to appellees re schedule and email communications with team re same (.4). | 3.20 |
| 09/09/15 | CDD | 0029 | Attend team strategy meeting re appeal (1.0); prep for same (.1). | 1.10 |
| 09/09/15 | BMK | 0029 | Attend allocation call with Cleary, Milbank, Akin teams re: briefing and mediation schedule (0.5); emails re: same (0.6) | 1.10 |
| 09/09/15 | JYY | 0029 | Correspond with A. Evans regarding appeal items (.2); review correspondence regarding mediation and appeals (.4). | 0.60 |
| 09/09/15 | MCF | 0029 | Meeting with team re allocation appeal briefing. | 1.00 |
| 09/09/15 | AME | 0029 | Review appellant designations of the record on appeal (2.0), call with Cleary and Milbank re: same and counterdesignations (.5), correspond with R. Johnson re: same (.3); meet with F. Hodara, A. Qureshi, D. Botter, C. Doniak, N. Stabile, M. Fagen re: appellate briefing and planning (1.0), correspond with R. Johnson re: same (.2), correspond with J. Yecies re: same (.3), correspond with B. Kahn re: same (.1); confer with N. Stabile re: team meeting (.2) | 4.60 |
| 09/09/15 | NPS | 0029 | Meeting re: appeal (1.0); revise outline (0.1). | 1.10 |
| 09/10/15 | FSH | 0029 | Examine draft allocation appeal scheduling proposal (.1). Communications with A. Qureshi and D. Botter re same (.1). Communications with Cleary and Milbank re same (.1). Analyze mediation issues (.6). Communications among parties re briefing schedule (.2). Communications with parties re next steps (.3). Communications with BRG, D. Botter, A. Qureshi re mediation (.3). Confer with C. Kearns, Cassels re mediation issues (.4). | 2.10 |
| 09/10/15 | RAJ | 0029 | Emails re allocation mediation and briefing schedule. | 0.40 |
| 09/10/15 | DHB | 0029 | Further emails re allocation appeal schedule response (.2); consider same and next steps (.1); email communications re allocation scenarios (.2). | 0.50 |
| 09/10/15 | BMK | 0029 | Research re: allocation appellate brief issues (1.3); work on outline (0.8) | 2.10 |
| 09/10/15 | KMR | 0029 | Update on status of the allocation case. | 0.70 |
| 09/10/15 | MCF | 0029 | Review allocation update email. | 0.20 |
| 09/10/15 | AME | 0029 | Attention to correspondence re: appeal schedule (.6); correspond with J. Yecies re: status update, appeals planning (.6); correspondence with B. Kahn, N. Stabile re: appeal brief (.4). | 1.60 |
| 09/10/15 | NPS | 0029 | Revise appellate outline (1.6); communication with B. Kahn re: same (0.4). | 2.00 |
| 09/11/15 | FSH | 0029 | Communications with A. Qureshi and D. Botter re appellate issues (.2). | 2.80 |

