# EXHIBIT C

**DISBURSEMENT SUMMARY**
**SEPTEMBER 1, 2015 THROUGH SEPTEMBER 30, 2015**

| | |
|---|---:|
| Computerized Research, Corporate Service Fees & PACER Charges | $1,245.60 |
| Duplication – In House | $21.80 |
| Meals – Business | $22.92 |
| Meals (100%) | $1,590.70 |
| Professional Fees – Miscellaneous | -$1,014.60[10] |
| Audio and Web Conference Services | $3,552.05 |
| Travel – Ground Transportation | $93.04 |
| Travel – Train Fare | $670.00 |
| **TOTAL** | **$6,181.51** |

---

[10] This reduction reflects a $1,014.60 refund that Akin Gump received with respect to an expense incurred in June, 2014.