# EXHIBIT D



NORTEL NETWORKS INC. CREDITORS COMMITTEE  
ATTN: JOHN  DOLITTLE  
2221 LAKESIDE BOULEVARD  
RICHARDSON, TX  75082

| | |
|---|---|
| Invoice Number | 1625398 |
| Invoice Date | 10/22/15 |
| Client Number | 687147 |
| Matter Number | 0001 |

Re: CHAPTER 11

FOR PROFESSIONAL SERVICES RENDERED THROUGH  09/30/15 :

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | | Value |
|---|---|---|
| 09/01/15 | Travel - Train Fare  VENDOR: AMERICAN EXPRESS INVOICE#: 192558 DATE: 9/1/2015 NAME: BOTTER DAVID H TICKET #: 0651560819 DEPARTURE DATE: 09/02/2015 ROUTE: UNKNOWN | $32.00 |
| 09/01/15 | Travel - Train Fare  VENDOR: AMERICAN EXPRESS INVOICE#: 192558 DATE: 9/1/2015 NAME: BOTTER DAVID H TICKET #: 8634565278 DEPARTURE DATE: 09/02/2015 ROUTE: NYP WIL NYP Business Rate | $261.00 |
| 09/02/15 | Travel - Ground Transportation VENDOR: DAVID H. BOTTER INVOICE#: 0939703709031302 DATE: 9/3/2015 Taxi/Car Service/Public Transport, 09/02/15, Fee for canceled taxi request., Uber | $10.00 |
| 09/02/15 | Travel - Ground Transportation VENDOR: DAVID H. BOTTER INVOICE#: 0939703709031302 DATE: 9/3/2015 Taxi/Car Service/Public Transport, | $10.00 |

| Date | Description | Amount |
|---|---|---|
| 09/02/15 | 09/02/15, Taxi from Delaware train station to court re attendance at status conference., Delaware Taxi Travel - Ground Transportation VENDOR: DAVID H. BOTTER INVOICE#: 0939703709031402 DATE: 9/3/2015 Taxi/Car Service/Public Transport, 09/02/15, Taxi from home to Penn Station re: train to Delaware to attend status conference., Uber | $55.04 |
| 09/02/15 | Travel - Train Fare  VENDOR: AMERICAN EXPRESS INVOICE#: 193133 DATE: 9/2/2015 NAME: BOTTER DAVID H TICKET #: 0651584219 DEPARTURE DATE: 09/02/2015 ROUTE: UNKNOWN | $32.00 |
| 09/02/15 | Travel - Train Fare  VENDOR: AMERICAN EXPRESS INVOICE#: 193133 DATE: 9/2/2015 NAME: BOTTER DAVID H TICKET #: 0651584221 DEPARTURE DATE: 09/02/2015 ROUTE: UNKNOWN | $20.00 |
| 09/02/15 | Travel - Train Fare  VENDOR: AMERICAN EXPRESS INVOICE#: 193926 DATE: 9/2/2015 NAME: BOTTER DAVID H TICKET #: 0651629710 DEPARTURE DATE: 09/08/2015 ROUTE: UNKNOWN | $32.00 |
| 09/02/15 | Travel - Train Fare  VENDOR: AMERICAN EXPRESS INVOICE#: 193926 DATE: 9/2/2015 NAME: BOTTER DAVID H TICKET #: 9653571246 DEPARTURE DATE: 09/08/2015 ROUTE: NYP WIL NYP Business Rate | $261.00 |
| 09/03/15 | Meals (100%)  9/1/15 - Kisha Wright VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800373; DATE: 9/3/2015 Allocation meeting - 8 people | $160.00 |
| 09/05/15 | Audio and Web Conference Services VENDOR: TELCONF LLC INVOICE#: 09001-01001-15 DATE: 9/5/2015 Teleconference charges incurred | $3,552.05 |
| 09/06/15 | Meals - Business  VENDOR: NICHOLAS P. STABILE INVOICE#: 0952689209151402 DATE: 9/15/2015 Lunch, 09/06/15, Meal purchased while working on weekend revising appellate outline, Milk and Hops, NICHOLAS STABILE | $22.92 |
| 09/08/15 | Meals (100%)  VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 2195862 DATE: 9/13/2015 Catering Akin Gump - Maguro Sushi - 09/08/2015 Allocation meeting - 8 people | $160.00 |

