# EXHIBIT E

**SUMMARY OF ATTORNEYS AND LEGAL ASSISTANTS
RENDERING SERVICES DURING THE PERIOD
SEPTEMBER 1, 2015 THROUGH SEPTEMBER 30, 2015**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | 2015 Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| David H. Botter | Partner for 13 years; Admitted in 1990; Financial Restructuring Department | $1,150 | 66.40 | $76,360.00 |
| Fred S. Hodara | Partner for 26 years; Admitted in 1982; Financial Restructuring Department | $1,250 | 52.70 | $65,875.00 |
| Robert A. Johnson | Partner for 18 years; Admitted in 1988; Litigation Department | $975 | 63.30 | $61,717.50 |
| Abid Qureshi | Partner for 7 years; Admitted in 1995; Financial Restructuring Department | $1,095 | 25.30 | $27,703.50 |
| Pratik A. Shah | Partner for 2 years; Admitted in 2001; Litigation Department | $875 | 6.70 | $5,862.50 |
| Kevin M. Rowe | Senior Counsel for 14 years; Admitted in 1985; Tax Department | $810 | 11.90 | $9,639.00 |
| Julius Chen | Counsel for 1 year; Admitted in 2010; Litigation Department | $625 | 6.70 | $4,187.50 |
| Brad M. Kahn | Counsel for 3 years; Admitted in 2008; Financial Restructuring Department | $775 | 48.10 | $37,277.50 |
| Jacqueline Y. Yecies | Counsel for 2 years; Admitted in 2009; Litigation Department | $710 | 4.60 | $3,266.00 |
| Matthew C. Fagen | Associate for 3 years; Admitted in 2014; Financial Restructuring Department | $565 | 32.30 | $18,249.50 |
| Anne M. Evans | Associate for 2 years; Admitted in 2014; Litigation Department | $495 | 62.90 | $31,135.50 |

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | 2015 Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| Yochun K. Lee | Associate for 3 years; Admitted in 2012; Financial Restructuring Department | $565 | 56.20 | $31,753.00 |
| Nicholas P. Stabile | Associate for 2 years; Admitted in 2010; Litigation Department | $655 | 26.90 | $17,619.50 |
| Christine D. Doniak | Senior Attorney for 4 years; Admitted in 1998; Litigation Department | $605 | 3.90 | $2,359.50 |
| Sarah D'Addese | Legal Assistant for 3 years; Financial Restructuring Department | $210 | 3.10 | $651.00 |

Total Amount of Fees:       **$393,656.50**
Total Number of Hours:     **471.00**
Blended Hourly Rate:        **$835.78**