3

**See Attached for Exhibits A through H**

# Exhibit A

## The Mergis Group
### Summary of Professionals

Nortel Networks, Inc. et al.
For the period of September 1, 2015 through September 30, 2015

| Professional | Position | Title / Role of Professional |
|---|---|---|
| Timothy C. Ross | Officer | Chief Financial Officer and Corporate Secretary - Management responsibility for all business and finance functions supporting the U.S. Principal Officer in the company operation and liquidation; direct responsibilities include, operating budget oversight, treasury management, general accounting and controls, tax, information technology, human resources, real estate management, and foreign subsidiary wind down. Employee Benefits and Pension Investment Committee member. |
| William D. Cozart | Non-Officer | Associate - General accounting control oversight, debtor financial reporting (MOR, Form 26, etc.), general accounting control oversight, finance systems administration & controls, accounts receivable and billing, bank account reconciliations. |
| Kim Ponder | Non-Officer | Associate - General accounting & finance services for accounts payable, payment processing for normal course, intercompany, and professional, claims and litigation settlement disbursement processing, statutory reporting management & oversight. |

# Exhibit B

## The Mergis Group
**Summary of Projects and Project Descriptions**

Nortel Networks, Inc. et al.
For the period of September 1, 2015 through September 30, 2015

| Project | Project Description |
|---|---|
| Administrative | Administrative matters related to the Debtors engagement. Includes board meetings, staff meetings, preparation of miscellaneous statements, surveys, and schedules, miscellaneous document review and execution, electronic minute book maintenance, and office and general case management activities. |
| Bankruptcy Reporting | Assist the Debtors with bankruptcy reporting requirements. Includes the financial reporting preparation & management review of the Monthly Operating Report (MOR), Form 26, Ordinary Course Professionals Report (OCP), US Trustee Fee Report, and related matters for the US Trustee. |
| Cash Management | Support the Debtors with cash flow management activities. Includes treasury systems management and controls, bank service contract oversight, cash flow planning and analysis, accountability for cash flow budget achievement, and cash reporting to estate constituents. |
| Claims Administration | Assist the Debtors with claims matters. Includes claims database systems and controls, data maintenance, analysis and validation, communications, distribution process planning, and claims settlement / distribution execution. |
| Compensation Application | Activities relating to the professional time tracking and preparation of the compensation application. |
| Discovery | Activities driven by requests directed to Nortel Networks Inc. in support of the business divestiture proceeds allocation litigation. Includes data / document extraction and analysis, preparation & presentation of findings, interface with legal counsel, and participate in court hearings. |
| Electronic Data and Document Preservation | Support the Debtors with the preservation of electronic data and hard copy documents. Includes governance and maintenance in compliance with court retention requirements and associated vendor service contract oversight. |
| Entity Liquidation and Wind Down | Assist the Debtors with the liquidation, wind down and/or deregistration of Nortel Networks, Inc. and its subsidiaries and branches (foreign and domestic).Includes the development and execution of step plans to ensure local law and U.S. Bankruptcy Court compliance in areas such as intercompany settlements, debt forgiveness, tax clearance certificates, final account balances; compliance with local and U.S. statutory, tax, financial and other governmental reporting requirements; repatriation of subsidiary or branch cash to parent; and coordinate with and support local accounting and legal professionals in conjunction with of all of the above. |
| Finance and General Accounting | Assist the Debtors with finance and general accounting operations in compliance with US GAAP. Includes statutory financial reporting preparation & review, month and year end close processing, finance systems & controls, journal entry preparation, management review, and posting, account reconciliations, balance sheet analysis, and normal course accounts receivable and payable administration . |

# Exhibit B

## The Mergis Group
### Summary of Projects and Project Descriptions

Nortel Networks, Inc. et al.
For the period of September 1, 2015 through September 30, 2015

| Project | Project Description |
|---|---|
| Human Resources | Support the Debtors in Human Resources matters. Includes development and execution of Debtors benefit plan termination (health and welfare, 401K, etc.), plan regulatory compliance oversight and reporting (audits, plan boards & committees, etc.) vendor services contract management and oversight, human resource related communications, and HR systems and data maintenance and reporting. |
| Information Technology Operations | Assist the Debtors with the maintenance and support of the Nortel Networks, Inc. residual company information technology infrastructure operations. Includes vendor services and contract oversight, data extraction, back-up, and recovery, and infrastructure problem resolution support. |
| Insurance & Risk Management | Assist the Debtors with insurance and risk management activities. Includes tracking and periodic management review of Debtors insurance coverage; ensuring compliance with established policies, leases, and contracts. Provide service oversight to agent/broker contract. |
| Plan of Reorganization | Assist the Debtors with the preparation of the plan of reorganization and associated disclosure statement. Includes financial analysis and Debtors review. |
| Professional Fee Applications | Assist the Debtors with the payment administration of engaged professionals. Includes financial recording of professional fee applications to Debtors' books and records, reconciliation to Omnibus Fee Order to Debtors' books and records, fee disbursement based on Certificate of No Objection (CNO) , and associated year end regulatory reporting. |
| Real Estate Management | Assist the Debtors with lease and real estate matters. Includes property management vendor contract oversight, property management budget achievement accountability and associated financial planning & analysis, lease and sub-lease management / governance, and property marketing activities. |
| Residual Business Operations | Assist the Debtors in the resolution of outstanding residual business operations matters. Includes activities relating to residual business services customer, vendor, and/or buyer contracts and associated receivables, payables, and/or inventory, regulatory and government required business reporting surveys and schedules, and review and action of service of process notifications. |
| Tax Matters | Assist the Debtors with tax matters. Includes vendor service contract oversight, financial analysis support and management review of federal, state, and local Tax returns, claims, and audits, and authorization of tax related matters (annual report filings, settlements, etc.) . |
| Travel | Authorized travel to support Debtors projects. |

# Exhibit C

## The Mergis Group
### Summary of Fees and Expenses

Nortel Networks, Inc. et al.
For the period of September 1, 2015 through September 30, 2015

|  | Fees | Expenses | Total |
|---|---|---|---|
| For the period of September 1, 2015 through September 30, 2015 | $ 183,821.00 | $ 672.76 | $ 184,493.76 |

Exhibit C                                                                                          Page 1 of 1

