# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| *In re* | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
|  | Ref. Docket No. 16235-16243 |

## AFFIDAVIT OF SERVICE

| | |
|---|---|
| STATE OF NEW YORK | ) |
| | ) ss.: |
| COUNTY OF NEW YORK | ) |

TIM CONKLIN, being duly sworn, deposes and says:

1. I am employed as a Senior Case Manager by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, 12th Floor, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 23, 2015, I caused to be served a personalized "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e) (2) or (4)" (the "Personalized Transfers"), a sample of which is annexed hereto as Exhibit A, by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Tim Conklin*
Tim Conklin

Sworn to before me this
23rd day of October, 2015
*/s/ Regina Amporfro*
Notary Public, State of New York
No. 01AM6064508
Qualified in Queens County
Commission Expires September 24, 2017

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

EXHIBIT A

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Legal Documents Enclosed
Please direct to the attention
of the Addressee,

Address Service Requested

Legal Department or President



NNI TRFNTC (MERGE2, TXNUM2) 4000108825

To:     BAR(23) MAILID *** 000099507958 ***



ASM CAPITAL, L.P.
TRANSFEROR: DAVIS, BRIAN P
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

# THE REMAINDER OF THIS PAGE
# INTENTIONALLY LEFT BLANK

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
### BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:   BAR(23) MAILID *** 000099507958 ***    NNI TRFNTC (MERGE2, TXNUM2) 4000108825



ASM CAPITAL, L.P.
TRANSFEROR: DAVIS, BRIAN P
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Please note that your claim # 4843 in the above referenced case and in the amount of
$1,413,331.43 has been transferred (unless previously expunged by court order)

DAVIS, BRIAN P
101 ATLANTIC AVE
SPRING LAKE, NJ 07762

No action is required if you do not object to the transfer of your claim. However   **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER   16258   in your objection. If you file an objection, a hearing will be scheduled.   **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  10/23/2015      David D. Bird, Clerk of Co

/s/ Tim Conklin
_____

EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  October 23, 2015.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Legal Documents Enclosed
Please direct to the attention
of the Addressee,

Address Service Requested

Legal Department or President



NNI TRFNTC (MERGE2, TXNUM2) 4000103859

To:      BAR(23) MAILID *** 000099507953 ***



BEATTIE, GORDON
1525 MARSHALL FARM ST
WAKE FOREST, NC 27587

# THE REMAINDER OF THIS PAGE
# INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

## NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF

## BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form,     **transferor**    refers to the claimant who is selling or otherwise assigning its claim.  While     **transferee**    refers to the party who is purchasing or otehwise being assigned the claim.

To:     BAR(23) MAILID *** 000099507953 ***          NNI TRFNTC (MERGE2, TXNUM2) 4000103859



BEATTIE, GORDON
1525 MARSHALL FARM ST
WAKE FOREST, NC 27587

Please note that your claim # 2018 in the above referenced case and in the amount of
$76,657.92 Unliquidated has been transferred (unless previously expunged by court order)

HAIN CAPITAL HOLDINGS, LLC
TRANSFEROR: BEATTIE, GORDON
ATTN: AMANDA RAPOPORT
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

No action is required if you do not object to the transfer of your claim.  However     **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST,** **WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER         16238            in your objection.  If you file an objection, a hearing will be scheduled.     **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  10/23/2015                    David D. Bird, Clerk of Co

                                   /s/ Tim Conklin
                                   _____
                                   EPIQ BANKRUPTCY SOLUTIONS, LLC

                                   as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  October 23, 2015.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Legal Documents Enclosed
Please direct to the attention
of the Addressee,

Address Service Requested

Legal Department or President



NNI TRFNTC (MERGE2, TXNUM2) 4000115427

To:     BAR(23) MAILID *** 000099507962 ***

BEATTIE, GORDON
1525 MARSHALL FARM ST
WAKE FOREST, NC 27587

# THE REMAINDER OF THIS PAGE
# INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**

**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form,    **transferor**    refers to the claimant who is selling or otherwise assigning its claim.  While    **transferee**    refers to the party who is purchasing or othewise being assigned the claim.

To:    BAR(23) MAILID *** 000099507962 ***    NNI TRFNTC (MERGE2, TXNUM2) 4000115427



BEATTIE, GORDON
1525 MARSHALL FARM ST
WAKE FOREST, NC 27587

Please note that your claim # 8764 in the above referenced case and in the amount of
$145,000.00 Unliquidated has been transferred (unless previously expunged by court order)

HAIN CAPITAL HOLDINGS, LLC
TRANSFEROR: BEATTIE, GORDON
ATTN: AMANDA RAPOPORT
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER    16238    in your objection.  If you file an objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  10/23/2015    David D. Bird, Clerk of Co

/s/ Tim Conklin

EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  October 23, 2015.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Address Service Requested

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



NNI TRFNTC (MERGE2, TXNUM2) 4000107749

To:     BAR(23) MAILID *** 000099507957 ***



BEATTIE, GORDON W.
1525 MARSHALL FARM ST
WAKE FOREST, NC 27587

# THE REMAINDER OF THIS PAGE
# INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or otehwise being assigned the claim.

