**Exhibit B**

**EXPENSE SUMMARY**[1]
Nortel Networks Inc., *et al.*
(Case No. 09-10138 (KG))

September 1, 2015 through September 30, 2015

| Expense Category | | Total Expenses |
|---|---|---|
| Telephone | | $106.30 |
| Travel – Transportation | | 3,806.42 |
| Travel – Lodging | | 1,579.36 |
| Travel – Meals | | 332.83 |
| Mailing & Shipping Charges | | 375.11 |
| Duplicating Charges (at $0.10/page) | | 814.00 |
| Color Duplicating Charges (at $0.65/page) | | 15.60 |
| Legal Research | Lexis | 814.39 |
| | Westlaw | 2,801.98 |
| Late Work – Meals | | 259.88 |
| Late Work – Transportation | | 2,120.22 |
| Conference Meals | | 694.63 |
| Other Charges | | 44,393.25 |
| **Grand Total Expenses** | | **$58,113.97** |

---

[1]     Note: This Application includes certain expenses incurred during a period related to a previously submitted fee application, but not entered into the Cleary Gottlieb accounting system until the period covered by this Application.

**EXPENSE SUMMARY**
September 1, 2015 through September 30, 2015

**In re Nortel Networks Inc., et al.**
**(Case No. 09-10138 (KG))**

Note: This Application includes certain expenses incurred during a period related to a previously submitted fee application but not entered into the Cleary Gottlieb accounting system until the period covered by this Application.

| Date | Amount | Narrative |
|------|--------|-----------|
| **Telephone** | | |
| | | |
| 6/15/2015 | 2.89 | Conference Call Charges Conf. ID :    Name: Russell Eckenrod |
| 6/16/2015 | 7.21 | Conference Call Charges Conf. ID :    Name: Lisa M. Schweitzer |
| 6/16/2015 | 8.50 | Conference Call Charges Conf. ID :    Name: Matthew Gurgel |
| 6/18/2015 | 3.53 | Conference Call Charges Conf. ID :    Name: Jeffrey A. Rosenthal |
| 6/18/2015 | 6.64 | Conference Call Charges Conf. ID :    Name: Matthew Gurgel |
| 6/19/2015 | 14.76 | Conference Call Charges Conf. ID :    Name: Benjamin Beller |
| 6/19/2015 | 4.55 | Conference Call Charges Conf. ID :    Name: Janeth Lopez |
| 6/19/2015 | 2.51 | Conference Call Charges Conf. ID :    Name: Kara A. Hailey |
| 6/23/2015 | 9.73 | Conference Call Charges Conf. ID :    Name: Juulie-Hang Xu |
| 6/23/2015 | 2.54 | Conference Call Charges Conf. ID :    Name: Margot Gianis |
| 6/24/2015 | 6.05 | Conference Call Charges Conf. ID :    Name: Benjamin Beller |
| 6/25/2015 | 5.39 | Conference Call Charges Conf. ID :    Name: Darryl G. Stein |
| 6/26/2015 | 2.63 | Conference Call Charges Conf. ID :    Name: Benjamin Beller |
| 6/26/2015 | 4.16 | Conference Call Charges Conf. ID :    Name: Matthew Gurgel |
| 6/26/2015 | 1.28 | Conference Call Charges Conf. ID :    Name: Russell Eckenrod |
| 7/1/2015 | 2.49 | Conference Call Charges Conf. ID :    Name: Benjamin Beller |
| 7/7/2015 | 3.10 | Conference Call Charges Conf. ID :    Name: Daniel Queen |
| 7/8/2015 | 2.49 | Conference Call Charges Conf. ID :    Name: Darryl G. Stein |
| 7/8/2015 | 7.83 | Conference Call Charges Conf. ID :    Name: Darryl G. Stein |
| 7/8/2015 | 3.39 | Conference Call Charges Conf. ID :    Name: Louis Lipner |
| 7/9/2015 | 4.63 | Conference Call Charges Conf. ID :    Name: Russell Eckenrod |
| **TOTAL:** | **106.30** | |
| | | |
| **Travel - Transportation**[1] | | |
| | | |
| 8/4/2015 | 47.25 | TRAVEL - TRANSPORTATION - Byam Trip to Tennessee (booking fee) |
| 8/4/2015 | 724.10 | TRAVEL - TRANSPORTATION - Byam Trip to Tennessee (one-way airplane ticket) |
| 8/10/2015 | 81.36 | TRAVEL - TRANSPORTATION - Byam Trip to Tennessee (ride to airport) |
| 8/11/2015 | 124.06 | TRAVEL - TRANSPORTATION - Bromley Trip to Washington, D.C. (ride to train station) |
| 8/11/2015 | 31.87 | TRAVEL - TRANSPORTATION - Byam Trip to Tennessee (ride within Tennessee) |
| 8/11/2015 | 151.97 | TRAVEL - TRANSPORTATION - Schweitzer Trip to Washington, D.C. (ride to train station) |
| 8/11/2015 | 39.95 | TRAVEL - TRANSPORTATION - Schweitzer Trip to Washington, D.C. (ride within Washington, D.C.) |
| 8/12/2015 | 661.10 | TRAVEL - TRANSPORTATION - Byam Trip to Tennessee (one-way airplane ticket) |
| 8/13/2015 | 51.60 | TRAVEL - TRANSPORTATION - Byam Trip to Tennessee (ride from airport) |

