# Exhibit A

**COMPENSATION BY PROJECT CATEGORY**

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

August 1, 2015 through August 31, 2015

| **Project Category** | **Total Hours** | **Total Fees** |
|---|---:|---:|
| Fee/Employment Application - US | 12.80 | $7,743.50 |
| Wanland | 1.10 | $720.50 |
| Litigation[1] | 25.30 | $23,060.00 |
| **TOTAL** | **39.20** | **$31,524.00** |

---

[1] This Application includes certain fees incurred during a period related to a previously submitted fee application, but not entered into the Crowell & Moring accounting system until the period covered by this Application. These entries appear on page six.

Client: 105185 / Nortel Networks, Inc.  
Matter: 105185.0000121 / Wanland

Proforma 952394  
10/27/2015

| Index | Date | ID | Name | Title | Hours | Amount | Narrative |
|---|---|---|---|---|---|---|---|
| 13779195 | 8/7/2015 | 1800 | Welt, Monica | Counsel | 0.70 | 458.50 | Summarize next steps in email to Mr. Lipner and inquire re his timing to complete. |
| 13779205 | 8/13/2015 | 1800 | Welt, Monica | Counsel | 0.20 | 131.00 | Follow-up with Mr. Lipner re his timing to complete next steps re exhibits and settlement agreement. |
| 13779209 | 8/21/2015 | 1800 | Welt, Monica | Counsel | 0.20 | 131.00 | Follow-up with Mr. Lipner re his timing to complete next steps re exhibits and settlement agreement. |
| | | | | | **1.10** | **$720.50** | **Professional Services Total** |

Client: 105185 / Nortel Networks, Inc.  
Matter: 105185.0000189 / Fee/Employment Application - US

Proforma 952396  
10/27/2015

| Index | Date | ID | Name | Title | Hours | Amount | Narrative |
|---|---|---|---|---|---|---|---|
| 13702576 | 8/5/2015 | 1830 | Almy, Monique D. | Partner | 1.50 | 1,095.00 | Work on June Interim Fee Application. |
| 13697100 | 8/5/2015 | 2444 | Perales, Olegario | Specialist | 0.30 | 73.50 | Draft sixty-third interim Excel file for Ms. Scarborough (Fee Examiner). |
| 13702589 | 8/6/2015 | 1830 | Almy, Monique D. | Partner | 2.70 | 1,971.00 | Revise and revise 63rd interim fee application for June and the Fee Examiner's spreadsheet. |
| 13702593 | 8/6/2015 | 1830 | Almy, Monique D. | Partner | 1.80 | 1,314.00 | Begin work on July fee application. |
| 13698574 | 8/6/2015 | 2444 | Perales, Olegario | Specialist | 1.00 | 245.00 | Prepare sixty-third interim fee application for June 1, 2015 through June 30, 2015. |
| 13734728 | 8/20/2015 | 2444 | Perales, Olegario | Specialist | 1.00 | 245.00 | Prepare sixty-fourth interim fee application for July 1, 2015 through July 31, 2015. |
| 13734729 | 8/20/2015 | 2444 | Perales, Olegario | Specialist | 0.30 | 73.50 | Prepare twenty-fifth quarterly application. |
| 13734730 | 8/20/2015 | 2444 | Perales, Olegario | Specialist | 0.50 | 122.50 | Draft sixty-fourth interim spreadsheet file for Ms. Scarborough (Fee Examiner). |
| 13734731 | 8/20/2015 | 2444 | Perales, Olegario | Specialist | 0.20 | 49.00 | Prepare order approving fees for May 2015 through July 2015 fee statements. |
| 13759299 | 8/24/2015 | 1830 | Almy, Monique D. | Partner | 3.50 | 2,555.00 | Review and approve 64th interim for July (0.8); review and approve Fee Examiner spreadsheet for July's fees and expenses (1.2); review and approve 25th quarterly for May through July (1.3); review and approve Exhibit A order re 25th quarterly fees and expenses (0.2). |
|  |  |  |  |  | **12.80** | **$7,743.50** | **Professional Services Total** |

Client: 105185 / Nortel Networks, Inc.                                                                                                    Proforma 952397
Matter: 105185.0000205 / Litigation                                                                                                        10/27/2015

