# NORTEL 2002 SERVICE LIST

**BY EMAIL**

Rahul Kumar
Email:  rk8228@yahoo.com
C-701 Neelachal Apt. Plot No 3
Sector 4 Dwarka
New Delhi,   110078
INDIA

**BY HAND DELIVERY**

Christopher A. Ward Esq
Justin K. Edelson Esq
Polsinelli PC
222 Delaware Ave
Ste 1101
Wilmington, DE  19801

Steven K. Kortanek
Matthew P. Ward
Womble Carlyle Sandridge & Rice
222 Delaware Ave
Ste 1501
Wilmington, DE  19801

Tobey M. Daluz Esq
Leslie Heilman Esq
David T. May
Ballard Spahr
919 Market St
11th Floor
Wilmington, DE  19801

William E. Chipman
Mark D. Olivere
Anne M. Kashishian
Chipman Brown Cicero & Cole LLP
1007 N. Orange Street
Suite 1110
Wilmington, DE  19801

Rafael X. Zahralddin-Aravena
Shelley A. Kinsella
Elliott Greenleaf
1105 N. Market Street
Ste 1700
Wilmington, DE  19801

Selinda A. Melnik
DLA Piper LLP (US)
919 N. Market Street
15th Floor
Wilmington, DE  19801

David B. Stratton Esq
Leigh-Anne M. Raport Esq
Evelyn J. Meltzer Esq
Pepper Hamilton LLP
1313 Market Street
Ste 5100
Wilmington, DE  19801

Henry Jaffe Esq
Pepper Hamilton LLP
1313 Market Street
Ste 5100
Wilmington, DE  19801

Bonnie Glantz Fatell
Victoria A. Guilfoyle
Blank Rome LLP
1201 N. Market Steet
Ste. 800
Wilmington, DE  19801

Domenic Pacitti Esq
Klehr Harrison
919 Market Street
Ste 1000
Wilmington, DE  19801

Michael D. DeBaecke  Esq
Blank Rome LLP
1201 Market Street
Ste 800
Wilmington, DE  19801

William D. Sullivan Esq
Sullivan Hazeltine Allinson LLC
4 E 8th Street
Ste 400
Wilmington, DE  19801

Howard A. Cohen Esq
Drinker Biddle & Reath LLP
222 Delaware Avenue
Suite 1410
Wilmington, DE  19801

Adam G.  Landis Esq
Kerri K. Mumford Esq
J. Landon Ellis Esq
Landis Rath & Cobb LLP
919 Market Street
Ste 1800
Wilmington, DE  19801

Mary F. Caloway Esq
Kathleen Murphy Esq.
Buchanan Ingersoll & Rooney
919 N. Market Street
Ste 1500
Wilmington, DE  19801-1228

James L. Patton
Edwin J. Harron
Young Conaway
1000 W. King Street
Wilmington, DE  19801

Brett D. Fallon Esq
Morris James LLP
500 Delaware Ave
Ste 1500
Wilmington, DE  19801

Carl N.  Kunz Esq
Michael J. Custer Esq
Morris James LLP
500 Delaware Ave
Ste 1500
Wilmington, DE  19801

Stephen M. Miller
Morris James LLP
500 Delaware Ave
Ste. 1500
Wilmington, DE  19801

Jeffrey M. Gorris
Christopher M. Foulds
Freidlander & Gorris PA
222 Delaware Avenue
Suite 1400
Wilmington, DE  19801

US Attorney's Office
District of Delaware
1007 N. Orange Street
Wilmington, DE  19801

Mark Kenney Esq
Office of the U.S. Trustee
844 King St
Ste 2207 Lockbox 35
Wilmington, DE  19801-3519

Robert A. Weber Esq.
Skadden Arps Slate Meagher & Flom
One Rodney Square
Wilmington, DE  19801

Sarah E. Pierce
Skadden Arps Slate Meagher & Flom
One Rodney Square
Wilmington, DE  19899-0636

