**CERTIFICATE OF SERVICE**

        I, Tamara K. Minott, certify that I am not less than 18 years of age, and that service of the foregoing **Debtors' Motion Pursuant to Bankruptcy Rule 9019 for Entry of an Order Approving the Stipulation Resolving Claims with Crowell & Moring LLP** was caused to be made on November 3, 2015, in the manner indicated upon the entities identified on the attached service list.

Date: November 3, 2015                                  */s/ Tamara K. Minott*
                                                             Tamara K. Minott (No. 5643)