# EXHIBIT A

**CUMULATIVE COMPENSATION BY PROJECT
CATEGORY FOR APPLICATION PERIOD**

Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

September 1, 2015 through October 31, 2015

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

# HOURS/BILLABLE AMOUNTS BY PROJECT
## John Ray-Nortel

**Name:** John J. Ray, III

**Working Dates:** Start Date **9/1/15**    End Date **10/28/15**

**Enter Billing Rate/Hr:** **735.00**

| Project No. | Project Name | Hours/Minutes Worked | Billing Rate | Billing Amount |
|---|---|---|---|---|
| 1 | MOR, required monthly/period disclosures, Schedule Admendments, Form 26 | | | |
| 2 | Contracts - assumption/rejection analysis & support, Executory contract review | | | |
| 3 | Claims Matters | | | |
| 4 | Preparation & presentation of financial and other information; cash/expense management; analysis of proposed transactions; assist with business processes | | | |
| 5 | Asset Sales or Other Transactional Support | | | |
| 6 | IT Infrastructure / Data Support | | | |
| 7 | Litigation Support; Attendance and testimony at hearings; Investigation matters at the request of counsel | 78.8 | $735.00 | $57,918.00 |
| 8 | Creditor Meetings; Various administrative matters (Tax, Financial, Board, Employee) | 8.3 | $735.00 | $6,100.50 |
| 9 | Development of Plan of Reorganization; Disclosure Statement | | | |
| 10 | Non-Working Travel | | | |
| 11 | Fee Application | 2.8 | $735.00 | $2,058.00 |
| | **Hours/Billing Amount for Period:** | **89.9** | | **$66,076.50** |

# Nortel TIME SHEET

**89.9**

John Ray

| Enter Date | Description | Professional | Project No. (1-11) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 9/1/15 | Review and execute Nortel 2014 federal and state tax returns | John Ray | 8 | 7.5 |
| 9/2/15 | Prepare and file August 2015 fee app | John Ray | 11 | 2.8 |
| 9/8/15 | Review communication from Cleary re NNSA proceedings | John Ray | 7 | 0.5 |
| 9/8/15 | Review SNMP update from Cleary | John Ray | 7 | 0.4 |
| 9/8/15 | Cala liquidation update from Cleary | John Ray | 8 | 0.5 |
| 9/8/15 | Demel appeal update | John Ray | 7 | 0.3 |
| 9/9/15 | Review of SNMP order denying withdrawal of the reference | John Ray | 7 | 0.3 |
| 9/10/15 | Review of EY UK communication related to mediation ; request for further data exchanges between parties (.50); discuss with Cleary/Chilmark (1.5) | John Ray | 7 | 2.0 |
| 9/10/15 | Update PBGC re claim | John Ray | 7 | 0.3 |
| 9/14/15 | Update from RKLS related to claims settlement process for trade claims | John Ray | 7 | 1.3 |
| 9/15/15 | Review of EMEA motion to enforce stay against SNMP claims | John Ray | 7 | 0.3 |
| 9/19/15 | Review of EMEA response to cost sharing motion | John Ray | 7 | 0.3 |
| 9/21/15 | Review of data exchange information with Monitor and EMEA | John Ray | 7 | 4.0 |
| 9/21/15 | Form 26 review and sign | John Ray | 8 | 0.3 |
| 9/24/15 | Call with Cleary re mediation/allocation | John Ray | 7 | 1.5 |
| 9/28/15 | Review of Demel order | John Ray | 7 | 0.3 |
| 9/28/15 | Review of intercompany claims related to Canada | John Ray | 7 | 4.5 |
| 9/29/15 | Further review of interco claims related to Canada | John Ray | 7 | 6.5 |
| 10/1/15 | Review of Canadian personnel file access ageement | John Ray | 7 | 0.3 |
| 10/2/15 | MOR review and execute | John Ray | 7 | 0.3 |
| 10/2/15 | Review of interco claims related to Canada | John Ray | 7 | 3.0 |
| 10/6/15 | Review of data exchange for mediation | John Ray | 7 | 2.5 |
| 10/12/15 | Call with Cleary and trade claims group re mediation | John Ray | 7 | 1.3 |
| 10/12/15 | Review further material with respect to Canadian interco claims | John Ray | 7 | 2.5 |
| 10/13/15 | Review further material with respect to Canadian interco claims | John Ray | 7 | 1.5 |
| 10/13/15 | Review of US public mediation statement draft | John Ray | 7 | 2.0 |
| 10/13/15 | Review of US private mediation statement draft | John Ray | 7 | 1.0 |
| 10/14/15 | Comments re mediation submissions | John Ray | 7 | 0.5 |
| 10/14/15 | Review of mediation submissions of UK, Canada, UKPA, and several other parties | John Ray | 7 | 5.3 |
| 10/20/15 | Communications from Cleary re Canada motion to leave for appeal | John Ray | 7 | 0.8 |
| 10/22/15 | Prepare for mediation; review of information prepared by or at request of Cleary | John Ray | 7 | 4.5 |
| 10/23/15 | Prepare for mediation; review of information prepared by or at request of cleary | John Ray | 7 | 4.8 |
| 10/26/15 | Prepare for mediation; review of information prepared by or at request of Cleary | John Ray | 7 | 6.0 |
| 10/27/15 | Attend mediation | John Ray | 7 | 10.5 |
| 10/28/15 | Attend mediation | John Ray | 7 | 9.5 |