# EXHIBIT B

**EXPENSE SUMMARY/DETAIL**

Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

September 1, 2015 through October 31, 2015

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

**Nortel Networks, Inc.**

**EXPENSE SUMMARY**
**September 1, 2015 through October 31, 2015**

**John Ray**

| Expense Category | | Total Expenses |
|---|---|---|
| Travel – Airline | | $    798.40 |
| Travel – Lodging | | 2,471.24 |
| Travel – Transportation | | 358.21 |
| Travel – Meals | | 290.00 |
| Parking | | 84.00 |
| | | |
| TOTAL | | $    4,001.85 |
| | | |

## John Ray Time and Expense--Nortel

PERIOD: September 1, 2015 through October 31, 2015

| Date | Description | Air | Lodging | Transportation | Meals | Parking | Professional |
|---|---|---|---|---|---|---|---|
| 10/6/15 | New York airfare | $ 314.20 | | | | | John Ray |
| 10/7/15 | New York hotel | | $ 500.00 | | | | John Ray |
| 10/7/15 | New York hotel tax | | $ 117.81 | | | | John Ray |
| 10/7/15 | New York car service to LGA | | | $ 158.21 | | | John Ray |
| 10/26/15 | New York airfare | $ 484.20 | | | | | John Ray |
| 10/26/15 | New York car service from LGA | | | $ 100.00 | | | John Ray |
| 10/26/15 | New York hotel | | $ 500.00 | | | | John Ray |
| 10/26/15 | New York hotel tax | | $ 117.81 | | | | John Ray |
| 10/26/15 | New York lunch | | | | $ 25.00 | | John Ray |
| 10/26/15 | New York dinner | | | | $ 50.00 | | John Ray |
| 10/27/15 | New York hotel | | $ 500.00 | | | | John Ray |
| 10/27/15 | New York hotel tax | | $ 117.81 | | | | John Ray |
| 10/27/15 | New York breakfast | | | | $ 15.00 | | John Ray |
| 10/27/15 | New York dinner with Bromley (Cleary), Ray, Kennedy and Rosenberg (both Chilmark) | | | | $ 200.00 | | John Ray |
| 10/28/15 | New York hotel | | $ 500.00 | | | | John Ray |
| 10/28/15 | New York hotel tax | | $ 117.81 | | | | John Ray |
| 10/28/15 | New York car service to LGA | | | $ 100.00 | | | John Ray |
| 10/29/15 | New York parking | | | | | $ 84.00 | John Ray |
| | | | | | | | John Ray |
| | | | | | | | John Ray |
| | | | | | | | John Ray |
| | | | | | | | John Ray |
| | | | | | | | John Ray |
| | | | | | | | John Ray |
| | Totals: | $ 798.40 | $ 2,471.24 | $ 358.21 | $ 290.00 | $ 84.00 | |