# EXHIBIT A

## NORTEL NETWORKS INC., *et al*.
## CASE NO. 09-10138 (KG)

Professional Fees and Expenses
Monthly Fee Application

| Applicant & Docket No. | Time Period Covered | Fees & Expenses Requested in Application | Fees & Expenses Allowed/Awarded | Date Application Filed | Objection Deadline |
|---|---|---|---|---|---|
| Akin Gump Strauss Hauer & Feld LLP [16232] | 8/1/15 - 8/31/15 | $315,254.00 (Fees) $9,774.56 (Expenses) | $252,203.20 (Fees @ 80%) $9,774.56 (Expenses @ 100%) | 10/15/15 | 11/4/15 |