# EXHIBIT A

## NORTEL NETWORKS INC., *et al*.
## CASE NO. 09-10138 (KG)

Professional Fees and Expenses
Monthly Fee Application

| Applicant & Docket No. | Time Period Covered | Fees & Expenses Requested in Application | Fees & Expenses Allowed/Awarded | Date Application Filed | Objection Deadline |
|---|---|---|---|---|---|
| Berkeley Research Group, LLC<br><br>[16230] | 8/1/15 - 8/31/15 | $85,029.00 (Fees)<br><br>$15.19 (Expenses) | $68,023.20 (Fees @ 80%)<br><br>$15.19 (Expenses @ 100%) | 10/14/15 | 11/4/15 |