**Exhibit B**

# Invoice

Ashurst LLP
Broadwalk House
5 Appold Street
London
EC2A 2HA

The Official Unsecured Creditors Committee for Nortel Networks Inc
c/o Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, New York  10036
United States of America

Tel  +44 (0)20 7638 1111
Fax +44 (0)20 7638 1112
www.ashurst.com

Our VAT No.: GB 108 2136 48



**Interim** (S)

VAT Invoice Date: **29 October 2015**       Our Ref: **GDB/CCN01.00001**

Invoice No.: **397489**

| | VAT GBP | VAT Rate (%) | Fees and Disbursements GBP |
|---|---|---|---|
| **Re: BANKRUPTCY** | | | |
| **To our professional fees** (NT) | 0.00 | 0.00 | 31,703.00 |
| For the period to 30 September 2015, in connection with the above matter. | | | |
| (Please see attached) | | | |
| Document Production (NT) | 0.00 | 0.00 | 93.00 |
| **Disbursements:** (NT) Fares and Incidental Expenses | 0.00 | 0.00 | 46.43 |
| | 0.00 | | 31,842.43 |
| | | VAT | 0.00 |
| | | Total | 31,842.43 |
| | | **Balance Due** | **31,842.43** |

The fees and disbursements the subject of this invoice may include fees and disbursements due to another member of the Ashurst Group.

**Payment Details**

NatWest - 15 Bishopsgate, London, EC2P 2AP - **Account No.:** 00404268
**Sort Code:** 50-00-00 - **Swift Code:** NWBKGB2L - **IBAN Code:** GB12NWBK50000000404268

**Please note: Remittance advices should be sent electronically to remittances@ashurst.com**

Please quote reference 397489 when settling this invoice
**Payment Terms: 21 days**

**Legal services are 100% foreign source**

AUSTRALIA  BELGIUM  CHINA  FRANCE  GERMANY  HONG KONG SAR  INDONESIA (ASSOCIATED OFFICE)  ITALY  JAPAN  PAPUA NEW GUINEA
SAUDI ARABIA  SINGAPORE  SPAIN  SWEDEN  UNITED ARAB EMIRATES  UNITED KINGDOM  UNITED STATES OF AMERICA

Ashurst LLP is a limited liability partnership registered in England and Wales under number OC330252 and is part of the Ashurst Group. It is a law firm authorised and regulated by the Solicitors Regulation Authority of England and Wales under number 468653. A list of members of Ashurst LLP and their professional qualifications is open to inspection at its registered office Broadwalk House, 5 Appold Street, London EC2A 2HA or at the address above. The term 'partner' in relation to Ashurst LLP is used to refer to a member of Ashurst LLP or to an employee or consultant with equivalent standing and qualifications. The Ashurst Group has an office in each of the places listed above.



The Official Unsecured Creditors Committ
Re: BANKRUPTCY
GDB/GDB/CCN01.00001
For the period: to 30/09/2015
Prebill Number:999900

| | | | | |
|---|---|---|---|---|
| Partner | Giles Boothman | 2.80 | 2,366.00 | (C0007) |
| | | 4.90 | 4,140.50 | (C0031) |
| | | **7.70** | **6,506.50** | |
| | | | | |
| Partner | Angela Pearson | 2.90 | 2,305.50 | (C0031) |
| | | **2.90** | **2,305.50** | |
| | | | | |
| Senior Associate | Drew Sainsbury | 4.20 | 2,499.00 | (C0007) |
| | | 17.60 | 10,472.00 | (C0031) |
| | | **21.80** | **12,971.00** | |
| | | | | |
| Senior Associate | Lindsey Roberts | 5.20 | 2,834.00 | (C0003) |
| | | 5.00 | 2,725.00 | (C0007) |
| | | 7.40 | 4,033.00 | (C0012) |
| | | **17.60** | **9,592.00** | |
| | | | | |
| Trainee | Ben Middleton | 0.10 | 20.50 | (C0003) |
| | | 0.90 | 184.50 | (C0031) |
| | | **1.00** | **205.00** | |
| | | | | |
| Trainee | Kelly Trueman | 0.60 | 123.00 | (C0031) |
| | | **0.60** | **123.00** | |
| | | | | |
| | **Total** | **51.60** | **31,703.00** | |

