Exhibit C

**DISBURSEMENT SUMMARY**

**SEPTEMBER 01, 2015 THROUGH SEPTEMBER 30, 2015**

| | |
|---|---:|
| Document Production | £93.00 |
| Travel – Ground Transportation | £35.73 |
| Meals | £10.70 |
| **TOTAL** | **£139.43** |