**Exhibit D**

## Disbursements Detailed Breakdown

| | | |
|---|---|---:|
| **Document Production** | 1,550 pages @ 0.06p | 93.00 |

**Fares, Courier Charges and Incidental Expenses (Meals)**

| | | |
|---|---|---:|
| 05/08/2015 | VENDOR: Conference Room Catering INVOICE#: 01-31082015150831 DATE: 31/08/2015 \|Hospitality Recharges - Writs Eve Food -  PURPOSE: -  - Aug  5 2015 | 6.40 |
| 24/08/2015 | VENDOR: Conference Room Catering INVOICE#: 01-31082015150831 DATE: 31/08/2015 \|Hospitality Recharges - Writs Eve Food -  PURPOSE: -  - Aug 24 2015 | 4.30 |

**Fares, Courier Charges and Incidental Expenses (Taxis)**

| | | |
|---|---|---:|
| 26/08/2015 | VENDOR: Radio Taxicabs (London) Ltd INVOICE#: RT236388 DATE: 31/08/2015 \|Ref: 34250250, Date: 26/08/2015, From: APPOLD ST, To: NW1 4TP | 35.73 |

**139.43**