Exhibit E

# SUMMARY OF ATTORNEYS AND LEGAL ASSISTANTS RENDERING SERVICES DURING THE PERIOD SEPTEMBER 01, 2015 THROUGH SEPTEMBER 30, 2015

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested (£) |
|---|---|---|---|---|
| Giles Boothman | Partner for 13 years; Admitted in 1993 in England and Wales; Restructuring and Special Situations Group, London | £845 | 7.70 | 6,506.50 |
| Angela Pearson | Partner for 8 years; Admitted in 1991 in England and Wales; Dispute Resolution Group, London | £795 | 2.90 | 2,305.50 |
| Drew Sainsbury | Associate for 7 years; Admitted in 2007 in England and Wales; Restructuring and Special Situations Group, London | £595 | 21.80 | 12,971.00 |
| Lindsey Roberts | Associate for 4 years; Admitted in 2011 in England and Wales; Dispute Resolution Group, London | £545 | 17.60 | 9,592.00 |
| Ben Middleton | Trainee Solicitor; Dispute Resolution Group, London | £205 | 1.00 | 205.00 |
| Kelly Trueman | Trainee Solicitor; Dispute Resolution Group, London | £205 | 0.60 | 123.00 |
| TOTAL | | | 51.60 | 31,703.00 |

## COMPENSATION BY PROJECT CATEGORY
## SEPTEMBER 01, 2015 THROUGH SEPTEMBER 30, 2015

| Project Category | Total Hours | Total Fees (£) |
|---|---|---|
| Ashurst Fee Application / Monthly Billing Reports | 5.30 | 2,854.50 |
| Creditors Committee Meetings | 12.00 | 7,590.00 |
| European Proceedings/Matters | 34.30 | 21,258.50 |
| **TOTAL** | **51.60** | **31,703.00** |