## EXHIBIT A

**Nortel Networks Inc., Bankruptcy Case No. 09-10138 (KG)**

**Summary of Fees and Expenses for the Period**
**From May 1, 2015 through July 31, 2015, unless otherwise specified**

**Hearing: November 12, 2015 at 10:00 a.m. (ET)**

Akin Gump Strauss Hauer & Feld LLP ("Akin Gump")

A.      Notice Of Twenty-Sixth Interim Fee Application Request (D.I. 16108, Filed 8/31/15).

1.      Seventy-Sixth Monthly Application Of Akin Gump Strauss Hauer & Feld LLP, Co-Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For The Reimbursement Of Expenses For Services Rendered During The Period From May 1, 2015 Through May 31, 2015 (D.I. 16079, Filed 8/26/15);

2.      Certification Of No Objection Regarding Seventy-Sixth Monthly Application Of Akin Gump Strauss Hauer & Feld LLP, Co-Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For The Reimbursement Of Expenses For Services Rendered During The Period From May 1, 2015 Through May 31, 2015 [Docket No. 16079] (No Order Required) (D.I. 16145, Filed 9/17/15);

3.      Seventy-Seventh Monthly Application Of Akin Gump Strauss Hauer & Feld LLP, Co-Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For The Reimbursement Of Expenses For Services Rendered During The Period From June 1, 2015 Through June 30, 2015 (D.I. 16089, Filed 8/28/15);

4.      Certification Of No Objection Regarding Seventy-Seventh Monthly Application Of Akin Gump Strauss Hauer & Feld LLP, Co-Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For The Reimbursement Of Expenses For Services Rendered During The Period From June 1, 2015 Through June 30, 2015 [Docket No. 16089] (No Order Required) (D.I.16176F, Filed 9/21/15);

5.      Seventy-Eighth Monthly Application Of Akin Gump Strauss Hauer & Feld LLP, Co-Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For The Reimbursement Of Expenses For Services Rendered During The Period From July 1, 2015 Through July 31, 2015 (D.I. 16094, Filed 8/28/15);

6.      Certification Of No Objection Regarding Seventy-Eighth Monthly Application Of Akin Gump Strauss Hauer & Feld LLP, Co-Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For The

Reimbursement Of Expenses For Services Rendered During The Period From July 1, 2015 Through July 31, 2015 [Docket No. 16094] (No Order Required) (D.I. 16177, Filed 9/21/15); and

7.  Fee Examiner's Final Report Regarding Twenty-Sixth Interim Fee Application Of Akin Gump Strauss Hauer & Feld LLP (D.I. 16263, Filed 10/23/15).

Ashurst LLP

B.  Notice Of Twenty-Sixth Interim Fee Application Request (D.I. 16093, Filed 8/28/15).

1.  Seventy-Sixth Monthly Application Of Ashurst LLP, European Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From May 1, 2015 Through May 31, 2015 (D.I. 15825, Filed 7/1/15);

2.  Certification Of No Objection Regarding Seventy-Sixth Monthly Application Of Ashurst LLP, European Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From May 1, 2015 Through May 31, 2015 [Docket No. 15825] (No Order Required) (D.I. 15951, Filed 7/24/15);

3.  Seventy-Seventh Monthly Application Of Ashurst LLP, European Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From June 1, 2015 Through June 30, 2015 (D.I. 15974, Filed 7/29/15);

4.  Certification Of No Objection Regarding Seventy-Seventh Monthly Application Of Ashurst LLP, European Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From June 1, 2015 Through June 30, 2015 [Docket No. 15974] (No Order Required) (D.I. 16063, Filed 8/21/15);

5.  Seventy-Eighth Monthly Application Of Ashurst LLP, European Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From July 1, 2015 Through July 31, 2015 (D.I. 16090, Filed 8/28/15);

6.  Certification Of No Objection Regarding Seventy-Eighth Monthly Application Of Ashurst LLP, European Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From July 1, 2015 Through July 31, 2015 [Docket No. 16090] (No Order Required) (D.I. 16191, Filed 9/23/15); and

7.  Fee Examiner's Final Report Regarding Twenty-Sixth Interim Fee Application Of Ashurst LLP (D.I. 16280, Filed 11/2/15).

