Exhibit A

| (1) Applicant | (2) Interim Period | (3) Total Fees Requested for the Interim Period | (4)[1] Amount of Fees for Which Payment Was Requested in Monthly Applications (80%) | (5) Amount of Holdback Fees Requested (20%) | (6) Total Expenses Requested for the Interim Period (100%) | (7) Total Amount Requested for the Interim Period (Fees and Expenses) | (8) Total Amount Disallowed for the Interim Period | (9) Total Amount Authorized for the Interim Period | (10) Total Amount Requested in Case (Fees and Expenses) thru the Interim Period | (11) Total Amount Authorized Per Court Order to Date (Fees and Expenses) |
|---|---|---|---|---|---|---|---|---|---|---|
| Chilmark Partners, LLC | 5/1/15-7/31/15 | $750,000.00 | $600,000.00 | $150,000.00 | $8,061.45 | $758,061.45 | $0.00 | $758,061.45 | $15,880,989.97 | $15,880,909.97 |
| Cleary Gottlieb Steen & Hamilton LLP | 5/1/15-7/31/15 | $2,979,853.00 | $2,383,882.40 | $595,970.60 | $88,477.75 | $3,068,330.75 | $1,817.50[2] | $3,066,513.25 | $308,846,599.77 | $308,792,715.62 |
| Crowell & Moring LLP | 5/1/15-7/31/15 | $131,934.00 | $105,547.20 | $26,386.80 | $2,262.60 | $134,196.60 | $0.00 | $134,196.60 | $2,288,795.57 | $2,287,670.67 |
| Ernst & Young LLP | 4/1/15-6/30/15 | $1,179,452.00 | $943,561.60 | $235,890.40 | $9,445.00 | $1,188,897.00 | $255.00[3] | $1,188,642.00 | $31,399,180.70 | $31,398,543.18 |
| Huron Consulting Group | 5/1/15-7/31/15 | $127,813.50 | $102,250.80 | $25,562.70 | $0.00 | $127,813.50 | $0.00 | $127,813.50 | $8,785,742.50 | $8,785,742.50 |
| John Ray | 5/1/15-7/31/15 | $135,791.25 | $108,633.00 | $27,158.25 | $6,101.26 | $141,892.51 | $367.50[4] | $141,525.01 | $3,824,323.02 | $3,823,955.52 |
| Morris, Nichols, Arsht & Tunnell LLP | 5/1/15-7/31/15 | $258,291.50 | $206,633.20 | $51,658.30 | $20,044.28 | $278,335.78 | $0.00 | $278,335.78 | $8,831,265.20 | $8,829,004.20 |

---

[1]  Please note that the listing in Columns (4) and (6) are amounts of fees and expenses for which payment was requested in monthly applications and is not intended to and should not be construed as a finding by the Court or an admission by the referenced Applicant that such amounts were actually paid by the Debtors.

[2]  Please note that this amount reflects a reduction in fees totaling $1,817.50 per the *Fee Examiner's Final Report Regarding Twenty-Sixth Quarterly Fee Application of Cleary Gottlieb Steen & Hamilton LLP* (D.I. 16265).

[3]  Please note that this amount reflects a reduction in fees totaling $255.00 per the *Fee Examiner's Final Report Regarding Twenty-Sixth Quarterly Fee Application of Ernst & Young LLP* (D.I. 16264).

[4]  Please note that this amount reflects a reduction in fees totaling $367.50 per the *Fee Examiner's Final Report Regarding Twenty-Third Quarterly Fee Application of John Ray* (D.I. 16229).

| (1) Applicant | (2) Interim Period | (3) Total Fees Requested for the Interim Period | (4)[1] Amount of Fees for Which Payment Was Requested in Monthly Applications (80%) | (5) Amount of Holdback Fees Requested (20%) | (6) Total Expenses Requested for the Interim Period (100%) | (7) Total Amount Requested for the Interim Period (Fees and Expenses) | (8) Total Amount Disallowed for the Interim Period | (9) Total Amount Authorized for the Interim Period | (10) Total Amount Requested in Case (Fees and Expenses) thru the Interim Period | (11) Total Amount Authorized Per Court Order to Date (Fees and Expenses) |
|---|---|---|---|---|---|---|---|---|---|---|
| RLKS Executive Solutions LLC | 5/1/15-7/31/15 | $2,046,828.00 | $1,637,462.40 | $409,365.60 | $82,100.50 | $2,128,928.50 | $0.00 | $2,128,928.50 | $12,532,009.85 | $12,532,009.85 |
| Torys LLP | 5/1/15-7/31/15 | $1,126,408.00 | $901,126.40 | $225,281.60 | $12,811.01 | $1,139,219.01 | $0.00 | $1,139,219.01 | $18,960,567.24 | $18,960,567.24 |
| **TOTALS** | | $8,736,371.25 | $6,989,097.00 | $1,747,274.50 | $229,303.85 | $8,965,675.10 | $2,440.00 | $8,963,235.10 | $411,349,473.82 | $411,291,118.75 |

