# Appendix A

Electronic Data Information

**Servers to be Retained**

| Department | Application | # Virtual Servers | # Physical Servers | Content |
|---|---|---|---|---|
| **Common / Shared** | Shared Folders (Vault, Others) | 1 | | Data Extracts for (Analyzer,AutoAudit,ECMS,EMEA Contracts Database,Emptoris,GCS,GCS Case Management Tool,Gemini,GPS,Hyperview,IXOS (SAP),Law RMS,LIT,Optimization Database, Oracle Financials 11i - EMEA,Oracle Financials 11i - NA,Payroll CA,Payroll US,RTP Inventory Finance,S@W,SAP FDC OM,SAP MDM,SEEDATA,Tax Equalization Database,Tradesphere,Truecomp,Trueinfo,UPCS,WSOA) |
| | DBR | | 4 | Employee PC backups |
| | Infrastructure Servers | 8 | 6 | Active Directory, DNS, DHCP,SMTP, NetBackup, SharePoint |
| | Physical Servers supporting all Virtual Servers | | 3 | VMWare ESXi Servers supporting virtualized servers |
| **Finance** | Oracle 11i | | | Business Objects Reporting: Accounting & Financial Reporting System for 2001-2007 |
| | SAP BW Reporting, Sabrix | | 4 | 1. Consolidated Financial System for 2007-2011<br>2. Business Line Reporting for 2007-2011<br>3. Accounting System for 2007-2011 (for most entities)<br>4. Sate and Local Sales Tax Database for 2007-2011 |
| | AccuImage | 4 | | Backup AP (invoices), AR (deposited cheque images), GL (journal entity), Tax,interco (invoices) from the early 2000's to 2011 |
| | MATT DB | 1 | | Supply Chain, Order Fulfillment |
| | QuickBooks | | 1 | Accounting and Financial Reporting System for 2012 -- Present |
| **HR** | DARE | 1 | | HR Data Reporting using BOXI (from 1998 - 2013) |
| | ADP EV5 | 4 | | HRMS Application from 2012 March |
| | Pro Business | | 1 | US Payroll System for 2000 to 2013 |
| | SAP HRE | | 2 | HRMS Application (2006 - 2012) |
| **Legal** | Electronic Minute Book | 1 | | Corporate minute book/records |
| **Document Management** | Livelink and IDA | | 6 | |
| **Infrastructure Servers** | Business Objects<br>Oracle Database<br>EMC Storage<br>Center | 1 | 6 | Business Objects Repository, Oracle database server, infrastructure tool servers to manage EMC storage and database server for center application |
| **SNMP Servers** | ClearCase | | 4 | ClearCase VOB servers |
| **Total Servers to be Retained** | | | 37 | |

**Non-Retained Servers**

| | | | | |
|---|---|---|---|---|
| **Various Applications and IT Infrastructure** | Various Applications supporting Business needs and IT Infrastructure | | 427 | Certain applications including legacy payroll systems, domain controllers, cost-tracking, documentation and web-ordering, identification and patent generators, internal FTP systems, legacy livelink backup information, NORPASS, NorCast, certain SAP, development tools and test environments and firewall management systems. |
| **Total Servers to Dispose** | | | 427 | |
| **Total Number of Servers** | | | 464 | |