**Appendix B**

Hard Copy Document Information

**Summary of Boxes**

|  | Boxes to Retain | Boxes to Dispose |
|---|---:|---:|
| Legal Department | 2,270 | - |
| Tax | 1,254 | - |
| Media Tapes/Disks/Films/Microfiche | - | 182 |
| Environmental | 24 | - |
| Medical Records / LTD / WCB | 500 | - |
| Employee / Pension Files / Payroll | 4,075 | - |
| Other (CALA / China / M&A / AP/AR / etc.) | 841 | - |
| Post 1/1/2003 (not captured above) | 9,371 | - |
| Pre 1/1/2003 (not captured above) | - | 122,788 |
|   Break-out of Pre 1/1/2003: | | |
|     Employee Misc or Unknown | - | 200 |
|     Expense Reimbursements | - | 16,137 |
|     Payroll - Reporting or Summaries | - | 4,199 |
|     Misc Items/Departments | - | 2,212 |
|     Supplies (Envelopes/Letterhead) | - | 280 |
|     Finance/Accounting | - | 12,925 |
|     Operations (OM) | - | 36 |
|     Other | - | 84,728 |
|     Real Estate | - | 51 |
|     Supply/Order/Procurement | - | 2,020 |
| **Total Boxes at Iron Mountain** | **18,335** | **122,970** |
| **Grand Box Total:  141,305** | | |