# Exhibit B

### EXPENSE SUMMARY

Nortel Networks, Inc., *et al.*
(Case No. 09-10138 (KG))

October 1, 2015 through October 31, 2015

| **Expense Category** | **Service Provider (if applicable)** | **Total Expenses** |
|---|---|---|
| Photos/Art/Spec Duplicating | Out of Office | $1,644.94 |
| Travel | | 345.58 |
| Meals | | 105.78 |
| Messenger Services | | 80.00 |
| Courier/Delivery Service | | 3,419.22 |
| Computer Research | Westlaw | 923.60 |
| In-House Duplicating | | 322.60 |
| Postage | | 86.56 |
| Facsimile | | 211.75 |
| Pacer | | 77.90 |
| Hotel Accommodations | | 2,104.13 |
| Conference Calls | | 23.17 |
| **Total Expenses** | | **$9,345.23** |

**COST ENTRIES**

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1357308 | 10/01/15 | B | 20.10 | Photos/Art/Spec Duplicating-Out of Office - D DISCOVERY - BANKRUPTCY SERVICE - 10/1/15 | 510 | 684 | 212171 |
| 1357628 | 10/13/15 | B | 318.64 | Photos/Art/Spec Duplicating-Out of Office - D DISCOVERY - BANKRUPTCY SERVICE - 10/13/15 | 510 | 684 | 212195 |
| 1362309 | 10/19/15 | B | 926.56 | Photos/Art/Spec Duplicating-Out of Office - D DISCOVERY - BANKRUPTCY SERVICE - 10/19/15 | 510 | 684 | 212641 |
| 1366362 | 10/23/15 | B | 366.24 | Photos/Art/Spec Duplicating-Out of Office - D DISCOVERY - BANKRUPTCY SERVICE - 10/23/15 | 510 | 684 | 212790 |
| 1366364 | 10/29/15 | B | 13.40 | Photos/Art/Spec Duplicating-Out of Office - D DISCOVERY - BANKRUPTCY SERVICE - 10/29/15 | 510 | 684 | 212792 |
| 1364141 | 10/15/15 | B | (75.00) | Travel - AMERICAN EXPRESS - D. ABBOTT - AMTRA - CREDIT - 10/15/15 | 511 | 000 | 212708 |
| 1364124 | 10/15/15 | B | 291.00 | Travel - AMERICAN EXPRESS - D. ABBOTT - AMTRA - WILMINGTON TO NYC - 10/15/15 | 511 | 000 | 212708 |
| 1361634 | 10/30/15 | B | 129.58 | Travel - DEREK C. ABBOTT - REIMBURSEMENT OF PARKING AND TAXI EXPENSES FOR NORTEL ALLOCATI MEDIATION - NYC - 10/26/15 - 10/30/15 | 511 ON | 322 | 212606 |
| 1357598 | 09/02/15 | B | 87.92 | Meals - AMERICAN EXPRESS - MANHATTAN BAGEL - BREAKFAST FOR 4 PEOPLE - 9/2/15 | 512 | 000 | 212193 |
| 1354521 | 10/06/15 | B | 10.25 | Meals - Andrew Remming - REIMBURSEMENT OF EXPENSES FOR WORKING DINNER - 10/6/15 | 512 | 961 | 211971 |
| 1361636 | 10/30/15 | B | 7.61 | Meals - DEREK C. ABBOTT - REIMBURSEMENT OF ME EXPENSES FOR NORTEL ALLOCATION MEDIATION - NY - 10/26/15 - 10/30/15 | 512 C | 322 | 212606 |
| 1353838 | 10/01/15 | B | 5.00 | Messenger Service - to USDC | 513S | 684 | |
| 1353855 | 10/01/15 | B | 5.00 | Messenger Service - to USBC | 513S | 684 | |
| 1358274 | 10/06/15 | B | 5.00 | Messenger Service - to Trustee | 513S | 684 | |
| 1358297 | 10/08/15 | B | 5.00 | Messenger Service - to UST | 513S | 684 | |
| 1358345 | 10/13/15 | B | 5.00 | Messenger Service - to USBC | 513S | 684 | |
| 1358359 | 10/13/15 | B | 5.00 | Messenger Service - to Pepper | 513S | 684 | |
| 1358380 | 10/14/15 | B | 5.00 | Messenger Service - to UST | 513S | 684 | |
| 1358372 | 10/14/15 | B | 5.00 | Messenger Service - to USDC | 513S | 322 | |
| 1362123 | 10/19/15 | B | 5.00 | Messenger Service - to USBC | 513S | 971 | |
| 1362141 | 10/20/15 | B | 5.00 | Messenger Service - to UST | 513S | 684 | |
| 1362144 | 10/20/15 | B | 5.00 | Messenger Service - to Whiteford | 513S | 684 | |

