# EXHIBIT A

## NORTEL NETWORKS INC., *et al*.
## CASE NO. 09-10138 (KG)

Professional Fees and Expenses
Monthly Fee Application

| Applicant & Docket No. | Time Period Covered | Fees & Expenses Requested in Application | Fees & Expenses Allowed/Awarded | Date Application Filed | Objection Deadline |
|---|---|---|---|---|---|
| Whiteford, Taylor & Preston LLC  [Docket No. 16253] | 9/1/15 - 9/30/15 | $53,320.00 (Fees)  $1,035.36 (Expenses) | $42,656.00 (Fees @ 80%)  $1,035.36 (Expenses @ 100%) | 10/19/2015 | 11/9/2015 |