**Exhibit B**

**EXPENSE SUMMARY**[1]

Nortel Networks Inc., *et al.*
(Case No. 09-10138 (KG))

October 1, 2015 through October 31, 2015

| Expense Category | | Total Expenses |
|---|---|---:|
| Telephone | | $312.58 |
| Travel – Transportation | | 295.99 |
| Mailing & Shipping Charges | | -9.93 |
| Duplicating Charges (at $0.10/page) | | 1,117.80 |
| Color Duplicating Charges (at $0.65/page) | | 51.35 |
| Legal Research | Lexis | 389.10 |
| | Westlaw | 4,332.78 |
| | PACER | 3,024.60 |
| Late Work – Meals | | 1,393.36 |
| Late Work – Transportation | | 1,548.41 |
| Conference Meals | | 140.00 |
| Other | | 71.98 |
| Expert Expenses | | 40,142.50 |
| **Grand Total Expenses** | | **$52,810.52** |

---

[1] Note: This Application includes certain expenses incurred during a period related to a previously submitted fee application, but not entered into the Cleary Gottlieb accounting system until the period covered by this Application.

EXPENSE SUMMARY
October 1, 2015 through October 31, 2015

In re Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

Note: This Application includes certain expenses incurred during a period related to a previously submitted fee application but not entered into the Cleary Gottlieb accounting system until the period covered by this Application.

| Date | Amount | Narrative | |
|------|--------|-----------|---|
| | | | |
| **Telephone** | | | |
| | | | |
| 7/15/2015 | 14.39 | Conference Call Charges Conf. ID : | Name: James L. Bromley |
| 7/15/2015 | 2.43 | Conference Call Charges Conf. ID : | Name: Louis Lipner |
| 7/15/2015 | 1.72 | Conference Call Charges Conf. ID : | Name: Rebecca Reeb |
| 7/17/2015 | 24.38 | Conference Call Charges Conf. ID : | Name: Margot Gianis |
| 7/20/2015 | 5.15 | Conference Call Charges Conf. ID : | Name: Matthew Gurgel |
| 7/21/2015 | 5.17 | Conference Call Charges Conf. ID : | Name: Margot Gianis |
| 7/22/2015 | 4.07 | Conference Call Charges Conf. ID : | Name: Anthony Ruiz |
| 7/23/2015 | 15.43 | Conference Call Charges Conf. ID : | Name: Anthony Ruiz |
| 7/23/2015 | 2.06 | Conference Call Charges Conf. ID : | Name: Kerrin Klein |
| 7/23/2015 | 3.69 | Conference Call Charges Conf. ID : | Name: Russell Eckenrod |
| 7/24/2015 | 1.72 | Conference Call Charges Conf. ID : | Name: Jeffrey A. Rosenthal |
| 7/27/2015 | 0.70 | Conference Call Charges Conf. ID : | Name: Jeffrey A. Rosenthal |
| 7/28/2015 | 6.93 | Conference Call Charges Conf. ID : | Name: Matthew Gurgel |
| 7/29/2015 | 9.69 | Conference Call Charges Conf. ID : | Name: Anthony Ruiz |
| 7/30/2015 | 3.77 | Conference Call Charges Conf. ID : | Name: Matthew Gurgel |
| 7/31/2015 | 8.36 | Conference Call Charges Conf. ID : | Name: Matthew Gurgel |
| 8/3/2015 | 4.46 | Conference Call Charges Conf. ID : | Name: James L. Bromley |
| 8/4/2015 | 5.94 | Conference Call Charges Conf. ID : | Name: Darryl G. Stein |
| 8/5/2015 | 10.56 | Conference Call Charges Conf. ID : | Name: Anthony Ruiz |
| 8/5/2015 | 3.77 | Conference Call Charges Conf. ID : | Name: Laura Bagarella |
| 8/6/2015 | 2.16 | Conference Call Charges Conf. ID : | Name: James L. Bromley |
| 8/6/2015 | 1.44 | Conference Call Charges Conf. ID : | Name: Kara A. Hailey |
| 8/6/2015 | 0.72 | Conference Call Charges Conf. ID : | Name: Leah Laporte |
| 8/10/2015 | 5.50 | Conference Call Charges Conf. ID : | Name: Inna Rozenberg |
| 8/11/2015 | 2.30 | Conference Call Charges Conf. ID : | Name: Rebecca Reeb |
| 8/11/2015 | 0.83 | Conference Call Charges Conf. ID : | Name: Russell Eckenrod |
| 8/17/2015 | 32.75 | Conference Call Charges Conf. ID : | Name: Katie Sheridan |
| 8/19/2015 | 19.93 | Conference Call Charges Conf. ID : | Name: Inna Rozenberg |
| 8/19/2015 | 2.86 | Conference Call Charges Conf. ID : | Name: Rebecca Reeb |
| 8/20/2015 | 14.24 | Conference Call Charges Conf. ID : | Name: Inna Rozenberg |
| 8/20/2015 | 1.53 | Conference Call Charges Conf. ID : | Name: Laura Bagarella |
| 8/24/2015 | 1.98 | Conference Call Charges Conf. ID : | Name: Leah Laporte |
| 8/26/2015 | 3.18 | Conference Call Charges Conf. ID : | Name: Anthony Ruiz |
| 8/27/2015 | 1.28 | Conference Call Charges Conf. ID : | Name: Leah Laporte |

