# EXHIBIT A

**Nortel Networks, Inc, et al.**
**(Case No. 09-10138 (KG))**

**CHILMARK PARTNERS, LLC**
**October 1, 2015 - October 31, 2015**

### Summary of Services Rendered by Project

| Project Code | Nature of Services | October 2015 Hours |
|:---:|:---|---:|
| 1 | Asset Analysis and Recovery | 10.0 |
| 2 | Business Operations / General Corporate / Real Estate | - |
| 3 | Projections/Business Plan/Corporate wind-down | - |
| 4 | Analysis of Historical Results | - |
| 5 | Meetings with Debtor's Counsel | - |
| 6 | Committee Matters and Creditor Meetings | 4.0 |
| 7 | Claims Administration and Analysis | 16.0 |
| 8 | Intercompany Transactions/Balances | - |
| 9 | Intellectual Property | - |
| 10 | Employee Benefits / Pension | - |
| 11 | Fee Applications Preparation | - |
| 12 | Tax Issues | - |
| 13 | Hearings | - |
| 14 | Litigation / Adversary Proceedings | 171.0 |
| 15 | Travel | 16.0 |
| 16 | Plan of Reorganization / Disclosure Statement | - |
| | **TOTAL** | **217.0** |

### Summary of Services Rendered by Professional

| Name | October 2015 Hours |
|:---|---:|
| Michael Kennedy, Member | 201.0 |
| Aaron Taylor, Member | - |
| Matthew Rosenberg, Managing Director | 16.0 |
| Paul Huettner, Analyst | - |
| Jamie Ellis, Analyst | - |
| James Elish, Analyst | - |
| **TOTAL** | **217.0** |

**Nortel Networks, Inc**
October 1, 2015 - October 31, 2015 Time Detail
Chilmark Partners, LLC
<u>Michael Kennedy</u>

| Date | Description of Work | October 2015 Hours | Code |
|------|---------------------|-------------------|------|
| 10/1/2015 | Call with creditor representative re: claims | 4.0 | 7 |
| 10/1/2015 | Calls & communications with management re: case admin | 3.0 | 1 |
| 10/1/2015 | Calls, drafting and review re: Litigation matters and mediation materia | 2.0 | 14 |
| 10/2/2015 | Calls, drafting and review re: Litigation matters and mediation materia | 6.0 | 14 |
| 10/5/2015 | Calls, drafting and review re: Litigation matters and mediation materia | 3.0 | 14 |
| 10/5/2015 | Call with Canadian counsel re: draft litigation materia | 3.0 | 14 |
| 10/6/2015 | Travel to NY | 4.0 | 15 |
| 10/6/2015 | Calls, communication and review with Canadian counsel re: draft litigation materia | 5.0 | 14 |
| 10/7/2015 | Meeting with creditor representatives | 4.0 | 6 |
| 10/7/2015 | Meeting  w/ Cleary re: allocation litigation | 3.0 | 14 |
| 10/8/2015 | Travel to Chicago | 4.0 | 15 |
| 10/8/2015 | Review Monitor cash forecast | 2.0 | 1 |
| 10/8/2015 | Calls, analysis and review re: Litigation matters and strategy | 5.0 | 14 |
| 10/9/2015 | Review cash flash report | 1.0 | 1 |
| 10/9/2015 | Calls, communication and review with Canadian counsel re: draft litigation materia | 3.0 | 14 |
| 10/10/2015 | Calls, drafting and review re: Litigation matters and mediation materia | 4.0 | 14 |
| 10/12/2015 | Calls, drafting and review re: Litigation matters and mediation materia | 7.0 | 14 |
| 10/13/2015 | Call with creditor representative re: claims | 1.0 | 7 |
| 10/13/2015 | Review and communications regarding court material re: appeal of PP | 2.0 | 14 |
| 10/13/2015 | Calls, drafting and review re: Litigation matters and mediation materia | 7.0 | 14 |
| 10/14/2015 | Call with creditor representative re: claims | 1.0 | 7 |
| 10/14/2015 | Calls, drafting and review re: Litigation matters and mediation materia | 6.0 | 14 |
| 10/14/2015 | Call with E&Y re: analysis and assumptions | 2.0 | 14 |
| 10/15/2015 | Calls, drafting and review re: Litigation matters and mediation materia | 6.0 | 14 |
| 10/15/2015 | Call with Monitor re: discuss information exchange data | 1.0 | 14 |
| 10/16/2015 | Calls, drafting and review re: Litigation matters and mediation materia | 4.0 | 14 |
| 10/16/2015 | Review Monitor cash forecast | 2.0 | 1 |
| 10/19/2015 | Calls, analysis and review re: Litigation matters and strategy | 7.0 | 14 |
| 10/20/2015 | Calls, analysis and review re: Litigation matters and strategy | 6.0 | 14 |
| 10/21/2015 | Call with creditor representative re: analysis and assumption | 4.0 | 7 |
| 10/21/2015 | Calls, analysis and review re: Litigation matters and strategy | 3.0 | 14 |
| 10/22/2015 | Calls, analysis and review re: Litigation matters and strategy | 6.0 | 14 |
| 10/23/2015 | Prepare and review analysis re: allocation litigation | 3.0 | 14 |
| 10/23/2015 | Review draft claims process material | 2.0 | 1 |
| 10/23/2015 | Communications w/ Cleary and review material re: UK Pension claims | 4.0 | 14 |
| 10/23/2015 | Call with creditor representative re: analysis and assumption | 3.0 | 7 |
| 10/24/2015 | Calls, analysis and review re: Litigation matters and strategy | 2.0 | 14 |
| 10/25/2015 | Calls, analysis and review re: Litigation matters and strategy | 3.0 | 14 |
| 10/26/2015 | Call with US professionals re: allocation litigation strategy | 3.0 | 14 |
| 10/26/2015 | Prepare and review analysis re: allocation litigation | 5.0 | 14 |
| 10/26/2015 | Travel to NY | 4.0 | 15 |
| 10/27/2015 | Attend Mediation session, follow-up with US counsel & review of mediation material analysis for discussion | 14.0 | 14 |
| 10/28/2015 | Attend Mediation session, follow-up with US counsel & review of mediation material analysis for discussion | 14.0 | 14 |
| 10/29/2015 | Follow-up with US counsel, creditor representatives & review of mediation material analysis for discussion | 12.0 | 14 |
| 10/30/2015 | Calls, analysis and review re: Litigation matters and strategy | 4.0 | 14 |
| 10/30/2015 | Call with creditor representative re: analysis and assumption | 3.0 | 7 |
| 10/30/2015 | Travel to Chicago | 4.0 | 15 |
| **October 2015 Total** | | **201.0** | |

**Nortel Networks, Inc**
October 1, 2015 - October 31, 2015 Time Detail
Chilmark Partners, LLC
<u>Matthew Rosenberg</u>

| Date | Description of Work | October 2015 Hours | Code |
|------|---------------------|--------------------|------|
| 10/5/2015 | Calls, analysis and review re: Litigation matters and strategy | 2.0 | 14 |
| 10/9/2015 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 10/13/2015 | Calls, analysis and review re: Litigation matters and strategy | 3.0 | 14 |
| 10/15/2015 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 10/19/2015 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 10/22/2015 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 10/27/2015 | Calls, analysis and review re: Litigation matters and strategy | 3.0 | 14 |
| 10/28/2015 | Calls, analysis and review re: Litigation matters and strategy | 2.0 | 14 |
| 10/29/2015 | Calls, analysis and review re: Litigation matters and strategy | 2.0 | 14 |
| | **October 2015 Total** | **16.0** | |