# EXHIBIT B

**EXPENSE DETAIL**

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

October 1, 2015 Through October 31, 2015

| Professional | Trip Date | Description | Amount |
|---|---|---|---|
| Mike Kennedy | 10/6/15-10/8/15 | Flight to New York, NY | $ 997.33 |
| Mike Kennedy | 10/6/15-10/8/15 | Hotel (two nights) | $ 1,000.00 |
| Mike Kennedy | 10/6/15-10/8/15 | Ground Transportation | $ 162.00 |
| Mike Kennedy | 10/6/15-10/8/15 | Breakfast | $ 15.00 |
| Mike Kennedy | 10/6/15-10/8/15 | Dinner | $ 50.00 |
| Mike Kennedy | 10/26/15-10/30/15 | Flight to New York, NY | $ 997.33 |
| Mike Kennedy | 10/26/15-10/30/15 | Hotel (four nights) | $ 2,000.00 |
| Mike Kennedy | 10/26/15-10/30/15 | Ground Transportation | $ 425.00 |
| Mike Kennedy | 10/26/15-10/30/15 | Breakfast | $ 15.00 |
| Mike Kennedy | 10/26/15-10/30/15 | Breakfast | $ 15.00 |
| Mike Kennedy | 10/26/15-10/30/15 | Breakfast | $ 15.00 |
| Mike Kennedy | 10/26/15-10/30/15 | Dinner | $ 43.93 |
| Mike Kennedy | 10/26/15-10/30/15 | Dinner | $ 50.00 |
| Mike Kennedy | 10/26/15-10/30/15 | Dinner | $ 25.00 |
| Chilmark | 10/31/2015 | Conference Calls | $ 47.66 |
| **Total Expenses** | | | **$ 5,858.25** |

Note:  All airfare is being charged at a coach class rate.