**Nortel Networks Inc., et al**

**Berkeley Research Group, LLC**

**Exhibit A: Time Detail**



For the Period 9/1/2015 through 9/30/2015

| Date | Professional | Hours | Description |
|---|---|---|---|
| **01. Asset Acquisition/Disposition** | | | |
| 9/2/2015 | J. Hyland | 2.3 | Reviewed Joint Administrator's Reply in Further Support of Motion to Enforce Stay relative to proceeds allocation. |
| 9/2/2015 | C. Kearns | 0.1 | Emailed with Committee re: proceeds allocation process. |
| 9/4/2015 | C. Kearns | 0.3 | Emailed with Counsel re: discussions with the administrator on proceeds allocation. |
| 9/9/2015 | C. Kearns | 0.2 | Emailed with Counsel re: status of mediation and related matters. |
| 9/11/2015 | J. Hyland | 2.9 | Analyzed proceeds allocation assumptions. |
| 9/11/2015 | J. Hyland | 2.0 | Continued analyzing proceeds allocation assumptions. |
| 9/11/2015 | J. Hyland | 0.1 | Conducted call with M. Kennedy (Chilmark) re: mediation. |
| 9/14/2015 | J. Hyland | 2.9 | Prepared proceeds allocation analysis framework. |
| 9/14/2015 | J. Hyland | 1.7 | Continued preparing proceeds allocation analysis framework. |
| 9/14/2015 | C. Kearns | 0.1 | Emailed with Counsel re: claims and cash used in proceeds allocation. |
| 9/15/2015 | J. Hyland | 2.8 | Analyzed proceeds used in allocation assumptions. |
| 9/15/2015 | J. Borow | 1.2 | Reviewed potential mediation issues. |
| 9/15/2015 | C. Kearns | 0.3 | Participated in call with Counsel re: upcoming mediation. |
| 9/16/2015 | J. Hyland | 2.7 | Analyzed assumptions used in proceeds allocation. |
| 9/16/2015 | C. Kearns | 0.5 | Outlined possible scenarios for Counsel re: treatment of GUCs in upcoming mediation. |
| 9/17/2015 | C. Kearns | 0.2 | Emailed with Counsel re: scenarios for upcoming mediation. |
| 9/21/2015 | J. Hyland | 2.8 | Analyzed follow-up calculations for proceeds allocation. |
| 9/24/2015 | C. Kearns | 0.4 | Reviewed outline of U.S. appeal of allocation decisions. |
| 9/24/2015 | J. Hyland | 0.1 | Conducted call with M. Kennedy (Chilmark) re: mediation. |

