## EXHIBIT A

## NORTEL NETWORKS INC., *et al*.
## CASE NO. 09-10138 (KG)

Professional Fees and Expenses
Monthly Fee Application

| Applicant & Docket No. | Time Period Covered | Fees & Expenses Requested in Application | Fees & Expenses Allowed/Awarded | Date Application Filed | Objection Deadline |
|---|---|---|---|---|---|
| Akin Gump Strauss Hauer & Feld LLP  [16269] | 9/1/15 - 9/30/15 | $393,656.50 (Fees)  $6,181.51 (Expenses) | $314,925.20 (Fees @ 80%)  $6,181.51 (Expenses @ 100%) | 10/26/15 | 11/16/15 |