EXHIBIT A

(i) **Proofs of Claim Proposed to be Settled under Paragraph 2(e) of Order From August 10, 2015 to November 9, 2015[1]**

| Employee Name | Claim Number | Claimed Administrative | Claimed Secured | Claimed Priority | Claimed Unsecured | Claimed Total | Allowed Unsecured | Allowed Priority | Allowed Administrative | Allowed Total | Debtor |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Chico, Juan J | 7131-02 | $0.00 | $0.00 | $0.00 | $354,616.00 | $354,616.00 | 15,655.83 | 3,963.24 | $0.00 | $19,619.07 | Nortel Networks Inc. |
| Chico, Juan J | 7131-01 | $0.00 | $0.00 | $0.00 | $354,616.00 | $354,616.00 | $365,809.00 | $0.00 | $0.00 | $365,809.00 | Nortel Networks (CALA) Inc. |
| Covey, Niel A. | 7172 | $0.00 | $0.00 | $0.00 | $461,000.00 | $461,000.00 | $641,754.63 | $1,849.66 | $0.00 | $643,604.29 | Nortel Networks Inc. |
| Covey, Niel A. | 26 | $0.00 | $0.00 | $371,524.91 | $0.00 | $371,524.91 | $0.00 | $0.00 | $0.00 | $0.00 | Nortel Networks Inc. |
| Covey, Niel A. | 945 | $0.00 | $0.00 | $168,857.07 | $0.00 | $168,857.07 | $0.00 | $0.00 | $0.00 | $0.00 | Nortel Networks Inc. |
| Covey, Niel A. | 2308 | $0.00 | $0.00 | $0.00 | $487,223.32 | $487,223.32 | $0.00 | $0.00 | $0.00 | $0.00 | Nortel Networks Inc. |
| Covey, Niel A. | 2309 | $0.00 | $0.00 | $0.00 | $2,268.93 | $2,268.93 | $0.00 | $0.00 | $0.00 | $0.00 | Nortel Networks Inc. |
| Lowe, Richard | 3388 | $0.00 | $0.00 | $676,406.79 | $0.00 | $676,406.79 | $755,458.57 | $4,615.44 | $0.00 | $760,074.01 | Nortel Networks Inc. |
| Dautenhahn, David | 7229 | $0.00 | $0.00 | $457,676.48 | $322,440.11 | $780,116.59 | $118,387.00 | $0.00 | $0.00 | $118,387.00 | Nortel Networks Inc. |
| Dautenhahn, David | 665 | $0.00 | $0.00 | $780,116.59 | $0.00 | $780,116.59 | $0.00 | $0.00 | $0.00 | $0.00 | Nortel Networks Inc. |
| De Almeida, Hyacinth G. | 7704 | $0.00 | $0.00 | $0.00 | $300,000.00 | $300,000.00 | $96,853.36 | $2,333.08 | $10,459.98 | $109,646.42 | Nortel Networks Inc. |
| De Almeida, Hyacinth G. | 7663 | $0.00 | $0.00 | $10,950.00 | $107,942.00 | $118,892.00 | $0.00 | $0.00 | $0.00 | $0.00 | Nortel Networks Inc. |
| De Almeida, Hyacinth G. | 7670 | $0.00 | $0.00 | $0.00 | $1,000,000.00 | $1,000,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | Nortel Networks Inc. |

---

[1] Includes Proofs of Claim disallowed in full or withdrawn pursuant to the Limited Notice Claims' Settlements.

