# **<u>EXHIBIT A</u>**

```
************************************************************************************************Page 1 of (17)
                                       WHITEFORD, TAYLOR & PRESTON        THRU 10/31/15
BILLING ATTORNEY: 01762  CHRISTOPHER M. SAMIS      DETAILED  BILLING REPORT   AS OF 11/17/2015 12:26:47 PM
                                       PROFORMA NUMBER: 447977        LAST DATE BILLED 09/25/15
```

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| CLIENT 091281 | | | OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF | | | | | | | |
| | | | NORTEL NETWORKS, INC. | | | | | | | |
| MATTER 00001 | | | NORTEL | | | | | | | |
| CASE ID | | | | | | | | | | |

| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 12551436 | 10/01/15 | | REVIEW CRITICAL DATES CALENDAR | S1 | | .20 | 01797 | CDM | 64.00 | 64.00 |
| 12551439 | 10/01/15 | | REVIEW LETTERS REGARDING BRIEFING | S16 | | .40 | 01797 | CDM | 128.00 | 192.00 |
| 12551875 | 10/01/15 | | UPDATE CRITICAL DATES CALENDAR. | S1 | | .20 | 01769 | CMM | 47.00 | 239.00 |
| 12551880 | 10/01/15 | | PREPARE AND CIRCULATE DAILY DOCKET DISTRIBUTIONS. | S1 | | .10 | 01769 | CMM | 23.50 | 262.50 |
| 12586494 | 10/01/15 | | PARTICIPATE IN WEEKLY COMMITTEE CALL. | S3 | | .80 | 01762 | CMS | 412.00 | 674.50 |
| 12586495 | 10/01/15 | | PREPARE FOR WEEKLY COMMITTEE CALL. | S1 | | .20 | 01762 | CMS | 103.00 | 777.50 |
| 12586496 | 10/01/15 | | REVIEW NNSA LETTER SUBMISSION ON APPELLATE BRIEFING. | S16 | | .20 | 01762 | CMS | 103.00 | 880.50 |
| 12586498 | 10/01/15 | | REVIEW REPLY FACTUM OF MOVING PARTIES IN CONNECTION WITH LEAVE TO APPEAL. | S16 | | .20 | 01762 | CMS | 103.00 | 983.50 |
| 12586499 | 10/01/15 | | REVIEW MONITOR'S LETTER SUBMISSION ON APPELLATE BRIEFING. | S16 | | .40 | 01762 | CMS | 206.00 | 1,189.50 |
| 12586501 | 10/01/15 | | REVIEW CCC LETTER SUBMISSION ON APELLATE BRIEFING. | S16 | | .30 | 01762 | CMS | 154.50 | 1,344.00 |
| 12586503 | 10/01/15 | | CREATE CHART COORDINATING APPELLATE PARTIES' POSITIONS ON APPELLATE BRIEFING. | S16 | | .70 | 01762 | CMS | 360.50 | 1,704.50 |
| 12586504 | 10/01/15 | | CALL FROM R. JOHNSON RE: APPELLATE BRIEFING AND TIMING OF ORDER APPROVING MAGISTRATE'S RECOMMENDATION. | S16 | | .30 | 01762 | CMS | 154.50 | 1,859.00 |
| 12586512 | 10/01/15 | | REVIEW AND UPDATE CRITICAL DATES CALENDAR. | S1 | | .20 | 01762 | CMS | 103.00 | 1,962.00 |
| 12586529 | 10/01/15 | | E-MAIL TO M. FAGEN RE: AGENDA FOR WEEKLY COMMITTEE CALL. | S1 | | .10 | 01762 | CMS | 51.50 | 2,013.50 |
| 12593139 | 10/01/15 | | REVIEW LETTER FROM R. WEBER ON BEHALF OF CONFLICTS ADMINISTRATOR RE: BRIEFING (.1); REVIEW REPLY FACTUM OF MOVING PARTIES RE: CANADIAN APPEAL (.3) | S16 | | .40 | 01761 | LKG | 196.00 | 2,209.50 |

```
*******************************************************************************************Page 2 of (17)
                                     WHITEFORD, TAYLOR & PRESTON       THRU 10/31/15
BILLING ATTORNEY: 01762   CHRISTOPHER M. SAMIS     DETAILED  BILLING REPORT    AS OF 11/17/2015 12:26:47 PM
                                     PROFORMA NUMBER: 447977          LAST DATE BILLED 09/25/15


CLIENT 091281            OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
                         NORTEL NETWORKS, INC.
MATTER 00001             NORTEL
CASE ID
```

| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 12593141 | 10/01/15 | | ATTEND 10/1 COMMITTEE CALL | S3 | | .70 | 01761 | LKG | 343.00 | 2,552.50 |
| 12593147 | 10/01/15 | | REVIEW AGENDA CANCELING 10/6 HEARING | S10 | | .10 | 01761 | LKG | 49.00 | 2,601.50 |
| 12553008 | 10/02/15 | | EMAIL LEDES AND EXCEL DATA FOR WTP 8TH MONTHLY (AUGUST) FEE APPLICATION TO UST. | S19 | | .20 | 01769 | CMM | 47.00 | 2,648.50 |
| 12553016 | 10/02/15 | | PREPARE AND CIRCULATE DAILY DOCKET DISTRIBUTIONS. | S1 | | .50 | 01769 | CMM | 117.50 | 2,766.00 |
| 12586535 | 10/02/15 | | RETURN CALLS TO CREDITORS REGARDING STATUS OF CHAPTER 11 CASES AND OFFERS TO PURCHASE CLAIMS (.2 X 4). | S2 | | .80 | 01762 | CMS | 412.00 | 3,178.00 |
| 12592569 | 10/02/15 | | REVIEW LETTER FROM E&Y TO JUDGE STARK RE: BRIEFING ON APPEAL (.1); REVIEW LETTER FROM CCC RE: BRIEFING ON APPEAL (.1) | S16 | | .20 | 01761 | LKG | 98.00 | 3,276.00 |
| 12555717 | 10/05/15 | | UPDATE CRITICAL DATES CALENDAR. | S1 | | .10 | 01769 | CMM | 23.50 | 3,299.50 |
| 12555726 | 10/05/15 | | EMAILS FROM C. SAMIS AND K. GOOD RE: CASSELS QUARTERLY FEE APPLICATION. | S20 | | .20 | 01769 | CMM | 47.00 | 3,346.50 |
| 12555742 | 10/05/15 | | PREPARE AND CIRCULATE DAILY DOCKET DISTRIBUTIONS. | S1 | | .30 | 01769 | CMM | 70.50 | 3,417.00 |
| 12556341 | 10/05/15 | | REVIEW LETTERS TO COURT RE: BRIEFING SCHEDULE | S16 | | .90 | 01797 | CDM | 288.00 | 3,705.00 |
| 12586550 | 10/05/15 | | PREPARE FOR IN-PERSON ALLOCATION MEDIATION/ALLOCTION APPEAL STRATEGY SESSION IN NEW YORK. | S16 | | 3.60 | 01762 | CMS | 1,854.00 | 5,559.00 |
| 12586551 | 10/05/15 | | CALL TO D. ABBOTT RE: GETTING ORDER ON MAGISTRATE REPORT AND RECOMMENDATION IN ALLOCATION APPEAL. | S16 | | .20 | 01762 | CMS | 103.00 | 5,662.00 |
| 12586570 | 10/05/15 | | E-MAILS TO M. WUNDER RE: FEE EXAMINER'S REPORT ON CASSELS' MOST RECENT INTERIM PERIOD (.1 X 2). | S20 | | .20 | 01762 | CMS | 103.00 | 5,765.00 |
| 12586643 | 10/05/15 | | E-MAILS TO J. ALBERTO RE: MEDIATION LOGISTICS (.1 X 2). | S16 | | .20 | 01762 | CMS | 103.00 | 5,868.00 |
| 12586647 | 10/05/15 | | E-MAIL TO F. HODARA RE: LOGISTICS OF MEDIATION. | S16 | | .10 | 01762 | CMS | 51.50 | 5,919.50 |

```
*********************************************************************************************Page 3 of (17)
                                     WHITEFORD, TAYLOR & PRESTON      THRU 10/31/15
BILLING ATTORNEY: 01762  CHRISTOPHER M. SAMIS    DETAILED  BILLING REPORT     AS OF 11/17/2015 12:26:47 PM
                                     PROFORMA NUMBER: 447977           LAST DATE BILLED 09/25/15
```

