# **<u>EXHIBIT B</u>**

```
*****************************************************************************************Page 17 of (17)
                                           WHITEFORD, TAYLOR & PRESTON       THRU 10/31/15
BILLING ATTORNEY: 01762  CHRISTOPHER M. SAMIS   DETAILED  BILLING REPORT     AS OF 11/17/2015 12:26:47 PM
                                           PROFORMA NUMBER: 447977           LAST DATE BILLED 09/25/15

CLIENT 091281            OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
                         NORTEL NETWORKS, INC.
MATTER 00001             NORTEL
CASE ID
```

                        ***DISBURSEMENTS ***

| INDEX | DATE | REFER-# | CODE | CTRL-# | TKPR | | AMOUNT | |
|---|---|---|---|---|---|---|---|---|
| | | | 10 | | | PHOTOCOPIES | | .20 |
| 4074652 | 10/19/15 | | 101 | | 01762 | DLS DISCOVERY - COURIER EXPENSE-RUSH DELIVERY-BANKRUPTCY COURT | 7.50 | |
| | | | *101 | | | COURIER EXPENSE | | 7.50 |
| 4074648 | 10/02/15 | | 44 | | 01762 | COPIES DLS DISCOVERY - COPY/PRINT; ENVELOPE; POSTAGE; HAND DELIVERY W BANKRUPTCY SERVICE | 50.14 | |
| 4074649 | 10/07/15 | | 44 | | 01762 | COPIES DLS DISCOVERY - COPY/PRINT; ENVELOPE; POSTAGE; HAND DELIVERY W BANKRUPTCY SERVICE; PDF EMAILED TO CLIENT | 84.03 | |
| 4074650 | 10/07/15 | | 44 | | 01762 | COPIES DLS DISCOVERY - PRINT B/W FROM TIFF OR PDF; RING BINDERS; TABS CUSTOM | 88.80 | |
| 4074651 | 10/16/15 | | 44 | | 01762 | DLS DISCOVERY - COPIES-COPY/PRINT; ENVELOPE; VARIOUS POSTAGE; | 730.97 | |
| 4074654 | 10/22/15 | | 44 | | 01762 | COPIES DLS DISCOVERY - COPY/PRINT; ENVELOPE; PRINTING ON LABEL STOCK; PDF EMAILED TO CLIENT; POSTAGE; HAND DELIVERY W BANKRUPTCY SERVICE | 99.18 | |
| 4074653 | 10/22/15 | | 44 | | 01762 | COPIES DLS DISCOVERY - TABS CUSTOM | 24.75 | |
| 4074655 | 10/26/15 | | 44 | | 01762 | COPIES DLS DISCOVERY - COPY/PRINT; PRINTING ON LABEL STOCK; ENVELOPE/POSTAGE;PDF EMAILED TO CLIENT; HAND DELIVERY W BANKRUPTCY SERVICE | 62.66 | |
| 4074656 | 10/29/15 | | 44 | | 01762 | COPIES DLS DISCOVERY -COPY/PRINT; ENVELOPE; PDF EMAILED TO CLIENT; POSTAGE; PRINTING ON LABEL STOCK | 74.39 | |
| | | | *44 | | | COPIES | | 1,214.92 |

                                       *TOTAL DISBURSEMENTS*    1,222.62