## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-----------------------------------------------------------X

|  |  |  |
|---|---|---|
| *In re* | : | Chapter 11 |
|  | : |  |
| Nortel Networks Inc., *et al.*,[1] | : | Case No. 09-10138 (KG) |
|  | : |  |
| Debtors. | : | Jointly Administered |
|  | : |  |
|  | : | **Hearing Date: TBD** |

-----------------------------------------------------------X

### TWENTY-SEVENTH QUARTERLY FEE APPLICATION REQUEST OF CLEARY GOTTLIEB STEEN & HAMILTON LLP, AS ATTORNEYS FOR DEBTORS AND DEBTORS-IN-POSSESSION, FOR THE PERIOD AUGUST 1, 2015 THROUGH OCTOBER 31, 2015

In accordance with the Administrative Order, under 11 U.S.C. §§ 105(a) and 331

Establishing Procedures for Interim Compensation and Reimbursement of Expenses for

Professionals, dated February 4, 2009 [D.I. 222] (the "Monthly Compensation Order"), Cleary

Gottlieb Steen & Hamilton LLP ("Cleary Gottlieb") hereby submits its Twenty-Seventh

Quarterly Fee Application Request (the "Request") for the period August 1, 2015 through and

including October 31, 2015 (the "Application Period").[2]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

[2] Exhibits A and B attached to the monthly applications for August 2015 [D.I. 16185], September 2015 [D.I. 16273] and October 2015 [D.I. 16304] contain detailed listings of Cleary Gottlieb's requested fees and expenses for the Application Period.

Cleary Gottlieb seeks approval for the following fee applications that were filed in

the Application Period:

| Fee Application Filing Date [Docket No.] | Period Covered By App. | Total Fees Requested | Total Expenses Requested in Fee App. | Certificate of No Objection ("CNO") Filing Date [Docket No.] | Total Expenses Requested in CNO | Amount of Fees Allowed (80%) | Amount of Expenses Allowed (100%) | Amount of Holdback Fees and Expenses Sought |
|---|---|---|---|---|---|---|---|---|
| 9/23/15 [D.I. 16185] | 8/1/15 – 8/31/15 | $960,133.50 | $51,546.58 | 10/15/15 [D.I. 16233] | $51,546.58 | $768,106.80 | $51,546.58 | $192,026.70 |
| 10/27/15 [D.I. 16273] | 9/1/15 – 9/30/15 | $834,426.00 | $58,113.97 | 11/18/15 [D.I. 16307] | $58,113.97 | $667,540.80 | $58,113.97 | $166,885.20 |
| 11/17/15 [D.I. 16304] | 10/1/15 – 10/31/15 | $1,201,872.00 | $52,810.52 | Pending | $52,810.52 | $961,497.60 | $52,810.52 | $240,374.40 |
| **TOTAL** | | **$2,996,431.50** | **$162,471.07** | | **$162,471.07** | **$2,397,145.20** | **$162,471.07** | **$599,286.30** |

In accordance with the Monthly Compensation Order, Cleary Gottlieb seeks interim

approval of the full amount of fees and expenses requested in the above-referenced fee

applications and payment by the Debtors of the amount requested in such fee applications in full.

WHEREFORE, Cleary Gottlieb respectfully requests that the Court enter the order

attached hereto as Exhibit A and grant Cleary Gottlieb such other and further relief as is just and

proper.

Dated:  November 20, 2015        CLEARY GOTTLIEB STEEN & HAMILTON LLP
        Wilmington, Delaware

                                James L. Bromley
                                Lisa M. Schweitzer
                                One Liberty Plaza
                                New York, New York 10006
                                Telephone:  (212) 225-2000
                                Facsimile:  (212) 225-3999

                                *Counsel for the Debtors and Debtors in Possession*

2

**CUMULATIVE COMPENSATION SUMMARY
BY PROFESSIONAL FOR APPLICATION PERIOD**[3]

Nortel Networks Inc., *et al.*
(Case No. 09-10138 (KG))

