**EXHIBIT C**

Legal*16673682.4

## DISBURSEMENT SUMMARY
## AUGUST 1 TO AUGUST 31, 2015
### (All Amounts in Canadian Dollars)

| Non-Taxable Disbursements | |
|---|---|
| Copies | $ 394.60 |
| Binding, Tabs, Disks, etc | $ 57.79 |
| Library Computer Searches | $ 123.50 |
| Travel / Ground Transportation | $ 13.27 |
| Telephone / Long Distance/Conference Calls | $ 42.33 |
| Agency Fees and Disbursements | $ 212.00 |
| **Total Non-Taxable Disbursements** | **$ 843.49 CDN.** |