# EXHIBIT D

CASSELS BROCK & BLACKWELL LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.

Invoice # 1971817

Matter # 46992-00001

## Disbursement Details:

| Date | Narrative | Quantity | Amount |
|------|-----------|---------:|-------:|
| 7/27/2015 | Telephone - BELL CONFERENCING INC., INV#111406684 | 1 | 10.29 |
| 8/4/2015 | Copies | 54 | 5.40 |
| 8/4/2015 | Copies | 5 | 0.50 |
| 8/4/2015 | Copies | 2 | 0.20 |
| 8/4/2015 | Copies | 2 | 0.20 |
| 8/4/2015 | Copies | 5 | 0.50 |
| 8/4/2015 | Copies | 12 | 1.20 |
| 8/4/2015 | Copies | 10 | 1.00 |
| 8/4/2015 | Copies | 1 | 0.10 |
| 8/4/2015 | Copies | 27 | 2.70 |
| 8/4/2015 | Copies | 18 | 1.80 |
| 8/5/2015 | Copies | 2 | 0.20 |
| 8/5/2015 | Copies | 2 | 0.20 |
| 8/5/2015 | Copies | 2 | 0.20 |
| 8/5/2015 | Copies | 1 | 0.10 |
| 8/5/2015 | Copies | 4 | 0.40 |
| 8/5/2015 | Copies | 7 | 0.70 |
| 8/5/2015 | Copies | 3 | 0.30 |
| 8/5/2015 | Copies | 7 | 0.70 |
| 8/5/2015 | Copies | 20 | 2.00 |
| 8/5/2015 | Copies | 34 | 3.40 |
| 8/5/2015 | Copies | 405 | 40.50 |
| 8/5/2015 | Copies | 2 | 0.20 |
| 8/5/2015 | Copies | 21 | 2.10 |
| 8/5/2015 | Copies | 22 | 2.20 |
| 8/5/2015 | Copies | 2 | 0.20 |
| 8/5/2015 | Copies | 5 | 0.50 |
| 8/5/2015 | Copies | 2 | 0.20 |
| 8/5/2015 | Copies | 8 | 0.80 |
| 8/5/2015 | Copies | 3 | 0.30 |
| 8/5/2015 | Copies | 2 | 0.20 |
| 8/5/2015 | Copies | 2 | 0.20 |
| 8/5/2015 | Copies | 17 | 1.70 |
| 8/5/2015 | Copies | 2 | 0.20 |
| 8/5/2015 | Binding, Tabs, Disks, etc | 1 | 4.59 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.

Invoice # 1971817

Matter # 46992-00001

| Date | Narrative | Quantity | Amount |
|------|-----------|----------|--------|
| 8/5/2015 | Library Computer Searches - West Law Bill for D. DiPardo | 1 | 105.00 |
| 8/6/2015 | Copies | 14 | 1.40 |
| 8/6/2015 | Copies | 2 | 0.20 |
| 8/6/2015 | Copies | 5 | 0.50 |
| 8/6/2015 | Copies | 5 | 0.50 |
| 8/6/2015 | Copies | 2 | 0.20 |
| 8/6/2015 | Copies | 18 | 1.80 |
| 8/6/2015 | Copies | 16 | 1.60 |
| 8/6/2015 | Copies | 10 | 1.00 |
| 8/6/2015 | Copies | 20 | 2.00 |
| 8/6/2015 | Copies | 10 | 1.00 |
| 8/6/2015 | Copies | 8 | 0.80 |
| 8/6/2015 | Copies | 18 | 1.80 |
| 8/6/2015 | Copies | 12 | 1.20 |
| 8/6/2015 | Copies | 20 | 2.00 |
| 8/6/2015 | Copies | 8 | 0.80 |
| 8/6/2015 | Copies | 5 | 0.50 |
| 8/6/2015 | Copies | 2 | 0.20 |
| 8/6/2015 | Copies | 3 | 0.30 |
| 8/6/2015 | Copies | 10 | 1.00 |
| 8/6/2015 | Copies | 5 | 0.50 |
| 8/6/2015 | Parking on August 3, 2015, Inv#4215 | 1 | 13.27 |
| 8/6/2015 | Copies | 8 | 0.80 |
| 8/6/2015 | Copies | 4 | 0.40 |
| 8/6/2015 | Library Computer Searches - West Law Bill for D. DiPardo | 1 | 18.50 |
| 8/7/2015 | Copies | 3 | 0.30 |
| 8/7/2015 | Copies | 5 | 0.50 |
| 8/7/2015 | Copies | 3 | 0.30 |
| 8/7/2015 | Copies | 2 | 0.20 |
| 8/7/2015 | Copies | 2 | 0.20 |
| 8/7/2015 | Copies | 17 | 1.70 |
| 8/7/2015 | Copies | 4 | 0.40 |
| 8/7/2015 | Copies | 6 | 0.60 |
| 8/7/2015 | Copies | 7 | 0.70 |
| 8/7/2015 | Copies | 5 | 0.50 |
| 8/7/2015 | Copies | 15 | 1.50 |
| 8/7/2015 | Copies | 2 | 0.20 |

