**EXHIBIT E**

Legal*16673682.4

## SUMMARY OF LAWYERS AND PARALEGALS RENDERING SERVICES DURING THE PERIOD AUGUST 1, 2015 THROUGH AUGUST 31, 2015
### (All Amounts in Canadian Dollars)

| Name | Title | Department | Province of Bar Admission/Year | Hours | Rate | Billed Value |
|---|---|---|---|---|---|---|
| Christopher Selby | Associate | Advocacy | Ontario - 2014 | 25.80 | $390.00 | $10,062.00 |
| Danielle DiPardo | Student | Students |  | 2.30 | $125.00 | $287.50 |
| Geoffrey B. Shaw | Partner | Advocacy | Ontario - 1986 | 45.90 | $945.00 | $43,375.50 |
| Jane Dietrich | Partner | Financial Restructuring | Ontario - 2004 | 38.90 | $660.00 | $25,674.00 |
| Michael Mahoney | Student | Students |  | 9.10 | $175.00 | $1,592.50 |
| Michael Wunder | Partner | Financial Restructuring | Ontario - 1990 | 89.30 | $810.00 | $72,333.00 |
| Ryan Jacobs | Partner | Financial Restructuring | Ontario - 2011 | 70.60 | $785.00 | $55,421.00 |
| Shayne Kukulowicz | Partner | Financial Restructuring | Ontario - 1990 | 68.50 | $910.00 | $62,335.00 |
| Stefanie Holland | Associate | Advocacy | Ontario - 2010 | 56.30 | $450.00 | $25,335.00 |
|  |  |  |  |  |  |  |
| TOTAL |  |  |  | 406.70 | CDN. | $296,415.50 |