# **<u>EXHIBIT A</u>**

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Collins | Allan | 02/09/2015 | attention to fee application; | 2.7 | 796.50 | 13228245 |
| Collins | Allan | 04/09/2015 | attention to fee application; | 2.8 | 826.00 | 13228221 |
| Collins | Allan | 08/09/2015 | attention to fee application; | 1.3 | 383.50 | 13228260 |
| Collins | Allan | 09/09/2015 | attention to fee application; | 1.6 | 472.00 | 13228255 |
| Collins | Allan | 11/09/2015 | attention to fee application; | 1.6 | 472.00 | 13247718 |
| Collins | Allan | 17/09/2015 | attention to fee application; | 2.6 | 767.00 | 13247766 |
| Collins | Allan | 18/09/2015 | attention to fee application; | 3.9 | 1,150.50 | 13247735 |
| Bauer | Alison D. | 21/09/2015 | Review monthly fee application and comment upon same | 0.8 | 672.00 | 13244533 |
| Gray | William | 21/09/2015 | Review fee applications | 0.3 | 283.50 | 13251707 |
| Collins | Allan | 22/09/2015 | attention to fee application; | 2.3 | 678.50 | 13262900 |
| Collins | Allan | 23/09/2015 | attention to fee application; | 5.4 | 1,593.00 | 13268596 |
| Collins | Allan | 24/09/2015 | attention to fee application; | 3.6 | 1,062.00 | 13262880 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Slavens | Adam | 01/09/2015 | reviewing UKP claims appeal court documents (1.0); email correspondence with S. Bomhof and M. Wunder re same (0.1); | 1.1 | 852.50 | 13209645 |
| Gray | William | 01/09/2015 | Legal research regarding substantive consolidation issues; work on appeal issues | 3.3 | 3,118.50 | 13221562 |
| Slavens | Adam | 02/09/2015 | conference call with Cassels team and Bennett Jones team re mark-up of allocation trial order (0.5); revising same (0.8); email correspondence with Cleary team, Cassels team and Bennett Jones team re same (0.3); | 1.6 | 1,240.00 | 13211362 |
| Slavens | Adam | 02/09/2015 | reviewing UKP claims appeal court documents; | 1.9 | 1,472.50 | 13211366 |
| Gray | William | 02/09/2015 | Work on substantive consolidation issues; work on appeal issues | 2.6 | 2,457.00 | 13221566 |
| Gray | Andrew | 02/09/2015 | email regarding appeal and trial process (0.2); reviewing background materials on claims issue (2.0); | 2.2 | 1,815.00 | 13245223 |
| Slavens | Adam | 03/09/2015 | email correspondence with G. Finlayson re mark-up of allocation trial order; | 0.4 | 310.00 | 13217111 |
| Gray | William | 03/09/2015 | Review court filings; review appeal issues | 3.3 | 3,118.50 | 13221572 |
| Opolsky | Jeremy | 04/09/2015 | meeting with A. Slavens and A. Gray re: claims issues and followup correspondence; | 0.6 | 339.00 | 13220583 |
| Gray | Andrew | 04/09/2015 | reviewing background documents and trial record in connection with the appeal process and Canadian claims issues (4.7); internal Torys meeting regarding claims issues (0.2); conference call with Cleary Gottlieb regarding same (0.3); | 5.2 | 4,290.00 | 13245255 |
| Slavens | Adam | 04/09/2015 | meet with J. Opolsky and A. Gray regarding: claims issues; | 0.6 | 465.00 | 13325619 |
| Opolsky | Jeremy | 08/09/2015 | correspondence with L. Lipner (Cleary) and A. Slavens re: claims issues (0.7); call with L. Lipner (.3) re: same; | 1.0 | 565.00 | 13220936 |
| Slavens | Adam | 08/09/2015 | email correspondence with Cleary team and J. Opolsky re draft allocation trial order; | 0.9 | 697.50 | 13221453 |
| Gray | Andrew | 08/09/2015 | research regarding Canadian claims issues (3.5); | 3.5 | 2,887.50 | 13245266 |
| Opolsky | Jeremy | 09/09/2015 | office meeting with A. Slavens re: claims issues and preparation for the same; | 0.3 | 169.50 | 13224085 |
| Slavens | Adam | 09/09/2015 | revising consolidated mark-up of allocation trial order and meet with J. Opolsky regarding same (0.5); email correspondence with Cleary team, Cassels team and Bennett Jones team (0.2); telephone call with G. Finlayson re same and related matters (0.2); | 0.9 | 697.50 | 13224836 |
