# **<u>EXHIBIT B</u>**

**Nortel**
**September 2015 Disbursements**

| | | | | |
|---|---|---|---|---|
| 399 | Process Servers | 09/09/2015 | 49.41 | Process Servers - - VENDOR: Donaldson Law Clerk Services Adam Slavens- INV. #84118- File #09-CL-7950 |
| 399 | Process Servers | 09/09/2015 | 106.41 | Process Servers - - VENDOR: Donaldson Law Clerk Services Jeremy Opolsky- INV.#84118- File #09-CL-7950 |
| | | | **$ 155.82** | |
| 800 | Telephone Call | 17/09/2015 | 0.84 | Telephone Call Global Crossing, Inv # 19139739 OPOLSKY, JEREMY |
| 800 | Telephone Call | 18/09/2015 | 0.54 | Telephone Call Global Crossing, Inv # 19139739 SLAVENS, ADAM |
| 800 | Telephone Call | 22/09/2015 | 2.18 | Telephone Call Global Crossing, Inv # 19139739 OPOLSKY, JEREMY |
| 800 | Telephone Call | 22/09/2015 | 1.66 | Telephone Call Global Crossing, Inv # 19139739 SLAVENS, ADAM |
| 800 | Telephone Call | 24/09/2015 | 0.86 | Telephone Call Global Crossing, Inv # 19139739 SLAVENS, ADAM |
| | | | **$ 6.08** | |
| 801 | Copies | 21/09/2015 | 0.40 | Copies |
| 801 | Copies | 21/09/2015 | 0.60 | Copies |
| 801 | Copies | 22/09/2015 | 0.40 | Copies |
| 801 | Copies | 28/09/2015 | 3.00 | Copies |
| 808 | Laser Printing | 01/09/2015 | 0.50 | Laser Printing |
| 808 | Laser Printing | 02/09/2015 | 6.30 | Laser Printing |
| 808 | Laser Printing | 04/09/2015 | 2.40 | Laser Printing |
| 808 | Laser Printing | 04/09/2015 | 24.80 | Laser Printing |
| 808 | Laser Printing | 08/09/2015 | 2.40 | Laser Printing |
| 808 | Laser Printing | 08/09/2015 | 1.00 | Laser Printing |
| 808 | Laser Printing | 10/09/2015 | 2.40 | Laser Printing |
| 808 | Laser Printing | 11/09/2015 | 1.10 | Laser Printing |
| 808 | Laser Printing | 16/09/2015 | 0.40 | Laser Printing |
| 808 | Laser Printing | 17/09/2015 | 16.30 | Laser Printing |
| 808 | Laser Printing | 17/09/2015 | 1.20 | Laser Printing |
| 808 | Laser Printing | 17/09/2015 | 1.40 | Laser Printing |
| 808 | Laser Printing | 18/09/2015 | 10.70 | Laser Printing |
| 808 | Laser Printing | 18/09/2015 | 4.80 | Laser Printing |
| 808 | Laser Printing | 21/09/2015 | 5.40 | Laser Printing |
| 808 | Laser Printing | 21/09/2015 | 5.10 | Laser Printing |
| 808 | Laser Printing | 21/09/2015 | 5.70 | Laser Printing |
| 808 | Laser Printing | 22/09/2015 | 7.30 | Laser Printing |
| 808 | Laser Printing | 22/09/2015 | 0.50 | Laser Printing |
| 808 | Laser Printing | 22/09/2015 | 0.40 | Laser Printing |
| 808 | Laser Printing | 22/09/2015 | 5.10 | Laser Printing |
| 808 | Laser Printing | 24/09/2015 | 5.40 | Laser Printing |
| 808 | Laser Printing | 24/09/2015 | 7.80 | Laser Printing |
| 808 | Laser Printing | 24/09/2015 | 16.00 | Laser Printing |
| 808 | Laser Printing | 24/09/2015 | 4.30 | Laser Printing |
| 808 | Laser Printing | 24/09/2015 | 0.40 | Laser Printing |
| 808 | Laser Printing | 24/09/2015 | 0.20 | Laser Printing |
| 808 | Laser Printing | 25/09/2015 | 2.50 | Laser Printing |

**Nortel**
**September 2015 Disbursements**

| Code | Description | Date | Amount | Description |
|---|---|---|---:|---|
| 808 | Laser Printing | 25/09/2015 | 19.50 | Laser Printing |
| 808 | Laser Printing | 25/09/2015 | 1.80 | Laser Printing |
| 808 | Laser Printing | 25/09/2015 | 2.20 | Laser Printing |
| 808 | Laser Printing | 27/09/2015 | 3.20 | Laser Printing |
| 808 | Laser Printing | 27/09/2015 | 1.80 | Laser Printing |
| 808 | Laser Printing | 28/09/2015 | 2.50 | Laser Printing |
| 808 | Laser Printing | 28/09/2015 | 1.00 | Laser Printing |
| 808 | Laser Printing | 28/09/2015 | 2.10 | Laser Printing |
| 808 | Laser Printing | 28/09/2015 | 0.70 | Laser Printing |
| 808 | Laser Printing | 28/09/2015 | 7.60 | Laser Printing |
| 808 | Laser Printing | 29/09/2015 | 1.60 | Laser Printing |
| 808 | Laser Printing | 29/09/2015 | 10.70 | Laser Printing |
| 808 | Laser Printing | 29/09/2015 | 0.60 | Laser Printing |
| 808 | Laser Printing | 29/09/2015 | 4.80 | Laser Printing |
| 808 | Laser Printing | 30/09/2015 | 0.52 | Laser Printing |
| 808 | Laser Printing | 30/09/2015 | 10.39 | Laser Printing |
| 808 | Laser Printing | 30/09/2015 | 0.10 | Laser Printing |
| 808 | Laser Printing | 30/09/2015 | 7.76 | Laser Printing |
| 4808 | Laser Printing | 15/09/2015 | 1.10 | Laser Printing |
| 4808 | Laser Printing | 17/09/2015 | 1.40 | Laser Printing |
| 4808 | Laser Printing | 18/09/2015 | 1.90 | Laser Printing |
| 4808 | Laser Printing | 18/09/2015 | 1.40 | Laser Printing |
| 4808 | Laser Printing | 18/09/2015 | 0.30 | Laser Printing |
| 4808 | Laser Printing | 23/09/2015 | 1.30 | Laser Printing |
|  |  |  | **$ 232.47** |  |
| 4887 | On Line Research Charges - Westlaw Incl. | 25/09/2015 | **$ 560.06** | On Line Research Charges - Westlaw Incl. |
|  |  |  | **$ 954.43** |  |