November 20, 2015

To Whom It May Concern:

My name is Cliff Teasley and I am an x-employee of Nortel Networks. I am opposed to letting Nortel dispose of "Any Records" what so ever. I worked for Nortel 14 years and have seen "first hand" how records can be "lost" when problems arise. It was an easy way out for Nortel Executives to be released out of problems from employee's to creditors. I am 100 % opposed.


Sincerely,

*Cliff Teasley*

Cliff Teasley