Firm Retention/Fees

FOR PROFESSIONAL SERVICES RENDERED THROUGH OCTOBER 31, 2015

| Date | Atty | Services | Hours |
|---|---|---|---|
| 05/06/15 | LMB | Review omnibus order regarding BFCA fees and respond to J. Hoover inquiry regarding same | 0.10 |
| 05/14/15 | LMB | Review and revise BFCA fees and expenses for March through April 2015 | 0.50 |
| 05/18/15 | LMB | Preparation of BFCA monthly fee application for March through April 2015 | 0.50 |
| 05/28/15 | LMB | Prepare file and serve Benesch monthly fee application for March through April 2015 | 0.40 |
| 06/01/15 | JRH | Coordinate with MNAT and coordinate filing of quarterly fee applications | 0.30 |
| 06/01/15 | LMB | Prepare and file BFCA Quarterly Fee Application for February 1, 2015 through April 30, 2015 | 0.60 |
| 07/09/15 | JRH | Review CNO and coordinate with MNAT | 0.20 |
| 07/09/15 | MDR | Convert file and serve the Certificate of No Objection to the 37th Interim Fee Application (0.30); draft CNO for the 37th Monthly Fee Application (0.40) | 0.70 |
| 07/20/15 | JRH | Follow up regarding omnibus fee order | 0.20 |
| 07/20/15 | MDR | Check the proposed Omnibus Fee Order regarding Benesch fees for J. Hoover | 0.20 |
| 08/04/15 | LMB | Review email from J. Hoover regarding quarterly fee application deadline and respond to same | 0.10 |

Firm Retention/Fees

| Attorney Name | | Hourly Rate | Hours | Amount |
|---|---|---|---|---|
| **PARTNER** | | | | |
| JENNIFER R HOOVER | (JRH) | $430.00 | 0.70 | $301.00 |
| | | | 0.70 | $301.00 |
| **PARALEGAL** | | | | |
| LISA M BEHRA | (LMB) | $175.00 | 2.20 | $385.00 |
| MICHELLE D. RUST | (MDR) | $250.00 | 0.90 | $225.00 |
| | | | 3.10 | $610.00 |
| | | TOTAL: | 3.80 | $911.00 |

Litigation

FOR PROFESSIONAL SERVICES RENDERED THROUGH OCTOBER 31, 2015

| Date | Atty | Services | Hours |
|---|---|---|---|
| 05/01/15 | KMC | Review as filed agenda for 5.5.2015 hearing and confer with co-counsel regarding hearing | 0.30 |
| 05/01/15 | MDR | Prepare Hearing Binder for the May 5th Hearing for K. Capuzzi | 0.60 |
| 05/04/15 | KMC | Confer with creditor regarding 5.5.2015 hearing and attend to hearing issues | 0.30 |
| 05/05/15 | KMC | Prepare for and attend hearing on third discovery protocol | 1.00 |
| 05/05/15 | KMC | Revise third discovery protocol consistent with comments made to Court and confer with co-counsel and counsel to Cisco regarding same | 0.60 |
| 05/05/15 | KMC | Draft certification of counsel regarding revised order approving third discovery protocol and confer with co-counsel regarding same | 0.50 |
| 05/05/15 | KMC | Attend to filing of certification of counsel regarding revised order approving third discovery protocol | 0.30 |
| 05/05/15 | KMC | Review service details for order approving third discovery protocol and confer with co-counsel regarding same | 0.30 |
| 05/05/15 | MDR | Prepare Chambers' copies of the Certification of Counsel and coordinate delivery of same to Judge Gross (0.30); prepare the Certification of Counsel regarding Proposed Order Granting Debtor's Motion for Entry of Third Discovery Protocol for filing and file and circulate same (0.40) | 0.70 |
| 05/06/15 | KMC | Review as-entered Order on Third Discovery Protocol and multiple communications with Epiq regarding service of same | 0.10 |
| 05/06/15 | KMC | Multiple communications with Epiq regarding service of Order on Third Discovery Protocol | 0.50 |
| 05/07/15 | KMC | Review affidavit of service of Order on Third Discovery Protocol and attend to filing of same | 0.30 |
| 05/07/15 | MDR | E-file the Affidavit of Service of the Order Entering Third Discovery Protocol | 0.20 |

| Date | Atty | Services | Hours |
|---|---|---|---|
| 05/12/15 | KMC | Confer with former employee regarding case status inquiry | 0.20 |
| 05/27/15 | MDR | Download and circulate the most recent filings (.20); update Litigation calendar (.30) | 0.50 |
| 07/06/15 | KMC | Review communication from counsel regarding objections to discovery notice (.10); review docket regarding same (.10); confer with co-counsel regarding results (.20) | 0.40 |
| 08/24/15 | KMC | Confer with former employee regarding claim status and provide contact information for Debtors' counsel | 0.20 |
| 09/15/15 | JRH | Telephone call received from creditor and emails with A. Cordo regarding same | 0.20 |
| 09/21/15 | KMC | Review EMEA Debtors' response to cost-sharing motion and confer with co-counsel regarding same | 0.60 |
| 10/01/15 | JRH | Telephone call received from a creditor regarding status | 0.10 |

