**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| Nortel Networks Inc., et al.,[1] ) | Case No. 09-10138 (KG) |
| ) | |
| Debtors. ) | (Jointly Administered) |
| ) | |
| ) | **Hearing Date: TBD** |

**FOURTH INTERIM APPLICATION OF WHITEFORD, TAYLOR &
PRESTON LLC FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS CO-COUNSEL TO
THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE
PERIOD FROM AUGUST 1, 2015 THROUGH OCTOBER 31, 2015**

| | |
|---|---|
| Name of Applicant: | Whiteford, Taylor & Preston LLC |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | January 13, 2015, *nunc pro tunc* to November 17, 2014 |
| Period for which compensation and reimbursement are sought: | August 1, 2015 through October 31, 2015 |
| Amount of Compensation sought as actual, reasonable, and necessary: | $173,465.50 |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | $11,880.48 |

This is a(n):  __ monthly     X   interim     __ final

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567); and Nortel Networks (CALA) Inc. (4226).

**SUMMARY OF FEE APPLICATIONS FOR COMPENSATION PERIOD**
**AUGUST 1, 2015 THROUGH OCTOBER 31, 2015**

| Docket No. Date Filed | Period Covered | Requested | | Approved/ Pending Approval | | Holdback Fees Requested Fees (20%) |
| --- | --- | --- | --- | --- | --- | --- |
| | | Fees | Expenses | Fees (80%) | Expenses (100%) | |
| Docket No. 16201 Date Filed: 9/25/15 | 8/1/15 - 8/31/15 | $71,007.50 | $9,622.50 | $56,806.00 | $9,622.50 | $14,201.50 |
| Docket No. 16253 Date Filed: 10/19/15 | 9/1/15 - 9/30/15 | $53,320.00 | $1,035.36 | $42,656.00 | $1,035.36 | $10,664.00 |
| Docket No. 16313 Date Filed: 11/19/15 | 10/1/15 - 10/31/15 | $49,138.00 | $1,222.62 | $39,310.40 *(Pending obj. deadline of 12/9/15)* | $1,222.62 *(Pending obj. deadline of 12/9/15)* | $9,827.60 |
| **TOTALS:** | | $173,465.50 | $11,880.48 | $138,772.40[2] | $11,880.48[3] | $34,693.10 |

Summary of Any Objections to Fee Applications: None

---

[2] The total amount reflected in this column includes amounts pending approval.
[3] The total amount reflected in this column includes amounts pending approval.

Dated: November 25, 2015
Wilmington, Delaware

*/s/ Katherine Good*
Christopher M. Samis (No. 4909)
L. Katherine Good (No. 5101)
Chantelle D. McClamb (No. 5978)
Whiteford, Taylor & Preston LLC
The Renaissance Centre
405 North King Street, Suite 500
Wilmington, Delaware 19801
Telephone: (302) 353-4144
Facsimile: (302) 661-7950

-and-

Fred S. Hodara, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002

*Co-Counsel to the Official Committee of Unsecured Creditors of Nortel Networks Inc., et al.*