**Exhibit B**

Nortel Networks, Inc.
Expenses

| Employee | Description | Transaction Date | Expenses |
|---|---|---|---|
| Walters,Sarah E (US013701217) | Mileage: Traveling to a client site (Nortel)\\Nortel, EY | 7/13/2015 | $11.50 |
| Walters,Sarah E (US013701217) | Mileage: Traveling to a client site - Nortel\\Nortel, Home | 7/14/2015 | $11.50 |
| Trombley,Tarryn Kate Gurney (US01289087 | Air: Nortel trip to Houston - southwest flight fee\\PHNDWM-1! | 6/18/2015 | $12.50 |
| Trombley,Tarryn Kate Gurney (US01289087 | Air: Nortel trip to Houston - southwest flight fee\\PHNDWM-1! | 6/18/2015 | $12.50 |
| Trombley,Tarryn Kate Gurney (US01289087 | Mileage: Mileage to Nortel and back - 6.3 miles each way above normal commute x 2  x 5 trips = 63 miles (through 7/30/15)\\Home and Nortel Networks (RTP) | 7/27/2015 | $36.23 |
| Scott,James E (US011119307) | Mileage: Travel to Nortel for Vendor Payment outline review\\Office to Nortel to Office | 6/25/2015 | $13.23 |
| Jacks,Sarah Butler (US011990278) | Mileage: mileage above normal commute to/from EY office to/from Nortel offices\\home to/from nortel offices | 6/29/2015 | $12.65 |
| Jacks,Sarah Butler (US011990278) | Mileage: mileage to/from Nortel offices from/to ey office for meetings with T Ross re: TPR\\ey office to/from nortel | 7/1/2015 | $16.10 |
| Jacks,Sarah Butler (US011990278) | Mileage: mileage to/from Nortel offices from EY office\\EY office to/from Nortel offices | 7/9/2015 | $18.40 |
| Jacks,Sarah Butler (US011990278) | Mileage: mileage to from ey office to nortel\\ey office to/from nortel | 7/16/2015 | $18.40 |
| Jacks,Sarah Butler (US011990278) | Mileage: mileage to/from Nortel offices \\home to/from nortel offices | 7/13/2015 | $12.65 |
| Jacks,Sarah Butler (US011990278) | Mileage: mileage above normal commute to/from NOrtel offices\\home to/from Nortel | 7/15/2015 | $12.65 |
| Jacks,Sarah Butler (US011990278) | Mileage: mileage to/from Nortel offices\\home to/from nortel offices | 7/29/2015 | $12.65 |
| Jacks,Sarah Butler (US011990278) | Mileage: mileage to/from Nortel offices\\home to/from nortel offices | 7/27/2015 | $12.65 |
| Gentile,Matthew Donald (US012548056) | Mileage: The business purpose of this expense was to travel to a client location.  The origin was Raleigh and the destination was Research Triangle Park.\\Raleigh; RTP | 7/2/2015 | $16.10 |
| Davidson,Garrett M. (US012966979) | Air: Flight expenses incurred in order to travel to Atlanta to hold the Nortel - ITS update meeting\\ETSAFD | 7/24/2015 | $199.35 |

**Nortel Networks, Inc.**
Expenses

| Employee | Description | Transaction Date | Expenses |
|---|---|---|---|
| Davidson,Garrett M. (US012966979) | Air: American express booking expenses incurred in order to travel to Atlanta to hold the Nortel - ITS update meeting\ETSAFD | 7/24/2015 | $35.00 |
| Davidson,Garrett M. (US012966979) | Air: Flight expenses incurred in order to travel to Atlanta from Memphis in order to work with Meredith on Nortel international tax advisory projects\\VFQKLL | 7/8/2015 | $70.50 |
| Davidson,Garrett M. (US012966979) | Air: Flight expenses incurred related to traveling from Memphis to Atlanta in order to work with Meredith on various Nortel - ITS advisory projects\\VFQKLL | 7/8/2015 | $506.36 |
| Davidson,Garrett M. (US012966979) | Air: American express booking expenses incurred in order to travel to Atlanta from Memphis in order to work with Meredith on Nortel international tax advisory projects\\VFQKLL | 7/8/2015 | $7.00 |
| Carroll,Kara Ruth (US013382134) | Mileage: Mileage for driving to Nortel (round trip)  \\Office to Nortel | 7/2/2015 | $14.38 |
| | | Totals | $1,062.30 |

*ALL AIR EXPENSES ARE AT COACH/ECONOMY FARE