2

**Exhibit B**

2

**Nortel Networks, Inc.**
**Expenses**

| Employee | Description | Transaction Date | Expenses |
|---|---|---|---|
| Carroll, Kara Ruth (US013382134) | Mileage: Mileage for driving to Nortel.   One Round trip= 22 miles x 4 trips = 88 miles \\Office to Nortel | 8/1/2015 | $50.60 |
| Jacks, Sarah Butler (US011990278) | Mileage: mileage to/from Nortel offices above normal commute\\home to/from nortel offices | 8/5/2015 | $12.65 |
| Wood, Jeffrey T (US013081390) | Lodge: Return review with RLKS\\AZBJSJ | 8/19/2015 | $484.20 |
| Wood, Jeffrey T (US013081390) | Brkft: Return review with RLKS | 8/18/2015 | $9.58 |
| Wood, Jeffrey T (US013081390) | Mileage: Return review with RLKS\\Airport round trip | 8/19/2015 | $11.50 |
| Wood, Jeffrey T (US013081390) | Air: Return review with RLKS\\BLKQHT | 8/19/2015 | $7.00 |
| Wood, Jeffrey T (US013081390) | Dinner: Return review with RLKS | 8/19/2015 | $86.42 |
| Wood, Jeffrey T (US013081390) | Parking: Return review with RLKS | 8/19/2015 | $36.00 |
| Wood, Jeffrey T (US013081390) | Mileage: Meetings in office\\Client to office and back | 8/10/2015 | $19.55 |
| Wood, Jeffrey T (US013081390) | Brkft: Return review with RLKS | 8/19/2015 | $9.58 |
| Wood, Jeffrey T (US013081390) | Air: Transfer pricing meetings Atlanta\\GRYLBY | 8/19/2015 | $348.81 |
| Wood, Jeffrey T (US013081390) | Mileage: \\Client office and back | 8/28/2015 | $16.10 |
| Wood, Jeffrey T (US013081390) | Mileage: \\Client office and back | 8/24/2015 | $16.10 |
| Wood, Jeffrey T (US013081390) | Mileage: \\Client office and back | 8/27/2015 | $16.10 |
| Trombley, Tarryn Kate Gurney (US01289087) | Mileage: Round trip mileage to Nortel and back over normal commute. 6.3 miles each way x 5 trips including two trips from office to Nortel of 6.2 miles each = 75.4 miles. Through 8/28/15\\Home and Nortel | 8/27/2015 | $43.13 |
| Trombley, Tarryn Kate Gurney (US01289087) | Air: Expenses for trip to Houston for RLKS Meeting: flight fee\\PHNDWM | 8/19/2015 | $7.00 |
| Trombley, Tarryn Kate Gurney (US01289087) | Misc: Expenses for trip to Houston for RLKS Meeting: tips for hotel staff | 8/19/2015 | $10.00 |
| Trombley, Tarryn Kate Gurney (US01289087) | Lodge: Expenses for trip to Houston for RLKS Meeting: Hotel while out of town for client meeting\\PHNDWM | 8/20/2015 | $484.20 |
| Trombley, Tarryn Kate Gurney (US01289087) | Brkft: Expenses for trip to Houston for RLKS Meeting: Breakfast while out of town for client meeting | 8/18/2015 | $4.82 |
| Trombley, Tarryn Kate Gurney (US01289087) | Brkft: Expenses for trip to Houston for RLKS Meeting: Breakfast while travelling | 8/17/2015 | $10.01 |

