**Exhibit B**

4828-2443-6267 1

**Nortel Networks, Inc.**
Expenses

| Employee | Description | Transaction Date | Expenses |
|---|---|---|---|
| Beakey III,Andrew M (US011131290) | Air: Nortel meeting - airline transaction fee\\PAVCNE | 7/31/2015 | $7.00 |
| Beakey III,Andrew M (US011131290) | Air: Nortel meeting to review returns\\PAVCNE | 7/31/2015 | $758.79 |
| Abbott,Douglas J. (US012013835) | Air: Air from Houston to NC for Nortel tax return review and meetings - LCZOQO\\LCZOQO | 7/31/2015 | $758.79 |
| Abbott,Douglas J. (US012013835) | Air: AmEx air fee - Air from Houston to NC for Nortel tax return review and meetings - LCZOQO\\LCZOQO | 7/31/2015 | $7.00 |
| Beakey III,Andrew M (US011131290) | Air: Nortel meeting\\PAVCND | 8/9/2015 | $169.00 |
| Beakey III,Andrew M (US011131290) | Misc: Nortel meeting - tips | 8/10/2015 | $6.00 |
| Beakey III,Andrew M (US011131290) | Brkft: Nortel meeting - breakfast for self | 8/10/2015 | $14.00 |
| Beakey III,Andrew M (US011131290) | Tolls: Nortel meeting - tolls\\home to airport | 8/10/2015 | $13.00 |
| Beakey III,Andrew M (US011131290) | Mileage: Nortel meeting\\home to airport | 8/10/2015 | $40.25 |
| Abbott,Douglas J. (US012013835) | Mileage: Nortel tax return review and meetings\\home - airpor | 8/10/2015 | $23.00 |
| Abbott,Douglas J. (US012013835) | Misc: Tips while traveling for Nortel | 8/10/2015 | $5.00 |
| Abbott,Douglas J. (US012013835) | Tolls: Nortel tax return review and meetings\\home - airpor | 8/10/2015 | $5.25 |
| Beakey III,Andrew M (US011131290) | Dinner: Nortel meeting - dinner for self | 8/11/2015 | $23.00 |
| Beakey III,Andrew M (US011131290) | Brkft: Nortel meeting - breakfast for self | 8/11/2015 | $17.00 |
| Beakey III,Andrew M (US011131290) | Dinner: Dinner with Andy Beakey, Doug Abbott, Jeff Wood, and Jim Scott to discuss 2014 1120 and separate tax returns. This was a working dinner. | 8/11/2015 | $268.70 |
| Abbott,Douglas J. (US012013835) | Brkft: Nortel tax return review | 8/11/2015 | $6.00 |
| Beakey III,Andrew M (US011131290) | RentalCar: Nortel meeting\\571961482 | 8/12/2015 | $76.15 |
| Beakey III,Andrew M (US011131290) | Parking: Nortel meetings | 8/12/2015 | $78.00 |
| Abbott,Douglas J. (US012013835) | Lodge: Sheraton Hotel - Nortel tax return review\\LCZOQC | 8/12/2015 | $334.15 |
| Abbott,Douglas J. (US012013835) | Parking: IAH Parking - Sure Park - Nortel tax return review | 8/12/2015 | $72.00 |
| Abbott,Douglas J. (US012013835) | Mileage: Nortel tax return review\\airport - home | 8/12/2015 | $23.00 |
| Abbott,Douglas J. (US012013835) | Tolls: Nortel tax return review\\airport - home | 8/12/2015 | $5.25 |
| Beakey III,Andrew M (US011131290) | Lodge: Nortel meeting\\PAVCND | 8/13/2015 | $333.70 |

Nortel Networks, Inc.
Expenses

| Employee | Description | Transaction Date | Expenses |
|---|---|---|---|
| Beakey III,Andrew M (US011131290) | Dinner: Dinner meeting to discuss 2014 tax returns and planning with Andy Beakey (EY), Tarryn Smith (EY), Jeff Wood (EY), Sarah Jacks (EY), Jim Scott (EY), Doug Abbott (EY), Richard Lydecker (RLKS), Kathy Schultea (RLKS). This was a working dinner to discuss status of 2014 tax returns and the FY16 projects. | 8/18/2015 | $887.34 |
| Beakey III,Andrew M (US011131290) | Air: Nortel meeting\\BYZWFK | 8/25/2015 | $7.00 |
| Beakey III,Andrew M (US011131290) | Air: Nortel meeting\\BYZWFK | 8/25/2015 | $823.00 |
| Jacks,Sarah Butler (US011990278) | Taxi: car service for J Wood T Trombley and S Jacks to HOU airport from EY office for tax return discussion meetings with R Lydecker\\EY Houston office to HOU airport | 8/26/2015 | $103.40 |
| Gentile,Matthew Donald (US012548056) | Mileage: The business purpose of this expense was to travel to a client location for a meeting.  The origin was the EY office and the destination was Research Triangle Park.\\EY Office; RTP | 8/26/2015 | $16.10 |
| Beakey III,Andrew M (US011131290) | Air: Nortel meeting\\YXCNZZ | 8/26/2015 | $7.00 |
| Jacks,Sarah Butler (US011990278) | Mileage: mileage above normal commute to/from Nortel offices\\home to/from Nortel offices | 8/31/2015 | $12.65 |
| Wood,Jeffrey T (US013081390) | Mileage: \\Client location to offsite meeting and back | 9/1/2015 | $17.25 |
| Carroll,Kara Ruth (US013382134) | Mileage: Mileage for driving to Nortel.   One Round trip= 20 miles x 4 trips = 80 miles \\Office to Nortel | 9/2/2015 | $46.00 |
| Gentile,Matthew Donald (US012548056) | Mileage: The business purpose of this expense was to travel to a client location.  The origin was the EY office in Raleigh and the destination was Research Triangle Park.\\EY Office; RTP | 9/2/2015 | $16.10 |
| Wood,Jeffrey T (US013081390) | Mileage: \\client location to offsite meeting and back | 9/2/2015 | $17.25 |
| Trombley,Tarryn Kate Gurney (US01289087) | Mileage: Mileage to Nortel and back for meeting with Jeff Wood to discuss TP project with Shiho Higaki. 6.3 miles over normal commute there, 12.6 miles back to office = 20 miles. PPED Jim Scott\\EY office/Home and Nortel | 9/16/2015 | $11.50 |
| Gentile,Matthew Donald (US012548056) | Mileage: The business purpose of this expense was to travel to a client location for a meeting.  The origin was the EY Office and the destination was Research Triangle Park.\\EY Office; RTP | 9/17/2015 | $16.10 |

Nortel Networks, Inc.
Expenses

| Employee | Description | Transaction Date | Expenses |
|---|---|---|---|
| Scott,James E (US011119307) | Mileage: Conf Call TX State Desk, Gentile Wood w/follow-up doc changes)\Office Nortel Office | 9/17/2015 | $13.23 |
| Scott,James E (US011119307) | Mileage: Roundtrip mileage for meeting at Nortel with Jeff Wood regarding TP project.\\EY / Nortel | 9/23/2015 | $15.53 |
| Williams,Mark (US013717769) | Mileage: Drove from home to the client, back to EY office | 9/24/2015 | $15.53 |
| | | | |
| | | | |
| | | Totals | $5,069.01 |

* All Air is at Coach/Economy Class Fare