<u>**CERTIFICATE OF SERVICE**</u>

I, Tamara K. Minott, certify that I am not less than 18 years of age, and that service of the foregoing **Forty-Third Interim Application Of Ernst & Young LLP For Allowance Of Compensation For Services Rendered As Indirect Tax Service Advisor To The Debtors And Debtors-In-Possession For September 1, 2015 Through September 30, 2015** was caused to be made on November 25, 2015, in the manner indicated upon the entities identified below:

Date:  November 25, 2015                                    */s/ Tamara K. Minott*
                                                                      Tamara K. Minott (No. 5643)

<u>**VIA HAND DELIVERY**</u>                              <u>**VIA FIRST CLASS MAIL**</u>

Christopher M. Samis, Esq.                               Nortel Networks
L. Katherine Good, Esq.                                    Attn: Accounts Payable
Whiteford Taylor & Preston LLC                        P.O. Box 13010
The Renaissance Center                                     RTP, NC  27709
405 N. King Street, Suite 500                            (Debtor)
Wilmington, DE  19801
(Counsel for Official Committee                        Fred S.  Hodara, Esq.
Of Unsecured Creditors)                                   Akin Gump Strauss Hauer & Feld LLP
                                                                      One Bryant Park
<u>**VIA HAND DELIVERY & EMAIL**</u>               New York, NY  10036
                                                                      (Counsel for Official Committee
Mark Kenney, Esq.                                           Of Unsecured Creditors)
Office of the U.S. Trustee
844 King Street
Suite 2207, Lockbox 35
Wilmington, DE  19801-3519
Email:  Mark.Kenney@usdoj.gov
(Trustee)

<u>**VIA FIRST CLASS MAIL & EMAIL**</u>

Judith Scarborough CPA/ABV CVA
Master, Sidlow & Associates, P.A.
2002 West 14th Street
Wilmington, DE  19806
Email:  jscarborough@mastersidlow.com