IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>Nortel Networks Inc., et al.,[1]<br><br>　　　　　　　　　Debtors. | ) Chapter 11<br>)<br>) Case No. 09-10138 (KG)<br>)<br>)<br>) Jointly Administered<br>)<br>) **Hearing Date: To Be Determined**<br>) |

**TWENTY-SEVENTH QUARTERLY FEE APPLICATION OF ERNST & YOUNG LLP FOR COMPENSATION FOR SERVICES RENDERED AS INDIRECT TAX SERVICE ADVISOR TO THE DEBTORS AND DEBTORS-IN-POSSESSION FOR THE PERIOD OF JULY 1, 2015 THROUGH SEPTEMBER 30, 2015**

E&Y LLP hereby submits its twenty-seventh quarterly fee application request (the "Request") for the period July 1, 2015 through and including September 30, 2015 (the "Compensation Period").

| E&Y LLP seeks approval of the following fee application: Fee Application Filing Date | Period Covered By Application | Total Fees Requested | Total Expenses Requested | Certification of No Objection Filing Date, Docket No. | Amount of Fees Allowed (80%) | Amount of Expenses Allowed (100%) | Amount of Holdback Fees Sought |
|---|---|---|---|---|---|---|---|
| 11/__/15 | 7/1/15-7/31/15 | $432,134.50 | $1,062.30 |  | $345,707.60 | $1,062.30 | $86,426.90 |
| 11/__/15 | 8/1/15-8/31/15 | $478,981.00 | $2,819.24 |  | $383,184.80 | $2,819.24 | $95,796.20 |
| 11/__/15 | 9/1/15-9/30/15 | $292,764.50 | $5,069.01 |  | $234,211.60 | $5,069.01 | $58,552.90 |
| TOTAL |  | $1,203,880.00 | $8,950.55 |  | $963,104.00 | $8,950.55 | $240,776.00 |

E&Y LLP seeks interim approval of the full amount of the fees and expenses requested in the above-referenced fee application and payment by the Debtors of the amount

---

[1] Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

4827-7869-2139.1

requested in such fee application in full.

WHEREFORE, E&Y LLP respectfully requests that the Court enter the order enter the order attached hereto as Exhibit A and grant E&Y LLP such other and further relief as is just and proper.

Dated: November 25, 2015             Respectfully submitted,

/s/ Joanne Lee
Joanne Lee
Foley & Lardner LLP
321 N. Clark Street, Suite 2800
Chicago, IL 60654
Tel. 312.832.4500
jlee@foley.com

## COMPENSATION BY PROFESSIONAL
## THROUGH SEPTEMBER 30, 2015

| Professional | Position | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Abbott, Douglas J. | Partner | $660 | 89.0 | $55,440.00 |
| Allen, Christopher L. | Senior | $340 | 2.5 | $850.00 |
| Beakey III, Andrew M. | Partner | $660 | 127.0 | $68,970.00 |
| Blum, Matthew S. | Executive Director | $725 | 15.5 | $11,237.50 |
| Bott, Kimberly Mitchell | Senior Manager | $570 | 0.5 | $285.00 |
| Boulus, Albert | Senior | $340 | 24.5 | $8,330.00 |
| Bradshaw, Ann | Partner | $725 | 0.5 | $362.50 |
| Breton, Kristina | Senior | $340 | 152.0 | $51,680.00 |
| Bryant, James Hansford | Senior Manager | $210 | 10.0 | $2,100.00 |
| Carroll, Kara Ruth | Staff | $210 | 328.2 | 68,922.00 |
| Danowitz, Steven M. | Partner | $660 | 1.0 | $660.00 |
| Davidson, Garrett M. | Senior | $340 | 107.6 | $36,584.00 |
| De la Rosa, Anabel | Senior | $340 | 40.0 | $13,600.00 |
| DeVincenzo, Jennie Harrison | Senior Manager | $570 | 0.5 | $285.00 |
| Eaton, Antoinyce Evangeline | Staff | $210 | 4.7 | $987.00 |
| Fida, Saira | Senior | $340 | 32.6 | $11,084.00 |
| Fitzsimmons, Megan R. | Senior Manager | $570 | 3.0 | $1,710.00 |
| Fisher, Patricia Ann | Senior Manager | $570 | 0.5 | $285.00 |
| Flagg, Nancy A. | Executive Director | $660 | 0.5 | $330.00 |
| Forgey, Cody M. | Senior | $340 | 32.0 | $10,880.00 |
| Fox, George Gleason | Executive Director | $660 | 1.0 | $660.00 |
| Galicia, Berta A. | Staff | $210 | 5.0 | $1,050.00 |
| Garlock, David C. | Partner | $725 | 1.0 | $725.00 |
| Gast, Kenneth Jason | Senior | $340 | 1.0 | $340.00 |
| Gentile, Matthew Donald | Senior Manager | $570 | 129.9 | $74,043.00 |
| Gilinsky, David | Senior | $340 | 0.5 | $170.00 |
| Goodwin, Mary Kathleen | Staff | $210 | 10.4 | $2,184.00 |

