# **EXHIBIT A**

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Bauer | Alison D. | 05/10/2015 | Review fee examiner's report; correspondence to and from A. Collins regarding discrepancies noted in report | 0.4 | 336.00 | 13268952 |
| Gray | William | 05/10/2015 | Review fee application and examiner's report (.3); review time sheets (.3) | 0.6 | 567.00 | 13284561 |
| Bauer | Alison D. | 12/10/2015 | Review draft response to fee examiner's report | 0.2 | 168.00 | 13279711 |
| Collins | Allan | 12/10/2015 | attention to fee application (2.6); prepare response to fee examiner (0.5); | 3.1 | 914.50 | 13280494 |
| Collins | Allan | 13/10/2015 | attention to fee application; | 3.6 | 1,062.00 | 13282619 |
| Collins | Allan | 14/10/2015 | attention to fee application; | 4.6 | 1,357.00 | 13296814 |
| Collins | Allan | 15/10/2015 | attention to fee application; | 3.8 | 1,121.00 | 13296824 |
| Collins | Allan | 20/10/2015 | attention to fee application; | 1.6 | 472.00 | 13296829 |
| Bauer | Alison D. | 22/10/2015 | Review final fee report | 0.2 | 168.00 | 13302888 |
| Collins | Allan | 22/10/2015 | attention to fee application; | 1.7 | 501.50 | 13311146 |
| Collins | Allan | 27/10/2015 | attention to fee application; | 2.3 | 678.50 | 13320234 |
| Bauer | Alison D. | 27/10/2015 | Attention to quarterly fee hearing and proposed order | 0.2 | 168.00 | 13321797 |
| Collins | Allan | 30/10/2015 | attention to fee application; | 1.6 | 472.00 | 13323238 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Laskin | Aria | 01/10/2015 | reviewing and finalizing claims (4.0); | 4.0 | 1,260.00 | 13262641 |
| Bomhof | Scott A. | 01/10/2015 | telephone call with S. Block, A. Slavens, J. Opolsky and Cassels team regarding reply factum (.7); meeting with S. Block regarding reply factum (.3); reviewing and revising reply factum and assist regarding service and filing of reply factum (3.2); | 4.2 | 3,675.00 | 13264226 |
| Block | Sheila R. | 01/10/2015 | call with Cassels and Torys teams regarding reply factum (0.7); confer with S. Bomhof regarding same (0.3); | 1.0 | 1,090.00 | 13264249 |
| Bauer | Alison D. | 01/10/2015 | Review factum | 0.4 | 336.00 | 13264867 |
| Gray | Andrew | 01/10/2015 | conference calls and office conferences regarding appeal materials and finalizing same (1.5); revising Canadian claims document and email regarding legal issues in connection with the same (1.0); | 2.5 | 2,062.50 | 13265475 |
| Gray | William | 01/10/2015 | Work on outline of U.S. Appeal | 3.3 | 3,118.50 | 13265510 |
| Slavens | Adam | 01/10/2015 | reviewing comments on reply factum re motion for leave to appeal from allocation trial decision (0.9); email correspondence and telephone calls with Cleary team, Cassels team, S. Block, S. Bomhof and A. Gray re same (0.8); finalizing reply factum re motion for leave to appeal from allocation trial decision (1.0); serving and filing same (1.5); | 4.2 | 3,255.00 | 13265663 |
| Silver | Jon | 02/10/2015 | meeting with Nortel team to discuss merits appeal (1.0); researching case law and preparing for meeting (2.4); | 3.4 | 867.00 | 13265117 |
| Opolsky | Jeremy | 02/10/2015 | meeting with A. Slavens, A. Gray, A. Laskin, J. Silver and S. Bomhof re: appeal issues (1.0); preparing for and participating in call with A. Gray, A. Slavens, and A. Laskin re: claims issues (2.3); revising claims documents (1.7); correspondence with Torys and Cleary teams re: claims issues (.3); | 5.3 | 2,994.50 | 13265481 |
| Bomhof | Scott A. | 02/10/2015 | meeting with A. Gray, A. Slavens, J. Silver, A. Laskin and J. Opolsky regarding materials for appeal of Ontario allocation order (1.6); meeting with A. Gray and A. Slavens regarding US appeal issues (.8); reviewing draft intercompany claim document (1.0); | 3.4 | 2,975.00 | 13266929 |
| Laskin | Aria | 02/10/2015 | Reviewing recent decisions and appeal factums / responses to prepare for appeal factum (2.1); team meeting to discuss leave / appeal (1.0); reviewing and discussing claims document (1.0); | 4.1 | 1,291.50 | 13267459 |
