# **<u>EXHIBIT B</u>**

**Nortel**
**October 2015 Disbursements**

| | | | | |
|---|---|---|---|---|
| 271 | Process Server Filing | 01/10/2015 | $ **26.23** | filing reply factum and affidavit of service; |
| 303 | Taxi & Travel | 28/10/2015 | 6.69 | Taxi & Travel<br>Slavens, Adam; Taxi/Car Service - 330 University court |
| 303 | Taxi & Travel | 28/10/2015 | 6.69 | Taxi & Travel<br>Slavens, Adam; Taxi/Car Service - office court |
| | | | $ **13.38** | |
| 498 | Library Costs | 01/10/2015 | $ **36.44** | Library Costs<br>WISCONSIN TECH SEARC MADISON WI Article download, Invoice no.: 15SEP2649 |
| 800 | Telephone Call | 02/10/2015 | 1.62 | Telephone Call<br>Global Crossing, Inv # 19143287 OPOLSKY, JEREMY |
| 800 | Telephone Call | 05/10/2015 | 13.27 | Telephone Call<br>Global Crossing, Inv # 19143287 OPOLSKY, JEREMY |
| 800 | Telephone Call | 06/10/2015 | 1.68 | Telephone Call<br>Global Crossing, Inv # 19143287 OPOLSKY, JEREMY |
| 800 | Telephone Call | 22/10/2015 | 1.79 | Telephone Call<br>Global Crossing, Inv # 19143287 SLAVENS, ADAM |
| | | | $ **18.36** | |
| 801 | Copies | 01/10/2015 | 7.80 | Copies |
| 801 | Copies | 22/10/2015 | 0.20 | Copies |
| 801 | Copies | 22/10/2015 | 0.40 | Copies |
| 801 | Copies | 26/10/2015 | 0.10 | Copies |
| 808 | Laser Printing | 01/10/2015 | 0.90 | Laser Printing |
| 808 | Laser Printing | 01/10/2015 | 0.30 | Laser Printing |
| 808 | Laser Printing | 01/10/2015 | 4.00 | Laser Printing |
| 808 | Laser Printing | 01/10/2015 | 5.70 | Laser Printing |
| 808 | Laser Printing | 01/10/2015 | 0.60 | Laser Printing |
| 808 | Laser Printing | 01/10/2015 | 2.70 | Laser Printing |
| 808 | Laser Printing | 02/10/2015 | 2.40 | Laser Printing |
| 808 | Laser Printing | 02/10/2015 | 1.10 | Laser Printing |
| 808 | Laser Printing | 02/10/2015 | 1.80 | Laser Printing |
| 808 | Laser Printing | 02/10/2015 | 4.50 | Laser Printing |
| 808 | Laser Printing | 02/10/2015 | 2.40 | Laser Printing |
| 808 | Laser Printing | 05/10/2015 | 4.00 | Laser Printing |
| 808 | Laser Printing | 05/10/2015 | 2.60 | Laser Printing |
| 808 | Laser Printing | 05/10/2015 | 8.80 | Laser Printing |
| 808 | Laser Printing | 06/10/2015 | 3.70 | Laser Printing |
| 808 | Laser Printing | 06/10/2015 | 5.50 | Laser Printing |
| 808 | Laser Printing | 06/10/2015 | 0.10 | Laser Printing |
| 808 | Laser Printing | 06/10/2015 | 7.20 | Laser Printing |
| 808 | Laser Printing | 07/10/2015 | 3.70 | Laser Printing |
| 808 | Laser Printing | 07/10/2015 | 1.10 | Laser Printing |
| 808 | Laser Printing | 07/10/2015 | 3.30 | Laser Printing |
| 808 | Laser Printing | 09/10/2015 | 3.20 | Laser Printing |
| 808 | Laser Printing | 13/10/2015 | 10.10 | Laser Printing |
| 808 | Laser Printing | 13/10/2015 | 3.50 | Laser Printing |
| 808 | Laser Printing | 13/10/2015 | 16.30 | Laser Printing |
| 808 | Laser Printing | 14/10/2015 | 1.30 | Laser Printing |

**Nortel**
**October 2015 Disbursements**

| Code | Description | Date | Amount | Detail |
|---|---|---|---:|---|
| 808 | Laser Printing | 14/10/2015 | 3.70 | Laser Printing |
| 808 | Laser Printing | 15/10/2015 | 0.10 | Laser Printing |
| 808 | Laser Printing | 15/10/2015 | 3.20 | Laser Printing |
| 808 | Laser Printing | 15/10/2015 | 8.20 | Laser Printing |
| 808 | Laser Printing | 15/10/2015 | 7.50 | Laser Printing |
| 808 | Laser Printing | 19/10/2015 | 2.40 | Laser Printing |
| 808 | Laser Printing | 19/10/2015 | 0.50 | Laser Printing |
| 808 | Laser Printing | 20/10/2015 | 1.80 | Laser Printing |
| 808 | Laser Printing | 21/10/2015 | 3.40 | Laser Printing |
| 808 | Laser Printing | 21/10/2015 | 3.70 | Laser Printing |
| 808 | Laser Printing | 21/10/2015 | 3.70 | Laser Printing |
| 808 | Laser Printing | 21/10/2015 | 10.20 | Laser Printing |
| 808 | Laser Printing | 21/10/2015 | 0.10 | Laser Printing |
| 808 | Laser Printing | 21/10/2015 | 8.00 | Laser Printing |
| 808 | Laser Printing | 22/10/2015 | 1.20 | Laser Printing |
| 808 | Laser Printing | 22/10/2015 | 1.50 | Laser Printing |
| 808 | Laser Printing | 22/10/2015 | 16.10 | Laser Printing |
| 808 | Laser Printing | 23/10/2015 | 4.60 | Laser Printing |
| 808 | Laser Printing | 26/10/2015 | 8.90 | Laser Printing |
| 808 | Laser Printing | 27/10/2015 | 20.40 | Laser Printing |
| 808 | Laser Printing | 29/10/2015 | 2.60 | Laser Printing |
| 808 | Laser Printing | 29/10/2015 | 0.50 | Laser Printing |
| 808 | Laser Printing | 29/10/2015 | 0.10 | Laser Printing |
| 808 | Laser Printing | 30/10/2015 | 7.20 | Laser Printing |
| 808 | Laser Printing | 30/10/2015 | 13.30 | Laser Printing |
| 4808 | Laser Printing | 13/10/2015 | 0.20 | Laser Printing |
| 4808 | Laser Printing | 13/10/2015 | 3.50 | Laser Printing |
| | | | **$ 245.90** | |
| 826 | Data/Project Management | 31/10/2015 | $ 30.59 | Data/Project Management creation of databases; performing data revisions and image redactions; quality control; parent/ attachment breakouts and merges; global replaces ; importing scanned data/images; etc. |
| 838 | Vendor Services [Hyperlinks] | 31/10/2015 | $ 841.28 | Hyperlinked US Debtors' factum filed in connection with motion for leave to appeal regarding allocation decision |
| | | | **$ 1,212.18** | |