# EXHIBIT A

# HOURS/BILLABLE AMOUNTS BY PROJECT
# NORTEL NETWORKS, INC.

**Name:** RLKS Executive Solutions LLC

| | Start Date | End Date |
|---|---|---|
| **Working Dates:** | 10/1/2015 | 10/31/2015 |
| **Enter Billing Rate/Hr:** | 590.00 | |

| Project No. | Project Name | Hours/Minutes Worked | Billing Rate | Billing Amount |
|---|---|---|---|---|
| 1 | NNI Document and eData Preservation Projects | 167.00 | $590.00 | $98,530.00 |
| 2 | Facility Document Inventory & Evacuation Review | 164.60 | $590.00 | $97,114.00 |
| 3 | Human Resources - Employee Related Projects | 60.10 | $590.00 | $35,459.00 |
| 4 | Fee Apps | 41.60 | $590.00 | $24,544.00 |
| 5 | Non-working travel | 118.00 | $295.00 | $34,810.00 |
| 6 | Claims Administration, Reconciliation & Resolution | 666.30 | $590.00 | $393,117.00 |
| 7 | Tax/Finance Matters and Budget Projects | 12.70 | $590.00 | $7,493.00 |
| 8 | Misc Debtor Issues and Communications | 0.80 | $590.00 | $472.00 |
| 9 | Analyst Support and Case Modeling | 33.10 | $590.00 | $19,529.00 |
| | **Hours/Billing Amount for Period:** | **1,264.20** | | **$711,068.00** |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 10/1/2015 | Security updates and server maintenance / NetBackup monitoring and policy configuration changes | Brandon Bangerter | 1 | 4.4 |
| 10/1/2015 | IT Infrastructure monitoring | Raj Perubhatla | 1 | 6.7 |
| 10/2/2015 | Password updates, patch installation, NetBackup changes to policies and NAS devices cleanup | Brandon Bangerter | 1 | 3.8 |
| 10/5/2015 | NAS server cleanups and comparisons for backup reliability / server maintenance | Brandon Bangerter | 1 | 3.6 |
| 10/5/2015 | IT Infrastructure monitoring | Raj Perubhatla | 1 | 4.7 |
| 10/6/2015 | Hard drive identification and inventory for comparison to online and DBR backup drives | Brandon Bangerter | 1 | 4.4 |
| 10/6/2015 | Office365 Email consolidation | Raj Perubhatla | 1 | 3.7 |
| 10/7/2015 | Hard drive identification and inventory for comparison to online and DBR backup drives | Brandon Bangerter | 1 | 7.5 |
| 10/7/2015 | SAP BW Troubleshooting | Raj Perubhatla | 1 | 2.7 |
| 10/8/2015 | Troubleshooting hardware error, coordinating hardware, fixes / network status / server maintenance | Brandon Bangerter | 1 | 2.8 |
| 10/8/2015 | Inventory the decommissioned server for Data Retention purposes | Raj Perubhatla | 1 | 7.7 |
| 10/9/2015 | NetBackup policy updates, reconfiguration of NAS devices; job restarts | Brandon Bangerter | 1 | 3.4 |
| 10/9/2015 | Ring Fence Server/Application cataloging effort for Data Retention | Raj Perubhatla | 1 | 7.3 |
| 10/12/2015 | Server maintenance, patch updates, password changes / NetBackup policy changes, NAS space issues | Brandon Bangerter | 1 | 4.8 |
| 10/12/2015 | Map Applications to decommissioned servers | Raj Perubhatla | 1 | 8.3 |
| 10/13/2015 | Ring Fence Server/Application cataloging effort for Data Retention | Raj Perubhatla | 1 | 4.8 |
| 10/14/2015 | Ring Fence Server/Application cataloging effort for Data Retention | Raj Perubhatla | 1 | 5.5 |
| 10/15/2015 | Security updates and server maintenance / NetBackup monitoring and policy configuration changes | Brandon Bangerter | 1 | 4.3 |
| 10/15/2015 | Office365 Email consolidation | Raj Perubhatla | 1 | 6.5 |
| 10/15/2015 | IT Infrastructure monitoring | Raj Perubhatla | 1 | 1.7 |
| 10/16/2015 | NetBackup policy updates, reconfiguration of NAS devices; job restarts; server security updates | Brandon Bangerter | 1 | 3.8 |
| 10/19/2015 | NetBackup monitoring and policy changes, tape preparations, and restarts and storage reclamation | Brandon Bangerter | 1 | 3.8 |
| 10/19/2015 | Office365 Email consolidation and billing changes | Raj Perubhatla | 1 | 4.5 |
| 10/19/2015 | IT Infrastructure monitoring | Raj Perubhatla | 1 | 3.3 |
| 10/21/2015 | Onsite IT support | Raj Perubhatla | 1 | 2.5 |
| 10/22/2015 | Security updates, maintenance, and password changes / Hardware support; malware and space issues | Brandon Bangerter | 1 | 3.7 |
| 10/22/2015 | IT Infrastructure monitoring | Raj Perubhatla | 1 | 5.5 |
| 10/23/2015 | Symantec updates and server patch maintenance / NetBackup monitoring and NAS storage changes | Brandon Bangerter | 1 | 3.8 |
| 10/26/2015 | Server maintenance; patch security updates; password updates; NetBackup monitoring and job restarts | Brandon Bangerter | 1 | 4.6 |
| 10/26/2015 | IT Infrastructure monitoring | Raj Perubhatla | 1 | 4.3 |
| 10/27/2015 | Hardware troubleshooting and replacement; NAS servers cleanup; NetBackup policy maintenance | Brandon Bangerter | 1 | 8.2 |
| 10/27/2015 | Onsite IT support | Raj Perubhatla | 1 | 4.5 |
| 10/29/2015 | NetBackup policy maintenance/monitoring; NAS space cleanup; server space cleanup | Brandon Bangerter | 1 | 4.6 |
| 10/30/2015 | Server maintenance, patch updates, password changes | Brandon Bangerter | 1 | 3.3 |
| 10/30/2015 | IT Infrastructure monitoring | Raj Perubhatla | 1 | 5.5 |
| 10/30/2015 | SAP BW Reports | Raj Perubhatla | 1 | 2.5 |
| 10/2/2015 | Correspondence - Nortel Dataroom discussion; Ring Fence design | Kathryn Schultea | 2 | 1.0 |
| 10/2/2015 | Correspondence - IT move discussion and related follow-up | Kathryn Schultea | 2 | 1.5 |
| 10/2/2015 | GWRTP DC Move: Fiber SAN tracing | Raj Perubhatla | 2 | 1.2 |
| 10/3/2015 | Switch port configuration overview / tracking to MAC addresses on servers | Brandon Bangerter | 2 | 1.5 |
| 10/3/2015 | GWRTP DC Move: status reports | Raj Perubhatla | 2 | 2.5 |
| 10/5/2015 | GWRTP DC Move: Physical transport move discussions and analysis | Raj Perubhatla | 2 | 3.4 |
| 10/6/2015 | Rack cleanup / racking servers, switches, and cable management; meeting on network project progress | Brandon Bangerter | 2 | 4.8 |
| 10/6/2015 | Conf. Call with T. Ross re: Glennville and RTP | Kathryn Schultea | 2 | 0.5 |
| 10/6/2015 | GWRTP DC Move: Networking project coordination | Raj Perubhatla | 2 | 4.5 |
| 10/7/2015 | Correspondence - Review Iron Mountain details for Schedule A; prep for conf. call | Kathryn Schultea | 2 | 2.0 |
| 10/7/2015 | Conf. Call re: Moneau Access Agreement - Iron Mountain detail | Kathryn Schultea | 2 | 0.3 |
| 10/7/2015 | GWRTP DC Move: Networking project, tracing sensaphone | Raj Perubhatla | 2 | 3.5 |
