# EXHIBIT B

# EXHIBIT B
## EXPENSE SUMMARY

**Nortel Networks Inc., et al.**
(Case No. 09-10138 (KG))

**RLKS Executive Solutions**
**October 1 - 31, 2015**

| Expense Category | Total Expenses |
|---|---|
| Travel – Airline (at economy fare booking) | $ 6,373.60 |
| Travel – Lodging | 6,124.04 |
| Travel – Transportation | 1,996.14 |
| Travel – Meals | 965.15 |
| Office Expenses | - |
| TOTAL | $ 15,458.93 |
| | |

## Nortel Expense Report

**PERIOD:** October 1 - 31, 2015

| Date | Description | Air | Lodging | Transportation | Meals | Office Expenses | Professional | Comments on Meals/Transportation |
|---|---|---|---|---|---|---|---|---|
| 10/5/2015 | Travel to Client site | $319.10 | $259.92 | $84.03 | | | Brandon Bangerter | Economy airfare; one night hotel; Avis rental car |
| 10/5/2015 | Travel to client site | $319.10 | $237.22 | $92.00 | $9.34 | | Raj Perubhatla | Economy airfare; car to airport; one night client stay; meals |
| 10/6/2015 | RTP stay | | $259.92 | | $136.18 | | Brandon Bangerter | One night hotel; lunch - $50.42(RP,BB); dinner - $85.76(RP,BB) |
| 10/6/2015 | Client site stay | | $237.22 | | | | Raj Perubhatla | one night hotel stay |
| 10/7/2015 | Travel from Client site | $319.10 | | $45.00 | $38.24 | | Brandon Bangerter | Economy airfare; airport parking; lunch - $16.73(RP,BB); dinner - $21.51(RP,BB) |
| 10/7/2015 | Travel from client site | $319.10 | | $92.00 | | | Raj Perubhatla | Economy airfare; car from airport to home |
| 10/12/2015 | Travel to Client site | $319.10 | $242.90 | $84.03 | | | Brandon Bangerter | Economy airfare; one night hotel; Avis rental car |
| 10/12/2015 | Travel to client site | $319.10 | $242.90 | $92.00 | | | Raj Perubhatla | Economy airfare; car to airport; one night client stay; meals |
| 10/13/2015 | RTP stay | | $242.89 | | $128.68 | | Brandon Bangerter | One night hotel; lunch - $19.09(RP,BB); dinner - $109.59(RP,BB) |
| 10/13/2015 | Client site stay | | $242.90 | | | | Raj Perubhatla | one night hotel stay |
| 10/14/2015 | Travel from Client site | $319.10 | | $45.00 | $38.24 | | Brandon Bangerter | Economy airfare; airport parking; lunch - $16.73(RP,BB); dinner - $21.51(RP,BB) |
| 10/14/2015 | Travel from client site | $319.10 | | $92.00 | | | Raj Perubhatla | Economy airfare; car from airport to home |
| 10/19/2015 | Travel to Client site | $221.60 | $237.22 | $92.13 | | | Brandon Bangerter | Economy airfare; one night hotel; Avis rental car |
| 10/19/2015 | Travel to client site | $221.60 | $243.72 | $92.00 | | | Raj Perubhatla | Economy airfare; car to airport; one night client stay |
| 10/20/2015 | RTP stay | | $237.22 | | $19.09 | | Brandon Bangerter | One night hotel; lunch - $19.09(RP,BB); |
| 10/20/2015 | Travel to Raleigh | $264.10 | $248.57 | | | | Felicia Buenrostro | Economy airfare; One night hotel stay |
| 10/20/2015 | Travel to Raleigh | $264.10 | $191.82 | $115.25 | $230.18 | | Kathryn Schultea | Economy airfare; One night hotel stay; car to airport; Dinner - (KS, FB, BB, LB, RP - $46.03 each) |
