**EXHIBIT B**



# CASSELS BROCK
L A W Y E R S

Cassels Brock & Blackwell LLP
2100, Scotia Plaza
40 King Street West
Toronto, ON Canada M5H 3C2
T 416 869 5300
F 416 360 8877

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF NORTEL NETWORKS INC
C/O AKIN GUMP STRAUSS HAUER & FELD LLP
ATTN: FRED HODARA
ONE BRYANT PARK
NEW YORK, NY 10036 USA

**INVOICE #1972894**
HST/GST #: R121379572

| Date<br>October 23, 2015 | Matter Number<br>46992-00001 | Lawyer<br>Michael Wunder |
|---|---|---|

### The Official Committee of Unsecured Creditors
### Re: Nortel Networks Inc., et al.

| | |
|---|---|
| Professional Fees | $ 210,053.50 |
| Disbursements | 810.23 |
| **Total Amount Due** | **$ 210,863.73** CDN |

**Cassels Brock & Blackwell LLP**

Per: _____
Michael Wunder

**Wire Transfer:**
Bank of Nova Scotia
44 King St. West, Toronto, ON M5H 1H1
Swift Code: NOSCCATT
Bank ID: 002 Transit: 47696
CAD Funds Bank Account : 00739-11
ABA Routing #: 026 002 532
Reference: Please include the lawyer's name and the
invoice number

**Credit Card:**
Payments are accepted via telephone, email or fax.
We accept
American Express, MasterCard or Visa (please circle
one).
Card No.
_____
_____
Expiry Date: _____ Amount:
_____
Cardholder Name:
_____
Signature:
_____

CASSELS BROCK & BLACKWELL LLP

Invoice # 1972894

The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.

Matter # 46992-00001

### Invoice Detail

## TO PROFESSIONAL SERVICES RENDERED up to and including 09/30/15

| Date | ID | TASK | Narrative | Hours |
|------|-----|------|-----------|-------|
| 9/1/2015 | SAH | 29 | Correspondence to and from Canadian court regarding appeal of Canadian appeal allocation decision and provide update to Cassels team. | 1.3 |
| 9/1/2015 | RSK | 31 | Review Canadian case law from Canadian counsel for U.S. debtors regarding leave to appeal factum for Canadian allocation decision. | 1.7 |
| 9/1/2015 | RSK | 31 | Review mark-up of Canadian allocation decision court order. | 0.4 |
| 9/1/2015 | MWU | 31 | Review revised draft court order for Canadian allocation decision, and analyze outstanding issues, and arrange for call with U.S. interests. | 1.2 |
| 9/1/2015 | MWU | 29 | Review statement of issues and mediation process drafts relating to the appeal of the U.S. allocation decision, including filings by Monitor and CCC. | 0.6 |
| 9/1/2015 | MWU | 29 | Review and analyze Canadian facta served by multiple parties seeking leave to appeal the Canadian allocation decision. | 2.8 |
| 9/2/2015 | SAH | 29 | Review and organize Canadian court filings and related materials for motion for leave to appeal Canadian allocation decision. | 1.9 |
| 9/2/2015 | RSK | 29 | Review email correspondence regarding U.S. allocation appeal call with core parties. | 0.3 |
| 9/2/2015 | RSK | 31 | Review revised Canadian allocation order and discuss same with Cassels team. | 0.3 |
| 9/2/2015 | RSK | 31 | Conference call with Canadian counsel for U.S. debtors and bonds regarding comments on form of Canadian allocation order. | 0.5 |
| 9/2/2015 | RSK | 29 | Review of summary of issues on cross-appeal in U.S. allocation decision appeal. | 0.3 |
| 9/2/2015 | MWU | 31 | Review draft Canadian order for allocation decision to prepare for call with U.S. interests. | 0.3 |

Account is due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP                          Invoice # 1972894
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                        Matter # 46992-00001

| Date | ID | TASK | Narrative | Hours |
|------|-----|------|-----------|-------|
| 9/2/2015 | MWU | 31 | Call with Canadian counsel for NNI and bonds to discuss revised draft Canadian order for allocation decision (0.5), and review further revised draft order received after call (0.1). | 0.6 |
| 9/2/2015 | MWU | 31 | Report to UCC advisors regarding negotiations for Canadian order for allocation decision. | 0.2 |
| 9/2/2015 | MWU | 29 | Review correspondence regarding U.S. allocation decision appeal proceeding mediation. | 0.2 |
| 9/2/2015 | MWU | 29 | Review Canadian court filings and analysis regarding Canadian appeal issues for Canadian allocation decision. | 1.1 |
| 9/2/2015 | RJA | 29 | Participate in conference call with Torys, Bennett Jones and Cassels teams regarding comments on proposed draft Canadian allocation order. | 0.5 |
| 9/2/2015 | RJA | 31 | Review revised draft of proposed draft Canadian allocation decision order. | 0.1 |
| 9/2/2015 | RJA | 31 | Email correspondence with Akin Gump team regarding draft of proposed Canadian allocation order. | 0.2 |
| 9/2/2015 | RJA | 29 | Continue analysis of Canadian leave and appeal issues for briefing regarding Canadian allocation decision. | 1.9 |
| 9/2/2015 | RJA | 29 | Telephone call with Akin Gump regarding U.S. appellate mediation. | 0.2 |
| 9/3/2015 | GBS | 29 | Analyze Canadian allocation decision reply issues and leave application. | 1.2 |
| 9/3/2015 | RSK | 29 | Review email correspondence from Canadian counsel for U.S. debtors and bonds regarding negotiations relating to Canadian allocation order. | 0.2 |
| 9/3/2015 | RSK | 29 | Review email correspondence regarding U.S. appeal timelines and mediation protocol. | 0.4 |
| 9/3/2015 | RSK | 7 | Participate in Committee call. | 0.5 |
| 9/3/2015 | RSK | 29 | Participate in U.S. appeal coordination call with core parties. | 0.5 |
| 9/3/2015 | MWU | 7 | Attend on UCC call. | 0.5 |
| 9/3/2015 | MWU | 29 | Attend on conference call regarding mediation relating to appeals of U.S. allocation decision. | 0.5 |

Account 69921942 when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.

Invoice # 1972894

Matter # 46992-00001

| Date | ID | TASK | Narrative | Hours |
|---|---|---|---|---|
| 9/3/2015 | MWU | 31 | Email correspondence with Canadian counsel for U.S. debtors and bonds regarding Canadian court order for allocation decision. | 0.2 |
| 9/3/2015 | MWU | 29 | Review draft mediation protocol regarding mediation of allocation decision appeal. | 0.4 |
| 9/3/2015 | MWU | 29 | Analysis and review of issues and submissions regarding appeal of Canadian allocation decision, and review Canadian court allocation decision. | 1.7 |
| 9/3/2015 | RJA | 31 | Email correspondence with Torys and Bennett Jones regarding draft proposed Canadian allocation order. | 0.1 |
| 9/3/2015 | RJA | 7 | Participate in weekly UCC call. | 0.5 |
| 9/3/2015 | RJA | 29 | Participate in all-hands call regarding U.S. mediation on appellate issues for allocation appeal. | 0.5 |
| 9/3/2015 | RJA | 29 | Review proposed draft allocation decision mediation protocol document and comments from parties. | 0.6 |
| 9/3/2015 | RJA | 29 | Continue analysis of issues for appeal of Canadian allocation decision. | 1.9 |
| 9/3/2015 | JDI | 31 | Review revised draft court order regarding Canadian allocation decision. | 0.1 |
| 9/4/2015 | RSK | 31 | Exchange email correspondence with Cassels team and Akin Gump regarding draft Canadian allocation order. | 0.3 |
| 9/4/2015 | RSK | 29 | Review of email correspondence regarding U.S. appeal mediation protocol and conditions. | 0.5 |
| 9/4/2015 | RSK | 29 | Review of email correspondence regarding negotiations relating to Canadian allocation order. | 0.3 |
| 9/4/2015 | MWU | 31 | Email correspondence to and from Akin Gump, and Canadian counsel for U.S. debtors and bonds in connection with Canadian order for Canadian allocation decision. | 0.3 |
| 9/4/2015 | MWU | 29 | Review and analysis regarding Canadian motion for leave to appeal Canadian allocation decision, and consider arguments for appeal. | 2.2 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.

