**EXHIBIT C**

**DISBURSEMENT SUMMARY**
**SEPTEMBER 1 TO SEPTEMBER 30, 2015**
**(All Amounts in Canadian Dollars)**

Non-Taxable Disbursements

| | |
|---|---|
| Copies | $ 616.30 |
| Binding, Tabs, Disks, etc | $ 75.67 |
| Meals / Beverages | $ 10.00 |
| Telephone / Long Distance/Conference Calls | $ 3.26 |
| Agency Fees and Disbursements | $ 105.00 |
| **Total Non-Taxable Disbursements** | **$ 810.23 CDN.** |