**EXHIBIT D**

CASSELS BROCK & BLACKWELL LLP                    Invoice # 1972894
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                        Matter # 46992-00001

**Disbursement Details:**

| Date | Narrative | Quantity | Amount |
|------|-----------|---------:|-------:|
| 9/1/2015 | Copies | 4 | 0.40 |
| 9/1/2015 | Copies | 4 | 0.40 |
| 9/1/2015 | Copies | 2 | 0.20 |
| 9/1/2015 | Copies | 2 | 0.20 |
| 9/1/2015 | Copies | 4 | 0.40 |
| 9/1/2015 | Copies | 2 | 0.20 |
| 9/1/2015 | Copies | 5 | 0.50 |
| 9/1/2015 | Copies | 8 | 0.80 |
| 9/1/2015 | Copies | 4 | 0.40 |
| 9/1/2015 | Copies | 5 | 0.50 |
| 9/1/2015 | Copies | 6 | 0.60 |
| 9/1/2015 | Copies | 5 | 0.50 |
| 9/1/2015 | Copies | 5 | 0.50 |
| 9/1/2015 | Copies | 13 | 1.30 |
| 9/1/2015 | Copies | 17 | 1.70 |
| 9/1/2015 | Copies | 8 | 0.80 |
| 9/1/2015 | Copies | 15 | 1.50 |
| 9/1/2015 | Copies | 14 | 1.40 |
| 9/1/2015 | Copies | 15 | 1.50 |
| 9/1/2015 | Copies | 7 | 0.70 |
| 9/1/2015 | Copies | 3 | 0.30 |
| 9/1/2015 | Copies | 3 | 0.30 |
| 9/1/2015 | Copies | 4 | 0.40 |
| 9/1/2015 | Copies | 4 | 0.40 |
| 9/1/2015 | Copies | 5 | 0.50 |
| 9/1/2015 | Copies | 26 | 2.60 |
| 9/1/2015 | Copies | 6 | 0.60 |
| 9/1/2015 | Copies | 6 | 0.60 |
| 9/1/2015 | Copies | 2 | 0.20 |
| 9/1/2015 | Copies | 2 | 0.20 |
| 9/1/2015 | Copies | 5 | 0.50 |
| 9/1/2015 | Copies | 2 | 0.20 |
| 9/1/2015 | Copies | 5 | 0.50 |
| 9/1/2015 | Copies | 2 | 0.20 |
| 9/1/2015 | Copies | 31 | 3.10 |
| 9/1/2015 | Copies | 2 | 0.20 |
| 9/1/2015 | Copies | 116 | 11.60 |
| 9/1/2015 | Copies | 79 | 7.90 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.

