**EXHIBIT E**

**SUMMARY OF LAWYERS AND PARALEGALS
RENDERING SERVICES DURING THE PERIOD
SEPTEMBER 1, 2015 THROUGH SEPTEMBER 30, 2015
(All Amounts in Canadian Dollars)**

| Name | Title | Department | Province of Bar Admission/Year | Hours | Rate | Billed Value |
|---|---|---|---|---|---|---|
| Christopher Selby | Associate | Advocacy | Ontario - 2014 | 5.1 | $390.00 | $1,989.00 |
| Geoffrey B. Shaw | Partner | Advocacy | Ontario - 1986 | 23.2 | $945.00 | $21,924.00 |
| Jane Dietrich | Partner | Financial Restructuring | Ontario - 2004 | 14.4 | $660.00 | $9,504.00 |
| Michael Wunder | Partner | Financial Restructuring | Ontario - 1990 | 68 | $810.00 | $55,080.00 |
| Ryan Jacobs | Partner | Financial Restructuring | Ontario - 2011 | 56.7 | $785.00 | $44,509.50 |
| Shayne Kukulowicz | Partner | Financial Restructuring | Ontario - 1990 | 54.7 | $910.00 | $49,777.00 |
| Stefanie Holland | Associate | Advocacy | Ontario - 2010 | 60.6 | $450.00 | $27,270.00 |
| | | | | | | |
| **TOTAL** | | | | **282.7** | **CDN.** | **$210,053.50** |