# EXHIBIT B

## COMPENSATION BY PROJECT CATEGORY
## OCTOBER 1, 2015 THROUGH OCTOBER 31, 2015

| Project Category | Total Hours | Total Fees |
|---|---|---|
| General Case Administration | 0.10 | $125.00 |
| Akin Gump Fee Applications/Monthly Billing Reports | 16.20 | $8,540.50 |
| Analysis of Other Professionals' Fee Applications/Reports | 0.40 | $500.00 |
| Creditors' Committee Meetings | 89.90 | $77,492.50 |
| Court Hearings | 3.70 | $925.00 |
| General Claims Analysis/Claims Objections | 33.40 | $31,499.50 |
| Canadian Proceedings/Matters | 6.30 | $7,212.50 |
| Lift Stay Litigation | 2.90 | $2,972.50 |
| Tax Issues | 0.90 | $729.00 |
| Labor Issues/Employee Benefits | 13.40 | $10,532.50 |
| Intercompany Analysis | 523.30 | $494,865.00 |
| **TOTAL** | **690.50** | **$635,394.00** |



NORTEL NETWORKS INC. CREDITORS COMMITTEE
ATTN: JOHN DOLITTLE
2221 LAKESIDE BOULEVARD
RICHARDSON, TX  75082

Invoice Number   1631498
Invoice Date     11/19/15
Client Number    687147
Matter Number    0001

Re: CHAPTER 11

FOR PROFESSIONAL SERVICES RENDERED THROUGH  10/31/15 :

MATTER SUMMARY OF TIME BILLED BY TASK :

| | | HOURS | VALUE |
|---|---|---|---|
| 0002 | General Case Administration | 0.10 | $125.00 |
| 0003 | Akin Gump Fee Application/Monthly Billing Reports | 16.20 | $8,540.50 |
| 0004 | Analysis of Other Professionals Fee Applications/Reports | 0.40 | $500.00 |
| 0007 | Creditors Committee Meetings | 89.90 | $77,492.50 |
| 0008 | Court Hearings | 3.70 | $925.00 |
| 0012 | General Claims Analysis/Claims Objections | 33.40 | $31,499.50 |
| 0014 | Canadian Proceedings/Matters | 6.30 | $7,212.50 |
| 0016 | Lift Stay Litigation | 2.90 | $2,972.50 |
| 0018 | Tax Issues | 0.90 | $729.00 |
| 0019 | Labor Issues/Employee Benefits | 13.40 | $10,532.50 |
| 0029 | Intercompany Analysis | 523.30 | $494,865.00 |
| | TOTAL | 690.50 | $635,394.00 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  
Invoice Number: 1631498

Page 2  
November 19, 2015

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| 10/07/15 | FSH | 0002 | Update Committee contact info. | 0.10 |
| 10/05/15 | FSH | 0003 | Review September time (.3); follow-up re fee apps (.2). | 0.50 |
| 10/06/15 | FSH | 0003 | Examine report of fee examiner. | 0.10 |
| 10/08/15 | MCF | 0003 | Review and edit August prebill for confidentiality and privilege. | 0.80 |
| 10/08/15 | FBA | 0003 | Review pre-bill for confidentiality and privilege. | 0.60 |
| 10/09/15 | FBA | 0003 | Assemble August Fee Application for M. Fagen | 0.90 |
| 10/11/15 | MCF | 0003 | Draft fee examiner response (.6); begin to draft August fee application (1.4). | 2.00 |
| 10/12/15 | MCF | 0003 | Draft September fee application and schedules (1.4); send same to B. Kahn (.1). | 1.50 |
| 10/12/15 | FBA | 0003 | Revise August fee application schedules. | 0.60 |
| 10/13/15 | FSH | 0003 | Review draft to fee examiner (.1). Review and comment on August fee application (.5). | 0.60 |
| 10/13/15 | MCF | 0003 | Revise fee app per B. Kahn comments (.4); email to F. Hodara re same (.2). | 0.60 |
| 10/14/15 | MCF | 0003 | Review September prebill re confidentiality and privilege. | 0.70 |
| 10/15/15 | FSH | 0003 | Confer w/ M. Fagen re invoices and review status of process. | 0.20 |
| 10/15/15 | MCF | 0003 | Review prebill re confidentiality and privilege (.9); compile August application (.3); confer with F. Hodara re fee apps (.2). | 1.40 |
| 10/20/15 | FBA | 0003 | Review September prebill. | 1.00 |
| 10/21/15 | FBA | 0003 | Prepare September Fee Application schedules. | 1.10 |
| 10/22/15 | MCF | 0003 | Draft fee application and send to B. Kahn. | 1.50 |
| 10/22/15 | FBA | 0003 | Revise September Fee Application schedules. | 0.90 |
| 10/23/15 | FSH | 0003 | Review and comment on September fee application. | 0.50 |
| 10/23/15 | MCF | 0003 | Revise fee application and file. | 0.50 |
| 10/23/15 | AL | 0003 | Distribute Interim Fee Application Report to team. | 0.20 |
| 10/23/15 | FSH | 0004 | Examine fee applications of parties. | 0.20 |
| 10/26/15 | FSH | 0004 | Examine fee applications of parties. | 0.20 |
| 10/01/15 | FSH | 0007 | Participate in Committee call. | 0.70 |
| 10/01/15 | RAJ | 0007 | Committee call (.7); post-call discussion with B. Kahn and BRG (.2). | 0.90 |
| 10/01/15 | DHB | 0007 | Telephone call with committee member re call issues prior to call (.3); prepare for call (.5); attend and present at same (.7). | 1.50 |
| 10/01/15 | BMK | 0007 | Prepare for committee call (0.2); attend committee call (0.7); follow up to same (0.1). | 1.00 |
| 10/01/15 | AME | 0007 | Attend Committee Call with F. Hodara (by phone), D. Botter, R. Johnson, B. Kahn. | 0.70 |
| 10/06/15 | FSH | 0007 | Work on committee call agenda. | 0.10 |
| 10/06/15 | AQ | 0007 | Review and edit draft BRG deck for Committee meeting. | 0.60 |
| 10/06/15 | BMK | 0007 | Work on materials for in-person committee meeting. | 2.60 |
| 10/06/15 | MCF | 0007 | Emails re Committee call agenda. | 0.30 |
| 10/07/15 | FSH | 0007 | Final preparation for Committee meeting (.2). Attend same (3.5). | 3.70 |
| 10/07/15 | RAJ | 0007 | Meeting with Committee (3.5) and prepare for same (.9). | 4.40 |
| 10/07/15 | AQ | 0007 | Professionals' pre-meeting (.5); in-person committee call (3.5). | 4.00 |
| 10/07/15 | DHB | 0007 | Prepare for Committee meeting, including review of materials (.4); meet with A. Qureshi and C. Kearns (.5); attend Committee meeting (3.5). | 4.40 |
| 10/07/15 | BMK | 0007 | Attend in-person committee meeting (3.5); prepare for same (.2). | 3.70 |
| 10/07/15 | MCF | 0007 | Prepare for (.5) and participate in in-person Committee meeting (3.5). | 4.00 |
| 10/08/15 | MCF | 0007 | Confer with Committee member re in-person committee meeting (.2); analyze issues re same (.6); coordinate re future committee meetings (.2). | 1.00 |
| 10/12/15 | FSH | 0007 | Review and comment on committee call agenda. | 0.10 |
| 10/13/15 | FSH | 0007 | Review updated materials for Committee meeting (.4); participate in Committee call (1.0). | 1.40 |
| 10/13/15 | RAJ | 0007 | Committee call (1.0); post-call meeting of Akin and BRG teams (.6). | 1.60 |
| 10/13/15 | DHB | 0007 | Prep for Committee meeting (.2); attend same and follow-up (1.0). | 1.20 |

