# EXHIBIT C

**DISBURSEMENT SUMMARY**
**OCTOBER 1, 2015 THROUGH OCTOBER 31, 2015**

| | |
|---|---:|
| Computerized Research, Corporate Service Fees & PACER Charges | $1,373.55 |
| Duplication – In House | $293.60 |
| Meals (100%) | $2,920.79 |
| Audio and Web Conference Services | $3,351.99 |
| Travel – Ground Transportation | $360.58 |
| **TOTAL** | **$8,300.51** |