# EXHIBIT D

Case 09-10138-MFW   Doc 16335-5   Filed 11/28/15   Page 2 of 7



**Akin Gump**
Strauss Hauer & Feld LLP

| | |
|---|---|
| NORTEL NETWORKS INC. CREDITORS COMMITTEE | Invoice Number    1631498 |
| ATTN: JOHN DOLITTLE | Invoice Date       11/19/15 |
| 2221 LAKESIDE BOULEVARD | Client Number      687147 |
| RICHARDSON, TX  75082 | Matter Number      0001 |

Re: CHAPTER 11

FOR PROFESSIONAL SERVICES RENDERED THROUGH  10/31/15 :

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | | Value |
|---|---|---|
| 10/01/15 | Meals (100%)  9/30/15 - K. Wright VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800377; DATE: 10/1/2015 Allocation appeal meeting - 8 people | $230.00 |
| 10/01/15 | Meals (100%)  10/1/15 - N. Kunen VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800377; DATE: 10/1/2015 Committee call - 10 people | $140.99 |
| 10/05/15 | Audio and Web Conference Services VENDOR: TELCONF LLC INVOICE#: 10001-01001-15 DATE: 10/5/2015 Teleconference charges for September 2015. | $3,351.99 |
| 10/05/15 | Computerized Legal Research - Westlaw User: KAHN,BRAD Date: 10/5/2015 AcctNumber: 1000193694 ConnectTime: 0.0 | $42.24 |
| 10/06/15 | Duplication - In House  Photocopy - User # 990100, NY, 540 page(s) | $54.00 |
| 10/06/15 | Duplication - In House  Photocopy - User # 990100, NY, 1141 page(s) | $114.10 |
| 10/06/15 | Travel - Ground Transportation VENDOR: ROBERT A. JOHNSON | $64.93 |

One Bryant Park / New York, NY 10036 / 212.872.1000 / fax 212.872.1002 / www.akingump.com

| | | |
|---|---|---|
| | INVOICE#: 1000011510271304 DATE: 10/27/2015<br>Taxi/Car Service/Public Transport, 10/06/15, Overtime taxi, Uber Car Service | |
| 10/07/15 | Document Retrieval  7/1/15-9/30/15 - Documents retrieval in various courts<br>VENDOR: PACER SERVICE CENTER; INVOICE#: 2503192-Q32015; DATE: 10/7/2015 | $626.10 |
| 10/07/15 | Document Retrieval  Usage from: 7/1-9/30/15<br>VENDOR: PACER SERVICE CENTER; INVOICE#: 2504648-Q32015; DATE: 10/7/2015 | $13.50 |
| 10/07/15 | Travel - Ground Transportation<br>VENDOR: ROBERT A. JOHNSON INVOICE#: 1000011510271304 DATE: 10/27/2015<br>Taxi/Car Service/Public Transport, 10/07/15, Overtime taxi, Uber Car Service | $47.14 |
| 10/08/15 | Meals (100%)  10/7/15 - NANCY KUNEN - SNACK<br>VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800378; DATE: 10/8/2015<br>Breakfast to prep for in-person Committee meeting - 6 people | $200.00 |
| 10/08/15 | Meals (100%)  10/7/15 - NANCY KUNEN - LUNCH<br>VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800378; DATE: 10/8/2015 - in-person Committee meeting - 25 people | $849.23 |
| 10/08/15 | Meals (100%)  10/7/15 - NANCY KUNEN - SNACK<br>VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800378; DATE: 10/8/2015 in-person Committee meeting - 25 people | $663.32 |
| 10/08/15 | Meals (100%)  10/8/15 - NANCY KUNEN - SNACK<br>VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800378; DATE: 10/8/2015<br>Committee call - 8 people | $169.19 |
| 10/12/15 | Travel - Ground Transportation<br>VENDOR: MATTHEW C. FAGEN INVOICE#: 0989168910161902 DATE: 10/16/2015<br>Taxi/Car Service/Public Transport, 10/12/15, Car home after working late, Uber | $21.79 |
| 10/12/15 | Meals (100%)  VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 2223568 DATE: 10/18/2015 | $30.00 |

