# EXHIBIT E

**SUMMARY OF ATTORNEYS AND LEGAL ASSISTANTS
RENDERING SERVICES DURING THE PERIOD
OCTOBER 1, 2015 THROUGH OCTOBER 31, 2015**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | 2015 Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| David H. Botter | Partner for 13 years; Admitted in 1990; Financial Restructuring Department | $1,150 | 125.30 | $144,095.00 |
| Fred S. Hodara | Partner for 26 years; Admitted in 1982; Financial Restructuring Department | $1,250 | 103.80 | $129,750.00 |
| Robert A. Johnson | Partner for 18 years; Admitted in 1988; Litigation Department | $975 | 180.40 | $175,890.00 |
| Abid Qureshi | Partner for 7 years; Admitted in 1995; Financial Restructuring Department | $1,095 | 22.70 | $24,856.50 |
| Bruce E. Simonetti | Partner for 10 years; Admitted in 1995; Tax Department | $935 | 3.80 | $3,553.00 |
| Kevin M. Rowe | Senior Counsel for 14 years; Admitted in 1985; Tax Department | $810 | 13.80 | $11,178.00 |
| Austin S. Lilling | Senior Counsel for 4 years; Admitted in 2001; Tax Department | $730 | 3.90 | $2,847.00 |
| Brad M. Kahn | Counsel for 3 years; Admitted in 2008; Financial Restructuring Department | $775 | 78.10 | $60,527.50 |
| Jacqueline Y. Yecies | Counsel for 2 years; Admitted in 2009; Litigation Department | $710 | 4.20 | $2,982.00 |
| Daniel Z. Vira | Senior Attorney for 3 years; Admitted in 1992; Tax Department | $725 | 5.70 | $4,132.50 |
| Matthew C. Fagen | Associate for 3 years; Admitted in 2014; Financial Restructuring Department | $565 | 40.30 | $22,769.50 |

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | 2015 Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| Anne M. Evans | Associate for 2 years; Admitted in 2014; Litigation Department | $495 | 31.50 | $15,592.50 |
| Yochun K. Lee | Associate for 3 years; Admitted in 2012; Financial Restructuring Department | $565 | 7.70 | $4,350.50 |
| Nicholas P. Stabile | Associate for 2 years; Admitted in 2010; Litigation Department | $655 | 22.30 | $14,606.50 |
| Anthony Loring | Associate for 1 year; Not Yet Admitted; Financial Restructuring Department | $430 | 38.50 | $16,555.00 |
| Sarah D'Addese | Legal Assistant for 3 years; Financial Restructuring Department | $210 | 3.40 | $714.00 |
| Francisco B. Alvarez | Legal Assistant for 1 year; Financial Restructuring Department | $195 | 5.10 | $994.50 |

Total Amount of Fees:        **$635,394.00**
Total Number of Hours:       **690.50**
Blended Hourly Rate:         **$920.19**