IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
-----------------------------------------------------------X    Chapter 11
                                                           :
In re                                                      :    Case No. 09-10138 (KG)
                                                           :
Nortel Networks Inc., et al.,¹                             :    Jointly Administered
                                                           :
                  Debtors.                                 :
                                                           :
-----------------------------------------------------------X
```

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
<u>HEARING ON DECEMBER 2, 2015 AT 10:00 A.M. (EASTERN TIME)</u>**

By permission of chambers, any party wishing to participate telephonically must make arrangements through CourtCall **at least one hour prior to the hearing**. CourtCall has been made aware of this extended deadline. CourtCall will not accept reservations after the extended deadline has passed without permission of chambers. Please do not contact chambers prior to the expiration of the extended deadline.

**<u>RESOLVED MATTER</u>**

1. Debtors' Motion Pursuant to Bankruptcy Rule 9019 for Entry of an Order Approving the Stipulation Resolving Claims with Crowell & Moring LLP (D.I. 16284, Filed 11/3/15).

   <u>Objection Deadline</u>:  November 17, 2015 at 4:00 p.m. (ET).

   <u>Responses Received</u>:  None.

   <u>Related Pleading</u>:

   (a) Certificate of No Objection Regarding Debtors' Motion Pursuant to Bankruptcy Rule 9019 for Entry of an Order Approving the Stipulation Resolving Claims with Crowell & Moring LLP (D.I. 16314, Filed 11/19/15); and

   (b) Order Approving the Stipulation Resolving Claims with Crowell & Moring LLP (D.I. 16316, Entered 11/20/15).

   <u>Status</u>: An order has been entered regarding this matter.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

**UNCONTESTED MATTER WITH CERTIFICATE OF NO OBJECTION**

*Nortel Networks Inc., v. Sterling Mets, L.P., and Queens Ballpark Company, L.L.C., Adv. Proc. No. 10-55903 (KG)*

2. Debtors' Motion Pursuant to Bankruptcy Rule 9019 for Entry of an Order Approving the Stipulation Resolving Claims by and Among the Debtors, Sterling Mets, L.P. and Queens Ballpark Company, L.L.C. (Main Case D.I. 16295, Adv. Proc. D.I. 135, Filed 11/10/15).

   Objection Deadline: November 24, 2015 at 4:00 p.m. (ET).

   Responses Received: None.

   Related Pleading:

   (a) Certificate of No Objection Regarding Debtors' Motion Pursuant to Bankruptcy Rule 9019 for Entry of an Order Approving the Stipulation Resolving Claims by and Among the Debtors, Sterling Mets, L.P. and Queens Ballpark Company, L.L.C. (Main Case D.I. 16336, Adv. Proc. D.I. 137, Filed 11/30/15).

   (b) Proposed Form of Order.

   Status: There have been no objections regarding this matter and a CNO has been filed.

| | |
|---|---|
| Dated: November 30, 2015<br>Wilmington, DE | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>James L. Bromley (admitted *pro hac vice*)<br>Lisa M. Schweitzer (admitted *pro hac vice*)<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone: (212) 225-2000<br>Facsimile: (212) 225-3999<br><br>- and -<br><br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Tamara K/ Minott*<br>Eric D. Schwartz (No. 3134)<br>Derek C. Abbott (No. 3376)<br>Andrew R. Remming (No. 5120)<br>Tamara K. Minott (No. 5643)<br>1201 North Market Street<br>Wilmington, DE 19899-1347<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989<br><br>*Counsel for the Debtors and Debtors in Possession* |

9649365.1