# Exhibit A

**COMPENSATION BY PROJECT CATEGORY**

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

September 1, 2015 through September 30, 2015

| Project Category | Total Hours | Total Fees |
|---|---:|---:|
| Fee/Employment Application - US | 2.00 | $1,217.50 |
| Wanland | 0.40 | $270.00 |
| Litigation | 16.80 | $14,100.00 |
| **TOTAL** | **19.20** | **$15,587.50** |

Client: 105185 / Nortel Networks, Inc.  
Matter: 105185.0000121 / Wanland

Proforma 967609  
11/24/2015

| Index | Date | ID | Name | Title | Hours | Amount | Narrative |
|---|---|---|---|---|---|---|---|
| 13834010 | 9/17/2015 | 3245 | Burton, Emma K. | Counsel | 0.40 | 270.00 | Teleconference with Ms. Welt re matter status and next steps. |
| | | | | | **0.40** | **$270.00** | **Professional Services Total** |

Client: 105185 / Nortel Networks, Inc.  Proforma 967610
Matter: 105185.0000189 / Fee/Employment Application - US  11/24/2015

| Index | Date | ID | Name | Title | Hours | Amount | Narrative |
|---|---|---|---|---|---|---|---|
| 13866380 | 9/29/2015 | 2444 | Perales, Olegario | Specialist | 0.50 | 122.50 | Review and analyze the Fee Examiner's Preliminary Report re our Twenty-Fifth Quarterly Fee Application (0.2); draft Crowell and Moring LLP's Case Professional Response re same and send to J. Scarborough, M. Almy, T. Minott, A. Remming, and M. Maddox (0.3). |
| 13871929 | 9/30/2015 | 1830 | Almy, Monique D. | Partner | 1.50 | 1,095.00 | Work on Nortel pre-petition claim. |
|  |  |  |  |  | **2.00** | **$1,217.50** | **Professional Services Total** |

Client: 105185 / Nortel Networks, Inc.  Proforma 967611
Matter: 105185.0000205 / Litigation  11/24/2015

| Index | Date | ID | Name | Title | Hours | Amount | Narrative |
|---|---|---|---|---|---|---|---|
| 13876367 | 9/4/2015 | 6634 | Jackson, Sean | Counsel | 0.40 | 252.00 | Email correspondence with Nortel estates re proposed production of a certain patent license agreement to opposing counsel. |
| 13842400 | 9/8/2015 | 6634 | Jackson, Sean | Counsel | 0.60 | 378.00 | Correspondence with in-house counsel for third party re proposed production of a certain license agreement to opposing counsel. |
| 13835685 | 9/14/2015 | 6634 | Jackson, Sean | Counsel | 0.20 | 126.00 | Email correspondence with Mr. Shen of third party re planned production of license agreement to opposing counsel. |
| 13835647 | 9/15/2015 | 6634 | Jackson, Sean | Counsel | 1.50 | 945.00 | Draft summary of third-party discovery matters for Mr. Supko (0.9); produce documents to opposing counsel in response to subpoena (0.6). |
| 13835523 | 9/17/2015 | 6634 | Jackson, Sean | Counsel | 2.40 | 1,512.00 | Review and draft summary for M. Supko re discovery produced to date to third parties who have served subpoenas on Nortel. |
| 13861991 | 9/21/2015 | 6634 | Jackson, Sean | Counsel | 0.20 | 126.00 | Review and respond to email from Mr. Supko re summary of status of Nortel discovery matters in connection with cost sharing motion. |
|  |  |  |  |  | **5.30** | **$3,339.00** | Professional Services Total |

