# Exhibit B

**EXPENSE SUMMARY**

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

September 1, 2015 through September 30, 2015

| **Expense Category** | **Service Provider if Applicable** | **Total Expenses** |
|---|---|---:|
| Electronic Discovery | Advanced Discovery, LLC | $253.06 |
| **TOTAL** | | **$253.06** |

Client: 105185 / Nortel Networks, Inc.                                                                                                                                              Proforma Expenses
                                                                                                                                                                                                      11/24/2015

| Index | Date | ID | Name | Title | Code | Category | Amount | Narrative | Proforma | Matter |
|---|---|---|---|---|---|---|---|---|---|---|
| 7230118 | 9/28/2015 | 302 | Regan, James J. | Partner | 158 | Electronic Discovery | 253.06 | Electronic Discovery CAM/Matter - Vendor: Advanced Discovery, LLC - Monthly hosting and user license fees Inv# B155209 Date: 07/31/2015 | 967611 | Litigation |

**Total Disbursements $253.06**