# Exhibit A

**COMPENSATION BY PROJECT CATEGORY**

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

October 1, 2015 through October 31, 2015

| Project Category | Total Hours | Total Fees |
|---|---:|---:|
| Fee/Employment Application - US | 9.70 | $5,626.00 |
| Litigation | 4.10 | $4,018.50 |
| **TOTAL** | **13.80** | **$9,644.50** |

Client: 105185 / Nortel Networks, Inc.  
Matter: 105185.0000189 / Fee/Employment Application - US

Proforma 967607  
11/24/2015

| Index | Date | ID | Name | Title | Hours | Amount | Narrative |
|---|---|---|---|---|---|---|---|
| 13891319 | 10/1/2015 | 1830 | Almy, Monique D. | Partner | 1.50 | 1,095.00 | Work on fee application. |
| 13947582 | 10/22/2015 | 2444 | Perales, Olegario | Specialist | 1.00 | 245.00 | Draft Sixth Supplemental Declaration re Crowell and Moring's representation of current clients on matters wholly unrelated to these chapter 11 proceedings. |
| 13967199 | 10/27/2015 | 1830 | Almy, Monique D. | Partner | 2.50 | 1,825.00 | Work on the August fee application, Exhibits, and Fee Examiner Spreadsheet. |
| 13954543 | 10/27/2015 | 2444 | Perales, Olegario | Specialist | 1.50 | 367.50 | Prepare sixty-fifth interim fee application for August 1, 2015 through August 31, 2015. |
| 13954544 | 10/27/2015 | 2444 | Perales, Olegario | Specialist | 0.50 | 122.50 | Draft sixty-fifth interim spreadsheet file for Ms. Scarborough (Fee Examiner). |
| 13967210 | 10/28/2015 | 1830 | Almy, Monique D. | Partner | 2.70 | 1,971.00 | Review, finalize, and approve filing of 65th Interim, Exhibits, and Fee Examiner Spreadsheet. |
| | | | | | **9.70** | **$5,626.00** | **Professional Services Total** |

Client: 105185 / Nortel Networks, Inc.  
Matter: 105185.0000206 / Litigation

Proforma 967608  
11/24/2015

| Index | Date | ID | Name | Title | Hours | Amount | Narrative |
|---|---|---|---|---|---|---|---|
| 13892512 | 10/1/2015 | 302 | Regan, James J. | Partner | 0.60 | 594.00 | Exchange emails with Ms. Almy re ongoing litigation (0.4); review update from Mr. Supko re same (0.2). |
| 13929745 | 10/14/2015 | 302 | Regan, James J. | Partner | 1.00 | 990.00 | Review and analyze stipulation and motion (0.8); confer with Ms. Almy re same (0.2). |
| 13940744 | 10/15/2015 | 302 | Regan, James J. | Partner | 0.60 | 594.00 | Confer with Ms. Almy re bankruptcy filing (0.2); edit document re same (0.4). |
| 13954309 | 10/22/2015 | 302 | Regan, James J. | Partner | 0.40 | 396.00 | Review and execute bankruptcy filing. |
| 13973032 | 10/26/2015 | 302 | Regan, James J. | Partner | 0.60 | 594.00 | Review bankruptcy decision (0.3); exchange emails with Crowell and Moring LLP team re same (0.3). |
| 13960666 | 10/29/2015 | 1474 | Supko, Mark M. | Partner | 0.30 | 256.50 | Review recent ECF notices/pleadings for relevance to pending discovery and cost-sharing issues. |
| 13981820 | 10/30/2015 | 302 | Regan, James J. | Partner | 0.60 | 594.00 | Exchange emails with UK counsel re cost-sharing issues (0.4); exchange emails with Ms. Almy re same (0.2). |
| | | | | | **4.10** | **$4,018.50** | Professional Services Total |