# Exhibit B

**EXPENSE SUMMARY**

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

October 1, 2015 through October 31, 2015

| Expense Category | Service Provider if Applicable | Total Expenses |
|---|---|---|
| TOTAL | | $0.00 |