## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Nortel Networks Inc. et al.,[1] | ) Case No. 09-10138 (KG) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Hearing Date: TBD** |

## NOTICE OF TWENTY-SEVENTH INTERIM FEE APPLICATION REQUEST

Name of Applicant:                           Akin Gump Strauss Hauer & Feld LLP

Authorized to Provide
Professional Services to:                    Official Committee of Unsecured Creditors

Date of Retention:                           March 5, 2009, *Nunc Pro Tunc* to January 22, 2009

Period for which compensation
and reimbursement is sought:                 August 1, 2015 through October 31, 2015[2]

Amount of Compensation sought as
actual, reasonable and necessary:            $1,344,304.50

Amount of Expense Reimbursement sought
as actual, reasonable and necessary:         $24,226.58

This is (a)n: _ X _ interim       ____ final application

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567); and Nortel Networks (CALA) Inc. (4226).

[2] Akin Gump Strauss Hauer & Feld LLP's August, September and October 2015 monthly fee applications are incorporated herein by reference.

Summary of Fee Applications for Compensation Period:

| Date Filed Docket No. | Period Covered | Requested | | Approved | | Holdback Fees Requested |
| | | Fees | Expenses | Fees (80%) | Expenses (100%) | Fees (20%) |
|---|---|---|---|---|---|---|
| Date Filed: 10/15/15 Docket No. 16232 | 8/1/15 – 8/31/15 | $315,254.00 | $9,744.56 | $252,203.20 | $9,744.56 | $63,050.80 |
| Date Filed: 10/26/15 Docket No. 16269 | 9/1/15 – 9/30/15 | $393,656.50 | $6,181.51 | $314,925.20 | $6,181.51 | $78,731.30 |
| Date Filed: 11/28/15 Docket No. 16335 | 10/1/15 – 10/31/15 | $635,394.00 | $8,300.51 | Pending Obj. deadline $508,315.20 | Pending Obj. deadline $8,300.51 | $127,078.80 |
| **TOTALS:** | | **$1,344,304.50** | **$24,226.58** | **$1,075,443.60**[3] | **$24,226.58**[4] | **$268,860.90** |

Summary of any Objections to Fee Applications:  None.


Dated: November 30, 2015
       New York, New York


 /s/ Fred S. Hodara
Fred S. Hodara (*pro hac vice*)
David H. Botter (*pro hac vice*)
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, NY 10036
Telephone:  (212) 872-1000

Co-Counsel to the Official Committee of Unsecured
Creditors of Nortel Networks Inc., *et al.*

---

[3] The total amount reflected in this column includes amounts pending approval.

[4] The total amount reflected in this column includes amounts pending approval.