## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
:
*In re*                                                  :  Chapter 11
:
Nortel Networks Inc., *et al.*,[1]                       :  Case No. 09-10138 (KG)
:
             Debtors.       :  Jointly Administered
:
:
:  **Hearing Date: TBD**
---------------------------------------------------------X

### TWENTIETH QUARTERLY FEE APPLICATION REQUEST OF TORYS LLP, AS SPECIAL CANADIAN COUNSEL TO DEBTORS AND DEBTORS-IN-POSSESSION, FOR THE PERIOD AUGUST 1, 2015 THROUGH OCTOBER 31, 2015

In accordance with the Administrative Order under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals, dated February 4, 2009 [D.I. 222] (the "Monthly Compensation Order"), and the Order Appointing Fee Examiner and Establishing Related Procedures for Compensation and Reimbursement of Expenses for Professionals and Consideration of Fee Applications (D.I. 11082) (the "Fee Examiner Order"), Torys LLP ("Torys") hereby submits its Nineteenth Quarterly Fee Application Request (the "Request") for the period August 1, 2015 through and including October 31, 2015[2] (the "Application Period").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2] Exhibits A and B attached to the monthly applications for August [D.I. 16202], September [D.I. 16321], and October [D.I. 16332] contain detailed listings of Torys' requested fees and expenses for the Application Period.

Torys seeks approval for the following fee applications that were filed for the Application Period:

| Fee Application Filing Date [Docket No.] | Period Covered By Application | Total Fees Requested | Total Expenses Requested | Certification of No Objection Filing Date [Docket No.] | Amount of Fees Requested / Allowed (80%) | Amount of Expenses Requested / Allowed (100%) | Amount of Holdback Fees Sought |
|---|---|---|---|---|---|---|---|
| 09/28/15 [D.I. 16202] | 08/01/15 – 08/31/15 | $345,960.00 | $2,251.52 | 10/22/15 [D.I. 16262] | $276,768.00 | $2,251.52 | $69,192.00 |
| 11/23/15 [D.I. 16321] | 09/01/15 – 09/30/15 | $303,227.00 | $954.43 | Pending | $242,581.60 | $954.43 | $60,645.40 |
| 11/25/15 [D.I. 16332] | 10/01/15 – 10/31/15 | $314,550.00 | $1,212.18 | Pending | $251,640.00 | $1,212.18 | $62,910.00 |
| **TOTAL** | | **$963,737.00** | **$4,418.13** | | **$770,989.60** | **$4,418.13** | **$192,747.40** |

In accordance with the Monthly Compensation Order, Torys seeks interim approval of the full amount of the fees and expenses requested in the above-referenced fee application and payment by the Debtors of the amount requested in such fee application in full.

On July 10, 2013, the Court entered the Fee Examiner Order which modifies the Interim Compensation Procedures Order by requiring, among other things, for Monthly and Quarterly Fee Application Requests to be sent to the Fee Examiner.

Simultaneously with the filing of this Application, Torys has followed the procedures set forth in the Fee Examiner Order by submitting the Fee and Expense Detail to the Fee Examiner.

WHEREFORE, Torys respectfully requests that the Court enter the order attached hereto as <u>Exhibit A</u> and grant Torys such other and further relief as is just and proper.

Dated: November 30, 2015
      New York, New York

TORYS LLP

<u>/s/ Alison D. Bauer</u>
William F. Gray, Jr.
Alison D. Bauer
1114 Avenue of the Americas, 23rd Floor
New York, New York  10036
Telephone:  (212) 880-6000
Facsimile:  (212) 682-0200

*Special Canadian Counsel for the*
*Debtors and Debtors in Possession*

**CUMULATIVE COMPENSATION SUMMARY BY PROFESSIONAL**

Nortel Networks Inc., *et al.*
(Case No. 09-10138 (KG))

