**EXHIBIT B**



# CASSELS BROCK
### L A W Y E R S

Cassels Brock & Blackwell LLP
2100, Scotia Plaza
40 King Street West
Toronto, ON Canada M5H 3C2
T  416 869 5300
F  416 360 8877

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF NORTEL NETWORKS INC
C/O AKIN GUMP STRAUSS HAUER & FELD LLP
ATTN: FRED HODARA
ONE BRYANT PARK
NEW YORK, NY  10036 USA

**INVOICE #1974709**
HST/GST #: R121379572

| Date | Matter Number | Lawyer |
|------|---------------|--------|
| **November 19, 2015** | **46992-00001** | **Michael Wunder** |

### The Official Committee of Unsecured Creditors
### Re: Nortel Networks Inc., et al.

| | |
|---|---|
| Professional Fees | $ 182,347.75 |
| Disbursements | 345.51 |
| **Total Amount Due** | **$ 182,693.26** CDN |

**Cassels Brock & Blackwell LLP**

Per: _____
Michael Wunder

**Wire Transfer:**
Bank of Nova Scotia
44 King St. West, Toronto, ON  M5H 1H1
Swift Code:  NOSCCATT
Bank ID:  002  Transit: 47696
CAD Funds Bank Account : 00739-11
ABA Routing #: 026 002 532
Reference: Please include the lawyer's name and the invoice number

**Credit Card:**
Payments are accepted via telephone, email or fax.
We accept
American Express, MasterCard or Visa (please circle one).
Card No.
_____

Expiry Date: _____ Amount:
_____

Cardholder Name:
_____

Signature:
_____

CASSELS BROCK & BLACKWELL LLP                          Invoice # 1974709
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                          Matter # 46992-00001

### Invoice Detail

## TO PROFESSIONAL SERVICES RENDERED up to and including 10/31/15

| Date | ID | TASK | Narrative | Hours |
|------|-----|------|-----------|-------|
| 10/1/2015 | GBS | 29 | Attend telephone call with NNI's Canadian counsel regarding Canadian allocation decision appeal litigation. | 0.4 |
| 10/1/2015 | GBS | 29 | Attend call with Cassels team regarding Canadian allocation decision appeal litigation. | 0.2 |
| 10/1/2015 | GBS | 29 | Review draft reply factum for Canadian allocation decision appeal litigation. | 0.6 |
| 10/1/2015 | SAH | 29 | Call with NNI's Canadian counsel regarding Canadian court filing for Canadian allocation litigation. | 0.4 |
| 10/1/2015 | SAH | 29 | Prepare supplemental factum for Canadian motion for leave to appeal Canadian allocation decision. | 2.8 |
| 10/1/2015 | SAH | 29 | Preparing for service and filing of UCC supplemental reply factum for Canadian allocation litigation. | 1.6 |
| 10/1/2015 | SAH | 29 | Correspondence with Cassels team regarding allocation litigation court filings. | 0.4 |
| 10/1/2015 | SAH | 29 | Preparation for Canadian appeal litigation motion for leave to appeal Canadian allocation decision. | 0.8 |
| 10/1/2015 | RSK | 29 | Conference call with Canadian counsel for U.S. debtors regarding allocation litigation. | 0.4 |
| 10/1/2015 | RSK | 29 | Email correspondence to and from Akin Gump regarding draft court filing for Canadian allocation decision appeal litigation. | 0.5 |
| 10/1/2015 | RSK | 29 | Prepare draft court filing for Canadian allocation decision appeal litigation. | 2.4 |
| 10/1/2015 | RSK | 7 | Participate on Committee call. | 0.7 |
| 10/1/2015 | RSK | 29 | Review of final reply factum for Canadian litigation. | 0.4 |
| 10/1/2015 | MWU | 8 | Attend to Canadian court hearing for CCAA stay extension. | 0.8 |
| 10/1/2015 | MWU | 31 | Report to UCC advisors regarding Canadian court hearing. | 0.1 |
| 10/1/2015 | MWU | 29 | Review correspondence and court filings for mediation of U.S. allocation decision. | 0.6 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP                    Invoice # 1974709
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                   Matter # 46992-00001

| Date | ID | TASK | Narrative | Hours |
|------|-----|------|-----------|-------|
| 10/1/2015 | MWU | 29 | Prepare reply legal brief for filing with Ontario Court of Appeal for leave to appeal motion relating to Canadian allocation decisions, including email correspondence and calls to and from Cassels team, Akin Gump and Canadian counsel for U.S. debtors. | 2.5 |
| 10/1/2015 | MWU | 7 | Attend on UCC call. | 0.7 |
| 10/1/2015 | RJA | 7 | Participate in weekly Committee call. | 0.7 |
| 10/1/2015 | RJA | 14 | Review draft reply factum regarding leave to appeal of Canadian allocation decision. | 0.5 |
| 10/1/2015 | RJA | 14 | Email correspondence with Cassels and Akin Gump teams regarding draft of U.S. Interests reply factum regarding leave to appeal Canadian allocation decision. | 0.5 |
| 10/1/2015 | JDI | 29 | Exchange email correspondence with Cassels team regarding U.S. debtors' reply factum for leave to appeal of Canadian allocation decision. | 0.3 |
| 10/1/2015 | JDI | 29 | Telephone conference with Cassels team and Canadian counsel for NNI regarding reply factum for Canadian leave to appeal motion of allocation decision. | 0.4 |
| 10/1/2015 | JDI | 29 | Provide instructions to S. Holland regarding draft Canadian reply factum for leave to appeal of Canadian allocation decision. | 0.3 |
| 10/1/2015 | JDI | 29 | Conferences with Cassels team regarding Canadian allocation decision appeal litigation and court filing for UCC. | 0.4 |
| 10/1/2015 | JDI | 29 | Review and comment on draft Canadian court filing for allocation appeal litigation. | 0.7 |
| 10/1/2015 | JDI | 7 | Attend Committee call. | 0.7 |
| 10/1/2015 | JDI | 29 | Review of revised draft of allocation litigation reply factum for U.S. debtors. | 0.2 |
| 10/2/2015 | RSK | 29 | Review of outline of U.S. appellate brief and consider arguments for Canadian motion. | 1.3 |
| 10/2/2015 | RSK | 29 | Review correspondence from counsel for Monitor and Canadian debtors and CCC regarding U.S. allocation appeal procedure. | 0.5 |
| 10/2/2015 | RSK | 31 | Review Canadian court order and endorsement from CCAA stay extension motion. | 0.3 |
| 10/2/2015 | MWU | 29 | Analysis of issues regarding appeal of Canadian allocation decision, and arguments for appeal. | 1.4 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP                            Invoice # 1974709
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                            Matter # 46992-00001

