**EXHIBIT C**

**DISBURSEMENT SUMMARY**
**OCTOBER 1 TO OCTOBER 31, 2015**
**(All Amounts in Canadian Dollars)**

| Non-Taxable Disbursements | | |
|---|---|---|
| Copies | $ | 281.60 |
| Binding, Tabs, Disks, etc | $ | 8.25 |
| Telephone / Long Distance/Conference Calls | $ | 33.54 |
| Travel / Ground Transportation | $ | 22.12 |
| | | |
| Total Non-Taxable Disbursements | **$** | **810.23 CDN.** |