**EXHIBIT D**

CASSELS BROCK & BLACKWELL LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.

Invoice # 1974709

Matter # 46992-00001

**Disbursement Details:**

| Date | Narrative | Quantity | Amount |
|---|---|---|---|
| 8/19/2015 | Telephone | 1 | 3.96 |
| 9/9/2015 | Telephone | 1 | 2.40 |
| 9/22/2015 | Telephone | 1 | 2.40 |
| 9/24/2015 | Telephone | 1 | 6.00 |
| 10/1/2015 | Copies | 13 | 1.30 |
| 10/1/2015 | Copies | 3 | 0.30 |
| 10/1/2015 | Copies | 7 | 0.70 |
| 10/1/2015 | Copies | 5 | 0.50 |
| 10/1/2015 | Copies | 2 | 0.20 |
| 10/1/2015 | Copies | 6 | 0.60 |
| 10/1/2015 | Copies | 6 | 0.60 |
| 10/1/2015 | Copies | 2 | 0.20 |
| 10/1/2015 | Copies | 7 | 0.70 |
| 10/1/2015 | Copies | 4 | 0.40 |
| 10/1/2015 | Copies | 7 | 0.70 |
| 10/1/2015 | Copies | 7 | 0.70 |
| 10/1/2015 | Copies | 2 | 0.20 |
| 10/1/2015 | Copies | 2 | 0.20 |
| 10/1/2015 | Copies | 16 | 1.60 |
| 10/1/2015 | Copies | 4 | 0.40 |
| 10/1/2015 | Copies | 8 | 0.80 |
| 10/1/2015 | Copies | 8 | 0.80 |
| 10/1/2015 | Copies | 2 | 0.20 |
| 10/1/2015 | Copies | 6 | 0.60 |
| 10/1/2015 | Copies | 5 | 0.50 |
| 10/1/2015 | Copies | 7 | 0.70 |
| 10/1/2015 | Copies | 2 | 0.20 |
| 10/1/2015 | Copies | 3 | 0.30 |
| 10/1/2015 | Copies | 8 | 0.80 |
| 10/1/2015 | Copies | 8 | 0.80 |
| 10/1/2015 | Copies | 5 | 0.50 |
| 10/1/2015 | Copies | 2 | 0.20 |
| 10/2/2015 | Copies | 2 | 0.20 |
| 10/2/2015 | Copies | 12 | 1.20 |
| 10/2/2015 | Copies | 2 | 0.20 |
| 10/2/2015 | Copies | 2 | 0.20 |
| 10/2/2015 | Copies | 7 | 0.70 |
| 10/2/2015 | Copies | 4 | 0.40 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 1974709  
Matter # 46992-00001

| Date | Narrative | Quantity | Amount |
|---|---|---|---|
| 10/2/2015 | Copies | 4 | 0.40 |
| 10/2/2015 | Copies | 2 | 0.20 |
| 10/2/2015 | Copies | 3 | 0.30 |
| 10/2/2015 | Copies | 3 | 0.30 |
| 10/2/2015 | Copies | 5 | 0.50 |
| 10/2/2015 | Copies | 7 | 0.70 |
| 10/2/2015 | Binding, Tabs, Disks, etc | 1 | 5.50 |
| 10/5/2015 | Copies | 31 | 3.10 |
| 10/5/2015 | Copies | 4 | 0.40 |
| 10/5/2015 | Copies | 2 | 0.20 |
| 10/5/2015 | Copies | 3 | 0.30 |
| 10/5/2015 | Copies | 4 | 0.40 |
| 10/5/2015 | Copies | 5 | 0.50 |
| 10/5/2015 | Binding, Tabs, Disks, etc | 1 | 2.75 |
| 10/5/2015 | Telephone | 1 | 0.60 |
| 10/5/2015 | Telephone - BELL CONFERENCING INC. | 1 | 3.42 |
| 10/6/2015 | Copies | 2 | 0.20 |
| 10/6/2015 | Copies | 70 | 7.00 |
| 10/6/2015 | Copies | 9 | 0.90 |
| 10/6/2015 | Copies | 14 | 1.40 |
| 10/6/2015 | Copies | 2 | 0.20 |
| 10/6/2015 | Copies | 3 | 0.30 |
| 10/6/2015 | Copies | 3 | 0.30 |
| 10/6/2015 | Copies | 18 | 1.80 |
| 10/6/2015 | Copies | 35 | 3.50 |
| 10/6/2015 | Copies | 35 | 3.50 |
| 10/6/2015 | Copies | 17 | 1.70 |
| 10/6/2015 | Copies | 8 | 0.80 |
| 10/7/2015 | Copies | 13 | 1.30 |
| 10/7/2015 | Copies | 10 | 1.00 |
| 10/7/2015 | Copies | 4 | 0.40 |
| 10/7/2015 | Copies | 20 | 2.00 |
| 10/7/2015 | Copies | 4 | 0.40 |
| 10/7/2015 | Copies | 13 | 1.30 |
| 10/8/2015 | Copies | 2 | 0.20 |
| 10/8/2015 | Copies | 25 | 2.50 |
| 10/8/2015 | Copies | 76 | 7.60 |
| 10/8/2015 | Copies | 2 | 0.20 |
| 10/8/2015 | Copies | 39 | 3.90 |
| 10/8/2015 | Copies | 32 | 3.20 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.

