**EXHIBIT E**

Legal*17825347.3

## SUMMARY OF LAWYERS AND PARALEGALS RENDERING SERVICES DURING THE PERIOD OCTOBER 1, 2015 THROUGH OCTOBER 31, 2015
### (All Amounts in Canadian Dollars)

| Name | Title | Department | Province of Bar Admission/Year | Hours | Rate | Billed Value |
|---|---|---|---|---|---|---|
| Geoffrey B. Shaw | Partner | Advocacy | Ontario - 1986 | 7 | $945.00 | $6,615.00 |
| Jane Dietrich | Partner | Financial Restructuring | Ontario - 2004 | 5.8 | $660.00 | $3,828.00 |
| Michael Wunder | Partner | Financial Restructuring | Ontario - 1990 | 74 | $810.00 | $59,940.00 |
| Ryan Jacobs | Partner | Financial Restructuring | Ontario - 2011 | 76.6 | $785.00 | $60,131.00 |
| Shayne Kukulowicz | Partner | Financial Restructuring | Ontario - 1990 | 47.9 | $910.00 | $43,589.00 |
| Stefanie Holland | Associate | Advocacy | Ontario - 2010 | 21.2 | $450.00 | $9,540.00 |
|  |  |  |  |  |  |  |
| TOTAL |  |  |  |  | CDN. | $183,643.00 |
|  | *Less: Non-Working Travel Time Discount (50% of $2,590.50)* |  |  |  |  | -1,295.25 |
| TOTAL |  |  |  | 232.5 | CDN. | $182,347.75 |