**Exhibit B**

# Invoice

Ashurst LLP
Broadwalk House
5 Appold Street
London
EC2A 2HA

Tel +44 (0)20 7638 1111
Fax +44 (0)20 7638 1112
www.ashurst.com

The Official Unsecured Creditors Committee for Nortel Networks Inc
c/o Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, New York 10036
United States of America

Our VAT No.: GB 108 2136 48



**Interim (S)**

VAT Invoice Date: **25 November 2015**    Our Ref: **GDB/CCN01.00001**    Invoice No.: **399087**

|  | VAT GBP | VAT Rate (%) | Fees and Disbursements GBP |
|---|---|---|---|
| **Re: BANKRUPTCY** | | | |
| **To our professional fees** (NT) | 0.00 | 0.00 | 28,067.00 |
| For the period to 31 October 2015, in connection with the above matter. | | | |
| (Please see attached). | | | |
| Document Production (NT) | 0.00 | 0.00 | 20.22 |
| **Disbursements:** (NT) | | | |
| Incidental Expenses | 0.00 | 0.00 | 10.38 |
| | 0.00 | | 28,097.60 |
| VAT | | | 0.00 |
| Total | | | 28,097.60 |
| **Balance Due** | | | **28,097.60** |

The fees and disbursements the subject of this invoice may include fees and disbursements due to another member of the Ashurst Group.

**Payment Details**

NatWest - 15 Bishopsgate, London, EC2P 2AP - **Account No.:** 00404268
**Sort Code:** 50-00-00 - **Swift Code:** NWBKGB2L - **IBAN Code:** GB12NWBK50000000404268

> **Please note:** Remittance advices should be sent electronically to remittances@ashurst.com

Please quote reference 399087 when settling this invoice
**Payment Terms: 21 days**

**Legal services are 100% foreign source**

AUSTRALIA  BELGIUM  CHINA  FRANCE  GERMANY  HONG KONG SAR  INDONESIA (ASSOCIATED OFFICE)  ITALY  JAPAN  PAPUA NEW GUINEA
SAUDI ARABIA  SINGAPORE  SPAIN  SWEDEN  UNITED ARAB EMIRATES  UNITED KINGDOM  UNITED STATES OF AMERICA

Ashurst LLP is a limited liability partnership registered in England and Wales under number OC330252 and is part of the Ashurst Group. It is a law firm authorised and regulated by the Solicitors Regulation Authority of England and Wales under number 468653. A list of members of Ashurst LLP and their professional qualifications is open to inspection at its registered office Broadwalk House, 5 Appold Street, London EC2A 2HA or at the address above. The term 'partner' in relation to Ashurst LLP is used to refer to a member of Ashurst LLP or to an employee or consultant with equivalent standing and qualifications. The Ashurst Group has an office in each of the places listed above.



The Official Unsecured Creditors Committt
Re: BANKRUPTCY
GDB/GDB/CCN01.00001
For the period: to 31/10/2015

| | | | | |
|---|---|---:|---:|---|
| Partner | Giles Boothman | 4.20 | 3,549.00 | (C0007) |
| | | 2.30 | 1,943.50 | (C0012) |
| | | **6.50** | **5,492.50** | |
| Senior Associate | Antonia Croke | 0.70 | 416.50 | (C0002) |
| | | 4.10 | 2,439.50 | (C0007) |
| | | 3.20 | 1,904.00 | (C0012) |
| | | **8.00** | **4,760.00** | |
| Senior Associate | Drew Sainsbury | 5.40 | 3,213.00 | (C0007) |
| | | 2.90 | 1,725.50 | (C0012) |
| | | **8.30** | **4,938.50** | |
| Senior Associate | Lindsey Roberts | 1.80 | 981.00 | (C0002) |
| | | 3.90 | 2,125.50 | (C0003) |
| | | 11.90 | 6,485.50 | (C0007) |
| | | 5.80 | 3,161.00 | (C0012) |
| | | **23.40** | **12,753.00** | |
| Trainee | Ben Middleton | 0.20 | 41.00 | (C0002) |
| | | **0.20** | **41.00** | |
| Trainee | Kelly Trueman | 0.40 | 82.00 | (C0002) |
| | | **0.40** | **82.00** | |
| | **Total** | **46.80** | **28,067.00** | |



