Exhibit C

DISBURSEMENT SUMMARY

OCTOBER 01, 2015 THROUGH OCTOBER 31, 2015

| Document Production | £20.22 |
|---|---:|
| Meals | £10.38 |
| **TOTAL** | **£30.60** |