**Exhibit D**

**Disbursements Detailed Breakdown**

| | |
|---|---|
| Document Production 337 A4 copies at 0.06p per copy | 20.22 |

**Fares, Courier Charges and Incidental Expenses (Meals)**

| | | |
|---|---|---|
| 13/10/2015 | VENDOR: Roberts, Lindsey INVOICE#: 10028678103000109209 DATE: 30/10/2015 Food/drink, 13/10/15, Food working late. | 7.78 |
| 26/10/2015 | VENDOR: Conference Room Catering INVOICE#: 26-01112015 DATE: 01/11/2015 \|Hospitality Recharges - Food working late | 2.60 |
| | | **30.60** |