Exhibit E

# SUMMARY OF ATTORNEYS AND LEGAL ASSISTANTS RENDERING SERVICES DURING THE PERIOD OCTOBER 01, 2015 THROUGH OCTOBER 31, 2015

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested (£) |
|---|---|---|---|---|
| Giles Boothman | Partner for 13 years; Admitted in 1993 in England and Wales; Restructuring and Special Situations Group, London | £845 | 6.50 | 5,492.50 |
| Antonia Croke | Associate for 8 years; Admitted in 2007 in New South Wales; Australia Dispute Resolution Group, London | £595 | 8.00 | 4,760.00 |
| Drew Sainsbury | Associate for 7 years; Admitted in 2007 in England and Wales; Restructuring and Special Situations Group, London | £595 | 8.30 | 4,938.50 |
| Lindsey Roberts | Associate for 4 years; Admitted in 2011 in England and Wales; Dispute Resolution Group, London | £545 | 23.40 | 12,753.00 |
| Ben Middleton | Trainee Solicitor; Dispute Resolution Group, London | £205 | 0.20 | 41.00 |
| Kelly Trueman | Trainee Solicitor; Dispute Resolution Group, London | £205 | 0.40 | 82.00 |
| TOTAL | | | 46.80 | 28,067.00 |

## COMPENSATION BY PROJECT CATEGORY
## OCTOBER 01, 2015 THROUGH OCTOBER 31, 2015

| Project Category | Total Hours | Total Fees (£) |
|---|---|---|
| General Case Administration | 3.10 | 1,520.50 |
| Ashurst Fee Application / Monthly Billing Reports | 3.90 | 2,125.50 |
| Creditors Committee Meetings | 25.60 | 15,687.00 |
| General Claims Analysis/Claims Objections | 14.20 | 8,734.00 |
| **TOTAL** | **46.80** | **28,067.00** |