IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X
                                                            :
*In re*                                                     :   Chapter 11
                                                            :
Nortel Networks Inc., *et al.*,[1]                          :   Case No. 09-10138 (KG)
                                                            :
                                    Debtors.                :   Jointly Administered
                                                            :
                                                            :   **Objection Deadline: December 10, 2015 at 4:00 p.m. (ET)**
                                                            :
                                                            :
                                                            :
------------------------------------------------------------X

**REPORT BY THE MERGIS GROUP OF STAFFING AND COMPENSATION EARNED AND EXPENSES INCURRED FOR THE PERIOD OF OCTOBER 1, 2015 THROUGH OCTOBER 31, 2015.**

Exhibit A:     Summary of Professionals
Exhibit B:     Summary of Projects and Project Descriptions
Exhibit C:     Summary of Fees and Expenses
Exhibit D:     Summary of Time by Professional
Exhibit E:     Summary of Fees by Project
Exhibit F:     Time Description Detail by Project
Exhibit G:     Summary of Expenses by Category
Exhibit H:     Expense Detail

The Mergis Group ("Mergis") hereby submits this Monthly Staffing Report and Compensation Report (the "Report") for the period, October 1, 2015 through October 31, 2015, describing the name and functions of assigned personnel and for compensation and reimbursement of costs and Expenses received pursuant to its engagement by an order of the Bankruptcy Court entered on May 17, 2013 [D.I. No. 10555].

Mergis' fees for this period are $185,317.00.  Mergis incurred no expenses during this period.

---

[1]     The US Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel/.

Dated: November 24, 2015  THE MERGIS GROUP
      Raleigh, North Carolina

/s/ Logan Dubois
Logan Dubois

*Managing Director*

**See Attached for Exhibits A through H**

**See Attached for Exhibits A through H**

# Exhibit A

## The Mergis Group
### Summary of Professionals

Nortel Networks, Inc. et al.
For the period of October 1, 2015 through October 31, 2015

| Professional | Position | Title / Role of Professional |
|---|---|---|
| Timothy C. Ross | Officer | Chief Financial Officer and Corporate Secretary - Management responsibility for all business and finance functions supporting the U.S. Principal Officer in the company operation and liquidation; direct responsibilities include, operating budget oversight, treasury management, general accounting and controls, tax, information technology, human resources, real estate management, and foreign subsidiary wind down. Employee Benefits and Pension Investment Committee member. |
| William D. Cozart | Non-Officer | Associate - General accounting control oversight, debtor financial reporting (MOR, Form 26, etc.), general accounting control oversight, finance systems administration & controls, accounts receivable and billing, bank account reconciliations. |
| Kim Ponder | Non-Officer | Associate - General accounting & finance services for accounts payable, payment processing for normal course, intercompany, and professional, claims and litigation settlement disbursement processing, statutory reporting management & oversight. |

# Exhibit B

## The Mergis Group
## Summary of Projects and Project Descriptions

Nortel Networks, Inc. et al.
For the period of October 1, 2015 through October 31, 2015

| Project | Project Description |
|---|---|
| Administrative | Administrative matters related to the Debtors engagement.  Includes board meetings, staff meetings, preparation of  miscellaneous statements, surveys, and schedules, miscellaneous document review and execution, electronic minute book maintenance, and office and general case management activities. |
| Bankruptcy Reporting | Assist the Debtors with bankruptcy reporting requirements.  Includes the financial reporting preparation & management review of the Monthly Operating Report (MOR), Form 26, Ordinary Course Professionals Report (OCP), US Trustee Fee Report, and related matters for the US Trustee. |
| Cash Management | Support the Debtors with cash flow management activities.  Includes treasury systems management and controls, bank service contract oversight, cash flow planning and analysis, accountability for cash flow budget achievement,  and cash reporting to estate constituents. |
| Claims Administration | Assist the Debtors with claims matters.  Includes claims database systems and controls, data maintenance,  analysis and validation, communications, distribution process planning, and claims settlement / distribution execution. |
| Compensation Application | Activities relating to the professional time tracking  and preparation of the compensation application. |
| Discovery | Activities driven by requests directed to Nortel Networks Inc. in support of the business divestiture proceeds allocation litigation. Includes data / document extraction and analysis, preparation & presentation of findings, interface with legal counsel,  and participate in court hearings. |
| Electronic Data and Document Preservation | Support the Debtors with the preservation of electronic data and hard copy documents. Includes  governance and maintenance in compliance with court retention requirements and associated vendor service contract oversight. |
| Entity Liquidation and Wind Down | Assist the Debtors with the liquidation, wind down and/or deregistration of Nortel Networks, Inc. and its subsidiaries and branches (foreign and domestic).Includes the development and execution of step plans to ensure local law and U.S. Bankruptcy Court compliance in areas such as intercompany settlements, debt forgiveness, tax clearance certificates, final account balances;  compliance with local and U.S. statutory, tax, financial and other governmental reporting requirements; repatriation of subsidiary or branch cash to parent;  and coordinate with and support local accounting and legal professionals in conjunction with of all of the above. |

# Exhibit B

## The Mergis Group
## Summary of Projects and Project Descriptions

Nortel Networks, Inc. et al.
For the period of October 1, 2015 through October 31, 2015

| Project | Project Description |
|---|---|
| Finance and General Accounting | Assist the Debtors with finance and general accounting operations in compliance with US GAAP. Includes statutory financial reporting preparation & review, month and year end close processing, finance systems & controls, journal entry preparation, management review, and posting, account reconciliations, balance sheet analysis, and normal course accounts receivable and payable administration . |
| Human Resources | Support the Debtors in Human Resources matters. Includes development and execution of Debtors benefit plan termination (health and welfare, 401K, etc.), plan regulatory compliance oversight and reporting (audits, plan boards & committees, etc.)  vendor services contract management and oversight, human resource related communications, and HR systems and data maintenance and reporting. |
| Information Technology Operations | Assist the Debtors with the maintenance and support of the Nortel Networks, Inc. residual company information technology infrastructure operations. Includes vendor services and contract oversight, data extraction, back-up, and recovery, and infrastructure problem resolution support. |
| Insurance & Risk Management | Assist the Debtors with insurance and risk management activities.   Includes tracking and periodic management review of Debtors insurance coverage; ensuring compliance with established policies, leases, and contracts. Provide service oversight to agent/broker contract. |
| Plan of Reorganization | Assist the Debtors with the preparation of the plan of reorganization and associated disclosure statement. Includes financial analysis and Debtors review. |
| Professional Fee Applications | Assist the Debtors with the payment administration of engaged professionals. Includes financial recording of professional fee applications to Debtors' books and records, reconciliation to Omnibus Fee Order to Debtors' books and records, fee disbursement based on Certificate of No Objection (CNO) , and associated year end regulatory reporting. |
| Real Estate Management | Assist the Debtors with lease and real estate matters. Includes property management vendor contract oversight,  property management budget achievement accountability and associated financial planning & analysis, lease and sub-lease management / governance, and property marketing activities. |
| Residual Business Operations | Assist the Debtors in the resolution of outstanding residual business operations matters. Includes activities relating to residual business services customer, vendor, and/or buyer contracts and associated receivables, payables, and/or inventory,  regulatory and government required business reporting surveys and schedules, and review and action of service of process notifications. |

