IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

_____
                                                                    )
In re:                                                              )    Chapter 11
                                                                    )    Case No. 09-10138 (KG)
Nortel Networks Inc., et al.,[1]                                    )    Jointly Administered
                                                                    )
                        Debtors.                                    )    **Hearing Date**: TBD
_____)


# NOTICE OF TWENTY-SEVENTH INTERIM FEE APPLICATION REQUEST

| | |
|---|---|
| Name of Applicant: | Ashurst LLP |
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors |
| Date of Retention: | March 5, 2009 (nunc pro tunc to January 30, 2009) |
| Period for which Compensation and Reimbursement is sought: | August 1, 2015 through October 31, 2015 |
| Amount of Compensation sought as actual, reasonable and necessary | £105,823.00 (US $158,734.50)[2] |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | £407.73 (US $611.60)[3] |

This is (a)n:  X  interim ___ final application.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems, Inc. (9769); Nortel Altsystems International, Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567); and Nortel Networks (CALA) Inc. (4226).

[2] The amount stated in parenthesis is for informational purposes only and reflects the international foreign exchange rate of £1 to US $1.50 as published by Bloomberg.com on the date of this application.

[3] The amount stated in parenthesis is for informational purposes only and reflects the international foreign exchange rate of £1 to US $1.50 as published by Bloomberg.com on the date of this application.

1

45313604

Summary of Fee Applications for Compensation Period:

| Date Filed Docket No. | Period Covered | Requested | | Approved | | Holdback Fees Requested |
| | | Fees | Expenses | Fees (80%) | Expenses (100%) | Fees (20%) |
|---|---|---|---|---|---|---|
| Date Filed: 09/22/2015 Docket No. 16184 | 08/01/2014 – 08/31/2015 | £46,053.00 | £237.70 | £36,842.40 | £237.70 | £9,210.60 |
| Date Filed: 11/05/2015 Docket No. 16289 | 09/01/2014 – 09/30/2015 | £31,703.00 | £139.43 | £25,362.40 | £139.43 | £6,340.60 |
| Date Filed: 11/30/2015 Docket No. TBD | 10/01/2015 – 10/31/2015 | £28,067.00 | £30.60 | Pending Obj deadline 12/21/2015 £22,453.60 | Pending Obj deadline 12/21/2015 £30.60 | £5,613.40 |
| **TOTALS:** | | £105,823.00 | £407.73 | £84,658.40 | £407.73 | £21,164.60 |

Summary of any Objections to Fee Applications:  None.

Dated:    November 30, 2015
         London, United Kingdom

_____
**Giles Boothman**
ASHURST LLP
Broadwalk House
5 Appold Street
London EC2A 2HA
Telephone:  +44 (0)20 7638 1111
Facsimile:  +44 (0)20 7638 1112

European Counsel to the Official Committee of Unsecured Creditors of Nortel Networks Inc., *et al.*

45313604