**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------X

*In re*

Nortel Networks Inc., *et al.*,[1]

                  Debtors.

--------------------------------------------------------- X

Nortel Networks Inc.,

                  Plaintiff,

v.

Sterling Mets, L.P.,

and

Queens Ballpark Company, L.L.C.

                  Defendants.

---------------------------------------------------------X

: Chapter 11

: Case No. 09-10138 (KG)

: (Jointly Administered)

: **Re: D.I. 16337 and 16349**

: Adv. Proc. No. 10-55903 (KG)

: **Re: D.I. 138 and 139**

<u>**NOTICE OF SERVICE**</u>

       PLEASE TAKE NOTICE that on November 30, 2015, a copy of the **Notice of**

**Agenda of Matters Scheduled for Hearing on December 2, 2015 at 10:00 A.M. (Eastern**

---

[1]      In addition to Nortel Networks Inc. ("<u>NNI</u>"), the Debtors in the Chapter 11 cases are:  Nortel Networks Capital Corporation, Nortel Altsystems Inc., Nortel Altsystems International Inc., Xros, Inc., Sonoma Systems, Qtera Corporation, CoreTek, Inc., Nortel Networks Applications Management Solutions Inc., Nortel Networks Optical Components Inc., Nortel Networks HPOCS Inc., Architel Systems (U.S.) Corporation, Nortel Networks International Inc., Northern Telecom International Inc., Nortel Networks Cable Solutions Inc., and Nortel Networks (CALA) Inc. ("<u>NN CALA</u>").   Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

**Time)** (Main Case D.I. 16337, Adv. Pro. Case D.I. 138) was served in the manner indicated

upon the individuals identified on Exhibit A.

PLEASE TAKE FURTHER NOTICE that on November 30, 2015, a copy of the

**Notice of Amended Agenda of Matters Scheduled for Hearing on December 2, 2015 at**

**10:00 A.M. (Eastern Time)** (Main Case D.I. 16349, Adv. Pro. Case D.I. 139) was served in the

manner indicated upon the individuals identified on Exhibit B.

Dated: November 30, 2015        CLEARY GOTTLIEB STEEN & HAMILTON LLP
Wilmington, DE                  James L. Bromley (admitted *pro hac vice*)
                                Lisa M. Schweitzer (admitted *pro hac vice*)
                                One Liberty Plaza
                                New York, New York 10006
                                Telephone:  (212) 225-2000
                                Facsimile:  (212) 225-3999

                                - and -

                                MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                _/s/ Tamara K. Minott_
                                Eric D. Schwartz (No. 3134)
                                Derek C. Abbott (No. 3376)
                                Andrew R. Remming (No. 5120)
                                Tamara K. Minott (No. 5643)
                                1201 North Market Street, 16th Floor
                                Wilmington, DE  19899-1347
                                Telephone:  (302) 658-9200
                                Facsimile:  (302) 658-3989

                                *Counsel for the Debtors and Debtors in Possession*