IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:                                     ) Chapter 11
                                           )
Nortel Networks Inc. et al.,[1]            ) Case No. 09-10138 (KG)
                                           )
                   Debtors.                ) (Jointly Administered)
                                           )
                                           ) Hearing Date: TBD
                                           )

## NOTICE OF SEVENTH INTERIM FEE APPLICATION REQUEST

Name of Applicant: Cassels Brock & Blackwell LLP

Authorized to Provide
Professional Services to: Official Committee of Unsecured Creditors

Date of Retention: March 17, 2014, *Nunc Pro Tunc* to March 4, 2014

Period for which compensation
and reimbursement is sought: August 1, 2015 through October 31, 2015[2]

Amount of Compensation sought as
actual, reasonable and necessary: CDN. $688,816.75 Equivalent to USD $516,130.39[3]

Amount of Expense Reimbursement sought
as actual, reasonable and necessary: CDN. $1,999.23 Equivalent to USD $1,498.02[3]

This is (a)n: _X_ interim  ____ final application

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567); and Nortel Networks (CALA) Inc. (4226).

[2] Cassels Brock & Blackwell LLP's August, 2015, September, 2015 and October, 2015 monthly fee applications are incorporated herein by reference.

[3] Reuters Exchange Rate on November 30, 2015 was CDN. $1.00 : U.S. $0.7493

Legal*17873373.1

Summary of Fee Applications for Compensation Period:

| Date Filed Docket No. | Period Covered | Requested | | Approved | | Holdback Fees Requested |
|---|---|---|---|---|---|---|
| | | Fees | Expenses | Fees (80%) | Expenses (100%) | Fees (20%) |
| Date Filed: 8/23/15 Docket No. 16320 | 8/1/15 – 8/31/15 | $296,415.50 | $843.49 | $237,132.40 Pending Obj. Deadline December 14, 2015 | $843.49 Pending Obj. Deadline December 14, 2015 | $59,283.10 |
| Date Filed: 11/27/15 Docket No. 16334 | 9/1/15 – 9/30/15 | $210,053.50 | $810.23 | $168,042.80 Pending Obj. Deadline December 18, 2015 | $810.23 Pending Obj. Deadline December 18, 2015 | $42,010.70 |
| Date Filed: 11/30/15 Docket No. 16345 | 10/1/15 – 10/31/15 | $182,347.75 | $345.51 | $145,878.20 Pending Obj. Deadline December 21, 2015 | $345.51 Pending Obj. Deadline December 21, 2015 | $36,469.55 |
| TOTALS: | All amounts in CDN.$ | $688,816.75 | $1,999.23 | $551,053.40[4] | $1,999.23[5] | $137,763.35 |

Summary of any Objections to Fee Applications: None.

Dated: November 30, 2015
Toronto, Ontario

_/s/ Michael J. Wunder_

Michael J. Wunder
CASSELS BROCK & BLACKWELL LLP
Suite 2100, Scotia Plaza
40 King Street West
Toronto, Ontario M5H 3C2
(416) 869-5300
Canadian Counsel to the Official Committee of
Unsecured Creditors of Nortel Networks Inc., *et al.*

---

[4] The total amount reflected in this column includes amounts pending approval.

[5] The total amount reflected in this column includes amounts pending approval.

2

Legal*17873373.1