# EXHIBIT A

**Time Detail**
**May 1, 2015 - October 31, 2015**

| Employee | Date | Hours | Total Charges | Rate | Description |
|---|---|---|---|---|---|
| Gontowski  Kevin | 1-May-15 | 0.50 | $345.10 | $690.20 | Research regarding PBGC Claim (0.5). |
| Gontowski  Kevin | 2-May-15 | 0.50 | $345.10 | $690.20 | Follow-up regarding claim settlement issues (0.5). |
| Gontowski  Kevin | 4-May-15 | 0.25 | $172.55 | $690.20 | Follow-up regarding claim settlement issues (0.25). |
| Farswani  Vikas | 5-May-15 | 1.75 | $893.20 | $510.40 | Telephone conferences with Deb Parker and Cleary working group regarding restoration plan issues (1.75). |
| Farswani  Vikas | 6-May-15 | 0.75 | $382.80 | $510.40 | Telephone conference with Cleary working group regarding restoration plan issues (0.75). |
| Gontowski  Kevin | 8-May-15 | 1.00 | $690.20 | $690.20 | Telephone conference with PBGC regarding retirement income plan (1.0). |
| Shah  Vishul R | 11-May-15 | 2.50 | $2,030.00 | $812.00 | Telephone conference with PBGC regarding retirement income plan (1.0); prepare for same (1.5). |
| Gontowski  Kevin | 13-May-15 | 0.25 | $172.55 | $690.20 | Research on PBGC Claim issues (0.25). |
| Gontowski  Kevin | 15-May-15 | 1.50 | $1,035.30 | $690.20 | Research on PBGC Claim issues (1.5). |
| Farswani  Vikas | 18-May-15 | 4.75 | $2,424.40 | $510.40 | Research regarding plan data validation (4.75). |
| Farswani  Vikas | 19-May-15 | 3.50 | $1,786.40 | $510.40 | Analysis of restoration data (3.5). |
| Gontowski  Kevin | 19-May-15 | 0.25 | $172.55 | $690.20 | Telephone conference with PBGC regarding claim issues (0.25). |
| Mayer  Julie J | 26-May-15 | 2.00 | $160.08 | $80.04 | Plan research assistance (2.0). |
| Gontowski  Kevin | 26-May-15 | 0.25 | $172.55 | $690.20 | Review status of open project issues (0.25). |
| Farswani  Vikas | 27-May-15 | 1.50 | $765.60 | $510.40 | Review status of open project items (1.50). |
| Farswani  Vikas | 29-May-15 | 2.50 | $1,276.00 | $510.40 | Plan data validation (2.0);  telephone confernece with Cleary working group and Cornerstone regarding same (0.5). |
| Farswani  Vikas | 5-Jun-15 | 1.25 | $638.00 | $510.40 | Research restoration plan issues (1.25). |
| Farswani  Vikas | 12-Jun-15 | 4.75 | $2,424.40 | $510.40 | Research restoration plan issues (4.75). |
| Farswani  Vikas | 17-Jun-15 | 8.00 | $4,083.20 | $510.40 | Analysis of restoration plan issues (8.0). |
| Gontowski  Kevin | 17-Jun-15 | 0.25 | $172.55 | $690.20 | Research regarding NQ claims (0.25). |
| Farswani  Vikas | 18-Jun-15 | 1.75 | $893.20 | $510.40 | Research restoration plan issues (1.75). |
| Gontowski  Kevin | 18-Jun-15 | 0.25 | $172.55 | $690.20 | Research regarding NQ claims (0.25). |
| Gontowski  Kevin | 19-Jun-15 | 0.25 | $172.55 | $690.20 | Research regarding NQ claims (0.25). |
| Farswani  Vikas | 23-Jun-15 | 1.75 | $893.20 | $510.40 | Research regarding revalidating claims (0.75); telephone conference with Deb Parker regarding same (1.0). |
| Mayer  Julie J | 23-Jun-15 | 2.00 | $160.08 | $80.04 | Plan research assistance (2.0). |

| Employee | Date | Hours | Total Charges | Rate | Description |
|---|---|---|---|---|---|
| Farswani  Vikas | 10-Jul-15 | 1.75 | $893.20 | $510.40 | Analysis regarding plan valuation issues (1.75). |
| Farswani  Vikas | 16-Jul-15 | 8.50 | $4,338.40 | $510.40 | Analysis regarding plan valuation issues (8.5). |
| Farswani  Vikas | 17-Jul-15 | 1.00 | $510.40 | $510.40 | Analysis regarding plan valuation issues (1.0). |
| Gontowski  Kevin | 17-Jul-15 | 0.25 | $172.55 | $690.20 | Research regarding NQ claims (0.25). |
| Mayer  Julie J | 27-Jul-15 | 2.00 | $169.36 | $84.68 | Plan research assistance (2.0). |
| Gontowski  Kevin | 27-Jul-15 | 0.25 | $172.55 | $690.20 | Research regarding PBGC Claim issues (0.25). |
| Farswani  Vikas | 17-Aug-15 | 1.75 | $893.20 | $510.40 | Analysis regarding claim issues (1.75). |
| Farswani  Vikas | 7-Oct-15 | 0.50 | $278.40 | $556.80 | Analysis regarding plan valuation issues (0.5). |
| Farswani  Vikas | 22-Oct-15 | 1.00 | $556.80 | $556.80 | Analysis regarding plan valuation issues (1.0). |
| Mayer  Julie J | 7-Aug-15 | 1.00 | $84.68 | $84.68 | Plan research assistance (1.0). |
| **Totals:** | | **62.00** | **$30,503.65** | | |