# EXHIBIT B

**Expense Detail**
**May 1, 2015 - October 31, 2015**

| Date | Amount | Description |
|---|---|---|
| 28-Feb-15 | $1,620.90 | Legal - Administrative. |
| 31-Mar-15 | $83.70 | Legal - Administrative. |
| 30-Apr-15 | $261.90 | Legal - Administrative. |
| 31-May-15 | $1,503.57 | Legal - Administrative. |
| 27-Jul-15 | $10.97 | FedEx Overnight Charge. |
| 31-Jul-15 | $302.85 | Legal - Administrative. |
| 31-Aug-15 | $138.60 | Legal - Administrative. |
| **Total:** | **$3,922.49** | |