# EXHIBIT C

# Freeborn 🔺

FREEBORN & PETERS LLP                                    2                              July 10, 2015

No: 100175539
For professional services rendered with regard to:
*Re: Nortel Networks*

### [L120] Analysis/Strategy

| | | | |
|---|---|---:|---:|
| *Feb 10, 2015* | ***Eggert, Devon J.***<br>Multiple e-mail correspondence with Mercer working group regarding preparation of fee application (0.2). | 0.20 | 62.00 |
| *Feb 12, 2015* | ***Eggert, Devon J.***<br>Review and prepare for telephone conference with Mercer working group regarding preparation of fee application (0.2); attend same (0.2). | 0.40 | 124.00 |
| *Feb 20, 2015* | ***Sheldon, Kathryn C.***<br>Draft twenty first fee interim application for November 2014 through January 2015 (0.8); draft quarterly fee application relating to same period (0.2); e-mail correspondence to Devon Eggert regarding same (0.3); telephone conference with Devon Eggert regarding same (0.2). | 1.50 | 330.00 |
| *Feb 20, 2015* | ***Eggert, Devon J.***<br>E-mail correspondence from Vikas Farswani regarding fee application (0.1); telephone conference with Katie Sheldon regarding open items for finalizing same (0.2). | 0.30 | 93.00 |
| *Feb 24, 2015* | ***Eggert, Devon J.***<br>Review and revise draft fee application (0.5); multiple e-mail correspondence with client working group regarding open items for finalizing same (0.3). | 0.80 | 248.00 |
| *Feb 25, 2015* | ***Eggert, Devon J.***<br>Review and revise draft interim and quarterly fee applications (0.6); e-mail correspondence to Mercer working group regarding same (0.2); e-mail correspondence to Katie Sheldon regarding open items for same (0.1). | 0.90 | 279.00 |

# Freeborn ◢▌

FREEBORN & PETERS LLP

3                                        July 10, 2015

| | | | |
|---|---|---:|---:|
| *Feb 25, 2015* | ***Sheldon, Kathryn C.***<br>Revise twenty-first interim fee application (0.5). | 0.50 | 110.00 |
| *Feb 26, 2015* | ***Eggert, Devon J.***<br>Finalize draft fee application (0.1); e-mail correspondence to Katie Sheldon regarding open items for filing same (0.1); e-mail correspondence from Sonya Park regarding same (0.1). | 0.30 | 93.00 |
| *Feb 26, 2015* | ***Sheldon, Kathryn C.***<br>Revisions to twenty first interim and quarterly fee applications (0.6); internal emails regarding same (0.2). | 0.80 | 176.00 |
| *Feb 27, 2015* | ***Sheldon, Kathryn C.***<br>Final edits to twenty-first interim fee application (0.5); e-mail correspondence with Devon Eggert regarding same (0.2); file interim and quarterly fee applications (0.4); e-mail fee auditor and U.S. Trustee regarding same (0.2). | 1.30 | 286.00 |
| Total [L120] Analysis/Strategy | | 7.00 | 1,801.00 |

**FEE SUMMARY**

| TIMEKEEPER | HOURS | RATE | FEES |
|---|---:|---:|---:|
| Eggert, Devon J. | 2.90 | 310.00 | $899.00 |
| Sheldon, Kathryn C. | 4.10 | 220.00 | $902.00 |
| TOTAL HOURS | 7.00 | | |
| TOTAL FEES | | | $1,801.00 |

TOTAL FEES AND DISBURSEMENTS                                        $1,801.00

c:\bills\686409.bil



FREEBORN & PETERS LLP

2                                    July 10, 2015

No: 100176267

For professional services rendered with regard to:

*Re: Nortel Networks*

**[L120] Analysis/Strategy**

| | | | |
|---|---|---|---|
| *Mar 13, 2015* | ***Eggert, Devon J.***<br>Review and prepare for telephone conference with<br>Vikas Farswani regarding fee applications (0.1);<br>attend same (0.2). | 0.30 | 93.00 |
| Total [L120] Analysis/Strategy | | 0.30 | 93.00 |

**FEE SUMMARY**

| TIMEKEEPER | HOURS | RATE | FEES |
|---|---|---|---|
| Eggert, Devon J. | 0.30 | 310.00 | $93.00 |
| TOTAL HOURS | 0.30 | | |
| TOTAL FEES | | | $93.00 |

TOTAL FEES AND DISBURSEMENTS                               $93.00

c:\bills\687137.bil

3386824v1/06774-0022



FREEBORN & PETERS LLP

2

July 10, 2015

No: 100176268

For professional services rendered with regard to:

