# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X
: 
*In re* : Chapter 11
:
Nortel Networks Inc., *et al.*,[1] : Case No. 09-10138 (KG)
:
                Debtors. : Jointly Administered
:
: **Objections due: December 21, 2015 at 4:00 p.m. (E.T.)**
------------------------------------------------------------X

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that, on November 30, 2015, I served this *Notice* and *Twenty-Third Interim Application of Mercer (US) Inc. as Compensation Specialist and Consulting Expert to the Debtors Seeking Allowance of Interim Compensation and Interim Reimbursement of All Actual and Necessary Expenses Incurred for the Period of May 1, 2015 through October 31, 2015* by U.S. mail, proper postage prepaid, on the parties listed below.

                                                       /s/ Devon J. Eggert

| | |
|---|---|
| Gordon A. Davies<br>Nortel Networks, Inc.<br>195 The West Mall<br>Toronto, On M9C 5K1<br>*(Debtor)* | Patrick Tinker, Esq.<br>Office of the U.S. Trustee<br>844 King Street<br>Suite 2207, Lockbox 35<br>Wilmington, DE 19801-3519<br>*(U.S. Trustee)* |
| Christopher M. Samis<br>L. Katherine Good<br>Chantelle D. McClamb<br>Whiteford, Taylor & Preston LLC<br>The Renaissance Centre<br>405 North King Street, Suite 500<br>Wilmington, Delaware 19801<br>*(Counsel for Official Committee Of Unsecured Creditors)* | Fred S. Hodara, Esq.<br>Ryan C. Jacobs, Esq.<br>Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Park<br>New York, NY 10036<br>*(Counsel for Official Committee Of Unsecured Creditors)* |

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567).

James L. Bromley, Esq  
Cleary Gottlieb Stew & Hamilton LLP,  
One Liberty Plaza  
New York, New York 10006  
*(Counsel to Debtor)*

Derek C. Abbott, Esq.  
Morris, Nichols, Arsht & Tunnell LLP  
1201 North Market Street  
P.O. Box 1347  
Wilmington, DE 19899--1347

Judith Scarborough  
Master, Sidlow & Associates, P.A.  
2002 West 14th Street  
Wilmington, DE 19806