**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

```
-----------------------------------------------------------X
                                                           :
                                                           :    Chapter 11
In re                                                      :
                                                           :
Nortel Networks Inc., et al.,¹                             :    Case No. 09-10138 (KG)
                                                           :
                    Debtors.                               :
                                                           :    (Jointly Administered)
                                                           :
-----------------------------------------------------------X    Re: D.I. 16348
                                                           :
Nortel Networks Inc.,                                      :
                                                           :
                    Plaintiff,                             :
                                                           :
v.                                                         :    Adv. Proc. No. 10-55903 (KG)
                                                           :
Sterling Mets, L.P.,                                       :    Re: D.I. 139
                                                           :
and                                                        :
                                                           :
Queens Ballpark Company, L.L.C.                            :
                                                           :
                    Defendants.                            :
-----------------------------------------------------------X
```

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on November 30, 2015, a copy of the **Order Approving the Stipulation of Settlement of Claims by and Among the Debtors, Sterling Mets, L.P. and Queens Ballpark Company, L.L.C.** was served, in the manner indicated, on the parties identified below.

**Via Hand Delivery**
Donald J. Detweiler
John H. Schanne II
Pepper Hamilton LLP
1313 N. Market St.
Wilmington, DE 19801

**Via First Class Mail**
Timothy W. Walsh
Andrew B. Kratenstein
McDermott Will & Emery LLP
340 Madison Avenue
New York, NY 10173

---

[1]    In addition to Nortel Networks Inc. ("NNI"), the Debtors in the Chapter 11 cases are:  Nortel Networks Capital Corporation, Nortel Altsystems Inc., Nortel Altsystems International Inc., Xros, Inc., Sonoma Systems, Qtera Corporation, CoreTek, Inc., Nortel Networks Applications Management Solutions Inc., Nortel Networks Optical Components Inc., Nortel Networks HPOCS Inc., Architel Systems (U.S.) Corporation, Nortel Networks International Inc., Northern Telecom International Inc., Nortel Networks Cable Solutions Inc., and Nortel Networks (CALA) Inc. ("NN CALA").   Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

Dated:  November 30, 2015
       Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP
James L. Bromley (admitted pro hac vice)
Lisa M. Schweitzer (admitted pro hac vice)
One Liberty Plaza
New York, New York 10006
Telephone:  (212) 225-2000
Facsimile:  (212) 225-3999

and

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Tamara K. Minott*
Eric D. Schwartz (No. 3134)
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Tamara K. Minott (No. 5643)
1201 North Market Street
Wilmington, Delaware 19801
Telephone:  (302) 658-9200
Facsimile: (302) 658-3989

*Counsel for the Debtors and
Debtors in Possession*