# OBJECTION FORM

| Objector[1] Identification | |
|---|---|
| Name of Objector: <br> Jewell Hill Weatherly | Name of Contact: <br> Same |
| Address: 15 Melrose Drive <br> Pinehurst, NC | Phone #: 910-334-8145 |
| | Fax #: |
| City: Pinehurst  State: NC  Zip Code: 28374 | E-mail: Jewellhillweatherly@gmail.com |

**Description of Disputed Records:[2]**
Electronic and hardcopy files of Nortel Networks, Inc. "Non-qualified"
pension files for Jewell Hill Weatherly.

**Basis for Objection (including, without limitation, the legal basis for the Debtors being required to preserve the Disputed Records and/or the legal basis for the Objector to be given access to the Disputed Records):**
The pension (NON-qualified) portion of pension has not yet been
paid by the debtor to all eligible employees; (former
employees).

**Objector's proposal to resolve the Objection:** Show proof that all records for
all former employees' non-qualified pension and regular
pension have been preserved for further pay out.

| Signature: <br> Jewell Hill Weatherly | Name: Jewell Hill Weatherly |
| | Title: Former VP Human Resources, NN, Inc. |
| Date: Nov. 23, 2015 | Signed at: Pinehurst, NC. 28374 |

**Delivery of Request Form**
This Request Form must be received by the Debtors by no later than **4:00 p.m. (E.T.) on January 13, 2016,** by prepaid ordinary mail, courier, personal delivery, facsimile or electronic or digital transmission at the following address:

Kathryn Schultea
RLKS Executive Solutions LLC
P.O. Box 131726
Houston, TX 77219-1726
E-mail: kschultea@rlks.com

With a
copy to:

Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, New York 10006

Attention: Lisa M. Schweitzer
E-mail: lschweitzer@cgsh.com
Fax: 212-225-3999

---

[1]  Capitalized terms used herein and not otherwise defined shall have the meaning given to them in the Order of the United States Bankruptcy Court for the District of Delaware dated December [__], 2015 (the "**Order**").
[2]  If additional space is required, please provide additional information as a schedule attached to this form.