Bernhard Gundelbacher

D 82229 Seefeld, the 21. Nov. 2015
Seestr. 2
Germany
Tel.: +0049 8152-79 49 71

mail:post@gundelbacher.de

To the
District of Delaware
824 N. Market Street 6,th. Floor
Courtroom # 3
<u>Wilmington</u>
<u>19801 USA</u>

<u>Object : Nortel Networks Inc. , et, al !</u>
<u>Chapter 11, Case No. 09-10138 KG</u>

Ladies and Gentlemen,

Concerning the hearing Date, 15. December 2015, resp. the November 30. 2015, as Objection Date,
may I inform You,  that I charges my claims against the Nortel Networks Inc. et. al. as valid and already in existence.
Please keep my claims granting.

Please inform me about the results achvieded, if  present.

Thank you for your efforts.

With regards

*[signature: Bernhard Gundelbacher]*

Bernhard Gundelbacher

<u>Enclosure</u>

*Nortel_networks_inc.*