# EXHIBIT A

# HOURS/BILLABLE AMOUNTS BY PROJECT
# NORTEL NETWORKS, INC.

**Name:** RLKS Executive Solutions LLC

**Working Dates:** Start Date 11/1/2015  End Date 11/30/2015
**Enter Billing Rate/Hr:** 590.00

| Project No. | Project Name | Hours/Minutes Worked | Billing Rate | Billing Amount |
|---|---|---|---|---|
| 1 | NNI Document and eData Preservation Projects | 115.80 | $590.00 | $68,322.00 |
| 2 | Facility Document Inventory & Evacuation Review | 232.30 | $590.00 | $137,057.00 |
| 3 | Human Resources - Employee Related Projects | 7.70 | $590.00 | $4,543.00 |
| 4 | Fee Apps | 41.00 | $590.00 | $24,190.00 |
| 5 | Non-working travel | 92.00 | $295.00 | $27,140.00 |
| 6 | Claims Administration, Reconciliation & Resolution | 562.10 | $590.00 | $331,639.00 |
| 7 | Tax/Finance Matters and Budget Projects | 2.70 | $590.00 | $1,593.00 |
| 8 | Misc Debtor Issues and Communications | 1.30 | $590.00 | $767.00 |
| 9 | Analyst Support and Case Modeling | 136.40 | $590.00 | $80,476.00 |
| | **Hours/Billing Amount for Period:** | **1,191.30** | | **$675,727.00** |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 11/2/2015 | Server maintenance, patch updates, password changes / NetBackup policy changes, NAS space issues | Brandon Bangerter | 1 | 4.7 |
| 11/2/2015 | IT Infrastructure support | Raj Perubhatla | 1 | 5.7 |
| 11/3/2015 | Server configuration for share access / computer rebuilds / NAS space updates | Brandon Bangerter | 1 | 4.9 |
| 11/3/2015 | Onsite IT support | Raj Perubhatla | 1 | 4.7 |
| 11/4/2015 | Onsite IT support | Raj Perubhatla | 1 | 3.7 |
| 11/5/2015 | Hardware troubleshooting and replacement; NAS servers cleanup; NetBackup policy maintenance | Brandon Bangerter | 1 | 5.4 |
| 11/5/2015 | IT Infrastructure monitoring | Raj Perubhatla | 1 | 5.7 |
| 11/6/2015 | Security updates and server maintenance / NetBackup monitoring and policy configuration changes | Brandon Bangerter | 1 | 3.8 |
| 11/9/2015 | Hardware error and replacement / network status / server maintenance | Brandon Bangerter | 1 | 6.2 |
| 11/10/2015 | Onsite IT support | Raj Perubhatla | 1 | 4.8 |
| 11/11/2015 | Rebuilding PC for access to site / troubleshooting hardware errors and applying fixes | Brandon Bangerter | 1 | 4.6 |
| 11/11/2015 | IT Infrastructure monitoring | Raj Perubhatla | 1 | 2.5 |
| 11/12/2015 | Security updates and server maintenance / NetBackup monitoring and policy configuration changes | Brandon Bangerter | 1 | 3.8 |
| 11/13/2015 | NetBackup policy updates, reconfiguration of NAS devices; job restarts; server security updates | Brandon Bangerter | 1 | 3.2 |
| 11/16/2015 | Server patch updates / resolving space issues / NetBackup monitoring and restarts | Brandon Bangerter | 1 | 3.6 |
| 11/16/2015 | IT Infrastructure monitoring | Raj Perubhatla | 1 | 3.8 |
| 11/18/2015 | Onsite IT support | Raj Perubhatla | 1 | 3.7 |
| 11/19/2015 | Offsite NAS backups / reconfiguration of NetBackup policies / monitoring of jobs | Brandon Bangerter | 1 | 4.2 |
| 11/20/2015 | NetBackup monitoring and policy changes, tape preparations, and restarts and storage reclamation | Brandon Bangerter | 1 | 3.8 |
| 11/20/2015 | IT Infrastructure monitoring | Raj Perubhatla | 1 | 5.2 |
| 11/23/2015 | Offsite NAS backups / reconfiguration of NetBackup policies / monitoring of jobs | Brandon Bangerter | 1 | 3.3 |
| 11/23/2015 | IT Infrastructure monitoring | Raj Perubhatla | 1 | 5.7 |
| 11/24/2015 | Security updates, maintenance, and password changes / Hardware support; malware and space issues | Brandon Bangerter | 1 | 3.6 |
| 11/25/2015 | Symantec updates and server patch maintenance / NetBackup monitoring of offsite storage backups | Brandon Bangerter | 1 | 2.8 |
| 11/27/2015 | Offsite NAS backups / reconfiguration of NetBackup policies / monitoring of jobs | Brandon Bangerter | 1 | 2.3 |
| 11/27/2015 | IT Infrastructure monitoring | Raj Perubhatla | 1 | 2.7 |
| 11/30/2015 | Server maintenance; patch security updates; NetBackup monitoring offsite jobs and restarts | Brandon Bangerter | 1 | 4.7 |
| 11/30/2015 | IT Infrastructure monitoring | Raj Perubhatla | 1 | 2.7 |
| 11/1/2015 | Detailed review of IM inventory, retrieval and historical timing | Kathryn Schultea | 2 | 6.0 |
| 11/2/2015 | Detailed review of IM inventory, retrieval and historical timing | Kathryn Schultea | 2 | 4.3 |
| 11/2/2015 | Review of sub-tenant report | Kathryn Schultea | 2 | 0.5 |
| 11/2/2015 | GWRTP DC Move: EMC Storage project prep and call with the consultant | Raj Perubhatla | 2 | 2.3 |
| 11/3/2015 | Switch port configuration overview / SAN tracking and updates preparatory for shutdown exercise | Brandon Bangerter | 2 | 3.6 |
| 11/3/2015 | Onsite at NNI - Meeting with T. Ross on various NNI matters, and follow-up on document storage matters | Kathryn Schultea | 2 | 3.0 |
| 11/3/2015 | Conf. Call re Richardson lease | Kathryn Schultea | 2 | 1.0 |
| 11/3/2015 | GWRTP DC Move: Network project | Raj Perubhatla | 2 | 1.7 |
| 11/4/2015 | UKA hard drive duplication / Switch test, port tracking / storage software utilities for access to SAN | Brandon Bangerter | 2 | 7.1 |
| 11/4/2015 | Onsite at NNI - Worked on hardcopy documents re files to be sent to Iron Mountain | Felicia Buenrostro | 2 | 8.5 |
| 11/4/2015 | Detailed review of IM inventory, retrieval and historical timing | Kathryn Schultea | 2 | 6.3 |
| 11/5/2015 | Onsite at NNI - Worked on hardcopy documents re files to be sent to Iron Mountain | Felicia Buenrostro | 2 | 6.2 |
| 11/5/2015 | Detailed review of IM inventory, retrieval and historical timing; with correspondence on server related inventory | Kathryn Schultea | 2 | 7.0 |
