**EXHIBIT B**

# EXHIBIT B
## EXPENSE SUMMARY

**Nortel Networks Inc., et al.**
(Case No. 09-10138 (KG))

**RLKS Executive Solutions**
**November 1 - 30, 2015**

| Expense Category | Total Expenses |
|---|---|
| Travel – Airline (at economy fare booking) | $   5,893.60 |
| Travel – Lodging | 5,487.26 |
| Travel – Transportation | 1,953.49 |
| Travel – Meals | 1,137.52 |
| Office Expenses | - |
| TOTAL | $ 14,471.87 |
| | |

## Nortel Expense Report
**PERIOD:** November 1 - 30, 2015

| Date | Description | Air | Lodging | Transportation | Meals | Office Expenses | Professional | Comments on Meals/Transportation |
|---|---|---|---|---|---|---|---|---|
| 11/2/2015 | Travel to Client site | $319.10 | $220.20 | $93.93 | | | Brandon Bangerter | Economy airfare; one night hotel; Avis rental car |
| 11/2/2015 | Travel to Raleigh | $261.10 | $259.67 | | | | Felicia Buenrostro | Economy airfare; One night hotel stay |
| 11/2/2015 | Travel to Raleigh | $255.60 | $259.67 | $135.25 | $338.53 | | Kathryn Schultea | Economy airfare; One night hotel stay; car to airport; Dinner - (KS, FB, BB, LB, RP, MC - $52.92 each) |
| 11/2/2015 | Travel to Client Site - RTP | $261.10 | $259.67 | | | | Leticia Barrios | Economy airfare; One night hotel stay |
| 11/2/2015 | Travel to Client Site | $496.10 | $201.82 | $193.02 | | | Mary Cilia | A-Economy Airfare (last minute flight); T- Car Service from Home to Airport and Avis Rental Car |
| 11/2/2015 | Travel to client site | $319.10 | $220.20 | $92.00 | $11.59 | | Raj Perubhatla | Economy airfare; car to airport; one night client stay; meals |
| 11/3/2015 | RTP stay | | $220.20 | | $122.34 | | Brandon Bangerter | One night hotel; lunch - $122.34(KS,LB,FB,RP,BB) |
| 11/3/2015 | Raleigh | | $259.67 | | | | Felicia Buenrostro | One night hotel stay |
| 11/3/2015 | Raleigh | | $259.67 | | $293.94 | | Kathryn Schultea | One night hotel stay; Dinner - (KS, FB, LB, RP, BB, MC - $48.99 each) |
| 11/3/2015 | RTP Stay | | $259.67 | | | | Leticia Barrios | One night hotel stay |
| 11/3/2015 | RTP Stay | | $201.82 | $53.20 | | | Mary Cilia | T- Avis Rental Car; |
| 11/3/2015 | Client site stay | | $220.20 | | | | Raj Perubhatla | one night hotel stay |
| 11/4/2015 | Travel from Client site | $319.10 | | $47.00 | $53.06 | | Brandon Bangerter | Economy airfare; airport parking; lunch - $19.09(RP,BB); dinner - $33.97(RP,BB) |
| 11/4/2015 | Raleigh | | $259.67 | | | | Felicia Buenrostro | One night hotel stay |
| 11/4/2015 | Travel from Raleigh | $255.60 | | $208.51 | | | Kathryn Schultea | Economy airfare; Rental car in Raleigh |
| 11/4/2015 | RTP Stay | | $259.67 | | | | Leticia Barrios | One night hotel stay |
| 11/4/2015 | RTP Stay | | $201.82 | $53.20 | | | Mary Cilia | T - Avis Rental Car; |
| 11/4/2015 | Travel from client site | $319.10 | | $92.00 | | | Raj Perubhatla | Economy airfare; car from airport to home |
| 11/5/2015 | Travel from Raleigh | $261.10 | | $76.87 | | | Felicia Buenrostro | Economy airfare; Car from airport |
| 11/5/2015 | Travel from Client Site - RTP | $261.10 | | $76.87 | | | Leticia Barrios | Economy airfare; Car from airport |
| 11/5/2015 | RTP Stay | | $201.82 | $53.21 | $3.20 | | Mary Cilia | T - Avis Rental Car; M-D=$3.20 |
| 11/6/2015 | Travel from Client Site | $496.10 | | $53.21 | | | Mary Cilia | A-Economy Airfare (last minute flight); T- Avis Rental Car and Car Service from Airport to Home; |
| 11/8/2015 | Travel to client site | $264.10 | $203.17 | $92.00 | | | Raj Perubhatla | Economy airfare; car to airport; one night client stay |
| 11/9/2015 | Travel to Client site | $264.10 | $214.52 | | $108.18 | | Brandon Bangerter | Economy airfare; one night hotel; lunch - $19.09(RP,BB); dinner - $89.09(RP,BB) |
| 11/9/2015 | Client site stay | | | | | | Raj Perubhatla | one night hotel stay |
| 11/10/2015 | Travel from Client site | $264.10 | | $40.00 | $34.03 | | Brandon Bangerter | Economy airfare; airport parking; lunch - $19.09(RP,BB); dinner - $14.94(RP,BB) |
| 11/10/2015 | Travel from client site | $264.10 | $203.17 | $176.03 | | | Raj Perubhatla | Economy airfare; car from airport to home; rental car for 2 day stay (RP,BB) |
| 11/16/2015 | Travel to Client site | $179.10 | $220.20 | $94.19 | | | Brandon Bangerter | Economy airfare; one night hotel; Avis rental car |
| 11/16/2015 | Travel to client site | $179.10 | $220.20 | $92.00 | | | Raj Perubhatla | Economy airfare; car to airport; one night client stay |
| 11/17/2015 | RTP stay | | $220.19 | | $120.77 | | Brandon Bangerter | One night hotel; lunch - $19.09(RP,BB); dinner - $101.68(RP,BB) |
| 11/17/2015 | Client site stay | | | | | | Raj Perubhatla | one night hotel stay |
| 11/18/2015 | Travel from Client site | $179.10 | | $47.00 | $51.88 | | Brandon Bangerter | Economy airfare; airport parking; lunch - $19.74(RP,BB); dinner - $32.14(RP,BB) |
| 11/18/2015 | Travel from client site | $179.10 | $220.20 | $92.00 | | | Raj Perubhatla | Economy airfare; car from airport to home |
| 11/30/2015 | Travel to client site | $296.60 | $220.20 | $92.00 | | | Raj Perubhatla | Economy airfare; car to airport; one night client stay |
| | | $ 5,893.60 | $ 5,487.26 | $ 1,953.49 | $ 1,137.52 | $ - | | |