Nortel Networks Inc., et al

**Berkeley Research Group, LLC**




Exhibit A: Time Detail

For the Period 10/1/2015 through 10/31/2015

| Date | Professional | Hours | Description |
|---|---|---|---|
| 01. Asset Acquisition/Disposition | | | |
| 10/1/2015 | J. Hyland | 1.2 | Participated in call with M. Kennedy (Chilmark) and M. Sandberg (FTI) re: proceeds allocation. |
| 10/1/2015 | C. Kearns | 0.1 | Participated in a brief telecom with D. Botter (Counsel) re: scenarios for Committee. |
| 10/2/2015 | J. Hyland | 0.7 | Conducted call with Counsel re: proceeds allocation assumptions. |
| 10/2/2015 | C. Kearns | 0.7 | Participated in a call with Counsel to discuss claims data by estate and scenarios to run. |
| 10/2/2015 | J. Hyland | 0.5 | Participated in portion of call with M. Sandberg (FTI) re: proceeds allocation. |
| 10/4/2015 | J. Hyland | 2.9 | Prepared deck for the Committee on proceeds allocation mediation. |
| 10/4/2015 | J. Hyland | 2.0 | Continued preparing deck for the Committee on proceeds allocation mediation. |
| 10/4/2015 | C. Kearns | 0.5 | Reviewed model with recovery scenarios requested by Counsel in advance of mediation. |
| 10/5/2015 | J. Hyland | 2.9 | Analyzed proceeds allocation deck. |
| 10/5/2015 | J. Hyland | 2.7 | Continued analyzing proceeds allocation deck. |
| 10/5/2015 | J. Hyland | 1.1 | Participated in call with M. Kennedy (Chilmark) re: proceeds allocation. |
| 10/5/2015 | C. Kearns | 0.5 | Participated in part of call with Counsel re scenarios requested by Counsel to be presented to the UCC. |
| 10/6/2015 | C. Kearns | 0.8 | Participated in call with Counsel and Counsel to ad hoc trade creditors re: appeal status and upcoming mediation. |
| 10/6/2015 | C. Kearns | 0.7 | Participated in follow up call with Counsel to ad hoc trade creditors and certain of their members in recovery scenarios. |
| 10/6/2015 | J. Hyland | 0.5 | Conducted call with M. Sandberg (FTI) re: proceeds allocation calculations. |
| 10/6/2015 | C. Kearns | 0.3 | Discussed status of trade creditors role with Counsel. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| 01. Asset Acquisition/Disposition | | | |
| 10/6/2015 | C. Kearns | 0.2 | Prepared follow-up email to Counsel after call with holders. |
| 10/7/2015 | A. Cowie | 2.9 | Continued analyzing proceeds allocation scenarios. |
| 10/7/2015 | A. Cowie | 1.2 | Analyzed proceeds allocation scenarios. |
| 10/7/2015 | C. Kearns | 0.6 | Participated in a call with Counsel and note holder advisors re: upcoming mediation. |
| 10/7/2015 | C. Kearns | 0.4 | Reviewed presentation to the Committee re: mediation issues and scenarios requested by Counsel. |
| 10/7/2015 | C. Kearns | 0.3 | Prepared discussion with Counsel to meetings with Committee and Debtors. |
| 10/7/2015 | C. Kearns | 0.2 | Reviewed data from Debtors re: framework for mediation |
| 10/8/2015 | J. Hyland | 2.4 | Analyzed proceeds allocation assumptions for model. |
| 10/8/2015 | C. Kearns | 1.0 | Reviewed additional potential mediation scenarios based on issues discussed with Debtors. |
| 10/8/2015 | C. Kearns | 0.8 | Participated in call with Counsel and certain note holders re: various issues pertaining to their claims. |
| 10/8/2015 | J. Hyland | 0.5 | Conducted call with M. Sandberg (FTI) re: proceeds allocation. |
| 10/10/2015 | J. Hyland | 1.8 | Reviewed proceeds allocation model results. |
| 10/11/2015 | J. Hyland | 1.5 | Analyzed proceeds allocation assumptions. |
| 10/11/2015 | C. Kearns | 0.4 | Reviewed revised deck on additional scenarios requested by Counsel. |
