Nortel Networks Inc., et al

## Berkeley Research Group, LLC



### Exhibit B: Expense Detail

For the Period 10/1/2015 through 10/31/2015

| Date | Professional | Description | Amount |
|------|-------------|-------------|--------|
| **Airfare/ Train** | | | |
| 10/8/2015 | J. Hyland | Fee to change flight due to flight delays for meeting with Counsel. | $75.00 |
| 10/8/2015 | J. Hyland | Coach airfare from O'Hare to LaGuardia for meeting with Counsel. | $306.20 |
| **Subtotal - Airfare** | | | **$381.20** |
| **Auto Rental/Taxi/Train/Bus** | | | |
| 10/8/2015 | J. Hyland | Taxi from airport to NYC office during trip to meet with Counsel. | 45.41 |
| 10/8/2015 | J. Hyland | Taxi to airport from NYC office during NYC trip to meet with Counsel. | 42.41 |
| **Subtotal – Auto Rental/Taxi/Train/Bus** | | | **$87.82** |
| **Mileage** | | | |
| 10/8/2015 | Hyland, Jeffrey | Mileage to/from Chicago O'Hare during NYC trip to meet with Counsel. | $25.30 |
| **Subtotal - Mileage** | | | **$25.30** |
| **Parking/ Tolls** | | | |
| 10/8/2015 | J. Hyland | Parking at O'Hare airport during NYC trip to meet with Counsel. | $35.00 |
| **Subtotal - Parking/ Tolls** | | | **$35.00** |

Berkeley Research Group, LLC

Invoice for the 10/1/2015 - 10/31/2015 Period

| Date | Professional | Description | Amount |
|------|-------------|-------------|--------|

**Meals**

| | 10/8/2015 | J. Hyland | Breakfast during NYC trip to meet with Counsel. | 10.09 |
| | 10/8/2015 | J. Hyland | Lunch during NYC trip to meet with Counsel. | 15.46 |
| | 10/8/2015 | J. Hyland | Meal during NYC trip to meet with Counsel. | 2.67 |

**Subtotal - Meals**                                                     $28.22

**For the Period 10/1/2015 through 10/31/2015**                          $557.54

Berkeley Research Group, LLC
Invoice for the 10/1/2015 - 10/31/2015 Period