IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Nortel Networks Inc., et al.,[1]<br><br>　　　　　　　　Debtors. | ) Chapter 11<br>)<br>) Case No. 09-10138 (KG)<br>)<br>) (Jointly Administered)<br>)<br>) Hearing Date: TBD<br>) |

## NOTICE OF SECOND INTERIM FEE APPLICATION REQUEST

Name of Applicant:   Berkeley Research Group, LLC

Authorized to Provide
Professional Services to:   Official Committee of Unsecured Creditors

Date of Retention:   July 9, 2015, *Nunc Pro Tunc* to June 1, 2015

Period for which compensation
and reimbursement is sought:   August 1, 2015 through October 31, 2015[2]

Amount of Compensation sought as
actual, reasonable and necessary:   $528,227.50

Amount of Expense Reimbursement sought
as actual, reasonable and necessary:   $572.73

This is (a)n: _X_ interim   ____ final application

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567); and Nortel Networks (CALA) Inc. (4226).

[2] Berkeley Research Group, LLC's August, September and October 2015 monthly fee applications are incorporated herein by reference.

Summary of Fee Applications for Compensation Period:

| Date Filed Docket No. | Period Covered | Fees | Expenses | Fees -80% | Expenses (100%) | Fees -20% |
|---|---|---|---|---|---|---|
| Date Filed 10/14/2015 Docket No. 16230 | 8/1/2015 to 8/31/2015 | $85,029.00 | $15.19 | $68,023.20 | $15.19 | $17,005.80 |
| Date Filed 11/17/2015 Docket No. 16306 | 9/1/2015 to 9/30/2015 | $122,188.00 | $0.00 | $97,750.40 | $0.00 | $24,437.60 |
| Date Filed 11/30/2015 Docket No. TBD | 10/1/2015 To 10/31/2015 | $321,010.50 | $557.54 | $256,808.40 | $557.54 | $64,202.10 |
| **TOTALS:** | | $528,227.50 | $572.73 | $422,582.00 | $572.73 | $105,645.50 |

Summary of any Objections to Fee Applications: None.

Dated: November 30, 2015
New York, NY

/s/ Jay Borow
Jay Borow
BERKELEY RESEARCH GROUP, LLC
104 West 40th Street
16th floor
New York, NY 10018
Telephone: (212) 782-1411
Facsimile: (212) 782-1479

Financial Advisor to the Official Committee of
Unsecured Creditors of Nortel Networks Inc., et al.