# EXHIBIT A

**CUMULATIVE COMPENSATION BY PROJECT
CATEGORY FOR APPLICATION PERIOD**

Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

November 1, 2015 through November 30, 2015

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

# HOURS/BILLABLE AMOUNTS BY PROJECT
## John Ray-Nortel

**Name:** John J. Ray, III

| | Start Date | End Date |
|---|---|---|
| **Working Dates:** | 11/2/15 | 11/30/15 |
| **Enter Billing Rate/Hr:** | 735.00 | |

| Project No. | Project Name | Hours/Minutes Worked | Billing Rate | Billing Amount |
|---|---|---|---|---|
| 1 | MOR, required monthly/period disclosures, Schedule Admendments, Form 26 | | | |
| 2 | Contracts - assumption/rejection analysis & support, Executory contract review | | | |
| 3 | Claims Matters | 0.5 | $735.00 | $367.50 |
| 4 | Preparation & presentation of financial and other information; cash/expense management; analysis of proposed transactions; assist with business processes | | | |
| 5 | Asset Sales or Other Transactional Support | | | |
| 6 | IT Infrastructure / Data Support | | | |
| 7 | Litigation Support; Attendance and testimony at hearings; Investigation matters at the request of counsel | 38.0 | $735.00 | $27,930.00 |
| 8 | Creditor Meetings; Various administrative matters (Tax, Financial, Board, Employee) | | | |
| 9 | Development of Plan of Reorganization; Disclosure Statement | | | |
| 10 | Non-Working Travel | 9.0 | $367.50 | $3,307.50 |
| 11 | Fee Application | 7.1 | $735.00 | $5,218.50 |
| | **Hours/Billing Amount for Period:** | **54.6** | | **$36,823.50** |

**Nortel TIME SHEET**  54.6
John Ray

| Enter Date | Description | Professional | Project No. (1-11) | Enter Start Time Hour (1-23) | Enter Start Time Minutes (1-59) | Enter End Time Hour (1-23) | Enter End Time Minutes (1-59) | Hours/ Minutes Worked |
|---|---|---|---|---|---|---|---|---|
| 11/2/15 | Work in furtherance of mediation | John Ray | 7 | 1 | 0 | 1 | 0 | 3.0 |
| 11/3/15 | Further work related to mediation | John Ray | 7 | 1 | 0 | 1 | 0 | 3.0 |
| 11/4/15 | Additional work related to mediation | John Ray | 7 | 1 | 0 | 1 | 0 | 2.8 |
| 11/5/15 | Pre and post call to group call re mediation | John Ray | 7 | 1 | 0 | 1 | 0 | 3.0 |
| 11/5/15 | Call re mediation process | John Ray | 7 | 1 | 0 | 1 | 0 | 2.0 |
| 11/9/15 | Call re mediation status | John Ray | 7 | 1 | 0 | 1 | 0 | 0.8 |
| 11/11/15 | Document disposal motion comments | John Ray | 7 | 1 | 0 | 1 | 0 | 0.3 |
| 11/12/15 | Claims settlement matters and discussion with M Cilia | John Ray | 7 | 1 | 0 | 1 | 0 | 0.5 |
| 11/16/15 | Flight to NY for mediation | John Ray | 10 | 1 | 0 | 1 | 0 | 4.5 |
| 11/16/15 | Prepare for mediation | John Ray | 7 | 1 | 0 | 1 | 0 | 5.0 |
| 11/17/15 | Attendance at mediation | John Ray | 7 | 1 | 0 | 1 | 0 | 8.5 |
| 11/18/15 | Attendance at mediation | John Ray | 7 | 1 | 0 | 1 | 0 | 8.5 |
| 11/19/15 | Flight from NY | John Ray | 10 | 1 | 0 | 1 | 0 | 4.5 |
| 11/19/15 | NNI lease matter Richardson TX | John Ray | 7 | 1 | 0 | 1 | 0 | 0.5 |
| 11/19/15 | MOR review and filing | John Ray | 7 | 1 | 0 | 1 | 0 | 0.3 |
| 11/25/15 | WPB environmental site update | John Ray | 3 | 1 | 0 | 1 | 0 | 0.5 |
| 11/30/15 | Billing matters | John Ray | 11 | 1 | 0 | 1 | 0 | 1.5 |
| 11/2/15 | Prepare September/October fee app | John Ray | 11 | 1 | 0 | 4 | 0 | 3.0 |
| 11/3/15 | Review and file Septmber/October fee app | John Ray | 11 | 1 | 0 | 1 | 15 | 0.3 |
| 11/25/15 | Prepare and file quarterly fee app | John Ray | 11 | 1 | 0 | 3 | 15 | 2.3 |