# EXHIBIT B

**EXPENSE SUMMARY/DETAIL**

Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

November 1, 2015 through November 30, 2015

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

**Nortel Networks, Inc.**

**EXPENSE SUMMARY**
**November 1 through November 30**

**John Ray**

| Expense Category | | Total Expenses |
|---|---|---|
| Travel – Airline | | $ 683.20 |
| Travel – Lodging | | 1,851.93 |
| Travel – Transportation | | 200.00 |
| Travel – Meals | | 203.37 |
| Parking | | 84.00 |
| | | |
| TOTAL | | $ 3,022.50 |
| | | |

John Ray Time and Expense--Nortel

**PERIOD:** November 1 through November 30

| Date | Description | Air | Lodging | Transportation | Meals | Parking | Professional |
|---|---|---|---|---|---|---|---|
| 11/16/15 | Flight to NY | $ 367.10 | | | | | John Ray |
| 11/16/15 | Car service to hotel | | | $ 100.00 | | | John Ray |
| 11/16/15 | Hotel | | $ 500.00 | | | | John Ray |
| 11/16/15 | Hotel tax | | $ 117.31 | | | | John Ray |
| 11/16/15 | Dinner with M Kennedy | | | | $ 108.37 | | John Ray |
| 11/17/15 | Breakfast | | | | $ 15.00 | | John Ray |
| 11/17/15 | Hotel | | $ 500.00 | | | | John Ray |
| 11/17/15 | Hotel tax | | $ 117.31 | | | | John Ray |
| 11/18/15 | Berakfast | | | | $ 15.00 | | John Ray |
| 11/18/15 | Hotel | | $ 500.00 | | | | John Ray |
| 11/18/15 | Hotel tax | | $ 117.31 | | | | John Ray |
| 11/18/15 | Dinner | | | | $ 50.00 | | John Ray |
| 11/19/15 | Breakfast | | | | $ 15.00 | | John Ray |
| 11/19/15 | Car service to airport | | | $ 100.00 | | | John Ray |
| 11/19/15 | Return flight | $ 316.10 | | | | | John Ray |
| 11/19/15 | Parking | | | | | $ 84.00 | John Ray |