# EXHIBIT A

**NORTEL NETWORKS INC., *et al*.**
**CASE NO. 09-10138 (KG)**

Professional Fees and Expenses
Monthly Fee Application

| Applicant & Docket No. | Time Period Covered | Fees & Expenses Requested in Application | Fees & Expenses Allowed/Awarded | Date Application Filed | Objection Deadline |
|---|---|---|---|---|---|
| Ashurst LLP<br><br>[Docket No. 16289] | 9/1/15 - 9/30/15 | £31,703.00 (Fees)<br><br>£139.43 (Expenses) | £25,362.40 (Fees @ 80%)<br><br>£139.43 (Expenses @ 100%) | 11/6/15 | 11/26/15 |