IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Nortel Networks Inc. et al.,[1]<br><br>                    Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>(Jointly Administered)<br><br>**Objection Deadline:  December 22, 2015 at 4:00 p.m.  (ET)** |

**FOURTH APPLICATION OF THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS FOR REIMBURSEMENT OF EXPENSES
INCURRED BY A COMMITTEE MEMBER DURING THE PERIOD
FROM SEPTEMBER 1, 2015 THROUGH NOVEMBER 30, 2015**

**TO THE HONORABLE KEVIN GROSS:**

The Official Committee of Unsecured Creditors (the "Committee"), by and through its undersigned counsel, hereby files this *Fourth Application of the Official Committee of Unsecured Creditors for Reimbursement of Expenses Incurred by a Committee Member During the Period from September 1, 2015 through November 30, 2015* (the "Application").  By this Application, pursuant to the *Administrative Order Pursuant to 11 U.S.C. §§ 105(a) and 331, Fed. R. Bankr. P. 2016 and Del. Bankr. L.R. 2016-1 Establishing Procedures for Interim Compensation and Reimbursement of Fees and Expenses for Professionals and Official Committee Members, dated February 4, 2009* [Docket No. 222] the Committee respectfully requests that the Debtors reimburse The Bank of New York Mellon, a member of the Committee (the "Committee Member"), for its actual and necessary expenses incurred during the period

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567); and Nortel Networks (CALA) Inc. (4226).

from September 1, 2015 through November 30, 2015 (the "Application Period") in connection with its duties as a member of the Committee under section 1103 of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), and in support of this Application, states as follows:

## BACKGROUND

1.On January 14, 2009, each of the Debtors filed voluntary petitions for relief (collectively, the "Debtors") under chapter 11 of the Bankruptcy Code.

2.On January 22, 2009, pursuant to section 1102 of the Bankruptcy Code, the United States Trustee for the District of Delaware appointed the Committee.  The Committee currently consists of three members, as follows: (i) Law Debenture Trust Company of New York, as indenture trustee; (ii) Pension Benefit Guaranty Corporation; and (iii) The Bank of New York Mellon, as indenture trustee. The Committee has retained, with the Court's approval, Akin Gump Strauss Hauer & Feld LLP as its lead counsel, Whiteford, Taylor & Preston LLC as its Delaware counsel, Berkeley Research Group, LLC as its financial advisors, Cassels Brock & Blackwell LLP as its Canadian counsel and Ashurst LLP as its European counsel.

## JURISDICTION AND STATUTORY PREDICATES

3.This Court has jurisdiction to consider this Application pursuant to 28 U.S.C. § 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).  Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.  The statutory predicates for the relief requested herein are §§ 105(a), 503(b)(3)(F) and 1103 of the Bankruptcy Code.

## RELIEF REQUESTED

4.The Committee Member incurred expenses totaling $6,200.63 in connection with its attendance at (1) an in-person Committee meeting on October 1, 2015 in New York, New York, and (2) attendance at other in-person sessions pursuant to court order.  The Committee

2

Member provided counsel for the Committee three expense reports, which are annexed hereto as **Exhibit A** that detail, with specificity, the expenses incurred by the Committee Member in connection with its duties under 11 U.S.C. § 1103.

5.    The Committee Member's expenses were actually incurred and were necessary to the performance of its duties under section 1103 of the Bankruptcy Code and, therefore, are reimbursable from the Debtors' estates.  11 U.S.C. § 503(b)(3)(F); see also *Administrative Order Pursuant to 11 U.S.C. §§ 105(a) and 331, Fed. R. Bankr. P. 2016 and Del. Bankr. L.R. 2016-1 Establishing Procedures for Interim Compensation and Reimbursement of Fees and Expenses for Professionals and Official Committee Members, dated February 4, 2009* [Docket No. 222]; In re First Merchants Acceptance Corp., 198 F.3d 394, 397 (3d Cir. 1999).

6.    The Committee reserves the right to include additional requests for expense reimbursement, if any, for this Application Period in subsequent applications.

**WHEREFORE,** the Committee respectfully requests that this Court: (a) authorize the reimbursement of the Committee Member's actual and necessary expenses incurred in connection with the performance of its duties pursuant to section 1103 of the Bankruptcy Code in the aggregate amount of $6,200.63; (b) direct the payment of the awarded amounts by the Debtors to the Committee Member; and (c) grant such other and further relief as this Court deems just and proper.

Dated: December 2, 2015
      Wilmington, Delaware

                                                */s/ Katherine Good*
                                    Christopher M. Samis (No. 4909)
                                    L. Katherine Good (No. 5101)
                                    WHITEFORD, TAYLOR & PRESTON LLC
                                    The Renaissance Centre
                                    405 North King Street, Suite 500
                                    Wilmington, Delaware 19801
                                    Telephone: (302) 353-4144
                                    Facsimile: (302) 661-7950

                                    -and-

                                    Fred S. Hodara, Esq.
                                    AKIN GUMP STRAUSS HAUER & FELD LLP
                                    One Bryant Park
                                    New York, New York 10036
                                    Telephone: (212) 872-1000
                                    Facsimile: (212) 872-1002

                                    *Counsel to the Official Committee of Unsecured*
                                    *Creditors of Nortel Networks Inc., et al.*