# EXHIBIT A

Expense Report

|  |  |  |  |
|---|---|---|---|
| | Home | Worklist | Add to Favorites | Sign out |

Favorites    Main Menu

Expense Report    Expense Receipt

To print this report, please use your browser's print feature.

BNY MELLON

## Expense Report                    0000861893
Donna Parisi                                    Employee ID

| | | Status: | Paid |
|---|---|---|---|
| Report Date: | 11/03/2015    9:34:21AM | | |
| Description: | Nortel Networks Meeting | | |
| Business Purpose: | Other Purpose | | |
| Comment: | Unsecured Creditors Committee meeting 10/1/15 in NYC at Akin Gump law firm | | |

Personalize | Find | 📷 🔢    First ◄ 1-2 of 2 ► Last

| | Date | Expense Type | Merchant | Department | Long Description | Monetary Amount | Currency Code |
|---|---|---|---|---|---|---|---|
| 1 | 09/18/2015 | Other:PLEASE PROVIDE DETAILS | AMERICAN EXPRESS INTERACTIVE NO TOUCH | 6882199 | AMEX REF#:737850041748 003010149249 - | 6.00 | USD |
| 2 | 09/17/2015 | Travel/Air/Train | DELTA AIR LINES INC. TAMPA | 6882199 | AMEX REF#:737850041748 006000214498 - | 690.68 | USD |

**Expense Report Totals**

| | |
|---|---|
| Employee Expenses: | 696.68 USD |
| Non-Reimbursable Expenses: | 0.00 USD |
| Prepaid Expenses: | 0.00 USD |
| Employee Credits: | 0.00 USD |
| Vendor Credits: | 0.00 USD |
| Cash Advances Applied: | 0.00 USD |
| Total Due Employee: | 0.00 USD |
| Total Due Vendor: | 696.68 USD |

I certify that the information provided above is an accurate record of expenses incurred.

| | |
|---|---|
| Employee Signature | Date |
| Approved By | Date |

Return to Print Report
Return to Expense Sheet
Expense Report | Expense Receipt

## Confirmation Information

| | |
|---|---|
| **Record Locator (PNR):** | XLP1QW |
| **Airline Confirmation:** | Delta Air Lines: JK6UL4 |
| **Deliver To:** | Donna Parisi<br>6525 West Campus Oval<br>New Albany, OH 43054<br>USA |

*Meeting changed to Oct 7th c/n attend — use future credit*

## Traveler Information

**Traveler 1: Donna J Parisi**

| | |
|---|---|
| **Name:** | Donna J Parisi |
| **Meal Preference:** | standard |
| **Frequent Traveler Program:** | DL: 2063507137 |

## Flight Details | Roundtrip

**CMH to LGA - Non-stop**

| **Thu, Oct 01** | **7:10 AM - 8:56 AM** | Columbus, OH (CMH) to<br>New York, NY (LGA)<br>Fare Rules | ▲ DELTA<br>Delta Air Lines Operated<br>by SHUTTLE AMERICA<br>DELTA CONNECTION<br>Flight 4333<br>Seat not assigned<br>Class: Coach (lowest<br>avail.) |
|---|---|---|---|

**LGA to CMH - Non-stop**

| **Thu, Oct 01** | **6:55 PM - 8:57 PM** | New York, NY (LGA) to<br>Columbus, OH (CMH)<br>Fare Rules | ▲ DELTA<br>Delta Air Lines Operated<br>by SHUTTLE AMERICA<br>DELTA CONNECTION<br>Flight 7328<br>Seat not assigned<br>Class: Coach (lowest<br>avail.) |
|---|---|---|---|

Base Airfare: $616.26
Taxes and Fees: $74.42
Flight Total: **$690.68**

## Travel Agency Information

| | |
|---|---|
| **Address:** | American Express Global Business Travel<br>15100 N.W. 67th Avenue<br>Suite 300<br>Miami Lakes , FL 33014-2104<br>US |
| **Toll-free Telephone #:** | 1-800-922-8576 #1 |
| **Hours of Operation:** | 24 hours a day, 7 days a week |



## BNY MELLON

**Expense Report**                                    0000880178

Donna Parisi                                          Employee ID:

| | | | |
|---|---|---|---|
| **Report Date:** | 11/12/2015    1:36:36PM | **Status:** | Approved for Payment |
| **Description:** | Nortel Networks Mediation | | _Phase I_ |
| **Business Purpose:** | Other Purpose | | |

**Comment:**    Unsecured Creditors Committee meetings & mediation attendance NYC 10/26/15 thru 10/29/15

Personalize | Find | 🔍 | 🗒 | First 🗒 1-13 of 13 🗒 Last

| | Date | Expense Type | Merchant | Department | Long Description | Monetary Amount | Currency Code |
|---|---|---|---|---|---|---|---|
| 1 | 10/19/2015 | Travel/Air/Train | AMERICAN EXPRESS INTERACTIVE EXCH MANUAL | 6882199 | AMEX REF#:737850041748 003010269111 - Columbus to NYC | 20.00 | USD |
| 3 | 10/30/2015 | Lodging | HILTON HOTELS 65367 NEW YORK | 6882199 | AMEX REF#:737850041748 005010194205 - | 1,249.97 | USD |
| 4 | 10/28/2015 | Taxi & Other | YELLOW CAB SLSJET YE LONG ISLAND CITY | 6882199 | AMEX REF#:737850041748 005010204171 - taxi from hotel to mediation | 6.96 | USD |
| 5 | 10/28/2015 | Taxi & Other | NYC TAXI 5H48 090000 LONG ISLAND C | 6882199 | AMEX REF#:737850041748 005010723443 - taxi from LGA airport to hotel | 58.75 | USD |
| 6 | 10/28/2015 | Taxi & Other | NYC TAXI 4P59 090116 FLUSHING | 6882199 | AMEX REF#:737850041748 005010723452 - to meeting | 18.95 | USD |
| 7 | 10/28/2015 | Taxi & Other | NYC TAXI 6G78 090015 BRONX | 6882199 | AMEX REF#:737850041748 003011407003 - taxi from mediation | 17.15 | USD |
| 8 | 10/29/2015 | Taxi & Other | NYC TAXI 1D28 090047 BROOKLYN | 6882199 | AMEX REF#:737850041748 005011502291 - taxi from hotel to LGA airport | 47.79 | USD |
| 9 | 10/19/2015 | Travel/Air/Train | DELTA AIR LINES INC. TAMPA | 6882199 | AMEX REF#:737850041748 006000204797 - Columbus to NYC | 79.52 | USD |
| 10 | 10/29/2015 | Travel/Air/Train | DELTA AIR LINES ATLANTA | 6882199 | AMEX REF#:737850041748 006070203873 - ticket exchange for earlier departure | 50.00 | USD |
| 11 | 10/28/2015 | OT Mileage | | 6882199 | mileage to and from airport twice 25 miles each way on 10/26 & 10/29 | 57.50 | USD |
| 12 | 10/29/2015 | Meals During Travel | Food Court Airport | 6882199 | breakfast | 6.26 | USD |
| 13 | 10/29/2015 | Meals During Travel | Hilton Hotel | 6882199 | coffee | 3.40 | USD |

**Expense Report Totals**

| | |
|---|---|
| Employee Expenses: | 1,776.55 USD |
| Non-Reimbursable Expenses: | 0.00 USD |
| Prepaid Expenses: | 0.00 USD |
| Employee Credits: | 0.00 USD |
| Vendor Credits: | 0.00 USD |
| Cash Advances Applied: | 0.00 USD |
| | |
| Total Due Employee: | 67.16 USD |
| Total Due Vendor: | 1,709.39 USD |

_less <162.30> = $1,614.25 total_

I certify that the information provided above is an accurate record of expenses incurred.

