# UNITED STATES BANKRUPTCY COURT

FOR THE **DISTRICT OF** DELAWARE

In re NORTEL NETWORKS INC. **Case NO.** 09-10138 (KG)
et al.,

**Chapter** 11

*******************************************************************************

## CERTIFICATE OF SERVICE

I, Mark H. Rhynes, hereby certify under penalty of perjury that:

I am over the age of Eighteen years of age and reside in Los Angeles, County, CALIF.

On 11-25-2015, I caused to be served a true and correct Copy of the Proof of Interest of Merchants Equity to be Sent by first class mail upon The parties Listed in Exhibit A attach Hereto.

Date: 11-25-2015

MARK H Rhynes (310)329-4254
513 W. 159th Street
Gardena, CALIF. 90047

# UNITED STATES BANKRUPTCY COURT, FOR THE DISTRICT OF DELAWARE

**PROOF OF INTEREST**

COPY

**Name of Debtors:** NORTEL NETWORKS INC., et al,

**Case Number:** 09-10138 (KG)

(jointly administered under case no.

*THIS SPACE IS FOR COURT USE ONLY*

1. **Name of holder of the Equity Interest** (The person or entity holding an Equity Interest in the debtor. Referred to hereinafter as the "Interestholder"):

   MERCHANTS EQUITY
   1522 W. Manchester AVE
   Los Angeles, CALIF. 90047

   ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.
   ☒ Check box if you have never received any notices from the bankruptcy court in this case.
   ☐ Check box if the address differs from the address on the envelope sent to you.

   **Telephone No.**

NOTE: This form SHOULD NOT be used to make a claim against the Debtors for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtors. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtors. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subparagraph (a) or (b) above.

**Account or other number by which Interestholder identifies debtors:**
04-2486332

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. **Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**

   National Financial Services LLC
   200 Liberity Street
   New York NY.

   **Telephone No.**

3. **Date Equity Interest was acquired:** @ 2010

4. **Total number of shares held:**
   24,000 shares

5. **Stock certificate(s) identification number:**
   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
   Cusip # 656568-50-8

6. **Type of Equity Interest:**

   Please indicate the type of Equity Interest you hold:

   ☒ Check this box if your Equity Interest is based on actual shares of stock held in the Debtors.

   ☐ Check this box if your Equity Interest is based on options or warrants that upon exercise entitle you to receive shares of stock in the Debtors.

   ☐ Check this box if your Equity Interest is based on some other right to convert, to purchase, sell, or subscribe to a share, security, or interest in the Debtors.

7. **Supporting Documents:** *Attach copies of supporting documents*, such as stock certificates, option agreements, warrants etc. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary. This Proof of Interest needs to be mailed to: United States Bankruptcy Court, FOR THE DISTRICT OF DELAWARE.

8. **Date-Stamped Copy:** To receive an acknowledgment of the filing of your proof of interest, enclose a stamped, self-addressed envelope and copy of this proof of interest.

*THIS SPACE IS FOR COURT USE ONLY*

**Date:** 11-18-2015

Sign and print the name and title, if any, of any other person authorized to file this claim (attach copy of power of attorney, if any).
Merchants Equity  (PTR).
Vincent G. Rhep

*Penalty for presenting fraudulent claims:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

461624

Statement for the Period July 1, 2015 to September 30, 2015

MERCHANTS EQUITY -
Account Number: ████3470



# Holdings

NFS-provided cost basis, realized gain (loss) and holding period information may not reflect all adjustments necessary for tax purposes. Please refer to Footnotes and Cost Basis Information at the end of this statement for more information.

## EQUITIES - 100.00% of Total Account Value

### Equity

| Description | Symbol/Cusip Account Type | Quantity | Price on 09/30/15 | Current Market Value | Estimated Annual Income | Total Cost Basis | Unrealized Gain (Loss) |
|---|---|---|---|---|---|---|---|
| AUTO DATA NETWORK INC<br>Dividend Option Cash<br>Capital Gain Option Cash | 05270Q104<br>CASH | 25,000 | unavailable | unavailable | | $98.50 | |
| BANK OF FLORIDA CORPORATION COM USD0.01<br>ISIN #US0621281031 SEDOL #7547878<br>Dividend Option Cash<br>Capital Gain Option Cash | 062128103<br>CASH | 6,500 | unavailable | unavailable | | $2,167.06 | |
| BROADWAY FINANCIAL CORP<br>Dividend Option Cash<br>Capital Gain Option Cash | BYFC<br>CASH | 773 | $1.21 | $935.33 | | $1,285.54 | |
| ENTERTAINMENT GAMING ASIA INC COM PAR $0.001<br>Dividend Option Cash<br>Capital Gain Option Cash | EGT<br>CASH | 125 | $2.0896 | $261.20 | | $568.45 | |
| FEDERAL NATL MTG ASSN<br>Dividend Option Cash<br>Capital Gain Option Cash | FNMA<br>CASH | 1,000 | $2.2501 | $2,250.10 | | $297.76 | |
| NORTEL NETWORKS CORPORATION COM NPV<br>Dividend Option Cash<br>Capital Gain Option Cash | NRTLQ<br>CASH | 24,000 | $0.0005 | $12.00 | | $795.91 | |
| NTN BUZZTIME INC.<br>Dividend Option Cash<br>Capital Gain Option Cash | NTN<br>CASH | 1,500 | $0.335 | $502.50 | | | |
| STANDARD REGISTER CO COM ISIN #US8538872065 SEDOL #B95HB72<br>Dividend Option Cash<br>Capital Gain Option Cash | SRCTQ<br>CASH | 6,179 | $0.018 | $111.22 | | $1,12? | |



UNIONBANC INVESTMENT SERVICES

Account carried with National Financ'
NYSE, SIPC

MN _CEBBMSMSBBFNKCV_BBBBB 20150930



# EXHIBIT A

OFFICE OF THE UNITED STATES TRUSTEE
844 King Street, Suite 2207
Lockbox # 35
Wilmington, DE 19801

RICHARDS, LAYTON & FINGER, P.A.
920 N. King Street
One Rodney Square
Wilmington, DE 19801

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street,
P.O. Box 1347
Wilmington, DE 19899-1347