IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| In re: | Bankruptcy Case No. 09-10138 |
| --- | --- |
| | Jointly Administered |
| NORTEL NETWORKS, INC., *et al.*, | Chapter 11 |
| Debtor. | Judge Kevin Gross |

NOTICE OF CHANGE OF ADDRESS

To the Clerk of the above-entitled court:

PLEASE TAKE NOTICE that this Creditor's new address is:

Gateway Associates, Ltd.
c/o The Boyer Company
101 South 200 East, Suite 200
Salt Lake City, Utah 84111

DATED this 1st day of December, 2015.

The Boyer Company

_____
Brian Gochnour