## Exhibit B

Nortel Networks, Inc.
Expenses

| Employee | Description | Transaction Date | Expenses |
|---|---|---|---|
| Beakey III,Andrew M (US011131290) | Parking: Nortel meeting | 9/2/2015 | $78.00 |
| Beakey III,Andrew M (US011131290) | Parking: Nortel meeting to dicuss engagement projects | 9/2/2015 | $71.75 |
| Beakey III,Andrew M (US011131290) | Lodge: Sheraton Hotel - Notel Federal Compliance Update | 3/6/2015 | $880.88 |
| Beakey III,Andrew M (US011131290) | Air: Flight to Raleigh for Nortel Federal Compliance Update and review | 2/27/2015 | $1,063.13 |
| Abbott,Douglas J. (US012013835) | Air: Flight to Raleigh for Nortel Federal Compliance Update | 2/20/2015 | $1,063.13 |
| Wood,Jeffrey T (US013081390) | Mileage: \\Client to office and back week of 9/14/2015 | 9/22/2015 | $14.95 |
| Wood,Jeffrey T (US013081390) | Mileage: \\Client to office and back week of 9/21/2015 | 9/23/2015 | $14.95 |
| Wood,Jeffrey T (US013081390) | Mileage: \\Client to office and back week of 9/28/2015 | 10/1/2015 | $14.95 |
| Wood,Jeffrey T (US013081390) | Mileage: \\Client to office and back week of 9/7/2015 | 9/21/2015 | $14.95 |
| Williams,Mark (US013717769) | Mileage: Drove from home to client then back home week of 9/22/2015 | 9/29/2015 | $14.38 |
| Williams,Mark (US013717769) | Mileage: Drove from home to the client and back home week of 9/28/2015 | 10/15/2015 | $15.53 |
| Williams,Mark (US013717769) | Mileage: Drove from home to the client and back home week of 10/7/2015 | 10/13/2015 | $15.53 |
| Williams,Mark (US013717769) | Mileage: Drove from home to the client and back home. | 10/14/2015 | $15.53 |
| Trombley,Tarryn Kate Gurney (US01289087) | Mileage: Mileage to Nortel - 6.3 miles each way above normal commute\\Home and Nortel | 10/13/2015 | $7.48 |
| Jacks,Sarah Butler (US011990278) | Mileage: mileage above normal commute to/from Nortel offices\\EY office to/from Nortel offices | 10/13/2015 | $12.65 |
| Jacks,Sarah Butler (US011990278) | Mileage: mileage to/from Nortel offices above normal commute\\EY office to/from Nortel | 10/12/2015 | $13.80 |
| Goodwin,Mary Kathleen (US013717820) | Mileage: Driving to Nortel on 10/28/15 to assist with filing of state tax return room | 10/28/2015 | $13.80 |
| Goodwin,Mary Kathleen (US013717820) | Mileage: Drove to Nortel to work on filing tax returns for storage | 10/27/2015 | $14.38 |
| Gentile,Matthew Donald (US012548056) | Mileage: The business purpose of this expense was to travel to a client location. The origin was Raleigh and the destination was Research Triangle Park.\\Raleigh; RTP | 10/9/2015 | $16.10 |

Nortel Networks, Inc.
Expenses

| Employee | Description | Transaction Date | Expenses |
|---|---|---|---|
| Gentile,Matthew Donald (US012548056) | Mileage: The business purpose of this expense was to travel to a client location. The origin was the EY office and the destination was Research Triangle Park week of 10/7/2015.\\EY Office; RTP | 10/20/2015 | $16.10 |
| Carroll,Kara Ruth (US013382134) | Mileage: Mileage for driving to Nortel week of 9/28/2015 | 10/9/2015 | $46.58 |
| Carroll,Kara Ruth (US013382134) | Mileage: Mileage for driving to Nortel week of 10/15/2015 | 10/26/2015 | $77.63 |
| Bryant,James Hansford (US011589273) | Dinner: Dinner while traveling back from Atlanta for Nortel ITS compliance meeting | 7/29/2015 | $20.94 |
| Bryant,James Hansford (US011589273) | Brkft: Breakfast while traveling to Atlanta for Nortel ITS Compliance review | 7/29/2015 | $6.08 |
| Bryant,James Hansford (US011589273) | Air: Flight to Atlanta for Nortel ITS Compliance Review\\DLBZBF | 7/27/2015 | $857.46 |
| Bryant,James Hansford (US011589273) | Ticket: AmEx On-Line fee for ticketing Atlanta flight for Nortel ITS compliance review. | 7/27/2015 | $7.00 |
| Bryant,James Hansford (US011589273) | Taxi: Taxi from ATL airport to EY offices for Nortel ITS Compliance review\\Atl Airport - EY Office | 7/29/2015 | $40.00 |
| Bryant,James Hansford (US011589273) | Parking: Parking while in Atlanta for Nortel ITS compliance review | 7/29/2015 | $14.00 |
| Beakey III,Andrew M (US011131290) | Dinner: Nortel tax meetings in Raleigh - dinner for self | 8/31/2015 | $21.00 |
| Beakey III,Andrew M (US011131290) | Brkft: Nortel tax meetings in Raleigh - breakfast for self | 9/1/2015 | $16.00 |
| Beakey III,Andrew M (US011131290) | Brkft: Nortel tax meetings in Raleigh regarding federal compliance projects - breakfast for self | 9/2/2015 | $16.00 |
| Beakey III,Andrew M (US011131290) | Misc.: Nortel tax meetings in Raleigh - tips | 9/2/2015 | $10.00 |
| Beakey III,Andrew M (US011131290) | Mileage: Nortel tax meetings in Raleigh - mileage\\home to airport | 8/31/2015 | $16.10 |
| Jacks,Sarah Butler (US011990278) | Mileage: Mileage for driving to Nortel week of 9/28/2015 | 10/1/2015 | $35.00 |
| | | Totals | $4,555.76 |

*All Air was booked at economy/coach fare.