**Group Exhibit A**

4844-5344-6443.1

Nortel Networks, Inc.
2014 TY Federal Compliance

| Employee | Rank | Description | Transaction Date | Rate | Hours | Fees |
|---|---|---|---|---|---|---|
| Trombley,Tarryn Kate Gurney (US0128!) | Manager | Reviewing compliance documentation for final file | 11/9/2015 | $470.00 | 1.0 | $470.00 |
| Trombley,Tarryn Kate Gurney (US0128!) | Manager | Reviewing file documentation for NNI related to federal tax workpapers and book to tax bridge as well as making updates to journal entries in software to tie to final return | 11/10/2015 | $470.00 | 4.0 | $1,880.00 |
| Trombley,Tarryn Kate Gurney (US0128!) | Manager | Email to Kara Carroll regarding Nortel federal tax workpapers items to clear before closing file | 11/10/2015 | $470.00 | 0.5 | $235.00 |
| Trombley,Tarryn Kate Gurney (US0128!) | Manager | Reviewing HPOCS and CALA file documentation in order to close file | 11/10/2015 | $470.00 | 2.0 | $940.00 |
| Sargent,Amy Johannah (US012292473) | Executive Director | Conference call with Jeff Wood on settlement fee issues | 8/28/2015 | $725.00 | 0.5 | $362.50 |
| Sargent,Amy Johannah (US012292473) | Executive Director | Follow-up discussion with J. Wood regarding settlement cost issues | 9/1/2015 | $725.00 | 1.0 | $725.00 |
| Sargent,Amy Johannah (US012292473) | Executive Director | Discussion with Jeff wood on transaction cost issues | 10/23/2015 | $725.00 | 1.0 | $725.00 |
| Sargent,Amy Johannah (US012292473) | Executive Director | Follow-up discussion with J. Wood regarding transaction cost analysis | 10/28/2015 | $725.00 | 1.0 | $725.00 |
| Jacks,Sarah Butler (US011990278) | Senior Manager | Compliance documentation and file management | 11/4/2015 | $570.00 | 1.5 | $855.00 |
| Jacks,Sarah Butler (US011990278) | Senior Manager | Nortel tax compliance documentation clean up, discussion with Tarryn Trombley and Kara Carroll on specific tax workpapers | 11/19/2015 | $570.00 | 2.0 | $1,140.00 |
| Carroll,Kara Ruth (US013382134) | Staff | Running the audit report tool and computing TAS | 11/11/2015 | $210.00 | 2.0 | $420.00 |
| Barnard,Brett A (US013556185) | Staff | Clearing Diana's comments on the professional fee analysis for August and July | 11/18/2015 | $210.00 | 1.3 | $273.00 |
| Barnard,Brett A (US013556185) | Staff | Clearing Diana's comments on the professional fee analysis for September | 11/19/2015 | $210.00 | 0.3 | $63.00 |
| Jacks,Sarah Butler (US011990278) | Senior Manager | Correspondence with A Boulus re: final TPR deliverable | 11/2/2015 | $570.00 | 0.1 | $57.00 |
| Boulus,Albert (US013656204) | Manager | Nortel - Make changes to final deliverable based on Paige's comments | 11/23/2015 | $470.00 | 0.6 | $282.00 |
| | | | | | 18.8 | 9,152.5 |

Nortel Networks, Inc.
2015 Federal Consulting

| Employee | Rank | Description | Transaction Date | Rate | Hours | Fees |
|---|---|---|---|---|---|---|
| Scott, James E (US011119307) | Partner/Principal | Conf. call J. Simon and Andy Beakey regarding planning for 2016. | 11/5/2015 | $660.00 | 3.8 | $2,508.00 |
| Scott, James E (US011119307) | Partner/Principal | 2016 fee, SOW and proposed rates discussion with Andy Beakey. | 11/6/2015 | $660.00 | 2.1 | $1,386.00 |
| Scott, James E (US011119307) | Partner/Principal | Fee analysis for 2016 budget review for Houston mtg | 11/9/2015 | $660.00 | 1.7 | $1,122.00 |
| Scott, James E (US011119307) | Partner/Principal | Looking at language for 11th amendment | 11/10/2015 | $660.00 | 1.6 | $1,056.00 |
| Scott, James E (US011119307) | Partner/Principal | Prep for 12/2 mtg. in Houston. | 11/13/2015 | $660.00 | 1.3 | $858.00 |
| Scott, James E (US011119307) | Partner/Principal | 2016 fee conference call with Diana Kennedy, Jeff Wood, and Andy Beakey | 11/16/2015 | $660.00 | 0.7 | $462.00 |
| Scott, James E (US011119307) | Partner/Principal | Review of 2016 staffing and corporate fee | 11/19/2015 | $660.00 | 1.3 | $858.00 |
| Scott, James E (US011119307) | Partner/Principal | Preparing agenda for 12/1 meeting, fee development for 12/1 meeting | 11/20/2015 | $660.00 | 1.6 | $1,056.00 |
| Scott, James E (US011119307) | Partner/Principal | Preparing docs for meeting in Houston | 11/23/2015 | $660.00 | 0.8 | $528.00 |
| Scott, James E (US011119307) | Partner/Principal | 2016 fees, engagement letter, docs for Houston meeting | 11/24/2015 | $660.00 | 1.7 | $1,122.00 |
| Corwin, Forest (US013197127) | Staff | Documentation retention analysis re: analysis of NNI workpapers | 11/23/2015 | $210.00 | 3.0 | $630.00 |
| Corwin, Forest (US013197127) | Staff | Documentation retention analysis re: analysis of CALA foreign workpapers 1998-2009 | 11/23/2015 | $210.00 | 3.0 | $630.00 |
| Corwin, Forest (US013197127) | Staff | Documentation retention analysis re: analysis of Clarify Inc. 2002-2004 | 11/23/2015 | $210.00 | 3.0 | $630.00 |
| Corwin, Forest (US013197127) | Staff | Documentation retention analysis re: analysis of NNI and Subs perm files | 11/24/2015 | $210.00 | 3.0 | $630.00 |
| Corwin, Forest (US013197127) | Staff | Documentation retention analysis re: analysis of Bay systems | 11/24/2015 | $210.00 | 3.0 | $630.00 |
| Corwin, Forest (US013197127) | Staff | Documentation retention analysis re: analysis of Avaya examination certificates | 11/24/2015 | $210.00 | 3.0 | $630.00 |
| Wood, Jeffrey T (US013081390) | Executive Director | Preparation for engagement team call. Conf. call with Jim S., Andy B. and Doug A. regarding update on ongoing federal projects. | 11/6/2015 | $660.00 | 1.5 | $990.00 |
| Wood, Jeffrey T (US013081390) | Executive Director | Project planning and research related to TP analysis | 11/6/2015 | $660.00 | 2.5 | $1,650.00 |
| Wood, Jeffrey T (US013081390) | Executive Director | Research and compile file history on historic RPSM calculation approach for Nortel. Communicate same to Shiho H. | 11/9/2015 | $660.00 | 2.0 | $1,320.00 |
| Wood, Jeffrey T (US013081390) | Executive Director | Review and transfer draft 2009-2011 RPSM calculations for pre cont. TP project | 11/9/2015 | $660.00 | 1.7 | $1,122.00 |
| Wood, Jeffrey T (US013081390) | Executive Director | Conference call and meetings with Diana K., and Shiho H. on TP matters | 11/9/2015 | $660.00 | 0.5 | $330.00 |
| Wood, Jeffrey T (US013081390) | Executive Director | Preparation for EY staff call on Nortel engagement with Diana K., Jim S., Tarryn T. | 11/9/2015 | $660.00 | 1.0 | $660.00 |
| Wood, Jeffrey T (US013081390) | Executive Director | Conference call with Diana K., Jim S., Andy B., Kristie L., Tarryn T., and Doug A. on Nortel engagement | 11/9/2015 | $660.00 | 0.5 | $330.00 |
| Wood, Jeffrey T (US013081390) | Executive Director | Conference call with Jim S., Andy B., and Dianna K. on SOW amendment | 11/9/2015 | $660.00 | 0.5 | $330.00 |
| Wood, Jeffrey T (US013081390) | Executive Director | Review CM claim settlement for federal tax consequence | 11/9/2015 | $660.00 | 0.7 | $462.00 |

