**Exhibit B**

**Nortel Networks, Inc.**
**Expenses**

| Employee | Description | Transaction Date | Expenses |
|---|---|---|---|
| Wood,Jeffrey T (US013081390) | Mileage: \\Client to office and back | 11/16/2015 | $18.40 |
| Wood,Jeffrey T (US013081390) | Air: Engagement meetings\\JRNIXC | 11/13/2015 | $559.70 |
| Wood,Jeffrey T (US013081390) | Mileage: \\client to office and back | 11/17/2015 | $18.40 |
| Williams,Mark (US013717769) | Mileage: Drove from home to the client and back home. Home --> client--> home = 35 Home --> office --> home = 9\\Apartment to Client | 11/5/2015 | $14.95 |
| Trombley,Tarryn Kate Gurney (US01289087 | Mileage: Mileage to Nortel and back for meeting with Nick Quigley. 6.3 miles each way above normal commute\\EY Ofice and Nortel | 11/12/2015 | $7.48 |
| Scott,James E (US011119307) | Mileage: Roundtrip mileage for meetings @ Nortel.\\EY / Norte | 10/27/2015 | $15.53 |
| Kennedy,Diana Lynn (US012436403) | Air: AMEX transaction fee\\NOYSDX | 11/10/2015 | $7.00 |
| Kennedy,Diana Lynn (US012436403) | Air: Travel for client work / meetings\\NOYSDX | 11/10/2015 | $378.92 |
| Jacks,Sarah Butler (US011990278) | Mileage: mileage above normal commute to/from Nortel offices\\ey office to/from nortel offices | 11/4/2015 | $12.65 |
| Goodwin,Mary Kathleen (US013717820) | Mileage: Home to office: 4.9 miles Home to Nortel: 18.2 miles (18.2 4.9)*2=26.6 miles\\Home-Nortel-Home | 11/4/2015 | $15.53 |
| Goodwin,Mary Kathleen (US013717820) | Mileage: Home to office: 4.9 miles Home to Nortel: 18.2 miles (18.2 4.9)*2=26.6 miles\\Home-Nortel-Home | 11/5/2015 | $15.53 |
| Goodwin,Mary Kathleen (US013717820) | Mileage: Home to Office: 4.9 miles Home to Nortel: 18.3 miles 18.3 4.9=13.4\\Home-Nortel | 11/10/2015 | $7.48 |
| Gentile,Matthew Donald (US012548056) | Mileage: The business purpose of this expense was to travel to a client meeting. The origin was the EY Office and the destination was Research Triangle Park.\\EY Office; RTP | 10/28/2015 | $16.10 |
| Gentile,Matthew Donald (US012548056) | Mileage: The business purpose of this expense was to travel to a client location for meetings. The origin was the EY Office and the destination was Research Triangle Park.\\EY Office; RTP | 11/11/2015 | $16.10 |
| Davidson,Garrett M. (US012966979) | Air: Airfare expense incurred to travel to Atlanta to meet with Steve Puett (Tax Partner) to discuss upcoming Nortel tax projects\\WXYOLJ | 10/4/2015 | $342.09 |
| Carroll,Kara Ruth (US013382134) | Mileage: Mileage for driving to Nortel. One Round trip= 27 x 5 trips =135 miles \\Office to Nortel | 11/4/2015 | $77.63 |

**Nortel Networks, Inc.**
**Expenses**

| Employee | Description | Transaction Date | Expenses |
|---|---|---|---|
| Carroll,Kara Ruth (US013382134) | Mileage: Office to Nortel 23 miles x 4 trips = 92 miles\\Office to Nortel | 11/20/2015 | $52.90 |
| | | **Totals** | **$1,576.39** |

* All Air Reservations were made at coach/economy fare.