# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------X
:
*In re*  :   Chapter 11
:
:   Case No. 09-10138 (KG)
Nortel Networks Inc., *et al.*,  :
:   Jointly Administered
              Debtors.  :
:
----------------------------------------------------------X

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

      Pursuant to Local Rule 9010-1 and the attached certification, Tamara K. Minott, hereby moves for the admission pro hac vice of Philip A. Cantwell (the "Admittee") of Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, New York 10006 to represent Nortel Networks Inc. and certain of its affiliates, as debtors and debtors in possession (collectively, the "Debtors"), in connection with the above-captioned proceedings.

Dated: December 10, 2015      MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Wilmington, Delaware

                                        */s/ Tamara K. Minott*
                                  Tamara K. Minott (No. 5643)
                                  1201 North Market Street
                                  Wilmington, Delaware 19801
                                  Telephone: (302) 658-9200
                                  Facsimile: (302) 658-3989

                                  *Counsel for the Debtors*
                                  *and Debtors-in-Possession*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission pro hac vice is granted.

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of New York and the Bar of the State of Missouri, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this proceeding. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund effective July 23, 2009. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

Dated: December 10, 2015
New York, New York

                                              /s/ Philip Cantwell
                                              Philip A. Cantwell
                                              Cleary Gottlieb Steen & Hamilton LLP
                                              One Liberty Plaza
                                              New York, New York 10006
                                              Telephone: (212) 225-2000
                                              Fax: (212) 225-3999
                                              Email: pcantwell@cgsh.com