# Exhibit B

**EXPENSE SUMMARY**

Nortel Networks, Inc., *et al.*
(Case No. 09-10138 (KG))

November 1, 2015 through November 30, 2015

| **Expense Category** | **Service Provider (if applicable)** | **Total Expenses** |
|---|---|---|
| Photos/Art/Spec Duplicating | Out of Office | $2,077.43 |
| Travel | | 112.40 |
| Messenger Services | | 120.00 |
| Courier/Delivery Service | | 3,351.74 |
| Computer Research | Westlaw | 65.48 |
| In-House Duplicating | | 108.80 |
| Postage | | 64.18 |
| Facsimile | | 38.25 |
| Pacer | | 13.30 |
| Hotel Accommodations | | 1,319.76 |
| **Total Expenses** | | **$7,271.34** |

**COST ENTRIES**

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---:|---|---|---|---|
| 1366570 | 11/03/15 | B | 1,096.78 | Photos/Art/Spec Duplicating-Out of Office - D DISCOVERY - BANKRUPTCY SERVICE - 11/3/15 | 510 | 971 | 212804 |
| 1369576 | 11/10/15 | B | 827.90 | Photos/Art/Spec Duplicating-Out of Office - D DISCOVERY COPY/PRINT & FAX - 11/10/15 | 510 | 684 | 213091 |
| 1372157 | 11/25/15 | B | 152.75 | Photos/Art/Spec Duplicating-Out of Office - D DISCOVERY - BANKRUPTCY SERVICE - 11/25/15 | 510 | 684 | 213308 |
| 1366666 | 11/09/15 | B | 11.00 | Travel - DEREK C. ABBOTT - REIMBURSEMENT OF PARKING EXPENSES TO ATTEND NORTEL MEDIATION - NYC - 11/9/15 | 511 | 322 | 212836 |
| 1367735 | 11/11/15 | B | 34.25 | Travel - DEREK C. ABBOTT - REIMBURSEMENT OF PARKING AND SUBWAY EXPENSES - ATTEND NORTEL ALLOCATION MEDIATION IN NYC - 11/11/15 | 511 | 322 | 212935 |
| 1368976 | 11/18/15 | B | 11.60 | Travel - DEREK C. ABBOTT - REIMBURSEMENT OF PARKING EXPENSES TO ATTEND NORTEL MEDIATION - NYC - 11/16/15 - 11/18/15 | 511 | 322 | 213029 |
| 1369343 | 11/19/15 | B | 55.55 | Travel - DEREK C. ABBOTT REIMBURSEMENT OF PARKING EXPENSE TO ATTEND NORTEL MEDIATION IN NY 11/16 - 11/18/15. | 511 | 322 | 213059 |
| 1368179 | 11/03/15 | B | 5.00 | Messenger Service - to Sullivan Hazeltine | 513S | 684 | |
| 1368180 | 11/03/15 | B | 5.00 | Messenger Service - to Trustee | 513S | 684 | |
| 1368177 | 11/03/15 | B | 5.00 | Messenger Service - to Buchanan | 513S | 684 | |
| 1368178 | 11/03/15 | B | 5.00 | Messenger Service - to Pachulski Stang | 513S | 684 | |
| 1368186 | 11/04/15 | B | 5.00 | Messenger Service - to Trustee | 513S | 684 | |
| 1368209 | 11/05/15 | B | 5.00 | Messenger Service - to USBC - Gross | 513S | 684 | |
| 1368257 | 11/10/15 | B | 5.00 | Messenger Service - to USBC | 513S | 684 | |
| 1368270 | 11/12/15 | B | 5.00 | Messenger Service - to UST | 513S | 684 | |
| 1368293 | 11/12/15 | B | 5.00 | Messenger Service - to Trustee | 513S | 684 | |
| 1368303 | 11/13/15 | B | 5.00 | Messenger Service - USDC | 513S | 322 | |
| 1371238 | 11/16/15 | B | 5.00 | Messenger Service - to Trustee | 513S | 546 | |
| 1371265 | 11/17/15 | B | 5.00 | Messenger Service - to Trustee | 513S | 684 | |
| 1371270 | 11/18/15 | B | 5.00 | Messenger Service - to UST | 513S | 684 | |
| 1371295 | 11/19/15 | B | 5.00 | Messenger Service - to Trustee | 513S | 971 | |
| 1371296 | 11/19/15 | B | 5.00 | Messenger Service - to USBC | 513S | 971 | |
| 1371297 | 11/19/15 | B | 5.00 | Messenger Service - to Trustee | 513S | 684 | |

```
Nortel Networks, Inc.                    PROFORMA  590786              AS OF 11/30/15              INVOICE# ******
63989-DIP
DATE: 12/11/15 16:08:54
```

