# EXHIBIT A

## NORTEL NETWORKS INC., *et al*.
### CASE NO. 09-10138 (KG)

Professional Fees and Expenses
Monthly Fee Application

| Applicant & Docket No. | Time Period Covered | Fees & Expenses Requested in Application | Fees & Expenses Allowed/Awarded | Date Application Filed | Objection Deadline |
|---|---|---|---|---|---|
| Berkeley Research Group, LLC [16306] | 9/1/15 - 9/30/15 | $122,188.00 (Fees) $0.00 (Expenses) | $97,750.40 (Fees @ 80%) $0.00 (Expenses @ 100%) | 11/17/15 | 12/7/15 |