## EXHIBIT A

## NORTEL NETWORKS INC., *et al*.
## CASE NO. 09-10138 (KG)

Professional Fees and Expenses
Monthly Fee Application

| Applicant & Docket No. | Time Period Covered | Fees & Expenses Requested in Application | Fees & Expenses Allowed/Awarded | Date Application Filed | Objection Deadline |
|---|---|---|---|---|---|
| Whiteford, Taylor & Preston LLC<br><br>[Docket No. 16313] | 10/1/15 - 10/31/15 | $49,138.00 (Fees)<br><br>$1,222.62 (Expenses) | $39,310.40 (Fees @ 80%)<br><br>$1,222.62 (Expenses @ 100%) | 11/19/2015 | 12/9/2015 |