# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

## Minute Entry

### Hearing Information:

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | NORTEL NETWORKS INC., ET AL. | | |
| **Case Number:** | 09-10138-KG | **Chapter:** | 11 |
| **Date / Time / Room:** | TUESDAY, DECEMBER 15, 2015  10:00 AM   CRT#3, 6TH FL. | | |
| **Bankruptcy Judge:** | KEVIN GROSS | | |
| **Courtroom Clerk:** | SHERRY SCARUZZI | | |
| **Reporter / ECR:** | MICHAEL MILLER | | |

### Matter:

OMNIBUS HEARING

**R / M #:**   16,377 / 0

### Appearances:

SEE ATTACHED COURT SIGN-IN-SHEET

### Proceedings:

HEARING HELD. AGENDA ITEMS:
#1 - Adjourned to 2/23/16
#2 - Approved - ORDER SIGNED