IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------X
                                                       :
                                                       :   Chapter 11
*In re*                                                :
                                                       :   Case No. 09-10138 (KG)
Nortel Networks Inc., *et al.*,[1]                     :
                                                       :   Jointly Administered
                    Debtors.                           :
                                                       :   RE: D.I. 16296, 16323, 16357, 16358,
                                                       :   16376
                                                       :
-------------------------------------------------------X

**ORDER (I) APPROVING PROCEDURES FOR THE ABANDONMENT, DISPOSAL, OR DESTRUCTION OF SPECIFIED HARD COPY DOCUMENTS AND ELECTRONIC DATA; (II) WAIVING COMPLIANCE WITH CERTAIN RETENTION LAWS AND ORDINANCES; AND (III) GRANTING RELATED RELIEF**

Upon the motion dated November 11, 2015 (the "Motion"),[2] of Nortel Networks Inc. and certain of its affiliates, as debtors and debtors in possession in the above-captioned cases (the "Debtors"), for entry of an order, as more fully described in the Motion, pursuant to sections 105, 363, 554 of title 11 of the Bankruptcy Code and Rule 6007 of the Bankruptcy Rules, (i) approving procedures for the Debtors to abandon or dispose of specified hard copy documents and specified Electronic Data on notice to the parties set forth in the Motion; (ii) waiving compliance with certain Retention Laws; and (iii) granting the Debtors such other and further relief as the Court deems just and proper; and upon the filing of the Debtors' reply in further support of the Motion (D.I. 16376); and adequate notice of the Motion having been given as set

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Motion.

forth in the Motion; and it appearing that no other or further notice is necessary; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having determined that consideration of the Motion is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief requested in the Motion, and that such relief is in the best interests of the Debtors, their estates, their creditors, and the parties in interest; and upon the record in these proceedings; and after due deliberation;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED in its entirety and any objections are hereby overruled.

2. Pursuant to sections 105, 363, 554 of title 11 of the Bankruptcy Code, the Document Disposal Procedures (attached hereto as <u>Exhibit 1</u>) are approved and the Debtors are hereby authorized to implement such procedures.

3. After the Objection Bar Date, the Debtors are further authorized to abandon, dispose of and/or destroy hard copy documents and Electronic Data, as set forth in the Motion without complying with any Retention Laws, provided that the abandonment, disposal and/or destruction of the Hard Copy Documents and Electronic Data is conducted in accordance with the terms of this Order and the Document Disposal Procedures.

4. Notwithstanding any provision in the Federal Rules of Bankruptcy Procedure to the contrary, (i) the terms of this Order shall be immediately effective and enforceable upon its entry; (ii) the Debtors are not subject to any stay in the implementation, enforcement or realization of the relief granted in this Order; and (iii) the Debtors may, in their discretion and without further delay, take any action and perform any act authorized under this Order.

5. For the avoidance of doubt, the Debtors do not seek authority to dispose of any of the four operational SNMP ClearCase servers, and the entry of this Order shall not prejudice the rights of SNMP Research International, Inc. or SNMP Research, Inc. to contest, in accordance with the Document Disposal Procedures, (i) the appropriate number of SNMP ClearCase or other servers that should be retained by the Debtors pursuant to this Order or (ii) the Debtors' proposed destruction of any other documents or information that is the subject of the Motion.

6. The Debtors and their agents, delegates and professionals shall have no liability whatsoever arising from or relating to any abandonment, disposal or destruction of the Records pursuant to the terms of this Order.

7. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: December 15, 2015
Wilmington, Delaware

THE HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE

3