# EXHIBIT 1

**Document Disposal Procedures**

# DOCUMENT DISPOSAL PROCEDURES

**Document Disposal Procedures**

1. **Further Information.** Any Person (a "Requesting Party") may, by notice in writing to the Debtors in the form attached hereto as Schedule A that is received by the Debtors prior to the Objection Bar Date (as defined below), request further information in respect of any of the Records proposed to be disposed of, it being understood that the Debtors shall not have any obligation to conduct any review of the Records in responding to such request. Subject to the delivery to the Debtors of an executed confidentiality undertaking by the Requesting Party in the form included in Schedule A hereto, the Debtors may provide the Requesting Party with such further information in respect of the relevant Records as they consider appropriate in the circumstances.

2. **Objections.** If any Person (an "Objector") objects to the Debtors' disposal of any of the Records, they must deliver an objection meeting the requirements of paragraphs 2 and 3 of these Procedures (an "Objection") to the Debtors in the form attached hereto as Schedule B no later than 4:00 p.m. (ET) on January 13, 2016 (the "Objection Bar Date").

3. In order for an Objection to be considered by the Debtors it must: (i) be in writing; (ii) identify the Records subject to the Objection (the "Disputed Records") with reasonable particularity so that the Debtors may identify and access such Records; (iii) state the basis for the Objection, including, without limitation, the legal basis for the Debtors being required to preserve the Disputed Records and/or the legal basis for the Objector to be given access to the Disputed Records; (iv) provide a proposal to resolve the Objection; and (v) be received by the Debtors by the Objection Bar Date.

1

4. Any Person who does not deliver an Objection in accordance with paragraphs 2 and 3 hereof to the Debtors on or before the Objection Bar Date shall be and is forever barred from objecting to the disposal of any Records by the Debtors.

5. The Debtors shall review all Objections delivered to them in accordance with paragraphs 2 and 3 hereof and may, in their sole discretion, resolve any Objection without further hearing or notice to any Person, including, without limitation, by: (i) providing an Objector with an opportunity to review the Disputed Records and/or to obtain copies of the Disputed Records; or (ii) the Debtors agreeing to preserve the Disputed Records on such terms as may be agreed between the Debtors and the Objector.

6. **Court Resolution of Unresolved Objections.** Any Objections that are unresolved as of February 5, 2016 shall be resolved by this Court at the omnibus hearing on February 23, 2016. In connection with such hearing, the Objector(s) shall file a letter, not to exceed four pages, explaining its position with respect to its unresolved objection by 4:00 pm (ET) on February 11, 2016 (the "Opening Letter"). The Debtors shall respond to the Objector's Opening Letter in a letter, not to exceed four pages, no later than February 18, 2016 at 4:00 pm (ET) (the "Response Letters").

## Schedule A

Request for Further Information

# FURTHER INFORMATION REQUEST FORM

| Requesting Party[1] Identification | |
|---|---|
| Name of Requesting Party: | Name of Contact: |
| Address: | Phone #: |
| | Fax #: |
| City:   State:   Zip Code: | E-mail: |

**Description of Records proposed to be disposed of that Requesting Party seeks further information in respect of:[2]**

**Reason for requesting such further information:**

**Confidentiality Undertaking**

In consideration of the Debtors agreeing to provide any information in respect of the further information requested hereby, the Requesting Party hereby agrees with the Debtors to keep any and all information (whether in written, electronic or other form and whether or not identified as confidential at the time of disclosure) provided to it pursuant to the terms of the Order (collectively, the "**Provided Information**") strictly confidential and the Requesting Party further agrees not to: (i) disclose any Provided Information to any other person or otherwise make such Provided Information available to any other person; and (ii) use the Provided Information for any purpose or in any manner other than in connection with considering the Requesting Party's position in respect of the Disposal Procedures or any other matter contemplated by the Order, in each case without the prior written consent of the Debtors.

| Signature: | Name: |
|---|---|
| | Title: |
| Date: | Signed at: |

**Delivery of Request Form**

This Request Form must be received by the Debtors by no later than **4:00 p.m. (E.T.) on Wednesday January 13, 2016**, by prepaid ordinary mail, courier, personal delivery, facsimile or electronic or digital transmission at the following address:

Kathryn Schultea
RLKS Executive Solutions LLC
P.O. Box 131726
Houston, TX 77219-1726
E-mail: kschultea@rlks.net

With a copy to:

Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, New York 10006

Attention: Lisa M. Schweitzer
E-mail: lschweitzer@cgsh.com
Fax: 212-225-3999

---

[1] Capitalized terms used herein and not otherwise defined shall have the meaning given to them in the Order of the United States Bankruptcy Court for the District of Delaware dated December __, 2015 (the "**Order**").

[2] If additional space is required, please provide additional information as a schedule attached to this form.

**Schedule B**

Form of Objection

# OBJECTION FORM

| Objector[1] Identification | |
|---|---|
| Name of Objector: | Name of Contact: |
| Address: | Phone #: |
| | Fax #: |
| City: / State: / Zip Code: | E-mail: |

**Description of Disputed Records:[2]**

**Basis for Objection (including, without limitation, the legal basis for the Debtors being required to preserve the Disputed Records and/or the legal basis for the Objector to be given access to the Disputed Records):**

**Objector's proposal to resolve the Objection:**

| Signature: | Name: |
|---|---|
| | Title: |
| Date: | Signed at: |

**Delivery of Objection Form**

This Request Form must be received by the Debtors by no later than **4:00 p.m. (E.T.) on January 13, 2016**, by prepaid ordinary mail, courier, personal delivery, facsimile or electronic or digital transmission at the following address:

Kathryn Schultea
RLKS Executive Solutions LLC
P.O. Box 131726
Houston, TX 77219-1726
E-mail: kschultea@rlks.net

With a copy to:

Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, New York 10006

Attention: Lisa M. Schweitzer
E-mail: lschweitzer@cgsh.com
Fax: 212-225-3999

---

[1] Capitalized terms used herein and not otherwise defined shall have the meaning given to them in the Order of the United States Bankruptcy Court for the District of Delaware dated December __, 2015 (the "**Order**").

[2] If additional space is required, please provide additional information as a schedule attached to this form.