EXHIBIT A

**(i)     Proofs of Claim Settled From June 4, 2015 to November 9, 2015[1]**

| Claimant Name | Claim Number | Claimed Administrative | Claimed Secured | Claimed Priority | Claimed Unsecured | Claimed Total | Allowed Unsecured | Allowed Priority | Allowed Administrative | Allowed Total | Debtor |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ASSENZA, CHARLES | 5808 | $0.00 | $0.00 | $0.00 | $32,212.50 | $32,212.50 | $38,728.56 | $1,715.37 | $0.00 | $40,443.93 | NORTEL NETWORKS INC. |
| BANDROWCZAK, STEVEN | 2687 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| BANDROWCZAK, STEVEN | 2688 | $0.00 | $0.00 | $0.00 | $83,484.00 | $83,484.00 | $5,278.76 | $7,061.56 | $0.00 | $12,340.32 | NORTEL NETWORKS INC. |
| BARKEL, THOMAS J. | 4811 | $0.00 | $0.00 | $0.00 | $38,458.00 | $38,458.00 | $40,765.00 | $0.00 | $0.00 | $40,765.00 | NORTEL NETWORKS INC. |
| BAXTER, TIMOTHY | 483 | $0.00 | $0.00 | $103,498.46 | $0.00 | $103,498.46 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| BAXTER, TIMOTHY | 3208 | $0.00 | $0.00 | $4,798.87 | $0.00 | $4,798.87 | $5,392.00 | $0.00 | $0.00 | $5,392.00 | NORTEL NETWORKS INC. |
| BENNEFELD, BRIAN | 7249 | $49,210.73 | $0.00 | $0.00 | $0.00 | $49,210.73 | $80,153.27 | $1,783.97 | $4,231.99 | $86,169.23 | NORTEL NETWORKS INC. |
| BORCHGREVINK, JACK | 1124 | $0.00 | $0.00 | $10,950.00 | $43,874.65 | $54,824.65 | $7,182.35 | $171.01 | $0.00 | $7,353.36 | NORTEL NETWORKS INC. |
| BORSTOCK, JAMES | 1836 | $0.00 | $0.00 | $0.00 | $54,958.82 | $54,958.82 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| BORSTOCK, JAMES | 6410 | $0.00 | $0.00 | $0.00 | $66,125.17 | $66,125.17 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| BORSTOCK, JAMES | 6411 | $0.00 | $0.00 | $0.00 | $54,958.82 | $54,958.82 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| BORSTOCK, JAMES | 6412 | $0.00 | $0.00 | $0.00 | $54,958.82 | $54,958.82 | $73,160.48 | $1,853.30 | $2,193.07 | $77,206.85 | NORTEL NETWORKS INC. |

---

[1] Includes Proofs of Claim disallowed in full or withdrawn pursuant to the Limited Notice Claims Settlements.

| Claimant Name | Claim Number | Claimed Administrative | Claimed Secured | Claimed Priority | Claimed Unsecured | Claimed Total | Allowed Unsecured | Allowed Priority | Allowed Administrative | Allowed Total | Debtor |
|---|---|---|---|---|---|---|---|---|---|---|---|
| BRAZEAU, KEVIN JOSEPH | 8759 | $0.00 | $0.00 | $20,000.00 | $0.00 | $20,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| BURGESS, JOHN | 6040 | $0.00 | $0.00 | $10,285.08 | $0.00 | $10,285.08 | $9,499.24 | $878.81 | $0.00 | $10,378.05 | NORTEL NETWORKS INC. |
| BURKEY, MARTHA | 217 | $0.00 | $0.00 | $0.00 | $60,662.27 | $60,662.27 | $45,985.00 | $0.00 | $0.00 | $45,985.00 | NORTEL NETWORKS INC. |
| CABRAL, ROBERT | 713 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| CABRAL, ROBERT | 3139 | $0.00 | $0.00 | $0.00 | $38,363.04 | $38,363.04 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| CABRAL, ROBERT | 3140 | $0.00 | $0.00 | $147,179.77 | $0.00 | $147,179.77 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| CABRAL, ROBERT | 5984 | $0.00 | $0.00 | $0.00 | $38,363.04 | $38,363.04 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| CABRAL, ROBERT | 7154 | $0.00 | $0.00 | $147,179.77 | $0.00 | $147,179.77 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| CABRAL, ROBERT | 7155 | $0.00 | $0.00 | $38,363.04 | $0.00 | $38,363.04 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| CABRAL, ROBERT | 7156 | $0.00 | $0.00 | $38,363.04 | $0.00 | $38,363.04 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| CABRAL, ROBERT | 7157 | $0.00 | $0.00 | $147,179.77 | $0.00 | $147,179.77 | $45,024.30 | $1,681.40 | $588.49 | $47,294.19 | NORTEL NETWORKS INC. |
| CALHOUN, RANDY | 7642 | $0.00 | $0.00 | $0.00 | $118,546.82 | $118,546.82 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| CALLANAN, RICHARD P | 330 | $0.00 | $0.00 | $35,607.64 | $0.00 | $35,607.64 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| CALLANAN, RICHARD P | 3384 | $0.00 | $0.00 | $49,565.24 | $0.00 | $49,565.24 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| CALLANAN, RICHARD P | 8250 | $0.00 | $0.00 | $61,068.00 | $0.00 | $61,068.00 | $46,760.00 | $0.00 | $0.00 | $46,760.00 | NORTEL NETWORKS INC. |

