# EXHIBIT A

**Nortel Networks, Inc, et al.**
**(Case No. 09-10138 (KG))**

**CHILMARK PARTNERS, LLC**
**November 1, 2015 - November 30, 2015**

**Summary of Services Rendered by Project**

| Project Code | Nature of Services | November 2015 Hours |
|---|---|---:|
| 1 | Asset Analysis and Recovery | 5.0 |
| 2 | Business Operations / General Corporate / Real Estate | - |
| 3 | Projections/Business Plan/Corporate wind-down | - |
| 4 | Analysis of Historical Results | - |
| 5 | Meetings with Debtor's Counsel | - |
| 6 | Committee Matters and Creditor Meetings | - |
| 7 | Claims Administration and Analysis | 13.5 |
| 8 | Intercompany Transactions/Balances | - |
| 9 | Intellectual Property | - |
| 10 | Employee Benefits / Pension | - |
| 11 | Fee Applications Preparation | - |
| 12 | Tax Issues | - |
| 13 | Hearings | - |
| 14 | Litigation / Adversary Proceedings | 186.5 |
| 15 | Travel | 24.0 |
| 16 | Plan of Reorganization / Disclosure Statement | - |
| **TOTAL** | | **229.0** |

**Summary of Services Rendered by Professional**

| Name | November 2015 Hours |
|---|---:|
| Michael Kennedy, Member | 222.0 |
| Aaron Taylor, Member | - |
| Matthew Rosenberg, Managing Director | 7.0 |
| Paul Huettner, Analyst | - |
| Jamie Ellis, Analyst | - |
| James Elish, Analyst | - |
| **TOTAL** | **229.0** |

**Nortel Networks, Inc**
November 1, 2015 - November 30, 2015 Time Detail
Chilmark Partners, LLC
<u>Michael Kennedy</u>

| Date | Description of Work | November 2015 Hours | Code |
|---|---|---:|---:|
| 11/2/2015 | Calls, analysis and review re: Litigation matters and strategy | 6.0 | 14 |
| 11/2/2015 | Calls, drafting and review re: appeal matters | 4.0 | 14 |
| 11/3/2015 | Follow-up calls with creditor representatives | 2.0 | 7 |
| 11/3/2015 | Discuss mediation, follow-up with US counsel & review of mediation material analysis for discussion | 8.0 | 14 |
| 11/4/2015 | Follow-up calls with creditor representatives | 3.0 | 7 |
| 11/4/2015 | Calls, analysis and review re: Litigation matters and strategy | 3.5 | 14 |
| 11/4/2015 | Travel | 4.0 | 15 |
| 11/5/2015 | Meeting and communications with Cleary & local counsel re: allocation litigation | 4.0 | 14 |
| 11/5/2015 | Calls, analysis and review re: Litigation matters and strategy | 3.0 | 14 |
| 11/5/2015 | Attend Mediation call, follow-up with US counsel & review of material for discussion | 3.0 | 14 |
| 11/5/2015 | Travel to Chicago | 3.0 | 15 |
| 11/6/2015 | Review cash flash report | 1.0 | 1 |
| 11/6/2015 | Discuss mediation, follow-up with US counsel & review of analysis for discussion | 11.0 | 14 |
| 11/7/2015 | Calls and communications with creditor representatives | 4.0 | 7 |
| 11/8/2015 | Calls, drafting and review re: appeal matters | 4.0 | 14 |
| 11/8/2015 | Travel to NY | 4.0 | 15 |
| 11/9/2015 | Attend Mediation session, follow-up with US counsel & review of material/analysis | 14.0 | 14 |
| 11/10/2015 | Attend Mediation session, follow-up with US counsel & review of material/analysis | 14.0 | 14 |
| 11/11/2015 | Attend Mediation session, follow-up with US counsel & review of material/analysis | 11.0 | 14 |
| 11/11/2015 | Travel to Chicago | 3.0 | 15 |
| 11/12/2015 | Calls and communications with creditor representatives | 3.0 | 7 |
| 11/12/2015 | Calls, analysis and review re: Litigation matters and strategy | 5.0 | 14 |
| 11/13/2015 | Calls and communications with creditor representatives | 1.5 | 7 |
| 11/13/2015 | Calls, analysis and review re: Litigation matters and strategy | 6.0 | 14 |
| 11/14/2015 | Calls, analysis and review re: Litigation matters and strategy | 7.0 | 14 |
| 11/16/2015 | Calls, drafting and review re: appeal matters | 4.0 | 14 |
| 11/16/2015 | Review RM Report & monitor cash forecast | 3.0 | 1 |
| 11/16/2015 | Travel to NY | 4.0 | 15 |
| 11/17/2015 | Attend Mediation session, follow-up with US counsel & review of material/analysis | 14.0 | 14 |
| 11/18/2015 | Attend Mediation session, follow-up with US counsel & review of material/analysis | 9.0 | 14 |
| 11/18/2015 | Travel to Chicago | 6.0 | 15 |
| 11/19/2015 | Calls, analysis and review re: Litigation matters and strategy | 7.0 | 14 |
| 11/20/2015 | Calls, drafting and review re: appeal matters | 6.0 | 14 |
| 11/20/2015 | Discuss mediation, follow-up with US counsel & review of material/analysis | 4.0 | 14 |
| 11/21/2015 | Calls, drafting and review re: appeal matters | 4.0 | 14 |
| 11/22/2015 | Discuss mediation, follow-up with US counsel & review of material/analysis | 3.0 | 14 |
| 11/23/2015 | Calls, analysis and review re: Litigation matters and strategy | 4.0 | 14 |
| 11/24/2015 | Review cash flash report | 1.0 | 1 |
| 11/24/2015 | Calls, analysis and review re: Litigation matters and strategy | 6.0 | 14 |
| 11/25/2015 | Calls, communication and review with counsel re: draft litigation material | 3.0 | 14 |
| 11/25/2015 | Calls, analysis and review re: Litigation matters and strategy | 2.0 | 14 |
| 11/27/2015 | Calls, drafting and review re: appeal matters | 6.0 | 14 |
| 11/30/2015 | Discuss mediation, follow-up with US counsel & review of material/analysis | 4.0 | 14 |
| **November 2015 Total** | | **222.0** | |

**Nortel Networks, Inc**
November 1, 2015 - November 30, 2015 Time Detail
Chilmark Partners, LLC
Matthew Rosenberg

| Date | Description of Work | November 2015 Hours | Code |
|---|---|---|---|
| 11/2/2015 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 11/3/2015 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 11/9/2015 | Calls, analysis and review re: Litigation matters and strategy | 2.0 | 14 |
| 11/12/2015 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 11/17/2015 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 11/20/2015 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| | **November 2015 Total** | **7.0** | |