# EXHIBIT B

**EXPENSE DETAIL**

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

November 1, 2015 Through November 30, 2015

| Professional | Trip Date | Description | Amount |
|---|---|---|---:|
| Mike Kennedy | 11/4/15-11/5/15 | Flight to Philadelphia, PA | $ 893.82 |
| Mike Kennedy | 11/4/15-11/5/15 | Hotel (one night) | $ 350.00 |
| Mike Kennedy | 11/4/15-11/5/15 | Ground Transportation | $ 236.25 |
| Mike Kennedy | 11/4/15-11/5/15 | Breakfast (four people) | $ 60.00 |
| Mike Kennedy | 11/4/15-11/5/15 | Dinner | $ 40.00 |
| Mike Kennedy | 11/8/15-11/11/15 | Flight to New York, NY | $ 997.33 |
| Mike Kennedy | 11/8/15-11/11/15 | Hotel (three nights) | $ 1,500.00 |
| Mike Kennedy | 11/8/15-11/11/15 | Ground Transportation | $ 272.00 |
| Mike Kennedy | 11/8/15-11/11/15 | Breakfast | $ 15.00 |
| Mike Kennedy | 11/8/15-11/11/15 | Breakfast | $ 15.00 |
| Mike Kennedy | 11/8/15-11/11/15 | Dinner | $ 50.00 |
| Mike Kennedy | 11/8/15-11/11/15 | Dinner | $ 50.00 |
| Mike Kennedy | 11/16/15-11/18/15 | Flight to New York, NY | $ 997.33 |
| Mike Kennedy | 11/16/15-11/18/15 | Hotel (two nights) | $ 1,000.00 |
| Mike Kennedy | 11/16/15-11/18/15 | Ground Transportation | $ 245.00 |
| Mike Kennedy | 11/16/15-11/18/15 | Breakfast | $ 15.00 |
| Mike Kennedy | 11/16/15-11/18/15 | Breakfast | $ 15.00 |
| Mike Kennedy | 11/16/15-11/18/15 | Dinner | $ 25.00 |
| Mike Kennedy | 11/16/15-11/18/15 | Dinner | $ 25.00 |
| Chilmark | 11/30/2015 | Conference Calls | $ 10.67 |
| **Total Expenses** | | | **$ 6,812.40** |

Note:  All airfare is being charged at a coach class rate.