**See Attached for Exhibits A through H**

# Exhibit A

## The Mergis Group
### Summary of Professionals

Nortel Networks, Inc. et al.
For the period of November 1, 2015 through November 30, 2015

| Professional | Position | Title / Role of Professional |
|---|---|---|
| Timothy C. Ross | Officer | Chief Financial Officer and Corporate Secretary - Management responsibility for all business and finance functions supporting the U.S. Principal Officer in the company operation and liquidation; direct responsibilities include, operating budget oversight, treasury management, general accounting and controls, tax, information technology, human resources, real estate management, and foreign subsidiary wind down. Employee Benefits and Pension Investment Committee member. |
| William D. Cozart | Non-Officer | Associate - General accounting control oversight, debtor financial reporting (MOR, Form 26, etc.), general accounting control oversight, finance systems administration & controls, accounts receivable and billing, bank account reconciliations. |
| Kim Ponder | Non-Officer | Associate - General accounting & finance services for accounts payable, payment processing for normal course, intercompany, and professional, claims and litigation settlement disbursement processing, statutory reporting management & oversight. |

# Exhibit B

## The Mergis Group
### Summary of Projects and Project Descriptions

Nortel Networks, Inc. et al.
For the period of November 1, 2015 through November 30, 2015

| Project | Project Description |
|---|---|
| Administrative | Administrative matters related to the Debtors engagement.  Includes board meetings, staff meetings, preparation of  miscellaneous statements, surveys, and schedules, miscellaneous document review and execution, electronic minute book maintenance, and office and general case management activities. |
| Bankruptcy Reporting | Assist the Debtors with bankruptcy reporting requirements.  Includes the financial reporting preparation & management review of the Monthly Operating Report (MOR), Form 26, Ordinary Course Professionals Report (OCP), US Trustee Fee Report, and related matters for the US Trustee. |
| Cash Management | Support the Debtors with cash flow management activities.  Includes treasury systems management and controls, bank service contract oversight, cash flow planning and analysis, accountability for cash flow budget achievement,  and cash reporting to estate constituents. |
| Claims Administration | Assist the Debtors with claims matters.  Includes claims database systems and controls, data maintenance,  analysis and validation, communications, distribution process planning, and claims settlement / distribution execution. |
| Compensation Application | Activities relating to the professional time tracking  and preparation of the compensation application. |
| Discovery | Activities driven by requests directed to Nortel Networks Inc. in support of the business divestiture proceeds allocation litigation. Includes data / document extraction and analysis, preparation & presentation of findings, interface with legal counsel,  and participate in court hearings. |
| Electronic Data and Document Preservation | Support the Debtors with the preservation of electronic data and hard copy documents. Includes  governance and maintenance in compliance with court retention requirements and associated vendor service contract oversight. |
| Entity Liquidation and Wind Down | Assist the Debtors with the liquidation, wind down and/or deregistration of Nortel Networks, Inc. and its subsidiaries and branches (foreign and domestic).Includes the development and execution of step plans to ensure local law and U.S. Bankruptcy Court compliance in areas such as intercompany settlements, debt forgiveness, tax clearance certificates, final account balances;  compliance with local and U.S. statutory, tax, financial and other governmental reporting requirements; repatriation of subsidiary or branch cash to parent;  and coordinate with and support local accounting and legal professionals in conjunction with of all of the above. |

# Exhibit B

## The Mergis Group
## Summary of Projects and Project Descriptions

Nortel Networks, Inc. et al.
For the period of November 1, 2015 through November 30, 2015

| Project | Project Description |
|---|---|
| Finance and General Accounting | Assist the Debtors with finance and general accounting operations in compliance with US GAAP. Includes statutory financial reporting preparation & review, month and year end close processing, finance systems & controls, journal entry preparation, management review, and posting, account reconciliations, balance sheet analysis, and normal course accounts receivable and payable administration . |
| Human Resources | Support the Debtors in Human Resources matters. Includes development and execution of Debtors benefit plan termination (health and welfare, 401K, etc.), plan regulatory compliance oversight and reporting (audits, plan boards & committees, etc.)  vendor services contract management and oversight, human resource related communications, and HR systems and data maintenance and reporting. |
| Information Technology Operations | Assist the Debtors with the maintenance and support of the Nortel Networks, Inc. residual company information technology infrastructure operations. Includes vendor services and contract oversight, data extraction, back-up, and recovery, and infrastructure problem resolution support. |
| Insurance & Risk Management | Assist the Debtors with insurance and risk management activities.   Includes tracking and periodic management review of Debtors insurance coverage; ensuring compliance with established policies, leases, and contracts.  Provide service oversight to agent/broker contract. |
| Plan of Reorganization | Assist the Debtors with the preparation of the plan of reorganization and associated disclosure statement.  Includes financial analysis and Debtors review. |
| Professional Fee Applications | Assist the Debtors with the payment administration of engaged professionals.  Includes financial recording of professional fee applications to Debtors' books and records, reconciliation to Omnibus Fee Order to Debtors' books and records, fee disbursement based on Certificate of No Objection (CNO) , and associated year end regulatory reporting. |
| Real Estate Management | Assist the Debtors with lease and real estate matters.  Includes property management vendor contract oversight,  property management budget achievement accountability and associated financial planning & analysis, lease and sub-lease management / governance, and property marketing activities. |
| Residual Business Operations | Assist the Debtors in the resolution of outstanding residual business operations matters.  Includes activities relating to residual business services customer, vendor, and/or buyer contracts and associated receivables, payables, and/or inventory,  regulatory and government required business reporting surveys and schedules, and review and action of service of process notifications. |

# Exhibit B

## The Mergis Group
## Summary of Projects and Project Descriptions

Nortel Networks, Inc. et al.
For the period of November 1, 2015 through November 30, 2015

| Project | Project Description |
|---|---|
| Tax Matters | Assist the Debtors with tax matters.   Includes vendor service contract oversight, financial analysis support and management review of federal, state, and local Tax returns, claims, and audits, and authorization of tax related matters (annual report filings, settlements, etc.) . |
| Travel | Authorized travel to support Debtors projects. |

