IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

| | | |
|---|---|---|
| ----------------------------------------------------------X | | |
| *In re* | : | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | : | |
| Debtors. | : | Bankr. Case No. 09-10138 (KG) |
| ---------------------------------------------------------- X | : | (Jointly Administered) |
| SNMP Research International, Inc. | : | |
| and | : | Adv. Proc. No. 11-53454 (KG) |
| SNMP Research, Inc., | : | |
| Plaintiffs, | : | |
| v. | : | |
| Nortel Networks Inc., *et al.*, | : | |
| and | : | |
| Avaya Inc., | : | |
| Defendants. | : | |
| ---------------------------------------------------------- X | | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON DECEMBER 22, 2015 AT 9:30 A.M. (EASTERN TIME)**

By permission of chambers, any party wishing to participate telephonically must make arrangements through CourtCall **at least one hour prior to the hearing**. CourtCall has been made aware of this extended deadline. CourtCall will not accept reservations after the extended deadline has passed without permission of chambers. Please do not contact chambers prior to the expiration of the extended deadline.

**ORAL ARGUMENT**

1. Plaintiffs' Motion for Partial Summary Judgment (A.D.I. 285, Filed 10/14/15).

    Objection Deadline: N/A

---

[1] In addition to Nortel Networks Inc. ("NNI"), the debtors in these Chapter 11 cases (the "U.S. Debtors") are: Nortel Networks Capital Corporation, Nortel Altsystems Inc., Nortel Altsystems International Inc., Xros, Inc., Sonoma Systems, Qtera Corporation, CoreTek, Inc., Nortel Networks Applications Management Solutions Inc., Nortel Networks Optical Components Inc., Nortel Networks HPOCS Inc., Architel Systems (U.S.) Corporation, Nortel Networks International Inc., Northern Telecom International Inc., Nortel Networks Cable Solutions Inc. and Nortel Networks (CALA) Inc. ("NN CALA"). Additional information regarding the U.S. Debtors can be found in their respective Chapter 11 petitions, which are available at http://chapter11.epiqsystems.com/nortel.

Responses Received:

(a) [Sealed] U.S. Debtors' Memorandum of Law in Support of their Motion for Partial Summary Judgment and in Opposition to Plaintiffs' Motion for Partial Summary Judgment (A.D.I. 301, Filed 11/6/15).[2]

Related Pleading:

(a) Brief in Support of Plaintiffs' Motion for Partial Summary Judgment (A.D.I. 286, Filed 10/14/15);

(b) Appendix to Brief in Support Plaintiffs' Motion for Partial Summary Judgment (A.D.I. 287, Filed 10/14/15);

(c) Motion for Expedited Hearing and Related Relief on Plaintiffs' Motion for Partial Summary Judgment (A.D.I. 288, Filed 10/14/15);

(d) U.S. Debtors' Motion of Extension of Time and Objection to SNMP Research's Motion for Expedited Hearing and Related Relief on Plaintiff's Motion for Partial Summary Judgment (A.D.I. 290, Filed 10/16/15).

(e) Response to U.S. Debtors' Motion for Extension of Time and Objection to Motion for Expedited Hearing and Related Relief on Plaintiff's Motion for Partial Summary Judgment (A.D.I. 292, Filed 10/19/15);

(f) Scheduling Order for Motions for Partial Summary Judgment (A.D.I. 294, Entered 10/22/15);

(g) [Sealed] U.S. Debtors' Motion for Partial Summary Judgment (A.D.I. 300, Filed 11/6/15);

(h) [Sealed] Appendix to U.S. Debtors' Memorandum of Law in Support of their Motion for Partial Summary Judgment and in Opposition to Plaintiffs' Motion for Partial Summary Judgment (A.D.I. 302, Filed 11/6/15);[3]

(i) [Sealed] Declaration of Philip A. Cantwell in Support of the U.S. Debtors' Memorandum of Law in Support of their Motion for Partial Summary Judgment and in Opposition to Plaintiffs' Motion for Partial Summary Judgment (A.D.I. 303, Filed 11/6/15);

(j) [Sealed] Brief in Opposition to U.S. Debtors' Motion for Partial Summary Judgment and in Further Support of Plaintiffs' Motion for Partial Summary Judgment (A.D.I. 312, Filed 12/3/15); and[4]

---

[2] A redacted version of this filing is available at A.D.I. 314.

