**Exhibit B**

# Invoice

Ashurst LLP
Broadwalk House
5 Appold Street
London
EC2A 2HA

The Official Unsecured Creditors Committee for Nortel Networks Inc
c/o Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, New York 10036
United States of America

Tel +44 (0)20 7638 1111
Fax +44 (0)20 7638 1112
www.ashurst.com

Our VAT No.: GB 108 2136 48

**Interim** (S)

VAT Invoice Date: **18 December 2015**     Our Ref: **GDB/CCN01.00001**     Invoice No.: **400875**

|  | VAT GBP | VAT Rate (%) | Fees and Disbursements GBP |
|---|---|---|---|
| **Re: BANKRUPTCY** | | | |
| **To our professional fees** (NT) | 0.00 | 0.00 | 15,843.00 |
| For the period to 30 November 2015, in connection with the above matter. | | | |
| (Please see attached) | | | |
| Document Production (NT) | 0.00 | 0.00 | 13.38 |
| **Disbursements:** (NT) | | | |
| Fares | 0.00 | 0.00 | 33.26 |
|  | 0.00 | | 15,889.64 |
|  | | VAT | 0.00 |
|  | | Total | 15,889.64 |
|  | | **Balance Due** | **15,889.64** |

The fees and disbursements the subject of this invoice may include fees and disbursements due to another member of the Ashurst Group.

**Payment Details**
NatWest - 15 Bishopsgate, London, EC2P 2AP - **Account No.:** 00404268
**Sort Code:** 50-00-00 - **Swift Code:** NWBKGB2L - **IBAN Code:** GB12NWBK50000000404268

**Please note: Remittance advices should be sent electronically to remittances@ashurst.com**

Please quote reference 400875 when settling this invoice
**Payment Terms: 21 days**

**Legal services are 100% foreign source**

AUSTRALIA BELGIUM CHINA FRANCE GERMANY HONG KONG SAR INDONESIA (ASSOCIATED OFFICE) ITALY JAPAN PAPUA NEW GUINEA
SAUDI ARABIA SINGAPORE SPAIN SWEDEN UNITED ARAB EMIRATES UNITED KINGDOM UNITED STATES OF AMERICA

Ashurst LLP is a limited liability partnership registered in England and Wales under number OC330252 and is part of the Ashurst Group. It is a law firm authorised and regulated by the Solicitors Regulation Authority of England and Wales under number 468653. A list of members of Ashurst LLP and their professional qualifications is open to inspection at its registered office Broadwalk House, 5 Appold Street, London EC2A 2HA or at the address above. The term 'partner' in relation to Ashurst LLP is used to refer to a member of Ashurst LLP or to an employee or consultant with equivalent standing and qualifications. The Ashurst Group has an office in each of the places listed above.



The Official Unsecured Creditors Committee
Re: BANKRUPTCY
GDB/GDB/CCN01.00001
For the period: to 30/11/2015
Prebill Number:1014480

| Role | Name | Hours | Amount | Code |
|---|---|---|---|---|
| Partner | Giles Boothman | 0.30 | 253.50 | (C0012) |
| | | **0.30** | **253.50** | |
| Partner | Angela Pearson | 0.70 | 556.50 | (C0012) |
| | | **0.70** | **556.50** | |
| Senior Associate | Antonia Croke | 2.80 | 1,666.00 | (C0002) |
| | | 5.90 | 3,510.50 | (C0012) |
| | | **8.70** | **5,176.50** | |
| Senior Associate | Drew Sainsbury | 0.10 | 59.50 | (C0007) |
| | | 6.80 | 4,046.00 | (C0012) |
| | | **6.90** | **4,105.50** | |
| Senior Associate | Lindsey Roberts | 5.90 | 3,215.50 | (C0003) |
| | | 0.60 | 327.00 | (C0007) |
| | | 1.30 | 708.50 | (C0012) |
| | | **7.80** | **4,251.00** | |
| Associate | Sophie Law | 0.80 | 352.00 | (C0007) |
| | | **0.80** | **352.00** | |
| Trainee | Kelly Trueman | 5.60 | 1,148.00 | (C0003) |
| | | **5.60** | **1,148.00** | |
| | **Total** | **30.80** | **15,843.00** | |

