## Exhibit C

## DISBURSEMENT SUMMARY

## NOVEMBER 01, 2015 THROUGH NOVEMBER 30, 2015

| Document Production | £13.38 |
| --- | --- |
| Travel - Ground Transportation | £33.26 |
| **TOTAL** | **£46.64** |