**Exhibit D**

**Disbursement Breakdown**

**Document Production –** 223 pages @ 0.06p        13.38

**Taxi -** VENDOR: Radio Taxicabs (London) Ltd INVOICE#: RT238842 DATE: 18/10/2015        33.26
|Ref: 34811638, Date: 14/10/2015, From: APPOLD ST, To: SW9 9RB

<u>46,64</u>

# Exhibit E

## SUMMARY OF ATTORNEYS AND LEGAL ASSISTANTS RENDERING SERVICES DURING THE PERIOD NOVEMBER 01, 2015 THROUGH NOVEMBER 30, 2015

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested (£) |
|---|---|---|---|---|
| Giles Boothman | Partner for 13 years; Admitted in 1993 in England and Wales; Restructuring and Special Situations Group, London | £845 | 0.30 | 253.50 |
| Angela Pearson | Partner for 8 years; Admitted in 1991 in England and Wales; Dispute Resolution Group, London | £795 | 0.70 | 556.50 |
| Antonia Croke | Associate for 8 years; Admitted in 2007 in New South Wales; Australia Dispute Resolution Group, London | £595 | 8.70 | 5,176.50 |
| Drew Sainsbury | Associate for 7 years; Admitted in 2007 in England and Wales; Restructuring and Special Situations Group, London | £595 | 6.90 | 4,105.50 |
| Lindsey Roberts | Associate for 4 years; Admitted in 2011 in England and Wales; Dispute Resolution Group, London | £545 | 7.80 | 4,251.00 |
| Sophie Law | Associate for 3 years; Admitted in 2012 in England and Wales Dispute Resolution Group, London | £440 | 0.80 | 352.00 |
| Kelly Trueman | Trainee Solicitor; Dispute Resolution Group, London | £205 | 5.60 | 1,148.00 |
| **TOTAL** | | | 30.80 | 15,843.00 |

## COMPENSATION BY PROJECT CATEGORY
## NOVEMBER 01, 2015 THROUGH NOVEMBER 30, 2015

| Project Category | Total Hours | Total Fees (£) |
|---|---|---|
| Ashurst Fee Application / Monthly Billing Reports | 11.50 | 4,363.50 |
| Creditors Committee Meetings | 4.30 | 2,404.50 |
| General Claims Analysis/Claims Objections | 15.00 | 9,075.00 |
| **TOTAL** | **30.80** | **15,843.00** |