## Exhibit B

### EXPENSE SUMMARY[1]
Nortel Networks Inc., *et al.*
(Case No. 09-10138 (KG))

November 1, 2015 through November 30, 2015

| Expense Category | | Total Expenses |
|---|---|---|
| Telephone | | $50.31 |
| Travel – Transportation | | 1,472.49 |
| Mailing & Shipping Charges | | 116.03 |
| Duplicating Charges (at $0.10/page) | | 735.00 |
| Color Duplicating Charges (at $0.65/page) | | 18.85 |
| Legal Research | Lexis | 1,475.70 |
| | Westlaw | 6,533.01 |
| Late Work – Meals | | 766.72 |
| Late Work – Transportation | | 3,059.43 |
| Conference Meals | | 378.39 |
| Other | | 14.97 |
| Expert Expenses | | 31,643.50 |
| **Grand Total Expenses** | | **$46,264.40** |

---

[1]     Note: This Application includes certain expenses incurred during a period related to a previously submitted fee application, but not entered into the Cleary Gottlieb accounting system until the period covered by this Application.

Note: This Application includes certain expenses incurred during a period related to a previously submitted fee application but not entered into the Cleary Gottlieb accounting system until the period covered by this Application.

| Date | Amount | Narrative |
|------|--------|-----------|
| **Telephone** | | |
| | | |
| 9/17/2015 | 3.24 | Conference Call Charges Conf. ID :     Name: Anthony Ruiz |
| 9/17/2015 | 1.98 | Conference Call Charges Conf. ID :     Name: Leah Laporte |
| 9/17/2015 | 5.03 | Conference Call Charges Conf. ID :     Name: Lisa M. Schweitzer |
| 9/18/2015 | 8.83 | Conference Call Charges Conf. ID :     Name: Lisa M. Schweitzer |
| 9/18/2015 | 1.96 | Conference Call Charges Conf. ID :     Name: Russell Eckenrod |
| 9/20/2015 | 0.75 | Conference Call Charges Conf. ID :     Name: Rebecca Reeb |
| 9/21/2015 | 2.01 | Conference Call Charges Conf. ID :     Name: James L. Bromley |
| 9/23/2015 | 4.22 | Conference Call Charges Conf. ID :     Name: Anthony Ruiz |
| 9/24/2015 | 7.90 | Conference Call Charges Conf. ID :     Name: Lisa M. Schweitzer |
| 9/27/2015 | 1.49 | Conference Call Charges Conf. ID :     Name: James L. Bromley |
| 10/1/2015 | 4.63 | Conference Call Charges Conf. ID :     Name: Russell Eckenrod |
| 10/2/2015 | 5.72 | Conference Call Charges Conf. ID :     Name: Russell Eckenrod |
| 10/8/2015 | 1.63 | Conference Call Charges Conf. ID :     Name: Leah Laporte |
| 10/8/2015 | 0.92 | Conference Call Charges Conf. ID :     Name: Rebecca Reeb |
| **TOTAL:** | **50.31** | |
| | | |
| **Travel - Transportation[1]** | | |
| | | |
| 5/10/2014 | 43.48 | TRAVEL - TRANSPORTATION - Queen Trip to Toronto (ride to airport) |
| 9/17/2015 | 26.00 | TRAVEL - TRANSPORTATION - Bromley Trip to Illinois (ride to airport) |
| 11/3/2015 | 45.00 | TRAVEL - TRANSPORTATION - Bromley Trip to Delaware (booking fee) |
| 11/3/2015 | 268.00 | TRAVEL - TRANSPORTATION - Bromley Trip to Delaware (roundtrip train ticket) |
| 11/3/2015 | 45.00 | TRAVEL - TRANSPORTATION - Schweitzer Trip to Delaware (booking fee) |
| 11/3/2015 | 151.00 | TRAVEL - TRANSPORTATION - Schweitzer Trip to Delaware (one-way train ticket) |
| 11/4/2015 | 45.00 | TRAVEL - TRANSPORTATION - Rosenthal Trip to Delaware (booking fee) |
| 11/4/2015 | 151.00 | TRAVEL - TRANSPORTATION - Rosenthal Trip to Delaware (one-way train ticket) |
| 11/5/2015 | 153.95 | TRAVEL - TRANSPORTATION - Bromley Trip to Delawre (ride to train station) |
| 11/5/2015 | 151.00 | TRAVEL - TRANSPORTATION - Rosenthal Trip to Delaware (one-way train ticket) |
| 11/5/2015 | 7.92 | TRAVEL - TRANSPORTATION - Rosenthal Trip to Delaware (ride within Delaware) |
| 11/5/2015 | 151.00 | TRAVEL - TRANSPORTATION - Schweitzer Trip to Delaware (one-way train ticket) |
| 11/5/2015 | 137.93 | TRAVEL - TRANSPORTATION - Schweitzer Trip to Delaware (ride to train station) |
| 11/5/2015 | 10.00 | TRAVEL - TRANSPORTATION - Schweitzer Trip to Delaware (ride within Delaware) |
| 11/9/2015 | 36.42 | TRAVEL - TRANSPORTATION - Abbott (MNAT) Trip to New York (ride to train station - authorized by Gianis) |

