# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

### Hearing Information:

| | |
|---:|:---|
| **Debtor:** | NORTEL NETWORKS INC., ET AL. |
| **Case Number:** | 09-10138-KG    **Chapter:** 11 |
| **Date / Time / Room:** | TUESDAY, DECEMBER 22, 2015 09:30 AM    CRT#3, 6TH FL. |
| **Bankruptcy Judge:** | KEVIN GROSS |
| **Courtroom Clerk:** | SHERRY SCARUZZI |
| **Reporter / ECR:** | GINGER MACE |

### Matters:

1) **ADV: 1-11-53454**
   **SNMP Research International, Inc. vs Nortel Networks Inc.**
   ORAL ARGUMENT
   R / M #:    325 / 0

2) ORAL ARGUMENT IN ADVERSARY 11-53454
   R / M #:    0 / 0

### Appearances:

SEE ATTACHED COURT SIGN-IN-SHEET

### Proceedings:

HEARING HELD. AGENDA ITEMS:
#1 - Matter taken Under Advisement
#2 - Matter taken Under Advisement