# SIGN-IN-SHEET

**CASE NAME:** Nortel Networks Inc.
**CASE NO.:** 09-10138 / 11-53454 (KG)
**COURTROOM LOCATION:** 3
**DATE:** 12/22/15

#1

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| David Dean | Cole Schotz | SNMP |
| Norman Pernick | " | " |
| David Herrington | Cleary Gottlieb | Nortel U.S. Debtor |
| Lisa Schweitzer | " | " |
| Matt Gurgel | " | " |
| Derek Abbott | Morris Nichols Arsht & Tunnell | " |
| Andrew Remming | " | " |
| Dav. E Botter | Akin Gump | Cred Committee |
| Robert Johnson | (") | =D |
| Chris Samis | Whiteford Taylor | (") |
| Jaime Chapman | YCST | Joint Administrators |

# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Kevin Gross (Nortel Trial Only)

**Calendar Date:** 12/22/2015
**Calendar Time:** 09:30 AM ET

Courtroom

Amended Calendar 12/22/2015 05:27 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7334415 | Nick Bassett | (212) 530-5000 | Milbank, Tweed, Hadley & McCloy, LLP | Representing, Ad Hoc Group of Bondholders / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7339980 | Peg A. Brickley | (215) 462-0953 | Dow Jones & Co. | Interested Party, Peg Brickley / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7334467 | Craig W. Dent | (212) 336-2864 | Patterson Belknap Webb & Tyler | Creditor, Law Debenture / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7335494 | Matthew C. Fagen | (212) 872-8051 | Akin Gump Strauss Hauer & Feld LLP | Creditor, Official Committee of Unsecured Creditors / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7334685 | Laura Hall | (212) 610-7300 | Allen & Overy, LLP | Creditor, Ernst & Young / LIVE |
| | | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7338406 | Charles Huberty | (212) 837-6045 | Hughes Hubbard & Reed | Interested Party, Hughes Hubbard & Reed, LLP / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7334655 | Paul Keller | (212) 318-3212 | Norton Rose Fulbright US LLP | Monitor, Ernst & Young / LIVE |

| | | | | | | |
|---|---|---|---|---|---|---|
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7338567 | Michael J. Wunder | (416) 860-6484 | Cassels Brock & Blackwell LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 (11-5354) | Hearing | 7329331 | Jeffrey Case | (865) 579-0527 | SNMP | Plaintiff(s), SNP Research / LISTEN ONLY |
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 (11-5345 4) | Hearing | 7329327 | John L. Wood | (865) 292-2503 | Egerton, McAfee, Armistead & Davis | Creditor, SNMP / LIVE |

Copyright © 2015 CourtCall, LLC. All Rights Reserved.

Peggy Drasal ext. 802