# EXHIBIT A

## NORTEL NETWORKS INC., *et al*.
## CASE NO. 09-10138 (KG)

Professional Fees and Expenses
Monthly Fee Application

| Applicant & Docket No. | Time Period Covered | Fees & Expenses Requested in Application | Fees & Expenses Allowed/Awarded | Date Application Filed | Objection Deadline |
|---|---|---|---|---|---|
| Akin Gump Strauss Hauer & Feld LLP<br><br>[Docket No. 16335] | 10/1/15 - 10/31/15 | $635,394.00 (Fees)<br><br>$8,300.51 (Expenses) | $508,315.20 (Fees @ 80%)<br><br>$8,300.51 (Expenses @ 100%) | 11/28/15 | 12/18/15 |