**United States Bankruptcy Court**
For the **District of Delaware**

| | |
|---|---|
| **Nortel Networks, Inc.** | } Chapter 11 |
| | } |
| | } |
| | } Case No. |
| | } 09-10138 |
| Debtor | } |

# NOTICE OF WITHDRAWAL OF NOTICE OF TRANSFER

PLEASE TAKE NOTICE that the Notice of Transfer for Docket No. 1789 filed by Liquidity Solutions, Inc. is hereby withdrawn.

By:/s/Jeff Caress
Liquidity Solutions, Inc.
(201) 968-0001