# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| Nortel Networks Inc., *et. al.*, | ) ) | CASE No.:  09-10138 (KG) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) ) | |

## CREDITOR'S NOTICE OF CHANGE OF ADDRESS

Notice is hereby given to amend the Court's records to reflect a change of address for the creditor, South Carolina Department of Employment and Workforce, as stated below:

**Address as Listed:**

SC EMPLOYMENT SECURITY COMMISSION
1550 GADSDEN ST
COLUMBIA SC 29201

**New Address**:

South Carolina Department of Employment and Workforce
P.O. Box 8597
Columbia, SC 29202

Respectfully submitted,

/s/ Trey McLeod_____
E.B. "Trey" McLeod, III
S.C. Dept. of Employment & Workforce
Post Office Box 8597
Columbia, South Carolina 29202
(803) 737-3043

Date: December 23, 2015

tmcleod@dew.sc.gov
Counsel for Creditor

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 23rd day of December, 2015, after reviewing the Court's ECF records, that all persons required to be served with a copy of the foregoing *Creditor's Notice of Change of Address.*

/s/ Trey McLeod_____
E.B. "Trey" McLeod, III