

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF

DELAWARE

In re:NORTEL NETWORKS INC. et al.,   CASE NO. 09-10138 (KG)

Chapter 11

REQUEST FOR APPOINTMENT OF EQUITY SECURITY HOLDERS

COMMITTEE

---

(A). General Beneficial LP. Hereby Request the Appointment of A "Equity Security Holders" Committee Under Section 1102(a)(2) of the Bankruptcy Code.

(B ). Base on the Grounds as found in Exhibit A attach hereto.

-RELIEF REQUESTED-

That A "Equity Security Holders" Committee be Appointed.

-BASIS FOR RELIEF-

Section 105(a) of the Bankruptcy Code.

Section 1102(a)(2) of the Bankruptcy Code.

Exhibit A hereto.

Date: 12-17-2015                         General Beneficial LP.

_____(co-owner).

1522 W. Manchester AVE.

Los Angeles, CALIF. 90047

(323) 971-6063