

UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

In re: Nortel Networks INC. et al.,  Case No. 09-10138 (KG)

Chapter 11

*************************************************************

[CERTIFICATE OF SERVICE]

I, Vincent E. Rhynes, hereby certify under penalty of perjury that: I am over the Age of Eighteen years of age and reside in Los Angeles, County California.

On 12-18-2015, I caused to be served a true and correct copy of General Beneficial LP. Request for the Appointment of and Equity Security Holders Committee to be sent by first class mail upon the parties Listed on Exhibit A Attach hereto.

Date: 12-18-2015

Vincent E. Rhynes

513 W. 159th Street

Gardena, CALIF. 90248

(310) 329-4254

# EXHIBIT A

**OFFICE OF THE UNITED STATES TRUSTEE**
844 King Street, Suite 2207
Lockbox # 35
Wilmington, DE 19801

**RICHARDS, LAYTON & FINGER, P.A.**
920 N. King Street
One Rodney Square
Wilmington, DE 19801

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**
1201 North Market Street,
P.O. Box 1347
Wilmington, DE 19899-1347

EPIQ SYSTEMS

824 N. Market Street Ste 412

Wilmington, DE 19801