## EXHIBIT A

### NORTEL NETWORKS INC., *et al*.
### CASE NO. 09-10138 (KG)

Professional Fees and Expenses
Monthly Fee Application

| Applicant & Docket No. | Time Period Covered | Fees & Expenses Requested in Application | Fees & Expenses Allowed/Awarded | Date Application Filed | Objection Deadline |
|---|---|---|---|---|---|
| Ashurst LLP<br><br>[Docket No. 16346] | 10/1/15 - 10/31/15 | £28,067.00 (Fees)<br><br>£30.60 (Expenses) | £22,482.20 (Fees @ 80%)<br><br>£30.60 (Expenses @ 100%) | 11/30/15 | 12/21/15 |