# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| NORTEL NETWORKS INC., *et al.*, | ) Case No. 09-10138 (KG) |
| | ) Jointly Administered |
| Debtors. | ) |
| | ) **Re: Docket No. 16324** |
| | ) |

## CERTIFICATION OF NO OBJECTION REGARDING DOCKET NO. 16324

On November 25, 2015 Benesch, Friedlander, Coplan & Aronoff, LLP, (the "Applicant"), filed its *Thirty-Eighth Application for Interim Compensation for Services Rendered and Reimbursement of Expenses as Special Litigation Counsel for the Debtors for the Period From May 1, 2015 Through October 31, 2015* (the "Application"). Pursuant to the Notice filed with the Application, objections to the Application were to be filed and served no later than December 24, 2015 at 4:00 p.m. (ET). The undersigned hereby certifies that she has received no formal answers, objections or responsive pleadings with respect to the Application and that no answer, objection or other responsive pleading with respect to the Application has been filed with the Court.

Pursuant to the Compensation Order dated February 4, 2009 and entered at Docket No. 222, the Debtors are authorized to pay Applicant $2,623.20, which represents 80% of the fees requested, and $675.79, which represents 100% of the expenses requested in the Application upon filing this Certification of No Objection and without the need for entry of a Court order approving Application.

Dated: December 29, 2015            **BENESCH, FRIEDLANDER, COPLAN**
                                                        **& ARONOFF LLP**

                                       By:     */s/ Jennifer R. Hoover*
                                                          Jennifer R. Hoover, Esquire (No. 5111)
                                                          222 Delaware Avenue, Suite 801
                                                          Wilmington, DE  19801
                                                          Telephone:  (302) 442-7006
                                                          Facsimile:  (302) 442-7012
                                                          jhoover@beneschlaw.com

                                                          *Special Litigation Counsel to the Debtors*

8919577 v1