# **EXHIBIT B**

```
*********************************************************************************************Page 20 of (20)
                                         WHITEFORD, TAYLOR & PRESTON       THRU 11/30/15
BILLING ATTORNEY: 01762  CHRISTOPHER M. SAMIS   DETAILED  BILLING REPORT    AS OF 12/30/2015 11:19:16 AM
                                         PROFORMA NUMBER: 460432            LAST DATE BILLED 12/18/15

CLIENT 091281           OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
                        NORTEL NETWORKS, INC.
MATTER 00001            NORTEL
CASE ID
```

***DISBURSEMENTS ***

| INDEX | DATE | REFER-# | CODE | CTRL-# | TKPR | | AMOUNT | |
|---|---|---|---|---|---|---|---|---|
| | | | 10 | | | PHOTOCOPIES | | 1.40 |
| 4198119 | 11/05/15 | | 101 | | 01762 | DLS DISCOVERY - COURIER EXPENSE- COPY/PRINT; ENVELOPE; PDF EMAILED TO CLIENT; PRINTING ON LABEL STOCK; POSTAGE; HAND DELIVERY W BANKRUPTCY SERVICE | 84.38 | |
| 4198120 | 11/19/15 | | 101 | | 01762 | DLS DISCOVERY - COURIER EXPENSE- COPY/PRINT; ENVELOPE; POSTAGE; PRINTING LABEL ON STOCK; PDF EMAILED TO CLIENT | 72.59 | |
| | | | | | *101 | COURIER EXPENSE | | 156.97 |
| | | | | | | *TOTAL DISBURSEMENTS* | 158.37 | |