# United States Bankruptcy Court

District of Delaware

In re: **Nortel Networks, Inc.**                    Case No.: **09-10138**

Court ID (Court use only)_____

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

**Optical NN Holdings, LLC**                    **Avenue TC Fund, L.P.**
                                                 Name of Transferor

Name and Address where notices to transferee     Court Record Address of Transferor
should be sent                                   (Court Use Only)
**Optical NN Holdings, LLC**
**One Maritime Plaza, Suite 2100**
**San Francisco, CA 94111**
**Attn: Michael G. Linn**
Last Four Digits of Acct #: _____              Last Four Digits of Acct #: _____

Name and Address where transferee payments       Name and Current Address of Transferor
should be sent (if different from above)
                                                 **Avenue TC Fund, L.P.**
                                                 **399 Park Avenue, 6th Floor**
                                                 **New York, NY 10022**

Court Claim # (if known):  **see attached schedule**
Claim Amount:              see attached schedule
Date Claim Filed:          see attached schedule

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Andrew A. Jones_____                   Date: 12/31/2015
       Transferee/Transferee's Agent
*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

---DEADLINE TO OBJECT TO TRANSFER---

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____
                                                 _____
                                                 **CLERK OF THE COURT**

## Schedule

| Proof of Claim Number | Prior Seller | Allowed Claim Amount | Date Claim Filed |
|---|---|---|---|
| 7916 | McKinsey & Company, Inc. | $1,680,000.00 | 7/22/11 |
| 1109 | Radio Frequency Systems, Inc. | $1,393,585.20 | 5/4/09 |
| 3974 | Longacre Institutional Opportunity Fund, L.P. | $1,242,824.00 | 9/25/09 |
| 1593 | Hain Capital Holdings, Ltd. | $587,693.25 | 7/24/09 |
| 738 | Hain Capital Holdings, Ltd. | $2,596,267.97 | 3/18/09 |
| 3030 | Hain Capital Holdings, Ltd. | $596,000.00 | 9/16/09 |
| | **Aggregate Claim Amount** | **$8,096,370.42** | |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re <u>Nortel Networks Inc., et al.</u>,

Case No. <u>09-10138 (KG)</u>

(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>Optical NN Holdings, LLC</u>
Name of Transferee

<u>Avenue TC Fund, LP</u>
Name of Transferor

Court Claim #: <u>multiple; see attached schedule 1</u>
Claim Amount: <u>see attached schedule 1</u>

Name and Address where notices to Transferee
should be sent:

Optical NN Holdings, LLC
Attention: Michael Linn
Phone: 415 421-2132
E-mail: mlinn@farcap.com

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

**Avenue TC Fund, LP**
By: Avenue TC GenPar, LLC, its General Partner
By: GL TC Partners, LLC, its Managing Member

By: _____
Name:
Title:

Date: _____

**OPTICAL NN HOLDINGS, LLC**
By: Farallon Capital Management, L.L.C., Its Manager

By: _____
Name: ~~Michael G. Linn~~ MONICA R. LANDRY
Title: Authorized Signatory
Date: 12/30/15

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re <u>Nortel Networks Inc., et al.,</u>　　　　　　　　　　Case No. <u>09-10138 (KG)</u>

　　　　　　　　　　　　　　　　　　　　　　　　　(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>Optical NN Holdings, LLC</u>　　　　　　　　　　　<u>Avenue TC Fund, LP</u>
Name of Transferee　　　　　　　　　　　　　　　Name of Transferor

　　　　　　　　　　　　　　　　　　　　　　　　Court Claim #: <u>multiple; see attached schedule 1</u>
　　　　　　　　　　　　　　　　　　　　　　　　Claim Amount: <u>see attached schedule 1</u>

Name and Address where notices to Transferee
should be sent:

Optical NN Holdings, LLC
Attention: Michael Linn
Phone: 415 421-2132
E-mail:mlinn@farcap.com

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

**AVENUE TC FUND, L.P.**　　　　　　　　　　　**OPTICAL NN HOLDINGS, LLC**

By: Avenue TC GenPar, LLC, its general　　　　　By: Farallon Capital Management, L.L.C., Its
partner　　　　　　　　　　　　　　　　　　　　Manager
By: GL TC Partners, LLC, its managing
member

By: _____　　　　　　　　By: _____
Name: _____　　　　　　　Name: _____
Title: _____　　　　　　　　Title: _____
Date: 12/30/15　　　　　　　　　　　　　　　　Date: _____

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Schedule 1

Transferred Claims

| Proof of Claim No. | Prior Seller | Allowed Claim Amount |
| --- | --- | --- |
| 7916 | McKinsey & Company, Inc. | $1,680,000.00 |
| 1109 | Radio Frequency Systems, Inc. | $1,393,585.20 |
| 3974 | Longacre Institutional Opportunity Fund, L.P. | $1,242,824.00 |
| 1593 | Hain Capital Holdings, Ltd. | $587,693.25 |
| 738 | Hain Capital Holdings, Ltd. | $2,596,267.97 |
| 3030 | Hain Capital Holdings, Ltd. | $596,000.00 |