## **Exhibit A**

The Eleventh Amendment to the Statement of Work
The Tax Services Amendment

December 4, 2015

Mr. Timothy Ross
Chief Financial Officer and Corporate Secretary
c/o Nortel Networks, Inc.
4001 East Chapel Hill Nelson Hwy
Research Triangle Park, NC 27709

Dear Tim:

We are writing this letter to confirm our agreement to amend our Master Tax Services Agreement dated as of March 1, 2011 (as previously amended, the "Agreement"), with Nortel Networks Inc. and its U.S. debtor affiliates, whose bankruptcy proceedings are pending in the United States Bankruptcy Court for the District of Delaware and Nortel Networks India International Inc. ("Client"), to extend the term of the Agreement as follows:

1. The sentence "We may enter into Statements of Work with you for a period of five years following the date of this letter, although we may agree with you to extend that period, including by executing additional Statements of Work referencing this Agreement." is deleted and replaced by the following sentence:

   "We may enter into Statements of Work with you for a period terminating as of the earlier of (a) December 31, 2018 or (b) the effective date of a confirmed chapter 11 plan, or liquidation of your assets under chapter 11 or 7 of the Bankruptcy Code or otherwise, although we may agree with you to extend that period, including by executing additional Statements of Work referencing this Agreement."

Except as expressly amended in this letter, all provisions, terms and conditions of the Agreement shall be unaltered by this letter and shall continue in full force and effect. By signing below you represent you have authority to bind the respective entities that comprise Client as described above.

Very truly yours,

*Ernst & Young LLP*

Agreed to and Accepted:

Nortel Networks Inc. and its U.S. Debtor affiliates

By _____

Title  CFO

Date  12/15/15

Nortel Networks India International Inc.

By _____

Title  CFO

Date  12/15/15

_____

_____

_____

December 4, 2015

Mr. Timothy Ross
Chief Financial Officer and Corporate Secretary
c/o Nortel Networks, Inc.
4001 East Chapel Hill Nelson Hwy
Research Triangle Park, NC 27709

Dear Tim:

This letter is the 11th amendment (the "11th Amendment") to the Statement of Work dated March 1, 2011 for tax operations outsourcing and other variable services (as amended, the "SOW") entered into pursuant to the Master Tax Services Agreement dated March 1, 2011, as amended, ("Agreement") between Nortel Networks Inc. ("NNI"), its U.S. debtor affiliates listed in of the SOW, and Nortel Networks India International Inc. (collectively, "you", the "Client", the "Company," or "Nortel") and Ernst & Young LLP ("EY" or "we") for the provision of certain tax services (the "Services") to the Client. Pursuant to this 11th Amendment, the parties agree to the following modifications in the Scope of services.

Except as modified by this 11th Amendment, all terms and conditions of the original SOW shall continue in full force and effect and be unaffected by this 11th Amendment.

**Additional Services**

As of January 1, 2016 and contingent upon this 11th Amendment taking effect pursuant to the Bankruptcy Court Order entered on July 22, 2011, (the "Order") EY will provide the Client with the Services described herein. Pursuant to this 11th Amendment, EY will provide additional "Out-of Scope Services" not heretofore covered by the SOW.

These Services (as well as any other Services covered by the SOW) may be modified from time to time by mutual written consent of the parties in accordance with the Order.

*EY Core Services*

Services will include a continuation for calendar year 2016 of the EY Core Services described in the SOW, subject to the rate card set forth in the Fees section of this 11th Amendment.

*Variable and Out-of-Scope*

Except as set forth in this 11th Amendment, the Variable and Out-of-Scope Services continue as stated in the SOW, as amended, for calendar year 2016 subject to the fees set forth in the Fees section of this 11th Amendment.

The Out-of-Scope Services described below are, notwithstanding use of the term "will" in the descriptions set forth below, subject to written approval by the Company (which may be by e-mail) prior to proceeding. Any such approval shall also state a range of estimated fees to be incurred. All such approved Services are hereinafter referred to as "Additional Services."

4849-5739-1147.1

**Foreign Bank and Financial Account Reporting**

EY will assist Nortel with the Financial Crimes Enforcement Network (FinCEN) Report 114, Report of Foreign Bank and Financial Account (FBAR) filings for account ownership and signature authority related to foreign bank accounts for calendar year 2015.

**Payroll Services**

EY will provide payroll assistance including employment tax research, production of employment tax reports needed for employment tax compliance, employment tax account registrations, employment tax processing including preparation of forms W-2, federal, state and local compliance including the preparation of quarterly and annual employment tax returns and notice correspondence ("Payroll Services") as requested by Nortel. EY will rely on information provided by the Company and the Company's outside payroll and payroll tax processor to perform the Payroll Services.

**Withholding Tax Services**

EY will provide non-employee related withholding tax advisory and compliance services including the preparation of forms 1099 and 1042S ("Withholding Tax Services") as requested by Nortel.

**FEES**

The General Terms of the Agreement address our fees and expenses generally.

Client shall pay EY's fees for the Services described in this 11th Amendment and reimburse reasonable expenses incurred in connection with the Services described in this 11th Amendment, subject to and in accordance with Bankruptcy Court approval. These fees will be billed on a monthly basis using the rates set forth below:

| Professional | Rate per Hour |
|---|---|
| Partner / Principal/ Executive Director – National | $750 |
| Partner / Principal/ Executive Director | $700 |
| Senior Manager | $600 |
| Manager | $510 |
| Senior | $365 |
| Staff | $225 |

You shall also pay any value-added taxes (VAT), sales taxes, and other indirect taxes incurred in connection with the delivery of the above Services, including any such taxes and related administrative costs that result from billing arrangements specifically requested by you.

This letter does not modify any portion of the SOW not specifically addressed herein, and all other provisions of the SOW are applicable hereto.

We appreciate the opportunity to be of continued service to you. If you have any questions regarding the matters discussed in this letter, please contact James E. Scott at (919) 981-2886.

Please indicate your acceptance of the above arrangements by signing and returning the enclosed copy of this letter.

4849-5739-1147.1

Very truly yours,

*Ernst & Young LLP*

**Nortel Networks Inc. and its U.S. debtor affiliates listed in Appendix A of the SOW**
**Nortel Networks India International Inc.**

By: _____
Mr. Timothy Ross
CFO and Corporate Secretary