## EXHIBIT A

## NORTEL NETWORKS INC., *et al*.
## CASE NO. 09-10138 (KG)

Professional Fees and Expenses
Monthly Fee Application

| Applicant & Docket No. | Time Period Covered | Expenses Requested in Application | Expenses Allowed/Awarded | Date Application Filed | Objection Deadline |
|---|---|---|---|---|---|
| Official Committee of Unsecured Creditors<br><br>[Docket No. 16365] | 9/1/15 - 11/30/15 | $6,200.63 (Expenses) | $6,200.63 (Expenses @ 100%) | 12/2/15 | 12/22/15 |