IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
:
*In re*                                              :     Chapter 11
:
Nortel Networks Inc., *et al.*,[1]                   :     Case No. 09-10138 (KG)
:
              Debtors.                :     Jointly Administered
:
:
:     **Re: D.I. 16438**
---------------------------------------------------------X

**NOTICE OF SERVICE**

      PLEASE TAKE NOTICE that on January 4, 2016, a copy of the **Notice of the Eleventh Amendment to the Statement of Work Entered into Pursuant to the Tax Services Agreement with Ernst & Young LLP** was served in the manner indicated upon the parties identified on the attached service list.

| | |
|---|---|
| Dated: January 4, 2016 | CLEARY GOTTLIEB STEEN & HAMILTON LLP |
| Wilmington, DE | James L. Bromley (admitted *pro hac vice*) |
| | Lisa M. Schweitzer (admitted *pro hac vice*) |
| | One Liberty Plaza |
| | New York, New York 10006 |
| | Telephone: (212) 225-2000 |
| | Facsimile: (212) 225-3999 |
| | |
| | - and – |
| | |
| | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| | |
| | */s/ Tamara K. Minott* |
| | Eric D. Schwartz (No. 3134) |
| | Derek C. Abbott (No. 3376) |
| | Andrew R. Remming (No. 5123) |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Contact information for the Debtors and their petitions are available at http://epiq11.com/nortel.

2

Tamara K. Minott (No. 5643)
1201 North Market Street, 16th Floor
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989

*Counsel for the Debtors and Debtors in Possession*

9748983.1