# SERVICE LIST

**BY EMAIL:**

Rahul Kumar
Email:  rk8228@yahoo.com
C-701 Neelachal Apt. Plot No 3
Sector 4 Dwarka
New Delhi,   110078
INDIA

**BY HAND DELIVERY:**

Christopher A. Ward Esq
Justin K. Edelson Esq
Polsinelli PC
222 Delaware Ave
Ste 1101
Wilmington, DE  19801

Steven K. Kortanek
Matthew P. Ward
Womble Carlyle Sandridge & Rice
222 Delaware Ave
Ste 1501
Wilmington, DE  19801

Tobey M. Daluz Esq
Leslie Heilman Esq
David T. May
Ballard Spahr
919 Market St
11th Floor
Wilmington, DE  19801

William E. Chipman
Mark D. Olivere
Anne M. Kashishian
Chipman Brown Cicero & Cole LLP
1007 N. Orange Street
Suite 1110
Wilmington, DE  19801

Rafael X. Zahralddin-Aravena
Shelley A. Kinsella
Elliott Greenleaf
1105 N. Market Street
Ste 1700
Wilmington, DE  19801

Selinda A. Melnik
DLA Piper LLP (US)
919 N. Market Street
15th Floor
Wilmington, DE  19801

David B. Stratton Esq
Leigh-Anne M. Raport Esq
Evelyn J. Meltzer Esq
Pepper Hamilton LLP
1313 Market Street
Ste 5100
Wilmington, DE  19801

Henry Jaffe Esq
Pepper Hamilton LLP
1313 Market Street
Ste 5100
Wilmington, DE  19801

Bonnie Glantz Fatell
Victoria A. Guilfoyle
Blank Rome LLP
1201 N. Market Steet
Ste. 800
Wilmington, DE  19801

Domenic Pacitti Esq
Klehr Harrison
919 Market Street
Ste 1000
Wilmington, DE  19801

Michael D. DeBaecke  Esq
Blank Rome LLP
1201 Market Street
Ste 800
Wilmington, DE  19801

William D. Sullivan Esq
Sullivan Hazeltine Allinson LLC
4 E 8th Street
Ste 400
Wilmington, DE  19801

Howard A. Cohen Esq
Drinker Biddle & Reath LLP
222 Delaware Avenue
Suite 1410
Wilmington, DE  19801

Adam G.  Landis Esq
Kerri K. Mumford Esq
J. Landon Ellis Esq
Landis Rath & Cobb LLP
919 Market Street
Ste 1800
Wilmington, DE  19801

Mary F. Caloway Esq  
Kathleen Murphy Esq.  
Buchanan Ingersoll & Rooney  
919 N. Market Street  
Ste 1500  
Wilmington, DE  19801-1228  

James L. Patton  
Edwin J. Harron  
Young Conaway  
1000 W. King Street  
Wilmington, DE  19801  

Brett D. Fallon Esq  
Morris James LLP  
500 Delaware Ave  
Ste 1500  
Wilmington, DE  19801  

Carl N.  Kunz Esq  
Michael J. Custer Esq  
Morris James LLP  
500 Delaware Ave  
Ste 1500  
Wilmington, DE  19801  

Stephen M. Miller  
Morris James LLP  
500 Delaware Ave  
Ste. 1500  
Wilmington, DE  19801  

Jeffrey M. Gorris  
Christopher M. Foulds  
Freidlander & Gorris PA  
222 Delaware Avenue  
Suite 1400  
Wilmington, DE  19801  

US Attorney's Office  
District of Delaware  
1007 N. Orange Street  
Wilmington, DE  19801  

Mark Kenney Esq  
Office of the U.S. Trustee  
844 King St  
Ste 2207 Lockbox 35  
Wilmington, DE  19801-3519  

Robert A. Weber Esq.  
Skadden Arps Slate Meagher & Flom  
One Rodney Square  
Wilmington, DE  19801  

