# EXHIBIT A

## NORTEL NETWORKS INC., *et al*.
## CASE NO. 09-10138 (KG)

Professional Fees and Expenses
Monthly Fee Application

| Applicant & Docket No. | Time Period Covered | Fees & Expenses Requested in Application | Fees & Expenses Allowed/Awarded | Date Application Filed | Objection Deadline |
|---|---|---|---|---|---|
| Cassels Brock & Blackwell LLP  [Docket No. 16320] | 8/1/15 - 8/31/15 | CDN$296,415.50 (Fees)  CDN$843.49 (Expenses) | CDN$237,132.40 (Fees @ 80%)  CDN$843.49 (Expenses @ 100%) | 11/23/15 | 12/14/15 |