# EXHIBIT A

## NORTEL NETWORKS INC., *et al*.
### CASE NO. 09-10138 (KG)

Professional Fees and Expenses
Monthly Fee Application

| Applicant & Docket No. | Time Period Covered | Fees & Expenses Requested in Application | Fees & Expenses Allowed/Awarded | Date Application Filed | Objection Deadline |
|---|---|---|---|---|---|
| Cassels Brock & Blackwell LLP  [Docket No. 16334] | 9/1/15 - 9/30/15 | CDN$210,053.50 (Fees)  CDN$810.23 (Expenses) | CDN$168,042.80 (Fees @ 80%)  CDN$810.23 (Expenses @ 100%) | 11/27/15 | 12/18/15 |