# EXHIBIT A

## NORTEL NETWORKS INC., *et al*.
### CASE NO. 09-10138 (KG)

Professional Fees and Expenses
Monthly Fee Application

| Applicant & Docket No. | Time Period Covered | Fees & Expenses Requested in Application | Fees & Expenses Allowed/Awarded | Date Application Filed | Objection Deadline |
|---|---|---|---|---|---|
| Cassels Brock & Blackwell LLP  [Docket No. 16345] | 10/1/15 - 10/31/15 | CDN$182,347.75 (Fees)  CDN$345.51 (Expenses) | CDN$145,878.20 (Fees @ 80%)  CDN$345.51 (Expenses @ 100%) | 11/30/15 | 12/21/15 |