**Exhibit 1**

Kenneth Grelck Claim 2659

$ 431,067.48  Allowed Unsecured Claim
$   5,213.38  Allowed Priority Claim

| | | Correct Claim Amounts | | | Correct Allocation | | | Incorrect Claim Amounts Used for 38th OO | | | Incorrect Allocation Used for 38th OO | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Unsecured Claim | Priority Claim | Total Claim | Unsecured Claim | Priority Claim | Total Claim | Unsecured Claim | Priority Claim | Total Claim | Unsecured Claim | Priority Claim | Total Claim |
| 2659 | HAIN CAPITAL HOLDINGS, LLC | 126,209.62 | | 126,209.62 | 117,304.34 | | 117,304.34 | 126,209.62 | | 126,209.62 | 121,318.81 | | 121,318.81 |
| 2659-01 | FARALLON CAPITAL PARTNERS, L.P. | 61,703.00 | 10,950.00 | 72,653.00 | 57,349.27 | 5,213.38 | 62,562.65 | 61,703.00 | 10,950.00 | 72,653.00 | 59,311.92 | 5,213.38 | 64,525.30 |
| 2659-02 | FARALLON CAPITAL INSTITUTION PART., L.P. | 101,000.00 | | 101,000.00 | 93,873.50 | | 93,873.50 | 101,000.00 | | 101,000.00 | 97,086.10 | | 97,086.10 |
| 2659-03 | FARALLON CAPITAL INSTIT. PART. II, L.P. | 6,000.00 | | 6,000.00 | 5,576.64 | | 5,576.64 | 6,000.00 | | 6,000.00 | 5,767.49 | | 5,767.49 |
| 2659-04 | FARALLON CAPITAL OFFSHORE INVEST II, L.P | 136,532.78 | | 136,532.78 | 126,899.11 | | 126,899.11 | 136,532.78 | | 136,532.78 | 131,241.93 | | 131,241.93 |
| 2659-05 | FARALLON CAPITAL (AM) INVESTORS, LP | 4,000.00 | | 4,000.00 | 3,717.76 | | 3,717.76 | 4,000.00 | | 4,000.00 | 3,844.99 | | 3,844.99 |
| 2659-06 | FARALLON CAPITAL INSTITUT PARTN III, L.P | 9,000.00 | | 9,000.00 | 8,364.97 | | 8,364.97 | 9,000.00 | | 9,000.00 | 8,651.24 | | 8,651.24 |
| 2659-07 | NOONDAY OFFSHORE, INC. | 4,000.00 | | 4,000.00 | 3,717.76 | | 3,717.76 | 4,000.00 | | 4,000.00 | 3,844.99 | | 3,844.99 |
| 2659-08 | FARALLON CAPITAL AA INVESTORS L.P. | 15,347.00 | | 15,347.00 | 14,264.12 | | 14,264.12 | | | | | | |
| | Total | 463,792.40 | 10,950.00 | 474,742.40 | 431,067.48 | 5,213.38 | 436,280.86 | 448,445.40 | 10,950.00 | 459,395.40 | 431,067.48 | 5,213.38 | 436,280.86 |

NOTE: Claims trader only purchased severance. Remaining allowable benefits of fringe, vacation and LTIPR were allowed under claim 2663 to Kenneth Grelck