| Date | Tkpr | Task | | Hours |
|------|------|------|------|-------|
| | | | Participate in all-hands call re same (.8). Follow-up call with Cleary, D. Botter re same and further discussion with Cleary (.5). Analyze issues (.2). Telephone call with A. Qureshi re foregoing issues (.2). Correspond with A. Evans re outline (.2) and further communications re same (.2). Work on same (.5). | |
| 09/11/15 | AQ | 0029 | Emails with team regarding appellate procedure issues (.2).  Telephone call with Cleary and Milbank re appeal (.5).  Confer with F. Hodara re appeal strategy (.2). | 0.90 |
| 09/11/15 | DHB | 0029 | Email communications re briefing issues and discussions and consider same (.2); follow-up re same (.5); draft detailed memo to Committee re same (.6) and follow-on emails (.2). | 2.30 |
| 09/11/15 | JYY | 0029 | Reviewing draft allocation appeal outline from N. Stabile (.7); providing edits and comments to same (.5); reviewing correspondence from team regarding appeal (.2). | 1.40 |
| 09/11/15 | AME | 0029 | Attend all-counsel call re: appeal planning/scheduling (.8), attention to correspondence re: same (.2); review and revise draft outline of appellate brief (.6) and correspond with B. Kahn, J. Yecies, N. Stabile re: same (.2); confer with F. Hodara re: revised outline of brief (.4) and correspond with F. Hodara, B. Kahn, N. Stabile re: same (.4); review cross-appellants' designations of the record on appeal (.7) and correspond with R. Johnson re: same (.3). | 3.60 |
| 09/11/15 | NPS | 0029 | Communication with A. Evans re: appellate outline (0.9); communication with F. Hodara, D. Botter and others re: same (0.6). | 1.50 |
| 09/12/15 | FSH | 0029 | Communications with EY, BRG, D. Botter re allocation analyses, next steps. | 0.40 |
| 09/12/15 | BMK | 0029 | Review and edit allocation appeal brief outline. | 2.10 |
| 09/12/15 | JYY | 0029 | Reviewing updated appeal outline from B. Kahn. | 0.40 |
| 09/14/15 | RAJ | 0029 | Review and comment on draft appellate outline. | 0.40 |
| 09/14/15 | AQ | 0029 | Review and edit appeal brief outline. | 0.60 |
| 09/14/15 | DHB | 0029 | Consider emails and next steps re estate communications re allocation issues. | 0.20 |
| 09/14/15 | BMK | 0029 | Analysis of appeal brief issues | 1.30 |
| 09/14/15 | YKL | 0029 | Telephone call with N. Stabile and A. Evans re allocation appeal briefing (.9); correspondence re same (.2); read background materials in preparation for allocation appeal briefing (2.4). | 3.30 |
| 09/14/15 | AME | 0029 | Correspond with B. Kahn re: allocation appellate brief planning (.4); email N. Stabile re: appellate brief planning (.4); call with N. Stabile and K. Lee re: case background, appeals planning (.9), correspondence and attention to documents re: same (.8); correspond with Cleary and Milbank re: counter-designations (.7). | 3.20 |
| 09/14/15 | NPS | 0029 | Telephone call with A. Evans and K. Lee re: case background. | 0.90 |
| 09/14/15 | PAS | 0029 | Review draft outline for opening appeal brief from A. Qureshi. | 0.30 |
| 09/15/15 | FSH | 0029 | Communications with C. Kearns re allocation next steps (.1). Communications with BRG, D. Botter, B. Kahn re same (.3). TC JA re pending issues (.4). Memo to working group re same (.3). Research re pending allocation issues (.4). Examine comments to outline (.3). Analyze issues and next steps (.3). | 2.10 |
| 09/15/15 | RAJ | 0029 | Emails re record on allocation appeal (.2, 1); draft language for reservation of rights (.2). | 0.50 |
| 09/15/15 | AQ | 0029 | Emails re allocation and mediation. | 0.20 |
| 09/15/15 | DHB | 0029 | Emails re estate allocation discussions (.2); call re same with BRG team (.5). | 0.70 |
| 09/15/15 | BMK | 0029 | Prepare for appellate team meeting (0.3) and call with K. Lee re same (.3); attend same (1.0); analysis of appellate brief issues (0.7) | 2.30 |
| 09/15/15 | YKL | 0029 | Telephone call with B. Kahn re briefing of allocation appeal (.3); review outline re same (.5). | 0.80 |
| 09/15/15 | AME | 0029 | Correspond with Cleary and Milbank re: counter-designations (.4), | 2.00 |