| Date | Description | Amount |
|---|---|---|
| 09/08/15 | Travel - Train Fare  VENDOR: AMERICAN EXPRESS INVOICE#: 197121 DATE: 9/8/2015 NAME: BOTTER DAVID H TICKET #: 0651791485 DEPARTURE DATE: 09/08/2015 ROUTE: UNKNOWN | $32.00 |
| 09/09/15 | Meals (100%)  VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 2195862 DATE: 9/13/2015 Brad Kahn - Sushi of Gari 46th) - 09/09/2015 | $30.00 |
| 09/10/15 | Meals (100%)  9/10/15 - Nancy Kunen - Snack VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800374; DATE: 9/10/2015 Committee Call - 8 people | $169.19 |
| 09/11/15 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: FAGEN  MATT; Charge Type: DOCUMENT PRINTING; Quantity: 1.0 | $13.50 |
| 09/11/15 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: FAGEN  MATT; Charge Type: SINGLE DOCUMENT RETRIEVAL; Quantity: 1.0 | $21.60 |
| 09/15/15 | Travel - Ground Transportation VENDOR: MATTHEW C. FAGEN INVOICE#: 0957317309181506 DATE: 9/18/2015 Taxi/Car Service/Public Transport, 09/15/15, Car home after working late., Uber | $18.00 |
| 09/16/15 | Professional Fees - Miscellaneous Cancellation of: Car service home from the airport for John McConnell after appearing as expert witness in trial in Toronto. VENDOR: ALBERT'S CHAUFFEURING INC; INVOICE#: 1041138; DATE: 7/1/2014 | $-1,014.60 |
| 09/16/15 | Computerized Legal Research - Westlaw User: LEE,KATIE Date: 9/16/2015 AcctNumber: 1000045367 ConnectTime: 0.0 | $79.20 |
| 09/16/15 | Meals (100%)  VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 2198277 DATE: 9/20/2015 Catering Akin Gump - Maguro Sushi - 9/16/2015 Allocation Meeting - 10 people | $307.82 |
| 09/17/15 | Meals (100%)  9/16/15 - Nancy Kunen - Snack VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800375; DATE: 9/17/2015 Allocation meeting - 8 people | $227.82 |