# Exhibit D

## The Mergis Group
## Summary of Time by Professional

Nortel Networks, Inc. et al.
For the period of September 1, 2015 through September 30, 2015

| Professional | Position | Title / Role of Professional | Hours |
|---|---|---|---|
| Timothy C. Ross | Officer | Chief Financial Officer and Corporate Secretary - Management responsibility for all business and finance functions supporting the U.S. Principal Officer in the company operation and liquidation; direct responsibilities include, operating budget oversight, treasury management, general accounting and controls, tax, information technology, human resources, real estate management, and foreign subsidiary wind down. Employee Benefits and Pension Investment Committee member. | 168.50 |
| William D. Cozart | Non-Officer | Associate - General accounting control oversight, debtor financial reporting (MOR, Form 26, etc.), general accounting control oversight, finance systems administration & controls, accounts receivable and billing, bank account reconciliations. | 168.00 |
| Kim Ponder | Non-Officer | Associate - General accounting & finance services for accounts payable, payment processing for normal course, intercompany, and professional, claims and litigation settlement disbursement processing, statutory reporting management & oversight. | 155.00 |

**Hours for the period of September 1, 2015 through September 30, 2015**           **491.50**

Billing Rate                                                                                                                                 $  374.00

**Fees for the period of September 1, 2015 through September 30, 2015**           **$ 183,821.00**

# Exhibit E

## The Mergis Group
### Summary of Fees by Project

Nortel Networks, Inc. et al.
For the period of September 1, 2015 through September 30, 2015

| Project | Project Description | Hours | Fees |
|---|---|---|---|
| Administrative | Administrative matters related to the Debtors engagement. Includes board meetings, staff meetings, preparation of miscellaneous statements, surveys, and schedules, miscellaneous document review and execution, electronic minute book maintenance, and office and general case management activities. | - | $ - |
| Bankruptcy Reporting | Assist the Debtors with bankruptcy reporting requirements. Includes the financial reporting preparation & management review of the Monthly Operating Report (MOR), Form 26, Ordinary Course Professionals Report (OCP), US Trustee Fee Report, and related matters for the US Trustee. | 24.50 | $ 9,163.00 |
| Cash Management | Support the Debtors with cash flow management activities. Includes treasury systems management and controls, bank service contract oversight, cash flow planning and analysis, accountability for cash flow budget achievement, and cash reporting to estate constituents. | 37.50 | $ 14,025.00 |
| Claims Administration | Assist the Debtors with claims matters. Includes claims database systems and controls, data maintenance, analysis and validation, communications, distribution process planning, and claims settlement / distribution execution. | 68.50 | $ 25,619.00 |
| Compensation Application | Activities relating to the professional time tracking and preparation of the compensation application. | 13.00 | $ 4,862.00 |
| Discovery | Activities driven by requests directed to Nortel Networks Inc. in support of the business divestiture proceeds allocation litigation. Includes data / document extraction and analysis, preparation & presentation of findings, interface with legal counsel, and participate in court hearings. | 11.00 | $ 4,114.00 |
| Electronic Data and Document Preservation | Support the Debtors with the preservation of electronic data and hard copy documents. Includes governance and maintenance in compliance with court retention requirements and associated vendor service contract oversight. | 2.00 | $ 748.00 |
| Entity Liquidation and Wind Down | Assist the Debtors with the liquidation, wind down and/or deregistration of Nortel Networks, Inc. and its subsidiaries and branches (foreign and domestic). Includes the development and execution of step plans to ensure local law and U.S. Bankruptcy Court compliance in areas such as intercompany settlements, debt forgiveness, tax clearance certificates, final account balances; compliance with local and U.S. statutory, tax, financial and other governmental reporting requirements; repatriation of subsidiary or branch cash to parent; and coordinate with and support local accounting and legal professionals in conjunction with of all of the above. | 6.50 | $ 2,431.00 |
| Finance and General Accounting | Assist the Debtors with finance and general accounting operations in compliance with US GAAP. Includes statutory financial reporting preparation & review, month and year end close processing, finance systems & controls, journal entry preparation, management review, and posting, account reconciliations, balance sheet analysis, and normal course accounts receivable and payable administration. | 239.50 | $ 89,573.00 |
| Human Resources | Support the Debtors in Human Resources matters. Includes development and execution of Debtors benefit plan termination (health and welfare, 401K, etc.), plan regulatory compliance oversight and reporting (audits, plan boards & committees, etc.) vendor services contract management and oversight, human resource related communications, and HR systems and data maintenance and reporting. | 5.50 | $ 2,057.00 |
| Information Technology Operations | Assist the Debtors with the maintenance and support of the Nortel Networks, Inc. residual company information technology infrastructure operations. Includes vendor services and contract oversight, data extraction, back-up, and recovery, and infrastructure problem resolution support. | 5.50 | $ 2,057.00 |
| Insurance & Risk Management | Assist the Debtors with insurance and risk management activities. Includes tracking and periodic management review of Debtors insurance coverage; ensuring compliance with established policies, leases, and contracts. Provide service oversight to agent/broker contract. | 3.50 | $ 1,309.00 |

# Exhibit E

## The Mergis Group
### Summary of Fees by Project

Nortel Networks, Inc. et al.
For the period of September 1, 2015 through September 30, 2015

| Project | Project Description | Hours | Fees |
|---|---|---|---|
| Plan of Reorganization | Assist the Debtors with the preparation of the plan of reorganization and associated disclosure statement. Includes financial analysis and Debtors review. | - | $ - |
| Professional Fee Applications | Assist the Debtors with the payment administration of engaged professionals. Includes financial recording of professional fee applications to Debtors' books and records, reconciliation to Omnibus Fee Order to Debtors' books and records, fee disbursement based on Certificate of No Objection (CNO), and associated year end regulatory reporting. | 3.50 | $ 1,309.00 |
| Real Estate Management | Assist the Debtors with lease and real estate matters. Includes property management vendor contract oversight, property management budget achievement accountability and associated financial planning & analysis, lease and sub-lease management / governance, and property marketing activities. | 29.50 | $ 11,033.00 |
| Residual Business Operations | Assist the Debtors in the resolution of outstanding residual business operations matters. Includes activities relating to residual business services customer, vendor, and/or buyer contracts and associated receivables, payables, and/or inventory, regulatory and government required business reporting surveys and schedules, and review and action of service of process notifications. | 6.00 | $ 2,244.00 |
| Tax Matters | Assist the Debtors with tax matters. Includes vendor service contract oversight, financial analysis support and management review of federal, state, and local Tax returns, claims, and audits, and authorization of tax related matters (annual report filings, settlements, etc.). | 35.50 | $ 13,277.00 |
| Travel | Authorized travel to support Debtors projects. | - | $ - |
| For the period of September 1, 2015 through September 30, 2015 | | 491.50 | $ 183,821.00 |