To:     BAR(23) MAILID *** 000099507957 ***       NNI TRFNTC (MERGE2, TXNUM2) 4000107749



BEATTIE, GORDON W.
1525 MARSHALL FARM ST
WAKE FOREST, NC 27587

Please note that your claim # 4266 in the above referenced case and in the amount of
$74,202.25 has been transferred (unless previously expunged by court order)

HAIN CAPITAL HOLDINGS, LLC
TRANSFEROR: BEATTIE, GORDON W.
ATTN: AMANDA RAPOPORT
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

No action is required if you do not object to the transfer of your claim.  However **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER     16238     in your objection.  If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  10/23/2015          David D. Bird, Clerk of Co

/s/ Tim Conklin

EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  October 23, 2015.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Legal Documents Enclosed
Please direct to the attention
of the Addressee,

Address Service Requested

Legal Department or President

epiq
SYSTEMS

NNI TRFNTC (MERGE2, TXNUM2) 4000115625

To:     BAR(23) MAILID *** 000099507963 ***



BENNETT, GRAHAM S
1429 MARSHALL FARM STREET
WAKE FOREST, NC 27587

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**

**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form,      **transferor**      refers to the claimant who is selling or otherwise assigning its claim. While      **transferee**      refers to the party who is purchasing or otehwise being assigned the claim.

To:      BAR(23) MAILID *** 000099507963 ***            NNI TRFNTC (MERGE2, TXNUM2) 4000115625



BENNETT, GRAHAM S
1429 MARSHALL FARM STREET
WAKE FOREST, NC 27587

Please note that your claim # 8775 in the above referenced case and in the amount of
$61,569.00 allowed at $65,543.39 has been transferred (unless previously expunged by court order)

HAIN CAPITAL HOLDINGS, LLC
TRANSFEROR: BENNETT, GRAHAM S
ATTN: AMANDA RAPOPORT
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

No action is required if you do not object to the transfer of your claim.  However      **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST,**
**WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER            16242                  in your objection.  If you file an objection, a hearing will be scheduled.      **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS**
**AS THE CLAIMANT.**

Date:  10/23/2015                        David D. Bird, Clerk of Co

                                        /s/ Tim Conklin
                                        _____
                                        EPIQ BANKRUPTCY SOLUTIONS, LLC

                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  October 23, 2015.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Legal Documents Enclosed
Please direct to the attention
of the Addressee,

Address Service Requested

Legal Department or President



NNI TRFNTC (MERGE2, TXNUM2) 4000107495

To:      BAR(23) MAILID *** 000099507956 ***

CHEN, JING YANG
519 SAGINAW CT
ALLEN, TX 75013-8522

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**

**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:     BAR(23) MAILID *** 000099507956 ***              NNI TRFNTC (MERGE2, TXNUM2) 4000107495



CHEN, JING YANG
519 SAGINAW CT
ALLEN, TX 75013-8522

Please note that your claim # 4103 in the above referenced case and in the amount of
$32,496.18 allowed at $34,701.38 has been transferred (unless previously expunged by court order)

HAIN CAPITAL HOLDINGS, LLC
TRANSFEROR: CHEN, JING YANG
ATTN: AMANDA RAPOPORT
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

No action is required if you do not object to the transfer of your claim.  However     **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER         16240               in your objection.  If you file an objection, a hearing will be scheduled.     **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  10/23/2015                              David D. Bird, Clerk of Co

                                              /s/ Tim Conklin

                                              EPIQ BANKRUPTCY SOLUTIONS, LLC

                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  October 23, 2015.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Legal Documents Enclosed
Please direct to the attention
of the Addressee,

Address Service Requested

Legal Department or President



NNI TRFNTC (MERGE2, TXNUM2) 4000113916

To:     BAR(23) MAILID *** 000099507964 ***

DAVIS, BRIAN P
101 ATLANTIC AVE
SPRING LAKE, NJ 07762

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
### BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:

ASM CAPITAL, L.P.
TRANSFEROR: DAVIS, BRIAN P
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Please note that your claim # 4843 in the above referenced case and in the amount of
$1,413,331.43 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000099507964 ***          NNI TRFNTC (MERGE2, TXNUM2) 4000113916



DAVIS, BRIAN P
101 ATLANTIC AVE
SPRING LAKE, NJ 07762

No action is required if you do not object to the transfer of your claim.  However  **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER          16258                    in your objection.  If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  10/23/2015                          David D. Bird, Clerk of Co

/s/ Tim Conklin
_____

EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  October 23, 2015.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Legal Documents Enclosed
Please direct to the attention
of the Addressee,