**EXPENSE SUMMARY**
September 1, 2015 through September 30, 2015

In re Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

| Date | Amount | Narrative |
|------|--------|-----------|
| 8/26/2015 | 268.00 | TRAVEL - TRANSPORTATION - Gurgel Trip to Delaware (roundtrip train ticket) |
| 8/27/2015 | 28.30 | TRAVEL - TRANSPORTATION - Byam Trip to Delaware (ride to train station) |
| 8/27/2015 | 36.03 | TRAVEL - TRANSPORTATION - Gurgel Trip to Delaware (ride to train station) |
| 8/27/2015 | 132.77 | TRAVEL - TRANSPORTATION - Schweitzer Trip to Delaware (ride to train station) |
| 8/27/2015 | 10.00 | TRAVEL - TRANSPORTATION - Schweitzer Trip to Delaware (ride within Delaware) |
| 8/31/2015 | 151.00 | TRAVEL - TRANSPORTATION - Bromley Trip to Delaware (one-way train ticket) |
| 9/1/2015 | 23.62 | TRAVEL - TRANSPORTATION - Bromley Trip to Pennsylvania-Delaware (booking fee) |
| 9/1/2015 | 37.50 | TRAVEL - TRANSPORTATION - Bromley Trip to Pennsylvania-Delaware (fee for ticket change) |
| 9/1/2015 | 53.11 | TRAVEL - TRANSPORTATION - Bromley Trip to Pennsylvania-Delaware (one-way airplane ticket) |
| 9/1/2015 | 74.71 | TRAVEL - TRANSPORTATION - Bromley Trip to Pennsylvania-Delaware (ride from Pennsylvania to Delaware) |
| 9/2/2015 | 60.00 | TRAVEL - TRANSPORTATION - Bromley Trip to Delaware (ride from train station) |
| 9/4/2015 | 268.00 | TRAVEL - TRANSPORTATION - Gurgel Trip to Delaware (roundtrip train ticket) |
| 9/4/2015 | 268.00 | TRAVEL - TRANSPORTATION - Murtagh Trip to Delaware (roundtrip train ticket) |
| 9/7/2015 | 45.00 | TRAVEL - TRANSPORTATION - Gurgel Trip to Delaware (booking fee) |
| 9/7/2015 | 45.00 | TRAVEL - TRANSPORTATION - Murtagh Trip to Delaware (booking fee) |
| 9/17/2015 | 50.56 | TRAVEL - TRANSPORTATION - Bromley Trip to Illinois (ride within Illinois) |
| 9/18/2015 | 49.56 | TRAVEL - TRANSPORTATION - Bromley Trip to Illinois (ride within Illinois) |
| 9/18/2015 | 45.00 | TRAVEL - TRANSPORTATION - Murtagh Trip to Delaware (booking fee) |
| 9/18/2015 | 247.00 | TRAVEL - TRANSPORTATION - Murtagh Trip to Delaware (roundtrip train ticket) |
| **TOTAL:** | **3,806.42** | |
| | | |

**Travel - Lodging**

| | | |
|------|--------|-----------|
| 8/12/2015 | 721.08 | TRAVEL - LODGING - Byam Trip to Tennessee (3 nights from 8/10/15 - 8/12/15) |
| 9/1/2015 | 324.00 | TRAVEL - LODGING - Bromley Trip to Delaware (1 night) |
| 9/17/2015 | 534.28 | TRAVEL - LODGING - Bromley Trip to Illinois (1 night) |
| **TOTAL:** | **1,579.36** | |
| | | |

**Travel - Meals**

| | | |
|------|--------|-----------|
| 8/10/2015 | 21.22 | TRAVEL - MEALS - Byam Trip to Tennessee |
| 8/10/2015 | 26.89 | TRAVEL - MEALS - Byam Trip to Tennessee |
| 8/11/2015 | 5.77 | TRAVEL - MEALS - Byam Trip to Tennessee |
| 8/11/2015 | 7.00 | TRAVEL - MEALS - Byam Trip to Tennessee |
| 8/11/2015 | 29.42 | TRAVEL - MEALS - Byam Trip to Tennessee |
| 8/12/2015 | 4.77 | TRAVEL - MEALS - Byam Trip to Tennessee |
| 8/12/2015 | 4.82 | TRAVEL - MEALS - Byam Trip to Tennessee |
| 8/12/2015 | 37.04 | TRAVEL - MEALS - Byam Trip to Tennessee |
| 8/13/2015 | 5.82 | TRAVEL - MEALS - Byam Trip to Tennessee |
| 8/13/2015 | 12.01 | TRAVEL - MEALS - Byam Trip to Tennessee |