| Index | Date | ID | Name | Title | Hours | Amount | Narrative |
|---|---|---|---|---|---|---|---|
| 13708228 | 8/3/2015 | 6634 | Jackson, Sean | Counsel | 0.80 | 504.00 | Review and provide status to Mr. Supko regarding ongoing patent infringement actions involving former Nortel patents. |
| 13708373 | 8/4/2015 | 6634 | Jackson, Sean | Counsel | 0.50 | 315.00 | Conference call with Nortel counsel re Canadian estate's motion for disposal of records. |
| 13708452 | 8/5/2015 | 6634 | Jackson, Sean | Counsel | 0.10 | 63.00 | Email correspondence with Ms. Maguire, in-house counsel for interested party, re consent to production to Metaswitch of patent license agreement. |
| 13774514 | 8/26/2015 | 6634 | Jackson, Sean | Counsel | 0.40 | 252.00 | Review Metaswitch request for production of license agreements between Nortel and third-party (0.2); coordinate search for same (0.2). |
| 13774589 | 8/27/2015 | 6634 | Jackson, Sean | Counsel | 1.40 | 882.00 | Email correspondence with Mr. Shingal, counsel for Metaswitch, re request for third-party license agreements (0.3); review Nortel documents relating to third-party in connection with search for requested license agreements (1.1). |
| 13776619 | 8/28/2015 | 6634 | Jackson, Sean | Counsel | 0.20 | 126.00 | Email correspondence with Recommind re documents requested by Metaswitch. |
|  |  |  |  |  | **3.40** | **$2,142.00** | **Professional Services Total** |

Client: 105185 / Nortel Networks, Inc.  Proforma 952398
Matter: 105185.0000206 / Litigation  10/27/2015

| Index | Date | ID | Name | Title | Hours | Amount | Narrative |
|---|---|---|---|---|---|---|---|
| 13678864 | 8/2/2015 | 1474 | Supko, Mark M. | Partner | 0.30 | 256.50 | Review correspondence and pleadings re NNC motion for leave to destroy documents in preparation for call with Cleary. |
| 13705128 | 8/3/2015 | 302 | Regan, James J. | Partner | 0.80 | 792.00 | Review and analyze Canadian estate's motion for disposal of records (0.6); confer with Mr. Plevin re same (0.2). |
| 13686791 | 8/3/2015 | 1474 | Supko, Mark M. | Partner | 0.20 | 171.00 | Consult with Mr. Jackson re status of various discovery issues. |
| 13705194 | 8/4/2015 | 302 | Regan, James J. | Partner | 0.60 | 594.00 | Exchange emails with Mr. Plevin re cost-sharing motion. |
| 13694174 | 8/4/2015 | 1474 | Supko, Mark M. | Partner | 1.10 | 940.50 | Review Canadian debtors' motion re disposal of records (0.3); review agenda and documents sent by Ms. McCown in preparation for strategy call (0.2); participate in telephone conference with Cleary team and Mr. Ray re strategy for responding to Canadian Debtors' motion re disposal of records (0.6). |
| 13705215 | 8/5/2015 | 302 | Regan, James J. | Partner | 1.60 | 1,584.00 | Review email inquiry from Hughes Hubbard and draft response re same (0.9); exchange emails with Cleary re same (0.3); review previous edits re same (0.4). |
| 13700341 | 8/5/2015 | 1052 | Plevin, Mark D. | Partner | 0.30 | 241.50 | Exchange e-mails with Mr. Huberty re EMEA input on draft cost-sharing motion and order (0.1); exchange e-mails with Messes. McCown and Rozenberg re same (0.2). |
| 13696785 | 8/5/2015 | 1474 | Supko, Mark M. | Partner | 0.20 | 171.00 | Correspondence with Ms. Rozenberg re call with Canadian debtors re motion to dispose of records (0.1); review new pleadings in bankruptcy case (0.1). |
| 13705246 | 8/6/2015 | 302 | Regan, James J. | Partner | 0.70 | 693.00 | Review and analyze correspondence re cost-sharing motion. |
| 13698868 | 8/6/2015 | 1474 | Supko, Mark M. | Partner | 0.30 | 256.50 | Review notice letter from third-party re Cellular Communications litigation (0.2); correspondence with Mr. Ross re same (0.1). |
| 13705257 | 8/7/2015 | 302 | Regan, James J. | Partner | 1.00 | 990.00 | Exchange emails with Mr. Supko re ongoing litigation matters (0.3); exchange emails with Cleary re cost-sharing comment (0.5); confer with Mr. Plevin re same (0.2). |
| 13701235 | 8/7/2015 | 1474 | Supko, Mark M. | Partner | 0.10 | 85.50 | Correspondence with Mr. Regan re status of discovery matters. |
| 13724722 | 8/11/2015 | 302 | Regan, James J. | Partner | 0.30 | 297.00 | Exchange emails with Mr. Plevin re cost-sharing comments. |
| 13724729 | 8/12/2015 | 302 | Regan, James J. | Partner | 0.60 | 594.00 | Exchange emails with Mr. Plevin re cost-sharing issues. |
| 13750837 | 8/17/2015 | 302 | Regan, James J. | Partner | 0.40 | 396.00 | Review correspondence with Cleary re cost-sharing issues and discussions with EMEA. |
| 13750865 | 8/18/2015 | 302 | Regan, James J. | Partner | 0.70 | 693.00 | Review correspondence re cost-sharing issues (0.3); exchange emails with UK estate attorneys re discovery matters (0.4). |
| 13735920 | 8/21/2015 | 1474 | Supko, Mark M. | Partner | 0.30 | 256.50 | Review pleadings from past week for anything potentially relevant to cost-sharing and/or third-party discovery issues. |
| 13765987 | 8/24/2015 | 302 | Regan, James J. | Partner | 0.80 | 792.00 | Review and analyze email request from EMEA counsel re cost-sharing issues (0.5); exchange emails with Mr. Plevin re same (0.3). |