Christopher M. Samis
L. Katherine Good
Whiteford Taylor & Preston   LLC
The Renaissance Center
405 N. King Street Ste. 500
Wilmington, DE  19801

Duane D. Werb Esq
Werb & Sullivan
300 Delaware Ave
13th Floor
Wilmington, DE  19801

Norman L. Pernick
Sanjay Bhatnagar
Cole Schotz Meisel Forman & Leonard
500 Delaware Ave
Ste 1410
Wilmington, DE  19801

Laura Davis Jones
Timothy P. Cairns
Pachulski Stang
919 N. Market Street
17th Floor
Wilmington, DE  19801

Kathleen M. Miller Esq
Smith Katzenstein & Jenkins LLP
800 Delaware Ave
10th Floor
Wilmington, DE  19801

William P. Bowden Esq
Ashby & Geddes P.A.
500 Delaware Ave
8th Floor
Wilmington, DE  19801

Ricardo Palacio Esq
Ashby & Geddes P.A.
500 Delaware Ave
Wilmington, DE  19801

Joanne P. Pinckney
Pinckney Weidinger Urban & Joyce
1220 N. Market Street
Ste 950
Wilmington, DE  19801

| | |
|---|---|
| Nicholas Skiles Esq<br>Swartz Campbell LLC<br>300 Delaware Ave<br>Ste 1410<br>Wilmington, DE  19801 | **BY FIRST CLASS MAIL**<br><br>Stephen Gale<br>Herbert Smith<br>Exchange House |

Nicholas  Skiles Esq
Swartz Campbell LLC
300 Delaware Ave
Ste 1410
Wilmington, DE   19801

Rachel B. Mersky Esq
Monzack Mersky McLaughlin Browder
1201 N Orange St
Ste 400
Wilmington, DE   19801

Jeffrey M. Schlerf
Fox Rothschild LLP
Citizens Bank Center
919 N. Market St. Ste. 300
Wilmington, DE   19801

Michael R. Lastowski
Duane Morris LLP
222 Delaware Ave
Ste 1600
Wilmington, DE   19801-1659

Charlene D. Davis Esq
Daniel A. O'Brien Esq
Justin R. Alberto
Bayard P.A.
222 Delaware Ave
Ste 900
Wilmington, DE   19801

Christopher P. Simon
Cross & Simon LLC
913 N. Market Street
11th Floor
Wilmington, DE   19801

Stuart M. Brown
Edwards Angell Palmer & Dodge
919 N. Market Street
Ste 1500
Wilmington, DE   19801

Kurt F. Gwynne Esq
J. Cory Falgowski Esq
Reed Smith LLP
1201 N Market Street
Ste 1500
Wilmington, DE   19801

**BY FIRST CLASS MAIL**

Stephen Gale
Herbert Smith
Exchange House
Primrose Street
London, UK   EC2A 2HS
ENGLAND

Tony Reyes
Norton Rose
Royal Bank Plaza South Tower
200 Bay St. Ste. 3800
Toronto, Ontario   M5J 2Z4
CANADA

Michael J. Wunder
Ryan Jacobs
R. Snayne Kukulowicz
Cassels Brock & Blackwell LLP
40 King St West
Suite 2100 Scotia Plaza
Toronto, Ontario   M5H 3C2
CANADA

Jennifer Stam
Derrick Tay
Gowling Lafleur Henderson
1 First Canadian Place
100 King St. West_Ste. 1600
Toronto, Ontario   M5X 1G5
CANADA

Chris Armstrong
Goodmans LLP
Bay Adelaide Centre
333 Bay St. Ste 3400
Toronto, Ontario   M5H 2S7
CANADA

Bankruptcy Coordinator
IBM Corporation/IBM Credit LLC
275 Viger East 4th Floor
Montreal, QC   H3G 2W6
CANADA

Derek  Austin
Export Development Canada
151 O'Connor Street
Ottawa, Ontario   K1A 1K3
CANADA