**Matter: CCN01.00001 - BANKRUPTCY**

### C0007    Creditors Committee Meetings

| | | Time (Decimal) | Agreed Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Partner** | | | | |
| GDB | Giles Boothman | 2.80 | 845.00 | 2,366.00 |
| **Senior Associate** | | | | |
| DSAINS | Drew Sainsbury | 4.20 | 595.00 | 2,499.00 |
| LROBER | Lindsey Roberts | 5.00 | 545.00 | 2,725.00 |
| | | | Total | 7,590.00 |

### Detailed Time Breakdown

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/09/2015 | Lindsey Roberts | LETT | Emails to/from DSAINS re UCC call | 0.20 | 545.00 | 109.00 |
| 03/09/2015 | Giles Boothman | ATTD | UCC call update | 0.50 | 845.00 | 422.50 |
| 03/09/2015 | Giles Boothman | READ | Emails re UCC meeting and discussion with Drew re the same | 0.30 | 845.00 | 253.50 |
| 03/09/2015 | Lindsey Roberts | LETT | Email re the Appeal call; emails internally re AMP and DSAINS re the same | 0.30 | 545.00 | 163.50 |
| 03/09/2015 | Lindsey Roberts | ATTD | Attend the Appeal Call | 0.40 | 545.00 | 218.00 |
| 03/09/2015 | Lindsey Roberts | REVI | Review of Joint Admin Reply in further support of motion to enforce the Automatic stay and dismiss claim against EMEA Debtors (and other docs attached to agenda for Appeal call) | 1.40 | 545.00 | 763.00 |
| 03/09/2015 | Lindsey Roberts | PHON | Weekly UCC call | 0.50 | 545.00 | 272.50 |
| 10/09/2015 | Lindsey Roberts | REVI | Review agenda and attend UCC call. | 1.00 | 545.00 | 545.00 |
| 14/09/2015 | Lindsey Roberts | LETT | Follow up email from D Botter re mediation and briefing schedule timings discussed on UCC call. | 0.10 | 545.00 | 54.50 |
| 17/09/2015 | Giles Boothman | ATTD | UCC call | 0.50 | 845.00 | 422.50 |
| 17/09/2015 | Giles Boothman | PREP | Prep for UCC call and read papers | 0.50 | 845.00 | 422.50 |
| 17/09/2015 | Lindsey Roberts | REVI | Review of agenda for UCC call and relevant attachments | 0.30 | 545.00 | 163.50 |
| 17/09/2015 | Lindsey Roberts | PHON | UCC weekly call | 0.50 | 545.00 | 272.50 |
| 21/09/2015 | Lindsey Roberts | LETT | Emails to/from DSAINS re UCC call/outline of appeal briefing. | 0.30 | 545.00 | 163.50 |
| 24/09/2015 | Drew Sainsbury | MISC | PREP/READ Materials ahead of call (3.5) PHON Conference call with UCC (0.5) INTD Debrief GDB on call (0.2) | 4.20 | 595.00 | 2,499.00 |
| 24/09/2015 | Giles Boothman | ATTD | Diss with Drew/Attend UCC call | 1.00 | 845.00 | 845.00 |
| | | | | | | 7,590.00 |

**Matter: CCN01.00001 - BANKRUPTCY**

## C0031     European Proceedings/Matters

| | | | | Time (Decimal) | Agreed Rate (GBP /hour) | Amount |
|---|---|---|---|---|---|---|