Berkeley Research Group, LLC

C.     Notice Of First Interim Fee Application Request (D.I. 16104, Filed 8/28/15).

      1.     First Monthly Application Of Berkeley Research Group, LLC For Compensation For Services Rendered And Reimbursement Of Expenses As Financial Advisor To The Official Committee Of Unsecured Creditors During The Period From June 1, 2015 Through June 30, 2015 (D.I. 16080, Filed 8/26/15);

      2.     Certification Of No Objection Regarding First Monthly Application Of Berkeley Research Group, LLC For Compensation For Services Rendered And Reimbursement Of Expenses As Financial Advisor To The Official Committee Of Unsecured Creditors During The Period From June 1, 2015 Through June 30, 2015 (D.I. 16146, Filed 9/17/15);

      3.     Second Monthly Application Of Berkeley Research Group, LLC For Compensation For Services Rendered And Reimbursement Of Expenses As Financial Advisor To The Official Committee Of Unsecured Creditors During The Period From July 1, 2015 Through July 31, 2015 (D.I. 16087, Filed 8/21/15);

      4.     Certification Of No Objection Regarding Second Monthly Application Of Berkeley Research Group, LLC For Compensation For Services Rendered And Reimbursement Of Expenses As Financial Advisor To The Official Committee Of Unsecured Creditors During The Period From July 1, 2015 Through July 31, 2015 (D.I. 16151, Filed 9/18/15); and

      5.     Fee Examiner's Final Report Regarding First Interim Fee Application of Berkeley Research Group, LLC (D.I. 16219, Filed 10/9/15).

Capstone Advisory Group, LLC

D.     Final Application Of Capstone Advisory Group, LLC, Financial Advisor For The Official Committee Of Unsecured Creditors, For Final Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From January 26, 2009 Through May 31, 2015 (D.I. 16059, Filed 8/20/15).

      1.     Seventy-Sixth Monthly Application Of Capstone Advisory Group, LLC, Financial Advisor For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From May 1, 2015 Through May 31, 2015 (D.I. 15801, Filed 6/25/15);

      2.     Certification Of No Objection Regarding Seventy-Sixth Monthly Application Of Capstone Advisory Group, LLC, Financial Advisor For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From May 1,

2015 Through May 31, 2015 [Docket No. 15801] (No Order Required) (D.I. 15881, Filed 7/17/15); and

3.    Fee Examiner's Final Report Regarding Final Fee Application Of Capstone Advisory Group, LLC (D.I. 16215, Filed 10/9/15).

Cassels Brock & Blackwell LLP

E.    Notice Of Sixth Interim Fee Application Request (D.I. 16111, Filed 8/31/15).

1.    Fifteenth Monthly Application Of Cassels Brock & Blackwell LLP Canadian Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From May 1, 2015 To May 31, 2015 (D.I. 16081, Filed 8/27/15);

2.    Certification of No Objection Regarding Fifteenth Monthly Application Of Cassels Brock & Blackwell LLP Canadian Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From May 1, 2015 To May 31, 2015 (D.I. 16175, Filed 9/21/15);

3.    Sixteenth Monthly Application Of Cassels Brock & Blackwell LLP Canadian Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From June 1, 2015 To June 30, 2015 (D.I. 16100, Filed 8/28/15);

4.    Certification Of No Objection Regarding Sixteenth Monthly Application Of Cassels Brock & Blackwell LLP Canadian Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From June 1, 2015 To June 30, 2015 (D.I. 16189, Filed 9/23/15);

5.    Seventeenth Monthly Application Of Cassels Brock & Blackwell LLP Canadian Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From July 1, 2015 To July 31, 2015 (D.I. 16110, 8/31/15);

6.    Certification Of No Objection Regarding Seventeenth Monthly Application Of Cassels Brock & Blackwell LLP Canadian Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From July 1, 2015 To July 31, 2015 (D.I. 16190, Filed 9/23/15); and

7.    Fee Examiner's Final Report Regarding Notice Of Sixth Interim Fee Application Request Of Cassels Brock & Blackwell LLP (D.I. 16281, Filed 11/2/15).