2

**Exhibit B**

| (1) Applicant | (2) Interim Period | (3) Total Fees Requested for the Interim Period | (4)[1] Amount of Fees for Which Payment Was Requested in Monthly Applications (80%) | (5) Amount of Holdback Fees Requested (20%) | (6) Total Expenses Requested for the Interim Period (100%) | (7) Total Amount Requested for the Interim Period (Fees and Expenses) | (8) Total Amount Disallowed for the Interim Period (Fee Examiner) | (9) Total Amount Authorized for the Interim Period | (10) Total Amount Requested in Case (Fees and Expenses) thru the Interim Period | (11) Total Amount Authorized Per Court Order to Date (Fees and Expenses) |
|---|---|---|---|---|---|---|---|---|---|---|
| Berkeley Research Group, LLC | 6/1/15 - 7/31/15 | $252,716.00 | $202,172.80 | $50,543.20 | $766.90 | $253,482.90 | $0.00 (Fees) $0.00 (Expenses) | $253,482.90 | $253,482.90 | $253,482.90 |
| Akin Gump Strauss Hauer & Feld LLP | 5/1/15 - 7/31/15 | $1,709,153.00 | $1,367,322.40 | $341,830.60 | $42,559.67 | $1,751,712.67 | $1,455.00 (Fees) $0.00 (Expenses) | $1,750,257.67 | $68,700,854.37 | $68,556,563.60 |
| Ashurst LLP[2] | 5/1/15 - 7/31/15 | £215,618.00 (US $215,619.54) | £172,494.40 (US $265,641.38) | £43,123.60 (US $66,410.34) | £742.47 (US $1,143.41) | £216,360.47 (US $333,195.12) | £178.50 (Fees) $0.00 (Expenses) | £216,181.97 (US $332,920.23) | £5,299,067.40 (US $8,160,563.80) | £5,296,828.96 (US $8,157,116.60) |
| Capstone Advisory Group, LLC | 5/1/15 - 5/31/15 | $245,818.00 | $196,654.40 | $49,163.60 | $0.00 | $245,818.00 | $0.00 (Fees) $0.00 (Expenses) | $245,818.00 | $32,247,386.81 | $32,247,010.81 |

---

[1] Please note that the listing in Columns (4) and (6) are amounts of fees and expenses for which payment was requested in monthly applications and is not intended to and should not be construed as a finding by the Court or an admission by the referenced Applicant that such amounts were actually paid by the Debtors.

[2] The amounts stated in parentheses are for informational purposes only and reflect the international foreign exchange rate of £1 to US $1.54 as published by Bloomberg.com on November 4, 2015. All figures listed for Ashurst LLP are paid in Sterling in the Sterling amounts specified above.

| (1) Applicant | (2) Interim Period | (3) Total Fees Requested for the Interim Period | (4) Amount of Fees for Which Payment Was Requested in Monthly Applications (80%) | (5) Amount of Holdback Fees Requested (20%) | (6) Total Expenses Requested for the Interim Period (100%) | (7) Total Amount Requested for the Interim Period (Fees and Expenses) | (8) Total Amount Disallowed for the Interim Period (Fee Examiner) | (9) Total Amount Authorized for the Interim Period | (10) Total Amount Requested in Case (Fees and Expenses) thru the Interim Period | (11) Total Amount Authorized Per Court Order to Date (Fees and Expenses) |
|---|---|---|---|---|---|---|---|---|---|---|
| Cassels Brock & Blackwell LLP[3] | 5/1/15 - 7/31/15 | CDN $1,054,012.00 (US $793,881.84) | CDN $843,209.60 (US $635,105.47) | CDN $210,802.40 (US $158,776.37) | CDN $5,257.39 (US $3,959.87) | CDN $1,059,269.39 (US $797,841.70) | CDN $270.00 (Fees) $0.00 (Expenses) | CDN $1,058,999.39[4] (US $797,638.34) | CDN $4,835,284.38 (US $3,641,936.20) | CDN $4,835,014.38 (US $3,641,732.83) |
| Whiteford, Taylor & Preston LLC | 5/1/15 - 7/31/15 | $186,336.00 | $149,068.80 | $37,267.20 | $13,343.38 | $199,679.38 | $0.00 (Fees) $0.00 (Expenses) | $199,679.38 | $367,006.49 | $367,006.49 |
| TOTALS | | $2,394,023.00 £215,618.00 CDN $1,054,012.00 | $1,915,218.40 £172,494.40 CDN $843,209.60 | $478,804.60 £43,123.60 CDN $210,802.40 | $56,669.95 £742.47 CDN $5,257.39 | $2,450,692.95 £216,360.47 CDN $1,059,269.39 | $1,455.00 £178.50 CDN $270.00 | $2,449,237.95 £216,181.97 CDN $1,058,999.39 | $101,568,730.57 £5,299,067.40 CDN $4,835,284.38 | $101,424,063.80 £5,296,828.96 CDN $4,835,014.38 |

---

[3] The amounts stated in parentheses are for informational purposes only and reflect the international foreign exchange rate of CDN $1.00 to U.S. $0.7532 as published by Reuters on August 31, 2015. All figures listed for Cassels Brock & Blackwell LLP are paid in Canadian currency at the Canadian dollar amounts specified above.

[4] The Fee Examiner noticed that, in its 6th Interim Fee Application, Cassels Brock & Blackwell LLP inadvertently inverted two digits relating to one monthly fee application, resulting in an incorrect total of fees for the interim period. The total here reflects the corrected amount.