Nortel Networks, Inc.  
63989-DIP  
DATE: 11/11/15 09:29:08

PRO FORMA 388521 AS OF 10/31/15

INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1362179 | 10/22/15 | B | 5.00 | Messenger Service - to USDC | 513S | 322 | |
| 1362218 | 10/26/15 | B | 5.00 | Messenger Service - to Trustee | 513S | 684 | |
| 1362226 | 10/26/15 | B | 5.00 | Messenger Service - to Trustee | 513S | 684 | |
| 1362245 | 10/28/15 | B | 5.00 | Messenger Service - to UST | 513S | 684 | |
| 1362277 | 10/29/15 | B | 5.00 | Messenger Service - to Trustee | 513S | 684 | |
| 1353259 | 10/01/15 | B | 22.86 | Courier/Delivery Service | 514 | 322 | 211875 |
| 1353260 | 10/01/15 | B | 25.63 | Courier/Delivery Service | 514 | 322 | 211875 |
| 1353261 | 10/01/15 | B | 22.86 | Courier/Delivery Service | 514 | 322 | 211875 |
| 1356869 | 10/01/15 | B | 12.52 | Courier/Delivery Service | 514 | 322 | 212152 |
| 1353253 | 10/01/15 | B | 18.48 | Courier/Delivery Service | 514 | 322 | 211875 |
| 1353254 | 10/01/15 | B | 22.83 | Courier/Delivery Service | 514 | 322 | 211875 |
| 1353255 | 10/01/15 | B | 12.52 | Courier/Delivery Service | 514 | 322 | 211875 |
| 1353256 | 10/01/15 | B | 18.48 | Courier/Delivery Service | 514 | 322 | 211875 |
| 1353257 | 10/01/15 | B | 25.63 | Courier/Delivery Service | 514 | 322 | 211875 |
| 1353258 | 10/01/15 | B | 25.27 | Courier/Delivery Service | 514 | 322 | 211875 |
| 1353247 | 10/01/15 | B | 25.63 | Courier/Delivery Service | 514 | 322 | 211875 |
| 1353248 | 10/01/15 | B | 16.09 | Courier/Delivery Service | 514 | 322 | 211875 |
| 1353249 | 10/01/15 | B | 25.63 | Courier/Delivery Service | 514 | 322 | 211875 |
| 1353250 | 10/01/15 | B | 22.83 | Courier/Delivery Service | 514 | 322 | 211875 |
| 1353251 | 10/01/15 | B | 22.36 | Courier/Delivery Service | 514 | 322 | 211875 |
| 1353252 | 10/01/15 | B | 19.96 | Courier/Delivery Service | 514 | 322 | 211875 |
| 1353241 | 10/01/15 | B | 18.48 | Courier/Delivery Service | 514 | 322 | 211875 |
| 1353242 | 10/01/15 | B | 25.52 | Courier/Delivery Service | 514 | 322 | 211875 |
| 1353243 | 10/01/15 | B | 18.48 | Courier/Delivery Service | 514 | 322 | 211875 |
| 1353244 | 10/01/15 | B | 22.83 | Courier/Delivery Service | 514 | 322 | 211875 |
| 1353245 | 10/01/15 | B | 22.86 | Courier/Delivery Service | 514 | 322 | 211875 |
| 1353246 | 10/01/15 | B | 22.86 | Courier/Delivery Service | 514 | 322 | 211875 |
| 1353235 | 10/01/15 | B | 22.83 | Courier/Delivery Service | 514 | 322 | 211875 |
| 1353236 | 10/01/15 | B | 22.83 | Courier/Delivery Service | 514 | 322 | 211875 |
| 1353237 | 10/01/15 | B | 24.46 | Courier/Delivery Service | 514 | 322 | 211875 |
| 1353238 | 10/01/15 | B | 25.63 | Courier/Delivery Service | 514 | 322 | 211875 |
| 1353239 | 10/01/15 | B | 18.48 | Courier/Delivery Service | 514 | 322 | 211875 |
| 1353240 | 10/01/15 | B | 22.36 | Courier/Delivery Service | 514 | 322 | 211875 |
| 1353229 | 10/01/15 | B | 12.52 | Courier/Delivery Service | 514 | 322 | 211875 |
| 1353230 | 10/01/15 | B | 22.10 | Courier/Delivery Service | 514 | 322 | 211875 |
| 1353231 | 10/01/15 | B | 18.48 | Courier/Delivery Service | 514 | 322 | 211875 |
| 1353232 | 10/01/15 | B | 25.63 | Courier/Delivery Service | 514 | 322 | 211875 |

```
Nortel Networks, Inc.                    PRO FORMA 388521         AS OF 10/31/15                INVOICE# ******
63989-DIP
DATE: 11/11/15 09:29:08
```