EXPENSE SUMMARY
October 1, 2015 through October 31, 2015

In re Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

| Date | Amount | Narrative |
|---|---|---|
| 8/27/2015 | 2.71 | Conference Call Charges Conf. ID :     Name: Philip Cantwell |
| 8/28/2015 | 4.53 | Conference Call Charges Conf. ID :     Name: Philip Cantwell |
| 8/31/2015 | 6.98 | Conference Call Charges Conf. ID :     Name: James L. Bromley |
| 9/2/2015 | 4.92 | Conference Call Charges Conf. ID :     Name: Anthony Ruiz |
| 9/2/2015 | 2.03 | Conference Call Charges Conf. ID :     Name: James L. Bromley |
| 9/3/2015 | 0.42 | Conference Call Charges Conf. ID :     Name: Rebecca Reeb |
| 9/8/2015 | 2.35 | Conference Call Charges Conf. ID :     Name: Donna Harris |
| 9/9/2015 | 6.32 | Conference Call Charges Conf. ID :     Name: Anthony Ruiz |
| 9/9/2015 | 4.89 | Conference Call Charges Conf. ID :     Name: James L. Bromley |
| 9/11/2015 | 50.25 | Conference Call Charges Conf. ID :     Name: James L. Bromley |
| 9/11/2015 | 2.09 | Conference Call Charges Conf. ID :     Name: Margot Gianis |
| **TOTAL:** | **312.58** | |
| | | |
| **Travel - Transportation[1]** | | |
| | | |
| 9/3/2015 | 23.63 | TRAVEL - TRANSPORTATION - Bromley Trip to Illinois (booking fee) |
| 9/3/2015 | 428.10 | TRAVEL - TRANSPORTATION - Bromley Trip to Illinois (roundtrip airplane ticket) |
| 9/8/2015 | 143.05 | TRAVEL - TRANSPORTATION - Murtagh Trip to Delaware (ride to train station) |
| 9/8/2015 | 146.21 | TRAVEL - TRANSPORTATION - Schweitzer Trip to Delaware (ride to train station) |
| 9/21/2015 | -445.00 | TRAVEL - TRANSPORTATION - Murtagh Trip to Delaware (credit) |
| **TOTAL:** | **295.99** | |
| | | |
| **Mailing & Shipping Charges** | | |
| | | |
| 9/4/2015 | -9.93 | SHIPPING CHARGES - -VENDOR: Federal Express (credit) |
| **TOTAL:** | **-9.93** | |
| | | |
| **Duplicating Charges (@ $0.10/page)** | | |
| | | |
| 9/30/2015 | 0.60 | NY DUPLICATING XEROX |
| 9/30/2015 | 0.70 | NY DUPLICATING XEROX |
| 9/30/2015 | 1.30 | NY DUPLICATING XEROX |
| 9/30/2015 | 1.40 | NY DUPLICATING XEROX |
| 10/1/2015 | 0.10 | NY DUPLICATING XEROX |
| 10/1/2015 | 0.10 | NY DUPLICATING XEROX |
| 10/1/2015 | 0.10 | NY DUPLICATING XEROX |
| 10/1/2015 | 0.10 | NY DUPLICATING XEROX |
| 10/1/2015 | 0.30 | NY DUPLICATING XEROX |
| 10/1/2015 | 0.30 | NY DUPLICATING XEROX |
| 10/1/2015 | 0.30 | NY DUPLICATING XEROX |

**EXPENSE SUMMARY**
**October 1, 2015 through October 31, 2015**

*In re Nortel Networks Inc., et al.*
*(Case No. 09-10138 (KG))*

| Date | Amount | Narrative |
|------|--------|-----------|
| 10/1/2015 | 0.30 | NY DUPLICATING XEROX |
| 10/1/2015 | 0.40 | NY DUPLICATING XEROX |
| 10/1/2015 | 0.40 | NY DUPLICATING XEROX |
| 10/1/2015 | 0.40 | NY DUPLICATING XEROX |
| 10/1/2015 | 0.40 | NY DUPLICATING XEROX |
| 10/1/2015 | 0.40 | NY DUPLICATING XEROX |
| 10/1/2015 | 0.50 | NY DUPLICATING XEROX |
| 10/1/2015 | 0.60 | NY DUPLICATING XEROX |
| 10/1/2015 | 0.60 | NY DUPLICATING XEROX |
| 10/1/2015 | 4.30 | NY DUPLICATING XEROX |
| 10/1/2015 | 5.50 | NY DUPLICATING XEROX |
| 10/1/2015 | 11.60 | NY DUPLICATING XEROX |
| 10/1/2015 | 13.00 | NY DUPLICATING XEROX |
| 10/1/2015 | 15.30 | NY DUPLICATING XEROX |
| 10/1/2015 | 15.30 | NY DUPLICATING XEROX |
| 10/1/2015 | 24.80 | NY DUPLICATING XEROX |
| 10/4/2015 | 0.30 | NY DUPLICATING XEROX |
| 10/5/2015 | 0.10 | NY DUPLICATING XEROX |
| 10/5/2015 | 0.10 | NY DUPLICATING XEROX |
| 10/5/2015 | 0.10 | NY DUPLICATING XEROX |
| 10/5/2015 | 0.10 | NY DUPLICATING XEROX |
| 10/5/2015 | 0.10 | NY DUPLICATING XEROX |
| 10/5/2015 | 0.10 | NY DUPLICATING XEROX |
| 10/5/2015 | 0.10 | NY DUPLICATING XEROX |
| 10/5/2015 | 0.10 | NY DUPLICATING XEROX |
| 10/5/2015 | 0.10 | NY DUPLICATING XEROX |
| 10/5/2015 | 0.10 | NY DUPLICATING XEROX |
| 10/5/2015 | 0.10 | NY DUPLICATING XEROX |
| 10/5/2015 | 0.10 | NY DUPLICATING XEROX |
| 10/5/2015 | 0.10 | NY DUPLICATING XEROX |
| 10/5/2015 | 0.10 | NY DUPLICATING XEROX |
| 10/5/2015 | 0.10 | NY DUPLICATING XEROX |
| 10/5/2015 | 0.10 | NY DUPLICATING XEROX |
| 10/5/2015 | 0.10 | NY DUPLICATING XEROX |
| 10/5/2015 | 0.10 | NY DUPLICATING XEROX |
| 10/5/2015 | 0.20 | NY DUPLICATING XEROX |
| 10/5/2015 | 0.20 | NY DUPLICATING XEROX |
| 10/5/2015 | 0.20 | NY DUPLICATING XEROX |