Berkeley Research Group, LLC

Invoice for the 9/1/2015 - 9/30/2015 Period

| Date | Professional | Hours | Description |
|---|---|---|---|
| **01. Asset Acquisition/Disposition** | | | |
| 9/26/2015 | J. Hyland | 2.3 | Reviewed Motion Record of the Monitor and Canadian Debtors -- October 2015. |
| 9/26/2015 | J. Hyland | 0.3 | Reviewed joint proposal from Morris Nichols for the proceeds allocation mediation. |
| 9/28/2015 | J. Hyland | 0.6 | Conducted call with M. Sandberg (FTI) re: proceeds allocation. |
| 9/30/2015 | C. Kearns | 0.3 | Emailed with Counsel re: protocol for information sharing between estates for proceeds allocation mediation. |
| **Task Code Total Hours** | | **27.1** | |
| **05. Professional Retention Fee Application Preparation** | | | |
| 9/10/2015 | J. Blum | 0.8 | Prepared August fee application. |
| 9/19/2015 | J. Hyland | 1.2 | Reviewed the August 2015 fee app. |
| 9/22/2015 | J. Blum | 2.1 | Prepared the August monthly fee application. |
| 9/23/2015 | J. Hyland | 1.0 | Reviewed the August 2015 fee application. |
| 9/28/2015 | J. Blum | 0.3 | Prepared August monthly fee application. |
| 9/29/2015 | J. Hyland | 0.7 | Reviewed August 2015 fee application. |
| **Task Code Total Hours** | | **6.1** | |
| **07. Interaction/Meetings with Debtors/Counsel** | | | |
| 9/24/2015 | J. Borow | 1.5 | Met with Debtors' advisors and Counsel to UCC re: mediation issues. |
| 9/24/2015 | J. Hyland | 1.5 | Participated in call with Cleary, J. Ray (Chilmark) and Counsel re: mediation. |
| 9/24/2015 | C. Kearns | 1.5 | Participated in call with Counsel, Cleary and Chilmark re: upcoming mediation. |
| **Task Code Total Hours** | | **4.5** | |
| **08. Interaction/Meetings with Creditors** | | | |
| 9/1/2015 | J. Borow | 0.8 | Discussed with party in interest re: status of matter. |
| 9/1/2015 | J. Borow | 0.7 | Discussed with party in interest re: status of matter. |
| 9/2/2015 | J. Hyland | 0.7 | Reviewed Counsel's proceeds allocation issue analysis for UCC. |
| 9/3/2015 | J. Borow | 0.6 | Met with UCC and professionals to UCC. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **08. Interaction/Meetings with Creditors** | | | |
| 9/3/2015 | A. Cowie | 0.6 | Participated in UCC call. |
| 9/3/2015 | J. Hyland | 0.6 | Participated in weekly UCC meeting with UCC members and professionals. |
| 9/10/2015 | J. Borow | 0.9 | Participated in meeting with UCC and professionals to UCC. |
| 9/10/2015 | J. Hyland | 0.9 | Participated in weekly UCC call with UCC members and professionals. |
| 9/16/2015 | J. Borow | 1.3 | Discussed with party in interest re: status of matter. |
| 9/17/2015 | J. Borow | 1.2 | Discussed with party in interest re: status of matter. |
| 9/17/2015 | A. Cowie | 0.8 | Prepared discussion material for weekly UCC call. |
| 9/17/2015 | J. Borow | 0.4 | Attended UCC meeting along with Counsel. |
| 9/17/2015 | C. Kearns | 0.4 | Participated in UCC call with members and other professionals. |
| 9/17/2015 | J. Hyland | 0.4 | Participated in weekly UCC call with UCC members and professionals. |
| 9/24/2015 | J. Borow | 0.7 | Met with UCC and professionals to UCC. |
| 9/24/2015 | C. Kearns | 0.7 | Participated in call with the Committee on upcoming mediation. |
| 9/24/2015 | J. Hyland | 0.7 | Participated in weekly UCC call with UCC members and professionals. |
| 9/24/2015 | A. Cowie | 0.6 | Prepared analysis for weekly UCC call. |
| 9/24/2015 | C. Kearns | 0.5 | Participated in post-call debrief with Counsel re: additional scenarios to analyze. |
| 9/24/2015 | C. Kearns | 0.3 | Participated in Committee call debrief with Counsel. |