| Employee Name | Claim Number | Claimed Administrative | Claimed Secured | Claimed Priority | Claimed Unsecured | Claimed Total | Allowed Unsecured | Allowed Priority | Allowed Administrative | Allowed Total | Debtor |
|---|---|---|---|---|---|---|---|---|---|---|---|
| De Almeida, Hyacinth G. | 7703 | $0.00 | $0.00 | $10,950.00 | $102,699.00 | $113,649.00 | $0.00 | $0.00 | $0.00 | $0.00 | Nortel Networks Inc. |
| Dodd, Randy | 8237 | $0.00 | $0.00 | $17,935.45 | $0.00 | $17,935.45 | $402,666.92 | $9,332.77 | $0.00 | $411,999.69 | Nortel Networks Inc. |
| Dodd, Randy | 3 | $0.00 | $0.00 | $375,120.39 | $0.00 | $375,120.39 | $0.00 | $0.00 | $0.00 | $0.00 | Nortel Networks Inc. |
| Dodd, Randy | 750 | $0.00 | $0.00 | $369,930.23 | $0.00 | $369,930.23 | $0.00 | $0.00 | $0.00 | $0.00 | Nortel Networks Inc. |
| Dodd, Randy | 2430 | $0.00 | $0.00 | $17,899.20 | $0.00 | $17,899.20 | $0.00 | $0.00 | $0.00 | $0.00 | Nortel Networks Inc. |
| Dodd, Randy | 8233 | $0.00 | $0.00 | $369,930.23 | $0.00 | $369,930.23 | $0.00 | $0.00 | $0.00 | $0.00 | Nortel Networks Inc. |
| Erkel, Enis | 8229 | $0.00 | $0.00 | $336,812.34 | $0.00 | $336,812.34 | $227,837.98 | $1,538.03 | $5,659.38 | $235,035.39 | Nortel Networks Inc. |
| Erkel, Enis | 627 | $0.00 | $0.00 | $441,080.12 | $0.00 | $441,080.12 | $0.00 | $0.00 | $0.00 | $0.00 | Nortel Networks Inc. |
| Erkel, Enis | 2478 | $0.00 | $0.00 | $53,124.39 | $0.00 | $53,124.39 | $0.00 | $0.00 | $0.00 | $0.00 | Nortel Networks Inc. |
| Erkel, Enis | 6091 | $0.00 | $0.00 | $588,822.48 | $0.00 | $588,822.48 | $0.00 | $0.00 | $0.00 | $0.00 | Nortel Networks Inc. |
| Erkel, Enis | 6092 | $0.00 | $0.00 | $336,812.34 | $0.00 | $336,812.34 | $0.00 | $0.00 | $0.00 | $0.00 | Nortel Networks Inc. |
| Erkel, Enis | 7676 | $0.00 | $0.00 | $668,221.43 | $0.00 | $668,221.43 | $0.00 | $0.00 | $0.00 | $0.00 | Nortel Networks Inc. |
| Farmer, C. Gregory | 7164 | $0.00 | $0.00 | $723,054.69 | $0.00 | $723,054.69 | $433,408.99 | $4,237.12 | $0.00 | $437,646.11 | Nortel Networks Inc. |
| Farmer, C. Gregory | 1118 | $0.00 | $0.00 | $0.00 | $723,054.69 | $723,054.69 | $0.00 | $0.00 | $0.00 | $0.00 | Nortel Networks Inc. |
| Farmer, C. Gregory | 1754 | $0.00 | $0.00 | $0.00 | $657,209.17 | $657,209.17 | $0.00 | $0.00 | $0.00 | $0.00 | Nortel Networks Inc. |
| Gleason, Steven P | 4149 | $0.00 | $0.00 | $8,601.52 | $0.00 | $8,601.52 | $274,047.54 | $3,648.19 | $4,103.25 | $281,798.98 | Nortel Networks Inc. |
| Gleason, Steven P | 1687 | $0.00 | $0.00 | $137,767.32 | $0.00 | $137,767.32 | $0.00 | $0.00 | $0.00 | $0.00 | Nortel Networks Inc. |
| Gleason, Steven P | 2752 | $0.00 | $0.00 | $158,096.75 | $0.00 | $158,096.75 | $0.00 | $0.00 | $0.00 | $0.00 | Nortel Networks Inc. |