| CLIENT 091281 | OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF |
|---|---|
| | NORTEL NETWORKS, INC. |
| MATTER 00001 | NORTEL |
| CASE ID | |

| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 12593169 | 10/05/15 | | ATTENTION TO CORRESPONDENCE RE: ALLOCATION APPEAL MEDIATION | S16 | | .20 | 01761 | LKG | 98.00 | 6,017.50 |
| 12593170 | 10/05/15 | | REVIEW PRELIMINARY REPORT OF FEE EXAMINER ON CASSELS BROCK INTERIM APPLICATION (.1); CONFER WITH C. SAMIS RE: SAME (.1) | S20 | | .20 | 01761 | LKG | 98.00 | 6,115.50 |
| 12556539 | 10/06/15 | | REVIEW SEPTEMBER PROFORMA IN PREPARATION OF WTP FEE APPLICATION. | S19 | | .90 | 01769 | CMM | 211.50 | 6,327.00 |
| 12556551 | 10/06/15 | | PREPARE MATERIALS FOR C. SAMIS FOR IN-PERSON COMMITTEE MEETING ON 10/7. | S16 | | .20 | 01769 | CMM | 47.00 | 6,374.00 |
| 12586587 | 10/06/15 | | COMPLETE REVIEW OF RELEVANT MATERIALS FOR IN-PERSON MEDIATION PREPARATION MEETING. | S16 | | 1.00 | 01762 | CMS | 515.00 | 6,889.00 |
| 12586596 | 10/06/15 | | E-MAIL TO C. MCALLISTER RE: SEPTEMBER FEE AND EXPENSE ESTIMATES. | S20 | | .10 | 01762 | CMS | 51.50 | 6,940.50 |
| 12586597 | 10/06/15 | | E-MAIL TO C. MCALLISTER RE: PREPARATION FOR IN-PERSON MEDIATION PREPARATION MEETING. | S16 | | .10 | 01762 | CMS | 51.50 | 6,992.00 |
| 12596914 | 10/06/15 | | EMAIL TO M. MADDOX, T. MINOTT RE: UPDATED PARTIES IN INTEREST LIST | S17 | | .10 | 01761 | LKG | 49.00 | 7,041.00 |
| 12596915 | 10/06/15 | | REVIEW PRELIMINARY REPORT FOR CASSELS INTERIM FEE APPLICATION (.1); MEETING WITH C. SAMIS RE: SAME (.1); EMAIL TO C. MCALLISTER RE: SAME (.1) | S20 | | .30 | 01761 | LKG | 147.00 | 7,188.00 |
| 12613462 | 10/06/15 | | REVIEW 67TH APPLICATION OF CHILMARK PARTNERS | S20 | | .10 | 01761 | LKG | 49.00 | 7,237.00 |
| 12558888 | 10/07/15 | | PREPARE AND CIRCULATE DAILY DOCKET DISTRIBUTIONS. | S1 | | .10 | 01769 | CMM | 23.50 | 7,260.50 |
| 12586600 | 10/07/15 | | PARTICIPATE IN IN-PERSON ALLOCATION MEDIATION STRATEGY MEETING AT AKIN. | S16 | | 3.70 | 01762 | CMS | 1,905.50 | 9,166.00 |
| 12586601 | 10/07/15 | | TRAVEL TO/FROM IN-PERSON ALLOCATION MEDIATION STRATEGY MEETING AT AKIN. | S22 | | 3.00 | 01762 | CMS | 1,545.00 | 10,711.00 |
| 12586602 | 10/07/15 | | REVIEW U.S. DEBTORS' PROOF OF CLAIM IN CANADIAN | S9 | | 2.10 | 01762 | CMS | 1,081.50 | 11,792.50 |

```
*********************************************************************************************Page 4 of (17)
                                          WHITEFORD, TAYLOR & PRESTON      THRU 10/31/15
BILLING ATTORNEY: 01762   CHRISTOPHER M. SAMIS       DETAILED  BILLING REPORT      AS OF 11/17/2015 12:26:47 PM
                                          PROFORMA NUMBER: 447977          LAST DATE BILLED 09/25/15
```

| CLIENT 091281 | OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF NORTEL NETWORKS, INC. |
|---|---|
| MATTER 00001 | NORTEL |
| CASE ID | |

| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | PROCEEDING. | | | | | | | |
| 12586603 | 10/07/15 | | REVIEW REVISED APPELLATE ALLOCATION BRIEF OUTLINE. | S16 | | 1.60 | 01762 | CMS | 824.00 | 12,616.50 |
| 12586607 | 10/07/15 | | E-MAILS TO C. MCALLISTER RE: LOGISTICS OF IN-PERSON ALLOCATION MEDIATION STRATEGY MEETING AT AKIN (.1 X 2). | S16 | | .20 | 01762 | CMS | 103.00 | 12,719.50 |
| 12586609 | 10/07/15 | | E-MAILS TO M. FAGEN RE: IN-PERSON ALLOCATION MEDIATION STRATEGY MEETING AT AKIN (.1 X 2). | S16 | | .20 | 01762 | CMS | 103.00 | 12,822.50 |
| 12596992 | 10/07/15 | | REVIEW 53RD MONTHLY APPLICATION OF RKLS (.1) | S20 | | .10 | 01761 | LKG | 49.00 | 12,871.50 |
| 12558906 | 10/08/15 | | UPDATE FEE APPLICATION CHART FOR COMMITTEE PROFESSIONALS. | S20 | | .40 | 01769 | CMM | 94.00 | 12,965.50 |
| 12558907 | 10/08/15 | | REVIEW FINAL FEE APPLICATION OF CAPSTONE ADVISORY (.1); DISCUSS WITH C. SAMIS (.1). | S20 | | .20 | 01769 | CMM | 47.00 | 13,012.50 |
| 12558915 | 10/08/15 | | PREPARE AND CIRCULATE DAILY DOCKET DISTRIBUTIONS. | S1 | | .10 | 01769 | CMM | 23.50 | 13,036.00 |
| 12586635 | 10/08/15 | | REVIEW AUGUST 2015 MERGIS STAFFING REPORT. | S20 | | .20 | 01762 | CMS | 103.00 | 13,139.00 |
| 12586636 | 10/08/15 | | REVIEW 80TH MNAT FEE APPLICATION. | S20 | | .20 | 01762 | CMS | 103.00 | 13,242.00 |
| 12586637 | 10/08/15 | | REVIEW 53RD RLKS FEE APPLICATION. | S20 | | .20 | 01762 | CMS | 103.00 | 13,345.00 |
| 12586638 | 10/08/15 | | REVIEW REVISED U.S. DEBTORS PROOF OF CLAIM IN CANADIAN PROCEEDING. | S9 | | .80 | 01762 | CMS | 412.00 | 13,757.00 |
| 12586639 | 10/08/15 | | REVIEW 66TH CHILMARK FEE APPLICATION. | S20 | | .20 | 01762 | CMS | 103.00 | 13,860.00 |
| 12586640 | 10/08/15 | | REVIEW 67TH CHILMARK FEE APPLICATION. | S20 | | .20 | 01762 | CMS | 103.00 | 13,963.00 |
| 12586641 | 10/08/15 | | RETURN CALLS TO CREDITORS REGARDING CLAIMS TRADER CORRESPONDENCE (.2 X 4). | S2 | | .80 | 01762 | CMS | 412.00 | 14,375.00 |
| 12586649 | 10/08/15 | | REVIEW/REVISE CONSOLIDATED APPEAL MOTION. | S16 | | .80 | 01762 | CMS | 412.00 | 14,787.00 |

```
                                        WHITEFORD, TAYLOR & PRESTON     THRU 10/31/15
BILLING ATTORNEY: 01762  CHRISTOPHER M. SAMIS      DETAILED  BILLING REPORT    AS OF 11/17/2015 12:26:47 PM
                                        PROFORMA NUMBER: 447977         LAST DATE BILLED 09/25/15


CLIENT 091281            OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
                         NORTEL NETWORKS, INC.
MATTER 00001             NORTEL
CASE ID
```

| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 12596960 | 10/08/15 | | REVIEW AND ANALYZE REVISED PROOF OF CLAIM RE: INTERCOMPANY CLAIMS TO BE DELIVERED TO MONITOR (1.1) | S9 | | 1.10 | 01761 | LKG | 539.00 | 15,326.00 |
| 12561002 | 10/09/15 | | PREPARE SEPTEMBER FEE AND EXPENSE ESTIMATES FOR AKIN GUMP AND EMAIL TO C. SAMIS RE: SAME (.2). | S20 | | .20 | 01769 | CMM | 47.00 | 15,373.00 |
| 12561003 | 10/09/15 | | PREPARE AND CIRCULATE DAILY DOCKET DISTRIBUTIONS. | S1 | | .30 | 01769 | CMM | 70.50 | 15,443.50 |
| 12561005 | 10/09/15 | | EMAILS WITH M. MADDOX (MNAT) RE: PRELIMINARY COMMITTEE FEE REPORTS. | S20 | | .10 | 01769 | CMM | 23.50 | 15,467.00 |
| 12561011 | 10/09/15 | | UPDATE CRITICAL DATES CALENDAR. | S1 | | .10 | 01769 | CMM | 23.50 | 15,490.50 |
| 12586866 | 10/09/15 | | E-MAIL TO B. KAHN RE: SEPTEMBER 2015 FEE AND EXPENSES ESTIMATES. | S19 | | .10 | 01762 | CMS | 51.50 | 15,542.00 |
| 12593181 | 10/09/15 | | REVIEW FEE EXAMINER'S FINAL REPORT RE: WTP'S 3RD INTERIM FEE APPLICATION | S19 | | .10 | 01761 | LKG | 49.00 | 15,591.00 |
| 12597676 | 10/09/15 | | REVIEW FEE EXAMINER'S FINAL REPORT RE: CHILMARK PARTNERS (.1); REVIEW FEE EXAMINER'S FINAL REPORT RE: CAPSTONE (.1); REVIEW FEE EXAMINER'S FINAL REPORT RE: HURON (.1); REVIEW FEE EXAMINER'S FINAL REPORT RE: MNAT (.1); REVIEW FEE EXAMINER'S FINAL REPORT RE: BRG (.1) | S20 | | .50 | 01761 | LKG | 245.00 | 15,836.00 |
| 12597678 | 10/09/15 | | REVIEW AGENDA CANCELING 10/20 HEARING | S10 | | .10 | 01761 | LKG | 49.00 | 15,885.00 |
| 12561421 | 10/12/15 | | PREPARE AND CIRCULATE DAILY DOCKET DISTRIBUTIONS. | S1 | | .10 | 01769 | CMM | 23.50 | 15,908.50 |
| 12586825 | 10/12/15 | | E-MAIL TO K. GOOD RE: SUBMISSION OF MEDIATION STATEMENTS. | S16 | | .10 | 01762 | CMS | 51.50 | 15,960.00 |
| 12563734 | 10/13/15 | | PREPARE AND CIRCULATE DAILY DOCKET DISTRIBUTIONS. | S1 | | .10 | 01769 | CMM | 23.50 | 15,983.50 |
| 12586650 | 10/13/15 | | REVIEW CONFIDENTIAL 5-PG SUBMISSION FOR FARNAN ALLOCATION MEDIATION. | S16 | | .80 | 01762 | CMS | 412.00 | 16,395.50 |
| 12586651 | 10/13/15 | | REVIEW UPDATED BRG RECOVERY ANALYSIS. | S16 | | .50 | 01762 | CMS | 257.50 | 16,653.00 |

```
                                      WHITEFORD, TAYLOR & PRESTON      THRU 10/31/15
BILLING ATTORNEY: 01762  CHRISTOPHER M. SAMIS      DETAILED  BILLING REPORT   AS OF 11/17/2015 12:26:47 PM
                                      PROFORMA NUMBER:  447977       LAST DATE BILLED 09/25/15
```

CLIENT 091281              OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
                           NORTEL NETWORKS, INC.
MATTER 00001               NORTEL
CASE ID

| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 12586652 | 10/13/15 | | REVIEW CANADIAN PPI APPEAL OPINION. | S16 | | 1.90 | 01762 | CMS | 978.50 | 17,631.50 |
| 12586655 | 10/13/15 | | PARTICIPATE IN COMMITTEE CALL ON ALLOCATION MEDIATION SUBMISSIONS. | S16 | | 1.00 | 01762 | CMS | 515.00 | 18,146.50 |
| 12586667 | 10/13/15 | | E-MAIL TO K. GOOD RE: CANADIAN PPI OPINION. | S16 | | .10 | 01762 | CMS | 51.50 | 18,198.00 |
| 12586672 | 10/13/15 | | E-MAIL TO K. GOOD RE: SUBMISSION OF MEDIATION DOCUMENTATION. | S16 | | .10 | 01762 | CMS | 51.50 | 18,249.50 |
| 12586676 | 10/13/15 | | E-MAIL TO M. FAGEN RE: ADDITIONAL AKIN NORTEL TEAM MEMBER (.1 X 2). | S1 | | .20 | 01762 | CMS | 103.00 | 18,352.50 |
| 12590756 | 10/13/15 | | REVIEW MOTION TO SEAL RECORD FOR SNMP APPEAL (.8); REVIEW STATEMENT OF ISSUES ON APPEAL AND DESIGNATION OF RECORD ON APPEAL FOR SNMP APPEAL (.6); REVIEW STATUS REPORT ON AVOIDANCE ACTIONS (.1) | S20 | | 1.50 | 01761 | LKG | 735.00 | 19,087.50 |
| 12565497 | 10/14/15 | | PREPARE AND CIRCULATE DAILY DOCKET DISTRIBUTIONS. | S1 | | .90 | 01769 | CMM | 211.50 | 19,299.00 |
| 12565500 | 10/14/15 | | DRAFT ASHURST 79TH MONTHLY FEE APPLICATION CNO. | S20 | | .10 | 01769 | CMM | 23.50 | 19,322.50 |
| 12565512 | 10/14/15 | | DRAFT NOTICE AND CERTIFICATE OF SERVICE RE: BRG 3RD MONTHLY FEE APPLICATION (.2); PREPARE AND EMAIL TO K. GOOD FOR REVIEW (.1); FILE AND SERVE RE: SAME (.3). | S20 | | .60 | 01769 | CMM | 141.00 | 19,463.50 |
| 12586793 | 10/14/15 | | E-MAILS TO K. GOOD RE: REVISED UCC MEDIATION STATEMENTS (.1 X 2). | S16 | | .20 | 01762 | CMS | 103.00 | 19,566.50 |
| 12586795 | 10/14/15 | | REVIEW REVISED SHARED UCC MEDIATION STATEMENT. | S16 | | 1.00 | 01762 | CMS | 515.00 | 20,081.50 |
| 12586796 | 10/14/15 | | REVIEW REVISED UCC CONFIDENTIAL MEDIATION STATEMENT. | S16 | | .80 | 01762 | CMS | 412.00 | 20,493.50 |
| 12586798 | 10/14/15 | | E-MAIL TO C. MCALLISTER RE: ALLOCATION APPEAL ORDER DISTRIBUTIONS. | S16 | | .10 | 01762 | CMS | 51.50 | 20,545.00 |
| 12586800 | 10/14/15 | | E-MAIL TO K. GOOD RE: PREPARATION FOR 10/15/15 | S1 | | .10 | 01762 | CMS | 51.50 | 20,596.50 |

```
                                        WHITEFORD, TAYLOR & PRESTON      THRU 10/31/15
BILLING ATTORNEY: 01762  CHRISTOPHER M. SAMIS         DETAILED  BILLING REPORT      AS OF 11/17/2015 12:26:47 PM
                                        PROFORMA NUMBER: 447977           LAST DATE BILLED 09/25/15
```