August 1, 2015 through October 31, 2015

| Name of Professional Person | Position of the Applicant, Area of Expertise, Year of Call, and Approximate Number of Years in Current Position | Hourly Billing Rate[4] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| GURGEL, MATTHEW G. | Associate - Litigation (called to the bar in 2011; 5 years in current position) | $775.00 | 347.70 | $269,467.50 |
| STEIN, DARRYL G. | Associate - Litigation (called to the bar in 2012; 4 years in current position) | 735.00 | 297.70 | 218,809.50 |
| CANTWELL, PHILIP A. | Associate - Bankruptcy, Litigation (called to the bar in 2013; 2 years in current position) | 695.00 | 266.20 | 185,009.00 |
| BROMLEY, JAMES L. | Partner - Bankruptcy, Litigation (called to the bar in 1990; 16 years in current position) | 1,210.00 | 258.70 | 313,027.00 |
| GIANIS, MARGOT A. | Associate - Litigation (called to the bar in 2013; 2 years in current position) | 630.00 | 256.70 | 161,721.00 |
| SHERIDAN, KATHERINE M. | Associate - Litigation (called to the bar in 2011; 1 year in current position) | 735.00 | 228.70 | 168,094.50 |
| BYAM, ELIZABETH D. | Associate - Litigation (called to the bar in 2014; 2 years in current position) | 630.00 | 204.80 | 129,024.00 |
| GRAHAM, ASHLEY | Staff Attorney - Litigation (called to the bar in 2011; less than 1 year in current position) | 380.00 | 201.70 | 76,646.00 |
| CAVANAGH, JUSTIN | Temp. Attorney | 205.00 | 195.20 | 40,016.00 |
| DOMPIERRE, YVONNE | Temp. Attorney | 205.00 | 188.60 | 38,663.00 |
| SCHWEITZER, LISA M. | Partner - Bankruptcy, Litigation (called to the bar in 1996; 9 years in current position) | 1,190.00 | 171.20 | 203,728.00 |

---

[3]    Arranged in descending order according to Total Billed Hours.

[4]    Cleary Gottlieb's fees for the Application Period are based on the customary compensation charged by comparably skilled professionals in cases other than those under Title 11 of the United States Code.

| Name of Professional Person | Position of the Applicant, Area of Expertise, Year of Call, and Approximate Number of Years in Current Position | Hourly Billing Rate[4] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| SPENCER, QUYEN | Temp. Attorney | 205.00 | 170.30 | 34,911.50 |
| MCKAY, ELYSE | Paralegal | 285.00 | 157.80 | 44,973.00 |
| SETREN, KIRA | Paralegal | 255.00 | 151.00 | 38,505.00 |
| ECKENROD, RUSSELL D. | Associate - Bankruptcy (called to the bar in 2010; 5 years in current position) | 785.00 | 150.20 | 117,907.00 |
| MURTAGH, HUGH K. | Associate - Litigation, Bankruptcy (called to the bar in 2012; 3 years in current position) | 735.00 | 119.50 | 87,832.50 |
| BALL, OLENA | Temp. Attorney | 205.00 | 117.00 | 23,985.00 |
| DARSON, STEVEN J. | Temp. Attorney | 205.00 | 117.00 | 23,985.00 |
| DIEUVIL, JOSEPH | Temp. Attorney | 205.00 | 115.90 | 23,759.50 |
| BLOCH, AARON | Temp. Attorney | 205.00 | 103.70 | 21,258.50 |
| CUSACK, NICOLE | Project Attorney - Litigation (called to the bar in 2009; 1 year in current position) | 380.00 | 103.30 | 39,254.00 |
| HAKKENBERG, LUCAS | Law Clerk - Litigation (not yet called to the bar; less than 1 year in current position) | 465.00 | 102.70 | 47,755.50 |
| LOBACHEVA, ANASTASIYA | Paralegal | 255.00 | 102.10 | 26,035.50 |
| DAURIA, SOPHIA | Paralegal | 255.00 | 83.10 | 21,190.50 |
| O'KEEFE, PETER M. | Paralegal | 345.00 | 83.10 | 28,669.50 |
| ROSENTHAL, JEFFREY A. | Partner - Litigation (called to the bar in 1992; 14 years in current position) | 1,210.00 | 82.50 | 99,825.00 |
| GATTI, JOHN | Temp. Attorney | 205.00 | 76.00 | 15,580.00 |
| RUIZ, ANTHONY M. | Associate - Litigation, Bankruptcy (called to the bar in 2015; 1 year in current position) | 545.00 | 75.80 | 41,311.00 |
| GONZALEZ, EDUARDO | Paralegal | 255.00 | 71.10 | 18,130.50 |
| RYLANDER, JASON A. | Staff Attorney - Litigation (called to the bar in 2009; 4 years in current position) | 380.00 | 70.50 | 26,790.00 |
| LIPNER, LOUIS A. | Associate - Bankruptcy, Corporate (called to the bar in 2010; 7 years in current position) | 785.00 | 65.10 | 51,103.50 |
| HERRINGTON, DAVID H. | Counsel - Litigation (called to the bar in 1993; 11 years in current position) | 1,005.00 | 64.70 | 65,023.50 |