Account is due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one
Legal*8893405.5 month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP                    Invoice # 1971817
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                  Matter # 46992-00001

| Date | Narrative | Quantity | Amount |
|------|-----------|----------|--------|
| 8/7/2015 | Copies | 3 | 0.30 |
| 8/7/2015 | Copies | 17 | 1.70 |
| 8/7/2015 | Copies | 4 | 0.40 |
| 8/7/2015 | Copies | 3 | 0.30 |
| 8/7/2015 | Copies | 5 | 0.50 |
| 8/7/2015 | Copies | 4 | 0.40 |
| 8/7/2015 | Copies | 7 | 0.70 |
| 8/7/2015 | Copies | 6 | 0.60 |
| 8/7/2015 | Copies | 2 | 0.20 |
| 8/7/2015 | Copies | 5 | 0.50 |
| 8/7/2015 | Copies | 2 | 0.20 |
| 8/7/2015 | Copies | 3 | 0.30 |
| 8/7/2015 | Copies | 10 | 1.00 |
| 8/7/2015 | Copies | 6 | 0.60 |
| 8/7/2015 | Copies | 3 | 0.30 |
| 8/7/2015 | Copies | 2 | 0.20 |
| 8/7/2015 | Copies | 3 | 0.30 |
| 8/10/2015 | Agency Fees and Disbursements - RELIABLE PROCESS SERVERS = INVOICE #:68474 JULY 29/15 | 1 | 85.00 |
| 8/10/2015 | Agency Fees and Disbursements - RELIABLE PROCESS SERVERS = INVOICE #:68474 JULY 29/15 | 1 | 127.00 |
| 8/10/2015 | Copies | 2 | 0.20 |
| 8/10/2015 | Copies | 2 | 0.20 |
| 8/10/2015 | Copies | 11 | 1.10 |
| 8/10/2015 | Copies | 3 | 0.30 |
| 8/10/2015 | Copies | 2 | 0.20 |
| 8/10/2015 | Copies | 3 | 0.30 |
| 8/10/2015 | Copies | 14 | 1.40 |
| 8/10/2015 | Copies | 4 | 0.40 |
| 8/10/2015 | Copies | 24 | 2.40 |
| 8/10/2015 | Copies | 16 | 1.60 |
| 8/10/2015 | Copies | 5 | 0.50 |
| 8/10/2015 | Copies | 3 | 0.30 |
| 8/10/2015 | Copies | 9 | 0.90 |
| 8/10/2015 | Copies | 2 | 0.20 |
| 8/10/2015 | Copies | 11 | 1.10 |
| 8/10/2015 | Copies | 3 | 0.30 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP                    Invoice # 1971817
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                        Matter # 46992-00001