| Gray | William | 09/09/2015 | Work on substantive consolidation issues | 1.7 | 1,606.50 | 13238606 |
| Gray | Andrew | 09/09/2015 | email regarding appeal process (0.1); reviewing claims-related documents and law (2.5); | 2.6 | 2,145.00 | 13245272 |
| Slavens | Adam | 10/09/2015 | email correspondence with C. Armstrong, Cassels team and Bennett Jones team re allocation trial order; | 0.3 | 232.50 | 13227838 |
| Gray | William | 10/09/2015 | Review appeal issues and filings | 2.2 | 2,079.00 | 13238608 |
| Gray | Andrew | 10/09/2015 | reviewing background materials and documents regarding Canadian claims issues (3.2); | 3.2 | 2,640.00 | 13245207 |
| Gray | William | 11/09/2015 | Work on litigation appeal issues | 1.6 | 1,512.00 | 13238612 |
| Gray | Andrew | 11/09/2015 | working on claims issues, including conducting legal research and reviewing background documents (2.8); considering appeal issues and materials to be drafted (0.5); | 3.3 | 2,722.50 | 13245070 |

Litigation

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Gray | Andrew | 12/09/2015 | working on Canadian claims matters (2.0); | 2.0 | 1,650.00 | 13230612 |
| Gray | Andrew | 14/09/2015 | reviewing Canadian claims-related materials (2.5); consideration of reply submission in leave to appeal motion (0.2); planning for appeal (0.7); | 3.4 | 2,805.00 | 13232882 |
| Gray | William | 14/09/2015 | Work on appeal matters | 0.5 | 472.50 | 13238617 |
| Gray | Andrew | 15/09/2015 | working on Canadian claims issue; | 2.5 | 2,062.50 | 13235872 |
| Gray | William | 15/09/2015 | Work on substantive consolidation issues | 2.6 | 2,457.00 | 13238621 |
| Gray | William | 16/09/2015 | Review appeal issues | 1.2 | 1,134.00 | 13238626 |
| Gray | William | 16/09/2015 | Work on substantive consolidation issues | 0.8 | 756.00 | 13238628 |
| Gray | Andrew | 16/09/2015 | researching and drafting claims materials (2.3); email regarding appeal process (0.3); | 2.6 | 2,145.00 | 13245036 |
| Silver | Jon | 17/09/2015 | meeting with S. Bomhof, S. Gray, A. Slavens, and J. Opolsky to discuss reply to respondent leave factum and the merits appeal; | 0.9 | 229.50 | 13236427 |
| Bomhof | Scott A. | 17/09/2015 | meeting with A. Gray, A. Slavens, J. Opolsky, and J. Silver regarding appeal issues; | 1.3 | 1,137.50 | 13238598 |
| Gray | William | 17/09/2015 | Work on substantive consolidation issues | 1.7 | 1,606.50 | 13238636 |
| Opolsky | Jeremy | 17/09/2015 | preparing for and meeting with A. Slavens, A. Gray, S. Bomhof, and J. Silver re: appeal issues (1.5); preparing for and participating in call with Cleary Gottlieb and A. Slavens re: claims issues (1.0); correspondence with Torys and moving parties re: appeal issues (.9); | 3.4 | 1,921.0 | 13239926 |
| Slavens | Adam | 17/09/2015 | conference call with L. Lipner, R. Eckenrod and J. Opolsky re claims matters (0.6); preparing for same (0.7); email correspondence with A. Gray and J. Opolsky re same (0.2); reviewing master claims chart (2.3); | 3.8 | 2,945.00 | 13240994 |
| Slavens | Adam | 17/09/2015 | meeting with A. Gray, J. Opolsky, S. Bomhof and J.Silver re appeal issues (0.9); email correspondence with Cassels team and Bennett Jones team re same (0.3); | 1.2 | 930.00 | 13240997 |
| Slavens | Adam | 17/09/2015 | conducting Canadian legal research re appeal issues; | 0.6 | 465.00 | 13241001 |
| Gray | Andrew | 17/09/2015 | internal meeting with Jeremy Opolsky, Adam Slavens, Scott Bomhof, and Jon Silver regarding appeal process and claims issues and follow-up from the meeting (1.0); conference call on claims issues with Torys and Cleary Gottlieb (0.5); | 1.5 | 1,237.50 | 13245028 |