Litigation

| Attorney Name | | Hourly Rate | Hours | Amount |
|---|---|---|---|---|
| **PARTNER** | | | | |
| JENNIFER R HOOVER | (JRH) | $460.00 | 0.10 | $46.00 |
| JENNIFER R HOOVER | (JRH) | $430.00 | 0.20 | $86.00 |
| | | | 0.30 | $132.00 |
| **ASSOCIATE** | | | | |
| KEVIN M. CAPUZZI | (KMC) | $310.00 | 5.60 | $1,736.00 |
| | | | 5.60 | $1,736.00 |
| **PARALEGAL** | | | | |
| MICHELLE D. RUST | (MDR) | $250.00 | 2.00 | $500.00 |
| | | | 2.00 | $500.00 |
| | | TOTAL: | 7.90 | $2,368.00 |

Document Reproduction

| Date | User | Description | Amount |
|---|---|---|---|
| 05/28/15 | LMB | Document Reproduction 56 copies | 5.60 |
| 05/28/15 | LMB | Document Reproduction 140 copies | 14.00 |
| 06/01/15 | LMB | Document Reproduction 8 copies | 0.80 |
| 06/01/15 | LMB | Document Reproduction 42 copies | 4.20 |
| | | TOTAL: | $24.60 |

**Delivery Fee - Outside**

| Date | User | Description | Amount |
|---|---|---|---|
| 05/31/15 | KMC | Delivery Fee - Outside - Vendor: DLS Discovery, LLC to Bankruptcy Court | 15.00 |
| | | TOTAL: | $15.00 |

**Federal Express**

| Date | User | Description | Amount |
|---|---|---|---|
| 05/28/15 | XXX | FedEx 05/28/15 Ronald Varckette to Thomas P. Ti | 13.45 |
| 05/28/15 | XXX | FedEx 05/28/15 Ronald Varckette to Derek C. Abb | 13.45 |
| 05/28/15 | XXX | FedEx 05/28/15 Ronald Varckette to Mark D. Coll | 13.45 |
| 05/28/15 | XXX | FedEx 05/28/15 Ronald Varckette to Fred S. Hoda | 13.45 |
| 06/01/15 | XXX | FedEx 06/01/15 Ronald Varckette to Thomas P. Ti | 13.51 |
| 06/01/15 | XXX | FedEx 06/01/15 Ronald Varckette to Derek C. Abb | 13.51 |
| 06/01/15 | XXX | FedEx 06/01/15 Ronald Varckette to Mark D. Coll | 13.51 |
| 06/01/15 | XXX | FedEx 06/01/15 Ronald Varckette to Akin Gump St | 13.51 |
| 06/01/15 | XXX | FedEx 06/01/15 Ronald Varckette to Josephine R. | 13.51 |
| | | TOTAL: | $121.35 |

Court Case Mgmt charges-Pacer

| Date | User | Description | | Amount |
|---|---|---|---|---|
| 04/06/15 | XXX | Court Case Mgmt charges-Pacer PACER APRIL 2015 1 PAGES | | 0.10 |
| 04/06/15 | XXX | Court Case Mgmt charges-Pacer PACER APRIL 2015 2 PAGES | | 0.20 |
| 04/06/15 | XXX | Court Case Mgmt charges-Pacer PACER APRIL 2015 24 PAGES | | 1.90 |
| 04/06/15 | XXX | Court Case Mgmt charges-Pacer PACER APRIL 2015 2 PAGES | | 0.20 |
| 04/06/15 | XXX | Court Case Mgmt charges-Pacer PACER APRIL 2015 28 PAGES | | 2.20 |
| 04/06/15 | XXX | Court Case Mgmt charges-Pacer PACER APRIL 2015 38 PAGES | | 3.00 |
| 04/08/15 | XXX | Court Case Mgmt charges-Pacer PACER APRIL 2015 12 PAGES | | 1.00 |
| 04/08/15 | XXX | Court Case Mgmt charges-Pacer PACER APRIL 2015 38 PAGES | | 3.00 |
| 04/10/15 | XXX | Court Case Mgmt charges-Pacer PACER APRIL 2015 25 PAGES | | 2.00 |
| 05/05/15 | XXX | Court Case Mgmt charges-Pacer PACER 2015 4 PAGES | MAY | 0.30 |
| 05/05/15 | XXX | Court Case Mgmt charges-Pacer PACER 2015 16 PAGES | MAY | 1.30 |
| | | TOTAL: | | $15.20 |