**Nortel Networks, Inc.**
Expenses

| Employee | Description | Transaction Date | Expenses |
|---|---|---|---|
| Trombley,Tarryn Kate Gurney (US01289087) | Dinner: Expenses for trip to Houston for RLKS Meeting: part of dinner while out of town for client meeting | 8/19/2015 | $2.69 |
| Trombley,Tarryn Kate Gurney (US01289087) | Brkft: Expenses for trip to Houston for RLKS Meeting: Breakfast while travelling | 8/17/2015 | $2.55 |
| Trombley,Tarryn Kate Gurney (US01289087) | Brkft: Expenses for trip to Houston for RLKS Meeting: Breakfast while out of town for client meeting | 8/18/2015 | $6.48 |
| Trombley,Tarryn Kate Gurney (US01289087) | Mileage: Expenses for trip to Houston for RLKS Meeting: round trip mileage to airport and back in RDU: 9.3 miles each way x 2 x 2 = 37\\Home and RDu | 8/19/2015 | $21.28 |
| Scott,James E (US011119307) | Dinner: Dinner mtg re:  Nortel Tax Return Review with Doug Abbott, Andy Beasky, Catherine Scott, Jim Scott | 8/10/2015 | $217.49 |
| Scott,James E (US011119307) | Mileage: CA 2009-2011 Analysis\\Office to Nortel to Office | 8/11/2015 | $14.95 |
| Jacks,Sarah Butler (US011990278) | Brkft: breakfast while traveling in Houston for Nortel tax return discussions | 8/18/2015 | $4.44 |
| Jacks,Sarah Butler (US011990278) | Mileage: mileage to/from airport for Nortel Houston tax compliance meetings\\home to/from RDU | 8/17/2015 | $15.53 |
| Jacks,Sarah Butler (US011990278) | Dinner: dinner while working on Nortel 2014 tax returr | 8/10/2015 | $10.57 |
| Jacks,Sarah Butler (US011990278) | Parking: RDU airport parking for tax compliance meetings in Houston with R Lydecker | 8/20/2015 | $36.00 |
| Jacks,Sarah Butler (US011990278) | Air: American Express travel fee for flight from HOU to RDU for tax compliance meetings with R Lydecker\\KVAHGB | 8/19/2015 | $7.00 |
| Jacks,Sarah Butler (US011990278) | Taxi: car service from HOU airport to EY Houston office attendees Sarah Jacks Tarryn Trombley and Sarah Jacks\\Hou airport to EY Houston office | 8/24/2015 | $107.40 |
| Jacks,Sarah Butler (US011990278) | Lodge: hotel while staying in Houston for tax return discussion meetings with R Lydecker (two nights)\\KVAHGB | 8/20/2015 | $498.28 |
| Jacks,Sarah Butler (US011990278) | Dinner: dinner while working on Nortel tax return - prep for Houston meetings with Richard Lydecker attendees: Tarryn Trombley Sarah jacks and Jeff Wood | 8/17/2015 | $84.38 |

**Nortel Networks, Inc.**
Expenses

| Employee | Description | Transaction Date | Expenses |
|---|---|---|---|
| Jacks,Sarah Butler (US011990278) | Misc: dinner while working on Nortel tax return - prep for Houston meetings with Richard Lydecker attendees: Tarryn Trombley Sarah jacks and Jeff Wood | 8/17/2015 | $16.00 |
| Jacks,Sarah Butler (US011990278) | Mileage: mileage above normal commute \\home to/from Norte | 8/11/2015 | $12.65 |
| Jacks,Sarah Butler (US011990278) | Mileage: mileage above normal commute to from EY office\\EY Office to/from Nortel | 8/10/2015 | $18.40 |
| Jacks,Sarah Butler (US011990278) | Mileage: mileage above normal commute \\home to/from Norte | 8/12/2015 | $12.65 |
| Jacks,Sarah Butler (US011990278) | Mileage: mileage to Nortel offices above normal commute\\home to/from nortel | 8/3/2015 | $12.65 |
| Jacks,Sarah Butler (US011990278) | Mileage: mileage to/from Nortel offices from ey office\\ey office to/from nortel offices | 8/26/2015 | $18.40 |
| Gentile,Matthew Donald (US012548056) | Mileage: The business purpose of this expense was to travel to a client location for meetings.  The origin was Raleigh and the destination was Research Triangle Park.\\Raleigh; RTP | 8/18/2015 | $16.10 |

Totals      $2,819.24

* All Air Expenses are at Coach/Economy Fare