4827-7869-2139.1

| Professional | Position | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Gouri, Amit | Senior Manager | $570 | 8.0 | $4,560.00 |
| Gray, Taylor A. | Staff | $210 | 17.1 | $3,591.00 |
| Greenstein, Jeffrey H. | Executive Director | $725 | 9.0 | $6,525.00 |
| Helmer, Eileen E. | Staff | $210 | 7.0 | $1,470.00 |
| Heroy, Jessica R. | Manager | $470 | 12.8 | $6,016.00 |
| Higaki, Shiho | Senior | $340 | 37.5 | $12,750.00 |
| Jacks, Sarah Butler | Senior Manager | $570 | 303.8 | $168,748.50 |
| Jordan, Sheridan E. | Staff | $210 | 8.8 | $1,848.00 |
| Joseph, Carl A. | Partner | $660 | 1.5 | $990.00 |
| Kennedy, Jamie B | Staff | $210 | 3.0 | $630.00 |
| Lowery, Kristie L. | Partner | $725 | 5.4 | $3,915.00 |
| Mesler, Mark S. | Partner | $660 | 5.0 | $3,300.00 |
| McLeish, Heather Lisa | Staff | $210 | 0.3 | $63.00 |
| Mills, Rebecca Hinson | Senior | $340 | 2.5 | $850.00 |
| Moore, Meredith M. | Staff | $210 | 59.1 | $12,411.00 |
| Morris, John Richard | Executive Director | $725 | 0.5 | $362.50 |
| Nguyen, Oanh | Senior | $340 | 3.0 | $1,020.00 |
| Niesen, Davila K. | Partner | $660 | 0.5 | $330.00 |
| Penrith, Daniel R. | Senior Manager | $570 | 1.3 | $741.00 |
| Ponds, Loren C. | Senior Manager | $570 | 2.5 | $1,425.00 |
| Puett, Stephen W. | Partner | $660 | 4.0 | $2,640.00 |
| Quigley, Nicholas W. | Manager | $470 | 0.2 | $94.00 |
| Rehberger, John M. | Staff | $210 | 0.5 | $105.00 |
| Riordon, Paige Bell | Senior Manager | $570 | 0.5 | $285.00 |
| Rutter, Donna R. | Partner | $660 | 0.8 | $528.00 |
| Sargent, Amy Johannah | Executive Director | $725 | 1.5 | $1,087.50 |
| Scott, James E. | Partner | $660 | 96.0 | $63,360.00 |
| Settlemyre, Anne B. | Staff | $210 | 21.8 | $4,578.00 |
| Shapiro, Ari J. | Staff | $210 | 363.3 | $76,293.00 |
| Sorrells, Courtney Scruggs | Senior | $340 | 9.3 | $3,162.00 |

2

| Professional | Position | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Stamm, Michael T. | Senior Manager | $570 | 8.3 | $4,731.00 |
| Sutherland, Alyssa McKenzie | Staff | $210 | 25.8 | $5,418.00 |
| Thompson, Jeffrey Allen | Senior Manager | $570 | 1.0 | $570.00 |
| Tilmann, Saul D. | Senior Manager | $570 | 7.3 | $4,161.00 |
| Traylor, Brenton Wade | Staff | $210 | 36.0 | $7,560.00 |
| Trombley, Tarryn Kate Gurney | Senior | $340 | 269.2 | $89,403.00 |
| Tufino, Salvatore J. | Executive Director | $660 | 5.5 | $3,630.00 |
| Tutor, George S. | Executive Director | $660 | 0.5 | $330.00 |
| Waggner, Theodore Houston | Senior | $340 | 1.3 | $442.00 |
| Walters, Sarah E. | Staff | $210 | 37.1 | $7,791.00 |
| Welsch, Anthony F. | Senior | $340 | 4.5 | $1,530.00 |
| Williams, Edward M. | Partner | $725 | 1.0 | $725.00 |
| Williams, Mark | Staff | $210 | 3.8 | $798.00 |
| Wolpert, Samantha | Staff | $210 | 5.0 | $1,050.00 |
| Wood, Jeffrey T. | Executive Director | $660 | 411.6 | $267,366.00 |
| Yaghmour, Michael | Partner | $725 | 1.3 | $942.50 |
| **TOTAL** | | | **2,926.6** | **$1,203,880.00** |

3

## COMPENSATION BY PROJECT CATEGORY
## THROUGH SEPTEMBER 30, 2015

| Project Category | Total Hours | Total Fees |
|---|---:|---:|
| Tax Compliance | 1,595.1 | $607,953.50 |
| Federal Consulting | 855.7 | $404,061.00 |
| International Consulting | 142.0 | $54,110.00 |
| State and Local Consulting | 286.4 | $121,173.50 |
| Employment Tax Account Closure | 47.4 | $16,582.00 |
| **TOTAL** | **2,926.6** | **$1,203,880.00** |

## EXPENSE SUMMARY
## THROUGH SEPTEMBER 30, 2015

| Expense Category | Total Expenses |
|---|---:|
| Air[1] | $3,750.60 |
| Lodging | $2,134.53 |
| Meals | $1,681.05 |
| Mileage | $798.72 |
| Miscellaneous | $37.10 |
| Parking | $238.10 |
| Rental Car | $76.15 |
| Taxi | $210.80 |
| Tolls | $23.50 |
| **TOTAL** | **$8,950.55** |

---

[1] All air expenses are coach/economy class.