| Gray | Andrew | 02/10/2015 | internal meeting and preparing for meeting regarding appeal arguments (2.0); email, drafting and internal conference call regarding Canadian claims issues (1.5); | 3.5 | 2,887.50 | 13267920 |
| Slavens | Adam | 02/10/2015 | meeting with S. Bomhof, A. Gray, J. Opolsky, A. Laskin and J. Silver re appeal matters; | 1.0 | 775.00 | 13269653 |
| Slavens | Adam | 02/10/2015 | reviewing claims information and preparing schedule re same (3.5); reviewing comments from L. Schweitzer on same (1.0); telephone call with A. Gray, J. Opolsky and A. Laskin re same (0.7); meet with W. Gray and S. | 6.1 | 4,727.50 | 13269657 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Gray | William | 02/10/2015 | Bomhof regarding US appeal issues (0.9); Video conference with A. Slavens and S. Bomhof (.9); work on comments to appeal brief outline (2.3) | 3.2 | 3,024.00 | 13284544 |
| Laskin | Aria | 02/10/2015 | attending team conference call to prepare for claims (1.0); | 1.0 | 315.00 | 13285218 |
| Gray | Andrew | 03/10/2015 | reviewing materials on appeal issues (0.7); | 0.7 | 577.50 | 13267929 |
| Silver | Jon | 05/10/2015 | preparing materials on motion for leave for electronic distribution; | 0.5 | 127.50 | 13267405 |
| Opolsky | Jeremy | 05/10/2015 | call with Torys, Cleary, John Ray and Chilmark re: claims issues (in part) (1.0); reviewing documents re: claims issues (3.0); | 4.0 | 2,260.00 | 13268767 |
| Gray | Andrew | 05/10/2015 | working on appeal research and planning (0.5); conference calls with Torys and Cleary Gottlieb and client regarding Canadian claims issues and revising the claims document (2.1); correspondence regarding the interest appeal in the Ontario proceeding (0.2); | 2.8 | 2,310.00 | 13269202 |
| Slavens | Adam | 05/10/2015 | reviewing claims information and preparing schedule re same (4.0); conference call with J. Ray, T. Ross, Cleary team and Torys team re same (2.0); | 6.0 | 4,650.00 | 13269678 |
| Laskin | Aria | 05/10/2015 | reviewing and revising claims document (4.8); participating in client call (2.0); | 6.8 | 2,142.00 | 13270058 |
| Gray | William | 05/10/2015 | Work on appeal brief comments | 1.2 | 1,134.00 | 13284564 |
| Laskin | Aria | 06/10/2015 | preparing for and participating in client call (1.0); revising claims document (0.6); conducting contractual law research (1.6); | 3.2 | 1,008.00 | 13270113 |
| Opolsky | Jeremy | 06/10/2015 | preparing for and participating in call, and follow-up, with Cleary and Torys teams re: claims issues (1.5); call with L. Lipner re: same (.1); reviewing and revising claims documents (3.0); reviewing spreadsheets re: claims issues (1.0); | 5.6 | 3,164.00 | 13270458 |
| Slavens | Adam | 06/10/2015 | reviewing claims information and preparing schedule re same (4.4); conference call with Cleary team and Torys team re same (0.7); conference calls with Torys team re same (0.5); | 5.6 | 4,340.00 | 13271493 |
| Slavens | Adam | 06/10/2015 | preparing letter to Court of Appeal re hyperlinked factums (0.4); telephone call with M. Shakra re same (0.1); coordinating preparation of hyperlinked factums and delivery arrangements re same (1.0); | 1.5 | 1,162.50 | 13271495 |
| Gray | Andrew | 06/10/2015 | meetings and conference calls regarding Canadian claims matters and revising claim document (2.5); email regarding appeal process and argument (0.2); | 2.7 | 2,227.50 | 13271564 |
| Bomhof | Scott A. | 06/10/2015 | reviewing revised intercompany claims document and exchange emails with Cassels Brock regarding same (.9); meeting with A. Gray, J. Opolsky and A. Slavens regarding intercompany claims (.4); telephone call with Cleary team, A. Gray, A. Slavens and J. Opolsky regarding intercompany claims (1.1); | 2.4 | 2,100.00 | 13272251 |
| Slavens | Adam | 07/10/2015 | coordinating preparation of hyperlinked factums and delivery arrangements to Court of Appeal re same; | 0.7 | 542.50 | 13273738 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Laskin | Aria | 07/10/2015 | reviewing claims document (2.4); | 2.4 | 756.00 | 13279543 |