| 10/7/2015 | GWRTP DC Move: Nortel Decommissioned server inventory | Raj Perubhatla | 2 | 2.7 |
| 10/8/2015 | Preparation for and meeting with JCI, Honeywell on security requirements in data center | Brandon Bangerter | 2 | 1.3 |
| 10/8/2015 | RTP Data Center clean up discussion | Kathryn Schultea | 2 | 2.5 |

**NORTEL TIME SHEET**

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 10/8/2015 | GWRTP DC Move: Honeywell Badge Reader network investigation call | Raj Perubhatla | 2 | 0.5 |
| 10/9/2015 | Correspondence and follow up re IT facility | Kathryn Schultea | 2 | 0.4 |
| 10/9/2015 | Correspondence - Follow-up on transition and site wind down matters | Kathryn Schultea | 2 | 1.5 |
| 10/10/2015 | GWRTP Move: Status Reports | Raj Perubhatla | 2 | 2.5 |
| 10/12/2015 | Correspondence - Nortel Data room transfer application agreement matters | Kathryn Schultea | 2 | 1.5 |
| 10/13/2015 | Tracking Honeywell security system / UKA hard drive duplication effort / SAP BW reports troubleshooting | Brandon Bangerter | 2 | 8.2 |
| 10/13/2015 | Correspondence - Update on Facility Walk thru/Lease matters | Kathryn Schultea | 2 | 1.0 |
| 10/13/2015 | GWRTP DC Move: Honeywell Badge Reader network investigation | Raj Perubhatla | 2 | 3.5 |
| 10/14/2015 | Rack cleanup / racking servers, switches, and cable management; UKA hard drive duplication | Brandon Bangerter | 2 | 7.6 |
| 10/14/2015 | Correspondence re Data Center Networking Project | Kathryn Schultea | 2 | 1.5 |
| 10/14/2015 | Correspondence and follow up IM inventory and retrieval and historical timing review | Kathryn Schultea | 2 | 2.5 |
| 10/14/2015 | GWRTP DC Move: Honeywell Badge Reader network investigation and site survey | Raj Perubhatla | 2 | 2.5 |
| 10/15/2015 | Outstanding matters - RTP Data Center evacuation | Kathryn Schultea | 2 | 2.0 |
| 10/15/2015 | Correspondence - Nortel document retention discussion and research | Kathryn Schultea | 2 | 3.8 |
| 10/16/2015 | Correspondence and follow up on various emails on facility clear-out and subtenants | Kathryn Schultea | 2 | 0.7 |
| 10/16/2015 | Outstanding matters - RTP Data Center evacuation | Kathryn Schultea | 2 | 1.0 |
| 10/16/2015 | GWRTP DC Move: SAN Storage analysis | Raj Perubhatla | 2 | 7.4 |
| 10/17/2015 | GWRTP DC Move: status reports | Raj Perubhatla | 2 | 2.5 |
| 10/19/2015 | Correspondence - Follow-up on transition and site wind down matters | Kathryn Schultea | 2 | 2.8 |
| 10/20/2015 | Tracking Honeywell security system, meeting with Rep / UKA hard drive duplication effort, error on SAN | Brandon Bangerter | 2 | 8.3 |
| 10/20/2015 | Detailed review of IM inventory, retrieval and historical timing | Kathryn Schultea | 2 | 4.0 |
| 10/20/2015 | Review sub-tenant report | Kathryn Schultea | 2 | 0.3 |
| 10/20/2015 | Honeywell Security Badge reader survey with Honeywell Tech | Raj Perubhatla | 2 | 2.5 |
| 10/20/2015 | Trace the Lantronix connectivity to the switches | Raj Perubhatla | 2 | 3.7 |
| 10/20/2015 | GWRTP DC Move: Tape Recycling | Raj Perubhatla | 2 | 2.3 |
| 10/21/2015 | UKA hard drive duplication, Meeting with Akibia on UKA SAN error | Brandon Bangerter | 2 | 2.2 |
| 10/21/2015 | Conf. Call re: Richardson Lease | Kathryn Schultea | 2 | 1.0 |
| 10/23/2015 | Detailed review of IM inventory, retrieval and historical timing | Kathryn Schultea | 2 | 7.5 |
| 10/25/2015 | GWRTP DC Move: status reports | Raj Perubhatla | 2 | 2.5 |
| 10/27/2015 | Correspondence - Clear case database and servers | Kathryn Schultea | 2 | 1.5 |
| 10/27/2015 | Detailed review of IM inventory, retrieval and historical timing | Kathryn Schultea | 2 | 5.8 |
| 10/27/2015 | GWRTP DC Move: EMC Storage shutdown | Raj Perubhatla | 2 | 2.5 |
| 10/28/2015 | Claims update meeting; hardware relocation for move; racking servers/switches; data room cleanup | Brandon Bangerter | 2 | 7.3 |
| 10/28/2015 | Received, reviewed, responded re data center clean-up/clear-out | Kathryn Schultea | 2 | 1.0 |
| 10/28/2015 | Detailed review of IM inventory, retrieval and historical timing | Kathryn Schultea | 2 | 6.3 |
| 10/28/2015 | GWRTP DC Move: Onboarding the consultant | Raj Perubhatla | 2 | 2.5 |
| 10/28/2015 | GWRTP DC Move: Storage shutdown prep for Ring Fence | Raj Perubhatla | 2 | 3.7 |
| 10/29/2015 | Correspondence - disposal of records discussion | Kathryn Schultea | 2 | 0.8 |
| 10/29/2015 | Detailed review of IM inventory, retrieval and historical timing | Kathryn Schultea | 2 | 8.0 |
| 10/30/2015 | Correspondence - Update on NNI tape media decommissioning and destruction | Kathryn Schultea | 2 | 1.0 |
| 10/30/2015 | Correspondence - Update on motion for disposal of records | Kathryn Schultea | 2 | 0.8 |
| 10/31/2015 | GWRTP DC Move: status reports | Raj Perubhatla | 2 | 1.5 |
| 10/31/2015 | GWRTP DC Move: Troubleshoot the switches | Raj Perubhatla | 2 | 1.0 |
| 10/1/2015 | Review of employee claims filed status and compare to EPIQ vs Employee records | Daniel Tollefsen | 3 | 7.3 |
| 10/1/2015 | Correspondence - NNI Stock Fund Balance and unrelated agreement doc review | Kathryn Schultea | 3 | 2.5 |
| 10/2/2015 | Review of employee claims filed status and compare to EPIQ vs Employee records | Daniel Tollefsen | 3 | 4.2 |
| 10/2/2015 | Correspondence - BDO Tunisia | Kathryn Schultea | 3 | 0.6 |
| 10/2/2015 | Historical file search related to participants with NNI Stock Fund | Kathryn Schultea | 3 | 2.3 |
| 10/6/2015 | Correspondence - Former NNI employee matters | Kathryn Schultea | 3 | 2.0 |
| 10/6/2015 | Historical file search related to participants with NNI Stock Fund | Kathryn Schultea | 3 | 1.8 |
| 10/8/2015 | Review of employee claims filed status and compare to EPIQ vs Employee records | Daniel Tollefsen | 3 | 7.6 |

**NORTEL TIME SHEET**

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 10/8/2015 | Correspondence on various former ee subpoena requests and follow-up | Kathryn Schultea | 3 | 1.3 |
| 10/9/2015 | Review of employee claims filed status and compare to EPIQ vs Employee records | Daniel Tollefsen | 3 | 4.5 |
| 10/12/2015 | Correspondence - Tunisia liquidation discussion | Kathryn Schultea | 3 | 1.0 |
| 10/12/2015 | Correspondence on various former ee subpoena requests and follow-up | Kathryn Schultea | 3 | 0.8 |