| 10/20/2015 | Travel to Client Site - RTP | $264.10 | $248.57 | | | | Leticia Barrios | Economy airfare; One night hotel stay |
| 10/20/2015 | Client site stay | | $243.72 | | | | Raj Perubhatla | one night hotel stay |
| 10/21/2015 | Travel from Client site | $221.60 | | $47.00 | $28.93 | | Brandon Bangerter | Economy airfare; airport parking; dinner - $28.93(RP,BB) |
| 10/21/2015 | Raleigh | | $248.57 | | | | Felicia Buenrostro | One night hotel stay |
| 10/21/2015 | Raleigh | | | | $143.70 | | Kathryn Schultea | One night hotel stay; Dinner - (KS, FB, LB, RP, BB - $28.74 each) |
| 10/21/2015 | RTP Stay | | $248.57 | | | | Leticia Barrios | One night hotel stay |
| 10/21/2015 | Travel from client site | $221.60 | | $92.00 | | | Raj Perubhatla | Economy airfare; car from airport to home |
| 10/22/2015 | Travel from Raleigh | $264.10 | | | | | Felicia Buenrostro | Economy airfare |
| 10/22/2015 | Travel from Raleigh | $264.10 | | $119.25 | | | Kathryn Schultea | Economy airfare; car from airport |
| 10/22/2015 | Travel from Client Site - RTP | $264.10 | | | | | Leticia Barrios | Economy Airfare |
| 10/26/2015 | Travel to Client site | $179.10 | $214.52 | $96.15 | | | Brandon Bangerter | Economy airfare; one night hotel; Avis rental car |
| 10/26/2015 | Travel to Client Site | $173.60 | $182.22 | $19.00 | $13.00 | | David Kantorczyk | Economy Airfare; One night hotel; Dinner 13.00; Parking @ IAH |
| 10/26/2015 | Travel to Client Site | $143.10 | $201.82 | $160.08 | | | Mary Cilia | A-Economy Airfare; T- Car Service from Home to Airport and Avis Rental Car |
| 10/26/2015 | Travel to client site | $179.10 | $214.52 | $92.00 | | | Raj Perubhatla | Economy airfare; car to airport; one night client stay |
| 10/27/2015 | RTP stay | | | | $86.98 | | Brandon Bangerter | One night hotel; lunch - $6.45; dinner - $80.53(RP,BB) |
| 10/27/2015 | Work at Client Site | | $182.22 | $19.00 | $18.05 | | David Kantorczyk | One night hotel; Dinner 18.05; Parking @ IAH |
| 10/27/2015 | At Client Site | | $201.82 | $52.58 | $6.41 | | Mary Cilia | T- Avis Rental Car; M-D=$6.41 |
| 10/27/2015 | Client site stay | | $214.52 | | $27.42 | | Raj Perubhatla | one night hotel stay; lunch; dinner |
| 10/28/2015 | Travel from Client site | $179.10 | $214.52 | $47.00 | $17.31 | | Brandon Bangerter | Economy airfare; airport parking; lunch - $17.31(RP,BB) |
| 10/28/2015 | Work at Client Site | | $182.22 | $19.00 | $20.20 | | David Kantorczyk | One night hotel; Dinner 20.20; Parking @ IAH |
| 10/28/2015 | At Client Site | | $201.82 | $52.57 | $3.20 | | Mary Cilia | T - Avis Rental Car; M-D=$3.20 |
| 10/28/2015 | Travel from client site | $179.10 | | $92.00 | | | Raj Perubhatla | Economy airfare; car from airport to home |
| 10/29/2015 | Travel from Client Site | $173.60 | | $3.00 | | | David Kantorczyk | Economy Airfare; Parking @ IAH |
| 10/29/2015 | Travel from Client Site | $143.10 | | $160.07 | | | Mary Cilia | A-Economy Airfare; T- Avis Rental Car and Car Service from Airport to Home; |
| | | $ 6,373.60 | $ 6,124.04 | $ 1,996.14 | $ 965.15 | $ - | | |