Invoice # 1972894

Matter # 46992-00001

| Date | ID | TASK | Narrative | Hours |
|------|----|----|-----------|-------|
| 9/4/2015 | MWU | 12 | Review Canadian legal briefs filed in Canadian proceeding, regarding UKPC motion for leave to appeal Canadian claims decision, and review related Canadian decision. | 1.6 |
| 9/4/2015 | RJA | 31 | Email correspondence with Akin Gump and Cassels teams regarding draft Canadian allocation decision order. | 0.2 |
| 9/4/2015 | RJA | 29 | Continue analysis of issues regarding leave to appeal Canadian allocation decision. | 2.3 |
| 9/8/2015 | RSK | 29 | Review of email correspondence regarding U.S. appeal conditions for mediation and appeal schedule. | 0.3 |
| 9/8/2015 | MWU | 31 | Review Canadian allocation decision and proposed revised Ontario court order for same. | 0.7 |
| 9/8/2015 | MWU | 3 | Prepare August 2015 account. | 2.6 |
| 9/8/2015 | RJA | 29 | Continue analysis of issues for appeal of Canadian allocation decision. | 2.1 |
| 9/9/2015 | RSK | 29 | Review of Canadian leave to appeal court filings and consider reply issues. | 1.4 |
| 9/9/2015 | RSK | 29 | Review of email correspondence from core parties regarding U.S. appeal schedule. | 0.3 |
| 9/9/2015 | RSK | 29 | Exchange email correspondence with Canadian counsel for U.S. debtors regarding form of draft allocation order with additional revisions from the U.S. debtors. | 0.5 |
| 9/9/2015 | MWU | 31 | Email correspondence with multiple parties in Canada, and Akin Gump regarding status of negotiations or Canadian order for allocation decision. | 0.3 |
| 9/9/2015 | MWU | 29 | Call with Canadian counsel to bondholders, and email to Cassels team regarding Canadian procedural issues relating to allocation appeal litigation. | 0.7 |
| 9/9/2015 | MWU | 29 | Analysis and review for next step of Canadian allocation decision appeal litigation. | 1.8 |
| 9/9/2015 | RJA | 31 | Email correspondence regarding draft Canadian allocation order. | 0.1 |
| 9/9/2015 | RJA | 29 | Continue analysis of issues for appeal of Canadian allocation decision. | 2.7 |

CASSELS BROCK & BLACKWELL LLP                         Invoice # 1972894
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                       Matter # 46992-00001

| Date | ID | TASK | Narrative | Hours |
|------|----|------|-----------|-------|
| 9/9/2015 | RJA | 29 | Review email correspondence among core parties regarding allocation mediation briefing. | 0.1 |
| 9/9/2015 | JDI | 29 | Review of email correspondence regarding draft Canadian allocation order. | 0.1 |
| 9/10/2015 | RSK | 29 | Review of email correspondence regarding U.S. allocation decision appeal schedule. | 0.2 |
| 9/10/2015 | RSK | 29 | Review of mark-up of Canadian allocation order and related email correspondence. | 0.7 |
| 9/10/2015 | RSK | 7 | Participated in Committee call. | 0.9 |
| 9/10/2015 | MWU | 7 | Attend on UCC call. | 0.9 |
| 9/10/2015 | MWU | 29 | Attend on call with counsel for core parties regarding mediation for allocation decision. | 0.3 |
| 9/10/2015 | MWU | 31 | Review revised draft order for Canadian allocation decision, and related correspondence among counsel for core parties. | 0.3 |
| 9/10/2015 | MWU | 29 | Review correspondence regarding mediation for U.S. allocation decision from various core parties. | 0.3 |
| 9/10/2015 | MWU | 29 | Prepare arguments for allocation decision Canadian appeal litigation. | 2.2 |
| 9/10/2015 | RJA | 7 | Participate in UCC call. | 0.9 |
| 9/10/2015 | RJA | 29 | Participate on call with core parties regarding U.S. mediation briefing. | 0.3 |
| 9/10/2015 | RJA | 29 | Continue detailed analysis of issues for appeal of Canadian allocation decision. | 2.2 |
| 9/11/2015 | SAH | 29 | Organize Canadian court filings for motion for leave to appeal allocation decision. | 2.1 |
| 9/11/2015 | RSK | 29 | Review of updates from Akin Gump regarding U.S. appeal timeline and mediation. | 0.3 |
| 9/11/2015 | MWU | 3 | Continue preparation of August 2015 fee account. | 0.8 |
| 9/11/2015 | MWU | 29 | Review multiple factums for analysis regarding allocation decision litigation. | 1.4 |
| 9/11/2015 | MWU | 29 | Review email correspondence regarding appeal litigation of allocation decision, including proposed timing for mediation. | 0.3 |
| 9/11/2015 | RJA | 29 | Continue analysis of issues for leave and appeal of Canadian allocation decision. | 1.9 |
| 9/14/2015 | MWU | 29 | Preparation and analysis for Canadian allocation decision appeal litigation. | 1.7 |

Account is due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.

Invoice # 1972894

Matter # 46992-00001

| Date | ID | TASK | Narrative | Hours |
|------|-----|------|-----------|-------|
| 9/14/2015 | RJA | 29 | Analysis of issues regarding appeal of Canadian allocation decision. | 1.8 |
| 9/15/2015 | SAH | 31 | Conducting Canadian legal research regarding reply court filing for motion for leave to appeal Canadian allocation decision. | 3.3 |
| 9/15/2015 | RSK | 29 | Review leave to appeal applications and analyze positions of moving parties. | 1.7 |
| 9/15/2015 | MWU | 29 | Review and analysis for Canadian allocation decision appeal litigation and submissions for appeal. | 1.8 |
| 9/15/2015 | MWU | 31 | Review Canadian case law regarding allocation decision appeal motion record. | 0.9 |
| 9/15/2015 | RJA | 29 | Continue analysis of issues for appeal of Canadian allocation decision. | 1.2 |
| 9/16/2015 | RSK | 31 | Review email correspondence from core parties regarding comments on draft Canadian allocation order. | 0.2 |
| 9/16/2015 | RSK | 12 | Review summary of U.S. order denying EMEA debtors' motion to enforce automatic stay. | 0.2 |
| 9/16/2015 | MWU | 31 | Email correspondence with Akin Gump regarding Canadian allocation decision order. | 0.1 |
| 9/16/2015 | MWU | 31 | Review and analysis for Canadian allocation decision appeal litigation and submissions for appeal. | 1.6 |
| 9/16/2015 | MWU | 29 | Review sale and inter-company documents in connection with preparation of UCC Canadian allocation litigation. | 1.8 |
| 9/16/2015 | RJA | 31 | Review email correspondence from UKPC counsel regarding comments on draft Canadian allocation judgment. | 0.1 |
| 9/16/2015 | RJA | 31 | Email correspondence with Akin Gump regarding status of draft Canadian allocation decision judgment. | 0.1 |
| 9/16/2015 | RJA | 29 | Research on key issues for Canadian allocation decision appeal. | 2.9 |
| 9/17/2015 | SAH | 31 | Conducting legal research regarding Canadian procedure on appeal and reply materials. | 2.6 |
| 9/17/2015 | RSK | 29 | Exchange email correspondence with Canadian counsel for U.S. debtors regarding issue of leave to appeal reply pleading. | 0.4 |

Account is due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.