Invoice # 1972894

Matter # 46992-00001

| Date | Narrative | Quantity | Amount |
|---|---|---|---|
| 9/1/2015 | Copies | 16 | 1.60 |
| 9/1/2015 | Copies | 6 | 0.60 |
| 9/1/2015 | Copies | 20 | 2.00 |
| 9/1/2015 | Copies | 2 | 0.20 |
| 9/1/2015 | Copies | 6 | 0.60 |
| 9/1/2015 | Copies | 2 | 0.20 |
| 9/1/2015 | Copies | 2 | 0.20 |
| 9/1/2015 | Copies | 35 | 3.50 |
| 9/1/2015 | Copies | 2 | 0.20 |
| 9/1/2015 | Copies | 14 | 1.40 |
| 9/1/2015 | Copies | 51 | 5.10 |
| 9/1/2015 | Copies | 2 | 0.20 |
| 9/1/2015 | Copies | 5 | 0.50 |
| 9/1/2015 | Copies | 8 | 0.80 |
| 9/1/2015 | Copies | 15 | 1.50 |
| 9/1/2015 | Copies | 4 | 0.40 |
| 9/1/2015 | Copies | 14 | 1.40 |
| 9/1/2015 | Copies | 3 | 0.30 |
| 9/2/2015 | Copies | 3 | 0.30 |
| 9/2/2015 | Copies | 7 | 0.70 |
| 9/2/2015 | Copies | 12 | 1.20 |
| 9/2/2015 | Copies | 2 | 0.20 |
| 9/2/2015 | Copies | 4 | 0.40 |
| 9/2/2015 | Copies | 9 | 0.90 |
| 9/2/2015 | Copies | 11 | 1.10 |
| 9/2/2015 | Copies | 2 | 0.20 |
| 9/2/2015 | Copies | 3 | 0.30 |
| 9/2/2015 | Copies | 3 | 0.30 |
| 9/2/2015 | Copies | 2 | 0.20 |
| 9/2/2015 | Copies | 4 | 0.40 |
| 9/2/2015 | Copies | 4 | 0.40 |
| 9/2/2015 | Copies | 6 | 0.60 |
| 9/3/2015 | Binding, Tabs, Disks, etc | 1 | 42.61 |
| 9/3/2015 | Copies | 2 | 0.20 |
| 9/3/2015 | Copies | 2 | 0.20 |
| 9/3/2015 | Copies | 2 | 0.20 |
| 9/3/2015 | Copies | 2 | 0.20 |
| 9/3/2015 | Copies | 2 | 0.20 |
| 9/3/2015 | Copies | 2 | 0.20 |
| 9/3/2015 | Copies | 2 | 0.20 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP                          Invoice # 1972894
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                        Matter # 46992-00001

| Date | Narrative | Quantity | Amount |
|------|-----------|----------|--------|
| 9/3/2015 | Copies | 2 | 0.20 |
| 9/3/2015 | Copies | 2 | 0.20 |
| 9/3/2015 | Copies | 2 | 0.20 |
| 9/3/2015 | Copies | 2 | 0.20 |
| 9/3/2015 | Copies | 2 | 0.20 |
| 9/3/2015 | Copies | 2 | 0.20 |
| 9/3/2015 | Copies | 2 | 0.20 |
| 9/3/2015 | Copies | 2 | 0.20 |
| 9/3/2015 | Copies | 2 | 0.20 |
| 9/3/2015 | Copies | 2 | 0.20 |
| 9/3/2015 | Copies | 2 | 0.20 |
| 9/3/2015 | Copies | 2 | 0.20 |
| 9/3/2015 | Copies | 2 | 0.20 |
| 9/3/2015 | Copies | 2 | 0.20 |
| 9/3/2015 | Copies | 2 | 0.20 |
| 9/3/2015 | Copies | 2 | 0.20 |
| 9/3/2015 | Copies | 2 | 0.20 |
| 9/3/2015 | Copies | 2 | 0.20 |
| 9/3/2015 | Copies | 2 | 0.20 |
| 9/3/2015 | Copies | 2 | 0.20 |
| 9/3/2015 | Copies | 2 | 0.20 |
| 9/3/2015 | Copies | 2 | 0.20 |
| 9/3/2015 | Copies | 2 | 0.20 |
| 9/3/2015 | Copies | 2 | 0.20 |
| 9/3/2015 | Copies | 2 | 0.20 |
| 9/3/2015 | Copies | 2 | 0.20 |
| 9/3/2015 | Copies | 2 | 0.20 |
| 9/3/2015 | Copies | 2 | 0.20 |
| 9/3/2015 | Copies | 2 | 0.20 |
| 9/3/2015 | Copies | 2 | 0.20 |
| 9/3/2015 | Copies | 2 | 0.20 |
| 9/3/2015 | Copies | 2 | 0.2 |
| 9/3/2015 | Copies | 2 | 0.2 |
| 9/3/2015 | Copies | 2 | 0.2 |
| 9/3/2015 | Copies | 2 | 0.2 |
| 9/3/2015 | Copies | 2 | 0.2 |
| 9/3/2015 | Copies | 2 | 0.2 |
| 9/3/2015 | Copies | 2 | 0.2 |
| 9/3/2015 | Copies | 2 | 0.2 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.