| Date | Tkpr | Task | Description | Hours |
|---|---|---|---|---|
| 10/13/15 | BMK | 0007 | Prep for committee call (1.0); attend committee call (1.0). | 2.00 |
| 10/13/15 | AL | 0007 | Prepare for committee meeting (.1); attend committee call (partial) (.9). | 1.00 |
| 10/14/15 | FSH | 0007 | Attend Committee meeting (.7) and prep for same (.2). | 0.90 |
| 10/14/15 | RAJ | 0007 | Participate in Committee call. | 0.70 |
| 10/14/15 | DHB | 0007 | Prepare for Committee meeting (.5); attend same (.7). | 1.20 |
| 10/14/15 | BMK | 0007 | Attend committee call. | 0.70 |
| 10/14/15 | MCF | 0007 | Prepare for (.4) and participate in (.7) Committee call. | 1.10 |
| 10/14/15 | AME | 0007 | Attend Committee Call with F. Hodara, D. Botter, R. Johnson, B. Kahn, M. Fagen, A. Loring. | 0.70 |
| 10/14/15 | AL | 0007 | Attend Committee call (.7); prepare for same (.1). | 0.80 |
| 10/15/15 | MCF | 0007 | Draft agenda for Committee call (.2); emails re same (.2); emails re Committee presentations (.3); prepare presentations (2.4). | 3.10 |
| 10/15/15 | AL | 0007 | Prepare for Committee meeting. | 0.40 |
| 10/16/15 | FSH | 0007 | Prepare presentation to Committee re mediation (.5); attend Committee meeting (1.1). | 1.60 |
| 10/16/15 | RAJ | 0007 | Attend Committee call (partial). | 1.00 |
| 10/16/15 | AQ | 0007 | Attend portion of committee call. | 0.60 |
| 10/16/15 | DHB | 0007 | Prep for Committee call (.4); attend same (1.1) and follow-up (.3). | 1.80 |
| 10/16/15 | MCF | 0007 | Attend portion of Committee call (1.0) and follow up (.3) and prep for same (1.9). | 3.20 |
| 10/16/15 | AME | 0007 | Prepare for Committee call (1.3); attend Committee call with F. Hodara, D. Botter, A. Qureshi, R. Johnson, M. Fagen, A. Loring (1.1). | 2.40 |
| 10/16/15 | AL | 0007 | Attend committee call. | 1.10 |
| 10/21/15 | FSH | 0007 | Review Committee call agenda. | 0.10 |
| 10/22/15 | FSH | 0007 | Prepare for Committee call and presentation (.6); attend same (.7). | 1.30 |
| 10/22/15 | RAJ | 0007 | Attend Committee call (partial). | 0.60 |
| 10/22/15 | AQ | 0007 | Attend Committee call (partial). | 0.60 |
| 10/22/15 | DHB | 0007 | Prepare for Committee call (.3); attend same (.7). | 1.00 |
| 10/22/15 | BMK | 0007 | Participate in committee call (Partial). | 0.50 |
| 10/22/15 | MCF | 0007 | Attend committee call (.7); prepare for same (.2); follow up with BRG (.2). | 1.10 |
| 10/22/15 | AME | 0007 | Attend Committee Call with F. Hodara, D. Botter, A. Qureshi, R. Johnson, B. Kahn, M. Fagen, A. Loring. | 0.70 |
| 10/22/15 | AL | 0007 | Attend Committee call (.7); and prepare for the same (.5). | 1.20 |
| 10/23/15 | FSH | 0007 | Review and comment on Committee call agenda. | 0.10 |
| 10/23/15 | MCF | 0007 | Draft committee call agenda (.1); revise same (.1); draft minutes (.1); draft Committee email (.3) and emails re same (.3). | 0.90 |
| 10/26/15 | FSH | 0007 | Final preparation for in-person meeting of Committee (.1); attend same (1.8). | 1.90 |
| 10/26/15 | RAJ | 0007 | Participate in Committee meeting. | 1.80 |
| 10/26/15 | DHB | 0007 | Prepare for meeting (1.0); meeting with Committee (1.8) and follow-up (.2). | 3.00 |
| 10/26/15 | BMK | 0007 | Attend in-person Committee meeting (1.8); and prepare for same (.2). | 2.00 |
| 10/26/15 | MCF | 0007 | Prepare for (.9) and participate in (1.8) in person Committee meeting. | 2.70 |
| 10/26/15 | AL | 0007 | Prepare for in-person creditor committee meeting (.8); participate in committee meeting (1.8); and prepare for the same (.1). | 2.70 |
| 10/29/15 | FSH | 0007 | Participate in Committee call (partial). | 0.60 |
| 10/29/15 | RAJ | 0007 | Committee call (.7); post-call meeting with advisors (.2). | 0.90 |
| 10/29/15 | DHB | 0007 | Attend Committee meeting (.7) and follow-up (.3). | 1.00 |
| 10/29/15 | BMK | 0007 | Participate in committee call. | 0.70 |
| 10/29/15 | MCF | 0007 | Committee call (.7) and post-call discussions (.2); emails re same (.4). | 1.30 |
| 10/29/15 | AL | 0007 | Prepare for committee call. | 1.00 |
| 10/01/15 | SAD | 0008 | Review docket for updates; pull substantive pleadings; send to M. Fagen. | 0.10 |
| 10/02/15 | SAD | 0008 | Review docket for updates (.1); pull substantive pleadings and send to M. Fagen (.1). | 0.20 |
| 10/05/15 | SAD | 0008 | Review docket for updates; pull substantive pleadings; send to M. | 0.10 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE                                                     Page 4
Invoice Number: 1631498                                                           November 19, 2015

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| 10/06/15 | SAD | 0008 | Fagen. Review docket for updates; pull substantive pleadings; send to M. Fagen. | 0.10 |
| 10/07/15 | SAD | 0008 | Review docket for updates; pull substantive pleadings; send to M. Fagen. | 0.10 |
| 10/08/15 | SAD | 0008 | Review docket for updates; send to M. Fagen. | 0.10 |
| 10/09/15 | SAD | 0008 | Review docket for updates; pull substantive pleadings; send to M. Fagen. | 0.10 |
| 10/12/15 | SAD | 0008 | Review docket for updates; pull substantive pleadings; send to M. Fagen. | 0.10 |
| 10/13/15 | AL | 0008 | Create appointments for omnibus hearings. | 0.20 |
| 10/13/15 | SAD | 0008 | Review docket for updates (.1); pull substantive pleadings and send to M. Fagen (.1). | 0.20 |
| 10/14/15 | SAD | 0008 | Review docket for updates (.1); pull substantive pleadings (.2) and send to M. Fagen (.1). | 0.40 |
| 10/15/15 | SAD | 0008 | Review docket for updates and pull substantive pleadings (.1); send to M. Fagen (.1). | 0.20 |
| 10/16/15 | SAD | 0008 | Review docket for updates and pull substantive pleadings (.1); send to M. Fagen (.1). | 0.20 |
| 10/20/15 | SAD | 0008 | Review docket for updates (.1); pull substantive pleadings (.1); send to M. Fagen (.1). | 0.30 |
| 10/21/15 | SAD | 0008 | Review docket for updates and pull substantive pleadings (.1); send to M. Fagen (.1). | 0.20 |
| 10/22/15 | SAD | 0008 | Review docket for updates (.1); pull substantive pleadings (.1); send to M. Fagen (.1). | 0.30 |
| 10/23/15 | SAD | 0008 | Review docket for updates and send to M. Fagen. | 0.10 |
| 10/26/15 | SAD | 0008 | Review docket for updates and pull substantive pleadings (.1); send to M. Fagen (.1) | 0.20 |
| 10/27/15 | SAD | 0008 | Review docket for updates and pull substantive pleadings (.1); send to M. Fagen (.1). | 0.20 |
| 10/28/15 | SAD | 0008 | Review docket for updates and pull substantive pleadings (.1); send to M. Fagen (.1). | 0.20 |
| 10/29/15 | FSH | 0008 | Communications re court hearing. | 0.10 |
| 10/01/15 | DHB | 0012 | Review claims information and emails re same (.3); telephone call with C. Kearns re claims information (.2). | 0.50 |
| 10/02/15 | FSH | 0012 | Communications w/ Cleary re claims (.1); analyze data (.5). | 0.60 |
| 10/02/15 | RAJ | 0012 | Further analyze debtor estate claims information presentations. | 1.20 |
| 10/02/15 | DHB | 0012 | Continue review and consideration of estate claims information. | 0.50 |
| 10/06/15 | FSH | 0012 | Commence review of draft intercompany proof of claim. | 0.90 |
| 10/06/15 | AQ | 0012 | Review and analyze draft intercompany proof of claim. | 1.30 |
| 10/06/15 | DHB | 0012 | Review draft intercompany proof of claim. | 1.50 |
| 10/06/15 | KMR | 0012 | Began reviewing draft intercompany proof of claims. | 0.80 |
| 10/07/15 | FSH | 0012 | Analyze issues re intercompany proof of claim and memo to Cassels, BRG, D. Botter re same (.4); communications w/ CK, D. Botter, A. Qureshi, Cassels re same (.2); examine R. Johnson analysis (.1); attention to communications from Cleary re next steps w/claim (.2). | 0.90 |
| 10/07/15 | DHB | 0012 | Continue review of intercompany proof of claim (.5); email communications re timing and issues related thereto (.3); begin review of revised proof of claim (.3). | 1.10 |
| 10/07/15 | KMR | 0012 | Continue review of draft intercompany proof of claim (2.6); draft email re: same (.4). | 3.00 |
| 10/08/15 | FSH | 0012 | Communications w/ BRG re claims info (.1). Review info re inter-company claim (.1). Examine R. Johnson and D. Botter comments to intercompany claim and review same (.7); analyze revision from Cleary (.3); communications re comments (.2). | 1.40 |
| 10/08/15 | RAJ | 0012 | Review multiple comments on draft intercompany POC (.4, .7, .5, .4); multiple emails with Akin team re POC (.3, .2); reconcile comments to | 4.80 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  Page 5
Invoice Number: 1631498  November 19, 2015