| Date | Description | Amount |
|---|---|---|
| 10/12/15 | Matthew Fagen - !Savory - 10/12/2015<br>Travel - Ground Transportation<br>VENDOR: ROBERT A. JOHNSON<br>INVOICE#: 1000011510271304 DATE: 10/27/2015<br>Taxi/Car Service/Public Transport, 10/12/15, Overtime taxi, Uber Car Service | $54.37 |
| 10/13/15 | Computerized Legal Research - Westlaw User: STABILE,NICHOLAS Date: 10/13/2015 AcctNumber: 1000193694 ConnectTime: 0.0 | $84.47 |
| 10/13/15 | Computerized Legal Research - Lexis Service: MATTHEW BENDER SERVICE; Employee: VIRA DANIEL; Charge Type: LA DOCUMENT ACCESS; Quantity: 1.0 | $59.40 |
| 10/13/15 | Travel - Ground Transportation VENDOR: ROBERT A. JOHNSON INVOICE#: 1000011510271304 DATE: 10/27/2015<br>Taxi/Car Service/Public Transport, 10/13/15, Overtime taxi, Uber Car Service | $46.85 |
| 10/14/15 | Meals (100%)  VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 2223568 DATE: 10/18/2015<br>Matthew Fagen - !Savory - 10/14/2015 | $30.00 |
| 10/15/15 | Travel - Ground Transportation VENDOR: ROBERT A. JOHNSON INVOICE#: 1000011510271304 DATE: 10/27/2015<br>Taxi/Car Service/Public Transport, 10/15/15, Overtime taxi, Uber Car Service | $64.66 |
| 10/15/15 | Meals (100%)  10/12/15 - Mathew Fagen VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800380; DATE: 10/15/2015  - CUSTOMER NUMBER: F203380000 Committee call - 10 people | $211.22 |
| 10/15/15 | Meals (100%)  10/13/15 - Nancy Kunen VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800380; DATE: 10/15/2015  - CUSTOMER NUMBER: F203380000 Allocation meeting - 8 people | $140.99 |
| 10/15/15 | Meals (100%)  10/14/15 - Anthony Loring VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800380; DATE: 10/15/2015  - CUSTOMER NUMBER: F203380000 Allocation meeting - 8 people | $86.66 |
| 10/15/15 | Meals (100%)  10/15/15 - Nancy Kunen VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800380; DATE: 10/15/2015  - | $169.19 |

| Date | Description | Amount |
|---|---|---|
| 10/19/15 | CUSTOMER NUMBER: F203380000 Committee call - 10 people Travel - Ground Transportation VENDOR: ANTHONY LORING INVOICE#: 0992979310201901 DATE: 10/20/2015 Taxi/Car Service/Public Transport, 10/19/15, Worked late writing memo analyzing Judge Stark decision. Uber | $22.34 |
| 10/19/15 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: LORING  ANTHONY; Charge Type: LA DOCUMENT ACCESS; Quantity: 2.0 | $41.40 |
| 10/20/15 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: LORING  ANTHONY; Charge Type: LA DOCUMENT ACCESS; Quantity: 2.0 | $41.40 |
| 10/23/15 | Duplication - In House  Photocopy - User # 990100, NY, 271 page(s) | $27.10 |
| 10/26/15 | Travel - Ground Transportation VENDOR: ANTHONY LORING INVOICE#: 1001290710280001 DATE: 10/28/2015 Taxi/Car Service/Public Transport, 10/26/15, Late taxi from office to home after participating on Nortel conference call., Uber | $38.50 |
| 10/26/15 | Duplication - In House  Photocopy - User # 990100, NY, 984 page(s) | $98.40 |
| 10/27/15 | Computerized Legal Research - Westlaw User: STABILE,NICHOLAS Date: 10/27/2015 AcctNumber: 1000193694 ConnectTime: 0.0 | $148.05 |
| 10/30/15 | Computerized Legal Research - Westlaw User: LORING,ANTHONY Date: 10/30/2015 AcctNumber: 1000193694 ConnectTime: 0.0 | $316.99 |

|  |  |
|---|---|
| Current Expenses | $8,300.51 |

| **Total Amount of This Invoice** | **$643,694.51** |

# REMITTANCE COPY

## Return with Payment

| | |
|---|---|
| NORTEL NETWORKS INC. CREDITORS COMMITTEE<br>ATTN: JOHN DOLITTLE<br>2221 LAKESIDE BOULEVARD<br>RICHARDSON, TX 75082 | Invoice Number 1631498<br>Invoice Date 11/19/15<br>Client Number 687147<br>Matter Number 0001 |

FED I.D. NO. 75-1338644

If sending remittance via Postal Mail
please remit to:

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Dept. 7247-6838
Philadelphia, PA 19170-6838

If sending remittance via Overnight Courier
please remit to:

**FIRST DATA REMITCO**
**AKIN GUMP STRAUSS - 6838**
400 White Clay Center Drive
Newark, DE 19711

If sending remittance via Wire
Please use the following instructions:

**AKIN GUMP STRAUSS HAUER & FELD LLP**
**CITI PRIVATE BANK**
1101 Pennsylvania Avenue, NW
Suite 900
Washington, DC 20004

Account #: 9250397941
ABA# 254070116
Ref: 687147/0001, Invoice No. 1631498

(For wires originating outside the US reference Swift ID# CITIUS33)