Client: 105185 / Nortel Networks, Inc.  
Matter: 105185.0000206 / Litigation

Proforma 967612  
11/24/2015

| Index | Date | ID | Name | Title | Hours | Amount | Narrative |
|---|---|---|---|---|---|---|---|
| 13773732 | 9/1/2015 | 1474 | Supko, Mark M. | Partner | 0.30 | 256.50 | Review pleadings from prior week for possible relevance to cost-sharing motion. |
| 13803306 | 9/8/2015 | 302 | Regan, James J. | Partner | 0.40 | 396.00 | Exchange emails with Mr. Plevin re cost-sharing issues. |
| 13803338 | 9/9/2015 | 302 | Regan, James J. | Partner | 0.80 | 792.00 | Exchange emails with Mr. Plevin re cost-sharing motion (0.6); emails with Mr. Supko re ongoing cases (0.2). |
| 13793187 | 9/9/2015 | 1474 | Supko, Mark M. | Partner | 0.40 | 342.00 | Review pleadings from prior week for possible relevance to ongoing discovery matters and/or cost-sharing motion (0.3); consult with Mr. Regan re status of discovery matters (0.1). |
| 13833325 | 9/14/2015 | 302 | Regan, James J. | Partner | 0.90 | 891.00 | Review request from counsel from EMEA re cost-sharing motion (0.2); confer with Mr. Plevin re same (0.4); confer with Ms. Almy re same (0.3). |
| 13815734 | 9/14/2015 | 1052 | Plevin, Mark D. | Partner | 0.10 | 80.50 | Exchange e-mails with Mr. Huberty (EMEA debtors) re their analysis of our proposed cost-sharing motion. |
| 13833337 | 9/15/2015 | 302 | Regan, James J. | Partner | 0.80 | 792.00 | Confer with Mr. Plevin re feedback from other estates re cost-sharing motion, including discussions with Canadian estates re same (0.5); exchange emails with Mr. Supko re same (0.3). |
| 13822208 | 9/15/2015 | 1052 | Plevin, Mark D. | Partner | 0.10 | 80.50 | Teleconference with Mr. Regan re proposed cost-sharing motion, including strategy related thereto. |
| 13817615 | 9/15/2015 | 1474 | Supko, Mark M. | Partner | 0.80 | 684.00 | Correspondence with Messrs. Plevin and Regan re cost-sharing motion (0.1); consult with Mr. Jackson re status of ongoing discovery matters (0.2); research re ongoing and completed discovery matters to respond to inquiry from EMEA counsel re cost-sharing motion (0.5). |
| 13819568 | 9/16/2015 | 1474 | Supko, Mark M. | Partner | 0.50 | 427.50 | Consult with Mr. Jackson re third-party discovery issues and case status, including review of report re same. |
| 13833352 | 9/17/2015 | 302 | Regan, James J. | Partner | 1.00 | 990.00 | Review emails re invoices from third-party litigation (0.6); confer with Ms. Almy re conversation with Canadian monitor re discovery matters (0.4). |
| 13833395 | 9/18/2015 | 302 | Regan, James J. | Partner | 0.60 | 594.00 | Exchange emails with EMEA counsel re cost-sharing motion (0.3); email with Mr. Plevin re same (0.1); exchange emails with Cleary re same (0.2). |

Client: 105185 / Nortel Networks, Inc.  
Matter: 105185.0000206 / Litigation

Proforma 967612  
11/24/2015

| Index | Date | ID | Name | Title | Hours | Amount | Narrative |
|---|---|---|---|---|---|---|---|
| 13833898 | 9/18/2015 | 1052 | Plevin, Mark D. | Partner | 0.30 | 241.50 | Review e-mail from Mr. Huberty (EMEA) with filed preliminary objection to cost-sharing motion, and review and analyze the objection (0.2); draft and send response to Mr. Huberty and e-mails to Messes. Rozenberg and McCown and Messrs. Regan and Supko re same, including next steps (0.1). |
| 13833876 | 9/20/2015 | 1052 | Plevin, Mark D. | Partner | 0.10 | 80.50 | Draft and send e-mail to Mr. Huberty (EMEA debtors) re draft cost-sharing order, in response to his September 18 e-mail. |
| 13826288 | 9/20/2015 | 1474 | Supko, Mark M. | Partner | 0.90 | 769.50 | Research in re EMEA's request for information in connection with cost-sharing motion (0.7); review correspondence from Mr. Jackson re same (0.2). |
| 13858123 | 9/21/2015 | 302 | Regan, James J. | Partner | 1.00 | 990.00 | Review summary of services provided by firm in various matters (0.4); review and respond to correspondence from EMEA counsel (0.6). |
| 13834317 | 9/21/2015 | 1474 | Supko, Mark M. | Partner | 0.70 | 598.50 | Continue researching discovery issues in order to respond to EMEA's questions re cost motion (0.5); correspondence with Messrs. Plevin and Regan re same (0.2). |
| 13884419 | 9/23/2015 | 302 | Regan, James J. | Partner | 0.50 | 495.00 | Exchange emails with Mr. Huberty re cost-sharing issues. |
| 13884494 | 9/29/2015 | 302 | Regan, James J. | Partner | 0.50 | 495.00 | Attention to company agreement. |
| 13884554 | 9/30/2015 | 302 | Regan, James J. | Partner | 0.60 | 594.00 | Review and analyze documentation (0.4); confer with UK counsel re same (0.2). |
| 13875609 | 9/30/2015 | 1474 | Supko, Mark M. | Partner | 0.20 | 171.00 | Review recent pleadings for potential relevance to cost-sharing motion. |

**11.50**   **$10,761.00**   Professional Services Total