August 01, 2015 through October 31, 2015

| Name of Professional Person | Position of the Applicant and Area of Expertise, Year of Call, and Approximate Number of Years in Current Position | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Alison D. Bauer | Partner/Bankruptcy (called to the bar in 1995; 10 years in current position) | $840.00 | 9.5 | $7,980.00 |
| Sheila R. Block | Partner/Litigation (called to the bar in 1974; 35 years in current position) | $1,090.00 | 16.9 | $18,421.00 |
| Scott A. Bomhof | Partner/Bankruptcy (called to the bar in 1995; 14 years in current position) | $875.00 | 227.5 | $199,062.50 |
| Tony DeMarinis | Partner/Bankruptcy (called to the bar in 1989; 20 years in current position) | $1,090.00 | 73.5 | $80,115.00 |
| Andrew Gray | Partner/Litigation (called to the bar in 2002; 5 years in current position) | $825.00 | 112.6 | $92,895.00 |
| William Gray | Partner/Bankruptcy (called to the bar in 1981; 14 years in current position) | $945.00 | 109.5 | $103,477.50 |
| Adam Slavens | Associate/Bankruptcy (called to the bar in 2007; 8 years in current position) | $775.00 | 414.2 | $321,005.00 |

8

| | | | | |
|---|---|---|---|---|
| Jeremy Opolsky | Associate/Litigation (called to the bar in 2011; 4 years in current position) | $565.00 | 120.0 | $67,800.00 |
| Aria Laskin | Associate/Litigation (called to the bar in 2015; 1 year in current position) | $315.00 | 74.1 | $23,341.50 |
| Jon Silver | Articling Student | $255.00 | 60.6 | $15,453.00 |
| Alex Bogach | Summer Student | $190.00 | 8.7 | $1,653.00 |
| Maureen Blake | Senior Law Clerk | $390.00 | 0.8 | $312.00 |
| Allan Collins | Paralegal | $295.00 | 108.7 | $32,066.50 |
| Tanya Szydlowski | Reference Technician | $155.00 | 1.0 | $155.00 |
| **Total** | | | 1,337.6 | $963,737.00 |
| **GRAND TOTAL:** | $963,737.00 | | | |
| **BLENDED RATE:** | $720.50 | | | |

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

**CUMULATIVE COMPENSATION BY PROJECT CATEGORY**

Nortel Networks, Inc., *et al.*
(Case No. 09-10138 (KG))

August 01, 2015 through October 31, 2015

| Project Category | Total Hours | Total Fees |
|---|---:|---:|
| Fee and Employment Applications | 115.30 | $38,760.00 |
| Litigation | 667.90 | $470,823.00 |
| Analysis of Canadian Law | 141.20 | $128,143.50 |
| Intercompany Analysis | 112.20 | $86,572.00 |
| Canadian CCAA Proceedings/Matters | 292.60 | $232,928.50 |
| U.S. Proceedings/Matters | 8.40 | $6,510.00 |
| **Total** | **1,337.60** | **$963,737.00** |

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

**CUMULATIVE EXPENSE SUMMARY**

Nortel Networks, Inc., *et al.*
(Case No. 09-10138 (KG))

August 01, 2015 through October 31, 2015

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Process Servers | | $155.82 |
| Process Server Filing | | $26.23 |
| Taxi & Travel | | $20.21 |
| Miscellaneous | | $14.46 |
| Library Costs | | $36.44 |
| Telephone | Long Distance | $28.56 |
| Duplicating/Printing | 15,009 pages @ .10 per pg | $1,500.87 |
| Binding Charges/Exhibit Tabs | | $111.81 |
| Data/Project Management | | $30.59 |
| Vendor Services [Hyperlinks] | | $841.28 |
| Computer Research | Quicklaw / Westlaw | $1,613.08 |
| Copy Preparation | | $30.58 |
| Computerized Court Searches | | $8.20 |
| **Grand Total Expenses** | | **$4,418.13** |