| Date | ID | TASK | Narrative | Hours |
|------|-----|------|-----------|-------|
| 10/2/2015 | MWU | 3 | Prepare August 2015 account. | 1.2 |
| 10/3/2015 | RJA | 29 | Continue analysis of appeal issues for Canadian allocation decision. | 1.3 |
| 10/4/2015 | MWU | 29 | Review multiple correspondence from counsel for core parties regarding mediation for allocation decisions. | 0.3 |
| 10/4/2015 | MWU | 31 | Review correspondence from Monitor's counsel to Canadian counsel for UKPC regarding Canadian order for allocation decision. | 0.1 |
| 10/5/2015 | GBS | 29 | Review of reply factum in support of leave to appeal Canadian allocation trial. | 0.5 |
| 10/5/2015 | SAH | 31 | Conducting Canadian legal research regarding Canadian allocation decision appeal litigation. | 3.6 |
| 10/5/2015 | RSK | 29 | Review email correspondence from counsel for U.S. debtors regarding allocation mediation and communications from counsel core parties regarding submissions. | 0.8 |
| 10/5/2015 | RSK | 29 | Review email correspondence from core parties regarding Canadian allocation decision order. | 0.2 |
| 10/5/2015 | MWU | 29 | Review multiple correspondence from core parties' counsel regarding allocation decision mediation and instructions from mediator regarding submissions. | 0.4 |
| 10/5/2015 | MWU | 31 | Email correspondence from Canadian counsel for UKPC and Monitor regarding court order for Canadian allocation decision. | 0.1 |
| 10/5/2015 | MWU | 31 | Review and analyze Canadian appeal routes and issues for presentation to UCC. | 0.6 |
| 10/5/2015 | MWU | 29 | Prepare for appeal litigation of Canadian allocation decision. | 1.1 |
| 10/5/2015 | RJA | 29 | Review email correspondence from Akin Gump to Committee regarding allocation mediation and appeal briefs. | 0.3 |
| 10/5/2015 | RJA | 31 | Review email correspondence from Monitor regarding status of Canadian allocation order. | 0.1 |
| 10/5/2015 | RJA | 7 | Prep work for in-person Committee meeting. | 0.7 |
| 10/5/2015 | RJA | 29 | Research issues for appeal of Canadian allocation decision. | 1.8 |
| 10/6/2015 | GBS | 29 | Confer with Cassels team regarding Canadian allocation decision appeal litigation. | 0.4 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP                      Invoice # 1974709
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                         Matter # 46992-00001

| Date | ID | TASK | Narrative | Hours |
|------|-----|------|-----------|-------|
| 10/6/2015 | RSK | 31 | Review mark-up of Canadian allocation order from counsel for UKPC. | 0.5 |
| 10/6/2015 | RSK | 31 | Review Canadian motion record by Monitor for SNMP claims. | 0.8 |
| 10/6/2015 | RSK | 29 | Confer with UCC advisors regarding U.S. debtors proof of claim. | 0.3 |
| 10/6/2015 | RSK | 29 | Review of draft proof of claim by U.S. debtors against NNL and related email correspondence from Akin Gump and BRG. | 1.4 |
| 10/6/2015 | MWU | 12 | Review draft proof of claim for Canadian estate and listing of claim categories, and review prior Canadian court orders regarding Canadian claims. | 2.4 |
| 10/6/2015 | MWU | 31 | Preparation for UCC meeting update on Canadian allocation litigation issues. | 0.6 |
| 10/6/2015 | MWU | 12 | Review motion record served by Monitor regarding SNMP claims against the Canadian debtors and supporting Monitor's report, and report to UCC advisors regarding same. | 1.3 |
| 10/6/2015 | RJA | 12 | Review and detailed analysis of draft NNI pre and post petition claims against Canadian estate. | 2.3 |
| 10/6/2015 | RJA | 12 | Telephone call with Akin Gump regarding NNI claims against Canadian estate. | 0.1 |
| 10/6/2015 | RJA | 7 | Prep work for in-person Committee meeting. | 0.9 |
| 10/7/2015 | GBS | 7 | Attend UCC Committee call. | 3.7 |
| 10/7/2015 | GBS | 31 | Confer with Cassels team regarding Canadian allocation decision appeal litigation status and action items. | 0.4 |
| 10/7/2015 | SAH | 29 | Review of correspondence from Canadian counsel to NNI regarding Canadian allocation litigation. | 0.2 |
| 10/7/2015 | SAH | 31 | Conducting Canadian legal research regarding Canadian allocation decision appeal litigation. | 1.6 |
| 10/7/2015 | RSK | 12 | Review revised draft proof of claim by U.S. debtors for claims against Canadian debtors. | 0.8 |
| 10/7/2015 | RSK | 31 | Review of comments from Canadian counsel for EMEA debtors regarding draft Canadian allocation order. | 0.3 |
| 10/7/2015 | RSK | 31 | Review of email correspondence from Canadian counsel for U.S. debtors regarding Canadian litigation. | 0.2 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP                               Invoice # 1974709
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                            Matter # 46992-00001

| Date | ID | TASK | Narrative | Hours |
|------|----|----|-----------|-------|
| 10/7/2015 | RSK | 12 | Review email correspondence from Akin Gump and BRG regarding U.S. debtors claims. | 0.4 |
| 10/7/2015 | RSK | 29 | Review and analysis of BRG recovery analysis. | 0.7 |
| 10/7/2015 | RSK | 7 | Participated in Committee meeting. | 3.7 |
| 10/7/2015 | MWU | 29 | Review draft mediation submissions for allocation mediation, and analyze Canadian issues for Canadian appeal. | 1.3 |
| 10/7/2015 | MWU | 7 | Attend UCC meeting (telephonically). | 3.7 |
| 10/7/2015 | MWU | 12 | Review status of UKPC Canadian claims appeal and relay to UCC advisors. | 0.3 |
| 10/7/2015 | RJA | 25 | Travel to New York for in-person UCC meeting at Akin Gump. | 1.4 |
| 10/7/2015 | RJA | 7 | Attend in-person UCC meeting at Akin Gump. | 3.7 |
| 10/7/2015 | RJA | 12 | Continue analysis of draft U.S. debtors' claims against Canadian debtor estates. | 2.1 |
| 10/7/2015 | RJA | 12 | Discussions with Akin Gump team regarding draft NNI claims against Canadian debtors estate. | 0.4 |
| 10/7/2015 | RJA | 31 | Review revised draft of Canadian allocation decision order received from Canadian counsel for UKPC. | 0.5 |
| 10/8/2015 | RSK | 12 | Review revised U.S. debtors' proof of claim. | 0.8 |
| 10/8/2015 | RSK | 29 | Review email correspondence from Akin Gump and BRG regarding draft proof of claim. | 0.6 |
| 10/8/2015 | MWU | 12 | Review and analyze U.S. debtors' proof of claim for Canadian estate, and analyze claims list, Canadian court orders, and related issues. | 2.2 |
| 10/8/2015 | MWU | 12 | Email correspondence with UCC advisors regarding Canadian estate claims issues. | 0.4 |
| 10/8/2015 | RJA | 25 | Return travel from New York to Toronto from in-person Committee meeting at Akin Gump. | 1.9 |
| 10/8/2015 | RJA | 12 | Review and comment on draft U.S. debtors' proof of claim against Canadian debtors. | 1.6 |
| 10/8/2015 | RJA | 29 | Analysis of issues for mediation on appeal of allocation decision. | 1.1 |
| 10/9/2015 | RSK | 12 | Review of further mark-up of draft proof of claim and related email correspondence. | 1.2 |
| 10/9/2015 | MWU | 31 | Review comments from multiple core parties for court order for Canadian allocation decision and analyze outstanding issues, and email correspondence with Cassels lawyers. | 1.6 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.