Invoice # 1974709

Matter # 46992-00001

| Date | Narrative | Quantity | Amount |
|---|---|---|---|
| 10/8/2015 | Copies | 2 | 0.20 |
| 10/8/2015 | Copies | 2 | 0.20 |
| 10/8/2015 | Copies | 12 | 1.20 |
| 10/8/2015 | Copies | 4 | 0.40 |
| 10/8/2015 | Copies | 4 | 0.40 |
| 10/8/2015 | Copies | 2 | 0.20 |
| 10/8/2015 | Copies | 2 | 0.20 |
| 10/8/2015 | Copies | 5 | 0.50 |
| 10/9/2015 | Copies | 8 | 0.80 |
| 10/9/2015 | Copies | 3 | 0.30 |
| 10/9/2015 | Copies | 5 | 0.50 |
| 10/9/2015 | Copies | 10 | 1.00 |
| 10/9/2015 | Copies | 12 | 1.20 |
| 10/9/2015 | Copies | 3 | 0.30 |
| 10/9/2015 | Copies | 6 | 0.60 |
| 10/9/2015 | Copies | 9 | 0.90 |
| 10/9/2015 | Copies | 11 | 1.10 |
| 10/9/2015 | Copies | 12 | 1.20 |
| 10/9/2015 | Copies | 13 | 1.30 |
| 10/9/2015 | Copies | 10 | 1.00 |
| 10/9/2015 | Copies | 2 | 0.20 |
| 10/9/2015 | Telephone - BELL CONFERENCING INC. | 1 | 0.15 |
| 10/9/2015 | Telephone - BELL CONFERENCING INC. | 1 | 4.17 |
| 10/9/2015 | Telephone - BELL CONFERENCING INC. | 1 | 1.11 |
| 10/13/2015 | Copies | 13 | 1.30 |
| 10/13/2015 | Copies | 2 | 0.20 |
| 10/13/2015 | Copies | 8 | 0.80 |
| 10/13/2015 | Copies | 34 | 3.40 |
| 10/13/2015 | Copies | 33 | 3.30 |
| 10/13/2015 | Copies | 2 | 0.20 |
| 10/13/2015 | Copies | 1 | 0.10 |
| 10/13/2015 | Copies | 13 | 1.3 |
| 10/13/2015 | Copies | 20 | 2 |
| 10/13/2015 | Copies | 10 | 1 |
| 10/13/2015 | Copies | 1 | 0.1 |
| 10/13/2015 | Copies | 2 | 0.2 |
| 10/13/2015 | Copies | 2 | 0.2 |
| 10/13/2015 | Copies | 1 | 0.1 |
| 10/13/2015 | Copies | 2 | 0.2 |
| 10/13/2015 | Copies | 35 | 3.5 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 1974709  
Matter # 46992-00001