The Official Unsecured Creditors Committt
Re: BANKRUPTCY
GDB/GDB/CCN01.00001
For the period: to 31/10/2015

## Matter: CCN01.00001 - BANKRUPTCY

### C0002    General Case Administration

| | | Time (Decimal) | Agreed Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Senior Associate** | | | | |
| ACROKE | Antonia Croke | 0.70 | 595.00 | 416.50 |
| LROBER | Lindsey Roberts | 1.80 | 545.00 | 981.00 |
| **Trainee** | | | | |
| BMIDDL | Ben Middleton | 0.20 | 205.00 | 41.00 |
| KTRUEM | Kelly Trueman | 0.40 | 205.00 | 82.00 |
| | | | Total | 1,520.50 |

### Detailed Time Breakdown

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/10/2015 | Kelly Trueman | LETT | Checking Bloomberg Daily Alert & Cause List | 0.20 | 205.00 | 41.00 |
| 02/10/2015 | Kelly Trueman | LETT | Checking Bloomberg Daily Alert & Cause List | 0.20 | 205.00 | 41.00 |
| 12/10/2015 | Ben Middleton | MISC | Review of Bloomberg Daily Alert and email Lindsey Roberts and Kelly Trueman re same | 0.20 | 205.00 | 41.00 |
| 21/10/2015 | Antonia Croke | INTD | Confer LROBER re Akin and email re the same | 0.20 | 595.00 | 119.00 |
| 21/10/2015 | Lindsey Roberts | INTD | Discussion with ACROKE re breifing meeting | 0.30 | 545.00 | 163.50 |
| 22/10/2015 | Antonia Croke | INTD | Confer LROBER re update on claims | 0.50 | 595.00 | 297.50 |
| 22/10/2015 | Lindsey Roberts | INTD | Prep for attend brieifng matter | 0.80 | 545.00 | 436.00 |
| 23/10/2015 | Lindsey Roberts | LETT | Review of files to locate brieifng materials for ACROKE | 0.70 | 545.00 | 381.50 |
| | | | | | | 1,520.50 |

**Matter: CCN01.00001 - BANKRUPTCY**

### C0007    Creditors Committee Meetings

|  |  | Time (Decimal) | Agreed Rate (GBP /hour) | Amount |
|---|---|---:|---:|---:|
| **Partner** | | | | |
| GDB | Giles Boothman | 4.20 | 845.00 | 3,549.00 |
| **Senior Associate** | | | | |
| ACROKE | Antonia Croke | 4.10 | 595.00 | 2,439.50 |
| DSAINS | Drew Sainsbury | 5.40 | 595.00 | 3,213.00 |
| LROBER | Lindsey Roberts | 11.90 | 545.00 | 6,485.50 |
| | | | Total | **15,687.00** |

**Matter: CCN01.00001 - BANKRUPTCY**

## C0007     Creditors Committee Meetings

| Date | Name | Code | Description | Time (Decimal) | Agreed Rate (GBP /hour) | Amount |
|---|---|---|---|---|---|---|
| 29/10/2015 | Antonia Croke | READ | Review BRG recovery analysis for UCC call | 0.20 | 595.00 | 119.00 |
| 29/10/2015 | Antonia Croke | PHON | Attend UCC call | 0.70 | 595.00 | 416.50 |
| 29/10/2015 | Lindsey Roberts | PHON | Attend UCC call | 0.70 | 545.00 | 381.50 |
| | | | | | | **15,687.00** |