# Exhibit B

## The Mergis Group
## Summary of Projects and Project Descriptions

Nortel Networks, Inc. et al.
For the period of October 1, 2015 through October 31, 2015

| Project | Project Description |
|---|---|
| Tax Matters | Assist the Debtors with tax matters.   Includes vendor service contract oversight, financial analysis support and management review of federal, state, and local Tax returns, claims, and audits, and authorization of tax related matters (annual report filings, settlements, etc.) . |
| Travel | Authorized travel to support Debtors projects. |

# Exhibit C

## The Mergis Group
**Summary of Fees and Expenses**

Nortel Networks, Inc. et al.
For the period of October 1, 2015 through October 31, 2015

|  | Fees | Expenses | Total |
|---|---|---|---|
| For the period of October 1, 2015 through October 31, 2015 | $ 185,317.00 | $ - | $ 185,317.00 |

Exhibit C                                                                                                                     Page 1 of 1

# Exhibit D

## The Mergis Group
## Summary of Time by Professional

Nortel Networks, Inc. et al.
For the period of October 1, 2015 through October 31, 2015

| Professional | Position | Title / Role of Professional | Hours |
|---|---|---|---|
| Timothy C. Ross | Officer | Chief Financial Officer and Corporate Secretary - Management responsibility for all business and finance functions supporting the U.S. Principal Officer in the company operation and liquidation; direct responsibilities include, operating budget oversight, treasury management, general accounting and controls, tax, information technology, human resources, real estate management, and foreign subsidiary wind down. Employee Benefits and Pension Investment Committee member. | 170.50 |
| William D. Cozart | Non-Officer | Associate - General accounting control oversight, debtor financial reporting (MOR, Form 26, etc.), general accounting control oversight, finance systems administration & controls, accounts receivable and billing, bank account reconciliations. | 160.00 |
| Kim Ponder | Non-Officer | Associate - General accounting & finance services for accounts payable, payment processing for normal course, intercompany, and professional, claims and litigation settlement disbursement processing, statutory reporting management & oversight. | 165.00 |

| | |
|---|---|
| **Hours for the period of October 1, 2015 through October 31, 2015** | **495.50** |
| Billing Rate | $  374.00 |
| **Fees for the period of October 1, 2015 through October 31, 2015** | **$ 185,317.00** |

# Exhibit E

## The Mergis Group
**Summary of Fees by Project**

Nortel Networks, Inc. et al.
For the period of October 1, 2015 through October 31, 2015

| Project | Project Description | Hours | Fees |
|---|---|---|---|
| Administrative | Administrative matters related to the Debtors engagement. Includes board meetings, staff meetings, preparation of miscellaneous statements, surveys, and schedules, miscellaneous document review and execution, electronic minute book maintenance, and office and general case management activities. | - | $ - |
| Bankruptcy Reporting | Assist the Debtors with bankruptcy reporting requirements. Includes the financial reporting preparation & management review of the Monthly Operating Report (MOR), Form 26, Ordinary Course Professionals Report (OCP), US Trustee Fee Report, and related matters for the US Trustee. | 20.00 | $ 7,480.00 |
| Cash Management | Support the Debtors with cash flow management activities. Includes treasury systems management and controls, bank service contract oversight, cash flow planning and analysis, accountability for cash flow budget achievement, and cash reporting to estate constituents. | 36.00 | $ 13,464.00 |
| Claims Administration | Assist the Debtors with claims matters. Includes claims database systems and controls, data maintenance, analysis and validation, communications, distribution process planning, and claims settlement / distribution execution. | 46.50 | $ 17,391.00 |
| Compensation Application | Activities relating to the professional time tracking and preparation of the compensation application. | 12.00 | $ 4,488.00 |
| Discovery | Activities driven by requests directed to Nortel Networks Inc. in support of the business divestiture proceeds allocation litigation. Includes data / document extraction and analysis, preparation & presentation of findings, interface with legal counsel, and participate in court hearings. | 4.50 | $ 1,683.00 |
| Electronic Data and Document Preservation | Support the Debtors with the preservation of electronic data and hard copy documents. Includes governance and maintenance in compliance with court retention requirements and associated vendor service contract oversight. | 6.50 | $ 2,431.00 |
| Entity Liquidation and Wind Down | Assist the Debtors with the liquidation, wind down and/or deregistration of Nortel Networks, Inc. and its subsidiaries and branches (foreign and domestic).Includes the development and execution of step plans to ensure local law and U.S. Bankruptcy Court compliance in areas such as intercompany settlements, debt forgiveness, tax clearance certificates, final account balances; compliance with local and U.S. statutory, tax, financial and other governmental reporting requirements; repatriation of subsidiary or branch cash to parent; and coordinate with and support local accounting and legal professionals in conjunction with of all of the above. | 7.00 | $ 2,618.00 |
| Finance and General Accounting | Assist the Debtors with finance and general accounting operations in compliance with US GAAP. Includes statutory financial reporting preparation & review, month and year end close processing, finance systems & controls, journal entry preparation, management review, and posting, account reconciliations, balance sheet analysis, and normal course accounts receivable and payable administration . | 262.00 | $ 97,988.00 |
| Human Resources | Support the Debtors in Human Resources matters. Includes development and execution of Debtors benefit plan termination (health and welfare, 401K, etc.), plan regulatory compliance oversight and reporting (audits, plan boards & committees, etc.) vendor services contract management and oversight, human resource related communications, and HR systems and data maintenance and reporting. | 4.25 | $ 1,589.50 |
| Information Technology Operations | Assist the Debtors with the maintenance and support of the Nortel Networks, Inc. residual company information technology infrastructure operations. Includes vendor services and contract oversight, data extraction, back-up, and recovery, and infrastructure problem resolution support. | 9.50 | $ 3,553.00 |