*Re: Nortel Networks*

**[L120] Analysis/Strategy**

| | | | |
|---|---|---:|---:|
| *Apr 6, 2015* | ***Sheldon, Kathryn C.*** <br> Review fee examiner report for twenty-first interim fee application (0.2); e-mail correspondence to Devon Eggert regarding same (0.1). | 0.30 | 66.00 |
| *Apr 15, 2015* | ***Sheldon, Kathryn C.*** <br> Draft certificate of no objection for twenty-first interim fee application (0.2). | 0.20 | 44.00 |
| *Apr 16, 2015* | ***Sheldon, Kathryn C.*** <br> E-mail correspondence with Devon Eggert regarding response to fee examiner (0.2). | 0.20 | 44.00 |
| *Apr 16, 2015* | ***Eggert, Devon J.*** <br> Telephone conference with Annie Cordo (counsel for debtors) regarding responding to fee auditor preliminary report (0.1); e-mail correspondence to Katie Sheldon regarding same (0.1); telephone conference with Katie Sheldon regarding same (0.1). | 0.30 | 93.00 |
| *Apr 24, 2015* | ***Sheldon, Kathryn C.*** <br> File certificate of no objection regarding twenty-first interim fee application (0.1); e-mail correspondence with Devon Eggert regarding same (0.1). | 0.20 | 44.00 |
| Total [L120] Analysis/Strategy | | 1.20 | 291.00 |

3386827v1/06774-0022



FREEBORN & PETERS LLP

3

July 10, 2015

**FEE SUMMARY**

| TIMEKEEPER | HOURS | RATE | FEES |
|---|---|---|---|
| Eggert, Devon J. | 0.30 | 310.00 | $93.00 |
| Sheldon, Kathryn C. | 0.90 | 220.00 | $198.00 |
| TOTAL HOURS | 1.20 | | |

TOTAL FEES $291.00

TOTAL FEES AND DISBURSEMENTS $291.00

c:\bills\687138.bil

3386827v1/06774-0022



FREEBORN & PETERS LLP

2

August 18, 2015

No: 100176269

For professional services rendered with regard to:

*Re: Nortel Networks*

**[L120] Analysis/Strategy**

| | | | |
|---|---|---|---|
| *May 4, 2015* | *Eggert, Devon J.*<br>Review and revise draft statement of work (0.1); e-mail correspondence to Mercer working group regarding same (0.1). | 0.20 | 64.00 |
| *May 18, 2015* | *Eggert, Devon J.*<br>Review order granting fee applications (0.1); e-mail correspondence to Mercer working group regarding same and next fee application deadlines (0.1). | 0.20 | 64.00 |
| *May 24, 2015* | *Eggert, Devon J.*<br>Review fee application exhibits to ensure compliance with time detail requirements (0.5); e-mail correspondence to Mercer working group regarding same (0.1). | 0.60 | 192.00 |
| *May 26, 2015* | *Eggert, Devon J.*<br>Multiple e-mail correspondence with client working group regarding finalizing fee application (0.2); revise fee application documents based upon same (0.2); e-mail correspondence to Louis Lipner (counsel for debtors) regarding same (0.1). | 0.50 | 160.00 |
| *May 28, 2015* | *Eggert, Devon J.*<br>Review and revise draft fee applications (0.3); e-mail correspondence to Jackie Hazdra regarding same (0.1). | 0.40 | 128.00 |
| *May 29, 2015* | *Eggert, Devon J.*<br>Finalize fee applications for filing (0.4). | 0.40 | 128.00 |
| Total [L120] Analysis/Strategy | | 2.30 | 736.00 |



FREEBORN & PETERS LLP

3

August 18, 2015

**[L190] Other Case Assessment, Development and Administration**

| | | | |
|---|---|---|---|
| *May 26, 2015* | *Hazdra, Jacqueline E.*<br>E-mail correspondence with Devon Eggert<br>regarding drafting twenty-second interim fee<br>application (0.1). | 0.10 | 22.50 |
| Total [L190] Other Case Assessment, Development and<br>Administration | | 0.10 | 22.50 |

**[L210] Pleadings**

| | | | |
|---|---|---|---|
| *May 28, 2015* | *Hazdra, Jacqueline E.*<br>Draft twenty-second interim fee application (0.8);<br>e-mail correspondence with Devon Eggert<br>regarding same (0.1). | 0.90 | 202.50 |
| *May 29, 2015* | *Hazdra, Jacqueline E.*<br>Revise twenty-second interim fee application (2.6);<br>e-mail correspondence with Devon Eggert<br>regarding same (0.1); file same (0.4). | 3.10 | 697.50 |
| Total [L210] Pleadings | | 4.00 | 900.00 |