| 11/6/2015 | Correspondence and work related to - Prep for Document destruction motion and exhibits | Kathryn Schultea | 2 | 9.7 |
| 11/6/2015 | GWRTP DC Move: Network project | Raj Perubhatla | 2 | 4.3 |
| 11/7/2015 | Correspondence and work related to - Prep for Document destruction motion and exhibits | Kathryn Schultea | 2 | 8.8 |
| 11/8/2015 | Correspondence and work related to - Prep for Document destruction motion and exhibits | Kathryn Schultea | 2 | 8.5 |
| 11/8/2015 | Correspondence - disposal of records discussion | Kathryn Schultea | 2 | 0.8 |
| 11/8/2015 | GWRTP DC Move: status reports | Raj Perubhatla | 2 | 2.2 |
| 11/9/2015 | Correspondence and work related to - Prep for Document destruction motion and exhibits | Kathryn Schultea | 2 | 10.0 |
| 11/9/2015 | GWRTP DC Move: EMC Storage project call with the consultant | Raj Perubhatla | 2 | 0.5 |
| 11/9/2015 | GWRTP DC Move: Electronic Media/Data Center Equipment disposal motion | Raj Perubhatla | 2 | 7.5 |
| 11/10/2015 | Update and rebuild computers for accessibility / SAN meeting on issues with shutdown and network | Brandon Bangerter | 2 | 7.6 |

**NORTEL TIME SHEET**

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 11/10/2015 | Correspondence - Submitting exhibits for document destructions and motion | Kathryn Schultea | 2 | 3.0 |
| 11/10/2015 | GWRTP DC Move: Electronic Media/Data Center Equipment disposal motion | Raj Perubhatla | 2 | 2.3 |
| 11/11/2015 | Correspondence - Update on motion for disposal of records | Kathryn Schultea | 2 | 3.0 |
| 11/11/2015 | Correspondence - Retain-Disposal detail summary | Kathryn Schultea | 2 | 2.5 |
| 11/12/2015 | Conf. call with T. Ross re Glenville | Kathryn Schultea | 2 | 0.5 |
| 11/12/2015 | Correspondence - IT move discussion and related follow-up | Kathryn Schultea | 2 | 1.0 |
| 11/12/2015 | GWRTP DC Move: EMC Storage project | Raj Perubhatla | 2 | 4.4 |
| 11/13/2015 | Conf. call re Glenville lease | Kathryn Schultea | 2 | 0.6 |
| 11/13/2015 | Correspondence - Update on NNI tape media decommissioning and destruction | Kathryn Schultea | 2 | 1.0 |
| 11/13/2015 | GWRTP DC Move: Tapes destruction due diligence | Raj Perubhatla | 2 | 2.7 |
| 11/14/2015 | GWRTP DC Move: status reports | Raj Perubhatla | 2 | 2.7 |
| 11/16/2015 | Provided and Reviewed data analysis for document retention | Felicia Buenrostro | 2 | 6.0 |
| 11/16/2015 | Correspondence re Data Center Networking Project | Kathryn Schultea | 2 | 2.0 |
| 11/16/2015 | GWRTP DC Move: Tapes destruction due diligence | Raj Perubhatla | 2 | 1.7 |
| 11/17/2015 | Cleaning, organizing data room / racking and configuring servers, networking, management interfaces | Brandon Bangerter | 2 | 8.3 |
| 11/17/2015 | Provided and Reviewed data analysis for document retention | Felicia Buenrostro | 2 | 6.0 |
| 11/17/2015 | Received, reviewed, responded re data center clean-up/clear-out | Kathryn Schultea | 2 | 0.7 |
| 11/17/2015 | Follow up calls to EE regarding disposal motion | Kathryn Schultea | 2 | 2.0 |
| 11/17/2015 | GWRTP DC Move: Ring Fence Power Cycle Coordination and Planning | Raj Perubhatla | 2 | 8.2 |
| 11/18/2015 | Cleaning, organizing data room / racking and configuring servers / installation and config of offsite NAS | Brandon Bangerter | 2 | 7.1 |
| 11/18/2015 | Correspondence - document disposal update | Kathryn Schultea | 2 | 0.8 |
| 11/18/2015 | Follow up calls to EE regarding disposal motion | Kathryn Schultea | 2 | 1.5 |
| 11/18/2015 | Correspondence - Update on Facility Walk/thru Lease matters | Kathryn Schultea | 2 | 1.0 |
| 11/18/2015 | Correspondence and follow up re IT facility | Kathryn Schultea | 2 | 0.7 |
| 11/18/2015 | GWRTP DC Move: Ring Fence Power Cycle Coordination and Planning | Raj Perubhatla | 2 | 4.6 |
| 11/19/2015 | Follow up calls to EE regarding disposal motion | Kathryn Schultea | 2 | 1.0 |
| 11/19/2015 | GWRTP DC Move: Ring Fence Power Cycle: VMWare ESXi Shutdown and Startup scripting | Raj Perubhatla | 2 | 8.2 |
| 11/20/2015 | Detailed review of IM inventory, retrieval and historical timing | Kathryn Schultea | 2 | 3.0 |
| 11/21/2015 | GWRTP DC Move: status reports | Raj Perubhatla | 2 | 2.5 |
| 11/23/2015 | Preparation for and Conference call with UKA on data room shutdown and startup | Brandon Bangerter | 2 | 1.1 |
| 11/23/2015 | Conf. call re Glenville Drive Assignment | Kathryn Schultea | 2 | 0.7 |
| 11/23/2015 | Conf. call re Glenville lease | Kathryn Schultea | 2 | 0.5 |
| 11/23/2015 | Correspondence Nortel document retention discussion and research | Kathryn Schultea | 2 | 2.5 |
| 11/23/2015 | Correspondence - Follow-up on transition and site wind down matters | Kathryn Schultea | 2 | 1.3 |
| 11/23/2015 | GWRTP DC Move: UKA Call for RF Power Cycle | Raj Perubhatla | 2 | 0.5 |
| 11/24/2015 | Conf. call re Glenville Drive - Lease Assignment | Kathryn Schultea | 2 | 2.0 |
| 11/24/2015 | Correspondence - former EE questions | Kathryn Schultea | 2 | 1.3 |
| 11/24/2015 | GWRTP DC Move: Ring Fence Power Cycle preparation | Raj Perubhatla | 2 | 8.2 |
| 11/25/2015 | Correspondence - Nortel Data room discussion | Kathryn Schultea | 2 | 1.0 |
| 11/27/2015 | GWRTP DC Move: Ring Fence Power Cycle preparation | Raj Perubhatla | 2 | 5.3 |
| 11/30/2015 | Correspondence - database and servers | Kathryn Schultea | 2 | 0.8 |
| 11/30/2015 | GWRTP DC Move: EMC Storage project prep and call with the consultant | Raj Perubhatla | 2 | 0.7 |
| 11/5/2015 | Correspondence - Review of Former EE Pension Questions | Kathryn Schultea | 3 | 1.0 |
| 11/12/2015 | Research for subpoena on former EE records | Kathryn Schultea | 3 | 1.5 |
| 11/13/2015 | Conf. call re NNI Matters | Kathryn Schultea | 3 | 0.5 |
| 11/16/2015 | Former EE agreement amendment | Kathryn Schultea | 3 | 0.5 |