| 10/11/2015 | C. Kearns | 0.3 | Reviewed outline of "five page" letter submission for upcoming mediation. |
| 10/12/2015 | J. Hyland | 1.8 | Prepared analyses for Counsel re: mediation submission. |
| 10/12/2015 | J. Hyland | 0.9 | Participated in call with Counsel re: mediation. |
| 10/12/2015 | C. Kearns | 0.5 | Participated in call with Counsel to review draft mediation statements. |
| 10/12/2015 | C. Kearns | 0.5 | Reviewed draft deck for Committee in alternate scenarios requested by Counsel. |
| 10/12/2015 | J. Hyland | 0.3 | Conducted additional call with R. Johnson (Counsel) re: mediation positions. |
| 10/12/2015 | J. Hyland | 0.1 | Conducted call with M. Fagen (Counsel) re: mediation analysis. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| 01. Asset Acquisition/Disposition | | | |
| 10/12/2015 | J. Hyland | 0.1 | Participated in call with R. Johnson (Counsel) re: mediation positions. |
| 10/13/2015 | J. Hyland | 2.9 | Analyzed proceeds allocation submissions. |
| 10/13/2015 | J. Hyland | 2.9 | Prepared additional analyses for Counsel re: mediation submission. |
| 10/13/2015 | J. Hyland | 2.0 | Continued analyzing proceeds allocation submissions. |
| 10/13/2015 | J. Hyland | 2.0 | Continued preparing additional analyses for Counsel re: mediation submission. |
| 10/13/2015 | C. Kearns | 0.6 | Reviewed and commented on draft submissions. |
| 10/13/2015 | C. Kearns | 0.3 | Reviewed final changes to deck for Committee on additional info requested by Committee members coming into the mediation. |
| 10/14/2015 | J. Hyland | 2.9 | Participated in discussion with M. Sandberg (FTI)re: proceeds allocation model. |
| 10/14/2015 | J. Hyland | 2.3 | Analyzed proceeds allocation assumptions. |
| 10/14/2015 | J. Hyland | 1.3 | Reviewed final Committee mediation submissions. |
| 10/14/2015 | J. Hyland | 0.9 | Participated in a portion of the discussion with M. Sandberg (FTI) re: proceeds allocation model. |
| 10/14/2015 | J. Hyland | 0.9 | Participated in call with M. Kennedy (Chilmark) re: proceeds allocation calculations. |
| 10/14/2015 | C. Kearns | 0.7 | Reviewed draft mediation statements and gave comments. |
| 10/14/2015 | C. Kearns | 0.6 | Met with Counsel to finalize drafts, including short call with Cleary. |
| 10/15/2015 | C. Kearns | 0.3 | Reviewed additional scenario requested by Counsel. |
| 10/16/2015 | C. Kearns | 0.5 | Considered additional potential scenarios requested by Counsel. |
| 10/16/2015 | C. Kearns | 0.3 | Participated in conference call with F. Hodara and D. Botter (Counsel) re: mediation strategy and scenarios. |
| 10/16/2015 | J. Hyland | 0.3 | Responded to Cassel's request for data re: proceeds allocation. |
| 10/19/2015 | J. Hyland | 2.6 | Analyzed proceeds allocation positions for upcoming mediation. |
| 10/19/2015 | J. Hyland | 2.5 | Continued analyzing proceeds allocation positions for upcoming mediation. |
| 10/19/2015 | J. Hyland | 2.0 | Reviewed summary for proceeds allocation calculations. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| 01. Asset Acquisition/Disposition | | | |
| 10/19/2015 | J. Borow | 1.2 | Reviewed issues pertaining to mediation scenarios. |
| 10/19/2015 | C. Kearns | 0.2 | Summarized additional scenarios requested by Counsel re: mediation preparation. |
| 10/20/2015 | J. Hyland | 2.8 | Analyzed proceeds allocation assumption for mediation. |
| 10/20/2015 | J. Hyland | 2.6 | Continued analyzing proceeds allocation assumption for mediation. |
| 10/20/2015 | C. Kearns | 0.8 | Reviewed additional scenarios requested by Counsel. |