_Donna Parisi_    11/3/15



## GLOBAL
## BUSINESS TRAVEL

Generated: 20 October 2015 00:14 GMT

Invoice Booking Reference  **P2RBDF**

**Trip ID - 31516288083**

**Passenger Name(s)**

**PARISI/DONNA J**

**Agent TN**

American Express Global Business Travel CTO
Phone: (800)922-8576

BILLING CODE :                              ENIST6882199

### Invoice Information

| Invoice Date | **19 October 2015** |
|---|---|
| Invoice | 0053534 |
| Dossier / Booking Number | P2RBDF-1V |

### Invoice Details

| Ticket Number | 0067654825497 |
|---|---|
| Airline Name | DELTA AIR LINES INC |
| Passenger Name | PARISI/DONNA J |
| Flight Details | 26 Oct 2015  DELTA AIRLINES |
| | 7314 L Class |
| | COLUMBUS,OH/NEW YORK/LGA,NY |
| | 29 Oct 2015  DELTA AIRLINES |
| | 5978 L Class |
| | NEW YORK/LGA,NY/COLUMBUS,OH |

### Charges

| | |
|---|---|
| Ticket Base Fare | 504.18 |
| Ticket Tax Fare | 66.02 |
| Total (USD) Ticket Amount | 570.20 |
| | |
| Current Fare | 570.20 |
| Prior Ticket Credit 0067653333976 | -690.68 |
| Exchange Fee | 200.00 |
| Online Agent Assisted Exchange Fee | 20.00 |
| **Total** | **99.52** |

### Credit Card Information

| Charged to Card | AX XXXXXXXXXX1002 | 20.00 |
|---|---|---|
| Charged to Card | AX XXXXXXXXXX1002 | 79.52 |

### Payment Details

| | | |
|---|---|---|
| Charged by American Express Global Business Travel | | 20.00 |
| Charged by Airline | | 79.52 |
| **Total Invoice Charge** | **USD** | **99.52** |

## Confirmation Information

|  |  |
|---|---|
| Record Locator (PNR): | P2RBDF |
| Airline Confirmation: | Delta Air Lines: GDOCJQ |
| Hotel Confirmation: | HILTON NEW YORK MIDTOWN: 3213322467 |
| Deliver To: | Donna Parisi<br>6525 West Campus Oval<br>New Albany, OH 43054<br>USA |

## Traveler Information

**Traveler 1: Donna J Parisi**

|  |  |
|---|---|
| Name: | Donna J Parisi |
| Meal Preference: | standard |
| Frequent Traveler Program: | DL: 2063507137 |

## Flight Details | Roundtrip

CMH to LGA - Non-stop

| **Mon, Oct 26** | **8:35 AM - 10:19 AM** | Columbus, OH (CMH) to New York, NY (LGA) Fare Rules | **△ DELTA**<br>Delta Air Lines Operated by SHUTTLE AMERICA DELTA CONNECTION<br>Flight 7314<br>Seat not assigned<br>Class: Coach (lowest avail.) |
|---|---|---|---|

LGA to CMH - Non-stop

| **Thu, Oct 29** | **8:55 PM - 10:50 PM** | New York, NY (LGA) to Columbus, OH (CMH) Fare Rules | **△ DELTA**<br>Delta Air Lines Operated by SHUTTLE AMERICA DELTA CONNECTION<br>Flight 5978<br>Seat not assigned<br>Class: Coach (lowest avail.)<br>[★★★] |
|---|---|---|---|

Base Airfare: $504.18
Taxes and Fees: $66.02
Flight Total: **$570.20**

## Hotel Details

New York, NY

**Check-in:** 3:00 PM, Mon, Oct 26
**Check-out:** 12:00 PM, Thu, Oct 29

**Total Hotel Stay:** 3 nights

Pending

Bny Mellon , Classic Room One Bed , King Or Queen Bed WIFI Avail

**HILTON NEW YORK MIDTOWN**
1335 AVENUE OF THE AMERICAS

Confirmation Information                                      Page 2 of 2

Special Requests:                          New York, NY 10019 USA
king bed, high floor                       Maps & Directions

                                           Telephone: 1-212-586-
                                           7000
                                           Fax Phone: 1-212-315-
                                           1374

Average Nightly Rate: $341.10              Estimated Sum of Nightly Rates:  $1,023.30
                                           Estimated Taxes and Fees: unavailable
                                           Estimated Hotel Total:  **$1,023.30**

## Travel Agency Information

|                          |                                              |
|--------------------------|----------------------------------------------|
| **Address:**             | American Express Global Business Travel       |
|                          | 15100 N.W. 67th Avenue                        |
|                          | Suite 300                                     |
|                          | Miami Lakes , FL 33014-2104                   |
|                          | US                                            |
| **Toll-free Telephone #:** | 1-800-922-8576 #1                           |
| **Hours of Operation:**  | 24 hours a day, 7 days a week                 |

**Parisi, Donna**

| | |
|---|---|
| **From:** | Delta Air Lines <DeltaAirLines@e.delta.com> |
| **Sent:** | Wednesday, October 28, 2015 9:40 PM |
| **To:** | Parisi, Donna |
| **Subject:** | Your Flight Receipt - DONNAJ PARISI 29OCT15 |

# ▲ DELTA

**Hello, DONNAJ**                                    SkyMiles #*******137 >

**Your Trip Confirmation #: GDOCJQ**                    MANAGE MY TRIP >

| Thu, 29OCT | DEPART | ARRIVE |
|---|---|---|
| DELTA 3878* | NYC-LAGUARDIA | COLUMBUS |
| MAIN CABIN (L) | 10:59am | 1:04pm |

*Flight 3878 Operated by ENDEAVOR AIR DBA DELTA CONNECTION

**Advisory**

Please note that our New York-LaGuardia Airport (LGA) flights depart from Terminal C, as well as from Terminal D and the Marine Air Terminal. As gate and terminal information are subject to change, it's best to check within 4 hours of your flight's departure via Online Check-in, Flight Status or the Fly Delta app. Gates C12 – C34 are located in Terminal C and gates D1 – D11 are located in Terminal D.