Nortel Networks, Inc.
2015 Federal Consulting

| Employee | Rank | Description | Transaction Date | Rate | Hours | Fees |
|---|---|---|---|---|---|---|
| Wood,Jeffrey T (US013081390) | Executive Director | Review of Nov fee application support | 11/9/2015 | $660.00 | 1.0 | $660.00 |
| Wood,Jeffrey T (US013081390) | Executive Director | Correspondence with Kristie L. related to 11th Amendment to SOW | 11/9/2015 | $660.00 | 0.4 | $264.00 |
| Wood,Jeffrey T (US013081390) | Executive Director | Revisions to the NNI consolidated sensitivity analysis for revised assumptions on deferred income | 11/9/2015 | $660.00 | 1.1 | $726.00 |
| Wood,Jeffrey T (US013081390) | Executive Director | Summarize output and variable impact for discussions with DA | 11/10/2015 | $660.00 | 2.1 | $1,386.00 |
| Wood,Jeffrey T (US013081390) | Executive Director | Draft tax profile factors and related tax requirements for pending discussions with RLKS | 11/10/2015 | $660.00 | 2.2 | $1,452.00 |
| Wood,Jeffrey T (US013081390) | Executive Director | Outline project elements related to compliance, cash mgmt. and basis quantification | 11/10/2015 | $660.00 | 1.7 | $1,122.00 |
| Wood,Jeffrey T (US013081390) | Executive Director | Outline project elements for residual tax requirements | 11/10/2015 | $660.00 | 2.0 | $1,320.00 |
| Wood,Jeffrey T (US013081390) | Executive Director | Discuss RLKS outline with DK and related matters tied to 11th Amendment | 11/10/2015 | $660.00 | 0.5 | $330.00 |
| Wood,Jeffrey T (US013081390) | Executive Director | Draft presentation materials for pending meetings with RLKS | 11/11/2015 | $660.00 | 2.0 | $1,320.00 |
| Wood,Jeffrey T (US013081390) | Executive Director | Research related to withholding tax project elements | 11/11/2015 | $660.00 | 1.6 | $1,056.00 |
| Wood,Jeffrey T (US013081390) | Executive Director | Outline WHT project elements and assignments in preparation for meeting with Nick Q. | 11/11/2015 | $660.00 | 2.3 | $1,518.00 |
| Wood,Jeffrey T (US013081390) | Executive Director | Review and signoff on Oct JEs | 11/11/2015 | $660.00 | 0.5 | $330.00 |
| Wood,Jeffrey T (US013081390) | Executive Director | Discussions with Matt G. on tax project status | 11/11/2015 | $660.00 | 0.4 | $264.00 |
| Wood,Jeffrey T (US013081390) | Executive Director | Review data inventory and retention project status and related motion. | 11/11/2015 | $660.00 | 1.2 | $792.00 |
| Wood,Jeffrey T (US013081390) | Executive Director | Document preparation in advance of conference call with Doug A. on Nortel tax related matters | 11/12/2015 | $660.00 | 1.2 | $792.00 |
| Wood,Jeffrey T (US013081390) | Executive Director | Research and document compilation for meetings on withholding tax matters. | 11/12/2015 | $660.00 | 1.8 | $1,188.00 |
| Wood,Jeffrey T (US013081390) | Executive Director | Draft step plan for phases I-III of WHT project | 11/12/2015 | $660.00 | 1.2 | $792.00 |
| Wood,Jeffrey T (US013081390) | Executive Director | Meetings with Nick Q. and Tarryn T. on WHT projects | 11/12/2015 | $660.00 | 0.5 | $330.00 |
| Wood,Jeffrey T (US013081390) | Executive Director | Conference call with Doug A. and Jim S. on project status | 11/12/2015 | $660.00 | 0.8 | $528.00 |
| Wood,Jeffrey T (US013081390) | Executive Director | Draft revised language for amendment to SOW to incorporate comments on payroll project scope. Fwd. same to Kristie L. | 11/12/2015 | $660.00 | 1.3 | $858.00 |
| Wood,Jeffrey T (US013081390) | Executive Director | Update and transmit fee tracking schedules as requested by RLKS | 11/12/2015 | $660.00 | 0.3 | $198.00 |
| Wood,Jeffrey T (US013081390) | Executive Director | Research on -36 loss limitation | 11/12/2015 | $660.00 | 0.9 | $594.00 |
| Wood,Jeffrey T (US013081390) | Executive Director | Preparation for conference call with RLKS, Jim S., Andy B., and Doug A. | 11/13/2015 | $660.00 | 0.8 | $528.00 |
| Wood,Jeffrey T (US013081390) | Executive Director | Conference call with RL on status of Nortel projects | 11/13/2015 | $660.00 | 0.5 | $330.00 |
| Wood,Jeffrey T (US013081390) | Executive Director | Discussions with Shiho H. on NT transfer pricing matters | 11/13/2015 | $660.00 | 0.5 | $330.00 |
| Wood,Jeffrey T (US013081390) | Executive Director | Locate and review BCS files for 2009-2011. Reconcile calculations to file memoranda. Transfer same to Shiho H. | 11/13/2015 | $660.00 | 2.2 | $1,452.00 |
| Wood,Jeffrey T (US013081390) | Executive Director | Draft outline of engagement issues for pending meetings with leadership | 11/13/2015 | $660.00 | 1.2 | $792.00 |

Nortel Networks, Inc.
2015 Federal Consulting

| Employee | Rank | Description | Transaction Date | Rate | Hours | Fees |
|---|---|---|---|---|---|---|
| Wood,Jeffrey T (US013081390) | Executive Director | Draft 1099 and w-8 language for SOW amendment | 11/13/2015 | $660.00 | 1.1 | $726.00 |
| Wood,Jeffrey T (US013081390) | Executive Director | Review draft fee application. | 11/13/2015 | $660.00 | 0.4 | $264.00 |
| Wood,Jeffrey T (US013081390) | Executive Director | Draft 11th Amendment statements and update presentation materials | 11/16/2015 | $660.00 | 2.0 | $1,320.00 |
| Wood,Jeffrey T (US013081390) | Executive Director | Preparation for conference call on SOW and extension materials | 11/16/2015 | $660.00 | 0.8 | $528.00 |
| Wood,Jeffrey T (US013081390) | Executive Director | Conference call with Doug A., Jim S., and Dianna K., on Nortel engagement. Follow-up actions and correspondence following call. | 11/16/2015 | $660.00 | 1.0 | $660.00 |
| Wood,Jeffrey T (US013081390) | Executive Director | Project outline for 1099 and W-8 project streams. Step plan and PBC list for 2015 compliance | 11/16/2015 | $660.00 | 2.2 | $1,452.00 |
| Wood,Jeffrey T (US013081390) | Executive Director | Analyze and summarize asset level allocation positions for Loren P. | 11/17/2015 | $660.00 | 1.6 | $1,056.00 |
| Wood,Jeffrey T (US013081390) | Executive Director | Complete public document outline and incorporate into PPT for Loren P. | 11/18/2015 | $660.00 | 1.5 | $990.00 |
| Wood,Jeffrey T (US013081390) | Executive Director | Update allocation schedules including asset level detail. Incorporate same into PPT and forward to Loren P, | 11/18/2015 | $660.00 | 2.0 | $1,320.00 |
| Wood,Jeffrey T (US013081390) | Executive Director | Outline incremental engagement projects and incorporate into project inventory in advance of meetings with RLKS | 11/18/2015 | $660.00 | 1.4 | $924.00 |
| Wood,Jeffrey T (US013081390) | Executive Director | Conference call with Garrett D. and Saul T. on outbound analysis. Review documents prior to call. | 11/18/2015 | $660.00 | 0.8 | $528.00 |
| Wood,Jeffrey T (US013081390) | Executive Director | Review TP memo and discussion with Shiho on related matters | 11/18/2015 | $660.00 | 0.5 | $330.00 |
| Wood,Jeffrey T (US013081390) | Executive Director | Update and finalize 11th Amendment deck for RLKS meetings | 11/18/2015 | $660.00 | 0.7 | $462.00 |
| Wood,Jeffrey T (US013081390) | Executive Director | Review of August fee application | 11/18/2015 | $660.00 | 0.2 | $132.00 |
| Wood,Jeffrey T (US013081390) | Executive Director | Update project inventory list to incorporate new and updated items. Develop related presentation materials | 11/19/2015 | $660.00 | 2.0 | $1,320.00 |
| Wood,Jeffrey T (US013081390) | Executive Director | Draft supplemental presentation materials for meetings with RLKS | 11/19/2015 | $660.00 | 1.2 | $792.00 |
| Wood,Jeffrey T (US013081390) | Executive Director | Review NNIII materials | 11/19/2015 | $660.00 | 0.3 | $198.00 |
| Wood,Jeffrey T (US013081390) | Executive Director | Analysis of OP IP and stock basis allocations | 11/19/2015 | $660.00 | 1.0 | $660.00 |
| Wood,Jeffrey T (US013081390) | Executive Director | Preparation for conference call with engagement leadership | 11/19/2015 | $660.00 | 1.0 | $660.00 |
| Wood,Jeffrey T (US013081390) | Executive Director | Conference call with RLKS, Jim S., and Doug A | 11/20/2015 | $660.00 | 0.5 | $330.00 |
| Wood,Jeffrey T (US013081390) | Executive Director | Preparation for conference call with RKLS | 11/20/2015 | $660.00 | 1.0 | $660.00 |
| Wood,Jeffrey T (US013081390) | Executive Director | Redraft SOW amendment to incorporate comments provided by RLKS | 11/23/2015 | $660.00 | 0.6 | $396.00 |
| Wood,Jeffrey T (US013081390) | Executive Director | Develop and incorporate supplemental schedules into materials for pending meetings with RLKS | 11/23/2015 | $660.00 | 2.4 | $1,584.00 |
| Wood,Jeffrey T (US013081390) | Executive Director | Conference call with Jim S., Doug A., Kristie L. & Dianna K on tax project matters. Includes meeting preparation and follow-up actions. | 11/23/2015 | $660.00 | 1.0 | $660.00 |