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1371300 | 11/19/15 | B | 5.00 | Messenger Service - to USBC | 513S | 684 | |
| 1371316 | 11/23/15 | B | 5.00 | Messenger Service - to UST | 513S | 684 | |
| 1371326 | 11/23/15 | B | 5.00 | Messenger Service - to Farnan | 513S | 322 | |
| 1371365 | 11/24/15 | B | 5.00 | Messenger Service - to Trustee | 513S | 684 | |
| 1371411 | 11/30/15 | B | 5.00 | Messenger Service - to USBC | 513S | 684 | |
| 1371419 | 11/30/15 | B | 5.00 | Messenger Service - to US Trustee | 513S | 684 | |
| 1371422 | 11/30/15 | B | 5.00 | Messenger Service - to Pepper Hamilton | 513S | 684 | |
| 1371421 | 11/30/15 | B | 5.00 | Messenger Service - to Trustee | 513S | 546 | |
| 1366901 | 10/29/15 | B | 12.39 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 212837 |
| 1368987 | 11/06/15 | B | 38.75 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 213043 |
| 1366904 | 11/07/15 | B | 65.85 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 212837 |
| 1366905 | 11/07/15 | B | 25.17 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 212837 |
| 1366906 | 11/07/15 | B | 51.38 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 212837 |
| 1366907 | 11/07/15 | B | 30.63 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 212837 |
| 1366908 | 11/07/15 | B | 15.20 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 212837 |
| 1367703 | 11/09/15 | B | 8.28 | Courier/Delivery Service | 514 | 000 | 212905 |
| 1367974 | 11/10/15 | B | 33.06 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 212937 |
| 1369332 | 11/10/15 | B | 12.61 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 213057 |
| 1367981 | 11/10/15 | B | 12.61 | Courier/Delivery Service | 514 | 322 | 212939 |
| 1367982 | 11/10/15 | B | 24.64 | Courier/Delivery Service | 514 | 322 | 212939 |
| 1367983 | 11/10/15 | B | 12.61 | Courier/Delivery Service | 514 | 322 | 212939 |
| 1367984 | 11/10/15 | B | 12.61 | Courier/Delivery Service | 514 | 322 | 212939 |
| 1367708 | 11/10/15 | B | 25.82 | Courier/Delivery Service | 514 | 322 | 212905 |
| 1367709 | 11/10/15 | B | 25.71 | Courier/Delivery Service | 514 | 322 | 212905 |
| 1367710 | 11/10/15 | B | 16.20 | Courier/Delivery Service | 514 | 322 | 212905 |
| 1367711 | 11/10/15 | B | 23.03 | Courier/Delivery Service | 514 | 322 | 212905 |
| 1367712 | 11/10/15 | B | 18.62 | Courier/Delivery Service | 514 | 322 | 212905 |
| 1367713 | 11/10/15 | B | 18.62 | Courier/Delivery Service | 514 | 322 | 212905 |
| 1367701 | 11/10/15 | B | 18.62 | Courier/Delivery Service | 514 | 322 | 212905 |
| 1367702 | 11/10/15 | B | 23.00 | Courier/Delivery Service | 514 | 322 | 212905 |
| 1367704 | 11/10/15 | B | 12.61 | Courier/Delivery Service | 514 | 322 | 212905 |
| 1367705 | 11/10/15 | B | 12.61 | Courier/Delivery Service | 514 | 322 | 212905 |
| 1367706 | 11/10/15 | B | 22.27 | Courier/Delivery Service | 514 | 322 | 212905 |
| 1367707 | 11/10/15 | B | 23.03 | Courier/Delivery Service | 514 | 322 | 212905 |
| 1367695 | 11/10/15 | B | 23.00 | Courier/Delivery Service | 514 | 322 | 212905 |
| 1367696 | 11/10/15 | B | 23.00 | Courier/Delivery Service | 514 | 322 | 212905 |

```
Nortel Networks, Inc.                    PROFORMA  590786              AS OF 11/30/15                    INVOICE#  ******
63989-DIP
DATE: 12/11/15 16:08:54
```