| Claimant Name | Claim Number | Claimed Administrative | Claimed Secured | Claimed Priority | Claimed Unsecured | Claimed Total | Allowed Unsecured | Allowed Priority | Allowed Administrative | Allowed Total | Debtor |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CARUSO, BENJAMIN | 6621 | $0.00 | $0.00 | $55,091.04 | $0.00 | $55,091.04 | $1,210.29 | $0.00 | $0.00 | $1,210.29 | NORTEL NETWORKS INC. |
| CENTIS, RONALD D. | 4705 | $0.00 | $0.00 | $0.00 | $304,918.36 | $304,918.36 | $50,638.14 | $2,796.18 | $0.00 | $53,434.32 | NORTEL NETWORKS INC. |
| CHAN, KWEI SAN | 2256 | $0.00 | $0.00 | $0.00 | $59,775.90 | $59,775.90 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| CHAN, KWEI SAN | 2706 | $0.00 | $0.00 | $78,593.93 | $0.00 | $78,593.93 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| CHAN, KWEI SAN | 2707 | $0.00 | $0.00 | $123,169.76 | $0.00 | $123,169.76 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| CHAN, KWEI SAN | 3849 | $0.00 | $0.00 | $11,373.22 | $0.00 | $11,373.22 | $59,683.76 | $1,136.36 | $688.12 | $61,508.24 | NORTEL NETWORKS INC. |
| CHICO, JUAN J | 7131-01 | $0.00 | $0.00 | $0.00 | $354,616.00 | $354,616.00 | $365,809.00 | $0.00 | $0.00 | $365,809.00 | NORTEL NETWORKS (CALA) INC. |
| CHICO, JUAN J | 7131-02 | $0.00 | $0.00 | $0.00 | $354,616.00 | $354,616.00 | 15,655.83 | 3,963.24 | $0.00 | $19,619.07 | NORTEL NETWORKS INC. |
| CONNOR, DANIEL J. | 1198 | $0.00 | $0.00 | $251,586.70 | $0.00 | $251,586.70 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| CONNOR, DANIEL J. | 3114 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| CONNOR, DANIEL J. | 7714 | $0.00 | $0.00 | $365,284.32 | $0.00 | $365,284.32 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| CONNOR, DANIEL J. | 7840 | $0.00 | $0.00 | $685,771.22 | $0.00 | $685,771.22 | $73,873.65 | $4,187.72 | $0.00 | $78,061.37 | NORTEL NETWORKS INC. |
| CORREIA, FRANK | 2444 | $0.00 | $0.00 | $0.00 | $17,556.60 | $17,556.60 | $52,204.26 | $2,845.63 | $5,564.81 | $60,614.70 | NORTEL NETWORKS INC. |
| COVEY, NIEL A. | 26 | $0.00 | $0.00 | $371,524.91 | $0.00 | $371,524.91 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| COVEY, NIEL A. | 945 | $0.00 | $0.00 | $168,857.07 | $0.00 | $168,857.07 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |

| Claimant Name | Claim Number | Claimed Administrative | Claimed Secured | Claimed Priority | Claimed Unsecured | Claimed Total | Allowed Unsecured | Allowed Priority | Allowed Administrative | Allowed Total | Debtor |
|---|---|---|---|---|---|---|---|---|---|---|---|
| COVEY, NIEL A. | 2308 | $0.00 | $0.00 | $0.00 | $487,223.32 | $487,223.32 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| COVEY, NIEL A. | 2309 | $0.00 | $0.00 | $0.00 | $2,268.93 | $2,268.93 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| COVEY, NIEL A. | 7172 | $0.00 | $0.00 | $0.00 | $461,000.00 | $461,000.00 | $641,754.63 | $1,849.66 | $0.00 | $643,604.29 | NORTEL NETWORKS INC. |
| CROWL, JOHN C. | 2840 | $0.00 | $0.00 | $25,265.82 | $0.00 | $25,265.82 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| CROWL, JOHN C. | 2841 | $0.00 | $0.00 | $59,770.91 | $0.00 | $59,770.91 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| CROWL, JOHN C. | 3112 | $0.00 | $0.00 | $59,770.91 | $0.00 | $59,770.91 | $25,265.00 | $0.00 | $0.00 | $25,265.00 | NORTEL NETWORKS INC. |
| CUESTA, GEORGE | 658 | $0.00 | $0.00 | $35,387.00 | $0.00 | $35,387.00 | $30,333.74 | $5,160.65 | $0.00 | $35,494.39 | NORTEL NETWORKS INC. |
| CVF LUX MASTER S.A.R.L. | 3388 | $0.00 | $0.00 | $676,406.79 | $0.00 | $676,406.79 | $755,458.57 | $4,615.44 | $0.00 | $760,074.01 | NORTEL NETWORKS INC. |
| DAUTENHAHN, DAVID | 665 | $0.00 | $0.00 | $780,116.59 | $0.00 | $780,116.59 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| DAUTENHAHN, DAVID | 7229 | $0.00 | $0.00 | $457,676.48 | $322,440.11 | $780,116.59 | $118,387.00 | $0.00 | $0.00 | $118,387.00 | NORTEL NETWORKS INC. |
| DE ALMEIDA, HYACINTH G. | 7663 | $0.00 | $0.00 | $10,950.00 | $107,942.00 | $118,892.00 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| DE ALMEIDA, HYACINTH G. | 7670 | $0.00 | $0.00 | $0.00 | $1,000,000.00 | $1,000,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| DE ALMEIDA, HYACINTH G. | 7703 | $0.00 | $0.00 | $10,950.00 | $102,699.00 | $113,649.00 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| DE ALMEIDA, HYACINTH G. | 7704 | $0.00 | $0.00 | $0.00 | $300,000.00 | $300,000.00 | $96,853.36 | $2,333.08 | $10,459.98 | $109,646.42 | NORTEL NETWORKS INC. |
| DEVLIN, TERENCE | 3429 | $0.00 | $0.00 | $0.00 | $5,573.95 | $5,573.95 | $5,574.00 | $0.00 | $0.00 | $5,574.00 | NORTEL NETWORKS INC. |