# Exhibit C

## The Mergis Group
### Summary of Fees and Expenses

Nortel Networks, Inc. et al.
For the period of November 1, 2015 through November 30, 2015

|  | Fees | Expenses | Total |
|---|---|---|---|
| For the period of November 1, 2015 through November 30, 2015 | $ 159,885.00 | $ 806.87 | $ 160,691.87 |

Exhibit C    Page 1 of 1

# Exhibit D

## The Mergis Group
## Summary of Time by Professional

Nortel Networks, Inc. et al.
For the period of November 1, 2015 through November 30, 2015

| Professional | Position | Title / Role of Professional | Hours |
|---|---|---|---|
| Timothy C. Ross | Officer | Chief Financial Officer and Corporate Secretary - Management responsibility for all business and finance functions supporting the U.S. Principal Officer in the company operation and liquidation; direct responsibilities include, operating budget oversight, treasury management, general accounting and controls, tax, information technology, human resources, real estate management, and foreign subsidiary wind down. Employee Benefits and Pension Investment Committee member. | 147.00 |
| William D. Cozart | Non-Officer | Associate - General accounting control oversight, debtor financial reporting (MOR, Form 26, etc.), general accounting control oversight, finance systems administration & controls, accounts receivable and billing, bank account reconciliations. | 136.50 |
| Kim Ponder | Non-Officer | Associate - General accounting & finance services for accounts payable, payment processing for normal course, intercompany, and professional, claims and litigation settlement disbursement processing, statutory reporting management & oversight. | 144.00 |

| | |
|---|---|
| **Hours for the period of November 1, 2015 through November 30, 2015** | **427.50** |
| Billing Rate | $ 374.00 |
| **Fees for the period of November 1, 2015 through November 30, 2015** | **$ 159,885.00** |

# Exhibit E

## The Mergis Group
## Summary of Fees by Project

Nortel Networks, Inc. et al.
For the period of November 1, 2015 through November 30, 2015

| Project | Project Description | Hours | Fees |
|---|---|---|---|
| Administrative | Administrative matters related to the Debtors engagement. Includes board meetings, staff meetings, preparation of miscellaneous statements, surveys, and schedules, miscellaneous document review and execution, electronic minute book maintenance, and office and general case management activities. | - | $ - |
| Bankruptcy Reporting | Assist the Debtors with bankruptcy reporting requirements. Includes the financial reporting preparation & management review of the Monthly Operating Report (MOR), Form 26, Ordinary Course Professionals Report (OCP), US Trustee Fee Report, and related matters for the US Trustee. | 19.50 | $ 7,293.00 |
| Cash Management | Support the Debtors with cash flow management activities. Includes treasury systems management and controls, bank service contract oversight, cash flow planning and analysis, accountability for cash flow budget achievement, and cash reporting to estate constituents. | 42.75 | $ 15,988.50 |
| Claims Administration | Assist the Debtors with claims matters. Includes claims database systems and controls, data maintenance, analysis and validation, communications, distribution process planning, and claims settlement / distribution execution. | 24.50 | $ 9,163.00 |
| Compensation Application | Activities relating to the professional time tracking and preparation of the compensation application. | 10.00 | $ 3,740.00 |
| Discovery | Activities driven by requests directed to Nortel Networks Inc. in support of the business divestiture proceeds allocation litigation. Includes data / document extraction and analysis, preparation & presentation of findings, interface with legal counsel, and participate in court hearings. | 20.50 | $ 7,667.00 |
| Electronic Data and Document Preservation | Support the Debtors with the preservation of electronic data and hard copy documents. Includes governance and maintenance in compliance with court retention requirements and associated vendor service contract oversight. | 33.00 | $ 12,342.00 |
| Entity Liquidation and Wind Down | Assist the Debtors with the liquidation, wind down and/or deregistration of Nortel Networks, Inc. and its subsidiaries and branches (foreign and domestic).Includes the development and execution of step plans to ensure local law and U.S. Bankruptcy Court compliance in areas such as intercompany settlements, debt forgiveness, tax clearance certificates, final account balances; compliance with local and U.S. statutory, tax, financial and other governmental reporting requirements; repatriation of subsidiary or branch cash to parent; and coordinate with and support local accounting and legal professionals in conjunction with of all of the above. | 2.50 | $ 935.00 |
| Finance and General Accounting | Assist the Debtors with finance and general accounting operations in compliance with US GAAP. Includes statutory financial reporting preparation & review, month and year end close processing, finance systems & controls, journal entry preparation, management review, and posting, account reconciliations, balance sheet analysis, and normal course accounts receivable and payable administration . | 196.50 | $ 73,491.00 |
| Human Resources | Support the Debtors in Human Resources matters. Includes development and execution of Debtors benefit plan termination (health and welfare, 401K, etc.), plan regulatory compliance oversight and reporting (audits, plan boards & committees, etc.) vendor services contract management and oversight, human resource related communications, and HR systems and data maintenance and reporting. | 4.50 | $ 1,683.00 |
| Information Technology Operations | Assist the Debtors with the maintenance and support of the Nortel Networks, Inc. residual company information technology infrastructure operations. Includes vendor services and contract oversight, data extraction, back-up, and recovery, and infrastructure problem resolution support. | 8.00 | $ 2,992.00 |