[3] A redacted version of this filing is available at A.D.I. 315.

(k)  [Sealed] Declaration of Dr. Jeffrey D. Case in Support of Plaintiffs' Opposition to U.S. Debtors' Motion for Partial Summary Judgment and Plaintiffs' Motion for Partial Summary Judgment (A.D.I. 317, Filed 12/7/15).[5]

Status: The oral argument will go forward. A notice of completion of briefing binder containing these documents was sent to Chambers on December 15, 2015.

2.  [Sealed] U.S. Debtors' Motion for Partial Summary Judgment (A.D.I. 300, Filed 11/6/15).

Objection Deadline: N/A

Responses Received:

(a)  [Sealed] Brief in Opposition to U.S. Debtors' Motion for Partial Summary Judgment and in Further Support of Plaintiffs' Motion for Partial Summary Judgment (A.D.I. 312, Filed 12/3/15).

Related Pleading:

(a)  Scheduling Order for Motions for Partial Summary Judgment (A.D.I. 294, Entered 10/22/15).

(b)  [Sealed] U.S. Debtors' Memorandum of Law in Support of their Motion for Partial Summary Judgment and in Opposition to Plaintiffs' Motion for Partial Summary Judgment (A.D.I. 301, Filed 11/6/15);

(c)  [Sealed] Appendix to U.S. Debtors' Memorandum of Law in Support of their Motion for Partial Summary Judgment and in Opposition to Plaintiffs' Motion for Partial Summary Judgment (A.D.I. 302, Filed 11/6/15);[6]

(d)  [Sealed] Declaration of Philip A. Cantwell in Support of the U.S. Debtors' Memorandum of Law in Support of their Motion for Partial Summary Judgment and in Opposition to Plaintiffs' Motion for Partial Summary Judgment (A.D.I. 303, Filed 11/6/15);

(e)  [Sealed] Declaration of Dr. Jeffrey D. Case in Support of Plaintiffs' Opposition to U.S. Debtors' Motion for Partial Summary Judgment and Plaintiffs' Motion for Partial Summary Judgment (A.D.I. 317, Filed 12/7/15);

(f)  [Sealed] U.S. Debtors' Reply Memorandum of Law in Further Support of Their Motion for Partial Summary Judgment (A.D.I. 321, Filed 12/15/15); and

---

[4]  A redacted version of this filing is available at A.D.I. 318.

[5]  A redacted version of this filing is available at A.D.I. 319.

[6]  A redacted version of this filing is available at A.D.I. 315.

(g) Appendix to U.S. Debtors' Reply Memorandum of Law in Further Support of Their Motion for Partial Summary Judgment (A.D.I. 322, Filed 12/15/15).

<u>Status</u>: The oral argument will go forward. A notice of completion of briefing binder containing these documents was sent to Chambers on December 15, 2015.

| | |
|---|---|
| Dated: December 18, 2015<br>Wilmington, DE | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>James L. Bromley (admitted *pro hac vice*)<br>Lisa M. Schweitzer (admitted *pro hac vice*)<br>David H. Herrington (admitted *pro hac vice*)<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone: (212) 225-2000<br>Facsimile: (212) 225-3999<br><br>- and -<br><br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>   */s/ Tamara K. Minott*   <br>Eric D. Schwartz (No. 3134)<br>Derek C. Abbott (No. 3376)<br>Andrew R. Remming (No. 5120)<br>Tamara K. Minott (No. 5643)<br>1201 North Market Street<br>Wilmington, DE 19899-1347<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989<br><br>*Counsel for the Debtors and Debtors in Possession* |