## Matter: CCN01.00001 - BANKRUPTCY

### C0003  Ashurst Fee Application/Monthly Billing Reports

|  |  | Time (Decimal) | Agreed Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Senior Associate** |  |  |  |  |
| LROBER | Lindsey Roberts | 5.90 | 545.00 | 3,215.50 |
| **Trainee** |  |  |  |  |
| KTRUEM | Kelly Trueman | 5.60 | 205.00 | 1,148.00 |
|  |  |  | Total | 4,363.50 |

### Detailed Time Breakdown

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/11/2015 | Lindsey Roberts | LETT | Draft of September Ashurst monthly fee application. | 0.90 | 545.00 | 490.50 |
| 02/11/2015 | Lindsey Roberts | LETT | Review of fee examiner final report. | 0.20 | 545.00 | 109.00 |
| 04/11/2015 | Lindsey Roberts | READ | Review and emails to/from cashiers re comments on the fees spreadsheet | 0.30 | 545.00 | 163.50 |
| 04/11/2015 | Lindsey Roberts | LETT | Email to Matthew Fagan re Sept Fee Application and finalising fee application; email to Cashiers re payment | 0.70 | 545.00 | 381.50 |
| 04/11/2015 | Lindsey Roberts | READ | Review and mark up of the Exhibit B of Interim Fee Order; email to WTP Law re the same | 0.40 | 545.00 | 218.00 |
| 04/11/2015 | Lindsey Roberts | INTD | Handover with KTRUE re completing fee applications | 0.30 | 545.00 | 163.50 |
| 11/11/2015 | Lindsey Roberts | LETT | Email re interim fee order; diss with KTRUE re the same. | 0.20 | 545.00 | 109.00 |
| 13/11/2015 | Lindsey Roberts | LETT | Emails re fees and expenses diss with Cashiers re the same. | 0.20 | 545.00 | 109.00 |
| 19/11/2015 | Lindsey Roberts | INTD | Discussion with KTRUE re fee application and interim fee application; email from K Good re timings | 0.10 | 545.00 | 54.50 |
| 23/11/2015 | Lindsey Roberts | DRFT | Mark up of draft invoice for October fee application. | 0.30 | 545.00 | 163.50 |
| 24/11/2015 | Lindsey Roberts | DRFT | Second review and mark up of draft invoice for monthly fee app. | 0.50 | 545.00 | 272.50 |
| 26/11/2015 | Kelly Trueman | LETT | Preparation of monthly fee application (October 2015) and interim fee application (June-Aug 2015). | 1.60 | 205.00 | 328.00 |
| 27/11/2015 | Kelly Trueman | LETT | Preparation of Nortel October Fee Application and email to LROBER re the same. | 3.50 | 205.00 | 717.50 |
| 30/11/2015 | Kelly Trueman | LETT | Finalising Nortel, Monthly Fee Application and Interim Fee Application. | 0.50 | 205.00 | 102.50 |
| 30/11/2015 | Lindsey Roberts | REVI | Review and finalised Nortel monthly fee application; Instructions to KTRUEM re filing the same. | 0.90 | 545.00 | 490.50 |
| 30/11/2015 | Lindsey Roberts | DRFT | Drafting interim fee application. Instructions to Kelly re the same. | 0.90 | 545.00 | 490.50 |
|  |  |  |  |  |  | 4,363.50 |

Matter: CCN01.00001 - BANKRUPTCY

## C0007     Creditors Committee Meetings

| | | Time (Decimal) | Agreed Rate (GBP /hour) | Amount |
|---|---|---:|---:|---:|
| **Senior Associate** | | | | |
| ACROKE | Antonia Croke | 2.80 | 595.00 | 1,666.00 |
| DSAINS | Drew Sainsbury | 0.10 | 595.00 | 59.50 |
| LROBER | Lindsey Roberts | 0.60 | 545.00 | 327.00 |
| **Associate** | | | | |
| SLAW | Sophie Law | 0.80 | 440.00 | 352.00 |
| | | | Total | 2,404.50 |