**EXPENSE SUMMARY**                                                                    In re Nortel Networks Inc., et al.
**November 1, 2015 through November 30, 2015**                                         (Case No. 09-10138 (KG))

| Date | Amount | Narrative |
|---|---|---|
| 11/11/2015 | 49.79 | TRAVEL - TRANSPORTATION - Kennedy (Chilmark Partners) Trip to New York (ride to airport - authorized by Schweitzer) |
| **TOTAL:** | **1,472.49** | |
| | | |
| **Mailing & Shipping Charges** | | |
| | | |
| 9/24/2015 | 28.56 | SHIPPING CHARGES Inv#: 653155472 |
| 9/28/2015 | 12.96 | SHIPPING CHARGES Inv#: 517754404 |
| 10/26/2015 | 23.31 | SHIPPING CHARGES Inv#: 520733714 |
| 11/5/2015 | 25.00 | NY MESSENGER UPTOWN |
| 11/18/2015 | 1.20 | N.Y. POSTAGE |
| 11/25/2015 | 25.00 | NY MESSENGER UPTOWN |
| **TOTAL:** | **116.03** | |
| | | |
| **Duplicating Charges (@ $0.10/page)** | | |
| | | |
| 11/2/2015 | 22.20 | NY DUPLICATING |
| 11/2/2015 | 0.10 | NY DUPLICATING XEROX |
| 11/2/2015 | 0.20 | NY DUPLICATING XEROX |
| 11/2/2015 | 0.50 | NY DUPLICATING XEROX |
| 11/2/2015 | 3.70 | NY DUPLICATING XEROX |
| 11/2/2015 | 4.50 | NY DUPLICATING XEROX |
| 11/2/2015 | 11.20 | NY DUPLICATING XEROX |
| 11/2/2015 | 18.50 | NY DUPLICATING XEROX |
| 11/2/2015 | 18.50 | NY DUPLICATING XEROX |
| 11/3/2015 | 0.20 | NY DUPLICATING XEROX |
| 11/3/2015 | 0.40 | NY DUPLICATING XEROX |
| 11/3/2015 | 1.80 | NY DUPLICATING XEROX |
| 11/3/2015 | 2.10 | NY DUPLICATING XEROX |
| 11/3/2015 | 2.20 | NY DUPLICATING XEROX |
| 11/3/2015 | 6.30 | NY DUPLICATING XEROX |
| 11/3/2015 | 7.80 | NY DUPLICATING XEROX |
| 11/3/2015 | 22.20 | NY DUPLICATING XEROX |
| 11/4/2015 | 0.10 | NY DUPLICATING XEROX |
| 11/4/2015 | 1.80 | NY DUPLICATING XEROX |
| 11/4/2015 | 4.30 | NY DUPLICATING XEROX |
| 11/4/2015 | 5.90 | NY DUPLICATING XEROX |
| 11/4/2015 | 6.60 | NY DUPLICATING XEROX |
| 11/4/2015 | 7.10 | NY DUPLICATING XEROX |
| 11/4/2015 | 8.40 | NY DUPLICATING XEROX |

**EXPENSE SUMMARY**
November 1, 2015 through November 30, 2015

In re Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

| Date | Amount | Narrative |
|------|--------|-----------|
| 11/4/2015 | 11.70 | NY DUPLICATING XEROX |
| 11/4/2015 | 15.80 | NY DUPLICATING XEROX |
| 11/4/2015 | 35.40 | NY DUPLICATING XEROX |
| 11/5/2015 | 0.10 | NY DUPLICATING XEROX |
| 11/5/2015 | 0.10 | NY DUPLICATING XEROX |
| 11/5/2015 | 0.10 | NY DUPLICATING XEROX |
| 11/5/2015 | 0.10 | NY DUPLICATING XEROX |
| 11/5/2015 | 0.10 | NY DUPLICATING XEROX |
| 11/5/2015 | 0.10 | NY DUPLICATING XEROX |
| 11/5/2015 | 0.10 | NY DUPLICATING XEROX |
| 11/5/2015 | 0.10 | NY DUPLICATING XEROX |
| 11/5/2015 | 0.10 | NY DUPLICATING XEROX |
| 11/5/2015 | 0.10 | NY DUPLICATING XEROX |
| 11/5/2015 | 0.10 | NY DUPLICATING XEROX |
| 11/5/2015 | 0.20 | NY DUPLICATING XEROX |
| 11/5/2015 | 0.20 | NY DUPLICATING XEROX |
| 11/5/2015 | 0.20 | NY DUPLICATING XEROX |
| 11/5/2015 | 0.30 | NY DUPLICATING XEROX |
| 11/5/2015 | 0.30 | NY DUPLICATING XEROX |
| 11/5/2015 | 0.30 | NY DUPLICATING XEROX |
| 11/5/2015 | 0.30 | NY DUPLICATING XEROX |
| 11/5/2015 | 0.30 | NY DUPLICATING XEROX |
| 11/5/2015 | 0.30 | NY DUPLICATING XEROX |
| 11/5/2015 | 0.30 | NY DUPLICATING XEROX |
| 11/5/2015 | 0.30 | NY DUPLICATING XEROX |
| 11/5/2015 | 0.30 | NY DUPLICATING XEROX |
| 11/5/2015 | 0.30 | NY DUPLICATING XEROX |
| 11/5/2015 | 0.30 | NY DUPLICATING XEROX |
| 11/5/2015 | 0.30 | NY DUPLICATING XEROX |
| 11/5/2015 | 0.30 | NY DUPLICATING XEROX |
| 11/5/2015 | 0.30 | NY DUPLICATING XEROX |
| 11/5/2015 | 0.30 | NY DUPLICATING XEROX |
| 11/5/2015 | 0.30 | NY DUPLICATING XEROX |
| 11/5/2015 | 0.30 | NY DUPLICATING XEROX |
| 11/5/2015 | 0.30 | NY DUPLICATING XEROX |
| 11/5/2015 | 0.30 | NY DUPLICATING XEROX |