Sarah E. Pierce  
Skadden Arps Slate Meagher & Flom  
One Rodney Square  
Wilmington, DE  19899-0636  

Christopher M. Samis  
L. Katherine Good  
Whiteford Taylor & Preston   LLC  
The Renaissance Center  
405 N. King Street Ste. 500  
Wilmington, DE  19801  

Duane D. Werb Esq  
Werb & Sullivan  
300 Delaware Ave  
13th Floor  
Wilmington, DE  19801  

Norman L. Pernick  
Sanjay Bhatnagar  
Cole Schotz Meisel Forman & Leonard  
500 Delaware Ave  
Ste 1410  
Wilmington, DE  19801  

Laura Davis Jones  
Timothy P. Cairns  
Pachulski Stang  
919 N. Market Street  
17th Floor  
Wilmington, DE  19801  

Kathleen M. Miller Esq  
Smith Katzenstein & Jenkins LLP  
800 Delaware Ave  
10th Floor  
Wilmington, DE  19801  

William P. Bowden Esq  
Ashby & Geddes P.A.  
500 Delaware Ave  
8th Floor  
Wilmington, DE  19801  

Ricardo Palacio Esq  
Ashby & Geddes P.A.  
500 Delaware Ave  
Wilmington, DE  19801  

Joanne P. Pinckney  
Pinckney Weidinger Urban & Joyce  
1220 N. Market Street  
Ste 950  
Wilmington, DE  19801

Nicholas  Skiles Esq
Swartz Campbell LLC
300 Delaware Ave
Ste 1410
Wilmington, DE  19801

Rachel B. Mersky Esq
Monzack Mersky McLaughlin Browder
1201 N Orange St
Ste 400
Wilmington, DE  19801

Jeffrey M. Schlerf
Fox Rothschild LLP
Citizens Bank Center
919 N. Market St. Ste. 300
Wilmington, DE  19801

Michael R. Lastowski
Duane Morris LLP
222 Delaware Ave
Ste 1600
Wilmington, DE  19801-1659

Charlene D. Davis Esq
Daniel A. O'Brien Esq
Justin R. Alberto
Bayard P.A.
222 Delaware Ave
Ste 900
Wilmington, DE  19801

Christopher P. Simon
Cross & Simon LLC
913 N. Market Street
11th Floor
Wilmington, DE  19801

Stuart M. Brown
Edwards Angell Palmer & Dodge
919 N. Market Street
Ste 1500
Wilmington, DE  19801

Kurt F. Gwynne Esq
J. Cory Falgowski Esq
Reed Smith LLP
1201 N Market Street
Ste 1500
Wilmington, DE  19801

**BY FIRST CLASS MAIL:**

Stephen Gale
Herbert Smith
Exchange House
Primrose Street
London, UK  EC2A 2HS
ENGLAND

Tony Reyes
Norton Rose
Royal Bank Plaza South Tower
200 Bay St. Ste. 3800
Toronto, Ontario  M5J 2Z4
CANADA

Michael J. Wunder
Ryan Jacobs
R. Snayne Kukulowicz
Cassels Brock & Blackwell LLP
40 King St West
Suite 2100 Scotia Plaza
Toronto, Ontario  M5H 3C2
CANADA

Jennifer Stam
Derrick Tay
Gowling Lafleur Henderson
1 First Canadian Place
100 King St. West_Ste. 1600
Toronto, Ontario  M5X 1G5
CANADA

Chris Armstrong
Goodmans LLP
Bay Adelaide Centre
333 Bay St. Ste 3400
Toronto, Ontario  M5H 2S7
CANADA

Bankruptcy Coordinator
IBM Corporation/IBM Credit LLC
275 Viger East 4th Floor
Montreal, QC  H3G 2W6
CANADA

Derek  Austin
Export Development Canada
151 O'Connor Street
Ottowa, Ontario  K1A 1K3
CANADA

Mark K. Ames
Tax Authority Consulting Services P.C.
P. O. Box 1270
Midlothian, VA  23113