| Date | Tkpr | Task | | Hours |
|------|------|------|--|-------|
| | | | correspond with R. Johnson and B. Kahn re: same (.8); review and revise draft language for counter-designations (.3); correspondence with N. Stabile re: weekly appeals planning meeting (.2) and attention to same (.3). | |
| 09/16/15 | FSH | 0029 | Communications with RAJ, A. Qureshi re cross-designation of record, related matters (.4). Communications with D. Botter re next steps (.1). Meet with litigation group re appeal brief and process (.8). Emails with B. Kahn, D. Botter, M. Fagen re concepts (.3). Further communications re meeting on concepts (.3). | 1.90 |
| 09/16/15 | RAJ | 0029 | Multiple emails re record on appeal and counter-designations (.3, .2, .2). | 0.70 |
| 09/16/15 | AQ | 0029 | Team meeting re appellate brief and related research issues (.8). Emails re counter designations and confer with B. Kahn re same (.2). | 1.00 |
| 09/16/15 | DHB | 0029 | Continue review of appellate outline and changes thereto (.8); call with A. LeBlanc re upcoming mediation (.3); email to team re same (.2); meet with team re appellate outline (.8); emails re next steps (.2) and information for meetings (.2). | 2.50 |
| 09/16/15 | CDD | 0029 | Attend team strategy meeting re appeal (partial). | 0.70 |
| 09/16/15 | BMK | 0029 | Work on allocation appellate brief issues and research re: same (1.8); team meeting re same (.8). | 2.60 |
| 09/16/15 | JYY | 0029 | Reviewing team correspondence regarding appeal outline. | 0.20 |
| 09/16/15 | MCF | 0029 | Prepare for (1.3) and participate in (.8) allocation meeting. | 2.10 |
| 09/16/15 | YKL | 0029 | Participate telephonically in internal strategy meeting re briefing of allocation appeal (.8); review task list in preparation for same (.2); review revised outline for briefing (.2); research bankruptcy legal issues in preparation for briefing allocation appeal (2.1). | 3.30 |
| 09/16/15 | AME | 0029 | Correspond with FR team re: appellate brief outline and meeting re: same (.6), correspond with N. Stabile re: same (.4); revise allocation appeal task list (.4); review trial materials related to appellate brief (2.0); attend meeting with F. Hodara, D. Botter, A. Qureshi, B. Kahn, M. Fagen, K. Lee re: appellate brief drafting and planning (.8); revise outline of appellate brief (.3) and correspond with B. Kahn re: same (.2); call with Cleary, Milbank and Skadden re: counter-designations (.2); correspond with Cleary and Milbank re: counter-designations (.8); correspond with R. Johnson and B. Kahn re: counter-designations (1.0); draft update to Committee members re: counter-designations (.3) | 7.00 |
| 09/17/15 | FSH | 0029 | Analyze issues for allocation meeting with BRG (.4). Communication with B. Kahn, M. Fagen, D. Botter, A. Qureshi, RAJ re same (.3). Confer with A. Evans re cross-designation (.1). Analyze appellate issues and communications with Cleary and A. Qureshi re same (.4). Analyze mediation issues (.3). | 1.50 |
| 09/17/15 | RAJ | 0029 | Emails with Akin team re counter-designation of record on appeal (.3, .1); follow up re appellate outline (.5). | 0.90 |
| 09/17/15 | AQ | 0029 | Telephone call with Cleary and Milbank re appeal (.4). Emails re record designation (.2). | 0.60 |
| 09/17/15 | DHB | 0029 | Email communications re mediation prep (.2); consider needed information from BRG (.6); emails re same (.1); office conference with B. Kahn re revisions to appellate outline (.4); review revised version (.3). | 1.60 |
| 09/17/15 | BMK | 0029 | Revise appellate brief outline (0.4); conf with Botter re: same (0.4); emails re: counterdesignations (0.1). | 0.90 |
| 09/17/15 | JYY | 0029 | Reviewing updated allocation appeal outline from B. Kahn. | 0.30 |
| 09/17/15 | KMR | 0029 | Update on status of the case (0.4); began analysis of tax reserve in connection with planning for potential settlement discussions and the mediation (0.8). | 1.20 |
| 09/17/15 | AME | 0029 | Correspond with Milbank and Cleary re: joint statement about counterdesignations (.5); draft and revise joint statement regarding record on appeal, correspond with R. Johnson and B. Kahn re: same | 3.80 |