| Date | Description | Amount |
|---|---|---|
| 09/19/15 | Meals (100%) VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 2203399 DATE: 9/27/2015 Catering Akin Gump - Hill Country BBQ - 09/19/2015 Allocation Meeting - 12 people | $240.00 |
| 09/20/15 | Computerized Legal Research - Westlaw User: LEE,KATIE Date: 9/20/2015 AcctNumber: 1000045367 ConnectTime: 0.0 | $198.00 |
| 09/21/15 | Computerized Legal Research - Westlaw User: LEE,KATIE Date: 9/21/2015 AcctNumber: 1000045367 ConnectTime: 0.0 | $39.60 |
| 09/21/15 | Computerized Legal Research - Lexis Service: COLLIER SERVICE; Employee: LEE KATIE; Charge Type: LA DOCUMENT ACCESS; Quantity: 1.0 | $86.40 |
| 09/23/15 | Duplication - In House Photocopy - User # 990100, NY, 218 page(s) | $21.80 |
| 09/23/15 | Computerized Legal Research - Westlaw User: STABILE,NICHOLAS Date: 9/23/2015 AcctNumber: 1000193694 ConnectTime: 0.0 | $126.71 |
| 09/23/15 | Computerized Legal Research - Lexis Service: LAW REVIEWS; Employee: EVANS ANNIE; Charge Type: LA DOCUMENT ACCESS; Quantity: 1.0 | $59.40 |
| 09/23/15 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: EVANS ANNIE; Charge Type: LA DOCUMENT ACCESS; Quantity: 6.0 | $124.20 |
| 09/24/15 | Meals (100%) 9/21/15 - Matthew Fagen - Snack VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800376; DATE: 9/24/2015 Allocation Meeting - 8 people | $126.68 |
| 09/24/15 | Meals (100%) 9/24/15 - Nancy Kunen - Snack VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800376; DATE: 9/24/2015 Committee call - 8 people | $169.19 |
| 09/28/15 | Computerized Legal Research - Westlaw User:  Date: 9/28/2015 AcctNumber: 1000193694 ConnectTime: 0.0 | $295.65 |
| 09/28/15 | Computerized Legal Research - Lexis Service: NEXIS SERVICE; Employee: JOHNSON ROBERT; Charge Type: LA DOCUMENT ACCESS; Quantity: 1.0 | $32.40 |
| 09/29/15 | Computerized Legal Research - Westlaw User:  Date: 9/29/2015 AcctNumber: 1000193694 ConnectTime: 0.0 | $168.94 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE Page 5
Bill Number: 1625398  10/22/15

| | |
|---|---|
| Current Expenses | $6,181.51 |
| **Total Amount of This Invoice** | **$399,838.01** |
| **Prior Balance Due** | $341,830.60 |
| **Total Balance Due Upon Receipt** | $741,668.61 |



**REMITTANCE COPY**

**Return with Payment**

| | |
|---|---|
| NORTEL NETWORKS INC. CREDITORS COMMITTEE | Client Number: 687147 |
| ATTN: JOHN DOLITTLE | Invoice Number: 1625398 |
| 2221 LAKESIDE BOULEVARD | Invoice Date: 10/22/15 |
| RICHARDSON, TX 75082 | |

FED I.D. NO.   75-1338644

Total Amount of This Invoice                              $399,838.01

**Summary of Accounts Receivable:**

| Date | Invoice # | Amount | Credits | Balance |
|---|---|---|---|---|
| 08/18/15 | 1614475 | $634,085.37 | $509,170.22 | $124,915.15 |
| 08/19/15 | 1614720 | $490,161.28 | $394,282.58 | $95,878.70 |
| 08/25/15 | 1615686 | $627,466.02 | $506,429.27 | $121,036.75 |
| | | $1,751,712.67 | $1,409,882.07 | $341,830.60 |

Prior Balance Due                                          $341,830.60

Total Balance Due Upon Receipt                             $741,668.61

Please let us know promptly should your records reflect a different balance.

# REMITTANCE COPY

## Return with Payment

| | |
|---|---|
| NORTEL NETWORKS INC. CREDITORS COMMITTEE<br>ATTN: JOHN DOLITTLE<br>2221 LAKESIDE BOULEVARD<br>RICHARDSON, TX 75082 | Invoice Number 1625398<br>Invoice Date 10/22/15<br>Client Number 687147<br>Matter Number 0001 |

FED I.D. NO. 75-1338644

If sending remittance via Postal Mail
please remit to:

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Dept. 7247-6838
Philadelphia, PA 19170-6838

If sending remittance via Overnight Courier
please remit to:

**FIRST DATA REMITCO**
**AKIN GUMP STRAUSS - 6838**
400 White Clay Center Drive
Newark, DE 19711

If sending remittance via Wire
Please use the following instructions:

**AKIN GUMP STRAUSS HAUER & FELD LLP**
**CITI PRIVATE BANK**
1101 Pennsylvania Avenue, NW
Suite 900
Washington, DC 20004

Account #: 9250397941
ABA# 254070116
Ref: 687147/0001, Invoice No. 1625398

(For wires originating outside the US reference Swift ID# CITIUS33)