# Exhibit F

## The Mergis Group
## Time Description Detail by Project

Nortel Networks, Inc. et al.
For the period of September 1, 2015 through September 30, 2015

| Project / Date | Professional | Project Work Description | Hours |
|---|---|---|---|
| **Bankruptcy Reporting** | | | |
| 9/18/2015 | William D. Cozart | Prepare August MOR. | 2.00 |
| 9/21/2015 | William D. Cozart | Prepare consolidation for August MOR. | 4.00 |
| 9/22/2015 | William D. Cozart | Prepare August MOR. | 4.00 |
| 9/23/2015 | William D. Cozart | Prepare August MOR. | 2.50 |
| 9/25/2015 | Timothy C. Ross | Prepared and analyzed Debtors cash receipts and disbursements for the monthly operating report. | 3.00 |
| 9/28/2015 | Timothy C. Ross | Prepared and analyzed Debtors cash receipts and disbursements for the monthly operating report (completed work started on 9/25). | 1.00 |
| 9/28/2015 | William D. Cozart | Prepare August MOR. | 4.50 |
| 9/29/2015 | Timothy C. Ross | Received, researched, and responded to Chilmark Partners (MK) financial reporting question. | 1.00 |
| 9/29/2015 | William D. Cozart | Prepare August MOR. | 1.00 |
| 9/30/2015 | Timothy C. Ross | Reviewed and authorized Debtors monthly operating report for release. | 1.00 |
| 9/30/2015 | William D. Cozart | Meeting with T. Ross re: August MOR review. | 0.50 |
| **Bankruptcy Reporting Total** | | | **24.50** |
| **Cash Management** | | | |
| 9/1/2015 | Timothy C. Ross | Worked Debtors foreign subsidiary banking issue. | 1.50 |
| 9/2/2015 | Timothy C. Ross | Reviewed, authorized, and released Debtors foreign subsidiary disbursements. | 0.50 |
| 9/2/2015 | Timothy C. Ross | Prepared and analyzed Debtors five week rolling cash flow requirements and executed Treasury funding transactions. | 2.50 |
| 9/3/2015 | Kim Ponder | FCB deposit. | 0.50 |
| 9/3/2015 | Timothy C. Ross | Reviewed, authorized, and released Debtors disbursements. | 2.00 |
| 9/3/2015 | Timothy C. Ross | Reviewed and authorized Debtors bank deposits. | 0.50 |
| 9/8/2015 | Kim Ponder | FCB deposit. | 0.50 |
| 9/8/2015 | Timothy C. Ross | Reviewed and authorized Debtors bank deposits. | 0.50 |
| 9/9/2015 | Kim Ponder | FCB deposit. | 0.50 |
| 9/9/2015 | Timothy C. Ross | Prepared and analyzed Debtors five week rolling cash flow requirements and executed Treasury funding transactions. | 2.50 |
| 9/9/2015 | Timothy C. Ross | Received, reviewed, and responded to Debtors foreign subsidiary banking matters. | 0.50 |
| 9/10/2015 | Timothy C. Ross | Reviewed, authorized, and released Debtors disbursements. | 2.00 |
| 9/11/2015 | Timothy C. Ross | Reviewed, authorized, and released Debtors foreign subsidiary disbursements. | 0.50 |
| 9/14/2015 | Kim Ponder | FCB deposit. | 0.50 |
| 9/16/2015 | Timothy C. Ross | Reviewed, authorized, and released Debtors foreign subsidiary disbursements. | 0.50 |
| 9/16/2015 | Timothy C. Ross | Prepared and analyzed Debtors five week rolling cash flow requirements and executed Treasury funding transactions. | 2.50 |
| 9/17/2015 | Timothy C. Ross | Reviewed, authorized, and released Debtors disbursements. | 2.50 |
| 9/18/2015 | Kim Ponder | FCB deposit. | 0.50 |
| 9/18/2015 | Timothy C. Ross | Reviewed, authorized, and released Debtors foreign subsidiary disbursements. | 0.50 |
| 9/21/2015 | Kim Ponder | FCB and VEBA deposits. | 1.00 |
| 9/21/2015 | Timothy C. Ross | Worked Debtors treasury management matters with WT (SW). | 2.00 |
| 9/21/2015 | Timothy C. Ross | Reviewed and authorized Debtors bank deposits. | 0.50 |
| 9/23/2015 | Timothy C. Ross | Prepared and analyzed Debtors five week rolling cash flow requirements and executed required Treasury funding transactions. | 2.50 |
| 9/24/2015 | Timothy C. Ross | Reviewed analysis and authorized the cash settlement of Debtors post filing intercompany AR/AP. | 1.00 |
| 9/24/2015 | Timothy C. Ross | Reviewed and authorized Debtors bank deposits. | 0.50 |
| 9/25/2015 | Timothy C. Ross | Reviewed, authorized, and released Debtors disbursements. | 3.00 |
| 9/25/2015 | Timothy C. Ross | Conference call with WT (SW). | 0.50 |
| 9/28/2015 | Kim Ponder | FCB deposit. | 0.50 |
| 9/28/2015 | Timothy C. Ross | Reviewed and authorized Debtors bank deposits. | 0.50 |
| 9/29/2015 | Kim Ponder | FCB deposit. | 0.50 |
| 9/30/2015 | Kim Ponder | FCB deposit. | 0.50 |
| 9/30/2015 | Timothy C. Ross | Prepared and analyzed Debtors five week rolling cash flow requirements and executed Treasury funding transactions. | 2.50 |
| 9/30/2015 | Timothy C. Ross | Reviewed and authorized Debtors bank deposits. | 0.50 |
| **Cash Management Total** | | | **37.50** |
| **Claims Administration** | | | |
| 9/1/2015 | Timothy C. Ross | Worked Chilmark (MK) request. | 3.00 |
| 9/1/2015 | William D. Cozart | Prepare claims reconciliations. | 2.50 |
| 9/2/2015 | William D. Cozart | Prepare Claims reconciliations. | 3.50 |
| 9/3/2015 | William D. Cozart | Prepare claims reconciliations. | 3.50 |
| 9/4/2015 | William D. Cozart | Prepare claims reconciliations. | 7.00 |
| 9/8/2015 | Timothy C. Ross | Received, reviewed, and responded to Chilmark Partners (MK) questions. | 1.00 |
| 9/8/2015 | William D. Cozart | Prepare claims reconciliations. | 4.50 |
| 9/11/2015 | Timothy C. Ross | Updated analysis based on Chilmark Partners (MK) questions and input. | 1.00 |
| 9/14/2015 | William D. Cozart | Prepare claims reconciliations. | 3.50 |
| 9/15/2015 | Kim Ponder | Request and set up reporting site. | 1.50 |
| 9/15/2015 | Timothy C. Ross | Received, reviewed, and responded to Chilmark (MK) request. | 1.00 |
| 9/15/2015 | William D. Cozart | Prepare claims reconciliations. | 4.00 |
| 9/16/2015 | Timothy C. Ross | Researched and responded to Chilmark (MK) request. | 0.50 |
| 9/16/2015 | Timothy C. Ross | Worked RLKS (RP) request. | 0.50 |
| 9/16/2015 | William D. Cozart | Prepare claims reconciliations. | 5.00 |
| 9/22/2015 | Kim Ponder | Claims research. | 5.50 |
| 9/22/2015 | Timothy C. Ross | Received, reviewed, and actioned Debtors former employee request for information. | 0.50 |
| 9/22/2015 | Timothy C. Ross | Worked Debtors claims matters. | 1.00 |
| 9/22/2015 | William D. Cozart | Prepare research regarding claims. | 3.00 |
| 9/23/2015 | Kim Ponder | Claims research and analysis. | 5.00 |
| 9/23/2015 | Timothy C. Ross | Worked Debtors request from RLKS (RP). | 1.00 |
| 9/23/2015 | William D. Cozart | Prepare research regarding claims. | 1.00 |
| 9/24/2015 | Kim Ponder | Claims research and analysis. | 3.00 |
| 9/24/2015 | William D. Cozart | Prepare research regarding claims. | 1.50 |
| 9/25/2015 | William D. Cozart | Prepare claims reconciliations. | 4.00 |
| 9/28/2015 | Timothy C. Ross | Reviewed and responded Debtors claims matters. | 0.50 |