Address Service Requested

Legal Department or President



NNI TRFNTC (MERGE2, TXNUM2) 4000112379

To:     BAR(23) MAILID *** 000099507961 ***

GAUGHAN, JEROME
5616 ROSLYN RD.
DURHAM, NC 27712

# THE REMAINDER OF THIS PAGE
# INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
### BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:    BAR(23) MAILID *** 000099507961 ***         NNI TRFNTC (MERGE2, TXNUM2) 4000112379



GAUGHAN, JEROME
5616 ROSLYN RD.
DURHAM, NC 27712

Please note that your claim # 8001 in the above referenced case and in the amount of
$13,003.62 allowed at $13,282.87 has been transferred (unless previously expunged by court order)

HAIN CAPITAL HOLDINGS, LLC
TRANSFEROR: GAUGHAN, JEROME
ATTN: AMANDA RAPOPORT
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER      16235      in your objection.  If you file an objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  10/23/2015                    David D. Bird, Clerk of Co

                                /s/ Tim Conklin
                                _____
                                EPIQ BANKRUPTCY SOLUTIONS, LLC

                                as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  October 23, 2015.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Address Service Requested

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



NNI TRFNTC (MERGE2, TXNUM2) 4000115845

To:        BAR(23) MAILID *** 000099507968 ***

HAIN CAPITAL HOLDINGS, LLC
TRANSFEROR: BEATTIE, GORDON
ATTN: AMANDA RAPOPORT
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**

**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form,    **transferor**    refers to the claimant who is selling or otherwise assigning its claim.  While    **transferee**    refers to the party who is purchasing or otehwise being assigned the claim.

To:

BEATTIE, GORDON
1525 MARSHALL FARM ST
WAKE FOREST, NC 27587

Please note that your claim # 2018 in the above referenced case and in the amount of
$76,657.92 Unliquidated has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000099507968 ***              NNI TRFNTC (MERGE2, TXNUM2) 4000115845



HAIN CAPITAL HOLDINGS, LLC
TRANSFEROR: BEATTIE, GORDON
ATTN: AMANDA RAPOPORT
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER        16238            in your objection.  If you file an objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  10/23/2015                        David D. Bird, Clerk of Co

                                        /s/ Tim Conklin

                                        EPIQ BANKRUPTCY SOLUTIONS, LLC

                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  October 23, 2015.



Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Legal Documents Enclosed
Please direct to the attention
of the Addressee,

Address Service Requested

Legal Department or President

NNI TRFNTC (MERGE2, TXNUM2) 4000115846

To:    BAR(23) MAILID *** 000099507969 ***



HAIN CAPITAL HOLDINGS, LLC
TRANSFEROR: BEATTIE, GORDON
ATTN: AMANDA RAPOPORT
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**

**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form,   **transferor**   refers to the claimant who is selling or otherwise assigning its claim.  While   **transferee**   refers to the party who is purchasing or othewise being assigned the claim.

To:

BEATTIE, GORDON
1525 MARSHALL FARM ST
WAKE FOREST, NC 27587

Please note that your claim # 8764 in the above referenced case and in the amount of
$145,000.00 Unliquidated has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000099507969 ***          NNI TRFNTC (MERGE2, TXNUM2) 4000115846



HAIN CAPITAL HOLDINGS, LLC
TRANSFEROR: BEATTIE, GORDON
ATTN: AMANDA RAPOPORT
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

No action is required if you do not object to the transfer of your claim.  However   **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER        16238            in your objection.  If you file an objection, a hearing will be scheduled.   **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  10/23/2015                          David D. Bird, Clerk of Co

                                           /s/ Tim Conklin
                                           _____

                                           EPIQ BANKRUPTCY SOLUTIONS, LLC

                                           as claims agent for the debtor(s).

FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  October 23, 2015.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Legal Documents Enclosed
Please direct to the attention
of the Addressee,

Address Service Requested

Legal Department or President



NNI TRFNTC (MERGE2, TXNUM2) 4000115847

To:      BAR(23) MAILID *** 000099507970 ***



HAIN CAPITAL HOLDINGS, LLC
TRANSFEROR: BEATTIE, GORDON W.
ATTN: AMANDA RAPOPORT
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

# THE REMAINDER OF THIS PAGE
# INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**

**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form,     **transferor**     refers to the claimant who is selling or otherwise assigning its claim.  While     **transferee**     refers to the party who is purchasing or othewise being assigned the claim.