**EXPENSE SUMMARY**  In re Nortel Networks Inc., et al.
September 1, 2015 through September 30, 2015  (Case No. 09-10138 (KG))

| Date | Amount | Narrative |
|------|--------|-----------|
| 8/13/2015 | 30.84 | TRAVEL - MEALS - Byam Trip to Tennessee |
| 9/1/2015 | 3.00 | TRAVEL - MEALS - Bromley Trip to Delaware |
| 9/1/2015 | 9.00 | TRAVEL - MEALS - Bromley Trip to Delaware |
| 9/2/2015 | 74.00 | TRAVEL - MEALS - Bromley Trip to Delaware (3 attendees) |
| 9/2/2015 | 10.74 | TRAVEL - MEALS - Murtagh Trip to Delaware |
| 9/8/2015 | 8.57 | TRAVEL - MEALS - Murtagh Trip to Delaware |
| 9/18/2015 | 41.92 | TRAVEL - MEALS - Bromley Trip to Illinois |
| **TOTAL:** | **332.83** | |
| | | |
| **Mailing & Shipping Charges** | | |
| | | |
| 7/31/2015 | 26.98 | SHIPPING CHARGES Inv#: 511791683  Track#: 645645666380 |
| 7/31/2015 | 23.84 | SHIPPING CHARGES Inv#: 511791683  Track#: 645645666493 |
| 8/5/2015 | 20.15 | SHIPPING CHARGES Inv#: 512215787  Track#: 645645666390 |
| 8/7/2015 | 8.28 | SHIPPING CHARGES Inv#: 512506352  Track#: 645645668761 |
| 8/7/2015 | 27.60 | SHIPPING CHARGES Inv#: 651372213  Track#: 645645668934 |
| 8/14/2015 | 29.23 | SHIPPING CHARGES Inv#: 513247384  Track#: 645645670577 |
| 8/18/2015 | 12.75 | SHIPPING CHARGES Inv#: 513548622  Track#: 645645671264 |
| 8/25/2015 | 12.75 | SHIPPING CHARGES Inv#: 514287635  Track#: 645645673256 |
| 8/26/2015 | 20.68 | SHIPPING CHARGES Inv#: 514429077  Track#: 645645673841 |
| 9/4/2015 | 9.93 | SHIPPING CHARGES Inv#: 515550706  Track#: 645645677001 |
| 9/4/2015 | 8.28 | SHIPPING CHARGES Inv#: 515550706  Track#: 645645677159 |
| 9/4/2015 | 12.75 | SHIPPING CHARGES Inv#: 515550706  Track#: 645645677402 |
| 9/8/2015 | 9.83 | SHIPPING CHARGES Inv#: 515708680  Track#: 645645677814 |
| 9/8/2015 | 23.22 | SHIPPING CHARGES Inv#: 515708680  Track#: 645645677836 |
| 9/8/2015 | 9.83 | SHIPPING CHARGES Inv#: 515708680  Track#: 645645677858 |
| 9/8/2015 | 9.83 | SHIPPING CHARGES Inv#: 515708680  Track#: 645645677869 |
| 9/8/2015 | 20.48 | SHIPPING CHARGES Inv#: 515708680  Track#: 645645677870 |
| 9/8/2015 | 13.40 | SHIPPING CHARGES Inv#: 515708680  Track#: 645645677906 |
| 9/8/2015 | 9.83 | SHIPPING CHARGES Inv#: 515708680  Track#: 645645677917 |
| 9/8/2015 | 23.97 | SHIPPING CHARGES Inv#: 652376367  Track#: 645645677847 |
| 9/8/2015 | 31.67 | SHIPPING CHARGES Inv#: 652376367  Track#: 645645677891 |
| 9/10/2015 | 9.83 | SHIPPING CHARGES Inv#: 515862072  Track#: 645645678784 |
| **TOTAL:** | **375.11** | |
| | | |
| **Duplicating Charges (@ $0.10/page)** | | |
| | | |
| 7/31/2015 | 0.10 | NY DUPLICATING |
| 7/31/2015 | 0.10 | NY DUPLICATING |
| 7/31/2015 | 0.10 | NY DUPLICATING |