Client: 105185 / Nortel Networks, Inc.  Proforma 952398
Matter: 105185.0000206 / Litigation  10/27/2015

| Index | Date | ID | Name | Title | Hours | Amount | Narrative |
|---|---|---|---|---|---|---|---|
| 13748240 | 8/24/2015 | 1052 | Plevin, Mark D. | Partner | 0.40 | 322.00 | Exchange e-mails with Mr. Huberty (EMEA) re proposed order granting proposed cost-sharing motion (0.1); teleconference with Mr. Huberty re same, pros and cons of certain proposed changes, and next steps to finalize same (0.2); draft and send e-mail to Messrs. Regan and Supko re same (0.1). |
| 13766886 | 8/25/2015 | 302 | Regan, James J. | Partner | 0.60 | 594.00 | Exchange emails with Mr. Plevin re cost-sharing issues (0.4); review response from opposing counsel re same (0.2) |
| | | | | | **11.30** | **$10,720.00** | **Professional Services Total** |

Client: 105185 / Nortel Networks, Inc.  
Matter: 105185.0000206 / Litigation

Proforma 957731  
10/27/2015

| Index | Date | ID | Name | Title | Hours | Amount | Narrative |
|---|---|---|---|---|---|---|---|
| 13389791 | 4/16/2015 | 302 | Regan, James J. | Partner | 1.70 | 1,683.00 | Review and analyze recent pleading from M. Supko re potential relevance to third-party discovery efforts (0.9); exchange emails with client re third-party discovery issues (0.3); review and analyze revised cost-sharing filings (0.5). |
| 13373966 | 4/16/2015 | 1052 | Plevin, Mark D. | Partner | 1.50 | 1,207.50 | Revise and finalize draft cost-sharing motion and proposed order thereon (1.30); draft and send e-mail to Mr. Ray, Mr. Ross, and co-counsel re same, open issues, and next steps (0.2). |
| 13389786 | 4/17/2015 | 302 | Regan, James J. | Partner | 1.20 | 1,188.00 | Review and analyze final cost-sharing motion and order (0.7); exchange emails with local and co-counsel re same (0.3); exchange emails with client re same (0.2). |
| 13373895 | 4/17/2015 | 1052 | Plevin, Mark D. | Partner | 0.10 | 80.50 | Exchange e-mails with Mr. Ross and Messes. Rozenberg, McCown, and Hoover re draft cost-sharing motion. |
| 13387917 | 4/20/2015 | 302 | Regan, James J. | Partner | 0.80 | 792.00 | Draft note to Mr. Plevin re edits to cost-sharing motion (0.6); confer with Mr. Supko re same (0.2). |
| 13388047 | 4/21/2015 | 302 | Regan, James J. | Partner | 1.00 | 990.00 | Review and analyze Cleary's comments to cost-sharing motion (0.8); confer with Mr. Supko re Cleary's comments and new developments in other third-party discovery cases (0.2). |
| 13388094 | 4/22/2015 | 302 | Regan, James J. | Partner | 0.50 | 495.00 | Exchange emails with Mr. Plevin re issues concering cost-sharing motion. |
| 13388133 | 4/23/2015 | 302 | Regan, James J. | Partner | 0.60 | 594.00 | Review and analyze several emails to Canadian and EMEA counsel re cost-sharing memo. |
| 13419655 | 4/27/2015 | 302 | Regan, James J. | Partner | 1.00 | 990.00 | Review correspondence with counsel of third-party re discovery issues (0.1); review and analyze third-party protocol information (0.4); review input from bankruptcy monitor re discovery issues (0.3); exchange emails with Crowell and Moring LLP team re objections to cost-sharing memo (0.2). |
| 13420013 | 4/28/2015 | 302 | Regan, James J. | Partner | 1.30 | 1,287.00 | Review and analyze comments from objecting parties re cost-sharing memo (0.8); exchange emails with Messrs. Plevin and Supko re same (0.3); exchange emails with local counsel re same (0.2). |
| 13420041 | 4/29/2015 | 302 | Regan, James J. | Partner | 0.40 | 396.00 | Review and analyze filing from bankruptcy court (0.3); confer with Ms. Almy re same (0.1). |
| 13420268 | 4/30/2015 | 302 | Regan, James J. | Partner | 0.50 | 495.00 | Confer with Mr. Supko re third party protocol. |
| | | | | | **10.60** | **$10,198.00** | **Professional Services Total** |