Mark K. Ames
Tax Authority Consulting Services P.C.
P. O. Box 1270
Midlothian, VA   23113

Seth B. Shapiro Esq
U.S. Dept of Justice Civil Div
P.O. Box 875
Ben Franklin Station
Washington, DC   20044

Jan M. Geht Esq
U.S. Dept of Justice Tax Div
P.O. Box 227
Washington, DC   20044

Janet Fitzpatrick
Unisys Corporation
P.O. Box 500
M/S E8-108
Blue Bell, PA   19424

Sheryl L. Moreau Esq
Missouri Dept of Revenue
Bankruptcy Division
PO Box 475
Jefferson City, MO   65105-0475

Laura L. McCloud Esq
Assistant Attorney General
P.O. Box 20207
Nashville, TN   37202

Judy D. Thompson
JD Thompson Law
P.O. Box 33127
Charlotte, NC   28233

John P. Dillman Esq
Linebarger Goggan Blair & Sampson
P.O. Box 3064
Houston, TX   77253-3064

Centralized Insolvency Operation
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA   19101-7346

Amos U. Priester IV Esq
Anna B. Osterhout Esq
Smith Anderson Blount Dorsett
P.O. Box 2611
Raleigh, NC   27602-2611

L.A. County Treasurer & Tax Collector
P.O. Box 54110
Los Angeles, CA   90074-0110

Jerry Wadlow
P.O. Box 722
Stratford, OK   74872

Thelma Watson
P.O. Box 971
Bath, SC   29816

Vicente Matias Murrell Esq
Stephen D. Schreiber Esq
Pension Benefit Guaranty Corp
1200 K St NW
Washington, DC   20005-4026

Robert   Winter
Paul Hastings Janofsky & Walker LLP
875 15th St   N.W.
Washington, DC   20005

David Capozzi
Acting General Counsel
Universal Service Administrative Co
2000 L St NW
Ste 200
Washington, DC   20036

Joseph E. Shickich Jr. Esq
Riddell Williams P.S.
1001 4th Ave
Ste 4500
Seattle, WA   98154-1192

Robert J. Keach
Paul McDonald
Daniel J. Murphy
Bernstein Shur Sawyer & Nelson
100 Middle Street
Box 9729
Portland, ME   04104-5029

Ramona Neal Esq
HP   Company
11307 Chinden Blvd
MS 314
Boise, ID   83714

David G. Aelvoet Esq
Linebarger Goggan Blair & Sampson
Travis Bldg Ste 300
711 Navarro
San Antonio, TX   78205

Edward S. Weisfelner
Bennett S. Silverberg
Brown Rudnick LLP
Seven Times Square
New York, NY   10036

Javier Schiffrin
Kevin Malek
Malek Schiffrin LLP
340 Madison Ave
19th Floor
New York, NY  10173-1922

Brian Trust
Thomas M. Vitale
Amit K. Trehan
Mayer Brown LLP
1675 Broadway
New York, NY  10019

David A. Rosenzweig Esq
Fulbright & Jaworski LLP
666 5th Ave
New York, NY  10103-3198

Alistar Bambach
SEC NY Regional Office
Bankruptcy Division
3 World Financial Center
Ste 400
New York, NY  10281-1022

Daniel A. Lowenthal
Brian P. Guiney
Patterson Belknap Webb & Tyler
1133 Avenue of the Americas
New York, NY  10036-6710

Philip Mindlin
Douglas K. Mayer
Benjamin M. Roth
Gregory E. Pessin
Wachtell Lipton Rosen & Katz
51 West 52nd St
New York, NY  10019

Michael L. Schein Esq
Vedder Price P.C.
1633 Broadway
47th Floor
New York, NY  10019

Michael J. Riela
Vedder Price P.C.
1633 Broadway
47th Floor
New York, NY  10019

Michael Luskin
Derek J.T. Adler
Hughes Hubbard
One Battery Park Plaza
New York, NY  10004