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/09/2015 | Ben Middleton | MISC | Creation of hard-copy statements of issues and supplemental designations; Diss with LROBER re the same | 0.20 | 205.00 | 41.00 |
| 01/09/2015 | Drew Sainsbury | LETT | LETT – Email to J Whiteoak, emails from, forward to F Hodara (0.3)<br>INTD Discuss with GDB, catch up generally on matters currently at issue (0.3)<br>LETT Further email from J Whiteoak (HSF), consider (0.3)<br>INTD Discuss with GDB via email (0.2)<br>DRFT Response to HSF and send to F Hodara, emails (0.4)<br>READ Researching admin duties in context of adjudication process (1.9) | 3.40 | 595.00 | 2,023.00 |
| 01/09/2015 | Giles Boothman | SUPE | Diss with Drew and re administrators emails re approach to administrators | 1.00 | 845.00 | 845.00 |
| 01/09/2015 | Giles Boothman | READ | Various emails/ Drew | 0.50 | 845.00 | 422.50 |
| 01/09/2015 | Lindsey Roberts | REVI | Review of emails re NNUK hearing and judgment update sent while on leave | 0.80 | 545.00 | 436.00 |
| 01/09/2015 | Lindsey Roberts | REVI | Review of emails re draft mediation process proposal. | 0.30 | 545.00 | 163.50 |
| 01/09/2015 | Lindsey Roberts | LETT | Emails and diss re BMIDDL re Statement of Issues. | 0.20 | 545.00 | 109.00 |
| 01/09/2015 | Lindsey Roberts | LETT | Email from DSAINS re administrators response | 0.10 | 545.00 | 54.50 |
| 01/09/2015 | Lindsey Roberts | LETT | Review of email (and attachment) re Committee's Joinder to US Debtors' Respond to EMEA Debtors Stay Enforcement Motion | 0.10 | 545.00 | 54.50 |
| 01/09/2015 | Lindsey Roberts | READ | Reading materials from UCC call and review of NNUK Judgment. | 1.40 | 545.00 | 763.00 |
| 02/09/2015 | Angela Pearson | READ | Reviewing/catching up on Nortel emails re approach to administrators | 1.50 | 795.00 | 1,192.50 |
| 02/09/2015 | Ben Middleton | REVI | Review of Bloomberg Nortel articles/case docket | 0.20 | 205.00 | 41.00 |
| 02/09/2015 | Drew Sainsbury | MISC | LETT Email overnight from F Hodara re HSF response (0.1)<br>INTD Emails with L Roberts re next UCC call (0.2)<br>LETT Email re call from M Fagen (0.4) | 0.70 | 595.00 | 416.50 |
| 02/09/2015 | Giles Boothman | READ | Emails/ docs/ Drew re administrators meeting | 0.50 | 845.00 | 422.50 |
| 02/09/2015 | Lindsey Roberts | READ | Review emails to/from DSAINS and Akin re meeting with administrators | 0.10 | 545.00 | 54.50 |
| 02/09/2015 | Lindsey Roberts | READ | Review of emails re EMEA Motion to Enforce Stay | 0.20 | 545.00 | 109.00 |
| 03/09/2015 | Ben Middleton | MISC | Review of Bloomberg Nortel results | 0.10 | 205.00 | 20.50 |
| 04/09/2015 | Angela Pearson | READ | Review emails re: Tuesday hearing on JA Motion | 0.30 | 795.00 | 238.50 |
| 04/09/2015 | Angela Pearson | INTD | Email GDB re JA Motion | 0.10 | 795.00 | 79.50 |
| 04/09/2015 | Drew Sainsbury | MISC | Emails with F Hodara and G Boothman re Case No. 09011972, strategy issues etc<br>Drafting emails for G Boothman, liaising etc.<br>Reading background materials to facilitate prompt response over the weekend. | 3.50 | 595.00 | 2,082.50 |
| 04/09/2015 | Giles Boothman | SUPE | Diss with drew/ emails re Case No.09011972 | 0.40 | 845.00 | 338.00 |
| 05/09/2015 | Drew Sainsbury | LETT | Liaising with G Boothman and L Roberts, emails re EMEA debtor responses.<br>Tracking numerous emails | 2.80 | 595.00 | 1,666.00 |