Chilmark Partners LLC

F.      Twenty-Second Quarterly Fee Application Request Of Chilmark Partners, LLC, As Consulting Expert To The Debtors And Debtors-In-Possession, For The Period May 1, 2015 Through July 31, 2015 (D.I. 16088, Filed 8/27/15).

      1.      Sixty-Third  Monthly Application Of Chilmark Partners, LLC, As Consulting Expert To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses During The Period From May 1, 2015 Through May 31, 2015 (D.I. 15880, Filed 7/17/15);

      2.      Certificate of No Objection Regarding Sixty-Third  Monthly Application Of Chilmark Partners, LLC, As Consulting Expert To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses During The Period From May 1, 2015 Through May 31, 2015 (D.I. 16021, Filed 8/10/15);

      3.      Sixty-Fourth Monthly Application Of Chilmark Partners, LLC, As Consulting Expert To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses During The Period From June 1, 2015 Through June 30, 2015 (D.I. 15944, Filed 7/24/15);

      4.      Certificate of No Objection Regarding Sixty-Fourth Monthly Application Of Chilmark Partners, LLC, As Consulting Expert To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses During The Period From June 1, 2015 Through June 30, 2015 (D.I. 16038, Filed 8/17/15);

      5.      Sixty-Fifty Monthly Application Of Chilmark Partners, LLC, As Consulting Expert To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses For The Period July 1, 2015 Through July 31, 2015 (D.I. 16085, Filed 8/27/15);

      6.      Certificate of No Objection Regarding Sixty-Fifty Monthly Application Of Chilmark Partners, LLC, As Consulting Expert To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses For The Period July 1, 2015 Through July 31, 2015 (D.I. 16181, Filed 9/22/15); and

      7.      Fee Examiner's Final Report Regarding Twenty-Second Quarterly Fee Application Of Chilmark Partners, LLC (D.I. 16214, Filed 10/9/15).

Cleary Gottlieb Steen & Hamilton LLP ("Cleary")

G.    Twenty-Sixth Quarterly Fee Application Request Of Cleary Gottlieb Steen & Hamilton LLP,
       As Attorneys For Debtors And Debtors-In-Possession, For The Period May 1, 2015 Through
       July 31, 2015 (D.I. 16092, Filed 8/28/15).

       1.    Seventy-Seventh Interim Application Of Cleary Gottlieb Steen & Hamilton LLP, As
             Attorneys For Debtors And Debtors-In-Possession, For Allowance Of Interim
             Compensation And For Interim Reimbursement Of All Actual And Necessary
             Expenses Incurred For The Period May 1, 2015 Through May 31, 2015 (D.I. 15813,
             Filed 6/30/15);

       2.    Certificate Of No Objection Regarding Seventy-Seventh Interim Application Of
             Cleary Gottlieb Steen & Hamilton LLP, As Attorneys For Debtors And Debtors-In-
             Possession, For Allowance Of Interim Compensation And For Interim
             Reimbursement Of All Actual And Necessary Expenses Incurred For The Period May
             1, 2015 Through May 31, 2015 (D.I. 15913, Filed 7/22/15);

       3.    Seventy-Eighth Interim Application Of Cleary Gottlieb Steen & Hamilton LLP, As
             Attorneys For Debtors And Debtors-In-Possession, For Allowance Of Interim
             Compensation And For Interim Reimbursement Of All Actual And Necessary
             Expenses Incurred For The Period June 1, 2015 Through June 30, 2015 (D.I. 15960,
             Filed 7/28/15);

       4.    Certificate Of No Objection Regarding Seventy-Eighth Interim Application Of Cleary
             Gottlieb Steen & Hamilton LLP, As Attorneys For Debtors And Debtors-In-
             Possession, For Allowance Of Interim Compensation And For Interim
             Reimbursement Of All Actual And Necessary Expenses Incurred For The Period June
             1, 2015 Through June 30, 2015 (D.I. 16045, Filed 8/19/15);