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1353233 | 10/01/15 | B | 22.83 | Courier/Delivery Service | 514 | 322 | 211875 |
| 1353234 | 10/01/15 | B | 18.48 | Courier/Delivery Service | 514 | 322 | 211875 |
| 1353222 | 10/01/15 | B | 25.63 | Courier/Delivery Service | 514 | 322 | 211875 |
| 1353223 | 10/01/15 | B | 18.48 | Courier/Delivery Service | 514 | 322 | 211875 |
| 1353224 | 10/01/15 | B | 22.86 | Courier/Delivery Service | 514 | 322 | 211875 |
| 1353225 | 10/01/15 | B | 22.86 | Courier/Delivery Service | 514 | 322 | 211875 |
| 1353226 | 10/01/15 | B | 22.83 | Courier/Delivery Service | 514 | 322 | 211875 |
| 1353228 | 10/01/15 | B | 12.52 | Courier/Delivery Service | 514 | 322 | 211875 |
| 1353216 | 10/01/15 | B | 26.03 | Courier/Delivery Service | 514 | 322 | 211875 |
| 1353217 | 10/01/15 | B | 18.48 | Courier/Delivery Service | 514 | 322 | 211875 |
| 1353218 | 10/01/15 | B | 25.63 | Courier/Delivery Service | 514 | 322 | 211875 |
| 1353219 | 10/01/15 | B | 18.48 | Courier/Delivery Service | 514 | 322 | 211875 |
| 1353220 | 10/01/15 | B | 18.48 | Courier/Delivery Service | 514 | 322 | 211875 |
| 1353221 | 10/01/15 | B | 25.63 | Courier/Delivery Service | 514 | 322 | 211875 |
| 1353210 | 10/01/15 | B | 22.83 | Courier/Delivery Service | 514 | 322 | 211875 |
| 1353211 | 10/01/15 | B | 25.52 | Courier/Delivery Service | 514 | 322 | 211875 |
| 1353212 | 10/01/15 | B | 12.52 | Courier/Delivery Service | 514 | 322 | 211875 |
| 1353213 | 10/01/15 | B | 22.83 | Courier/Delivery Service | 514 | 322 | 211875 |
| 1353214 | 10/01/15 | B | 18.48 | Courier/Delivery Service | 514 | 322 | 211875 |
| 1353215 | 10/01/15 | B | 22.83 | Courier/Delivery Service | 514 | 322 | 211875 |
| 1353204 | 10/01/15 | B | 18.48 | Courier/Delivery Service | 514 | 322 | 211875 |
| 1353205 | 10/01/15 | B | 12.52 | Courier/Delivery Service | 514 | 322 | 211875 |
| 1353206 | 10/01/15 | B | 18.48 | Courier/Delivery Service | 514 | 322 | 211875 |
| 1353207 | 10/01/15 | B | 26.48 | Courier/Delivery Service | 514 | 322 | 211875 |
| 1353208 | 10/01/15 | B | 18.48 | Courier/Delivery Service | 514 | 322 | 211875 |
| 1353209 | 10/01/15 | B | 25.52 | Courier/Delivery Service | 514 | 322 | 211875 |
| 1353198 | 10/01/15 | B | 12.52 | Courier/Delivery Service | 514 | 322 | 211875 |
| 1353199 | 10/01/15 | B | 12.52 | Courier/Delivery Service | 514 | 322 | 211875 |
| 1353200 | 10/01/15 | B | 12.52 | Courier/Delivery Service | 514 | 322 | 211875 |
| 1353201 | 10/01/15 | B | 26.70 | Courier/Delivery Service | 514 | 322 | 211875 |
| 1353202 | 10/01/15 | B | 25.63 | Courier/Delivery Service | 514 | 322 | 211875 |
| 1353203 | 10/01/15 | B | 25.63 | Courier/Delivery Service | 514 | 322 | 211875 |
| 1353192 | 10/01/15 | B | 21.64 | Courier/Delivery Service | 514 | 322 | 211875 |
| 1353193 | 10/01/15 | B | 25.63 | Courier/Delivery Service | 514 | 322 | 211875 |
| 1353194 | 10/01/15 | B | 22.83 | Courier/Delivery Service | 514 | 322 | 211875 |
| 1353195 | 10/01/15 | B | 26.70 | Courier/Delivery Service | 514 | 322 | 211875 |
| 1353196 | 10/01/15 | B | 18.48 | Courier/Delivery Service | 514 | 322 | 211875 |
| 1353197 | 10/01/15 | B | 22.36 | Courier/Delivery Service | 514 | 322 | 211875 |