**EXPENSE SUMMARY**
**October 1, 2015 through October 31, 2015**

In re Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

| Date | Amount | Narrative |
| --- | --- | --- |
| 10/5/2015 | 0.20 | NY DUPLICATING XEROX |
| 10/5/2015 | 0.20 | NY DUPLICATING XEROX |
| 10/5/2015 | 0.20 | NY DUPLICATING XEROX |
| 10/5/2015 | 0.20 | NY DUPLICATING XEROX |
| 10/5/2015 | 0.20 | NY DUPLICATING XEROX |
| 10/5/2015 | 0.20 | NY DUPLICATING XEROX |
| 10/5/2015 | 0.30 | NY DUPLICATING XEROX |
| 10/5/2015 | 0.30 | NY DUPLICATING XEROX |
| 10/5/2015 | 0.30 | NY DUPLICATING XEROX |
| 10/5/2015 | 0.30 | NY DUPLICATING XEROX |
| 10/5/2015 | 0.40 | NY DUPLICATING XEROX |
| 10/5/2015 | 0.40 | NY DUPLICATING XEROX |
| 10/5/2015 | 0.50 | NY DUPLICATING XEROX |
| 10/5/2015 | 0.50 | NY DUPLICATING XEROX |
| 10/5/2015 | 0.60 | NY DUPLICATING XEROX |
| 10/5/2015 | 0.60 | NY DUPLICATING XEROX |
| 10/5/2015 | 0.60 | NY DUPLICATING XEROX |
| 10/5/2015 | 0.60 | NY DUPLICATING XEROX |
| 10/5/2015 | 0.70 | NY DUPLICATING XEROX |
| 10/5/2015 | 0.70 | NY DUPLICATING XEROX |
| 10/5/2015 | 0.90 | NY DUPLICATING XEROX |
| 10/5/2015 | 1.10 | NY DUPLICATING XEROX |
| 10/5/2015 | 1.30 | NY DUPLICATING XEROX |
| 10/5/2015 | 1.40 | NY DUPLICATING XEROX |
| 10/5/2015 | 1.50 | NY DUPLICATING XEROX |
| 10/5/2015 | 1.70 | NY DUPLICATING XEROX |
| 10/5/2015 | 2.00 | NY DUPLICATING XEROX |
| 10/5/2015 | 2.80 | NY DUPLICATING XEROX |
| 10/5/2015 | 2.80 | NY DUPLICATING XEROX |
| 10/5/2015 | 3.20 | NY DUPLICATING XEROX |
| 10/5/2015 | 3.40 | NY DUPLICATING XEROX |
| 10/5/2015 | 4.10 | NY DUPLICATING XEROX |
| 10/6/2015 | 0.10 | NY DUPLICATING XEROX |
| 10/6/2015 | 0.10 | NY DUPLICATING XEROX |
| 10/6/2015 | 0.40 | NY DUPLICATING XEROX |
| 10/6/2015 | 0.80 | NY DUPLICATING XEROX |
| 10/6/2015 | 3.50 | NY DUPLICATING XEROX |
| 10/7/2015 | 3.60 | NY DUPLICATING XEROX |
| 10/7/2015 | 3.70 | NY DUPLICATING XEROX |
| 10/13/2015 | 2.40 | NY DUPLICATING XEROX |

**EXPENSE SUMMARY**
**October 1, 2015 through October 31, 2015**

In re Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

| Date | Amount | Narrative |
|------|--------|-----------|
| 10/13/2015 | 6.60 | NY DUPLICATING XEROX |
| 10/14/2015 | 0.40 | NY DUPLICATING XEROX |
| 10/14/2015 | 0.70 | NY DUPLICATING XEROX |
| 10/14/2015 | 1.00 | NY DUPLICATING XEROX |
| 10/14/2015 | 1.40 | NY DUPLICATING XEROX |
| 10/14/2015 | 2.00 | NY DUPLICATING XEROX |
| 10/14/2015 | 2.70 | NY DUPLICATING XEROX |
| 10/14/2015 | 2.80 | NY DUPLICATING XEROX |
| 10/14/2015 | 2.80 | NY DUPLICATING XEROX |
| 10/14/2015 | 2.80 | NY DUPLICATING XEROX |
| 10/14/2015 | 2.80 | NY DUPLICATING XEROX |
| 10/14/2015 | 3.50 | NY DUPLICATING XEROX |
| 10/14/2015 | 4.20 | NY DUPLICATING XEROX |
| 10/14/2015 | 4.20 | NY DUPLICATING XEROX |
| 10/14/2015 | 4.20 | NY DUPLICATING XEROX |
| 10/14/2015 | 4.90 | NY DUPLICATING XEROX |
| 10/14/2015 | 4.90 | NY DUPLICATING XEROX |
| 10/14/2015 | 4.90 | NY DUPLICATING XEROX |
| 10/14/2015 | 5.00 | NY DUPLICATING XEROX |
| 10/14/2015 | 5.00 | NY DUPLICATING XEROX |
| 10/14/2015 | 5.60 | NY DUPLICATING XEROX |
| 10/14/2015 | 6.30 | NY DUPLICATING XEROX |
| 10/14/2015 | 9.00 | NY DUPLICATING XEROX |
| 10/14/2015 | 9.00 | NY DUPLICATING XEROX |
| 10/14/2015 | 9.00 | NY DUPLICATING XEROX |
| 10/14/2015 | 10.00 | NY DUPLICATING XEROX |
| 10/14/2015 | 11.00 | NY DUPLICATING XEROX |
| 10/14/2015 | 11.00 | NY DUPLICATING XEROX |
| 10/14/2015 | 12.00 | NY DUPLICATING XEROX |
| 10/14/2015 | 13.00 | NY DUPLICATING XEROX |
| 10/14/2015 | 14.00 | NY DUPLICATING XEROX |
| 10/14/2015 | 15.00 | NY DUPLICATING XEROX |
| 10/14/2015 | 15.00 | NY DUPLICATING XEROX |
| 10/14/2015 | 16.00 | NY DUPLICATING XEROX |
| 10/14/2015 | 16.00 | NY DUPLICATING XEROX |
| 10/14/2015 | 17.00 | NY DUPLICATING XEROX |
| 10/14/2015 | 18.00 | NY DUPLICATING XEROX |
| 10/14/2015 | 20.00 | NY DUPLICATING XEROX |
| 10/14/2015 | 23.00 | NY DUPLICATING XEROX |
| 10/14/2015 | 26.00 | NY DUPLICATING XEROX |