| **Task Code Total Hours** | | **13.8** | |
| **10. Recovery/SubCon/Lien Analysis** | | | |
| 9/15/2015 | A. Cowie | 2.8 | Prepared creditor recovery models. |
| 9/15/2015 | J. Borow | 0.6 | Reviewed creditor recovery calculations. |
| 9/16/2015 | J. Borow | 1.8 | Reviewed claims and recovery concepts and scenarios. |
| 9/16/2015 | A. Cowie | 0.9 | Analyzed claim recoveries based upon allocation assumptions. |
| 9/17/2015 | J. Hyland | 2.9 | Analyzed proceeds allocation recovery calculations. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **10. Recovery/SubCon/Lien Analysis** | | | |
| 9/17/2015 | J. Hyland | 2.8 | Continued analyzing proceeds allocation recovery calculations. |
| 9/17/2015 | J. Hyland | 2.4 | Reviewed proceeds allocation recovery calculations and summary file. |
| 9/17/2015 | A. Cowie | 2.1 | Prepared creditor recovery scenarios. |
| 9/17/2015 | J. Hyland | 0.8 | Conducted call with B. Kahn (Counsel) re: proceeds allocation recovery assumptions. |
| 9/18/2015 | J. Hyland | 2.9 | Continued analyzing proceeds allocation recovery calculations. |
| 9/18/2015 | A. Cowie | 2.9 | Prepared creditor recovery report for UCC meeting. |
| 9/18/2015 | J. Hyland | 2.7 | Continued analyzing proceeds allocation recovery calculations. |
| 9/18/2015 | J. Hyland | 2.6 | Analyzed revised proceeds allocation recovery calculations. |
| 9/18/2015 | A. Cowie | 1.3 | Continued to prepare creditor recovery report for UCC meeting. |
| 9/18/2015 | J. Hyland | 0.7 | Conducted call with R. Jacobs (Cassels Brock) re: proceeds allocation recovery calculations. |
| 9/18/2015 | C. Kearns | 0.5 | Reviewed claim recovery scenarios requested by Counsel for upcoming mediation. |
| 9/19/2015 | J. Hyland | 2.8 | Analyzed creditor recoveries using allocation assumptions. |
| 9/20/2015 | A. Cowie | 2.9 | Prepared creditor recovery report for Counsel. |
| 9/20/2015 | J. Hyland | 2.8 | Analyzed an assumption for draft deck of creditor recoveries. |
| 9/20/2015 | J. Hyland | 2.6 | Reviewed draft deck for Counsel re: creditor recoveries. |
| 9/21/2015 | J. Hyland | 2.9 | Analyzed proceeds allocation and resulting recoveries for mediation discussions. |
| 9/21/2015 | A. Cowie | 2.9 | Attended meeting with Counsel in regard to recovery modeling and related issues. |
| 9/21/2015 | J. Hyland | 2.9 | Met with Counsel to discuss mediation for proceeds allocation. |
| 9/21/2015 | A. Cowie | 2.9 | Prepared creditor recovery scenarios. |
| 9/21/2015 | J. Hyland | 2.6 | Continued analyzing proceeds allocation and resulting recoveries for mediation discussions. |
| 9/21/2015 | A. Cowie | 2.5 | Continued to prepare creditor recovery scenarios. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **10. Recovery/SubCon/Lien Analysis** | | | |
| 9/21/2015 | C. Kearns | 2.5 | Participated in portion of meeting with the Counsel team to review potential recovery scenarios requested by Counsel in anticipation of upcoming mediation. |
| 9/21/2015 | J. Hyland | 0.4 | Continued meeting with Counsel to discuss claim recoveries during the mediation for proceeds allocation. |
| 9/21/2015 | A. Cowie | 0.4 | Continued to attend at meeting with counsel in regard to recovery modeling and related issues. |
| 9/22/2015 | J. Hyland | 2.9 | Reviewed claim recovery calculations based upon various assumptions. |
| 9/22/2015 | A. Cowie | 2.8 | Prepared recovery analysis for the UCC. |
| 9/22/2015 | A. Cowie | 1.8 | Continued to prepare recovery analysis for the UCC. |
| 9/22/2015 | J. Borow | 1.6 | Reviewed allocation and recovery concepts and analyses. |
| 9/22/2015 | C. Kearns | 0.3 | Conducted analysis of additional potential recovery scenarios requested by Counsel. |