| Employee Name | Claim Number | Claimed Administrative | Claimed Secured | Claimed Priority | Claimed Unsecured | Claimed Total | Allowed Unsecured | Allowed Priority | Allowed Administrative | Allowed Total | Debtor |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Guerra Sanz, Luis | 8499 | $0.00 | $0.00 | $10,950.00 | $514,994.00 | $525,944.00 | $269,031.22 | $0.00 | $0.00 | $269,031.22 | Nortel Networks (CALA) Inc. |
| Guerra Sanz, Luis | 7427 | $0.00 | $0.00 | $10,950.00 | $460,578.00 | $471,528.00 | $0.00 | $0.00 | $0.00 | $0.00 | Nortel Networks (CALA) Inc. |
| Guerra Sanz, Luis | 8498 | $0.00 | $0.00 | $10,950.00 | $514,994.00 | $525,944.00 | $0.00 | $0.00 | $0.00 | $0.00 | Nortel Networks (CALA) Inc. |
| Hoadley, John | 5823 | $0.00 | $0.00 | $0.00 | $507.96 | $507.96 | $289,014.97 | $493.00 | $0.00 | $289,507.97 | Nortel Networks Inc. |
| Hoadley, John | 1075 | $0.00 | $0.00 | $0.00 | $220,000.00 | $220,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | Nortel Networks Inc. |
| Hoadley, John | 1096 | $0.00 | $0.00 | $0.00 | $54,328.00 | $54,328.00 | $0.00 | $0.00 | $0.00 | $0.00 | Nortel Networks Inc. |
| Hoadley, John | 1649 | $0.00 | $0.00 | $0.00 | $34,539.49 | $34,539.49 | $0.00 | $0.00 | $0.00 | $0.00 | Nortel Networks Inc. |
| Johnson, Kenneth | 2307 | $0.00 | $0.00 | $377,940.42 | $0.00 | $377,940.42 | $260,815.38 | $487.40 | $0.00 | $261,302.78 | Nortel Networks Inc. |
| Johnson, Kenneth | 2306 | $0.00 | $0.00 | $245,839.14 | $0.00 | $245,839.14 | $0.00 | $0.00 | $0.00 | $0.00 | Nortel Networks Inc. |
| Knapp, William A. | 8031 | $0.00 | $0.00 | $466,235.40 | $0.00 | $466,235.40 | $119,228.59 | $2,137.14 | $11,754.26 | $133,119.99 | Nortel Networks Inc. |
| Knapp, William A. | 4475 | $0.00 | $0.00 | $0.00 | $21,782.60 | $21,782.60 | $0.00 | $0.00 | $0.00 | $0.00 | Nortel Networks Inc. |
| Milan, Norberto | 6866-02 | $355,000.00 | $0.00 | $0.00 | $0.00 | $355,000.00 | $70,594.22 | $3,196.20 | $0.00 | $73,790.42 | Nortel Networks Inc. |
| Milan, Norberto | 6866-01 | $355,000.00 | $0.00 | $0.00 | $0.00 | $355,000.00 | $365,467.28 | $0.00 | $0.00 | $365,467.28 | Nortel Networks (CALA) Inc. |
| Milan, Norberto | 6861 | $355,000.00 | $0.00 | $0.00 | $0.00 | $355,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | Nortel Networks (CALA) Inc. |
| Milan, Norberto | 6862 | $0.00 | $0.00 | $355,000.00 | $0.00 | $355,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | Nortel Networks (CALA) Inc. |
| Milan, Norberto | 6863 | $355,000.00 | $0.00 | $0.00 | $0.00 | $355,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | Nortel Networks (CALA) Inc. |

| Employee Name | Claim Number | Claimed Administrative | Claimed Secured | Claimed Priority | Claimed Unsecured | Claimed Total | Allowed Unsecured | Allowed Priority | Allowed Administrative | Allowed Total | Debtor |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Milan, Norberto | 6864 | $0.00 | $0.00 | $355,000.00 | $0.00 | $355,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | Nortel Networks (CALA) Inc. |
| Milan, Norberto | 6865 | $0.00 | $0.00 | $355,000.00 | $0.00 | $355,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | Nortel Networks (CALA) Inc. |
| Murphy, Peter | 1750 | $0.00 | $0.00 | $0.00 | $466,147.00 | $466,147.00 | $295,513.65 | $2,451.33 | $0.00 | $297,964.98 | Nortel Networks Inc. |
| Murphy, Peter | 34 | $0.00 | $0.00 | $0.00 | $109,005.50 | $109,005.50 | $0.00 | $0.00 | $0.00 | $0.00 | Nortel Networks Inc. |
| Murphy, Peter | 1657 | $0.00 | $0.00 | $0.00 | $262,962.26 | $262,962.26 | $0.00 | $0.00 | $0.00 | $0.00 | Nortel Networks Inc. |
| Nielson, David D | 4315 | $0.00 | $0.00 | $1,176.62 | $0.00 | $1,176.62 | $186,423.14 | $855.33 | $0.00 | $187,278.47 | Nortel Networks Inc. |
| Nielson, David D | 4313 | $0.00 | $0.00 | $375,154.02 | $0.00 | $375,154.02 | $0.00 | $0.00 | $0.00 | $0.00 | Nortel Networks Inc. |
| Nielson, David D | 4314 | $0.00 | $0.00 | $205,480.27 | $0.00 | $205,480.27 | $0.00 | $0.00 | $0.00 | $0.00 | Nortel Networks Inc. |
| Papantonis, Basil | 7571 | $0.00 | $0.00 | $430,256.73 | $0.00 | $430,256.73 | $137,870.00 | $0.00 | $0.00 | $137,870.00 | Nortel Networks Inc. |
| Papantonis, Basil | 819 | $0.00 | $0.00 | $122,703.00 | $0.00 | $122,703.00 | $0.00 | $0.00 | $0.00 | $0.00 | Nortel Networks Inc. |
| Papantonis, Basil | 821 | $0.00 | $0.00 | $239,668.00 | $0.00 | $239,668.00 | $0.00 | $0.00 | $0.00 | $0.00 | Nortel Networks Inc. |
| Papantonis, Basil | 4779 | $0.00 | $0.00 | $333,214.00 | $0.00 | $333,214.00 | $0.00 | $0.00 | $0.00 | $0.00 | Nortel Networks Inc. |
| Pritchard, Alan W. | 8414 | $0.00 | $200,000.00 | $0.00 | $0.00 | $200,000.00 | $397,155.41 | $1,375.76 | $0.00 | $398,531.17 | Nortel Networks Inc. |
| Pritchard, Alan W. | 1014 | $0.00 | $0.00 | $99,428.72 | $0.00 | $99,428.42 | $0.00 | $0.00 | $0.00 | $0.00 | Nortel Networks Inc. |
| Pritchard, Alan W. | 1610 | $0.00 | $0.00 | $0.00 | $285,916.00 | $285,916.00 | $0.00 | $0.00 | $0.00 | $0.00 | Nortel Networks Inc. |
| Salb, Ralph | 4441 | $0.00 | $0.00 | $0.00 | $7,032.98 | $7,032.98 | $108,614.71 | $2,508.33 | $617.00 | $111,740.04 | Nortel Networks Inc. |
| Salb, Ralph | 838 | $0.00 | $0.00 | $5,314.39 | $72,615.06 | $77,929.45 | $0.00 | $0.00 | $0.00 | $0.00 | Nortel Networks Inc. |
| Salb, Ralph | 4438 | $0.00 | $0.00 | $0.00 | $8,929.72 | $8,929.72 | $0.00 | $0.00 | $0.00 | $0.00 | Nortel Networks Inc. |