CLIENT 091281         OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
                      NORTEL NETWORKS, INC.
MATTER 00001          NORTEL
CASE ID

| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | COMMITTEE CALL. | | | | | | | |
| 12586801 | 10/14/15 | | E-MAILS TO K. GOOD RE: SUBMISSION OF UCC MEDIATION STATEMENTS (.1 X 2). | S16 | | .20 | 01762 | CMS | 103.00 | 20,699.50 |
| 12589497 | 10/14/15 | | ATTEND COMMITTEE CALL RE: MEDIATION STATEMENTS (.7); REVIEW DRAFT MEDIATION STATEMENTS FOR COMMITTEE (.6); REVIEW DEBTORS' DRAFT MEDIATION STATEMENT (.4); REVIEW PUBLIC MEDIATION SUBMISSIONS X11 (5.4); REVIEW COMMENTS TO JOINT MEDIATION STATEMENT FOR SNMP APPEAL (.2); REVIEW LETTER FROM J. DORSEY TO JUDGE SLEET RE: JUDGE ASSIGNMENT FOR SNMP APPEAL (.2) | S16 | | 7.50 | 01761 | LKG | 3,675.00 | 24,374.50 |
| 12589504 | 10/14/15 | | REVIEW PERIODIC REPORT REGARDING VALUE, OPERATIONS AND PROFITABILITY OF ENTITIES IN WHICH THE DEBTORS' ESTATES HOLD A SUBSTANTIAL OR CONTROLLING INTEREST | S12 | | .20 | 01761 | LKG | 98.00 | 24,472.50 |
| 12589505 | 10/14/15 | | REVIEW BRG THIRD MONTHLY FEE APPLICATION (.3); REVIEW/SIGN NOTICE AND COS FOR SAME (.1); EMAIL X3 TO C. MCALLISTER RE: FILING AND SERVICE OF SAME (.2); EMAIL TO M. FAGEN RE: SAME (.1); REVIEW FEE EXAMINER'S FINAL REPORT REGARDING TWENTY THIRD QUARTERLY FEE APPLICATION OF JOHN RAY (.1) | S20 | | .80 | 01761 | LKG | 392.00 | 24,864.50 |
| 12565540 | 10/15/15 | | CREATE MEDIATION BINDERS FOR C. SAMIS, K. GOOD AND C. MCCLAMB IN PREPARATION FOR PRE-MEDIATION MEETING. | S16 | | .60 | 01769 | CMM | 141.00 | 25,005.50 |
| 12565544 | 10/15/15 | | E-MAIL TO DLS RE: MATERIALS FOR PRE-MEDIATION MEETING. | S16 | | .10 | 01769 | CMM | 23.50 | 25,029.00 |
| 12565554 | 10/15/15 | | PREPARE AND CIRCULATE DAILY DOCKET DISTRIBUTIONS. | S1 | | .10 | 01769 | CMM | 23.50 | 25,052.50 |
| 12565695 | 10/15/15 | | DRAFT NOTICE AND CERTIFICATION OF SERVICE RE: AKIN GUMP 79TH MONTHLY FEE APPLICATION (.3); PREPARE DOCUMENTS FOR FILING AND EMAIL TO C. MCCLAMB (.2); FILE AND SERVE RE: SAME (.2). | S20 | | .70 | 01769 | CMM | 164.50 | 25,217.00 |

```
*********************************************************************************************Page 8 of (17)
                                      WHITEFORD, TAYLOR & PRESTON      THRU 10/31/15
BILLING ATTORNEY: 01762  CHRISTOPHER M. SAMIS     DETAILED  BILLING REPORT     AS OF 11/17/2015 12:26:47 PM
                                      PROFORMA NUMBER:  447977      LAST DATE BILLED 09/25/15
```

| CLIENT 091281 | OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF |
|---|---|
| | NORTEL NETWORKS, INC. |
| MATTER 00001 | NORTEL |
| CASE ID | |

| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 12566208 | 10/15/15 | | CONFERENCE WITH C. MCALLISTER RE: PREPARATION FOR MEDIATION | S1 | | .30 | 01797 | CDM | 96.00 | 25,313.00 |
| 12566209 | 10/15/15 | | EMAILS WITH K. GOOD AND C. MCALLISTER RE: PREPARATION OF AKIN 79TH FEE APPLICATION | S20 | | .10 | 01797 | CDM | 32.00 | 25,345.00 |
| 12566222 | 10/15/15 | | REVIEW AKIN 79TH FEE APPLICATION | S20 | | .50 | 01797 | CDM | 160.00 | 25,505.00 |
| 12590765 | 10/15/15 | | REVIEW AKIN 79TH AUGUST FEE APPLICATION (.1); EMAIL TO M. FAGEN RE: SAME (.1); EMAIL TO C. MCALLISTER, C. MCCLAMB RE: FILING SAME (.1) | S20 | | .30 | 01761 | LKG | 147.00 | 25,652.00 |
| 12590767 | 10/15/15 | | REVIEW ONTARIO COURT OF APPEAL'S DECISION DISMISSING THE CANADIAN PPI APPEAL (2.4) | S16 | | 2.40 | 01761 | LKG | 1,176.00 | 26,828.00 |
| 12567461 | 10/16/15 | | UPDATE FEE APPLICATION CHART FOR COMMITTEE PROFESSIONALS | S20 | | .20 | 01769 | CMM | 47.00 | 26,875.00 |
| 12567465 | 10/16/15 | | PREPARE AND CIRCULATE DAILY DOCKET DISTRIBUTIONS. | S1 | | .20 | 01769 | CMM | 47.00 | 26,922.00 |
| 12567477 | 10/16/15 | | UPDATE MEDIATION BINDERS FOR C. SAMIS AND K. GOOD. | S16 | | .20 | 01769 | CMM | 47.00 | 26,969.00 |
| 12567481 | 10/16/15 | | REVIEW AMENDED PROFORMAS FOR SEPTEMBER BILLING (.3); DRAFT WTP 9TH (SEPT) MONTHLY FEE APPLICATION (1.3). | S19 | | 1.60 | 01769 | CMM | 376.00 | 27,345.00 |
| 12567483 | 10/16/15 | | UPDATE CRITICAL DATES CALENDAR. | S1 | | .50 | 01769 | CMM | 117.50 | 27,462.50 |
| 12567933 | 10/16/15 | | REVIEW COMMITTEE AND US DEBTORS MEDIATION STATEMENTS | S16 | | 1.80 | 01797 | CDM | 576.00 | 28,038.50 |
| 12567935 | 10/16/15 | | REVIEW CRITICAL DATES CALENDAR | S1 | | .20 | 01797 | CDM | 64.00 | 28,102.50 |
| 12567942 | 10/16/15 | | REVIEW WILMINGTON TRUST MEDIATION STATEMENT | S16 | | .70 | 01797 | CDM | 224.00 | 28,326.50 |
| 12567944 | 10/16/15 | | REVIEW BNY MEDIATION STATEMENT | S1 | | .40 | 01797 | CDM | 128.00 | 28,454.50 |
| 12586678 | 10/16/15 | | PARTICIPATE IN WEEKLY COMMITTEE CALL. | S3 | | 1.10 | 01762 | CMS | 566.50 | 29,021.00 |

```
*********************************************************************************************Page 9 of (17)
                                      WHITEFORD, TAYLOR & PRESTON      THRU 10/31/15
BILLING ATTORNEY: 01762  CHRISTOPHER M. SAMIS    DETAILED  BILLING REPORT    AS OF 11/17/2015 12:26:47 PM
                                      PROFORMA NUMBER: 447977      LAST DATE BILLED 09/25/15
```