| Name of Professional Person | Position of the Applicant, Area of Expertise, Year of Call, and Approximate Number of Years in Current Position | Hourly Billing Rate[4] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| HAILEY, KARA A. | Senior Attorney - Corporate, Bankruptcy (called to the bar in 1999; 6 years in current position) | 930.00 | 62.40 | 58,032.00 |
| ROZENBERG, INNA | Senior Attorney - Litigation (called to the bar in 2001; 7 years in current position) | 930.00 | 48.40 | 45,012.00 |
| MALONE, LEAH | Associate - Employee Benefits (called to the bar in 2009; 7 years in current position) | 785.00 | 44.20 | 34,697.00 |
| GALLAGHER, ERIN C. | Law Clerk - Litigation (not yet called to the bar; less than 1 year in current position) | 465.00 | 42.30 | 19,669.50 |
| REDWAY, RYAN S. | Law Clerk - Litigation (not yet called to the bar; less than 1 year in current position) | 465.00 | 29.10 | 13,531.50 |
| LIVINGSTON, MATTHEW | Law Clerk - Bankruptcy (not yet called to the bar; less than 1 year in current position) | 465.00 | 28.80 | 13,392.00 |
| MILANO, LISA M. | Litigation Technology Specialist | 265.00 | 27.00 | 7,155.00 |
| BLOCK, ELIZABETH | Associate - Litigation (called to the bar in 2013; 3 years in current position) | 695.00 | 23.80 | 16,541.00 |
| HONG, JENNA | Temp. Attorney | 380.00 | 21.70 | 8,246.00 |
| PARTHUM, MICHELLE J. | Associate - Litigation (called to the bar in 2012; 3 years in current position) | 735.00 | 15.90 | 11,686.50 |
| QUEEN, DANIEL D. | Associate - Litigation (called to the bar in 2011; 5 years in current position) | 765.00 | 15.10 | 11,551.50 |
| BROD, CRAIG B. | Partner - Corporate (called to the bar in 1981; 26 years in current position) | 1,210.00 | 12.60 | 15,246.00 |
| EBER, ALEXANDRA | Associate - Litigation (called to the bar in 2015; 1 year in current position) | 545.00 | 12.30 | 6,703.50 |
| DERNOVSKY, YULIA | Project Attorney - Litigation (called to the bar in ; 1 year in current position) | 380.00 | 11.50 | 4,370.00 |
| MCCOWN, ALEXANDRA S. | Associate - Litigation (called to the bar in 2012; 4 years in current position) | 735.00 | 10.90 | 8,011.50 |
| KOTORIC, AJLIN | Paralegal | 285.00 | 8.40 | 2,394.00 |

| Name of Professional Person | Position of the Applicant, Area of Expertise, Year of Call, and Approximate Number of Years in Current Position | Hourly Billing Rate[4] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| HERRMANN, TRACY L. | Associate - Litigation (called to the bar in 2015; 1 year in current position) | 545.00 | 7.80 | 4,251.00 |
| XU, DONG N. | Associate - Litigation (called to the bar in 2014; 3 years in current position) | 695.00 | 6.00 | 4,170.00 |
| BAGARELLA, LAURA | Associate - Employee Benefits (called to the bar in 2010; 6 years in current position) | 775.00 | 5.90 | 4,572.50 |
| VANLARE, JANE | Associate - Bankruptcy (called to the bar in 2008; 5 years in current position) | 785.00 | 5.10 | 4,003.50 |
| WHATLEY, CAROL A. | Assistant Managing Clerk | 165.00 | 5.10 | 841.50 |
| ZELBO, HOWARD S. | Partner - Litigation (called to the bar in 1985; 21 years in current position) | 1,210.00 | 0.30 | 363.00 |
| **TOTAL HOURS:** | | | **5,244.20** | |
| **GRAND TOTAL:** | | | | **$2,996,431.50** |

## CUMULATIVE COMPENSATION BY PROJECT CATEGORY
## FOR APPLICATION PERIOD

Nortel Networks Inc., *et al.*
(Case No. 09-10138 (KG))

August 1, 2015 through October 31, 2015

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration | 308.20 | $237,076.00 |
| Claims Administration and Objections | 750.40 | 448,059.50 |
| Employee Matters | 146.40 | 118,538.00 |
| Tax | 0.20 | 242.00 |
| Fee and Employment Applications | 147.90 | 72,485.00 |
| Litigation | 2,526.30 | 1,157,520.50 |
| Allocation/Claims Litigation | 1,364.80 | 962,510.50 |
| **TOTAL** | **5,244.20** | **$2,996,431.50** |

**CUMULATIVE EXPENSE SUMMARY**
**FOR APPLICATION PERIOD**

Nortel Networks Inc., *et al.*
(Case No. 09-10138 (KG))

August 1, 2015 through October 31, 2015

| Expense Category | | Total Expenses |
|---|---|---|
| Telephone | | $418.88 |
| Travel – Transportation | | 6,022.33 |
| Travel – Lodging | | 1,903.36 |
| Travel – Meals | | 341.83 |
| Mailing and Shipping Charges | | 426.96 |
| Duplicating Charges (at $0.10/page) | | 2,621.90 |
| Color Duplicating Charges (at $0.65/page) | | 66.95 |
| Legal Research | Lexis | 2,107.98 |
| | Westlaw | 19,514.74 |
| | Pacer | 5,341.40 |
| Late Work – Meals | | 3,044.13 |
| Late Work – Transportation | | 5,902.08 |
| Conference Meals | | 1,710.36 |
| Other Charges | | 70,852.17 |
| Expert Expenses | | 42,196.00 |
| **Grand Total Expenses** | | **$162,471.07** |