| Date | Narrative | Quantity | Amount |
|------|-----------|----------|--------|
| 8/10/2015 | Copies | 3 | 0.30 |
| 8/10/2015 | Copies | 6 | 0.60 |
| 8/10/2015 | Copies | 5 | 0.50 |
| 8/10/2015 | Copies | 6 | 0.6 |
| 8/10/2015 | Copies | 4 | 0.4 |
| 8/10/2015 | Copies | 9 | 0.9 |
| 8/10/2015 | Copies | 9 | 0.9 |
| 8/11/2015 | Copies | 2 | 0.2 |
| 8/11/2015 | Copies | 4 | 0.4 |
| 8/11/2015 | Copies | 4 | 0.4 |
| 8/11/2015 | Copies | 2 | 0.2 |
| 8/11/2015 | Copies | 10 | 1 |
| 8/11/2015 | Copies | 8 | 0.8 |
| 8/11/2015 | Copies | 11 | 1.1 |
| 8/11/2015 | Copies | 2 | 0.2 |
| 8/12/2015 | Copies | 7 | 0.7 |
| 8/12/2015 | Copies | 2 | 0.2 |
| 8/12/2015 | Copies | 9 | 0.9 |
| 8/12/2015 | Copies | 3 | 0.3 |
| 8/12/2015 | Copies | 3 | 0.3 |
| 8/12/2015 | Copies | 3 | 0.3 |
| 8/12/2015 | Copies | 9 | 0.9 |
| 8/12/2015 | Copies | 9 | 0.9 |
| 8/12/2015 | Copies | 9 | 0.9 |
| 8/12/2015 | Copies | 2 | 0.2 |
| 8/12/2015 | Copies | 1 | 0.1 |
| 8/12/2015 | Copies | 6 | 0.6 |
| 8/12/2015 | Copies | 3 | 0.3 |
| 8/12/2015 | Copies | 14 | 1.4 |
| 8/12/2015 | Copies | 7 | 0.7 |
| 8/13/2015 | Binding, Tabs, Disks, etc | 1 | 2.75 |
| 8/13/2015 | Copies | 33 | 3.3 |
| 8/13/2015 | Copies | 33 | 3.3 |
| 8/13/2015 | Copies | 33 | 3.3 |
| 8/13/2015 | Copies | 1 | 0.1 |
| 8/13/2015 | Copies | 1 | 0.1 |
| 8/13/2015 | Copies | 33 | 3.3 |
| 8/13/2015 | Copies | 2 | 0.2 |
| 8/13/2015 | Copies | 11 | 1.1 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP                    Invoice # 1971817
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                          Matter # 46992-00001

| Date | Narrative | Quantity | Amount |
|------|-----------|---------:|-------:|
| 8/13/2015 | Copies | 24 | 2.4 |
| 8/13/2015 | Copies | 21 | 2.1 |
| 8/13/2015 | Copies | 21 | 2.1 |
| 8/13/2015 | Copies | 33 | 3.3 |
| 8/13/2015 | Copies | 2 | 0.2 |
| 8/13/2015 | Copies | 2 | 0.2 |
| 8/14/2015 | Binding, Tabs, Disks, etc | 1 | 5.5 |
| 8/14/2015 | Copies | 8 | 0.8 |
| 8/14/2015 | Copies | 32 | 3.2 |
| 8/14/2015 | Copies | 11 | 1.1 |
| 8/14/2015 | Copies | 3 | 0.3 |
| 8/14/2015 | Copies | 6 | 0.6 |
| 8/14/2015 | Copies | 33 | 3.3 |
| 8/14/2015 | Copies | 36 | 3.6 |
| 8/14/2015 | Copies | 36 | 3.6 |
| 8/14/2015 | Copies | 33 | 3.3 |
| 8/14/2015 | Copies | 2 | 0.2 |
| 8/14/2015 | Copies | 37 | 3.7 |
| 8/16/2015 | Copies | 1 | 0.1 |
| 8/16/2015 | Copies | 1 | 0.1 |
| 8/16/2015 | Copies | 9 | 0.9 |
| 8/16/2015 | Copies | 1 | 0.1 |
| 8/16/2015 | Copies | 1 | 0.1 |
| 8/16/2015 | Copies | 1 | 0.1 |
| 8/16/2015 | Copies | 1 | 0.1 |
| 8/16/2015 | Copies | 1 | 0.1 |
| 8/16/2015 | Copies | 1 | 0.1 |
| 8/16/2015 | Copies | 1 | 0.1 |
| 8/16/2015 | Copies | 22 | 2.2 |
| 8/16/2015 | Copies | 16 | 1.6 |
| 8/16/2015 | Copies | 38 | 3.8 |
| 8/16/2015 | Copies | 38 | 3.8 |
| 8/17/2015 | Binding, Tabs, Disks, etc | 1 | 5.5 |
| 8/17/2015 | Binding, Tabs, Disks, etc | 1 | 2.75 |
| 8/17/2015 | Copies | 6 | 0.6 |
| 8/17/2015 | Copies | 36 | 3.6 |
| 8/17/2015 | Copies | 33 | 3.3 |
| 8/17/2015 | Copies | 2 | 0.2 |
| 8/17/2015 | Copies | 38 | 3.8 |