| Bomhof | Scott A. | 18/09/2015 | meeting with A. Slavens to discuss intercompany claims issues; | 0.3 | 262.50 | 13242170 |
| Slavens | Adam | 18/09/2015 | conference call with Cassels team re appeal issues (0.4); conference call with Bennett Jones team re appeal issues (0.4); office conference with S. Bomhof re same (0.3); | 1.1 | 852.50 | 13242997 |
| Slavens | Adam | 18/09/2015 | reviewing Canadian appeal court materials; | 2.0 | 1,550.00 | 13243006 |
| Gray | William | 18/09/2015 | Work on substantive consolidation issues; work on trial appeal issues | 2.4 | 2,268.00 | 13251696 |
| Gray | Andrew | 20/09/2015 | conducting legal research on claims-related issues (2.0); | 2.0 | 1,650.00 | 13243486 |
| Opolsky | Jeremy | 21/09/2015 | call with Cleary Gottlieb re: claims issues (.2); office meeting with S. Block re: appeal issues (1.0); meeting with A. Gray re: appeal issues (.2); reviewing appeal materials (1.5) | 2.9 | 1,638.50 | 13244634 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Gray | Andrew | 21/09/2015 | conducting legal research relating to claims issues (2.0); reviewing factums filed by the respondents to the motion for leave to appeal (0.8); office conference with A. Slavens regarding same (0.2); meet with J. Opolsky regarding appeal (0.2); | 3.2 | 2,640.00 | 13245013 |
| Slavens | Adam | 21/09/2015 | reviewing responding factums, book of authorities and motion record re motion for leave to appeal from allocation trial decision (4.2); email correspondence with S. Block, S. Bomhof, A. Gray and J. Opolsky re same (0.3); | 4.5 | 3,487.50 | 13245518 |
| Block | Sheila R. | 21/09/2015 | reviewing respondents' facta (1.0); office conference with Jeremy Opolsky (1.0); | 2.0 | 2,180.00 | 13245757 |
| Gray | William | 21/09/2015 | Review appeal issues | 1.4 | 1,323.00 | 13251708 |
| Collins | Allan | 22/09/2015 | prepare binder of factum in support of motion for leave to appeal; | 1.3 | 383.50 | 13247764 |
| Block | Sheila R. | 22/09/2015 | telephone calls with other counsel moving for leave re reply; | 0.8 | 872.00 | 13248350 |
| Slavens | Adam | 22/09/2015 | conference calls with moving parties on motion for leave to appeal from allocation trial decision; | 0.8 | 620.00 | 13249296 |
| Slavens | Adam | 22/09/2015 | reviewing responding factums, book of authorities and motion record re motion for leave to appeal from allocation trial decision (2.5); office conference with S. Block, A. Gray and J. Opolsky re same (0.3); | 2.8 | 2,170.00 | 13249298 |
| Gray | Andrew | 22/09/2015 | reviewing responding appeal materials (0.6); conference call with counsel regarding responding appeal materials and office conference regarding same with Torys team (1.0); drafting reply factum for the leave to appeal motion (1.0); researching Canadian claims issues (1.3); | 3.9 | 3,217.50 | 13249685 |
| Gray | Andrew | 23/09/2015 | working on drafting reply leave appeal materials (2.5); researching and working on drafting in respect of Canadian claims issues (1.5); | 4.0 | 3,300.00 | 13249699 |
| Gray | William | 23/09/2015 | Work on appeal issues | 1.3 | 1,228.50 | 13251721 |
| Silver | Jon | 24/09/2015 | Meeting with A. Slavens (0.5); reviewing factums responding to leave to appeal factum (0.6); | 1.1 | 280.50 | 13249585 |
| Laskin | Aria | 24/09/2015 | Reading materials, including recent decisions and appeal factums / responses (3.5); meetings to discuss reply factum (0.5); reviewing respondents' factums and researching citations (2.1); | 6.1 | 1,921.50 | 13249637 |
| Slavens | Adam | 24/09/2015 | reviewing and commenting on draft reply re motion for leave to appeal from allocation trial order (0.4); meet with J. Silver regarding same (0.5); | 0.9 | 697.50 | 13251699 |
| Gray | William | 24/09/2015 | Work on appeal issues | 0.8 | 756.00 | 13251728 |