| Gray | William | 07/10/2015 | Work on appeal issues | 1.4 | 1,323.00 | 13284591 |
| Slavens | Adam | 08/10/2015 | coordinating preparation of hyperlinked factums and delivery arrangements to Court of Appeal re same; | 0.9 | 697.50 | 13278321 |
| Laskin | Aria | 08/10/2015 | reviewing and discussing claims document (1.7); | 1.7 | 535.50 | 13279562 |
| Gray | William | 08/10/2015 | Review revised outline regarding appeal issues | 1.2 | 1,134.00 | 13284596 |
| Laskin | Aria | 09/10/2015 | conducting final claim review / revision (3.2); | 3.2 | 1,008.00 | 13279613 |
| Laskin | Aria | 10/10/2015 | reviewing claims document (3.2); | 3.2 | 1,008.00 | 13283395 |
| Laskin | Aria | 12/10/2015 | reviewing claims document (0.4); | 0.4 | 126.00 | 13280612 |
| Gray | William | 12/10/2015 | Work on appeal memo comments | 0.6 | 567.00 | 13284633 |
| Slavens | Adam | 13/10/2015 | preparing for meeting with core parties re allocation trial order (1.3); conference call with Cassels team, Bennett Jones team and S. Bomhof re same (0.5); | 1.8 | 1,395.00 | 13282485 |
| Slavens | Adam | 13/10/2015 | reviewing post-petition interest decision from Court of Appeal for Ontario; | 1.0 | 775.00 | 13282486 |
| Laskin | Aria | 13/10/2015 | finalizing claims document (3.9); | 3.9 | 1,228.50 | 13283402 |
| Bomhof | Scott A. | 13/10/2015 | reviewing comments on form of Ontario allocation order and telephone call with Cassels Brock (UCC), A. Slavens and Bennett Jones (Bond Committee) to discuss same (1.1); reviewing and summarizing court of appeal decision on post-filing interest and exchange emails with Cleary team regarding same (2.1); reviewing comments on intercompany claims and revising proof of claim (1.3); | 4.5 | 3,937.50 | 13283474 |
| Gray | William | 13/10/2015 | Review court decision regarding post-petition interest | 1.2 | 1,134.00 | 13284640 |
| Bauer | Alison D. | 13/10/2015 | Internal e-mails regarding Court of Appeals decision | 0.2 | 168.00 | 13294023 |
| Bomhof | Scott A. | 14/10/2015 | research regarding Canadian legal issues related to appeal of allocation decision (2.6); call with A. Slavens regarding same (0.1); | 2.7 | 2,362.50 | 13283484 |
| Gray | William | 14/10/2015 | Review revised outline; review PPI issues and impact on major appeal issues | 1.4 | 1,323.00 | 13284642 |
| Bauer | Alison D. | 14/10/2015 | Review Canadian court opinion | 0.6 | 504.00 | 13284717 |
| Slavens | Adam | 14/10/2015 | attending meeting of core parties re allocation trial order (1.3); preparing for same (0.6); telephone call with S. Bomhof re same (0.1); | 2.0 | 1,550.00 | 13284880 |
| Slavens | Adam | 14/10/2015 | reviewing mediation submissions; | 2.0 | 1,550.00 | 13284886 |
| Slavens | Adam | 15/10/2015 | reviewing mediation submissions; | 1.3 | 1,007.50 | 13288568 |
| Gray | William | 15/10/2015 | Review decision regarding post-petition interest; review comments to appeal brief | 1.4 | 1,323.00 | 13290954 |
| Gray | Andrew | 16/10/2015 | reviewing US mediation statements; | 1.0 | 825.00 | 13288883 |
| Silver | Jon | 19/10/2015 | reviewing employee compensation claims methodology approved by court order; | 0.5 | 127.50 | 13289376 |
| Slavens | Adam | 19/10/2015 | reviewing mediation submissions; | 3.3 | 2,557.50 | 13293638 |
| Gray | William | 19/10/2015 | Review revised outline; work on appeal issues | 3.3 | 3,118.50 | 13296375 |
| Silver | Jon | 20/10/2015 | internal team meeting to discuss merits appeal (0.5); preparing for meeting (1.0); | 1.5 | 382.50 | 13292208 |
| Laskin | Aria | 20/10/2015 | Discussing factum arguments with S. Bomhof, J. Opolsky, J. Silver and A. Slavens (0.5): | 0.5 | 157.50 | 13292219 |
| Bauer | Alison D. | 20/10/2015 | Review submissions | 2.0 | 1,680.00 | 13292963 |
| Slavens | Adam | 20/10/2015 | telephone call with L. Schweitzer and S. Bomhof re intercompany claims matters (0.4); | 1.3 | 1,007.50 | 13293457 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| | | | reviewing draft proof of claim re same (0.9); | | | |