| 10/13/2015 | Conf. Call with T. Ross re: NNI matters | Kathryn Schultea | 3 | 0.8 |
| 10/14/2015 | Correspondence - former EE questions | Kathryn Schultea | 3 | 1.3 |
| 10/15/2015 | Review of employee claims filed status and compare to EPIQ vs Employee records | Daniel Tollefsen | 3 | 6.8 |
| 10/16/2015 | Former EE agreement amendment | Kathryn Schultea | 3 | 0.3 |
| 10/23/2015 | Review of employee claims filed status and compare to EPIQ vs Employee records | Daniel Tollefsen | 3 | 4.2 |
| 10/28/2015 | Research for subpoena on former EE records | Kathryn Schultea | 3 | 2.0 |
| 10/28/2015 | Correspondence - Review of Former EE Pension Questions | Kathryn Schultea | 3 | 1.5 |
| 10/29/2015 | Review of employee claims filed status and compare to EPIQ vs Employee records | Daniel Tollefsen | 3 | 7.3 |
| 10/2/2015 | Fee app tracking | Brandon Bangerter | 4 | 1.0 |
| 10/2/2015 | Fee App | Daniel Tollefsen | 4 | 1.0 |
| 10/2/2015 | Weekly Fee Application Work and consolidation | Felicia Buenrostro | 4 | 2.0 |
| 10/2/2015 | Fee application work | Kathryn Schultea | 4 | 2.0 |
| 10/2/2015 | Fee Apps | Raj Perubhatla | 4 | 1.0 |
| 10/3/2015 | Weekly Fee Application Work | Leticia Barrios | 4 | 1.0 |
| 10/3/2015 | Fee Application Tracking | Mary Cilia | 4 | 1.0 |
| 10/7/2015 | Fee application work and consolidation | Kathryn Schultea | 4 | 4.0 |
| 10/9/2015 | Fee app tracking | Brandon Bangerter | 4 | 1.0 |
| 10/9/2015 | Fee App | Daniel Tollefsen | 4 | 1.0 |
| 10/9/2015 | Weekly Fee Application Work | Felicia Buenrostro | 4 | 1.0 |
| 10/9/2015 | Fee Apps | Raj Perubhatla | 4 | 1.0 |
| 10/10/2015 | Fee Application | David Kantorczyk | 4 | 1.0 |
| 10/10/2015 | Weekly Fee Application Work | Leticia Barrios | 4 | 1.0 |
| 10/10/2015 | Fee Application Tracking | Mary Cilia | 4 | 1.0 |
| 10/16/2015 | Fee app tracking | Brandon Bangerter | 4 | 1.0 |
| 10/16/2015 | Fee App | Daniel Tollefsen | 4 | 1.0 |
| 10/16/2015 | Weekly Fee Application Work | Felicia Buenrostro | 4 | 1.3 |
| 10/16/2015 | Fee Apps | Raj Perubhatla | 4 | 1.0 |
| 10/17/2015 | Weekly Fee Application Work | Leticia Barrios | 4 | 1.0 |
| 10/17/2015 | Fee Application Tracking | Mary Cilia | 4 | 1.0 |
| 10/23/2015 | Fee app tracking | Brandon Bangerter | 4 | 1.0 |
| 10/23/2015 | Fee App | Daniel Tollefsen | 4 | 1.0 |
| 10/23/2015 | Weekly Fee Application Work | Felicia Buenrostro | 4 | 1.3 |
| 10/23/2015 | Fee Apps | Raj Perubhatla | 4 | 1.0 |
| 10/24/2015 | Weekly Fee Application Work | Leticia Barrios | 4 | 1.0 |
| 10/24/2015 | Fee Application Tracking | Mary Cilia | 4 | 1.0 |
| 10/30/2015 | Fee app tracking | Brandon Bangerter | 4 | 1.0 |
| 10/30/2015 | Fee App | Daniel Tollefsen | 4 | 1.0 |
| 10/30/2015 | Weekly Fee Application Work and consolidation | Felicia Buenrostro | 4 | 1.5 |
| 10/30/2015 | Monthly consolidated fee application work | Kathryn Schultea | 4 | 1.5 |
| 10/30/2015 | Fee Apps | Raj Perubhatla | 4 | 1.0 |
| 10/31/2015 | Fee Application | David Kantorczyk | 4 | 1.0 |
| 10/31/2015 | Weekly Fee Application Work | Leticia Barrios | 4 | 1.0 |
| 10/31/2015 | Fee Application Tracking | Mary Cilia | 4 | 1.0 |
| 10/5/2015 | Non-working travel:  IAH-RDU | Brandon Bangerter | 5 | 5.0 |
| 10/5/2015 | Non Working travel to Client site | Raj Perubhatla | 5 | 5.0 |
| 10/7/2015 | Non-working travel:  RDU-IAH | Brandon Bangerter | 5 | 5.0 |
| 10/7/2015 | Non Working Travel from Client site | Raj Perubhatla | 5 | 5.0 |

**NORTEL TIME SHEET**

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 10/12/2015 | Non-working travel: IAH-RDU | Brandon Bangerter | 5 | 5.0 |
| 10/12/2015 | Non Working Travel to client site | Raj Perubhatla | 5 | 5.0 |
| 10/14/2015 | Non-working travel: RDU-IAH | Brandon Bangerter | 5 | 5.0 |
| 10/14/2015 | Non Working Travel from client site | Raj Perubhatla | 5 | 5.0 |
| 10/19/2015 | Non-working travel: IAH-RDU | Brandon Bangerter | 5 | 5.0 |
| 10/19/2015 | Non Working Travel to client site | Raj Perubhatla | 5 | 5.0 |
| 10/20/2015 | Non-Working travel Houston to Raleigh | Felicia Buenrostro | 5 | 2.0 |
| 10/20/2015 | Non-Working travel Houston to Raleigh | Kathryn Schultea | 5 | 5.0 |
| 10/20/2015 | Non-Working travel (Houston to Raleigh) | Leticia Barrios | 5 | 2.0 |
| 10/21/2015 | Non-working travel: RDU-IAH | Brandon Bangerter | 5 | 5.0 |
| 10/21/2015 | Non Working Travel from Client site | Raj Perubhatla | 5 | 5.0 |
| 10/22/2015 | Non-Working travel Raleigh to Houston | Felicia Buenrostro | 5 | 2.0 |
| 10/22/2015 | Non-Working travel Raleigh to Houston | Kathryn Schultea | 5 | 5.0 |
| 10/22/2015 | Non-Working travel (Raleigh to Houston) | Leticia Barrios | 5 | 2.0 |
| 10/26/2015 | Non-working travel: IAH-RDU | Brandon Bangerter | 5 | 5.0 |
| 10/26/2015 | Travel to Client | David Kantorczyk | 5 | 5.0 |
| 10/26/2015 | Non-Working Travel: Houston to Raleigh | Mary Cilia | 5 | 5.0 |
| 10/26/2015 | Non Working travel to Client site | Raj Perubhatla | 5 | 5.0 |
| 10/28/2015 | Non-working travel: IAH-RDU | Brandon Bangerter | 5 | 5.0 |
| 10/28/2015 | Non Working Travel from Client site | Raj Perubhatla | 5 | 5.0 |
| 10/29/2015 | Travel from client | David Kantorczyk | 5 | 5.0 |
| 10/29/2015 | Non-Working Travel: Raleigh to Houston | Mary Cilia | 5 | 5.0 |
| 10/1/2015 | Gather and analyze available information regarding cross border claims and prepare memorandum of facts and circumstances for use in settlement negotiations. | David Kantorczyk | 6 | 4.5 |
| 10/1/2015 | NNI call center monitoring and logging requests and related follow-up | Felicia Buenrostro | 6 | 2.0 |
| 10/1/2015 | Research claimants and potential distribution settlement group for life status | Felicia Buenrostro | 6 | 6.0 |
| 10/1/2015 | Read, review and respond to inquiries related to non-qualified settlement offer letters | Kathryn Schultea | 6 | 2.3 |
| 10/1/2015 | Worked on the master spreadsheet of Nortel Claims Detail report and employee data for the eTax Solicitation process. Develop ongoing solicitation process. Investigate missing addresses of employees. | Leticia Barrios | 6 | 6.3 |
| 10/1/2015 | Read, review, research and respond to various employee inquiries by phone and e-mail related to non-qualified settlement offer letters | Mary Cilia | 6 | 2.7 |