Invoice # 1972894

Matter # 46992-00001

| Date | ID | TASK | Narrative | Hours |
|------|-----|------|-----------|-------|
| 9/17/2015 | RSK | 7 | Participate in Committee call. | 0.7 |
| 9/17/2015 | MWU | 7 | Attend on Committee call. | 0.7 |
| 9/17/2015 | MWU | 31 | Email correspondence with counsel for NNI in connection with Canadian appeal litigation. | 0.2 |
| 9/17/2015 | MWU | 31 | Email correspondence with Cassels team regarding Canadian allocation decision appeal litigation, and further review of procedural letter from Ontario Court of Appeal. | 0.4 |
| 9/17/2015 | MWU | 29 | Preparation and analysis of arguments for Canadian allocation decision appeal litigation. | 2.1 |
| 9/17/2015 | RJA | 29 | Email correspondence with Cassels team regarding reply in response to leave to appeal responses regarding Canadian allocation decision. | 0.5 |
| 9/17/2015 | RJA | 29 | Email correspondence with Canadian counsel for U.S. debtors regarding reply pleading to leave to appeal responses. | 0.3 |
| 9/17/2015 | RJA | 7 | Participate in Committee call. | 0.7 |
| 9/17/2015 | RJA | 29 | Research and analysis of issues for appeal of Canadian allocation decision. | 1.9 |
| 9/18/2015 | GBS | 29 | Analyze reply issues for Canadian allocation appeal motion. | 0.5 |
| 9/18/2015 | GBS | 29 | Attend call with Canadian counsel for U.S. debtors and bonds regarding reply issues. | 0.4 |
| 9/18/2015 | RSK | 29 | Review of draft UCC outline of appellate brief. | 0.6 |
| 9/18/2015 | RSK | 29 | Conference call with Canadian counsel for U.S. debtors and bonds regarding leave to appeal pleadings. | 0.4 |
| 9/18/2015 | RSK | 29 | Email correspondence with Cassels team regarding Canadian leave motion, and reply to responses. | 0.4 |
| 9/18/2015 | MWU | 31 | Conference call with Canadian counsel for NNI and Cassels teams to discuss Canadian appeal litigation and procedural issues. | 0.5 |
| 9/18/2015 | MWU | 29 | Email correspondence with Canadian counsel for appellants in Canadian allocation decision appeal litigation. | 0.2 |
| 9/18/2015 | MWU | 29 | Preparation and analysis of arguments for Canadian allocation decision appeal litigation. | 2.3 |
| 9/18/2015 | MWU | 3 | Prepare August 2015 fee account. | 0.7 |

Account is due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP                                  Invoice # 1972894
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                              Matter # 46992-00001

| Date | ID | TASK | Narrative | Hours |
|------|-----|------|-----------|-------|
| 9/18/2015 | RJA | 12 | Call with UCC advisor regarding post filing claims settlements by NNL and NNI. | 0.5 |
| 9/18/2015 | RJA | 29 | Conference call with Canadian counsel for U.S. debtors and bonds regarding leave to appeal response to reply briefs. | 0.4 |
| 9/18/2015 | JDI | 29 | Participate in telephone discussion with Canadian counsel for U.S. debtors and Cassels teams regarding reply facta for allocation leave to appeal motion. | 0.4 |
| 9/19/2015 | RJA | 29 | Review UKPC, Joint Administrator's and Appellant's counter designation of record on appeal of U.S. allocation decision. | 0.8 |
| 9/20/2015 | MWU | 29 | Review EMEA debtors' court filing. | 0.2 |
| 9/20/2015 | MWU | 29 | Review court filings by multiple parties regarding appeal of U.S. allocation decision including UKPC and EMEA debtors. | 0.8 |
| 9/20/2015 | RJA | 29 | Review Joint Administrator's response and objection to NNI motion regarding sharing of third party discovery costs. | 0.4 |
| 9/20/2015 | RJA | 29 | Analysis of issues for leave to appeal reply regarding Canadian allocation decision. | 0.6 |
| 9/21/2015 | GBS | 29 | Review Canadian leave factums for allocation decision in preparation for service of responding factum. | 2.2 |
| 9/21/2015 | GBS | 29 | Review of main and supplementary responding facta for Canadian allocation decision appeal litigation. | 2.8 |
| 9/21/2015 | SAH | 29 | Review responding materials for motion for leave to appeal Canadian allocation decision. | 1.7 |
| 9/21/2015 | SAH | 29 | Prepare summary of responding legal briefs for motion for leave to appeal Canadian allocation decision. | 3.9 |
| 9/21/2015 | CHS | 29 | Review respondents' leave to appeal facta for Canadian allocation decision. | 1.2 |
| 9/21/2015 | RSK | 29 | Review of supplementary factum and motion record of Monitor and Canadian debtors on Canadian allocation decision leave motion. | 2.4 |
| 9/21/2015 | RSK | 12 | Review of core party email correspondence regarding summary judgment motion on SNMP claims against Canadian debtors. | 0.5 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.

Invoice # 1972894

Matter # 46992-00001

| Date | ID | TASK | Narrative | Hours |
|------|-----|------|-----------|-------|
| 9/21/2015 | MWU | 12 | Email and letter correspondence from Monitor's Canadian counsel regarding SNMP claims litigation Canadian court scheduling conference, and related correspondence to and from UCC advisors and review of Monitor's proposals. | 0.4 |
| 9/21/2015 | MWU | 29 | Review responding factum from respondents to Canadian allocation decision appeal litigation, and supplemental factum from Monitor, and email correspondence with UCC advisors regarding same. | 2.4 |
| 9/21/2015 | RJA | 29 | Review and analysis of main and supplemental factums regarding response to leave to appeal application regarding Canadian allocation decision. | 2.8 |
| 9/21/2015 | RJA | 29 | Email correspondence with Akin Gump and Cassels teams regarding main and supplemental factums regarding response to leave to appeal application regarding Canadian allocation decision. | 0.4 |
| 9/21/2015 | JDI | 29 | Review responding factum for motion for leave to appeal Canadian allocation decision. | 0.8 |
| 9/22/2015 | GBS | 31 | Review responding facta in anticipation of conference calls. | 0.8 |
| 9/22/2015 | GBS | 31 | Participation in call regarding allocation litigation. | 0.3 |
| 9/22/2015 | GBS | 31 | Attend conference call with counsel for appellants regarding court filings for Canadian allocation litigation. | 0.5 |
| 9/22/2015 | SAH | 29 | Prepare summary of Canadian appeal legal briefs. | 4.2 |
| 9/22/2015 | SAH | 29 | Conference call with moving parties to discuss reply for motion for leave to appeal the allocation trial decision. | 0.3 |
| 9/22/2015 | SAH | 31 | Canadian legal research in support of motion for leave to appeal allocation trial decision. | 2.1 |
| 9/22/2015 | CHS | 29 | Attend teleconference with Canadian counsel regarding Canadian appeal of allocation decision. | 0.3 |
| 9/22/2015 | CHS | 29 | Review and revise summary regarding Canadian allocation trial leave to appeal legal briefs. | 0.9 |

Account is due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP

Invoice # 1972894

The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.

Matter # 46992-00001

| Date | ID | TASK | Narrative | Hours |
|------|-----|------|-----------|-------|
| 9/22/2015 | RSK | 31 | Review motion record of the Monitor and Canadian debtors for CCAA stay extension and other relief. | 1.1 |
| 9/22/2015 | RSK | 29 | Confer with Cassels lawyers regarding Canadian allocation decision appeal litigation. | 0.2 |
| 9/22/2015 | RSK | 12 | Review summary of Canadian court scheduling conference and endorsement regarding SNMP claims litigation. | 0.4 |
| 9/22/2015 | RSK | 29 | Conference call with Canadian counsel for U.S. debtors regarding Canadian allocation decision appeal litigation (0.3), and follow-up call with counsel for other appellants (0.5). | 0.8 |
| 9/22/2015 | RSK | 29 | Review responding legal briefs for Canadian allocation decision leave motion and summary of positions. | 1.9 |
| 9/22/2015 | MWU | 8 | Attend to Canadian court scheduling conference for SNMP Canadian estate claims litigation. | 1.8 |
| 9/22/2015 | MWU | 29 | Call with Canadian counsel for U.S. debtors and bonds regarding Canadian allocation decision appeal litigation. | 0.3 |
| 9/22/2015 | MWU | 29 | Call with Canadian counsel for appellant group regarding Canadian allocation decision appeal litigation. | 0.4 |
| 9/22/2015 | MWU | 29 | Review responding facta filed by respondents in Canadian allocation decision appeal litigation, and analyze issues regarding reply factum for UCC. | 1.3 |
| 9/22/2015 | RJA | 31 | Review of Monitor's Canadian motion record and supporting report. | 0.9 |
| 9/22/2015 | RJA | 29 | Conference call with Torys, Bennett Jones and Cassels teams regarding reply to responding briefs for Canadian leave to appeal litigation. | 0.3 |
| 9/22/2015 | RJA | 29 | Call with Canadian counsel for appellants regarding reply to responding brief relating to leave to appeal motion regarding Canadian allocation decision. | 0.4 |
| 9/22/2015 | RJA | 29 | Email report to Akin Gump team regarding Canadian allocation decision appeal litigation. | 0.4 |
| 9/22/2015 | RJA | 29 | Analysis of Canadian leave to appeal issues regarding Canadian allocation decision. | 1.1 |