Invoice # 1972894

Matter # 46992-00001

| Date | Narrative | Quantity | Amount |
|------|-----------|----------|--------|
| 9/3/2015 | Copies | 2 | 0.2 |
| 9/3/2015 | Copies | 2 | 0.2 |
| 9/3/2015 | Copies | 2 | 0.2 |
| 9/3/2015 | Copies | 2 | 0.2 |
| 9/3/2015 | Copies | 2 | 0.2 |
| 9/3/2015 | Copies | 2 | 0.2 |
| 9/3/2015 | Copies | 2 | 0.2 |
| 9/3/2015 | Copies | 2 | 0.2 |
| 9/3/2015 | Copies | 2 | 0.2 |
| 9/3/2015 | Copies | 2 | 0.2 |
| 9/3/2015 | Copies | 2 | 0.2 |
| 9/3/2015 | Copies | 2 | 0.2 |
| 9/3/2015 | Copies | 2 | 0.2 |
| 9/3/2015 | Copies | 2 | 0.2 |
| 9/3/2015 | Copies | 2 | 0.2 |
| 9/3/2015 | Copies | 2 | 0.2 |
| 9/3/2015 | Copies | 2 | 0.2 |
| 9/3/2015 | Copies | 2 | 0.2 |
| 9/3/2015 | Copies | 2 | 0.2 |
| 9/3/2015 | Copies | 2 | 0.2 |
| 9/3/2015 | Copies | 2 | 0.2 |
| 9/3/2015 | Copies | 2 | 0.2 |
| 9/3/2015 | Copies | 2 | 0.2 |
| 9/3/2015 | Copies | 2 | 0.2 |
| 9/3/2015 | Copies | 35 | 3.5 |
| 9/3/2015 | Copies | 2 | 0.2 |
| 9/3/2015 | Copies | 456 | 45.6 |
| 9/3/2015 | Copies | 2 | 0.2 |
| 9/3/2015 | Copies | 446 | 44.6 |
| 9/3/2015 | Copies | 2 | 0.2 |
| 9/3/2015 | Copies | 333 | 33.3 |
| 9/3/2015 | Copies | 1140 | 114 |
| 9/3/2015 | Copies | 2 | 0.2 |
| 9/3/2015 | Copies | 273 | 27.3 |
| 9/3/2015 | Copies | 255 | 25.5 |
| 9/3/2015 | Copies | 9 | 0.9 |
| 9/3/2015 | Copies | 8 | 0.8 |
| 9/3/2015 | Copies | 8 | 0.8 |
| 9/3/2015 | Copies | 7 | 0.7 |
| 9/3/2015 | Copies | 1 | 0.1 |

Account is due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP                          Invoice # 1972894
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                        Matter # 46992-00001

| Date | Narrative | Quantity | Amount |
|------|-----------|----------|--------|
| 9/4/2015 | Agency Fees and Disbursements - RELIABLE PROCESS SERVERS INVOICE #69040 08/30/15 | 1 | 105 |
| 9/4/2015 | Copies | 2 | 0.2 |
| 9/9/2015 | Copies | 3 | 0.3 |
| 9/9/2015 | Copies | 10 | 1 |
| 9/10/2015 | Copies | 18 | 1.8 |
| 9/10/2015 | Copies | 6 | 0.6 |
| 9/10/2015 | Copies | 9 | 0.9 |
| 9/10/2015 | Copies | 11 | 1.1 |
| 9/11/2015 | Copies | 3 | 0.3 |
| 9/14/2015 | Copies | 5 | 0.5 |
| 9/17/2015 | Copies | 2 | 0.2 |
| 9/17/2015 | Copies | 2 | 0.2 |
| 9/18/2015 | Telephone - BELL CONFERENCING INC. INVOICE #111467259 | 1 | 0.98 |
| 9/18/2015 | Telephone - BELL CONFERENCING INC. INVOICE #111467259 | 1 | 2.28 |
| 9/18/2015 | Copies | 2 | 0.2 |
| 9/21/2015 | Binding, Tabs, Disks, etc | 1 | 10.61 |
| 9/21/2015 | Copies | 3 | 0.3 |
| 9/21/2015 | Copies | 2 | 0.2 |
| 9/21/2015 | Copies | 13 | 1.3 |
| 9/21/2015 | Copies | 38 | 3.8 |
| 9/21/2015 | Copies | 334 | 33.4 |
| 9/21/2015 | Copies | 2 | 0.2 |
| 9/21/2015 | Copies | 13 | 1.3 |
| 9/21/2015 | Copies | 13 | 1.3 |
| 9/21/2015 | Copies | 2 | 0.2 |
| 9/21/2015 | Copies | 13 | 1.3 |
| 9/21/2015 | Copies | 38 | 3.8 |
| 9/21/2015 | Copies | 51 | 5.1 |
| 9/21/2015 | Copies | 49 | 4.9 |
| 9/21/2015 | Copies | 2 | 0.2 |
| 9/21/2015 | Copies | 4 | 0.4 |
| 9/21/2015 | Copies | 5 | 0.5 |
| 9/21/2015 | Copies | 5 | 0.5 |
| 9/21/2015 | Copies | 2 | 0.2 |
| 9/21/2015 | Copies | 2 | 0.2 |
| 9/21/2015 | Copies | 4 | 0.4 |