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| | | | draft (1.2, .5); confer with Cleary, Torys re same (.2, .1); confer with committee member re POC (.3). | |
| 10/08/15 | DHB | 0012 | Continue review of revised intercompany proof of claim (.6); emails re same (.4); call with L. Schweitzer re claim (.4); finalize comments to proof of claim (.5); substantial emails re finalizing same and consideration of comments (.5); further emails with committee member re proof of claim (.1). | 2.50 |
| 10/08/15 | BMK | 0012 | Review intercompany proof of claim draft (0.8); emails re: same (0.3). | 1.10 |
| 10/08/15 | KMR | 0012 | Reviewed revised intercompany draft proof of claims. | 0.50 |
| 10/09/15 | FSH | 0012 | Examine edits to intercompany claim. | 0.10 |
| 10/09/15 | RAJ | 0012 | Review committee member markup of draft intercompany proof of claim (.2); multiple emails re further edits to draft POC (.4, .2, .5); reconcile further edits to draft (1.1, .4); review further revised draft POC (.5, .3). | 3.60 |
| 10/09/15 | DHB | 0012 | Review committee member's comments to intercompany proof of claim and emails re same (.2); emails re filing of same (.1); analysis of filing claims of committee member in other jurisdictions (.5); emails re same (.1). | 0.90 |
| 10/12/15 | RAJ | 0012 | Multiple emails re intercompany claim. | 0.20 |
| 10/21/15 | RAJ | 0012 | Emails with Akin, BRG teams re bond claims issues. | 0.50 |
| 10/22/15 | RAJ | 0012 | Review developments re: SNMP claims. | 0.40 |
| 10/30/15 | RAJ | 0012 | Emails re Crowell & Moring claim settlement. | 0.20 |
| 10/30/15 | MCF | 0012 | Confer with A. Loring re claims research (.2); confer with Cleary associate re upcoming claims settlement (.2); emails with team re same (.2). | 0.60 |
| 10/30/15 | AL | 0012 | Research re claims (4.1); meet with M. Fagen re research (.2). | 4.30 |
| 10/01/15 | FSH | 0014 | Read replies in light of draft canadian leave submissions and comment thereon (.6); communications w/ Cassels, A. Qureshi, D. Botter re same (.2); review revised draft joint reply and communications w/ Cassels, D. Botter re same (.4). | 1.20 |
| 10/01/15 | DHB | 0014 | Email communications re Canadian leave response (.2); review further revisions to same (.4); suggest changes (.1); further emails re same (.1); review final Canadian response (.3). | 1.10 |
| 10/13/15 | FSH | 0014 | Communications re Canadian PPI decision w/ Cassels, D. Botter, R. Johnson. | 0.10 |
| 10/13/15 | RAJ | 0014 | Review and analyze Canadian PPI decision (.9, .4). | 1.30 |
| 10/13/15 | DHB | 0014 | Review Canadian PPI decision (1.1) and emails re same (.3). | 1.40 |
| 10/15/15 | FSH | 0014 | Review interest stops decision (.6); communications w/ Cassels re same (.1). | 0.70 |
| 10/23/15 | FSH | 0014 | Examine Supplemental Monitor report re records. | 0.20 |
| 10/29/15 | FSH | 0014 | Review Canadian motions. | 0.10 |
| 10/29/15 | RAJ | 0014 | Review report on Canadian records retention hearing re SNMP. | 0.20 |
| 10/13/15 | FSH | 0016 | Examine appeal docs. | 0.20 |
| 10/15/15 | RAJ | 0016 | Emails re mandatory mediation of determination not to stay NNI contribution proceedings against EMEA re SNMP. | 0.30 |
| 10/15/15 | DHB | 0016 | Emails re EMEA appeal of SNMP related order. | 0.20 |
| 10/16/15 | FSH | 0016 | Communications with RAJ re SNMP mediation letter and review same. | 0.20 |
| 10/16/15 | RAJ | 0016 | Provide comments to draft statement to Magistrate Judge Thynge re mediation of EMEA appeal of decision not to stay contribution action re SNMP (.2); emails with Akin, Cleary, EMEA counsel re same (.3); final review of draft submission re mediation of appeal (.2). | 0.70 |
| 10/19/15 | RAJ | 0016 | Review magistrate's recommendation against mediation of EMEA appeal of no-stay order (.1); emails with Akin team re same (.1). | 0.20 |
| 10/26/15 | RAJ | 0016 | Review EMEA statement of issues on appeal and designation of items re order denying stay of US Debtors' contribution action (.5); emails with US Debtors re counterdesignations (.2). | 0.70 |
| 10/27/15 | RAJ | 0016 | Follow up with US Debtors re EMEA appeal of non-stay order in SNMP | 0.20 |

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| | | | adversary proceeding. | |
| 10/28/15 | RAJ | 0016 | Emails with US Debtors re designation of record in appeal of non-stay order in SNMP adversary proceeding. | 0.20 |
| 10/01/15 | KMR | 0018 | Continue review of tax issues (0.4); update on status (0.5). | 0.90 |
| 10/09/15 | BES | 0019 | Review of pension claims issues. | 0.80 |
| 10/09/15 | ASL | 0019 | ERISA research. | 1.60 |
| 10/12/15 | BES | 0019 | Review of matters relating to pension claims (1.1); confer with A. Lilling re: same (.3). | 1.40 |
| 10/12/15 | ASL | 0019 | Confer with B. Simonetti (.3); prepare email (.1); consider jurisdictional issues (.8). | 1.20 |
| 10/13/15 | BES | 0019 | Research regarding pension claims (1.5); and confer with A. Lilling re: same (.1). | 1.60 |
| 10/13/15 | DZV | 0019 | Research and review case law and secondary sources regarding pension claims (3.0); confer with A. Lilling regarding same (0.1); emails with B. Simonetti and A. Lilling regarding same (0.2); follow-up research regarding same (2.4). | 5.70 |
| 10/13/15 | ASL | 0019 | Review guidance re: pension claims (.9); confer with D. Vira (.1); confer with B. Simonetti (.1). | 1.10 |
| 10/01/15 | FSH | 0029 | Communications w/ A. Qureshi, D. Botter, R. Johnson re mediation submissions (.2); examine NNSA letter re briefing (.1). | 0.30 |
| 10/01/15 | RAJ | 0029 | Review Magistrate Judge's Recommendation regarding mediation (.4); analyze next steps for mediation (.5); review revised drafts of reply brief on Canadian motion for leave to appeal (.7, .2); multiple emails re same (.2, .3); review NNSA letter to Judge Stark re briefing (.1); analyze exchanged claims information from other estate groups (1.4); emails with Akin and BRG re same (.2); emails with Akin and Cleary teams re mediation (.3); emails re claims information exchange (.2); analyze caselaw for appellate briefing (1.4); review and edit draft outline (.5). | 6.40 |
| 10/01/15 | AQ | 0029 | Review and analyze revised leave to appeal Reply (.4); emails with Cleary and Cassels re leave Reply (.2); emails re mediation (.2). | 0.80 |
| 10/01/15 | DHB | 0029 | Review mediation submission re Law Debenture issues (.3); office conference with R. Johnson re same (.1). | 0.40 |
| 10/01/15 | BMK | 0029 | Research/draft allocation appeal brief insert. | 0.90 |
| 10/01/15 | JYY | 0029 | Review correspondence regarding allocation appeals. | 0.10 |
| 10/01/15 | AME | 0029 | Attention to correspondence re: letter to District Court re:allocation appellate briefing. | 0.50 |
| 10/02/15 | FSH | 0029 | Review materials from BRG for call re allocation scenarios, analysis and mediation prep (.3); analyze issues for same and next steps (.4); participate in same (.7). | 1.40 |
| 10/02/15 | RAJ | 0029 | Conference call with Akin and BRG re financial analysis and mediation (.7); analyze allocation scenarios (.6); review Monitor and CCC letters to Judge Stark re appellate briefing (.2); multiple emails re implications of same (.3); review appellate procedural issues (.7); review and comment on drafted portions of appellate argument (1.3); analyze caselaw re appellate issues (1.2). | 5.00 |
| 10/02/15 | DHB | 0029 | Consider GUC alternatives and presentation for Committee (.4); conference call with BRG and Akin teams re same (.7); further consideration of mediation scenarios (.4); review all correspondence re briefing (.6); further communications re analysis (.2). | 2.30 |
| 10/02/15 | BMK | 0029 | Analysis of allocation related claims issues (0.8); call with Akin Gump and BRG teams re: same (0.7); research and drafting re: appellate brief (3.3). | 4.80 |
| 10/02/15 | JYY | 0029 | Reviewing correspondence regarding mediation. | 0.10 |
| 10/02/15 | AME | 0029 | Attention to correspondence re: letters to district court regarding appeal briefing logistics | 0.30 |
| 10/03/15 | DHB | 0029 | Email communications with AG and BRG teams re further analysis of claims and mediation. | 0.40 |