Invoice # 1974709

Matter # 46992-00001

| Date | ID | TASK | Narrative | Hours |
|------|-----|------|-----------|-------|
| 10/9/2015 | MWU | 12 | Review and analyze draft proof of claim for claims against Canadian debtors, and multiple email correspondence to and from UCC advisors and advisors for U.S. debtors regarding comments and questions. | 1.8 |
| 10/9/2015 | RJA | 12 | Examine latest draft of NNI claim against Canadian debtors. | 2.3 |
| 10/9/2015 | RJA | 31 | Email correspondence with Cassels team regarding latest draft of Canadian allocation order. | 0.2 |
| 10/12/2015 | RSK | 29 | Review draft mediation statement for U.S. mediator. | 0.3 |
| 10/12/2015 | MWU | 12 | Continue analysis of NNI proof of claim, and correspondence to and from UCC advisors. | 0.7 |
| 10/12/2015 | RJA | 31 | Review latest draft and comments on Canadian allocation decision order. | 0.5 |
| 10/12/2015 | RJA | 29 | Continue analysis of appeal issues for Canadian allocation decision. | 1.1 |
| 10/12/2015 | RJA | 12 | Review and analysis of latest draft of NNI claims against Canadian estate. | 1.4 |
| 10/13/2015 | SAH | 31 | Review and prepare summary of Ontario Court of Appeal's PPI decision. | 3.6 |
| 10/13/2015 | RSK | 12 | Review draft of proof of claim and correspondence from counsel for U.S. debtors. | 0.7 |
| 10/13/2015 | RSK | 29 | Review of mediation statements of U.S. debtors and bondholders. | 0.9 |
| 10/13/2015 | RSK | 7 | Participate in Committee call. | 1.1 |
| 10/13/2015 | RSK | 31 | Conference call with Canadian counsel for U.S. debtors and bondholders regarding Canadian PPI appeal decision and form of Canadian allocation order. | 0.6 |
| 10/13/2015 | RSK | 29 | Review summary of Canadian PPI appeal decision. | 0.3 |
| 10/13/2015 | RSK | 31 | Exchange email correspondence with Akin Gump regarding Canadian PPI appeal decision. | 0.3 |
| 10/13/2015 | RSK | 31 | Review Ontario Court of Appeal ruling on PPI decision. | 1.2 |
| 10/13/2015 | RSK | 29 | Review of email correspondence from Canadian counsel for core parties regarding comments on Canadian allocation order. | 0.4 |
| 10/13/2015 | RSK | 29 | Review of updated allocation analysis prepared by BRG. | 0.4 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP                        Invoice # 1974709
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                        Matter # 46992-00001

| Date | ID | TASK | Narrative | Hours |
|------|-----|------|-----------|-------|
| 10/13/2015 | MWU | 31 | Review comments from UKPC Canadian counsel for Canadian court order for Canadian allocation decision, and call with Canadian counsel for U.S. Interests to prepare for counsel meeting to negotiate order. | 1.2 |
| 10/13/2015 | MWU | 29 | Review sensitivity analysis and other documents circulated for UCC meeting including draft mediation submissions, and draft proof of claim for claims against Canadian debtors. | 1.3 |
| 10/13/2015 | MWU | 29 | Review draft UCC submissions for allocation mediation, and email correspondence among UCC advisors regarding same. | 1.1 |
| 10/13/2015 | MWU | 31 | Review and analyze Canadian PPI appeal decision from Ontario Court of Appeal, and multiple email correspondence and calls to and from UCC advisors and Canadian counsel for U.S. debtors regarding same. | 1.4 |
| 10/13/2015 | RJA | 31 | Review and analysis of post petition interest appeal decision from Ontario Court of Appeal. | 1.6 |
| 10/13/2015 | RJA | 12 | Review draft of NNI claims against Canadian estates. | 1.1 |
| 10/13/2015 | RJA | 31 | Review email correspondence from Monitor's Canadian counsel regarding Canadian allocation order. | 0.2 |
| 10/13/2015 | RJA | 29 | Review UCC mediation submissions. | 0.9 |
| 10/13/2015 | JDI | 31 | Review of Ontario Court of Appeal decision on post-petition interest and related summary. | 1.7 |
| 10/13/2015 | JDI | 7 | Participate on Committee call. | 1.1 |
| 10/14/2015 | GBS | 31 | Review Canadian PPI appeal decision. | 0.4 |
| 10/14/2015 | SAH | 31 | Continue preparation of summary of Canadian PPI appeal decision. | 2.3 |
| 10/14/2015 | RSK | 12 | Review of SNMP U.S. claims motion for partial summary judgment. | 0.7 |
| 10/14/2015 | RSK | 29 | Review of allocation mediation submissions from various core parties. | 2.2 |
| 10/14/2015 | RSK | 29 | Exchange email correspondence with Akin Gump regarding UCC mediation submissions. | 0.3 |
| 10/14/2015 | RSK | 29 | Review revised mediation submissions of UCC and related email correspondence with UCC advisors. | 1.1 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP                    Invoice # 1974709
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                        Matter # 46992-00001

| Date | ID | TASK | Narrative | Hours |
|------|-----|------|-----------|-------|
| 10/14/2015 | RSK | 31 | Review Canadian allocation order drafts and office conference with M. Wunder regarding negotiations with core parties. | 0.5 |
| 10/14/2015 | MWU | 31 | Attend in person meeting with Canadian counsel for core parties to settle order for Canadian allocation decision. | 1.5 |
| 10/14/2015 | MWU | 7 | Participate on UCC call. | 0.7 |
| 10/14/2015 | MWU | 29 | Email correspondence with UCC and advisors regarding UCC mediation submission. | 0.3 |
| 10/14/2015 | MWU | 29 | Review multiple revised drafts of UCC mediation submission. | 0.7 |
| 10/14/2015 | MWU | 31 | Review and analysis of Canadian appeals court PPI decision. | 0.8 |
| 10/14/2015 | MWU | 29 | Review mediation submissions from multiple core parties. | 2.6 |
| 10/14/2015 | RJA | 31 | Analysis of PPI appeal decision from Ontario Court of Appeal. | 1.3 |
| 10/14/2015 | RJA | 29 | Analysis of issues for appeal of Canadian allocation decision. | 1.5 |
| 10/14/2015 | RJA | 29 | Review allocation mediation briefs. | 2.9 |
| 10/15/2015 | RSK | 29 | Exchange email correspondence with Cassels team regarding U.S. allocation mediation. | 0.3 |
| 10/15/2015 | RSK | 31 | Exchange email correspondence with Akin Gump regarding Canadian PPI appeal decision. | 0.3 |
| 10/15/2015 | RSK | 29 | Continue review of allocation mediation statements. | 1.1 |
| 10/15/2015 | MWU | 3 | Prepare September 2015 account. | 1.7 |
| 10/15/2015 | MWU | 3 | Prepare August 2015 fee application. | 1.8 |
| 10/15/2015 | MWU | 12 | Review motion material filed in U.S. regarding SNMP claims, and call with Akin Gump to discuss including Canadian motion. | 0.8 |
| 10/15/2015 | MWU | 29 | Review and analysis of mediation statements from core parties, and analyze Canadian issues. | 2.1 |
| 10/15/2015 | RJA | 29 | Continue review and analysis of allocation mediation statements. | 2.1 |
| 10/15/2015 | RJA | 29 | Telephone call with Akin Gump regarding allocation mediation. | 0.1 |
| 10/15/2015 | RJA | 12 | Analysis of PPI decision from Ontario Court of Appeal. | 1.1 |
| 10/16/2015 | SAH | 29 | Drafting and revising summary of Canadian PPI decision. | 1.8 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP                          Invoice # 1974709
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                        Matter # 46992-00001