| Date | Narrative | Quantity | Amount |
|---|---|---|---|
| 10/13/2015 | Copies | 35 | 3.5 |
| 10/13/2015 | Copies | 35 | 3.5 |
| 10/13/2015 | Copies | 35 | 3.5 |
| 10/13/2015 | Copies | 23 | 2.3 |
| 10/13/2015 | Copies | 21 | 2.1 |
| 10/13/2015 | Copies | 2 | 0.2 |
| 10/13/2015 | Copies | 2 | 0.2 |
| 10/13/2015 | Copies | 4 | 0.4 |
| 10/13/2015 | Copies | 4 | 0.4 |
| 10/13/2015 | Copies | 5 | 0.5 |
| 10/13/2015 | Copies | 39 | 3.9 |
| 10/13/2015 | Copies | 3 | 0.3 |
| 10/13/2015 | Copies | 3 | 0.3 |
| 10/13/2015 | Copies | 6 | 0.6 |
| 10/13/2015 | Copies | 7 | 0.7 |
| 10/13/2015 | Copies | 8 | 0.8 |
| 10/13/2015 | Copies | 3 | 0.3 |
| 10/13/2015 | Copies | 1 | 0.1 |
| 10/13/2015 | Copies | 2 | 0.2 |
| 10/13/2015 | Copies | 1 | 0.1 |
| 10/13/2015 | Copies | 2 | 0.2 |
| 10/13/2015 | Copies | 5 | 0.5 |
| 10/13/2015 | Copies | 13 | 1.3 |
| 10/14/2015 | Copies | 10 | 1 |
| 10/14/2015 | Copies | 3 | 0.3 |
| 10/14/2015 | Copies | 8 | 0.8 |
| 10/14/2015 | Copies | 9 | 0.9 |
| 10/14/2015 | Copies | 2 | 0.2 |
| 10/14/2015 | Copies | 37 | 3.7 |
| 10/14/2015 | Copies | 1 | 0.1 |
| 10/14/2015 | Copies | 4 | 0.4 |
| 10/14/2015 | Copies | 6 | 0.6 |
| 10/14/2015 | Copies | 7 | 0.7 |
| 10/14/2015 | Copies | 37 | 3.7 |
| 10/14/2015 | Copies | 37 | 3.7 |
| 10/14/2015 | Copies | 8 | 0.8 |
| 10/14/2015 | Copies | 5 | 0.5 |
| 10/14/2015 | Copies | 7 | 0.7 |
| 10/14/2015 | Copies | 2 | 0.2 |
| 10/15/2015 | Copies | 37 | 3.7 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 1974709  
Matter # 46992-00001

| Date | Narrative | Quantity | Amount |
|---|---|---|---|
| 10/15/2015 | Copies | 35 | 3.5 |
| 10/15/2015 | Copies | 4 | 0.4 |
| 10/15/2015 | Copies | 5 | 0.5 |
| 10/15/2015 | Copies | 7 | 0.7 |
| 10/15/2015 | Copies | 4 | 0.4 |
| 10/15/2015 | Copies | 2 | 0.2 |
| 10/15/2015 | Copies | 6 | 0.6 |
| 10/15/2015 | Copies | 7 | 0.7 |
| 10/15/2015 | Copies | 7 | 0.7 |
| 10/15/2015 | Copies | 7 | 0.7 |
| 10/15/2015 | Copies | 5 | 0.5 |
| 10/15/2015 | Copies | 6 | 0.6 |
| 10/15/2015 | Copies | 9 | 0.9 |
| 10/15/2015 | Copies | 4 | 0.4 |
| 10/15/2015 | Copies | 7 | 0.7 |
| 10/15/2015 | Copies | 4 | 0.4 |
| 10/15/2015 | Copies | 5 | 0.5 |
| 10/15/2015 | Copies | 6 | 0.6 |
| 10/15/2015 | Copies | 2 | 0.2 |
| 10/15/2015 | Copies | 4 | 0.4 |
| 10/15/2015 | Copies | 6 | 0.6 |
| 10/15/2015 | Copies | 6 | 0.6 |
| 10/15/2015 | Copies | 8 | 0.8 |
| 10/15/2015 | Copies | 10 | 1 |
| 10/15/2015 | Copies | 4 | 0.4 |
| 10/15/2015 | Copies | 2 | 0.2 |
| 10/15/2015 | Copies | 4 | 0.4 |
| 10/15/2015 | Copies | 10 | 1 |
| 10/15/2015 | Copies | 2 | 0.2 |
| 10/15/2015 | Copies | 7 | 0.7 |
| 10/15/2015 | Copies | 6 | 0.6 |
| 10/15/2015 | Copies | 8 | 0.8 |
| 10/15/2015 | Copies | 7 | 0.7 |
| 10/15/2015 | Copies | 3 | 0.3 |
| 10/15/2015 | Copies | 7 | 0.7 |
| 10/15/2015 | Copies | 8 | 0.8 |
| 10/15/2015 | Copies | 6 | 0.6 |
| 10/15/2015 | Copies | 2 | 0.2 |
| 10/15/2015 | Copies | 9 | 0.9 |
| 10/15/2015 | Copies | 8 | 0.8 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP — Invoice # 1974709
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al. — Matter # 46992-00001