**Matter: CCN01.00001 - BANKRUPTCY**

## C0012   General Claims Analysis/Claims Objections

|  | Time (Decimal) | Agreed Rate (GBP /hour) | Amount |
|---|---|---|---|

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 05/10/2015 | Lindsey Roberts | REVI | Review of letters to Judge Stark re appeal schedule. | 0.30 | 545.00 | 163.50 |
| 06/10/2015 | Giles Boothman | READ | Read email re appeal/ catch up with Drew/ team re the same | 1.00 | 845.00 | 845.00 |
| 06/10/2015 | Lindsey Roberts | LETT | Emails re mediation and appeal timetables/schedules | 0.20 | 545.00 | 109.00 |
| 08/10/2015 | Lindsey Roberts | REVI | Review email re update on intercompany proof of claim | 0.10 | 545.00 | 54.50 |
| 12/10/2015 | Drew Sainsbury | READ | Catching up on reading of materials circulated for recent UCC calls. | 2.10 | 595.00 | 1,249.50 |
| 13/10/2015 | Lindsey Roberts | REVI | Review email re Canadian PPI Appeal decision. | 0.70 | 545.00 | 381.50 |
| 13/10/2015 | Lindsey Roberts | REVI | Review of NNI and US Debtors Proof of Claim | 0.20 | 545.00 | 109.00 |
| 14/10/2015 | Lindsey Roberts | LETT | Review and consider Tory letter re intercompany proof of claim and the 7 page meidation statements of UCC, US Debtors and Bondholders. | 1.30 | 545.00 | 708.50 |
| 14/10/2015 | Lindsey Roberts | REVI | Review of email from B Kahn and attached redline of 5 page meidation statement | 0.20 | 545.00 | 109.00 |
| 15/10/2015 | Giles Boothman | READ | Review of mediation docs and email to team re the same | 0.50 | 845.00 | 422.50 |
| 16/10/2015 | Lindsey Roberts | REVI | Review of mediation papers | 1.90 | 545.00 | 1,035.50 |
| 19/10/2015 | Giles Boothman | READ | Emails/ internal catch up re mediation papers | 0.30 | 845.00 | 253.50 |
| 19/10/2015 | Lindsey Roberts | LETT | Emails to/from ACROKE re de-brief on mediation and latest developments | 0.30 | 545.00 | 163.50 |
| 21/10/2015 | Lindsey Roberts | LETT | Emails from Akin re Trade Con mediation | 0.10 | 545.00 | 54.50 |
| 22/10/2015 | Antonia Croke | READ | Review further mediation submissions | 0.70 | 595.00 | 416.50 |
| 22/10/2015 | Antonia Croke | READ | Review correspondence to Judge Stark | 0.50 | 595.00 | 297.50 |
| 22/10/2015 | Antonia Croke | READ | Review draft settlement concept | 0.20 | 595.00 | 119.00 |
| 22/10/2015 | Drew Sainsbury | LETT | Email from D Botter re 5 page paper | 0.10 | 595.00 | 59.50 |
| 22/10/2015 | Giles Boothman | READ | Diss with Antonia/ follow up/ read emails | 0.50 | 845.00 | 422.50 |
| 26/10/2015 | Antonia Croke | READ | Review motion to consolidate and emails re same | 0.20 | 595.00 | 119.00 |
| 26/10/2015 | Antonia Croke | READ | Review emails re mediation and diss with GBoothman re the same | 0.20 | 595.00 | 119.00 |
| 26/10/2015 | Drew Sainsbury | LETT | Email from F Hodora re mediation, B Kahn re settlement | 0.20 | 595.00 | 119.00 |
| 26/10/2015 | Drew Sainsbury | READ | Review of Settlement proposal | 0.20 | 595.00 | 119.00 |
| 26/10/2015 | Lindsey Roberts | REVI | Review and consider emails re All parties mediation | 0.30 | 545.00 | 163.50 |
| 27/10/2015 | Antonia Croke | READ | Review emails re mediation update and York and River Birch settlement proposal | 0.60 | 595.00 | 357.00 |
| 28/10/2015 | Antonia Croke | LETT | Review email from Mr Fred S. Hodara Re: Mediation Day 1 | 0.10 | 595.00 | 59.50 |
| 28/10/2015 | Antonia Croke | LETT | Review email from Abbott, Derek Re: Mediation Schedule for 10/28 | 0.10 | 595.00 | 59.50 |
| 28/10/2015 | Drew Sainsbury | LETT | Read email update from F Hodara | 0.10 | 595.00 | 59.50 |
| 28/10/2015 | Lindsey Roberts | READ | Review of email from Akin re mediation - Day 1 | 0.10 | 545.00 | 54.50 |
| 29/10/2015 | Antonia Croke | LETT | Review email from Justin Alberto Re: Nortel Mediation | 0.10 | 595.00 | 59.50 |
| 29/10/2015 | Antonia Croke | LETT | Review emails re Mediation and PwC chart | 0.50 | 595.00 | 297.50 |
| 29/10/2015 | Drew Sainsbury | READ | Email update on mediation | 0.20 | 595.00 | 119.00 |