# Exhibit E

## The Mergis Group
**Summary of Fees by Project**

Nortel Networks, Inc. et al.
For the period of October 1, 2015 through October 31, 2015

| Project | Project Description | Hours | Fees |
|---|---|---:|---:|
| Insurance & Risk Management | Assist the Debtors with insurance and risk management activities. Includes tracking and periodic management review of Debtors insurance coverage; ensuring compliance with established policies, leases, and contracts. Provide service oversight to agent/broker contract. | 12.00 | $ 4,488.00 |
| Plan of Reorganization | Assist the Debtors with the preparation of the plan of reorganization and associated disclosure statement. Includes financial analysis and Debtors review. | - | $ - |
| Professional Fee Applications | Assist the Debtors with the payment administration of engaged professionals. Includes financial recording of professional fee applications to Debtors' books and records, reconciliation to Omnibus Fee Order to Debtors' books and records, fee disbursement based on Certificate of No Objection (CNO), and associated year end regulatory reporting. | 4.75 | $ 1,776.50 |
| Real Estate Management | Assist the Debtors with lease and real estate matters. Includes property management vendor contract oversight, property management budget achievement accountability and associated financial planning & analysis, lease and sub-lease management / governance, and property marketing activities. | 34.00 | $ 12,716.00 |
| Residual Business Operations | Assist the Debtors in the resolution of outstanding residual business operations matters. Includes activities relating to residual business services customer, vendor, and/or buyer contracts and associated receivables, payables, and/or inventory, regulatory and government required business reporting surveys and schedules, and review and action of service of process notifications. | 5.50 | $ 2,057.00 |
| Tax Matters | Assist the Debtors with tax matters. Includes vendor service contract oversight, financial analysis support and management review of federal, state, and local Tax returns, claims, and audits, and authorization of tax related matters (annual report filings, settlements, etc.). | 31.00 | $ 11,594.00 |
| Travel | Authorized travel to support Debtors projects. | - | $ - |
| **For the period of October 1, 2015 through October 31, 2015** | | **495.50** | **$ 185,317.00** |

# Exhibit F

## The Mergis Group
### Time Description Detail by Project

Nortel Networks, Inc. et al.
For the period of October 1, 2015 through October 31, 2015

| Project | Date | Professional | Project Work Description | H |
|---|---|---|---|---|
| **Bankruptcy Reporting** | | | | |
| | 10/1/2015 | William D. Cozart | Review and distribute August MOR draft. | |
| | 10/20/2015 | William D. Cozart | Prepare draft of September MOR. | |
| | 10/22/2015 | William D. Cozart | Prepare September MOR. | |
| | 10/26/2015 | Timothy C. Ross | Prepared and analyzed Debtors cash receipts and disbursements for the monthly operating report | |
| | 10/26/2015 | William D. Cozart | Prepare September MOR. | |
| | 10/27/2015 | Timothy C. Ross | Reviewed and authorized Debtors trustee report and payment analysis | |
| | 10/27/2015 | Timothy C. Ross | Reviewed and authorized the release of Debtors monthly operating report | |
| | 10/27/2015 | William D. Cozart | Prepare September MOR. | |
| | 10/27/2015 | William D. Cozart | Meeting with T. Ross to review September MOR. | |
| | 10/28/2015 | Timothy C. Ross | Reviewed and responded to US Principal Officer (JR) | |
| | 10/29/2015 | Timothy C. Ross | Received, reviewed, and responded to Debtors counsel (LL) | |
| **Bankruptcy Reporting Total** | | | | |
| **Cash Management** | | | | |
| | 10/2/2015 | Timothy C. Ross | Reviewed, authorized, and released Debtors disbursements | |
| | 10/5/2015 | Timothy C. Ross | Worked Debtors Treasury management matters with WT (SW) | |
| | 10/6/2015 | Timothy C. Ross | Reviewed, authorized, and released Debtors foreign subsidiary disbursements | |
| | 10/7/2015 | Timothy C. Ross | Worked Debtors foreign subsidiary disbursement issue | |
| | 10/7/2015 | Timothy C. Ross | Prepared and analyzed Debtors five week rolling cash flow requirements / payment proposal and executed Treasury funding transactions | |
| | 10/8/2015 | Kim Ponder | FCB and VEBA deposits. | |
| | 10/8/2015 | Timothy C. Ross | Reviewed and authorized Debtors bank deposits. | |
| | 10/8/2015 | Timothy C. Ross | Reviewed, authorized, and released Debtors' disbursements | |
| | 10/9/2015 | Timothy C. Ross | Analyzed cash receipts & disbursements variance to budget and reported results to Debtors constituents | |
| | 10/12/2015 | Timothy C. Ross | Received, reviewed, and responded to Debtors foreign subsidiary banking matter | |
| | 10/13/2015 | Timothy C. Ross | Reviewed, authorized, and released Debtors foreign subsidiary disbursements | |
| | 10/14/2015 | Kim Ponder | FCB deposit. | |
| | 10/14/2015 | Timothy C. Ross | Reviewed and authorized Debtors bank deposits. | |
| | 10/14/2015 | Timothy C. Ross | Prepared and analyzed Debtors five week rolling cash flow requirements / payment proposal and executed Treasury funding transactions | |
| | 10/15/2015 | Timothy C. Ross | Reviewed, authorized, and released Debtors disbursements | |
| | 10/19/2015 | Kim Ponder | VEBA deposit. | |
| | 10/21/2015 | Timothy C. Ross | Prepared and analyzed Debtors five week rolling cash flow requirements / payment proposal and executed Treasury funding transactions | |
| | 10/22/2015 | Kim Ponder | Received and responded to communication from Citibank. | |
| | 10/22/2015 | Timothy C. Ross | Reviewed, authorized, and released Debtors disbursements | |
| | 10/23/2015 | Timothy C. Ross | Reviewed and executed Debtors banking matters | |
| | 10/26/2015 | Kim Ponder | FCB and VEBA deposits. | |
| | 10/26/2015 | Timothy C. Ross | Reviewed and authorized Debtors bank deposits. | |
| | 10/27/2015 | Timothy C. Ross | Reviewed, authorized, and released Debtors foreign subsidiary disbursements | |
| | 10/28/2015 | Timothy C. Ross | Prepared and analyzed Debtors five week rolling cash flow requirements / payment proposal and executed Treasury funding transactions | |
| | 10/28/2015 | Timothy C. Ross | Worked Debtors banking issue with Wilmington Trust (SW) | |
| | 10/29/2015 | Timothy C. Ross | Reviewed, authorized, and released Debtors disbursements | |
| | 10/30/2015 | Timothy C. Ross | Reviewed, authorized, and released Debtors foreign subsidiary disbursements | |
| **Cash Management Total** | | | | |
| **Claims Administration** | | | | |
| | 10/5/2015 | Timothy C. Ross | Attended conference call with Debtors Counsel | |
| | 10/5/2015 | Timothy C. Ross | Reviewed materials from Debtors Counsel and prepared for subject conference call | |
| | 10/6/2015 | Timothy C. Ross | Reviewed and responded to Debtors Canadian Counsel (Torys-JO) | |
| | 10/7/2015 | Timothy C. Ross | Conference call with Torys (JO) | |
| | 10/14/2015 | Kim Ponder | Received, researched and responded to request for documentation | |
| | 10/14/2015 | Timothy C. Ross | Researched Debtors' records | |
| | 10/19/2015 | Timothy C. Ross | Worked Debtors Claims matter | |
| | 10/20/2015 | Timothy C. Ross | Researched Debtors' records | |
| | 10/21/2015 | Kim Ponder | Reviewed requirements and prepared claim documentation. | |
| | 10/21/2015 | Kim Ponder | Researched prior year data. | |
| | 10/21/2015 | Timothy C. Ross | Completed and filed Debtors' claim documents | |
| | 10/22/2015 | Kim Ponder | Researched prior year data. | |
| | 10/23/2015 | Kim Ponder | Researched prior year data. | |
| | 10/27/2015 | Kim Ponder | Claims research. | |
| | 10/28/2015 | Kim Ponder | Claims research. | |