**FEE SUMMARY**

| TIMEKEEPER | HOURS | RATE | FEES |
|---|---|---|---|
| Eggert, Devon J. | 2.30 | 320.00 | $736.00 |
| Hazdra, Jacqueline E. | 4.10 | 225.00 | $922.50 |
| TOTAL HOURS | 6.40 | | |
| TOTAL FEES | | | $1,658.50 |

3410835v1/06774-0022



FREEBORN & PETERS LLP

4                                    August 18, 2015

**DISBURSEMENTS**

**[E101] Copying**

*May 29, 2015    FIRM          Photocopying*                                                10.92

Total [E101] Copying                                                                        $10.92
Total Inception to Date [E101] Copying                                                      $275.50

**DISBURSEMENT SUMMARY**

       Photocopying                                               10.92
       TOTAL DISBURSEMENTS                                         $10.92

TOTAL FEES AND DISBURSEMENTS                                                                $1,669.42

c:\bills\687139.bil

3410835v1/06774-0022

# Freeborn 

FREEBORN & PETERS LLP                    2                    August 18, 2015

No: 100178589

For professional services rendered with regard to:

*Re: Nortel Networks*

## [L120] Analysis/Strategy

| | | | |
|---|---|---|---|
| *Jul 6, 2015* | *Eggert, Devon J.*<br>Review preliminary report of fee auditor for twenty-second fee application (0.1); review fee application based upon same (0.1); e-mail correspondence to Judy Scarborough (fee auditor) in response to preliminary report (0.1). | 0.30 | 96.00 |
| *Jul 16, 2015* | *Eggert, Devon J.*<br>Multiple e-mail correspondence with Judith Scarborough (fee auditor) regarding response to preliminary report (0.2). | 0.20 | 64.00 |
| *Jul 20, 2015* | *Eggert, Devon J.*<br>Review draft order for 25th interim fee period (0.1); e-mail correspondence to Tammy Minott regarding same (0.1). | 0.20 | 64.00 |
| Total [L120] Analysis/Strategy | | 0.70 | 224.00 |

## [L190] Other Case Assessment, Development and Administration

| | | | |
|---|---|---|---|
| *Jul 9, 2015* | *Hazdra, Jacqueline E.*<br>Draft certificate of no objection for twenty-second interim fee application (0.2); e-mail correspondence with Devon Eggert regarding same (0.1). | 0.30 | 67.50 |
| *Jul 21, 2015* | *Hazdra, Jacqueline E.*<br>File certificate of no objection regarding twenty-second interim fee application (0.1); e-mail correspondence with Devon Eggert regarding same (0.1). | 0.20 | 45.00 |

3410834v1/06774-0022



FREEBORN & PETERS LLP

3                                           August 18, 2015

| | HOURS | FEES |
|---|---|---|
| Total [L190] Other Case Assessment, Development and Administration | 0.50 | 112.50 |

**FEE SUMMARY**

| TIMEKEEPER | HOURS | RATE | FEES |
|---|---|---|---|
| Eggert, Devon J. | 0.70 | 320.00 | $224.00 |
| Hazdra, Jacqueline E. | 0.50 | 225.00 | $112.50 |
| TOTAL HOURS | 1.20 | | |
| TOTAL FEES | | | $336.50 |

TOTAL FEES AND DISBURSEMENTS                                    $336.50

c:\bills\689459.bil

3410834v1/06774-0022



FREEBORN & PETERS LLP

2

September 10, 2015

No: 100181851

For professional services rendered with regard to:

*Re: Nortel Networks*

### [L110] Fact Investigation/Development

| | | | |
|---|---|---|---|
| ***Aug 18, 2015*** | ***Sheldon, Kathryn C.*** <br> Review fee statement exhibits (0.5); e-mail correspondence to Devon Eggert regarding same (0.2). | 0.70 | 154.00 |
| Total [L110] Fact Investigation/Development | | 0.70 | 154.00 |

**FEE SUMMARY**

| TIMEKEEPER | HOURS | RATE | FEES |
|---|---|---|---|
| Sheldon, Kathryn C. | 0.70 | 220.00 | $154.00 |
| TOTAL HOURS | 0.70 | | |
| | | | |
| TOTAL FEES | | | $154.00 |

| | |
|---|---|
| TOTAL FEES AND DISBURSEMENTS | $154.00 |

c:\bills\692721.bil

3425307v1/06774-0022