| 11/18/2015 | Correspondence on various former ee subpoena requests and follow-up | Kathryn Schultea | 3 | 1.5 |
| 11/23/2015 | Correspondence on various former ee subpoena requests and follow-up | Kathryn Schultea | 3 | 1.4 |
| 11/25/2015 | Correspondence - Former NNI employee matters | Kathryn Schultea | 3 | 1.3 |
| 11/2/2015 | Fee application work and consolidation | Kathryn Schultea | 4 | 2.5 |
| 11/6/2015 | Fee app tracking | Brandon Bangerter | 4 | 1.0 |

**NORTEL TIME SHEET**

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 11/6/2015 | Fee App | Daniel Tollefsen | 4 | 1.0 |
| 11/6/2015 | Weekly Fee Application Work | Felicia Buenrostro | 4 | 2.0 |
| 11/6/2015 | Fee Apps | Raj Perubhatla | 4 | 1.0 |
| 11/7/2015 | Weekly Fee Application Work | Leticia Barrios | 4 | 1.0 |
| 11/7/2015 | Fee Application Tracking | Mary Cilia | 4 | 1.0 |
| 11/11/2015 | Fee application | David Kantorczyk | 4 | 1.0 |
| 11/13/2015 | Fee app tracking | Brandon Bangerter | 4 | 1.0 |
| 11/13/2015 | Fee App | Daniel Tollefsen | 4 | 1.0 |
| 11/13/2015 | Weekly Fee Application Work and consolidation | Felicia Buenrostro | 4 | 2.5 |
| 11/13/2015 | Fee Apps | Raj Perubhatla | 4 | 1.0 |
| 11/14/2015 | Weekly Fee Application Work | Leticia Barrios | 4 | 1.0 |
| 11/14/2015 | Fee Application Tracking | Mary Cilia | 4 | 1.0 |
| 11/20/2015 | Fee app tracking | Brandon Bangerter | 4 | 1.0 |
| 11/20/2015 | Fee App | Daniel Tollefsen | 4 | 1.0 |
| 11/20/2015 | Weekly Fee Application Work | Felicia Buenrostro | 4 | 2.0 |
| 11/20/2015 | Fee Apps | Raj Perubhatla | 4 | 1.0 |
| 11/21/2015 | Weekly Fee Application Work | Leticia Barrios | 4 | 1.0 |
| 11/21/2015 | Fee Application Tracking | Mary Cilia | 4 | 1.0 |
| 11/25/2015 | Fee application work and consolidation | Kathryn Schultea | 4 | 3.0 |
| 11/27/2015 | Fee app tracking | Brandon Bangerter | 4 | 1.0 |
| 11/27/2015 | Fee App | Daniel Tollefsen | 4 | 1.0 |
| 11/27/2015 | Fee application | David Kantorczyk | 4 | 1.0 |
| 11/27/2015 | Weekly Fee Application Work and consolidation | Felicia Buenrostro | 4 | 2.5 |
| 11/27/2015 | Fee Apps | Raj Perubhatla | 4 | 1.0 |
| 11/28/2015 | Weekly Fee Application Work | Leticia Barrios | 4 | 1.0 |
| 11/28/2015 | Fee Application Tracking | Mary Cilia | 4 | 1.0 |
| 11/30/2015 | Quarterly Fee Application Work | Kathryn Schultea | 4 | 4.5 |
| 11/2/2015 | Non-working travel: IAH-RDU | Brandon Bangerter | 5 | 5.0 |
| 11/2/2015 | Non-Working travel Houston to Raleigh | Felicia Buenrostro | 5 | 2.0 |
| 11/2/2015 | Non-Working travel Houston to Raleigh | Kathryn Schultea | 5 | 2.0 |
| 11/2/2015 | Non-Working travel (Houston to Raleigh) | Leticia Barrios | 5 | 2.0 |
| 11/2/2015 | Non-Working Travel: Houston to Raleigh | Mary Cilia | 5 | 5.0 |
| 11/2/2015 | Non Working travel to Client site | Raj Perubhatla | 5 | 5.0 |
| 11/4/2015 | Non-working travel: RDU-IAH | Brandon Bangerter | 5 | 5.0 |
| 11/4/2015 | Non-Working travel Raleigh to Houston | Kathryn Schultea | 5 | 2.0 |
| 11/4/2015 | Non Working Travel from Client site | Raj Perubhatla | 5 | 5.0 |
| 11/5/2015 | Non-Working travel Raleigh to Houston | Felicia Buenrostro | 5 | 2.0 |
| 11/5/2015 | Non-Working travel (Raleigh to Houston) | Leticia Barrios | 5 | 2.0 |
| 11/6/2015 | Non-Working Travel: Raleigh to Houston | Mary Cilia | 5 | 5.0 |
| 11/8/2015 | Non Working travel to Client site | Raj Perubhatla | 5 | 5.0 |
| 11/9/2015 | Non-working travel: IAH-RDU | Brandon Bangerter | 5 | 5.0 |
| 11/10/2015 | Non-working travel: RDU-IAH | Brandon Bangerter | 5 | 5.0 |
| 11/10/2015 | Non Working Travel from Client site | Raj Perubhatla | 5 | 5.0 |
| 11/16/2015 | Non-working travel: IAH-RDU | Brandon Bangerter | 5 | 5.0 |
| 11/16/2015 | Non Working travel to Client site | Raj Perubhatla | 5 | 5.0 |
| 11/18/2015 | Non-working travel: RDU-IAH | Brandon Bangerter | 5 | 5.0 |
| 11/18/2015 | Non Working Travel from Client site | Raj Perubhatla | 5 | 5.0 |
| 11/30/2015 | Non-working travel: IAH-RDU | Brandon Bangerter | 5 | 5.0 |
| 11/30/2015 | Non Working travel to Client site | Raj Perubhatla | 5 | 5.0 |
| 11/2/2015 | Review of employee claims filed status and compare to EPIQ vs Employee records | Daniel Tollefsen | 6 | 8.4 |
| 11/2/2015 | Prepare analysis of book balances as compared to reconciled claim amounts | David Kantorczyk | 6 | 5.0 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 11/2/2015 | Onsite at NNI - Prep for meeting with team regarding claims distribution details. | Felicia Buenrostro | 6 | 6.0 |
| 11/2/2015 | Prepare presentation and master claims spreadsheet for meeting with claims team members to discuss taxation, claim types, and processes. | Leticia Barrios | 6 | 6.3 |
| 11/2/2015 | Read, review, research and respond to various employee inquiries by phone and e-mail related to non-qualified settlement offer letters | Mary Cilia | 6 | 2.3 |
| 11/2/2015 | Read, review, research and respond to Cleary re:  ASM and Crowell settlements | Mary Cilia | 6 | 2.1 |
| 11/2/2015 | Follow up research re:  non-employee claims | Mary Cilia | 6 | 1.8 |
| 11/2/2015 | Read, review, research and respond to e-mails re:  claims to be allowed as filed | Mary Cilia | 6 | 1.6 |
| 11/3/2015 | Review of employee claims filed status and compare to EPIQ vs Employee records | Daniel Tollefsen | 6 | 7.8 |
| 11/3/2015 | Prepare analysis of book balances as compared to reconciled claim  amounts | David Kantorczyk | 6 | 3.5 |
| 11/3/2015 | Prepare file of proposed schedule matches that need court action. | David Kantorczyk | 6 | 2.5 |
| 11/3/2015 | Read, review, research and respond to various employee inquiries by phone and e-mail related to non-qualified settlement offer letters | Mary Cilia | 6 | 2.2 |