| 10/20/2015 | J. Borow | 0.7 | Reviewed issues pertaining to mediation scenarios. |
| 10/21/2015 | C. Kearns | 1.8 | Participated in a meeting with Counsel to discuss possible mediation positions and scenarios. |
| 10/21/2015 | C. Kearns | 0.7 | Reviewed additional analysis based on possible mediation positions. |
| 10/21/2015 | C. Kearns | 0.6 | Reviewed draft settlement framework and provided comments. |
| 10/21/2015 | J. Hyland | 0.5 | Participated on portion of call with Counsel re: proceed allocation mediation. |
| 10/22/2015 | C. Kearns | 0.3 | Emailed with Counsel re: discussions with certain holders on upcoming mediation. |
| 10/22/2015 | C. Kearns | 0.3 | Reviewed mediation position of trade ad hocs. |
| 10/22/2015 | C. Kearns | 0.1 | Emailed with Counsel re: scenarios to run. |
| 10/23/2015 | C. Kearns | 0.5 | Reviewed draft deck for UCC working session in advance of mediation. |
| 10/26/2015 | J. Hyland | 2.0 | Reviewed proceeds allocation model for mediation. |
| 10/26/2015 | J. Borow | 1.1 | Discussed with Counsel re: mediation issues and financial analyses. |
| 10/26/2015 | C. Kearns | 1.1 | Participated in call with Counsel to review mediation scenarios based on guidance from Cleary. |
| 10/26/2015 | A. Cowie | 1.1 | Participated in meetings at Counsel in regard to proceeds allocation model. |
| 10/26/2015 | J. Borow | 1.1 | Reviewed mediation issues and related financial analyses. |
| 10/26/2015 | J. Borow | 1.0 | Continued to review mediation issues and related financial analyses. |
| 10/26/2015 | J. Hyland | 1.0 | Summarized proceeds allocation assumptions for Counsel. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| 01. Asset Acquisition/Disposition | | | |
| 10/26/2015 | C. Kearns | 0.8 | Reviewed changes to financial recovery model for scenarios requested by Counsel. |
| 10/26/2015 | C. Kearns | 0.5 | Attended pre-meeting preparation session with Counsel to address key issues coming into the mediation. |
| 10/26/2015 | C. Kearns | 0.5 | Reviewed pre-mediation submissions by Canada and EMEA. |
| 10/26/2015 | C. Kearns | 0.4 | Participated in call with member of ad hoc trade group under NDA to outline issues for mediation. |
| 10/26/2015 | J. Hyland | 0.1 | Conducted call with M. Kennedy (Chilmark) re: upcoming mediation. |
| 10/26/2015 | C. Kearns | 0.1 | Emailed with Counsel re: mediation logistics |
| 10/27/2015 | A. Cowie | 2.9 | Attended Nortel mediation. |
| 10/27/2015 | C. Kearns | 2.9 | Participated in mediation with the core parties. |
| 10/27/2015 | A. Cowie | 2.8 | Continued to attend Nortel mediation. |
| 10/27/2015 | A. Cowie | 2.8 | Continued to attend Nortel mediation. |
| 10/27/2015 | C. Kearns | 2.8 | Continued to participate in mediation with the core parties. |
| 10/27/2015 | C. Kearns | 2.8 | Continued to participate in mediation with the core parties. |
| 10/27/2015 | J. Hyland | 1.8 | Reviewed results of proceeds allocation mediation. |
| 10/27/2015 | J. Borow | 1.6 | Reviewed settlement issues pertaining to mediation. |
| 10/27/2015 | A. Cowie | 0.7 | Continued to attend Nortel mediation. |
| 10/27/2015 | C. Kearns | 0.7 | Continued to participate in mediation with the core parties. |
| 10/28/2015 | A. Cowie | 2.9 | Attended Nortel mediation. |
| 10/28/2015 | C. Kearns | 2.9 | Continued to participate in mediation Day 2. |
| 10/28/2015 | C. Kearns | 2.9 | Continued to participate in mediation Day 2. |
| 10/28/2015 | C. Kearns | 2.9 | Participated in mediation Day 2. |
| 10/28/2015 | J. Hyland | 2.8 | Analyzed summary sheet from one of the proceeds allocation participants. |