## Passenger Info

| NAME | FLIGHT | SEAT |
|---|---|---|
| DONNAJ PARISI | DELTA 3878 | 10B |
| SkyMiles #*******137 | | |

Visit delta.com or use the Fly Delta app to view, select or change your seat.
If you purchased a Trip Extra, please visit My Trips to access a receipt of your purchase.

## Flight Receipt

Ticket #: 0062160955795

Place of Issue: Delta Reservations

Ticket Issue Date: 28OCT15

Ticket Expiration Date: 17SEP16

**METHOD OF PAYMENT**

1

AX***********1002                                                    **$ 50.00 USD**

**CHARGES**

**Air Transportation Charges**

Base Fare                                                             $504.18 USD

**Taxes, Fees and Charges**

United States - Transportation Tax (US)                              $37.82 USD

United States - Flight Segment Tax (ZP)                               $8.00 USD

United States - September 11th Security Fee(Passenger Civil           $11.20 USD

Aviation Security Service Fee) (AY)

United States - Passenger Facility Charge (XF)                        $9.00 USD

**TICKET AMOUNT**                                                     **$570.20 USD**

Fare Difference - $0.00 USD

Taxes, Fees & Charges - $0.00 USD

Service Charge - $50.00 USD

**Total Charged - $ 50.00 USD**

This ticket is non-refundable unless the original ticket was issued at a fully refundable fare. Some fares may not allow changes. If allowed, any change to your itinerary may require payment of a change fee and increased fare. Failure to appear for any flight without notice to Delta will result in cancellation of your remaining reservation.

Note: When using certain vouchers to purchase tickets, remaining credits may not be refunded. Additional charges and/or credits may apply.

Fare Details: FC 19OCT ADT CMH DL NYC 252.09DL CMH 252.09USD504.18 END ZPCMHLGA XF CMH4.5LGA4.5

## Service Charges and Fees

Service Charge/Fee #0062160955795

Fees                                                                  50.00 USD

**TOTAL**                                                             50.00 USD

Non-Transferrable. Retain this receipt for your records. The amount above is the total of any nonrefundable service charges or fees paid in conjunction with issuance, exchange or refund of the following tickets/documents, including any direct ticket charge included in the fare you were quoted.

## Checked Bag Allowance

The fees below are based on your original ticket purchase. **If you qualify for free or**

**discounted checked baggage,** this will be taken into account when you check in.

Thu 29 Oct 2015                          DELTA: LGA )CMH

| CARRY ON | FIRST | SECOND |
|----------|-------|--------|
| FREE | $25 USD | $35 USD |



# New York Hilton
### MIDTOWN

**NEW YORK HILTON MIDTOWN**
1335 Avenue of the Americas | New York, NY | 10019
T: 212 586 7000  | F: 212 315 1374
W: hilton.com

NAME AND ADDRESS:
PARISI, DONNA
COUNTRYWIDE
5616 OLENTANGY RIVER RD
DELAWARE, OH 43015-9216
US

| | |
|---|---|
| Room: | 1147/K1D |
| Arrival Date: | 10/26/2015   11:15:00AM |
| Departure Date: | 10/29/2015    8:15:00AM I |
| Adult/Child: | 1/0 |
| Room Rate: | 341.10 |

RATE PLAN        L-CMELS0

HH# 609544338 BLUE
AL: AA  #8015DU8
BONUS AL:              CAR:

CONFIRMATION NUMBER : 3213322467

HILTON
HHONORS

10/29/2015    PAGE    1

| DATE | DESCRIPTION | ID | REF. NO | CHARGES | CREDITS | BALANCE |
|---|---|---|---|---|---|---|
| 10/26/2015 | EARLY ARRIVAL | TZUBOVIC | 25552892 | $25.00 | | |
| 10/26/2015 | STATE ROOM TAX 8.875% | TZUBOVIC | 25552892 | $2.22 | | |
| 10/26/2015 | ROOM OCCUPANCY TAX 5.875% | TZUBOVIC | 25552892 | $1.47 | | |
| 10/26/2015 | GUEST ROOM | SROSA | 25554147 | $341.10 | | |
| 10/26/2015 | STATE ROOM TAX 8.875% | SROSA | 25554147 | $30.27 | | |
| 10/26/2015 | ROOM OCCUPANCY TAX 5.875% | SROSA | 25554147 | $20.04 | | |
| 10/26/2015 | $2.00 CITY TAX | SROSA | 25554147 | $2.00 | | |
| 10/26/2015 | JAVITS CTR FEE | SROSA | 25554147 | $1.50 | | |
| 10/27/2015 | GUEST ROOM | SROSA | 25558728 | $341.10 | | |
| 10/27/2015 | STATE ROOM TAX 8.875% | SROSA | 25558728 | $30.27 | | |
| 10/27/2015 | ROOM OCCUPANCY TAX 5.875% | SROSA | 25558728 | $20.04 | | |
| 10/27/2015 | $2.00 CITY TAX | SROSA | 25558728 | $2.00 | | |
| 10/27/2015 | JAVITS CTR FEE | SROSA | 25558728 | $1.50 | | |
| 10/28/2015 | *LOBBY LOUNGE | LINTR | 25562667 | $36.55 | | |
| 10/28/2015 | GUEST ROOM | SROSA | 25563205 | $341.10 | | |
| 10/28/2015 | STATE ROOM TAX 8.875% | SROSA | 25563205 | $30.27 | | |
| 10/28/2015 | ROOM OCCUPANCY TAX 5.875% | SROSA | 25563205 | $20.04 | | |
| 10/28/2015 | $2.00 CITY TAX | SROSA | 25563205 | $2.00 | | |
| 10/28/2015 | JAVITS CTR FEE | SROSA | 25563205 | $1.50 | | |
| 10/29/2015 | AX *1002 | KSOO | 25565712 | | $1,249.97 | |
| | BALANCE | | | | | $0.00 |

| | | |
|---|---|---|
| ACCOUNT NO. | DATE OF CHARGE | FOLIO NO./CHECK NO. |
| AX *1002 | 10/26/2015 | 4637485 A |
| CARD MEMBER NAME | | |
| PARISI, DONNA | AUTHORIZATION | INITIAL |
| | 534515 | |
| ESTABLISHMENT NO. & LOCATION     ESTABLISHMENT AGREES TO TRANSMIT TO CARD HOLDER FOR PAYMENT | PURCHASES & SERVICES | |
| | | |
| | TAXES | |
| | | |
| | TIPS & MISC. | |
| CARD MEMBER'S SIGNATURE | TOTAL AMOUNT | |
| MERCHANDISE AND/OR SERVICES PURCHASED ON THIS CARD SHALL NOT BE RESOLD OR RETURNED FOR A CASH REFUND. | PAYMENT DUE UPON RECEIPT | |