Nortel Networks, Inc.
2015 Federal Consulting

| Employee | Rank | Description | Transaction Date | Rate | Hours | Fees |
|---|---|---|---|---|---|---|
| Wood,Jeffrey T (US013081390) | Executive Director | Analysis of application of 1001 to distributions to non-selling entities. | 11/23/2015 | $660.00 | 1.8 | $1,188.00 |
| Wood,Jeffrey T (US013081390) | Executive Director | Preparation of documents for meetings with Jim S | 11/23/2015 | $660.00 | 0.5 | $330.00 |
| Wood,Jeffrey T (US013081390) | Executive Director | NTEC material review in preparation for meetings with Tim R. on refunds | 11/23/2015 | $660.00 | 1.0 | $660.00 |
| Wood,Jeffrey T (US013081390) | Executive Director | Review NNI E&P schedules and roll forward through 2014 | 11/24/2015 | $660.00 | 2.2 | $1,452.00 |
| Wood,Jeffrey T (US013081390) | Executive Director | Analysis of significant E&P assumptions and open issues for NNI | 11/24/2015 | $660.00 | 2.0 | $1,320.00 |
| Wood,Jeffrey T (US013081390) | Executive Director | Calculate and incorporate provisional risk adjustment factors into NNI E&P analysis | 11/24/2015 | $660.00 | 1.8 | $1,188.00 |
| Wood,Jeffrey T (US013081390) | Executive Director | Meeting with Tim R. on tax matters | 11/24/2015 | $660.00 | 0.5 | $330.00 |
| Wood,Jeffrey T (US013081390) | Executive Director | Meetings with Jim S. on RLKS materials | 11/24/2015 | $660.00 | 1.0 | $660.00 |
| Wood,Jeffrey T (US013081390) | Executive Director | Update presentation and supplemental materials for partner comments | 11/24/2015 | $660.00 | 1.5 | $990.00 |
| Williams,Edward M (US012752237) | Partner/Principal | Nortel - Review of current memo and call with Jeff and Loren to discuss section of the memo and timing | 11/17/2015 | $725.00 | 0.5 | $362.50 |
| Trombley,Tarryn Kate Gurney (US012890 | Manager | Meeting with Alyssa Sutherland to discuss E&P calculation | 11/4/2015 | $470.00 | 2.0 | $940.00 |
| Trombley,Tarryn Kate Gurney (US012890 | Manager | Meeting with Kara Carroll to discuss 2015 planning | 11/6/2015 | $470.00 | 2.0 | $940.00 |
| Trombley,Tarryn Kate Gurney (US012890 | Manager | Nortel team call regarding status update on consulting projects | 11/9/2015 | $470.00 | 0.5 | $235.00 |
| Trombley,Tarryn Kate Gurney (US012890 | Manager | Planning for next year's consulting engagements | 11/9/2015 | $470.00 | 1.5 | $705.00 |
| Trombley,Tarryn Kate Gurney (US012890 | Manager | Emails to Diana Kennedy regarding updated calculations for next year's planning purposes | 11/11/2015 | $470.00 | 1.0 | $470.00 |
| Trombley,Tarryn Kate Gurney (US012890 | Manager | Updating calculations related to 2016 planning | 11/11/2015 | $470.00 | 2.0 | $940.00 |
| Trombley,Tarryn Kate Gurney (US012890 | Manager | Meeting with Nick Quigley and Jeff Wood to discuss next steps on claims analysis/FATCA | 11/12/2015 | $470.00 | 0.5 | $235.00 |
| Trombley,Tarryn Kate Gurney (US012890 | Manager | Emails and calculation with Jim Scott and Jeff wood related to pro fee analysis related to deliverable | 11/12/2015 | $470.00 | 1.0 | $470.00 |
| Trombley,Tarryn Kate Gurney (US012890 | Manager | Travel to Nortel for meeting with Jeff Wood and Nick Quigley | 11/12/2015 | $470.00 | 0.5 | $117.50 |
| Trombley,Tarryn Kate Gurney (US012890 | Manager | Professional fee analysis - reviewing invoices and making updates to schedule | 11/19/2015 | $470.00 | 3.0 | $1,410.00 |
| Trombley,Tarryn Kate Gurney (US012890 | Manager | Reviewing Nortel E&P calculation | 11/20/2015 | $470.00 | 3.0 | $1,410.00 |
| Sutherland,Alyssa McKenzie (US0132320 | Senior | E&P 2013 and 2014 - Giving overview of workbooks to Tarryn for her review | 11/4/2015 | $340.00 | 0.5 | $170.00 |
| Shapiro,Ari J (US013597642) | Staff | Client Assistance Request Tracker for week of 11/05 | 11/5/2015 | $210.00 | 0.4 | $84.00 |
| Shapiro,Ari J (US013597642) | Staff | Federal Return Review Project check-in with B. Barnard and M. Williams | 11/16/2015 | $210.00 | 0.8 | $168.00 |
| Shapiro,Ari J (US013597642) | Staff | Meeting regarding federal return review project with D. Kennedy | 11/18/2015 | $210.00 | 0.2 | $42.00 |
| Shapiro,Ari J (US013597642) | Staff | Client Assistance Request Tracker for week of 11/19 | 11/19/2015 | $210.00 | 0.1 | $21.00 |
| Scott,James E (US011119307) | Partner/Principal | Meeting with Amit Guori to discuss NTEC | 11/3/2015 | $660.00 | 0.7 | $462.00 |
| Scott,James E (US011119307) | Partner/Principal | Review of Foley statement regarding fee application, MSA comments and EY SOW draft. | 11/4/2015 | $660.00 | 2.3 | $1,518.00 |

Nortel Networks, Inc.
2015 Federal Consulting

| Employee | Rank | Description | Transaction Date | Rate | Hours | Fees |
|---|---|---|---|---|---|---|
| Scott, James E (US011119307) | Partner/Principal | Jeff Wood update on federal projects, transfer pricing | 11/9/2015 | $660.00 | 0.9 | $594.00 |
| Scott, James E (US011119307) | Partner/Principal | Conf. call Jeff Wood, Doug Abbott re: status of federal projects and impact on sensitivity analysis. | 11/12/2015 | $660.00 | 0.7 | $462.00 |
| Scott, James E (US011119307) | Partner/Principal | Weekly update to Richard Lydecker | 11/13/2015 | $660.00 | 0.5 | $330.00 |
| Scott, James E (US011119307) | Partner/Principal | Weekly update w/Richard Lydecker and follow up for 12/1 meeting | 11/20/2015 | $660.00 | 1.1 | $726.00 |
| Scott, James E (US011119307) | Partner/Principal | Team status report with Jeff Wood and Diana Kennedy | 11/23/2015 | $660.00 | 0.8 | $528.00 |
| Scott, James E (US011119307) | Partner/Principal | Meeting on NTEC, federal open projects with Tim Ross and Jeff Wood including prep | 11/24/2015 | $660.00 | 2.3 | $1,518.00 |
| Quigley, Nicholas W. (US012838221) | Manager | Meeting with Jeffrey Wood at Nortel offices to discuss 1042/1099 process plan for 2016, including development of step plan, requirements, and coordination. Review of technical memo drafts. | 11/12/2015 | $470.00 | 1.6 | $752.00 |
| Ponds, Loren C. (US012868092) | Senior Manager | Preparation for internal call | 11/16/2015 | $570.00 | 0.5 | $285.00 |
| Ponds, Loren C. (US012868092) | Senior Manager | Started researching and drafting of opinion for bankrupty proceeds allocation memo | 11/17/2015 | $570.00 | 1.5 | $855.00 |
| Ponds, Loren C. (US012868092) | Senior Manager | Internal call to discuss next steps for opinion | 11/17/2015 | $570.00 | 1.0 | $570.00 |
| Ponds, Loren C. (US012868092) | Senior Manager | Drafting of Transfer Pricing section of the opinion | 11/18/2015 | $570.00 | 3.0 | $1,710.00 |
| Ponds, Loren C. (US012868092) | Senior Manager | Continuation of research and drafting of memo for proceeds allocation. | 11/18/2015 | $570.00 | 2.0 | $1,140.00 |
| Ponds, Loren C. (US012868092) | Senior Manager | Drafting the FMV vs. arm's length valuation and possible IRS adjustments portion of the memo | 11/20/2015 | $570.00 | 2.0 | $1,140.00 |
| Ponds, Loren C. (US012868092) | Senior Manager | Finalize draft opinion re: application of section 482 to reallocate bankruptcy sales proceeds to NNI | 11/24/2015 | $570.00 | 5.0 | $2,850.00 |
| Kennedy, Diana Lynn (US012436403) | Senior Manager | E&P calc review and memo clean-up | 11/2/2015 | $570.00 | 3.0 | $1,710.00 |
| Kennedy, Diana Lynn (US012436403) | Senior Manager | Federal return documentation supervision including updates with team (K. Carroll, B. Barnard, Ari Shapiro) | 11/3/2015 | $570.00 | 4.0 | $2,280.00 |
| Kennedy, Diana Lynn (US012436403) | Senior Manager | TP discussion and next steps with J. Wood | 11/9/2015 | $570.00 | 0.5 | $285.00 |
| Kennedy, Diana Lynn (US012436403) | Senior Manager | ULP memo final review | 11/10/2015 | $570.00 | 1.5 | $855.00 |
| Kennedy, Diana Lynn (US012436403) | Senior Manager | Discussion for 2016 fee scenarios, appropriate team, with Tarryn and Jeff. | 11/10/2015 | $570.00 | 2.0 | $1,140.00 |
| Kennedy, Diana Lynn (US012436403) | Senior Manager | Review index for files being packed up | 11/11/2015 | $570.00 | 4.0 | $2,280.00 |
| Kennedy, Diana Lynn (US012436403) | Senior Manager | Planning discussion with Jim and Jeff for December meeting. Pull metrics for previous engagements | 11/16/2015 | $570.00 | 1.0 | $570.00 |
| Kennedy, Diana Lynn (US012436403) | Senior Manager | Update with team on status of file transfer | 11/16/2015 | $570.00 | 1.0 | $570.00 |
| Kennedy, Diana Lynn (US012436403) | Senior Manager | Discussions with Staff on file packaging and finding additional resources to assist. Review index of packed up files for accuracy. | 11/16/2015 | $570.00 | 0.5 | $285.00 |
| Kennedy, Diana Lynn (US012436403) | Senior Manager | Communications with K. Carroll regarding the July pro fee application. | 11/18/2015 | $570.00 | 0.5 | $285.00 |
| Kennedy, Diana Lynn (US012436403) | Senior Manager | Reviewing the fee app and giving K. Carroll comments | 11/19/2015 | $570.00 | 0.5 | $285.00 |
| Kennedy, Diana Lynn (US012436403) | Senior Manager | Reviewing July's, Augusts, and Sept. fee app | 11/20/2015 | $570.00 | 0.5 | $285.00 |
| Kennedy, Diana Lynn (US012436403) | Senior Manager | Reviewing Foley's comments to fee application and discussion with Jeff Wood on same. | 11/20/2015 | $570.00 | 1.5 | $855.00 |