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1367697 | 11/10/15 | B | 23.03 | Courier/Delivery Service | 514 | 322 | 212905 |
| 1367698 | 11/10/15 | B | 25.82 | Courier/Delivery Service | 514 | 322 | 212905 |
| 1367699 | 11/10/15 | B | 23.03 | Courier/Delivery Service | 514 | 322 | 212905 |
| 1367700 | 11/10/15 | B | 18.62 | Courier/Delivery Service | 514 | 322 | 212905 |
| 1367689 | 11/10/15 | B | 22.52 | Courier/Delivery Service | 514 | 322 | 212905 |
| 1367690 | 11/10/15 | B | 18.62 | Courier/Delivery Service | 514 | 322 | 212905 |
| 1367691 | 11/10/15 | B | 23.00 | Courier/Delivery Service | 514 | 322 | 212905 |
| 1367692 | 11/10/15 | B | 18.62 | Courier/Delivery Service | 514 | 322 | 212905 |
| 1367693 | 11/10/15 | B | 23.00 | Courier/Delivery Service | 514 | 322 | 212905 |
| 1367694 | 11/10/15 | B | 12.61 | Courier/Delivery Service | 514 | 322 | 212905 |
| 1367683 | 11/10/15 | B | 18.62 | Courier/Delivery Service | 514 | 322 | 212905 |
| 1367684 | 11/10/15 | B | 12.61 | Courier/Delivery Service | 514 | 322 | 212905 |
| 1367685 | 11/10/15 | B | 18.62 | Courier/Delivery Service | 514 | 322 | 212905 |
| 1367686 | 11/10/15 | B | 26.67 | Courier/Delivery Service | 514 | 322 | 212905 |
| 1367687 | 11/10/15 | B | 23.00 | Courier/Delivery Service | 514 | 322 | 212905 |
| 1367688 | 11/10/15 | B | 25.82 | Courier/Delivery Service | 514 | 322 | 212905 |
| 1367677 | 11/10/15 | B | 25.82 | Courier/Delivery Service | 514 | 322 | 212905 |
| 1367678 | 11/10/15 | B | 18.62 | Courier/Delivery Service | 514 | 322 | 212905 |
| 1367679 | 11/10/15 | B | 18.62 | Courier/Delivery Service | 514 | 322 | 212905 |
| 1367680 | 11/10/15 | B | 22.52 | Courier/Delivery Service | 514 | 322 | 212905 |
| 1367681 | 11/10/15 | B | 18.62 | Courier/Delivery Service | 514 | 322 | 212905 |
| 1367682 | 11/10/15 | B | 22.52 | Courier/Delivery Service | 514 | 322 | 212905 |
| 1367671 | 11/10/15 | B | 23.03 | Courier/Delivery Service | 514 | 322 | 212905 |
| 1367672 | 11/10/15 | B | 23.00 | Courier/Delivery Service | 514 | 322 | 212905 |
| 1367673 | 11/10/15 | B | 12.61 | Courier/Delivery Service | 514 | 322 | 212905 |
| 1367674 | 11/10/15 | B | 18.62 | Courier/Delivery Service | 514 | 322 | 212905 |
| 1367675 | 11/10/15 | B | 25.82 | Courier/Delivery Service | 514 | 322 | 212905 |
| 1367676 | 11/10/15 | B | 25.82 | Courier/Delivery Service | 514 | 322 | 212905 |
| 1367665 | 11/10/15 | B | 25.82 | Courier/Delivery Service | 514 | 322 | 212905 |
| 1367666 | 11/10/15 | B | 23.00 | Courier/Delivery Service | 514 | 322 | 212905 |
| 1367667 | 11/10/15 | B | 18.62 | Courier/Delivery Service | 514 | 322 | 212905 |
| 1367668 | 11/10/15 | B | 25.82 | Courier/Delivery Service | 514 | 322 | 212905 |
| 1367669 | 11/10/15 | B | 23.00 | Courier/Delivery Service | 514 | 322 | 212905 |
| 1367670 | 11/10/15 | B | 23.00 | Courier/Delivery Service | 514 | 322 | 212905 |
| 1367659 | 11/10/15 | B | 25.45 | Courier/Delivery Service | 514 | 322 | 212905 |
| 1367660 | 11/10/15 | B | 26.90 | Courier/Delivery Service | 514 | 322 | 212905 |
| 1367661 | 11/10/15 | B | 23.03 | Courier/Delivery Service | 514 | 322 | 212905 |
| 1367662 | 11/10/15 | B | 25.82 | Courier/Delivery Service | 514 | 322 | 212905 |

```
Nortel Networks, Inc.                         PRO FORMA   590786              AS OF 11/30/15                          INVOICE# ******
63989-DIP
DATE: 12/11/15 16:08:54

INDEX      DATE      STAT      AMOUNT   DESCRIPTION                                                       CODE   TKPER   VOUCHER
1367663   11/10/15    B         25.82   Courier/Delivery Service                                          514    322     212905
1367664   11/10/15    B         25.71   Courier/Delivery Service                                          514    322     212905
1367653   11/10/15    B         25.82   Courier/Delivery Service                                          514    322     212905
1367654   11/10/15    B         25.71   Courier/Delivery Service                                          514    322     212905
1367655   11/10/15    B         20.11   Courier/Delivery Service                                          514    322     212905