| Claimant Name | Claim Number | Claimed Administrative | Claimed Secured | Claimed Priority | Claimed Unsecured | Claimed Total | Allowed Unsecured | Allowed Priority | Allowed Administrative | Allowed Total | Debtor |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DIAMOND, JEFF | 5424 | $0.00 | $0.00 | $2,910.35 | $0.00 | $2,910.35 | $3,270.00 | $0.00 | $0.00 | $3,270.00 | NORTEL NETWORKS INC. |
| DIBLER, TONY | 8039 | $0.00 | $0.00 | $0.00 | $75,041.82 | $75,041.82 | $101,628.74 | $2,316.68 | $1,891.96 | $105,837.38 | NORTEL NETWORKS INC. |
| DODD, RANDY | 3 | $0.00 | $0.00 | $375,120.39 | $0.00 | $375,120.39 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| DODD, RANDY | 750 | $0.00 | $0.00 | $369,930.23 | $0.00 | $369,930.23 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| DODD, RANDY | 2430 | $0.00 | $0.00 | $17,899.20 | $0.00 | $17,899.20 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| DODD, RANDY | 8233 | $0.00 | $0.00 | $369,930.23 | $0.00 | $369,930.23 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| DODD, RANDY | 8237 | $0.00 | $0.00 | $17,935.45 | $0.00 | $17,935.45 | $402,666.92 | $9,332.77 | $0.00 | $411,999.69 | NORTEL NETWORKS INC. |
| DONNELLY, DANIEL | 3397 | $0.00 | $0.00 | $1,544.08 | $0.00 | $1,544.08 | $1,735.00 | $0.00 | $0.00 | $1,735.00 | NORTEL NETWORKS INC. |
| DONOVAN, WILLIAM J. | 3081 | $0.00 | $0.00 | $10,776.86 | $10,776.86 | $10,776.86 | $1,780.39 | $9,000.00 | $0.00 | $10,780.39 | NORTEL NETWORKS INC. |
| EASON, W JEFFREY | 5539 | $0.00 | $0.00 | $0.00 | $9,709.30 | $9,709.30 | $9,152.00 | $0.00 | $0.00 | $9,152.00 | NORTEL NETWORKS INC. |
| ERKEL, ENIS | 627 | $0.00 | $0.00 | $441,080.12 | $0.00 | $441,080.12 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| ERKEL, ENIS | 2478 | $0.00 | $0.00 | $53,124.39 | $0.00 | $53,124.39 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| ERKEL, ENIS | 6091 | $0.00 | $0.00 | $588,822.48 | $0.00 | $588,822.48 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| ERKEL, ENIS | 6092 | $0.00 | $0.00 | $336,812.34 | $0.00 | $336,812.34 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| ERKEL, ENIS | 7676 | $0.00 | $0.00 | $668,221.43 | $0.00 | $668,221.43 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |

| Claimant Name | Claim Number | Claimed Administrative | Claimed Secured | Claimed Priority | Claimed Unsecured | Claimed Total | Allowed Unsecured | Allowed Priority | Allowed Administrative | Allowed Total | Debtor |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ERKEL, ENIS | 8229 | $0.00 | $0.00 | $336,812.34 | $0.00 | $336,812.34 | $227,837.98 | $1,538.03 | $5,659.38 | $235,035.39 | NORTEL NETWORKS INC. |
| EVERETT, EDWARD E. JR. | 7824 | $0.00 | $0.00 | $0.00 | $143,016.00 | $143,016.00 | $115,088.48 | $2,245.53 | $686.13 | $118,020.14 | NORTEL NETWORKS INC. |
| EVERSMEYER, CLAUDIA | 4368 | $0.00 | $0.00 | $0.00 | $62,213.87 | $62,213.87 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| EVERSMEYER, CLAUDIA | 4369 | $62,213.87 | $0.00 | $0.00 | $0.00 | $62,213.87 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| EVERSMEYER, CLAUDIA | 4370 | $0.00 | $0.00 | $0.00 | $4,187.53 | $4,187.53 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| EVERSMEYER, CLAUDIA | 4371 | $4,187.53 | $0.00 | $0.00 | $0.00 | $4,187.53 | $118,502.59 | $3,121.48 | $0.00 | $121,624.07 | NORTEL NETWORKS INC. |
| FARMER, C. GREGORY | 1118 | $0.00 | $0.00 | $0.00 | $723,054.69 | $723,054.69 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| FARMER, C. GREGORY | 1754 | $0.00 | $0.00 | $0.00 | $657,209.17 | $657,209.17 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| FARMER, C. GREGORY | 7164 | $0.00 | $0.00 | $723,054.69 | $0.00 | $723,054.69 | $433,408.99 | $4,237.12 | $0.00 | $437,646.11 | NORTEL NETWORKS INC. |
| FINK, BRAD | 757 | $0.00 | $0.00 | $1,623.75 | $56,831.25 | $58,455.00 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| FINK, BRAD | 758 | $0.00 | $0.00 | $28,578.00 | $0.00 | $28,578.00 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| FINK, BRAD | 759 | $0.00 | $0.00 | $15,951.31 | $0.00 | $15,951.31 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| FINK, BRAD | 760 | $0.00 | $0.00 | $7,633.80 | $0.00 | $7,633.80 | $76,670.64 | $2,132.68 | $521.32 | $79,324.64 | NORTEL NETWORKS INC. |
| FIXSEN, CHRISTOPHER | 4472 | $0.00 | $0.00 | $22,004.81 | $0.00 | $22,004.81 | $23,325.00 | $0.00 | $0.00 | $23,325.00 | NORTEL NETWORKS INC. |
| FLECK, SHAWN | 5758 | $0.00 | $0.00 | $0.00 | $33,573.31 | $33,573.31 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |

| Claimant Name | Claim Number | Claimed Administrative | Claimed Secured | Claimed Priority | Claimed Unsecured | Claimed Total | Allowed Unsecured | Allowed Priority | Allowed Administrative | Allowed Total | Debtor |
|---|---|---|---|---|---|---|---|---|---|---|---|
| FLECK, SHAWN | 5759 | $0.00 | $0.00 | $0.00 | $54,300.73 | $54,300.73 | $2,437.00 | $0.00 | $0.00 | $2,437.00 | NORTEL NETWORKS INC. |
| FRIEDBERG, MAREK | 5818 | $0.00 | $0.00 | $3,725.22 | $0.00 | $3,725.22 | $3,949.00 | $0.00 | $0.00 | $3,949.00 | NORTEL NETWORKS INC. |
| FRISCH, MARK | 1708 | $0.00 | $0.00 | $194,610.23 | $0.00 | $194,610.23 | $187,299.31 | $12,574.40 | $0.00 | $199,873.71 | NORTEL NETWORKS INC. |
| GLEASON, STEVEN P | 1687 | $0.00 | $0.00 | $137,767.32 | $0.00 | $137,767.32 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| GLEASON, STEVEN P | 2752 | $0.00 | $0.00 | $158,096.75 | $0.00 | $158,096.75 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| GLEASON, STEVEN P | 4149 | $0.00 | $0.00 | $8,601.52 | $0.00 | $8,601.52 | $274,047.54 | $3,648.19 | $4,103.25 | $281,798.98 | NORTEL NETWORKS INC. |
| GRUENEICH, MYRON | 7293 | $0.00 | $0.00 | $0.00 | $83,325.68 | $83,325.68 | $73,998.04 | $1,431.14 | $4,166.22 | $79,595.40 | NORTEL NETWORKS INC. |
| GUERRA SANZ, LUIS | 7427 | $0.00 | $0.00 | $10,950.00 | $460,578.00 | $471,528.00 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS (CALA) INC. |
| GUERRA SANZ, LUIS | 8498 | $0.00 | $0.00 | $10,950.00 | $514,994.00 | $525,944.00 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS (CALA) INC. |
| GUERRA SANZ, LUIS | 8499 | $0.00 | $0.00 | $10,950.00 | $514,994.00 | $525,944.00 | $269,031.22 | $0.00 | $0.00 | $269,031.22 | NORTEL NETWORKS (CALA) INC. |
| HAGGBLADE, TED | 1616 | $0.00 | $0.00 | $9,362.02 | $0.00 | $9,362.02 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| HAGGBLADE, TED | 3221 | $0.00 | $0.00 | $190,801.87 | $0.00 | $190,801.87 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| HAGGBLADE, TED | 8469 | $0.00 | $0.00 | $9,362.02 | $0.00 | $9,362.02 | $10,157.18 | $519.90 | $0.00 | $10,677.08 | NORTEL NETWORKS INC. |
| HAIN CAPITAL HOLDINGS, LLC | 3697 | $0.00 | $0.00 | $0.00 | $27,330.57 | $27,330.57 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| HAIN CAPITAL HOLDINGS, LLC | 7439 | $0.00 | $0.00 | $0.00 | $28,063.99 | $28,063.99 | $30,529.55 | $812.19 | $2,540.37 | $33,882.11 | NORTEL NETWORKS INC. |

| Claimant Name | Claim Number | Claimed Administrative | Claimed Secured | Claimed Priority | Claimed Unsecured | Claimed Total | Allowed Unsecured | Allowed Priority | Allowed Administrative | Allowed Total | Debtor |
|---|---|---|---|---|---|---|---|---|---|---|---|
| HAIN CAPITAL HOLDINGS, LLC | 7440 | $0.00 | $0.00 | $0.00 | $24,249.55 | $24,249.55 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| HAIN CAPITAL HOLDINGS, LLC | 8341 | $0.00 | $0.00 | $13,500.00 | $72,644.00 | $86,144.00 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| HAIN CAPITAL HOLDINGS, LLC | 8509 | $0.00 | $0.00 | $0.00 | $47,297.00 | $47,297.00 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| HAIN CAPITAL HOLDINGS, LLC | 8785 | $0.00 | $0.00 | $0.00 | $28,528.88 | $28,528.88 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| HANIG, HARMON | 3376 | $0.00 | $0.00 | $6,553.94 | $0.00 | $6,553.94 | $6,554.00 | $0.00 | $0.00 | $6,554.00 | NORTEL NETWORKS INC. |
| HARDEN, JAMES III | 1396 | $0.00 | $0.00 | $105,699.55 | $0.00 | $105,669.55 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| HARDEN, JAMES III | 4212 | $0.00 | $0.00 | $8,445.05 | $0.00 | $8,445.05 | $99,003.24 | $1,575.99 | $429.02 | $101,008.25 | NORTEL NETWORKS INC. |
| HILBIG, DAVID | 808 | $0.00 | $0.00 | $16,694.99 | $256,032.34 | $272,727.33 | $11,639.00 | $0.00 | $0.00 | $11,639.00 | NORTEL NETWORKS INC. |
| HOADLEY, JOHN | 1075 | $0.00 | $0.00 | $0.00 | $220,000.00 | $220,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| HOADLEY, JOHN | 1096 | $0.00 | $0.00 | $0.00 | $54,328.00 | $54,328.00 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| HOADLEY, JOHN | 1649 | $0.00 | $0.00 | $0.00 | $34,539.49 | $34,539.49 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| HOADLEY, JOHN | 5823 | $0.00 | $0.00 | $0.00 | $507.96 | $507.96 | $289,014.97 | $493.00 | $0.00 | $289,507.97 | NORTEL NETWORKS INC. |
| HOLMES, ROBERT D. | 924 | $0.00 | $0.00 | $64,286.87 | $0.00 | $64,286.87 | $32,278.13 | $869.41 | $0.00 | $33,147.54 | NORTEL NETWORKS INC. |
| INMAN, BECKY | 3219 | $0.00 | $0.00 | $0.00 | $30,432.00 | $30,432.00 | $68,990.18 | $2,818.96 | $3,429.73 | $75,238.87 | NORTEL NETWORKS INC. |
| JOHNSON, KENNETH | 2306 | $0.00 | $0.00 | $245,839.14 | $0.00 | $245,839.14 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |

| Claimant Name | Claim Number | Claimed Administrative | Claimed Secured | Claimed Priority | Claimed Unsecured | Claimed Total | Allowed Unsecured | Allowed Priority | Allowed Administrative | Allowed Total | Debtor |
|---|---|---|---|---|---|---|---|---|---|---|---|
| JOHNSON, KENNETH | 2307 | $0.00 | $0.00 | $377,940.42 | $0.00 | $377,940.42 | $260,815.38 | $487.40 | $0.00 | $261,302.78 | NORTEL NETWORKS INC. |
| KAPIL, VIVEK | 701 | $0.00 | $176,523.84 | $176,523.84 | $0.00 | $176,523.84 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| KAPIL, VIVEK | 702 | $0.00 | $93,137.88 | $93,137.88 | $0.00 | $93,137.88 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| KAPIL, VIVEK | 1625 | $0.00 | $198,595.31 | $198,595.31 | $0.00 | $198,595.31 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| KAPIL, VIVEK | 4415 | $0.00 | $98,726.00 | $98,726.00 | $0.00 | $93,137.88 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| KAPIL, VIVEK | 4442 | $0.00 | $222,089.96 | $222,089.96 | $0.00 | $222,089.96 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| KAPIL, VIVEK | 4443 | $0.00 | $2,283.00 | $2,283.00 | $0.00 | $2,153.60 | $50,398.27 | $1,369.83 | $2,541.72 | $54,309.82 | NORTEL NETWORKS INC. |
| KNAPP, WILLIAM A. | 4475 | $0.00 | $0.00 | $0.00 | $21,782.60 | $21,782.60 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| KNAPP, WILLIAM A. | 8031 | $0.00 | $0.00 | $466,235.40 | $0.00 | $466,235.40 | $119,228.59 | $2,137.14 | $11,754.26 | $133,119.99 | NORTEL NETWORKS INC. |
| KNUDSEN, PAUL | 3194 | $0.00 | $0.00 | $264,712.87 | $0.00 | $264,712.87 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| KNUDSEN, PAUL | 3195 | $0.00 | $0.00 | $500,000.00 | $0.00 | $500,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| KNUDSEN, PAUL | 3196 | $0.00 | $0.00 | $500,000.00 | $0.00 | $500,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| KNUDSEN, PAUL | 3197 | $0.00 | $0.00 | $500,000.00 | $0.00 | $500,000.00 | $6,492.00 | $0.00 | $0.00 | $6,492.00 | NORTEL NETWORKS INC. |
| KOELBL, LEE | 2941 | $0.00 | $0.00 | $0.00 | $9,312.48 | $9,312.48 | $10,464.00 | $0.00 | $0.00 | $10,464.00 | NORTEL NETWORKS INC. |
| LAFARGUE, PATRICK | 3712 | $0.00 | $0.00 | $75,762.03 | $0.00 | $75,762.03 | $75,762.00 | $0.00 | $0.00 | $75,762.00 | NORTEL NETWORKS INC. |

| Claimant Name | Claim Number | Claimed Administrative | Claimed Secured | Claimed Priority | Claimed Unsecured | Claimed Total | Allowed Unsecured | Allowed Priority | Allowed Administrative | Allowed Total | Debtor |
|---|---|---|---|---|---|---|---|---|---|---|---|
| LANIER, GAYLE S. | 1013 | $0.00 | $0.00 | $222,284.00 | $0.00 | $222,284.00 | $23,083.15 | $345.76 | $0.00 | $23,428.91 | NORTEL NETWORKS INC. |
| LATORRE-PARRA, HUMBERTO | 7873 | $0.00 | $0.00 | $0.00 | $56,601.00 | $56,601.00 | $21,016.65 | $1,961.12 | $7,964.32 | $30,942.09 | NORTEL NETWORKS (CALA) INC. |
| LAYNE, SAMUEL | 4469 | $0.00 | $0.00 | $15,644.66 | $0.00 | $15,644.66 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| LAYNE, SAMUEL | 4470 | $0.00 | $0.00 | $0.00 | $133,495.26 | $133,495.26 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| LAYNE, SAMUEL | 4471 | $0.00 | $0.00 | $63,389.00 | $0.00 | $63,389.00 | $197,554.44 | $2,052.85 | $2,794.17 | $202,401.46 | NORTEL NETWORKS INC. |
| LI, XING | 6764 | $0.00 | $0.00 | $36,701.28 | $42,306.52 | $79,007.80 | $28,073.10 | $1,262.98 | $2,322.47 | $31,658.55 | NORTEL NETWORKS INC. |
| LIQUIDITY SOLUTIONS, INC. | 1542 | $0.00 | $0.00 | $41,104.00 | $0.00 | $41,104.00 | $40,991.59 | $112.41 | $0.00 | $41,104.00 | NORTEL NETWORKS INC. |
| LJUBICICH, ANTHONY | 4220 | $0.00 | $0.00 | $0.00 | $82,984.66 | $82,984.66 | $88,252.21 | $1,684.78 | $0.00 | $89,936.99 | NORTEL NETWORKS INC. |
| LYNHAM, SUSAN | 949 | $0.00 | $0.00 | $63,610.96 | $0.00 | $63,610.96 | $60,010.00 | $0.00 | $0.00 | $60,010.00 | NORTEL NETWORKS INC. |
| MCFEELY, SCOTT | 1798 | $0.00 | $0.00 | $58,854.23 | $0.00 | $58,854.23 | $56,054.60 | $1,400.04 | $0.00 | $57,454.64 | NORTEL NETWORKS INC. |
| MCLAUGHLIN, JAMES | 2636 | $0.00 | $0.00 | $0.00 | $6,894.42 | $6,894.42 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| MCLAUGHLIN, JAMES | 2776 | $0.00 | $0.00 | $0.00 | $8,665.92 | $8,665.92 | $7,747.00 | $0.00 | $0.00 | $7,747.00 | NORTEL NETWORKS INC. |
| MENDONCA, TIMOTHY A. | 4066 | $0.00 | $0.00 | $23,000.00 | $0.00 | $23,000.00 | $997.96 | $0.00 | $0.00 | $997.96 | NORTEL NETWORKS INC. |
| MILAN, NORBERTO | 6861 | $355,000.00 | $0.00 | $0.00 | $0.00 | $355,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS (CALA) INC. |
| MILAN, NORBERTO | 6862 | $0.00 | $0.00 | $355,000.00 | $0.00 | $355,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS (CALA) INC. |