# Exhibit E

## The Mergis Group
## Summary of Fees by Project

Nortel Networks, Inc. et al.
For the period of November 1, 2015 through November 30, 2015

| Project | Project Description | Hours | Fees |
|---|---|---|---|
| Insurance & Risk Management | Assist the Debtors with insurance and risk management activities.  Includes tracking and periodic management review of Debtors insurance coverage; ensuring compliance with established policies, leases, and contracts.  Provide service oversight to agent/broker contract. | 3.00 | $ 1,122.00 |
| Plan of Reorganization | Assist the Debtors with the preparation of the plan of reorganization and associated disclosure statement.  Includes financial analysis and Debtors review. | - | $ - |
| Professional Fee Applications | Assist the Debtors with the payment administration of engaged professionals.  Includes financial recording of professional fee applications to Debtors' books and records, reconciliation to Omnibus Fee Order to Debtors' books and records, fee disbursement based on Certificate of No Objection (CNO) , and associated year end regulatory reporting. | 6.75 | $ 2,524.50 |
| Real Estate Management | Assist the Debtors with lease and real estate matters.  Includes property management vendor contract oversight,  property management budget achievement accountability and associated financial planning & analysis, lease and sub-lease management / governance, and property marketing activities. | 35.00 | $ 13,090.00 |
| Residual Business Operations | Assist the Debtors in the resolution of outstanding residual business operations matters.  Includes activities relating to residual business services customer, vendor, and/or buyer contracts and associated receivables, payables, and/or inventory,  regulatory and government required business reporting surveys and schedules, and review and action of service of process notifications. | 11.00 | $ 4,114.00 |
| Tax Matters | Assist the Debtors with tax matters.   Includes vendor service contract oversight, financial analysis support and management review of federal, state, and local Tax returns, claims, and audits, and authorization of tax related matters (annual report filings, settlements, etc.) . | 10.00 | $ 3,740.00 |
| Travel | Authorized travel to support Debtors projects. | - | $ - |
| **For the period of November 1, 2015 through November 30, 2015** | | **427.50** | **$ 159,885.00** |

# Exhibit F

## The Mergis Group
### Time Description Detail by Project

Nortel Networks, Inc. et al.
For the period of November 1, 2015 through November 30, 2015

| Project | Date | Professional | Project Work Description | H |
|---|---|---|---|---|
| Project | Date | Professional | Project Work Description | H |

**Bankruptcy Reporting**

| | Date | Professional | Project Work Description |
|---|---|---|---|
| | 11/10/2015 | William D. Cozart | Prepare draft October MOR. |
| | 11/12/2015 | William D. Cozart | Prepare draft October MOR. |
| | 11/18/2015 | William D. Cozart | Prepare October MOR Draft. |
| | 11/19/2015 | Timothy C. Ross | Received, worked, and responded to US Principal Officer (JR) request. |
| | 11/20/2015 | William D. Cozart | Prepare October MOR. |
| | 11/23/2015 | Timothy C. Ross | Prepared and analyzed Debtors cash receipts and disbursements for the monthly operating report |
| | 11/23/2015 | William D. Cozart | Prepare October MOR. |
| | 11/24/2015 | Timothy C. Ross | Reviewed and authorized the release of Debtors monthly operating report |
| | 11/24/2015 | William D. Cozart | Meeting with T. Ross. |
| | 11/24/2015 | William D. Cozart | Prepare October MOR. |
| | 11/25/2015 | William D. Cozart | Prepare October MOR. |

**Bankruptcy Reporting Total**

**Cash Management**

| | Date | Professional | Project Work Description |
|---|---|---|---|
| | 11/2/2015 | Timothy C. Ross | Reviewed and authorized Debtors bank deposits. |
| | 11/2/2015 | Timothy C. Ross | Analyzed cash receipts & disbursements variance to budget and reported results to Debtors constituents. |
| | 11/3/2015 | Timothy C. Ross | Reviewed, authorized, and released Debtors foreign subsidiary disbursements |
| | 11/4/2015 | Timothy C. Ross | Worked Debtors foreign subsidiary banking issue. |
| | 11/4/2015 | Timothy C. Ross | Prepared and analyzed Debtors five week rolling cash flow requirements / payment proposal and executed Treasury funding transactions. |
| | 11/5/2015 | Kim Ponder | VEBA deposit. |
| | 11/5/2015 | Kim Ponder | Conference call and coordination with Citibank. |
| | 11/5/2015 | Timothy C. Ross | Worked Debtors foreign subsidiary banking issue with Citibank. |
| | 11/5/2015 | Timothy C. Ross | Reviewed and authorized Debtors bank deposits. |
| | 11/5/2015 | Timothy C. Ross | Reviewed, authorized, and released Debtors disbursements. |
| | 11/6/2015 | Kim Ponder | Corresponded with Citibank regarding processing issues. |
| | 11/9/2015 | Kim Ponder | FCB and VEBA deposits. |
| | 11/9/2015 | Timothy C. Ross | Reviewed and authorized Debtors bank deposits. |
| | 11/10/2015 | Timothy C. Ross | Worked Debtors banking request from Citibank. |
| | 11/11/2015 | Kim Ponder | Follow-up communication to Citibank. |
| | 11/11/2015 | Timothy C. Ross | Prepared and analyzed Debtors five week rolling cash flow requirements / payment proposal and executed Treasury funding transactions. |
| | 11/12/2015 | Kim Ponder | VEBA deposit. |
| | 11/12/2015 | Timothy C. Ross | Follow-up on Debtors foreign subsidiary banking matter. |
| | 11/12/2015 | Timothy C. Ross | Worked Debtors banking matter. |
| | 11/12/2015 | Timothy C. Ross | Reviewed and authorized Debtors bank deposits. |
| | 11/13/2015 | Timothy C. Ross | Reviewed, authorized, and released Debtors disbursements. |
| | 11/13/2015 | Timothy C. Ross | Received, worked, and responded to Debtors foreign subsidiary banking issue |
| | 11/16/2015 | Timothy C. Ross | Reviewed, authorized, and released Debtors foreign subsidiary disbursements |
| | 11/16/2015 | Timothy C. Ross | Reviewed, authorized, and released Debtors foreign subsidiary disbursements |
| | 11/17/2015 | Kim Ponder | FCB deposit. |
| | 11/18/2015 | Timothy C. Ross | Worked Debtors treasury management matters. |
| | 11/18/2015 | Timothy C. Ross | Reviewed and authorized Debtors bank deposits. |
| | 11/18/2015 | Timothy C. Ross | Prepared and analyzed Debtors five week rolling cash flow requirements / payment proposal and executed Treasury funding transactions. |
| | 11/19/2015 | Timothy C. Ross | Reviewed, authorized, and released Debtors foreign subsidiary disbursements |
| | 11/19/2015 | Timothy C. Ross | Reviewed, authorized, and released Debtors disbursements. |
| | 11/20/2015 | Kim Ponder | Received and replied to Citibank request for tax forms. |
| | 11/23/2015 | Kim Ponder | FCB deposit. |
| | 11/24/2015 | Kim Ponder | FCB and VEBA deposits. |
| | 11/25/2015 | Timothy C. Ross | Prepared and analyzed Debtors five week rolling cash flow requirements / payment proposal and executed Treasury funding transactions. |
| | 11/25/2015 | Timothy C. Ross | Follow-up on status of NTEC banking issue. |
| | 11/25/2015 | Timothy C. Ross | Reviewed, authorized, and released Debtors disbursements. |