## Detailed Time Breakdown

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---:|---:|---:|
| 05/11/2015 | Antonia Croke | READ | Review Agenda for UCC call and minutes from previous UCC call | 0.20 | 595.00 | 119.00 |
| 05/11/2015 | Antonia Croke | ATTD | Attend UCC Call | 1.20 | 595.00 | 714.00 |
| 15/11/2015 | Drew Sainsbury | LETT | Email with agenda | 0.10 | 595.00 | 59.50 |
| 16/11/2015 | Antonia Croke | READ | Review for UCC call: Agenda for UCC call, mins from previous meeting, BRG allocation presentation, ltr from Mediator and motion | 0.70 | 595.00 | 416.50 |
| 16/11/2015 | Antonia Croke | ATTD | Attend UCC call | 0.40 | 595.00 | 238.00 |
| 16/11/2015 | Lindsey Roberts | REVI | Review of documents attached to UCC call agenda. | 0.20 | 545.00 | 109.00 |
| 23/11/2015 | Antonia Croke | LETT | Review email re draft allocation appeal briefs | 0.10 | 595.00 | 59.50 |
| 24/11/2015 | Lindsey Roberts | REVI | Review of Allocation Appeal opening Briefs email and attachments. | 0.30 | 545.00 | 163.50 |
| 30/11/2015 | Antonia Croke | INTD | Confer SLAW re Nortel call; review update | 0.20 | 595.00 | 119.00 |
| 30/11/2015 | Lindsey Roberts | LETT | Email ACROKE and SLAW re UCC call. | 0.10 | 545.00 | 54.50 |
| 30/11/2015 | Sophie Law | LETT | Prep for Committee call; attend call; drft update email to ACROKE + LROBER re same | 0.80 | 440.00 | 352.00 |
| | | | | | | 2,404.50 |

Matter: CCN01.00001 - BANKRUPTCY

## C0012     General Claims Analysis/Claims Objections

|  |  | Time (Decimal) | Agreed Rate (GBP /hour) | Amount |
|---|---|---:|---:|---:|
| **Partner** | | | | |
| AMP | Angela Pearson | 0.70 | 795.00 | 556.50 |
| GDB | Giles Boothman | 0.30 | 845.00 | 253.50 |
| **Senior Associate** | | | | |
| ACROKE | Antonia Croke | 5.90 | 595.00 | 3,510.50 |
| DSAINS | Drew Sainsbury | 6.80 | 595.00 | 4,046.00 |
| LROBER | Lindsey Roberts | 1.30 | 545.00 | 708.50 |
| | | | Total | **9,075.00** |

Matter: CCN01.00001 - BANKRUPTCY

## C0012      General Claims Analysis/Claims Objections

|  |  | Time (Decimal) | Agreed Rate (GBP /hour) | Amount |
|---|---|---|---|---|