**EXPENSE SUMMARY**
November 1, 2015 through November 30, 2015

In re Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

| Date | Amount | Narrative |
|------|--------|-----------|
| 11/5/2015 | 0.30 | NY DUPLICATING XEROX |
| 11/5/2015 | 0.30 | NY DUPLICATING XEROX |
| 11/5/2015 | 0.30 | NY DUPLICATING XEROX |
| 11/5/2015 | 0.30 | NY DUPLICATING XEROX |
| 11/5/2015 | 0.30 | NY DUPLICATING XEROX |
| 11/5/2015 | 0.30 | NY DUPLICATING XEROX |
| 11/5/2015 | 0.30 | NY DUPLICATING XEROX |
| 11/5/2015 | 0.30 | NY DUPLICATING XEROX |
| 11/5/2015 | 0.30 | NY DUPLICATING XEROX |
| 11/5/2015 | 0.30 | NY DUPLICATING XEROX |
| 11/5/2015 | 0.30 | NY DUPLICATING XEROX |
| 11/5/2015 | 0.30 | NY DUPLICATING XEROX |
| 11/5/2015 | 0.30 | NY DUPLICATING XEROX |
| 11/5/2015 | 0.40 | NY DUPLICATING XEROX |
| 11/5/2015 | 0.40 | NY DUPLICATING XEROX |
| 11/5/2015 | 0.40 | NY DUPLICATING XEROX |
| 11/5/2015 | 0.40 | NY DUPLICATING XEROX |
| 11/5/2015 | 0.40 | NY DUPLICATING XEROX |
| 11/5/2015 | 0.40 | NY DUPLICATING XEROX |
| 11/5/2015 | 0.40 | NY DUPLICATING XEROX |
| 11/5/2015 | 0.40 | NY DUPLICATING XEROX |
| 11/5/2015 | 0.40 | NY DUPLICATING XEROX |
| 11/5/2015 | 0.40 | NY DUPLICATING XEROX |
| 11/5/2015 | 0.50 | NY DUPLICATING XEROX |
| 11/5/2015 | 0.50 | NY DUPLICATING XEROX |
| 11/5/2015 | 0.50 | NY DUPLICATING XEROX |
| 11/5/2015 | 0.50 | NY DUPLICATING XEROX |
| 11/5/2015 | 0.50 | NY DUPLICATING XEROX |
| 11/5/2015 | 0.50 | NY DUPLICATING XEROX |
| 11/5/2015 | 0.50 | NY DUPLICATING XEROX |
| 11/5/2015 | 0.60 | NY DUPLICATING XEROX |
| 11/5/2015 | 0.60 | NY DUPLICATING XEROX |
| 11/5/2015 | 0.60 | NY DUPLICATING XEROX |
| 11/5/2015 | 0.60 | NY DUPLICATING XEROX |
| 11/5/2015 | 0.60 | NY DUPLICATING XEROX |
| 11/5/2015 | 0.60 | NY DUPLICATING XEROX |
| 11/5/2015 | 0.70 | NY DUPLICATING XEROX |
| 11/5/2015 | 0.70 | NY DUPLICATING XEROX |
| 11/5/2015 | 0.70 | NY DUPLICATING XEROX |
| 11/5/2015 | 1.20 | NY DUPLICATING XEROX |

EXPENSE SUMMARY
November 1, 2015 through November 30, 2015

In re Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

| Date | Amount | Narrative |
|------|--------|-----------|
| 11/5/2015 | 1.70 | NY DUPLICATING XEROX |
| 11/5/2015 | 1.80 | NY DUPLICATING XEROX |
| 11/5/2015 | 1.80 | NY DUPLICATING XEROX |
| 11/5/2015 | 1.90 | NY DUPLICATING XEROX |
| 11/5/2015 | 1.90 | NY DUPLICATING XEROX |
| 11/5/2015 | 1.90 | NY DUPLICATING XEROX |
| 11/5/2015 | 1.90 | NY DUPLICATING XEROX |
| 11/5/2015 | 2.00 | NY DUPLICATING XEROX |
| 11/5/2015 | 3.30 | NY DUPLICATING XEROX |
| 11/5/2015 | 3.50 | NY DUPLICATING XEROX |
| 11/5/2015 | 6.30 | NY DUPLICATING XEROX |
| 11/5/2015 | 7.00 | NY DUPLICATING XEROX |
| 11/6/2015 | 5.80 | NY DUPLICATING XEROX |
| 11/6/2015 | 6.40 | NY DUPLICATING XEROX |
| 11/9/2015 | 7.50 | NY DUPLICATING |
| 11/9/2015 | 0.10 | NY DUPLICATING XEROX |
| 11/9/2015 | 0.10 | NY DUPLICATING XEROX |
| 11/9/2015 | 0.10 | NY DUPLICATING XEROX |
| 11/9/2015 | 0.10 | NY DUPLICATING XEROX |
| 11/9/2015 | 0.10 | NY DUPLICATING XEROX |
| 11/9/2015 | 0.10 | NY DUPLICATING XEROX |
| 11/9/2015 | 0.10 | NY DUPLICATING XEROX |
| 11/9/2015 | 0.10 | NY DUPLICATING XEROX |
| 11/9/2015 | 0.10 | NY DUPLICATING XEROX |
| 11/9/2015 | 0.10 | NY DUPLICATING XEROX |
| 11/9/2015 | 0.10 | NY DUPLICATING XEROX |
| 11/9/2015 | 0.20 | NY DUPLICATING XEROX |
| 11/9/2015 | 0.20 | NY DUPLICATING XEROX |
| 11/9/2015 | 0.20 | NY DUPLICATING XEROX |
| 11/9/2015 | 0.30 | NY DUPLICATING XEROX |
| 11/9/2015 | 0.30 | NY DUPLICATING XEROX |
| 11/9/2015 | 0.80 | NY DUPLICATING XEROX |
| 11/9/2015 | 1.00 | NY DUPLICATING XEROX |
| 11/9/2015 | 1.20 | NY DUPLICATING XEROX |
| 11/9/2015 | 1.60 | NY DUPLICATING XEROX |
| 11/9/2015 | 1.60 | NY DUPLICATING XEROX |
| 11/9/2015 | 5.90 | NY DUPLICATING XEROX |
| 11/9/2015 | 5.90 | NY DUPLICATING XEROX |
| 11/9/2015 | 8.50 | NY DUPLICATING XEROX |
| 11/10/2015 | 0.20 | NY DUPLICATING |