Seth B. Shapiro Esq
U.S. Dept of Justice Civil Div
P.O. Box 875
Ben Franklin Station
Washington, DC  20044

Jan M. Geht Esq
U.S. Dept of Justice Tax Div
P.O. Box 227
Washington, DC  20044

Janet Fitzpatrick
Unisys Corporation
P.O. Box 500
M/S E8-108
Blue Bell, PA  19424

Sheryl L. Moreau Esq
Missouri Dept of Revenue
Bankruptcy Division
PO Box 475
Jefferson City, MO  65105-0475

Laura L. McCloud Esq
Assistant Attorney General
P.O. Box 20207
Nashville, TN  37202

Judy D. Thompson
JD Thompson Law
P.O. Box 33127
Charlotte, NC  28233

John P. Dillman Esq
Linebarger Goggan Blair & Sampson
P.O. Box 3064
Houston, TX  77253-3064

Centralized Insolvency Operation
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA  19101-7346

Amos U. Priester IV Esq
Anna B. Osterhout Esq
Smith Anderson Blount Dorsett
P.O. Box 2611
Raleigh, NC  27602-2611

L.A. County Treasurer & Tax Collector
P.O. Box 54110
Los Angeles, CA  90074-0110

Jerry Wadlow
P.O. Box 722
Stratford, OK  74872

Thelma Watson
P.O. Box 971
Bath, SC  29816

Vicente Matias Murrell Esq
Stephen D. Schreiber Esq
Pension Benefit Guaranty Corp
1200 K St NW
Washington, DC  20005-4026

Robert   Winter
Paul Hastings Janofsky & Walker LLP
875 15th St  N.W.
Washington, DC  20005

David Capozzi
Acting General Counsel
Universal Service Administrative Co
2000 L St NW
Ste 200
Washington, DC  20036

Joseph E. Shickich Jr. Esq
Riddell Williams P.S.
1001 4th Ave
Ste 4500
Seattle, WA  98154-1192

Robert J. Keach
Paul McDonald
Daniel J. Murphy
Bernstein Shur Sawyer & Nelson
100 Middle Street
Box 9729
Portland, ME  04104-5029

Ramona Neal Esq
HP  Company
11307 Chinden Blvd
MS 314
Boise, ID  83714

David G. Aelvoet Esq
Linebarger Goggan Blair & Sampson
Travis Bldg Ste 300
711 Navarro
San Antonio, TX  78205

Edward S. Weisfelner
Bennett S. Silverberg
Brown Rudnick LLP
Seven Times Square
New York, NY  10036

Javier Schiffrin
Kevin Malek
Malek Schiffrin LLP
340 Madison Ave
19th Floor
New York, NY  10173-1922

Brian Trust
Thomas M. Vitale
Amit K. Trehan
Mayer Brown LLP
1675 Broadway
New York, NY  10019

David A. Rosenzweig Esq
Fulbright & Jaworski LLP
666 5th Ave
New York, NY  10103-3198

Alistar Bambach
SEC NY Regional Office
Bankruptcy Division
3 World Financial Center
Ste 400
New York, NY  10281-1022

Daniel A. Lowenthal
Brian P. Guiney
Patterson Belknap Webb & Tyler
1133 Avenue of the Americas
New York, NY  10036-6710

Philip Mindlin
Douglas K. Mayer
Benjamin M. Roth
Gregory E. Pessin
Wachtell Lipton Rosen & Katz
51 West 52nd St
New York, NY  10019

Michael L. Schein Esq
Vedder Price P.C.
1633 Broadway
47th Floor
New York, NY  10019

Michael J. Riela
Vedder Price P.C.
1633 Broadway
47th Floor
New York, NY  10019

Michael Luskin
Derek J.T. Adler
Hughes Hubbard
One Battery Park Plaza
New York, NY  10004