| Date | Tkpr | Task | | Hours |
|------|------|------|--|-------|
| | | | (2.0); circulate draft joint statement to appellants (.8); correspondence re: same (.4); confer with F. Hodara re cross-designation (.1). | |
| 09/17/15 | ZJC | 0029 | Reviewing district court appeal brief outline and cited authorities. | 0.70 |
| 09/18/15 | FSH | 0029 | Communications with Committee members and advisers re pending allocation issues (1.2). Confer with J. Bromley re mediation and other issues and follow-up (.4). Communications with A. Qureshi, B. Kahn re draft brief (.3). | 1.90 |
| 09/18/15 | AQ | 0029 | Review and analyze comments to allocation appellate brief outline. | 0.30 |
| 09/18/15 | DHB | 0029 | Begin review and consideration of BRG allocation recovery documents (.5); email re mediation dates (.1) and update on process and outlines (.1); outline changes and emails re same (.3); begin review of Clearly outline (.3). | 1.30 |
| 09/18/15 | BMK | 0029 | Review and revise appellate brief outline (1.8); call with P. Shah and J. Chen re: same (0.2); emails with Qureshi and others re: same (0.2) | 2.20 |
| 09/18/15 | JYY | 0029 | Reviewing updated allocation appeal outline (.2); reviewing correspondence regarding appeal and mediation. | 0.30 |
| 09/18/15 | MCF | 0029 | Communications with F. Hodara re future allocation meetings (.3); emails re counterdesignations of record on appeal (.3); review filed notices of counterdesignations (.3) and email same to Committee (.2). | 1.10 |
| 09/18/15 | AME | 0029 | Final review of joint statement on the record on appeal, correspond with C. Samis re: filing same (.8), correspond with Milbank re: same (.3); attention to correspondence re: draft appellate outline (1.0); attention to correspondence re: counterdesignations (.3) | 2.40 |
| 09/18/15 | ZJC | 0029 | Completing review of authorities cited in draft outline of appeal brief, discussing comments with P. Shah, drafting and circulating comments to bankruptcy trial team. | 3.20 |
| 09/18/15 | PAS | 0029 | Review draft outline of appeal brief (.7); discuss analysis of issues with J.Chen and B. Kahn (.2) and edit comments from J. Chen to A. Qureshi and B. Kahn (.4). | 1.30 |
| 09/19/15 | AQ | 0029 | Review and analyze Cleary outline for opening appeal brief (1.2). Emails regarding appeal brief outline (.2). | 1.40 |
| 09/19/15 | MCF | 0029 | Review Joint Administrators' response to US Debtors' cost sharing motion (.4); email professionals re same (.3). | 0.70 |
| 09/20/15 | DHB | 0029 | Continue review and consideration of BRG allocation presentation and analysis of documents. | 0.80 |
| 09/20/15 | YKL | 0029 | Research re appellate brief issues (1.6); additional research re same (2.9); begin drafting inserts to allocation appeal brief re same (4.8); review record to use in the brief (1.0). | 10.30 |
| 09/20/15 | AME | 0029 | Correspond with K. Lee re: allocation trial materials for review (.2); review correspondence re: appellate brief outlines, mediation scheduling, and other items (.3) | 0.50 |
| 09/20/15 | PAS | 0029 | Email correspondence from A. Qureshi re: allocation appellate outline and plan for appeal brief. | 0.20 |
| 09/21/15 | FSH | 0029 | Review BRG allocation analysis (.5). Meet with BRG, D. Botter, R. Johnson, B. Kahn, K. Rowe and M. Fagen re same (3.3). Analyze issues raised at meeting and next steps (.4). Confer with Parties re foregoing issues (.5). | 4.70 |
| 09/21/15 | RAJ | 0029 | Analyze issues in allocation appeal (1.4); meeting with Akin and BRG teams re allocation strategy (3.3); call with A. Qureshi re appellate developments (.3); review emails re scheduling and briefing (.5). | 5.50 |
| 09/21/15 | AQ | 0029 | Confer with R. Johnson re allocation appeal (.3).  Emails re mediation preparation (.2). | 0.50 |
| 09/21/15 | DHB | 0029 | Prepare for meeting with BRG re allocation/mediation issues (.6); attend same (3.3). | 3.90 |
| 09/21/15 | BMK | 0029 | Prepare for appellate strategy meeting (0.7); attend strategy meeting with Akin and BRG teams (2.4) (partial); follow up analysis of allocation mediation issues (0.5). | 3.60 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE                                    Page 11
Bill Number: 1625398                                                       10/22/15