# Exhibit F

## The Mergis Group
### Time Description Detail by Project

Nortel Networks, Inc. et al.
For the period of September 1, 2015 through September 30, 2015

| Project / Date | Professional | Project Work Description | Hours |
|---|---|---|---|
| 9/30/2015 | Timothy C. Ross | Received, reviewed, and responded/actioned Debtors claims matter. | 0.50 |
| **Claims Administration Total** | | | **68.50** |

**Compensation Application**

| Date | Professional | Project Work Description | Hours |
|---|---|---|---|
| 9/1/2015 | Timothy C. Ross | Received, reviewed, updated and finalized Mergis Staffing & Compensation report with CGSH edits and submitted to MNAT for court filing (July 2015). | 1.50 |
| 9/2/2015 | Timothy C. Ross | Received, reviewed and responded to MNAT (TM). | 0.50 |
| 9/4/2015 | Kim Ponder | Compensation application preparation re: update of timekeeping records. | 0.50 |
| 9/4/2015 | Timothy C. Ross | Compensation application preparation re: update of timekeeping records. | 0.50 |
| 9/4/2015 | William D. Cozart | Compensation application preparation re: update of timekeeping records. | 0.50 |
| 9/11/2015 | Kim Ponder | Compensation application preparation re: update of timekeeping records. | 0.50 |
| 9/11/2015 | Timothy C. Ross | Compensation application preparation re: update of timekeeping records. | 0.50 |
| 9/11/2015 | William D. Cozart | Compensation application preparation re: update of timekeeping records. | 0.50 |
| 9/14/2015 | Timothy C. Ross | Prepared DRAFT Mergis staffing & compensation report for CGSH review. | 3.00 |
| 9/18/2015 | Kim Ponder | Compensation application preparation re: update of timekeeping records. | 0.50 |
| 9/18/2015 | Timothy C. Ross | Compensation application preparation re: update of timekeeping records. | 0.50 |
| 9/18/2015 | William D. Cozart | Compensation application preparation re: update of timekeeping records. | 0.50 |
| 9/23/2015 | Timothy C. Ross | Received, reviewed, updated and finalized Mergis Staffing & Compensation report with CGSH edits and submitted to MNAT for court filing (August 2015). | 1.50 |
| 9/25/2015 | Kim Ponder | Compensation application preparation re: update of timekeeping records. | 0.50 |
| 9/25/2015 | Timothy C. Ross | Compensation application preparation re: update of timekeeping records. | 0.50 |
| 9/25/2015 | Timothy C. Ross | Received, researched, and responded to MNAT (AR) question (s). | 0.50 |
| 9/25/2015 | William D. Cozart | Compensation application preparation re: update of timekeeping records. | 0.50 |
| **Compensation Application Total** | | | **13.00** |

**Discovery**

| Date | Professional | Project Work Description | Hours |
|---|---|---|---|
| 9/2/2015 | Timothy C. Ross | Worked Debtors litigation request from CGSH. | 2.00 |
| 9/9/2015 | Timothy C. Ross | Worked Debtors information question (s) from CGSH (MG). | 1.00 |
| 9/9/2015 | Timothy C. Ross | Conference call with CGSH (MG). | 0.50 |
| 9/10/2015 | Timothy C. Ross | Worked Debtors litigation matter. | 2.00 |
| 9/11/2015 | Timothy C. Ross | Received, reviewed, and responded to CGSH (MG). | 0.50 |
| 9/16/2015 | Timothy C. Ross | Received, reviewed, and actioned Debtors subpoena. | 0.50 |
| 9/17/2015 | Timothy C. Ross | Received, reviewed, and responded to CGSH (MG) on Debtors litigation matters. | 0.50 |
| 9/22/2015 | Timothy C. Ross | Worked litigation matter request from CGSH (MG). | 2.00 |
| 9/22/2015 | Timothy C. Ross | Received, reviewed, and responded to Debtors discovery matter. | 0.50 |
| 9/28/2015 | Timothy C. Ross | Worked Debtors litigation matters. | 1.00 |
| 9/29/2015 | Timothy C. Ross | Researched and responded to CGSH (MG). | 0.50 |
| **Discovery Total** | | | **11.00** |

**Electronic Data and Document Preservation**

| Date | Professional | Project Work Description | Hours |
|---|---|---|---|
| 9/15/2015 | Timothy C. Ross | Received, researched, and responded to RLKS (KS). | 0.50 |
| 9/17/2015 | Timothy C. Ross | Received, reviewed, and responded to Debtors foreign subsidiary matters. | 0.50 |
| 9/28/2015 | Timothy C. Ross | Reviewed and responded to Debtors data retention matters. | 0.50 |
| 9/29/2015 | Timothy C. Ross | Meeting with RLKS (RP). | 0.50 |
| **Electronic Data and Document Preservation Total** | | | **2.00** |