To:

BEATTIE, GORDON W.
1525 MARSHALL FARM ST
WAKE FOREST, NC 27587

Please note that your claim # 4266 in the above referenced case and in the amount of
$74,202.25 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000099507970 ***          NNI TRFNTC (MERGE2, TXNUM2) 4000115847



HAIN CAPITAL HOLDINGS, LLC
TRANSFEROR: BEATTIE, GORDON W.
ATTN: AMANDA RAPOPORT
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

No action is required if you do not object to the transfer of your claim.  However     **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST,
WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER          16238          in your objection.  If you file an objection, a hearing will be scheduled.     **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS
AS THE CLAIMANT.**

Date:  10/23/2015          David D. Bird, Clerk of Co

/s/ Tim Conklin

EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  October 23, 2015.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Legal Documents Enclosed
Please direct to the attention
of the Addressee,

Address Service Requested

Legal Department or President



NNI TRFNTC (MERGE2, TXNUM2) 4000115851

To:      BAR(23) MAILID *** 000099507974 ***

HAIN CAPITAL HOLDINGS, LLC
TRANSFEROR: BENNETT, GRAHAM S
ATTN: AMANDA RAPOPORT
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**
**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form,    **transferor**    refers to the claimant who is selling or otherwise assigning its claim.  While    **transferee**    refers to the party who is purchasing or othewise being assigned the claim.

To:

BENNETT, GRAHAM S
1429 MARSHALL FARM STREET
WAKE FOREST, NC 27587

Please note that your claim # 8775 in the above referenced case and in the amount of
$61,569.00 allowed at $65,543.39 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000099507974 ***          NNI TRFNTC (MERGE2, TXNUM2) 4000115851



HAIN CAPITAL HOLDINGS, LLC
TRANSFEROR: BENNETT, GRAHAM S
ATTN: AMANDA RAPOPORT
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST,**
**WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
824 NORTH MARKET STREET, 3RD FLOOR
WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER          16242          in your objection.  If you file an
objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS**
**AS THE CLAIMANT.**

Date:  10/23/2015                    David D. Bird, Clerk of Co

                    /s/ Tim Conklin

                    EPIQ BANKRUPTCY SOLUTIONS, LLC
                    as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  October 23, 2015.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Address Service Requested

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



NNI TRFNTC (MERGE2, TXNUM2) 4000115849

To:     BAR(23) MAILID *** 000099507972 ***

HAIN CAPITAL HOLDINGS, LLC
TRANSFEROR: CHEN, JING YANG
ATTN: AMANDA RAPOPORT
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
### BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:

CHEN, JING YANG
519 SAGINAW CT
ALLEN, TX 75013-8522

Please note that your claim # 4103 in the above referenced case and in the amount of $32,496.18 allowed at $34,701.38 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000099507972 ***          NNI TRFNTC (MERGE2, TXNUM2) 4000115849



HAIN CAPITAL HOLDINGS, LLC
TRANSFEROR: CHEN, JING YANG
ATTN: AMANDA RAPOPORT
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

No action is required if you do not object to the transfer of your claim.  However  **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER          16240          in your objection.  If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  10/23/2015                    David D. Bird, Clerk of Co

                    /s/ Tim Conklin
                    _____
                    EPIQ BANKRUPTCY SOLUTIONS, LLC

                    as claims agent for the debtor(s)

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  October 23, 2015.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Legal Documents Enclosed
Please direct to the attention
of the Addressee,

Address Service Requested

Legal Department or President



NNI TRFNTC (MERGE2, TXNUM2) 4000115842

To:      BAR(23) MAILID *** 000099507965 ***

HAIN CAPITAL HOLDINGS, LLC
TRANSFEROR: GAUGHAN, JEROME
ATTN: AMANDA RAPOPORT
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

# THE REMAINDER OF THIS PAGE
# INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:

GAUGHAN, JEROME
5616 ROSLYN RD.
DURHAM, NC 27712

Please note that your claim # 8001 in the above referenced case and in the amount of $13,003.62 allowed at $13,282.87 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000099507965 ***        NNI TRFNTC (MERGE2, TXNUM2) 4000115842



HAIN CAPITAL HOLDINGS, LLC
TRANSFEROR: GAUGHAN, JEROME
ATTN: AMANDA RAPOPORT
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

No action is required if you do not object to the transfer of your claim.  However  **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
824 NORTH MARKET STREET, 3RD FLOOR
WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER        16235        in your objection.  If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  10/23/2015                    David D. Bird, Clerk of Co

                    /s/ Tim Conklin
                    _____
                    EPIQ BANKRUPTCY SOLUTIONS, LLC
                    as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  October 23, 2015.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Address Service Requested

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



NNI TRFNTC (MERGE2, TXNUM2) 4000115850

To:    BAR(23) MAILID *** 000099507973 ***

HAIN CAPITAL HOLDINGS, LLC
TRANSFEROR: LOFTIN-HAYES, MARY GRACE
ATTN: AMANDA RAPOPORT
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**

**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:

LOFTIN-HAYES, MARY GRACE
4309 HORSESHOE BEND
MATTHEWS, NC 28104

Please note that your claim # 870 in the above referenced case and in the amount of

$127,251.21 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000099507973 ***        NNI TRFNTC (MERGE2, TXNUM2) 4000115850