**EXPENSE SUMMARY**
September 1, 2015 through September 30, 2015

| Date | Amount | Narrative |
|---|---|---|
| 7/31/2015 | 0.10 | NY DUPLICATING |
| 7/31/2015 | 0.10 | NY DUPLICATING |
| 7/31/2015 | 0.10 | NY DUPLICATING |
| 8/5/2015 | 0.10 | NY DUPLICATING |
| 8/6/2015 | 19.20 | NY DUPLICATING |
| 8/7/2015 | 0.10 | NY DUPLICATING |
| 8/7/2015 | 0.10 | NY DUPLICATING |
| 8/7/2015 | 0.20 | NY DUPLICATING |
| 8/7/2015 | 0.20 | NY DUPLICATING |
| 8/7/2015 | 0.30 | NY DUPLICATING |
| 8/12/2015 | 8.00 | NY DUPLICATING |
| 8/14/2015 | 23.00 | NY DUPLICATING |
| 8/19/2015 | 0.10 | NY DUPLICATING |
| 9/2/2015 | 6.90 | NY DUPLICATING XEROX |
| 9/3/2015 | 0.20 | NY DUPLICATING XEROX |
| 9/3/2015 | 0.20 | NY DUPLICATING XEROX |
| 9/3/2015 | 0.20 | NY DUPLICATING XEROX |
| 9/3/2015 | 0.20 | NY DUPLICATING XEROX |
| 9/3/2015 | 0.40 | NY DUPLICATING XEROX |
| 9/3/2015 | 1.00 | NY DUPLICATING XEROX |
| 9/3/2015 | 1.00 | NY DUPLICATING XEROX |
| 9/3/2015 | 1.20 | NY DUPLICATING XEROX |
| 9/3/2015 | 1.20 | NY DUPLICATING XEROX |
| 9/3/2015 | 1.40 | NY DUPLICATING XEROX |
| 9/3/2015 | 1.60 | NY DUPLICATING XEROX |
| 9/3/2015 | 1.60 | NY DUPLICATING XEROX |
| 9/3/2015 | 2.00 | NY DUPLICATING XEROX |
| 9/3/2015 | 2.20 | NY DUPLICATING XEROX |
| 9/3/2015 | 2.20 | NY DUPLICATING XEROX |
| 9/3/2015 | 2.40 | NY DUPLICATING XEROX |
| 9/3/2015 | 3.20 | NY DUPLICATING XEROX |
| 9/3/2015 | 3.40 | NY DUPLICATING XEROX |
| 9/3/2015 | 3.60 | NY DUPLICATING XEROX |
| 9/3/2015 | 4.20 | NY DUPLICATING XEROX |
| 9/3/2015 | 4.20 | NY DUPLICATING XEROX |
| 9/3/2015 | 5.20 | NY DUPLICATING XEROX |
| 9/3/2015 | 5.40 | NY DUPLICATING XEROX |
| 9/3/2015 | 7.00 | NY DUPLICATING XEROX |
| 9/3/2015 | 7.40 | NY DUPLICATING XEROX |
| 9/3/2015 | 7.80 | NY DUPLICATING XEROX |

**EXPENSE SUMMARY**
**September 1, 2015 through September 30, 2015**

*In re Nortel Networks Inc., et al.*
*(Case No. 09-10138 (KG))*

| Date | Amount | Narrative |
|------|--------|-----------|
| 9/3/2015 | 7.80 | NY DUPLICATING XEROX |
| 9/3/2015 | 8.00 | NY DUPLICATING XEROX |
| 9/3/2015 | 12.60 | NY DUPLICATING XEROX |
| 9/3/2015 | 13.00 | NY DUPLICATING XEROX |
| 9/3/2015 | 21.00 | NY DUPLICATING XEROX |
| 9/3/2015 | 24.40 | NY DUPLICATING XEROX |
| 9/4/2015 | 0.20 | NY DUPLICATING |
| 9/4/2015 | 0.20 | NY DUPLICATING |
| 9/4/2015 | 0.20 | NY DUPLICATING |
| 9/8/2015 | 0.90 | NY DUPLICATING |
| 9/8/2015 | 0.20 | NY DUPLICATING XEROX |
| 9/8/2015 | 2.40 | NY DUPLICATING XEROX |
| 9/8/2015 | 2.80 | NY DUPLICATING XEROX |
| 9/8/2015 | 5.60 | NY DUPLICATING XEROX |
| 9/8/2015 | 6.80 | NY DUPLICATING XEROX |
| 9/8/2015 | 8.60 | NY DUPLICATING XEROX |
| 9/8/2015 | 14.80 | NY DUPLICATING XEROX |
| 9/8/2015 | 25.00 | NY DUPLICATING XEROX |
| 9/9/2015 | 18.20 | NY DUPLICATING |
| 9/10/2015 | 51.60 | NY DUPLICATING |
| 9/10/2015 | 0.10 | NY DUPLICATING XEROX |
| 9/10/2015 | 0.10 | NY DUPLICATING XEROX |
| 9/10/2015 | 0.20 | NY DUPLICATING XEROX |
| 9/10/2015 | 0.20 | NY DUPLICATING XEROX |
| 9/10/2015 | 0.30 | NY DUPLICATING XEROX |
| 9/10/2015 | 0.30 | NY DUPLICATING XEROX |
| 9/10/2015 | 0.40 | NY DUPLICATING XEROX |
| 9/10/2015 | 0.50 | NY DUPLICATING XEROX |
| 9/10/2015 | 0.60 | NY DUPLICATING XEROX |
| 9/10/2015 | 1.10 | NY DUPLICATING XEROX |
| 9/10/2015 | 1.20 | NY DUPLICATING XEROX |
| 9/10/2015 | 1.30 | NY DUPLICATING XEROX |
| 9/10/2015 | 3.10 | NY DUPLICATING XEROX |
| 9/11/2015 | 0.80 | NY DUPLICATING |
| 9/14/2015 | 18.00 | NY DUPLICATING |
| 9/14/2015 | 0.70 | NY DUPLICATING XEROX |
| 9/14/2015 | 1.20 | NY DUPLICATING XEROX |
| 9/14/2015 | 3.60 | NY DUPLICATING XEROX |
| 9/17/2015 | 0.20 | NY DUPLICATING XEROX |
| 9/17/2015 | 0.20 | NY DUPLICATING XEROX |