Raniero D'Aversa Jr. Esq
Laura D. Metzger Esq
Orrick Herrington & Sutcliffe LLP
51 West 52nd Street
New York, NY  10019-6142

Ronald S. Beacher Esq.
Pryor Cashman LLP
7 Times Square
New York, NY  10036

Michelle McMahon Esq
Bryan Cave LLP
1290 Ave of the Americas
New York, NY  10104

N. Thodore Zink Jr. Esq
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY  10112

Mark I. Bane
Anne H. Pak
Ropes & Gray LLP
1211 Ave of the Americas
New York, NY  10036-8704

Ken Coleman
Paul B. Keller
Daniel Guyder
Laura Hall
Allen & Overy LLP
1221 Ave of the Americas
20th Floor
New York, NY  10020

Carren B. Shulman Esq
Kimberly K. Smith Esq
Sheppard Mullin Richter & Hampton
30 Rockefeller Plaza
24th Floor
New York, NY  10112

Edmond P. O'Brien Esq
Stempel Bennett Claman & Hochberg
675 Third Ave
31st Floor
New York, NY  10017

Steven J. Reisman Esq
James V. Drew Esq
Curtis Mallet-Prevost Colt & Mosle
101 Park Ave
New York, NY  10178-0061

Ernest S. Wechsler
Kramer Levin Naftalis Frankel LLP
1177 Ave of the Americas
New York, NY  10036

Jeremy E. Crystal Esq
Willkie Farr & Gallagher LLP
787 7th Ave
New York, NY  10019

Marc Abrams
Brian E. O'Connor
Sameer Advani
Willkie Farr & Gallagher LLP
787 7th Ave
New York, NY  10019-6099

Susan P. Johnston Esq.
Carter Ledyard & Milburn LLP
2 Wall Street
New York, NY  10005

George A. Zimmerman
Susan L. Saltzstein
Skadden Arps Slate Meagher & Flom
Four Times Square
New York, NY  10036-6522

Stephen J. Shimshak
Marilyn Sobel
Paul Weiss Rifkind Wharton & Garrison
1285 Ave of the Americas
New York, NY  10019-6064

Kristin S. Elliott
Kelley Drye & Warren LLP
101 Park Ave
New York, NY  10178

Dennis F. Dunne Esq
Thomas R. Kreller Esq
Albert A. Pisa Esq
Andrew M. Leblanc Esq
Milbank Tweed Hadley & McCloy LLP
28 Liberty Street
New York, NY  10005

Susheel Kirpalani
James C. Tecce
Daniel S. Holzman
Quinn Emanuel Urquhart & Sullivan
51 Madison Avenue
22nd Floor
New York, NY  10010

Fred S. Hodara Esq
Ryan C. Jacobs Esq
David H. Botter Esq
Akin Gump
One Bryant Park
New York, NY  10036

Kenneth E. Noble Esq
Katten Muchin Rosenman LLP
575 Madison Ave
New York, NY  10022-2585

Jennifer Feldsher
Bracewell & Guiliani LLP
1251 Ave of the Americas
New York, NY  10020

Craig A. Barbarosh
David A. Crichlow
Karen B. Dine
Kevin M. Baum
Katten Muchin Rosenman LLP
575 Madison Ave
New York, NY  10022-2585

Thomas R. Kreller
Milbank Tweed Hadley & McCloy LLP
601 South Figueroa St
Ste 3000
Los Angeles, CA  90017

Judith W. Ross
Baker Botts LLP
2001 Ross Ave
Dallas, TX  75201

Stephen C. Stapleton
Cowles & Thompson PC
901 Main St. Ste. 3900
Dallas, TX  75202

Andrew M. Gould
Wick Phillips Gould & Martin LLP
3131 McKinney Avenue
Suite 100
Dallas, TX  75204-2430

Lynnette R. Warman
Hunton & Williams
1445 Ross Ave
Ste 3700
Dallas, TX  75202-2799