       5.    Seventy-Ninth Interim Application Of Cleary Gottlieb Steen & Hamilton LLP, As
             Attorneys For Debtors And Debtors-In-Possession, For Allowance Of Interim
             Compensation And For Interim Reimbursement Of All Actual And Necessary
             Expenses Incurred For The Period July 1, 2015 Through July 31, 2015 (D.I. 16068,
             Filed 8/25/15);

       6.    Certificate Of No Objection Regarding Seventy-Ninth Interim Application Of Cleary
             Gottlieb Steen & Hamilton LLP, As Attorneys For Debtors And Debtors-In-
             Possession, For Allowance Of Interim Compensation And For Interim
             Reimbursement Of All Actual And Necessary Expenses Incurred For The Period July
             1, 2015 Through July 31, 2015 (D.I. 16231, Filed 10/15/15); and

       7.    Fee Examiner's Final Report Regarding Twenty-Sixth Quarterly Fee Application Of
             Cleary Gottlieb Steen & Hamilton LLP (D.I. 16265, Filed 10/23/15).

<u>Crowell & Moring LLP</u>

H.    Twenty-Fifth Quarterly Fee Application Request Of Crowell & Moring LLP, Special Counsel For Debtors And Debtors-In-Possession, For The Period May 1, 2015 Through July 31, 2015 (D.I. 16074, Filed 8/26/15).

1.    Sixty-Second Interim Application Of Crowell & Moring LLP As Special Counsel To Debtors And Debtors-In-Possession For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period May 1, 2015 Through May 31, 2015 (D.I. 15976, Filed 7/29/15);

2.    Certificate Of No Objection Regarding Sixty-Second Interim Application Of Crowell & Moring LLP As Special Counsel To Debtors And Debtors-In-Possession For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period May 1, 2015 Through May 31, 2015 (D.I. 16056, Filed 8/20/15);

3.    Sixty-Third Interim Application Of Crowell & Moring LLP As Special Counsel To Debtors And Debtors-In-Possession For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period June 1, 2015 Through June 30, 2015 (D.I. 16026, Filed 8/11/15);

4.    Certificate Of No Objection Regarding Sixty-Third Interim Application Of Crowell & Moring LLP As Special Counsel To Debtors And Debtors-In-Possession For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period June 1, 2015 Through June 30, 2015 (D.I. 16121, Filed 9/2/15);

5.    Sixty-Fourth Interim Application Of Crowell & Moring LLP As Special Counsel To Debtors And Debtors-In-Possession For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period July 1, 2015 Through July 31, 2015 (D.I. 16073, Filed 8/26/15);

6.    Certificate Of No Objection Regarding Sixty-Fourth Interim Application Of Crowell & Moring LLP As Special Counsel To Debtors And Debtors-In-Possession For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period July 1, 2015 Through July 31, 2015  (D.I. 16180, Filed 9/22/15); and

7.    Fee Examiner's Final Report Regarding Twenty-Fifth Quarterly Fee Application Of Crowell & Moring LLP (D.I. 16260, Filed 10/22/15).

<u>Ernst & Young LLP</u>

I.    Twenty-Sixth Quarterly Fee Application Of Ernst & Young LLP For Compensation For Services Rendered As Indirect Tax Service Advisor To The Debtors And Debtors-In-

Possession For The Period Of April 1, 2015 Through June 30, 2015 (D.I. 16115, Filed 9/1/15).

1.    Thirty-Ninth Interim Application Of Ernst & Young LLP For Allowance Of Compensation For Services Rendered As Indirect Tax Service Advisor To The Debtors And Debtors-In-Possession For Period Of April 1, 2015 Through April 30, 2015 (D.I. 16095, Filed 8/28/15);

2.    Certificate Of No Objection Regarding Thirty-Ninth Interim Application Of Ernst & Young LLP For Allowance Of Compensation For Services Rendered As Indirect Tax Service Advisor To The Debtors And Debtors-In-Possession For Period Of April 1, 2015 Through April 30, 2015 (D.I. 16172, Filed 9/21/15);