Nortel Networks, Inc.                                                                                                           INVOICE# ******
63989-DIP
DATE: 11/11/15 09:29:08                                    PRO FORMA   388321                     AS OF 10/31/15

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1364112 | 10/01/15 | B | 54.33 | Courier/Delivery Service - AMERICAN EXPRESS - USPS - WEEKEND SHIPPING - 10/1/15 | 514 | 000 | 212708 |
| 1354192 | 10/01/15 | B | 22.83 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 211944 |
| 1354200 | 10/01/15 | B | 32.82 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 211945 |
| 1355551 | 10/01/15 | B | 37.04 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 212056 |
| 1357705 | 10/08/15 | B | 13.80 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 212224 |
| 1357581 | 10/12/15 | B | 8.14 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 212182 |
| 1361519 | 10/16/15 | B | 13.80 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 212591 |
| 1359176 | 10/16/15 | B | 19.07 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 212294 |
| 1359173 | 10/16/15 | B | 12.39 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 212294 |
| 1359174 | 10/16/15 | B | 12.39 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 212294 |
| 1359175 | 10/16/15 | B | 17.90 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 212294 |
| 1364132 | 10/22/15 | B | 25.25 | Courier/Delivery Service - AMERICAN EXPRESS - USPS - INTERNATIONAL MAIL - 10/22/15 | 514 | 000 | 212708 |
| 1360978 | 10/22/15 | B | 44.10 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 212532 |
| 1360979 | 10/22/15 | B | 44.10 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 212532 |
| 1361221 | 10/22/15 | B | 44.10 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 212564 |
| 1361222 | 10/22/15 | B | 44.10 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 212564 |
| 1363278 | 10/29/15 | B | 32.50 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 212666 |
| 1363280 | 10/29/15 | B | 22.60 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 212667 |
| 1365891 | 10/29/15 | B | 41.40 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 212742 |
| 1361945 | 10/29/15 | B | 22.14 | Courier/Delivery Service | 514 | 322 | 212612 |
| 1361946 | 10/29/15 | B | 25.38 | Courier/Delivery Service | 514 | 322 | 212612 |
| 1361939 | 10/29/15 | B | 25.02 | Courier/Delivery Service | 514 | 322 | 212612 |
| 1361940 | 10/29/15 | B | 18.30 | Courier/Delivery Service | 514 | 322 | 212612 |
| 1361941 | 10/29/15 | B | 24.22 | Courier/Delivery Service | 514 | 322 | 212612 |
| 1361942 | 10/29/15 | B | 25.38 | Courier/Delivery Service | 514 | 322 | 212612 |
| 1361943 | 10/29/15 | B | 25.38 | Courier/Delivery Service | 514 | 322 | 212612 |
| 1361944 | 10/29/15 | B | 25.38 | Courier/Delivery Service | 514 | 322 | 212612 |
| 1361933 | 10/29/15 | B | 25.38 | Courier/Delivery Service | 514 | 322 | 212612 |
| 1361934 | 10/29/15 | B | 12.39 | Courier/Delivery Service | 514 | 322 | 212612 |
| 1361935 | 10/29/15 | B | 12.39 | Courier/Delivery Service | 514 | 322 | 212612 |
| 1361936 | 10/29/15 | B | 18.30 | Courier/Delivery Service | 514 | 322 | 212612 |
| 1361937 | 10/29/15 | B | 22.60 | Courier/Delivery Service | 514 | 322 | 212612 |
| 1361938 | 10/29/15 | B | 18.30 | Courier/Delivery Service | 514 | 322 | 212612 |
| 1361927 | 10/29/15 | B | 18.30 | Courier/Delivery Service | 514 | 322 | 212612 |
| 1361928 | 10/29/15 | B | 22.14 | Courier/Delivery Service | 514 | 322 | 212612 |
| 1361929 | 10/29/15 | B | 22.63 | Courier/Delivery Service | 514 | 322 | 212612 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Nortel Networks, Inc. | | | | | | | | INVOICE# ****** |
| 63989-DIP | | | PRO FORMA 388321 | | | AS OF 10/31/15 | | |
| DATE: 11/11/15 09:29:08 | | | | | | | | |