EXPENSE SUMMARY
October 1, 2015 through October 31, 2015

In re Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

| Date | Amount | Narrative |
| --- | --- | --- |
| 10/14/2015 | 27.00 | NY DUPLICATING XEROX |
| 10/14/2015 | 28.00 | NY DUPLICATING XEROX |
| 10/14/2015 | 29.00 | NY DUPLICATING XEROX |
| 10/14/2015 | 30.00 | NY DUPLICATING XEROX |
| 10/14/2015 | 30.00 | NY DUPLICATING XEROX |
| 10/14/2015 | 46.00 | NY DUPLICATING XEROX |
| 10/15/2015 | 9.20 | NY DUPLICATING |
| 10/16/2015 | 3.70 | NY DUPLICATING XEROX |
| 10/19/2015 | 0.20 | NY DUPLICATING XEROX |
| 10/19/2015 | 0.30 | NY DUPLICATING XEROX |
| 10/19/2015 | 0.40 | NY DUPLICATING XEROX |
| 10/19/2015 | 0.40 | NY DUPLICATING XEROX |
| 10/19/2015 | 0.80 | NY DUPLICATING XEROX |
| 10/19/2015 | 1.00 | NY DUPLICATING XEROX |
| 10/19/2015 | 1.70 | NY DUPLICATING XEROX |
| 10/19/2015 | 1.80 | NY DUPLICATING XEROX |
| 10/19/2015 | 3.00 | NY DUPLICATING XEROX |
| 10/19/2015 | 4.40 | NY DUPLICATING XEROX |
| 10/19/2015 | 4.40 | NY DUPLICATING XEROX |
| 10/19/2015 | 12.60 | NY DUPLICATING XEROX |
| 10/19/2015 | 37.20 | NY DUPLICATING XEROX |
| 10/20/2015 | 0.20 | NY DUPLICATING |
| 10/20/2015 | 0.60 | NY DUPLICATING XEROX |
| 10/20/2015 | 0.60 | NY DUPLICATING XEROX |
| 10/20/2015 | 4.40 | NY DUPLICATING XEROX |
| 10/20/2015 | 15.20 | NY DUPLICATING XEROX |
| 10/22/2015 | 9.20 | NY DUPLICATING |
| 10/22/2015 | 0.20 | NY DUPLICATING XEROX |
| 10/22/2015 | 5.20 | NY DUPLICATING XEROX |
| 10/23/2015 | 34.80 | NY DUPLICATING |
| 10/23/2015 | 1.20 | NY DUPLICATING XEROX |
| 10/24/2015 | 81.50 | NY DUPLICATING XEROX |
| 10/26/2015 | 0.30 | NY DUPLICATING |
| 10/26/2015 | 0.20 | NY DUPLICATING XEROX |
| 10/26/2015 | 0.20 | NY DUPLICATING XEROX |
| 10/26/2015 | 0.40 | NY DUPLICATING XEROX |
| 10/26/2015 | 0.60 | NY DUPLICATING XEROX |
| 10/26/2015 | 0.60 | NY DUPLICATING XEROX |
| 10/26/2015 | 0.60 | NY DUPLICATING XEROX |
| 10/26/2015 | 0.60 | NY DUPLICATING XEROX |

**EXPENSE SUMMARY**
**October 1, 2015 through October 31, 2015**

In re Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

| Date | Amount | Narrative |
|------|--------|-----------|
| 10/26/2015 | 0.80 | NY DUPLICATING XEROX |
| 10/26/2015 | 0.80 | NY DUPLICATING XEROX |
| 10/26/2015 | 0.80 | NY DUPLICATING XEROX |
| 10/26/2015 | 0.80 | NY DUPLICATING XEROX |
| 10/26/2015 | 1.00 | NY DUPLICATING XEROX |
| 10/26/2015 | 1.00 | NY DUPLICATING XEROX |
| 10/26/2015 | 1.20 | NY DUPLICATING XEROX |
| 10/26/2015 | 1.20 | NY DUPLICATING XEROX |
| 10/26/2015 | 1.20 | NY DUPLICATING XEROX |
| 10/26/2015 | 1.40 | NY DUPLICATING XEROX |
| 10/26/2015 | 1.40 | NY DUPLICATING XEROX |
| 10/26/2015 | 1.40 | NY DUPLICATING XEROX |
| 10/26/2015 | 1.60 | NY DUPLICATING XEROX |
| 10/26/2015 | 1.80 | NY DUPLICATING XEROX |
| 10/27/2015 | 1.20 | NY DUPLICATING |
| 10/27/2015 | 2.80 | NY DUPLICATING |
| 10/27/2015 | 0.10 | NY DUPLICATING XEROX |
| 10/27/2015 | 0.10 | NY DUPLICATING XEROX |
| 10/27/2015 | 0.10 | NY DUPLICATING XEROX |
| 10/27/2015 | 0.10 | NY DUPLICATING XEROX |
| 10/27/2015 | 0.10 | NY DUPLICATING XEROX |
| 10/27/2015 | 0.10 | NY DUPLICATING XEROX |
| 10/27/2015 | 0.10 | NY DUPLICATING XEROX |
| 10/27/2015 | 0.10 | NY DUPLICATING XEROX |
| 10/27/2015 | 0.20 | NY DUPLICATING XEROX |
| 10/27/2015 | 0.20 | NY DUPLICATING XEROX |
| 10/27/2015 | 1.10 | NY DUPLICATING XEROX |
| 10/27/2015 | 1.30 | NY DUPLICATING XEROX |
| 10/27/2015 | 1.70 | NY DUPLICATING XEROX |
| 10/27/2015 | 1.90 | NY DUPLICATING XEROX |
| 10/27/2015 | 2.20 | NY DUPLICATING XEROX |
| 10/27/2015 | 2.30 | NY DUPLICATING XEROX |
| 10/27/2015 | 2.30 | NY DUPLICATING XEROX |
| 10/27/2015 | 2.40 | NY DUPLICATING XEROX |
| 10/27/2015 | 2.60 | NY DUPLICATING XEROX |
| 10/27/2015 | 3.40 | NY DUPLICATING XEROX |
| 10/27/2015 | 4.00 | NY DUPLICATING XEROX |
| 10/27/2015 | 6.60 | NY DUPLICATING XEROX |
| 10/27/2015 | 8.40 | NY DUPLICATING XEROX |
| 10/27/2015 | 23.90 | NY DUPLICATING XEROX |

**EXPENSE SUMMARY**
October 1, 2015 through October 31, 2015

*In re Nortel Networks Inc., et al.*
**(Case No. 09-10138 (KG))**

| Date | Amount | Narrative |
|------|--------|-----------|
| 10/28/2015 | 1.40 | NY DUPLICATING |
| 10/28/2015 | 2.00 | NY DUPLICATING |
| 10/28/2015 | 2.00 | NY DUPLICATING |
| 10/28/2015 | 2.00 | NY DUPLICATING |
| 10/28/2015 | 2.20 | NY DUPLICATING |
| 10/28/2015 | 0.10 | NY DUPLICATING XEROX |
| 10/28/2015 | 0.10 | NY DUPLICATING XEROX |
| 10/28/2015 | 0.10 | NY DUPLICATING XEROX |
| 10/28/2015 | 0.10 | NY DUPLICATING XEROX |
| 10/28/2015 | 0.10 | NY DUPLICATING XEROX |
| 10/28/2015 | 0.10 | NY DUPLICATING XEROX |
| 10/28/2015 | 0.10 | NY DUPLICATING XEROX |
| 10/28/2015 | 0.10 | NY DUPLICATING XEROX |
| 10/28/2015 | 0.10 | NY DUPLICATING XEROX |
| 10/28/2015 | 0.10 | NY DUPLICATING XEROX |
| 10/28/2015 | 0.10 | NY DUPLICATING XEROX |
| 10/28/2015 | 0.10 | NY DUPLICATING XEROX |
| 10/28/2015 | 0.10 | NY DUPLICATING XEROX |
| 10/28/2015 | 0.10 | NY DUPLICATING XEROX |
| 10/28/2015 | 0.10 | NY DUPLICATING XEROX |
| 10/28/2015 | 0.10 | NY DUPLICATING XEROX |
| 10/28/2015 | 0.10 | NY DUPLICATING XEROX |
| 10/28/2015 | 0.10 | NY DUPLICATING XEROX |
| 10/28/2015 | 0.10 | NY DUPLICATING XEROX |
| 10/28/2015 | 0.10 | NY DUPLICATING XEROX |
| 10/28/2015 | 0.10 | NY DUPLICATING XEROX |
| 10/28/2015 | 0.10 | NY DUPLICATING XEROX |
| 10/28/2015 | 0.10 | NY DUPLICATING XEROX |
| 10/28/2015 | 0.10 | NY DUPLICATING XEROX |
| 10/28/2015 | 0.10 | NY DUPLICATING XEROX |
| 10/28/2015 | 0.10 | NY DUPLICATING XEROX |
| 10/28/2015 | 0.10 | NY DUPLICATING XEROX |
| 10/28/2015 | 0.20 | NY DUPLICATING XEROX |
| 10/28/2015 | 0.20 | NY DUPLICATING XEROX |
| 10/28/2015 | 0.20 | NY DUPLICATING XEROX |
| 10/28/2015 | 0.20 | NY DUPLICATING XEROX |