| 9/24/2015 | A. Cowie | 1.8 | Analyzed creditor recovery scenarios. |
| 9/24/2015 | A. Cowie | 1.5 | Analyzed creditor recoveries based upon model assumptions. |
| 9/24/2015 | J. Borow | 0.9 | Met with Counsel to UCC re: mediation and recovery issues. |
| 9/24/2015 | C. Kearns | 0.4 | Reviewed additional recovery scenarios requested by Counsel. |
| 9/25/2015 | J. Hyland | 1.8 | Analyzed recoveries based upon certain assumptions. |
| 9/25/2015 | C. Kearns | 0.5 | Reviewed recovery scenarios requested by counsel. |
| 9/26/2015 | J. Hyland | 1.0 | Reviewed recovery analysis for Counsel. |
| 9/29/2015 | J. Hyland | 2.8 | Analyzed claim recovery calculations. |
| 9/30/2015 | A. Cowie | 2.8 | Updated recovery analysis modeling. |
| 9/30/2015 | A. Cowie | 2.2 | Continued to update recovery analysis modeling. |
| 9/30/2015 | J. Borow | 1.4 | Reviewed various recovery scenarios. |
| **Task Code Total Hours** | | **88.3** | |
| **11. Claim Analysis/Accounting** | | | |
| 9/4/2015 | J. Hyland | 2.8 | Analyzed U.S. estate claims. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **11. Claim Analysis/Accounting** | | | |
| 9/8/2015 | C. Kearns | 0.2 | Emailed with Counsel re: EMEA claims process. |
| 9/23/2015 | C. Kearns | 0.2 | Emailed with Counsel re: monitor motion on employee claims. |
| 9/24/2015 | J. Hyland | 2.3 | Analyzed Canadian claims re: revised claims. |
| 9/25/2015 | J. Hyland | 2.6 | Analyzed U.S. claims information. |
| 9/25/2015 | J. Hyland | 2.4 | Analyzed claims data from each estate. |
| 9/25/2015 | J. Borow | 1.3 | Reviewed claims analyses for various estates. |
| 9/25/2015 | J. Hyland | 0.2 | Conducted call with M. Kennedy (Chilmark) re: claims information. |
| 9/27/2015 | J. Hyland | 0.5 | Reviewed 9/12/2015 Canadian claims report. |
| 9/28/2015 | J. Hyland | 2.8 | Analyzed Canadian claims. |
| 9/28/2015 | A. Cowie | 1.2 | Analyzed changes in Canadian pension claims amounts over time. |
| 9/28/2015 | A. Cowie | 1.2 | Analyzed estate claims bases. |
| 9/28/2015 | J. Hyland | 0.7 | Conducted call with party of interest re: claims. |
| 9/28/2015 | C. Kearns | 0.2 | Emailed with Counsel re: claims related issues. |
| 9/29/2015 | A. Cowie | 1.6 | Analyzed the estates' claims bases. |
| 9/29/2015 | C. Kearns | 0.2 | Emailed counsel re: Canada claims base. |
| 9/30/2015 | J. Hyland | 2.9 | Analyzed claims for U.S. estate. |
| 9/30/2015 | J. Hyland | 2.5 | Continued analyzing claims for U.S. estate. |
| 9/30/2015 | A. Cowie | 1.3 | Analyzed estates' claims bases. |
| 9/30/2015 | A. Cowie | 1.1 | Analyzed Debtor's filings in regard to surety bonds. |
| 9/30/2015 | J. Hyland | 0.8 | Reviewed bond pricing analysis. |
| 9/30/2015 | J. Hyland | 0.1 | Conducted call with M. Kennedy (Chilmark) re: claims. |
| **Task Code Total Hours** | | **29.1** | |
| **13. Intercompany Transactions/Balances** | | | |
| 9/30/2015 | J. Hyland | 0.8 | Reviewed September 2015 Restructuring Manager's report. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **13. Intercompany Transactions/Balances** | | | |
| *Task Code Total Hours* | | *0.8* | |
| **19. Cash Flow/Cash Management Liquidity** | | | |
| 9/3/2015 | J. Hyland | 2.2 | Analyzed NNI cash report as of 7/31/2015. |
| 9/22/2015 | J. Hyland | 2.6 | Analyzed cash balances by estate. |
| 9/23/2015 | J. Hyland | 2.6 | Analyzed cash reporting for the estates. |
| *Task Code Total Hours* | | *7.4* | |
| **26. Tax Issues** | | | |
| 9/28/2015 | J. Hyland | 0.7 | Conducted call with K. Rowe (Counsel) re: U.S. taxes. |
| *Task Code Total Hours* | | *0.7* | |
| **Total Hours** | | **177.8** | |