| Employee Name | Claim Number | Claimed Administrative | Claimed Secured | Claimed Priority | Claimed Unsecured | Claimed Total | Allowed Unsecured | Allowed Priority | Allowed Administrative | Allowed Total | Debtor |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Salb, Ralph | 4439 | $0.00 | $0.00 | $0.00 | $16,842.76 | $16,842.76 | $0.00 | $0.00 | $0.00 | $0.00 | Nortel Networks Inc. |
| Salb, Ralph | 4440 | $0.00 | $0.00 | $1,818.80 | $96,396.29 | $98,215.09 | $0.00 | $0.00 | $0.00 | $0.00 | Nortel Networks Inc. |
| Vaughn, Don | 4276 | $0.00 | $0.00 | $0.00 | $26,456.04 | $26,456.04 | $131,146.02 | $1,779.35 | $1,107.15 | $134,032.52 | Nortel Networks Inc. |
| Vaughn, Don | 1501 | $0.00 | $0.00 | $0.00 | $2,520.00 | $2,520.00 | $0.00 | $0.00 | $0.00 | $0.00 | Nortel Networks Inc. |
| Vaughn, Don | 1502 | $0.00 | $0.00 | $0.00 | $9,525.60 | $9,525.60 | $0.00 | $0.00 | $0.00 | $0.00 | Nortel Networks Inc. |
| Vaughn, Don | 4269 | $0.00 | $0.00 | $0.00 | $530,465.01 | $530,465.01 | $0.00 | $0.00 | $0.00 | $0.00 | Nortel Networks Inc. |
| Vaughn, Don | 4270 | $0.00 | $0.00 | $0.00 | $31,695.46 | $31,695.46 | $0.00 | $0.00 | $0.00 | $0.00 | Nortel Networks Inc. |
| Vaughn, Don | 4271 | $0.00 | $0.00 | $0.00 | $21,142.59 | $21,142.59 | $0.00 | $0.00 | $0.00 | $0.00 | Nortel Networks Inc. |
| Vaughn, Don | 4274 | $0.00 | $0.00 | $0.00 | $7,407.75 | $7,407.75 | $0.00 | $0.00 | $0.00 | $0.00 | Nortel Networks Inc. |
| Vaughn, Don | 4275 | $0.00 | $0.00 | $0.00 | $97,005.32 | $97,005.32 | $0.00 | $0.00 | $0.00 | $0.00 | Nortel Networks Inc. |
| Ventura, Jayne L | 7052 | $418,182.00 | $0.00 | $0.00 | $0.00 | $418,182.00 | $532,669.97 | $3,816.76 | $0.00 | $536,486.73 | Nortel Networks Inc. |
| Ventura, Jayne L | 1683 | $0.00 | $0.00 | $0.00 | $223,774.00 | $223,774.00 | $0.00 | $0.00 | $0.00 | $0.00 | Nortel Networks Inc. |
| Ventura, Jayne L | 7051 | $0.00 | $0.00 | $0.00 | $418,182.00 | $418,182.00 | $0.00 | $0.00 | $0.00 | $0.00 | Nortel Networks Inc. |