| CLIENT 091281 | OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF |
|---|---|
| | NORTEL NETWORKS, INC. |
| MATTER 00001 | NORTEL |
| CASE ID | |

| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 12586679 | 10/16/15 | | PREPARE FOR WEEKLY COMMITTEE CALL. | S1 | | .50 | 01762 | CMS | 257.50 | 29,278.50 |
| 12586681 | 10/16/15 | | REVIEW JOINT SNMP MEDIATION STATEMENT. | S16 | | .60 | 01762 | CMS | 309.00 | 29,587.50 |
| 12586684 | 10/16/15 | | E-MAILS TO F. HODARA AND OTHERS RE: JUDGE STARK'S ORDER ON BRIEFING SPECIFICS AND IMPACT OF SAME (.1 X 3). | S16 | | .30 | 01762 | CMS | 154.50 | 29,742.00 |
| 12586693 | 10/16/15 | | REVIEW FINAL DRAFT PROOF OF CLAIM AND RELATED CORRESPONDENCE. | S9 | | 1.20 | 01762 | CMS | 618.00 | 30,360.00 |
| 12593196 | 10/16/15 | | ATTEND COMMITTEE CALL RE: MEDIATION STATEMENTS AND APPELLATE BRIEFING SCHEDULE | S3 | | 1.10 | 01761 | LKG | 539.00 | 30,899.00 |
| 12593198 | 10/16/15 | | REVIEW LETTER AND DRAFT PROOFS OF INTERCOMPANY CLAIMS BY US DEBTORS AGAINST CANADIAN DEBTORS | S9 | | 1.20 | 01761 | LKG | 588.00 | 31,487.00 |
| 12593200 | 10/16/15 | | REVIEW US DEBTORS AND BONDHOLDERS CONFIDENTIAL MEDIATION STATEMENTS (.5X2); REVIEW JOINT STATEMENT REGARDING MEDIATION IN SNMP APPEAL (.2) | S16 | | 1.20 | 01761 | LKG | 588.00 | 32,075.00 |
| 12569331 | 10/19/15 | | REVIEW WTP 8TH FEE APPLICATION CNO | S19 | | .20 | 01797 | CDM | 64.00 | 32,139.00 |
| 12569335 | 10/19/15 | | REVIEW TRADE CLAIMS CONSORTIUM MEDIATION STATEMENT | S16 | | 1.60 | 01797 | CDM | 512.00 | 32,651.00 |
| 12569339 | 10/19/15 | | REVIEW MONITOR'S MEDIATION STATEMENT | S16 | | 1.30 | 01797 | CDM | 416.00 | 33,067.00 |
| 12571187 | 10/19/15 | | REVIEW RECOMMENDATION THAT BANKRUPTCY APPEAL BE WITHDRAWN FROM MANDATORY MEDIATION IN RE: NORTEL NETWORKS UK LIMITED (.1); EMAIL TO C. SAMIS (.1) | S16 | | .20 | 01769 | CMM | 47.00 | 33,114.00 |
| 12571193 | 10/19/15 | | DRAFT NOTICE AND CERTIFICATE OF SERVICE RE: WTP 9TH (SEPT) MONTHLY FEE APPLICATION (.3); REVISE WTP 9TH (SEPT) MONTHLY FEE APPLICATION PER K. GOOD EDITS AND PREPARE FOR FILING (.2); FILE AND SERVE RE: SAME (.2); CALENDAR FILING DEADLINES RE: SAME (.1). | S19 | | .80 | 01769 | CMM | 188.00 | 33,302.00 |
| 12571195 | 10/19/15 | | DRAFT CERTIFICATION OF NO OBJECTION RE: WTP 8TH | S19 | | .30 | 01769 | CMM | 70.50 | 33,372.50 |

```
*****************************************************************************************Page 10 of (17)
                                    WHITEFORD, TAYLOR & PRESTON     THRU 10/31/15
BILLING ATTORNEY: 01762  CHRISTOPHER M. SAMIS    DETAILED  BILLING REPORT     AS OF 11/17/2015 12:26:47 PM
                                    PROFORMA NUMBER: 447977         LAST DATE BILLED 09/25/15


CLIENT 091281         OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
                      NORTEL NETWORKS, INC.
MATTER 00001          NORTEL
CASE ID
```

| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | (AUG) MONTHLY FEE APPLICATION (.1); PREPARE AND FILE RE: SAME (.2). | | | | | | | |
| 12571200 | 10/19/15 | | PREPARE AND CIRCULATE DAILY DOCKET DISTRIBUTIONS. | S1 | | .50 | 01769 | CMM | 117.50 | 33,490.00 |
| 12586734 | 10/19/15 | | E-MAIL TO C. MCALLISTER RE: RECOMMENDATION THAT SNMP APPEAL BE WITHDRAWN FROM MEDIATION. | S16 | | .10 | 01762 | CMS | 51.50 | 33,541.50 |
| 12586748 | 10/19/15 | | E-MAIL TO A. REMMING RE: CNO FOR AUGUST WTP FEE APPLICATION. | S19 | | .10 | 01762 | CMS | 51.50 | 33,593.00 |
| 12586829 | 10/19/15 | | REVIEW AD HOC BONDHOLDER MEDIATION STATEMENT. | S16 | | .40 | 01762 | CMS | 206.00 | 33,799.00 |
| 12586830 | 10/19/15 | | REVIEW U.S. DEBTORS MEDIATION STATEMENT | S16 | | .40 | 01762 | CMS | 206.00 | 34,005.00 |
| 12586831 | 10/19/15 | | REVIEW TRADE CLAIMS CONSORTIUM MEDIATION STATEMENT. | S16 | | .40 | 01762 | CMS | 206.00 | 34,211.00 |
| 12586832 | 10/19/15 | | REVIEW THE BANK OF NEW YORK MELLON MEDIATION STATEMENT. | S16 | | .40 | 01762 | CMS | 206.00 | 34,417.00 |
| 12586833 | 10/19/15 | | REVIEW PBGC MEDIATION STATEMENT. | S16 | | .40 | 01762 | CMS | 206.00 | 34,623.00 |
| 12586834 | 10/19/15 | | REVIEW NNSA CONFLICTS ADMINISTRATOR | S16 | | .40 | 01762 | CMS | 206.00 | 34,829.00 |
| 12586835 | 10/19/15 | | REVIEW EMEA DEBTORS MEDIATION STATEMENT. | S16 | | .40 | 01762 | CMS | 206.00 | 35,035.00 |
| 12586836 | 10/19/15 | | REVIEW UK PENSION CLAIMANTS MEDIATION STATEMENT. | S16 | | .40 | 01762 | CMS | 206.00 | 35,241.00 |
| 12586837 | 10/19/15 | | REVIEW THE MONITOR AND CANADIAN DEBTORS MEDIATION STATEMENT. | S16 | | .40 | 01762 | CMS | 206.00 | 35,447.00 |
| 12586838 | 10/19/15 | | REVIEW THE CCC MEDIATION STATEMENT. | S16 | | .40 | 01762 | CMS | 206.00 | 35,653.00 |
| 12586839 | 10/19/15 | | REVIEW WILMINGTON TRUST MEDIATION STATEMENT. | S16 | | .40 | 01762 | CMS | 206.00 | 35,859.00 |
| 12587165 | 10/19/15 | | E-MAIL TO R. JOHNSON RE: RECOMMENDATION THAT SNMP APPEAL BE WITHDRAWN FROM MEDIATION. | S16 | | .10 | 01762 | CMS | 51.50 | 35,910.50 |
| 12590772 | 10/19/15 | | REVIEW/REVISE WTP SEPTEMBER FEE APPLICATION (.6); | S19 | | .90 | 01761 | LKG | 441.00 | 36,351.50 |

```
***************************************************************************************************Page 11 of (17)
                                        WHITEFORD, TAYLOR & PRESTON      THRU 10/31/15
BILLING ATTORNEY: 01762  CHRISTOPHER M. SAMIS   DETAILED  BILLING REPORT  AS OF 11/17/2015 12:26:47 PM
                                        PROFORMA NUMBER: 447977           LAST DATE BILLED 09/25/15
```