Account is due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP                    Invoice # 1971817
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                      Matter # 46992-00001

| Date | Narrative | Quantity | Amount |
|------|-----------|----------|--------|
| 8/17/2015 | Copies | 10 | 1 |
| 8/17/2015 | Copies | 38 | 3.8 |
| 8/17/2015 | Copies | 2 | 0.2 |
| 8/17/2015 | Copies | 10 | 1 |
| 8/17/2015 | Copies | 5 | 0.5 |
| 8/17/2015 | Copies | 10 | 1 |
| 8/17/2015 | Copies | 3 | 0.3 |
| 8/17/2015 | Copies | 8 | 0.8 |
| 8/17/2015 | Copies | 38 | 3.8 |
| 8/17/2015 | Copies | 36 | 3.6 |
| 8/17/2015 | Copies | 10 | 1 |
| 8/17/2015 | Copies | 6 | 0.6 |
| 8/17/2015 | Copies | 10 | 1 |
| 8/17/2015 | Copies | 10 | 1 |
| 8/17/2015 | Copies | 2 | 0.2 |
| 8/17/2015 | Copies | 8 | 0.8 |
| 8/17/2015 | Copies | 40 | 4 |
| 8/18/2015 | Binding, Tabs, Disks, etc | 1 | 2.75 |
| 8/18/2015 | Copies | 1 | 0.1 |
| 8/18/2015 | Copies | 2 | 0.2 |
| 8/18/2015 | Copies | 35 | 3.5 |
| 8/18/2015 | Copies | 3 | 0.3 |
| 8/18/2015 | Copies | 2 | 0.2 |
| 8/18/2015 | Copies | 8 | 0.8 |
| 8/18/2015 | Copies | 11 | 1.1 |
| 8/18/2015 | Copies | 5 | 0.5 |
| 8/18/2015 | Copies | 3 | 0.3 |
| 8/18/2015 | Copies | 8 | 0.8 |
| 8/18/2015 | Copies | 18 | 1.8 |
| 8/18/2015 | Copies | 2 | 0.2 |
| 8/18/2015 | Copies | 2 | 0.2 |
| 8/18/2015 | Copies | 2 | 0.2 |
| 8/18/2015 | Copies | 2 | 0.2 |
| 8/18/2015 | Copies | 3 | 0.3 |
| 8/18/2015 | Copies | 4 | 0.4 |
| 8/18/2015 | Copies | 7 | 0.7 |
| 8/18/2015 | Copies | 20 | 2 |
| 8/18/2015 | Copies | 3 | 0.3 |
| 8/18/2015 | Copies | 18 | 1.8 |