| Block | Sheila R. | 24/09/2015 | office conference with Andrew Gray regarding reply factum and revisions; | 0.3 | 327.00 | 13251943 |
| Gray | Andrew | 24/09/2015 | working on appeal factum and discussing same with other moving parties; counsel (1.7); researching Canadian claims issues (3.3); confer with S. Block regarding reply factum (0.3); | 5.3 | 4,372.50 | 13262645 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Laskin | Aria | 25/09/2015 | Reading materials, including recent decisions and appeal factums / responses (1.5); reviewing respondents' factums and researching citations (1.4); | 2.9 | 913.50 | 13251275 |
| Silver | Jon | 25/09/2015 | reviewing responding material to motion for leave to appeal allocation decision; | 2.0 | 510.00 | 13252253 |
| Block | Sheila R. | 25/09/2015 | reviewing reply factum and email regarding same (0.2); | 0.2 | 218.00 | 13255967 |
| Gray | William | 25/09/2015 | Work on substantive consolidation and leave to appeal issues | 1.2 | 1,134.00 | 13261168 |
| Gray | Andrew | 25/09/2015 | working on drafting Canadian claims materials; | 1.5 | 1,237.50 | 13262648 |
| Laskin | Aria | 26/09/2015 | reviewing respondents' factums and researching citations (2.0) | 2.0 | 630.00 | 13252534 |
| Laskin | Aria | 27/09/2015 | reviewing factums and researching citations (6.1); | 6.1 | 1,921.50 | 13253410 |
| Silver | Jon | 27/09/2015 | reviewing responding material to motion for leave to appeal allocation decision and verifying citations; | 3.4 | 867.00 | 13253412 |
| Gray | Andrew | 27/09/2015 | conference call regarding US legal issue on Canadian claims; | 0.7 | 577.50 | 13262650 |
| Silver | Jon | 28/09/2015 | reviewing responding material to motion for leave to appeal allocation decision and verifying citations; | 4.9 | 1,249.50 | 13254536 |
| Laskin | Aria | 28/09/2015 | reviewing citations (2.5); attending meeting (0.5); editing submissions (1.9); | 4.9 | 1,543.50 | 13254677 |
| Block | Sheila R. | 28/09/2015 | reviewing edits to reply; office conference with J. C. regarding same (0.5); meeting with J. Opolsky, A. Gray, S. Bomhoff, A. Slavens to finalize (0.3); | 0.8 | 872.00 | 13255990 |
| Slavens | Adam | 28/09/2015 | reviewing comments on reply factum re motion for leave to appeal from allocation trial decision (1.2); meeting with S. Block, S. Bomhof and A. Gray re same (0.4); | 1.6 | 1,240.00 | 13257533 |
| Slavens | Adam | 28/09/2015 | reviewing cite check of responding parties' responding materials re motion for leave to appeal from allocation trial decision; | 2.8 | 2,170.00 | 13257539 |
| Gray | William | 28/09/2015 | Legal research regarding substantive consolidation issues; work on appeal issues | 2.8 | 2,646.00 | 13261663 |
| Gray | Andrew | 28/09/2015 | internal discussion regarding reply factum, revising the factum and discussion with other moving parties (2.5); conducting legal research and revising Canadian claims document (2.0); | 4.5 | 3,712.50 | 13262653 |
| Laskin | Aria | 29/09/2015 | editing submissions (5.3); | 5.3 | 1,669.50 | 13259875 |
| Slavens | Adam | 29/09/2015 | reviewing comments on reply factum re motion for leave to appeal from allocation trial decision (0.9); email correspondence with Cleary team, Cassels team, S. Block, S. Bomhof and A. Gray re same (0.6); preparing for filing and service of reply factum (1.2); multiple internal discussions regarding same (0.3); telephone call with M. Shakra re related matters (0.2); | 3.2 | 2,480.00 | 13260668 |
| Block | Sheila R. | 29/09/2015 | call and emails with Jim Bromley regarding Reply (0.2); reviewing redrafted Reply and office conference A. Gray (0.5); | 0.7 | 763.00 | 13260940 |