| Slavens | Adam | 20/10/2015 | reviewing mediation submissions; | 1.0 | 775.00 | 13293683 |
| Slavens | Adam | 20/10/2015 | meeting with Torys team re appeal matters; | 0.5 | 387.50 | 13293964 |
| Bomhof | Scott A. | 20/10/2015 | meeting with A. Gray, J. Opolsky, A. Laskin, J. Silver and A. Slavens regarding Nortel appeal materials (1.0); telephone call with L. Schweitzer and A. Slavens regarding intercompany claims (.4); prepare outline of appeal materials (2.1); | 3.5 | 3,062.50 | 13295677 |
| Gray | William | 20/10/2015 | Review mediation briefs | 3.7 | 3,496.50 | 13296397 |
| Silver | Jon | 21/10/2015 | meeting to discuss arguments and research for the appeal of allocation decision factum; | 1.0 | 255.00 | 13295311 |
| Block | Sheila R. | 21/10/2015 | reviewing claims (1.0); office conference with Scott Bomhof, Andrew Gray, Adam Slavens, Jeremy Opolsky and Aria Laskin regarding proof of claims issues (0.5); | 1.5 | 1,635.00 | 13295476 |
| Bomhof | Scott A. | 21/10/2015 | reviewing draft intercompany claim document and meeting with S. Block, A. Gray, A. Slavens and A. Laskin to discuss preparation for claims hearing (1.2); meeting with S. Block, A. Gray, A. Slavens, A. Laskin and J. Silver regarding Ontario allocation decision appeal (1.0); | 2.2 | 1,925.00 | 13295686 |
| Laskin | Aria | 21/10/2015 | internal team meeting regarding claims (1.0); preparation for same (0.4);internal team meeting regarding claims (.6); preparation for same (0.3); | 2.3 | 724.50 | 13295823 |
| Gray | William | 21/10/2015 | Review mediation papers; work on appeal issues | 2.3 | 2,173.50 | 13296406 |
| Slavens | Adam | 21/10/2015 | meeting with Torys team re claims matters (1.0); preparing for same (0.5); | 1.5 | 1,162.50 | 13296717 |
| Slavens | Adam | 21/10/2015 | meeting with Torys team re appeal matters (0.6); preparing for same (0.5); | 1.1 | 852.50 | 13296719 |
| Silver | Jon | 22/10/2015 | researching statutory interpretation and property rights; | 0.5 | 127.50 | 13296701 |
| Gray | William | 22/10/2015 | Review court decision; revise outline of appeal arguments | 2.7 | 2,551.50 | 13322420 |
| Silver | Jon | 23/10/2015 | reviewing employee benefit claims methodology; | 0.9 | 229.50 | 13303899 |
| Slavens | Adam | 28/10/2015 | preparing notice of appeal; | 3.4 | 2,635.00 | 13319654 |
| Block | Sheila R. | 29/10/2015 | office conference with Andrew Gray regarding mediation and leave to appeal issue; | 0.1 | 109.00 | 13319511 |
| Slavens | Adam | 29/10/2015 | preparing notice of appeal (1.8); email correspondence with Torys team re same (0.2); telephone call with D. Stein re same (0.2); | 2.2 | 1,705.00 | 13319705 |
| Slavens | Adam | 29/10/2015 | reviewing mediation materials; | 1.5 | 1,162.50 | 13319726 |
| Laskin | Aria | 30/10/2015 | attention to factum and research relating to same; | 1.7 | 535.50 | 13319393 |
| Blake | Maureen | 30/10/2015 | review emails regarding the trail exhibits from A. Slavens and search database for exhibits (.5); attention to affidavits filed at court (.3); | 0.8 | 312.00 | 13320262 |
| Slavens | Adam | 30/10/2015 | reviewing mediation materials; | 0.6 | 465.00 | 13323267 |
| Slavens | Adam | 30/10/2015 | email correspondence with D. Stein and Torys team re appeal matters (0.3); reviewing appeal procedures (1.0); | 1.3 | 1,007.50 | 13323272 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Bomhof | Scott A. | 01/10/2015 | research regarding Canadian law for appeal of Ontario Allocation decision; | 2.2 | 1,925.00 | 13264227 |
| DeMarinis | Tony | 01/10/2015 | review and consideration of reply factum and associated legal matters and opposing party materials; | 2.0 | 2,180.00 | 13280446 |
| Bomhof | Scott A. | 02/10/2015 | research regarding Canadian legal issues for appeal of allocation order; | 3.1 | 2,712.50 | 13266930 |
| Bomhof | Scott A. | 05/10/2015 | research regarding Canadian legal issues related to appeal of Ontario allocation order; | 2.7 | 2,362.50 | 13268452 |
| Bomhof | Scott A. | 06/10/2015 | research regarding issues related to intercompany claims; | 3.1 | 2,712.50 | 13272252 |