| 10/1/2015 | Claims Analysis of EE names | Raj Perubhatla | 6 | 2.3 |
| 10/2/2015 | Return call center calls regarding settlement letters sent to employees and update information on master spreadsheet. | David Kantorczyk | 6 | 2.5 |
| 10/2/2015 | Gather and analyze available information regarding cross border claims and prepare memorandum of facts and circumstances for use in settlement negotiations. | David Kantorczyk | 6 | 3.0 |
| 10/2/2015 | NNI call center monitoring and logging requests and related follow-up | Felicia Buenrostro | 6 | 2.0 |
| 10/2/2015 | Read, review, research and respond to various employee inquiries by phone and e-mail related to non-qualified settlement offer letters | Mary Cilia | 6 | 1.9 |
| 10/2/2015 | Claims reports for comparing EE names in EPIQ, Claims Master | Raj Perubhatla | 6 | 5.7 |
| 10/3/2015 | Read, review, research and respond to various employee inquiries by phone and e-mail related to non-qualified settlement offer letters | Mary Cilia | 6 | 2.1 |
| 10/4/2015 | Read, review and respond to e-mail re: name comparison project for employee distributions | Mary Cilia | 6 | 0.8 |
| 10/5/2015 | Review of G/L and claims for summarization work on cross border claims | Daniel Tollefsen | 6 | 7.1 |
| 10/5/2015 | Return call center calls regarding settlement letters sent to employees and update information on master spreadsheet. | David Kantorczyk | 6 | 2.5 |
| 10/5/2015 | Gather and analyze available information regarding cross border claims and prepare memorandum of facts and circumstances for use in settlement negotiations. | David Kantorczyk | 6 | 3.5 |
| 10/5/2015 | NNI call center monitoring and logging requests and related follow-up | Felicia Buenrostro | 6 | 1.0 |
| 10/5/2015 | Research claimants and potential distribution settlement group for life status | Felicia Buenrostro | 6 | 6.0 |
| 10/5/2015 | Conf. Call re: draft claim related issues | Kathryn Schultea | 6 | 2.0 |
| 10/5/2015 | Read, review and respond to e-mails re: Claims Info & Data requests | Kathryn Schultea | 6 | 3.0 |
| 10/5/2015 | NNI Settlement EE Letters discussions/process/monitoring | Kathryn Schultea | 6 | 2.5 |
| 10/5/2015 | Worked on the master spreadsheet of Nortel Claims Detail report and employee data for the eTax Solicitation process. Develop ongoing solicitation process. Investigate missing addresses of employees. | Leticia Barrios | 6 | 6.3 |
| 10/5/2015 | Read, review and respond to e-mail re: Canadian claim and call with Torys | Mary Cilia | 6 | 0.7 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 10/6/2015 | Review of G/L and claims for summarization work on cross border claims | Daniel Tollefsen | 6 | 6.2 |
| 10/6/2015 | Gather and analyze available information regarding cross border claims and prepare memorandum of facts and circumstances for use in settlement negotiations. | David Kantorczyk | 6 | 1.5 |
| 10/6/2015 | Return call center calls regarding settlement letters sent to employees and update information on master spreadsheet. | David Kantorczyk | 6 | 4.5 |
| 10/6/2015 | NNI call center monitoring and logging requests and related follow-up | Felicia Buenrostro | 6 | 1.5 |
| 10/6/2015 | Research claimants and potential distribution settlement group for life status | Felicia Buenrostro | 6 | 4.0 |
| 10/6/2015 | Worked on the master spreadsheet of Nortel Claims Detail report and employee data for the eTax Solicitation process. Develop ongoing solicitation process. Investigate missing addresses of employees. | Leticia Barrios | 6 | 6.5 |
| 10/6/2015 | Read, review, research and respond to various employee inquiries by phone and e-mail related to non-qualified settlement offer letters | Mary Cilia | 6 | 2.6 |
| 10/7/2015 | Review of G/L and claims for summarization work on cross border claims | Daniel Tollefsen | 6 | 7.6 |
| 10/7/2015 | Gather and analyze available information regarding cross border claims and prepare memorandum of facts and circumstances for use in settlement negotiations. | David Kantorczyk | 6 | 5.0 |
| 10/7/2015 | Return call center calls regarding settlement letters sent to employees and update information on master spreadsheet. | David Kantorczyk | 6 | 1.0 |
| 10/7/2015 | NNI call center monitoring and logging requests and related follow-up | Felicia Buenrostro | 6 | 1.5 |
| 10/7/2015 | Research claimants and potential distribution settlement group for life status | Felicia Buenrostro | 6 | 7.0 |
| 10/7/2015 | Correspondence - claim meeting and follow up discussion | Kathryn Schultea | 6 | 1.5 |
| 10/7/2015 | Investigate home addresses for employees with traded claims and add to master spreadsheet. Reviewed prior source systems and EPIC data for correct address. | Leticia Barrios | 6 | 6.7 |
| 10/7/2015 | Read, review, research and respond to various employee inquiries by phone and e-mail related to non-qualified settlement offer letters | Mary Cilia | 6 | 1.7 |
| 10/7/2015 | Research and document Nortel claims position on certain retiree claims with documented balances and related e-mails | Mary Cilia | 6 | 2.0 |
| 10/8/2015 | Return call center calls regarding settlement letters sent to employees and update information on master spreadsheet. | David Kantorczyk | 6 | 1.5 |
| 10/8/2015 | Gather and analyze available information regarding cross border claims and prepare memorandum of facts and circumstances for use in settlement negotiations. | David Kantorczyk | 6 | 4.5 |
| 10/8/2015 | NNI call center monitoring and logging requests and related follow-up | Felicia Buenrostro | 6 | 1.0 |
| 10/8/2015 | Research claimants and potential distribution settlement group for life status | Felicia Buenrostro | 6 | 6.0 |
| 10/8/2015 | Conf. Call re: Follow-up Nortel claim related discussion | Kathryn Schultea | 6 | 0.3 |
| 10/8/2015 | Investigate home addresses for employees with traded claims and add to master spreadsheet. Reviewed prior source systems and EPIC data for correct address. | Leticia Barrios | 6 | 6.3 |
| 10/8/2015 | Read, review, research and respond to various employee inquiries by phone and e-mail related to non-qualified settlement offer letters | Mary Cilia | 6 | 1.8 |
| 10/8/2015 | Continued research and document Nortel claims position on certain retiree claims with documented balances and related e-mails | Mary Cilia | 6 | 2.3 |