Account is due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP                          Invoice # 1972894
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                          Matter # 46992-00001

| Date | ID | TASK | Narrative | Hours |
|------|----|----|----|----|
| 9/22/2015 | JDI | 31 | Review of Canadian case law referenced in responding factum for motion for leave to appeal Canadian allocation decision. | 1.2 |
| 9/22/2015 | JDI | 29 | Participate in call with Canadian counsel for bonds and U.S. debtors regarding allocation litigation. | 0.3 |
| 9/22/2015 | JDI | 29 | Participate in call with moving parties regarding reply factum for Canadian leave to appeal of allocation decision. | 0.4 |
| 9/23/2015 | SAH | 31 | Canadian legal research for motion for leave to appeal Canadian allocation decision. | 4.8 |
| 9/23/2015 | SAH | 29 | Prepare memo in support of reply for motion for leave to appeal Canadian allocation decision. | 2.3 |
| 9/23/2015 | CHS | 31 | Review documents and cases, and report to Cassels lawyers regarding analysis conducted for Canadian allocation decision leave to appeal court filings. | 0.3 |
| 9/23/2015 | RSK | 31 | Review of Monitor's report to Canadian court and email correspondence regarding Canadian estate claims base. | 0.7 |
| 9/23/2015 | RSK | 29 | Exchange email correspondence with Cassels team and Canadian counsel for U.S. debtors regarding allocation litigation. | 0.4 |
| 9/23/2015 | RSK | 29 | Preparing reply arguments for allocation litigation. | 2.8 |
| 9/23/2015 | MWU | 31 | Email correspondence with UCC advisors regarding Canadian motion record and Monitor's report including Canadian claims issues. | 0.3 |
| 9/23/2015 | MWU | 31 | Review Canadian motion record for CCAA stay extension and additional relief. | 0.7 |
| 9/23/2015 | RJA | 31 | Review and analysis of Monitor motion record and 121st report regarding Canadian CCAA stay extension motion. | 1.6 |
| 9/23/2015 | RJA | 31 | Email correspondence with Akin Gump and Cassels teams regarding Canadian motion record and Monitor's report. | 0.5 |
| 9/23/2015 | JDI | 29 | Review of Canadian responding factum for reply regarding Canadian allocation decision motion for leave to appeal. | 0.4 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP                    Invoice # 1972894
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                  Matter # 46992-00001

| Date | ID | TASK | Narrative | Hours |
|------|-----|------|-----------|-------|
| 9/23/2015 | JDI | 29 | Confer with Cassels team regarding issues for reply regarding Canadian allocation decision motion for leave to appeal. | 0.2 |
| 9/23/2015 | JDI | 29 | Analysis of issues for reply regarding Canadian allocation decision motion for leave to appeal. | 0.7 |
| 9/24/2015 | GBS | 7 | Prepare for UCC call to present Canadian litigation status update. | 0.3 |
| 9/24/2015 | GBS | 7 | Attend UCC call. | 0.7 |
| 9/24/2015 | GBS | 29 | Continue analysis of leave to appeal Canadian allocation decision issues. | 1.4 |
| 9/24/2015 | SAH | 29 | Review of trial transcripts and trial briefs in preparation for reply to motion for leave to appeal Canadian allocation decision. | 4.6 |
| 9/24/2015 | CHS | 29 | Review allocation trial transcripts for preparation of materials for Canadian allocation decision leave to appeal motion and draft summary of findings. | 1.9 |
| 9/24/2015 | RSK | 12 | Review email correspondence regarding claims in Canadian estate. | 0.3 |
| 9/24/2015 | RSK | 29 | Review responding facta in Canadian appeal litigation and analyze issues for reply by appellants. | 2.2 |
| 9/24/2015 | RSK | 7 | Participated in Committee call. | 0.7 |
| 9/24/2015 | RSK | 29 | Telephone attendance and exchange email correspondence with Canadian counsel for U.S. debtors regarding reply argument for Canadian allocation litigation. | 0.8 |
| 9/24/2015 | RSK | 29 | Prepare summary of responding pleadings in Canadian leave to appeal motion. | 0.5 |
| 9/24/2015 | MWU | 7 | Attend on UCC call. | 0.7 |
| 9/24/2015 | MWU | 31 | Review and analyze Canadian motion record and related Monitor's report for CCAA stay extension and ancillary relief. | 1.4 |
| 9/24/2015 | MWU | 29 | Meet with Cassels team regarding allocation decision Canadian litigation and discuss reply for leave to appeal motion (0.5), and review inter-co agreements and court orders regarding same (1.7). | 2.2 |
| 9/24/2015 | MWU | 31 | Correspondence with Canadian counsel for core parties regarding Canadian allocation decision order. | 0.2 |

Account is due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.

Invoice # 1972894

Matter # 46992-00001

| Date | ID | TASK | Narrative | Hours |
|------|----|------|-----------|-------|
| 9/24/2015 | MWU | 12 | Email correspondence to and from UCC advisors regarding Canadian estate claims information and Monitor's report disclosure, and review particulars of Canadian pension claim amounts. | 0.5 |
| 9/24/2015 | RJA | 29 | Detailed analysis of issue on Canadian leave to appeal reply brief regarding Canadian allocation decision. | 2.7 |
| 9/24/2015 | RJA | 29 | Meeting with Cassels team regarding strategy for leave to appeal reply brief regarding Canadian allocation decision. | 0.5 |
| 9/24/2015 | RJA | 7 | Participate in weekly Committee call. | 0.7 |
| 9/24/2015 | RJA | 31 | Continue analysis of Monitor motion record and report regarding Canadian stay extension motion. | 0.9 |
| 9/24/2015 | JDI | 29 | Discussion with Cassels lawyers regarding reply to Canadian allocation decision motion for leave to appeal. | 0.3 |
| 9/24/2015 | JDI | 29 | Call with U.S. debtors' Canadian counsel regarding reply to Canadian allocation decision motion for leave to appeal. | 0.4 |
| 9/25/2015 | GBS | 29 | Continue analysis of issues in reply to Canadian allocation decision and leave application. | 0.8 |
| 9/25/2015 | SAH | 29 | Review trial transcripts and trial briefs in preparation for reply for motion for leave to appeal Canadian allocation decision. | 4.9 |
| 9/25/2015 | RSK | 29 | Review of allocation trial transcripts and briefs in connection with preparation of reply arguments for Canadian appeal litigation. | 3.8 |
| 9/25/2015 | MWU | 12 | Confer with Cassels lawyers and emails correspondence with Canadian counsel for U.S. debtors regarding Canadian estate pension claims. | 0.2 |
| 9/25/2015 | MWU | 12 | Review Monitor's report and prior reports for analysis of claims amounts including pension claims. | 1.2 |
| 9/25/2015 | MWU | 29 | Review and analysis of Canadian legal briefs in connection with reply brief of appellants for leave to appeal motion of Canadian allocation decision. | 1.6 |

Account is due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.