Account is due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.

Invoice # 1972894

Matter # 46992-00001

| Date | Narrative | Quantity | Amount |
|------|-----------|----------|--------|
| 9/21/2015 | Copies | 8 | 0.8 |
| 9/21/2015 | Copies | 4 | 0.4 |
| 9/21/2015 | Copies | 2 | 0.2 |
| 9/21/2015 | Copies | 2 | 0.2 |
| 9/21/2015 | Copies | 2 | 0.2 |
| 9/21/2015 | Copies | 2 | 0.2 |
| 9/21/2015 | Copies | 38 | 3.8 |
| 9/21/2015 | Binding, Tabs, Disks, etc | 1 | 2.75 |
| 9/21/2015 | Copies | 4 | 0.4 |
| 9/21/2015 | Copies | 13 | 1.3 |
| 9/21/2015 | Meals - Working dinner for S. Holland on September 21, 2015. | 1 | 10 |
| 9/22/2015 | Copies | 27 | 2.7 |
| 9/22/2015 | Copies | 4 | 0.4 |
| 9/22/2015 | Copies | 33 | 3.3 |
| 9/22/2015 | Copies | 3 | 0.3 |
| 9/22/2015 | Copies | 8 | 0.8 |
| 9/22/2015 | Copies | 8 | 0.8 |
| 9/22/2015 | Copies | 4 | 0.4 |
| 9/22/2015 | Copies | 38 | 3.8 |
| 9/22/2015 | Copies | 5 | 0.5 |
| 9/22/2015 | Copies | 8 | 0.8 |
| 9/22/2015 | Copies | 13 | 1.3 |
| 9/22/2015 | Copies | 5 | 0.5 |
| 9/23/2015 | Copies | 73 | 7.3 |
| 9/23/2015 | Copies | 2 | 0.2 |
| 9/23/2015 | Copies | 1 | 0.1 |
| 9/23/2015 | Copies | 2 | 0.2 |
| 9/23/2015 | Copies | 65 | 6.5 |
| 9/23/2015 | Binding, Tabs, Disks, etc | 1 | 4.19 |
| 9/24/2015 | Copies | 1 | 0.1 |
| 9/24/2015 | Copies | 1 | 0.1 |
| 9/24/2015 | Copies | 1 | 0.1 |
| 9/24/2015 | Copies | 1 | 0.1 |
| 9/24/2015 | Copies | 1 | 0.1 |
| 9/24/2015 | Copies | 18 | 1.8 |
| 9/24/2015 | Copies | 5 | 0.5 |
| 9/24/2015 | Copies | 41 | 4.1 |
| 9/24/2015 | Copies | 5 | 0.5 |
| 9/24/2015 | Copies | 2 | 0.2 |