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| 10/03/15 | BMK | 0029 | Research issues re: appellate brief. | 1.40 |
| 10/04/15 | FSH | 0029 | Analyze BRG draft allocation deck (.4) and communications re same (.2). | 0.60 |
| 10/04/15 | DHB | 0029 | Review new model output and consider same and mediation strategy (1.0); emails re same (.3). | 1.30 |
| 10/05/15 | FSH | 0029 | Review BRG deck in preparation for meeting re same (.5); participate in same (.9); communications w/ creditor representatives re next steps (.2); communications w/ Cleary, M. Fagen, B. Kahn re mediation logistics (.2); confer w/ D. Botter re mediation (.2); analyze issues for Committee presentations (.6); communications w/ C. Samis re mediation (.1); review info from Cleary, J. Fornan re mediation (.1); confer w/ A. Qureshi re mediation (.3). | 3.10 |
| 10/05/15 | RAJ | 0029 | Follow up re procedural issues for mediation (.5); follow up re proposals for briefing and page limits in district court appeal (.4); draft emails re correspondence with appellees re procedural issues (.2, .1); review BRG analysis of financial issues and related correspondence (.8); analyze strategic issues re NNSA (.6); emails re mediator's request for mediation statements (.3); develop issues for mediation statements (1.3); analyze caselaw re appeal (2.0). | 6.20 |
| 10/05/15 | AQ | 0029 | Confer with F. Hodara regarding mediation (.3); and prepare for same (.1); review and analyze submissions to Judge Stark re appeal (.2); emails regarding mediation (.2). | 0.80 |
| 10/05/15 | DHB | 0029 | Review and comment on draft BRG allocation deck (1.2); conference call re same (.9); and follow up (.1); telephone call with D. Lowenthal re litigation briefing schedule (.2); office conference with F. Hodara re mediation (.2); emails re same (.1); review correspondence re same (.2); emails re mediation and Farnan deliverables (.3); consider same and next steps including proposal history and next proposal (1.4); extensive email correspondence re same (.5); review BRG work product re same (.2). | 5.30 |
| 10/05/15 | BMK | 0029 | Call with BRG re: allcoation mediation issues (0.9); follow up communications with F. Hodara, D. Botter re: same (0.4); review of correspondence re: appellate briefing (0.6); review and comment on BRG presentation re: allocation (1.2); numerous emails re: allocation mediation (0.4). | 3.50 |
| 10/05/15 | JYY | 0029 | Reviewing correspondence regarding mediation and appeals. | 0.50 |
| 10/05/15 | AME | 0029 | Attention to correspondence re: allocation mediation and appeals brief logistics. | 0.60 |
| 10/05/15 | NPS | 0029 | Revise allocation appellate brief. | 2.30 |
| 10/06/15 | FSH | 0029 | Outline issues for allocation calls w/ creditor representatives (.2); communications w/ D. Botter, C. Kearns re same (.1); review info from BRG (.4); call w/ S. Pohl re views of trade consortium (.6); further call w/ BRG re same and re mediation (.5); analyze information for Committee presentation (1.2); communications with BRG, B. Kahn re same (.3); review and comment on revised BRG presentation (.2); TC C. Samis re mediation (.1); review further revision (.1); TC D. Botter re next steps (.1); communication w/ NNI reps re mediation matters (.1); confer w/ A. Qureshi re lit issues (.2); numerous communications w/ BRG, A. Qureshi, B. Kahn, D. Botter re analysis (.3); office conference with D. Botter re allocation scenarios (.2). | 4.60 |
| 10/06/15 | RAJ | 0029 | Analyze draft proof of claim (1.8); emails re same (.3); analyze revised draft appellate outline (1.3); analyze draft motion to consolidate appeals (.5); review revised BRG analyses of financial issues (1.1); review expert reports and prior allocation positions asserted by parties (2.6); multiple emails re same (.4); prepare for meeting with Committee (1.6); confer with A. Qureshi re mediation (.2). | 9.80 |
| 10/06/15 | AQ | 0029 | Call with Cleary re appeal (.2); confer with F. Hodara re mediation (.2); confer with R. Johnson re mediation (.2). | 0.60 |

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| 10/06/15 | DHB | 0029 | Email communications re mediation prep (.2); prep for call with S. Pohl re trade consortium position, including multiple emails re same (.4); call with S. Pohl and follow-up with C. Kearns (1.0); analysis of mediation strategy positions and outcomes (.5); emails re same (.2); review revised BRG presentation re claims and mediation comments on same (.4); office conference with B. Kahn re same (.1); review final deck (.4); office conference with F. Hodara re same and scenarios (.2); telephone call with R. Jacobs re proof of claim (.2); emails with team and BRG re historical offers (.3); consider same (.2); email communications re proof of claim (.1); telephone call with C. Kearns re entity by entity analysis (.2). | 4.40 |
| 10/06/15 | BMK | 0029 | Review appellate brief outline (.8); review draft proof of claim (0.8); call with counsel to trade creditor consortium re: allocation mediation (0.7); follow up with F. Hodara re: same (.2); office conference with D. Botter re same (.1). | 2.60 |
| 10/06/15 | NPS | 0029 | Communication with A. Qureshi and R. Johnson re: weekly meeting. | 0.20 |
| 10/07/15 | FSH | 0029 | Call w/ Milbank re pending allocation issues (.6). Confer w/ D. Botter, A. Qureshi, B. Kahn, C. Kearns re same (.2). Analyze mediation issues raised at Committee meeting (.4). Prep for meeting w/ NNI representatives (.6). Attend same (1.5). Further conference w/ Chilmark, J. Ray (.3). | 3.60 |
| 10/07/15 | RAJ | 0029 | Further analyze draft proof of claim (.6); provide comments to Akin and BRG re draft (.5); analyze claims issues (1.4); draft summary of issues (.3); analyze procedural issues re mediation and re appeal to district court (.8); confer with Delaware counsel re same (.1); meeting with U.S. Debtors re mediation and appeal (1.4); emails re appellate preparations (.1). | 5.20 |
| 10/07/15 | AQ | 0029 | Meeting with Cleary and John Ray re mediation preparation (1.5); call with Milbank re mediation (.3); confer with F. Hodara, D. Botter and B. Kahn re same (.2). | 2.00 |
| 10/07/15 | DHB | 0029 | Prepare for call with Bonds re mediation and call re same (.5); follow-up re same (.2); meet with U.S. Debtors re mediation issues (1.5); follow-up re same (.2); focus on allocation issues and pleadings (.4); emails re same (.1); confer with F. Hodara, A. Qureshi and B. Kahn re mediation call (.2). | 3.10 |
| 10/07/15 | BMK | 0029 | Call with ad hoc bondholder counsel re: mediation strategy (partial) (0.4); meeting with Debtors and advisors re: same (1.4); confer with F. Hodara, A. Qureshi and D. Botter re: same (.2). | 2.00 |
| 10/07/15 | AME | 0029 | Review and revise section of appellate brief (1.2); confer with N. Stabile re: same (.5). | 1.70 |
| 10/07/15 | NPS | 0029 | Work on appellate brief draft (3.0); confer with N. Stabile re same (.5). | 3.50 |
| 10/08/15 | FSH | 0029 | Communications w/ D. Botter, B. Kahn, A. Qureshi, R. Johnson re mediation issues (.8); TC party and reps (.8); communications w/ C. Kearns, D. Botter, B. Kahn to follow up re foregoing (.3); communications w/ Committee member, M. Fagen re mediation issues (.1). | 2.00 |
| 10/08/15 | RAJ | 0029 | Review further revised BRG analysis (.3); emails re same (.1); confer with A. Qureshi re mediation submission (.1). | 0.50 |
| 10/08/15 | AQ | 0029 | Confer with R. Johnson re mediation submission (.1); emails regarding same (.1). | 0.20 |
| 10/08/15 | DHB | 0029 | Prep for call with bondholders (.4); call with same (.8) and follow-up communications (.2); email communications re mediation statements (.3); emails (.3) and further analysis of potential mediation outcomes and consider same (.4). | 2.40 |
| 10/08/15 | BMK | 0029 | Participate in call with holder and counsel re: allocation (0.7) (partial); analysis of mediation statement issues (0.5). | 1.20 |
| 10/08/15 | AME | 0029 | Draft section of appellate brief (1.5); confer with N. Stabile re: same | 2.00 |