| Date | ID | TASK | Narrative | Hours |
|------|-----|------|-----------|-------|
| 10/16/2015 | RSK | 29 | Review mediation submissions from counsel for U.S. debtors and bondholders. | 0.8 |
| 10/16/2015 | MWU | 7 | Attend on UCC call. | 0.7 |
| 10/16/2015 | MWU | 31 | Review correspondence regarding Canadian court allocation decision order, and consider comments from other core parties. | 0.6 |
| 10/16/2015 | MWU | 29 | Review court orders and inter-co agreements to prepare for Nortel Canadian appeal litigation regarding allocation decision. | 1.8 |
| 10/16/2015 | RJA | 7 | Participate in Committee call. | 0.7 |
| 10/16/2015 | RJA | 31 | Continue review and analysis of allocation mediation briefs. | 2.8 |
| 10/16/2015 | RJA | 31 | Analysis of Ontario Court of Appeal PPI decision. | 1.9 |
| 10/19/2015 | RSK | 29 | Review of Canadian court material for allocation decision appeal litigation, and U.S. mediation submissions. | 1.4 |
| 10/19/2015 | MWU | 31 | Analysis of Canadian court PPI appeal decision, and related Canadian estate claims and distribution issues. | 1.8 |
| 10/19/2015 | MWU | 29 | Email correspondence with Akin Gump regarding allocation mediation. | 0.2 |
| 10/19/2015 | RJA | 29 | Continue review and analysis of allocation mediation briefs. | 1.7 |
| 10/19/2015 | RJA | 29 | Continue analysis of appeal issue for Canadian allocation decision. | 1.1 |
| 10/20/2015 | GBS | 31 | Review Canadian appeal court PPI decision. | 0.4 |
| 10/20/2015 | RSK | 31 | Review of Canadian appeal court PPI decision. | 0.5 |
| 10/20/2015 | RSK | 29 | Summarize mediation positions and issues for appeal of Canadian allocation decision. | 0.8 |
| 10/20/2015 | MWU | 31 | Review allocation mediation statements from core parties and consider Canadian estate distribution issues. | 1.4 |
| 10/20/2015 | RJA | 29 | Analysis of issues for appeal of Canadian allocation decision. | 1.9 |
| 10/20/2015 | RJA | 31 | Analysis of issues from Canadian PPI appeal decision. | 0.9 |
| 10/21/2015 | RSK | 29 | Review of allocation mediation submission of Trade Claims Consortium. | 0.5 |
| 10/21/2015 | RSK | 29 | Exchange email correspondence with Canadian counsel for U.S. debtors and bonds regarding form of Canadian allocation order. | 0.3 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP                                Invoice # 1974709
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                             Matter # 46992-00001

| Date | ID | TASK | Narrative | Hours |
|------|-----|------|-----------|-------|
| 10/21/2015 | RSK | 31 | Review of consolidated mark-up of draft Canadian allocation order and email correspondence regarding same with Canadian counsel for core parties. | 0.8 |
| 10/21/2015 | RSK | 29 | Review of draft stipulation for U.S. appeal schedule and related correspondence. | 0.6 |
| 10/21/2015 | RSK | 31 | Review draft form of order for Canadian PPI appeal circulated by Canadian counsel for Monitor. | 0.2 |
| 10/21/2015 | RSK | 29 | Email correspondence with Akin Gump regarding U.S. allocation mediation. | 0.2 |
| 10/21/2015 | MWU | 31 | Review revised draft of Canadian allocation decision order and email correspondence with Canadian counsel for core parties. | 0.9 |
| 10/21/2015 | MWU | 29 | Review correspondence from multiple core parties to U.S. court regarding order for mediation matters and related disputes. | 0.6 |
| 10/21/2015 | RJA | 29 | Review correspondence from Monitor and U.S. debtors regarding U.S. allocation mediation. | 0.7 |
| 10/21/2015 | RJA | 31 | Review draft Canadian allocation order. | 0.3 |
| 10/21/2015 | RJA | 31 | Review email correspondence among core parties regarding Canadian allocation order. | 0.2 |
| 10/21/2015 | RJA | 29 | Analysis of appeal issues regarding Canadian allocation decision. | 1.9 |
| 10/22/2015 | RSK | 12 | Review of U.S. court filings regarding SNMP claims dispute. | 0.3 |
| 10/22/2015 | RSK | 31 | Conference call with Canadian counsel for core parties regarding Canadian allocation order. | 0.5 |
| 10/22/2015 | RSK | 31 | Review of Monitor's supplemental report regarding Canadian records disposal order. | 0.5 |
| 10/22/2015 | RSK | 31 | Exchange email correspondence with core parties regarding case conference to settle Canadian allocation order. | 0.2 |
| 10/22/2015 | RSK | 7 | Participate on Committee call. | 0.7 |
| 10/22/2015 | RSK | 29 | Review allocation analysis. | 0.2 |
| 10/22/2015 | MWU | 7 | Attend on UCC call. | 0.7 |
| 10/22/2015 | MWU | 31 | Review correspondence from counsel for Monitor and revised draft order for Canadian allocation decision. | 0.4 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.

Invoice # 1974709

Matter # 46992-00001

| Date | ID | TASK | Narrative | Hours |
|------|-----|------|-----------|-------|
| 10/22/2015 | MWU | 31 | Attend on call with Canadian counsel for U.S. debtors and bonds to discuss Canadian allocation decision order comments from other core parties. | 0.5 |
| 10/22/2015 | MWU | 12 | Correspondence with BRG regarding allocation recovery analysis, and due diligence of Canadian estate employee and pension claim issues, and review summary regarding same. | 1.3 |
| 10/22/2015 | MWU | 31 | Review Monitor's report regarding status and outstanding disputes relating to records disposal of Canadian debtors. | 0.8 |
| 10/22/2015 | MWU | 29 | Review analysis of potential allocation settlement scenarios to prepare for allocation mediation. | 1.8 |
| 10/22/2015 | RJA | 31 | Review revised draft of Canadian allocation order. | 0.5 |
| 10/22/2015 | RJA | 14 | Call with Canadian counsel for core parties regarding draft Canadian allocation order. | 0.5 |
| 10/22/2015 | RJA | 12 | Call with BRG regarding Canadian pension claims. | 0.3 |
| 10/22/2015 | RJA | 12 | Research and analysis regarding Canadian pension claims. | 1.3 |
| 10/22/2015 | RJA | 31 | Review supplement to Monitor's report regarding Canadian records disposal. | 0.9 |
| 10/22/2015 | RJA | 29 | Analysis of appeal issues for Canadian allocation decision. | 1.1 |
| 10/23/2015 | RSK | 12 | Review of Canadian employee settlement order and related materials regarding pension issues. | 1.1 |
| 10/23/2015 | RSK | 29 | Conference call with BRG regarding pension and employee claims. | 0.5 |
| 10/23/2015 | RSK | 29 | Review of memo regarding potential claims for allocation calculation. | 0.4 |
| 10/23/2015 | RSK | 29 | Review of email correspondence regarding U.S. allocation mediation. | 0.4 |
| 10/23/2015 | MWU | 12 | Call with UCC advisors to discuss Canadian pension claims. | 0.5 |
| 10/23/2015 | MWU | 31 | Review Canadian Monitor's report regarding Canadian debtors' records disposal, and review agreements between UCC and Monitor/Canadian debtors regarding same. | 1.3 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP                         Invoice # 1974709
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                      Matter # 46992-00001