| Date | Narrative | Quantity | Amount |
|---|---|---|---|
| 10/15/2015 | Copies | 7 | 0.7 |
| 10/16/2015 | Telephone - BELL CONFERENCING INC. | 1 | 3.9 |
| 10/16/2015 | Copies | 2 | 0.2 |
| 10/16/2015 | Copies | 2 | 0.2 |
| 10/16/2015 | Copies | 20 | 2 |
| 10/16/2015 | Copies | 7 | 0.7 |
| 10/16/2015 | Copies | 15 | 1.5 |
| 10/16/2015 | Copies | 20 | 2 |
| 10/16/2015 | Copies | 2 | 0.2 |
| 10/16/2015 | Copies | 6 | 0.6 |
| 10/16/2015 | Copies | 2 | 0.2 |
| 10/16/2015 | Copies | 2 | 0.2 |
| 10/16/2015 | Copies | 4 | 0.4 |
| 10/16/2015 | Copies | 5 | 0.5 |
| 10/19/2015 | Copies | 10 | 1 |
| 10/19/2015 | Copies | 4 | 0.4 |
| 10/19/2015 | Copies | 5 | 0.5 |
| 10/19/2015 | Copies | 6 | 0.6 |
| 10/19/2015 | Copies | 2 | 0.2 |
| 10/19/2015 | Copies | 2 | 0.2 |
| 10/19/2015 | Copies | 2 | 0.2 |
| 10/19/2015 | Copies | 7 | 0.7 |
| 10/19/2015 | Copies | 10 | 1 |
| 10/19/2015 | Copies | 7 | 0.7 |
| 10/19/2015 | Telephone | 1 | 1.2 |
| 10/20/2015 | Copies | 51 | 5.1 |
| 10/21/2015 | Copies | 2 | 0.2 |
| 10/21/2015 | Copies | 3 | 0.3 |
| 10/21/2015 | Copies | 3 | 0.3 |
| 10/21/2015 | Copies | 3 | 0.3 |
| 10/21/2015 | Copies | 9 | 0.9 |
| 10/21/2015 | Copies | 4 | 0.4 |
| 10/21/2015 | Copies | 2 | 0.2 |
| 10/21/2015 | Copies | 4 | 0.4 |
| 10/21/2015 | Copies | 8 | 0.8 |
| 10/21/2015 | Copies | 7 | 0.7 |
| 10/21/2015 | Copies | 3 | 0.3 |
| 10/21/2015 | Copies | 7 | 0.7 |
| 10/21/2015 | Copies | 2 | 0.2 |
| 10/21/2015 | Copies | 9 | 0.9 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.

Invoice # 1974709

Matter # 46992-00001

| Date | Narrative | Quantity | Amount |
|---|---|---|---|
| 10/21/2015 | Copies | 2 | 0.2 |
| 10/21/2015 | Copies | 3 | 0.3 |
| 10/21/2015 | Copies | 5 | 0.5 |
| 10/21/2015 | Copies | 6 | 0.6 |
| 10/21/2015 | Copies | 14 | 1.4 |
| 10/21/2015 | Copies | 11 | 1.1 |
| 10/21/2015 | Copies | 12 | 1.2 |
| 10/22/2015 | Copies | 2 | 0.2 |
| 10/22/2015 | Copies | 84 | 8.4 |
| 10/22/2015 | Copies | 8 | 0.8 |
| 10/22/2015 | Copies | 12 | 1.2 |
| 10/22/2015 | Copies | 14 | 1.4 |
| 10/22/2015 | Copies | 2 | 0.2 |
| 10/22/2015 | Copies | 4 | 0.4 |
| 10/22/2015 | Copies | 9 | 0.9 |
| 10/22/2015 | Copies | 18 | 1.8 |
| 10/22/2015 | Copies | 3 | 0.3 |
| 10/22/2015 | Copies | 5 | 0.5 |
| 10/22/2015 | Copies | 8 | 0.8 |
| 10/22/2015 | Copies | 5 | 0.5 |
| 10/22/2015 | Copies | 2 | 0.2 |
| 10/22/2015 | Copies | 2 | 0.2 |
| 10/22/2015 | Copies | 2 | 0.2 |
| 10/22/2015 | Copies | 11 | 1.1 |
| 10/22/2015 | Copies | 9 | 0.9 |
| 10/22/2015 | Copies | 2 | 0.2 |
| 10/22/2015 | Copies | 2 | 0.2 |
| 10/22/2015 | Copies | 18 | 1.8 |
| 10/22/2015 | Copies | 18 | 1.8 |
| 10/22/2015 | Copies | 1 | 0.1 |
| 10/22/2015 | Copies | 2 | 0.2 |
| 10/22/2015 | Copies | 2 | 0.2 |
| 10/23/2015 | Copies | 2 | 0.2 |
| 10/23/2015 | Copies | 27 | 2.7 |
| 10/23/2015 | Copies | 1 | 0.1 |
| 10/23/2015 | Copies | 4 | 0.4 |
| 10/23/2015 | Copies | 16 | 1.6 |
| 10/26/2015 | Copies | 8 | 0.8 |
| 10/26/2015 | Copies | 2 | 0.2 |
| 10/26/2015 | Copies | 3 | 0.3 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.