# Exhibit F

## The Mergis Group
### Time Description Detail by Project

Nortel Networks, Inc. et al.
For the period of October 1, 2015 through October 31, 2015

| Project | Date | Professional | Project Work Description | H |
|---|---|---|---|---|
| | 10/28/2015 | Timothy C. Ross | Received, reviewed, and responded to Debtors claims administration matter | |
| | 10/28/2015 | William D. Cozart | Prepare research regarding claims reconciliations. | |
| | 10/29/2015 | Kim Ponder | Claims research. | |
| | 10/30/2015 | Timothy C. Ross | Worked Debtors claims matter | |

**Claims Administration Total**

**Compensation Application**

| | 10/2/2015 | Kim Ponder | Compensation application preparation re: update of timekeeping records. | |
| | 10/2/2015 | Timothy C. Ross | Compensation application preparation re: update of timekeeping records. | |
| | 10/2/2015 | William D. Cozart | Compensation application preparation re: update of timekeeping records. | |
| | 10/9/2015 | Kim Ponder | Compensation application preparation re: update of timekeeping records. | |
| | 10/9/2015 | Timothy C. Ross | Compensation application preparation re: update of timekeeping records. | |
| | 10/9/2015 | William D. Cozart | Compensation application preparation re: update of timekeeping records. | |
| | 10/12/2015 | Timothy C. Ross | Prepared DRAFT Mergis staffing & compensation report for CGSH review | |
| | 10/16/2015 | Kim Ponder | Compensation application preparation re: update of timekeeping records. | |
| | 10/16/2015 | Timothy C. Ross | Compensation application preparation re: update of timekeeping records. | |
| | 10/15/2015 | William D. Cozart | Compensation application preparation re: update of timekeeping records. | |
| | 10/23/2015 | Kim Ponder | Compensation application preparation re: update of timekeeping records. | |
| | 10/23/2015 | Timothy C. Ross | Compensation application preparation re: update of timekeeping records. | |
| | 10/22/2015 | William D. Cozart | Compensation application preparation re: update of timekeeping records. | |
| | 10/26/2015 | Timothy C. Ross | Received, reviewed, updated and finalized Mergis Staffing & Compensation report with CGSH edits and submitted to MNAT for court filing (September 2015). | |
| | 10/30/2015 | Kim Ponder | Compensation application preparation re: update of timekeeping records. | |
| | 10/30/2015 | Timothy C. Ross | Compensation application preparation re: update of timekeeping records. | |
| | 10/30/2015 | William D. Cozart | Compensation application preparation re: update of timekeeping records. | |

**Compensation Application Total**

**Discovery**

| | 10/6/2015 | Timothy C. Ross | Conference call with CGSH (PC) | |
| | 10/6/2015 | Timothy C. Ross | Worked request from CGSH (PC) | |
| | 10/12/2015 | Timothy C. Ross | Worked Debtors litigation matter from CGSH (PC) | |
| | 10/20/2015 | Timothy C. Ross | Received, reviewed, and responded to Debtors Counsel (MG) | |
| | 10/21/2015 | Timothy C. Ross | Received, reviewed, and responded to CGSH (MG) | |
| | 10/22/2015 | Timothy C. Ross | Conference call with CGSH (PC) | |

**Discovery Total**

**Electronic Data and Document Preservation**

| | 10/12/2015 | Timothy C. Ross | Worked Debtors foreign branch post liquidation matters | |
| | 10/13/2015 | Timothy C. Ross | Worked Debtors foreign branch post liquidation matters | |
| | 10/14/2015 | Kim Ponder | Meeting with T. Ross and D. Cozart re: NNI data retention | |
| | 10/14/2015 | Timothy C. Ross | Reviewed Debtors foreign subsidiary fee agreement proposal from Liquidator (SC) | |
| | 10/14/2015 | William D. Cozart | Meeting with T. Ross re: Data retention summary page. | |
| | 10/15/2015 | Timothy C. Ross | Prepared and responded information request from RLKS (RP) | |
| | 10/16/2015 | Timothy C. Ross | Received, worked, and responded to Debtors document and data vendor payment history request from RLKS (KS) | |
| | 10/20/2015 | Timothy C. Ross | Reviewed and authorized Debtors tax records retention requirements and process with E&Y (JW) | |
| | 10/28/2015 | Timothy C. Ross | Follow-up on Tunisia document retention agreement review with CGSH and RLKS. | |
| | 10/29/2015 | Timothy C. Ross | Follow-up with Debtors counsel (KH) on status of foreign subsidiary document retention process | |

**Electronic Data and Document Preservation Total**

**Entity Liquidation and Wind Down**

| | 10/1/2015 | Timothy C. Ross | Conference call with CGSH (KH, RE, RB) | |
| | 10/1/2015 | Timothy C. Ross | Worked Debtors foreign branch matters | |
| | 10/2/2015 | Timothy C. Ross | Worked Debtors entity liquidation matters | |
| | 10/2/2015 | Timothy C. Ross | Conference call with Debtors foreign subsidiary Counsel (AZB) and Debtors Counsel (CGSH-KH, RR, RE) | |
| | 10/6/2015 | Timothy C. Ross | Worked Debtors foreign subsidiary liquidation and wind down matters with Liquidator (SC) | |
| | 10/8/2015 | Timothy C. Ross | Worked LCPA cancellation with Abdelly (SC) and BDO (ME) | |
| | 10/8/2015 | Timothy C. Ross | Received, reviewed, and responded to Abdelly (SC) | |
| | 10/20/2015 | Timothy C. Ross | Conference call with Debtors' Counsel, CGSH (KH, RR, RE) | |
| | 10/23/2015 | Timothy C. Ross | Received, reviewed, and responded to Debtors foreign subsidiary deregistration matter | |
| | 10/29/2015 | Timothy C. Ross | Conference call with Debtors Counsel (KH, RR, RE) | |