| 11/3/2015 | Follow up research re:  non-employee claims; related call and e-mails with D. Kantorczyk | Mary Cilia | 6 | 1.5 |
| 11/3/2015 | Update post-petition settlement matrix for newly received letters and related analysis | Mary Cilia | 6 | 2.1 |
| 11/4/2015 | Review of employee claims filed status and compare to EPIQ vs Employee records | Daniel Tollefsen | 6 | 7.7 |
| 11/4/2015 | Prepare analysis of book balances as compared to reconciled claim  amounts | David Kantorczyk | 6 | 5.0 |
| 11/4/2015 | Review correspondence and schedules with regard to most recent round of settlement letters | David Kantorczyk | 6 | 1.0 |
| 11/4/2015 | Meeting with claims team members to discuss NNI claims distribution model.  Also discussed roles and responsibilities, work flow, project planning, and reporting. | Leticia Barrios | 6 | 8.5 |
| 11/4/2015 | Read, review, research and respond to various employee inquiries by phone and e-mail related to non-qualified settlement offer letters | Mary Cilia | 6 | 1.8 |
| 11/4/2015 | Research and analysis to prepare summary of claims for notice requirements re:  latest rounds of settlement letter | Mary Cilia | 6 | 3.1 |
| 11/4/2015 | Conference call with Cleary, Huron and RLKS re:  employee claims status; related prep and follow up | Mary Cilia | 6 | 1.3 |
| 11/4/2015 | Review of claims and e-mails related to duplicate claims allowed on claims register | Mary Cilia | 6 | 1.6 |
| 11/4/2015 | Read, review and respond to various e-mails re:  claims and ongoing settlement discussions | Mary Cilia | 6 | 1.3 |
| 11/5/2015 | Review of employee claims filed status and compare to EPIQ vs Employee records | Daniel Tollefsen | 6 | 6.4 |
| 11/5/2015 | Capture notes from claims team meeting and create process flow of taxation process after meeting with EY.  Provided updates to the taxation and claims type master spreadsheet to use for the database. | Leticia Barrios | 6 | 6.2 |
| 11/5/2015 | Review of proposed LSI settlement, related phone calls and e-mails | Mary Cilia | 6 | 1.0 |
| 11/5/2015 | Research related to identification of employee claims related to deceased employees or QDROs; related calls and e-mails | Mary Cilia | 6 | 7.8 |
| 11/5/2015 | Review Cleary files related to claims to be allowed as file in preparation for upcoming call and related research | Mary Cilia | 6 | 2.7 |
| 11/6/2015 | Review of employee claims filed status and compare to EPIQ vs Employee records | Daniel Tollefsen | 6 | 4.8 |
| 11/6/2015 | Prepare analysis of book balances as compared to reconciled claim  amounts | David Kantorczyk | 6 | 5.0 |
| 11/6/2015 | NNI call center monitoring and logging requests and related follow-up | Felicia Buenrostro | 6 | 3.5 |
| 11/6/2015 | Capture notes from claims team meeting and create process flow of taxation process after meeting with EY.  Provided updates to the taxation and claims type master spreadsheet to use for the database. | Leticia Barrios | 6 | 4.5 |
| 11/6/2015 | Read, review, research and respond to various employee inquiries by phone and e-mail related to non-qualified settlement offer letters | Mary Cilia | 6 | 1.4 |
| 11/6/2015 | Follow up review, phone call and e-mails re:  LSI settlement | Mary Cilia | 6 | 0.6 |
| 11/9/2015 | Review of employee claims filed status and compare to EPIQ vs Employee records | Daniel Tollefsen | 6 | 7.5 |
| 11/9/2015 | Review and document status of current real estate claims | David Kantorczyk | 6 | 3.0 |
| 11/9/2015 | Review correspondence and schedules with regard to most recent round of settlement letters | David Kantorczyk | 6 | 1.0 |
| 11/9/2015 | Prepare analysis of book balances as compared to reconciled claim  amounts | David Kantorczyk | 6 | 3.0 |
| 11/9/2015 | Research claimants and potential distribution settlement group for life status | Felicia Buenrostro | 6 | 4.0 |
| 11/9/2015 | NNI call center monitoring and logging requests and related follow-up | Felicia Buenrostro | 6 | 1.0 |
| 11/9/2015 | Correspondence - Lexus Nexus discussion | Kathryn Schultea | 6 | 0.5 |
| 11/9/2015 | Claims related email follow-ups | Kathryn Schultea | 6 | 0.8 |
| 11/9/2015 | Prepare presentation and spreadsheets for meeting with EY to discuss taxation, claim types, and processes. | Leticia Barrios | 6 | 7.5 |
| 11/9/2015 | Read, review, research and respond to various employee inquiries by phone and e-mail related to non-qualified settlement offer letters | Mary Cilia | 6 | 0.7 |
| 11/9/2015 | Review and research related to claims owned by Hain, update of settlement file, preparation of draft exhibit for stipulation and related calls and e-mails with Hain | Mary Cilia | 6 | 4.6 |
| 11/9/2015 | Research related to notice issues regarding post-petition settlement letters and claims not yet reflected as disallowed; related e-mails and follow up. | Mary Cilia | 6 | 2.2 |
| 11/9/2015 | Review of work and call with D. Kantorczyk re:  open non-employee claims | Mary Cilia | 6 | 0.9 |
| 11/9/2015 | Conference call with A. Ruiz re:  claims to be allowed as filed; related prep and follow up | Mary Cilia | 6 | 2.8 |
| 11/10/2015 | Review of employee claims filed status and compare to EPIQ vs Employee records | Daniel Tollefsen | 6 | 6.9 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 11/10/2015 | Prepare analysis of book balances as compared to reconciled claim amounts | David Kantorczyk | 6 | 3.0 |
| 11/10/2015 | Preparation for EY meeting regarding taxation processes | Felicia Buenrostro | 6 | 2.5 |
| 11/10/2015 | NNI call center monitoring and logging requests and related follow-up | Felicia Buenrostro | 6 | 1.5 |
| 11/10/2015 | Correspondence - Claim related issues | Kathryn Schultea | 6 | 0.6 |