| 10/28/2015 | A. Cowie | 2.8 | Continued to attend Nortel mediation. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **01. Asset Acquisition/Disposition** | | | |
| 10/28/2015 | A. Cowie | 2.4 | Continued to attend Nortel mediation. |
| 10/28/2015 | A. Cowie | 1.1 | Continued to attend Nortel mediation. |
| 10/28/2015 | C. Kearns | 0.5 | Continued to participate in mediation Day 2. |
| 10/29/2015 | C. Kearns | 1.5 | Met with Counsel to discuss next steps in mediation. |
| 10/29/2015 | A. Cowie | 1.5 | Participated in meeting with Counsel in regard to mediation proceedings. |
| 10/29/2015 | C. Kearns | 1.0 | Reviewed analysis on which mediator requested review and comment. |
| 10/30/2015 | J. Hyland | 2.8 | Analyzed true-up calculations for proceeds allocation. |
| 10/30/2015 | C. Kearns | 2.0 | Reviewed financial model with Counsel on a by estate basis. |
| 10/30/2015 | J. Borow | 2.0 | Reviewed issues pertaining to mediation and potential settlement concepts. |
| 10/31/2015 | C. Kearns | 0.3 | Emailed with Counsel on mediation information needs. |
| *Task Code Total Hours* | | *143.6* | |
| **05. Professional Retention Fee Application Preparation** | | | |
| 10/9/2015 | J. Hyland | 0.3 | Provided September fee estimate for Counsel. |
| 10/9/2015 | J. Blum | 0.2 | Prepared August fee application. |
| 10/12/2015 | J. Blum | 0.1 | Prepared August fee application. |
| 10/14/2015 | J. Blum | 0.1 | Prepared August fee application. |
| 10/20/2015 | J. Blum | 0.6 | Prepared September fee application. |
| 10/30/2015 | J. Hyland | 0.9 | Reviewed September fee application details. |
| *Task Code Total Hours* | | *2.2* | |
| **07. Interaction/Meetings with Debtors/Counsel** | | | |
| 10/7/2015 | C. Kearns | 1.8 | Participated in meeting with Counsel, Chilmark, Cleary and J. Ray re: upcoming mediation and negotiating positions. |
| 10/26/2015 | J. Borow | 0.9 | Met with Debtor, Counsel to Debtor and professionals to UCC. |
| 10/26/2015 | C. Kearns | 0.9 | Participated in call with Counsel, Cleary and Chilmark for final mediation preparation. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| 07. Interaction/Meetings with Debtors/Counsel | | | |
| Task Code Total Hours | | 3.6 | |
| 08. Interaction/Meetings with Creditors | | | |
| 10/1/2015 | J. Hyland | 1.8 | Reviewed documents distributed to UCC for UCC meeting. |
| 10/1/2015 | C. Kearns | 0.7 | Participated in call with Committee re: mediation and appeal processes. |
| 10/1/2015 | J. Hyland | 0.7 | Participated in UCC call with UCC members and professionals. |
| 10/1/2015 | A. Cowie | 0.7 | Participated in weekly UCC call. |
| 10/1/2015 | J. Borow | 0.6 | Discussed with party in interest re: status of matter. |
| 10/5/2015 | C. Kearns | 0.2 | Discussed upcoming mediation with individual UCC member. |
| 10/6/2015 | J. Hyland | 2.6 | Reviewed documents provided to UCC for in-person meeting. |
| 10/6/2015 | J. Hyland | 2.0 | Continued reviewing documents provided to UCC for in-person meeting. |
| 10/7/2015 | J. Borow | 2.9 | Attended meeting with Counsel and full UCC. |
| 10/7/2015 | C. Kearns | 2.9 | Participated in working session meeting with the Committee to review new claims data from the estates, appeal status and issues for upcoming mediation. |
| 10/7/2015 | J. Hyland | 2.5 | Participated in in-person Committee call with members and professionals. |
| 10/7/2015 | J. Hyland | 1.6 | Continued participating in in-person Committee call with members and professionals. |