AMERICAS · EUROPE · MIDDLE EAST · AFRICA · ASIA · AUSTRALASIA

```
CUSTOMER COPY
10/26/15 TR 2194
START END MILES
10:17 11:09 12.3
REGULAR FARE
RATE 1:$    46.50
EXTRA: $     0.00
SURCH: $     0.00
STSRCH:$     0.50
IMSRCH:$     0.30
TIP:  $      9.45
TOTAL:      56.75

CARD TYPE: AMEX
XXXXXXXXXX1002
AUTH:599214

    THANKS
TO CONTACT TLC
   DIAL 3-1-1
```

*Taxi From LGA Airport to Hilton Hotel*

```
Taxi
I ♥ NEW YORK

HACK #:          05268502
MEDALLION            7L77
10/28/2015  08:45 - 08:50
TRIP# 1192 RATE#       1
STAND. CITY RATE
MILES R1              0.58
FARE R1              5.00
STATE SRCHG$         0.50
IMPRU SRCHG$         0.30
GRAND TOTAL$         5.80

Contact TLC Dial 3-1-1
```

*Tip + 1.16*
*#6.96*

```
--ORIGINAL--
MED#         1D26
DRIVER: 5489529
CUSTOMER COPY
10/29/15 TR28894
START END MILES
08:30 08:58 11.1
REGULAR FARE
RATE 1:$    33.50
EXTRA: $     0.00
SURCH: $     0.00
TRIBB: $     5.54
STSRCH:$     0.50
IMSRCH:$     0.30
TIP:  $      7.95
TOTAL: $    47.79

CARD TYPE: AMEX
XXXXXXXXXX1002
AUTH:572713

    THANKS
TO CONTACT TLC
   DIAL 3-1-1
```

*To Airport*

*To hotel*

```
MED# 6G76
THANK YOU
Date   10/26/15
19:51 TO 20:07
TRIP #   12964
Stand. City Rate
DIST    2.84 mi
Rate 1  $ 12.50
Rush Surcharse
EXTRAS    $ 1.00
ST. SURCH.$ 0.50
TOLL    $ 0.30
TOTAL   $ 14.30
CONTACT TLC
DIAL 3-1-1  2.95
    # 17.15
```

*To 101 Barclay*

```
--ORIGINAL--
MED#         4P59
DRIVER: 5642323
CUSTOMER COPY
10/26/15 TR21018
START END MILES
15:21 15:41  3.3
Regular Fare
RATE 1:$    15.00
EXTRA: $     0.00
SURCH: $     0.00
STSRCH:$     0.50
IMSRCH:$     0.30
TIP:  $      3.15
TOTAL: $    18.95

CARD TYPE: AMEX
XXXXXXXXXX1002
AUTH:519183

    THANKS
TO CONTACT TLC
   DIAL 3-1-1
```



## BNY MELLON

**Expense Report**     0000883494

Donna Parisi     Employee ID: 

| | | |
|---|---|---|
| **Report Date:** | 11/24/2015     10:57:45AM     **Status:** | Approvals in Process |
| **Description:** | Nortel Networks Mediation | |
| **Business Purpose:** | Client Meetings | |

**Comment:**     Unsecured Creditors Committee continued meetings & attendance NYC 11/9 to 11/11/15 & 11/17 to 11/18/15

Personalize | Find | | | First | 1-19 of 19 | Last

| | Date | Expense Type | Merchant | Department | Long Description | Monetary Amount | Currency Code |
|---|---|---|---|---|---|---|---|
| 1 | 11/04/2015 | Travel/Air/Train | AMERICAN EXPRESS INTERACTIVE NO TOUCH | .6882199 | AMEX REF#:737850041748 003010280602 - travel from Columbus OH to NYC | 6.00 | USD |
| 2 | 11/08/2015 | Taxi & Other | WHITE AND BLUE GROUP LIC | 6882199 | AMEX REF#:737850041748 005010209277 - taxi from LGA to Doubletree Hotel | 45.41 | USD |
| 3 | 11/04/2015 | Travel/Air/Train | DELTA AIR LINES INC. TAMPA | 6882199 | AMEX REF#:737850041748 006000281522 - travel from Columbus OH to NYC | 876.79 | USD |
| 4 | 11/12/2015 | Travel/Air/Train | AMERICAN EXPRESS INTERACTIVE NO TOUCH | 6882199 | AMEX REF#:737850041748 003010189904 - on Nov. 17 & 18 | 6.00 | USD |
| 5 | 11/10/2015 | Taxi & Other | NYC TAXI - VERIFONE LONG ISALND CITY | 6882199 | AMEX REF#:737850041748 005010170575 - | 17.16 | USD |
| 6 | 11/11/2015 | Taxi & Other | RAMLOP INC. ASTORIA | 6882199 | AMEX REF#:737850041748 005010212702 - taxi to airport | 45.00 | USD |
| 7 | 11/11/2015 | Taxi & Other | ALL TAXI MANAGEMENT 41-25 36TH ST LIC | 6882199 | AMEX REF#:737850041748 005010213422 - | 30.96 | USD |
| 8 | 11/12/2015 | Lodging | DOUBLETREE METROPOLI NEW YORK | 6882199 | AMEX REF#:737850041748 005010214317 - 4 nights | 1,161.84 | USD |

| | | | | | |
|---|---|---|---|---|---|
| 9 11/12/2015 Travel/Air/Train | DELTA AIR LINES INC. TAMPA | 6882199 | AMEX REF#:737850041748 006000190655 - | | 780.59 USD |
| | | | on Nov. 17 & 18 | | |
| 10 11/11/2015 Personal Mileage | | 6882199 | travel to & from airport (50 miles) twice for drop off & pick up | | 57.50 USD |
| 11 11/18/2015 Personal Mileage | | 6882199 | travel to & from airport (50 miles) twice for drop off & pick up | | 57.50 USD |
| 12 11/11/2015 Meals During Travel | coffee shops/ airport | 6882199 | miscellaneous coffee/soda or snack for breakfast or dinner at airport | | 20.00 USD |
| 13 11/12/2015 Lodging-Room Tax | DOUBLETREE METROPOLI NEW YORK | 6882199 | AMEX REF#:737850041748 005010214317 - 4 nights | | 185.36 USD |
| 14 11/17/2015 Taxi & Other | NYC TAXI 5G33 090009 LONG ISLAND C | 6882199 | AMEX REF#:737850041748 005011398559 - from airport LGA to ▆▆▆ NYC | | 70.84 USD |
| 15 11/18/2015 Meals During Travel | airport coffee shop | 6882199 | miscellaneous coffee/soda or snack for breakfast or dinner at  airport | | 15.00 USD |
| 16 11/18/2015 Taxi & Other | S & R MEDALIION CORP NEW YORK | 6882199 | AMEX REF#:737850041748 005010193619 - taxi to airport | | 48.36 USD |
| 17 11/19/2015 Travel/Air/Train | DELTA AIR LINES ATLANTA | 6882199 | AMEX REF#:737850041748 006970193061 - | | 50.00 USD |
| 18 11/18/2015 Lodging | RESIDENCE INN 9S2   NEW YORK | 6882199 | AMEX REF#:737850041748 005010193950 - | | 359.00 USD |
| 19 11/18/2015 Lodging-Room Tax | RESIDENCE INN 9S2   NEW YORK | 6882199 | AMEX REF#:737850041748 005010193950 - | | 56.45 USD |

**Expense Report Totals**

| | |
|---|---|
| Employee Expenses: | 3,889.76 USD |
| Non-Reimbursable Expenses: | 0.00 USD |
| Prepaid Expenses: | 0.00 USD |
| Employee Credits: | 0.00 USD |
| Vendor Credits: | 0.00 USD |
| Cash Advances Applied: | 0.00 USD |

| | |
|---|---|
| Total Due Employee: | 150.00 USD |
| Total Due Vendor: | 3,739.76 USD |

I certify that the information provided above is an accurate record of expenses incurred.