Nortel Networks, Inc.
2015 Federal Consulting

| Employee | Rank | Description | Transaction Date | Rate | Hours | Fees |
|---|---|---|---|---|---|---|
| Kennedy,Diana Lynn (US012436403) | Senior Manager | Meet with team at Nortel for file pack-up. Review index and items for pack-up | 11/23/2015 | $570.00 | 1.5 | $855.00 |
| Kennedy,Diana Lynn (US012436403) | Senior Manager | Pro fee application submission review | 11/23/2015 | $570.00 | 0.5 | $285.00 |
| Kennedy,Diana Lynn (US012436403) | Senior Manager | Internal update meeting with Jeff W, Jim S, Kristy L and Doug A. Review slide deck for RKLS meeting | 11/23/2015 | $570.00 | 1.5 | $855.00 |
| Jacks,Sarah Butler (US011990278) | Senior Manager | Correspondence with K Carroll re: monthly close process for K Ponder | 10/31/2015 | $570.00 | 0.2 | $114.00 |
| Jacks,Sarah Butler (US011990278) | Senior Manager | 1441 memo correspondence with J Kennedy | 10/31/2015 | $570.00 | 0.1 | $57.00 |
| Jacks,Sarah Butler (US011990278) | Senior Manager | Correspondence with D Kennedy on EA amendment | 11/2/2015 | $570.00 | 0.1 | $57.00 |
| Jacks,Sarah Butler (US011990278) | Senior Manager | Update meeting with D Kennedy re: review of prof fee tax analysis | 11/2/2015 | $570.00 | 0.5 | $285.00 |
| Jacks,Sarah Butler (US011990278) | Senior Manager | Correspondence with D Kennedy re: E&P analysis | 11/3/2015 | $570.00 | 0.2 | $114.00 |
| Jacks,Sarah Butler (US011990278) | Senior Manager | Correspondence with D Kennedy and K Carroll re: professional fee analysis | 11/3/2015 | $570.00 | 0.3 | $171.00 |
| Jacks,Sarah Butler (US011990278) | Senior Manager | Correspondence with J Scott re: revised EA | 11/4/2015 | $570.00 | 0.3 | $171.00 |
| Jacks,Sarah Butler (US011990278) | Senior Manager | Review Nortel files for retention with K Ponder | 11/4/2015 | $570.00 | 0.5 | $285.00 |
| Jacks,Sarah Butler (US011990278) | Senior Manager | Call with D Kennedy re: work stream and hour break out for planning | 11/10/2015 | $570.00 | 0.2 | $114.00 |
| Higaki,Shiho (US012928270) | Manager | Nortel - discussion with Jeff on the APA filing | 11/9/2015 | $470.00 | 0.5 | $235.00 |
| Higaki,Shiho (US012928270) | Manager | Nortel - reading through 2008 APA filing | 11/9/2015 | $470.00 | 4.5 | $2,115.00 |
| Higaki,Shiho (US012928270) | Manager | Nortel - analyzing RPSM used in the APA | 11/9/2015 | $470.00 | 1.5 | $705.00 |
| Higaki,Shiho (US012928270) | Manager | Nortel RPSM analysis - reading slides | 11/11/2015 | $470.00 | 3.0 | $1,410.00 |
| Higaki,Shiho (US012928270) | Manager | Nortel - discussion with Jeff regarding an update on the pre controversy project | 11/13/2015 | $470.00 | 0.5 | $235.00 |
| Higaki,Shiho (US012928270) | Manager | Nortel - RPSM analysis - reading memo | 11/13/2015 | $470.00 | 2.0 | $940.00 |
| Higaki,Shiho (US012928270) | Manager | Nortel - analyzing the index created in October for the pre controversy project | 11/16/2015 | $470.00 | 0.5 | $235.00 |
| Higaki,Shiho (US012928270) | Manager | Nortel - discussion with Jeff and Loren regarding TP memo | 11/17/2015 | $470.00 | 0.5 | $235.00 |
| Higaki,Shiho (US012928270) | Manager | Nortel - reading summary slides on EMEIA Settlement | 11/18/2015 | $470.00 | 0.5 | $235.00 |
| Higaki,Shiho (US012928270) | Manager | Nortel - reading Canadian funding memo | 11/25/2015 | $470.00 | 1.0 | $470.00 |
| Forgey,Cody M. (US013434628) | Senior | Call to discuss position on treatment of IFSA and FCFSA settlement payments with Jeff Wood. | 10/29/2015 | $340.00 | 0.5 | $170.00 |
| Forgey,Cody M. (US013434628) | Senior | Liquidation costs memo: updating facts and background information | 11/25/2015 | $340.00 | 2.0 | $680.00 |
| Forgey,Cody M. (US013434628) | Senior | Liquidating costs memo: Final edits | 11/25/2015 | $340.00 | 1.8 | $612.00 |
| Clark,Randy (US013658668) | Manager | Nortel ULR updates with Diana Kennedy and Jeff Wood | 11/23/2015 | $470.00 | 1.0 | $470.00 |
| Carroll,Kara Ruth (US013382134) | Staff | Correspondence with Kristina on pro fee app and timing | 11/2/2015 | $210.00 | 1.0 | $210.00 |
| Carroll,Kara Ruth (US013382134) | Staff | Meeting with Tarryn & Diana on FY15 Nortel engagements including planning. | 11/2/2015 | $210.00 | 0.5 | $105.00 |
| Carroll,Kara Ruth (US013382134) | Staff | Updating the pro fee app for Diana and Jeff's comments. | 11/3/2015 | $210.00 | 1.0 | $210.00 |
| Carroll,Kara Ruth (US013382134) | Staff | Meeting with Diana and Tarryn to discuss pro fee analysis for Q3 timing. | 11/4/2015 | $210.00 | 1.5 | $315.00 |
| Carroll,Kara Ruth (US013382134) | Staff | Helping Sarah with closing documentation for litigation discovery. | 11/5/2015 | $210.00 | 0.5 | $105.00 |