1367656   11/10/15    B         25.82   Courier/Delivery Service                                          514    322     212905
1367657   11/10/15    B         23.00   Courier/Delivery Service                                          514    322     212905
1367658   11/10/15    B         18.62   Courier/Delivery Service                                          514    322     212905
1367648   11/10/15    B         18.62   Courier/Delivery Service                                          514    322     212905
1367649   11/10/15    B         21.80   Courier/Delivery Service                                          514    322     212905
1367650   11/10/15    B         23.00   Courier/Delivery Service                                          514    322     212905
1367651   11/10/15    B         18.62   Courier/Delivery Service                                          514    322     212905
1367652   11/10/15    B         26.90   Courier/Delivery Service                                          514    322     212905
1369798   11/12/15    B         13.80   Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC             514    000     213124
1371722   11/20/15    B         53.74   Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC             514    000     213278
1373852   11/24/15    B         26.14   Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC             514    000     213486
1372097   11/30/15    B         33.06   Courier/Delivery Service - FEDERAL EXPRESS CORP.                  514    000     213294
1373651   11/30/15    B         12.61   Courier/Delivery Service - FEDERAL EXPRESS CORP.                  514    000     213481
1373652   11/30/15    B         23.00   Courier/Delivery Service - FEDERAL EXPRESS CORP.                  514    000     213481
1371638   11/30/15    B         23.00   Courier/Delivery Service                                          514    322     213273
1371639   11/30/15    B         18.62   Courier/Delivery Service                                          514    322     213273
1371700   11/30/15    B         26.90   Courier/Delivery Service                                          514    322     213273
1371701   11/30/15    B         25.71   Courier/Delivery Service                                          514    322     213273
1371702   11/30/15    B         23.00   Courier/Delivery Service                                          514    322     213273
1371694   11/30/15    B         23.00   Courier/Delivery Service                                          514    322     213273
1371695   11/30/15    B         18.62   Courier/Delivery Service                                          514    322     213273
1371696   11/30/15    B         12.61   Courier/Delivery Service                                          514    322     213273
1371697   11/30/15    B         21.80   Courier/Delivery Service                                          514    322     213273
1371698   11/30/15    B         26.67   Courier/Delivery Service                                          514    322     213273
1371699   11/30/15    B         23.00   Courier/Delivery Service                                          514    322     213273
1371688   11/30/15    B         25.82   Courier/Delivery Service                                          514    322     213273
1371689   11/30/15    B         18.62   Courier/Delivery Service                                          514    322     213273
1371690   11/30/15    B         25.82   Courier/Delivery Service                                          514    322     213273
1371691   11/30/15    B         23.00   Courier/Delivery Service                                          514    322     213273
1371692   11/30/15    B         25.82   Courier/Delivery Service                                          514    322     213273
1371693   11/30/15    B         18.62   Courier/Delivery Service                                          514    322     213273
1371682   11/30/15    B         23.00   Courier/Delivery Service                                          514    322     213273
1371683   11/30/15    B         18.62   Courier/Delivery Service                                          514    322     213273
```