| Claimant Name | Claim Number | Claimed Administrative | Claimed Secured | Claimed Priority | Claimed Unsecured | Claimed Total | Allowed Unsecured | Allowed Priority | Allowed Administrative | Allowed Total | Debtor |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MILAN, NORBERTO | 6863 | $355,000.00 | $0.00 | $0.00 | $0.00 | $355,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS (CALA) INC. |
| MILAN, NORBERTO | 6864 | $0.00 | $0.00 | $355,000.00 | $0.00 | $355,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS (CALA) INC. |
| MILAN, NORBERTO | 6865 | $0.00 | $0.00 | $355,000.00 | $0.00 | $355,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS (CALA) INC. |
| MILAN, NORBERTO | 6866-01 | $355,000.00 | $0.00 | $0.00 | $0.00 | $355,000.00 | $365,467.28 | $0.00 | $0.00 | $365,467.28 | NORTEL NETWORKS (CALA) INC. |
| MILAN, NORBERTO | 6866-02 | $355,000.00 | $0.00 | $0.00 | $0.00 | $355,000.00 | $70,594.22 | $3,196.20 | $0.00 | $73,790.42 | NORTEL NETWORKS INC. |
| MORFE, CLAUDIO | 4560 | $0.00 | $0.00 | $13,892.14 | $0.00 | $13,892.14 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| MORFE, CLAUDIO | 4732 | $0.00 | $0.00 | $2,593.04 | $0.00 | $2,593.04 | $49,031.83 | $2,608.53 | $0.00 | $51,640.36 | NORTEL NETWORKS INC. |
| MURASH, BARRY | 4279 | $0.00 | $0.00 | $192,892.61 | $0.00 | $192,892.61 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| MURASH, BARRY | 7552 | $0.00 | $0.00 | $303,531.73 | $0.00 | $303,531.73 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| MURASH, BARRY | 7724 | $0.00 | $0.00 | $303,531.73 | $0.00 | $303,531.73 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| MURASH, BARRY | 8333 | $0.00 | $0.00 | $0.00 | $510,337.03 | $510,337.03 | $32,476.53 | $2,096.38 | $0.00 | $34,572.91 | NORTEL NETWORKS INC. |
| MURASHIGE, DAVID | 4839 | $0.00 | $0.00 | $4,967.21 | $0.00 | $4,967.21 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| MURASHIGE, DAVID | 4840 | $0.00 | $0.00 | $14,290.65 | $0.00 | $14,290.65 | $32,531.20 | $4,837.93 | $0.00 | $37,369.13 | NORTEL NETWORKS INC. |
| MURPHY, PETER | 34 | $0.00 | $0.00 | $0.00 | $109,005.50 | $109,005.50 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| MURPHY, PETER | 1657 | $0.00 | $0.00 | $0.00 | $262,962.26 | $262,962.26 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |

| Claimant Name | Claim Number | Claimed Administrative | Claimed Secured | Claimed Priority | Claimed Unsecured | Claimed Total | Allowed Unsecured | Allowed Priority | Allowed Administrative | Allowed Total | Debtor |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MURPHY, PETER | 1750 | $0.00 | $0.00 | $0.00 | $466,147.00 | $466,147.00 | $295,513.65 | $2,451.33 | $0.00 | $297,964.98 | NORTEL NETWORKS INC. |
| NIELSEN, GERALD T. | 7588 | $0.00 | $0.00 | $3,511.14 | $0.00 | $3,511.14 | $4,558.00 | $0.00 | $0.00 | $4,558.00 | NORTEL NETWORKS INC. |
| NIELSON, DAVID D | 4313 | $0.00 | $0.00 | $375,154.02 | $0.00 | $375,154.02 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| NIELSON, DAVID D | 4314 | $0.00 | $0.00 | $205,480.27 | $0.00 | $205,480.27 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| NIELSON, DAVID D | 4315 | $0.00 | $0.00 | $1,176.62 | $0.00 | $1,176.62 | $186,423.14 | $855.33 | $0.00 | $187,278.47 | NORTEL NETWORKS INC. |
| NORWOOD, CHRISTINE | 8096 | $0.00 | $0.00 | $5,000.00 | $0.00 | $5,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| NORWOOD, CHRISTINE | 8750 | $0.00 | $0.00 | $14,361.60 | $0.00 | $14,361.60 | $10,871.32 | $952.24 | $2,163.68 | $13,987.24 | NORTEL NETWORKS INC. |
| OLSON, MICHAEL J. | 755 | $0.00 | $0.00 | $0.00 | $155,312.26 | $155,312.26 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| OLSON, MICHAEL J. | 6021 | $0.00 | $0.00 | $0.00 | $155,312.26 | $155,312.26 | $155,312.00 | $0.00 | $0.00 | $155,312.00 | NORTEL NETWORKS INC. |
| ORBE, JOHN F | 5337 | $0.00 | $0.00 | $29,470.02 | $0.00 | $29,470.02 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| PAOLETTI, MICHAEL | 7569 | $0.00 | $0.00 | $107,692.27 | $0.00 | $107,692.27 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| PAOLETTI, MICHAEL | 7673 | $0.00 | $0.00 | $107,692.27 | $0.00 | $107,692.27 | $76,322.96 | $2,024.50 | $6,017.28 | $84,364.74 | NORTEL NETWORKS INC. |
| PAPANTONIS, BASIL | 819 | $0.00 | $0.00 | $122,703.00 | $0.00 | $122,703.00 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| PAPANTONIS, BASIL | 821 | $0.00 | $0.00 | $239,668.00 | $0.00 | $239,668.00 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| PAPANTONIS, BASIL | 4779 | $0.00 | $0.00 | $333,214.00 | $0.00 | $333,214.00 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |

| Claimant Name | Claim Number | Claimed Administrative | Claimed Secured | Claimed Priority | Claimed Unsecured | Claimed Total | Allowed Unsecured | Allowed Priority | Allowed Administrative | Allowed Total | Debtor |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PAPANTONIS, BASIL | 7571 | $0.00 | $0.00 | $430,256.73 | $0.00 | $430,256.73 | $137,870.00 | $0.00 | $0.00 | $137,870.00 | NORTEL NETWORKS INC. |
| PECOT, KENNETH W. | 666 | $0.00 | $0.00 | $29,775.53 | $0.00 | $29,775.53 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| PECOT, KENNETH W. | 987 | $0.00 | $0.00 | $125,996.36 | $0.00 | $125,996.36 | $139,411.66 | $3,750.00 | $0.00 | $143,161.66 | NORTEL NETWORKS INC. |
| PEREZ, MILTON A. | 7614-01 | $0.00 | $0.00 | $0.00 | $105,095.38 | $105,095.38 | $89,358.25 | $2,445.57 | $6,888.35 | $98,692.17 | NORTEL NETWORKS (CALA) INC. |
| PEREZ, MILTON A. | 7614-02 | $0.00 | $0.00 | $0.00 | $105,095.38 | $105,095.38 | $11,729.00 | $0.00 | $0.00 | $11,729.00 | NORTEL NETWORKS INC. |
| POST, LYNDA | 2644 | $0.00 | $0.00 | $0.00 | $37,780.00 | $37,780.00 | $44,768.45 | $1,915.33 | $2,340.97 | $49,024.75 | NORTEL NETWORKS INC. |
| POWERS, DENISE M. | 8786 | $0.00 | $0.00 | $72,000.00 | $0.00 | $72,000.00 | $55,128.76 | $1,369.28 | $387.97 | $56,886.01 | NORTEL NETWORKS INC. |
| PRAKASH, MYSORE | 197 | $0.00 | $0.00 | $88,598.56 | $0.00 | $88,598.56 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| PRAKASH, MYSORE | 2398 | $0.00 | $0.00 | $6,109.75 | $0.00 | $6,109.75 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| PRAKASH, MYSORE | 2399 | $0.00 | $0.00 | $104,398.82 | $0.00 | $104,398.82 | $6,476.00 | $0.00 | $0.00 | $6,476.00 | NORTEL NETWORKS INC. |
| PRITCHARD, ALAN W. | 1014 | $0.00 | $0.00 | $99,428.72 | $0.00 | $99,428.42 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| PRITCHARD, ALAN W. | 1610 | $0.00 | $0.00 | $0.00 | $285,916.00 | $285,916.00 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| PRITCHARD, ALAN W. | 8414 | $0.00 | $200,000.00 | $0.00 | $0.00 | $200,000.00 | $397,155.41 | $1,375.76 | $0.00 | $398,531.17 | NORTEL NETWORKS INC. |
| RASMUSON, SCOTT | 3584 | $0.00 | $25,194.23 | $0.00 | $0.00 | $25,194.23 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| RASMUSON, SCOTT | 3585 | $0.00 | $64,498.46 | $18,193.81 | $18,193.81 | $82,692.27 | $63,089.64 | $4,267.56 | $865.76 | $68,222.96 | NORTEL NETWORKS INC. |

| Claimant Name | Claim Number | Claimed Administrative | Claimed Secured | Claimed Priority | Claimed Unsecured | Claimed Total | Allowed Unsecured | Allowed Priority | Allowed Administrative | Allowed Total | Debtor |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ROCK, TERENCE | 1739 | $0.00 | $0.00 | $67,547.70 | $0.00 | $67,547.70 | $32,974.00 | $0.00 | $0.00 | $32,974.00 | NORTEL NETWORKS INC. |
| RODGERS, DEBORAH | 523 | $0.00 | $0.00 | $0.00 | $14,587.14 | $14,587.14 | $10,095.00 | $0.00 | $0.00 | $10,095.00 | NORTEL NETWORKS INC. |
| SALB, RALPH | 838 | $0.00 | $0.00 | $5,314.39 | $72,615.06 | $77,929.45 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| SALB, RALPH | 4438 | $0.00 | $0.00 | $0.00 | $8,929.72 | $8,929.72 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| SALB, RALPH | 4439 | $0.00 | $0.00 | $0.00 | $16,842.76 | $16,842.76 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| SALB, RALPH | 4440 | $0.00 | $0.00 | $1,818.80 | $96,396.29 | $98,215.09 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| SALB, RALPH | 4441 | $0.00 | $0.00 | $0.00 | $7,032.98 | $7,032.98 | $108,614.71 | $2,508.33 | $617.00 | $111,740.04 | NORTEL NETWORKS INC. |
| SATTAR, AAMIR | 4579 | $0.00 | $0.00 | $0.00 | $91,938.47 | $91,938.47 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| SATTAR, AAMIR | 6056 | $0.00 | $0.00 | $0.00 | $91,938.47 | $91,938.47 | $55,612.37 | $1,998.45 | $799.38 | $58,410.20 | NORTEL NETWORKS INC. |
| SCHMELZEL, JOHN | 6046 | $0.00 | $0.00 | $0.00 | $209,393.43 | $209,393.43 | $235,274.00 | $0.00 | $0.00 | $235,274.00 | NORTEL NETWORKS INC. |
| SHAPPELL, MICHAEL J. | 1146 | $0.00 | $0.00 | $0.00 | $85,176.61 | $85,176.61 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| SHAPPELL, MICHAEL J. | 3018 | $0.00 | $0.00 | $0.00 | $869.99 | $869.99 | $96,062.62 | $716.72 | $0.00 | $96,779.34 | NORTEL NETWORKS INC. |
| SHARP, JAMES | 2866 | $0.00 | $0.00 | $0.00 | $5,438.78 | $5,438.78 | $6,111.00 | $0.00 | $0.00 | $6,111.00 | NORTEL NETWORKS INC. |
| SHERALI, RAY | 1310 | $0.00 | $0.00 | $0.00 | $149,748.43 | $149,748.43 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| SHERALI, RAY | 3407 | $0.00 | $0.00 | $2,395.93 | $0.00 | $2,395.93 | $168,570.58 | $2,190.73 | $0.00 | $170,761.31 | NORTEL NETWORKS INC. |