**Cash Management Total**

**Claims Administration**

| | Date | Professional | Project Work Description |
|---|---|---|---|
| | 11/3/2015 | Kim Ponder | Prepared documentation for research solution. |
| | 11/5/2015 | Kim Ponder | Claims research. |
| | 11/9/2015 | Kim Ponder | Claims research. |
| | 11/10/2015 | Kim Ponder | Conference call with vendor and finalization of application. |

# Exhibit F

## The Mergis Group
### Time Description Detail by Project

Nortel Networks, Inc. et al.
For the period of November 1, 2015 through November 30, 2015

| Project | Date | Professional | Project Work Description |
|---|---|---|---|
| | 11/10/2015 | Timothy C. Ross | Conference call with vendor. |
| | 11/11/2015 | Timothy C. Ross | Reviewed and executed Debtors vendor agreement. |
| | 11/12/2015 | Kim Ponder | Received, researched and responded to request for payroll data |
| | 11/16/2015 | Kim Ponder | Claims research. |
| | 11/18/2015 | Kim Ponder | Correspondence with LexisNexis. |
| | 11/18/2015 | Timothy C. Ross | Received, reviewed, and responded to RLKS (MC). |
| | 11/19/2015 | Kim Ponder | Correspondence with LexisNexis. |
| | 11/19/2015 | Kim Ponder | Claims research. |
| | 11/24/2015 | Kim Ponder | Claims research. |

**Claims Administration Total**

**Compensation Application**

| | Date | Professional | Project Work Description |
|---|---|---|---|
| | 11/6/2015 | Kim Ponder | Compensation application preparation re: update of timekeeping records. |
| | 11/6/2015 | William D. Cozart | Update timekeeping records. |
| | 11/12/2015 | Timothy C. Ross | Prepared DRAFT Mergis staffing & compensation report for CGSH review. |
| | 11/13/2015 | Kim Ponder | Compensation application preparation. |
| | 11/13/2015 | Timothy C. Ross | Compensation application preparation. |
| | 11/13/2015 | William D. Cozart | Update timekeeping records. |
| | 11/20/2015 | Kim Ponder | Compensation application preparation. |
| | 11/20/2015 | Timothy C. Ross | Compensation application preparation. |
| | 11/20/2015 | William D. Cozart | Update timekeeping records. |
| | 11/25/2015 | Kim Ponder | Compensation application preparation. |
| | 11/25/2015 | Timothy C. Ross | Received, reviewed, updated and finalized Mergis Staffing & Compensation report with CGSH edits and submitted to MNAT for court filing (October 2015). |
| | 11/25/2015 | William D. Cozart | Update timekeeping records. |
| | 11/27/2015 | Timothy C. Ross | Compensation application preparation. |

**Compensation Application Total**

**Discovery**

| | Date | Professional | Project Work Description |
|---|---|---|---|
| | 11/3/2015 | Timothy C. Ross | Worked Crowell (MS) request. |
| | 11/9/2015 | Timothy C. Ross | Worked mediation request from MNAT (DA). |
| | 11/11/2015 | Timothy C. Ross | Worked Debtors litigation matter. |
| | 11/23/2015 | William D. Cozart | Prepare SAP reports for CGHS. |
| | 11/24/2015 | Timothy C. Ross | Received, reviewed, and actioned Debtors subpoena. |
| | 11/24/2015 | William D. Cozart | Prepare SAP reports for CGHS. |
| | 11/25/2015 | Timothy C. Ross | Worked Debtors discovery request from CGSH (PC). |
| | 11/25/2015 | William D. Cozart | Prepare SAP reports for CGHS. |