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 30/10/2015 | Lindsey Roberts | REVI | Review of emails re update on appeal briefing schedule. | 0.10 | 545.00 | 54.50 |
| 02/11/2015 | Antonia Croke | LETT | Review email re scheduling of oral argument for appeals | 0.10 | 595.00 | 59.50 |
| 02/11/2015 | Antonia Croke | LETT | Review email from jenny.e.copeman@uk.pwc.com Re: Nortel Mediation | 0.10 | 595.00 | 59.50 |
| 02/11/2015 | Angela Pearson | READ | Review emails re mediation update | 0.20 | 795.00 | 159.00 |
| 02/11/2015 | Drew Sainsbury | READ | Email from Matthew Fagan re mediation updates | 0.50 | 595.00 | 297.50 |
| 03/11/2015 | Antonia Croke | READ | Review briefing order for US allocation appeals and email re same | 0.30 | 595.00 | 178.50 |
| 03/11/2015 | Antonia Croke | LETT | Emails re PwC meeting | 0.10 | 595.00 | 59.50 |
| 03/11/2015 | Angela Pearson | READ | Reviewing emails re mediation update | 0.20 | 795.00 | 159.00 |
| 03/11/2015 | Drew Sainsbury | READ | Mediaton updates | 0.40 | 595.00 | 238.00 |
| 04/11/2015 | Antonia Croke | LETT | Review emails re Mediation Update | 0.60 | 595.00 | 357.00 |
| 04/11/2015 | Antonia Croke | LETT | Review email re Motion to consolidate | 0.10 | 595.00 | 59.50 |
| 04/11/2015 | Antonia Croke | LETT | Review email from J Bromley re mediation logistics | 0.10 | 595.00 | 59.50 |
| 04/11/2015 | Drew Sainsbury | READ | Reading mediation materials and updates over recent days | 2.10 | 595.00 | 1,249.50 |
| 04/11/2015 | Lindsey Roberts | REVI | Review of emails from Akin re mediation update and attachment email | 0.20 | 545.00 | 109.00 |
| 05/11/2015 | Antonia Croke | LETT | Email re PwC call | 0.10 | 595.00 | 59.50 |
| 05/11/2015 | Antonia Croke | LETT | Review email from BOC re PwC chart | 0.20 | 595.00 | 119.00 |
| 05/11/2015 | Antonia Croke | READ | Review emails re parties' issues with the PwC Chart and outstanding allocation issues | 0.50 | 595.00 | 297.50 |
| 05/11/2015 | Antonia Croke | READ | Review BRG analysis of creditor recoveries reflected in the PwC mediation chart | 1.00 | 595.00 | 595.00 |
| 05/11/2015 | Antonia Croke | LETT | Review Debtor's motion for an order approving the stipulation resolving claims with Crowell & Moring LLP | 0.60 | 595.00 | 357.00 |
| 05/11/2015 | Antonia Croke | LETT | Email re corro re PwC chart | 0.10 | 595.00 | 59.50 |
| 05/11/2015 | Antonia Croke | LETT | Review email from J Alberto re call with Justice Farnan | 0.10 | 595.00 | 59.50 |
| 05/11/2015 | Angela Pearson | READ | Review emails re PWC mediation chart | 0.30 | 795.00 | 238.50 |
| 05/11/2015 | Drew Sainsbury | LETT | Reading mediation materials sent by B Kahn, further email update by M Fagan later in day | 1.10 | 595.00 | 654.50 |
| 06/11/2015 | Antonia Croke | LETT | Review emails re mediation | 0.30 | 595.00 | 178.50 |
| 06/11/2015 | Antonia Croke | READ | Review UCC draft mediation submission | 0.40 | 595.00 | 238.00 |
| 06/11/2015 | Drew Sainsbury | READ | Mediation submissions. | 0.90 | 595.00 | 535.50 |
| 06/11/2015 | Drew Sainsbury | LETT | Email to M Fagen. | 0.10 | 595.00 | 59.50 |
| 06/11/2015 | Giles Boothman | READ | Emails re mediation | 0.30 | 845.00 | 253.50 |
| 09/11/2015 | Antonia Croke | LETT | Review updated mediation submission docs and emails re same; consider emails re mediation | 0.60 | 595.00 | 357.00 |
| 09/11/2015 | Antonia Croke | READ | Review emails re consolidating appeals and the blackline motion; review emails re mediation | 0.40 | 595.00 | 238.00 |
| 10/11/2015 | Drew Sainsbury | LETT | Reading email from M Fagan | 0.10 | 595.00 | 59.50 |
| 10/11/2015 | Lindsey Roberts | REVI | Review of emails from while away including mediation submissions. | 0.80 | 545.00 | 436.00 |

Matter: CCN01.00001 – BANKRUPTCY

**C0012**     **General Claims Analysis/Claims Objections**

| Date | Name | Type | Description | Time (Decimal) | Agreed Rate (GBP /hour) | Amount |
|---|---|---|---|---:|---:|---:|
| 12/11/2015 | Lindsey Roberts | LETT | Emails internally re the appeal briefing schedule. | 0.20 | 545.00 | 109.00 |
| 16/11/2015 | Antonia Croke | LETT | Review emails re mediation | 0.10 | 595.00 | 59.50 |
| 20/11/2015 | Antonia Croke | LETT | Emails re Cassels meeting | 0.10 | 595.00 | 59.50 |
| 23/11/2015 | Drew Sainsbury | LETT | Email to M Fagan re appeal | 0.20 | 595.00 | 119.00 |
| 23/11/2015 | Drew Sainsbury | READ | Reading mediation materials | 1.40 | 595.00 | 833.00 |
| | | | | | | **9,075.00** |