**EXPENSE SUMMARY**
November 1, 2015 through November 30, 2015

In re Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

| Date | Amount | Narrative |
|------|--------|-----------|
| 11/10/2015 | 0.40 | NY DUPLICATING XEROX |
| 11/10/2015 | 0.40 | NY DUPLICATING XEROX |
| 11/10/2015 | 0.40 | NY DUPLICATING XEROX |
| 11/10/2015 | 0.40 | NY DUPLICATING XEROX |
| 11/10/2015 | 2.70 | NY DUPLICATING XEROX |
| 11/11/2015 | 0.40 | NY DUPLICATING |
| 11/11/2015 | 4.90 | NY DUPLICATING XEROX |
| 11/11/2015 | 4.90 | NY DUPLICATING XEROX |
| 11/11/2015 | 12.00 | NY DUPLICATING XEROX |
| 11/11/2015 | 24.00 | NY DUPLICATING XEROX |
| 11/16/2015 | 8.10 | NY DUPLICATING XEROX |
| 11/16/2015 | 10.00 | NY DUPLICATING XEROX |
| 11/17/2015 | 5.00 | NY DUPLICATING XEROX |
| 11/17/2015 | 8.20 | NY DUPLICATING XEROX |
| 11/17/2015 | 10.00 | NY DUPLICATING XEROX |
| 11/18/2015 | 3.60 | NY DUPLICATING XEROX |
| 11/18/2015 | 4.00 | NY DUPLICATING XEROX |
| 11/18/2015 | 6.00 | NY DUPLICATING XEROX |
| 11/19/2015 | 8.90 | NY DUPLICATING XEROX |
| 11/19/2015 | 11.20 | NY DUPLICATING XEROX |
| 11/20/2015 | 0.10 | NY DUPLICATING XEROX |
| 11/20/2015 | 0.10 | NY DUPLICATING XEROX |
| 11/20/2015 | 0.20 | NY DUPLICATING XEROX |
| 11/20/2015 | 0.50 | NY DUPLICATING XEROX |
| 11/20/2015 | 0.60 | NY DUPLICATING XEROX |
| 11/20/2015 | 0.80 | NY DUPLICATING XEROX |
| 11/20/2015 | 5.50 | NY DUPLICATING XEROX |
| 11/20/2015 | 20.00 | NY DUPLICATING XEROX |
| 11/20/2015 | 96.00 | NY DUPLICATING XEROX |
| 11/23/2015 | 10.00 | NY DUPLICATING XEROX |
| 11/24/2015 | 0.20 | NY DUPLICATING XEROX |
| 11/24/2015 | 0.20 | NY DUPLICATING XEROX |
| 11/24/2015 | 0.30 | NY DUPLICATING XEROX |
| 11/24/2015 | 0.40 | NY DUPLICATING XEROX |
| 11/24/2015 | 0.40 | NY DUPLICATING XEROX |
| 11/24/2015 | 0.60 | NY DUPLICATING XEROX |
| 11/24/2015 | 0.60 | NY DUPLICATING XEROX |
| 11/24/2015 | 0.70 | NY DUPLICATING XEROX |
| 11/24/2015 | 0.80 | NY DUPLICATING XEROX |
| 11/24/2015 | 0.80 | NY DUPLICATING XEROX |

**EXPENSE SUMMARY**
November 1, 2015 through November 30, 2015

In re Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

| Date | Amount | Narrative |
|------|--------|-----------|
| 11/24/2015 | 0.90 | NY DUPLICATING XEROX |
| 11/24/2015 | 0.90 | NY DUPLICATING XEROX |
| 11/24/2015 | 0.90 | NY DUPLICATING XEROX |
| 11/24/2015 | 0.90 | NY DUPLICATING XEROX |
| 11/24/2015 | 0.90 | NY DUPLICATING XEROX |
| 11/24/2015 | 0.90 | NY DUPLICATING XEROX |
| 11/24/2015 | 0.90 | NY DUPLICATING XEROX |
| 11/24/2015 | 0.90 | NY DUPLICATING XEROX |
| 11/24/2015 | 0.90 | NY DUPLICATING XEROX |
| 11/24/2015 | 0.90 | NY DUPLICATING XEROX |
| 11/24/2015 | 1.10 | NY DUPLICATING XEROX |
| 11/24/2015 | 1.10 | NY DUPLICATING XEROX |
| 11/24/2015 | 1.10 | NY DUPLICATING XEROX |
| 11/24/2015 | 1.20 | NY DUPLICATING XEROX |
| 11/24/2015 | 1.30 | NY DUPLICATING XEROX |
| 11/24/2015 | 1.40 | NY DUPLICATING XEROX |
| 11/24/2015 | 1.60 | NY DUPLICATING XEROX |
| 11/24/2015 | 1.70 | NY DUPLICATING XEROX |
| 11/24/2015 | 1.70 | NY DUPLICATING XEROX |
| 11/24/2015 | 1.70 | NY DUPLICATING XEROX |
| 11/24/2015 | 1.90 | NY DUPLICATING XEROX |
| 11/24/2015 | 1.90 | NY DUPLICATING XEROX |
| 11/24/2015 | 2.80 | NY DUPLICATING XEROX |
| 11/24/2015 | 3.60 | NY DUPLICATING XEROX |
| 11/24/2015 | 4.30 | NY DUPLICATING XEROX |
| 11/24/2015 | 5.40 | NY DUPLICATING XEROX |
| 11/25/2015 | 17.40 | NY DUPLICATING |
| 11/25/2015 | 47.80 | NY DUPLICATING XEROX |
| 11/30/2015 | 32.80 | NY DUPLICATING |
| **TOTAL:** | **735.00** | |
| | | |
| **Color Duplicating/Printing Charges (@ $0.65/page)** | | |
| | | |
| 11/3/2015 | 5.20 | NY COLOR PRINTING |
| 11/17/2015 | 4.55 | NY COLOR PRINTING |
| 11/17/2015 | 9.10 | NY COLOR PRINTING |
| **TOTAL:** | **18.85** | |
| | | |
| **Legal Research - Lexis** | | |
| | | |

| Date | Amount | Narrative |
|------|--------|-----------|
| 9/1/2015 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 9/1/2015 | 0.78 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 9/1/2015 | 0.79 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 9/2/2015 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 9/2/2015 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 9/2/2015 | 0.78 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 9/3/2015 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 9/3/2015 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 9/3/2015 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 9/4/2015 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 9/4/2015 | 0.79 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 9/4/2015 | 0.79 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 9/5/2015 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 9/5/2015 | 0.78 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 9/5/2015 | 0.79 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 9/6/2015 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 9/6/2015 | 0.78 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 9/6/2015 | 0.78 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 9/7/2015 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 9/7/2015 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 9/7/2015 | 0.79 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 9/8/2015 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 9/8/2015 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 9/8/2015 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 9/9/2015 | 0.76 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 9/9/2015 | 0.78 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 9/9/2015 | 0.79 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 9/10/2015 | 0.76 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 9/10/2015 | 0.78 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 9/10/2015 | 0.79 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 9/11/2015 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 9/11/2015 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 9/11/2015 | 0.78 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 9/12/2015 | 0.76 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 9/12/2015 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 9/12/2015 | 0.78 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 9/13/2015 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 9/13/2015 | 0.78 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 9/13/2015 | 0.78 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 9/14/2015 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |

**EXPENSE SUMMARY**
**November 1, 2015 through November 30, 2015**

In re Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

| Date | Amount | Narrative |
|------|--------|-----------|
| 9/14/2015 | 0.78 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 9/14/2015 | 0.79 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 9/15/2015 | 0.78 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 9/15/2015 | 0.78 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 9/15/2015 | 0.79 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 9/16/2015 | 0.76 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 9/16/2015 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 9/16/2015 | 0.78 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 9/17/2015 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 9/17/2015 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 9/17/2015 | 0.78 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 9/18/2015 | 0.76 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 9/18/2015 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 9/18/2015 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 9/19/2015 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 9/19/2015 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 9/19/2015 | 0.78 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 9/20/2015 | 0.76 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 9/20/2015 | 0.76 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 9/20/2015 | 0.78 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 9/21/2015 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 9/21/2015 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 9/21/2015 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 9/22/2015 | 0.76 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 9/22/2015 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 9/22/2015 | 0.78 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 9/23/2015 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 9/23/2015 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 9/23/2015 | 0.78 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 9/24/2015 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 9/24/2015 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 9/24/2015 | 0.78 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 9/25/2015 | 0.76 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 9/25/2015 | 0.78 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 9/25/2015 | 0.79 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 9/26/2015 | 0.76 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 9/26/2015 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 9/26/2015 | 0.78 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 9/27/2015 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 9/27/2015 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |

**EXPENSE SUMMARY**
November 1, 2015 through November 30, 2015

In re Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

| Date | Amount | Narrative |
|------|--------|-----------|
| 9/27/2015 | 0.78 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 9/28/2015 | 0.76 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 9/28/2015 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 9/28/2015 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 9/29/2015 | 0.76 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 9/29/2015 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 9/29/2015 | 0.78 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 9/30/2015 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 9/30/2015 | 0.78 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 9/30/2015 | 0.78 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 10/1/2015 | 117.59 | COMPUTER RESEARCH - LEXIS |
| 10/1/2015 | 0.74 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 10/1/2015 | 0.74 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 10/1/2015 | 0.74 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 10/2/2015 | 0.73 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 10/2/2015 | 0.74 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 10/2/2015 | 0.74 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 10/3/2015 | 0.73 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 10/3/2015 | 0.75 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 10/3/2015 | 0.75 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 10/4/2015 | 0.73 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 10/4/2015 | 0.75 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 10/4/2015 | 0.75 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 10/5/2015 | 0.73 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 10/5/2015 | 0.75 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 10/5/2015 | 0.75 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 10/6/2015 | 25.04 | COMPUTER RESEARCH - LEXIS |
| 10/6/2015 | 0.73 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 10/6/2015 | 0.74 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 10/6/2015 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 10/7/2015 | 0.73 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 10/7/2015 | 0.74 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 10/7/2015 | 0.74 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 10/8/2015 | 125.21 | COMPUTER RESEARCH - LEXIS |
| 10/8/2015 | 0.74 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 10/8/2015 | 0.74 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 10/8/2015 | 0.75 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 10/9/2015 | 25.04 | COMPUTER RESEARCH - LEXIS |
| 10/9/2015 | 0.73 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 10/9/2015 | 0.75 | COMPUTER RESEARCH - LEXIS PUBLISHER |

| Date | Amount | Narrative |
|------|--------|-----------|
| 10/9/2015 | 0.76 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 10/10/2015 | 0.74 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 10/10/2015 | 0.74 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 10/10/2015 | 0.75 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 10/11/2015 | 0.74 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 10/11/2015 | 0.75 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 10/11/2015 | 0.75 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 10/12/2015 | 0.73 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 10/12/2015 | 0.75 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 10/12/2015 | 0.76 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 10/13/2015 | 0.75 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 10/13/2015 | 0.75 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 10/13/2015 | 0.76 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 10/14/2015 | 0.73 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 10/14/2015 | 0.74 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 10/14/2015 | 0.75 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 10/15/2015 | 25.04 | COMPUTER RESEARCH - LEXIS |
| 10/15/2015 | 0.74 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 10/15/2015 | 0.74 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 10/15/2015 | 0.75 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 10/16/2015 | 0.73 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 10/16/2015 | 0.73 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 10/16/2015 | 0.74 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 10/17/2015 | 0.74 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 10/17/2015 | 0.75 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 10/17/2015 | 0.75 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 10/18/2015 | 0.74 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 10/18/2015 | 0.75 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 10/18/2015 | 0.75 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 10/19/2015 | 104.52 | COMPUTER RESEARCH - LEXIS |
| 10/19/2015 | 175.29 | COMPUTER RESEARCH - LEXIS |
| 10/19/2015 | 0.73 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 10/19/2015 | 0.74 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 10/19/2015 | 0.75 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 10/20/2015 | 0.73 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 10/20/2015 | 0.74 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 10/20/2015 | 0.75 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 10/21/2015 | 175.29 | COMPUTER RESEARCH - LEXIS |
| 10/21/2015 | 0.74 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 10/21/2015 | 0.75 | COMPUTER RESEARCH - LEXIS PUBLISHER |