Raniero  D'Aversa Jr. Esq
Laura D. Metzger Esq
Orrick Herrington & Sutcliffe LLP
51 West 52nd Street
New York, NY  10019-6142

Ronald S. Beacher Esq.
Pryor Cashman LLP
7 Times Square
New York, NY  10036

Michelle McMahon Esq
Bryan Cave LLP
1290 Ave of the Americas
New York, NY  10104

N. Thodore Zink Jr. Esq
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY  10112

Mark I. Bane
Anne H. Pak
Ropes & Gray LLP
1211 Ave of the Americas
New York, NY  10036-8704

Ken Coleman
Paul B. Keller
Daniel Guyder
Laura Hall
Allen & Overy LLP
1221 Ave of the Americas
20th Floor
New York, NY  10020

Carren B. Shulman Esq
Kimberly K. Smith Esq
Sheppard Mullin Richter & Hampton
30 Rockefeller Plaza
24th Floor
New York, NY  10112

Edmond P. O'Brien Esq
Stempel Bennett Claman & Hochberg
675 Third Ave
31st Floor
New York, NY  10017

Steven J. Reisman Esq
James V. Drew Esq
Curtis Mallet-Prevost Colt & Mosle
101 Park Ave
New York, NY  10178-0061

Ernest S. Wechsler  
Kramer Levin Naftalis Frankel LLP  
1177 Ave of the Americas  
New York, NY  10036  

Jeremy E. Crystal Esq  
Willkie Farr & Gallagher LLP  
787 7th Ave  
New York, NY  10019  

Marc Abrams  
Brian E. O'Connor  
Sameer Advani  
Willkie Farr & Gallagher LLP  
787 7th Ave  
New York, NY  10019-6099  

Susan P. Johnston Esq.  
Carter Ledyard & Milburn LLP  
2 Wall Street  
New York, NY  10005  

George A. Zimmerman  
Susan L. Saltzstein  
Skadden Arps Slate Meagher & Flom  
Four Times Square  
New York, NY  10036-6522  

Stephen J. Shimshak  
Marilyn Sobel  
Paul Weiss Rifkind Wharton & Garrison  
1285 Ave of the Americas  
New York, NY  10019-6064  

Kristin S. Elliott  
Kelley Drye & Warren LLP  
101 Park Ave  
New York, NY  10178  

Dennis F. Dunne Esq  
Thomas R. Kreller Esq  
Albert A. Pisa Esq  
Andrew M. Leblanc Esq  
Milbank Tweed Hadley & McCloy LLP  
28 Liberty Street  
New York, NY  10005  

Susheel Kirpalani  
James C. Tecce  
Daniel S. Holzman  
Quinn Emanuel Urquhart & Sullivan  
51 Madison Avenue  
22nd Floor  
New York, NY  10010  

Fred S. Hodara Esq  
Ryan C. Jacobs Esq  
David H. Botter Esq  
Akin Gump  
One Bryant Park  
New York, NY  10036  

Kenneth E. Noble Esq  
Katten Muchin Rosenman LLP  
575 Madison Ave  
New York, NY  10022-2585  

Jennifer Feldsher  
Bracewell & Guiliani LLP  
1251 Ave of the Americas  
New York, NY  10020  

Craig A. Barbarosh  
David A. Crichlow  
Karen B. Dine  
Kevin M. Baum  
Katten Muchin Rosenman LLP  
575 Madison Ave  
New York, NY  10022-2585  

Thomas R. Kreller  
Milbank Tweed Hadley & McCloy LLP  
601 South Figueroa St  
Ste 3000  
Los Angeles, CA  90017  

Judith W. Ross  
Baker Botts LLP  
2001 Ross Ave  
Dallas, TX  75201  

Stephen C. Stapleton  
Cowles & Thompson PC  
901 Main St. Ste. 3900  
Dallas, TX  75202  

Andrew M. Gould  
Wick Phillips Gould & Martin LLP  
3131 McKinney Avenue  
Suite 100  
Dallas, TX  75204-2430  