| Date | Tkpr | Task | | Hours |
|------|------|------|---|-------|
| 09/21/15 | JYY | 0029 | Reviewing correspondence regarding allocation appeals. | 0.20 |
| 09/21/15 | KMR | 0029 | Meeting with BRG and others re: settlement proposals. | 3.30 |
| 09/21/15 | MCF | 0029 | Meet with Akin and BRG re allocation next steps (3.3); prepare for same (.3); review responses re Canadian motion for leave to appeal allocation decision (.3) and email Committee re same (.2). | 4.10 |
| 09/21/15 | YKL | 0029 | Continue drafting inserts on allocation appeal brief (5.7); call with A. Evans re same (.3); correspondence with B. Kahn re same (.2). | 6.20 |
| 09/21/15 | AME | 0029 | Telephone call with K. Lee re: appellate brief drafting (.3), correspondence re: same (.3); meet with N. Stabile re: appellate brief drafting (.8); correspondence with B. Kahn and N. Stabile re: appellate brief drafting (.1); correspondence with J. Chen and K. Lee re: appellate brief questions (.3); attention to correspondence re: Canadian allocation appeal (.2) | 2.00 |
| 09/21/15 | NPS | 0029 | Communication with A. Evans re: appellate brief. | 0.90 |
| 09/21/15 | ZJC | 0029 | Review and discussion with P. Shah of allocation appeal brief outline. | 0.80 |
| 09/21/15 | PAS | 0029 | Review and annotate draft outline re: allocation appeal (2.1); review record re same (1.3). | 3.40 |
| 09/22/15 | FSH | 0029 | Communications Cleary, BRG, D. Botter, M. Fagen re allocation mediation matters (.2). Confer with B. Kahn re brief (.1). Review counter-designations and related items (.2). | 0.50 |
| 09/22/15 | RAJ | 0029 | Review filings in allocation appeal regarding record on appeal (.3); review recent email correspondence re same (.3, .2); analyze outline of appellate issues and tasks (.8); emails with Akin team re appellate issues (.3, .2); call with P. Shah re appellate strategy (1.3); meeting with K. Lee, N. Stabile, A. Evans re appellate work (.6); follow-up meeting with A. Evans and B. Kahn re next steps (.2); review Canadian factum in opposition to motion for leave to appeal (1.2); analyze procedural issues for appeal (.5). | 5.90 |
| 09/22/15 | AQ | 0029 | Meet with appellate team regarding outline for opening appeal brief (1.3).  Review and edit Cleary appeal outline (.4). | 1.70 |
| 09/22/15 | DHB | 0029 | Review Canadian leave to appeal correspondence (.2); begin review of responses (.3). | 0.50 |
| 09/22/15 | BMK | 0029 | Analysis of allocation appeal issues (1.3); attend call with Qureshi, Shah, Chen, Johnson re: same (1.3); attend follow up conf with Johnson, Evans, Lee re: same (0.6). | 3.20 |
| 09/22/15 | JYY | 0029 | Reviewing correspondence regarding appeal. | 0.10 |
| 09/22/15 | YKL | 0029 | Telephone call with A. Evans and J. Chen re appeal briefing strategy (.5); revise and supplement allocation appeal brief (1.3); call with R. Johnson, A. Evans, and B. Kahn re appeal briefing and research (.6). | 2.40 |
| 09/22/15 | AME | 0029 | Telephone call with J. Chen, K. Lee re: appellate brief drafting and questions (.5); confer with R. Johnson, B. Kahn, K. Lee re: appellate brief drafting and planning (.6), correspondence re: same (.5); review revised draft of outline (1.0); review trial materials related to drafting appellate brief (1.0). | 3.60 |
| 09/22/15 | NPS | 0029 | Communication with R. Johnson, B. Kahn, and A. Evans re: appellate brief (1.4); communication with A. Evans re: same (1.1). | 2.50 |
| 09/22/15 | ZJC | 0029 | Discussing appellate brief with A. Evans and K. Lee (.5); discussing outline of brief with P. Shah, A. Qureshi, R. Johnson, B. Kahn (1.3); correspondence re same (.2). | 2.00 |
| 09/22/15 | PAS | 0029 | Conference with A. Qureshi, J. Chen, B. Johnson, and B. Kahn re: comments on draft outline and approach to main issues on appeal (1.3); emails re same (.2). | 1.50 |
| 09/23/15 | FSH | 0029 | Communications with A. Qureshi re appeal and brief. | 0.10 |
| 09/23/15 | RAJ | 0029 | Analyze allocation arguments for appellate briefing (1.4); review MRDA and amendments (.7); review appellate procedural issues (.8); analyze US Debtors' outline of appellate issues (1.5); analyze caselaw for appeal (1.0); confer with A. Qureshi re same (.2). | 5.60 |