**Entity Liquidation and Wind Down**

| Date | Professional | Project Work Description | Hours |
|---|---|---|---|
| 9/8/2015 | Timothy C. Ross | Received, reviewed, and responded to Debtors foreign branch liquidation matters. | 0.50 |
| 9/8/2015 | Timothy C. Ross | Received, reviewed, and responded to Debtors foreign branch entity strike off matters. | 0.50 |
| 9/10/2015 | Timothy C. Ross | Conference call with CGSH (KH, RE, RR). | 0.50 |
| 9/14/2015 | Timothy C. Ross | Received, reviewed, and responded to CGSH (KH) correspondences. | 0.50 |
| 9/15/2015 | Timothy C. Ross | Worked Debtors foreign branch matters. | 1.00 |
| 9/15/2015 | Timothy C. Ross | Worked Debtors foreign subsidiary matters. | 1.00 |
| 9/17/2015 | Kim Ponder | Received and responded to NTEC inquiry. | 0.50 |
| 9/18/2015 | Timothy C. Ross | Conference call with CGSH (KH, RE, RR). | 0.50 |
| 9/21/2015 | Timothy C. Ross | Worked Debtors foreign branch closure matters. | 0.50 |
| 9/29/2015 | Timothy C. Ross | Worked Debtors foreign subsidiary liquidation matters. | 1.00 |
| **Entity Liquidation and Wind Down Total** | | | **6.50** |

**Finance and General Accounting**

| Date | Professional | Project Work Description | Hours |
|---|---|---|---|
| 9/1/2015 | Kim Ponder | Received and responded to various emails. | 1.00 |
| 9/1/2015 | William D. Cozart | Prepare billings for September. | 1.00 |
| 9/1/2015 | William D. Cozart | Prepare bank reconciliations for August. | 4.50 |
| 9/2/2015 | Kim Ponder | Normal course payables. | 1.00 |
| 9/2/2015 | Kim Ponder | Normal course payables. | 1.00 |
| 9/2/2015 | Kim Ponder | Month end close. | 6.00 |
| 9/2/2015 | William D. Cozart | Prepare bank reconciliations for August. | 3.50 |
| 9/2/2015 | William D. Cozart | Record cash receipts. | 1.00 |
| 9/3/2015 | Kim Ponder | Normal course payables. | 1.50 |
| 9/3/2015 | Kim Ponder | Received, reviewed and responded to Iron Mountain communication. | 0.50 |
| 9/3/2015 | Kim Ponder | Month end close. | 4.00 |
| 9/3/2015 | William D. Cozart | Prepare August bank reconciliations. | 4.00 |
| 9/3/2015 | William D. Cozart | Record cash receipts. | 0.50 |
| 9/4/2015 | Kim Ponder | Month end close. | 6.50 |
| 9/4/2015 | Kim Ponder | Received, researched and responded to correspondence from CT Corporation. | 0.50 |
| 9/4/2015 | William D. Cozart | Record cash receipts. | 0.50 |

## Exhibit F

### The Mergis Group
### Time Description Detail by Project

Nortel Networks, Inc. et al.
For the period of September 1, 2015 through September 30, 2015

| Project / Date | Professional | Project Work Description | Hours |
|---|---|---|---|
| 9/8/2015 | Kim Ponder | Normal course payables. | 1.50 |
| 9/8/2015 | Kim Ponder | Month end close. | 6.00 |
| 9/8/2015 | Timothy C. Ross | Prepared and submitted staffing time report. | 0.50 |
| 9/8/2015 | Timothy C. Ross | Worked Debtors finance and accounting matters. | 3.00 |
| 9/8/2015 | Timothy C. Ross | Reviewed and authorized Debtors residual invoices for payment. | 1.00 |
| 9/8/2015 | William D. Cozart | Prepare bank reconciliations. | 3.00 |
| 9/8/2015 | William D. Cozart | Record cash receipts. | 0.50 |
| 9/9/2015 | Kim Ponder | Intercompany billing. | 0.50 |
| 9/9/2015 | Kim Ponder | Normal course payables. | 1.25 |
| 9/9/2015 | Kim Ponder | Month end close. | 4.75 |
| 9/9/2015 | Timothy C. Ross | Worked Debtors finance and accounting matters. | 3.00 |
| 9/9/2015 | William D. Cozart | Record cash receipts. | 1.00 |
| 9/9/2015 | William D. Cozart | Prepare bank reconciliations. | 0.50 |
| 9/9/2015 | William D. Cozart | Prepare reconciliations for August. | 4.50 |
| 9/9/2015 | William D. Cozart | Prepare billings for September. | 2.00 |
| 9/10/2015 | Kim Ponder | Normal course payables. | 2.25 |
| 9/10/2015 | Kim Ponder | Normal course payables. | 0.75 |
| 9/10/2015 | Kim Ponder | Month end close. | 4.00 |
| 9/10/2015 | Timothy C. Ross | Reviewed and authorized Debtors GL account reconciliations. | 3.00 |
| 9/10/2015 | Timothy C. Ross | Worked Debtors finance and accounting matters. | 2.00 |
| 9/10/2015 | William D. Cozart | Research historical costs. | 3.00 |
| 9/10/2015 | William D. Cozart | Prepare reconciliations for August. | 4.00 |
| 9/10/2015 | William D. Cozart | Prepare billings for September. | 1.00 |
| 9/11/2015 | Kim Ponder | Correspondence with data storage vendors. | 1.00 |
| 9/11/2015 | Kim Ponder | Normal course payables. | 1.00 |
| 9/11/2015 | Kim Ponder | Intercompany billing. | 0.50 |
| 9/11/2015 | Kim Ponder | General ledger account reconciliations. | 5.00 |
| 9/11/2015 | Timothy C. Ross | Worked Debtors finance and accounting matters. | 2.00 |
| 9/11/2015 | Timothy C. Ross | Reviewed and authorized Debtors Bank reconciliations. | 2.00 |
| 9/11/2015 | William D. Cozart | Prepare research regarding historical costs. | 1.50 |
| 9/11/2015 | William D. Cozart | Prepare reconciliations for August. | 6.00 |
| 9/14/2015 | Kim Ponder | Bank statement retention. | 1.00 |
| 9/14/2015 | Kim Ponder | Month end close. | 5.50 |
| 9/14/2015 | Timothy C. Ross | Prepared, authorized and submitted staffing time report. | 0.50 |
| 9/14/2015 | Timothy C. Ross | Reviewed and authorized Debtors foreign subsidiary accounting matters. | 0.50 |
| 9/14/2015 | William D. Cozart | Record cash receipts. | 0.50 |
| 9/14/2015 | William D. Cozart | Prepare reconciliations for August. | 4.00 |
| 9/15/2015 | Kim Ponder | Normal course payables. | 1.00 |
| 9/15/2015 | Kim Ponder | Normal course payables. | 1.00 |
| 9/15/2015 | Kim Ponder | Update and reconciliation of drawdown schedule. | 1.00 |
| 9/15/2015 | Kim Ponder | Month end close. | 2.00 |
| 9/15/2015 | William D. Cozart | Record cash receipts. | 0.50 |
| 9/15/2015 | William D. Cozart | Prepare reconciliations for August. | 3.50 |
| 9/16/2015 | Kim Ponder | Document retention. | 7.00 |
| 9/16/2015 | William D. Cozart | Prepare reconciliations for August. | 3.00 |
| 9/17/2015 | Kim Ponder | Normal course payables. | 2.50 |
| 9/17/2015 | Kim Ponder | Month end close. | 5.00 |
| 9/17/2015 | Timothy C. Ross | Worked Debtors accounting and financial closing matters. | 1.50 |
| 9/17/2015 | William D. Cozart | Record cash receipts. | 0.50 |
| 9/17/2015 | William D. Cozart | Prepare billing for September. | 0.50 |
| 9/17/2015 | William D. Cozart | Prepare October sublease billings and related entries. | 4.00 |
| 9/17/2015 | William D. Cozart | Prepare reconciliations for August. | 3.00 |
| 9/18/2015 | Kim Ponder | Month end close. | 7.00 |
| 9/18/2015 | Timothy C. Ross | Reviewed, authorized, and communicated draw down of professional security deposit. | 1.00 |
| 9/18/2015 | Timothy C. Ross | Worked Debtors accounting and financial closing matters. | 1.50 |
| 9/18/2015 | William D. Cozart | Prepare reconciliations for August. | 2.00 |
| 9/18/2015 | William D. Cozart | Prepare QuickBooks month end company backups and close the month of August. | 3.50 |
| 9/21/2015 | Kim Ponder | Normal course payables. | 3.00 |
| 9/21/2015 | Kim Ponder | GL account reconciliations. | 3.00 |
| 9/21/2015 | Timothy C. Ross | Prepared, authorized and submitted staffing time report. | 0.50 |
| 9/21/2015 | Timothy C. Ross | Received, reviewed, and responded to Debtors foreign subsidiary matters. | 0.50 |
| 9/21/2015 | William D. Cozart | Record cash receipts. | 0.50 |
| 9/21/2015 | William D. Cozart | Prepare sublease billings. | 1.00 |
| 9/21/2015 | William D. Cozart | Prepare research re: historical transactions. | 2.50 |
| 9/22/2015 | Kim Ponder | Normal course payables. | 2.50 |
| 9/22/2015 | William D. Cozart | Record cash receipts. | 1.00 |
| 9/23/2015 | William D. Cozart | Prepare research regarding historical transactions. | 4.50 |
| 9/24/2015 | Kim Ponder | Normal course payables. | 5.00 |
| 9/24/2015 | Timothy C. Ross | Prepared site location analysis / authorized associated professional invoices for payment. | 1.00 |
| 9/24/2015 | William D. Cozart | Prepare adjusting entries for September. | 5.50 |
| 9/24/2015 | William D. Cozart | Prepare research regarding historical transactions. | 1.00 |
| 9/25/2015 | Kim Ponder | GL reconciliations. | 1.50 |
| 9/25/2015 | Timothy C. Ross | Reviewed and authorized Debtors residual invoices for payment. | 1.00 |
| 9/25/2015 | William D. Cozart | Prepare research regarding historical data. | 3.50 |
| 9/28/2015 | Kim Ponder | Normal course payables. | 1.00 |
| 9/28/2015 | Timothy C. Ross | Prepared and submitted staffing time report. | 0.50 |
| 9/28/2015 | William D. Cozart | Prepare adjusting entries for September. | 2.50 |
| 9/28/2015 | William D. Cozart | Prepare research regarding historical transactions. | 1.00 |
| 9/29/2015 | Timothy C. Ross | Reviewed and authorized Debtors GL account reconciliations. | 4.00 |
| 9/29/2015 | William D. Cozart | Record cash receipts. | 2.00 |
| 9/29/2015 | William D. Cozart | Prepare adjusting entries for September. | 3.00 |
| 9/29/2015 | William D. Cozart | Prepare reconciliations for September. | 2.00 |