HAIN CAPITAL HOLDINGS, LLC
TRANSFEROR: LOFTIN-HAYES, MARY GRACE
ATTN: AMANDA RAPOPORT
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER        16241        in your objection.  If you file an objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  10/23/2015                          David D. Bird, Clerk of Co

                                           /s/ Tim Conklin
_____

                                           EPIQ BANKRUPTCY SOLUTIONS, LLC

                                           as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  October 23, 2015.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President

Address Service Requested



NNI TRFNTC (MERGE2, TXNUM2) 4000115844

To:     BAR(23) MAILID *** 000099507967 ***

HAIN CAPITAL HOLDINGS, LLC
TRANSFEROR: NAM, HYEJIN
ATTN: AMANDA RAPOPORT
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

# THE REMAINDER OF THIS PAGE
# INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**

**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form,    **transferor**    refers to the claimant who is selling or otherwise assigning its claim.  While    **transferee**    refers to the party who is purchasing or othewise being assigned the claim.

To:

NAM, HYEJIN
1709 COVENTRY LN
ALLEN, TX 75002

Please note that your claim # 7650 in the above referenced case and in the amount of
$16,355.77 allowed at $24,828.19 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000099507967 ***          NNI TRFNTC (MERGE2, TXNUM2) 4000115844



HAIN CAPITAL HOLDINGS, LLC
TRANSFEROR: NAM, HYEJIN
ATTN: AMANDA RAPOPORT
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST,**
**WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER        16237                in your objection.  If you file an
objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS**
**AS THE CLAIMANT.**

Date:  10/23/2015                    David D. Bird, Clerk of Co

                            /s/ Tim Conklin

                            _____

                            EPIQ BANKRUPTCY SOLUTIONS, LLC

                            as claims agent for the debtor(s)

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  October 23, 2015.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Address Service Requested

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



NNI TRFNTC (MERGE2, TXNUM2) 4000115852

To:    BAR(23) MAILID *** 000099507975 ***

HAIN CAPITAL HOLDINGS, LLC
TRANSFEROR: RASMUSON, SCOTT
ATTN: AMANDA RAPOPORT
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

# THE REMAINDER OF THIS PAGE
# INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:

RASMUSON, SCOTT
702 WINTERWOOD CT
GARLAND, TX 75044

RASMUSON, SCOTT
SCOTT RASMUSON
702 WINTERWOOD CT.
GARLAND, TX 75044

Please note that your claim # 3584 in the above referenced case and in the amount of $25,194.23 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000099507975 ***        NNI TRFNTC (MERGE2, TXNUM2) 4000115852



HAIN CAPITAL HOLDINGS, LLC
TRANSFEROR: RASMUSON, SCOTT
ATTN: AMANDA RAPOPORT
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER        16243        in your objection.  If you file an objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  10/23/2015              David D. Bird, Clerk of Co

                              /s/ Tim Conklin
                              _____
                              EPIQ BANKRUPTCY SOLUTIONS, LLC

                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  October 23, 2015.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Legal Documents Enclosed
Please direct to the attention
of the Addressee,

Address Service Requested

Legal Department or President



NNI TRFNTC (MERGE2, TXNUM2) 4000115853

To:    BAR(23) MAILID *** 000099507976 ***

HAIN CAPITAL HOLDINGS, LLC
TRANSFEROR: RASMUSON, SCOTT
ATTN: AMANDA RAPOPORT
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**

**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form,    **transferor**    refers to the claimant who is selling or otherwise assigning its claim.   While    **transferee**    refers to the party who is
purchasing or othewise being assigned the claim.

To:


RASMUSON, SCOTT
702 WINTERWOOD CT.
GARLAND, TX 75044


Please note that your claim # 3585 in the above referenced case and in the amount of
$100,886.08 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000099507976 ***          NNI TRFNTC (MERGE2, TXNUM2) 4000115853



HAIN CAPITAL HOLDINGS, LLC
TRANSFEROR: RASMUSON, SCOTT
ATTN: AMANDA RAPOPORT
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070


No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST,
WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER          16243               in your objection.  If you file an
objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS
AS THE CLAIMANT.**

Date:  10/23/2015                          David D. Bird, Clerk of Co

                                           /s/ Tim Conklin
                                           _____

                                           EPIQ BANKRUPTCY SOLUTIONS, LLC

                                           as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  October 23, 2015.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President

Address Service Requested



NNI TRFNTC (MERGE2, TXNUM2) 4000115843

To:     BAR(23) MAILID *** 000099507966 ***

HAIN CAPITAL HOLDINGS, LLC
TRANSFEROR: ROOT, KAREN E.
ATTN: AMANDA RAPOPORT
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

# THE REMAINDER OF THIS PAGE
# INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim.  While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:

ROOT, KAREN E.
14 UPSTONE DRIVE
NASHUA, NH 03063

Please note that your claim # 7396 in the above referenced case and in the amount of
$27,794.68 allowed at $21,963.85 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000099507966 ***          NNI TRFNTC (MERGE2, TXNUM2) 4000115843



HAIN CAPITAL HOLDINGS, LLC
TRANSFEROR: ROOT, KAREN E.
ATTN: AMANDA RAPOPORT
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

No action is required if you do not object to the transfer of your claim.  However     **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER          16236          in your objection.  If you file an objection, a hearing will be scheduled.     **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  10/23/2015                          David D. Bird, Clerk of Co

                                          /s/ Tim Conklin

                                          _____

                                          EPIQ BANKRUPTCY SOLUTIONS, LLC

                                          as claims agent for the debtor(s).

FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  October 23, 2015.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Legal Documents Enclosed
Please direct to the attention
of the Addressee,

Address Service Requested

Legal Department or President



NNI TRFNTC (MERGE2, TXNUM2) 4000115848

To:      BAR(23) MAILID *** 000099507971 ***

HAIN CAPITAL HOLDINGS, LLC
TRANSFEROR: STEINMETZ, GEORGE J., III
ATTN: AMANDA RAPOPORT
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

# THE REMAINDER OF THIS PAGE
# INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
### BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form,   **transferor**   refers to the claimant who is selling or otherwise assigning its claim.  While   **transferee**   refers to the party who is purchasing or othewise being assigned the claim.

To:

STEINMETZ, GEORGE J., III
7506 WOODBRIDGE PLACE
GARLAND, TX 75044

Please note that your claim # 982 in the above referenced case and in the amount of
$70,625.00 allowed at $76,388.47 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000099507971 ***          NNI TRFNTC (MERGE2, TXNUM2) 4000115848



HAIN CAPITAL HOLDINGS, LLC
TRANSFEROR: STEINMETZ, GEORGE J., III
ATTN: AMANDA RAPOPORT
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

No action is required if you do not object to the transfer of your claim.  However   **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST,**
**WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER          16239          in your objection.  If you file an objection, a hearing will be scheduled.   **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS**
**AS THE CLAIMANT.**

Date:  10/23/2015                    David D. Bird, Clerk of Co

/s/ Tim Conklin

EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  October 23, 2015.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Legal Documents Enclosed
Please direct to the attention
of the Addressee,

Address Service Requested

Legal Department or President



NNI TRFNTC (MERGE2, TXNUM2) 4000000868

To:     BAR(23) MAILID *** 000099507951 ***

LOFTIN-HAYES, MARY GRACE
4309 HORSESHOE BEND
MATTHEWS, NC 28104

# THE REMAINDER OF THIS PAGE
# INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
### BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form,     **transferor**     refers to the claimant who is selling or otherwise assigning its claim.  While     **transferee**     refers to the party who is purchasing or othewise being assigned the claim.

To:     BAR(23) MAILID *** 000099507951 ***          NNI TRFNTC (MERGE2, TXNUM2) 4000000868



LOFTIN-HAYES, MARY GRACE
4309 HORSESHOE BEND
MATTHEWS, NC 28104

Please note that your claim # 870 in the above referenced case and in the amount of

$127,251.21 has been transferred (unless previously expunged by court order)

HAIN CAPITAL HOLDINGS, LLC
TRANSFEROR: LOFTIN-HAYES, MARY GRACE
ATTN: AMANDA RAPOPORT
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

No action is required if you do not object to the transfer of your claim.  However     **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST,**
**WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER          16241          in your objection.  If you file an
objection, a hearing will be scheduled.     **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS**
**AS THE CLAIMANT.**

Date:  10/23/2015                          David D. Bird, Clerk of Co

                                         /s/ Tim Conklin
                                         _____

                                         EPIQ BANKRUPTCY SOLUTIONS, LLC

                                         as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  October 23, 2015.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Legal Documents Enclosed
Please direct to the attention
of the Addressee,

Address Service Requested

Legal Department or President



NNI TRFNTC (MERGE2, TXNUM2) 4000111794

To:      BAR(23) MAILID *** 000099507960 ***

NAM, HYEJIN
1709 COVENTRY LN
ALLEN, TX 75002

# THE REMAINDER OF THIS PAGE
# INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
### BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form,    **transferor**    refers to the claimant who is selling or otherwise assigning its claim.  While    **transferee**    refers to the party who is purchasing or otewise being assigned the claim.