**EXPENSE SUMMARY**
September 1, 2015 through September 30, 2015

In re Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

| Date | Amount | Narrative |
|---|---|---|
| 9/17/2015 | 0.40 | NY DUPLICATING XEROX |
| 9/17/2015 | 0.60 | NY DUPLICATING XEROX |
| 9/17/2015 | 0.60 | NY DUPLICATING XEROX |
| 9/17/2015 | 0.60 | NY DUPLICATING XEROX |
| 9/17/2015 | 0.60 | NY DUPLICATING XEROX |
| 9/17/2015 | 0.60 | NY DUPLICATING XEROX |
| 9/17/2015 | 0.60 | NY DUPLICATING XEROX |
| 9/17/2015 | 0.60 | NY DUPLICATING XEROX |
| 9/17/2015 | 0.80 | NY DUPLICATING XEROX |
| 9/17/2015 | 0.80 | NY DUPLICATING XEROX |
| 9/17/2015 | 0.80 | NY DUPLICATING XEROX |
| 9/17/2015 | 0.90 | NY DUPLICATING XEROX |
| 9/17/2015 | 0.90 | NY DUPLICATING XEROX |
| 9/17/2015 | 0.90 | NY DUPLICATING XEROX |
| 9/17/2015 | 0.90 | NY DUPLICATING XEROX |
| 9/17/2015 | 0.90 | NY DUPLICATING XEROX |
| 9/17/2015 | 0.90 | NY DUPLICATING XEROX |
| 9/17/2015 | 0.90 | NY DUPLICATING XEROX |
| 9/17/2015 | 0.90 | NY DUPLICATING XEROX |
| 9/17/2015 | 0.90 | NY DUPLICATING XEROX |
| 9/17/2015 | 0.90 | NY DUPLICATING XEROX |
| 9/17/2015 | 0.90 | NY DUPLICATING XEROX |
| 9/17/2015 | 0.90 | NY DUPLICATING XEROX |
| 9/17/2015 | 0.90 | NY DUPLICATING XEROX |
| 9/17/2015 | 0.90 | NY DUPLICATING XEROX |
| 9/17/2015 | 0.90 | NY DUPLICATING XEROX |
| 9/17/2015 | 0.90 | NY DUPLICATING XEROX |
| 9/17/2015 | 0.90 | NY DUPLICATING XEROX |
| 9/17/2015 | 0.90 | NY DUPLICATING XEROX |
| 9/17/2015 | 0.90 | NY DUPLICATING XEROX |
| 9/17/2015 | 0.90 | NY DUPLICATING XEROX |
| 9/17/2015 | 0.90 | NY DUPLICATING XEROX |
| 9/17/2015 | 0.90 | NY DUPLICATING XEROX |
| 9/17/2015 | 1.00 | NY DUPLICATING XEROX |
| 9/17/2015 | 1.00 | NY DUPLICATING XEROX |
| 9/17/2015 | 1.00 | NY DUPLICATING XEROX |
| 9/17/2015 | 1.20 | NY DUPLICATING XEROX |