Carol E. Momjian Esq
PA Senior Deputy Atty Gen
21 S 12th Street
3rd Floor
Philadelphia, PA  19107-3603

Fred S. Kurtzman Esq
Klehr Harrison
1835 Market Street
Ste 1400
Philadelphia, PA   19103

David L. Pollack Esq
Jeffrey Meyers Esq
Ballard Spahr
51st Fl Mellon Bank Ctr
1735 Market St
Philadelphia, PA   19103

Dana S. Plon Esq
Sirlin Gallogly & Lesser
123 S. Broad Street
Ste 2100
Philadelphia, PA   19109

Alan S. Kopit Esq
Christopher W. Peer Esq
Hahn Loeser & Parks LLP
200 Public Square
Ste 2800
Cleveland, OH   44114

Susan R. Fuertes Esq
Aldine Independent School District
14910 Aldine-Westfield Road
Houston, TX   77032

Secretary of Treasury
John G. Townsend Bldg.
401 Federal St. Ste. 4
Dover, DE   19901

Secretary of State
Div of Corporations - Franchise Tax
John G. Townsend Bldg.
401 Federal St. Ste. 4
Dover, DE   19901

Linda Boyle
TW Telecom Inc.
10475 Park Meadows Dr
Ste 400
Littleton, CO   80124

Dustin P. Branch Esq
Katten Muchin Rosenman LLP
2029 Century Park East
Ste 2600
Los Angeles, CA   90067-3012

Christopher J. Horvay Esq
Gould & Ratner LLP
222 N Lasalle St
Ste 800
Chicago, IL   60601

Aaron L. Hammer Esq
Devon J. Eggert Esq
Freeborn & Peters LLP
311 South Wacker Dr
Ste 3000
Chicago, IL   60606

Mary E. Olson
Wildman Harrold Allen & Dixon LLP
225 West Wacker Drive
Ste 3000
Chicago, IL   60606

Eric S. Prezant Esq
Bryan Cave LLP
161 N Clark St
Ste 4300
Chicago, IL   60601

Douglas J. Lipke
Robert f. Simon
Vedder Price P.C.
222 North LaSalle St Ste 2600
Chicago, IL   60601

Craig Reimer
Mayer Brown LLP
71 S. Wacker Drive
Chicago, IL   60604-1404

Jeffrey B. Rose
Tishler & Walk Ltd.
200 S. Wacker Drive
Ste 3000
Chicago, IL   60606

Cullen K. Kuhn Esq
Bryan Cave LLP
211 N Broadway
Ste 3600
St. Louis, MO   63102

John J. Rossi
1568 Woodcrest Drive
Wooster, OH   44691

Darryl S. Laddin Esq
Frank N. White Esq
Arnall Golden Gregory LLP
171 17th St NW
Ste 2100
Atlanta, GA   30363-1031

Doug  Goin CFO  
APC Workforce Solutions LLC  
420 South Orange Ave  
6th Floor  
Orlando, FL  32801  

Steve  Jackman Esq VP  
Flextronics  
847 Gibralter Drive  
Milpitas, CA  95035  

Joyce A. Kuhns  
Saul Ewing LLP  
500 E. Pratt Street  
8th Floor  
Baltimore, MD  21202  

Richard M. Kremen Esq  
Dale K. Cathell Esq  
DLA Piper LLP (US)  
6225 Smith Ave  
Baltimore, MD  21209  

James E. Van Horn  
McGuireWoods LLP  
7 Saint Paul Street  
Ste 1000  
Baltimore, MD  21202-1671  

Randall D. Crocker Esq  
VonBriesen & Roper S.C.  
411 E Wisconsin Ave  
Ste 700  
Milwaukee, WI  53202  

Russell S. Long  
Davis & Kuelthau SC  
111 E. Kilbourn Ave. Ste. 1400  
Milwaukee, WI  53202-6613  