3.    Fortieth Interim Application Of Ernst & Young LLP For Allowance Of Compensation For Services Rendered As Indirect Tax Service Advisor To The Debtors And Debtors-In-Possession For Period Of May 1, 2015 Through June 30, 2015 (D.I. 16114, Filed 9/1/15);

4.    Certificate Of No Objection Regarding Fortieth Interim Application Of Ernst & Young LLP For Allowance Of Compensation For Services Rendered As Indirect Tax Service Advisor To The Debtors And Debtors-In-Possession For Period Of May 1, 2015 Through June 30, 2015 (D.I. 16188, Filed 9/23/15); and

5.    Fee Examiner's Final Report Regarding Twenty-Sixth Quarterly Fee Application Of Ernst & Young LLP (D.I. 16264, Filed 10/23/15).

Huron Consulting Group

J.    Twenty-Sixth Quarterly Fee Application Request Of Huron Consulting Group As Accounting And Restructuring Consultants For Debtors And Debtors-In-Possession, For The Period May 1, 2015 Through July 31, 2015 (D.I. 16057, Filed 8/20/15).

1.    Seventy-Sixth Interim Application Of Huron Consulting Group As Accounting And Restructuring Consultant To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period May 1, 2015 Through May 31, 2015 (D.I. 15745, Filed 6/15/15);

2.    Certificate Of No Objection Regarding Seventy-Sixth Interim Application Of Huron Consulting Group As Accounting And Restructuring Consultant To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period May 1, 2015 Through May 31, 2015 (D.I. 15839, Filed 7/8/15);

3.    Seventy-Seventh Interim Application Of Huron Consulting Group As Accounting And Restructuring Consultant To Debtors And Debtors-In-Possession, For Allowance

Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period June 1, 2015 Through June 30, 2015 (D.I. 15961, Filed 7/28/15);

4.      Certificate Of No Objection Regarding Seventy-Seventh Interim Application Of Huron Consulting Group As Accounting And Restructuring Consultant To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period June 1, 2015 Through June 30, 2015  (D.I. 16046, Filed 8/19/15);

5.      Seventy-Eighth Interim Application Of Huron Consulting Group As Accounting And Restructuring Consultant To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period July 1, 2015 Through July 31, 2015 (D.I. 16037, Filed 8/17/15);

6.      Certificate Of No Objection Regarding Seventy-Eighth Interim Application Of Huron Consulting Group As Accounting And Restructuring Consultant To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period July 1, 2015 Through July 31, 2015 (D.I. 16134, Filed 9/10/15); and

7.      Fee Examiner's Final Report Regarding Twenty-Sixth Quarterly Fee Application Of Huron Consulting Group (D.I. 16216, Filed 10/9/15).

<u>John Ray</u>

K.      Twenty-Third Quarterly Fee Application Of John Ray, As Principal Officer Of Nortel Networks, Inc. And Its Affiliates, For The Period May 1, 2015 Through July 31, 2015 (D.I. 16082, Filed 8/27/15).

1.      Forty-Eighth Monthly Application Of John Ray, As Principal Officer Of Nortel Networks, Inc. For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period May 1, 2015 Through June 30, 2015 (D.I. 15829, Filed 7/6/15);

2.      Certificate Of No Objection Regarding Forty-Eighth Monthly Application Of John Ray, As Principal Officer Of Nortel Networks, Inc. For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period May 1, 2015 Through June 30, 2015 (D.I. 15977, Filed 7/29/15);

3.      Forty-Ninth Monthly Application Of John Ray, As Principal Officer Of Nortel Networks, Inc. For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period July 1, 2015 Through July 31, 2015 (D.I. 15996, Filed 8/3/15);

4.      Certificate Of No Objection Regarding Forty-Ninth Monthly Application Of John Ray, As Principal Officer Of Nortel Networks, Inc. For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period July 1, 2015 Through July 31, 2015 (D.I. 16076, Filed 8/26/15); and

5.      Fee Examiner's Final Report Regarding Twenty-Third Quarterly Fee Application Of John Ray (D.I. 16229, Filed 10/14/15).