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1361930 | 10/29/15 | B | 22.63 | Courier/Delivery Service | 514 | 322 | 212612 |
| 1361931 | 10/29/15 | B | 22.60 | Courier/Delivery Service | 514 | 322 | 212612 |
| 1361932 | 10/29/15 | B | 25.27 | Courier/Delivery Service | 514 | 322 | 212612 |
| 1361921 | 10/29/15 | B | 25.27 | Courier/Delivery Service | 514 | 322 | 212612 |
| 1361922 | 10/29/15 | B | 12.39 | Courier/Delivery Service | 514 | 322 | 212612 |
| 1361923 | 10/29/15 | B | 25.38 | Courier/Delivery Service | 514 | 322 | 212612 |
| 1361924 | 10/29/15 | B | 15.93 | Courier/Delivery Service | 514 | 322 | 212612 |
| 1361925 | 10/29/15 | B | 22.14 | Courier/Delivery Service | 514 | 322 | 212612 |
| 1361926 | 10/29/15 | B | 18.30 | Courier/Delivery Service | 514 | 322 | 212612 |
| 1361915 | 10/29/15 | B | 22.63 | Courier/Delivery Service | 514 | 322 | 212612 |
| 1361916 | 10/29/15 | B | 26.44 | Courier/Delivery Service | 514 | 322 | 212612 |
| 1361917 | 10/29/15 | B | 22.60 | Courier/Delivery Service | 514 | 322 | 212612 |
| 1361918 | 10/29/15 | B | 22.63 | Courier/Delivery Service | 514 | 322 | 212612 |
| 1361919 | 10/29/15 | B | 18.30 | Courier/Delivery Service | 514 | 322 | 212612 |
| 1361920 | 10/29/15 | B | 25.27 | Courier/Delivery Service | 514 | 322 | 212612 |
| 1361909 | 10/29/15 | B | 22.60 | Courier/Delivery Service | 514 | 322 | 212612 |
| 1361910 | 10/29/15 | B | 19.77 | Courier/Delivery Service | 514 | 322 | 212612 |
| 1361911 | 10/29/15 | B | 22.60 | Courier/Delivery Service | 514 | 322 | 212612 |
| 1361912 | 10/29/15 | B | 18.30 | Courier/Delivery Service | 514 | 322 | 212612 |
| 1361913 | 10/29/15 | B | 22.60 | Courier/Delivery Service | 514 | 322 | 212612 |
| 1361914 | 10/29/15 | B | 22.63 | Courier/Delivery Service | 514 | 322 | 212612 |
| 1361903 | 10/29/15 | B | 18.30 | Courier/Delivery Service | 514 | 322 | 212612 |
| 1361904 | 10/29/15 | B | 18.30 | Courier/Delivery Service | 514 | 322 | 212612 |
| 1361905 | 10/29/15 | B | 25.38 | Courier/Delivery Service | 514 | 322 | 212612 |
| 1361906 | 10/29/15 | B | 25.38 | Courier/Delivery Service | 514 | 322 | 212612 |
| 1361907 | 10/29/15 | B | 22.60 | Courier/Delivery Service | 514 | 322 | 212612 |
| 1361908 | 10/29/15 | B | 22.60 | Courier/Delivery Service | 514 | 322 | 212612 |
| 1361897 | 10/29/15 | B | 18.30 | Courier/Delivery Service | 514 | 322 | 212612 |
| 1361898 | 10/29/15 | B | 25.38 | Courier/Delivery Service | 514 | 322 | 212612 |
| 1361899 | 10/29/15 | B | 25.38 | Courier/Delivery Service | 514 | 322 | 212612 |
| 1361900 | 10/29/15 | B | 25.38 | Courier/Delivery Service | 514 | 322 | 212612 |
| 1361901 | 10/29/15 | B | 22.60 | Courier/Delivery Service | 514 | 322 | 212612 |
| 1361902 | 10/29/15 | B | 12.39 | Courier/Delivery Service | 514 | 322 | 212612 |
| 1361891 | 10/29/15 | B | 22.60 | Courier/Delivery Service | 514 | 322 | 212612 |
| 1361892 | 10/29/15 | B | 26.22 | Courier/Delivery Service | 514 | 322 | 212612 |
| 1361893 | 10/29/15 | B | 22.63 | Courier/Delivery Service | 514 | 322 | 212612 |
| 1361894 | 10/29/15 | B | 18.30 | Courier/Delivery Service | 514 | 322 | 212612 |
| 1361895 | 10/29/15 | B | 18.30 | Courier/Delivery Service | 514 | 322 | 212612 |