**EXPENSE SUMMARY**
**October 1, 2015 through October 31, 2015**

In re Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

| Date | Amount | Narrative |
|------|--------|-----------|
| 10/28/2015 | 0.20 | NY DUPLICATING XEROX |
| 10/28/2015 | 0.20 | NY DUPLICATING XEROX |
| 10/28/2015 | 0.20 | NY DUPLICATING XEROX |
| 10/28/2015 | 0.30 | NY DUPLICATING XEROX |
| 10/28/2015 | 0.30 | NY DUPLICATING XEROX |
| 10/28/2015 | 0.30 | NY DUPLICATING XEROX |
| 10/28/2015 | 0.30 | NY DUPLICATING XEROX |
| 10/28/2015 | 0.30 | NY DUPLICATING XEROX |
| 10/28/2015 | 0.30 | NY DUPLICATING XEROX |
| 10/28/2015 | 0.40 | NY DUPLICATING XEROX |
| 10/28/2015 | 0.40 | NY DUPLICATING XEROX |
| 10/28/2015 | 0.60 | NY DUPLICATING XEROX |
| 10/28/2015 | 1.00 | NY DUPLICATING XEROX |
| 10/28/2015 | 1.20 | NY DUPLICATING XEROX |
| 10/28/2015 | 1.20 | NY DUPLICATING XEROX |
| 10/28/2015 | 1.60 | NY DUPLICATING XEROX |
| 10/28/2015 | 1.60 | NY DUPLICATING XEROX |
| 10/28/2015 | 1.70 | NY DUPLICATING XEROX |
| 10/28/2015 | 2.50 | NY DUPLICATING XEROX |
| 10/28/2015 | 2.80 | NY DUPLICATING XEROX |
| 10/28/2015 | 6.60 | NY DUPLICATING XEROX |
| 10/29/2015 | 0.10 | NY DUPLICATING XEROX |
| 10/29/2015 | 0.10 | NY DUPLICATING XEROX |
| 10/29/2015 | 0.10 | NY DUPLICATING XEROX |
| 10/29/2015 | 0.10 | NY DUPLICATING XEROX |
| 10/29/2015 | 0.10 | NY DUPLICATING XEROX |
| 10/29/2015 | 0.10 | NY DUPLICATING XEROX |
| 10/29/2015 | 0.10 | NY DUPLICATING XEROX |
| 10/29/2015 | 0.10 | NY DUPLICATING XEROX |
| 10/29/2015 | 0.10 | NY DUPLICATING XEROX |
| 10/29/2015 | 0.10 | NY DUPLICATING XEROX |
| 10/30/2015 | 0.10 | NY DUPLICATING XEROX |
| 10/30/2015 | 0.10 | NY DUPLICATING XEROX |
| 10/30/2015 | 0.10 | NY DUPLICATING XEROX |
| 10/30/2015 | 0.10 | NY DUPLICATING XEROX |
| 10/30/2015 | 0.10 | NY DUPLICATING XEROX |
| 10/30/2015 | 0.10 | NY DUPLICATING XEROX |
| 10/30/2015 | 0.10 | NY DUPLICATING XEROX |
| 10/30/2015 | 0.20 | NY DUPLICATING XEROX |
| 10/30/2015 | 0.20 | NY DUPLICATING XEROX |

| Date | Amount | Narrative |
|------|--------|-----------|
| 10/30/2015 | 0.20 | NY DUPLICATING XEROX |
| 10/30/2015 | 0.20 | NY DUPLICATING XEROX |
| 10/30/2015 | 0.30 | NY DUPLICATING XEROX |
| 10/30/2015 | 0.40 | NY DUPLICATING XEROX |
| 10/30/2015 | 0.40 | NY DUPLICATING XEROX |
| 10/30/2015 | 0.60 | NY DUPLICATING XEROX |
| 10/30/2015 | 0.60 | NY DUPLICATING XEROX |
| 10/30/2015 | 0.70 | NY DUPLICATING XEROX |
| 10/30/2015 | 0.80 | NY DUPLICATING XEROX |
| 10/30/2015 | 0.80 | NY DUPLICATING XEROX |
| 10/30/2015 | 0.90 | NY DUPLICATING XEROX |
| 10/30/2015 | 0.90 | NY DUPLICATING XEROX |
| 10/30/2015 | 0.90 | NY DUPLICATING XEROX |
| 10/30/2015 | 0.90 | NY DUPLICATING XEROX |
| 10/30/2015 | 0.90 | NY DUPLICATING XEROX |
| 10/30/2015 | 0.90 | NY DUPLICATING XEROX |
| 10/30/2015 | 0.90 | NY DUPLICATING XEROX |
| 10/30/2015 | 0.90 | NY DUPLICATING XEROX |
| 10/30/2015 | 0.90 | NY DUPLICATING XEROX |
| 10/30/2015 | 0.90 | NY DUPLICATING XEROX |
| 10/30/2015 | 1.10 | NY DUPLICATING XEROX |
| 10/30/2015 | 1.10 | NY DUPLICATING XEROX |
| 10/30/2015 | 1.10 | NY DUPLICATING XEROX |
| 10/30/2015 | 1.20 | NY DUPLICATING XEROX |
| 10/30/2015 | 1.30 | NY DUPLICATING XEROX |
| 10/30/2015 | 1.40 | NY DUPLICATING XEROX |
| 10/30/2015 | 1.60 | NY DUPLICATING XEROX |
| 10/30/2015 | 1.70 | NY DUPLICATING XEROX |
| 10/30/2015 | 1.70 | NY DUPLICATING XEROX |
| 10/30/2015 | 1.80 | NY DUPLICATING XEROX |
| 10/30/2015 | 1.90 | NY DUPLICATING XEROX |
| 10/30/2015 | 1.90 | NY DUPLICATING XEROX |
| 10/30/2015 | 2.80 | NY DUPLICATING XEROX |
| 10/30/2015 | 3.60 | NY DUPLICATING XEROX |
| 10/30/2015 | 4.30 | NY DUPLICATING XEROX |
| 10/30/2015 | 5.40 | NY DUPLICATING XEROX |
| 10/30/2015 | 23.40 | NY DUPLICATING XEROX |
| **TOTAL:** | **1,117.80** | |
| | | |
| **Color Duplicating/Printing Charges (@ $0.65/page)** | | |