| CLIENT 091281 | | | OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF |
|---|---|---|---|
| | | | NORTEL NETWORKS, INC. |
| MATTER 00001 | | | NORTEL |
| CASE ID | | | |

| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | MEETING WITH C. MCALLISTER RE: REVISIONS TO SAME (.1); EMAIL TO C. MCALLISTER RE: FILING AND SERVICE OF SAME (.1); REVIEW/SIGN CNO FOR AUGUST MONTHLY FEE APPLICATION (.1) | | | | | | | |
| 12590773 | 10/19/15 | | REVIEW DISCLOSURE/CLAIM FILED BY GENERAL BENEFICIAL LP | S9 | | .10 | 01761 | LKG | 49.00 | 36,400.50 |
| 12590775 | 10/19/15 | | REVIEW 81ST MONTHLY FEE APPLICATION OF MORRIS NICHOLS (.1) | S20 | | .10 | 01761 | LKG | 49.00 | 36,449.50 |
| 12590776 | 10/19/15 | | REVIEW U.S. DEBTORS MOTION FOR EXTENSION OF TIME AND OBJECTION TO SNMP RESEARCHS MOTION FOR EXPEDITED HEARING AND RELATED RELIEF ON PLAINTIFFS MOTION FOR PARTIAL SUMMARY JUDGMENT (2.3) | S16 | | 2.30 | 01761 | LKG | 1,127.00 | 37,576.50 |
| 12571211 | 10/20/15 | | UPDATE MEDIATION BINDERS FOR C. SAMIS AND K. GOOD. | S16 | | .40 | 01769 | CMM | 94.00 | 37,670.50 |
| 12571214 | 10/20/15 | | UPDATE FEE APPLICATION CHART FOR WTP 9TH FEE APPLICATION AND 8TH CNO. | S19 | | .20 | 01769 | CMM | 47.00 | 37,717.50 |
| 12571218 | 10/20/15 | | EMAIL LEDES AND EXCEL DATA TO J. SCARBOROUGH RE: WTP 9TH MONTHLY FEE APPLICATION. | S19 | | .10 | 01769 | CMM | 23.50 | 37,741.00 |
| 12571227 | 10/20/15 | | PREPARE AND CIRCULATE DAILY DOCKET DISTRIBUTIONS. | S1 | | .10 | 01769 | CMM | 23.50 | 37,764.50 |
| 12572399 | 10/21/15 | | EMAIL TO K. GOOD RE: ASHURST 79TH MONTHLY FEE APPLICATION CNO (.1); PREPARE AND FILE RE: SAME (.2). | S20 | | .30 | 01769 | CMM | 70.50 | 37,835.00 |
| 12572406 | 10/21/15 | | PREPARE AND CIRCULATE DAILY DOCKET DISTRIBUTIONS. | S1 | | .10 | 01769 | CMM | 23.50 | 37,858.50 |
| 12572416 | 10/21/15 | | EMAIL FROM C. SAMIS RE: APPELLANTS' STATEMENT REGARDING THE RECORD ON APPEAL (.1); EMAIL TO A. REMMING RE: SAME (.2). | S16 | | .30 | 01769 | CMM | 70.50 | 37,929.00 |
| 12574169 | 10/21/15 | | REVIEW LETTER TO JUDGE STARK FROM E&Y | S1 | | .20 | 01797 | CDM | 64.00 | 37,993.00 |

```
****************************************************************************************************Page 12 of (17)
                                        WHITEFORD, TAYLOR & PRESTON      THRU 10/31/15
BILLING ATTORNEY: 01762  CHRISTOPHER M. SAMIS    DETAILED   BILLING REPORT    AS OF 11/17/2015 12:26:47 PM
                                        PROFORMA NUMBER: 447977           LAST DATE BILLED 09/25/15
```

CLIENT 091281           OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
                        NORTEL NETWORKS, INC.
MATTER 00001            NORTEL
CASE ID

| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 12586758 | 10/21/15 | | E-MAILS TO K. GOOD RE: SUBMISSION OF BRIEFING ORDER IN ALLOCATION APPEAL AND ASSISTING MNAT WITH SAME (.1 X 2). | S16 | | .20 | 01762 | CMS | 103.00 | 38,096.00 |
| 12586759 | 10/21/15 | | E-MAILS TO K. GOOD RE: PREPARATION FOR 10/22/15 COMMITTEE CALL (.1 X 2). | S1 | | .20 | 01762 | CMS | 103.00 | 38,199.00 |
| 12590777 | 10/21/15 | | EMAIL TO L. ROBERTS, K. TRUEMAN RE: CNO FOR ASHURST 79TH MONTHLY APPLICATION (.1); REVIEW/SIGN SAME (.1); EMAIL TO C. MCALLISTER RE: FILING SAME (.1) | S20 | | .30 | 01761 | LKG | 147.00 | 38,346.00 |
| 12590778 | 10/21/15 | | REVIEW DRAFT STIPULATION REGARDING APPELLATE BRIEFING SCHEDULE (.2); MEETING WITH C. MCALLISTER RE: COORDINATION WITH MNAT RE: FILING OF SAME (.1); REVIEW REVISED DRAFT AND BLACKLINE RE: SAME (.1) | S16 | | .40 | 01761 | LKG | 196.00 | 38,542.00 |
| 12590781 | 10/21/15 | | EMAIL TO C. SAMIS RE: 10/22 COMMITTEE CALL | S1 | | .10 | 01761 | LKG | 49.00 | 38,591.00 |
| 12590783 | 10/21/15 | | REVIEW LETTER AND PROPOSED SCHEDULING ORDER OF E&Y SENT TO JUDGE STARK (.5); REVIEW LETTER AND PROPOSED SCHEDULING ORDER FROM US DEBTORS (.4); REVIEW LETTER FROM EMEA DEBTORS RE: SAME (.2) | S16 | | 1.10 | 01761 | LKG | 539.00 | 39,130.00 |
| 12574377 | 10/22/15 | | UPDATE FEE APPLICATION CHART FOR COMMITTEE PROFESSIONALS. | S20 | | .10 | 01769 | CMM | 23.50 | 39,153.50 |
| 12574383 | 10/22/15 | | PREPARE AND CIRCULATE DAILY DOCKET DISTRIBUTIONS. | S1 | | .70 | 01769 | CMM | 164.50 | 39,318.00 |
| 12586760 | 10/22/15 | | PARTICIPATE IN WEEKLY COMMITTEE CALL. | S3 | | .80 | 01762 | CMS | 412.00 | 39,730.00 |
| 12586761 | 10/22/15 | | PREPARE FOR WEEKLY COMMITTEE CALL. | S1 | | .30 | 01762 | CMS | 154.50 | 39,884.50 |
| 12586766 | 10/22/15 | | E-MAILS TO F. HODARA RE: ALLOCATION MEDIATION STRATEGY (.1 X 2). | S16 | | .20 | 01762 | CMS | 103.00 | 39,987.50 |
| 12593211 | 10/22/15 | | REVIEW SCHEDULING ORDER FOR MOTIONS FOR PARTIAL SUMMARY JUDGMENT IN SNMP PROCEEDING (.1); REVIEW US DEBTORS THIRD PARTY COMPLAINT IN SNMP | S16 | | .90 | 01761 | LKG | 441.00 | 40,428.50 |