Account is due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP                        Invoice # 1971817
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                              Matter # 46992-00001

| Date | Narrative | Quantity | Amount |
|------|-----------|----------|--------|
| 8/18/2015 | Copies | 16 | 1.6 |
| 8/18/2015 | Copies | 12 | 1.2 |
| 8/18/2015 | Copies | 5 | 0.5 |
| 8/18/2015 | Copies | 4 | 0.4 |
| 8/18/2015 | Copies | 4 | 0.4 |
| 8/18/2015 | Copies | 4 | 0.4 |
| 8/19/2015 | Copies | 5 | 0.5 |
| 8/19/2015 | Copies | 6 | 0.6 |
| 8/19/2015 | Copies | 5 | 0.5 |
| 8/19/2015 | Copies | 4 | 0.4 |
| 8/19/2015 | Copies | 14 | 1.4 |
| 8/19/2015 | Copies | 27 | 2.7 |
| 8/19/2015 | Copies | 4 | 0.4 |
| 8/19/2015 | Copies | 3 | 0.3 |
| 8/19/2015 | Copies | 3 | 0.3 |
| 8/19/2015 | Copies | 40 | 4 |
| 8/19/2015 | Copies | 22 | 2.2 |
| 8/19/2015 | Copies | 24 | 2.4 |
| 8/19/2015 | Copies | 3 | 0.3 |
| 8/19/2015 | Copies | 10 | 1 |
| 8/20/2015 | Copies | 37 | 3.7 |
| 8/20/2015 | Copies | 11 | 1.1 |
| 8/20/2015 | Copies | 11 | 1.1 |
| 8/20/2015 | Copies | 37 | 3.7 |
| 8/20/2015 | Copies | 9 | 0.9 |
| 8/20/2015 | Copies | 9 | 0.9 |
| 8/20/2015 | Copies | 2 | 0.2 |
| 8/20/2015 | Copies | 10 | 1 |
| 8/21/2015 | Copies | 8 | 0.8 |
| 8/21/2015 | Copies | 2 | 0.2 |
| 8/21/2015 | Copies | 5 | 0.5 |
| 8/21/2015 | Copies | 11 | 1.1 |
| 8/21/2015 | Copies | 2 | 0.2 |
| 8/21/2015 | Copies | 3 | 0.3 |
| 8/21/2015 | Copies | 3 | 0.3 |
| 8/21/2015 | Copies | 72 | 7.2 |
| 8/21/2015 | Copies | 2 | 0.2 |
| 8/21/2015 | Copies | 2 | 0.2 |
| 8/21/2015 | Copies | 4 | 0.4 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP

Invoice # 1971817

The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.

Matter # 46992-00001

| Date | Narrative | Quantity | Amount |
|------|-----------|----------|--------|
| 8/21/2015 | Copies | 2 | 0.2 |
| 8/21/2015 | Copies | 5 | 0.5 |
| 8/21/2015 | Copies | 3 | 0.3 |
| 8/21/2015 | Copies | 14 | 1.4 |
| 8/21/2015 | Copies | 4 | 0.4 |
| 8/21/2015 | Copies | 3 | 0.3 |
| 8/21/2015 | Copies | 29 | 2.9 |
| 8/21/2015 | Copies | 28 | 2.8 |
| 8/21/2015 | Copies | 6 | 0.6 |
| 8/21/2015 | Copies | 4 | 0.4 |
| 8/21/2015 | Copies | 17 | 1.7 |
| 8/21/2015 | Copies | 2 | 0.2 |
| 8/21/2015 | Copies | 16 | 1.6 |
| 8/21/2015 | Copies | 17 | 1.7 |
| 8/21/2015 | Copies | 3 | 0.3 |
| 8/21/2015 | Copies | 92 | 9.2 |
| 8/21/2015 | Binding, Tabs, Disks, etc | 1 | 3.47 |
| 8/21/2015 | Binding, Tabs, Disks, etc | 1 | 3.59 |
| 8/21/2015 | Telephone - BELL CONFERENCING INC., INV#111450355 | 1 | 6.39 |
| 8/21/2015 | Telephone - BELL CONFERENCING INC., INV#111450360 | 1 | 7.59 |
| 8/21/2015 | Telephone – BELL CONFERENCING INC., INV#111450368 | 1 | 6.24 |
| 8/21/2015 | Telephone - BELL CONFERENCING INC., INV#111450368 | 1 | 2.73 |
| 8/24/2015 | Binding, Tabs, Disks, etc | 1 | 2.46 |
| 8/24/2015 | Copies | 30 | 3 |
| 8/24/2015 | Copies | 1 | 0.1 |
| 8/24/2015 | Copies | 6 | 0.6 |
| 8/24/2015 | Copies | 7 | 0.7 |
| 8/24/2015 | Copies | 258 | 25.8 |
| 8/24/2015 | Copies | 6 | 0.6 |
| 8/24/2015 | Copies | 7 | 0.7 |
| 8/24/2015 | Copies | 8 | 0.8 |
| 8/24/2015 | Copies | 3 | 0.3 |
| 8/24/2015 | Copies | 4 | 0.4 |
| 8/24/2015 | Copies | 52 | 5.2 |
| 8/24/2015 | Copies | 2 | 0.2 |