| Gray | William | 29/09/2015 | Legal research regarding substantive consolidation issues; work on appeal issues(2.3); review US appeal outline(1.8) | 4.1 | 3,874.50 | 13261670 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---:|---:|---|
| Bomhof | Scott A. | 29/09/2015 | reviewing and revising draft reply factum (2.3); telephone call with Cassels Brock and exchange e-mails with Cleary regarding UC comments on reply factum (1.3); meeting with A. Slavens to discuss reply factum (.2); | 3.8 | 3,325.00 | 13261680 |
| Gray | Andrew | 29/09/2015 | working on reply factum for motion for leave to appeal (1.5); internal discussion, legal research and drafting regarding Canadian claims issues and email regarding same (2.0); | 3.5 | 2,887.50 | 13262659 |
| Gray | William | 30/09/2015 | Work on outline of US and Canadian appellate arguments | 3.3 | 3,118.50 | 13261729 |
| Block | Sheila R. | 30/09/2015 | reviewing revised Reply factum and corresponding with A. Slavens regarding revisions (0.4); | 0.4 | 436.00 | 13261737 |
| Laskin | Aria | 30/09/2015 | reviewing and editing claims (3.9); | 3.9 | 1,228.50 | 13262430 |
| Gray | Andrew | 30/09/2015 | working on reply factum and considering merits appeal issues arising from the allocation trial (2.8); revising Canadian claims document and email and internal discussions regarding same (1.5); | 4.3 | 3,547.50 | 13262667 |
| Slavens | Adam | 30/09/2015 | reviewing comments on reply factum re motion for leave to appeal from allocation trial decision (1.2); email correspondence with Cleary team, Cassels team, S. Block, S. Bomhof and A. Gray re same (0.3); | 1.5 | 1,162.50 | 13263543 |
| Laskin | Aria | 30/09/2015 | reviewing and editing claims (3.0); | 3.0 | 945.00 | 13263753 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| DeMarinis | Tony | 03/09/2015 | analysis of procedural matters in relation to appeal and associated correspondence and materials; | 1.8 | 1,962.00 | 13228160 |
| DeMarinis | Tony | 08/09/2015 | counsel emails on procedural matters and consideration of same in relation to appeals; | 1.0 | 1,090.00 | 13228187 |
| Bomhof | Scott A. | 08/09/2015 | Research re: Canadian legal issues related to Motion for Leave to Appeal Ontario Allocation Decision and potential Cross-Appeal issues; | 1.8 | 1,575.00 | 13229825 |
| Bomhof | Scott A. | 10/09/2015 | Research re: Canadian legal issues with respect to intercompany claims; | 2.2 | 1,925.00 | 13229905 |
| Bomhof | Scott A. | 14/09/2015 | research regarding Canadian law for appeal of Ontario allocation decision; | 2.8 | 2,450.00 | 13236397 |
| Slavens | Adam | 16/09/2015 | conducting Canadian legal research re appeal issues; | 1.7 | 1,317.50 | 13237700 |
| DeMarinis | Tony | 16/09/2015 | review of appeal materials; | 1.4 | 1,526.00 | 13261056 |
| Bomhof | Scott A. | 17/09/2015 | research regarding Canadian legal issues for appeal of Ontario allocation decision; | 2.7 | 2,362.50 | 13238599 |
| DeMarinis | Tony | 22/09/2015 | analysis of joint respondents' factum and authorities for allocation ruling appeal; | 1.7 | 1,853.00 | 13261075 |
| Bomhof | Scott A. | 28/09/2015 | research regarding reply factum case law for motion for leave to appeal; | 2.1 | 1,837.50 | 13256240 |
| DeMarinis | Tony | 28/09/2015 | legal review of appeal arguments and materials; | 2.5 | 2,725.00 | 13261095 |
| DeMarinis | Tony | 29/09/2015 | review and analysis of submissions of core parties in regards to allocation trial appeals; | 2.3 | 2,507.00 | 13261098 |
| Bomhof | Scott A. | 29/09/2015 | research regarding Canadian law for leave to appeal; | 2.7 | 2,362.50 | 13261681 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Slavens | Adam | 01/09/2015 | reviewing claims information and preparing schedule re same; | 2.5 | 1,937.50 | 13209646 |
| Slavens | Adam | 03/09/2015 | reviewing claims information and preparing schedule re same; | 4.5 | 3,487.50 | 13217116 |