| Bomhof | Scott A. | 07/10/2015 | research regarding Canadian legal issues related to appeal of Ontario allocation order; | 1.3 | 1,137.50 | 13273720 |
| DeMarinis | Tony | 07/10/2015 | reviewing IFSA and inter-company issues; | 0.8 | 872.00 | 13280505 |
| Bomhof | Scott A. | 09/10/2015 | research regarding Canadian legal issues related to intercompany claims; | 1.7 | 1,487.50 | 13279064 |
| Bomhof | Scott A. | 13/10/2015 | research regarding Canadian legal issues related to intercompany claims; | 1.6 | 1,400.00 | 13283476 |
| Bomhof | Scott A. | 15/10/2015 | research regarding Canadian legal issues related to appeal of allocation order; | 1.3 | 1,137.50 | 13292239 |
| DeMarinis | Tony | 19/10/2015 | analysis of legal matters relating to appeals and next week's mediation; | 2.5 | 2,725.00 | 13313580 |
| Bomhof | Scott A. | 20/10/2015 | research regarding appeal issues related to Ontario allocation ruling; | 3.2 | 2,800.00 | 13295678 |
| Bomhof | Scott A. | 21/10/2015 | research regarding appeal issues related to Ontario allocation decision; | 2.7 | 2,362.50 | 13295688 |
| Bomhof | Scott A. | 22/10/2015 | research regarding appeal issues related to Ontario allocation decision; | 5.3 | 4,637.50 | 13297856 |
| Bomhof | Scott A. | 23/10/2015 | research regarding Canadian legal research for appeal materials; | 7.2 | 6,300.00 | 13307180 |
| DeMarinis | Tony | 23/10/2015 | planning in relation to mediation outcomes; | 2.7 | 2,943.00 | 13313735 |
| Bomhof | Scott A. | 26/10/2015 | research regarding Canadian legal issues related to appeal of Ontario allocation decision; | 5.3 | 4,637.50 | 13309469 |
| Bomhof | Scott A. | 27/10/2015 | research regarding legal issues related to intercompany claims; | 1.7 | 1,487.50 | 13317009 |
| Bomhof | Scott A. | 29/10/2015 | research regarding Canadian legal issues related to appeal of Ontario allocation order; | 5.1 | 4,462.50 | 13324140 |
| Bomhof | Scott A. | 30/10/2015 | research regarding Canadian legal issues related to appeal of Ontario allocation order; | 6.2 | 5,425.00 | 13324147 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Slavens | Adam | 01/10/2015 | reviewing claims information and preparing schedule re same; | 3.9 | 3,022.50 | 13265668 |
| Slavens | Adam | 08/10/2015 | reviewing claims information and preparing schedule re same; | 7.0 | 5,425.00 | 13278320 |
| Slavens | Adam | 09/10/2015 | reviewing claims information and preparing schedule re same; | 8.2 | 6,355.00 | 13280501 |
| Slavens | Adam | 10/10/2015 | reviewing comments from Cleary team re draft proof of claim and email correspondence with Cleary team and Torys team re same; | 1.1 | 852.50 | 13280484 |
| Slavens | Adam | 11/10/2015 | reviewing comments from Cleary team re draft proof of claim and email correspondence with Cleary team and Torys team re same; | 0.7 | 542.50 | 13280491 |
| Slavens | Adam | 12/10/2015 | reviewing comments from Cleary team re draft proof of claim and email correspondence with Cleary team and Torys team re same; | 1.6 | 1,240.00 | 13280495 |
| Slavens | Adam | 14/10/2015 | email correspondence and telephone call with Bennett Jones re intercompany claims (0.5); email correspondence with J. Bromley and L. Schweitzer re same (0.2); reviewing claims procedure orders re same (1.7); | 2.4 | 1,860.00 | 13284882 |
| Slavens | Adam | 29/10/2015 | reviewing CCAA case record re intercompany claims procedures; | 3.8 | 2,945.00 | 13319722 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Slavens | Adam | 01/10/2015 | attending motion returnable October 1, 2015 (1.0); preparing for same (0.4); preparing reporting email to L. Schweitzer re same (0.2); | 1.6 | 1,240.00 | 13265656 |
| Slavens | Adam | 01/10/2015 | email correspondence with Cleary team and C. Armstrong re draft Morneau access agreement; | 0.3 | 232.50 | 13265666 |
| Opolsky | Jeremy | 01/10/2015 | drafting, reviewing and revising reply factum and filing re: appeal issues (2.2); reviewing and revising document re: claims (3.0); corresponding with Torys team re: same (1.0); | 6.2 | 3,503.00 | 13266518 |