| 10/8/2015 | Read e-mails, research and document Solus claim positions for Cleary | Mary Cilia | 6 | 2.4 |
| 10/9/2015 | Return call center calls regarding settlement letters sent to employees and update information on master spreadsheet. | David Kantorczyk | 6 | 0.5 |
| 10/9/2015 | Gather and analyze available information regarding cross border claims and prepare memorandum of facts and circumstances for use in settlement negotiations. | David Kantorczyk | 6 | 5.5 |
| 10/9/2015 | NNI call center monitoring and logging requests and related follow-up | Felicia Buenrostro | 6 | 1.5 |
| 10/9/2015 | Read, review and respond to inquiries related to non-qualified settlement offer letters | Kathryn Schultea | 6 | 3.0 |
| 10/9/2015 | Investigate home addresses for employees with traded claims and add to master spreadsheet. Reviewed prior source systems and EPIC data for correct address. | Leticia Barrios | 6 | 2.5 |
| 10/9/2015 | Continue to research and document Solus claim positions for Cleary and related e-mails | Mary Cilia | 6 | 2.8 |
| 10/9/2015 | Read, review, research and respond to various employee inquiries by phone and e-mail related to non-qualified settlement offer letters | Mary Cilia | 6 | 1.8 |
| 10/10/2015 | Read, review, research and respond to various employee inquiries by phone and e-mail related to non-qualified settlement offer letters | Mary Cilia | 6 | 0.8 |
| 10/10/2015 | Follow up e-mails re: settlement letters status update | Mary Cilia | 6 | 0.4 |
| 10/12/2015 | Review of G/L and claims for summarization work on cross border claims | Daniel Tollefsen | 6 | 8.4 |
| 10/12/2015 | Return call center calls regarding settlement letters sent to employees and update information on master spreadsheet. | David Kantorczyk | 6 | 2.0 |
| 10/12/2015 | Gather and analyze available information regarding cross border claims and prepare memorandum of facts and circumstances for use in settlement negotiations. | David Kantorczyk | 6 | 3.0 |
| 10/12/2015 | NNI call center monitoring and logging requests and related follow-up | Felicia Buenrostro | 6 | 1.0 |
| 10/12/2015 | Research claimants and potential distribution settlement group for life status | Felicia Buenrostro | 6 | 7.0 |
| 10/12/2015 | Developed a list of all allowed LTIP employee claims with Nortel Position Amount. Included LTIP employee claims under review and schedules. | Leticia Barrios | 6 | 6.5 |
| 10/12/2015 | Read, review, research and respond to various employee inquiries by phone and e-mail related to non-qualified settlement offer letters | Mary Cilia | 6 | 1.2 |
| 10/13/2015 | Review of G/L and claims for summarization work on cross border claims | Daniel Tollefsen | 6 | 7.3 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 10/13/2015 | Gather and analyze available information regarding cross border claims and prepare memorandum of facts and circumstances for use in settlement negotiations. | David Kantorczyk | 6 | 5.0 |
| 10/13/2015 | Return call center calls regarding settlement letters sent to employees and update information on master spreadsheet. | David Kantorczyk | 6 | 0.5 |
| 10/13/2015 | NNI call center monitoring and logging requests and related follow-up | Felicia Buenrostro | 6 | 2.0 |
| 10/13/2015 | Research claimants and potential distribution settlement group for life status | Felicia Buenrostro | 6 | 6.3 |
| 10/13/2015 | Correspondence - Individual Claims follow up | Kathryn Schultea | 6 | 1.5 |
| 10/13/2015 | Follow-up with LTIP plan participant research and review | Kathryn Schultea | 6 | 1.8 |
| 10/13/2015 | Developed a list of all allowed LTIP employee claims with Nortel Position Amount. Included LTIP employee claims under review and schedules. | Leticia Barrios | 6 | 6.7 |
| 10/13/2015 | Read, review, research and respond to various employee inquiries by phone and e-mail related to non-qualified settlement offer letters | Mary Cilia | 6 | 3.3 |
| 10/13/2015 | Review and analysis of claims settlement letters and preparation of summary | Mary Cilia | 6 | 4.8 |
| 10/14/2015 | Review of G/L and claims for summarization work on cross border claims | Daniel Tollefsen | 6 | 7.4 |
| 10/14/2015 | Return call center calls regarding settlement letters sent to employees and update information on master spreadsheet. | David Kantorczyk | 6 | 0.5 |
| 10/14/2015 | Gather and analyze available information regarding cross border claims and prepare memorandum of facts and circumstances for use in settlement negotiations. | David Kantorczyk | 6 | 5.0 |
| 10/14/2015 | NNI call center monitoring and logging requests and related follow-up | Felicia Buenrostro | 6 | 1.5 |
| 10/14/2015 | Research claimants and potential distribution settlement group for life status | Felicia Buenrostro | 6 | 5.3 |
| 10/14/2015 | Worked on the master spreadsheet of Nortel Claims Detail report and employee data for the eTax Solicitation process. Develop ongoing solicitation process. Investigate missing addresses of employees. | Leticia Barrios | 6 | 6.3 |
| 10/14/2015 | Continued review and analysis of claims settlement letters and preparation of summary; related e-mails and follow-up research and e-mails | Mary Cilia | 6 | 4.1 |
| 10/14/2015 | Read, review, research and respond to various employee inquiries by phone and e-mail related to non-qualified settlement offer letters | Mary Cilia | 6 | 2.4 |
| 10/14/2015 | Research and e-mails related to Crowell & Moring settlement and draft stipulation | Mary Cilia | 6 | 1.8 |
| 10/15/2015 | Return call center calls regarding settlement letters sent to employees and update information on master spreadsheet. | David Kantorczyk | 6 | 1.0 |
| 10/15/2015 | Gather and analyze available information regarding cross border claims and prepare memorandum of facts and circumstances for use in settlement negotiations. | David Kantorczyk | 6 | 5.0 |
| 10/15/2015 | NNI call center monitoring and logging requests and related follow-up | Felicia Buenrostro | 6 | 2.0 |
| 10/15/2015 | Research claimants and potential distribution settlement group for life status | Felicia Buenrostro | 6 | 6.0 |
| 10/15/2015 | Claim related email follow-ups | Kathryn Schultea | 6 | 1.5 |