Invoice # 1972894

Matter # 46992-00001

| Date | ID | TASK | Narrative | Hours |
|------|-----|------|-----------|-------|
| 9/25/2015 | RJA | 12 | Email correspondence with U.S. debtors' Canadian counsel regarding Canadian estate claims base. | 0.1 |
| 9/25/2015 | RJA | 12 | Analysis of Monitor's report regarding Canadian estate claims issues. | 1.9 |
| 9/25/2015 | RJA | 29 | Continue consideration and analysis of leave issues for reply brief regarding Canadian allocation decision. | 1.9 |
| 9/25/2015 | JDI | 29 | Review of transcripts regarding allocation decision for preparation of reply factum for allocation decision litigation. | 0.8 |
| 9/25/2015 | JDI | 29 | Consider issues for reply factum regarding leave to appeal of Canadian allocation decision. | 0.4 |
| 9/26/2015 | RJA | 29 | Continue analysis of leave issues for reply brief regarding Canadian allocation decision. | 1.2 |
| 9/27/2015 | MWU | 29 | Review appeal material filed for U.S. allocation mediation by counsel for Monitor and Canadian debtors. | 1.3 |
| 9/27/2015 | MWU | 12 | Email correspondence with UCC advisors regarding Canadian estate claims issues. | 0.2 |
| 9/27/2015 | RJA | 29 | Email correspondence with Akin Gump regarding allocation distribution issues. | 0.1 |
| 9/27/2015 | RJA | 29 | Analysis of issues for leave to appeal reply for Canadian allocation decision litigation. | 1.4 |
| 9/28/2015 | GBS | 29 | Review draft Canadian allocation trial leave to appeal reply factum. | 0.4 |
| 9/28/2015 | GBS | 29 | Revise draft Canadian allocation decision leave to appeal reply factum. | 0.8 |
| 9/28/2015 | SAH | 29 | Review of Canadian allocation trial transcript and trial briefs. | 4.3 |
| 9/28/2015 | SAH | 29 | Review draft Canadian reply factum on behalf of the moving parties for motion for leave to appeal Canadian allocation trial decision. | 0.6 |
| 9/28/2015 | SAH | 29 | Correspondence with U.S. debtors' counsel regarding Canadian court filings. | 0.2 |
| 9/28/2015 | CHS | 31 | Assist with preparation of Canadian court filings for Canadian motion for leave to appeal of allocation decision. | 0.3 |
| 9/28/2015 | RSK | 29 | Review draft reply factum from Canadian counsel for U.S. debtors and discussed same with Cassels team. | 0.8 |

Account is due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP                              Invoice # 1972894
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                           Matter # 46992-00001

| Date | ID | TASK | Narrative | Hours |
|------|----|----|-----------|-------|
| 9/28/2015 | RSK | 29 | Draft arguments for reply factum for Canadian appeal litigation and discuss same with Cassels team and Akin Gump. | 4.6 |
| 9/28/2015 | RSK | 12 | Review email correspondence from Akin Gump and BRG regarding Canadian pension claims. | 0.4 |
| 9/28/2015 | RSK | 29 | Exchange email correspondence with Canadian counsel for U.S. debtors regarding status of draft reply factum for Canadian appeal litigation. | 0.3 |
| 9/28/2015 | MWU | 29 | Emails and calls with Cassels team regarding allocation litigation arguments and strategy. | 0.5 |
| 9/28/2015 | MWU | 12 | Email correspondence to and from UCC advisors regarding Canadian claims issues. | 0.3 |
| 9/28/2015 | MWU | 29 | Review draft reply legal brief for leave to appeal motion of Canadian allocation decision. | 0.4 |
| 9/28/2015 | JDI | 29 | Confer with Cassels lawyers regarding reply factum for Canadian motion for leave to appeal Canadian allocation decision. | 0.7 |
| 9/28/2015 | JDI | 29 | Review of Canadian case law for reply legal brief for Canadian allocation decision appeal. | 0.6 |
| 9/28/2015 | JDI | 29 | Review of draft reply Canadian factum of U.S. debtors for leave to appeal allocation decision. | 0.4 |
| 9/29/2015 | GBS | 29 | Attend meetings with Cassels team regarding reply factum for Canadian appeal litigation. | 0.5 |
| 9/29/2015 | GBS | 29 | Confer with Cassels lawyers regarding leave to appeal reply factum for Canadian appeal litigation. | 0.5 |
| 9/29/2015 | GBS | 29 | Review and revise draft reply leave to appeal Canadian allocation decision factum. | 0.8 |
| 9/29/2015 | SAH | 29 | Meetings with Cassels Brock team to discuss reply factum for motion for leave to appeal Canadian allocation decision. | 0.8 |
| 9/29/2015 | SAH | 29 | Review expert reports from allocation trial to prepare for Canadian appeal litigation. | 3.9 |
| 9/29/2015 | SAH | 29 | Review and revise reply factum for Canadian motion for leave to appeal Canadian allocation decision. | 1.2 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP                     Invoice # 1972894
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                          Matter # 46992-00001

| Date | ID | TASK | Narrative | Hours |
|------|------|------|-----------|-------|
| 9/29/2015 | CHS | 29 | Assist S. Holland with assembly of materials for motion for Canadian leave to appeal of allocation decision. | 0.2 |
| 9/29/2015 | RSK | 29 | Conference call with Canadian counsel for U.S. debtors regarding reply issues and circulated mark-up of draft reply. | 0.9 |
| 9/29/2015 | RSK | 29 | Exchange email correspondence with Akin Gump regarding due diligence on Nortel sale transactions. | 0.4 |
| 9/29/2015 | RSK | 29 | Review of expert reports to prepare legal brief for Canadian allocation litigation. | 2.1 |
| 9/29/2015 | RSK | 29 | Prepare revised draft reply factum for allocation litigation and confer with Cassels team. | 2.8 |
| 9/29/2015 | MWU | 29 | Review draft reply factum for Canadian appeal litigation for Canadian allocation decision and multiple conference with Cassels team and review revised drafts and provide comments. | 2.3 |
| 9/29/2015 | RJA | 29 | Email correspondence with Cassels team regarding reply factum regarding leave to appeal Canadian allocation decision. | 0.5 |
| 9/29/2015 | RJA | 29 | Review and prepare comments on draft UCC reply factum regarding leave to appeal Canadian allocation decision. | 1.3 |
| 9/29/2015 | JDI | 29 | Review draft reply factum for Canadian allocation litigation. | 0.4 |
| 9/29/2015 | JDI | 29 | Confer with Cassels lawyers regarding reply factum related to Canadian leave to appeal motion of allocation decision. | 0.5 |
| 9/29/2015 | JDI | 29 | Conference with Cassels lawyers regarding reply issues related to leave to appeal of Canadian allocation decision. | 0.6 |
| 9/29/2015 | JDI | 29 | Revise draft reply factum for leave to appeal Canadian allocation decision. | 1.5 |
| 9/29/2015 | JDI | 29 | Prepare revisions to draft reply factum for leave to appeal Canadian allocation decision. | 0.7 |
| 9/29/2015 | JDI | 29 | Multiple email correspondence regarding Canadian allocation litigation and legal briefs. | 0.4 |
| 9/30/2015 | GBS | 29 | Prepare draft UCC reply factum to Canadian allocation decision leave to appeal motion. | 1.4 |

Account is due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP                    Invoice # 1972894
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                             Matter # 46992-00001

| Date | ID | TASK | Narrative | Hours |
|------|-----|------|-----------|-------|
| 9/30/2015 | GBS | 29 | Email correspondence with Cassels team regarding reply factum to leave to appeal Canadian allocation decision. | 0.5 |
| 9/30/2015 | GBS | 29 | Review and consider revised reply factum regarding Canadian allocation litigation. | 2.8 |
| 9/30/2015 | GBS | 29 | Multiple calls and email correspondence regarding reply factum for Canadian leave to appeal litigation. | 2.1 |
| 9/30/2015 | GBS | 29 | Revise draft reply factum to Canadian leave to appeal litigation. | 1.1 |
| 9/30/2015 | GBS | 31 | Confer with Cassels team regarding court filings for Canadian leave to appeal allocation decision. | 0.4 |
| 9/30/2015 | SAH | 29 | Prepare supplemental reply factum for the UCC. | 3.1 |
| 9/30/2015 | SAH | 29 | Review of expert report from allocation trial. | 2.1 |
| 9/30/2015 | SAH | 29 | Assisting with preparing supplemental reply factum for motion for leave to appeal Canadian allocation decision. | 4.1 |
| 9/30/2015 | SAH | 29 | Confer with Cassels team regarding Canadian appeal litigation. | 0.3 |
| 9/30/2015 | RSK | 29 | Review revised reply factum and discuss same with Cassels team and Akin Gump. | 1.8 |
| 9/30/2015 | RSK | 31 | Review email correspondence and draft order from counsel for Monitor regarding CCAA stay extension motion. | 0.2 |
| 9/30/2015 | RSK | 29 | Review correspondence from counsel for U.S. debtors regarding U.S. appeal briefing issues. | 0.3 |
| 9/30/2015 | RSK | 29 | Conference call with Cassels team regarding reply arguments for Canadian appeal litigation. | 0.6 |
| 9/30/2015 | RSK | 29 | Prepare draft UCC factum for Canadian appeal litigation. | 3.8 |
| 9/30/2015 | RSK | 29 | Review of U.S. mediation correspondence and filings. | 0.6 |
| 9/30/2015 | RSK | 12 | Review of notice of appeal in SNMP litigation by EMEA debtors. | 0.2 |
| 9/30/2015 | MWU | 31 | Preparation for CCAA stay extension motion, and review update correspondence from Monitor's counsel with revised draft order and summary of objection to stay extension. | 0.6 |

Account is due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.