CASSELS BROCK & BLACKWELL LLP                    Invoice # 1972894
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                    Matter # 46992-00001

| Date | Narrative | Quantity | Amount |
|------|-----------|----------|--------|
| 9/24/2015 | Copies | 155 | 15.5 |
| 9/24/2015 | Copies | 250 | 25 |
| 9/24/2015 | Copies | 41 | 4.1 |
| 9/24/2015 | Copies | 5 | 0.5 |
| 9/24/2015 | Copies | 65 | 6.5 |
| 9/24/2015 | Copies | 2 | 0.2 |
| 9/24/2015 | Copies | 3 | 0.3 |
| 9/24/2015 | Copies | 2 | 0.2 |
| 9/24/2015 | Copies | 2 | 0.2 |
| 9/24/2015 | Copies | 2 | 0.2 |
| 9/24/2015 | Copies | 2 | 0.2 |
| 9/24/2015 | Copies | 3 | 0.3 |
| 9/24/2015 | Copies | 5 | 0.5 |
| 9/24/2015 | Copies | 3 | 0.3 |
| 9/24/2015 | Copies | 10 | 1 |
| 9/24/2015 | Copies | 92 | 9.2 |
| 9/24/2015 | Copies | 147 | 14.7 |
| 9/24/2015 | Copies | 3 | 0.3 |
| 9/24/2015 | Copies | 2 | 0.2 |
| 9/24/2015 | Copies | 4 | 0.4 |
| 9/24/2015 | Binding, Tabs, Disks, etc | 1 | 3.36 |
| 9/25/2015 | Copies | 3 | 0.3 |
| 9/28/2015 | Copies | 2 | 0.2 |
| 9/28/2015 | Copies | 4 | 0.4 |
| 9/28/2015 | Copies | 4 | 0.4 |
| 9/28/2015 | Copies | 19 | 1.9 |
| 9/28/2015 | Copies | 5 | 0.5 |
| 9/28/2015 | Copies | 2 | 0.2 |
| 9/28/2015 | Copies | 4 | 0.4 |
| 9/28/2015 | Copies | 7 | 0.7 |
| 9/29/2015 | Copies | 1 | 0.1 |
| 9/29/2015 | Copies | 83 | 8.3 |
| 9/29/2015 | Copies | 138 | 13.8 |
| 9/29/2015 | Copies | 2 | 0.2 |
| 9/29/2015 | Copies | 4 | 0.4 |
| 9/29/2015 | Copies | 6 | 0.6 |
| 9/29/2015 | Copies | 8 | 0.8 |
| 9/29/2015 | Copies | 8 | 0.8 |
| 9/29/2015 | Copies | 6 | 0.6 |
| 9/29/2015 | Copies | 6 | 0.6 |

Account is due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP                    Invoice # 1972894
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                    Matter # 46992-00001

| Date | Narrative | Quantity | Amount |
|------|-----------|---------:|-------:|
| 9/29/2015 | Copies | 1 | 0.1 |
| 9/29/2015 | Copies | 1 | 0.1 |
| 9/29/2015 | Copies | 6 | 0.6 |
| 9/29/2015 | Copies | 6 | 0.6 |
| 9/29/2015 | Binding, Tabs, Disks, etc | 1 | 12.15 |
| 9/29/2015 | Copies | 6 | 0.6 |
| 9/30/2015 | Copies | 2 | 0.2 |
| 9/30/2015 | Copies | 20 | 2 |
| 9/30/2015 | Copies | 16 | 1.6 |
| 9/30/2015 | Copies | 6 | 0.6 |
| 9/30/2015 | Copies | 2 | 0.2 |
| 9/30/2015 | Copies | 1 | 0.1 |
| 9/30/2015 | Copies | 1 | 0.1 |
| 9/30/2015 | Copies | 2 | 0.2 |
| 9/30/2015 | Copies | 4 | 0.4 |
| 9/30/2015 | Copies | 8 | 0.8 |
| 9/30/2015 | Copies | 5 | 0.5 |
| | **Total** | | **810.23** |