| Date | Tkpr | Task | Description | Hours |
|---|---|---|---|---|
| | | | (.5). | |
| 10/08/15 | NPS | 0029 | Communication with A. Evans (.5) B. Kahn (.4) re: appellate brief. | 0.90 |
| 10/09/15 | FSH | 0029 | Confer w/ C. Kearns re preparation of deck for Committee (.1); review materials for same (.2); review Cleary outline and analyze appeal issues (1.3); review draft consolidation motion and communication w/ R. Johnson re same (.1). | 1.70 |
| 10/09/15 | RAJ | 0029 | Follow up re substantive issues (.3); review revised draft motion to consolidate appeals (.2); review appellate rules re consolidation (.3); confer with Debtors' counsel re motion to consolidate (.1); call with Committee member re allocation issues (.2); multiple emails re same (.3); review status of preparation of appellate brief (.4); develop outline for shared mediation statement (.8). | 2.60 |
| 10/09/15 | BMK | 0029 | Draft mediation statement (2.2); analysis of allocation appeal issues (0.9). | 3.10 |
| 10/09/15 | YKL | 0029 | Correspondence with litigation team re allocation appeal briefing. | 0.30 |
| 10/09/15 | AME | 0029 | Review draft section of appellate brief from B. Kahn (.3); correspondence with R. Johnson and N. Stabile re: same (.4). | 0.70 |
| 10/10/15 | RAJ | 0029 | Review sections of appellate brief drafted by team (1.4); draft mediation statement to be shared with all parties (3.5); emails re appellate procedural issues (.2). | 5.10 |
| 10/10/15 | NPS | 0029 | Communication with R. Johnson re: appellate brief. | 0.20 |
| 10/11/15 | RAJ | 0029 | Further drafting of mediation statement (4.7); analyze bondholder group draft mediation statement (.5); review draft confidential mediation statement (.3); multiple emails with Akin team re same (.3). | 5.80 |
| 10/11/15 | DHB | 0029 | Initial review of confidential submission (.4); emails re mediation presentation and outcome (.2); review new BRG book re same (.4); emails re same (.1). | 1.10 |
| 10/11/15 | BMK | 0029 | Draft mediation statement. | 2.80 |
| 10/12/15 | FSH | 0029 | Review mediation drafts (1.3); review BRG deck (.2); communications w/ B. Kahn, R. Johnson, D. Botter, A. Qureshi re drafts (.3); communications w/ BRG, D. Botter re deck (.2); review revised draft (.1); meet w/ BRG to review deck, drafts (1.0); analyze mediation position, arguments, analyses (.5); finalize draft for Committee (.3). | 3.90 |
| 10/12/15 | RAJ | 0029 | Further drafting and editing of mediation statement to be shared with all parties (7.2); call with J. Hyland re financial analysis (.3); review revised BRG presentation (.2); emails to/from A. Cowie re additional financial analysis (.2); Akin/BRG meeting re mediation issues (partial) (.6); develop graphic presentation of settlement scenarios (1.2); multiple emails with Akin team re edits to both mediation statements (.9); call with D. Botter re edits to mediation statement (.2); further edits and emails re same with Akin team (.6). | 11.40 |
| 10/12/15 | AQ | 0029 | Review and analyze draft Milbank mediation submission (.4); call with Capstone re mediation submission (1.3); review and analyze draft BRG mediation deck (.3); review and edit draft mediation submissions (1.2). | 3.20 |
| 10/12/15 | DHB | 0029 | Review Bonds 7-pager and emails re same (.5); rewrite Committee 5-pager draft (1.5); review further comments to same (.4); telephone call with Committee member re mediation issues (.3); emails re same (.2); review and consider latest BRG deck (.5); review revised 5-pager mediation statement (.4); review and revise draft 7-page mediation statement (1.5); conference call with BRG and AG team re BRG deck and mediation statements (1.0); follow-up re same (.2); email communications re same (.2); telephone call with R. Johnson re comments to 7-pager (.2); review new 5-pager and comments re same (.3). | 7.20 |
| 10/12/15 | BMK | 0029 | Attend call with Akin and BRG teams re: mediation submissions (1.0); revise submission drafts (1.8); analysis of allocation recovery scenarios (1.2). | 4.00 |

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| 10/12/15 | MCF | 0029 | Allocation meeting with BRG (partial). | 0.90 |
| 10/12/15 | AME | 0029 | Review draft mediation statement from Bondholder Group (.3); review and revise draft appellate brief (.9) | 1.20 |
| 10/12/15 | AL | 0029 | Meet with BRG to draft mediation submissions (1.0); review draft of mediation submissions in preparation for revision meeting (1.2). | 2.20 |
| 10/13/15 | FSH | 0029 | Review revisions to mediation submission (2.); review draft US docs for mediation (1.1); communications w/ D. Botter, R. Johnson re same (.3); meet w/ D. Botter, R. Johnson, B. Kahn, K. Rowe, A. Loring re mediation matters and re drafts (1.0); TC Cleary and D. Botter re same (.2); confer w/ A. Qureshi re same (.2); review revised drafts and continue work on submissions (1.2); communications w/ Committee members re foregoing (.4); further communications re submissions w/ D. Botter, B. Kahn (.2). | 4.80 |
| 10/13/15 | RAJ | 0029 | Multiple emails re mediation issues (.5); meeting of Akin team re edits to draft mediation statements (partial) (.4); call with J. Hyland, A. Cowie re calculation of recovery scenarios (.2); further edits to draft mediation statements (4.2); analysis expert reports and positions argued at trial (.7); further edits to graphical presentation (.5, .4); multiple emails with Akin team re additional edits to shared mediation statement (.4, .3); emails with Debtors' counsel and Bondholder Group counsel re mediation statements (.2). | 7.80 |
| 10/13/15 | AQ | 0029 | Confer with Milbank re mediation statements (.3); confer with F. Hodara re mediation statements (.2); emails regarding mediation statements (.2). | 0.70 |
| 10/13/15 | DHB | 0029 | Emails re status of mediation statements and next steps (.1); review new draft of 7 pager mediation statement and comment (.5); review Cleary draft 7pager and emails re same (.6); drafting session on 5 pager and 7 pager (1.0); review new drafts of both (multiple times) (1.2); emails re same (.3); review comments and further emails re same (.4); telephone calls with Committee member re mediation submission (.2). | 4.30 |
| 10/13/15 | BMK | 0029 | Review and edit mediation statements (1.4); drafting sessino w/team re same (1.0); calls with committee members and advisors re: same (.5). | 2.90 |
| 10/13/15 | JYY | 0029 | Reviewing draft mediation statement. | 0.50 |
| 10/13/15 | KMR | 0029 | Review draft documents relating to the mediation (0.7); meeting with group re: update (1.0) and review drafts of mediation documents (1.0). | 2.70 |
| 10/13/15 | YKL | 0029 | Correspondence with team re mediation brief raising allocation issues (.2); read mediation submissions (.8). | 1.00 |
| 10/13/15 | AME | 0029 | Review draft mediation statements of UCC, US Debtors, Bondholders (.9) and correspondence re: same (.6). | 1.50 |
| 10/13/15 | NPS | 0029 | Research for mediation statement and communication with R. Johnson re: same (1.2); revise appellate brief (0.9). | 2.10 |
| 10/13/15 | AL | 0029 | Meet with F. Hodara, D. Botter, K. Rowe, B. Kahn, and M. Fagen to revise mediation submissions (1.0); prep for same (.1). | 1.10 |
| 10/14/15 | FSH | 0029 | Further communications w/ Committee members, D. Botter, B. Kahn, R. Johnson re mediations submissions (1.0); communications w/ other US parties re same (.2); confer w/ B. Kahn re proposed edits (.2); analyze same (.4); review revisions and communications w/ R. Johnson, D. Botter and B. Kahn re same (.5); numerous additional communications w/ Committee members (.4); finalization of submissions (.3); communications w/ Cleary and Milbank re submissions (.2); commence review of other parties' submissions (.5). | 3.70 |
| 10/14/15 | RAJ | 0029 | Multiple emails with Akin team re edits to draft mediation statements (1.4); review and reconcile comments (3.2); further edits to mediation statements (1.2); revise allocation graphical presentations (2.1). | 7.90 |
| 10/14/15 | DHB | 0029 | Review further proposed changes to 5 pager and emails re same (.3); multiple drafts of revisions to 5 pager and 2 pager (2.5); emails re same (.5); telephone call with D. Lowenthal re Committee 5 and 7 pagers (.2); emails re same (.1); telephone call with A. LeBlanc re mediation | 6.80 |