| Date | ID | TASK | Narrative | Hours |
|------|-----|------|-----------|-------|
| 10/23/2015 | MWU | 12 | Complete due diligence regarding Canadian claims issues and analysis including review of public reports regarding Canadian pension claims and payouts. | 2.4 |
| 10/23/2015 | RJA | 29 | Review Capstone sensitivity analysis regarding allocation and mediation issues. | 1.3 |
| 10/23/2015 | RJA | 12 | Conference call with BRG and Cassels teams regarding Canadian pension and employee claims. | 0.5 |
| 10/23/2015 | RJA | 12 | Analysis of Canadian pension and employee claims. | 0.9 |
| 10/26/2015 | RSK | 29 | Review updates from Akin Gump regarding allocation mediation issues and proposals. | 0.8 |
| 10/26/2015 | RSK | 7 | Participate in Committee call. | 1.3 |
| 10/26/2015 | RSK | 31 | Review factum of Monitor in support of Canadian records disposal motion. | 0.4 |
| 10/26/2015 | MWU | 31 | Review Monitor's report and factum regarding Canadian records disposal motion, and filed objections to disposal. | 1.3 |
| 10/26/2015 | MWU | 31 | Report to UCC advisors regarding Canadian records disposal and email correspondence with Canadian counsel for U.S. debtors regarding same. | 0.6 |
| 10/26/2015 | MWU | 3 | Prepare September, 2015 fee application. | 1.7 |
| 10/26/2015 | RJA | 14 | Review supplemental factum and book of authorities of the Monitor and the Canadian debtors in connection with the unresolved objections relating to Canadian records disposal. | 0.8 |
| 10/26/2015 | RJA | 7 | Participate in UCC call regarding mediation preparation. | 1.3 |
| 10/26/2015 | RJA | 31 | Review email correspondence from Akin Gump regarding mediation settlement proposals and analysis. | 0.4 |
| 10/27/2015 | RSK | 29 | Review of Akin Gump report regarding mediation issues. | 0.2 |
| 10/27/2015 | RSK | 29 | Review email correspondence from core parties' Canadian counsel regarding Canadian allocation order. | 0.4 |
| 10/27/2015 | MWU | 29 | Call with Canadian counsel for U.S. debtors to discuss Canadian allocation issues. | 0.3 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP                          Invoice # 1974709
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                          Matter # 46992-00001

| Date | ID | TASK | Narrative | Hours |
|------|----|----|----|----|
| 10/27/2015 | MWU | 31 | Call and email correspondence with Canadian counsel for bonds and NNI regarding Canadian records disposal issues. | 0.4 |
| 10/27/2015 | RJA | 29 | Email correspondence with Akin Gump team regarding mediation. | 0.1 |
| 10/27/2015 | RJA | 29 | Review email update from Akin Gump regarding mediation. | 0.2 |
| 10/27/2015 | RJA | 29 | Review mediation settlement analysis. | 1.6 |
| 10/27/2015 | RJA | 12 | Analysis of Canadian estate claims. | 1.6 |
| 10/27/2015 | RJA | 31 | Review email correspondence from NNI's Canadian counsel regarding negotiations relating to draft Canadian allocation order. | 0.5 |
| 10/28/2015 | RSK | 29 | Review allocation mediation updates. | 0.6 |
| 10/28/2015 | RSK | 31 | Review revised Canadian court order for Canadian records disposal and endorsement of Justice Newbould. | 0.3 |
| 10/28/2015 | MWU | 31 | Multiple correspondence to and from Canadian counsel for Monitor and U.S. debtors regarding disposal of records and settlement of objections (0.4), and report to UCC advisors regarding same (0.3). | 0.7 |
| 10/28/2015 | MWU | 31 | Prepare for Canadian records disposal objection motion. | 0.7 |
| 10/28/2015 | MWU | 8 | Attend to Canadian Court hearing. | 0.4 |
| 10/28/2015 | MWU | 29 | Review court filings for Canadian allocation decision appeal litigation and appeal briefing. | 1.7 |
| 10/28/2015 | RJA | 29 | Review email update from Akin Gump regarding allocation mediation. | 0.1 |
| 10/28/2015 | RJA | 29 | Consider and analyze allocation mediator summary and sensitivities regarding allocation decision and debtor estate positions. | 1.3 |
| 10/28/2015 | RJA | 12 | Analysis of Canadian estate claims. | 1.2 |
| 10/29/2015 | RSK | 29 | Review of recovery analysis prepared by UCC financial advisor. | 0.4 |
| 10/29/2015 | RSK | 7 | Participate in Committee call. | 0.7 |
| 10/29/2015 | MWU | 7 | Attend on Committee call. | 0.7 |
| 10/29/2015 | MWU | 29 | Continue analysis of allocation mediation issues and analysis of financial assumptions for multiple estates. | 1.4 |
| 10/29/2015 | MWU | 29 | Review reports on Canadian estate claims for allocation mediation and appeals. | 1.2 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP                        Invoice # 1974709
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                              Matter # 46992-00001

| Date | ID | TASK | Narrative | Hours |
|------|-----|------|-----------|-------|
| 10/29/2015 | MWU | 31 | Review correspondence from Canadian Counsel for UKPC regarding Canadian court order for allocation decision. | 0.1 |
| 10/29/2015 | RJA | 7 | Participate in Committee call. | 0.7 |
| 10/29/2015 | RJA | 29 | Analysis of issues for allocation mediation including financial assumptions. | 1.6 |
| 10/29/2015 | RJA | 12 | Continue analysis of Canadian claims and related issues for allocation. | 1 |
| 10/30/2015 | SAH | 31 | Conducting Canadian legal research regarding Canadian allocation decision appeal litigation. | 2.1 |
| 10/30/2015 | MWU | 29 | Review summary of financial assumptions for allocation mediation. | 0.9 |
| 10/30/2015 | RJA | 12 | Continue analysis of Canadian employee and pension claims. | 0.9 |
| 10/30/2015 | RJA | 29 | Analysis of appeal issues regarding Canadian allocation decision. | 1.7 |
| | | | **TOTAL** | **232.5** |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP                    Invoice # 1974709
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                         Matter # 46992-00001

| Name | Title | Department | Province of Bar Admission/Year | Hours | Rate | Billed Value |
|------|-------|-----------|-------------------------------|-------|------|--------------|
| Geoffrey B. Shaw | Partner | Advocacy | Ontario - 1986 | 7.00 | $945.00 | $6,615.00 |
| Jane Dietrich | Partner | Financial Restructuring | Ontario - 2004 | 5.80 | $660.00 | $3,828.00 |
| Michael Wunder | Partner | Financial Restructuring | Ontario - 1990 | 74.00 | $810.00 | $59,940.00 |
| Ryan Jacobs | Partner | Financial Restructuring | Ontario - 2011 | 76.60 | $785.00 | $60,131.00 |
| Shayne Kukulowicz | Partner | Financial Restructuring | Ontario - 1990 | 47.90 | $910.00 | $43,589.00 |
| Stefanie Holland | Associate | Advocacy | Ontario - 2010 | 21.20 | $450.00 | $9,540.00 |
| | | | | | | |
| **TOTAL** | | | | **232.50** | **CDN.** | **$183,643.00** |
| *Less: Non-Working Travel Time Discount (50% of $2,590.50)* | | | | | | *(1,295.25)* |
| **TOTAL** | | | | **232.50** | **CDN.** | **$182,347.75** |

**TOTAL PROFESSIONAL FEES**                                    $  183,643.00

**Less: Non-Working Travel Time Discount (50% of $2,590.50)**        (1,295.25)

**TOTAL PROFESSIONAL FEES**                                    $  182,347.75

**<u>Non-Taxable Disbursements</u>**

    Copies                                                281.60
    Binding, Tabs, Disks, etc                               8.25
    Telephone / Long Distance/Conference Calls             33.54
    Travel / Ground Transportation                         22.12

**Total Disbursements and Tax**                                    345.51

**Total Fees, Disbursements & Tax**                        $  182,693.26 CDN

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP                    Invoice # 1974709
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                          Matter # 46992-00001