Invoice # 1974709

Matter # 46992-00001

| Date | Narrative | Quantity | Amount |
|---|---|---|---|
| 10/26/2015 | Copies | 2 | 0.2 |
| 10/26/2015 | Copies | 1 | 0.1 |
| 10/26/2015 | Copies | 3 | 0.3 |
| 10/26/2015 | Copies | 22 | 2.2 |
| 10/26/2015 | Copies | 23 | 2.3 |
| 10/26/2015 | Copies | 4 | 0.4 |
| 10/26/2015 | Copies | 2 | 0.2 |
| 10/27/2015 | Copies | 2 | 0.20 |
| 10/27/2015 | Copies | 5 | 0.5 |
| 10/27/2015 | Copies | 9 | 0.9 |
| 10/27/2015 | Copies | 53 | 5.3 |
| 10/27/2015 | Copies | 9 | 0.9 |
| 10/27/2015 | Copies | 5 | 0.5 |
| 10/27/2015 | Copies | 26 | 2.6 |
| 10/27/2015 | Copies | 2 | 0.2 |
| 10/27/2015 | Copies | 92 | 9.2 |
| 10/28/2015 | Travel - M. Wunder - Taxi to Court on October 28, 2015 | 1 | 22.12 |
| 10/28/2015 | Copies | 3 | 0.3 |
| 10/28/2015 | Copies | 5 | 0.5 |
| 10/28/2015 | Copies | 2 | 0.2 |
| 10/28/2015 | Copies | 2 | 0.2 |
| 10/28/2015 | Copies | 5 | 0.5 |
| 10/28/2015 | Copies | 6 | 0.6 |
| 10/28/2015 | Copies | 7 | 0.7 |
| 10/28/2015 | Copies | 6 | 0.6 |
| 10/28/2015 | Copies | 5 | 0.5 |
| 10/28/2015 | Copies | 2 | 0.2 |
| 10/28/2015 | Copies | 2 | 0.2 |
| 10/28/2015 | Copies | 4 | 0.4 |
| 10/28/2015 | Copies | 5 | 0.5 |
| 10/29/2015 | Copies | 2 | 0.2 |
| 10/29/2015 | Copies | 7 | 0.7 |
| 10/29/2015 | Copies | 2 | 0.2 |
| 10/29/2015 | Copies | 6 | 0.6 |
| 10/29/2015 | Copies | 6 | 0.6 |
| 10/29/2015 | Copies | 2 | 0.2 |
| 10/29/2015 | Copies | 2 | 0.2 |
| 10/29/2015 | Copies | 18 | 1.8 |
| 10/29/2015 | Copies | 1 | 0.1 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

-26-

CASSELS BROCK & BLACKWELL LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.

Invoice # 1974709

Matter # 46992-00001

| Date | Narrative | Quantity | Amount |
|---|---|---|---|
| 10/29/2015 | Copies | 22 | 2.2 |
| 10/29/2015 | Copies | 4 | 0.4 |
| 10/29/2015 | Copies | 3 | 0.30 |
| 10/30/2015 | Copies | 9 | 0.9 |
| 10/30/2015 | Copies | 9 | 0.9 |
| 10/30/2015 | Copies | 9 | 0.9 |
| 10/30/2015 | Copies | 2 | 0.2 |
| 10/30/2015 | Copies | 2 | 0.2 |
| 10/30/2015 | Telephone - BELL CONFERENCING INC. | 1 | 4.23 |
| | **Total** | | **345.51** |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.