**Entity Liquidation and Wind Down Total**

# Exhibit F

## The Mergis Group
### Time Description Detail by Project

Nortel Networks, Inc. et al.
For the period of October 1, 2015 through October 31, 2015

| Project | Date | Professional | Project Work Description | H |
|---|---|---|---|---|

**Finance and General Accounting**

| | Date | Professional | Project Work Description |
|---|---|---|---|
| | 10/1/2015 | Kim Ponder | Normal course payables |
| | 10/1/2015 | Kim Ponder | Intercompany billing. |
| | 10/1/2015 | Kim Ponder | Month end close. |
| | 10/1/2015 | Timothy C. Ross | Reviewed and authorized Debtors residual invoices for payment |
| | 10/1/2015 | William D. Cozart | Prepare September bank reconciliations. |
| | 10/1/2015 | William D. Cozart | Prepare research regarding historical transactions. |
| | 10/1/2015 | William D. Cozart | Prepare invoices for October. |
| | 10/2/2015 | Kim Ponder | Month end close. |
| | 10/2/2015 | Timothy C. Ross | Worked Debtors finance and accounting matters |
| | 10/2/2015 | William D. Cozart | Record cash receipts. |
| | 10/2/2015 | William D. Cozart | Prepare September bank reconciliations. |
| | 10/2/2015 | William D. Cozart | Prepare research regarding historical transactions. |
| | 10/5/2015 | Kim Ponder | Normal course payables - invoice approval requests and processing |
| | 10/5/2015 | Kim Ponder | Received and responded to correspondence from CT Corporation. |
| | 10/5/2015 | Kim Ponder | Correspondence with document storage vendors. |
| | 10/5/2015 | Kim Ponder | Month end close. |
| | 10/5/2015 | Timothy C. Ross | Prepared and submitted Debtors residual staffing time report. |
| | 10/5/2015 | Timothy C. Ross | Worked Debtors finance and accounting matters |
| | 10/5/2015 | William D. Cozart | Prepare September bank reconciliations. |
| | 10/5/2015 | William D. Cozart | Prepare research regarding historical transactions. |
| | 10/5/2015 | William D. Cozart | Prepare billings for October. |
| | 10/5/2015 | William D. Cozart | Prepare reconciliations for September. |
| | 10/6/2015 | Kim Ponder | Correspondence with Deloitte Guatemala regarding open issues. |
| | 10/6/2015 | Kim Ponder | Normal course payables - draft weekly payment proposal and cash summary |
| | 10/6/2015 | Kim Ponder | Draft 26th OCP statement. |
| | 10/6/2015 | Kim Ponder | Normal course payables |
| | 10/6/2015 | Kim Ponder | Month end close. |
| | 10/6/2015 | Timothy C. Ross | Reviewed and authorized Debtors foreign subsidiary invoices for paymen |
| | 10/6/2015 | Timothy C. Ross | Worked Debtors finance and accounting matters |
| | 10/6/2015 | William D. Cozart | Prepare research regarding historical transactions. |
| | 10/6/2015 | William D. Cozart | Prepare reconciliations for September. |
| | 10/6/2015 | William D. Cozart | Received, reviewed and responded to correspondence regarding cash disbursements |
| | 10/6/2015 | William D. Cozart | Prepare September bank reconciliations. |
| | 10/7/2015 | Kim Ponder | Month end close. |
| | 10/7/2015 | Timothy C. Ross | Reviewed and authorized Debtors Bank reconciliations |
| | 10/7/2015 | Timothy C. Ross | Worked Debtors finance and accounting matters |
| | 10/7/2015 | William D. Cozart | Received, reviewed and responded to correspondence regarding cash disbursements |
| | 10/7/2015 | William D. Cozart | Prepare reconciliations for September. |
| | 10/7/2015 | William D. Cozart | Prepare research regarding historical transactions. |
| | 10/8/2015 | Kim Ponder | Normal course payables |
| | 10/8/2015 | Kim Ponder | Normal course payables |
| | 10/8/2015 | Kim Ponder | Bank statement scanning and retention. |
| | 10/8/2015 | Timothy C. Ross | Worked Debtors finance and accounting matters |
| | 10/8/2015 | Timothy C. Ross | Reviewed and authorized Debtors residual staffing invoices for payment |
| | 10/8/2015 | William D. Cozart | Prepare reconciliations for September. |
| | 10/8/2015 | William D. Cozart | Prepare research regarding historical transactions. |
| | 10/9/2015 | Kim Ponder | Month end close. |
| | 10/9/2015 | Timothy C. Ross | Worked Debtors finance and accounting matters |
| | 10/9/2015 | William D. Cozart | Record Cash Receipts. |
| | 10/9/2015 | William D. Cozart | Prepare and post journal entries for September. |
| | 10/9/2015 | William D. Cozart | Prepare research regarding historical transactions. |
| | 10/12/2015 | Timothy C. Ross | Prepared and submitted residual staff time report. |
| | 10/12/2015 | Timothy C. Ross | Worked Debtors finance and general accounting matters |
| | 10/12/2015 | William D. Cozart | Prepare research regarding historical transactions. |
| | 10/12/2015 | William D. Cozart | Prepare reconciliations for September. |
| | 10/13/2015 | Timothy C. Ross | Worked Debtors finance and general accounting matters |
| | 10/13/2015 | William D. Cozart | Prepare reconciliations for September. |
| | 10/13/2015 | William D. Cozart | Prepare research regarding historical transactions. |
| | 10/14/2015 | Kim Ponder | Normal course payables |
| | 10/14/2015 | Kim Ponder | Normal course payables |
| | 10/14/2015 | Kim Ponder | Received, researched and responded to request for data. |
| | 10/14/2015 | Timothy C. Ross | Worked Debtors finance and general accounting matters |
| | 10/14/2015 | William D. Cozart | Prepare reconciliations for September. |
| | 10/14/2015 | William D. Cozart | Perform BW testing. |
| | 10/15/2015 | Kim Ponder | Normal course payables |