| 11/10/2015 | Follow up correspondence on claim related matters with Cleary | Kathryn Schultea | 6 | 0.7 |
| 11/10/2015 | Correspondence - Non-qualified pension discussion | Kathryn Schultea | 6 | 1.3 |
| 11/10/2015 | Meeting with claims and EY team members to discuss NNI employee claims distribution model and taxation processing. Also discussed project plans with roles and responsibilities, work flow, project planning, and reporting. | Leticia Barrios | 6 | 1.0 |
| 11/10/2015 | Capture notes from claims and EY team meeting and create process flow of taxation process after meeting with EY. Provided updates to the taxation and claims type master spreadsheet to use for the database. | Leticia Barrios | 6 | 6.5 |
| 11/10/2015 | Read, review, research and respond to various employee inquiries by phone and e-mail related to non-qualified settlement offer letters | Mary Cilia | 6 | 1.6 |
| 11/10/2015 | Follow up research and e-mails with Cleary re: real estate claims to be allowed as filed and related issues related to reservation of rights assertions | Mary Cilia | 6 | 3.4 |
| 11/10/2015 | Follow up e-mails and research re: open claims analysis and claims register issues | Mary Cilia | 6 | 3.7 |
| 11/11/2015 | Meeting with EY on taxation framework for various claim types and exceptions | Brandon Bangerter | 6 | 2.2 |
| 11/11/2015 | Employee Claims Tax Meeting | Daniel Tollefsen | 6 | 3.8 |
| 11/11/2015 | Review of employee claims filed status and compare to EPIQ vs Employee records | Daniel Tollefsen | 6 | 3.8 |
| 11/11/2015 | Prepare analysis of book balances as compared to reconciled claim amounts | David Kantorczyk | 6 | 3.0 |
| 11/11/2015 | Weekly Nortel Networks outside consultant claim call including RLKS, Cleary and Huron including preparation and summarization. | David Kantorczyk | 6 | 0.5 |
| 11/11/2015 | NNI call center monitoring and logging requests and related follow-up | Felicia Buenrostro | 6 | 1.0 |
| 11/11/2015 | Meeting with claims and EY team members to discuss NNI employee claims distribution model and taxation processing. Also discussed project plans with roles and responsibilities, work flow, project planning, and reporting. | Leticia Barrios | 6 | 5.0 |
| 11/11/2015 | Capture notes from claims and EY team meeting and create process flow of taxation process after meeting with EY. Provided updates to the taxation and claims type master spreadsheet to use for the database. | Leticia Barrios | 6 | 2.0 |
| 11/11/2015 | Conference call with Cleary, Huron and RLKS re: employee claims status; related prep and follow up | Mary Cilia | 6 | 1.2 |
| 11/11/2015 | Read, review, research and respond to various employee inquiries by phone and e-mail related to non-qualified settlement offer letters | Mary Cilia | 6 | 0.8 |
| 11/11/2015 | Research and respond to e-mail from C. Brown re: settlement letter notices and partial transfers of claims | Mary Cilia | 6 | 1.7 |
| 11/12/2015 | Review of traders claims for name changes of employee | Daniel Tollefsen | 6 | 6.8 |
| 11/12/2015 | Prepare analysis of book balances as compared to reconciled claim amounts and prepare revised reconciliations | David Kantorczyk | 6 | 5.0 |
| 11/12/2015 | NNI call center monitoring and logging requests and related follow-up | Felicia Buenrostro | 6 | 2.0 |
| 11/12/2015 | Research claimants and potential distribution settlement group for life status | Felicia Buenrostro | 6 | 3.0 |
| 11/12/2015 | Capture notes from claims and EY team meeting and create process flow of taxation process after meeting with EY. Provided updates to the taxation and claims type master spreadsheet to use for the database. | Leticia Barrios | 6 | 7.5 |
| 11/12/2015 | Research and e-mails re: employee pension settlement offer revision | Mary Cilia | 6 | 1.4 |
| 11/12/2015 | Conference call with C. Brown re: settlement letter notices, protocol requirements and related follow up | Mary Cilia | 6 | 1.3 |
| 11/12/2015 | Follow up research of LSI claims, conference call with J. Caress, documentation of settlements and related e-mails | Mary Cilia | 6 | 3.8 |
| 11/12/2015 | Read, review, research and respond to various employee inquiries by phone and e-mail related to non-qualified settlement offer letters | Mary Cilia | 6 | 1.7 |
| 11/13/2015 | Review of traders claims for name changes of employee | Daniel Tollefsen | 6 | 4.8 |
| 11/13/2015 | Review and prepare analysis of recon status of "Claims to be allowed as filed" | David Kantorczyk | 6 | 4.5 |
| 11/13/2015 | NNI call center monitoring and logging requests and related follow-up | Felicia Buenrostro | 6 | 3.0 |
| 11/13/2015 | Capture notes from claims and EY team meeting and create process flow of taxation process after meeting with EY. Provided updates to the taxation and claims type master spreadsheet to use for the database. | Leticia Barrios | 6 | 7.5 |
| 11/13/2015 | Draft LSI Exhibit and send to J. Caress for review | Mary Cilia | 6 | 2.3 |
| 11/13/2015 | E-mails with D. Tollefsen and D. Kantorczyk re: scheduling and upcoming projects; prep and follow up | Mary Cilia | 6 | 1.8 |
| 11/13/2015 | Read, review, research and respond to various employee inquiries by phone and e-mail related to non-qualified settlement offer letters | Mary Cilia | 6 | 1.4 |
| 11/13/2015 | E-mails with Cleary re: LSI Settlement and related follow up | Mary Cilia | 6 | 0.8 |
| 11/14/2015 | Review C. Brown file, research and related e-mails to Cleary and Huron re: noticing requirements and compliance work previously completed | Mary Cilia | 6 | 2.1 |
| 11/16/2015 | Review of traders claims for name changes of employee | Daniel Tollefsen | 6 | 8.4 |
| 11/16/2015 | Update memorandum of facts and circumstances regarding cross border claims for use in settlement negotiations. | David Kantorczyk | 6 | 1.0 |