| 10/7/2015 | J. Borow | 1.2 | Attended meeting with Counsel and full UCC. |
| 10/7/2015 | C. Kearns | 1.2 | Participated in working session meeting with the Committee to review new claims data from the estates, appeal status and issues for upcoming mediation. |
| 10/9/2015 | C. Kearns | 0.8 | Participated in call with PBGC to walk through mediation scenarios. |
| 10/9/2015 | J. Hyland | 0.7 | Participated in call with PBGC re: claim recovery calculations. |
| 10/13/2015 | C. Kearns | 1.0 | Participated in call with the Committee and Committee professionals. |
| 10/13/2015 | J. Hyland | 1.0 | Participated in UCC call with UCC members and professionals. |
| 10/14/2015 | C. Kearns | 0.8 | Participated in call with Committee to finalize mediation statements. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **08. Interaction/Meetings with Creditors** | | | |
| 10/14/2015 | J. Hyland | 0.8 | Participated in UCC call with UCC members and professionals. |
| 10/16/2015 | J. Hyland | 2.0 | Reviewed documents distributed to UCC for UCC call. |
| 10/16/2015 | J. Borow | 1.1 | Met with UCC and Counsel re: update to mediation and other matters. |
| 10/16/2015 | C. Kearns | 1.1 | Participated in Committee call to discuss various mediation statements of the core parties. |
| 10/16/2015 | J. Hyland | 1.1 | Participated in UCC call with UCC members and professionals. |
| 10/16/2015 | A. Cowie | 1.1 | Participated in weekly UCC meeting. |
| 10/22/2015 | J. Hyland | 2.5 | Reviewed documents distributed to UCC in preparation for UCC call. |
| 10/22/2015 | J. Borow | 0.6 | Participated in meeting with Counsel and UCC. |
| 10/22/2015 | C. Kearns | 0.6 | Participated in portion of a call with UCC to discuss upcoming mediation and settlement parameters. |
| 10/22/2015 | J. Hyland | 0.6 | Participated in weekly UCC call with members and professionals. |
| 10/22/2015 | A. Cowie | 0.6 | Prepared detailed talking points support for UCC call. |
| 10/26/2015 | A. Cowie | 1.7 | Participated in weekly UCC meeting. |
| 10/26/2015 | C. Kearns | 1.7 | Participated in working session with the Committee to prepare for the mediation. |
| 10/26/2015 | J. Hyland | 1.7 | Participated on UCC in-person via telephone with UCC members and professionals. |
| 10/29/2015 | C. Kearns | 0.8 | Participated in call with Committee re: next steps in mediation. |
| 10/29/2015 | J. Borow | 0.8 | Participated in meeting with UCC and professionals to the UCC. |
| 10/29/2015 | J. Hyland | 0.8 | Participated in UCC call with UCC members and professionals. |
| *Task Code Total Hours* | | *45.5* | |
| **10. Recovery/SubCon/Lien Analysis** | | | |
| 10/2/2015 | A. Cowie | 2.9 | Prepared detailed creditor recovery model. |
| 10/2/2015 | A. Cowie | 2.8 | Continued to prepare detailed creditor recovery model. |
| 10/2/2015 | A. Cowie | 2.7 | Analyzed updated creditor claims recovery in waterfall. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| 10. Recovery/SubCon/Lien Analysis | | | |
| 10/2/2015 | A. Cowie | 1.2 | Participated in call with FTI, financial adviser to ad hoc bond group, in regard to recovery analysis. |
| 10/2/2015 | A. Cowie | 0.7 | Participated in creditor recovery call with Counsel. |
| 10/3/2015 | J. Hyland | 2.9 | Analyzed proceeds allocation recoveries. |
| 10/3/2015 | A. Cowie | 2.9 | Continued to prepare detailed by entity creditor recovery model. |
| 10/3/2015 | A. Cowie | 2.9 | Continued to prepare detailed by entity creditor recovery model. |
| 10/3/2015 | A. Cowie | 2.9 | Continued to prepare detailed by entity creditor recovery model. |