_Emma X Parisi_   11/23/15

Page 1 of 3

 GLOBAL
BUSINESS TRAVEL

Generated: 04 November 2015 16:48 GMT

Invoice Booking Reference  **R23L2K**

**Trip ID -31636113260**

Passenger Name(s)

**PARISI/DONNA J**

**Agent TN**

American Express Global Business Travel CTO
Phone: (800)922-8576

BILLING CODE :                    ENIST6882199

**Invoice Information**

| | |
|---|---|
| Invoice Date | 04 November 2015 |
| Invoice | 0045213 |
| Dossier / Booking Number | R23L2K-1V |

**Invoice Details**

| | |
|---|---|
| Ticket Number | 0067655525719 |
| Airline Name | DELTA AIR LINES INC |
| Passenger Name | PARISI/DONNA J |
| Flight Details | 08 Nov 2015 DELTA AIRLINES |
| | 3940 M Class |
| | COLUMBUS,OH/NEW YORK/LGA,NY |
| | 11 Nov 2015 DELTA AIRLINES |
| | 7328 L Class |
| | NEW YORK/LGA,NY/COLUMBUS,OH |

**Charges**

| | |
|---|---|
| Ticket Base Fare | 789.39 |
| Ticket Tax Fare | 87.40 |
| Total (USD) Ticket Amount | 876.79 |
| Online Ticket Fee | 6.00 |
| **Total** | **882.79** |

**Credit Card Information**

| | | |
|---|---|---|
| Charged to Card | XXXXXXXXXXXXXXXX | 6.00 |
| Charged to Card | XX XXXXXXXXXXXX | 876.79 |

**Payment Details**

| | | |
|---|---|---|
| | Charged by American Express Global Business Travel | 6.00 |
| | Charged by Airline | 876.79 |
| | **Total Invoice Charge**          USD | **882.79** |

GBT US LLC d/b/a American Express Global Business Travel

✈ **07:10 PM** | **Columbus (CMH) to New York (LGA)**

**Airline Booking Ref:** H2ACZL

**Carrier:** Delta Air Lines Inc    **Flight:** DL 3940    **Status:** Confirmed

**Operated By:** Endeavor Air Dba Delta Connection

**Origin:** Columbus, OH, Port Columbus Intl Arpt (CMH)

**Departing:** Sunday 08 November 2015 at 07:10 PM    **Departure Terminal:** Not Applicable

**Destination:** New York, NY, La Guardia (LGA)

**Arriving:** Sunday 08 November 2015 at 08:53 PM    **Arrival Terminal:** D

**Additional Information**

| | | |
|---|---|---|
| Class: Economy | Distance: 479 Miles | Estimated Time: 01 hour 43 minutes |
| Aircraft Type: Canadair Regional Jet 900 | Seat: Not Assigned | |
| Meal Service: Not Applicable | | |
| Frequent Flyer Number: DL2063507137 | | |
| Number of Stops: 0 | | |

🛏 | **DBLTREE BY HILTON METROPOLITAN NYC**

**Address:** 569 Lexington Avenue, New York, NY, 10022, US

　　　　　**Phone:** (1) 212-752-7000    **Fax:** (1) 212-758-6311

**Check In Date:** Sunday 08 November 2015

**Check Out Date:** Wednesday 11 November 2015

**Number Of Nights:** 3

　　　**Rate:** USD 290.46 per night may be subject to local taxes and service charges

　　　**Guaranteed to:** AX XXXXXXXXXXXXXXXX

　　　**Reference Number:** 80564557    **Status:** Confirmed    **Number Of Rooms:** 1

**Additional Information**

| | |
|---|---|
| Membership ID: Not Applicable | Corporate Id: 0650000299 |
| 24 HR CANCEL REQUIRED | |

✈ **06:55 PM** | **New York (LGA) to Columbus (CMH)**

**Airline Booking Ref:** H2ACZL

**Carrier:** Delta Air Lines Inc    **Flight:** DL 7328    **Status:** Confirmed

**Operated By:** Shuttle America Delta Connection

**Origin:** New York, NY, La Guardia (LGA)

**Departing:** Wednesday 11 November 2015 at 06:55 PM    **Departure Terminal:** D

**Destination:** Columbus, OH, Port Columbus Intl Arpt (CMH)

**Arriving:** Wednesday 11 November 2015 at 09:07 PM    **Arrival Terminal:** Not Applicable

**Additional Information**

| | | |
|---|---|---|
| Class: Economy | Distance: 479 Miles | Estimated Time: 02 hours 12 minutes |
| Aircraft Type: Embraer 170 | Seat: 15B | |
| Meal Service: Not Applicable | | |
| Frequent Flyer Number: DL2063507137 | | |
| Number of Stops: 0 | | |

## Additional Messages

***** American Express Gbt E-Fulfillment Center *****
For Assistance 24 X 7 Please Call 1-800-922-8576

---Please Press Option 1 FOR Online Then Option 2--
If Calling From Outside The Us - Dial Collect:
305-913-7253
* Travel Advisories: Please Be Sure To Check
Bny Mellons Global Corporate Security Intranet Page
Http://Mysource.Bnymellon.Net/Corporatesecurity/Index.Html
Contact Numbers New York 212-815-2029 Or Toll Free 866-466-6344
In London 44-207-163-6547
In The Event Of Any Medical Personal Or Legal Emergency...
Contact Global Rescue At 800-381-9754 Or 617-459-4200...
Collect Calls Accepted...Or Email Operationsglobalrescue.Com...
**** Corporate Id: Bnymellon Employee **
******************************************************

Faa Requires A Valid Government Issued Photo Id
Your American Express Itinerary And A Boarding
Pass Present At Security And All Check In Points.
******************************************************

Changes And Reissues Of Non-Refundable Tickets Are
Subject To A Fee-Plus Fare Difference If The Original
Fare Restrictions Are Not Met.
******************************************************

Check Online For Hotel Cancel Policies To Avoid
No Show Charges To Your Corporate Card.
******************************************************

***Ticket Is Non Refundable***
Non Refundable Tickets Require
Changes/Cancellations Prior To
Original Date/Time Of Departure
If Not The Ticket May No Longer Have Value
******************************************************

Please Be Advised That Certain Mandatory Hotel-Imposed
Charges Including But Not Limited To Daily Resort Or
Facility Fees May Be Applicable To Your Stay And Payable
To The Hotel Operator At Check-Out From The Property
You May Wish To Inquire With The Hotel Before Your Trip
Regarding The Existence And Amount Of Such Charges.
******************************************************

## IMPORTANT INFORMATION

For important information regarding your booking, in particular, in relation to the conditions applying to your booking,
managing your booking and travel advisory, please refer to www.amexglobalbusinesstravel.com/booking-info.