Nortel Networks, Inc.
2015 Federal Consulting

| Employee | Rank | Description | Transaction Date | Rate | Hours | Fees |
|---|---|---|---|---|---|---|
| Carroll, Kara Ruth (US013382134) | Staff | Federal Return Documentation Project re: analysis of M-1's 2002 2001 | 11/5/2015 | $210.00 | 2.0 | $420.00 |
| Carroll, Kara Ruth (US013382134) | Staff | Federal Return Documentation Project re: analysis of Altsystems Inc. 2002-2011 including workpapers | 11/5/2015 | $210.00 | 1.0 | $210.00 |
| Carroll, Kara Ruth (US013382134) | Staff | Federal Return Documentation Project re: analysis of Altsystems International Inc. 2002-2011 including workpapers | 11/5/2015 | $210.00 | 1.0 | $210.00 |
| Carroll, Kara Ruth (US013382134) | Staff | Federal Return Documentation Project re: analysis of M-1's for Partnerships and CFCs | 11/5/2015 | $210.00 | 1.0 | $210.00 |
| Carroll, Kara Ruth (US013382134) | Staff | Federal Return Documentation Project re: Analysis of PEC and NGSI 2002 - 2011 | 11/5/2015 | $210.00 | 1.0 | $210.00 |
| Carroll, Kara Ruth (US013382134) | Staff | Federal Return Documentation Project re: analysis of Political Action Committee 2002-2011 | 11/5/2015 | $210.00 | 2.0 | $420.00 |
| Carroll, Kara Ruth (US013382134) | Staff | Meeting with Tarryn to discuss TY15 planning | 11/6/2015 | $210.00 | 2.0 | $420.00 |
| Carroll, Kara Ruth (US013382134) | Staff | Clearing Jim's comments on the September pro fee analysis. | 11/12/2015 | $210.00 | 1.0 | $210.00 |
| Carroll, Kara Ruth (US013382134) | Staff | Federal Return Documentation Project re: analysis of Altsystems Inc. & Subs 1998 including workpapers | 11/15/2015 | $210.00 | 0.5 | $105.00 |
| Carroll, Kara Ruth (US013382134) | Staff | Analysis and documentation of deductibility versus captialized treatment for professional fees due to potential court settlement. | 11/16/2015 | $210.00 | 2.5 | $525.00 |
| Carroll, Kara Ruth (US013382134) | Staff | Analysis and documentation of deductibility versus captialized treatment for professional fees due to potential court settlement. | 11/19/2015 | $210.00 | 2.5 | $525.00 |
| Carroll, Kara Ruth (US013382134) | Staff | Looking over the prof fee analysis for the week of 11/13 | 11/19/2015 | $210.00 | 0.5 | $105.00 |
| Carroll, Kara Ruth (US013382134) | Staff | Federal Return Documentation Project re: analysis of PR subs | 11/23/2015 | $210.00 | 3.5 | $735.00 |
| Carroll, Kara Ruth (US013382134) | Staff | Federal Return Documentation Project re: analysis of Avaya exemption certificates, NNI & Subs foreign workpapers | 11/24/2015 | $210.00 | 4.0 | $840.00 |
| Carroll, Kara Ruth (US013382134) | Staff | Federal Return Documentation Project re: analysis of Sprint exemption certificates, Verizon exemption certificates | 11/24/2015 | $210.00 | 4.0 | $840.00 |
| Breton, Kristina (US011742083) | Senior | Finalizing documentation for October pro fee app | 11/3/2015 | $340.00 | 0.5 | $170.00 |
| Breton, Kristina (US011742083) | Senior | Discussion with K. Carroll on documentation needed for October pro fee | 11/3/2015 | $340.00 | 3.0 | $1,020.00 |
| Breton, Kristina (US011742083) | Senior | Correspondence with J. Scott regarding fee rate increase | 11/3/2015 | $340.00 | 1.5 | $510.00 |
| Breton, Kristina (US011742083) | Senior | Preparing pro fee for review for October | 11/4/2015 | $340.00 | 2.0 | $680.00 |
| Breton, Kristina (US011742083) | Senior | Discussion with K. Carroll, T. Trombley, and Diana Kennedy | 11/6/2015 | $340.00 | 3.0 | $1,020.00 |
| Breton, Kristina (US011742083) | Senior | Analysis of professional fee deductibility versus captialized treatment due to pending court settlement. | 11/11/2015 | $340.00 | 5.0 | $1,700.00 |
| Breton, Kristina (US011742083) | Senior | Working on pro fee analysis through November 6 | 11/13/2015 | $340.00 | 2.0 | $680.00 |
| Breton, Kristina (US011742083) | Senior | Analysis of professional fee deductibility versus captialized treatment due to pending court settlement. | 11/16/2015 | $340.00 | 2.0 | $680.00 |

Nortel Networks, Inc.
2015 Federal Consulting

| Employee | Rank | Description | Transaction Date | Rate | Hours | Fees |
|---|---|---|---|---|---|---|
| Breton,Kristina (US011742083) | Senior | Revisions to the October professional fee tax analysis based on communication with individuals requiring follow up | 11/16/2015 | $340.00 | 2.0 | $680.00 |
| Breton,Kristina (US011742083) | Senior | Analysis of professional fee deductibility versus captalized treatment due to pending court settlement. | 11/16/2015 | $340.00 | 2.0 | $680.00 |
| Breton,Kristina (US011742083) | Senior | Analyze billing economics for potential 2016 workstreams | 11/22/2015 | $340.00 | 1.5 | $510.00 |
| Breton,Kristina (US011742083) | Senior | Team dicussion with K. Carroll and D. Kennedy regarding Foley File. | 11/23/2015 | $340.00 | 1.0 | $340.00 |
| Breton,Kristina (US011742083) | Senior | Emails to C. Martin in regards to professional fee tax analysis through November 20 | 11/24/2015 | $340.00 | 0.5 | $170.00 |
| Breton,Kristina (US011742083) | Senior | Setting up October professional fee tax analysis documentation | 11/24/2015 | $340.00 | 4.5 | $1,530.00 |
| Breton,Kristina (US011742083) | Senior | Professional fee tax analysis through November 20. Emails to K. Carroll and C. Martin | 11/25/2015 | $340.00 | 3.0 | $1,020.00 |
| Breton,Kristina (US011742083) | Senior | Further work on October professional fee tax analysis documentation for Foley | 11/25/2015 | $340.00 | 2.5 | $850.00 |
| Breton,Kristina (US011742083) | Senior | Analysis of professional fee deductibility versus captalized treatment due to pending court settlement. | 11/25/2015 | $340.00 | 0.5 | $170.00 |
| Beakey III,Andrew M (US011131290) | Partner/Principal | Status call with EY team to discuss compliance reporting items and issues | 11/9/2015 | $660.00 | 0.8 | $528.00 |
| Beakey III,Andrew M (US011131290) | Partner/Principal | Conference call with RLKS to discuss Court proceedings and employment/claims reporting and analysis | 11/13/2015 | $660.00 | 0.6 | $396.00 |
| Beakey III,Andrew M (US011131290) | Partner/Principal | Consultation with RLKS regarding claims support and status of 2015 tax projects | 11/18/2015 | $660.00 | 1.4 | $924.00 |
| Beakey III,Andrew M (US011131290) | Partner/Principal | consultation with RLKS on claim management and tax compliance year end issues | 11/23/2015 | $660.00 | 0.8 | $528.00 |
| Barnard,Brett A (US013556185) | Staff | Federal Returns Records Analysis - Years: 2002 - 2009, consolidated returns, Form 5471's and 5472's | 11/4/2015 | $210.00 | 0.5 | $105.00 |
| Barnard,Brett A (US013556185) | Staff | Federal Returns Records Analysis - Years: 2002 - 2009, Entities: NNIII, HPOCS, CALA, Xros, Coretek | 11/4/2015 | $210.00 | 1.3 | $273.00 |
| Barnard,Brett A (US013556185) | Staff | Federal Returns Records Analysis - Years: 2002 - 2009, Entities/Forms: NN Capital Corp, Qtera, Sonoma Systems, NN Optical Components, Form 8858's, FTC's, NGSI | 11/5/2015 | $210.00 | 2.2 | $462.00 |
| Barnard,Brett A (US013556185) | Staff | Federal Returns Records Analysis - Years: 2002 - 2009, Entities/Forms: Extensions/Payments, NN Ltd., NN Corp., Nortel Altsystems (Int'l) | 11/5/2015 | $210.00 | 1.5 | $315.00 |
| Barnard,Brett A (US013556185) | Staff | Federal Returns Records Analysis - Years: 2002 - 2009, Entities/Forms: M-1 Calculations, Excise Tax, Reportable Transactions | 11/5/2015 | $210.00 | 3.0 | $630.00 |
| Abbott,Douglas J. (US012013835) | Partner/Principal | Insolvent subsidiary research on liquidation gain | 11/5/2015 | $660.00 | 2.0 | $1,320.00 |
| Abbott,Douglas J. (US012013835) | Partner/Principal | Agenda refresh for meeting with r Lydecker | 11/6/2015 | $660.00 | 1.0 | $660.00 |
| Abbott,Douglas J. (US012013835) | Partner/Principal | Meeting with R Lydecker to discuss project status | 11/6/2015 | $660.00 | 2.0 | $1,320.00 |
| Abbott,Douglas J. (US012013835) | Partner/Principal | Project update call to discuss internally the status of open projects with Jeff Wood | 11/9/2015 | $660.00 | 1.0 | $660.00 |