| Nortel Networks, Inc. | | | | PRO FORMA 590786 | AS OF 11/30/15 | | | INVOICE# ****** |
|---|---|---|---|---|---|---|---|---|
| 63989-DIP | | | | | | | | |
| DATE: 12/11/15 16:08:54 | | | | | | | | |

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1371684 | 11/30/15 | B | 23.00 | Courier/Delivery Service | 514 | 322 | 213273 |
| 1371685 | 11/30/15 | B | 12.61 | Courier/Delivery Service | 514 | 322 | 213273 |
| 1371686 | 11/30/15 | B | 18.62 | Courier/Delivery Service | 514 | 322 | 213273 |
| 1371687 | 11/30/15 | B | 25.45 | Courier/Delivery Service | 514 | 322 | 213273 |
| 1371676 | 11/30/15 | B | 25.82 | Courier/Delivery Service | 514 | 322 | 213273 |
| 1371677 | 11/30/15 | B | 18.62 | Courier/Delivery Service | 514 | 322 | 213273 |
| 1371678 | 11/30/15 | B | 18.62 | Courier/Delivery Service | 514 | 322 | 213273 |
| 1371679 | 11/30/15 | B | 23.00 | Courier/Delivery Service | 514 | 322 | 213273 |
| 1371680 | 11/30/15 | B | 12.61 | Courier/Delivery Service | 514 | 322 | 213273 |
| 1371681 | 11/30/15 | B | 18.62 | Courier/Delivery Service | 514 | 322 | 213273 |
| 1371670 | 11/30/15 | B | 25.82 | Courier/Delivery Service | 514 | 322 | 213273 |
| 1371671 | 11/30/15 | B | 26.90 | Courier/Delivery Service | 514 | 322 | 213273 |
| 1371672 | 11/30/15 | B | 23.03 | Courier/Delivery Service | 514 | 322 | 213273 |
| 1371673 | 11/30/15 | B | 25.82 | Courier/Delivery Service | 514 | 322 | 213273 |
| 1371674 | 11/30/15 | B | 18.62 | Courier/Delivery Service | 514 | 322 | 213273 |
| 1371675 | 11/30/15 | B | 22.52 | Courier/Delivery Service | 514 | 322 | 213273 |
| 1371664 | 11/30/15 | B | 18.62 | Courier/Delivery Service | 514 | 322 | 213273 |
| 1371665 | 11/30/15 | B | 23.00 | Courier/Delivery Service | 514 | 322 | 213273 |
| 1371666 | 11/30/15 | B | 18.62 | Courier/Delivery Service | 514 | 322 | 213273 |
| 1371667 | 11/30/15 | B | 23.03 | Courier/Delivery Service | 514 | 322 | 213273 |
| 1371668 | 11/30/15 | B | 16.20 | Courier/Delivery Service | 514 | 322 | 213273 |
| 1371669 | 11/30/15 | B | 18.62 | Courier/Delivery Service | 514 | 322 | 213273 |
| 1371658 | 11/30/15 | B | 18.62 | Courier/Delivery Service | 514 | 322 | 213273 |
| 1371659 | 11/30/15 | B | 25.71 | Courier/Delivery Service | 514 | 322 | 213273 |
| 1371660 | 11/30/15 | B | 23.03 | Courier/Delivery Service | 514 | 322 | 213273 |
| 1371661 | 11/30/15 | B | 20.11 | Courier/Delivery Service | 514 | 322 | 213273 |
| 1371662 | 11/30/15 | B | 12.61 | Courier/Delivery Service | 514 | 322 | 213273 |
| 1371663 | 11/30/15 | B | 12.61 | Courier/Delivery Service | 514 | 322 | 213273 |
| 1371652 | 11/30/15 | B | 23.03 | Courier/Delivery Service | 514 | 322 | 213273 |
| 1371653 | 11/30/15 | B | 25.82 | Courier/Delivery Service | 514 | 322 | 213273 |
| 1371654 | 11/30/15 | B | 23.00 | Courier/Delivery Service | 514 | 322 | 213273 |
| 1371655 | 11/30/15 | B | 25.71 | Courier/Delivery Service | 514 | 322 | 213273 |
| 1371656 | 11/30/15 | B | 24.64 | Courier/Delivery Service | 514 | 322 | 213273 |
| 1371657 | 11/30/15 | B | 22.52 | Courier/Delivery Service | 514 | 322 | 213273 |
| 1371646 | 11/30/15 | B | 25.82 | Courier/Delivery Service | 514 | 322 | 213273 |
| 1371647 | 11/30/15 | B | 22.52 | Courier/Delivery Service | 514 | 322 | 213273 |
| 1371648 | 11/30/15 | B | 23.03 | Courier/Delivery Service | 514 | 322 | 213273 |
| 1371649 | 11/30/15 | B | 22.27 | Courier/Delivery Service | 514 | 322 | 213273 |