| Claimant Name | Claim Number | Claimed Administrative | Claimed Secured | Claimed Priority | Claimed Unsecured | Claimed Total | Allowed Unsecured | Allowed Priority | Allowed Administrative | Allowed Total | Debtor |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SLEDGE, KAREN | 4837 | $0.00 | $0.00 | $4,585.44 | $0.00 | $4,585.44 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| SLEDGE, KAREN | 4838 | $0.00 | $0.00 | $15,610.08 | $0.00 | $15,610.08 | $16,397.53 | $4,217.16 | $0.00 | $20,614.69 | NORTEL NETWORKS INC. |
| SOBERAY, DETLEF | 1147 | $0.00 | $0.00 | $0.00 | $105,198.03 | $105,198.03 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| SOBERAY, DETLEF | 6904 | $0.00 | $0.00 | $0.00 | $105,198.03 | $105,198.03 | $46,619.66 | $2,157.91 | $2,541.53 | $51,319.10 | NORTEL NETWORKS INC. |
| STANELLE, RALPH J. | 948 | $0.00 | $0.00 | $0.00 | $115,689.79 | $115,689.79 | $83,127.76 | $2,021.86 | $572.86 | $85,722.48 | NORTEL NETWORKS INC. |
| STEFFENS, THOMAS | 4551 | $0.00 | $0.00 | $0.00 | $98,653.90 | $98,653.90 | $112,410.70 | $2,275.36 | $2,907.41 | $117,593.47 | NORTEL NETWORKS INC. |
| STEINMAN, JEFFREY | 3390 | $0.00 | $0.00 | $0.00 | $6,012.45 | $6,012.45 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| STEINMAN, JEFFREY | 3395 | $0.00 | $0.00 | $90,804.45 | $0.00 | $90,804.45 | $92,941.41 | $5,126.74 | $0.00 | $98,068.15 | NORTEL NETWORKS INC. |
| STEPLER, PAUL | 8036 | $0.00 | $0.00 | $0.00 | $133,484.88 | $133,484.88 | $143,092.50 | $6,093.62 | $7,408.40 | $156,594.52 | NORTEL NETWORKS INC. |
| STUKEL, MARK A. | 1277 | $0.00 | $0.00 | $37,203.92 | $0.00 | $37,203.92 | $42,069.00 | $0.00 | $0.00 | $42,069.00 | NORTEL NETWORKS INC. |
| SUTCLIFFE, ANDREW J. | 1259 | $0.00 | $0.00 | $256,701.28 | $0.00 | $256,701.28 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| SUTCLIFFE, ANDREW J. | 2847 | $0.00 | $0.00 | $56,502.16 | $0.00 | $56,502.16 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| SUTCLIFFE, ANDREW J. | 2849 | $0.00 | $0.00 | $186,120.00 | $0.00 | $186,120.00 | $17,993.97 | $0.00 | $0.00 | $17,993.97 | NORTEL NETWORKS INC. |
| SYED, IQBAL | 7174 | $0.00 | $0.00 | $0.00 | $58,364.29 | $58,364.29 | $65,765.92 | $1,777.05 | $4,136.57 | $71,679.54 | NORTEL NETWORKS INC. |
| THOMPSON, JEFF | 3910 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |

| Claimant Name | Claim Number | Claimed Administrative | Claimed Secured | Claimed Priority | Claimed Unsecured | Claimed Total | Allowed Unsecured | Allowed Priority | Allowed Administrative | Allowed Total | Debtor |
|---|---|---|---|---|---|---|---|---|---|---|---|
| THOMPSON, JEFF | 3915 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| THOMPSON, JEFF | 3916 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| THOMPSON, JEFF | 6630 | $0.00 | $0.00 | $32,752.00 | $0.00 | $32,752.00 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| THOMPSON, JEFF | 6631 | $0.00 | $0.00 | $32,752.00 | $0.00 | $32,752.00 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| THOMPSON, JEFF | 6632 | $0.00 | $0.00 | $32,752.00 | $0.00 | $32,752.00 | $14,929.59 | $5,945.41 | $1,684.53 | $22,559.53 | NORTEL NETWORKS INC. |
| TORNES, RANDY | 1335 | $0.00 | $0.00 | $183,160.53 | $0.00 | $183,160.53 | $194,272.33 | $5,121.36 | $0.00 | $199,393.69 | NORTEL NETWORKS INC. |
| TOWNLEY, JEFF | 4429 | $0.00 | $0.00 | $213,000.00 | $0.00 | $213,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| TOWNLEY, JEFF | 5628 | $0.00 | $0.00 | $195,117.30 | $0.00 | $195,117.30 | $67,183.77 | $3,550.00 | $0.00 | $70,733.77 | NORTEL NETWORKS INC. |
| TUCKER, PAMELA H. | 7974 | $0.00 | $0.00 | $0.00 | $229,377.76 | $229,377.76 | $71,481.75 | $1,250.78 | $6,538.77 | $79,271.30 | NORTEL NETWORKS INC. |
| VALDEZ, JR., CIRIACO | 59 | $0.00 | $0.00 | $40,921.57 | $0.00 | $40,921.57 | $13,377.00 | $0.00 | $0.00 | $13,377.00 | NORTEL NETWORKS INC. |
| VAUGHN, DON | 1501 | $0.00 | $0.00 | $0.00 | $2,520.00 | $2,520.00 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| VAUGHN, DON | 1502 | $0.00 | $0.00 | $0.00 | $9,525.60 | $9,525.60 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| VAUGHN, DON | 4269 | $0.00 | $0.00 | $0.00 | $530,465.01 | $530,465.01 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| VAUGHN, DON | 4270 | $0.00 | $0.00 | $0.00 | $31,695.46 | $31,695.46 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| VAUGHN, DON | 4271 | $0.00 | $0.00 | $0.00 | $21,142.59 | $21,142.59 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |

| Claimant Name | Claim Number | Claimed Administrative | Claimed Secured | Claimed Priority | Claimed Unsecured | Claimed Total | Allowed Unsecured | Allowed Priority | Allowed Administrative | Allowed Total | Debtor |
|---|---|---|---|---|---|---|---|---|---|---|---|
| VAUGHN, DON | 4274 | $0.00 | $0.00 | $0.00 | $7,407.75 | $7,407.75 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| VAUGHN, DON | 4275 | $0.00 | $0.00 | $0.00 | $97,005.32 | $97,005.32 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| VAUGHN, DON | 4276 | $0.00 | $0.00 | $0.00 | $26,456.04 | $26,456.04 | $131,146.02 | $1,779.35 | $1,107.15 | $134,032.52 | NORTEL NETWORKS INC. |
| VENTURA, JAYNE L | 1683 | $0.00 | $0.00 | $0.00 | $223,774.00 | $223,774.00 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| VENTURA, JAYNE L | 7051 | $0.00 | $0.00 | $0.00 | $418,182.00 | $418,182.00 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| VENTURA, JAYNE L | 7052 | $418,182.00 | $0.00 | $0.00 | $0.00 | $418,182.00 | $532,669.97 | $3,816.76 | $0.00 | $536,486.73 | NORTEL NETWORKS INC. |
| VILLESCAS, DOMINIC A | 1658 | $0.00 | $0.00 | $0.00 | $22,071.65 | $22,071.65 | $23,396.00 | $0.00 | $0.00 | $23,396.00 | NORTEL NETWORKS INC. |
| WITHROW, ROBERT | 4086 | $0.00 | $0.00 | $0.00 | $892.36 | $892.36 | $56,770.91 | $2,202.55 | $2,997.92 | $61,971.38 | NORTEL NETWORKS INC. |