**Discovery Total**

**Electronic Data and Document Preservation**

| | Date | Professional | Project Work Description |
|---|---|---|---|
| | 11/2/2015 | William D. Cozart | Prepare documents for retention and storage. |
| | 11/3/2015 | Timothy C. Ross | Reviewed Debtors foreign subsidiary document retention & destruction agreement, reverted to CGSH (RR, KH) with comments. |
| | 11/3/2015 | William D. Cozart | Prepare documents for retention and storage. |
| | 11/4/2015 | Kim Ponder | Coordination with RLKS and EY. |
| | 11/4/2015 | William D. Cozart | Prepare documents for retention and storage. |
| | 11/5/2015 | Timothy C. Ross | Reviewed and provided comments to Counsel (KH, RE, RB) for Debtors foreign subsidiary document retention agreement - |
| | 11/6/2015 | William D. Cozart | Prepare documents for retention and storage. |
| | 11/10/2015 | Timothy C. Ross | Reviewed and responded to Debtors counsel. |
| | 11/10/2015 | Timothy C. Ross | Worked Debtors foreign branch document storage issue. |
| | 11/10/2015 | William D. Cozart | Prepare documents for storage. |
| | 11/11/2015 | Timothy C. Ross | Reviewed, executed, and couriered Debtors foreign subsidiary agreement to liquidator |
| | 11/11/2015 | William D. Cozart | Prepare documents for storage. |
| | 11/12/2015 | William D. Cozart | Prepare documents for storage. |
| | 11/13/2015 | William D. Cozart | Prepare documents for storage. |
| | 11/16/2015 | Timothy C. Ross | Received, reviewed, and responded to Debtors document retention / destruction matters |
| | 11/16/2015 | William D. Cozart | Prepare documents for storage. |
| | 11/17/2015 | Timothy C. Ross | Reviewed and responded to Debtors foreign branch liquidator (SC) |
| | 11/20/2015 | Kim Ponder | Received and responded to vendor inquiry. |
| | 11/20/2015 | Timothy C. Ross | Reviewed and authorized Debtors document storage vendor matters |
| | 11/20/2015 | William D. Cozart | Prepare documents for storage. |

**Electronic Data and Document Preservation Total**

# Exhibit F

## The Mergis Group
### Time Description Detail by Project

Nortel Networks, Inc. et al.
For the period of November 1, 2015 through November 30, 2015

| Project | Date | Professional | Project Work Description | H |
|---|---|---|---|---|

**Entity Liquidation and Wind Down**

| | Date | Professional | Description |
|---|---|---|---|
| | 11/10/2015 | Timothy C. Ross | Reviewed and authorized Debtors foreign branch liquidation matters |
| | 11/12/2015 | Timothy C. Ross | Received, reviewed, and responded to Debtors foreign branch matter |
| | 11/12/2015 | Timothy C. Ross | Conference call with CGSH (KH, RE, RB). |
| | 11/24/2015 | Timothy C. Ross | Received, reviewed, and responded to Debtors foreign branch local counsel (BS) |

**Entity Liquidation and Wind Down Total**

**Finance and General Accounting**

| | Date | Professional | Description |
|---|---|---|---|
| | 11/2/2015 | Kim Ponder | FCB deposit. |
| | 11/2/2015 | Kim Ponder | Normal course payables. |
| | 11/2/2015 | Kim Ponder | Month end close. |
| | 11/2/2015 | Timothy C. Ross | Prepared and submitted residual staff time report. |
| | 11/2/2015 | Timothy C. Ross | Worked Debtors finance and general accounting matters. |
| | 11/2/2015 | William D. Cozart | Prepare bank reconciliations for October. |
| | 11/2/2015 | William D. Cozart | Prepare billings for November. |
| | 11/3/2015 | Kim Ponder | Normal course payables. |
| | 11/3/2015 | Kim Ponder | Month end close. |
| | 11/3/2015 | Timothy C. Ross | Worked Debtors finance and general accounting matters. |
| | 11/3/2015 | William D. Cozart | Record cash receipts. |
| | 11/3/2015 | William D. Cozart | Prepare reconciliations for October. |
| | 11/3/2015 | William D. Cozart | Prepare October bank reconciliations. |
| | 11/4/2015 | Timothy C. Ross | Worked Debtors finance and general accounting matters. |
| | 11/4/2015 | William D. Cozart | Review cash transactions. |
| | 11/4/2015 | William D. Cozart | Prepare reconciliations for October. |
| | 11/4/2015 | William D. Cozart | Record cash receipts. |
| | 11/5/2015 | Kim Ponder | Normal course payables. |
| | 11/5/2015 | Kim Ponder | Prepared FCC renewal. |
| | 11/5/2015 | Kim Ponder | Normal course payables. |
| | 11/5/2015 | Kim Ponder | Month end close. |
| | 11/5/2015 | William D. Cozart | Process cash disbursements. |
| | 11/6/2015 | Kim Ponder | Normal course payables. |
| | 11/6/2015 | Kim Ponder | Month end close. |
| | 11/6/2015 | Timothy C. Ross | Compensation application preparation. |
| | 11/6/2015 | William D. Cozart | Record cash receipts. |
| | 11/6/2015 | William D. Cozart | Update vendor master file in QuickBooks. |
| | 11/6/2015 | William D. Cozart | Prepare reconciliations for October. |
| | 11/9/2015 | Timothy C. Ross | Prepared and submitted residual staff time report. |
| | 11/9/2015 | Timothy C. Ross | Worked Debtors finance and general accounting matters. |
| | 11/9/2015 | William D. Cozart | Prepare reconciliations for October. |
| | 11/9/2015 | William D. Cozart | Prepare analysis of Escrow balances. |
| | 11/9/2015 | William D. Cozart | Prepare bank reconciliations for October. |
| | 11/10/2015 | Kim Ponder | Normal course payables |
| | 11/10/2015 | Kim Ponder | Received and responded to various email requests. |
| | 11/10/2015 | Timothy C. Ross | Worked Debtors finance and general accounting matters. |
| | 11/10/2015 | William D. Cozart | Record cash receipts. |
| | 11/10/2015 | William D. Cozart | Prepare reconciliations for October. |
| | 11/11/2015 | Kim Ponder | Prepare package to Abdelly and update foreign tracker. |
| | 11/11/2015 | Kim Ponder | Month end close. |
| | 11/11/2015 | Kim Ponder | Normal course payables. |
| | 11/11/2015 | Timothy C. Ross | Worked Debtors finance and general accounting matters. |
| | 11/11/2015 | William D. Cozart | Prepare billings for November. |
| | 11/11/2015 | William D. Cozart | Follow-up regarding past due customer invoices. |
| | 11/11/2015 | William D. Cozart | Prepare reconciliations for October. |
| | 11/12/2015 | Kim Ponder | Normal course payables. |
| | 11/12/2015 | William D. Cozart | Prepare invoicing for November. |
| | 11/12/2015 | William D. Cozart | Prepare bank reconciliations for October. |
| | 11/12/2015 | William D. Cozart | Record deposits. |
| | 11/12/2015 | William D. Cozart | Prepare reconciliations for October. |
| | 11/13/2015 | Kim Ponder | Account reconciliations. |
| | 11/13/2015 | William D. Cozart | Process cash disbursements. |
| | 11/13/2015 | William D. Cozart | Prepare reconciliations for October. |
| | 11/16/2015 | Kim Ponder | Received and responded to inquiry from vendor. |
| | 11/16/2015 | Kim Ponder | Month end close. |
| | 11/16/2015 | Timothy C. Ross | Prepared and submitted residual staff time report. |
| | 11/16/2015 | Timothy C. Ross | Worked Debtors finance and general accounting matters. |