**EXPENSE SUMMARY**
November 1, 2015 through November 30, 2015

In re Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

| Date | Amount | Narrative |
|---|---|---|
| 10/21/2015 | 0.75 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 10/22/2015 | 75.12 | COMPUTER RESEARCH - LEXIS |
| 10/22/2015 | 0.74 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 10/22/2015 | 0.74 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 10/22/2015 | 0.75 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 10/23/2015 | 0.73 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 10/23/2015 | 0.74 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 10/23/2015 | 0.75 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 10/24/2015 | 0.74 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 10/24/2015 | 0.74 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 10/24/2015 | 0.75 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 10/25/2015 | 0.73 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 10/25/2015 | 0.74 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 10/25/2015 | 0.75 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 10/26/2015 | 0.74 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 10/26/2015 | 0.74 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 10/26/2015 | 0.75 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 10/27/2015 | 50.08 | COMPUTER RESEARCH - LEXIS |
| 10/27/2015 | 0.73 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 10/27/2015 | 0.73 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 10/27/2015 | 0.74 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 10/28/2015 | 50.08 | COMPUTER RESEARCH - LEXIS |
| 10/28/2015 | 0.74 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 10/28/2015 | 0.74 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 10/28/2015 | 0.74 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 10/29/2015 | 25.04 | COMPUTER RESEARCH - LEXIS |
| 10/29/2015 | 25.04 | COMPUTER RESEARCH - LEXIS |
| 10/29/2015 | 209.04 | COMPUTER RESEARCH - LEXIS |
| 10/29/2015 | 0.73 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 10/29/2015 | 0.74 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 10/29/2015 | 0.75 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 10/30/2015 | 25.04 | COMPUTER RESEARCH - LEXIS |
| 10/30/2015 | 104.52 | COMPUTER RESEARCH - LEXIS |
| 10/30/2015 | 0.74 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 10/30/2015 | 0.74 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 10/30/2015 | 0.76 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 10/31/2015 | 0.74 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 10/31/2015 | 0.75 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 10/31/2015 | 0.75 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| **TOTAL:** | **1,475.70** | |

**EXPENSE SUMMARY**
November 1, 2015 through November 30, 2015

In re Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

| Date | Amount | Narrative |
|------|--------|-----------|
|  |  |  |
| **Legal Research - Westlaw** |  |  |
|  |  |  |
| 10/5/2015 | 129.34 | COMPUTER RESEARCH - WESTLAW |
| 10/6/2015 | 86.23 | COMPUTER RESEARCH - WESTLAW |
| 10/6/2015 | 215.57 | COMPUTER RESEARCH - WESTLAW |
| 10/7/2015 | 53.57 | COMPUTER RESEARCH - WESTLAW |
| 10/7/2015 | 86.23 | COMPUTER RESEARCH - WESTLAW |
| 10/8/2015 | 86.23 | COMPUTER RESEARCH - WESTLAW |
| 10/9/2015 | 126.01 | COMPUTER RESEARCH - WESTLAW |
| 10/9/2015 | 236.91 | COMPUTER RESEARCH - WESTLAW |
| 10/12/2015 | 86.23 | COMPUTER RESEARCH - WESTLAW |
| 10/13/2015 | 43.11 | COMPUTER RESEARCH - WESTLAW |
| 10/13/2015 | 63.33 | COMPUTER RESEARCH - WESTLAW |
| 10/14/2015 | 186.03 | COMPUTER RESEARCH - WESTLAW |
| 10/16/2015 | 146.37 | COMPUTER RESEARCH - WESTLAW |
| 10/16/2015 | 280.03 | COMPUTER RESEARCH - WESTLAW |
| 10/17/2015 | 21.34 | COMPUTER RESEARCH - WESTLAW |
| 10/18/2015 | 64.45 | COMPUTER RESEARCH - WESTLAW |
| 10/19/2015 | 43.11 | COMPUTER RESEARCH - WESTLAW |
| 10/19/2015 | 129.34 | COMPUTER RESEARCH - WESTLAW |
| 10/19/2015 | 129.34 | COMPUTER RESEARCH - WESTLAW |
| 10/20/2015 | 43.11 | COMPUTER RESEARCH - WESTLAW |
| 10/21/2015 | 86.23 | COMPUTER RESEARCH - WESTLAW |
| 10/22/2015 | 43.11 | COMPUTER RESEARCH - WESTLAW |
| 10/22/2015 | 86.23 | COMPUTER RESEARCH - WESTLAW |
| 10/23/2015 | 155.04 | COMPUTER RESEARCH - WESTLAW |
| 10/24/2015 | 172.46 | COMPUTER RESEARCH - WESTLAW |
| 10/26/2015 | 43.11 | COMPUTER RESEARCH - WESTLAW |
| 10/26/2015 | 64.45 | COMPUTER RESEARCH - WESTLAW |
| 10/26/2015 | 64.45 | COMPUTER RESEARCH - WESTLAW |
| 10/27/2015 | 43.11 | COMPUTER RESEARCH - WESTLAW |
| 10/27/2015 | 43.11 | COMPUTER RESEARCH - WESTLAW |
| 10/27/2015 | 57.81 | COMPUTER RESEARCH - WESTLAW |
| 10/27/2015 | 81.87 | COMPUTER RESEARCH - WESTLAW |
| 10/27/2015 | 141.97 | COMPUTER RESEARCH - WESTLAW |
| 10/28/2015 | 10.45 | COMPUTER RESEARCH - WESTLAW |
| 10/28/2015 | 43.11 | COMPUTER RESEARCH - WESTLAW |
| 10/28/2015 | 129.34 | COMPUTER RESEARCH - WESTLAW |
| 10/29/2015 | 129.34 | COMPUTER RESEARCH - WESTLAW |