Lynnette R. Warman  
Hunton & Williams  
1445 Ross Ave  
Ste 3700  
Dallas, TX  75202-2799  

Carol E. Momjian Esq  
PA Senior Deputy Atty Gen  
21 S 12th Street  
3rd Floor  
Philadelphia, PA  19107-3603

Fred S. Kurtzman Esq
Klehr Harrison
1835 Market Street
Ste 1400
Philadelphia, PA   19103

David L. Pollack Esq
Jeffrey Meyers Esq
Ballard Spahr
51st Fl Mellon Bank Ctr
1735 Market St
Philadelphia, PA   19103

Dana S. Plon Esq
Sirlin Gallogly & Lesser
123 S. Broad Street
Ste 2100
Philadelphia, PA   19109

Alan S. Kopit Esq
Christopher W. Peer Esq
Hahn Loeser & Parks LLP
200 Public Square
Ste 2800
Cleveland, OH   44114

Susan R. Fuertes Esq
Aldine Independent School District
14910 Aldine-Westfield Road
Houston, TX   77032

Secretary of Treasury
John G. Townsend Bldg.
401 Federal St. Ste. 4
Dover, DE   19901

Secretary of State
Div of Corporations - Franchise Tax
John G. Townsend Bldg.
401 Federal St. Ste. 4
Dover, DE   19901

Linda Boyle
TW Telecom Inc.
10475 Park Meadows Dr
Ste 400
Littleton, CO   80124

Dustin P. Branch Esq
Katten Muchin Rosenman LLP
2029 Century Park East
Ste 2600
Los Angeles, CA   90067-3012

Christopher J. Horvay Esq
Gould & Ratner LLP
222 N Lasalle St
Ste 800
Chicago, IL   60601

Aaron L. Hammer Esq
Devon J. Eggert Esq
Freeborn & Peters LLP
311 South Wacker Dr
Ste 3000
Chicago, IL   60606

Mary E. Olson
Wildman Harrold Allen & Dixon LLP
225 West Wacker Drive
Ste 3000
Chicago, IL   60606

Eric S. Prezant Esq
Bryan Cave LLP
161 N Clark St
Ste 4300
Chicago, IL   60601

Douglas J. Lipke
Robert f. Simon
Vedder Price P.C.
222 North LaSalle St Ste 2600
Chicago, IL   60601

Craig Reimer
Mayer Brown LLP
71 S. Wacker Drive
Chicago, IL   60604-1404

Jeffrey B. Rose
Tishler & Walk Ltd.
200 S. Wacker Drive
Ste 3000
Chicago, IL   60606

Cullen K. Kuhn Esq
Bryan Cave LLP
211 N Broadway
Ste 3600
St. Louis, MO   63102

John J. Rossi
1568 Woodcrest Drive
Wooster, OH   44691

Darryl S. Laddin Esq
Frank N. White Esq
Arnall Golden Gregory LLP
171 17th St NW
Ste 2100
Atlanta, GA   30363-1031

Doug  Goin CFO
APC Workforce Solutions LLC
420 South Orange Ave
6th Floor
Orlando, FL  32801

Steve  Jackman Esq VP
Flextronics
847 Gibralter Drive
Milpitas, CA  95035

Joyce A. Kuhns
Saul Ewing LLP
500 E. Pratt Street
8th Floor
Baltimore, MD  21202

Richard M. Kremen Esq
Dale K. Cathell Esq
DLA Piper LLP (US)
6225 Smith Ave
Baltimore, MD  21209

James E. Van Horn
McGuireWoods LLP
7 Saint Paul Street
Ste 1000
Baltimore, MD  21202-1671

Randall D. Crocker Esq
VonBriesen & Roper S.C.
411 E Wisconsin Ave
Ste 700
Milwaukee, WI  53202

Russell S. Long
Davis & Kuelthau SC
111 E. Kilbourn Ave. Ste. 1400
Milwaukee, WI  53202-6613