| Date | Tkpr | Task | | Hours |
|------|------|------|---|-------|
| 09/23/15 | AQ | 0029 | Confer with R. Johnson re appeal outline. | 0.20 |
| 09/23/15 | AME | 0029 | Research legal issues for appellate brief, review trial materials re: same (3.8); correspondence with N. Stabile re: same (1.5). | 5.30 |
| 09/23/15 | NPS | 0029 | Research substantive consolidation case law (1.6) and correspond with A. Evans re same (1.5). | 3.10 |
| 09/24/15 | FSH | 0029 | Preparation for mediation meeting with NNI (.4). Communications with BRG, A. Qureshi, D. Botter, B. Kahn re pending mediation and appeal issues (.3). Communications with BRG re estate discussions (.1). Telephonic meeting with NNI re mediation issues and continue on same with BRG (2.5). Confer with A. Qureshi re appeal brief (.2). Confer with creditor re status (.3). | 3.80 |
| 09/24/15 | RAJ | 0029 | Analyze issues re appellate mediation (1.1); call with Delaware counsel re preparation of record on appeal and transmission of record (.2); comment on draft outline of appeal brief (.7); call with U.S. Debtors re strategy (1.5); post-call with Akin and BRG re strategy and mediation (1.0); review analysis of prior mediations (.4). | 4.90 |
| 09/24/15 | AQ | 0029 | Meet with Capstone re allocation (.5). Telephone call with Cleary re allocation (1.5). Telephone call with Cleary re appeal outline (.5). Professionals' post-committee call meeting (.3). Participate in Committee call (.7). | 3.50 |
| 09/24/15 | DHB | 0029 | Prepare for meeting with BRG, US Debtors and Akin team re mediation (.5); attend same (1.5) and meeting with BRG (1.0); follow-up emails re same (.2). | 3.20 |
| 09/24/15 | BMK | 0029 | Review and analysis of allocation appeal matters (.8); attend call with Debtors and professionals re: same (1.5); follow up emails re same (.3) | 2.60 |
| 09/24/15 | KMR | 0029 | Update re: status of case (0.4); continued review of potential allocation scenarios (0.4). | 0.80 |
| 09/24/15 | MCF | 0029 | Telephone call with US Debtors re allocation issues/mediation. | 1.50 |
| 09/24/15 | YKL | 0029 | Continue working on inserts to allocation appeal brief (.6); review Debtors' outline for appeal brief (.5). | 1.10 |
| 09/24/15 | AME | 0029 | Emails with FR team re: appeals planning (.3); draft sub con section of appellate brief (3.0), correspond with N. Stabile re: same (.2). | 3.50 |
| 09/25/15 | FSH | 0029 | Outline mediation issues (.3). Examine Monitor submission (.2). | 0.50 |
| 09/25/15 | FSH | 0029 | TC J. Tecce, D. Botter, B.Kahn re allocation (.7). Review materials re same (.2). | 0.90 |
| 09/25/15 | RAJ | 0029 | Review materials re prior mediations (1.7); analyze issues re transmission of record on appeal (.2, .1); multiple emails re magistrate's sealed recommendation to district court (.3); analyze magistrate judge's Recommendation regarding appellate mediation (.4); further review and comment on appellate briefing outline (1.4); further analyze caselaw re substantive consolidation and related appellate issues (1.5); review correspondence from Monitor to Judge Farnan re mediation and accompanying exhibits (.3). | 5.90 |
| 09/25/15 | DHB | 0029 | Email communications re Thynge recommendations (.2); review same (.5); prepare for (.1) and attend call with J. Tecce re allocation (.7); review correspondence to mediation and emails re same (.1) (.1); extensive email communications re NNI claims analysis and consider same (.4). | 2.10 |
| 09/25/15 | BMK | 0029 | Research and develop appellate brief arguments (1.8); participate in call with Tecce, Hodara, Botter re: allocation issues (0.7); prepare for mediation related issues (0.5). | 3.00 |
| 09/25/15 | JYY | 0029 | Reviewing correspondence regarding allocation appeal. | 0.20 |
| 09/25/15 | KMR | 0029 | Reviewed allocation materials. | 0.50 |
| 09/26/15 | YKL | 0029 | Review Debtors' outline for allocation appeal brief (.8); continue researching issues (4.6); review reconsideration motion and order for appeal briefing (.5); continue drafting argument (2.9). | 8.80 |
| 09/27/15 | FSH | 0029 | Analyze prior allocation exchanges of parties. | 0.50 |