## Exhibit F

### The Mergis Group
### Time Description Detail by Project

Nortel Networks, Inc. et al.
For the period of September 1, 2015 through September 30, 2015

| Project / Date | Professional | Project Work Description | Hours |
|---|---|---|---|
| 9/30/2015 | Kim Ponder | Normal course payables. | 1.50 |
| 9/30/2015 | Kim Ponder | Intercompany reporting. | 1.00 |
| 9/30/2015 | Kim Ponder | Draft 26th OCP statement. | 4.00 |
| 9/30/2015 | William D. Cozart | Update exchange rates in QuickBooks. | 4.00 |
| 9/30/2015 | William D. Cozart | Prepare research regarding historical transactions. | 3.50 |
| **Finance and General Accounting Total** | | | **239.50** |

**Human Resources**

| | | | |
|---|---|---|---|
| 9/1/2015 | Timothy C. Ross | Reviewed and authorized refund deposits to the Northern Telecom Health and Welfare Trust. | 0.50 |
| 9/3/2015 | Timothy C. Ross | Meeting with RLKS (KS). | 0.50 |
| 9/15/2015 | Kim Ponder | Received and responded to involuntary deduction request re: former employee. | 0.50 |
| 9/21/2015 | Kim Ponder | Received and responded to inquiry from former employee. | 0.50 |
| 9/22/2015 | Timothy C. Ross | Reviewed and authorized refunds to the Northern Telecom Health and Welfare Trust. | 0.50 |
| 9/24/2015 | Timothy C. Ross | Meeting with RLKS (KS). | 0.50 |
| 9/29/2015 | Kim Ponder | Phone call with E. Smith regarding prior year settlement. | 0.50 |
| 9/29/2015 | Timothy C. Ross | Researched Debtors data request. | 1.50 |
| 9/29/2015 | Timothy C. Ross | Reviewed and executed consultant extension agreement. | 0.50 |
| **Human Resources Total** | | | **5.50** |

**Information Technology Operations**

| | | | |
|---|---|---|---|
| 9/3/2015 | Timothy C. Ross | Received, reviewed, and responded to Debtors IT matters. | 0.50 |
| 9/14/2015 | Kim Ponder | Received and responded to request for data. | 0.50 |
| 9/14/2015 | Timothy C. Ross | Worked Debtors information technology consultancy agreement. | 1.00 |
| 9/16/2015 | Timothy C. Ross | Worked Debtors information technology consultancy agreement. | 1.00 |
| 9/23/2015 | Kim Ponder | Communication with Iron Mountain (C Planovich). | 0.50 |
| 9/28/2015 | Timothy C. Ross | Reviewed and actioned Debtors IT consultant matters. | 1.00 |
| 9/30/2015 | Timothy C. Ross | Worked RLKS (RP) request. | 1.00 |
| **Information Technology Operations Total** | | | **5.50** |