To:    BAR(23) MAILID *** 000099507960 ***            NNI TRFNTC (MERGE2, TXNUM2) 4000111794



NAM, HYEJIN
1709 COVENTRY LN
ALLEN, TX 75002

Please note that your claim # 7650 in the above referenced case and in the amount of
$16,355.77 allowed at $24,828.19 has been transferred (unless previously expunged by court order)

HAIN CAPITAL HOLDINGS, LLC
TRANSFEROR: NAM, HYEJIN
ATTN: AMANDA RAPOPORT
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST,**
**WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER        16237            in your objection.  If you file an objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS**
**AS THE CLAIMANT.**

Date:  10/23/2015                        David D. Bird, Clerk of Co

                        /s/ Tim Conklin
                        _____

                        EPIQ BANKRUPTCY SOLUTIONS, LLC

                        as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  October 23, 2015.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Address Service Requested

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



NNI TRFNTC (MERGE2, TXNUM2) 4000107428

To:     BAR(23) MAILID *** 000099507954 ***



RASMUSON, SCOTT
702 WINTERWOOD CT
GARLAND, TX 75044

# THE REMAINDER OF THIS PAGE
# INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**

**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form,      **transferor**    refers to the claimant who is selling or otherwise assigning its claim.  While      **transferee**    refers to the party who is purchasing or otewise being assigned the claim.

To:      BAR(23) MAILID *** 000099507954 ***          NNI TRFNTC (MERGE2, TXNUM2) 4000107428



RASMUSON, SCOTT                                                          RASMUSON, SCOTT
702 WINTERWOOD CT                                                SCOTT RASMUSON
GARLAND, TX 75044                                                    702 WINTERWOOD CT.
                                                                                  GARLAND, TX 75044

Please note that your claim # 3584 in the above referenced case and in the amount of

$25,194.23 has been transferred (unless previously expunged by court order)

HAIN CAPITAL HOLDINGS, LLC
TRANSFEROR: RASMUSON, SCOTT
ATTN: AMANDA RAPOPORT
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER        16243            in your objection.  If you file an objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  10/23/2015                              David D. Bird, Clerk of Co

                                                        /s/ Tim Conklin

                                                        EPIQ BANKRUPTCY SOLUTIONS, LLC

                                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  October 23, 2015.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Legal Documents Enclosed
Please direct to the attention
of the Addressee,

Address Service Requested

Legal Department or President



NNI TRFNTC (MERGE2, TXNUM2) 4000107432

To:      BAR(23) MAILID *** 000099507955 ***

RASMUSON, SCOTT
702 WINTERWOOD CT.
GARLAND, TX 75044

# THE REMAINDER OF THIS PAGE
# INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
### BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form,    **transferor**    refers to the claimant who is selling or otherwise assigning its claim.  While    **transferee**    refers to the party who is purchasing or othewise being assigned the claim.

To:    BAR(23) MAILID *** 000099507955 ***    NNI TRFNTC (MERGE2, TXNUM2) 4000107432



RASMUSON, SCOTT
702 WINTERWOOD CT.
GARLAND, TX 75044

Please note that your claim # 3585 in the above referenced case and in the amount of
$100,886.08 has been transferred (unless previously expunged by court order)

HAIN CAPITAL HOLDINGS, LLC
TRANSFEROR: RASMUSON, SCOTT
ATTN: AMANDA RAPOPORT
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST,**
**WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER    16243    in your objection.  If you file an
objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS**
**AS THE CLAIMANT.**

Date:  10/23/2015    David D. Bird, Clerk of Co

/s/ Tim Conklin

EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  October 23, 2015.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Legal Documents Enclosed
Please direct to the attention
of the Addressee,

Address Service Requested

Legal Department or President



NNI TRFNTC (MERGE2, TXNUM2) 4000111422

To:    BAR(23) MAILID *** 000099507959 ***



ROOT, KAREN E.
14 UPSTONE DRIVE
NASHUA, NH 03063

# THE REMAINDER OF THIS PAGE
# INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF

### BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form,    **transferor**    refers to the claimant who is selling or otherwise assigning its claim.  While    **transferee**    refers to the party who is purchasing or othewise being assigned the claim.

To:    BAR(23) MAILID *** 000099507959 ***    NNI TRFNTC (MERGE2, TXNUM2) 4000111422

ROOT, KAREN E.
14 UPSTONE DRIVE
NASHUA, NH 03063

Please note that your claim # 7396 in the above referenced case and in the amount of
$27,794.68 allowed at $21,963.85 has been transferred (unless previously expunged by court order)

HAIN CAPITAL HOLDINGS, LLC
TRANSFEROR: ROOT, KAREN E.
ATTN: AMANDA RAPOPORT
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER    16236    in your objection.  If you file an objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  10/23/2015    David D. Bird, Clerk of Co

/s/ Tim Conklin

EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  October 23, 2015.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President

Address Service Requested



NNI TRFNTC (MERGE2, TXNUM2) 4000000981

To:    BAR(23) MAILID *** 000099507952 ***

STEINMETZ, GEORGE J., III
7506 WOODBRIDGE PLACE
GARLAND, TX 75044

# THE REMAINDER OF THIS PAGE
# INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
### BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form,    **transferor**    refers to the claimant who is selling or otherwise assigning its claim.  While    **transferee**    refers to the party who is purchasing or othewise being assigned the claim.