**EXPENSE SUMMARY**
September 1, 2015 through September 30, 2015

In re Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

| Date | Amount | Narrative |
|------|--------|-----------|
| 9/17/2015 | 1.20 | NY DUPLICATING XEROX |
| 9/17/2015 | 1.20 | NY DUPLICATING XEROX |
| 9/17/2015 | 1.20 | NY DUPLICATING XEROX |
| 9/17/2015 | 1.20 | NY DUPLICATING XEROX |
| 9/17/2015 | 1.20 | NY DUPLICATING XEROX |
| 9/17/2015 | 1.20 | NY DUPLICATING XEROX |
| 9/17/2015 | 1.20 | NY DUPLICATING XEROX |
| 9/17/2015 | 1.20 | NY DUPLICATING XEROX |
| 9/17/2015 | 1.20 | NY DUPLICATING XEROX |
| 9/17/2015 | 1.20 | NY DUPLICATING XEROX |
| 9/17/2015 | 1.40 | NY DUPLICATING XEROX |
| 9/17/2015 | 1.50 | NY DUPLICATING XEROX |
| 9/17/2015 | 1.50 | NY DUPLICATING XEROX |
| 9/17/2015 | 1.50 | NY DUPLICATING XEROX |
| 9/17/2015 | 1.50 | NY DUPLICATING XEROX |
| 9/17/2015 | 1.80 | NY DUPLICATING XEROX |
| 9/17/2015 | 2.00 | NY DUPLICATING XEROX |
| 9/17/2015 | 2.00 | NY DUPLICATING XEROX |
| 9/17/2015 | 2.00 | NY DUPLICATING XEROX |
| 9/17/2015 | 2.10 | NY DUPLICATING XEROX |
| 9/17/2015 | 2.10 | NY DUPLICATING XEROX |
| 9/17/2015 | 2.20 | NY DUPLICATING XEROX |
| 9/17/2015 | 2.20 | NY DUPLICATING XEROX |
| 9/17/2015 | 2.40 | NY DUPLICATING XEROX |
| 9/17/2015 | 2.40 | NY DUPLICATING XEROX |
| 9/17/2015 | 2.60 | NY DUPLICATING XEROX |
| 9/17/2015 | 3.20 | NY DUPLICATING XEROX |
| 9/17/2015 | 3.20 | NY DUPLICATING XEROX |
| 9/17/2015 | 3.40 | NY DUPLICATING XEROX |
| 9/17/2015 | 3.90 | NY DUPLICATING XEROX |
| 9/17/2015 | 4.80 | NY DUPLICATING XEROX |
| 9/17/2015 | 5.10 | NY DUPLICATING XEROX |
| 9/17/2015 | 5.40 | NY DUPLICATING XEROX |
| 9/17/2015 | 6.30 | NY DUPLICATING XEROX |
| 9/17/2015 | 10.20 | NY DUPLICATING XEROX |
| 9/18/2015 | 0.10 | NY DUPLICATING XEROX |
| 9/18/2015 | 0.30 | NY DUPLICATING XEROX |
| 9/18/2015 | 0.40 | NY DUPLICATING XEROX |
| 9/18/2015 | 1.40 | NY DUPLICATING XEROX |
| 9/18/2015 | 2.00 | NY DUPLICATING XEROX |

| Date | Amount | Narrative |
|------|--------|-----------|
| 9/18/2015 | 5.10 | NY DUPLICATING XEROX |
| 9/22/2015 | 0.60 | NY DUPLICATING XEROX |
| 9/22/2015 | 7.20 | NY DUPLICATING XEROX |
| 9/22/2015 | 7.80 | NY DUPLICATING XEROX |
| 9/22/2015 | 8.40 | NY DUPLICATING XEROX |
| 9/22/2015 | 10.80 | NY DUPLICATING XEROX |
| 9/22/2015 | 17.40 | NY DUPLICATING XEROX |
| 9/22/2015 | 21.00 | NY DUPLICATING XEROX |
| 9/22/2015 | 22.80 | NY DUPLICATING XEROX |
| 9/22/2015 | 30.60 | NY DUPLICATING XEROX |
| 9/24/2015 | 0.40 | NY DUPLICATING XEROX |
| 9/24/2015 | 0.60 | NY DUPLICATING XEROX |
| 9/24/2015 | 0.60 | NY DUPLICATING XEROX |
| 9/24/2015 | 1.80 | NY DUPLICATING XEROX |
| 9/24/2015 | 2.40 | NY DUPLICATING XEROX |
| 9/24/2015 | 3.00 | NY DUPLICATING XEROX |
| 9/24/2015 | 3.20 | NY DUPLICATING XEROX |
| 9/24/2015 | 3.60 | NY DUPLICATING XEROX |
| 9/24/2015 | 4.40 | NY DUPLICATING XEROX |
| 9/24/2015 | 4.80 | NY DUPLICATING XEROX |
| 9/24/2015 | 6.00 | NY DUPLICATING XEROX |
| 9/24/2015 | 7.00 | NY DUPLICATING XEROX |
| 9/24/2015 | 7.80 | NY DUPLICATING XEROX |
| 9/24/2015 | 8.60 | NY DUPLICATING XEROX |
| 9/24/2015 | 27.80 | NY DUPLICATING XEROX |
| 9/24/2015 | 36.60 | NY DUPLICATING XEROX |
| 9/24/2015 | 46.40 | NY DUPLICATING XEROX |
| 9/28/2015 | 0.10 | NY DUPLICATING XEROX |
| 9/29/2015 | 3.00 | NY DUPLICATING XEROX |
| **TOTAL:** | **814.00** | |
| | | |
| **Color Duplicating/Printing Charges (@ $0.65/page)** | | |
| | | |
| 9/2/2015 | 5.85 | NY COLOR PRINTING |
| 9/2/2015 | 9.75 | NY COLOR PRINTING |
| **TOTAL:** | **15.60** | |
| | | |
| **Legal Research - Lexis** | | |
| | | |
| 8/23/2015 | 50.08 | COMPUTER RESEARCH - LEXIS |