Shawn M. Christianson Esq  
Buchalter Nemer  
55 Second Street  
17th Floor  
San Francisco, CA  94105-3493  

Merle C. Meyers Esq  
Michele Thompson Esq  
Meyers Law Group P.C.  
44 Montgomery Street  
Ste 1010  
San Francisco, CA  94104  

Louis J. Cisz III  
Nixon Peabody LLP  
One Embarcadero Center  
18th Floor  
San Francisco, CA  94111-3600  

Elizabeth Weller Esq  
Linebarger Goggan Blair & Sampson  
2777 N. Stemmons Freeway  
Ste 1000  
Dallas, TX  75207  

James C. Waggoner Esq  
Davis Wright Tremaine LLP  
1300 SW 5th Ave  
Ste 2300  
Portland, OR  97201-5630  

Kell C. Mercer  
Afton Sands-Puryear  
Brown McCarroll LLP  
111 Congress Ave  
Ste 1400  
Austin, TX  78701  

Cynthia Ann Schmidt  
PO Box 119  
Oregon House, CA  95962  

Rachel S. Budke Esq  
FPL Law Department  
700 Universe Blvd  
Juno Beach, FL  33408  

Gussie Anderson  
109 Gumpond Beall Rd  
Lumberton, MS  39455  

Devin Lawton Palmer  
Boylan Brown  
145 Culver Road  
Rochester, NY  14620-1678  

Scott K. Brown Esq  
Lewis and Roca LLP  
40 North Central Ave  
Ste 1900  
Phoenix, AZ  85004  

Janette M. Head  
16 Gleneagle Drive  
Bedford, NH  03110  

Denise A. Mertz  
UC Tax Agent/Bankr Rep  
PA Department of Labor & Industry  
Reading Bankr & Complaince Unit  
625 Cherry St Room 203  
Reading, PA  19602-1184  

Tiffany Strelow Cobb  
Vorys Sater Seymour and Pease  
55 East Gay St  
Columbus, OH  43215

Jennifer V. Doran Esq
Hinckley Allen & Snyder LLP
28 State St
Boston, MA  02109

Frank F. McGinn Esq
Bartlett Hackett Feinberg P.C.
155 Federal Street
9th Floor
Boston, MA  02110

Steven D. Pohl
Brown Rudnick LLP
One Financial Center
Boston, MA  2111

James M. Wilton
Ropes & Gray LLP
Prudential Tower
800 Boylston St
Boston, MA  02199-3600

Samuel H. Rudman
David A. Rosenfeld
Robbins Geller Rudman & Dowd LLP
58 S. Service Road
Ste 200
Melville, NY  11747

Amish R. Doshi
Magnozzi & Kye LLP
23 Green Street
Suite 302
Huntington, NY  11743

Lawrence M. Schwab Esq
Thomas M. Gaa Esq
Patrick M. Costello Esq
Bialson Bergen & Schwab
2600 El Camino Real
Ste 300
Palo Alto, CA  94306

David I. Swan Esq
Kenneth M. Misken Esq
McGuireWoods LLP
1750 Tysons Blvd
Ste 1800
McLean, VA  22102-4215

Shannon E. Hoff
Poyner Spruill LLP
301 S. College Street
Ste 2300
Charlotte, NC  28202

David M.  Schilli Esq
Ty E. Shaffer Esq
Robinson Bradshaw & Hinson P.A.
101 North Tryon Street
Ste 1900
Charlotte, NC  28246

J. Scott Douglass Esq
1811 Bering Drive
Suite 420
Houston, TX  77057-3186

Brian W. Bisignani Esq
Post & Schell P.C.
17 N 2nd Street
12th Floor
Harrisburg, PA  17101-1601

Max Taylor Asst. City Atty.
Municipal Operations
201 W. Colfax Ave
Dept. 1207
Denver, CO  80202-5332

Stephen K. Dexter Esq
Lathrop & Gage LLP
US Bank Tower Ste 2400
950 Seventeenth St
Denver, CO  80202