Morris, Nichols, Arsht & Tunnell LLP

L.      Twenty-Sixth Quarterly Fee Application Request Of Morris, Nichols, Arsht & Tunnell LLP, As Delaware And General Bankruptcy Counsel For Debtors And Debtors-In-Possession, For The Period May 1, 2015 Through July 31, 2015 (D.I. 16047, Filed 8/19/15).

1.      Seventy-Seventh Interim Application Of Morris, Nichols, Arsht & Tunnell LLP, As Delaware And General Bankruptcy Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period May 1, 2015 Through May 31, 2015 (D.I. 15746, Filed 6/15/15);

2.      Certificate of No Objection Regarding Seventy-Seventh Interim Application Of Morris, Nichols, Arsht & Tunnell LLP, As Delaware And General Bankruptcy Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period May 1, 2015 Through May 31, 2015 (D.I. 15838, Filed 7/8/15);

3.      Seventy-Eighth Interim Application Of Morris, Nichols, Arsht & Tunnell LLP, As Delaware And General Bankruptcy Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period June 1, 2015 Through June 30, 2015 (D.I. 15873, Filed 7/15/15);

4.      Certificate Of No Objection Regarding Seventy-Eighth Interim Application Of Morris, Nichols, Arsht & Tunnell LLP, As Delaware And General Bankruptcy Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period June 1, 2015 Through June 30, 2015 (D.I. 16014, Filed 8/6/15);

5.      Seventy-Ninth Interim Application Of Morris, Nichols, Arsht & Tunnell LLP, As Delaware And General Bankruptcy Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All

Actual And Necessary Expenses Incurred For The Period July 1, 2015 Through July 31, 2015 (D.I. 16029, Filed 8/13/15);

6. Certificate Of No Objection Regarding Seventy-Ninth Interim Application Of Morris, Nichols, Arsht & Tunnell LLP, As Delaware And General Bankruptcy Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period July 1, 2015 Through July 31, 2015 (D.I. 16129, Filed 9/4/15); and

7. Fee Examiner's Final Report Regarding Twenty-Sixth Quarterly Fee Application Of Morris, Nichols, Arsht & Tunnell LLP (D.I. 16217, Filed 10/9/15).

RLKS Executive Solutions, LLC

M. Twenty-First Quarterly Fee Application Request Of RLKS Executive Solutions LLC, As Consultants To The Debtors And Debtors-In-Possession, For The Period May 1, 2015 Through July 31, 2015 (D.I. 16091, Filed 8/28/15).

1. Forty-Ninth Monthly Application Of RLKS Executive Solutions LLC, As Consultants To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period May 1, 2015 Through May 31, 2015 (D.I. 15735, Filed 6/12/15);

2. Certificate Of No Objection Regarding Forty-Ninth Monthly Application Of RLKS Executive Solutions LLC, As Consultants To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period May 1, 2015 Through May 31, 2015 (D.I. 15832, Filed 7/6/15);

3. Fiftieth Monthly Application Of RLKS Executive Solutions LLC, As Consultants To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period June 1, 2015 Through June 30, 2015 (D.I. 15845, Filed 7/9/15);

4. Certificate Of No Objection Regarding Fiftieth Monthly Application Of RLKS Executive Solutions LLC, As Consultants To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period June 1, 2015 Through June 30, 2015 (D.I. 15992, Filed 7/31/15);

5. Fifty-First Monthly Application Of RLKS Executive Solutions LLC, As Consultants To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period July 1, 2015 Through July 31, 2015 (D.I. 16019, Filed 8/10/15);

6.      Certificate Of No Objection Regarding Fifty-First Monthly Application Of RLKS Executive Solutions LLC, As Consultants To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period July 1, 2015 Through July 31, 2015 (D.I. 16120, Filed 9/2/15); and

7.      Fee Examiner's Final Report Regarding Twenty-First Quarterly Fee Application Of RLKS Executive Solutions LLC (D.I. 16261, Filed 10/22/15).

<u>Torys LLP</u>

N.      Nineteenth Quarterly Fee Application Of Torys LLP, As Special Canadian Counsel To Debtors And Debtors-In-Possession For The Period May 1, 2015 Through July 31, 2015 (D.I. 16075, Filed 8/26/15).