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1361896 | 10/29/15 | B | 21.43 | Courier/Delivery Service | 514 | 322 | 212612 |
| 1361885 | 10/29/15 | B | 26.44 | Courier/Delivery Service | 514 | 322 | 212612 |
| 1361886 | 10/29/15 | B | 18.30 | Courier/Delivery Service | 514 | 322 | 212612 |
| 1361887 | 10/29/15 | B | 18.30 | Courier/Delivery Service | 514 | 322 | 212612 |
| 1361888 | 10/29/15 | B | 25.38 | Courier/Delivery Service | 514 | 322 | 212612 |
| 1361889 | 10/29/15 | B | 22.60 | Courier/Delivery Service | 514 | 322 | 212612 |
| 1361890 | 10/29/15 | B | 18.30 | Courier/Delivery Service | 514 | 322 | 212612 |
| 1361882 | 10/29/15 | B | 12.39 | Courier/Delivery Service | 514 | 322 | 212612 |
| 1361883 | 10/29/15 | B | 21.89 | Courier/Delivery Service | 514 | 322 | 212612 |
| 1361884 | 10/29/15 | B | 18.30 | Courier/Delivery Service | 514 | 322 | 212612 |
| 1354223 | 10/01/15 | B | 163.89 | Computer Research - Westlaw Search Performed by: | 515 | 793 | |
| 1354224 | 10/02/15 | B | 404.95 | Computer Research - Westlaw Search Performed by: | 515 | 793 | |
| 1354225 | 10/02/15 | B | 16.10 | Computer Research - Westlaw Search Performed by: | 515 | 781 | |
| 1354226 | 10/03/15 | B | 26.73 | Computer Research - Westlaw Search Performed by: | 515 | 781 | |
| 1356104 | 10/04/15 | B | 169.09 | Computer Research - Westlaw Search Performed by: KELLY,SHAUN M | 515 | 000 | |
| 1356105 | 10/05/15 | B | 40.10 | Computer Research - Westlaw Search Performed by: BARTHOLOMEW,TAYLOR | 515 | 000 | |
| 1356106 | 10/05/15 | B | 26.73 | Computer Research - Westlaw Search Performed by: REMMING,ANDREW | 515 | 961 | |
| 1360398 | 10/19/15 | B | 76.01 | Computer Research - Westlaw Search Performed by: MINOTT,TAMARA | 515 | 000 | |
| 1352808 | 10/02/15 | B | 5.30 | In-House Duplicating | 519 | 793 | |
| 1352809 | 10/02/15 | B | 0.20 | In-House Duplicating | 519 | 793 | |
| 1355796 | 10/09/15 | B | 0.30 | In-House Duplicating | 519 | 670 | |
| 1357375 | 10/15/15 | B | 30.20 | In-House Duplicating | 519 | 603 | |
| 1357798 | 10/16/15 | B | 5.60 | In-House Duplicating | 519 | 605 | |
| 1358506 | 10/19/15 | B | 0.30 | In-House Duplicating | 519 | 605 | |
| 1358905 | 10/19/15 | B | 0.20 | In-House Duplicating | 519 | 605 | |
| 1359631 | 10/22/15 | B | 10.00 | In-House Duplicating | 519 | 684 | |
| 1360760 | 10/27/15 | B | 52.80 | In-House Duplicating | 519 | 684 | |
| 1361043 | 10/28/15 | B | 23.10 | In-House Duplicating | 519 | 670 | |
| 1361044 | 10/28/15 | B | 46.20 | In-House Duplicating | 519 | 684 | |
| 1358223 | 10/06/15 | B | 4.92 | Postage | 520 | 684 | |
| 1358231 | 10/08/15 | B | 4.26 | Postage | 520 | 684 | |

```
Nortel Networks, Inc.                                    PRO FORMA  388321        AS OF 10/31/15                    INVOICE# ******
63989-DIP
DATE: 11/11/15 09:29:08
```