**EXPENSE SUMMARY**
**October 1, 2015 through October 31, 2015**

**In re Nortel Networks Inc., et al.**
**(Case No. 09-10138 (KG))**

| Date | Amount | Narrative |
|------|--------|-----------|
| | | |
| 10/5/2015 | 0.65 | NY COLOR PRINTING |
| 10/5/2015 | 0.65 | NY COLOR PRINTING |
| 10/5/2015 | 0.65 | NY COLOR PRINTING |
| 10/5/2015 | 0.65 | NY COLOR PRINTING |
| 10/5/2015 | 0.65 | NY COLOR PRINTING |
| 10/5/2015 | 0.65 | NY COLOR PRINTING |
| 10/5/2015 | 1.30 | NY COLOR PRINTING |
| 10/5/2015 | 2.60 | NY COLOR PRINTING |
| 10/5/2015 | 3.90 | NY COLOR PRINTING |
| 10/5/2015 | 24.70 | NY COLOR PRINTING |
| 10/27/2015 | 5.20 | NY COLOR PRINTING |
| 10/27/2015 | 9.75 | NY COLOR PRINTING |
| **TOTAL:** | **51.35** | |
| | | |
| **Legal Research - Lexis** | | |
| | | |
| 8/1/2015 | 0.75 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 8/1/2015 | 0.76 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 8/1/2015 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 8/2/2015 | 0.75 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 8/2/2015 | 0.75 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 8/2/2015 | 0.76 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 8/3/2015 | 0.76 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 8/3/2015 | 0.76 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 8/3/2015 | 0.76 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 8/4/2015 | 0.74 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 8/4/2015 | 0.75 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 8/4/2015 | 0.76 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 8/5/2015 | 0.75 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 8/5/2015 | 0.75 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 8/5/2015 | 0.76 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 8/6/2015 | 0.76 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 8/6/2015 | 0.76 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 8/6/2015 | 0.76 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 8/7/2015 | 0.76 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 8/7/2015 | 0.76 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 8/7/2015 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 8/8/2015 | 0.76 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 8/8/2015 | 0.76 | COMPUTER RESEARCH - LEXIS PUBLISHER |

| Date | Amount | Narrative |
|------|--------|-----------|
| 8/8/2015 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 8/9/2015 | 0.76 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 8/9/2015 | 0.76 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 8/9/2015 | 0.76 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 8/10/2015 | 0.75 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 8/10/2015 | 0.75 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 8/10/2015 | 0.76 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 8/11/2015 | 0.76 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 8/11/2015 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 8/11/2015 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 8/12/2015 | 0.75 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 8/12/2015 | 0.76 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 8/12/2015 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 8/13/2015 | 0.76 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 8/13/2015 | 0.76 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 8/13/2015 | 0.78 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 8/14/2015 | 0.76 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 8/14/2015 | 0.76 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 8/14/2015 | 0.76 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 8/15/2015 | 0.76 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 8/15/2015 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 8/15/2015 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 8/16/2015 | 0.76 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 8/16/2015 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 8/16/2015 | 0.78 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 8/17/2015 | 0.76 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 8/17/2015 | 0.76 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 8/17/2015 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 8/18/2015 | 0.75 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 8/18/2015 | 0.75 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 8/18/2015 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 8/19/2015 | 0.75 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 8/19/2015 | 0.75 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 8/19/2015 | 0.76 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 8/20/2015 | 0.76 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 8/20/2015 | 0.76 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 8/20/2015 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 8/21/2015 | 0.76 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 8/21/2015 | 0.76 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 8/21/2015 | 0.76 | COMPUTER RESEARCH - LEXIS PUBLISHER |

**EXPENSE SUMMARY**
**October 1, 2015 through October 31, 2015**

In re Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

| Date | Amount | Narrative |
|------|--------|-----------|
| 8/22/2015 | 0.76 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 8/22/2015 | 0.76 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 8/22/2015 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 8/23/2015 | 0.76 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 8/23/2015 | 0.76 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 8/23/2015 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 8/24/2015 | 0.75 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 8/24/2015 | 0.76 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 8/24/2015 | 0.76 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 8/25/2015 | 0.76 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 8/25/2015 | 0.76 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 8/25/2015 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 8/26/2015 | 0.75 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 8/26/2015 | 0.76 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 8/26/2015 | 0.76 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 8/27/2015 | 0.75 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 8/27/2015 | 0.75 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 8/27/2015 | 0.76 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 8/28/2015 | 0.74 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 8/28/2015 | 0.75 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 8/28/2015 | 0.76 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 8/29/2015 | 0.76 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 8/29/2015 | 0.76 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 8/29/2015 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 8/30/2015 | 0.75 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 8/30/2015 | 0.76 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 8/30/2015 | 0.76 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 8/31/2015 | 0.75 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 8/31/2015 | 0.76 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 8/31/2015 | 0.76 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 9/14/2015 | 16.33 | COMPUTER RESEARCH - LEXIS |
| 9/14/2015 | 112.14 | COMPUTER RESEARCH - LEXIS |
| 9/26/2015 | 16.33 | COMPUTER RESEARCH - LEXIS |
| 9/26/2015 | 16.88 | COMPUTER RESEARCH - LEXIS |
| 9/26/2015 | 156.78 | COMPUTER RESEARCH - LEXIS |
| **TOTAL:** | **389.10** | |
| | | |
| **Legal Research - Westlaw** | | |
| | | |
| 9/28/2015 | 11.97 | COMPUTER RESEARCH - WESTLAW |