Case 09-10138-MFW   Doc 16313-2   Filed 11/19/15   Page 14 of 17

*********************************************************************************************************Page 13 of (17)

```
                                    WHITEFORD, TAYLOR & PRESTON    THRU 10/31/15
BILLING ATTORNEY: 01762  CHRISTOPHER M. SAMIS   DETAILED  BILLING REPORT   AS OF 11/17/2015 12:26:47 PM
                                    PROFORMA NUMBER: 447977        LAST DATE BILLED 09/25/15
```

CLIENT 091281            OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
                         NORTEL NETWORKS, INC.
MATTER 00001             NORTEL
CASE ID

| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | PROCEEDING (.8) | | | | | | | |
| 12593212 | 10/22/15 | | REVIEW FEE EXAMINERS' REPORT FOR TORYS (.1); REVIEW FEE EXAMINER'S FINAL REPORT FOR CROWELL MORING (.1); REVIEW FEE EXAMINER'S FINAL REPORT RE: RKLS (.1) | S20 | | .30 | 01761 | LKG | 147.00 | 40,575.50 |
| 12575585 | 10/23/15 | | UPDATE CRITICAL DATES CALENDAR. | S1 | | .60 | 01769 | CMM | 141.00 | 40,716.50 |
| 12575602 | 10/23/15 | | PREPARE AND CIRCULATE DAILY DOCKET DISTRIBUTIONS. | S1 | | .10 | 01769 | CMM | 23.50 | 40,740.00 |
| 12576660 | 10/23/15 | | CONFERENCE WITH C. MCALLISTER RE: SNMP CRITICAL DATES | S1 | | .10 | 01797 | CDM | 32.00 | 40,772.00 |
| 12576661 | 10/23/15 | | REVIEW SNMP THIRD PARTY COMPLAINT | S16 | | 1.20 | 01797 | CDM | 384.00 | 41,156.00 |
| 12576662 | 10/23/15 | | REVIEW CRITICAL DATES CALENDAR | S1 | | .40 | 01797 | CDM | 128.00 | 41,284.00 |
| 12576675 | 10/23/15 | | REVIEW BRIEFING SCHEDULE LETTERS | S16 | | .30 | 01797 | CDM | 96.00 | 41,380.00 |
| 12586788 | 10/23/15 | | E-MAIL TO M. FAGEN RE: FILING AND SERVICE OF SEPTEMBER 2015 AKIN FEE APP. | S20 | | .10 | 01762 | CMS | 51.50 | 41,431.50 |
| 12586828 | 10/23/15 | | REVIEW 3RD PARTY COMPLAINT IN SNMP LITIGATION | S16 | | .80 | 01762 | CMS | 412.00 | 41,843.50 |
| 12593215 | 10/23/15 | | REVIEW EXAMINER'S REPORT FOR AKIN GUMP 26TH INTERIM FEE APPLICATION (.1); REVIEW EXAMINER'S REPORT FOR E&Y 26TH INTERIM FEE APPLICATION (.1); REVIEW EXAMINER'S REPORT FOR 26TH INTERIM FEE APPLICATION OF CLEARY GOTTLIEB (.1); EMAIL X3 TO M. MADDOX, T. MINOTT RE: CASSELS BROCK INTERIM REPORT (.2); EMAIL TO M. WUNDER RE: SAME (.1) | S20 | | .60 | 01761 | LKG | 294.00 | 42,137.50 |
| 12593219 | 10/23/15 | | REVIEW SUMMONS AND NOTICE OF PRETRIAL CONFERENCE SERVED ON 3RD PARTY DEFENDANT JOINT ADMINISTRATORS AND FOREIGN REPRESENTATIVES FOR NORTEL NETWORKS UK LIMITED (.1) | S16 | | .10 | 01761 | LKG | 49.00 | 42,186.50 |
| 12593220 | 10/23/15 | | REVIEW SIXTH SUPPLEMENTAL DECLARATION OF JAMES J. REGAN IN SUPPORT OF THE APPLICATION OF THE | S18 | | .10 | 01761 | LKG | 49.00 | 42,235.50 |

```
*************************************************************************************************Page 14 of (17)
                                    WHITEFORD, TAYLOR & PRESTON      THRU 10/31/15
BILLING ATTORNEY: 01762  CHRISTOPHER M. SAMIS    DETAILED  BILLING REPORT    AS OF 11/17/2015 12:26:47 PM
                                    PROFORMA NUMBER:  447977       LAST DATE BILLED 09/25/15
```

| CLIENT 091281 | OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF NORTEL NETWORKS, INC. |
|---|---|
| MATTER 00001 | NORTEL |
| CASE ID | |

| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | DEBTORS PURSUANT TO 11 U.S.C. § 327(E) TO RETAIN AND EMPLOY CROWELL & MORING LLP AS SPECIAL COUNSEL FOR THE DEBTORS NUNC PRO TUNC TO JANUARY 14, 2009 | | | | | | | |
| 12593221 | 10/23/15 | | REVIEW DRAFT MOTION TO CONSOLIDATE APPEALS | S16 | | .50 | 01761 | LKG | 245.00 | 42,480.50 |
| 12582173 | 10/26/15 | | ATTEND COMMITTEE CALL REGARDING MEDIATION | S3 | | 1.70 | 01761 | LKG | 833.00 | 43,313.50 |
| 12582249 | 10/26/15 | | REVIEW AKIN GUMP 80TH MONTHLY FEE APPLICATION (.2); DRAFT NOTICE RE: SAME (.1); DRAFT COS FOR SAME (.1); FINALIZE AND EFILE SAME (.1); EMAIL TO DLS RE: SERVICE OF SAME (.1); REVIEW 80TH MONTHLY APPLICATION OF HURON CONSULTING (.1); REVIEW MONTHLY STAFFING REPORT OF THE MERGIS GROUP FOR SEPTEMBER (.1); EMAIL TO M. WUNDER RE: INTERIM FEE APPLICATIONS AND FEE EXAMINER REPORT (.1); EMAIL TO M. MADDOX, T. MINOTT RE: INTERIM FEE HEARING (.1) | S20 | | 1.00 | 01761 | LKG | 490.00 | 43,803.50 |
| 12586694 | 10/26/15 | | PARTICIPATE IN COMMITTEE CALL ON MEDIATION STRATEGY. | S3 | | 1.70 | 01762 | CMS | 875.50 | 44,679.00 |
| 12586698 | 10/26/15 | | PREPARE FOR COMMITTEE CALL ON MEDIATION STRATEGY. | S1 | | .50 | 01762 | CMS | 257.50 | 44,936.50 |
| 12581439 | 10/27/15 | | EMAIL FROM C. SAMIS RE: AKIN SEPTEMBER FEE APPLICATION. | S20 | | .10 | 01769 | CMM | 23.50 | 44,960.00 |
| 12581463 | 10/27/15 | | PREPARE AND CIRCULATE DAILY DOCKET DISTRIBUTIONS. | S1 | | .10 | 01769 | CMM | 23.50 | 44,983.50 |
| 12582171 | 10/27/15 | | REVIEW NOTICE REGARDING TAKING OF EVIDENCE ABROAD IN CIVIL OR COMMERCIAL MATTERS FILED BY SNMP (.2); REVIEW ORDER RE: SEALED RECORD FOR SNMP APPEAL (.1) | S16 | | .30 | 01761 | LKG | 147.00 | 45,130.50 |
| 12582172 | 10/27/15 | | REVIEW 81ST MONTHLY FEE APPLICATION OF CLEARY GOTTLIEB | S20 | | .20 | 01761 | LKG | 98.00 | 45,228.50 |
| 12586726 | 10/27/15 | | REVIEW CANDIAN BONDHOLDER SETTLEMENT OFFER. | S16 | | .30 | 01762 | CMS | 154.50 | 45,383.00 |

```
*******************************************************************************************************Page 15 of (17)
                                    WHITEFORD, TAYLOR & PRESTON     THRU 10/31/15
BILLING ATTORNEY: 01762   CHRISTOPHER M. SAMIS       DETAILED  BILLING REPORT      AS OF 11/17/2015 12:26:47 PM
                                    PROFORMA NUMBER: 447977        LAST DATE BILLED 09/25/15
```