Account is due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.

Invoice # 1971817

Matter # 46992-00001

| Date | Narrative | Quantity | Amount |
|------|-----------|---------:|-------:|
| 8/24/2015 | Copies | 10 | 1 |
| 8/24/2015 | Copies | 3 | 0.3 |
| 8/24/2015 | Copies | 5 | 0.5 |
| 8/24/2015 | Copies | 25 | 2.5 |
| 8/24/2015 | Copies | 2 | 0.2 |
| 8/24/2015 | Copies | 4 | 0.4 |
| 8/24/2015 | Copies | 5 | 0.5 |
| 8/24/2015 | Copies | 9 | 0.9 |
| 8/24/2015 | Copies | 3 | 0.3 |
| 8/24/2015 | Copies | 5 | 0.5 |
| 8/24/2015 | Copies | 3 | 0.3 |
| 8/24/2015 | Copies | 4 | 0.4 |
| 8/24/2015 | Copies | 5 | 0.5 |
| 8/24/2015 | Copies | 9 | 0.9 |
| 8/24/2015 | Binding, Tabs, Disks, etc | 1 | 24.43 |
| 8/26/2015 | Copies | 13 | 1.3 |
| 8/26/2015 | Copies | 16 | 1.6 |
| 8/26/2015 | Copies | 17 | 1.7 |
| 8/26/2015 | Copies | 6 | 0.6 |
| 8/27/2015 | Copies | 10 | 1 |
| 8/27/2015 | Copies | 5 | 0.5 |
| 8/27/2015 | Copies | 12 | 1.2 |
| 8/27/2015 | Copies | 3 | 0.3 |
| 8/28/2015 | Copies | 28 | 2.8 |
| 8/28/2015 | Copies | 2 | 0.2 |
| 8/28/2015 | Copies | 2 | 0.2 |
| 8/28/2015 | Copies | 23 | 2.3 |
| 8/28/2015 | Copies | 4 | 0.4 |
| 8/28/2015 | Copies | 28 | 2.8 |
| 8/28/2015 | Copies | 8 | 0.8 |
| 8/28/2015 | Copies | 12 | 1.2 |
| 8/28/2015 | Copies | 4 | 0.4 |
| 8/28/2015 | Copies | 25 | 2.5 |
| 8/28/2015 | Copies | 33 | 3.3 |
| 8/28/2015 | Copies | 1 | 0.1 |
| 8/28/2015 | Telephone - BELL CONFERENCING INC., INV#111460377 | 1 | 9.09 |
| 8/31/2015 | Copies | 3 | 0.3 |
| 8/31/2015 | Copies | 2 | 0.2 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP                      Invoice # 1971817

The Official Committee of Unsecured Creditors

Re: Nortel Networks Inc, et al.                          Matter # 46992-00001

| Date | Narrative | Quantity | Amount |
|------|-----------|----------|--------|
| 8/31/2015 | Copies | 2 | 0.2 |
| 8/31/2015 | Copies | 2 | 0.2 |
| 8/31/2015 | Copies | 6 | 0.6 |
| 8/31/2015 | Copies | 3 | 0.3 |
| 8/31/2015 | Copies | 3 | 0.3 |
| | **Total** | | **843.49** |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one
month after the date rendered, at the rate of 1.30 % per annum until paid.