| Slavens | Adam | 04/09/2015 | reviewing claims information and preparing schedule re same; | 2.9 | 2,247.50 | 13217121 |
| Slavens | Adam | 06/09/2015 | reviewing claims information and preparing schedule re same; | 7.0 | 5,425.00 | 13217123 |
| Slavens | Adam | 07/09/2015 | reviewing claims information and preparing schedule re same; | 2.3 | 1,782.50 | 13221458 |
| Slavens | Adam | 08/09/2015 | reviewing claims information and preparing schedule re same; | 8.7 | 6,742.50 | 13221455 |
| Slavens | Adam | 09/09/2015 | reviewing claims information and preparing schedule re same; | 8.5 | 6,587.50 | 13224837 |
| Slavens | Adam | 10/09/2015 | reviewing claims information and preparing schedule re same; | 8.4 | 6,510.00 | 13227847 |
| Slavens | Adam | 11/09/2015 | reviewing claims information and preparing schedule re same; | 3.4 | 2,635.00 | 13235135 |
| Slavens | Adam | 16/09/2015 | reviewing claims information (0.4); telephone call with S. Bomhof re same (0.2); | 0.6 | 465.00 | 13237701 |
| Bomhof | Scott A. | 16/09/2015 | discuss intercompany claims issues with A. Slavens; | 0.2 | 175.00 | 13238487 |
| Opolsky | Jeremy | 18/09/2015 | calls and preparation for calls with moving parties re: appeal issues (1.0); call with A. Slavens, A. Gray and Cleary Gottlieb re: claims issues (1.0); correspondence with Cleary Gottlieb re: claims issues (.8); | 2.8 | 1,582.00 | 13240557 |
| Slavens | Adam | 18/09/2015 | conference call with J. Bromley, L. Schweitzer, A. Gray and J. Opolsky re intercompany claims (1.5); reviewing supporting documentation re same (2.6); preparing email to M. Kennedy re same (0.2); | 4.3 | 3,332.50 | 13243002 |
| Gray | Andrew | 18/09/2015 | conference call with Torys and Cleary Gottlieb regarding Canadian claims process and preparing for call (1.5); conducting claims-related legal research (2.2); | 3.7 | 3,052.50 | 13243485 |
| Slavens | Adam | 21/09/2015 | office conference with A. Gray re claims matters (0.2); email correspondence with A. Gray and J. Opolsky re same (0.3); | 0.5 | 387.50 | 13245525 |
| Slavens | Adam | 21/09/2015 | reviewing claims information and preparing schedule re same; | 2.3 | 1,782.50 | 13245529 |
| Slavens | Adam | 25/09/2015 | reviewing claims information and preparing schedule re same (1.8); email correspondence with S. Bomhof re same (0.3); | 2.1 | 1,627.50 | 13257476 |
| Slavens | Adam | 28/09/2015 | reviewing claims information and preparing schedule re same (2.4); reviewing revised draft of same (0.7); | 3.1 | 2,402.50 | 13257537 |
| Slavens | Adam | 29/09/2015 | reviewing claims information and preparing schedule re same; | 4.3 | 3,332.50 | 13260671 |
| Slavens | Adam | 30/09/2015 | reviewing claims information and preparing schedule re same; | 5.8 | 4,495.00 | 13263515 |

Canadian CCAA Proceedings/Matters

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Bomhof | Scott A. | 01/09/2015 | reviewing issues related to intercompany claims; | 1.0 | 875.00 | 13210269 |
| DeMarinis | Tony | 01/09/2015 | review and consideration of statements of issues filed by all parties; | 1.0 | 1,090.00 | 13228149 |
| Opolsky | Jeremy | 02/09/2015 | correspondence with A. Gray re: appeal issues; | 0.1 | 56.50 | 13211125 |
| Bomhof | Scott A. | 02/09/2015 | reviewing Goodmans revised order regarding allocation decision and join call with A. Slavens, Cassels and Bennett Jones to discuss response to Goodmans (1.0); reviewing issues related to intercompany claims (.3); reviewing EMEA's US filing regarding proper court to determine EMEA claims (.3); | 1.6 | 1,400.00 | 13212421 |
| DeMarinis | Tony | 02/09/2015 | review and consideration of appellate materials, correspondence and law; | 2.0 | 2,180.00 | 13228156 |