| DeMarinis | Tony | 02/10/2015 | reading appellate materials; | 1.0 | 1,090.00 | 13280454 |
| Opolsky | Jeremy | 04/10/2015 | revising claims document; | 0.2 | 113.00 | 13279502 |
| Bomhof | Scott A. | 05/10/2015 | telephone call with A. Gray, A. Slavens, J. Opolsky, J. Ray, Cleary and Chillmark regarding intercompany claims (1.8); reviewing and revising intercompany claims document (1.1); reviewing email from Court of Appeal regarding ppi appeal and report on same to Cleary (.2); reviewing email exchanges between Canadian counsel regarding comments on Ontario allocation order (.3); meeting with T. DeMarinis regarding review of appeal issues (1.0); | 4.4 | 3,850.00 | 13268451 |
| DeMarinis | Tony | 05/10/2015 | reviewing draft claim document and discussions with Scott Bomhof regarding inter-company matters (1.0); reviewing materials relating to Canadian claims process and inter-company matters (1.7); | 2.7 | 2,943.00 | 13280473 |
| Slavens | Adam | 06/10/2015 | email correspondence with L. Schweitzer, P. Cantwell, I. Rozenberg and C. Armstrong re Morneau access agreement; | 0.3 | 232.50 | 13271492 |
| DeMarinis | Tony | 06/10/2015 | reading correspondence on mediation (0.2); review and consideration of summary judgment materials and associated legal issues (0.9); reading factum on appeal (0.6); | 1.7 | 1,853.00 | 13280479 |
| Opolsky | Jeremy | 07/10/2015 | office meeting with A. Laskin and A. Slavens re: claims issues (.5); reviewing documents and pleadings re: claims issues (.5 ); calls with T. Ross (NNI) (.2); revising claims documents (1.1); | 2.3 | 1,299.50 | 13272867 |
| Bomhof | Scott A. | 07/10/2015 | reviewing revised intercompany claim documents and provide comments on same; | 0.8 | 700.00 | 13273718 |
| Slavens | Adam | 07/10/2015 | reviewing claims information and preparing schedule re same (2.0); meet with J. Opolsky and A. Lasking re same (0.5); preparing letter to monitor re intercompany claims (1.3); reviewing cross-border insolvency protocol, final funding agreement and other claims-related documents re same (2.5); | 6.3 | 4,882.50 | 13273744 |
| Slavens | Adam | 07/10/2015 | conference call with P. Cantwell, I. Rozenberg and C. Armstrong re Morneau access agreement (0.5); email correspondence re same (0.3); | 0.8 | 620.00 | 13273747 |
| Laskin | Aria | 07/10/2015 | finalizing claims document (1.0); meet with A. Slavens and J. Opolsky regarding same (0.5) | 1.5 | 472.50 | 13285224 |
| Bomhof | Scott A. | 08/10/2015 | reviewing Canadian debtor motion to strike SMNP claims (.5); reviewing and revising intercompany claims document and review UCC comments on same (2.8); | 3.3 | 2,887.50 | 13274530 |
| Opolsky | Jeremy | 08/10/2015 | reviewing and revising documents re: claims | 1.0 | 565.00 | 13276980 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Opolsky | Jeremy | 09/10/2015 | issues; reviewing and revising document re: claims issues; | 3.6 | 2,034.00 | 13278565 |
| Bomhof | Scott A. | 09/10/2015 | reviewing and revising proof of claim document and reviewing comments on same; | 3.3 | 2,887.50 | 13279063 |
| DeMarinis | Tony | 09/10/2015 | reviewing counsel correspondence and materials on mediation and appeals; | 0.5 | 545.00 | 13285161 |
| Opolsky | Jeremy | 10/10/2015 | revising claims document (1.0); correspondence with Torys and Clear teams re: same (.2) | 1.2 | 678.00 | 13279624 |
| Opolsky | Jeremy | 11/10/2015 | reviewing and revising claims documents; | 2.4 | 1,356.00 | 13292782 |
| Bomhof | Scott A. | 12/10/2015 | reviewing additional comments on intercompany claims document from Cleary and revising same (2.1); telephone call with J. Bromley regarding intercompany claims (.2); | 2.3 | 2,012.50 | 13279112 |
| Opolsky | Jeremy | 12/10/2015 | reviewing relevant document in chapter 11 proceedings; | 0.7 | 395.50 | 13298423 |
| Opolsky | Jeremy | 13/10/2015 | reviewing and revising claim documents (2.6); call with Jim Bromley re: same (0.5); reviewing PPI decision (0.3); | 3.4 | 1,921.00 | 13281608 |