| 10/15/2015 | Worked on the master spreadsheet of Nortel Claims Detail report and employee data for the eTax Solicitation process. Develop ongoing solicitation process. Investigate missing addresses of employees. | Leticia Barrios | 6 | 6.0 |
| 10/15/2015 | Follow up research and analysis of claims settlement letters for Cleary | Mary Cilia | 6 | 1.9 |
| 10/15/2015 | Read, review, research and respond to various employee inquiries by phone and e-mail related to non-qualified settlement offer letters | Mary Cilia | 6 | 0.7 |
| 10/16/2015 | Review of employee claims filed status and compare to EPIQ vs Employee records | Daniel Tollefsen | 6 | 4.6 |
| 10/16/2015 | Return call center calls regarding settlement letters sent to employees and update information on master spreadsheet. | David Kantorczyk | 6 | 2.0 |
| 10/16/2015 | Gather and analyze available information regarding cross border claims and prepare memorandum of facts and circumstances for use in settlement negotiations. | David Kantorczyk | 6 | 4.0 |
| 10/16/2015 | Prepare presentation and spreadsheets for meeting with EY to discuss taxation, claim types, and processes. | Leticia Barrios | 6 | 4.0 |
| 10/16/2015 | Read, review, research and respond to various employee inquiries by phone and e-mail related to non-qualified settlement offer letters | Mary Cilia | 6 | 2.2 |
| 10/19/2015 | Review of employee claims filed status and compare to EPIQ vs Employee records | Daniel Tollefsen | 6 | 6.3 |
| 10/19/2015 | Gather and analyze available information regarding cross border claims and prepare memorandum of facts and circumstances for use in settlement negotiations. | David Kantorczyk | 6 | 7.0 |
| 10/19/2015 | NNI call center monitoring and logging requests and related follow-up | Felicia Buenrostro | 6 | 2.0 |
| 10/19/2015 | Research claimants and potential distribution settlement group for life status | Felicia Buenrostro | 6 | 6.5 |
| 10/19/2015 | Correspondence - Claim preparation for conf. call | Kathryn Schultea | 6 | 1.5 |
| 10/19/2015 | Prepare presentation and spreadsheets for meeting with EY to discuss taxation, claim types, and processes. | Leticia Barrios | 6 | 6.5 |
| 10/19/2015 | Read, review, research and respond to various employee inquiries by phone and e-mail related to non-qualified settlement offer letters | Mary Cilia | 6 | 3.8 |
| 10/19/2015 | Research, prepare calculations and update various reports and claims database for revised positions, circulate to Huron and other related e-mails | Mary Cilia | 6 | 5.3 |
| 10/19/2015 | E-mails with EPIQ re: revised employee settlement offer letters to be mailed | Mary Cilia | 6 | 1.1 |
| 10/19/2015 | Follow up e-mails with Mercer re: RP-2000 mortality tables | Mary Cilia | 6 | 0.6 |
| 10/20/2015 | Review of employee claims filed status and compare to EPIQ vs Employee records | Daniel Tollefsen | 6 | 6.8 |
| 10/20/2015 | Gather and analyze available information regarding cross border claims and prepare memorandum of facts and circumstances for use in settlement negotiations. | David Kantorczyk | 6 | 7.0 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 10/20/2015 | Onsite at NNI - Prep for meeting with EY to determine framework of taxation of claim types and various claims buckets. | Felicia Buenrostro | 6 | 6.5 |
| 10/20/2015 | Prepare presentation and spreadsheets for meeting with EY to discuss taxation, claim types, and processes. | Leticia Barrios | 6 | 5.2 |
| 10/20/2015 | Read, review, research and respond to various employee inquiries by phone and e-mail related to non-qualified settlement offer letters | Mary Cilia | 6 | 3.2 |
| 10/20/2015 | Follow up e-mails with Mercer and former employee re:  RP-2000 mortality tables | Mary Cilia | 6 | 0.8 |
| 10/20/2015 | Revise draft exhibit for Solus settlement and circulate to Huron and Cleary; related research and e-mails | Mary Cilia | 6 | 2.4 |
| 10/20/2015 | Research and follow up e-mails with ASM re:  global settlement and cross-over claims with Solus | Mary Cilia | 6 | 1.3 |
| 10/20/2015 | Read, review, research and respond to various employee inquiries by phone and e-mail related to non-qualified settlement offer letters | Mary Cilia | 6 | 1.4 |
| 10/20/2015 | Research requested by Hain Capital re:  additional claims for global settlement | Mary Cilia | 6 | 2.5 |
| 10/21/2015 | Meeting with EY on taxation framework for various claim types and exceptions | Brandon Bangerter | 6 | 4.6 |
| 10/21/2015 | Review of employee claims filed status and compare to EPIQ vs Employee records | Daniel Tollefsen | 6 | 7.6 |
| 10/21/2015 | Gather and analyze available  information regarding cross border claims and prepare memorandum of facts and circumstances for use in settlement negotiations. | David Kantorczyk | 6 | 6.5 |
| 10/21/2015 | Weekly Nortel Networks outside consultant  claim call including RLKS, Cleary and Huron including preparation and summarization. | David Kantorczyk | 6 | 0.5 |
| 10/21/2015 | Onsite at NNI - Meeting with EY to determine framework of taxation of claim types and various claims buckets.  Reviewed high-level scenarios for taxation for Federal  tax purposes.  Developed master spreadsheet to use for database to determine claims types, taxation and exceptions. | Felicia Buenrostro | 6 | 0.0 |
| 10/21/2015 | Onsite at NNI - Meeting with EY to determine framework of taxation of claim types and various claims buckets.  Reviewed high-level scenarios for taxation for Federal  tax purposes.  Developed master spreadsheet to use for database to determine claims types, taxation and exceptions. | Kathryn Schultea | 6 | 6.5 |
| 10/21/2015 | Meet with EY to determine framework of taxation of claim types and various claim buckets.  Reviewed high-level scenarios for taxation for Federal tax purposes.  Developed master spreadsheet to use for database to determine claims types, taxation, and exceptions. | Leticia Barrios | 6 | 8.3 |
| 10/21/2015 | Continued research requested by Hain Capital re:  additional claims for global settlement and related e-mails | Mary Cilia | 6 | 1.7 |
| 10/21/2015 | Read, review, research and respond to various employee inquiries by phone and e-mail related to non-qualified settlement offer letters | Mary Cilia | 6 | 2.4 |