Invoice # 1972894

Matter # 46992-00001

| Date | ID | TASK | Narrative | Hours |
|---|---|---|---|---|
| 9/30/2015 | MWU | 29 | Review draft UCC Canadian legal brief, and provide comments, and review Canadian court allocation decision regarding same. | 1.2 |
| 9/30/2015 | MWU | 29 | Email correspondence with Cassels team to prepare for reply legal briefs. | 0.4 |
| 9/30/2015 | MWU | 29 | Review revised draft "main" reply brief from Canadian counsel for the U.S. debtors, and confer with Cassels and Akin teams regarding same. | 2.2 |
| 9/30/2015 | RJA | 29 | Detailed review and comment on draft reply factum regarding leave to appeal Canadian allocation decision. | 1.9 |
| 9/30/2015 | RJA | 29 | Conference call with Cassels team regarding draft reply factum regarding leave to appeal Canadian allocation decision. | 0.5 |
| 9/30/2015 | RJA | 29 | Calls with Akin Gump regarding draft reply factum regarding leave to appeal Canadian allocation decision. | 0.5 |
| 9/30/2015 | RJA | 29 | Analysis of appeal issues for Canadian allocation decision appeal litigation. | 0.7 |
| 9/30/2015 | JDI | 29 | Review reply factum for Canadian allocation decision appeal litigation and discuss same with Cassels team and Akin Gump. | 1.8 |
| 9/30/2015 | JDI | 29 | Email correspondence with U.S. debtors' Canadian counsel and Cassels team regarding reply factum for Canadian leave to appeal application of Canadian allocation decision. | 0.3 |
| | | | **TOTAL** | **282.7** |

CASSELS BROCK & BLACKWELL LLP                    Invoice # 1972894
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                         Matter # 46992-00001

| Name | Title | Department | Province of Bar Admission/Year | Hours | Rate | Billed Value |
|------|-------|------------|-------------------------------|-------|------|--------------|
| Christopher Selby | Associate | Advocacy | Ontario - 2014 | 5.10 | $390.00 | $1,989.00 |
| Geoffrey B. Shaw | Partner | Advocacy | Ontario - 1986 | 23.20 | $945.00 | $21,924.00 |
| Jane Dietrich | Partner | Financial Restructuring | Ontario - 2004 | 14.40 | $660.00 | $9,504.00 |
| Michael Wunder | Partner | Financial Restructuring | Ontario - 1990 | 68.00 | $810.00 | $55,080.00 |
| Ryan Jacobs | Partner | Financial Restructuring | Ontario - 2011 | 56.70 | $785.00 | $44,509.50 |
| Shayne Kukulowicz | Partner | Financial Restructuring | Ontario - 1990 | 54.70 | $910.00 | $49,777.00 |
| Stefanie Holland | Associate | Advocacy | Ontario - 2010 | 60.60 | $450.00 | $27,270.00 |
| | | | | | | |
| TOTAL | | | | 282.70 | CDN. | $210,053.50 |

**TOTAL PROFESSIONAL FEES**                          $  210,053.50

**Non-Taxable Disbursements**

| | |
|---|---|
| Copies | 616.30 |
| Binding, Tabs, Disks, etc | 75.67 |
| Meals / Beverages | 10.00 |
| Telephone / Long Distance/Conference Calls | 3.26 |
| Agency Fees and Disbursements | 105.00 |

**Total Disbursements and Tax**                            810.23

**Total Fees, Disbursements & Tax**                    $  210,863.73 CDN

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP                          Invoice # 1972894
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                        Matter # 46992-00001

**Time Summary By Task Code:**

| Task Codes | Description | Hours | Fees |
|---|---|---|---|
| 0003 | Cassels Brock Fee Application/Monthly Billing Reports | 4.10 | 3,321.00 |
| 0007 | Creditors Committee Meetings | 9.40 | 7,959.00 |
| 0008 | Court Hearings | 1.80 | 1,458.00 |
| 0012 | General Claims Analysis/Claims Objections | 8.90 | 7,346.50 |
| 0029 | Intercompany Analysis | 220.60 | 163,635.00 |
| 0031 | Canadian Proceedings/Matters | 37.90 | 26,334.00 |
| | | | |
| **TOTAL** | | **282.7** | **$ 210,053.50** |

CASSELS BROCK & BLACKWELL LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.

Invoice # 1972894

Matter # 46992-00001

**Disbursement Details:**

| Date | Narrative | Quantity | Amount |
|------|-----------|---------:|-------:|
| 9/1/2015 | Copies | 4 | 0.40 |
| 9/1/2015 | Copies | 4 | 0.40 |
| 9/1/2015 | Copies | 2 | 0.20 |
| 9/1/2015 | Copies | 2 | 0.20 |
| 9/1/2015 | Copies | 4 | 0.40 |
| 9/1/2015 | Copies | 2 | 0.20 |
| 9/1/2015 | Copies | 5 | 0.50 |
| 9/1/2015 | Copies | 8 | 0.80 |
| 9/1/2015 | Copies | 4 | 0.40 |
| 9/1/2015 | Copies | 5 | 0.50 |
| 9/1/2015 | Copies | 6 | 0.60 |
| 9/1/2015 | Copies | 5 | 0.50 |
| 9/1/2015 | Copies | 5 | 0.50 |
| 9/1/2015 | Copies | 13 | 1.30 |
| 9/1/2015 | Copies | 17 | 1.70 |
| 9/1/2015 | Copies | 8 | 0.80 |
| 9/1/2015 | Copies | 15 | 1.50 |
| 9/1/2015 | Copies | 14 | 1.40 |
| 9/1/2015 | Copies | 15 | 1.50 |
| 9/1/2015 | Copies | 7 | 0.70 |
| 9/1/2015 | Copies | 3 | 0.30 |
| 9/1/2015 | Copies | 3 | 0.30 |
| 9/1/2015 | Copies | 4 | 0.40 |
| 9/1/2015 | Copies | 4 | 0.40 |
| 9/1/2015 | Copies | 5 | 0.50 |
| 9/1/2015 | Copies | 26 | 2.60 |
| 9/1/2015 | Copies | 6 | 0.60 |
| 9/1/2015 | Copies | 6 | 0.60 |
| 9/1/2015 | Copies | 2 | 0.20 |
| 9/1/2015 | Copies | 2 | 0.20 |
| 9/1/2015 | Copies | 5 | 0.50 |
| 9/1/2015 | Copies | 2 | 0.20 |
| 9/1/2015 | Copies | 5 | 0.50 |
| 9/1/2015 | Copies | 2 | 0.20 |
| 9/1/2015 | Copies | 31 | 3.10 |
| 9/1/2015 | Copies | 2 | 0.20 |
| 9/1/2015 | Copies | 116 | 11.60 |
| 9/1/2015 | Copies | 79 | 7.90 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP                    Invoice # 1972894
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                       Matter # 46992-00001