| Date | Tkpr | Task | | Hours |
|------|------|------|---|-------|
|      |      |      | statements (.3); report to team re same (.1); telephone call with C. Kearns re same (.1); finalize mediation papers (1.5); begin review of all mediation papers (1.0); telephone call with J. Bromley re debtors' pleading (.2). | |
| 10/14/15 | BMK | 0029 | Significant work and revisions of mediation statements (4.3); correspond with Akin and BRG teams re: same (1.2); confer with F. Hodara re same (.2); review of other party mediation statements (1.5). | 7.20 |
| 10/14/15 | JYY | 0029 | Reviewing mediation statements and correspondence regarding same. | 0.80 |
| 10/14/15 | KMR | 0029 | Review drafts of papers re mediation. | 1.60 |
| 10/14/15 | MCF | 0029 | Review allocation materials exchanged (.7); email to Committee re same (.3). | 1.00 |
| 10/14/15 | YKL | 0029 | Follow correspondence re mediation submissions. | 0.50 |
| 10/14/15 | AME | 0029 | Correspondence re: mediation statements, review drafts of same (1.5); update J. Yecies re: status of appeal (.2) | 1.70 |
| 10/14/15 | NPS | 0029 | Communication with R. Johnson and others regarding team meeting. | 0.20 |
| 10/14/15 | AL | 0029 | Prepare official committee mediation submission for distribution (.2); prepare binder of all parties' mediation submissions (.5); prepare materials for meeting with creditors committee to revise mediation submissions (.4). | 1.10 |
| 10/15/15 | FSH | 0029 | Continue review of mediation submission (.5). Communications w/ A. Evans, M. Fagen, D. Botter, R. Johnson, B. Kahn, A. Qureshi re same (.4). Review PJT analysis of submission and communications re same (.3). Confer w/ Cassels re mediation and analyze related issues (.3). Confer w/ D. Botter re mediation and appeal (.2). | 1.70 |
| 10/15/15 | RAJ | 0029 | Analyze mediation statements furnished by other parties (2.6); emails among Akin and BRG teams re recovery scenarios (.3); edits to draft appellate brief (1.7); review caselaw for brief (1.5). | 6.10 |
| 10/15/15 | DHB | 0029 | Review mediation statement and changes thereto (.5); emails with Cleary and team re same (.2); continue review and consideration of all mediation filings (2.5); email communications re same and Committee presentation (.1) (.1) (.1); consider mediation strategy (.5); telephone call with F. Hodara re same and logistics (.2). | 4.20 |
| 10/15/15 | JYY | 0029 | Reviewing correspondence regarding mediation. | 0.10 |
| 10/15/15 | MCF | 0029 | Review mediation submissions of parties (1.8); confer with A. Loring re same (.3). | 2.10 |
| 10/15/15 | AME | 0029 | Correspondence re: summarizing and reporting to the Committee on mediation statements (.5); review and summarize mediation statements (5.0); correspondence re: Committee call agenda (.2). | 5.70 |
| 10/15/15 | AL | 0029 | Read mediation submissions from 11 other parties (1.0); create outlines breaking down main points of Canadian party mediation submissions (2.5); confer with M. Fagen re same (.3); distribute compilations of mediation submissions (.2); review and analyze confidential submissions to mediator (.7); review J. Stark order and numerous communications re same with A. Qureshi, R. Johnson (.4); confer with D. Botter re same (.1); review materials for mediation meeting with D. Botter and BRG re mediation (.4); further communications with C. Kearns re models (.1); examine NNI correspondence re mediation (.2); communications re record on appeal with Cleary, R. Johnson (.2). | 4.00 |
| 10/16/15 | RAJ | 0029 | Analyze mediation positions of parties (1.2); multiple emails with Akin team re same (.3); review Judge Stark's order regarding briefing schedule and page limits (.1); review proposals by Monitor and CCC (.2); multiple emails with Akin and Delaware counsel re same (.3); review calendar and procedural issues re appellate briefing (.5); further review statements of Monitor re briefing (.6); review finalized letter to Monitor and draft statement of NNI claim (.5); develop revisions to draft appellate outline (1.1). | 4.80 |
| 10/16/15 | AQ | 0029 | Correspondence re appellate briefing schedule. | 0.30 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  
Invoice Number: 1631498

Page 12  
November 19, 2015

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| 10/16/15 | DHB | 0029 | Continue review and consideration of mediation statements (2.3); office conference with F. Hodara re mediation strategy (.1) and telephone call with C. Kearns re same (.4). | 2.80 |
| 10/16/15 | JYY | 0029 | Reviewing drafts and correspondence regarding mediation. | 0.80 |
| 10/16/15 | KMR | 0029 | Reviewed submissions to the mediator and meeting with group re: same. | 2.00 |
| 10/16/15 | AME | 0029 | Correspond with FR team re: prep for mediation (.2); review confidential mediation statements from US Debtors and Bondholders (.4); update J. Yecies re: status of mediation and appeal (.2). | 0.80 |
| 10/19/15 | FSH | 0029 | Review issues raised by mediation parties (.6); communications with U.S. interests re appeal schedules (.1). | 0.70 |
| 10/19/15 | RAJ | 0029 | Analyze Delaware caselaw for appellate brief (1.7); multiple emails with Akin team re analysis of caselaw (.2); review and revise draft outline (.5). | 2.40 |
| 10/19/15 | DHB | 0029 | Telephone call with S. Blauner re allocation (.1); emails re Stark appeal issues (.1). | 0.20 |
| 10/19/15 | BMK | 0029 | Analysis of allocation mediation issues. | 1.60 |
| 10/19/15 | KMR | 0029 | Review and respond to email re: mediation scenarios. | 0.50 |
| 10/19/15 | AME | 0029 | Review confidential mediation statements (.3); review Delaware precedent article (.2); correspond with R. Johnson and A. Loring re: same (.1). | 0.60 |
| 10/19/15 | AL | 0029 | Draft memo analyzing Delaware precedent and its application to potential Nortel appeal (3.0); revise same (.6); review Delaware precedent potential application to Nortel case (2.4). | 6.00 |
| 10/20/15 | FSH | 0029 | Meetings with A. Qureshi (.2) and B. Kahn (.3) re mediation prep; analyze issues for mediation and develop concepts (1.7); communications with BRG, B. Kahn re same (.5); review BRG analysis of mediation position (.4). | 3.10 |
| 10/20/15 | RAJ | 0029 | Analyze caselaw for appellate brief (1.8); review BRG financial analyses in preparation for mediation (1.1); emails with Akin team re appellate procedure and briefing (.7); analyze potential settlement scenario and multiple emails re same (1.3). | 4.90 |
| 10/20/15 | AQ | 0029 | Confer with F. Hodara regarding mediation (.2); review and analyze mediation submissions (.7). | 0.90 |
| 10/20/15 | DHB | 0029 | Review scenarios for mediation and consider same (.6); consider email from F. Hodara re same and respond re potential offers (.5). | 1.10 |
| 10/20/15 | BMK | 0029 | Confs with Hodara re: settlement concept (0.3); review document re: same (0.3). | 0.60 |
| 10/20/15 | JYY | 0029 | Reviewing correspondence regarding mediation. | 0.10 |
| 10/20/15 | MCF | 0029 | Review precedent district court decisions re allocation appeal (1.4); confer with A. Loring re same (.6); review and edit summary re same (3.4). | 5.40 |
| 10/20/15 | AME | 0029 | Correspondence re: appeal team meeting (.5); review internal settlement concept, correspondence re: same (.5) | 1.00 |
| 10/20/15 | NPS | 0029 | Communication with A. Qureshi, R. Johnson and others re: weekly meeting. | 0.40 |
| 10/20/15 | AL | 0029 | Meet with M. Fagen to review analysis of Delaware precedent (.6); revise memo analyzing precedent for Nortel comparisons (1.2). | 1.80 |
| 10/21/15 | FSH | 0029 | Continue work on mediation concept and communications w/ BRG, D. Botter, B. Kahn, R. Johnson re same (.8); communications w/ Cassels re mediation (.2); review issues re appeal and draft stip and order (.2); meet w/ BRG, D. Botter, A. Evans, R. Johnson, A. Loring re mediation strategy (1.8); further analysis of and work on proposal (.3); communications w/ BRG, D. Botter, R. Johnson to finalize draft (.6); further communications re appeal stip (.3); respond to call of creditor and follow up (.5). | 4.70 |
| 10/21/15 | RAJ | 0029 | Further analyze possible settlement scenarios (1.2); multiple emails with Akin, BRG teams re same (.9); analyze mediation statements of parties | 7.90 |