### Time Summary By Task Code:

| Task Codes | Description | Hours | Fees |
|---|---|---|---|
| 0003 | Cassels Brock Fee Application/Monthly Billing Reports | 6.40 | 5,184.00 |
| 0007 | Creditors Committee Meetings | 29.60 | 24,808.00 |
| 0008 | Court Hearings | 1.20 | 972.00 |
| 0012 | General Claims Analysis/Claims Objections | 40.20 | 32,659.50 |
| 0014 | CCAA Order/Court-Ordered Charges | 2.30 | 1,805.50 |
| 0025 | Travel | 3.30 | 2,590.50 |
| 0029 | Intercompany Analysis | 92.70 | 73,940.50 |
| 0031 | Canadian Proceedings/Matters | 56.80 | 41,683.00 |
| | | | |
| **TOTAL** | | **232.5** | **$ 183,643.00** |
| | *Less: Non-Working Travel Time Discount (50% of $2,590.50)* | | *(1,295.25)* |
| **TOTAL** | | **232.5** | **$ 182,347.75** |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP                    Invoice # 1974709
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                            Matter # 46992-00001

**Disbursement Details:**

| Date | Narrative | Quantity | Amount |
|------|-----------|---------:|-------:|
| 8/19/2015 | Telephone | 1 | 3.96 |
| 9/9/2015 | Telephone | 1 | 2.40 |
| 9/22/2015 | Telephone | 1 | 2.40 |
| 9/24/2015 | Telephone | 1 | 6.00 |
| 10/1/2015 | Copies | 13 | 1.30 |
| 10/1/2015 | Copies | 3 | 0.30 |
| 10/1/2015 | Copies | 7 | 0.70 |
| 10/1/2015 | Copies | 5 | 0.50 |
| 10/1/2015 | Copies | 2 | 0.20 |
| 10/1/2015 | Copies | 6 | 0.60 |
| 10/1/2015 | Copies | 6 | 0.60 |
| 10/1/2015 | Copies | 2 | 0.20 |
| 10/1/2015 | Copies | 7 | 0.70 |
| 10/1/2015 | Copies | 4 | 0.40 |
| 10/1/2015 | Copies | 7 | 0.70 |
| 10/1/2015 | Copies | 7 | 0.70 |
| 10/1/2015 | Copies | 2 | 0.20 |
| 10/1/2015 | Copies | 2 | 0.20 |
| 10/1/2015 | Copies | 16 | 1.60 |
| 10/1/2015 | Copies | 4 | 0.40 |
| 10/1/2015 | Copies | 8 | 0.80 |
| 10/1/2015 | Copies | 8 | 0.80 |
| 10/1/2015 | Copies | 2 | 0.20 |
| 10/1/2015 | Copies | 6 | 0.60 |
| 10/1/2015 | Copies | 5 | 0.50 |
| 10/1/2015 | Copies | 7 | 0.70 |
| 10/1/2015 | Copies | 2 | 0.20 |
| 10/1/2015 | Copies | 3 | 0.30 |
| 10/1/2015 | Copies | 8 | 0.80 |
| 10/1/2015 | Copies | 8 | 0.80 |
| 10/1/2015 | Copies | 5 | 0.50 |
| 10/1/2015 | Copies | 2 | 0.20 |
| 10/2/2015 | Copies | 2 | 0.20 |
| 10/2/2015 | Copies | 12 | 1.20 |
| 10/2/2015 | Copies | 2 | 0.20 |
| 10/2/2015 | Copies | 2 | 0.20 |
| 10/2/2015 | Copies | 7 | 0.70 |
| 10/2/2015 | Copies | 4 | 0.40 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP                  Invoice # 1974709
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                        Matter # 46992-00001

| Date | Narrative | Quantity | Amount |
|------|-----------|----------|--------|
| 10/2/2015 | Copies | 4 | 0.40 |
| 10/2/2015 | Copies | 2 | 0.20 |
| 10/2/2015 | Copies | 3 | 0.30 |
| 10/2/2015 | Copies | 3 | 0.30 |
| 10/2/2015 | Copies | 5 | 0.50 |
| 10/2/2015 | Copies | 7 | 0.70 |
| 10/2/2015 | Binding, Tabs, Disks, etc | 1 | 5.50 |
| 10/5/2015 | Copies | 31 | 3.10 |
| 10/5/2015 | Copies | 4 | 0.40 |
| 10/5/2015 | Copies | 2 | 0.20 |
| 10/5/2015 | Copies | 3 | 0.30 |
| 10/5/2015 | Copies | 4 | 0.40 |
| 10/5/2015 | Copies | 5 | 0.50 |
| 10/5/2015 | Binding, Tabs, Disks, etc | 1 | 2.75 |
| 10/5/2015 | Telephone | 1 | 0.60 |
| 10/5/2015 | Telephone - BELL CONFERENCING INC. | 1 | 3.42 |
| 10/6/2015 | Copies | 2 | 0.20 |
| 10/6/2015 | Copies | 70 | 7.00 |
| 10/6/2015 | Copies | 9 | 0.90 |
| 10/6/2015 | Copies | 14 | 1.40 |
| 10/6/2015 | Copies | 2 | 0.20 |
| 10/6/2015 | Copies | 3 | 0.30 |
| 10/6/2015 | Copies | 3 | 0.30 |
| 10/6/2015 | Copies | 18 | 1.80 |
| 10/6/2015 | Copies | 35 | 3.50 |
| 10/6/2015 | Copies | 35 | 3.50 |
| 10/6/2015 | Copies | 17 | 1.70 |
| 10/6/2015 | Copies | 8 | 0.80 |
| 10/7/2015 | Copies | 13 | 1.30 |
| 10/7/2015 | Copies | 10 | 1.00 |
| 10/7/2015 | Copies | 4 | 0.40 |
| 10/7/2015 | Copies | 20 | 2.00 |
| 10/7/2015 | Copies | 4 | 0.40 |
| 10/7/2015 | Copies | 13 | 1.30 |
| 10/8/2015 | Copies | 2 | 0.20 |
| 10/8/2015 | Copies | 25 | 2.50 |
| 10/8/2015 | Copies | 76 | 7.60 |
| 10/8/2015 | Copies | 2 | 0.20 |
| 10/8/2015 | Copies | 39 | 3.90 |
| 10/8/2015 | Copies | 32 | 3.20 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP                    Invoice # 1974709
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                        Matter # 46992-00001

| Date | Narrative | Quantity | Amount |
|------|-----------|----------|--------|
| 10/8/2015 | Copies | 2 | 0.20 |
| 10/8/2015 | Copies | 2 | 0.20 |
| 10/8/2015 | Copies | 12 | 1.20 |
| 10/8/2015 | Copies | 4 | 0.40 |
| 10/8/2015 | Copies | 4 | 0.40 |
| 10/8/2015 | Copies | 2 | 0.20 |
| 10/8/2015 | Copies | 2 | 0.20 |
| 10/8/2015 | Copies | 5 | 0.50 |
| 10/9/2015 | Copies | 8 | 0.80 |
| 10/9/2015 | Copies | 3 | 0.30 |
| 10/9/2015 | Copies | 5 | 0.50 |
| 10/9/2015 | Copies | 10 | 1.00 |
| 10/9/2015 | Copies | 12 | 1.20 |
| 10/9/2015 | Copies | 3 | 0.30 |
| 10/9/2015 | Copies | 6 | 0.60 |
| 10/9/2015 | Copies | 9 | 0.90 |
| 10/9/2015 | Copies | 11 | 1.10 |
| 10/9/2015 | Copies | 12 | 1.20 |
| 10/9/2015 | Copies | 13 | 1.30 |
| 10/9/2015 | Copies | 10 | 1.00 |
| 10/9/2015 | Copies | 2 | 0.20 |
| 10/9/2015 | Telephone - BELL CONFERENCING INC. | 1 | 0.15 |
| 10/9/2015 | Telephone - BELL CONFERENCING INC. | 1 | 4.17 |
| 10/9/2015 | Telephone - BELL CONFERENCING INC. | 1 | 1.11 |
| 10/13/2015 | Copies | 13 | 1.30 |
| 10/13/2015 | Copies | 2 | 0.20 |
| 10/13/2015 | Copies | 8 | 0.80 |
| 10/13/2015 | Copies | 34 | 3.40 |
| 10/13/2015 | Copies | 33 | 3.30 |
| 10/13/2015 | Copies | 2 | 0.20 |
| 10/13/2015 | Copies | 1 | 0.10 |
| 10/13/2015 | Copies | 13 | 1.3 |
| 10/13/2015 | Copies | 20 | 2 |
| 10/13/2015 | Copies | 10 | 1 |
| 10/13/2015 | Copies | 1 | 0.1 |
| 10/13/2015 | Copies | 2 | 0.2 |
| 10/13/2015 | Copies | 2 | 0.2 |
| 10/13/2015 | Copies | 1 | 0.1 |
| 10/13/2015 | Copies | 2 | 0.2 |
| 10/13/2015 | Copies | 35 | 3.5 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.