# Exhibit F

## The Mergis Group
### Time Description Detail by Project

Nortel Networks, Inc. et al.
For the period of October 1, 2015 through October 31, 2015

| Project | Date | Professional | Project Work Description | H |
|---|---|---|---|---|
| | 10/15/2015 | Kim Ponder | Month end close. | |
| | 10/15/2015 | Timothy C. Ross | Worked Debtors finance and general accounting matters | |
| | 10/15/2015 | William D. Cozart | Record cash receipts. | |
| | 10/15/2015 | William D. Cozart | Perform BW testing. | |
| | 10/15/2015 | William D. Cozart | Prepare reconciliations for September. | |
| | 10/16/2015 | Kim Ponder | General ledger reconciliations. | |
| | 10/16/2015 | Timothy C. Ross | Reviewed and authorized Debtors residual invoices for payment | |
| | 10/19/2015 | Kim Ponder | Normal course payables | |
| | 10/19/2015 | Kim Ponder | Document retention. | |
| | 10/19/2015 | William D. Cozart | Record Cash receipts. | |
| | 10/19/2015 | William D. Cozart | Perform BW testing. | |
| | 10/19/2015 | William D. Cozart | Prepare billings for October. | |
| | 10/19/2015 | William D. Cozart | Research re: Escrow transactions. | |
| | 10/19/2015 | William D. Cozart | Prepare reconciliations for September. | |
| | 10/20/2015 | Kim Ponder | Normal course payables | |
| | 10/20/2015 | Kim Ponder | Month end close. | |
| | 10/20/2015 | Timothy C. Ross | Prepared and submitted residual staff time report. | |
| | 10/20/2015 | William D. Cozart | Prepare draft consolidation for September. | |
| | 10/20/2015 | William D. Cozart | Received, reviewed and responded to correspondence re: historical sublease billing information | |
| | 10/20/2015 | William D. Cozart | Perform BW Testing and documentation. | |
| | 10/21/2015 | Kim Ponder | Planning discussions with RLKS and EY re: business issue. | |
| | 10/21/2015 | Timothy C. Ross | Worked Debtors finance and general accounting matters | |
| | 10/21/2015 | William D. Cozart | Prepare billings for October. | |
| | 10/21/2015 | William D. Cozart | Record cash receipts. | |
| | 10/21/2015 | William D. Cozart | Prepare month end QuickBooks backup. | |
| | 10/21/2015 | William D. Cozart | Prepare month end reports from QuickBooks. | |
| | 10/22/2015 | Kim Ponder | Normal course payables | |
| | 10/22/2015 | Timothy C. Ross | Reviewed and authorized Debtors foreign subsidiary professional invoices for paymen | |
| | 10/22/2015 | William D. Cozart | Prepare consolidation for September. | |
| | 10/22/2015 | William D. Cozart | Prepare month end reports from QuickBooks. | |
| | 10/22/2015 | William D. Cozart | Record cash receipts. | |
| | 10/23/2015 | Timothy C. Ross | Reviewed and authorized Debtors residual invoices for payment | |
| | 10/26/2015 | Kim Ponder | Prepared Q3 2015 US Trustee fee calculation. | |
| | 10/26/2015 | Kim Ponder | Coordinated with EY re: document retention. | |
| | 10/26/2015 | Timothy C. Ross | Prepared and submitted Residual staff time report. | |
| | 10/26/2015 | William D. Cozart | Perform BW testing. | |
| | 10/26/2015 | William D. Cozart | Record cash receipts. | |
| | 10/26/2015 | William D. Cozart | Prepare billings for October. | |
| | 10/27/2015 | Kim Ponder | Normal course payables - draft weekly payment proposal and cash summary | |
| | 10/27/2015 | Timothy C. Ross | Reviewed and authorize Debtors foreign subsidiary invoices for paymen | |
| | 10/27/2015 | William D. Cozart | Record cash receipts. | |
| | 10/27/2015 | William D. Cozart | Perform SAP BW test. | |
| | 10/27/2015 | William D. Cozart | Prepare reconciliations for September. | |
| | 10/28/2015 | William D. Cozart | Perform SAP BW Test. | |
| | 10/28/2015 | William D. Cozart | Prepare historical cost reports. | |
| | 10/29/2015 | Kim Ponder | Normal course payables | |
| | 10/29/2015 | Kim Ponder | Prepared Q3 package for submission to US Trustee. | |
| | 10/29/2015 | Kim Ponder | Intercompany billing. | |
| | 10/29/2015 | William D. Cozart | Update G&A Cost Allocation. | |
| | 10/29/2015 | William D. Cozart | Prepare billings for October. | |
| | 10/29/2015 | William D. Cozart | Process payments for NTEC. | |
| | 10/30/2015 | Kim Ponder | Document retention. | |
| | 10/30/2015 | Timothy C. Ross | Reviewed and authorized Debtors residual invoices for payment | |
| | 10/30/2015 | William D. Cozart | Prepare billings for October. | |
| | 10/30/2015 | William D. Cozart | Record cash receipts. | |
| | 10/30/2015 | William D. Cozart | Update G&A cost allocation. | |
| | 10/30/2015 | William D. Cozart | Upload Foreign currency exchange rates in QuickBooks. | |

**Finance and General Accounting Total**

**Human Resources**

| | 10/6/2015 | Kim Ponder | Received, researched and responded to request for employment data re: former employee |
| | 10/8/2015 | Kim Ponder | Received, researched and responded to TN request for information. |
| | 10/9/2015 | Timothy C. Ross | Reviewed and authorized refund deposits to the Northern Telecom Health & Welfare Trust. |
| | 10/14/2015 | Kim Ponder | Received, researched and responded to involuntary deduction request re: former employee |
| | 10/22/2015 | Timothy C. Ross | Meeting with RLKS (KS) |
| | 10/27/2015 | Kim Ponder | Received and responded to involuntary deduction request |

# Exhibit F

## The Mergis Group
### Time Description Detail by Project

Nortel Networks, Inc. et al.
For the period of October 1, 2015 through October 31, 2015

| Project / Date | Professional | Project Work Description |
|---|---|---|
| 10/28/2015 | Timothy C. Ross | Met with US OPM (CS) and actioned questions |

**Human Resources Total**

**Information Technology Operations**

| Date | Professional | Project Work Description |
|---|---|---|
| 10/1/2015 | Timothy C. Ross | Follow-up on Debtors IT consultant agreement matters |
| 10/2/2015 | Timothy C. Ross | Received, reviewed, and responded to Debtors IT matters |
| 10/5/2015 | Timothy C. Ross | Worked Debtors IT matter |
| 10/5/2015 | Timothy C. Ross | Worked Debtors IT consultant agreement matters |
| 10/12/2015 | Timothy C. Ross | Worked Debtors information technology matters |
| 10/13/2015 | Timothy C. Ross | Worked Debtors information technology matters |
| 10/13/2015 | Timothy C. Ross | Worked Debtors information technology matters |
| 10/14/2015 | Timothy C. Ross | Received mark-up agreement from CGSH (AR) for review and communication to IT Consultant |
| 10/15/2015 | Timothy C. Ross | Reviewed and responded to Debtors IT request from RLKS (RP) |
| 10/20/2015 | Timothy C. Ross | Worked Debtors IT consultant agreement |
| 10/20/2015 | Timothy C. Ross | Conference call with Randstad (LD) |
| 10/21/2015 | Timothy C. Ross | Prepared draft contract services agreement |
| 10/27/2015 | Timothy C. Ross | Conference call with Randstad, US (LD) |
| 10/27/2015 | Timothy C. Ross | Worked Debtors IT consultant agreement |