| 11/16/2015 | Review and prepare analysis of recon status of "Claims to be allowed as filed" | David Kantorczyk | 6 | 2.0 |
| 11/16/2015 | NNI call center monitoring and logging requests and related follow-up | Felicia Buenrostro | 6 | 2.0 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 11/16/2015 | Worked on the master spreadsheet of Nortel Claims Detail report and employee data for the eTax Solicitation process. Investigate missing addresses and last known work address of employees. | Leticia Barrios | 6 | 5.7 |
| 11/16/2015 | Review of claims and preparation of employee and cross-border claims update for J. Ray and M. Kennedy | Mary Cilia | 6 | 4.4 |
| 11/16/2015 | Read, review, research and respond to various employee inquiries by phone and e-mail related to non-qualified settlement offer letters | Mary Cilia | 6 | 1.3 |
| 11/16/2015 | E-mails with D. Kantorczyk re: scheduling, cross-border claims and claims to be allowed as filed | Mary Cilia | 6 | 0.8 |
| 11/16/2015 | Read, review and respond to e-mail from Cleary re: LSI settlement | Mary Cilia | 6 | 0.7 |
| 11/16/2015 | Follow up research and e-mail to T. Ayres re: cross-border claims | Mary Cilia | 6 | 1.3 |
| 11/16/2015 | Review of claims to be allowed as filed and preparation for meetings with D. Tollefsen and D. Kantorczyk | Mary Cilia | 6 | 4.2 |
| 11/17/2015 | Review of traders claims for name changes of employee | Daniel Tollefsen | 6 | 7.4 |
| 11/17/2015 | Review and prepare analysis of recon values and 12.31.2014 general ledger values of "Claims to be allowed as filed" | David Kantorczyk | 6 | 5.0 |
| 11/17/2015 | NNI call center monitoring and logging requests and related follow-up | Felicia Buenrostro | 6 | 2.0 |
| 11/17/2015 | Worked on the master spreadsheet of Nortel Claims Detail report and employee data for the eTax Solicitation process. Investigate missing addresses and last known work address of employees. | Leticia Barrios | 6 | 6.3 |
| 11/17/2015 | Meeting with D. Tollefsen re: claims to be allowed as filed review project and related preparation of files | Mary Cilia | 6 | 3.2 |
| 11/17/2015 | Conference call with D. Kantorczyk re: claims to be allowed as filed review project and related follow up | Mary Cilia | 6 | 2.8 |
| 11/17/2015 | Revision of ASM Exhibit for Cleary and related research | Mary Cilia | 6 | 1.9 |
| 11/17/2015 | Follow up e-mails re: Lehman claims | Mary Cilia | 6 | 0.7 |
| 11/17/2015 | Read, review, research and respond to various employee inquiries by phone and e-mail | Mary Cilia | 6 | 1.0 |
| 11/17/2015 | Follow up e-mails and research for LSI re: global settlement of claims | Mary Cilia | 6 | 2.1 |
| 11/18/2015 | Review of allowed claims and review of supporting documents | Daniel Tollefsen | 6 | 6.8 |
| 11/18/2015 | Review and prepare analysis of recon values and 12.31.2014 general ledger values of "Claims to be allowed as filed" | David Kantorczyk | 6 | 5.0 |
| 11/18/2015 | Weekly Nortel Networks outside consultant claim call including RLKS, Cleary and Huron including preparation and summarization. | David Kantorczyk | 6 | 0.4 |
| 11/18/2015 | NNI call center monitoring and logging requests and related follow-up | Felicia Buenrostro | 6 | 2.0 |
| 11/18/2015 | Monitor EE emails regarding disposal motion and related follow-up | Felicia Buenrostro | 6 | 5.5 |
| 11/18/2015 | Read, review and respond to inquiries related to non-qualified settlement offer | Kathryn Schultea | 6 | 2.5 |
| 11/18/2015 | Worked on the master spreadsheet of Nortel Claims Detail report and employee data for the eTax Solicitation process. Investigate missing addresses and last known work address of employees. | Leticia Barrios | 6 | 6.5 |
| 11/18/2015 | Attend the Nortel Employee Claims Conference Call with Cleary to discuss employee claims. | Leticia Barrios | 6 | 1.0 |
| 11/18/2015 | Follow up e-mails with EPIQ re: name changes and related documentation | Mary Cilia | 6 | 0.7 |
| 11/18/2015 | Follow up e-mails and research for LSI re: global settlement of claims | Mary Cilia | 6 | 0.8 |
| 11/18/2015 | Read, review, research and respond to various employee inquiries by phone and e-mail | Mary Cilia | 6 | 4.3 |
| 11/18/2015 | Research and respond to Cleary request re: settlement notices | Mary Cilia | 6 | 2.3 |
| 11/18/2015 | Conference call with Cleary, Huron and RLKS re: employee claims status; related prep and follow up | Mary Cilia | 6 | 1.7 |
| 11/19/2015 | Review of allowed claims and review of supporting documents | Daniel Tollefsen | 6 | 6.6 |
| 11/19/2015 | Review and prepare analysis of recon values and 12.31.2014 general ledger values of "Claims to be allowed as filed" | David Kantorczyk | 6 | 3.0 |
| 11/19/2015 | NNI call center monitoring and logging requests and related follow-up | Felicia Buenrostro | 6 | 2.5 |
| 11/19/2015 | Monitor EE emails regarding disposal motion and related follow-up | Felicia Buenrostro | 6 | 5.5 |
| 11/19/2015 | Review correspondence on claimant information and consultant details | Kathryn Schultea | 6 | 0.6 |
| 11/19/2015 | Worked on the master spreadsheet of Nortel Claims Detail report and employee data for the eTax Solicitation process. Investigate missing addresses and last known work address of employees. | Leticia Barrios | 6 | 6.7 |
| 11/19/2015 | Read, review, research and respond to various employee inquiries by phone and e-mail | Mary Cilia | 6 | 1.4 |
| 11/19/2015 | Review, research and respond to e-mails form Cleary re: Solus global settlement | Mary Cilia | 6 | 2.8 |
| 11/19/2015 | Initial review of D. Kantorczyk's analysis of claims to be allowed in excess of $200K | Mary Cilia | 6 | 3.6 |