| 10/3/2015 | A. Cowie | 2.9 | Prepared detailed by entity creditor recovery model. |
| 10/3/2015 | J. Hyland | 2.8 | Continued analyzing proceeds allocation recoveries. |
| 10/3/2015 | J. Hyland | 2.2 | Continued analyzing proceeds allocation recoveries. |
| 10/4/2015 | A. Cowie | 2.9 | Continued to prepare detailed by entity creditor recovery model. |
| 10/4/2015 | A. Cowie | 2.9 | Prepared detailed by entity creditor recovery model. |
| 10/4/2015 | J. Hyland | 2.9 | Reviewed proceeds allocation recovery model. |
| 10/4/2015 | J. Hyland | 2.7 | Continued reviewing proceeds allocation recovery model. |
| 10/4/2015 | J. Hyland | 2.5 | Analyzed proceeds allocation recovery scenarios. |
| 10/5/2015 | A. Cowie | 1.9 | Revised creditor recovery model. |
| 10/5/2015 | A. Cowie | 0.9 | Participated in call with Counsel in regard to creditors recovery analysis. |
| 10/5/2015 | J. Hyland | 0.9 | Participated on call with Counsel re: creditor recovery deck. |
| 10/5/2015 | J. Borow | 0.4 | Reviewed issues pertaining to recovery scenarios. |
| 10/6/2015 | J. Hyland | 2.9 | Revised claim recovery deck for UCC. |
| 10/6/2015 | A. Cowie | 2.9 | Updated detailed creditor recovery model. |
| 10/6/2015 | J. Hyland | 2.8 | Continued revising claim recovery deck for UCC. |
| 10/6/2015 | A. Cowie | 2.8 | Continued to update detailed creditor recovery model. |
| 10/6/2015 | A. Cowie | 2.7 | Continued to update detailed creditor recovery model. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| 10. Recovery/SubCon/Lien Analysis | | | |
| 10/7/2015 | J. Hyland | 2.9 | Analyzed creditor recovery presentation for the Committee. |
| 10/7/2015 | A. Cowie | 2.9 | Updated creditor recovery model. |
| 10/7/2015 | A. Cowie | 2.7 | Continued to update creditor recovery model. |
| 10/7/2015 | J. Borow | 2.1 | Reviewed analyses re: various recovery scenarios. |
| 10/8/2015 | J. Hyland | 2.9 | Analyzed claim recovery model. |
| 10/8/2015 | A. Cowie | 2.9 | Updated detailed creditor recovery model. |
| 10/8/2015 | A. Cowie | 2.8 | Continued to update detailed creditor recovery model. |
| 10/8/2015 | A. Cowie | 2.6 | Continued to update detailed creditor recovery model. |
| 10/9/2015 | A. Cowie | 2.9 | Updated creditor recovery model. |
| 10/9/2015 | J. Hyland | 2.8 | Analyzed claim recoveries based upon various assumptions. |
| 10/9/2015 | A. Cowie | 0.8 | Participated in call with PBGC in regard to creditor recoveries. |
| 10/9/2015 | A. Cowie | 0.8 | Prepared update report for UCC on creditor recoveries. |
| 10/12/2015 | J. Hyland | 2.9 | Analyzed proceeds allocation recoveries. |
| 10/12/2015 | A. Cowie | 2.8 | Prepared revisions to creditor recovery model. |
| 10/12/2015 | J. Hyland | 2.6 | Continued analyzing proceeds allocation recoveries. |
| 10/12/2015 | J. Hyland | 2.5 | Continued analyzing proceeds allocation recoveries. |
| 10/12/2015 | A. Cowie | 2.5 | Continued to prepare revisions to creditor recovery model. |
| 10/12/2015 | J. Borow | 1.3 | Reviewed various recovery concepts and related computations. |
| 10/13/2015 | A. Cowie | 2.8 | Prepared revisions to detailed creditor recovery model. |
| 10/13/2015 | A. Cowie | 1.8 | Continued to prepare revisions to detailed creditor recovery model. |
| 10/13/2015 | A. Cowie | 1.0 | Participated in UCC meeting in regard to creditor recoveries. |
| 10/13/2015 | J. Borow | 0.6 | Reviewed recovery scenarios and related issues. |
| 10/14/2015 | A. Cowie | 2.9 | Participated in meeting with FTI in regard to detailed creditor recovery models. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| 10. Recovery/SubCon/Lien Analysis | | | |