American Express Global Business Travel (GBT) is a joint venture that is not wholly-owned by American Express Company
or any of its subsidiaries (American Express). American Express Global Business Travel, American Express and the
American Express logo are trademarks of American Express, and are used under limited license.



**DOUBLETREE**
BY HILTON
METROPOLITAN – NEW YORK CITY

569 Lexington Avenue • New York, NY 10022-7501
Phone (212) 752-7000 • Fax (212) 758-6311
Reservations
www.hilton.com or 1 800 HILTONS

| Name & Address |
|---|

PARISI, DONNA

5616 OLENTANGY RIVER RD

DELAWARE OH 43015
UNITED STATES OF AMERICA

Room          834/NK1
Arrival Date     11/8/2015  9:00:00 PM
Departure Date   11/12/2015

Adult/Child     1/0
Room Rate       290.46

Rate Plan:      FW6
HH #            609544338 BLUE
AL:             DL #2063507137
Car:

*Folio*

Confirmation Number: 80564557

HILTON
HHONORS

11/11/2015

| DATE | DESCRIPTION | ID | REF. NO | CHARGES | CREDITS | BALANCE |
|---|---|---|---|---|---|---|
| | **BALANCE** | | | | | $0.00 |
| | EXPENSE REPORT SUMMARY | | | | | |
| | | 11/8/2015 | 11/9/2015 | 11/10/2015 | 11/11/2015 | |
| | ROOM AND TAX | $336.80 | $336.80 | $336.80 | $336.80 | |
| | DAILY TOTAL | $336.80 | $336.80 | $336.80 | $336.80 | |
| | EXPENSE REPORT SUMMARY | | | | | |
| | | STAY TOTAL | | | | |
| | ROOM AND TAX | $1,347.20 | | | | |
| | DAILY TOTAL | $1,347.20 | | | | |

Hilton HHonors(R) stays are posted within 72 hours of checkout. To check your earnings or book your next stay at more than 3,900 hotels and resorts in 91 countries, please visit HHonors.com.

Thank you for choosing Doubletree! Come back soon to enjoy our warm chocolate chip cookies and relaxed hospitality. For your next trip visit us at doubletree.com for our best available rates!

ACCOUNT NO.

CARD MEMBER NAME
PARISI, DONNA

DATE OF CHARGE
11/11/2015

FOLIO NO./CHECK NO.
1700754 A

AUTHORIZATION
168986

INITIAL

ESTABLISHMENT NO. & LOCATION     ESTABLISHMENT AGREES TO TRANSMIT TO CARD HOLDER FOR PAYMENT

Thank you and we hope you were satisfied with your stay and will grade us "9 or 10" in all areas when you receive a satisfaction survey from Hilton. If there is anything we can do for you prior to your departure, please contact the Front Desk Manager.

PURCHASES & SERVICES

TAXES

TIPS & MISC.

TOTAL AMOUNT        -1,347.20

MERCHANDISE AND/OR SERVICES PURCHASED ON THIS CARD SHALL NOT BE RESOLD OR RETURNED FOR A CASH REFUND.

PAYMENT DUE UPON RECEIPT



DOUBLETREE
BY HILTON
METROPOLITAN – NEW YORK CITY

569 Lexington Avenue • New York, NY 10022-7501
Phone (212) 752-7000 • Fax (212) 758-6311
Reservations
www.hilton.com or 1 800 HILTONS

| Name & Address |
|---|

PARISI, DONNA
5616 OLENTANGY RIVER RD
DELAWARE OH 43015
UNITED STATES OF AMERICA

Room          834/NK1
Arrival Date  11/8/2015 9:00:00 PM
Departure Date 11/12/2015

Adult/Child   1/0
Room Rate     290.46

Rate Plan:    FW6
HH #          609544338 BLUE
AL:           DL #2063507137
Car:

*Folio*

HILTON
HHONORS

Confirmation Number: 80564557

11/11/2015

| DATE | DESCRIPTION | ID | REF. NO | CHARGES | CREDITS | BALANCE |
|---|---|---|---|---|---|---|
| 11/8/2015 | GUEST ROOM | JOHNCID | 8524887 | $290.46 | | |
| 11/8/2015 | NY CITY 5.875% TAX | JOHNCID | 8524887 | $17.06 | | |
| 11/8/2015 | NY STATE 8.875% TAX | JOHNCID | 8524887 | $25.78 | | |
| 11/8/2015 | NYC $3.50 OCCUPANCY TAX | JOHNCID | 8524887 | $3.50 | | |
| 11/9/2015 | GUEST ROOM | JOHNCID | 8526715 | $290.46 | | |
| 11/9/2015 | NY CITY 5.875% TAX | JOHNCID | 8526715 | $17.06 | | |
| 11/9/2015 | NY STATE 8.875% TAX | JOHNCID | 8526715 | $25.78 | | |
| 11/9/2015 | NYC $3.50 OCCUPANCY TAX | JOHNCID | 8526715 | $3.50 | | |
| 11/10/2015 | GUEST ROOM | KURTA | 8528665 | $290.46 | | |
| 11/10/2015 | NY CITY 5.875% TAX | KURTA | 8528665 | $17.06 | | |
| 11/10/2015 | NY STATE 8.875% TAX | KURTA | 8528665 | $25.78 | | |
| 11/10/2015 | NYC $3.50 OCCUPANCY TAX | KURTA | 8528665 | $3.50 | | |
| 11/11/2015 | GUEST ROOM | JACKIED | 8529525 | $290.46 | | |
| 11/11/2015 | NY CITY 5.875% TAX | JACKIED | 8529525 | $17.06 | | |
| 11/11/2015 | NY STATE 8.875% TAX | JACKIED | 8529525 | $25.78 | | |
| 11/11/2015 | NYC $3.50 OCCUPANCY TAX | JACKIED | 8529525 | $3.50 | | |
| 11/11/2015 | AX *1002 | JACKIED | 8529526 | | ($1,347.20) | |

| ACCOUNT NO. | | DATE OF CHARGE 11/11/2015 | FOLIO NO/CHECK NO. 1700754 A |
|---|---|---|---|

| CARD MEMBER NAME PARISI, DONNA | | |
|---|---|---|

| | AUTHORIZATION 168986 | INITIAL |
|---|---|---|

ESTABLISHMENT NO. & LOCATION    ESTABLISHMENT AGREES TO TRANSMIT TO CARD HOLDER FOR PAYMENT

Thank you and we hope you were satisfied with your stay and will grade us "9 or 10" in all areas when you receive a satisfaction survey from Hilton. If there is anything we can do for you prior to your departure, please contact the Front Desk Manager.

| PURCHASES & SERVICES | |
|---|---|
| TAXES | |
| TIPS & MISC. | |
| TOTAL AMOUNT | -1,347.20 |

MERCHANDISE AND/OR SERVICES PURCHASED ON THIS CARD SHALL NOT BE RESOLD OR RETURNED FOR A CASH REFUND.