Nortel Networks, Inc.
2015 Federal Consulting

| Employee | Rank | Description | Transaction Date | Rate | Hours | Fees |
|---|---|---|---|---|---|---|
| Abbott, Douglas J. (US012013835) | Partner/Principal | Review Jeff Wood prepared sensitivity analysis on tax consequences of various payout scenarios | 11/12/2015 | $660.00 | 2.0 | $1,320.00 |
| Abbott, Douglas J. (US012013835) | Partner/Principal | Comments on tax analysis revisions for purposes of sensitivity analysis | 11/12/2015 | $660.00 | 1.0 | $660.00 |
| Abbott, Douglas J. (US012013835) | Partner/Principal | Preparation and participation of R. Lydecker call and agenda set for December 1st meeting. | 11/13/2015 | $660.00 | 1.0 | $660.00 |
| Abbott, Douglas J. (US012013835) | Partner/Principal | Weekly update call regarding ongoing federal projects with J. Scott, D. Kennedy, J. Wood, T. Trombley, A. Beakey | 11/16/2015 | $660.00 | 1.0 | $660.00 |
| Abbott, Douglas J. (US012013835) | Partner/Principal | Review stock basis calculation for unified loss rules | 11/18/2015 | $660.00 | 2.0 | $1,320.00 |
| Abbott, Douglas J. (US012013835) | Partner/Principal | Review of unified loss memo | 11/19/2015 | $660.00 | 2.0 | $1,320.00 |
| Abbott, Douglas J. (US012013835) | Partner/Principal | Prep and call with Lydecker regarding status of current engagements. | 11/20/2015 | $660.00 | 1.0 | $660.00 |
| | | | Total | | 306.4 | 151,268.0 |

Nortel Networks, Inc.
2015 International Consulting

| Employee | Rank | Description | Transaction Date | Rate | Hours | Fees |
|---|---|---|---|---|---|---|
| Wood, Jeffrey T (US013081390) | Executive Director | Conference call with Garrett D. on outbound analysis | 11/12/2015 | $660.00 | 0.5 | $330.00 |
| Wood, Jeffrey T (US013081390) | Executive Director | Research DHL case in advance of TP cal | 11/17/2015 | $660.00 | 1.7 | $1,122.00 |
| Wood, Jeffrey T (US013081390) | Executive Director | Develop side by side comparison on ruling positions on TP related matters for pending meetings with RLKS | 11/17/2015 | $660.00 | 2.0 | $1,320.00 |
| Wood, Jeffrey T (US013081390) | Executive Director | Compile a summary of evidence related to TP case | 11/17/2015 | $660.00 | 1.5 | $990.00 |
| Wood, Jeffrey T (US013081390) | Executive Director | Review recent IRS advisement on payments to foreign governments in relation to Nortel settlements | 11/23/2015 | $660.00 | 0.8 | $528.00 |
| Tufino, Salvatore J. (US012310534) | Executive Director | CATCH UP FROM GARRETT DAVIDSON RE INTERNATIONAL TAX OPEN ITEMS TO FOCUS ON FY16. | 11/5/2015 | $660.00 | 0.5 | $330.00 |
| Tufino, Salvatore J. (US012310534) | Executive Director | DISCUSSIONS REGARDING THE LIQUIDATION OF THE U.S. (NNI) AND THE MECHANICS RELATED THERETO. | 11/11/2015 | $660.00 | 0.5 | $330.00 |
| Tufino, Salvatore J. (US012310534) | Executive Director | E-MAILS WITH GARY SCANLON (NATIONAL TAX) RE THE LIQUIDATION OF NNI AND U.S. FEDERAL INCOME TAX TREATMENT. | 11/12/2015 | $660.00 | 0.5 | $330.00 |
| Tufino, Salvatore J. (US012310534) | Executive Director | CONFERENCE CALL WITH JEFFREY WOOD AND GARRETT DAVIDSON REGARDING THE LIQUIDATION OF THE US. | 11/18/2015 | $660.00 | 0.5 | $330.00 |
| Tufino, Salvatore J. (US012310534) | Executive Director | DISCUSS LIQUIDATION SCENARIO SLIDES AND NEXT STEPS RELATED THERETO FOLLOWING CONFERENCE CALL WITH JEFF WOOD. | 11/20/2015 | $660.00 | 0.5 | $330.00 |
| Tarud, Jessica (US013519963) | Staff | Researched the background information needed to understand the liquidation process that Nortel is going through. | 11/2/2015 | $210.00 | 3.5 | $735.00 |
| Tarud, Jessica (US013519963) | Staff | Researched and obtained information needed to prepare the Information Request List and Compliance Checklist for Nortel liquidation | 11/3/2015 | $210.00 | 3.5 | $735.00 |
| Tarud, Jessica (US013519963) | Staff | Prepared the Information Request List for Nortel liquidation | 11/4/2015 | $210.00 | 1.5 | $315.00 |
| Tarud, Jessica (US013519963) | Staff | Prepared the Information Request List and Compliance Checklist for Nortel liquidation | 11/6/2015 | $210.00 | 6.0 | $1,260.00 |
| Tarud, Jessica (US013519963) | Staff | Researched prepared document overpayment interest, as well as the differences between the section 331 and 332 liquidation related to the bankruptcy of Canadian entity. | 11/9/2015 | $210.00 | 7.0 | $1,470.00 |
| Tarud, Jessica (US013519963) | Staff | Researched and prepared document with the differences between section 331 and 332 liquidation related to the liquidation that the Indian subsidiary of NNI is going through. | 11/10/2015 | $210.00 | 4.0 | $840.00 |
| Tarud, Jessica (US013519963) | Staff | Understanding and Preparing the outline in order to develop the Research Memo for the Canadian entity in liquidation. | 11/11/2015 | $210.00 | 4.0 | $840.00 |
| Tarud, Jessica (US013519963) | Staff | Further developing the first outline in order to develop the Research Memo for the Canadian entity in liquidation and send the outline for review to senior. | 11/13/2015 | $210.00 | 4.0 | $840.00 |

Nortel Networks, Inc.
2015 International Consulting

| Employee | Rank | Description | Transaction Date | Rate | Hours | Fees |
|---|---|---|---|---|---|---|
| Tarud,Jessica (US013519963) | Staff | Obtain the outline for reviewed by the senior and discussed points in order to develop the Memo for the Canadian liquidating distribution. | 11/18/2015 | $210.00 | 2.5 | $525.00 |
| Tarud,Jessica (US013519963) | Staff | Preparing the Memo for liquidating distribution as well as further researching the reasons that section 332 does not apply while section 331 does apply. | 11/19/2015 | $210.00 | 6.0 | $1,260.00 |
| Tarud,Jessica (US013519963) | Staff | Developing the Nortel Memo for the Canadian liquidating distribution. | 11/20/2015 | $210.00 | 3.0 | $630.00 |
| Tarud,Jessica (US013519963) | Staff | Researching FIRTPA provisions related to the bankruptcy transaction and developing the paragraph in order to include in the memo. | 11/24/2015 | $210.00 | 4.0 | $840.00 |
| Tarud,Jessica (US013519963) | Staff | Further integrating the FIRTPA paragraphs as well as developing the Appending for the Nortel Memo for the liquidation of US into Canada corporations. | 11/25/2015 | $210.00 | 0.5 | $105.00 |
| Simmons,Veronica (US013747746) | Staff | Researched 331 timing requirements, specifically to see if there were any similarities to 332 | 11/2/2015 | $210.00 | 2.0 | $420.00 |
| Simmons,Veronica (US013747746) | Staff | Continued research on 331 timing requirements, specifically if there were any tax effects for multi year distributions | 11/4/2015 | $210.00 | 2.0 | $420.00 |
| Simmons,Veronica (US013747746) | Staff | Wrapped up research on 331 timing requirements | 11/5/2015 | $210.00 | 1.0 | $210.00 |
| Simmons,Veronica (US013747746) | Staff | Documented findings of 331 timing requirements research | 11/9/2015 | $210.00 | 2.0 | $420.00 |
| Simmons,Veronica (US013747746) | Staff | Edited and reviewed research, finalized information for meeting | 11/10/2015 | $210.00 | 1.0 | $210.00 |
| Simmons,Veronica (US013747746) | Staff | Met with EY team to discuss findings on 331 and 332 requirements | 11/11/2015 | $210.00 | 0.5 | $105.00 |
| Scanlon,Gary R (US012749048) | Senior Manager | Meeting with Garrett Davidson, review, and research regarding US tax consequences of outbound liquidation | 11/11/2015 | $570.00 | 2.5 | $1,425.00 |
| Ponds,Loren C. (US012868092) | Senior Manager | Starting to draft TP opinion | 11/19/2015 | $570.00 | 3.0 | $1,710.00 |
| Gouri,Amit (US013615614) | Senior Manager | India tax advice - providing an update on the current status of the refunds in India | 11/2/2015 | $570.00 | 3.0 | $1,710.00 |
| Gouri,Amit (US013615614) | Senior Manager | India tax advice - Assistance in resolving the mismatch in the refund amount as per NTEC and that as per tax department | 11/20/2015 | $570.00 | 3.0 | $1,710.00 |
| Forgey,Cody M. (US013434628) | Senior | Review of Canadian Ruling of Reconsideration, IFSA and FCFSA | 11/10/2015 | $340.00 | 1.5 | $510.00 |
| De la Rosa,Anabel (US013515339) | Senior | Nortel - Created FY2016 TP IP Planning opportunity doc for Interaction | 10/27/2015 | $340.00 | 0.4 | $136.00 |
| De la Rosa,Anabel (US013515339) | Senior | Nortel - Planning for ITS Advisory and ITS Compliance | 10/28/2015 | $340.00 | 1.0 | $340.00 |
| De la Rosa,Anabel (US013515339) | Senior | Nortel - Updated with Garrett regarding ITS advisory and compliance | 10/29/2015 | $340.00 | 0.5 | $170.00 |