Nortel Networks, Inc.  
63989-DIP  
DATE: 12/11/15 16:08:54

PRO FORMA 390786    AS OF 11/30/15

INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1371650 | 11/30/15 | B | 18.62 | Courier/Delivery Service | 514 | 322 | 213273 |
| 1371651 | 11/30/15 | B | 25.82 | Courier/Delivery Service | 514 | 322 | 213273 |
| 1371640 | 11/30/15 | B | 18.62 | Courier/Delivery Service | 514 | 322 | 213273 |
| 1371641 | 11/30/15 | B | 23.03 | Courier/Delivery Service | 514 | 322 | 213273 |
| 1371642 | 11/30/15 | B | 25.82 | Courier/Delivery Service | 514 | 322 | 213273 |
| 1371643 | 11/30/15 | B | 25.82 | Courier/Delivery Service | 514 | 322 | 213273 |
| 1371644 | 11/30/15 | B | 25.82 | Courier/Delivery Service | 514 | 322 | 213273 |
| 1371645 | 11/30/15 | B | 23.00 | Courier/Delivery Service | 514 | 322 | 213273 |
| 1370587 | 11/17/15 | B | 26.73 | Computer Research - Westlaw Search Performed by: MINOTT,TAMARA | 515 | 000 | |
| 1370588 | 11/18/15 | B | 38.75 | Computer Research - Westlaw Search Performed by: MCLAUGHLIN,MARCY | 515 | 000 | |
| 1366677 | 11/09/15 | B | 0.20 | In-House Duplicating | 519 | 605 | |
| 1366385 | 11/09/15 | B | 1.20 | In-House Duplicating | 519 | 971 | |
| 1369245 | 11/19/15 | B | 2.80 | In-House Duplicating | 519 | 971 | |
| 1369882 | 11/23/15 | B | 58.50 | In-House Duplicating | 519 | 623 | |
| 1369883 | 11/23/15 | B | 11.00 | In-House Duplicating | 519 | 623 | |
| 1369884 | 11/24/15 | B | 1.80 | In-House Duplicating | 519 | 971 | |
| 1370858 | 11/30/15 | B | 9.20 | In-House Duplicating | 519 | 546 | |
| 1368102 | 11/03/15 | B | 9.92 | Postage | 520 | 684 | |
| 1368103 | 11/04/15 | B | 4.26 | Postage | 520 | 684 | |
| 1368133 | 11/12/15 | B | 6.24 | Postage | 520 | 684 | |
| 1368138 | 11/12/15 | B | 3.60 | Postage | 520 | 684 | |
| 1371119 | 11/16/15 | B | 1.42 | Postage | 520 | 546 | |
| 1371124 | 11/17/15 | B | 8.22 | Postage | 520 | 684 | |
| 1371128 | 11/18/15 | B | 4.92 | Postage | 520 | 684 | |
| 1371137 | 11/20/15 | B | 3.60 | Postage | 520 | 684 | |
| 1371143 | 11/21/15 | B | 5.58 | Postage | 520 | 684 | |
| 1371153 | 11/24/15 | B | 3.72 | Postage | 520 | 684 | |
| 1371178 | 11/30/15 | B | 9.20 | Postage | 520 | 684 | |
| 1371181 | 11/30/15 | B | 3.50 | Postage | 520 | 546 | |
| 1369577 | 11/10/15 | B | 38.25 | Facsimile - DLS DISCOVERY FAX - 11/10/15 | 522H | 684 | 213092 |
| 1366934 | 10/31/15 | B | 13.30 | Pacer charges for the month of October | 529 | 000 | |