# Exhibit F

## The Mergis Group
### Time Description Detail by Project

Nortel Networks, Inc. et al.
For the period of November 1, 2015 through November 30, 2015

| Project / Date | Professional | Project Work Description |
|---|---|---|
| 11/16/2015 | William D. Cozart | Month end closing. |
| 11/16/2015 | William D. Cozart | Prepare reconciliations for October. |
| 11/17/2015 | Kim Ponder | Normal course payables. |
| 11/17/2015 | Kim Ponder | Normal course payables. |
| 11/17/2015 | Kim Ponder | Account reconciliations. |
| 11/17/2015 | Timothy C. Ross | Reconciled IT and HR contractor payments against agreement. |
| 11/17/2015 | Timothy C. Ross | Reviewed and authorized Debtors Bank reconciliations. |
| 11/17/2015 | Timothy C. Ross | Reviewed and authorized Debtors vendor set up in QuickBooks. |
| 11/17/2015 | William D. Cozart | Month End Closing. |
| 11/17/2015 | William D. Cozart | Prepare QuickBooks month end backup for October. |
| 11/17/2015 | William D. Cozart | Close October accounting period in QuickBooks. |
| 11/17/2015 | William D. Cozart | Prepare month end QuickBooks reports. |
| 11/18/2015 | Kim Ponder | QuickBooks vendor maintenance. |
| 11/18/2015 | Kim Ponder | Normal course payables. |
| 11/18/2015 | Kim Ponder | Account reconciliations. |
| 11/18/2015 | William D. Cozart | Prepare consolidation for October MOR. |
| 11/18/2015 | William D. Cozart | Record cash receipts. |
| 11/18/2015 | William D. Cozart | Update G&A cost allocation. |
| 11/18/2015 | William D. Cozart | Perform QuickBooks Vendor maintenance. |
| 11/19/2015 | William D. Cozart | Prepare sublease billings for December. |
| 11/19/2015 | William D. Cozart | Prepare reconciliations for October. |
| 11/19/2015 | William D. Cozart | Prepare billings for November. |
| 11/20/2015 | Kim Ponder | Historical document management. |
| 11/20/2015 | William D. Cozart | Update G&A Cost allocation. |
| 11/20/2015 | William D. Cozart | Prepare reconciliations for October. |
| 11/20/2015 | William D. Cozart | Prepare consolidation for October MOR. |
| 11/23/2015 | Kim Ponder | Normal course payables. |
| 11/23/2015 | Kim Ponder | Normal course payables. |
| 11/23/2015 | Kim Ponder | Historical document management. |
| 11/23/2015 | Timothy C. Ross | Prepared and submitted residual staff time report. |
| 11/24/2015 | Kim Ponder | Normal course payables. |
| 11/24/2015 | William D. Cozart | Record cash receipts. |
| 11/25/2015 | Kim Ponder | Historical document management. |
| 11/30/2015 | Timothy C. Ross | Prepared and submitted residual staff time report. |

**Finance and General Accounting Total**

### Human Resources

| Date | Professional | Project Work Description |
|---|---|---|
| 11/4/2015 | Timothy C. Ross | Worked Debtors former employee matter. |
| 11/9/2015 | Timothy C. Ross | Received, reviewed, and actioned Debtors former employee matter. |
| 11/10/2015 | Timothy C. Ross | Received, reviewed, and actioned Debtors former employee matter. |
| 11/10/2015 | Timothy C. Ross | Prepared and communicated correspondence to former Debtor employee |
| 11/17/2015 | Kim Ponder | Received, researched and responded to SSA request for information. |
| 11/23/2015 | Timothy C. Ross | Conference call with DP. |
| 11/24/2015 | Timothy C. Ross | Responded to former employee matter. |

**Human Resources Total**

### Information Technology Operations

| Date | Professional | Project Work Description |
|---|---|---|
| 11/3/2015 | Timothy C. Ross | Revised and communicated Debtors IT consultant agreement. |
| 11/5/2015 | Timothy C. Ross | Worked Debtors IT matters. |
| 11/5/2015 | Timothy C. Ross | Reviewed and executed IT consultant agreement. |
| 11/10/2015 | Timothy C. Ross | Finalized and executed Debtors IT consultant agreement and communicated payment milestones to professional agencies. |
| 11/12/2015 | Kim Ponder | HR system maintenance. |
| 11/13/2015 | Kim Ponder | Discussion with T. Ross and D. Cozart. |
| 11/13/2015 | William D. Cozart | Meeting with T. Ross and K. Ponder. |
| 11/16/2015 | Timothy C. Ross | Received, assessed, and responded to Debtors IT matters. |
| 11/16/2015 | Timothy C. Ross | Received, reviewed, and responded to Debtors IT matters. |
| 11/17/2015 | Timothy C. Ross | Meeting with RLKS (RP) and CBRE (AL). |
| 11/18/2015 | Timothy C. Ross | Worked Debtors IT matters. |