**EXPENSE SUMMARY**
**November 1, 2015 through November 30, 2015**

In re Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

| Date | Amount | Narrative |
|------|--------|-----------|
| 10/29/2015 | 236.91 | COMPUTER RESEARCH - WESTLAW |
| 10/30/2015 | 21.34 | COMPUTER RESEARCH - WESTLAW |
| 10/30/2015 | 43.11 | COMPUTER RESEARCH - WESTLAW |
| 10/30/2015 | 85.79 | COMPUTER RESEARCH - WESTLAW |
| 10/30/2015 | 127.31 | COMPUTER RESEARCH - WESTLAW |
| 10/31/2015 | 431.15 | COMPUTER RESEARCH - WESTLAW |
| 11/1/2015 | 43.11 | COMPUTER RESEARCH - WESTLAW |
| 11/2/2015 | 172.46 | COMPUTER RESEARCH - WESTLAW |
| 11/3/2015 | 129.34 | COMPUTER RESEARCH - WESTLAW |
| 11/4/2015 | 1.42 | COMPUTER RESEARCH - WESTLAW |
| 11/4/2015 | 124.99 | COMPUTER RESEARCH - WESTLAW |
| 11/4/2015 | 193.80 | COMPUTER RESEARCH - WESTLAW |
| 11/4/2015 | 215.57 | COMPUTER RESEARCH - WESTLAW |
| 11/4/2015 | 215.57 | COMPUTER RESEARCH - WESTLAW |
| 11/5/2015 | 43.11 | COMPUTER RESEARCH - WESTLAW |
| 11/5/2015 | 43.11 | COMPUTER RESEARCH - WESTLAW |
| 11/5/2015 | 129.34 | COMPUTER RESEARCH - WESTLAW |
| 11/5/2015 | 280.03 | COMPUTER RESEARCH - WESTLAW |
| 11/5/2015 | 301.37 | COMPUTER RESEARCH - WESTLAW |
| 11/6/2015 | 43.11 | COMPUTER RESEARCH - WESTLAW |
| **TOTAL:** | **6,533.01** | |
| | | |
| **Late Work - Meals** | | |
| | | |
| 9/3/2015 | 18.90 | Late Work Meals - Setren |
| 10/5/2015 | 12.95 | Late Work Meals - Gurgel |
| 10/5/2015 | 20.23 | Late Work Meals - Stein |
| 10/6/2015 | 18.13 | Late Work Meals - Graham |
| 10/6/2015 | 17.46 | Late Work Meals - Hakkenberg |
| 10/6/2015 | 18.37 | Late Work Meals - Lobacheva |
| 10/7/2015 | 21.79 | Late Work Meals - Stein |
| 10/8/2015 | 21.64 | Late Work Meals - Hakkenberg |
| 10/18/2015 | 20.67 | Late Work Meals - Stein (weekend meal) |
| 10/18/2015 | 22.47 | Late Work Meals - Stein (weekend meal) |
| 10/19/2015 | 31.05 | Late Work Meals - Cantwell |
| 10/19/2015 | 24.77 | Late Work Meals - Gurgel |
| 10/19/2015 | 17.53 | Late Work Meals - Hakkenberg |
| 10/19/2015 | 10.15 | Late Work Meals - Xu |
| 10/20/2015 | 11.62 | Late Work Meals - Bromley |
| 10/20/2015 | 22.78 | Late Work Meals - Cantwell |

| Date | Amount | Narrative |
|------|--------|-----------|
| 10/20/2015 | 13.34 | Late Work Meals - Stein |
| 10/21/2015 | 13.34 | Late Work Meals - Bromley |
| 10/21/2015 | 40.00 | Late Work Meals - Cantwell |
| 10/21/2015 | 20.92 | Late Work Meals - Gianis |
| 10/22/2015 | 16.20 | Late Work Meals - Parthum |
| 10/22/2015 | 27.43 | Late Work Meals - Queen |
| 10/26/2015 | 31.30 | Late Work Meals - Cantwell |
| 10/26/2015 | 15.72 | Late Work Meals - Murtagh |
| 10/26/2015 | 17.15 | Late Work Meals - Ruiz |
| 10/27/2015 | 22.86 | Late Work Meals - Gurgel |
| 10/27/2015 | 18.70 | Late Work Meals - Murtagh |
| 10/28/2015 | 30.00 | Late Work Meals - Block |
| 10/28/2015 | 11.17 | Late Work Meals - Parthum |
| 10/29/2015 | 25.45 | Late Work Meals - Gurgel |
| 11/2/2015 | 25.23 | Late Work Meals - Queen |
| 11/6/2015 | 26.29 | Late Work Meals - Gallagher |
| 11/11/2015 | 42.57 | Late Work Meals - Rosenthal |
| 11/12/2015 | 17.22 | Late Work Meals - Gianis |
| 11/12/2015 | 41.32 | Late Work Meals - Rosenthal |
| **TOTAL:** | **766.72** | |
| | | |
| **Late Work - Transportation** | | |
| | | |
| 12/19/2013 | 31.79 | Late Work Transportation - Stein |
| 12/20/2013 | 44.89 | Late Work Transportation - Rosenthal |
| 4/7/2014 | 18.63 | Late Work Transportation - Gianis |
| 8/26/2014 | 18.71 | Late Work Transportation - McCown |
| 9/4/2015 | 47.48 | Late Work Transportation - Gonzalez |
| 9/8/2015 | 36.03 | Late Work Transportation - Gurgel |
| 9/9/2015 | 44.21 | Late Work Transportation - Gianis |
| 9/21/2015 | 28.62 | Late Work Transportation - Gianis |
| 9/22/2015 | 11.44 | Late Work Transportation - Gurgel |
| 10/1/2015 | 31.79 | Late Work Transportation - Stein |
| 10/2/2015 | 31.79 | Late Work Transportation - Stein |
| 10/3/2015 | 26.16 | Late Work Transportation - Cantwell |
| 10/6/2015 | 37.31 | Late Work Transportation - Graham |
| 10/6/2015 | 31.79 | Late Work Transportation - Gurgel |
| 10/7/2015 | 24.96 | Late Work Transportation - Stein |
| 10/8/2015 | 14.75 | Late Work Transportation - Stein |
| 10/11/2015 | 26.31 | Late Work Transportation - Cantwell |