Shawn M. Christianson Esq
Buchalter Nemer
55 Second Street
17th Floor
San Francisco, CA  94105-3493

Merle C. Meyers Esq
Michele Thompson Esq
Meyers Law Group P.C.
44 Montgomery Street
Ste 1010
San Francisco, CA  94104

Louis J. Cisz III
Nixon Peabody LLP
One Embarcadero Center
18th Floor
San Francisco, CA  94111-3600

Elizabeth Weller Esq
Linebarger Goggan Blair & Sampson
2777 N. Stemmons Freeway
Ste 1000
Dallas, TX  75207

James C. Waggoner Esq
Davis Wright Tremaine LLP
1300 SW 5th Ave
Ste 2300
Portland, OR  97201-5630

Kell C. Mercer
Afton Sands-Puryear
Brown McCarroll LLP
111 Congress Ave
Ste 1400
Austin, TX  78701

Cynthia Ann Schmidt
PO Box 119
Oregon House, CA  95962

Rachel S. Budke Esq
FPL Law Department
700 Universe Blvd
Juno Beach, FL  33408

Gussie Anderson
109 Gumpond Beall Rd
Lumberton, MS  39455

Devin Lawton Palmer
Boylan Brown
145 Culver Road
Rochester, NY  14620-1678

Scott K. Brown Esq
Lewis and Roca LLP
40 North Central Ave
Ste 1900
Phoenix, AZ  85004

Janette M. Head
16 Gleneagle Drive
Bedford, NH  03110

Denise A. Mertz
UC Tax Agent/Bankr Rep
PA Department of Labor & Industry
Reading Bankr & Complaince Unit
625 Cherry St Room 203
Reading, PA  19602-1184

Tiffany Strelow Cobb
Vorys Sater Seymour and Pease
55 East Gay St
Columbus, OH  43215

Jennifer V. Doran Esq  
Hinckley Allen & Snyder LLP  
28 State St  
Boston, MA  02109  

Frank F. McGinn Esq  
Bartlett Hackett Feinberg P.C.  
155 Federal Street  
9th Floor  
Boston, MA  02110  

Steven D. Pohl  
Brown Rudnick LLP  
One Financial Center  
Boston, MA  2111  

James M. Wilton  
Ropes & Gray LLP  
Prudential Tower  
800 Boylston St  
Boston, MA  02199-3600  

Samuel H. Rudman  
David A. Rosenfeld  
Robbins Geller Rudman & Dowd LLP  
58 S. Service Road  
Ste 200  
Melville, NY  11747  

Amish R. Doshi  
Magnozzi & Kye LLP  
23 Green Street  
Suite 302  
Huntington, NY  11743  

Lawrence M. Schwab Esq  
Thomas M. Gaa Esq  
Patrick M. Costello Esq  
Bialson Bergen & Schwab  
2600 El Camino Real  
Ste 300  
Palo Alto, CA  94306  

David I. Swan Esq  
Kenneth M. Misken Esq  
McGuireWoods LLP  
1750 Tysons Blvd  
Ste 1800  
McLean, VA  22102-4215  

Shannon E. Hoff  
Poyner Spruill LLP  
301 S. College Street  
Ste 2300  
Charlotte, NC  28202  

David M.  Schilli Esq  
Ty E. Shaffer Esq  
Robinson Bradshaw & Hinson P.A.  
101 North Tryon Street  
Ste 1900  
Charlotte, NC  28246  

J. Scott Douglass Esq  
1811 Bering Drive  
Suite 420  
Houston, TX  77057-3186  

Brian W. Bisignani Esq  
Post & Schell P.C.  
17 N 2nd Street  
12th Floor  
Harrisburg, PA  17101-1601  

Max Taylor Asst. City Atty.  
Municipal Operations  
201 W. Colfax Ave  
Dept. 1207  
Denver, CO  80202-5332  