| Date | Tkpr | Task | | Hours |
|------|------|------|---|-------|
| 09/27/15 | YKL | 0029 | Continue reviewing various pieces of the record and trial court briefing for use in allocation appellate brief (2.5); continue drafting insert to appellate brief (5.8). | 8.30 |
| 09/28/15 | FSH | 0029 | Analyze recommendation of Magistrate Judge Thynge and next steps. | 0.20 |
| 09/28/15 | FSH | 0029 | Analyze CCC and UKP brief. | 0.70 |
| 09/28/15 | RAJ | 0029 | Edits to US Debtors' draft outline re appellate brief (1.8); analyze appellate issues (1.3); emails with Committee members re appeal (.2); multiple emails re claims assumption for allocation calculations (.4); analyze appellate procedural issues (.5). | 4.20 |
| 09/28/15 | AQ | 0029 | Emails with Cassels re draft reply re leave to appeal. | 0.20 |
| 09/28/15 | DHB | 0029 | Review claims info (.3); emails re same (.1); review prior proposals (.4); review of Canadian leave status and pleadings (.5); emails re same (.1). | 1.40 |
| 09/28/15 | BMK | 0029 | Research and draft portion of appeal brief (1.9); review brief inserts (1.0). | 2.90 |
| 09/28/15 | YKL | 0029 | Continue researching appeal issues (2.4); continue drafting insert for appellate brief (3.9). | 6.30 |
| 09/28/15 | AME | 0029 | Communications with N. Stabile re: appellate brief draft. | 0.80 |
| 09/28/15 | NPS | 0029 | Communications with A. Evans re: appellate brief. | 0.80 |
| 09/29/15 | FSH | 0029 | Work on brief outlines (1.0). Telephone call with Committee member, A. Qureshi, RAJ, D. Botter re same (.5). | 1.50 |
| 09/29/15 | RAJ | 0029 | Further edits to Cleary appellate outline (1.5); call with Committee member re appeal (.5); analyze Bondholder Group comments to draft outline (1.1); confer with US Debtor, Bondholder Group counsels re briefing schedule and page limit issues (.2); analyze substantive appellate issues (1.3); emails with team re additional caselaw to review and appellate topics (.3, .2); review and comment on draft letter to Judge Stark re scheduling and page limits for briefing (.4); review procedural issues re same (.5); further review allocation decision (.7). | 6.70 |
| 09/29/15 | AQ | 0029 | Review and edit draft reply re Canadian leave to appeal allocation decision(.6) and e-mails with Cassels regarding same (.2).  Review and analyze draft letter to district court regarding scheduling (.5) and e-mails with Cleary and Milbank regarding same (.2).  Review and analyze mark up to Cleary appeal brief outline (.9).  Telephone call with Committee member regarding appeal outline (.5). | 2.90 |
| 09/29/15 | DHB | 0029 | Conference call with Committee member re outline for allocation appeal (.5); review Canadian leave briefing (1.5) and draft response (.4) and changes thereto (.5); emails re same (.1) (.1); email communications re appellate briefing issues (.1); begin review of appellate outlines and revisions (.5). | 3.70 |
| 09/29/15 | BMK | 0029 | Initial review of appellate brief insert (0.8); review draft letter to District court re: appellate briefing (0.4); work on appellate brief insert (0.6). | 1.80 |
| 09/29/15 | JYY | 0029 | Reviewing correspondence regarding allocation appeal. | 0.10 |
| 09/29/15 | YKL | 0029 | Telephone call with A. Evans re briefing schedule (.3); correspondence with appeal briefing team re comments to revised debtor outline (.2); communications with F. Alvarez re same (.1); read and analyze additional cases related to appeal briefing issues (3.1). | 3.70 |
| 09/29/15 | AME | 0029 | Confer with K. Lee re: appellate brief drafting and planning (.3); correspondence re: appellate working group meeting (.5); correspond with R. Johnson, N. Stabile, K. Lee re: case law for appellate brief (.3) | 1.10 |
| 09/30/15 | FSH | 0029 | Communications with Cleary, creditors, D. Botter re pending allocation issues (.4). Participate telephonically in portion of appeal meeting (.5). Review letter to court (.1) and communications with RAJ, D. Botter, A. Qureshi re same (.2). | 1.20 |
| 09/30/15 | RAJ | 0029 | Prepare for team meeting re appeal (1.2); analyze additional caselaw re allocation appeal (1.7, 1.5); meeting re appeal (.9); emails re claims analysis for allocation issues (.3, .2); further edits to draft letter to Judge Stark re briefing and page limits (.4); review magistrate's | 6.90 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE                                Page 14
Bill Number: 1625398                                                    10/22/15