**Insurance & Risk Management**

| | | | |
|---|---|---|---|
| 9/3/2015 | Timothy C. Ross | Worked Debtors foreign subsidiary insurance matters. | 0.50 |
| 9/21/2015 | Timothy C. Ross | Worked Debtors foreign subsidiary insurance matters. | 1.00 |
| 9/23/2015 | Timothy C. Ross | Worked Debtors foreign subsidiary insurance matters. | 1.00 |
| 9/24/2015 | Timothy C. Ross | Meeting with RLKS (KS). | 0.50 |
| 9/29/2015 | Timothy C. Ross | Follow-up with Marsh India. | 0.50 |
| **Insurance & Risk Management Total** | | | **3.50** |

**Professional Fee Applications**

| | | | |
|---|---|---|---|
| 9/3/2015 | Kim Ponder | Processed fee applications filed by Professionals. | 1.00 |
| 9/10/2015 | Kim Ponder | Received, researched and responded to inquiry from CGSH. | 0.50 |
| 9/15/2015 | Kim Ponder | Processed fee application filed by Professional. | 0.50 |
| 9/21/2015 | Kim Ponder | Processed fee application filed by Professional. | 0.50 |
| 9/25/2015 | Kim Ponder | Processed fee application filed by Professional. | 0.50 |
| 9/28/2015 | Kim Ponder | Processed fee application filed by Professional. | 0.50 |
| **Professional Fee Applications Total** | | | **3.50** |

**Real Estate Management**

| | | | |
|---|---|---|---|
| 9/1/2015 | Timothy C. Ross | Meeting with JCI (AL). | 1.00 |
| 9/2/2015 | Timothy C. Ross | Worked Debtors collection matters. | 1.00 |
| 9/2/2015 | Timothy C. Ross | Received, reviewed, and responded to Debtors Counsel (KLGates) and JCI (AL). | 1.00 |
| 9/3/2015 | Timothy C. Ross | Meeting with RLKS (KS). | 1.50 |
| 9/3/2015 | Timothy C. Ross | Worked Debtors collection matters. | 0.50 |
| 9/3/2015 | Timothy C. Ross | Worked Debtors property management matters. | 1.00 |
| 9/8/2015 | Timothy C. Ross | Worked Debtors collection matters. | 1.00 |
| 9/9/2015 | Kim Ponder | Communications with Ericsson. | 0.50 |
| 9/9/2015 | Timothy C. Ross | Worked Debtors property management matters. | 1.00 |
| 9/10/2015 | Kim Ponder | Follow up communications with Ericsson. | 0.50 |
| 9/14/2015 | Timothy C. Ross | Worked Debtors property management matters. | 1.00 |
| 9/15/2015 | Kim Ponder | Conference call and follow up re: sublease rent billings. | 0.50 |
| 9/15/2015 | Timothy C. Ross | Prepared Rent roll for RTP and Richardson properties. | 1.50 |
| 9/15/2015 | Timothy C. Ross | Conference call with JCI (AL). | 1.00 |
| 9/16/2015 | Kim Ponder | Monitored and responded to inquiries re: subtenant. | 1.00 |
| 9/16/2015 | Timothy C. Ross | Conference call with JCI (AL). | 0.50 |
| 9/17/2015 | Timothy C. Ross | Worked RLKS (KS) request. | 1.00 |
| 9/17/2015 | Timothy C. Ross | Prepared subtenant rental income for invoicing. | 3.00 |
| 9/21/2015 | Timothy C. Ross | Prepared subtenant rental income for invoicing. | 0.50 |
| 9/21/2015 | Timothy C. Ross | Meeting with JCI (A. Lane). | 1.00 |
| 9/21/2015 | Timothy C. Ross | Worked Debtors property management matters. | 0.50 |
| 9/23/2015 | Timothy C. Ross | Worked Debtors property management matter. | 1.00 |
| 9/24/2015 | Timothy C. Ross | Meeting with RLKS (KS). | 1.00 |
| 9/25/2015 | Timothy C. Ross | Reviewed and executed Debtors property management matters. | 0.50 |
| 9/28/2015 | Timothy C. Ross | Worked Debtors property management matters. | 4.00 |
| 9/30/2015 | Kim Ponder | Received, researched and responded to information request. | 1.00 |
| 9/30/2015 | Timothy C. Ross | Worked Debtors property management matters. | 0.50 |
| 9/30/2015 | Timothy C. Ross | Meeting with Johnson Controls (AL). | 1.00 |
| **Real Estate Management Total** | | | **29.50** |

# Exhibit F

## The Mergis Group
## Time Description Detail by Project

Nortel Networks, Inc. et al.
For the period of September 1, 2015 through September 30, 2015