To:    BAR(23) MAILID *** 000099507952 ***           NNI TRFNTC (MERGE2, TXNUM2) 4000000981



STEINMETZ, GEORGE J., III
7506 WOODBRIDGE PLACE
GARLAND, TX 75044

Please note that your claim # 982 in the above referenced case and in the amount of
$70,625.00 allowed at $76,388.47 has been transferred (unless previously expunged by court order)

HAIN CAPITAL HOLDINGS, LLC
TRANSFEROR: STEINMETZ, GEORGE J., III
ATTN: AMANDA RAPOPORT
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST,**
**WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER        16239              in your objection.  If you file an
objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS**
**AS THE CLAIMANT.**

Date:  10/23/2015                David D. Bird, Clerk of Co

/s/ Tim Conklin

EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  October 23, 2015.

EXHIBIT B

| Claim Name | Address Information |
|---|---|
| ASM CAPITAL, L.P. | TRANSFEROR: DAVIS, BRIAN P, ATTN: ADAM MOSKOWITZ, 7600 JERICHO TURNPIKE, SUITE 302, WOODBURY, NY 11797 |
| BEATTIE, GORDON | 1525 MARSHALL FARM ST, WAKE FOREST, NC 27587 |
| BEATTIE, GORDON | 1525 MARSHALL FARM ST, WAKE FOREST, NC 27587 |
| BEATTIE, GORDON W. | 1525 MARSHALL FARM ST, WAKE FOREST, NC 27587 |
| BENNETT, GRAHAM S | 1429 MARSHALL FARM STREET, WAKE FOREST, NC 27587 |
| CHEN, JING YANG | 519 SAGINAW CT, ALLEN, TX 75013-8522 |
| DAVIS, BRIAN P | 101 ATLANTIC AVE, SPRING LAKE, NJ 07762 |
| GAUGHAN, JEROME | 5616 ROSLYN RD., DURHAM, NC 27712 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: BEATTIE, GORDON, ATTN: AMANDA RAPOPORT, 301 ROUTE 17, 7TH FLOOR, RUTHERFORD, NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: BEATTIE, GORDON, ATTN: AMANDA RAPOPORT, 301 ROUTE 17, 7TH FLOOR, RUTHERFORD, NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: BEATTIE, GORDON W., ATTN: AMANDA RAPOPORT, 301 ROUTE 17, 7TH FLOOR, RUTHERFORD, NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: BENNETT, GRAHAM S, ATTN: AMANDA RAPOPORT, 301 ROUTE 17, 7TH FLOOR, RUTHERFORD, NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: CHEN, JING YANG, ATTN: AMANDA RAPOPORT, 301 ROUTE 17, 7TH FLOOR, RUTHERFORD, NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: GAUGHAN, JEROME, ATTN: AMANDA RAPOPORT, 301 ROUTE 17, 7TH FLOOR, RUTHERFORD, NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: LOFTIN-HAYES, MARY GRACE, ATTN: AMANDA RAPOPORT, 301 ROUTE 17, 7TH FLOOR, RUTHERFORD, NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: NAM, HYEJIN, ATTN: AMANDA RAPOPORT, 301 ROUTE 17, 7TH FLOOR, RUTHERFORD, NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: RASMUSON, SCOTT, ATTN: AMANDA RAPOPORT, 301 ROUTE 17, 7TH FLOOR, RUTHERFORD, NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: RASMUSON, SCOTT, ATTN: AMANDA RAPOPORT, 301 ROUTE 17, 7TH FLOOR, RUTHERFORD, NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: ROOT, KAREN E., ATTN: AMANDA RAPOPORT, 301 ROUTE 17, 7TH FLOOR, RUTHERFORD, NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: STEINMETZ, GEORGE J., III, ATTN: AMANDA RAPOPORT, 301 ROUTE 17, 7TH FLOOR, RUTHERFORD, NJ 07070 |
| LOFTIN-HAYES, MARY GRACE | 4309 HORSESHOE BEND, MATTHEWS, NC 28104 |
| NAM, HYEJIN | 1709 COVENTRY LN, ALLEN, TX 75002 |
| RASMUSON, SCOTT | 702 WINTERWOOD CT, GARLAND, TX 75044 |
| RASMUSON, SCOTT | SCOTT RASMUSON, 702 WINTERWOOD CT., GARLAND, TX 75044 |
| RASMUSON, SCOTT | 702 WINTERWOOD CT., GARLAND, TX 75044 |
| ROOT, KAREN E. | 14 UPSTONE DRIVE, NASHUA, NH 03063 |
| STEINMETZ, GEORGE J., III | 7506 WOODBRIDGE PLACE, GARLAND, TX 75044 |

**Total Creditor Count 27**



CLEARY GOTTLIEB STEEN & HAMILTON LLP
JAMES L. BROMLEY, ESQ.
ONE LIBERTY PLAZA
NEW YORK, NY 10006