**EXPENSE SUMMARY**
September 1, 2015 through September 30, 2015

In re Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

| Date | Amount | Narrative |
|------|--------|-----------|
| 8/23/2015 | 54.44 | COMPUTER RESEARCH - LEXIS |
| 8/23/2015 | 209.04 | COMPUTER RESEARCH - LEXIS |
| 8/23/2015 | 292.87 | COMPUTER RESEARCH - LEXIS |
| 8/28/2015 | 100.17 | COMPUTER RESEARCH - LEXIS |
| 9/10/2015 | 107.79 | COMPUTER RESEARCH - LEXIS |
| **TOTAL:** | **814.39** | |
| | | |
| **Legal Research - Westlaw** | | |
| | | |
| 8/23/2015 | 43.11 | COMPUTER RESEARCH - WESTLAW |
| 8/23/2015 | 193.36 | COMPUTER RESEARCH - WESTLAW |
| 8/23/2015 | 254.33 | COMPUTER RESEARCH - WESTLAW |
| 8/24/2015 | 21.34 | COMPUTER RESEARCH - WESTLAW |
| 8/24/2015 | 64.45 | COMPUTER RESEARCH - WESTLAW |
| 8/25/2015 | 167.23 | COMPUTER RESEARCH - WESTLAW |
| 8/25/2015 | 193.80 | COMPUTER RESEARCH - WESTLAW |
| 8/25/2015 | 215.57 | COMPUTER RESEARCH - WESTLAW |
| 8/26/2015 | 86.23 | COMPUTER RESEARCH - WESTLAW |
| 8/26/2015 | 86.23 | COMPUTER RESEARCH - WESTLAW |
| 8/26/2015 | 258.69 | COMPUTER RESEARCH - WESTLAW |
| 8/27/2015 | 43.11 | COMPUTER RESEARCH - WESTLAW |
| 8/28/2015 | 146.33 | COMPUTER RESEARCH - WESTLAW |
| 8/31/2015 | 344.05 | COMPUTER RESEARCH - WESTLAW |
| 9/2/2015 | 107.57 | COMPUTER RESEARCH - WESTLAW |
| 9/4/2015 | 43.11 | COMPUTER RESEARCH - WESTLAW |
| 9/8/2015 | 43.11 | COMPUTER RESEARCH - WESTLAW |
| 9/8/2015 | 188.57 | COMPUTER RESEARCH - WESTLAW |
| 9/9/2015 | 43.11 | COMPUTER RESEARCH - WESTLAW |
| 9/9/2015 | 86.23 | COMPUTER RESEARCH - WESTLAW |
| 9/10/2015 | 86.23 | COMPUTER RESEARCH - WESTLAW |
| 9/11/2015 | 43.11 | COMPUTER RESEARCH - WESTLAW |
| 9/11/2015 | 43.11 | COMPUTER RESEARCH - WESTLAW |
| **TOTAL:** | **2,801.98** | |
| | | |
| **Late Work - Meals** | | |
| | | |
| 8/4/2015 | 22.21 | Late Work Meals - Stein |
| 8/12/2015 | 23.12 | Late Work Meals - Sheridan |
| 8/14/2015 | 25.15 | Late Work Meals - Stein |
| 8/18/2015 | 13.66 | Late Work Meals - Graham |

| Date | Amount | Narrative |
|------|--------|-----------|
| 8/21/2015 | 40.93 | Late Work Meals - Rosenthal |
| 8/22/2015 | 24.96 | Late Work Meals - Hermann |
| 8/27/2015 | 28.18 | Late Work Meals - Gianis |
| 9/1/2015 | 29.67 | Late Work Meals - Gianis |
| 9/4/2015 | 15.00 | Late Work Meals - Lobacheva |
| 9/9/2015 | 15.00 | Late Work Meals - Eckenrod |
| 9/11/2015 | 7.00 | Late Work Meals - Cusack |
| 9/13/2015 | 15.00 | Late Work Meals - Cusack |
| **TOTAL:** | **259.88** | |
| | | |
| **Late Work - Transportation** | | |
| | | |
| 7/15/2015 | 36.41 | Late Work Transportation - Schweitzer |
| 7/28/2015 | 23.56 | Late Work Transportation - Schwartz |
| 7/31/2015 | 38.14 | Late Work Transportation - Cantwell |
| 8/2/2015 | 16.64 | Late Work Transportation - Stein |
| 8/3/2015 | 32.52 | Late Work Transportation - Gianis |
| 8/3/2015 | 21.96 | Late Work Transportation - Stein |
| 8/4/2015 | 15.35 | Late Work Transportation - Gianis |
| 8/4/2015 | 31.79 | Late Work Transportation - Lipner |
| 8/5/2015 | 28.62 | Late Work Transportation - Gianis |
| 8/5/2015 | 17.29 | Late Work Transportation - Stein |
| 8/6/2015 | 25.45 | Late Work Transportation - Sheridan |
| 8/10/2015 | 25.45 | Late Work Transportation - Sheridan |
| 8/11/2015 | 28.62 | Late Work Transportation - Gianis |
| 8/11/2015 | 152.17 | Late Work Transportation - Schweitzer |
| 8/11/2015 | 33.24 | Late Work Transportation - Sheridan |
| 8/12/2015 | 25.45 | Late Work Transportation - Sheridan |
| 8/13/2015 | 54.46 | Late Work Transportation - Graham |
| 8/13/2015 | 43.49 | Late Work Transportation - Stein |
| 8/13/2015 | 14.32 | Late Work Transportation - Stein (ride on 8/12/15) |
| 8/17/2015 | 25.79 | Late Work Transportation - Graham |
| 8/17/2015 | 102.68 | Late Work Transportation - Murtagh |
| 8/18/2015 | 42.71 | Late Work Transportation - Gurgel |
| 8/18/2015 | 98.99 | Late Work Transportation - Murtagh |
| 8/18/2015 | 6.35 | Late Work Transportation - Sheridan |
| 8/18/2015 | 18.05 | Late Work Transportation - Stein |
| 8/19/2015 | 39.60 | Late Work Transportation - Gurgel |
| 8/19/2015 | 6.89 | Late Work Transportation - Sheridan |
| 8/20/2015 | 64.32 | Late Work Transportation - Byam |