Stephen C. Tingey Esq
Ray Quinney & Nebeker P.C.
36 South State Street
Ste 1400
Salt Lake City, UT  84145-0385

Elizabeth  Banda Esq
Perdue Brandon Fielder Collins & Mott
500 E. Border St.
Ste 640
Arlington, TX  76010

Donald K. Ludman Esq
Brown & Connery LLP
6 North Broad Street
Ste 1000
Woodbury, NJ  08096

Andrew Herenstein
Monarch Alternative Capital LP
535 Madison Ave
New York, NY  10022

Mark G. Ledwin Esq  
Wilson Elser Moskowitz Edelman  
   & Dicker  
1133 Westchester Ave  
Ste N 100  
West Harrison, NY  10604  

Robert S. McWhorter Esq  
Nossaman LLP  
621 Capitol Mall  
25th Floor  
Sacramento, CA  95814  

Chris Finch Credit Manager  
Sumitomo Electric  
78 Alexander Drive  
PO Box 13445  
Triangle Park, NC  27709  

Ann Groninger Esq  
Patterson Harkavy  
225 E. Worthington Ave  
Ste 200  
Charlotte, NC  28203  

Robert E. Nies Esq  
Wolff & Samson PC  
The Offices at Crystal Lake  
One Boland Drive  
West Orange, NJ  07052  

Vincent A. D'Agostino Esq  
Lowenstein Sandler PC  
65 Livingston Ave  
Roseland, NJ  07068  

Michael S. Etkin  
Ira M. Levee  
Lowenstein Sandler PC  
65 Livingston Ave  
Roseland, NJ  07068  

David N. Crapo Esq  
Gibbons P.C.  
One Gateway Center  
Newark, NJ  07102-5310  

Ronald Rowland Esq  
EMC Corporation  
c/o Receivable Management Servs  
307 International Circle Ste 270  
Hunt Valley, MD  21094  

Off of Unemplmt Ins Contrib  Div.  
MD Department of Labor Licensing & Reg.  
Litigation Prosecution Unit  
1100 N. Eutaw St Room 401  
Baltimore, MD  21201  

Attn:  Nathan Fuchs  
SEC NY Regional Office  
233 Broadway  
New York, NY  10279  

Securities & Exchange Commission  
100 F St NE  
Washington, DC  20549  

Ernie Holling President  
The InTech Group Inc.  
305 Exton Commons  
Exton, PA  19341  

Managing Director/Legal Services  
U.S. Department of Labor  
200 Constitution Ave NW  
Frances Perkins Building  
Suite S-1524  
Washington, DC  20210  