1.      Fiftieth Monthly Application Of Torys LLP, As Special Canadian Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period May 1, 2015 Through May 31, 2015 (D.I. 16012, Filed 8/6/15);

2.      Certificate Of No Objection Regarding Fiftieth Monthly Application Of Torys LLP, As Special Canadian Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period May 1, 2015 Through May 31, 2015 (D.I. 16102, Filed 8/28/15);

3.      Fifty-First Monthly Application Of Torys LLP, As Special Canadian Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period June 1, 2015 Through June 30, 2015 (D.I. 16058, Filed 8/20/15);

4.      Certificate Of No Objection Regarding Fifty-First Monthly Application Of Torys LLP, As Special Canadian Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period June 1, 2015 Through June 30, 2015 (D.I. 16136, Filed 9/11/15);

5.      Fifty-Second Monthly Application Of Torys LLP, As Special Canadian Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period July 1, 2015 Through July 31, 2015 (D.I. 16071, Filed 8/25/15);

6.      Certificate Of No Objection Regarding Fifty-Second Monthly Application Of Torys LLP, As Special Canadian Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual

And Necessary Expenses Incurred For The Period July 1, 2015 Through July 31, 2015 (D.I. 16141, Filed 9/16/15); and

7.    Fee Examiner's Final Report Regarding Nineteenth Quarterly Fee Application Of Torys LLP (D.I. 16259, Filed 10/22/15).

Whiteford, Taylor & Preston LLC

O.    Third Interim Application Of Whiteford, Taylor & Preston LLC For Allowance Of Compensation For Services Rendered And For Reimbursement Of Expenses As Co-Counsel To The Official Committee Of Unsecured Creditors For The Period From May 1, 2015 Through July 31, 2015 (D.I. 16078, Filed 8/26/15).

1.    Fifth Monthly And Interim Application Of Whiteford, Taylor & Preston LLC For Allowance Of Compensation For Services Rendered And For Reimbursement Of Expenses As Co-Counsel To The Official Committee Of Unsecured Creditors For The Period From May 1, 2015 Through May 31, 2015 (D.I. 15748, Filed 6/15/15);

2.    Certificate Of No Objection Regarding Fifth Monthly And Interim Application Of Whiteford, Taylor & Preston LLC For Allowance Of Compensation For Services Rendered And For Reimbursement Of Expenses As Co-Counsel To The Official Committee Of Unsecured Creditors For The Period From May 1, 2015 Through May 31, 2015[Docket No. 15748] (No Order Required) (D.I. 15840, Filed 7/8/15);

3.    Sixth Monthly And Interim Application Of Whiteford, Taylor & Preston LLC For Allowance Of Compensation For Services Rendered And For Reimbursement Of Expenses As Co-Counsel To The Official Committee Of Unsecured Creditors For The Period From June 1, 2015 Through June 30, 2015 (D.I. 15950, Filed 7/24/15);

4.    Certificate Of No Objection Regarding Sixth Monthly And Interim Application Of Whiteford, Taylor & Preston LLC For Allowance Of Compensation For Services Rendered And For Reimbursement Of Expenses As Co-Counsel To The Official Committee Of Unsecured Creditors For The Period From June 1, 2015 Through June 30, 2015  (D.I. 16036, Filed 8/17/15);

5.    Seventh Monthly And Interim Application Of Whiteford, Taylor & Preston LLC For Allowance Of Compensation For Services Rendered And For Reimbursement Of Expenses As Co-Counsel To The Official Committee Of Unsecured Creditors For The Period From July 1, 2015 Through July 31, 2015 (D.I. 16077, Filed 8/26/15);

6.    Certificate Of No Objection Regarding Seventh Monthly And Interim Application Of Whiteford, Taylor & Preston LLC For Allowance Of Compensation For Services Rendered And For Reimbursement Of Expenses As Co-Counsel To The Official Committee Of Unsecured Creditors For The Period From July 1, 2015 Through July 31, 2015 (D.I. 16144, Filed 9/17/15); and

7.      Fee Examiner's Final Report Regarding Third Interim Fee Application Of Whiteford, Taylor & Preston LLC (D.I. 16218, Filed 10/9/15).