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---:|---|---|---|---|
| 1358256 | 10/13/15 | B | 1.20 | Postage | 520 | 684 | |
| 1358261 | 10/14/15 | B | 1.20 | Postage | 520 | 684 | |
| 1362080 | 10/22/15 | B | 35.12 | Postage | 520 | 684 | |
| 1362085 | 10/26/15 | B | 4.26 | Postage | 520 | 684 | |
| 1362087 | 10/26/15 | B | 2.40 | Postage | 520 | 684 | |
| 1362092 | 10/28/15 | B | 7.56 | Postage | 520 | 684 | |
| 1362097 | 10/29/15 | B | 13.16 | Postage | 520 | 684 | |
| 1362098 | 10/29/15 | B | 6.90 | Postage | 520 | 500 | |
| 1362099 | 10/29/15 | B | 5.58 | Postage | 520 | 684 | |
| 1357309 | 10/01/15 | B | 126.75 | Facsimile - DLS DISCOVERY - FAX BROADCAST - 10/1/15 | 522H | 684 | 212171 |
| 1366365 | 10/29/15 | B | 85.00 | Facsimile - DLS DISCOVERY - FAX BROADCAST - 10/29/15 | 522H | 684 | 212792 |
| 1358168 | 09/30/15 | B | 77.90 | Pacer charges for the month of September | 529 | 000 | |
| 1352810 | 10/01/15 | B | 6.40 | In-House Printing - black & white Call time: 19:05; to | 541 | 196 | |
| 1352811 | 10/01/15 | B | 0.20 | In-House Printing - black & white Call time: 19:05; to | 541 | 196 | |
| 1352058 | 10/01/15 | B | 0.05 | In-House Printing - black & white Call time: 16:15; to | 541 | 651 | |
| 1352059 | 10/01/15 | B | 2.20 | In-House Printing - black & white Call time: 16:15; to | 541 | 651 | |
| 1352060 | 10/01/15 | B | 0.05 | In-House Printing - black & white Call time: 18:27; to | 541 | 079 | |
| 1352061 | 10/01/15 | B | 2.20 | In-House Printing - black & white Call time: 18:27; to | 541 | 079 | |
| 1352062 | 10/01/15 | B | 0.05 | In-House Printing - black & white Call time: 18:27; to | 541 | 079 | |
| 1352063 | 10/01/15 | B | 2.20 | In-House Printing - black & white Call time: 18:27; to | 541 | 079 | |
| 1352812 | 10/01/15 | B | 6.40 | In-House Printing - black & white Call time: 18:56; to | 541 | 079 | |
| 1352813 | 10/01/15 | B | 0.20 | In-House Printing - black & white Call time: 18:56; to | 541 | 079 | |
| 1352814 | 10/01/15 | B | 6.40 | In-House Printing - black & white Call time: 18:56; to | 541 | 079 | |
| 1352815 | 10/01/15 | B | 0.20 | In-House Printing - black & white Call time: 18:56; to | 541 | 079 | |
| 1352821 | 10/02/15 | B | 5.05 | In-House Printing - black & white Call time: 20:28; to | 541 | 782 | |
| 1352822 | 10/02/15 | B | 1.45 | In-House Printing - black & white Call time: 20:33; to | 541 | 782 | |
| 1352823 | 10/02/15 | B | 1.75 | In-House Printing - black & white Call time: 22:12; to | 541 | 782 | |
| 1352824 | 10/02/15 | B | 1.75 | In-House Printing - black & white Call time: 22:16; to | 541 | 782 | |
| 1352825 | 10/02/15 | B | 1.55 | In-House Printing - black & white Call time: 22:16; to | 541 | 782 | |
| 1352832 | 10/02/15 | B | 4.80 | In-House Printing - black & white Call time: 09:02; to | 541 | 782 | |

```
Nortel Networks, Inc.                                      PRO FORMA  388321         AS OF 10/31/15              INVOICE# ******
63989-DIP
DATE: 11/11/15 09:29:08
```