| Date | Amount | Narrative |
|------|--------|-----------|
| 9/29/2015 | 43.11 | COMPUTER RESEARCH - WESTLAW |
| 9/25/2015 | 64.45 | COMPUTER RESEARCH - WESTLAW |
| 9/22/2015 | 86.23 | COMPUTER RESEARCH - WESTLAW |
| 9/22/2015 | 86.23 | COMPUTER RESEARCH - WESTLAW |
| 9/29/2015 | 86.23 | COMPUTER RESEARCH - WESTLAW |
| 9/30/2015 | 86.23 | COMPUTER RESEARCH - WESTLAW |
| 9/27/2015 | 129.34 | COMPUTER RESEARCH - WESTLAW |
| 9/28/2015 | 129.34 | COMPUTER RESEARCH - WESTLAW |
| 9/24/2015 | 215.57 | COMPUTER RESEARCH - WESTLAW |
| 9/24/2015 | 258.69 | COMPUTER RESEARCH - WESTLAW |
| 9/14/2015 | 310.95 | COMPUTER RESEARCH - WESTLAW |
| 9/15/2015 | 430.71 | COMPUTER RESEARCH - WESTLAW |
| 9/25/2015 | 517.37 | COMPUTER RESEARCH - WESTLAW |
| 9/23/2015 | 646.72 | COMPUTER RESEARCH - WESTLAW |
| 9/22/2015 | 1,040.63 | COMPUTER RESEARCH - WESTLAW |
| 9/26/2015 | 60.10 | COMPUTER RESEARCH - WESTLAW |
| 9/25/2015 | 128.91 | COMPUTER RESEARCH - WESTLAW |
| **TOTAL:** | **4,332.78** | |
| | | |
| **Legal Research - PACER** | | |
| | | |
| 10/22/2015 | 0.10 | COMPUTER RESEARCH - PACER |
| 10/22/2015 | 0.50 | COMPUTER RESEARCH - PACER |
| 10/22/2015 | 0.80 | COMPUTER RESEARCH - PACER |
| 10/22/2015 | 1.10 | COMPUTER RESEARCH - PACER |
| 10/22/2015 | 2.90 | COMPUTER RESEARCH - PACER |
| 10/22/2015 | 4.20 | COMPUTER RESEARCH - PACER |
| 10/22/2015 | 5.80 | COMPUTER RESEARCH - PACER |
| 10/22/2015 | 26.60 | COMPUTER RESEARCH - PACER |
| 10/22/2015 | 30.50 | COMPUTER RESEARCH - PACER |
| 10/22/2015 | 108.20 | COMPUTER RESEARCH - PACER |
| 10/22/2015 | 123.20 | COMPUTER RESEARCH - PACER |
| 10/22/2015 | 181.30 | COMPUTER RESEARCH - PACER |
| 10/22/2015 | 225.80 | COMPUTER RESEARCH - PACER |
| 10/22/2015 | 816.40 | COMPUTER RESEARCH - PACER |
| 10/22/2015 | 1,497.20 | COMPUTER RESEARCH - PACER |
| **TOTAL:** | **3,024.60** | |
| | | |
| **Late Work - Meals** | | |
| | | |

**EXPENSE SUMMARY**
October 1, 2015 through October 31, 2015

In re Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

| Date | Amount | Narrative |
|------|--------|-----------|
| 8/17/2015 | 17.57 | Late Work Meals - Murtagh |
| 8/18/2015 | 22.65 | Late Work Meals - Gianis |
| 8/18/2015 | 7.02 | Late Work Meals - Gurgel |
| 8/18/2015 | 21.55 | Late Work Meals - Murtagh |
| 8/18/2015 | 12.69 | Late Work Meals - Sheridan |
| 8/19/2015 | 11.54 | Late Work Meals - Graham |
| 8/20/2015 | 16.16 | Late Work Meals - Bromley |
| 8/20/2015 | 25.45 | Late Work Meals - Cantwell |
| 8/20/2015 | 16.77 | Late Work Meals - Gurgel |
| 8/20/2015 | 15.93 | Late Work Meals - Hailey |
| 8/24/2015 | 42.38 | Late Work Meals - Cantwell |
| 8/24/2015 | 15.94 | Late Work Meals - Gianis |
| 8/24/2015 | 13.72 | Late Work Meals - Gurgel |
| 8/25/2015 | 16.77 | Late Work Meals - Gurgel |
| 8/25/2015 | 16.08 | Late Work Meals - Murtagh |
| 8/25/2015 | 9.76 | Late Work Meals - O'Keefe |
| 8/25/2015 | 20.28 | Late Work Meals - Setren |
| 8/26/2015 | 32.02 | Late Work Meals - Cantwell |
| 8/26/2015 | 13.72 | Late Work Meals - Stein |
| 8/31/2015 | 24.92 | Late Work Meals - Cantwell |
| 8/31/2015 | 23.58 | Late Work Meals - Murtagh |
| 8/31/2015 | 18.53 | Late Work Meals - Stein |
| 9/1/2015 | 26.49 | Late Work Meals - Gianis |
| 9/2/2015 | 18.64 | Late Work Meals - Cusack |
| 9/2/2015 | 18.44 | Late Work Meals - Gianis |
| 9/2/2015 | 18.30 | Late Work Meals - Stein |
| 9/3/2015 | 30.84 | Late Work Meals - Cantwell |
| 9/3/2015 | 17.15 | Late Work Meals - Gurgel |
| 9/3/2015 | 14.10 | Late Work Meals - Lobacheva |
| 9/3/2015 | 21.34 | Late Work Meals - McKay |
| 9/4/2015 | 20.26 | Late Work Meals - Stein |
| 9/8/2015 | 21.83 | Late Work Meals - Gianis |
| 9/9/2015 | 14.71 | Late Work Meals - Bromley |
| 9/9/2015 | 17.53 | Late Work Meals - Gianis |
| 9/9/2015 | 16.31 | Late Work Meals - Stein |
| 9/10/2015 | 18.53 | Late Work Meals - Cusack |
| 9/10/2015 | 12.54 | Late Work Meals - Graham |
| 9/14/2015 | 33.60 | Late Work Meals - Cantwell |
| 9/14/2015 | 23.11 | Late Work Meals - Cusack |
| 9/14/2015 | 18.33 | Late Work Meals - Gianis |