| CLIENT 091281 | OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF NORTEL NETWORKS, INC. |
|---|---|
| MATTER 00001 | NORTEL |
| CASE ID | |

| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 12586727 | 10/27/15 | | E-MAIL TO R. JOHNSON RE: ADOPTION OF REPORT AND RECOMMENDATION BY JUDGE STARK. | S16 | | .10 | 01762 | CMS | 51.50 | 45,434.50 |
| 12581482 | 10/28/15 | | UPDATE OUTLOOK CALENDARS RE: FEE APPLICATION FILING DEADLINES FOR AKIN GUMP. | S20 | | .10 | 01769 | CMM | 23.50 | 45,458.00 |
| 12586855 | 10/28/15 | | E-MAILS TO D. BOTTER RE: STATUS OF MEDIATION (.1 X 3). | S16 | | .30 | 01762 | CMS | 154.50 | 45,612.50 |
| 12593301 | 10/28/15 | | REVIEW ADDITIONAL ITEM FOR DESIGNATION FOR SNMP APPEAL FILED BY US DEBTORS (.1) | S16 | | .10 | 01761 | LKG | 49.00 | 45,661.50 |
| 12593302 | 10/28/15 | | REVIEW AND ANALYZE MEDIATOR REQUEST AND FINANCIAL ANALYSIS OF JUDGMENT (.2) | S16 | | .20 | 01761 | LKG | 98.00 | 45,759.50 |
| 12586844 | 10/29/15 | | REVIEW 65TH CROWELL & MORING FEE APPLICATION. | S20 | | .20 | 01762 | CMS | 103.00 | 45,862.50 |
| 12586845 | 10/29/15 | | REVIEW 81ST CLEARY FEE APPLICATION. | S20 | | .30 | 01762 | CMS | 154.50 | 46,017.00 |
| 12586846 | 10/29/15 | | REVIEW SEPTEMBER 2015 MERGIS STAFFING REPORT. | S20 | | .20 | 01762 | CMS | 103.00 | 46,120.00 |
| 12586847 | 10/29/15 | | REVIEW 80TH HURON FEE APPLCIATION. | S20 | | .30 | 01762 | CMS | 154.50 | 46,274.50 |
| 12586848 | 10/29/15 | | REVIEW 81ST MNAT FEE APPLICATION. | S20 | | .20 | 01762 | CMS | 103.00 | 46,377.50 |
| 12586849 | 10/29/15 | | REVIEW 26TH OCP REPORT. | S20 | | .20 | 01762 | CMS | 103.00 | 46,480.50 |
| 12586850 | 10/29/15 | | REVIEW PWC SETTLEMENT OUTCOME CHART. | S16 | | .30 | 01762 | CMS | 154.50 | 46,635.00 |
| 12586877 | 10/29/15 | | E-MAILS TO F. HODARA AND OTHERS RE: STARK ORAL RULING ON BRIEFING. | S16 | | .20 | 01762 | CMS | 103.00 | 46,738.00 |
| 12586882 | 10/29/15 | | E-MAIL TO F. HODARA AND OTHERS RE: SCHEDULING OF ORAL ARGUMENT IN ALLOCATION APPEAL. | S16 | | .10 | 01762 | CMS | 51.50 | 46,789.50 |
| 12587166 | 10/29/15 | | PARTICIPATE IN POST-MEDIATION COMMITTEE CALL. | S16 | | .70 | 01762 | CMS | 360.50 | 47,150.00 |
| 12587167 | 10/29/15 | | PREPARE FOR POST-MEDIATION COMMITTEE CALL. | S16 | | 1.10 | 01762 | CMS | 566.50 | 47,716.50 |
| 12587209 | 10/29/15 | | DRAFT EXHIBIT B FOR 26TH INTERIM FEE ORDER. | S20 | | 1.40 | 01769 | CMM | 329.00 | 48,045.50 |

```
*******************************************************************************************Page 16 of (17)
                                    WHITEFORD, TAYLOR & PRESTON         THRU 10/31/15
BILLING ATTORNEY: 01762  CHRISTOPHER M. SAMIS    DETAILED  BILLING REPORT   AS OF 11/17/2015 12:26:47 PM
                                    PROFORMA NUMBER: 447977              LAST DATE BILLED 09/25/15
```

CLIENT 091281         OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
                      NORTEL NETWORKS, INC.
MATTER 00001          NORTEL
CASE ID

| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 12587211 | 10/29/15 | | PREPARE AND CIRCULATE DAILY DOCKET DISTRIBUTIONS. | S1 | | .30 | 01769 | CMM | 70.50 | 48,116.00 |
| 12593222 | 10/29/15 | | ATTEND COMMITTEE CALL RE: MEDIATION AND SETTLEMENT DISCUSSIONS | S3 | | .70 | 01761 | LKG | 343.00 | 48,459.00 |
| 12593224 | 10/29/15 | | REVIEW AGENDA CANCELING 11/3 HEARING | S10 | | .10 | 01761 | LKG | 49.00 | 48,508.00 |
| 12598062 | 10/29/15 | | REVIEW 65TH APPLICATION OF CROWELL & MORING | S20 | | .10 | 01761 | LKG | 49.00 | 48,557.00 |
| 12593226 | 10/30/15 | | REVIEW STIPULATION TO EXTEND BRIEFING DEADLINES IN PPI APPEAL. | S16 | | .10 | 01762 | CMS | 51.50 | 48,608.50 |
| 12593227 | 10/30/15 | | E-MAIL TO B. KAHN RE: STIPULATION EXTENDING BRIEFING DEADLINES IN PPI APPEAL. | S16 | | .10 | 01762 | CMS | 51.50 | 48,660.00 |
| 12593228 | 10/30/15 | | E-MAIL TO T. MINOTT RE: STIPULATION EXTENDING BRIEFING DEADLINES IN PPI APPEAL. | S16 | | .10 | 01762 | CMS | 51.50 | 48,711.50 |
| 12594097 | 10/30/15 | | PREPARE AND CIRCULATE DAILY DOCKET DISTRIBUTIONS. | S1 | | .30 | 01769 | CMM | 70.50 | 48,782.00 |
| 12594104 | 10/30/15 | | UPDATE CRITICAL DATES CALENDAR. | S1 | | .20 | 01769 | CMM | 47.00 | 48,829.00 |
| 12594253 | 10/30/15 | | REVIEW PROPOSED ORDER RE: BRIEFING SCHEDULE | S16 | | .20 | 01761 | LKG | 98.00 | 48,927.00 |
| 12594559 | 10/30/15 | | REVIEW CRITICAL DATES CALENDAR | S1 | | .20 | 01797 | CDM | 64.00 | 48,991.00 |
| 12597833 | 10/30/15 | | REVIEW COURT'S ORAL ORDER REGARDING BRIEFING (.2) | S16 | | .20 | 01761 | LKG | 98.00 | 49,089.00 |
| 12597834 | 10/30/15 | | REVIEW AGENDA CANCELING 11/3 HEARING | S10 | | .10 | 01761 | LKG | 49.00 | 49,138.00 |