| Bomhof | Scott A. | 03/09/2015 | participate in counsel call regarding US appeal and selection of a mediator (1.0); analyze issues related to inercompany claims (1.2) | 2.2 | 1,925.00 | 13217100 |
| Bomhof | Scott A. | 04/09/2015 | reviewing letter to US Court regarding proposed US appeal schedule and mediator (.2); reviewing issues related to intercompany claims (.8); | 1.0 | 875.00 | 13217107 |
| Bomhof | Scott A. | 08/09/2015 | Review and consider intercompany claims issues (2.1); review emails from US counsel re: US appeal schedule issues (0.3); | 2.4 | 2,100.00 | 13229824 |
| DeMarinis | Tony | 09/09/2015 | review and consideration of scheduling, procedural and related matters with respect to appeals and associated counsel correspondence (1.5); reviewing Canadian legal issues regarding same (1.0); | 2.5 | 2,725.00 | 13228192 |
| DeMarinis | Tony | 10/09/2015 | counsel emails regarding appellate scheduling and procedure (0.2); consideration of conflicting positions and procedural alternatives (1.2); | 1.4 | 1,526.00 | 13228222 |
| Bomhof | Scott A. | 10/09/2015 | Review revised form of Ontario Allocation Order and provide comments on same (0.3); review email exchange re: US Appeal schedule and prepare for September 11 conference call (0.3); | 0.6 | 525.00 | 13229903 |
| Opolsky | Jeremy | 10/09/2015 | preparing draft re: claims issues; | 1.5 | 847.50 | 13231940 |
| Bomhof | Scott A. | 11/09/2015 | Participate in counsel call re: US appeal schedule; | 0.6 | 525.00 | 13229924 |
| DeMarinis | Tony | 11/09/2015 | reviewing materials on scheduling and procedural considerations in the allocation ruling appeals; | 1.3 | 1,417.00 | 13231554 |
| Opolsky | Jeremy | 15/09/2015 | correspondence with team re: claims issues; | 0.1 | 56.50 | 13234965 |
| Slavens | Adam | 15/09/2015 | reviewing CCAA case court documents (0.4); email correspondence with P. Cantwell re same (0.1); | 0.5 | 387.50 | 13235141 |
| DeMarinis | Tony | 15/09/2015 | reading court materials relating to procedural and substantive appeal matters, and related correspondence; | 1.7 | 1,853.00 | 13235595 |
| Opolsky | Jeremy | 16/09/2015 | corresponding with Cleary Gottlieb and Torys re: claims issues; | 1.2 | 678.00 | 13236968 |
| DeMarinis | Tony | 17/09/2015 | reading accumulated appeal documents; | 1.5 | 1,635.00 | 13261061 |
| DeMarinis | Tony | 18/09/2015 | review counter-designations of U.K. pension claimants and joint administrators, and appellants' statement (0.3); reading counsel correspondence (0.2); | 0.5 | 545.00 | 13261066 |
| Slavens | Adam | 21/09/2015 | email correspondence and telephone calls re 9:30 a.m. chambers appointment re SNMP claim; | 0.3 | 232.50 | 13245522 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| DeMarinis | Tony | 21/09/2015 | review and consideration of joint respondents' factum, motion record and authorities as filed (0.9); reviewing supplementary factum of Canadian debtors and monitor (0.4); | 1.3 | 1,417.00 | 13261070 |
| Opolsky | Jeremy | 22/09/2015 | preparing for and attending chambers conference before Justice Newbould re: claims issues (2.0); call with moving parties re: appeal issues (in part) (.2); corresponding with Cleary Gottlieb and Torys re: claims issues (.5); office meeting with A. Slavens re: claims issues (.4); | 3.1 | 1,751.50 | 13246838 |
| Slavens | Adam | 22/09/2015 | email correspondence with Cleary team and J. Opolsky re 9:30 a.m. chambers appointment re SNMP claim; | 0.2 | 155.00 | 13249300 |
| Slavens | Adam | 22/09/2015 | reviewing claims information and preparing schedule re same (4.0); confer with J. Opolsky regarding same (0.4); | 4.4 | 3,410.00 | 13249303 |
| Bomhof | Scott A. | 22/09/2015 | reviewing responding factum and supplemental responding factum and caselaw regarding motion for leave to appeal; | 2.5 | 2,187.50 | 13253591 |