| Slavens | Adam | 13/10/2015 | reviewing claims information and preparing schedule re same (3.9); conference call with J. Bromley and Torys team re same (0.9); email correspondence with Torys team and Cleary team re same (0.5); coordinating delivery of letter to Goodmans (0.5); | 5.8 | 4,495.00 | 13282479 |
| Slavens | Adam | 13/10/2015 | reviewing comments on Morneau access agreement (0.5); email correspondence with Cleary team re same (0.9); | 1.4 | 1,085.00 | 13282483 |
| DeMarinis | Tony | 13/10/2015 | reviewing appellate court decision released on the post-filing bond interest ruling, and consideration of impact and relevance; | 1.3 | 1,417.00 | 13285177 |
| Bomhof | Scott A. | 14/10/2015 | analyze court of Appeal decision on interest and further appeal options (.9); telephone call with Cassels regarding post-petition interest ruling (.6); | 1.5 | 1,312.50 | 13283482 |
| Opolsky | Jeremy | 14/10/2015 | correspondence with Cleary and Torys re: claims issues (.6); reviewing PPI decision (.2) | 0.8 | 452.00 | 13284317 |
| DeMarinis | Tony | 14/10/2015 | reviewing mediation statements and related materials (1.0); review and consideration of appellate ruling on post-filing interest (0.5); consideration of inter-company claims rights (0.7); | 2.2 | 2,398.00 | 13285181 |
| Opolsky | Jeremy | 15/10/2015 | calls with Cleary Gottlieb re: CCAA claims issues and appeal issues; reviewing pleadings and filings in Chp 11 proceedings; | 1.4 | 791.00 | 13288015 |
| Slavens | Adam | 15/10/2015 | reviewing court orders and related materials re employee claims matters; | 0.9 | 697.50 | 13288570 |
| Bomhof | Scott A. | 15/10/2015 | telephone call with G. Finlayson regarding intercompany claims (.2); reviewing issues related to Court of Appeal ruling on post-filing interest (.8); reviewing mediation briefs filed for US appeal and reviewing related caselaw (3.2); | 4.2 | 3,675.00 | 13292238 |
| DeMarinis | Tony | 15/10/2015 | reviewing mediation statements and inter-company information; | 2.0 | 2,180.00 | 13313566 |
| Opolsky | Jeremy | 19/10/2015 | reviewing pleadings and documents in chp. 11 proceedings (2.0); call with Cleary Gottlieb | 2.3 | 1,299.50 | 13290354 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Slavens | Adam | 19/10/2015 | re: appeal issues (.3); reviewing comments from L. Schweitzer on Morneau access agreement (0.2); revising same (0.7); email correspondence with Cleary team re same (0.2); | 1.1 | 852.50 | 13293404 |
| Bomhof | Scott A. | 19/10/2015 | reviewing US appeal mediation briefs and prepare materials for appeal of Canadian allocation decision; | 5.2 | 4,550.00 | 13295393 |
| Opolsky | Jeremy | 20/10/2015 | meeting with Torys team re: appeal issues; | 0.5 | 282.50 | 13292901 |
| Slavens | Adam | 20/10/2015 | reviewing further comments from L. Schweitzer on Morneau access agreement (0.2); revising same (0.6); email correspondence with J. Ray and Cleary team re same (0.1); | 0.9 | 697.50 | 13293451 |
| Opolsky | Jeremy | 21/10/2015 | preparing for and office meetings with Torys team re: claims and appeal issues; | 2.2 | 1,243.00 | 13295978 |
| Slavens | Adam | 21/10/2015 | reviewing draft allocation trial order and related email correspondence from C. Armstrong (0.5); email correspondence with core parties re same (0.2); email correspondence with Cassels team and Bennett Jones team re same (0.2); | 0.9 | 697.50 | 13296715 |
| DeMarinis | Tony | 21/10/2015 | counsel correspondence on mediation briefing (0.2); review and consideration of appeals, mediation and cumulative materials (3.0); | 3.2 | 3,488.00 | 13313692 |
| Bomhof | Scott A. | 22/10/2015 | review intercompany claims issues and email L. Schweitzer regarding same (.5); prepare appeal materials (2.4); | 2.9 | 2,537.50 | 13297855 |
| Slavens | Adam | 22/10/2015 | reviewing draft allocation trial order (0.3); conference call with Cassels team and Bennett Jones team re same (0.6); preparing fro same (1.0); | 1.9 | 1,472.50 | 13303949 |