| 10/21/2015 | Follow up research, e-mails and conference call with ASM re:  global settlement; finalize settlement numbers and draft exhibit; e-mails to Cleary related to draft stipulation and 9019 motion to document agreement | Mary Cilia | 6 | 5.9 |
| 10/21/2015 | Conference call with Cleary, Huron and RLKS re:  employee claims status; related prep and follow up | Mary Cilia | 6 | 1.3 |
| 10/22/2015 | Review of employee claims filed status and compare to EPIQ vs Employee records | Daniel Tollefsen | 6 | 6.4 |
| 10/22/2015 | Onsite at NNI - Meeting with EY to determine framework of taxation of claim types and various claims buckets.  Reviewed high-level scenarios for taxation for Federal  tax purposes.  Developed master spreadsheet to use for database to determine claims types, taxation and exceptions. | Felicia Buenrostro | 6 | 7.0 |
| 10/22/2015 | NNI call center monitoring and logging requests and related follow-up | Felicia Buenrostro | 6 | 0.8 |
| 10/22/2015 | Onsite at NNI - Meeting with EY on claims distribution details; follow-up with T.Ross on various NNI matters | Kathryn Schultea | 6 | 4.0 |
| 10/22/2015 | Meet with EY to determine framework of taxation of claim types and various claim buckets.  Reviewed high-level scenarios for taxation for Federal tax purposes.  Developed master spreadsheet to use for database to determine claims types, taxation, and exceptions. | Leticia Barrios | 6 | 5.5 |
| 10/22/2015 | Read, review, research and respond to various employee inquiries by phone and e-mail related to non-qualified settlement offer letters | Mary Cilia | 6 | 1.7 |
| 10/22/2015 | Research and follow up e-mails with Cleary and ASM re:  global settlement | Mary Cilia | 6 | 1.4 |
| 10/22/2015 | Review of newly filed claims and update of claims database | Mary Cilia | 6 | 2.2 |
| 10/22/2015 | Follow up research and review of non-employee claims in preparation for upcoming trip to Raleigh and related meetings | Mary Cilia | 6 | 3.4 |
| 10/22/2015 | Claims updates | Raj Perubhatla | 6 | 2.7 |
| 10/23/2015 | Claims related email follow-ups | Kathryn Schultea | 6 | 0.7 |
| 10/23/2015 | Type up notes and create process flow of taxation process after meeting with EY.  Provided updates to the taxation and claims type master spreadsheet to use for the database. | Leticia Barrios | 6 | 4.5 |
| 10/23/2015 | Follow up research and review of non-employee claims in preparation for upcoming trip to Raleigh and related meetings | Mary Cilia | 6 | 2.8 |
| 10/23/2015 | Read, review, research and respond to various employee inquiries by phone and e-mail related to non-qualified settlement offer letters | Mary Cilia | 6 | 2.8 |
| 10/24/2015 | Taxation matrix follow-up and review | Kathryn Schultea | 6 | 1.5 |
| 10/25/2015 | Taxation matrix follow-up and review | Kathryn Schultea | 6 | 0.3 |
| 10/26/2015 | Review of G/L and  claims for summarization work on cross border claims | Daniel Tollefsen | 6 | 6.3 |
| 10/26/2015 | Research claimants and potential distribution settlement group for life status | Felicia Buenrostro | 6 | 6.5 |
| 10/26/2015 | NNI call center monitoring and logging requests and related follow-up | Felicia Buenrostro | 6 | 2.0 |
| 10/26/2015 | Conf. Call re: NNI employee claims distribution modeling and review/preparation of material | Kathryn Schultea | 6 | 2.8 |
| 10/26/2015 | Correspondence - Non-qualified pension discussion | Kathryn Schultea | 6 | 1.3 |
| 10/26/2015 | Read, review and respond to e-mails re:  Claims Info & Data requests | Kathryn Schultea | 6 | 3.0 |
| 10/26/2015 | Type up notes and create process flow of taxation process after meeting with EY.  Provided updates to the taxation and claims type master spreadsheet to use for the database. | Leticia Barrios | 6 | 6.7 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 10/26/2015 | Meeting with RLKS team members to discuss NNI claims distribution model. Discussed roles and responsibilities, work flow, project planning, and reporting. | Leticia Barrios | 6 | 1.0 |
| 10/26/2015 | Conference call with Solus re: global settlement and draft exhibit and related follow-up e-mails | Mary Cilia | 6 | 5.4 |
| 10/26/2015 | Research and e-mails with MNAT re: LG claims | Mary Cilia | 6 | 0.8 |
| 10/26/2015 | Research related to proposed procedures motion | Mary Cilia | 6 | 2.3 |
| 10/27/2015 | Review of G/L and claims for summarization work on cross border claims | Daniel Tollefsen | 6 | 6.3 |
| 10/27/2015 | Gather and analyze available information regarding cross border claims and prepare memorandum of facts and circumstances for use in settlement negotiations. | David Kantorczyk | 6 | 6.0 |
| 10/27/2015 | Conference call with M. Cilia Andrew Remming (MNAT)and Tamara Minot MNAT) regarding the LG claims including preparation, summarization and follow up. | David Kantorczyk | 6 | 2.5 |
| 10/27/2015 | Research claimants and potential distribution settlement group for life status | Felicia Buenrostro | 6 | 4.5 |
| 10/27/2015 | NNI call center monitoring and logging requests and related follow-up | Felicia Buenrostro | 6 | 2.0 |
| 10/27/2015 | Review correspondence on claimant information and consultant details | Kathryn Schultea | 6 | 0.8 |
| 10/27/2015 | Follow-up correspondence on claim related matters with Cleary | Kathryn Schultea | 6 | 0.5 |
| 10/27/2015 | Update documentation and create process flow of taxation process after meeting with EY. Provided updates to the taxation and claims type master spreadsheet to use for the database. | Leticia Barrios | 6 | 6.7 |
| 10/27/2015 | Continued research related to proposed procedures motion and related documentation and e-mails | Mary Cilia | 6 | 1.8 |
| 10/27/2015 | Meetings re: remaining non-employee claims and related prep | Mary Cilia | 6 | 1.9 |
| 10/27/2015 | Read, review, research and respond to various employee inquiries by phone and e-mail related to non-qualified settlement offer letters | Mary Cilia | 6 | 1.8 |
| 10/27/2015 | Read, review, respond and send e-mails related to various claims settlements in progress | Mary Cilia | 6 | 1.8 |
| 10/27/2015 | Conference call with MNAT re: LG claims and related prep and follow up | Mary Cilia | 6 | 3.1 |
| 10/28/2015 | Review of G/L and claims for summarization work on cross border claims | Daniel Tollefsen | 6 | 6.1 |