| Date | Narrative | Quantity | Amount |
|------|-----------|---------:|-------:|
| 9/1/2015 | Copies | 16 | 1.60 |
| 9/1/2015 | Copies | 6 | 0.60 |
| 9/1/2015 | Copies | 20 | 2.00 |
| 9/1/2015 | Copies | 2 | 0.20 |
| 9/1/2015 | Copies | 6 | 0.60 |
| 9/1/2015 | Copies | 2 | 0.20 |
| 9/1/2015 | Copies | 2 | 0.20 |
| 9/1/2015 | Copies | 35 | 3.50 |
| 9/1/2015 | Copies | 2 | 0.20 |
| 9/1/2015 | Copies | 14 | 1.40 |
| 9/1/2015 | Copies | 51 | 5.10 |
| 9/1/2015 | Copies | 2 | 0.20 |
| 9/1/2015 | Copies | 5 | 0.50 |
| 9/1/2015 | Copies | 8 | 0.80 |
| 9/1/2015 | Copies | 15 | 1.50 |
| 9/1/2015 | Copies | 4 | 0.40 |
| 9/1/2015 | Copies | 14 | 1.40 |
| 9/1/2015 | Copies | 3 | 0.30 |
| 9/2/2015 | Copies | 3 | 0.30 |
| 9/2/2015 | Copies | 7 | 0.70 |
| 9/2/2015 | Copies | 12 | 1.20 |
| 9/2/2015 | Copies | 2 | 0.20 |
| 9/2/2015 | Copies | 4 | 0.40 |
| 9/2/2015 | Copies | 9 | 0.90 |
| 9/2/2015 | Copies | 11 | 1.10 |
| 9/2/2015 | Copies | 2 | 0.20 |
| 9/2/2015 | Copies | 3 | 0.30 |
| 9/2/2015 | Copies | 3 | 0.30 |
| 9/2/2015 | Copies | 2 | 0.20 |
| 9/2/2015 | Copies | 4 | 0.40 |
| 9/2/2015 | Copies | 4 | 0.40 |
| 9/2/2015 | Copies | 6 | 0.60 |
| 9/3/2015 | Binding, Tabs, Disks, etc | 1 | 42.61 |
| 9/3/2015 | Copies | 2 | 0.20 |
| 9/3/2015 | Copies | 2 | 0.20 |
| 9/3/2015 | Copies | 2 | 0.20 |
| 9/3/2015 | Copies | 2 | 0.20 |
| 9/3/2015 | Copies | 2 | 0.20 |
| 9/3/2015 | Copies | 2 | 0.20 |
| 9/3/2015 | Copies | 2 | 0.20 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.

Invoice # 1972894

Matter # 46992-00001

| Date | Narrative | Quantity | Amount |
|------|-----------|----------|--------|
| 9/3/2015 | Copies | 2 | 0.20 |
| 9/3/2015 | Copies | 2 | 0.20 |
| 9/3/2015 | Copies | 2 | 0.20 |
| 9/3/2015 | Copies | 2 | 0.20 |
| 9/3/2015 | Copies | 2 | 0.20 |
| 9/3/2015 | Copies | 2 | 0.20 |
| 9/3/2015 | Copies | 2 | 0.20 |
| 9/3/2015 | Copies | 2 | 0.20 |
| 9/3/2015 | Copies | 2 | 0.20 |
| 9/3/2015 | Copies | 2 | 0.20 |
| 9/3/2015 | Copies | 2 | 0.20 |
| 9/3/2015 | Copies | 2 | 0.20 |
| 9/3/2015 | Copies | 2 | 0.20 |
| 9/3/2015 | Copies | 2 | 0.20 |
| 9/3/2015 | Copies | 2 | 0.20 |
| 9/3/2015 | Copies | 2 | 0.20 |
| 9/3/2015 | Copies | 2 | 0.20 |
| 9/3/2015 | Copies | 2 | 0.20 |
| 9/3/2015 | Copies | 2 | 0.20 |
| 9/3/2015 | Copies | 2 | 0.20 |
| 9/3/2015 | Copies | 2 | 0.20 |
| 9/3/2015 | Copies | 2 | 0.20 |
| 9/3/2015 | Copies | 2 | 0.20 |
| 9/3/2015 | Copies | 2 | 0.20 |
| 9/3/2015 | Copies | 2 | 0.20 |
| 9/3/2015 | Copies | 2 | 0.20 |
| 9/3/2015 | Copies | 2 | 0.20 |
| 9/3/2015 | Copies | 2 | 0.20 |
| 9/3/2015 | Copies | 2 | 0.20 |
| 9/3/2015 | Copies | 2 | 0.20 |
| 9/3/2015 | Copies | 2 | 0.20 |
| 9/3/2015 | Copies | 2 | 0.20 |
| 9/3/2015 | Copies | 2 | 0.2 |
| 9/3/2015 | Copies | 2 | 0.2 |
| 9/3/2015 | Copies | 2 | 0.2 |
| 9/3/2015 | Copies | 2 | 0.2 |
| 9/3/2015 | Copies | 2 | 0.2 |
| 9/3/2015 | Copies | 2 | 0.2 |
| 9/3/2015 | Copies | 2 | 0.2 |
| 9/3/2015 | Copies | 2 | 0.2 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.

Invoice # 1972894

Matter # 46992-00001

| Date | Narrative | Quantity | Amount |
|------|-----------|----------|--------|
| 9/3/2015 | Copies | 2 | 0.2 |
| 9/3/2015 | Copies | 2 | 0.2 |
| 9/3/2015 | Copies | 2 | 0.2 |
| 9/3/2015 | Copies | 2 | 0.2 |
| 9/3/2015 | Copies | 2 | 0.2 |
| 9/3/2015 | Copies | 2 | 0.2 |
| 9/3/2015 | Copies | 2 | 0.2 |
| 9/3/2015 | Copies | 2 | 0.2 |
| 9/3/2015 | Copies | 2 | 0.2 |
| 9/3/2015 | Copies | 2 | 0.2 |
| 9/3/2015 | Copies | 2 | 0.2 |
| 9/3/2015 | Copies | 2 | 0.2 |
| 9/3/2015 | Copies | 2 | 0.2 |
| 9/3/2015 | Copies | 2 | 0.2 |
| 9/3/2015 | Copies | 2 | 0.2 |
| 9/3/2015 | Copies | 2 | 0.2 |
| 9/3/2015 | Copies | 2 | 0.2 |
| 9/3/2015 | Copies | 2 | 0.2 |
| 9/3/2015 | Copies | 2 | 0.2 |
| 9/3/2015 | Copies | 2 | 0.2 |
| 9/3/2015 | Copies | 2 | 0.2 |
| 9/3/2015 | Copies | 2 | 0.2 |
| 9/3/2015 | Copies | 2 | 0.2 |
| 9/3/2015 | Copies | 2 | 0.2 |
| 9/3/2015 | Copies | 35 | 3.5 |
| 9/3/2015 | Copies | 2 | 0.2 |
| 9/3/2015 | Copies | 456 | 45.6 |
| 9/3/2015 | Copies | 2 | 0.2 |
| 9/3/2015 | Copies | 446 | 44.6 |
| 9/3/2015 | Copies | 2 | 0.2 |
| 9/3/2015 | Copies | 333 | 33.3 |
| 9/3/2015 | Copies | 1140 | 114 |
| 9/3/2015 | Copies | 2 | 0.2 |
| 9/3/2015 | Copies | 273 | 27.3 |
| 9/3/2015 | Copies | 255 | 25.5 |
| 9/3/2015 | Copies | 9 | 0.9 |
| 9/3/2015 | Copies | 8 | 0.8 |
| 9/3/2015 | Copies | 8 | 0.8 |
| 9/3/2015 | Copies | 7 | 0.7 |
| 9/3/2015 | Copies | 1 | 0.1 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP

Invoice # 1972894

The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.