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| | | | re appellate issues (.7); analyze appellate caselaw (1.0); emails re stipulation re appellate briefing schedule and page limits (.4); emails re confidential mediation submissions of parties (.3); review additional BRG financial analyses (.7); review letters to Judge Stark re appellate briefing and schedules (.3); meeting with Akin and BRG teams re financial analysis and mediation strategy (1.8); multiple emails re further revisions to settlement proposal (.6). | |
| 10/21/15 | AQ | 0029 | Review and analyze mediation proposal (.6); emails re mediation proposal (.4); emails re appellate briefing and review related correspondence (.3). | 1.30 |
| 10/21/15 | DHB | 0029 | Consider potential mediation offers and extensive emails re same (.5) (.2); telephone call with C. Kearns re same (.2); telephone call with S. Pohl re mediation (.2); consider same and mediation proposals (.7); review scenarios and emails re same (.3); meet with AG team and BRG team to consider alternative scenarios (1.8); follow-up to same (.7); redraft conceptual proposal (2.0); email communications re same and mediation positions (.2) (.1) (.1); consider further comments (.4). | 7.40 |
| 10/21/15 | BMK | 0029 | Review and analysis of mediation issues (1.4); numerous emails and confs re: same (1.4). | 2.80 |
| 10/21/15 | JYY | 0029 | Reviewing correspondence regarding mediation and appeals. | 0.10 |
| 10/21/15 | AME | 0029 | Meeting with F. Hodara, D. Botter, R. Johnson, C. Kearns, A. Cowie re: mediation proposal/settlement concept (1.8), correspondence re: same (1.0); review draft stipulation re: appeal brief schedule (.2). | 3.00 |
| 10/21/15 | AL | 0029 | Revise memorandum analyzing Delaware precedent for comparisons to current case (1.4); meeting to discuss settlement concepts (partial) (.6). | 2.00 |
| 10/22/15 | FSH | 0029 | Continue work on mediation concept and analysis (.7); numerous communications w/ BRG, D. Botter re same (.3); review revised model (.4); communications w/ C. Samis, M. Fagen, B. Kahn, D. Botter re upcoming mediation (.6); review appeal letters and analyze issues (.3); review confidential submission of party and analyze in context of pending issues (.5). | 2.80 |
| 10/22/15 | RAJ | 0029 | Analyze mediation statement (.3); multiple emails with Akin and BRG teams re development of mediation proposals (1.1); further review financial analyses (1.6); emails with BRG and Akin teams re further financial analysis (.4). | 3.40 |
| 10/22/15 | AQ | 0029 | Confer with team re mediation (.3); review and analyze revised BRG mediation models and emails regarding same (.4). | 0.70 |
| 10/22/15 | DHB | 0029 | Mediation preparation including review of multiple scenarios and emails re same (2.0); review correspondence re briefing schedule (.4); telephone call with creditor re mediation (.3); follow-up emails with team re same (.2). | 2.90 |
| 10/22/15 | JYY | 0029 | Reviewing correspondence regarding appeal briefing. | 0.10 |
| 10/22/15 | KMR | 0029 | Review materials relating to the mediation (0.6); meeting regarding mediation preparation (0.7). | 1.30 |
| 10/22/15 | AME | 0029 | Correspondence with Akin and BRG re: allocation concept. | 0.80 |
| 10/22/15 | AL | 0029 | Communications with team re mediation. | 0.20 |
| 10/23/15 | FSH | 0029 | Communications w/ BRG, D. Botter re mediation concept (.3); examine motion to consolidate (.1); confer w/ M. Fagen re mediation (.1); meet w/ appellate team (1.3); prep for mediation (.5); communications w/ C. Kearns re mediation (.1). | 2.40 |
| 10/23/15 | RAJ | 0029 | Review edits in proposed motion to consolidate appeals (.4); multiple emails with Akin team re same (.3); further revise draft appellate brief (1.1); meeting re appellate strategy (1.3); further emails with Debtors and other parties re motion to consolidate (.4); prepare for mediation sessions (.7). | 4.20 |
| 10/23/15 | AQ | 0029 | Team meeting regarding appeal brief (partial). | 1.50 |
| 10/23/15 | DHB | 0029 | Continue review of scenarios (.6); emails re same (.2); comment on | 3.60 |

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| | | | BRG deck (.2); telephone call with A. Cowie re same (.1); mediation prep (1.1); team meeting re appellate briefing (1.3); emails re mediation and logistics (.1). | |
| 10/23/15 | BMK | 0029 | Attend Nortel briefing team meeting (partial). | 1.10 |
| 10/23/15 | JYY | 0029 | Reviewing correspondence regarding mediation. | 0.10 |
| 10/23/15 | MCF | 0029 | Attend appellate working group meeting (partial) (.7); confer with F. Hodara re mediation (.1). | 0.80 |
| 10/23/15 | YKL | 0029 | Call with N. Stabile re updates on appellate briefing, strategy and schedule. | 0.30 |
| 10/23/15 | AME | 0029 | Correspondence re: appeals team meeting (.3); correspondence re: mediation logistics (.2) | 0.50 |
| 10/23/15 | NPS | 0029 | Communication with R. Johnson re: appeal (0.1); meet with F. Hodara, A. Qureshi, and others re: appeal (1.3); prepare for same (0.5); communication with K. Lee re: same (0.3). | 2.20 |
| 10/23/15 | AL | 0029 | Review Motion to Consolidate Appeals (.3); compile roster for mediation (.2); attend meeting with F. Hodara, D. Botter, A. Qureshi, R. Johnson, B. Kahn, N. Stabile, and M. Fagen on allocation appeal (partial) (1.0). | 1.50 |
| 10/24/15 | AQ | 0029 | Review and analyze public mediation submissions (1.0) and edit appeal brief outline (.3). | 1.30 |
| 10/25/15 | FSH | 0029 | Examine appellate information (.3); compare numbers of parties (.2). | 0.50 |
| 10/25/15 | DHB | 0029 | Mediation prep. | 1.00 |
| 10/26/15 | FSH | 0029 | Review revised BRG deck and analyze positions of parties (.5); communications w/ D. Botter, B. Kahn, C. Kearns re mediation prep (.3); preparation for mediation (.8); meet w/ BRG, D. Botter to review foregoing (1.0); further prep for mediation (.3); meet w/ BRG, D. Botter, R. Johnson re same and for call w/ NNI (1.0); confer w/ D. Botter re: same (.4); numerous communications w/ Commmittee members and reps re mediation logistics and issues (.3); analyze proposal and communications w/ reps re same (.4); review revised proposal (.2); conference call w/ BRG, R. Johnson, D. Botter, B. Kahn re revised model, proposals (1.1); further analysis of same (.3). | 6.60 |
| 10/26/15 | RAJ | 0029 | Review BRG financial analysis (.4); call with Cleary, Chilmark re mediation issues (1.0); analyze settlement scenarios (1.1); further analyze mediation statements in preparation for mediation session (1.5); analyze confidential mediation submissions by certain parties (.6); multiple emails with Akin team re appellate briefing (.4); meeting with A. Evans, N. Stabile re brief (.2); review drafts of brief sections (.8, .5); analyze allocation concept (.3); emails with Akin / BRG re same (.3); review and comment on revisions to draft settlement proposal (.4); call with BRG, Akin professionals re analysis and strategy (1.1). | 8.60 |
| 10/26/15 | AQ | 0029 | Review and analyze emails re mediation (.3); review and analyze revised BRG recovery model and related emails (.4). | 0.70 |
| 10/26/15 | DHB | 0029 | Continue mediation prep including review of all statements (2.2); meet w/AG and BRG teams re same (1.0); meet with AG and BRG teams re same (partial) (.7); call with U.S. Debtors re same (.5); follow-on work re potential proposal (.3); office conferences with F. Hodara re same (.4); review allocation scenario (.5); emails re same (.4); review BRG new model numbers (.2); conference call re same (1.1) and prep for same (.1). | 7.40 |
| 10/26/15 | BMK | 0029 | Attend call with Company advisors re: mediation (0.6); follow up session with UCC advisors (0.6); further review and analysis for mediation (1.3); call with UCC professionals re: same (0.9) (partial). | 3.40 |
| 10/26/15 | JYY | 0029 | Reviewing update from B. Kahn regarding mediation. | 0.10 |
| 10/26/15 | YKL | 0029 | Correspondence with N. Stabile re review of mediation statements and revisions to draft of allocation appeal brief. | 0.10 |
| 10/26/15 | AME | 0029 | Confer with N. Stabile re: appeal status update (.3); meet with R. | 1.00 |