Invoice # 1974709

Matter # 46992-00001

| Date | Narrative | Quantity | Amount |
|------|-----------|----------|--------|
| 10/13/2015 | Copies | 35 | 3.5 |
| 10/13/2015 | Copies | 35 | 3.5 |
| 10/13/2015 | Copies | 35 | 3.5 |
| 10/13/2015 | Copies | 23 | 2.3 |
| 10/13/2015 | Copies | 21 | 2.1 |
| 10/13/2015 | Copies | 2 | 0.2 |
| 10/13/2015 | Copies | 2 | 0.2 |
| 10/13/2015 | Copies | 4 | 0.4 |
| 10/13/2015 | Copies | 4 | 0.4 |
| 10/13/2015 | Copies | 5 | 0.5 |
| 10/13/2015 | Copies | 39 | 3.9 |
| 10/13/2015 | Copies | 3 | 0.3 |
| 10/13/2015 | Copies | 3 | 0.3 |
| 10/13/2015 | Copies | 6 | 0.6 |
| 10/13/2015 | Copies | 7 | 0.7 |
| 10/13/2015 | Copies | 8 | 0.8 |
| 10/13/2015 | Copies | 3 | 0.3 |
| 10/13/2015 | Copies | 1 | 0.1 |
| 10/13/2015 | Copies | 2 | 0.2 |
| 10/13/2015 | Copies | 1 | 0.1 |
| 10/13/2015 | Copies | 2 | 0.2 |
| 10/13/2015 | Copies | 5 | 0.5 |
| 10/13/2015 | Copies | 13 | 1.3 |
| 10/14/2015 | Copies | 10 | 1 |
| 10/14/2015 | Copies | 3 | 0.3 |
| 10/14/2015 | Copies | 8 | 0.8 |
| 10/14/2015 | Copies | 9 | 0.9 |
| 10/14/2015 | Copies | 2 | 0.2 |
| 10/14/2015 | Copies | 37 | 3.7 |
| 10/14/2015 | Copies | 1 | 0.1 |
| 10/14/2015 | Copies | 4 | 0.4 |
| 10/14/2015 | Copies | 6 | 0.6 |
| 10/14/2015 | Copies | 7 | 0.7 |
| 10/14/2015 | Copies | 37 | 3.7 |
| 10/14/2015 | Copies | 37 | 3.7 |
| 10/14/2015 | Copies | 8 | 0.8 |
| 10/14/2015 | Copies | 5 | 0.5 |
| 10/14/2015 | Copies | 7 | 0.7 |
| 10/14/2015 | Copies | 2 | 0.2 |
| 10/15/2015 | Copies | 37 | 3.7 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP

Invoice # 1974709

The Official Committee of Unsecured Creditors

Re: Nortel Networks Inc, et al.

Matter # 46992-00001

| Date | Narrative | Quantity | Amount |
|------|-----------|---------:|-------:|
| 10/15/2015 | Copies | 35 | 3.5 |
| 10/15/2015 | Copies | 4 | 0.4 |
| 10/15/2015 | Copies | 5 | 0.5 |
| 10/15/2015 | Copies | 7 | 0.7 |
| 10/15/2015 | Copies | 4 | 0.4 |
| 10/15/2015 | Copies | 2 | 0.2 |
| 10/15/2015 | Copies | 6 | 0.6 |
| 10/15/2015 | Copies | 7 | 0.7 |
| 10/15/2015 | Copies | 7 | 0.7 |
| 10/15/2015 | Copies | 7 | 0.7 |
| 10/15/2015 | Copies | 5 | 0.5 |
| 10/15/2015 | Copies | 6 | 0.6 |
| 10/15/2015 | Copies | 9 | 0.9 |
| 10/15/2015 | Copies | 4 | 0.4 |
| 10/15/2015 | Copies | 7 | 0.7 |
| 10/15/2015 | Copies | 4 | 0.4 |
| 10/15/2015 | Copies | 5 | 0.5 |
| 10/15/2015 | Copies | 6 | 0.6 |
| 10/15/2015 | Copies | 2 | 0.2 |
| 10/15/2015 | Copies | 4 | 0.4 |
| 10/15/2015 | Copies | 6 | 0.6 |
| 10/15/2015 | Copies | 6 | 0.6 |
| 10/15/2015 | Copies | 8 | 0.8 |
| 10/15/2015 | Copies | 10 | 1 |
| 10/15/2015 | Copies | 4 | 0.4 |
| 10/15/2015 | Copies | 2 | 0.2 |
| 10/15/2015 | Copies | 4 | 0.4 |
| 10/15/2015 | Copies | 10 | 1 |
| 10/15/2015 | Copies | 2 | 0.2 |
| 10/15/2015 | Copies | 7 | 0.7 |
| 10/15/2015 | Copies | 6 | 0.6 |
| 10/15/2015 | Copies | 8 | 0.8 |
| 10/15/2015 | Copies | 7 | 0.7 |
| 10/15/2015 | Copies | 3 | 0.3 |
| 10/15/2015 | Copies | 7 | 0.7 |
| 10/15/2015 | Copies | 8 | 0.8 |
| 10/15/2015 | Copies | 6 | 0.6 |
| 10/15/2015 | Copies | 2 | 0.2 |
| 10/15/2015 | Copies | 9 | 0.9 |
| 10/15/2015 | Copies | 8 | 0.8 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP                          Invoice # 1974709
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                       Matter # 46992-00001