**Information Technology Operations Total**

**Insurance & Risk Management**

| Date | Professional | Project Work Description |
|---|---|---|
| 10/1/2015 | Timothy C. Ross | Follow-up on Debtors insurance renewal matters with Marsh (MP) |
| 10/6/2015 | Timothy C. Ross | Conference call with Marsh (MP) |
| 10/7/2015 | Timothy C. Ross | Worked Debtors insurance matters |
| 10/14/2015 | Timothy C. Ross | Reviewed Debtors financials and completed home state exempt commercial purchaser selection request from Debtors agent |
| 10/14/2015 | Timothy C. Ross | Prepared Debtors crime renewal policy application and supporting schedules |
| 10/15/2015 | Timothy C. Ross | Reviewed and compared Debtors foreign subsidiary D&O insurance policy quotes, responded to local agent with follow-up questions. |
| 10/22/2015 | Timothy C. Ross | Worked Debtors foreign subsidiary matters |
| 10/23/2015 | Timothy C. Ross | Received, researched, and responded to Marsh, Inc. (SK) |
| 10/23/2015 | Timothy C. Ross | Worked Debtors foreign subsidiary insurance matters |
| 10/26/2015 | Timothy C. Ross | Reviewed and bound Debtors insurance policy |
| 10/26/2015 | Timothy C. Ross | Received, reviewed, and actioned Debtors foreign subsidiary matters |
| 10/27/2015 | Timothy C. Ross | Worked Debtors foreign subsidiary insurance matters |
| 10/27/2015 | Timothy C. Ross | Reviewed and responded to Marsh (MP) |
| 10/28/2015 | Timothy C. Ross | Reviewed and bound Debtors Boiler and Machinery policy |
| 10/29/2015 | Timothy C. Ross | Received, reviewed, and responded to Debtors foreign subsidiary insurance matters |

**Insurance & Risk Management Total**

**Professional Fee Applications**

| Date | Professional | Project Work Description |
|---|---|---|
| 10/6/2015 | Kim Ponder | |
| 10/14/2015 | Kim Ponder | Reviewed 26th Ordinary Course Professional filing. |
| 10/15/2015 | Kim Ponder | Processed fee application filed by Professional. |
| 10/19/2015 | Kim Ponder | Processed fee application filed by Professional. |
| 10/20/2015 | Kim Ponder | Processed fee application filed by Professional. |
| 10/26/2015 | Kim Ponder | Processed fee applications filed by Professionals. |
| 10/29/2015 | Kim Ponder | Processed fee applications filed by Professionals. |

**Professional Fee Applications Total**

**Real Estate Management**

| Date | Professional | Project Work Description |
|---|---|---|
| 10/1/2015 | Timothy C. Ross | Worked Debtors property management matters |
| 10/5/2015 | Timothy C. Ross | Conference call with CBRE (AL) and Gramarcy (AN) |
| 10/6/2015 | Timothy C. Ross | Conference call with RLKS (KS) |
| 10/6/2015 | Timothy C. Ross | Worked property management matters |
| 10/7/2015 | Kim Ponder | Meeting with Allan Lane re: restoration. |
| 10/7/2015 | Timothy C. Ross | Meeting with CBRE (AL) |
| 10/8/2015 | Timothy C. Ross | Prepared annual Nortel / JCI FM cost savings sharing analysis |
| 10/13/2015 | Timothy C. Ross | Prepared RTP vacate delay analysis |
| 10/19/2015 | Timothy C. Ross | Worked Debtors property management matters |
| 10/19/2015 | Timothy C. Ross | Meeting with CBRE/JCI (AL) |
| 10/19/2015 | Timothy C. Ross | Prepared and analyzed Glennville landlord profit sharing DRAFT |

# Exhibit F

## The Mergis Group
### Time Description Detail by Project

Nortel Networks, Inc. et al.
For the period of October 1, 2015 through October 31, 2015

| Project | Date | Professional | Project Work Description | H |
|---|---|---|---|---|
|  | 10/20/2015 | Timothy C. Ross | Researched and prepared response to Debtors subtenant financial information request |  |
|  | 10/20/2015 | Timothy C. Ross | Reviewed and authorized Debtors local counsel invoices for payment |  |
|  | 10/20/2015 | Timothy C. Ross | Prepared Rent roll for RTP and Richardson properties |  |
|  | 10/20/2015 | Timothy C. Ross | Performed annual CPI rent adjustment analysis and communicated to subtenants |  |
|  | 10/21/2015 | Kim Ponder | Compiled Q3 2015 profit sharing package. |  |
|  | 10/21/2015 | Timothy C. Ross | Prepared subtenant rental income for invoicing |  |
|  | 10/21/2015 | Timothy C. Ross | Meeting with CGSH (PM), CBRE/JCI (AL), and RLKS (KS) |  |
|  | 10/22/2015 | Timothy C. Ross | Prepared subtenant rental income for invoicing |  |
|  | 10/22/2015 | Timothy C. Ross | Meeting with RLKS (KS) |  |
|  | 10/22/2015 | Timothy C. Ross | Conference call with RTP land lord (BV,CR) and CBRE/JCI (AL) |  |
|  | 10/23/2015 | Timothy C. Ross | Worked Debtors collection matters |  |
|  | 10/26/2015 | Timothy C. Ross | Meeting with CBRE/JCI (AL) |  |
|  | 10/28/2015 | Timothy C. Ross | Worked Debtors property management matters |  |
|  | 10/29/2015 | Timothy C. Ross | Worked Debtors property management matters |  |
|  | 10/30/2015 | Timothy C. Ross | Finalized Glenville property profit sharing analysis and submitted to landlord |  |