| 11/20/2015 | Review of allowed claims and review of supporting documents | Daniel Tollefsen | 6 | 4.6 |
| 11/20/2015 | NNI call center monitoring and logging requests and related follow-up | Felicia Buenrostro | 6 | 2.5 |
| 11/20/2015 | NNI Settlement EE Letters discussions/process/monitoring | Kathryn Schultea | 6 | 2.0 |
| 11/20/2015 | Correspondence - Individual Claims follow up | Kathryn Schultea | 6 | 0.3 |
| 11/20/2015 | Worked on the master spreadsheet of Nortel Claims Detail report and employee data for the eTax Solicitation process. Investigate missing addresses and last known work address of employees. | Leticia Barrios | 6 | 4.5 |
| 11/20/2015 | Review of EPIQ updates and update of claims database and other reports for recent changes | Mary Cilia | 6 | 4.6 |
| 11/20/2015 | Read, review, research and respond to various employee inquiries by phone and e-mail | Mary Cilia | 6 | 1.7 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 11/20/2015 | Cross-border claims review and related e-mails with T. Ayers | Mary Cilia | 6 | 2.1 |
| 11/23/2015 | Preparation for and Claims update call on Gross to Net calc | Brandon Bangerter | 6 | 0.6 |
| 11/23/2015 | Review of allowed claims and review of supporting documents | Daniel Tollefsen | 6 | 4.4 |
| 11/23/2015 | Monitor EE emails regarding disposal motion and related follow-up | Felicia Buenrostro | 6 | 3.0 |
| 11/23/2015 | NNI call center monitoring and logging requests and related follow-up | Felicia Buenrostro | 6 | 5.0 |
| 11/23/2015 | Meet with EY to determine framework of taxation of claim types and various claim buckets.  Reviewed high-level scenarios for taxation for Federal tax purposes.  Developed master spreadsheet to use for database to determine claims types, taxation, and exceptions. | Leticia Barrios | 6 | 1.3 |
| 11/23/2015 | Type up notes and create process flow of taxation process after meeting with EY.  Provided updates to the taxation and claims type master spreadsheet to use for the database. | Leticia Barrios | 6 | 6.7 |
| 11/23/2015 | Continued review of D. Kantorczyk's analysis of claims to be allowed in excess of $200K | Mary Cilia | 6 | 2.7 |
| 11/23/2015 | Read, review, research and respond to various employee inquiries by phone and e-mail | Mary Cilia | 6 | 1.2 |
| 11/24/2015 | Review of allowed claims and review of supporting documents | Daniel Tollefsen | 6 | 5.8 |
| 11/24/2015 | Monitor EE emails regarding disposal motion and related follow-up | Felicia Buenrostro | 6 | 5.0 |
| 11/24/2015 | NNI call center monitoring and logging requests and related follow-up | Felicia Buenrostro | 6 | 2.5 |
| 11/24/2015 | Follow up correspondence on claim related matters with Cleary | Kathryn Schultea | 6 | 2.5 |
| 11/24/2015 | Meet with EY to determine framework of taxation of claim types and various claim buckets.  Reviewed high-level scenarios for taxation for Federal tax purposes.  Developed master spreadsheet to use for database to determine claims types, taxation, and exceptions. | Leticia Barrios | 6 | 1.0 |
| 11/24/2015 | Update documentation and create process flow of taxation process after meeting with EY.  Provided updates to the taxation and claims type master spreadsheet to use for the database. | Leticia Barrios | 6 | 6.0 |
| 11/24/2015 | Follow up e-mails and research related to LTIPR plan and employee claims distribution matrix | Mary Cilia | 6 | 1.4 |
| 11/24/2015 | Read, review, research and respond to various employee inquiries by phone and e-mail | Mary Cilia | 6 | 1.6 |
| 11/25/2015 | Review of allowed claims and review of supporting documents | Daniel Tollefsen | 6 | 6.3 |
| 11/25/2015 | Monitor EE emails regarding disposal motion and related follow-up | Felicia Buenrostro | 6 | 5.5 |
| 11/25/2015 | NNI call center monitoring and logging requests and related follow-up | Felicia Buenrostro | 6 | 2.0 |
| 11/25/2015 | Worked on the master spreadsheet of Nortel Claims Detail report and employee data for the eTax Solicitation process.  Investigate missing addresses and last known work address of employees. | Leticia Barrios | 6 | 4.7 |
| 11/25/2015 | Read, review, research and respond to various employee inquiries by phone and e-mail | Mary Cilia | 6 | 0.8 |
| 11/27/2015 | Review of allowed claims and review of supporting documents | Daniel Tollefsen | 6 | 5.7 |
| 11/27/2015 | NNI call center monitoring and logging requests and related follow-up | Felicia Buenrostro | 6 | 2.0 |
| 11/27/2015 | Follow-up with LTIP plan participant research and review | Kathryn Schultea | 6 | 1.3 |
| 11/27/2015 | Read, review, research and respond to various employee inquiries by phone and e-mail | Mary Cilia | 6 | 0.6 |
| 11/30/2015 | Review of allowed claims and review of supporting documents | Daniel Tollefsen | 6 | 6.6 |
| 11/30/2015 | Review and prepare analysis of recon values and 12.31.2014 general ledger values of "Claims to be allowed as filed" | David Kantorczyk | 6 | 7.5 |
| 11/30/2015 | Monitor EE emails regarding disposal motion and related follow-up | Felicia Buenrostro | 6 | 6.0 |
| 11/30/2015 | NNI call center monitoring and logging requests and related follow-up | Felicia Buenrostro | 6 | 2.0 |
| 11/30/2015 | Read, review and respond to e-mails re: Claims Info & Data requests | Kathryn Schultea | 6 | 0.4 |
| 11/30/2015 | Follow up calls to EE regarding disposal motion | Kathryn Schultea | 6 | 1.5 |
| 11/30/2015 | Follow up correspondence on disposal matters with Cleary and conf call re same | Kathryn Schultea | 6 | 2.3 |
| 11/30/2015 | Worked on the master spreadsheet of Nortel Claims Detail report and employee data for the eTax Solicitation process.  Investigate missing addresses and last known work address of employees. | Leticia Barrios | 6 | 5.0 |