| 10/14/2015 | A. Cowie | 2.8 | Continued to participate in meeting with FTI in regard to detailed creditor recovery models. |
| 10/14/2015 | J. Hyland | 2.0 | Analyzed recovery calculations based upon model assumptions. |
| 10/14/2015 | A. Cowie | 1.9 | Updated detailed creditor recovery models. |
| 10/14/2015 | J. Borow | 0.4 | Met with financial advisor to bondholders regarding recovery issues. |
| 10/14/2015 | A. Cowie | 0.3 | Continued to participate in meeting with FTI in regard to detailed creditor recovery models. |
| 10/15/2015 | J. Hyland | 2.9 | Analyzed creditor recoveries based upon revised assumptions. |
| 10/15/2015 | J. Hyland | 2.8 | Continued analyzing creditor recoveries based upon revised assumptions. |
| 10/15/2015 | J. Borow | 1.1 | Reviewed creditor recovery analyses under various mediation potential issues. |
| 10/16/2015 | A. Cowie | 2.4 | Prepared revisions to detailed creditor recovery model. |
| 10/16/2015 | A. Cowie | 1.9 | Prepared revisions to creditor recovery model. |
| 10/16/2015 | C. Kearns | 0.1 | Emailed to tax Counsel re: recovery assumptions. |
| 10/19/2015 | A. Cowie | 2.9 | Continued to work on preparing updated recovery scenarios for the mediation. |
| 10/19/2015 | A. Cowie | 2.9 | Worked on preparing updated recovery scenarios for the mediation. |
| 10/20/2015 | A. Cowie | 2.9 | Prepared revisions to detailed creditor recovery model. |
| 10/20/2015 | A. Cowie | 2.8 | Continued to prepare revisions to detailed creditor recovery model. |
| 10/20/2015 | A. Cowie | 1.1 | Continued to prepare revisions to detailed creditor recovery model. |
| 10/21/2015 | A. Cowie | 2.9 | Prepared detailed lender recovery model. |
| 10/21/2015 | J. Hyland | 2.8 | Analyzed proceeds allocation recovery calculations. |
| 10/21/2015 | A. Cowie | 2.7 | Continued to prepare detailed lender recovery model. |
| 10/21/2015 | J. Hyland | 2.6 | Continued analyzing proceeds allocation recovery calculations. |
| 10/21/2015 | A. Cowie | 2.2 | Continued to prepare detailed lender recovery model. |
| 10/21/2015 | A. Cowie | 1.8 | Attended meeting with Counsel in regard to recovery scenarios. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| 10. Recovery/SubCon/Lien Analysis | | | |
| 10/22/2015 | J. Hyland | 2.9 | Followed-up on claim recovery calculations for UCC. |
| 10/22/2015 | A. Cowie | 2.9 | Prepared detailed creditor recovery model. |
| 10/22/2015 | A. Cowie | 2.1 | Continued to prepare detailed creditor recovery model. |
| 10/23/2015 | A. Cowie | 1.9 | Prepared lender recovery deck for the UCC. |
| 10/23/2015 | A. Cowie | 1.1 | Continued to prepare lender recovery deck for the UCC. |
| 10/26/2015 | J. Hyland | 2.9 | Analyzed proceeds allocation recovery calculations. |
| 10/26/2015 | A. Cowie | 2.9 | Prepared recovery analysis for upcoming meditation. |
| 10/26/2015 | A. Cowie | 2.8 | Continued to prepare recovery analysis for upcoming meditation. |
| 10/26/2015 | A. Cowie | 2.5 | Continued to prepare recovery analysis for upcoming meditation. |
| 10/26/2015 | J. Hyland | 2.4 | Continued analyzing proceeds allocation recovery calculations. |
| 10/26/2015 | A. Cowie | 1.8 | Continued to prepare recovery analysis for upcoming meditation. |
| 10/26/2015 | J. Hyland | 1.1 | Participated on call with Counsel re: proceeds allocation recoveries. |
| 10/26/2015 | J. Hyland | 0.4 | Conducted call with M. Kennedy (Chilmark) re: recovery calculation assumptions. |
| 10/27/2015 | A. Cowie | 2.8 | Prepared detailed creditor recovery model update. |