PAYMENT DUE UPON RECEIPT

*taxi* *from hotel*

Copy
CREDIT RECEIPT

HACK #: 05457167
MED  #:      1K37
11/11/15 08:27-08:53
RATE #: 1
STAND. CITY RATE
Miles R1: 6.56
TRIP #:   5439
FARE :   $25.00
ST.SUR:   $0.50
IMP.SUR:  $0.30
TIPS :    $5.16
Total :   $30.96
AMEX    ***1002
AUTHOR.: 543494
Signature:

----------------------

Contact TLC DIAL 3-1-1

---

I ♥ NEW YORK   *to hotel*

HACK #:        00434237
MEDALLION         9A52
11/10/2015 18:29 - 18:50
TRIP#  2235 RATE#    1
STAND. CITY RATE
MILES R1            0.83
FARE R1      $    12.50
SURCHARGE    $     1.00
TOTAL $          .13.50
STATE SRCHG$       0.50
IMPRV SRCHG$       0.30
GRAND TOTAL. $    14.30
Contact TLC Dial 3-1-1

*tip + 2.86*
*total $ 17.16*

---

*taxi to hotel from LGA*

Copy
CREDIT RECEIPT

HACK #: 05288085
MED  #:      3P80
11/08/15 20:50-21:11
RATE #: 1
STAND. CITY RATE
Miles R1: 10.92
TRIP #:   3063
FARE :   $31.00
EXTRAS:   $0.50
TOLLS :
  RFK.Br:  $5.54
ST.SUR:   $0.50
IMP.SUR:  $0.30
TIPS :    $7.57
Total :  $45.41

AUTHOR.: 508424
Signature:

----------------------

Contact TLC DIAL 3-1-1

---

11/15          06

DONNA PARISI

*taxi from hotel - to LGA*

SIGN HERE
X

The issuer of the card identified on this item is authorized to pay the amount shown as TOTAL upon proper presentation. I promise to pay such TOTAL (together with any other charges due thereon) subject to and in accordance with the agreement governing the use of such card.

| QTY | CLASS | DESCRIPTION | PRICE | AMOUNT | |
|-----|-------|-------------|-------|--------|--|
|  |  |  |  | 45 | SALES SLIP  CUSTOMER COPY |
|  |  |  |  |  | |
| DATE  11-11-15 | | AUTHORIZATION | SUB TOTAL | | |
| | | REG./DEPT. CLERK | TAX | | |
| | | | TIP / MISC. | | |
| | | 5686352 | TOTAL | 45 00 | |

**CUSTOMER: RETAIN THIS COPY FOR YOUR RECORDS**

 GLOBAL
BUSINESS TRAVEL

Generated: 12 November 2015 18:22 GMT

**Invoice Booking Reference  VHKJQQ**

**Trip ID -31903963634**

**Passenger Name(s)**

**PARISI/DONNA J**

**Agent TN**

American Express Global Business Travel CTO
Phone: (800)922-8576

BILLING CODE :                     ENIST6882199

**Invoice Information**

| Invoice Date | 12 November 2015 |
|---|---|
| Invoice | 0088226 |
| Dossier / Booking Number | VHKJQQ-1V |

**Invoice Details**

| | |
|---|---|
| Ticket Number | 0067725050860 |
| Airline Name | DELTA AIR LINES INC |
| Passenger Name | PARISI/DONNA J |
| Flight Details | 17 Nov 2015  DELTA AIRLINES 5928 Q Class COLUMBUS,OH/NEW YORK/LGA,NY 18 Nov 2015  DELTA AIRLINES 7328 Q Class NEW YORK/LGA,NY/COLUMBUS,OH |

**Charges**

| | |
|---|---|
| Ticket Base Fare | 699.90 |
| Ticket Tax Fare | 80.69 |
| Total (USD) Ticket Amount | 780.59 |
| Online Ticket Fee | 6.00 |
| **Total** | **786.59** |

**Credit Card Information**

| Charged to Card | AX XXXXXXXXXX | 6.00 |
|---|---|---|
| Charged to Card | AX XXXXXXXXXX | 780.59 |

**Payment Details**

| Charged by American Express Global Business Travel | | 6.00 |
|---|---|---|
| Charged by Airline | | 780.59 |
| **Total Invoice Charge** | **USD** | **786.59** |

## Tuesday 17 November 2015

### ✈ 07:00 AM   Columbus (CMH) to New York (LGA)

**Airline Booking Ref:** JQBPZJ
**Carrier:** Delta Air Lines Inc     **Flight:** DL 5928   **Status:** Confirmed
**Operated By:** Shuttle America Delta Connection
**Origin:** Columbus, OH, Port Columbus Intl Arpt (CMH)
**Departing:** Tuesday 17 November 2015 at 07:00 AM     **Departure Terminal:** Not Applicable
**Destination:** New York, NY, La Guardia (LGA)
**Arriving:** Tuesday 17 November 2015 at 08:55 AM     **Arrival Terminal:** D

Additional Information

| | | |
|---|---|---|
| Class: Economy | Distance: 479 Miles | Estimated Time: 01 hour 55 minutes |
| Aircraft Type: Embraer 175 | Seat: 13C | |
| Meal Service: Not Applicable | | |
| Frequent Flyer Number: DL2063507137 | | |
| Number of Stops: 0 | | |

### 🛏 RESIDENCE INN WTC MARRIOTT

**Address:** 170 BROADWAY, New York, NY, 10007, US
          **Phone:** (1212) 6008900          **Fax:** (1212) 6008901
**Check In Date:** Tuesday 17 November 2015
**Check Out Date:** Wednesday 18 November 2015
**Number Of Nights:** 1
          **Rate:** USD 359.00 per night may be subject to local taxes and service charges
          **Guaranteed to:** AX XXXXXXXXXX
          **Reference Number:** 87745209          **Status:** Confirmed          **Number Of Rooms:** 1

Additional Information

| | |
|---|---|
| Membership ID: 373005834 | Corporate Id: BN3 |
| PERMITTED UP TO 01 DAYS BEFORE ARRIVAL | |