Nortel Networks, Inc.
2015 International Consulting

| Employee | Rank | Description | Transaction Date | Rate | Hours | Fees |
|---|---|---|---|---|---|---|
| De la Rosa, Anabel (US013515339) | Senior | Nortel Deemed IP Distribution - Met with Jessica and Veronica to discuss to-do's: IDR for tax basis and asset bases for IP distribution; research on Sec 331 timing considerations; compliance checklist for 332 vs 331 liquidation | 11/2/2015 | $340.00 | 1.0 | $340.00 |
| De la Rosa, Anabel (US013515339) | Senior | Nortel - Discussed with Garrett on status of Nortel IP Deemed Distributions and to dos | 11/2/2015 | $340.00 | 0.5 | $170.00 |
| De la Rosa, Anabel (US013515339) | Senior | Nortel - Discussion with Garrett regarding research for Deemed IP distribution; TY15 compliance to-do's related to compliance; scheduled call with Gary to discuss research on deemed IP distribution | 11/6/2015 | $340.00 | 0.5 | $170.00 |
| De la Rosa, Anabel (US013515339) | Senior | Nortel - Working on facts email for discussion with Gary; incorporating Veronica's research into deck | 11/6/2015 | $340.00 | 4.0 | $1,360.00 |
| De la Rosa, Anabel (US013515339) | Senior | Nortel - Background and facts email to send to Gary for call on Thurs | 11/10/2015 | $340.00 | 0.5 | $170.00 |
| De la Rosa, Anabel (US013515339) | Senior | Nortel Deemed IP LD - Reviewed/updated IDR prepared by Jessica | 11/11/2015 | $340.00 | 0.5 | $170.00 |
| De la Rosa, Anabel (US013515339) | Senior | Nortel Deemed IP LD - Discussion with Gary, Jessica, and Garrett re characterization of transaction for US purposes | 11/11/2015 | $340.00 | 1.0 | $340.00 |
| De la Rosa, Anabel (US013515339) | Senior | Nortel Deemed IP Liquidation - Explained discussion with Gary to Jessica (332 vs. 331 treatment) | 11/11/2015 | $340.00 | 0.5 | $170.00 |
| De la Rosa, Anabel (US013515339) | Senior | Nortel Deemed IP LQ - Discussion with Veronica and Garrett regarding Veronica's research on timing requirements in a Sec 331 context | 11/11/2015 | $340.00 | 0.5 | $170.00 |
| De la Rosa, Anabel (US013515339) | Senior | Nortel - Discussed with Jessica re Memo to the tax files for the Deemed IP Liquidation of NNI | 11/13/2015 | $340.00 | 0.5 | $170.00 |
| De la Rosa, Anabel (US013515339) | Senior | Nortel IP Distribution - Call with Jeffrey and Sal to discuss Global asset sale; decide on the date of deemed distribution; timing of liquidation; compliance requirements | 11/18/2015 | $340.00 | 0.5 | $170.00 |
| De la Rosa, Anabel (US013515339) | Senior | Nortel IP Distribution - Reviewed outline that Jessica put together and provided comments | 11/19/2015 | $340.00 | 0.5 | $170.00 |
| De la Rosa, Anabel (US013515339) | Senior | Nortel IP Distribution - Call with Garrett and Jessica to go over IP distribution outline for the Memo and also discussed solvency considerations | 11/19/2015 | $340.00 | 0.5 | $170.00 |
| Davidson, Garrett M. (US012966979) | Manager | Inbound liquidation of NTEC and determining treatment if 3 year rule is not met | 11/2/2015 | $470.00 | 4.0 | $1,880.00 |
| Davidson, Garrett M. (US012966979) | Manager | Outbound liquidation analysis memo outline review | 11/9/2015 | $470.00 | 3.0 | $1,410.00 |
| Davidson, Garrett M. (US012966979) | Manager | Email regarding facts with Anabel and Jessica | 11/10/2015 | $470.00 | 2.0 | $940.00 |
| Davidson, Garrett M. (US012966979) | Manager | Prep and calls with Gary Scanlon re: treatment of court settlement | 11/11/2015 | $470.00 | 6.0 | $2,820.00 |

Nortel Networks, Inc.
2015 International Consulting

| Employee | Rank | Description | Transaction Date | Rate | Hours | Fees |
|---|---|---|---|---|---|---|
| Davidson,Garrett M. (US012966979) | Manager | Analysis around timing of sale of assets for NN | 11/12/2015 | $470.00 | 5.0 | $2,350.00 |
| Davidson,Garrett M. (US012966979) | Manager | Review of outline for technical memo on outbound liquidation | 11/18/2015 | $470.00 | 6.0 | $2,820.00 |
| | | | Totals | | 118.9 | 41,791.0 |

Nortel Networks, Inc.
2015 SALT Consulting

| Employee | Rank | Description | Transaction Date | Rate | Hours | Fees |
|---|---|---|---|---|---|---|
| Wolpert, Samantha (US013717814) | Staff | State Return Documentation Project re: analysis of NNI & Subs state workpapers for years 1999-2004 | 11/4/2015 | $210.00 | 8.0 | $1,680.00 |
| Wolpert, Samantha (US013717814) | Staff | State Return Documentation Project re: analysis of CALA state returns and workpapers for years 2002-2004 | 11/5/2015 | $210.00 | 7.5 | $1,575.00 |
| Wolpert, Samantha (US013717814) | Staff | State Return Documentation Project re: analysis of 2002-2012 CALA, Epicon, Altsystems, and Nortel Network Finance returns and workpapers. | 11/13/2015 | $210.00 | 3.0 | $630.00 |
| Wolpert, Samantha (US013717814) | Staff | State Return Documentation Project re: analysis of 2002-2012 NNHPOCS, NNII, and Coretek tax returns and workpapers. | 11/13/2015 | $210.00 | 2.0 | $420.00 |
| Wolpert, Samantha (US013717814) | Staff | State Return Documentation Project re: analysis of Texas R&D credit for years 2002-2004 | 11/13/2015 | $210.00 | 2.0 | $420.00 |
| Wolpert, Samantha (US013717814) | Staff | State Return Documentation Project re: analysis of 2002-2006 Epicon Income Tax Returns and 2002-2011 Epicon and Altsystems Income Tax Returns and workpapers. | 11/13/2015 | $210.00 | 1.0 | $210.00 |
| Williams, Mark (US013717769) | Staff | Update the DC Ballpark Fee Schedule | 10/18/2015 | $210.00 | 2.0 | $420.00 |
| Williams, Mark (US013717769) | Staff | Research related to the 2004 DC tax filings for the DC Ballpark Fee analysis. | 11/5/2015 | $210.00 | 1.0 | $210.00 |
| Williams, Mark (US013717769) | Staff | Documenting 2006-2007 WV state returns for state return analysis project. | 11/5/2015 | $210.00 | 1.0 | $210.00 |
| Williams, Mark (US013717769) | Staff | Documenting 2002-2012 NNHPOCS, NNII, and Coretek tax returns and workpapers. | 11/5/2015 | $210.00 | 3.0 | $630.00 |
| Williams, Mark (US013717769) | Staff | Documenting 2002-2012 Cala, Epicon, Altsystems, Nortel Network Finance, and AC Technology tax returns and workpapers. | 11/5/2015 | $210.00 | 3.0 | $630.00 |
| Williams, Mark (US013717769) | Staff | Documenting 2002-2010 Political Action Committee Income Tax Return, 2005-2008 AC Technology 1120 Proformas, and 2002-2007 Nortel Networks US Finance Income Tax Returns. | 11/10/2015 | $210.00 | 2.0 | $420.00 |
| Williams, Mark (US013717769) | Staff | Documenting 2002-2006 Epicon Income Tax Returns and 2002-2011 Epicon and Altsystems Income Tax Returns and work papers. | 11/10/2015 | $210.00 | 1.3 | $273.00 |
| Williams, Mark (US013717769) | Staff | Documenting 2003-2008 Altsystems International Income Tax Returns, 2003-2008 FBAR for Altsystems Inc., and 1980-1994 NTI&Subs RARs | 11/13/2015 | $210.00 | 3.0 | $630.00 |
| Williams, Mark (US013717769) | Staff | Documenting 2005-2009 quarterly tax provisions for NNI&Subs, NNC&Subs and the 3005-2009 Form 990 for Nortel LearnIt. | 11/13/2015 | $210.00 | 3.0 | $630.00 |
| Williams, Mark (US013717769) | Staff | Documenting 2005-2008 Tax Account Roll forwards for NNI&Subs, 2005-2007 Balance Sheet Reviews, Vacation Tracking Tool, Tax Calendar for Nortel Networks | 11/13/2015 | $210.00 | 2.0 | $420.00 |
| Williams, Mark (US013717769) | Staff | Updating the DC Ballpark Fee Calculation to include NNI, PEC, AC Tech 2004 Returns | 11/16/2015 | $210.00 | 1.0 | $210.00 |
| Williams, Mark (US013717769) | Staff | Updating the DC Ballpark Fee Calculation to include NNI and PEC 2005 Returns. Discussion with Ari Shapiro regarding calculation. | 11/18/2015 | $210.00 | 1.5 | $315.00 |
| Shapiro, Ari J (US013597642) | Staff | October tax receivable/payable account analysis - Schedule Update | 11/4/2015 | $210.00 | 2.5 | $525.00 |