Nortel Networks, Inc.  PRO FORMA  390786  AS OF 11/30/15  INVOICE# ******
63989-DIP
DATE: 12/11/15 16:08:54

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1365561 | 11/05/15 | B | 2.85 | In-House Printing - black & white Call time: 19:43; to | 541 | 961 | |
| 1365562 | 11/06/15 | B | 2.85 | In-House Printing - black & white Call time: 11:32; to | 541 | 971 | |
| 1365563 | 11/06/15 | B | 2.85 | In-House Printing - black & white Call time: 23:33; to | 541 | 971 | |
| 1366388 | 11/09/15 | B | 1.90 | In-House Printing - black & white Call time: 18:24; to | 541 | 971 | |
| 1366389 | 11/09/15 | B | 0.10 | In-House Printing - black & white Call time: 18:24; to | 541 | 971 | |
| 1366386 | 11/09/15 | B | 1.90 | In-House Printing - black & white Call time: 18:17; to | 541 | 961 | |
| 1366387 | 11/09/15 | B | 0.10 | In-House Printing - black & white Call time: 18:17; to | 541 | 961 | |
| 1367022 | 11/11/15 | B | 1.90 | In-House Printing - black & white Call time: 12:55; to | 541 | 961 | |
| 1367023 | 11/11/15 | B | 1.90 | In-House Printing - black & white Call time: 11:23; to | 541 | 961 | |
| 1367024 | 11/11/15 | B | 0.10 | In-House Printing - black & white Call time: 11:23; to | 541 | 961 | |
| 1368659 | 11/17/15 | B | 1.65 | In-House Printing - black & white Call time: 18:14; to | 541 | 971 | |
| 1369246 | 11/19/15 | B | 2.20 | In-House Printing - black & white Call time: 10:31; to | 541 | 971 | |
| 1369247 | 11/19/15 | B | 0.10 | In-House Printing - black & white Call time: 10:31; to | 541 | 971 | |
| 1369885 | 11/23/15 | B | 3.70 | In-House Printing - black & white Call time: 20:44; to | 541 | 961 | |
| 1368977 | 11/18/15 | B | 1,319.76 | Hotel Accommodations - DEREK C. ABBOTT - REIMBURSEMENT OF HOTEL EXPENSES TO ATTEND NORTEL MEDIATION - NYC - 11/16/15 - 11/18/15 | 549 | 322 | 213029 |
| | | | 7,271.34 | | | | |