**Information Technology Operations Total**

### Insurance & Risk Management

| Date | Professional | Project Work Description |
|---|---|---|
| 11/2/2015 | Timothy C. Ross | Worked Debtors foreign subsidiary matters. |
| 11/4/2015 | Timothy C. Ross | Completed and executed Debtors insurance matters. |

# Exhibit F

## The Mergis Group
### Time Description Detail by Project

Nortel Networks, Inc. et al.
For the period of November 1, 2015 through November 30, 2015

| Project | Date | Professional | Project Work Description | H |
|---|---|---|---|---|
| | 11/17/2015 | Timothy C. Ross | Worked Debtors insurance matters. | |
| | 11/24/2015 | Timothy C. Ross | Conference call with Marsh, Inc. (MP/MM) | |
| **Insurance & Risk Management Total** | | | | |
| **Professional Fee Applications** | | | | |
| | 11/9/2015 | Kim Ponder | Processed fee application filed by Professional. | |
| | 11/10/2015 | Kim Ponder | Reconciliation of quarterly fee applications to Omnibus order. | |
| | 11/13/2015 | Kim Ponder | Processed fee application filed by Professional. | |
| | 11/18/2015 | Kim Ponder | Processed fee applications filed by Professionals. | |
| | 11/20/2015 | Kim Ponder | Processed fee application filed by Professional. | |
| | 11/23/2015 | Kim Ponder | Processed fee application filed by Professional. | |
| | 11/24/2015 | Kim Ponder | Processed fee applications filed by Professionals. | |
| **Professional Fee Applications Total** | | | | |
| **Real Estate Management** | | | | |
| | 11/2/2015 | Timothy C. Ross | Reviewed and actioned Debtors property management matters. | |
| | 11/3/2015 | Timothy C. Ross | Conference call with CGSH (KS), RLKS (KS), and JCI/CBRE (AL). | |
| | 11/4/2015 | Timothy C. Ross | Received, reviewed, and responded to Debtors property management matter | |
| | 11/4/2015 | Timothy C. Ross | Meeting with JCI/CBRE. | |
| | 11/5/2015 | Timothy C. Ross | Received, reviewed, and responded to Glenville Landlord. | |
| | 11/9/2015 | Timothy C. Ross | Reviewed and responded to Debtors property management matters | |
| | 11/9/2015 | Timothy C. Ross | Worked Debtors property management matters. | |
| | 11/10/2015 | Timothy C. Ross | Received, reviewed, and responded to Debtors property management matter | |
| | 11/11/2015 | Timothy C. Ross | Worked Debtors property management matters. | |
| | 11/12/2015 | Timothy C. Ross | Conference call with JCI/CBRE (AL) and Landlord (AN). | |
| | 11/13/2015 | Timothy C. Ross | Reviewed and provided comments to Debtors Counsel (CC). | |
| | 11/13/2015 | Timothy C. Ross | Worked Debtors property management matters. | |
| | 11/13/2015 | Timothy C. Ross | Prepared for and conducted a conference call with RLKS (KS). | |
| | 11/17/2015 | Timothy C. Ross | Worked Debtors property management matters. | |
| | 11/18/2015 | Kim Ponder | Correspondence with Durham County Tax Collector. | |
| | 11/18/2015 | Timothy C. Ross | Meeting with CBRE (AL). | |
| | 11/18/2015 | Timothy C. Ross | Worked Debtors property management matters. | |
| | 11/18/2015 | Timothy C. Ross | Worked Debtors collection matters. | |
| | 11/19/2015 | Kim Ponder | Received and responded to request for historical data. | |
| | 11/19/2015 | Timothy C. Ross | Worked landlord request. | |
| | 11/19/2015 | Timothy C. Ross | Reviewed and responded to Vendor SOW proposal. | |
| | 11/20/2015 | Timothy C. Ross | Prepared Rent roll for RTP and Richardson properties. | |
| | 11/20/2015 | Timothy C. Ross | Prepared subtenant rental income for invoicing. | |
| | 11/23/2015 | Kim Ponder | Received and responded to request for data. | |
| | 11/23/2015 | Timothy C. Ross | Reviewed and executed Debtors property management matters and raised associated PO | |
| | 11/23/2015 | Timothy C. Ross | Conference call with GPT(AN), RLKS (KS), and CBRE (AL). | |
| | 11/23/2015 | Timothy C. Ross | Conference call with CGSH (CC), RLKS (KS), and CBRE (AL). | |
| | 11/23/2015 | Timothy C. Ross | Prepared for conference call with CGSH (CC), CBRE (AL), and RLKS (KS). | |
| | 11/24/2015 | Timothy C. Ross | Worked Glenville property landlord request. | |
| | 11/24/2015 | Timothy C. Ross | Reviewed and provided comments to CGSH (CC). | |
| | 11/24/2015 | Timothy C. Ross | Conference call with GPT (AN, DJ), CBRE (AL), and RLKS (KS). | |
| | 11/27/2015 | Timothy C. Ross | Received, reviewed, and responded to Debtors property management matters | |
| | 11/30/2015 | Timothy C. Ross | Worked Debtors property management matters. | |
| **Real Estate Management Total** | | | | |
| **Residual Business Operations** | | | | |
| | 11/2/2015 | Timothy C. Ross | Worked Debtors foreign subsidiary matters. | |
| | 11/3/2015 | Timothy C. Ross | Reviewed and responded to correspondence from Debtors foreign subsidiary counsel | |
| | 11/3/2015 | Timothy C. Ross | Prepared West Palm site remediation reserve analysis / authorized associated professional invoices for payment | |
| | 11/6/2015 | Timothy C. Ross | Worked Debtors residual business matters. | |
| | 11/9/2015 | Timothy C. Ross | Received, reviewed, and responded to Debtors foreign subsidiary issue | |
| | 11/12/2015 | Timothy C. Ross | Received, reviewed, and responded to Debtors foreign subsidiary matters | |
| | 11/12/2015 | Timothy C. Ross | Updated Debtors EMB data. | |
| | 11/13/2015 | Timothy C. Ross | Received, reviewed, and responded to Debtors Counsel. | |
| | 11/16/2015 | Timothy C. Ross | Worked Debtors foreign subsidiary matter. | |
| | 11/17/2015 | Timothy C. Ross | Worked Debtors foreign subsidiary matters. | |
| | 11/19/2015 | Timothy C. Ross | Received, reviewed, and acknowledged Debtors service of process notifications | |
| | 11/20/2015 | Timothy C. Ross | Received, reviewed, and responded to Debtors foreign subsidiary matter | |
| | 11/20/2015 | Timothy C. Ross | Worked Debtors residual business matter. | |