**EXPENSE SUMMARY**
November 1, 2015 through November 30, 2015

| Date | Amount | Narrative |
|------|--------|-----------|
| 10/14/2015 | 35.14 | Late Work Transportation - Gurgel |
| 10/15/2015 | 26.90 | Late Work Transportation - Cantwell |
| 10/15/2015 | 31.79 | Late Work Transportation - Gurgel |
| 10/16/2015 | 115.39 | Late Work Transportation - Gianis |
| 10/17/2015 | 14.13 | Late Work Transportation - Stein |
| 10/18/2015 | 12.20 | Late Work Transportation - Stein |
| 10/19/2015 | 32.52 | Late Work Transportation - Gianis |
| 10/19/2015 | 21.88 | Late Work Transportation - Graham |
| 10/19/2015 | 31.79 | Late Work Transportation - Gurgel |
| 10/20/2015 | 25.84 | Late Work Transportation - Cantwell |
| 10/20/2015 | 31.79 | Late Work Transportation - Gurgel |
| 10/20/2015 | 31.79 | Late Work Transportation - Stein |
| 10/21/2015 | 52.96 | Late Work Transportation - Redway |
| 10/22/2015 | 12.42 | Late Work Transportation - Stein |
| 10/25/2015 | 22.77 | Late Work Transportation - Cantwell |
| 10/26/2015 | 32.86 | Late Work Transportation - Cantwell |
| 10/26/2015 | 98.99 | Late Work Transportation - Murtagh |
| 10/26/2015 | 34.97 | Late Work Transportation - Ruiz |
| 10/26/2015 | 106.37 | Late Work Transportation - Schweitzer |
| 10/27/2015 | 31.79 | Late Work Transportation - Block |
| 10/27/2015 | 34.12 | Late Work Transportation - Bromley (ride to meeting) |
| 10/27/2015 | 98.99 | Late Work Transportation - Murtagh |
| 10/27/2015 | 99.20 | Late Work Transportation - Schweitzer |
| 10/27/2015 | 11.82 | Late Work Transportation - Stein |
| 10/28/2015 | 31.79 | Late Work Transportation - Gurgel |
| 10/28/2015 | 134.05 | Late Work Transportation - Schweitzer |
| 10/28/2015 | 30.38 | Late Work Transportation - Stein |
| 10/29/2015 | 32.86 | Late Work Transportation - Cantwell |
| 10/29/2015 | 31.79 | Late Work Transportation - Gurgel |
| 10/29/2015 | 68.55 | Late Work Transportation - Redway |
| 11/2/2015 | 21.00 | Late Work Transportation - Stein |
| 11/3/2015 | 28.62 | Late Work Transportation - Gianis |
| 11/3/2015 | 8.00 | Late Work Transportation - Sheridan |
| 11/3/2015 | 13.56 | Late Work Transportation - Stein |
| 11/4/2015 | 36.75 | Late Work Transportation - Cantwell |
| 11/4/2015 | 28.62 | Late Work Transportation - Gianis |
| 11/4/2015 | 31.79 | Late Work Transportation - Gurgel |
| 11/4/2015 | 30.74 | Late Work Transportation - Lobacheva |
| 11/4/2015 | 60.75 | Late Work Transportation - Redway |
| 11/4/2015 | 8.00 | Late Work Transportation - Sheridan |

**EXPENSE SUMMARY**
November 1, 2015 through November 30, 2015

In re Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

| Date | Amount | Narrative |
|------|--------|-----------|
| 11/5/2015 | 153.18 | Late Work Transportation - Bromley |
| 11/5/2015 | 41.32 | Late Work Transportation - Gallagher |
| 11/5/2015 | 41.32 | Late Work Transportation - Gonzalez |
| 11/5/2015 | 8.00 | Late Work Transportation - Sheridan |
| 11/6/2015 | 32.86 | Late Work Transportation - Cantwell |
| 11/6/2015 | 47.48 | Late Work Transportation - Gonzalez |
| 11/6/2015 | 31.79 | Late Work Transportation - Gurgel |
| 11/6/2015 | 33.91 | Late Work Transportation - Herrington |
| 11/6/2015 | 48.72 | Late Work Transportation - Lobacheva |
| 11/6/2015 | 89.84 | Late Work Transportation - O'Keefe |
| 11/6/2015 | 8.00 | Late Work Transportation - Sheridan |
| 11/9/2015 | 28.62 | Late Work Transportation - Gianis |
| 11/9/2015 | 48.45 | Late Work Transportation - Rosenthal |
| 11/9/2015 | 120.72 | Late Work Transportation - Schweitzer |
| 11/10/2015 | 43.49 | Late Work Transportation - Gurgel |
| 11/10/2015 | 42.43 | Late Work Transportation - Rosenthal |
| 11/10/2015 | 57.22 | Late Work Transportation - Stein |
| 11/11/2015 | 29.75 | Late Work Transportation - Graham |
| **TOTAL:** | **3,059.43** | |
| | | |
| **Conference Meals** | | |
| | | |
| 10/1/2015 | 78.39 | Conference Meals (6 attendees) |
| 10/28/2015 | 300.00 | Conference Meals (6 attendees) |
| **TOTAL:** | **378.39** | |
| | | |
| **Other** | | |
| | | |
| 11/23/2015 | 14.97 | Computer Research - Vendor: CourtAlert.Com, Inc. |
| **TOTAL:** | **14.97** | |
| | | |
| **Expert Expenses** | | |
| | | |
| 12/15/2015 | 31,643.50 | Expert Expense (Details to be provided under seal to the Court, the Office of the US Trustee, and the Fee Examiner pursuant to the Order Modifying the Application of Local Rules 2014-1(C) and 2016-2(F) [D.I. 9584] and the Order Appointing Fee Examiner and Establishing Related Procedures for Compensation and Reimbursement of Expenses for Professionals and Consideration of Fee Applications [D.I. 11082].) |
| **TOTAL:** | **31,643.50** | |
| | | |
| | | |

**EXPENSE SUMMARY**
November 1, 2015 through November 30, 2015

**In re Nortel Networks Inc., et al.**
(Case No. 09-10138 (KG))

| Date | Amount | Narrative |
|---|---|---|
| **GRAND TOTAL:** | 46,264.40 | |
| | | |
| [1] Consistent with Cleary Gottlieb's normal procedure in the present case, Cleary Gottlieb is seeking reimbursement for only the value of standard class train and airplane fares. | | |