Stephen K. Dexter Esq  
Lathrop & Gage LLP  
US Bank Tower Ste 2400  
950 Seventeenth St  
Denver, CO  80202  

Stephen C. Tingey Esq  
Ray Quinney & Nebeker P.C.  
36 South State Street  
Ste 1400  
Salt Lake City, UT  84145-0385  

Elizabeth  Banda Esq  
Perdue Brandon Fielder Collins & Mott  
500 E. Border St.  
Ste 640  
Arlington, TX  76010  

Donald K. Ludman Esq  
Brown & Connery LLP  
6 North Broad Street  
Ste 1000  
Woodbury, NJ  08096  

Andrew Herenstein  
Monarch Alternative Capital LP  
535 Madison Ave  
New York, NY  10022

Mark G. Ledwin Esq
Wilson Elser Moskowitz Edelman
   & Dicker
1133 Westchester Ave
Ste N 100
West Harrison, NY  10604

Robert S. McWhorter Esq
Nossaman LLP
621 Capitol Mall
25th Floor
Sacramento, CA  95814

Chris Finch Credit Manager
Sumitomo Electric
78 Alexander Drive
PO Box 13445
Triangle Park, NC  27709

Ann Groninger Esq
Patterson Harkavy
225 E. Worthington Ave
Ste 200
Charlotte, NC  28203

Robert E. Nies Esq
Wolff & Samson PC
The Offices at Crystal Lake
One Boland Drive
West Orange, NJ  07052

Vincent A. D'Agostino Esq
Lowenstein Sandler PC
65 Livingston Ave
Roseland, NJ  07068

Michael S. Etkin
Ira M. Levee
Lowenstein Sandler PC
65 Livingston Ave
Roseland, NJ  07068

David N. Crapo Esq
Gibbons P.C.
One Gateway Center
Newark, NJ  07102-5310

Ronald Rowland Esq
EMC Corporation
c/o Receivable Management Servs
307 International Circle Ste 270
Cockeysville, MD  21030

Off of Unemplmt Ins Contrib  Div.
MD Department of Labor Licensing & Reg.
Litigation Prosecution Unit
1100 N. Eutaw St Room 401
Baltimore, MD  21201

Attn:  Nathan Fuchs
SEC NY Regional Office
233 Broadway
New York, NY  10279

Securities & Exchange Commission
100 F St NE
Washington, DC  20549

Ernie Holling President
The InTech Group Inc.
305 Exton Commons
Exton, PA  19341

Managing Director/Legal Services
U.S. Department of Labor
200 Constitution Ave NW
Frances Perkins Building
Suite S-1524
Washington, DC  20210