| Date | Tkpr | Task | | Hours |
|------|------|------|---|-------|
| | | | recommendation and terms of joint proposal for mediation (.4); review emails and markup of draft reply brief on Canadian motion for leave to appeal (.3). | |
| 09/30/15 | AQ | 0029 | Review and edit revised letter to Court (.3). Calls and emails with Cassels re leave factum (.3). Review and edit revised Cassels leave factum (.4). Review and analyze Milbank edits to outline (.6). Telephone call with Cleary re letter to Court (.2). Team meeting re appeal outline (.5) (partial). | 2.30 |
| 09/30/15 | DHB | 0029 | Review proposed Stark letter (.4); emails with team re same (.2); email communications re claims information (.2) (.1); telephone calls with Committee members re same (.3) (.2) (.1); further emails re same (.2) (.1); continue review of briefing outlines (1.1); review revised Torys draft factum (.4); emails re same (.2); telephone call with R. Jacobs re same (.1); review Cassels draft factum (.4); emails re same and next steps (.1). | 4.10 |
| 09/30/15 | BMK | 0029 | Prepare for meeting re: appellate briefing (0.4); attend same (0.9); further analysis of appellate issues (0.9); review revised letter to district court re: briefing (0.3) | 2.50 |
| 09/30/15 | JYY | 0029 | Reviewing correspondence regarding allocation appeals. | 0.60 |
| 09/30/15 | YKL | 0029 | Confer with appellate working group re briefing schedule, research and current status (.9); follow up re same (.3). | 1.20 |
| 09/30/15 | AME | 0029 | Draft sub con section of appellate brief (2.1); attend appellate team meeting with F. Hodara, A. Qureshi, R. Johnson, B. Kahn, N. Stabile, K. Lee (.9); review letter to District Court re: appeal briefing schedule and page limits (.3); correspond with N. Stabile re: team meeting and draft brief (.4). | 3.70 |
| 09/30/15 | NPS | 0029 | Team meeting re: appellate brief (.9); prepare materials for same (.5); review and revise appellate brief (1.4). | 2.80 |
| | | | Total Hours | 471.00 |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|------------|-------|---|------|---|-------|
| D H BOTTER | 66.40 | at | $1150.00 | = | $76,360.00 |
| F S HODARA | 52.70 | at | $1250.00 | = | $65,875.00 |
| R A JOHNSON | 63.30 | at | $975.00 | = | $61,717.50 |
| A QURESHI | 25.30 | at | $1095.00 | = | $27,703.50 |
| P A SHAH | 6.70 | at | $875.00 | = | $5,862.50 |
| K M ROWE | 11.90 | at | $810.00 | = | $9,639.00 |
| Z CHEN | 6.70 | at | $625.00 | = | $4,187.50 |
| B M KAHN | 48.10 | at | $775.00 | = | $37,277.50 |
| J Y YECIES | 4.60 | at | $710.00 | = | $3,266.00 |
| A M EVANS | 62.90 | at | $495.00 | = | $31,135.50 |
| M C FAGEN | 32.30 | at | $565.00 | = | $18,249.50 |
| Y K LEE | 56.20 | at | $565.00 | = | $31,753.00 |
| N P STABILE | 26.90 | at | $655.00 | = | $17,619.50 |
| C D DONIAK | 3.90 | at | $605.00 | = | $2,359.50 |
| S A D'ADDESE | 3.10 | at | $210.00 | = | $651.00 |
| | Total Fees | | | | $393,656.50 |

**Total Amount of This Invoice**                                   **$399,838.01**

**Prior Balance Due**                                              $341,830.60

NORTEL NETWORKS INC. CREDITORS COMMITTEE                                          Page 15
Bill Number: 1625398                                                                  10/22/15

**Total Balance Due Upon Receipt**                          $741,668.61



**REMITTANCE COPY**

**Return with Payment**

NORTEL NETWORKS INC. CREDITORS COMMITTEE
ATTN: JOHN DOLITTLE
2221 LAKESIDE BOULEVARD
RICHARDSON, TX  75082

| | |
|---|---|
| Client Number: | 687147 |
| Invoice Number: | 1625398 |
| Invoice Date: | 10/22/15 |

FED I.D. NO.          75-1338644

Total Amount of This Invoice                                                                    $399,838.01

**Summary of Accounts Receivable:**

| Date | Invoice # | Amount | Credits | Balance |
|---|---|---|---|---|
| 08/18/15 | 1614475 | $634,085.37 | $509,170.22 | $124,915.15 |
| 08/19/15 | 1614720 | $490,161.28 | $394,282.58 | $95,878.70 |
| 08/25/15 | 1615686 | $627,466.02 | $506,429.27 | $121,036.75 |
| | | $1,751,712.67 | $1,409,882.07 | $341,830.60 |

Prior Balance Due                                                                    $341,830.60

Total Balance Due Upon Receipt                                                $741,668.61

Please let us know promptly should your records reflect a different balance.

## REMITTANCE COPY

### Return with Payment

NORTEL NETWORKS INC. CREDITORS COMMITTEE
ATTN: JOHN  DOLITTLE
2221 LAKESIDE BOULEVARD
RICHARDSON, TX  75082

| | |
|---|---:|
| Invoice Number | 1625398 |
| Invoice Date | 10/22/15 |
| Client Number | 687147 |
| Matter Number | 0001 |

---

FED I.D. NO. 75-1338644

If sending remittance via Postal Mail
please remit to:

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Dept. 7247-6838
Philadelphia, PA 19170-6838

If sending remittance via Overnight Courier
please remit to:

**FIRST DATA REMITCO**
**AKIN GUMP STRAUSS - 6838**
400 White Clay Center Drive
Newark, DE 19711

If sending remittance via Wire
Please use the following instructions:

**AKIN GUMP STRAUSS HAUER & FELD LLP**
**CITI PRIVATE BANK**
1101 Pennsylvania Avenue, NW
Suite 900
Washington, DC 20004

Account #: 9250397941
ABA# 254070116
Ref: 687147/0001, Invoice No. 1625398

(For wires originating outside the US reference Swift ID# CITIUS33)