| Project / Date | Professional | Project Work Description | Hours |
|---|---|---|---|
| **Residual Business Operations** | | | |
| 9/1/2015 | Timothy C. Ross | Received, reviewed, and actioned Debtors residual business matter. | 0.50 |
| 9/11/2015 | Timothy C. Ross | Received, reviewed, and actioned Debtors service of process notifications. | 0.50 |
| 9/14/2015 | Timothy C. Ross | Received, reviewed, and actioned Debtors residual business matter. | 0.50 |
| 9/15/2015 | Timothy C. Ross | Worked Debtors foreign subsidiary matters. | 1.00 |
| 9/16/2015 | Timothy C. Ross | Received, reviewed, and responded to Debtors foreign subsidiary matters. | 0.50 |
| 9/16/2015 | Timothy C. Ross | Acknowledged and actioned Debtors service of process notification. | 0.50 |
| 9/21/2015 | Timothy C. Ross | Reviewed and executed Debtors foreign subsidiary manners. | 1.00 |
| 9/23/2015 | Timothy C. Ross | Worked Debtors residual business matters. | 1.00 |
| 9/30/2015 | Timothy C. Ross | Received, reviewed, and responded to Debtors foreign subsidiary matters. | 0.50 |
| **Residual Business Operations Total** | | | **6.00** |
| **Tax Matters** | | | |
| 9/1/2015 | Timothy C. Ross | Received, reviewed, and responded to Debtors tax matters. | 0.50 |
| 9/2/2015 | Timothy C. Ross | Worked Debtors tax matters. | 1.00 |
| 9/3/2015 | Kim Ponder | Filed CA efile waiver. | 0.50 |
| 9/3/2015 | Kim Ponder | Reviewed and notarized Ohio withdrawal documents. | 0.50 |
| 9/3/2015 | Timothy C. Ross | Worked Debtors foreign subsidiary tax matters. | 1.00 |
| 9/3/2015 | Timothy C. Ross | Reviewed and executed Debtors tax matters. | 0.50 |
| 9/8/2015 | Timothy C. Ross | Reviewed and authorized Debtors foreign subsidiary local tax matters. | 1.00 |
| 9/8/2015 | Timothy C. Ross | Received, reviewed, and responded to Debtors tax matters. | 0.50 |
| 9/9/2015 | Kim Ponder | Communication with EY team regarding State of Delaware franchise tax. | 0.50 |
| 9/9/2015 | Timothy C. Ross | Reviewed and authorized Debtors tax matters. | 1.00 |
| 9/11/2015 | Timothy C. Ross | Worked Debtors foreign subsidiary tax matter. | 0.50 |
| 9/14/2015 | Kim Ponder | Received and responded to EY inquiry. | 0.50 |
| 9/14/2015 | Timothy C. Ross | Reviewed and authorized Debtors foreign subsidiary tax matters. | 1.00 |
| 9/14/2015 | Timothy C. Ross | Worked Debtors foreign entity tax matter. | 0.50 |
| 9/15/2015 | Timothy C. Ross | Received, worked, and responded to Debtors foreign subsidiary matters. | 1.00 |
| 9/15/2015 | Timothy C. Ross | Conference call with E&Y (JS). | 0.50 |
| 9/15/2015 | Timothy C. Ross | Conference call with Debtors Counsel, CGSH (KH). | 0.50 |
| 9/16/2015 | Timothy C. Ross | Received, reviewed, and responded to Debtors foreign subsidiary tax matters. | 0.50 |
| 9/21/2015 | Timothy C. Ross | Reviewed and actioned Debtors foreign subsidiary tax professional fee invoicing. | 1.00 |
| 9/22/2015 | Timothy C. Ross | Received, reviewed, and responded to Debtors foreign branch tax matters. | 0.50 |
| 9/22/2015 | Timothy C. Ross | Reviewed and authorized various Debtors tax matters. | 0.50 |
| 9/22/2015 | Timothy C. Ross | Meeting with E&Y (JW). | 0.50 |
| 9/22/2015 | Timothy C. Ross | Worked Debtors tax information request from E&Y (JW). | 2.00 |
| 9/22/2015 | Timothy C. Ross | Worked Debtors foreign subsidiary tax matters. | 0.50 |
| 9/22/2015 | Timothy C. Ross | Received, reviewed, and responded to debtors tax matters. | 0.50 |
| 9/23/2015 | Kim Ponder | Prepared state tax return packages and mailing. | 1.50 |
| 9/23/2015 | Timothy C. Ross | Meeting with E&Y (JS). | 0.50 |
| 9/23/2015 | Timothy C. Ross | Meeting with E&Y (JS, JW). | 0.50 |
| 9/24/2015 | Timothy C. Ross | Meeting wit E&Y (JS,JW,AB, and MG) and RLKS (KS). | 0.50 |
| 9/24/2015 | Timothy C. Ross | Received, reviewed, and actioned Debtors tax matters. | 1.00 |
| 9/25/2015 | Kim Ponder | Researched prior year tax refunds per EY request. | 5.00 |
| 9/25/2015 | Kim Ponder | Communication to EY (M Gentile) re: New Jersey. | 0.50 |
| 9/28/2015 | Kim Ponder | Researched prior year tax refunds. | 6.00 |
| 9/29/2015 | Kim Ponder | Meetings with EY (M. Gentile, A. Shapiro, K. Hailey) regarding various tax requests. | 2.00 |
| 9/30/2015 | Timothy C. Ross | Reviewed and authorized Debtors tax matters. | 0.50 |
| **Tax Matters Total** | | | **35.50** |

For the period of September 1, 2015 through September 30, 2015    **491.50**

<u>**Exhibit G**</u>

**The Mergis Group**
**Summary of Expenses By Category**

**Nortel Networks, Inc. et al.**
For the period of September 1, 2015 through September 30, 2015

| Expense Category | Expenses |
|---|---:|
| Airfare | - |
| Lodging | - |
| Meals | 96.80 |
| Parking | - |
| Ground Transportation | - |
| Office Expense | 575.96 |
| Professional | - |
| Miscellaneous | - |
| **For the period of September 1, 2015 through September 30, 2015** | **$ 672.76** |

# Exhibit H

## The Mergis Group
### Expense Detail

Nortel Networks, Inc. et al.
For the period of September 1, 2015 through September 30, 2015

| Date (s) Incurred | Name of Professional | Purpose | | Location Visited | |
|---|---|---|---|---|---|
| 09/04/15 | Kim Ponder | Business lunch for RTP Property Landlord and Engineers - PCA | | Local | |
| | Expense Category | Vendor | | | Expenses |
| | Airfare | | | | - |
| | Lodging | | | | - |
| | Meals | Jimmy John's | | | 96.80 |
| | Parking | | | | - |
| | Ground Transportation | | | | - |
| | Office Expense | | | | - |
| | Professional | | | | - |
| | Miscellaneous | | | | - |
| | Total | | | $ | 96.80 |

| Date (s) Incurred | Name of Professional | Purpose | | Location Visited | |
|---|---|---|---|---|---|
| 09/30/15 | Timothy C. Ross | Purchase of 5 External Hard Drives- Debtors data storage and backup. | | Online Purchase | |
| | Expense Category | Vendor | | | Expenses |
| | Airfare | | | | - |
| | Lodging | | | | - |
| | Meals | | | | - |
| | Parking | | | | - |
| | Ground Transportation | | | | - |
| | Office Expense | NEWEGG.COM | | | 575.96 |
| | Professional | | | | - |
| | Miscellaneous | | | | - |
| | Total | | | $ | 575.96 |

| Date (s) Incurred | Name of Professional | Purpose | | Location Visited | |
|---|---|---|---|---|---|
| | Expense Category | Vendor | | | Expenses |
| | Airfare | | | | - |
| | Lodging | | | | - |
| | Meals | | | | - |
| | Parking | | | | - |
| | Ground Transportation | | | | - |
| | Office Expense | | | | - |
| | Professional | | | | - |
| | Miscellaneous | | | | - |
| | Total | | | $ | - |

| Date (s) Incurred | Name of Professional | Purpose | | Location Visited | |
|---|---|---|---|---|---|
| | Expense Category | Vendor | | | Expenses |
| | Airfare | | | | - |
| | Lodging | | | | - |
| | Meals | | | | - |
| | Parking | | | | - |
| | Ground Transportation | | | | - |
| | Office Expense | | | | - |
| | Professional | | | | - |
| | Miscellaneous | | | | - |
| | Total | | | $ | - |

| | | | | | |
|---|---|---|---|---|---|
| For the period of September 1, 2015 through September 30, 2015 | | | | $ | 672.76 |