**EXPENSE SUMMARY**                                                          In re Nortel Networks Inc., et al.
**September 1, 2015 through September 30, 2015**                                  (Case No. 09-10138 (KG))

| Date | Amount | Narrative |
|------|--------|-----------|
| 8/20/2015 | 32.86 | Late Work Transportation - Cantwell |
| 8/20/2015 | 33.91 | Late Work Transportation - Herrington |
| 8/20/2015 | 106.17 | Late Work Transportation - Murtagh |
| 8/20/2015 | 37.09 | Late Work Transportation - Rosenthal |
| 8/21/2015 | 31.79 | Late Work Transportation - Gurgel |
| 8/21/2015 | 52.78 | Late Work Transportation - Hermann |
| 8/24/2015 | 113.34 | Late Work Transportation - Murtagh |
| 8/24/2015 | 31.79 | Late Work Transportation - Stein |
| 8/25/2015 | 31.79 | Late Work Transportation - Gurgel |
| 8/25/2015 | 31.79 | Late Work Transportation - Gurgel (ride after midnight on 8/24/15) |
| 8/26/2015 | 84.28 | Late Work Transportation - Murtagh |
| 8/26/2015 | 98.99 | Late Work Transportation - Murtagh (ride after midnight on 8/25/15) |
| 8/27/2015 | 23.95 | Late Work Transportation - Cantwell |
| 8/27/2015 | 32.52 | Late Work Transportation - Gianis |
| 8/27/2015 | 31.79 | Late Work Transportation - Gurgel |
| 8/27/2015 | 127.57 | Late Work Transportation - Schweitzer |
| 9/1/2015 | 7.90 | Late Work Transportation - Cusack |
| 9/1/2015 | 31.79 | Late Work Transportation - Gurgel |
| 9/1/2015 | 39.60 | Late Work Transportation - Gurgel (ride after mignight on 8/31/15) |
| 9/2/2015 | 36.42 | Late Work Transportation - Gianis |
| 9/4/2015 | 31.79 | Late Work Transportation - Gurgel |
| **TOTAL:** | **2,120.22** | |
| | | |
| **Conference Meals** | | |
| | | |
| 8/28/2015 | 91.46 | Conference Meals (6 attendees) |
| 9/3/2015 | 69.68 | Conference Meals (8 attendees) |
| 9/17/2015 | 244.97 | Conference Meals (10 attendees) |
| 9/17/2015 | 288.52 | Conference Meals (10 attendees) |
| **TOTAL:** | **694.63** | |
| | | |
| **Other** | | |
| | | |
| 9/2/2015 | 12,972.86 | Electronic Database Services |
| 9/2/2015 | 13,724.70 | Electronic Database Services |
| 9/2/2015 | 17,483.15 | Electronic Database Services |
| 9/8/2015 | 200.56 | Computer Research - Vendor: CourtAlert.Com, Inc. |
| 9/10/2015 | 11.98 | Computer Research - Vendor: CourtAlert.Com, Inc. |
| **TOTAL:** | **44,393.25** | |
| | | |

**EXPENSE SUMMARY**
**September 1, 2015 through September 30, 2015**

**In re Nortel Networks Inc., et al.**
**(Case No. 09-10138 (KG))**

| Date | Amount | Narrative |
|---|---|---|
|  |  |  |
| **GRAND TOTAL:** | **58,113.97** |  |
|  |  |  |
| [1] Consistent with Cleary Gottlieb's normal procedure in the present case, Cleary Gottlieb is seeking reimbursement for only the value of standard class train and airplane fares. | | |