Michael R. Thompson  
564 Old Candia Road  
Candia, NH  03034  

Lois Diane Uphold  
201 Camden Park Drive  
Goldsboro, NC  27530  

Debra L. Vega  
818 Glenco Road  
Durham, NC  27703  

Wendy Boswell Mann  
4913 Summit Place Dr. NW  
Apt. 404  
Wilson, NC  27896  

Brad Lee Henry  
11596 W. Sierra Dawn Boulevard  
Lot 386  
Surprise, AZ  85378  

Najam ud Dean  
6 Augusta Drive  
Milbury, MA  01527  

Mark A. Phillips  
6117 Trevor Simpson Drive  
Lake Park, NC  28079  

Gerald R. Utpadel  
4627 Greenmeadows Avenue  
Torrance, CA  90505  

Michael P. Alms  
4944 Elm Island Circle  
Waterford, WI  53185

Bertram Frederick Thomas Fletcher
35 Broomhill Court
Clayton, NC  27527

Carol F. Raymond
7962 S.W. 185 Street
Miami, FL  33157-7487

Richard Lynn Engleman
1505 Nevada Drive
Plano, TX  75093

Mark R. Janis
193 Via Soderini
Aptos, CA  95003

Brenda L. Rohrbaugh
2493 Alston Drive
Marietta, GA  30062

Ronald J. Rose Jr.
26 Pheasant Run
Ballston Spa, NY  12020

James Hunt
8903 Handel Loop
Land O Lakes, FL  34637

David Litz
316 N. Manus Drive
Dallas, TX  75224

Robert Dale Dover
2509 Quail Ridge Road
Melissa, TX  75454

Chad Soraino
8974 Hickory Ave.
Hesperia, CA  92345

Bruce Francis
5506 Lake Elton Road
Durham, NC  27713

Caroline Underwood
2101 Emerson Cook Road
Pittsboro, NC  27312

Robert Joseph Martel
200 Lighthouse Lane
Apartment B3
Cedar Point, NC  28584

Marilyn Green
1106 Boston Hollow Road
Ashland City, TN  37015

Marilyn Day
2020 Fox Glen Drive
Allen, TX  75013

James Lee
1310 Richmond Street
El Cerrito, CA  94530

Freddie Wormsbaker
327 Locust Street
Twin Falls, ID  83301

Scott Gennett
16 Wildwood Street
Lake Grove, NY  11755

Claudia Vidmer
213 Orchard Lane
Glen Ellyn, IL  60137

Kim M. Yates
207 Tomato Hill Road
Leesburg, FL  34748

Remajos Brown
2353 Sword Drive
Garland, TX  75044-6036

Lottie Edith Chambers
2716 Dalford Ct.
Raleigh, NC  27604

Jane Neumann
11730 Co Road 24
Watertown, MN  55388

Charles Sandner
1970 N. Leslie #3779
Pahrump, NV  89060

Steven E. Bennett
37052 Chestnut Street
Newark, CA  94560

Alan Heinbaugh
19816 Colby Court
Saratoga, CA  95070

George I. Hovater Jr.
9009 Casals Street
Unit 1
Sacramento, CA  95826

Daniel D. David
2105 Possum Trot Road
Wake Forest, NC  27587

Miriam L. Stewart
2615 Bailey's Crossroads Rd.
Benson, NC  27504

Terry D. Massengill
126 Keri Drive
Garner, NC  27529

Laurie Adams
217 Ridge Creek Drive
Morrisville, NC  27560

Edward G. Guevarra Jr.
11007 Scripps Ranch Blvd
San Diego, CA  92131

Chae S. Roob
8584 Chanhassen Hills Dr. South
Chanhassen, MN  55317

Paul Douglas Wolfe
113 Red Drum Lane
Gloucester, NC  28528

Victoria Anstead
3894 Ridge Lea Road #A
Amherst, NY  14228

Sandra Aiken
3166 Tump Wilkins Road
Stern, NC  27581

Brenda L. Wread
3408A Water Vista Parkway
Lawrenceville, GA  30044

Barbara Carr
145 Grecian Parkway
Rochester, NY  14626

Herbert Preston Stansbury
3193 US Highway 15
Stern, NC  27581

Crickett Grissom
2580 W. Porter Creek Avenue
Porterville, CA  93257

Vernon M. Long
4929 Kelso Lane
Garland, TX  75043

Shirley Maddry
187 Bear Branch Road
Rockingham, NC  28379-7943

Michael Stutts
1616 Hastings Bluff
McKinney, TX  75070

Kathleen A. Reese
200 Carnegie Drive
Milpitas, CA  95035

Emily D. Cullen
100 Telmew Court
Cary, NC  27518

Reid T. Mullett
4224 Thamesgate Close
Norcross, GA  30092

Danny Owenby
2136 Sapelo Court
Fernandina, FL  32034

Susan Ann Heisler
133 Anna Road Box 194
Blakelee, PA  18610

Richard Hodges
12804 Pamplona Dr
Wake Forest, NC  27587

Wanda Jacobs
801 Dupree Street
Durham, NC  27701

Paul Edward Morrison
2241 College Avenue
Quincy, IL  62301

John Mercer
2123 14th Street
Moline, IL  61265

9606213