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1352833 | 10/02/15 | B | 4.70 | In-House Printing - black & white Call time: 08:52; to | 541 | 782 | |
| 1352834 | 10/02/15 | B | 1.65 | In-House Printing - black & white Call time: 09:36; to | 541 | 782 | |
| 1352826 | 10/02/15 | B | 6.40 | In-House Printing - black & white Call time: 12:48; to | 541 | 082 | |
| 1352827 | 10/02/15 | B | 0.20 | In-House Printing - black & white Call time: 12:48; to | 541 | 082 | |
| 1352828 | 10/02/15 | B | 1.35 | In-House Printing - black & white Call time: 13:14; to | 541 | 082 | |
| 1352829 | 10/02/15 | B | 2.35 | In-House Printing - black & white Call time: 13:15; to | 541 | 082 | |
| 1352830 | 10/02/15 | B | 1.50 | In-House Printing - black & white Call time: 13:17; to | 541 | 082 | |
| 1352831 | 10/02/15 | B | 2.00 | In-House Printing - black & white Call time: 13:18; to | 541 | 082 | |
| 1352816 | 10/02/15 | B | 2.00 | In-House Printing - black & white Call time: 17:09; to | 541 | 793 | |
| 1352817 | 10/02/15 | B | 2.35 | In-House Printing - black & white Call time: 17:10; to | 541 | 793 | |
| 1352818 | 10/02/15 | B | 1.50 | In-House Printing - black & white Call time: 17:11; to | 541 | 793 | |
| 1352819 | 10/02/15 | B | 7.60 | In-House Printing - black & white Call time: 16:58; to | 541 | 961 | |
| 1352820 | 10/02/15 | B | 1.05 | In-House Printing - black & white Call time: 16:58; to | 541 | 961 | |
| 1352835 | 10/03/15 | B | 4.45 | In-House Printing - black & white Call time: 13:07; to | 541 | 961 | |
| 1352836 | 10/03/15 | B | 0.05 | In-House Printing - black & white Call time: 13:07; to | 541 | 961 | |
| 1353393 | 10/05/15 | B | 1.90 | In-House Printing - black & white Call time: 10:53; to | 541 | 961 | |
| 1353394 | 10/05/15 | B | 1.30 | In-House Printing - black & white Call time: 10:39; to | 541 | 961 | |
| 1353949 | 10/06/15 | B | 3.00 | In-House Printing - black & white Call time: 17:54; to | 541 | 961 | |
| 1355063 | 10/07/15 | B | 1.55 | In-House Printing - black & white Call time: 19:30; to | 541 | 605 | |
| 1355064 | 10/07/15 | B | 7.75 | In-House Printing - black & white Call time: 19:40; to | 541 | 605 | |
| 1357376 | 10/14/15 | B | 2.30 | In-House Printing - black & white Call time: 20:09; to | 541 | 961 | |
| 1357382 | 10/15/15 | B | 0.20 | In-House Printing - black & white Call time: 12:34; to | 541 | 670 | |
| 1357383 | 10/15/15 | B | 0.35 | In-House Printing - black & white Call time: 12:34; to | 541 | 670 | |
| 1357384 | 10/15/15 | B | 0.35 | In-House Printing - black & white Call time: 12:35; to | 541 | 670 | |
| 1357385 | 10/15/15 | B | 0.35 | In-House Printing - black & white Call time: 12:35; to | 541 | 670 | |
| 1357386 | 10/15/15 | B | 0.30 | In-House Printing - black & white Call time: 12:35; to | 541 | 670 | |
| 1357387 | 10/15/15 | B | 0.45 | In-House Printing - black & white Call time: 12:36; to | 541 | 670 | |
| 1357377 | 10/15/15 | B | 0.25 | In-House Printing - black & white Call time: 12:32; to | 541 | 670 | |
| 1357378 | 10/15/15 | B | 0.20 | In-House Printing - black & white Call time: 12:32; to | 541 | 670 | |
| 1357379 | 10/15/15 | B | 0.30 | In-House Printing - black & white Call time: 12:33; to | 541 | 670 | |

Nortel Networks, Inc.　　　　　　　　　　　　　　　　PRO FORMA  388321　　　　　　　AS OF 10/31/15　　　　　　INVOICE#  ******
63989-DIP
DATE: 11/11/15 09:29:08

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1357380 | 10/15/15 | B | 0.10 | In-House Printing - black & white Call time: 12:33; to | 541 | 670 | |
| 1357381 | 10/15/15 | B | 0.30 | In-House Printing - black & white Call time: 12:34; to | 541 | 670 | |
| 1357388 | 10/15/15 | B | 0.20 | In-House Printing - black & white Call time: 12:37; to | 541 | 670 | |
| 1357799 | 10/16/15 | B | 16.50 | In-House Printing - black & white Call time: 17:06; to | 541 | 605 | |
| 1359239 | 10/21/15 | B | 1.20 | In-House Printing - black & white Call time: 15:08; to | 541 | 961 | |
| 1352064 | 10/01/15 | B | 0.25 | In-House Printing - color | 542 | 961 | |
| 1352065 | 10/01/15 | B | 11.00 | In-House Printing - color | 542 | 961 | |
| 1352837 | 10/02/15 | B | 0.25 | In-House Printing - color | 542 | 082 | |
| 1352838 | 10/02/15 | B | 11.00 | In-House Printing - color | 542 | 082 | |
| 1357800 | 10/15/15 | B | 1.00 | In-House Printing - color | 542 | 961 | |
| 1357801 | 10/16/15 | B | 4.00 | In-House Printing - color | 542 | 605 | |
| 1361635 | 10/30/15 | B | 2,104.13 | Hotel Accommodations - DEREK C. ABBOTT - REIMBURSEMENT OF HOTEL EXPENSES FOR NORTEL ALLOCATION MEDIATION - 10/26/15 - 10/30/15 | 549 | 322 | 212606 |
| 1359877 | 09/27/15 | B | 16.59 | Conference Calls - SOUNDPATH CONFERENCING SERVICES, LLC | 552H | 322 | 212382 |
| 1366326 | 10/27/15 | B | 6.58 | Conference Calls - SOUNDPATH CONFERENCING SERVICES, LLC | 552H | 971 | 212785 |
| | | | 9,345.23 | | | | |