**EXPENSE SUMMARY**
October 1, 2015 through October 31, 2015

In re Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

| Date | Amount | Narrative |
|------|--------|-----------|
| 9/15/2015 | 8.76 | Late Work Meals - Gianis |
| 9/15/2015 | 16.81 | Late Work Meals - Stein |
| 9/16/2015 | 11.44 | Late Work Meals - Bromley |
| 9/16/2015 | 27.02 | Late Work Meals - Cantwell |
| 9/16/2015 | 15.41 | Late Work Meals - Gianis |
| 9/16/2015 | 15.32 | Late Work Meals - Graham |
| 9/16/2015 | 8.34 | Late Work Meals - Stein |
| 9/21/2015 | 28.04 | Late Work Meals - Gianis |
| 9/22/2015 | 12.26 | Late Work Meals - Cusack |
| 9/23/2015 | 17.56 | Late Work Meals - Gianis |
| 9/23/2015 | 30.05 | Late Work Meals - Gianis (meal on 9/22/15) |
| 9/24/2015 | 19.89 | Late Work Meals - Gianis |
| 9/24/2015 | 21.53 | Late Work Meals - Setren |
| 9/24/2015 | 23.58 | Late Work Meals - Stein |
| 9/25/2015 | 27.00 | Late Work Meals - Sheridan |
| 9/26/2015 | 45.29 | Late Work Meals - Rosenthal |
| 9/27/2015 | 17.22 | Late Work Meals - Gianis |
| 9/28/2015 | 7.86 | Late Work Meals - Bromley |
| 9/28/2015 | 26.08 | Late Work Meals - Gianis |
| 9/28/2015 | 19.60 | Late Work Meals - Schweitzer |
| 9/29/2015 | 15.16 | Late Work Meals - Gianis |
| 9/29/2015 | 13.42 | Late Work Meals - Graham |
| 9/30/2015 | 26.86 | Late Work Meals - Cantwell |
| 9/30/2015 | 24.10 | Late Work Meals - Stein |
| 10/1/2015 | 9.63 | Late Work Meals - Gianis |
| 10/1/2015 | 15.35 | Late Work Meals - Graham |
| 10/1/2015 | 15.31 | Late Work Meals - Ruiz |
| 10/1/2015 | 18.71 | Late Work Meals - Stein |
| 10/3/2015 | 14.38 | Late Work Meals - Stein |
| 10/4/2015 | 20.60 | Late Work Meals - Stein |
| 10/5/2015 | 26.23 | Late Work Meals - Cantwell |
| 10/18/2015 | 17.47 | Late Work Meals - Hakkenberg |
| **TOTAL:** | **1,393.36** | |
| | | |
| **Late Work - Transportation** | | |
| | | |
| 8/31/2015 | 96.94 | Late Work Transportation - Murtagh |
| 9/1/2015 | 32.86 | Late Work Transportation - Cantwell |
| 9/1/2015 | 18.71 | Late Work Transportation - Gianis |
| 9/2/2015 | 23.79 | Late Work Transportation - Stein |

| Date | Amount | Narrative |
|------|--------|-----------|
| 9/4/2015 | 32.86 | Late Work Transportation - Cantwell |
| 9/4/2015 | 48.72 | Late Work Transportation - Lobacheva |
| 9/4/2015 | 16.04 | Late Work Transportation - Stein |
| 9/7/2015 | 46.77 | Late Work Transportation - Gurgel |
| 9/10/2015 | 37.96 | Late Work Transportation - Stein |
| 9/14/2015 | 40.31 | Late Work Transportation - Gianis |
| 9/16/2015 | 40.31 | Late Work Transportation - Gianis |
| 9/21/2015 | 36.75 | Late Work Transportation - Cantwell |
| 9/22/2015 | 7.68 | Late Work Transportation - Cusack |
| 9/22/2015 | 28.62 | Late Work Transportation - Gianis |
| 9/22/2015 | 25.45 | Late Work Transportation - Sheridan |
| 9/23/2015 | 8.28 | Late Work Transportation - Cusack |
| 9/23/2015 | 37.19 | Late Work Transportation - Gianis |
| 9/24/2015 | 26.01 | Late Work Transportation - Gianis |
| 9/24/2015 | 56.52 | Late Work Transportation - Lobacheva |
| 9/24/2015 | 25.45 | Late Work Transportation - Sheridan |
| 9/25/2015 | 139.52 | Late Work Transportation - Bromley |
| 9/25/2015 | 37.09 | Late Work Transportation - Rosenthal |
| 9/25/2015 | 28.62 | Late Work Transportation - Setren |
| 9/25/2015 | 25.45 | Late Work Transportation - Sheridan |
| 9/26/2015 | 14.15 | Late Work Transportation - Gianis |
| 9/26/2015 | 33.24 | Late Work Transportation - Sheridan |
| 9/28/2015 | 40.31 | Late Work Transportation - Gianis |
| 9/28/2015 | 94.33 | Late Work Transportation - Schweitzer |
| 9/29/2015 | 22.99 | Late Work Transportation - Graham |
| 9/30/2015 | 44.21 | Late Work Transportation - Gianis |
| 9/30/2015 | 14.54 | Late Work Transportation - Stein |
| 10/1/2015 | 122.46 | Late Work Transportation - Gianis |
| 10/1/2015 | 42.77 | Late Work Transportation - Graham |
| 10/3/2015 | 27.88 | Late Work Transportation - Stein |
| 10/6/2015 | 79.91 | Late Work Transportation - Lobacheva |
| 10/7/2015 | 35.36 | Late Work Transportation - Schweitzer |
| 10/8/2015 | 58.36 | Late Work Transportation - Hakkenberg |
| **TOTAL:** | **1,548.41** | |
| | | |
| **Conference Meals** | | |
| | | |
| 10/7/2015 | 140.00 | Conference Meals (3 attendees) |
| **TOTAL:** | **140.00** | |
| | | |

**EXPENSE SUMMARY**                                                                         *In re Nortel Networks Inc., et al.*
**October 1, 2015 through October 31, 2015**                                                **(Case No. 09-10138 (KG))**

| Date | Amount | Narrative |
|---|---|---|
| **Other** | | |
| | | |
| 8/5/2015 | 60.00 | Court Document Retrieval |
| 10/19/2015 | 11.98 | Computer Research - Vendor: CourtAlert.Com, Inc. |
| **TOTAL:** | **71.98** | |
| | | |
| **Expert Expenses** | | |
| | | |
| 11/5/2015 | 40,142.50 | Expert Expense (Details to be provided under seal to the Court, the Office of the US Trustee, and the Fee Examiner pursuant to the Order Modifying the Application of Local Rules 2014-1(C) and 2016-2(F) [D.I. 9584] and the Order Appointing Fee Examiner and Establishing Related Procedures for Compensation and Reimbursement of Expenses for Professionals and Consideration of Fee Applications [D.I. 11082].) |
| **TOTAL:** | **40,142.50** | |
| | | |
| | | |
| **GRAND TOTAL:** | **52,810.52** | |
| | | |
| [1] Consistent with Cleary Gottlieb's normal procedure in the present case, Cleary Gottlieb is seeking reimbursement for only the value of standard class train and airplane fares. | | |