| Opolsky | Jeremy | 23/09/2015 | reviewing correspondence re: claims and appeals issues; | 0.1 | 56.50 | 13250014 |
| Bomhof | Scott A. | 23/09/2015 | reviewing draft reply factum regarding motion for leave to appeal and exchange messages with Cassels Brock regarding same (.7); reviewing draft proof of claim regarding intercompany claims (1.2); | 1.9 | 1,662.50 | 13253590 |
| DeMarinis | Tony | 23/09/2015 | review and consideration of materials in regards to mediation; | 1.0 | 1,090.00 | 13261077 |
| Opolsky | Jeremy | 24/09/2015 | reviewing and revising document re: claims issues (5.0); reviewing and revising documents re: appeal issues (.5); call with A. Slavens and M. Kennedy re: same (.5); call with D. Stein re: same (.3); | 6.3 | 3,559.50 | 13250092 |
| Slavens | Adam | 24/09/2015 | reviewing claims information and preparing schedule re same (6.2); conference call with M. Kennedy and J. Opolsky re same (0.5); | 6.7 | 5,192.50 | 13251702 |
| Slavens | Adam | 24/09/2015 | reviewing motion record re motion returnable October 1, 2015 (1.0); email correspondence with L. Schweitzer, S. Block, A. Gray, S. Bomhof and J. Opolsky re same (0.4); | 1.4 | 1,085.00 | 13251724 |
| Opolsky | Jeremy | 25/09/2015 | drafting documents re: claims issues; | 3.0 | 1,695.00 | 13251147 |
| Slavens | Adam | 25/09/2015 | reviewing and commenting on draft Morneau access agreement (0.5); email correspondence with I. Rozenberg and P. Cantwell re same (0.2); | 0.7 | 542.50 | 13257481 |
| Slavens | Adam | 25/09/2015 | reviewing motion record of monitor re motion returnable October 1, 2015 (1.1); email correspondence with Cassels team re same (0.1); | 1.2 | 930.00 | 13257496 |
| Bomhof | Scott A. | 28/09/2015 | reviewing outline of opening brief for US appeal (.3); reviewing Cleary comments on Ontario reply factum and meeting with S. Block, A. Gray, A. Slavens and J. Opolsky to discuss same (1.0); reviewing responding factum and supplemental responding factum regarding Ontario motion for leave to appeal (2.3); | 3.6 | 3,150.00 | 13256239 |
| Slavens | Adam | 28/09/2015 | reviewing and commenting on draft Morneau access agreement (0.6); email correspondence | 1.0 | 775.00 | 13257538 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Opolsky | Jeremy | 28/09/2015 | with I. Rozenberg and P. Cantwell re same (0.4); reviewing and revising document re: claims (1.0); calls and correspondence with Cleary and moving parties re: appeal issues (1.0); preparing for and attending internal office meetings re: appeal and claims issues (1.3); | 3.3 | 1,864.50 | 13258714 |
| Opolsky | Jeremy | 29/09/2015 | correspondence with team and Cleary re: claims and appeal issues; | 0.3 | 169.50 | 13259780 |
| Bomhof | Scott A. | 30/09/2015 | reviewing co-appellant comments on draft reply factum and revising same (2.0); reviewing MNAT letter to Judge Stark (.3); | 2.3 | 2,012.50 | 13261708 |
| Opolsky | Jeremy | 30/09/2015 | correspondence with team and moving parties re: appeal issues (1.0); reviewing and revising factum re: appeal (.3); correspondence with Torys and Cleary re: claims issues (.5); reviewing draft documents re: appeal issues (1.7); | 3.5 | 1,977.50 | 13262195 |
| Slavens | Adam | 30/09/2015 | preparing for motion returnable October 1, 2015; | 0.8 | 620.00 | 13263519 |
| Slavens | Adam | 30/09/2015 | reviewing and commenting on draft Morneau access agreement (1.0); email correspondence with I. Rozenberg and P. Cantwell re same (0.1); | 1.1 | 852.50 | 13263529 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Slavens | Adam | 03/09/2015 | reviewing chapter 11 case court materials re appeal matters; | 2.6 | 2,015.00 | 13217114 |
| Slavens | Adam | 16/09/2015 | reviewing chapter 11 case court documents and related documents re appeal matters; | 0.9 | 697.50 | 13237699 |