| Slavens | Adam | 22/10/2015 | email correspondence with J. Ray, Cleary team and Goodmans team re Morneau access agreement; | 0.4 | 310.00 | 13303955 |
| DeMarinis | Tony | 22/10/2015 | reading Canadian Monitor's October 22 report (0.3); reviewing prior reports of the Monitor (0.7); consideration of matters in Canadian orders relating to the Monitor and administration (0.9) | 1.9 | 2,071.00 | 13313710 |
| Slavens | Adam | 23/10/2015 | preparing reporting email to Cleary team re Canadian allocation trial order; | 1.8 | 1,395.00 | 13308363 |
| Slavens | Adam | 23/10/2015 | reviewing monitor's report re motion returnable October 28, 2015 (1.5); email correspondence with Cleary team and Goodmans team re same (0.2); | 1.7 | 1,317.50 | 13308368 |
| Slavens | Adam | 23/10/2015 | reviewing CCAA case website re employee claims matters; | 0.9 | 697.50 | 13308375 |
| DeMarinis | Tony | 23/10/2015 | reviewing motion to consolidate appeals (0.3); counsel emails on mediation arrangements (0.1); | 0.4 | 436.00 | 13313727 |
| Bomhof | Scott A. | 26/10/2015 | reviewing intercompany claims document and supporting agreements to prepare for call with Cleary (1.3); telephone call with L. Schweitzer and A. Slavens regarding intercompany claims process issues (.5); reviewing Monitor's update on records disposal motion and discussing same with Cleary (.7); | 2.5 | 2,187.50 | 13309468 |
| Slavens | Adam | 26/10/2015 | telephone call with L. Schweitzer and S. Bomhof re intercompany claims matters (0.5); | 1.8 | 1,395.00 | 13313444 |

Canadian CCAA Proceedings/Matters

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Slavens | Adam | 26/10/2015 | reviewing CCAA case website re same (0.4); reviewing draft proof of claim re same (0.9); email correspondence with J. Ray, Cleary team and Goodmans team re Morneau access agreement (0.6); revising same (0.8); telephone calls with L. Schweitzer, C. Armstrong and R. Baulke re same (0.8); | 2.2 | 1,705.00 | 13313449 |
| Slavens | Adam | 26/10/2015 | reviewing factum and book of authorities re motion returnable October 28, 2015; | 0.8 | 620.00 | 13313457 |
| Slavens | Adam | 27/10/2015 | reviewing email correspondence from Cleary team re allocation trial order (0.1); preparing email to Cassels team and Bennett Jones team re same (1.0); | 1.1 | 852.50 | 13313463 |
| Slavens | Adam | 27/10/2015 | reviewing revised Morneau records access agreement (0.5); email correspondence with J. Ray and Cleary team re same (0.2); | 0.7 | 542.50 | 13313468 |
| Slavens | Adam | 27/10/2015 | preparing for motion returnable October 28, 2015; | 2.8 | 2,170.00 | 13313472 |
| Slavens | Adam | 27/10/2015 | reviewing CCAA case website re employee claims matters (2.0); office conference with S. Bomhof re same (0.2); | 2.2 | 1,705.00 | 13313483 |
| DeMarinis | Tony | 27/10/2015 | review of mediation proposal (0.2); updated review of mediation matters (0.9); planning regarding alternatives post-mediation, and reading Canadian materials (1.8); | 2.9 | 3,161.00 | 13313759 |
| Bomhof | Scott A. | 27/10/2015 | exchange messages with L. Schweitzer and review Nortel Canadian court filings regarding issues related to Canadian pension claims (2.0); confer with A. Slavens regarding same (0.2); telephone call with R. Orzy regarding health & welfare trust settlement question (.2); prepare draft materials for appeal of CCAA allocation order (3.1); | 5.5 | 4,812.50 | 13317006 |
| Slavens | Adam | 28/10/2015 | attending motion returnable October 28, 2015 (1.7); preparing for same (1.2); | 2.9 | 2,247.50 | 13319609 |
| DeMarinis | Tony | 28/10/2015 | correspondence regarding mediation (0.2): considering financial transparency direction from Judge Farnan, and reviewing associated chart of inter-company effects of allocation ruling (0.6); related analysis and information reviews (0.8); | 1.6 | 1,744.00 | 13320079 |
| Bomhof | Scott A. | 29/10/2015 | reviewing email exchange regarding finalization of Ontario allocation order (.2); reviewing emails regarding US appeal mediation (.2); | 0.4 | 350.00 | 13324141 |