| 10/28/2015 | Gather and analyze available information regarding cross border claims and prepare memorandum of facts and circumstances for use in settlement negotiations. | David Kantorczyk | 6 | 8.0 |
| 10/28/2015 | Weekly Nortel Networks outside consultant claim call including RLKS, Cleary and Huron including preparation and summarization. | David Kantorczyk | 6 | 0.5 |
| 10/28/2015 | Research claimants and potential distribution settlement group for life status | Felicia Buenrostro | 6 | 6.5 |
| 10/28/2015 | NNI call center monitoring and logging requests and related follow-up | Felicia Buenrostro | 6 | 2.0 |
| 10/28/2015 | Update documentation and create process flow of taxation process after meeting with EY. Provided updates to the taxation and claims type master spreadsheet to use for the database. | Leticia Barrios | 6 | 6.3 |
| 10/28/2015 | Attend the Nortel Employee Claims Conference Call with Cleary to discuss employee claims. | Leticia Barrios | 6 | 1.0 |
| 10/28/2015 | Review and research related to claims to be allowed as filed and related e-mails | Mary Cilia | 6 | 3.7 |
| 10/28/2015 | Meetings re: remaining non-employee claims and related follow up research | Mary Cilia | 6 | 5.8 |
| 10/28/2015 | Review of draft stipulation and motion for ASM global settlement and related e-mails | Mary Cilia | 6 | 1.7 |
| 10/28/2015 | Read, review, research and respond to various employee inquiries by phone and e-mail related to non-qualified settlement offer letters | Mary Cilia | 6 | 2.2 |
| 10/28/2015 | Conference call with Cleary, Huron and RLKS re: employee claims status; related prep and follow up | Mary Cilia | 6 | 0.9 |
| 10/28/2015 | Claims EE Lexis Nexis setup support | Raj Perubhatla | 6 | 2.4 |
| 10/29/2015 | Gather and analyze available information regarding cross border claims and prepare memorandum of facts and circumstances for use in settlement negotiations. | David Kantorczyk | 6 | 1.0 |
| 10/29/2015 | Prepare analysis of book balances as compared to reconciled claim amounts | David Kantorczyk | 6 | 3.0 |
| 10/29/2015 | Research claimants and potential distribution settlement group for life status | Felicia Buenrostro | 6 | 4.5 |
| 10/29/2015 | NNI call center monitoring and logging requests and related follow-up | Felicia Buenrostro | 6 | 1.3 |
| 10/29/2015 | Correspondence - Individual Claims follow up | Kathryn Schultea | 6 | 0.6 |
| 10/29/2015 | Provide a list of International employees living in other countries than the US. Work with EY to analyze the International employee list and provide the required data. | Leticia Barrios | 6 | 6.2 |
| 10/29/2015 | Follow up research re: non-employee claims | Mary Cilia | 6 | 5.5 |
| 10/29/2015 | Read, review, research and respond to various employee inquiries by phone and e-mail related to non-qualified settlement offer letters | Mary Cilia | 6 | 1.8 |
| 10/30/2015 | Prepare analysis of book balances as compared to reconciled claim amounts | David Kantorczyk | 6 | 5.0 |
| 10/30/2015 | NNI call center monitoring and logging requests and related follow-up | Felicia Buenrostro | 6 | 2.0 |
| 10/30/2015 | Provide a list of International employees living in other countries than the US. Work with EY to analyze the International employee list and provide the required data. | Leticia Barrios | 6 | 4.2 |
| 10/30/2015 | Follow up e-mails with ASM and Cleary re: global settlement | Mary Cilia | 6 | 0.7 |

**NORTEL TIME SHEET**

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 10/30/2015 | Read, review, research and respond to various employee inquiries by phone and e-mail related to non-qualified settlement offer letters | Mary Cilia | 6 | 1.2 |
| 10/30/2015 | Follow up research re: non-employee claims | Mary Cilia | 6 | 5.8 |
| 10/1/2015 | Correspondence - Nortel Tax Matters | Kathryn Schultea | 7 | 0.6 |
| 10/2/2015 | Telecon JS, DA, AB, JW re compliance/research issues | Richard Lydecker | 7 | 0.4 |
| 10/2/2015 | Fee history and analysis | Richard Lydecker | 7 | 0.6 |
| 10/6/2015 | Correspondence - Nortel Tax Matters | Kathryn Schultea | 7 | 0.5 |
| 10/9/2015 | EY call DA, AB, JS, JW re physical records and allocation of proceeds | Richard Lydecker | 7 | 0.5 |
| 10/15/2015 | Research related to Nortel claims in the Lehman bankruptcy and related e-mails | Mary Cilia | 7 | 2.6 |
| 10/16/2015 | Tax call DA,JS,AB,JW claims status etc. | Richard Lydecker | 7 | 0.3 |
| 10/19/2015 | Correspondence - Nortel Tax Matters | Kathryn Schultea | 7 | 0.8 |
| 10/19/2015 | Continued research re: Nortel claims in Lehman bankruptcy and related e-mails with EY and EPIQ | Mary Cilia | 7 | 1.7 |
| 10/20/2015 | Follow up e-mails and research re: Nortel claims in Lehman bankruptcy | Mary Cilia | 7 | 1.8 |
| 10/21/2015 | Follow up e-mails and research re: Nortel claims in Lehman bankruptcy | Mary Cilia | 7 | 2.2 |
| 10/23/2015 | Discuss of current projects JS,DA,JW | Richard Lydecker | 7 | 0.4 |
| 10/30/2015 | Call with JS,JW review of projects in tax workstream1 | Richard Lydecker | 7 | 0.3 |
| 10/6/2015 | Call center monitoring follow-up and review of traffic and subject items | Kathryn Schultea | 8 | 0.8 |
| 10/2/2015 | Continued work and research on claims to G/L reconciliation for recovery model | Mary Cilia | 9 | 2.5 |
| 10/5/2015 | Continued work and research on claims to G/L reconciliation for recovery model | Mary Cilia | 9 | 2.3 |
| 10/6/2015 | Continued work and research on claims to G/L reconciliation for recovery model | Mary Cilia | 9 | 1.8 |
| 10/12/2015 | Continued work and research on claims to G/L reconciliation for recovery model | Mary Cilia | 9 | 2.3 |
| 10/21/2015 | Employee Claims Distribution Modeling prep and meeting | Raj Perubhatla | 9 | 5.5 |
| 10/23/2015 | Employee Claims Distribution Modeling: Analysis | Raj Perubhatla | 9 | 7.2 |
| 10/26/2015 | Employee Claims Distribution Modeling: Call preparation | Raj Perubhatla | 9 | 1.0 |
| 10/26/2015 | Employee Claims Distribution Modeling: Call | Raj Perubhatla | 9 | 0.5 |
| 10/26/2015 | Employee Claims Distribution Modeling: Development | Raj Perubhatla | 9 | 2.5 |
| 10/29/2015 | Employee Claims Distribution Modeling: Development | Raj Perubhatla | 9 | 7.5 |