Matter # 46992-00001

| Date | Narrative | Quantity | Amount |
|------|-----------|----------|--------|
| 9/4/2015 | Agency Fees and Disbursements - RELIABLE PROCESS SERVERS INVOICE #69040 08/30/15 | 1 | 105 |
| 9/4/2015 | Copies | 2 | 0.2 |
| 9/9/2015 | Copies | 3 | 0.3 |
| 9/9/2015 | Copies | 10 | 1 |
| 9/10/2015 | Copies | 18 | 1.8 |
| 9/10/2015 | Copies | 6 | 0.6 |
| 9/10/2015 | Copies | 9 | 0.9 |
| 9/10/2015 | Copies | 11 | 1.1 |
| 9/11/2015 | Copies | 3 | 0.3 |
| 9/14/2015 | Copies | 5 | 0.5 |
| 9/17/2015 | Copies | 2 | 0.2 |
| 9/17/2015 | Copies | 2 | 0.2 |
| 9/18/2015 | Telephone - BELL CONFERENCING INC. INVOICE #111467259 | 1 | 0.98 |
| 9/18/2015 | Telephone - BELL CONFERENCING INC. INVOICE #111467259 | 1 | 2.28 |
| 9/18/2015 | Copies | 2 | 0.2 |
| 9/21/2015 | Binding, Tabs, Disks, etc | 1 | 10.61 |
| 9/21/2015 | Copies | 3 | 0.3 |
| 9/21/2015 | Copies | 2 | 0.2 |
| 9/21/2015 | Copies | 13 | 1.3 |
| 9/21/2015 | Copies | 38 | 3.8 |
| 9/21/2015 | Copies | 334 | 33.4 |
| 9/21/2015 | Copies | 2 | 0.2 |
| 9/21/2015 | Copies | 13 | 1.3 |
| 9/21/2015 | Copies | 13 | 1.3 |
| 9/21/2015 | Copies | 2 | 0.2 |
| 9/21/2015 | Copies | 13 | 1.3 |
| 9/21/2015 | Copies | 38 | 3.8 |
| 9/21/2015 | Copies | 51 | 5.1 |
| 9/21/2015 | Copies | 49 | 4.9 |
| 9/21/2015 | Copies | 2 | 0.2 |
| 9/21/2015 | Copies | 4 | 0.4 |
| 9/21/2015 | Copies | 5 | 0.5 |
| 9/21/2015 | Copies | 5 | 0.5 |
| 9/21/2015 | Copies | 2 | 0.2 |
| 9/21/2015 | Copies | 2 | 0.2 |
| 9/21/2015 | Copies | 4 | 0.4 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP         Invoice # 1972894

The Official Committee of Unsecured Creditors

Re: Nortel Networks Inc, et al.        Matter # 46992-00001

| Date | Narrative | Quantity | Amount |
|------|-----------|----------|--------|
| 9/21/2015 | Copies | 8 | 0.8 |
| 9/21/2015 | Copies | 4 | 0.4 |
| 9/21/2015 | Copies | 2 | 0.2 |
| 9/21/2015 | Copies | 2 | 0.2 |
| 9/21/2015 | Copies | 2 | 0.2 |
| 9/21/2015 | Copies | 2 | 0.2 |
| 9/21/2015 | Copies | 38 | 3.8 |
| 9/21/2015 | Binding, Tabs, Disks, etc | 1 | 2.75 |
| 9/21/2015 | Copies | 4 | 0.4 |
| 9/21/2015 | Copies | 13 | 1.3 |
| 9/21/2015 | Meals - Working dinner for S. Holland on September 21, 2015. | 1 | 10 |
| 9/22/2015 | Copies | 27 | 2.7 |
| 9/22/2015 | Copies | 4 | 0.4 |
| 9/22/2015 | Copies | 33 | 3.3 |
| 9/22/2015 | Copies | 3 | 0.3 |
| 9/22/2015 | Copies | 8 | 0.8 |
| 9/22/2015 | Copies | 8 | 0.8 |
| 9/22/2015 | Copies | 4 | 0.4 |
| 9/22/2015 | Copies | 38 | 3.8 |
| 9/22/2015 | Copies | 5 | 0.5 |
| 9/22/2015 | Copies | 8 | 0.8 |
| 9/22/2015 | Copies | 13 | 1.3 |
| 9/22/2015 | Copies | 5 | 0.5 |
| 9/23/2015 | Copies | 73 | 7.3 |
| 9/23/2015 | Copies | 2 | 0.2 |
| 9/23/2015 | Copies | 1 | 0.1 |
| 9/23/2015 | Copies | 2 | 0.2 |
| 9/23/2015 | Copies | 65 | 6.5 |
| 9/23/2015 | Binding, Tabs, Disks, etc | 1 | 4.19 |
| 9/24/2015 | Copies | 1 | 0.1 |
| 9/24/2015 | Copies | 1 | 0.1 |
| 9/24/2015 | Copies | 1 | 0.1 |
| 9/24/2015 | Copies | 1 | 0.1 |
| 9/24/2015 | Copies | 1 | 0.1 |
| 9/24/2015 | Copies | 18 | 1.8 |
| 9/24/2015 | Copies | 5 | 0.5 |
| 9/24/2015 | Copies | 41 | 4.1 |
| 9/24/2015 | Copies | 5 | 0.5 |
| 9/24/2015 | Copies | 2 | 0.2 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.

Invoice # 1972894

Matter # 46992-00001

| Date | Narrative | Quantity | Amount |
|------|-----------|----------|--------|
| 9/24/2015 | Copies | 155 | 15.5 |
| 9/24/2015 | Copies | 250 | 25 |
| 9/24/2015 | Copies | 41 | 4.1 |
| 9/24/2015 | Copies | 5 | 0.5 |
| 9/24/2015 | Copies | 65 | 6.5 |
| 9/24/2015 | Copies | 2 | 0.2 |
| 9/24/2015 | Copies | 3 | 0.3 |
| 9/24/2015 | Copies | 2 | 0.2 |
| 9/24/2015 | Copies | 2 | 0.2 |
| 9/24/2015 | Copies | 2 | 0.2 |
| 9/24/2015 | Copies | 2 | 0.2 |
| 9/24/2015 | Copies | 3 | 0.3 |
| 9/24/2015 | Copies | 5 | 0.5 |
| 9/24/2015 | Copies | 3 | 0.3 |
| 9/24/2015 | Copies | 10 | 1 |
| 9/24/2015 | Copies | 92 | 9.2 |
| 9/24/2015 | Copies | 147 | 14.7 |
| 9/24/2015 | Copies | 3 | 0.3 |
| 9/24/2015 | Copies | 2 | 0.2 |
| 9/24/2015 | Copies | 4 | 0.4 |
| 9/24/2015 | Binding, Tabs, Disks, etc | 1 | 3.36 |
| 9/25/2015 | Copies | 3 | 0.3 |
| 9/28/2015 | Copies | 2 | 0.2 |
| 9/28/2015 | Copies | 4 | 0.4 |
| 9/28/2015 | Copies | 4 | 0.4 |
| 9/28/2015 | Copies | 19 | 1.9 |
| 9/28/2015 | Copies | 5 | 0.5 |
| 9/28/2015 | Copies | 2 | 0.2 |
| 9/28/2015 | Copies | 4 | 0.4 |
| 9/28/2015 | Copies | 7 | 0.7 |
| 9/29/2015 | Copies | 1 | 0.1 |
| 9/29/2015 | Copies | 83 | 8.3 |
| 9/29/2015 | Copies | 138 | 13.8 |
| 9/29/2015 | Copies | 2 | 0.2 |
| 9/29/2015 | Copies | 4 | 0.4 |
| 9/29/2015 | Copies | 6 | 0.6 |
| 9/29/2015 | Copies | 8 | 0.8 |
| 9/29/2015 | Copies | 8 | 0.8 |
| 9/29/2015 | Copies | 6 | 0.6 |
| 9/29/2015 | Copies | 6 | 0.6 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP

Invoice # 1972894

The Official Committee of Unsecured Creditors

Re: Nortel Networks Inc, et al.

Matter # 46992-00001

| Date | Narrative | Quantity | Amount |
|------|-----------|---------:|-------:|
| 9/29/2015 | Copies | 1 | 0.1 |
| 9/29/2015 | Copies | 1 | 0.1 |
| 9/29/2015 | Copies | 6 | 0.6 |
| 9/29/2015 | Copies | 6 | 0.6 |
| 9/29/2015 | Binding, Tabs, Disks, etc | 1 | 12.15 |
| 9/29/2015 | Copies | 6 | 0.6 |
| 9/30/2015 | Copies | 2 | 0.2 |
| 9/30/2015 | Copies | 20 | 2 |
| 9/30/2015 | Copies | 16 | 1.6 |
| 9/30/2015 | Copies | 6 | 0.6 |
| 9/30/2015 | Copies | 2 | 0.2 |
| 9/30/2015 | Copies | 1 | 0.1 |
| 9/30/2015 | Copies | 1 | 0.1 |
| 9/30/2015 | Copies | 2 | 0.2 |
| 9/30/2015 | Copies | 4 | 0.4 |
| 9/30/2015 | Copies | 8 | 0.8 |
| 9/30/2015 | Copies | 5 | 0.5 |
| | **Total** | | **810.23** |