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---:|
| | | | Johnson, N. Stabile re: appeal brief drafting (.2); correspondence re: same (.3); correspondence re: mediation logistics and planning (.2). | |
| 10/26/15 | NPS | 0029 | Confer w/A. Evans re appeal (.3); meet w/R. Johnson and A. Evans re same (.2); revise draft brief (1.7); review mediation statements (0.9). | 3.10 |
| 10/26/15 | AL | 0029 | Prepare for mediation (.4); conference call re same (1.1); appellate briefing prep (.7); correspondence re same (1.2). | 3.40 |
| 10/27/15 | FSH | 0029 | Attend mediation. | 10.00 |
| 10/27/15 | RAJ | 0029 | Final preparations for mediation session (1.2); attend mediation with Committee (8.7) (partial); follow up meetings with mediation participants (.6, .1); subsequent emails with Akin and BRG teams re mediation (.3); review appellate drafts (.8). | 11.70 |
| 10/27/15 | AQ | 0029 | Emails re mediation. | 0.20 |
| 10/27/15 | DHB | 0029 | Prepare for mediation (1.0); attend same (partial) (9.2); follow-up conversations following day one (.5). | 10.70 |
| 10/27/15 | BMK | 0029 | Attend mediation session (partial). | 7.20 |
| 10/27/15 | YKL | 0029 | Call with N. Stabile and A. Evans re status of allocation appeal briefing and open issues (.2); continue revising inserts to same (1.1). | 1.30 |
| 10/27/15 | AME | 0029 | Call with N. Stabile and K. Lee re: drafting appeals brief (.2); correspondence with R. Johnson and N. Stabile re: same (.3). | 0.50 |
| 10/27/15 | NPS | 0029 | Communication with A. Evans and K. Lee re: appeal (0.2); correspondence re: same (.3); revise draft appellate brief (2.1). | 2.60 |
| 10/27/15 | AL | 0029 | Prepare for mediation (1.0); send mediation statements to K. Lee (.1). | 1.10 |
| 10/28/15 | FSH | 0029 | Prepare for day 2 of mediation, review proposals, outline next steps (1.2). Attend day 2 of mediation (9.5). | 10.70 |
| 10/28/15 | RAJ | 0029 | Emails re next steps in mediation session (.3); attend mediation session with Committee (9.5); draft summary of session with Judge Farnan (.3). | 10.10 |
| 10/28/15 | AQ | 0029 | Review and analyze emails re mediation and appeals. | 0.20 |
| 10/28/15 | DHB | 0029 | Consider new scenarios prior to day 2 of mediation and communications with team re same (.7); email communications re same (.5); attend day 2 of mediation (9.5); email communications with professionals re follow-up (.4). | 11.10 |
| 10/28/15 | BMK | 0029 | Attend Day 2 of mediation (partial). | 8.20 |
| 10/28/15 | JYY | 0029 | Reviewing updates and correspondence regarding mediation. | 0.80 |
| 10/28/15 | YKL | 0029 | Correspondence with N. Stabile and A. Evans re allocation appeal briefing (.1); continue revising sections of the allocation appeal brief (2.4); review mediation statements in connection with allocation appeal briefing (1.2). | 3.70 |
| 10/28/15 | AME | 0029 | Correspondence re: mediation update. | 0.30 |
| 10/28/15 | NPS | 0029 | Revise appellate brief and communication with R. Johnson and A. Evans re: same. | 2.40 |
| 10/28/15 | AL | 0029 | Compiled unsecured claims information from schedules of US debtors claims and liabilities (.5); prepare for mediation (.4). | 0.90 |
| 10/29/15 | FSH | 0029 | Analyze issues from the mediation (.7); numerous communications w/ B. Kahn, D. Botter re same (.3); communications w/ S. Pohl re briefing (.1); examine court order re briefing and communications w/ R. Johnson, D. Botter re same (.2); meet w/ BRG re mediator's request (1.5); confer w/ Committee member re foregoing (.2); communications w/ BRG, D. Botter, B. Kahn, R. Johnson, NNI re next steps, pending issues (.5); TC Cleary and Chilmark re same (.8); examine order re oral argument (.1); confer w/ R. Johnson re draft brief (.1); memo re NNI discussion, open issues (.2). | 4.70 |
| 10/29/15 | RAJ | 0029 | Review emails with mediator and UKPC counsel re next steps in mediation (.2); multiple emails with Akin and BRG teams re same (.3); analyze financial issues in UKPC presentation (.4); review Judge Stark's order re appellate briefing and emails re same (.2); outline next steps for appellate briefing (.5); emails with counsel to Trade Claims Consortium re appellate briefing (.2); meeting with N. Stabile re appellate briefing | 5.70 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE                                           Page 16
Invoice Number: 1631498                                                      November 19, 2015

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| | | | (.7); revise draft appellate brief (3.1); meet with F. Hodara re: same (.1). | |
| 10/29/15 | DHB | 0029 | Consider next steps for mediation and emails re same (1.0); review PWC chart and consider issues arising therefrom (.7); meet with BRG team re next steps (1.5); follow-up re same (.4); email communications with other core parties and team re same (.4); review Stark orders re briefing and emails re same (.2). | 4.20 |
| 10/29/15 | KMR | 0029 | Update re: mediation. | 0.50 |
| 10/29/15 | MCF | 0029 | Allocation mediation debrief meeting (1.5); emails re same (.3). | 1.80 |
| 10/29/15 | YKL | 0029 | Call with N. Stabile re revisions to allocation appeal brief (.2); correspondence with N. Stabile and A. Evans re appeal issues and briefing (.2). | 0.40 |
| 10/29/15 | AME | 0029 | Correspond with R. Johnson, N. Stabile, K. Lee re: appellate brief (.6); Correspondence re: mediation update (.1); confer with N. Stabile re: draft of appellate brief (.2) | 0.90 |
| 10/29/15 | NPS | 0029 | Revise appellate brief (1.1) and meet with R. Johnson re: same (.7); call w/K. Lee re same (.2); confer w/A. Evans re same (.2). | 2.20 |
| 10/29/15 | AL | 0029 | Correspondence re allocation appellate briefing. | 0.30 |
| 10/30/15 | FSH | 0029 | Call w/ counsel to Trade (.8); confer w/ D. Botter and B. Kahn re issues raised therein (.2); analyze creditor claim issue (.3); meet w/ BRG to work on model and concepts (2.4); work on concept and related legal issues (.9). | 4.60 |
| 10/30/15 | RAJ | 0029 | Confer with A. Evans re appellate brief (.2); edit draft appellate brief (2.1); analyze cross-over bond guarantee (.3); draft additional sections for appellate brief (2.7); emails re extension of PPI appellate briefing (.2). | 5.50 |
| 10/30/15 | DHB | 0029 | Continue review of PWC sheet (.5); office conferences with team re status and mediation updates (.2); work on mediation positions and strategy (.9); meet re same and models (2.4); follow up re same (.5). | 4.50 |
| 10/30/15 | BMK | 0029 | Participate in meeting with Hodara, Botter, BRG re: allocation settlement model and next steps (partial) (2.3); confer w/F. Hodara and D. Botter re mediation issues (.2). | 2.50 |
| 10/30/15 | AME | 0029 | Review draft of appellate brief (1.0); confer with R. Johnson re: same (0.2); correspondence re: appeals group meeting (.2). | 1.40 |
| 10/31/15 | RAJ | 0029 | Analyze FRAP, FRBP, and local Delaware rules re appellate brief (.8); draft jurisdictional point for appellate brief (.7); review and revise sections of draft appellate brief (3.3). | 4.80 |
| 10/31/15 | AQ | 0029 | Review and analyze emails re mediation and appeals. | 0.20 |
| 10/31/15 | DHB | 0029 | Email communications re next steps in mediation and consider same (.2); continue review of PWC issues (.2). | 0.40 |
| 10/31/15 | YKL | 0029 | Correspondence with appeal team re scheduling of team meeting. | 0.10 |
| 10/31/15 | AME | 0029 | Correspondence re: appeals brief meeting | 0.30 |
| | | | Total Hours | 690.50 |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| F S HODARA | 103.80 | at | $1250.00 | = | $129,750.00 |
| R A JOHNSON | 180.40 | at | $975.00 | = | $175,890.00 |
| B E SIMONETTI | 3.80 | at | $935.00 | = | $3,553.00 |
| A QURESHI | 22.70 | at | $1095.00 | = | $24,856.50 |
| D H BOTTER | 125.30 | at | $1150.00 | = | $144,095.00 |
| A S LILLING | 3.90 | at | $730.00 | = | $2,847.00 |
| K M ROWE | 13.80 | at | $810.00 | = | $11,178.00 |
| B M KAHN | 78.10 | at | $775.00 | = | $60,527.50 |
| J Y YECIES | 4.20 | at | $710.00 | = | $2,982.00 |
| M C FAGEN | 40.30 | at | $565.00 | = | $22,769.50 |
| Y K LEE | 7.70 | at | $565.00 | = | $4,350.50 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  Page 17
Invoice Number: 1631498  November 19, 2015

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| A M EVANS | 31.50 | at | $495.00 | = | $15,592.50 |
| N P STABILE | 22.30 | at | $655.00 | = | $14,606.50 |
| A LORING | 38.50 | at | $430.00 | = | $16,555.00 |
| D Z VIRA | 5.70 | at | $725.00 | = | $4,132.50 |
| S A D'ADDESE | 3.40 | at | $210.00 | = | $714.00 |
| F B ALVAREZ | 5.10 | at | $195.00 | = | $994.50 |

Current Fees  $635,394.00

**Total Amount of This Invoice**  **$643,694.51**

# REMITTANCE COPY

## Return with Payment

| | |
|---|---|
| NORTEL NETWORKS INC. CREDITORS COMMITTEE | Invoice Number 1631498 |
| ATTN: JOHN DOLITTLE | Invoice Date 11/19/15 |
| 2221 LAKESIDE BOULEVARD | Client Number 687147 |
| RICHARDSON, TX 75082 | Matter Number 0001 |

FED I.D. NO. 75-1338644

If sending remittance via Postal Mail
please remit to:

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Dept. 7247-6838
Philadelphia, PA 19170-6838

If sending remittance via Overnight Courier
please remit to:

**FIRST DATA REMITCO**
**AKIN GUMP STRAUSS - 6838**
400 White Clay Center Drive
Newark, DE 19711

If sending remittance via Wire
Please use the following instructions:

**AKIN GUMP STRAUSS HAUER & FELD LLP**
**CITI PRIVATE BANK**
1101 Pennsylvania Avenue, NW
Suite 900
Washington, DC 20004

Account #: 9250397941
ABA# 254070116
Ref: 687147/0001, Invoice No. 1631498

(For wires originating outside the US reference Swift ID# CITIUS33)