| Date | Narrative | Quantity | Amount |
|------|-----------|----------|--------|
| 10/15/2015 | Copies | 7 | 0.7 |
| 10/16/2015 | Telephone - BELL CONFERENCING INC. | 1 | 3.9 |
| 10/16/2015 | Copies | 2 | 0.2 |
| 10/16/2015 | Copies | 2 | 0.2 |
| 10/16/2015 | Copies | 20 | 2 |
| 10/16/2015 | Copies | 7 | 0.7 |
| 10/16/2015 | Copies | 15 | 1.5 |
| 10/16/2015 | Copies | 20 | 2 |
| 10/16/2015 | Copies | 2 | 0.2 |
| 10/16/2015 | Copies | 6 | 0.6 |
| 10/16/2015 | Copies | 2 | 0.2 |
| 10/16/2015 | Copies | 2 | 0.2 |
| 10/16/2015 | Copies | 4 | 0.4 |
| 10/16/2015 | Copies | 5 | 0.5 |
| 10/19/2015 | Copies | 10 | 1 |
| 10/19/2015 | Copies | 4 | 0.4 |
| 10/19/2015 | Copies | 5 | 0.5 |
| 10/19/2015 | Copies | 6 | 0.6 |
| 10/19/2015 | Copies | 2 | 0.2 |
| 10/19/2015 | Copies | 2 | 0.2 |
| 10/19/2015 | Copies | 2 | 0.2 |
| 10/19/2015 | Copies | 7 | 0.7 |
| 10/19/2015 | Copies | 10 | 1 |
| 10/19/2015 | Copies | 7 | 0.7 |
| 10/19/2015 | Telephone | 1 | 1.2 |
| 10/20/2015 | Copies | 51 | 5.1 |
| 10/21/2015 | Copies | 2 | 0.2 |
| 10/21/2015 | Copies | 3 | 0.3 |
| 10/21/2015 | Copies | 3 | 0.3 |
| 10/21/2015 | Copies | 3 | 0.3 |
| 10/21/2015 | Copies | 9 | 0.9 |
| 10/21/2015 | Copies | 4 | 0.4 |
| 10/21/2015 | Copies | 2 | 0.2 |
| 10/21/2015 | Copies | 4 | 0.4 |
| 10/21/2015 | Copies | 8 | 0.8 |
| 10/21/2015 | Copies | 7 | 0.7 |
| 10/21/2015 | Copies | 3 | 0.3 |
| 10/21/2015 | Copies | 7 | 0.7 |
| 10/21/2015 | Copies | 2 | 0.2 |
| 10/21/2015 | Copies | 9 | 0.9 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP                    Invoice # 1974709
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                       Matter # 46992-00001

| Date | Narrative | Quantity | Amount |
|------|-----------|---------:|-------:|
| 10/21/2015 | Copies | 2 | 0.2 |
| 10/21/2015 | Copies | 3 | 0.3 |
| 10/21/2015 | Copies | 5 | 0.5 |
| 10/21/2015 | Copies | 6 | 0.6 |
| 10/21/2015 | Copies | 14 | 1.4 |
| 10/21/2015 | Copies | 11 | 1.1 |
| 10/21/2015 | Copies | 12 | 1.2 |
| 10/22/2015 | Copies | 2 | 0.2 |
| 10/22/2015 | Copies | 84 | 8.4 |
| 10/22/2015 | Copies | 8 | 0.8 |
| 10/22/2015 | Copies | 12 | 1.2 |
| 10/22/2015 | Copies | 14 | 1.4 |
| 10/22/2015 | Copies | 2 | 0.2 |
| 10/22/2015 | Copies | 4 | 0.4 |
| 10/22/2015 | Copies | 9 | 0.9 |
| 10/22/2015 | Copies | 18 | 1.8 |
| 10/22/2015 | Copies | 3 | 0.3 |
| 10/22/2015 | Copies | 5 | 0.5 |
| 10/22/2015 | Copies | 8 | 0.8 |
| 10/22/2015 | Copies | 5 | 0.5 |
| 10/22/2015 | Copies | 2 | 0.2 |
| 10/22/2015 | Copies | 2 | 0.2 |
| 10/22/2015 | Copies | 2 | 0.2 |
| 10/22/2015 | Copies | 11 | 1.1 |
| 10/22/2015 | Copies | 9 | 0.9 |
| 10/22/2015 | Copies | 2 | 0.2 |
| 10/22/2015 | Copies | 2 | 0.2 |
| 10/22/2015 | Copies | 18 | 1.8 |
| 10/22/2015 | Copies | 18 | 1.8 |
| 10/22/2015 | Copies | 1 | 0.1 |
| 10/22/2015 | Copies | 2 | 0.2 |
| 10/22/2015 | Copies | 2 | 0.2 |
| 10/23/2015 | Copies | 2 | 0.2 |
| 10/23/2015 | Copies | 27 | 2.7 |
| 10/23/2015 | Copies | 1 | 0.1 |
| 10/23/2015 | Copies | 4 | 0.4 |
| 10/23/2015 | Copies | 16 | 1.6 |
| 10/26/2015 | Copies | 8 | 0.8 |
| 10/26/2015 | Copies | 2 | 0.2 |
| 10/26/2015 | Copies | 3 | 0.3 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP                          Invoice # 1974709
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                          Matter # 46992-00001

| Date | Narrative | Quantity | Amount |
|------|-----------|----------|--------|
| 10/26/2015 | Copies | 2 | 0.2 |
| 10/26/2015 | Copies | 1 | 0.1 |
| 10/26/2015 | Copies | 3 | 0.3 |
| 10/26/2015 | Copies | 22 | 2.2 |
| 10/26/2015 | Copies | 23 | 2.3 |
| 10/26/2015 | Copies | 4 | 0.4 |
| 10/26/2015 | Copies | 2 | 0.2 |
| 10/27/2015 | Copies | 2 | 0.20 |
| 10/27/2015 | Copies | 5 | 0.5 |
| 10/27/2015 | Copies | 9 | 0.9 |
| 10/27/2015 | Copies | 53 | 5.3 |
| 10/27/2015 | Copies | 9 | 0.9 |
| 10/27/2015 | Copies | 5 | 0.5 |
| 10/27/2015 | Copies | 26 | 2.6 |
| 10/27/2015 | Copies | 2 | 0.2 |
| 10/27/2015 | Copies | 92 | 9.2 |
| 10/28/2015 | Travel - M. Wunder - Taxi to Court on October 28, 2015 | 1 | 22.12 |
| 10/28/2015 | Copies | 3 | 0.3 |
| 10/28/2015 | Copies | 5 | 0.5 |
| 10/28/2015 | Copies | 2 | 0.2 |
| 10/28/2015 | Copies | 2 | 0.2 |
| 10/28/2015 | Copies | 5 | 0.5 |
| 10/28/2015 | Copies | 6 | 0.6 |
| 10/28/2015 | Copies | 7 | 0.7 |
| 10/28/2015 | Copies | 6 | 0.6 |
| 10/28/2015 | Copies | 5 | 0.5 |
| 10/28/2015 | Copies | 2 | 0.2 |
| 10/28/2015 | Copies | 2 | 0.2 |
| 10/28/2015 | Copies | 4 | 0.4 |
| 10/28/2015 | Copies | 5 | 0.5 |
| 10/29/2015 | Copies | 2 | 0.2 |
| 10/29/2015 | Copies | 7 | 0.7 |
| 10/29/2015 | Copies | 2 | 0.2 |
| 10/29/2015 | Copies | 6 | 0.6 |
| 10/29/2015 | Copies | 6 | 0.6 |
| 10/29/2015 | Copies | 2 | 0.2 |
| 10/29/2015 | Copies | 2 | 0.2 |
| 10/29/2015 | Copies | 18 | 1.8 |
| 10/29/2015 | Copies | 1 | 0.1 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP                     Invoice # 1974709
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                          Matter # 46992-00001

| Date | Narrative | Quantity | Amount |
|------|-----------|----------|--------|
| 10/29/2015 | Copies | 22 | 2.2 |
| 10/29/2015 | Copies | 4 | 0.4 |
| 10/29/2015 | Copies | 3 | 0.30 |
| 10/30/2015 | Copies | 9 | 0.9 |
| 10/30/2015 | Copies | 9 | 0.9 |
| 10/30/2015 | Copies | 9 | 0.9 |
| 10/30/2015 | Copies | 2 | 0.2 |
| 10/30/2015 | Copies | 2 | 0.2 |
| 10/30/2015 | Telephone - BELL CONFERENCING INC. | 1 | 4.23 |
| | **Total** | | **345.51** |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.