**Real Estate Management Total**

**Residual Business Operations**

|  | 10/1/2015 | Timothy C. Ross | Follow-up on status of Debtors residual business matter |  |
|---|---|---|---|---|
|  | 10/7/2015 | Timothy C. Ross | Received, reviewed, and actioned Debtors service of process notification (s) |  |
|  | 10/8/2015 | William D. Cozart | Prepare government report. |  |
|  | 10/22/2015 | Timothy C. Ross | Follow-up on Debtors foreign subsidiary matters |  |
|  | 10/23/2015 | Timothy C. Ross | Conference call with CGSH (KH) |  |
|  | 10/29/2015 | Timothy C. Ross | Received, reviewed, and responded to Debtors foreign subsidiary counsel |  |
|  | 10/30/2015 | Timothy C. Ross | Conference call with Debtors Counsel (KH, RE) and Debtors foreign subsidiary Counsel (AT, SK) |  |

**Residual Business Operations Total**

**Tax Matters**

|  | 10/1/2015 | Kim Ponder | Researched prior year tax refunds. |  |
|---|---|---|---|---|
|  | 10/2/2015 | Kim Ponder | Meeting with EY (A Shapiro) re: online tax filings. |  |
|  | 10/5/2015 | Timothy C. Ross | Received, reviewed, and responded to Debtors foreign subsidiary tax matters |  |
|  | 10/7/2015 | Kim Ponder | Meeting with EY (M Gentile) re: Arizona matter. |  |
|  | 10/8/2015 | Timothy C. Ross | Meeting with E&Y (JW) |  |
|  | 10/9/2015 | Timothy C. Ross | Researched E&Y (JW) request for Debtors financial records supporting tax analysis |  |
|  | 10/12/2015 | Timothy C. Ross | Received, reviewed, and responded to Debtors foreign branch matters |  |
|  | 10/12/2015 | Timothy C. Ross | Worked Debtors foreign subsidiary tax matters |  |
|  | 10/12/2015 | Timothy C. Ross | Received and reviewed Debtors foreign subsidiary professional invoices for payment |  |
|  | 10/13/2015 | Kim Ponder | Researched prior year records in connection with EY (J Wood) request |  |
|  | 10/13/2015 | Timothy C. Ross | Received, reviewed, and worked follow-up accounting question from E&Y (JW) |  |
|  | 10/13/2015 | Timothy C. Ross | Reviewed and authorized Debtors foreign subsidiary tax matters |  |
|  | 10/13/2015 | William D. Cozart | Update FBAR Cash analysis. |  |
|  | 10/14/2015 | Kim Ponder | Received, reviewed and forwarded tax related documents to EY |  |
|  | 10/14/2015 | Timothy C. Ross | Conference call with Chilmark Partners (MK) and E&Y (JW) |  |
|  | 10/15/2015 | Kim Ponder | Researched prior year records in connection with EY (J Wood) request |  |
|  | 10/15/2015 | Timothy C. Ross | Meeting with E&Y (JS) - RE: NTEC Service Tax Refund. |  |
|  | 10/15/2015 | Timothy C. Ross | Conference call with Debtors foreign branch Council and Debtors Council (KH, RB) |  |
|  | 10/19/2015 | Kim Ponder | Received, reviewed and forwarded jurisdiction communications to EY. |  |
|  | 10/19/2015 | Timothy C. Ross | Received, researched, and responded to Debtors tax questions from E&Y (JW) |  |
|  | 10/23/2015 | Timothy C. Ross | Received, reviewed, and responded to Debtors foreign subsidiary tax matters |  |
|  | 10/23/2015 | Timothy C. Ross | Received, reviewed, and actioned Debtors state tax matter |  |
|  | 10/27/2015 | Timothy C. Ross | Prepared for meeting with E&Y (JS) |  |
|  | 10/27/2015 | Timothy C. Ross | Meeting with E&Y (JS) |  |
|  | 10/28/2015 | Timothy C. Ross | Reviewed and responded to Debtors foreign subsidiary tax matters |  |
|  | 10/28/2015 | Timothy C. Ross | Reviewed and responded to CGSH (KH,RR) |  |
|  | 10/29/2015 | Timothy C. Ross | Received, reviewed, and responded to Debtors tax professional |  |
|  | 10/29/2015 | Timothy C. Ross | Worked Debtors foreign subsidiary tax matters |  |
|  | 10/30/2015 | William D. Cozart | Update cash analysis for FBAR. |  |

**Tax Matters Total**

**For the period of October 1, 2015 through October 31, 2015**

## Exhibit G

**The Mergis Group**
**Summary of Expenses By Category**

**Nortel Networks, Inc. et al.**
For the period of October 1, 2015 through October 31, 2015

| Expense Category | Expenses |
|---|---|
| Airfare | - |
| Lodging | - |
| Meals | - |
| Parking | - |
| Ground Transportation | - |
| Office Expense | - |
| Professional | - |
| Miscellaneous | - |
| **For the period of October 1, 2015 through October 31, 2015** | **$    -** |

# Exhibit H

## The Mergis Group
**Expense Detail**

Nortel Networks, Inc. et al.
For the period of October 1, 2015 through October 31, 2015

| Date (s) Incurred | Name of Professional | Purpose | Location Visited |
|---|---|---|---|
| | **Expense Category** | **Vendor** | **Expenses** |
| | Airfare | | - |
| | Lodging | | - |
| | Meals | | - |
| | Parking | | - |
| | Ground Transportation | | - |
| | Office Expense | | - |
| | Professional | | - |
| | Miscellaneous | | - |
| | **Total** | | **$ -** |

| Date (s) Incurred | Name of Professional | Purpose | Location Visited |
|---|---|---|---|
| | **Expense Category** | **Vendor** | **Expenses** |
| | Airfare | | - |
| | Lodging | | - |
| | Meals | | - |
| | Parking | | - |
| | Ground Transportation | | - |
| | Office Expense | | - |
| | Professional | | - |
| | Miscellaneous | | - |
| | **Total** | | **$ -** |

| Date (s) Incurred | Name of Professional | Purpose | Location Visited |
|---|---|---|---|
| | **Expense Category** | **Vendor** | **Expenses** |
| | Airfare | | - |
| | Lodging | | - |
| | Meals | | - |
| | Parking | | - |
| | Ground Transportation | | - |
| | Office Expense | | - |
| | Professional | | - |
| | Miscellaneous | | - |
| | **Total** | | **$ -** |

| Date (s) Incurred | Name of Professional | Purpose | Location Visited |
|---|---|---|---|
| | **Expense Category** | **Vendor** | **Expenses** |
| | Airfare | | - |
| | Lodging | | - |
| | Meals | | - |
| | Parking | | - |
| | Ground Transportation | | - |
| | Office Expense | | - |
| | Professional | | - |
| | Miscellaneous | | - |
| | **Total** | | **$ -** |

# Exhibit H

## The Mergis Group
### Expense Detail

Nortel Networks, Inc. et al.
For the period of October 1, 2015 through October 31, 2015

| | |
|---|---|
| **For the period of October 1, 2015 through October 31, 2015** | $ - |