| 11/30/2015 | Finalize review of D. Kantorczyk's analysis of claims to be allowed in excess of $200K and related e-mails and conference call with D. Kantorczyk to review next steps in project | Mary Cilia | 6 | 2.9 |
| 11/30/2015 | Read, review, research and respond to various employee inquiries by phone and e-mail | Mary Cilia | 6 | 2.1 |
| 11/30/2015 | Read, review and respond to e-mails re:  various non-employee claims | Mary Cilia | 6 | 1.3 |
| 11/5/2015 | Correspondence - Nortel Tax Matters | Kathryn Schultea | 7 | 0.4 |
| 11/13/2015 | Tax projects and status update-JS,DA,JW,AB | Richard Lydecker | 7 | 0.5 |
| 11/16/2015 | Sept invoice and expense analysis | Richard Lydecker | 7 | 0.5 |
| 11/20/2015 | EY update call JW,JS,DA | Richard Lydecker | 7 | 0.5 |
| 11/30/2015 | Prepare for meeting re tax work streams, research projects, 2016 engagement | Richard Lydecker | 7 | 0.8 |
| 11/4/2015 | Correspondence - Nortel web domain discussion | Kathryn Schultea | 8 | 0.8 |
| 11/5/2015 | Call center monitoring follow-up and review of traffic and subject items | Kathryn Schultea | 8 | 0.5 |

**NORTEL TIME SHEET**

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 11/3/2015 | Onsite at NNI - Meeting with team regarding claims distribution details. | Felicia Buenrostro | 9 | 8.5 |
| 11/3/2015 | Onsite at NNI - Meeting with team regarding claims distribution modeling details | Kathryn Schultea | 9 | 4.0 |
| 11/3/2015 | Meeting with claims team members to discuss NNI claims distribution model.  Also discussed roles and responsibilities, work flow, project planning, and reporting. | Leticia Barrios | 9 | 8.5 |
| 11/3/2015 | Meetings re:  employee claims distributions, tax issues and required database configurations; related follow up | Mary Cilia | 9 | 4.0 |
| 11/3/2015 | Review claim name differences from D. Tollefsen for employee claims distribution | Mary Cilia | 9 | 1.8 |
| 11/3/2015 | Employee Claims Distribution Modeling: On site meeting | Raj Perubhatla | 9 | 3.6 |
| 11/4/2015 | Meetings re:  employee claims distributions, tax issues and required database configurations; related follow up | Mary Cilia | 9 | 2.8 |
| 11/4/2015 | Employee Claims Distribution Modeling: On site meeting | Raj Perubhatla | 9 | 4.7 |
| 11/5/2015 | Employee Claims Distribution Modeling: Logic capture | Raj Perubhatla | 9 | 2.6 |
| 11/6/2015 | NT Recovery model development | Raj Perubhatla | 9 | 3.6 |
| 11/8/2015 | Follow up research and update of identified claims related to deceased employees and related documentation | Mary Cilia | 9 | 1.2 |
| 11/8/2015 | Review and analyze EPIQ name change file and research and document various issues and related e-mails and file updates. | Mary Cilia | 9 | 3.8 |
| 11/9/2015 | Employee Claims Distribution Modeling: Conference call preparation | Raj Perubhatla | 9 | 3.2 |
| 11/10/2015 | Employee Claims Distribution Modeling - Meeting preparation | Kathryn Schultea | 9 | 2.5 |
| 11/10/2015 | Follow up research and update of identified claims related to deceased employees and related documentation | Mary Cilia | 9 | 2.4 |
| 11/10/2015 | Employee Claims Distribution Modeling: Conference call | Raj Perubhatla | 9 | 1.0 |
| 11/11/2015 | Meeting with and EY and RLKS teams members to discuss NNI employee claims distribution model and taxation processing | Felicia Buenrostro | 9 | 5.0 |
| 11/11/2015 | Employee Claims Distribution Modeling - Team Meeting to discuss the impact on Claims and EE Distribution payments | Kathryn Schultea | 9 | 5.0 |
| 11/11/2015 | Meeting with RLKS and EY to discuss employee claims distributions and related issues and related follow up | Mary Cilia | 9 | 4.5 |
| 11/11/2015 | Employee Claims Distribution Modeling: Meeting preparation | Raj Perubhatla | 9 | 1.5 |
| 11/11/2015 | Employee Claims Distribution Modeling: Team Meeting to discuss the impact on Claims and EE Distribution Paychecks | Raj Perubhatla | 9 | 4.2 |
| 11/12/2015 | Employee Claims Distribution Modeling: Analysis | Raj Perubhatla | 9 | 3.7 |
| 11/13/2015 | Employee Claims Distribution Modeling: Analysis | Raj Perubhatla | 9 | 4.4 |
| 11/16/2015 | Employee Claims Distribution Modeling: Definitions | Raj Perubhatla | 9 | 2.7 |
| 11/18/2015 | Review of information and follow up e-mails related to LTIPR plan for employee claims distributions | Mary Cilia | 9 | 1.8 |
| 11/19/2015 | Continued reconciliation of claims to G/L for recovery model | Mary Cilia | 9 | 3.8 |
| 11/20/2015 | Continued reconciliation of claims to G/L for recovery model | Mary Cilia | 9 | 1.3 |
| 11/20/2015 | Integration Model development & analysis | Raj Perubhatla | 9 | 1.7 |
| 11/23/2015 | Continued reconciliation of claims to G/L for recovery model | Mary Cilia | 9 | 6.9 |
| 11/23/2015 | Employee Claims Distribution Modeling: Status call prep and the call with the team | Raj Perubhatla | 9 | 0.6 |
| 11/23/2015 | Employee Claims Distribution Modeling: Definitions | Raj Perubhatla | 9 | 1.7 |
| 11/24/2015 | Continued reconciliation of claims to G/L for recovery model | Mary Cilia | 9 | 5.2 |
| 11/25/2015 | Continued reconciliation of claims to G/L for recovery model | Mary Cilia | 9 | 2.9 |
| 11/25/2015 | Integration Model development & analysis | Raj Perubhatla | 9 | 4.8 |
| 11/25/2015 | Employee Claims Distribution Modeling: Definitions and Design | Raj Perubhatla | 9 | 3.2 |
| 11/27/2015 | Continued reconciliation of claims to G/L for recovery model | Mary Cilia | 9 | 3.0 |
| 11/30/2015 | Continued reconciliation of claims to G/L for recovery model | Mary Cilia | 9 | 5.6 |
| 11/30/2015 | Employee Claims Distribution Modeling: Definitions and Design | Raj Perubhatla | 9 | 4.7 |