| 10/27/2015 | J. Hyland | 2.2 | Analyzed claim recovery ranges from proceeds allocation mediation. |
| 10/28/2015 | A. Cowie | 1.8 | Updated detailed creditor recovery model. |
| 10/29/2015 | A. Cowie | 2.9 | Updated creditor recovery model. |
| 10/29/2015 | J. Hyland | 2.7 | Reviewed proceeds allocation recovery calculations. |
| 10/29/2015 | J. Hyland | 2.4 | Continued reviewing proceeds allocation recovery calculations. |
| 10/29/2015 | A. Cowie | 1.7 | Updated creditor recovery model. |
| 10/29/2015 | J. Borow | 1.6 | Reviewed recovery issues. |
| 10/30/2015 | A. Cowie | 2.9 | Prepared update to creditor recovery model. |
| 10/30/2015 | A. Cowie | 2.8 | Analyzed PWC creditor recovery model output sheet. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| 10. Recovery/SubCon/Lien Analysis | | | |
| *Task Code Total Hours* | | *212.4* | |
| 11. Claim Analysis/Accounting | | | |
| 10/1/2015 | J. Hyland | 2.9 | Analyzed claims by entity. |
| 10/1/2015 | A. Cowie | 2.9 | Analyzed updated estate by entity claims. |
| 10/1/2015 | A. Cowie | 2.8 | Continued to analyze updated estate by entity claims. |
| 10/1/2015 | J. Hyland | 2.3 | Analyzed claims by Nortel entity. |
| 10/1/2015 | A. Cowie | 1.2 | Participated in claims call with Debtors' financial advisers, Chilmark. |
| 10/1/2015 | J. Emerson | 1.0 | Prepared trading prices exhibit for UCC deck. |
| 10/1/2015 | C. Kearns | 0.6 | Reviewed claims data provided by the three estates. |
| 10/2/2015 | J. Hyland | 2.9 | Analyzed claims by legal entity. |
| 10/2/2015 | J. Hyland | 2.8 | Continued analyzing claims by estate. |
| 10/2/2015 | J. Hyland | 2.5 | Continued analyzing claims by estate. |
| 10/5/2015 | J. Hyland | 2.4 | Analyzed claims for each estate. |
| 10/6/2015 | J. Emerson | 1.0 | Prepared trading prices exhibit for UCC deck. |
| 10/6/2015 | C. Kearns | 0.7 | Reviewed draft of possible proof of claim against NNL. |
| 10/6/2015 | A. Cowie | 0.4 | Participated in call with M. Kennedy (Chilmark) in regard to updated estate claims. |
| 10/7/2015 | J. Hyland | 2.7 | Analyzed claims summary from Counsel. |
| 10/8/2015 | J. Hyland | 2.3 | Reviewed proof of claim. |
| 10/9/2015 | C. Kearns | 0.2 | Emailed with Counsel re: PBGC claim. |
| 10/22/2015 | J. Hyland | 0.1 | Participated on call with M. Sandberg (FTI) re: pension claims. |
| 10/22/2015 | J. Hyland | 0.1 | Participated on call with R. Jacobs (Cassels) re: pension claims. |
| 10/23/2015 | J. Hyland | 2.9 | Analyzed available pension claim documentation. |
| 10/23/2015 | J. Hyland | 2.9 | Analyzed pension claims. |
| 10/23/2015 | J. Hyland | 2.8 | Continued analyzing pension claims. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| 11. Claim Analysis/Accounting | | | |
| 10/23/2015 | J. Hyland | 0.4 | Participated in call with Cassels re: pension claims. |
| 10/25/2015 | J. Hyland | 2.0 | Reviewed pension claims information from FTI. |
| 10/26/2015 | J. Hyland | 2.9 | Analyzed claims for mediation purposes. |
| 10/26/2015 | J. Borow | 2.5 | Analyzed claims for mediation purposes. |
| 10/26/2015 | J. Hyland | 1.8 | Continued analyzing claims for mediation purposes. |
| 10/30/2015 | J. Hyland | 0.9 | Analyzed an inter-estate claim resolution. |
| *Task Code Total Hours* | | *50.9* | |
| 19. Cash Flow/Cash Management Liquidity | | | |
| 10/16/2015 | J. Hyland | 0.8 | Reviewed Canadian 10/11/2015 cash forecast. |
| 10/20/2015 | J. Hyland | 2.7 | Analyzed cash positions and cash burn by estate. |
| *Task Code Total Hours* | | *3.5* | |
| **Total Hours** | | **461.7** | |