## Wednesday 18 November 2015

### ✈ 06:55 PM   New York (LGA) to Columbus (CMH)

**Airline Booking Ref:** JQBPZJ
**Carrier:** Delta Air Lines Inc     **Flight:** DL 7328   **Status:** Confirmed
**Operated By:** Shuttle America Delta Connection
**Origin:** New York, NY, La Guardia (LGA)
**Departing:** Wednesday 18 November 2015 at 06:55 PM     **Departure Terminal:** D
**Destination:** Columbus, OH, Port Columbus Intl Arpt (CMH)
**Arriving:** Wednesday 18 November 2015 at 09:07 PM   **Arrival Terminal:** Not Applicable

Additional Information

| | | |
|---|---|---|
| Class: Economy | Distance: 479 Miles | Estimated Time: 02 hours 12 minutes |
| Aircraft Type: Embraer 170 | Seat: 14A | |
| Meal Service: Not Applicable | | |
| Frequent Flyer Number: DL2063507137 | | |
| Number of Stops: 0 | | |

## Additional Messages

***** American Express Gbt E-Fulfillment Center *****
For Assistance 24 X 7 Please Call 1-800-922-8576

---Please Press Option 1 FOR Online Then Option 2--
If Calling From Outside The Us - Dial Collect:
305-913-7253
* Travel Advisories: Please Be Sure To Check
Bny Mellons Global Corporate Security Intranet Page
Http://Mysource.Bnymellon.Net/Corporatesecurity/Index.Html
Contact Numbers New York 212-815-2029 Or Toll Free 866-466-6344
In London 44-207-163-6547
In The Event Of Any Medical Personal Or Legal Emergency...
Contact Global Rescue At 800-381-9754 Or 617-459-4200...
Collect Calls Accepted...Or Email Operationsglobalrescue.Com...
**** Corporate Id: Bnymellon Employee **
*********************************************************

Faa Requires A Valid Government Issued Photo Id
Your American Express Itinerary And A Boarding
Pass Present At Security And All Check In Points.
*********************************************************

Changes And Reissues Of Non-Refundable Tickets Are
Subject To A Fee-Plus Fare Difference If The Original
Fare Restrictions Are Not Met.
*********************************************************

Check Online For Hotel Cancel Policies To Avoid
No Show Charges To Your Corporate Card.
*********************************************************

***Ticket Is Non Refundable***
Non Refundable Tickets Require
Changes/Cancellations Prior To
Original Date/Time Of Departure
If Not The Ticket May No Longer Have Value
*********************************************************

Please Be Advised That Certain Mandatory Hotel-Imposed
Charges Including But Not Limited To Daily Resort Or
Facility Fees May Be Applicable To Your Stay And Payable
To The Hotel Operator At Check-Out From The Property
You May Wish To Inquire With The Hotel Before Your Trip
Regarding The Existence And Amount Of Such Charges.
*********************************************************

## IMPORTANT INFORMATION

For important information regarding your booking, in particular, in relation to the conditions applying to your booking, managing your booking and travel advisory, please refer to www.amexglobalbusinesstravel.com/booking-info.

American Express Global Business Travel (GBT) is a joint venture that is not wholly-owned by American Express Company or any of its subsidiaries (American Express). American Express Global Business Travel, American Express and the American Express logo are trademarks of American Express, and are used under limited license.

**Residence**
Inn®
Marriott.

Residence Inn by Marriott          170 Broadway          T 212.600.8900
New York Manhattan/WTC Area        New York, NY 10007

D. Parisi

Room: 1804

Room Type: QQSR

Number of Guests: 1

Rate: $359.00     Clerk:

Arrive: 17Nov15     Time: 03:43PM     Depart: 18Nov15     Time:     Folio Number: 82515

| Date | Description | Charges | Credits |
|------|-------------|---------|---------|
| 17Nov15 | Room Charge | 359.00 | |
| 17Nov15 | State Sales Tax | 31.86 | |
| 17Nov15 | State Occupancy Tax | 2.00 | |
| 17Nov15 | City Tax | 21.09 | |
| 17Nov15 | Convention and Tourism Tax | 1.50 | |
| 18Nov15 | American Express | | 415.45 |
| | Card #: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | | |
| | Amount:  415.45  Auth: 519303  Signature on File | | |
| | This card was electronically swiped on 17Nov15 | | |
| | Balance: | 0.00 | |

Rewards Account # XXXXX5834.  Your Rewards points/miles earned on your eligible earnings will be credited to your account.
Check your Rewards Account Statement or your online Statement for updated activity.

Thank you for staying at the Residence Inn by Marriott World Trade Hotel. This is your express checkout. We want to make a
difference in our community, please see our front desk if you are interested in donating to Dollars for Dreams!

As requested, a final copy of your bill will be emailed to you at: DONNA.PARISI@BNYMELLON.COM. See "Internet Privacy Statement"
on Marriott.com.

Operated under license from Marriott International, Inc. or one of its affiliates.

To plan your next stay, visit residenceinn.com



Copy
CREDIT RECEIPT

HACK #       :    05457099
MEDALLION    :         7G26
11/18/15 14:44-15:22
TRIP #       :        13100
RATE #       :            1
STAND. CITY RATE
Miles R1     :        13.47
FARE R1      :       $39.50
STATE SRCHG  :        $0.50
IMP.SRCHG.   :        $0.30
TIPS         :        $8.06
GRAND TOTAL  :       $48.36
CARDNUMBER   :         1002
AUTHOR.      :       504712
Signature:

to airport

------------------

Contact TLC DIAL 3-1-1

ORIGINAL
MED#        5855
DRIVER: 5396290
CUSTOMER COPY
11/17/15 TR10743
START END MILES
08:50 09:51 15.8
Regular Fare
RATE 1:$   54.50
EXTRA: $    0.00
SURCH: $    0.00
NYTAX: $    5.50
STRCH: $    0.50
IMRCH: $    0.30
TIP: $    10.00
TOTAL: $   70.80

TYPE: AMEX

AUTH: 582478
from airport
THANKS



DELTA

SERVICE CHARGES/FEES    PASSENGER RECEIPT
DATE/PLACE OF ISSUE 18NOV15/LGAFTO /FC

PASSENGER NAME
PARISI/DONNAJ

RETAIN THIS RECEIPT FOR YOUR RECORDS.  THE AMOUNT SHOWN BELOW IS THE TOTAL OF ANY
NONREFUNDABLE SERVICE CHARGES OR FEES PAID IN CONJUNCTION WITH ISSUANCE EXCHANGE OR
REFUND OF THE FOLLOWING TICKETS / DOCUMENTS INCLUDING ANY
DIRECT TICKET CHARGE INCLUDED IN THE FARE YOU WERE QUOTED.

NOT VALID FOR TRAVEL

ORIGINAL TICKET NUMBER   0067725050860   /12NOV15
NEW TICKET NUMBER        0062142161368   /18NOV15

USD   50.00   ADMINISTRATIVE SERVICE CHARGES/FEES

                          0 006 2142161368 0     0  006
     .00  TOTAL                  DUPLICATE