Nortel Networks, Inc.
2015 SALT Consulting

| Employee | Rank | Description | Transaction Date | Rate | Hours | Fees |
|---|---|---|---|---|---|---|
| Shapiro,Ari J (US013597642) | Staff | State Return Review Project - Team Conference Call | 11/4/2015 | $210.00 | 0.5 | $105.00 |
| Shapiro,Ari J (US013597642) | Staff | Nortel Planning Conversation with K. Carrol | 11/4/2015 | $210.00 | 0.8 | $168.00 |
| Shapiro,Ari J (US013597642) | Staff | October tax receivable/payable account analysis - Preparing JEs | 11/5/2015 | $210.00 | 1.1 | $231.00 |
| Shapiro,Ari J (US013597642) | Staff | Confirmation with MA DOR regarding Request for Certificate of Good Standing for Sonoma | 11/3/2015 | $210.00 | 1.3 | $273.00 |
| Shapiro,Ari J (US013597642) | Staff | Attempted follow up with State of Hawaii regarding tax clearance | 11/5/2015 | $210.00 | 1.5 | $315.00 |
| Shapiro,Ari J (US013597642) | Staff | MS Notice Research | 11/2/2015 | $210.00 | 1.3 | $273.00 |
| Shapiro,Ari J (US013597642) | Staff | Reviewing Updated DC Ballpark Fee Research by M. Williams | 11/3/2015 | $210.00 | 2.7 | $567.00 |
| Shapiro,Ari J (US013597642) | Staff | Sharing review notes of updated DC Ballpark Fee calculation with M. Williams | 11/3/2015 | $210.00 | 1.7 | $357.00 |
| Shapiro,Ari J (US013597642) | Staff | NNI Refund from Utah - Prep for USTC hearing | 11/5/2015 | $210.00 | 0.8 | $168.00 |
| Shapiro,Ari J (US013597642) | Staff | NNI Refund from Utah - USTC hearing additional prep post-review by M. Gentile | 11/6/2015 | $210.00 | 0.3 | $63.00 |
| Shapiro,Ari J (US013597642) | Staff | October tax receivable/payable account analysis - Finalizing JEs | 11/11/2015 | $210.00 | 0.6 | $126.00 |
| Shapiro,Ari J (US013597642) | Staff | Utah State Tax Commission Hearing | 11/18/2015 | $210.00 | 0.4 | $84.00 |
| Shapiro,Ari J (US013597642) | Staff | Meeting regarding DC projects with M. Gentile | 11/18/2015 | $210.00 | 0.5 | $105.00 |
| Shapiro,Ari J (US013597642) | Staff | Discussing review notes of updated DC Ballpark Fee calculation with M. Williams | 11/18/2015 | $210.00 | 0.4 | $84.00 |
| Scott,James E (US011119307) | Partner/Principal | State refund update with Matt Gentile | 11/12/2015 | $660.00 | 0.6 | $396.00 |
| Goodwin,Mary Kathleen (US013717820) | Staff | Analysis of NNI & Subs State Returns years 2005-2006 | 11/4/2015 | $210.00 | 3.0 | $630.00 |
| Goodwin,Mary Kathleen (US013717820) | Staff | Analysis of NNI & Subs State Returns years 2007-2008 | 11/4/2015 | $210.00 | 3.0 | $630.00 |
| Goodwin,Mary Kathleen (US013717820) | Staff | Analysis of NNI & Subs State Returns years 2009-2010 | 11/4/2015 | $210.00 | 2.0 | $420.00 |
| Goodwin,Mary Kathleen (US013717820) | Staff | Analysis of NNC & Subs Federal workpapers years 2005-2006 | 11/5/2015 | $210.00 | 3.0 | $630.00 |
| Goodwin,Mary Kathleen (US013717820) | Staff | Analysis of NNI & Subs Federal workpapers years 2005-2006 | 11/5/2015 | $210.00 | 3.5 | $735.00 |
| Goodwin,Mary Kathleen (US013717820) | Staff | Analysis of NNI & Subs Federal workpapers years 2007-2008 | 11/10/2015 | $210.00 | 3.0 | $630.00 |
| Goodwin,Mary Kathleen (US013717820) | Staff | Analysis of NNC & Subs Federal workpapers years 2007-2008 | 11/10/2015 | $210.00 | 1.5 | $315.00 |
| Gentile,Matthew Donald (US01254805) | Senior Manager | Discussions and responses to questions with RKLS personnel and EY on state documentation work | 11/4/2015 | $570.00 | 4.0 | $2,280.00 |
| Gentile,Matthew Donald (US01254805) | Senior Manager | Review e-mailed questions from Ari Shapiro on September month-end close | 11/4/2015 | $570.00 | 0.3 | $171.00 |
| Gentile,Matthew Donald (US01254805) | Senior Manager | Review Ari Shapiro's questions on Simona's Massachusetts clearance | 11/3/2015 | $570.00 | 0.3 | $171.00 |
| Gentile,Matthew Donald (US01254805) | Senior Manager | Review Mississippi notice sent by Kim Ponder | 11/2/2015 | $570.00 | 0.3 | $171.00 |
| Gentile,Matthew Donald (US01254805) | Senior Manager | Review October close entries sent by Ari Shapiro | 11/11/2015 | $570.00 | 0.8 | $456.00 |
| Gentile,Matthew Donald (US01254805) | Senior Manager | Update on state documentation work with Kara, Ari, Sam, Mark, and Mary | 11/11/2015 | $570.00 | 0.7 | $399.00 |
| Gentile,Matthew Donald (US01254805) | Senior Manager | Receive approval for Utah tax commission discussion | 11/9/2015 | $570.00 | 0.8 | $456.00 |
| Gentile,Matthew Donald (US01254805) | Senior Manager | Phone call with Utah auditor and e-mail updates to Tim Ross | 11/12/2015 | $570.00 | 0.8 | $456.00 |
| Gentile,Matthew Donald (US01254805) | Senior Manager | Review Mississippi response sent by Kim Ponder | 11/13/2015 | $570.00 | 0.4 | $228.00 |
| Gentile,Matthew Donald (US01254805) | Senior Manager | Utah state tax commission hearing | 11/18/2015 | $570.00 | 1.0 | $570.00 |

Nortel Networks, Inc.
2015 SALT Consulting

| Employee | Rank | Description | Transaction Date | Rate | Hours | Fees |
|---|---|---|---|---|---|---|
| Carroll, Kara Ruth (US013382134) | Staff | State Return Documentation Project re: analysis of 2011 NNI and Subs state returns | 11/3/2015 | $210.00 | 3.5 | $735.00 |
| Carroll, Kara Ruth (US013382134) | Staff | Reviewing Mark's work on the State Return Analysis project | 11/4/2015 | $210.00 | 2.0 | $420.00 |
| Carroll, Kara Ruth (US013382134) | Staff | Call with Matt, Ari, Mary, Brett, and Sam to discuss Iron Mountain processing. | 11/4/2015 | $210.00 | 0.8 | $168.00 |
| Barnard, Brett A (US013556185) | Staff | State Returns Records Analysis: NNIII, NNC and Subs | 11/3/2015 | $210.00 | 0.3 | $63.00 |
| Barnard, Brett A (US013556185) | Staff | State Returns Review Analysis - Years: 1999-2002, Entities: Clarify, NNI and Subs, Alteon Websystems, Files: State returns, permanent files | 11/4/2015 | $210.00 | 1.7 | $357.00 |
| Barnard, Brett A (US013556185) | Staff | Team meeting to discuss logistics on documentation of State Returns Records Analysis | 11/4/2015 | $210.00 | 0.2 | $42.00 |
| | | | Total | | 101.2 | 24,906.0 |