# Exhibit F

## The Mergis Group
### Time Description Detail by Project

Nortel Networks, Inc. et al.
For the period of November 1, 2015 through November 30, 2015

| Project | Date | Professional | Project Work Description | H |
|---|---|---|---|---|
| | 11/23/2015 | William D. Cozart | Prepare PO for decommissioning services proposal. | |
| | 11/24/2015 | Timothy C. Ross | Worked Debtors notification concern matter. | |
| **Residual Business Operations Total** | | | | |
| **Tax Matters** | | | | |
| | 11/3/2015 | Timothy C. Ross | Worked Debtors foreign subsidiary matters. | |
| | 11/3/2015 | Timothy C. Ross | Received, reviewed, and responded to Debtors foreign subsidiary tax matters | |
| | 11/6/2015 | Timothy C. Ross | Received, reviewed, and responded to Debtors foreign subsidiary tax matters | |
| | 11/9/2015 | Timothy C. Ross | Reviewed and authorized Debtors tax matters. | |
| | 11/13/2015 | Kim Ponder | Received, researched and corresponded with EY. | |
| | 11/16/2015 | Timothy C. Ross | Received, reviewed, and authorized Debtors foreign subsidiary tax matters | |
| | 11/16/2015 | Timothy C. Ross | Received, reviewed, and responded to debtors tax matters. | |
| | 11/17/2015 | Timothy C. Ross | Worked Debtors foreign branch tax matters. | |
| | 11/17/2015 | Timothy C. Ross | Conference call with Debtors foreign branch liquidator (SC) and CGSH (KH, RR). | |
| | 11/20/2015 | Timothy C. Ross | Received, reviewed, and responded to Debtors tax matters. | |
| | 11/20/2015 | Timothy C. Ross | Received, reviewed, and responded to Debtors foreign branch matter | |
| | 11/24/2015 | Timothy C. Ross | Received, reviewed, and responded to Debtors foreign branch matter | |
| | 11/24/2015 | Timothy C. Ross | Meeting with E&Y (JW, JS). | |
| | 11/24/2015 | Timothy C. Ross | Reviewed and provided comments to E&Y (JS) and CGSH (KH, RE). | |
| | 11/25/2015 | William D. Cozart | Update daily bank balances for FBAR reporting. | |
| **Tax Matters Total** | | | | |

**For the period of November 1, 2015 through November 30, 2015**

## Exhibit G

**The Mergis Group**
**Summary of Expenses By Category**

**Nortel Networks, Inc. et al.**
For the period of November 1, 2015 through November 30, 2015

| **Expense Category** | **Expenses** |
|---|---:|
| Airfare | - |
| Lodging | - |
| Meals | - |
| Parking | - |
| Ground Transportation | - |
| Office Expense | 806.87 |
| Professional | - |
| Miscellaneous | - |
| **For the period of November 1, 2015 through November 30, 2015** | **$ 806.87** |

# Exhibit H

## The Mergis Group
**Expense Detail**

Nortel Networks, Inc. et al.
For the period of November 1, 2015 through November 30, 2015

| Date (s) Incurred | Name of Professional | Purpose | Location Visited |
|---|---|---|---|
| 11/04/15 | Timothy C. Ross | Debtors IT equipment repair parts | Online Purchase |
| | **Expense Category** | **Vendor** | **Expenses** |
| | Airfare | | - |
| | Lodging | | - |
| | Meals | | - |
| | Parking | | - |
| | Ground Transportation | | - |
| | Office Expense | Amazon.Com and B&H.Com | 806.87 |
| | Professional | | - |
| | Miscellaneous | | - |
| | **Total** | | **$ 806.87** |

| Date (s) Incurred | Name of Professional | Purpose | Location Visited |
|---|---|---|---|
| | **Expense Category** | **Vendor** | **Expenses** |
| | Airfare | | - |
| | Lodging | | - |
| | Meals | | - |
| | Parking | | - |
| | Ground Transportation | | - |
| | Office Expense | | - |
| | Professional | | - |
| | Miscellaneous | | - |
| | **Total** | | **$ -** |

| Date (s) Incurred | Name of Professional | Purpose | Location Visited |
|---|---|---|---|
| | **Expense Category** | **Vendor** | **Expenses** |
| | Airfare | | - |
| | Lodging | | - |
| | Meals | | - |
| | Parking | | - |
| | Ground Transportation | | - |
| | Office Expense | | - |
| | Professional | | - |
| | Miscellaneous | | - |
| | **Total** | | **$ -** |

| Date (s) Incurred | Name of Professional | Purpose | Location Visited |
|---|---|---|---|
| | **Expense Category** | **Vendor** | **Expenses** |
| | Airfare | | - |
| | Lodging | | - |
| | Meals | | - |
| | Parking | | - |
| | Ground Transportation | | - |
| | Office Expense | | - |
| | Professional | | - |
| | Miscellaneous | | - |
| | **Total** | | **$ -** |

# Exhibit H

## The Mergis Group
### Expense Detail

Nortel Networks, Inc. et al.
For the period of November 1, 2015 through November 30, 2015

| | |
|---|---:|
| **For the period of November 1, 2015 through November 30, 2015** | $ 806.87 |