Michael R. Thompson
564 Old Candia Road
Candia, NH  03034

Lois Diane Uphold
201 Camden Park Drive
Goldsboro, NC  27530

Debra L. Vega
818 Glenco Road
Durham, NC  27703

Wendy Boswell Mann
4913 Summit Place Dr. NW
Apt. 404
Wilson, NC  27896

Brad Lee Henry
11596 W. Sierra Dawn Boulevard
Lot 386
Surprise, AZ  85378

Najam ud Dean
6 Augusta Drive
Milbury, MA  01527

Mark A. Phillips
6117 Trevor Simpson Drive
Lake Park, NC  28079

Gerald R. Utpadel
4627 Greenmeadows Avenue
Torrance, CA  90505

Michael P. Alms
4944 Elm Island Circle
Waterford, WI  53185

Bertram Frederick Thomas Fletcher
35 Broomhill Court
Clayton, NC  27527

Carol F. Raymond
7962 S.W. 185 Street
Miami, FL  33157-7487

Richard Lynn Engleman
1505 Nevada Drive
Plano, TX  75093

Mark R. Janis
193 Via Soderini
Aptos, CA  95003

Brenda L. Rohrbaugh
2493 Alston Drive
Marietta, GA  30062

Ronald J. Rose Jr.
26 Pheasant Run
Ballston Spa, NY  12020

James Hunt
8903 Handel Loop
Land O Lakes, FL  34637

David Litz
316 N. Manus Drive
Dallas, TX  75224

Robert Dale Dover
2509 Quail Ridge Road
Melissa, TX  75454

Chad Soraino
8974 Hickory Ave.
Hesperia, CA  92345

Bruce Francis
5506 Lake Elton Road
Durham, NC  27713

Caroline Underwood
2101 Emerson Cook Road
Pittsboro, NC  27312

Robert Joseph Martel
200 Lighthouse Lane
Apartment B3
Cedar Point, NC  28584

Marilyn Green
1106 Boston Hollow Road
Ashland City, TN  37015

Marilyn Day
2020 Fox Glen Drive
Allen, TX  75013

James Lee
1310 Richmond Street
El Cerrito, CA  94530

Freddie Wormsbaker
327 Locust Street
Twin Falls, ID  83301

Scott Gennett
16 Wildwood Street
Lake Grove, NY  11755

Claudia Vidmer
213 Orchard Lane
Glen Ellyn, IL  60137

Kim M. Yates
207 Tomato Hill Road
Leesburg, FL  34748

Remajos Brown
2353 Sword Drive
Garland, TX  75044-6036

Lottie Edith Chambers
2716 Dalford Ct.
Raleigh, NC  27604

Jane Neumann
11730 Co Road 24
Watertown, MN  55388

Charles Sandner
1970 N. Leslie #3779
Pahrump, NV  89060

Steven E. Bennett
37052 Chestnut Street
Newark, CA  94560

Alan Heinbaugh
19816 Colby Court
Saratoga, CA  95070

George I. Hovater Jr.
9009 Casals Street
Unit 1
Sacramento, CA  95826

Daniel D. David
2105 Possum Trot Road
Wake Forest, NC  27587

Miriam L. Stewart  
2615 Bailey's Crossroads Rd.  
Benson, NC  27504

Terry D. Massengill  
126 Keri Drive  
Garner, NC  27529

Laurie Adams  
217 Ridge Creek Drive  
Morrisville, NC  27560

Edward G. Guevarra Jr.  
11007 Scripps Ranch Blvd  
San Diego, CA  92131

Chae S. Roob  
8584 Chanhassen Hills Dr. South  
Chanhassen, MN  55317

Paul Douglas Wolfe  
113 Red Drum Lane  
Gloucester, NC  28528

Victoria Anstead  
3894 Ridge Lea Road #A  
Amherst, NY  14228

Sandra Aiken  
3166 Tump Wilkins Road  
Stern, NC  27581

Brenda L. Wread  
3408A Water Vista Parkway  
Lawrenceville, GA  30044

Barbara Carr  
145 Grecian Parkway  
Rochester, NY  14626

Herbert Preston Stansbury  
3193 US Highway 15  
Stern, NC  27581

Crickett Grissom  
2580 W. Porter Creek Avenue  
Porterville, CA  93257

Vernon M. Long  
4929 Kelso Lane  
Garland, TX  75043

Shirley Maddry  
187 Bear Branch Road  
Rockingham, NC  28379-7943

Michael Stutts  
1616 Hastings Bluff  
McKinney, TX  75070

Kathleen A. Reese  
200 Carnegie Drive  
Milpitas, CA  95035

Emily D. Cullen  
100 Telmew Court  
Cary, NC  27518

Reid T. Mullett  
4224 Thamesgate Close  
Norcross, GA  30092

Danny Owenby  
2136 Sapelo Court  
Fernandina, FL  32034

Susan Ann Heisler  
133 Anna Road Box 194  
Blakelee, PA  18610

Richard Hodges  
12804 Pamplona Dr  
Wake Forest, NC  27587

Wanda Jacobs  
801 Dupree Street  
Durham, NC  27701

Paul Edward Morrison  
2241 College Avenue  
Quincy, IL  62301

John Mercer  
2123 14th Street  
Moline, IL  61265