# EXHIBIT A

# HOURS/BILLABLE AMOUNTS BY PROJECT
# NORTEL NETWORKS, INC.

**Name:** RLKS Executive Solutions LLC

|  | Start Date | End Date |
|---|---|---|
| **Working Dates:** | 12/1/2015 | 12/31/2015 |
| **Enter Billing Rate/Hr:** | 590.00 | |

| Project No. | Project Name | Hours/Minutes Worked | Billing Rate | Billing Amount |
|---|---|---|---|---|
| 1 | NNI Document and eData Preservation Projects | 88.70 | $590.00 | $52,333.00 |
| 2 | Facility Document Inventory & Evacuation Review | 341.70 | $590.00 | $201,603.00 |
| 3 | Human Resources - Employee Related Projects | 5.60 | $590.00 | $3,304.00 |
| 4 | Fee Apps | 41.00 | $590.00 | $24,190.00 |
| 5 | Non-working travel | 87.00 | $295.00 | $25,665.00 |
| 6 | Claims Administration, Reconciliation & Resolution | 496.80 | $590.00 | $293,112.00 |
| 7 | Tax/Finance Matters and Budget Projects | 12.00 | $590.00 | $7,080.00 |
| 8 | Misc Debtor Issues and Communications | 1.50 | $590.00 | $885.00 |
| 9 | Analyst Support and Case Modeling | 183.00 | $590.00 | $107,970.00 |
| | **Hours/Billing Amount for Period:** | **1,257.30** | | **$716,142.00** |

**NORTEL TIME SHEET**

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 12/1/2015 | Offsite NAS backups / reconfiguration of NetBackup policies / testing of jobs | Brandon Bangerter | 1 | 3.8 |
| 12/1/2015 | IT Infrastructure support | Raj Perubhatla | 1 | 4.7 |
| 12/1/2015 | Support for NNI Electronic media/server destruction motion | Raj Perubhatla | 1 | 1.7 |
| 12/1/2015 | ClearCase server support | Raj Perubhatla | 1 | 1.6 |
| 12/2/2015 | Livelink servers testing and cleanup / Livelink instance searches / Offsite NAS finalization of files | Brandon Bangerter | 1 | 7.6 |
| 12/2/2015 | Onsite IT support | Raj Perubhatla | 1 | 2.7 |
| 12/3/2015 | Offsite NAS backups / reconfiguration of NetBackup policies / monitoring of NAS space and catalog copy | Brandon Bangerter | 1 | 3.2 |
| 12/3/2015 | Iron Mountain conference call to discuss moving offsite tapes and billing collection issue | Raj Perubhatla | 1 | 0.2 |
| 12/4/2015 | NetBackup monitoring, job reconfiguration and restarts | Brandon Bangerter | 1 | 1.7 |
| 12/7/2015 | NetBackup policy updates, reconfiguration of NAS devices; job restarts; server security updates | Brandon Bangerter | 1 | 3.6 |
| 12/7/2015 | IT Infrastructure monitoring | Raj Perubhatla | 1 | 5.2 |
| 12/10/2015 | Security updates and server maintenance / NetBackup monitoring and policy configuration changes | Brandon Bangerter | 1 | 2.8 |
| 12/11/2015 | NetBackup policy updates, reconfiguration of NAS devices; job restarts; server security updates | Brandon Bangerter | 1 | 4.4 |
| 12/11/2015 | IT Infrastructure monitoring | Raj Perubhatla | 1 | 4.7 |
| 12/14/2015 | Finalization of backups and offsite storage of critical files prior to power down / server maintenance | Brandon Bangerter | 1 | 4.8 |
| 12/14/2015 | IT Infrastructure monitoring | Raj Perubhatla | 1 | 4.8 |
| 12/15/2015 | Server patch updates / resolving space issues / NetBackup monitoring and restarts | Brandon Bangerter | 1 | 3.4 |
| 12/16/2015 | Desktop / laptop maintenance for access to NNI server / shares, server maintenance and testing / restarts | Brandon Bangerter | 1 | 3.2 |
| 12/17/2015 | Onsite IT support | Raj Perubhatla | 1 | 1.7 |
| 12/21/2015 | Security updates and server maintenance / password changes / Hardware support and space issues | Brandon Bangerter | 1 | 4.3 |
| 12/22/2015 | ESX cluster and virtual machine troubleshooting live transfers / NetBackup monitoring, restarts and changes | Brandon Bangerter | 1 | 3.8 |
| 12/22/2015 | IT Infrastructure monitoring | Raj Perubhatla | 1 | 2.2 |
| 12/23/2015 | Server maintenance; patch security updates; NetBackup monitoring offsite jobs and restarts | Brandon Bangerter | 1 | 2.6 |
| 12/24/2015 | NetBackup monitoring and policy changes, tape preparations, and restarts and storage reclamation | Brandon Bangerter | 1 | 3.1 |
| 12/24/2015 | IT Infrastructure monitoring | Raj Perubhatla | 1 | 3.3 |
| 12/29/2015 | Server maintenance and updates; NetBackup space issues and modification of policies | Brandon Bangerter | 1 | 2.3 |
| 12/31/2015 | NetBackup monitoring, job reconfiguration and restarts | Brandon Bangerter | 1 | 1.3 |
| 12/1/2015 | Server configuration and cleanup in new racks, router / switch racking and powering up | Brandon Bangerter | 2 | 4.3 |
| 12/1/2015 | Provided and Reviewed data analysis for document retention | Felicia Buenrostro | 2 | 8.0 |
| 12/1/2015 | Correspondence on lease assignment and follow-up | Kathryn Schultea | 2 | 0.4 |
| 12/1/2015 | Follow up calls to EE regarding disposal motion | Kathryn Schultea | 2 | 1.0 |
| 12/1/2015 | Correspondence Nortel data retention discussion and research from inquiries on motion | Kathryn Schultea | 2 | 3.2 |
| 12/2/2015 | Follow up calls to EE regarding disposal motion | Kathryn Schultea | 2 | 1.0 |
| 12/2/2015 | Correspondence Nortel data retention discussion and research from inquiries on motion | Kathryn Schultea | 2 | 3.0 |
| 12/3/2015 | Correspondence - IT move discussion and related follow-up | Kathryn Schultea | 2 | 1.3 |
| 12/3/2015 | Detailed review of IM inventory, retrieval and historical timing | Kathryn Schultea | 2 | 4.0 |
| 12/3/2015 | GWRTP DC Move: EMC Storage project status call prep and call | Raj Perubhatla | 2 | 0.8 |
| 12/5/2015 | GWRTP DC Move: status reports | Raj Perubhatla | 2 | 2.2 |
| 12/7/2015 | Correspondence - update on subtenant status for evacuation | Kathryn Schultea | 2 | 0.8 |
| 12/7/2015 | Follow up calls to EE regarding disposal motion | Kathryn Schultea | 2 | 1.5 |
| 12/7/2015 | Received and reviewed release and assignment agreements for mtg | Kathryn Schultea | 2 | 1.3 |
| 12/8/2015 | Testing configurations and server status restarts / troubleshooting ESX cluster server errors | Brandon Bangerter | 2 | 3.3 |
| 12/8/2015 | Update and rebuild computers for accessibility / SAN meeting on issues with shutdown and network | Brandon Bangerter | 2 | 5.8 |
| 12/8/2015 | Correspondence - NNI Matters on lease and subtenants | Kathryn Schultea | 2 | 0.7 |
| 12/8/2015 | Conf. Call - Release and Assignment Agreements | Kathryn Schultea | 2 | 1.0 |
| 12/8/2015 | Follow up calls to EE regarding disposal motion | Kathryn Schultea | 2 | 0.8 |
| 12/8/2015 | GWRTP DC Move: RF Power Cycle project preparation of Servers and Storage | Raj Perubhatla | 2 | 7.7 |
| 12/9/2015 | Switch port configuration / server updates, cleanup and preparation for shutdown exercise | Brandon Bangerter | 2 | 6.8 |
| 12/9/2015 | Correspondence and work related to - Prep for Document destruction motion and exhibits | Kathryn Schultea | 2 | 4.0 |
| 12/9/2015 | Correspondence - subtenant estoppel drafts and follow-up | Kathryn Schultea | 2 | 0.5 |
| 12/9/2015 | Correspondence - Retain-Disposal detail summary | Kathryn Schultea | 2 | 0.8 |

**NORTEL TIME SHEET**

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 12/9/2015 | Follow up calls to EE regarding disposal motion | Kathryn Schultea | 2 | 1.2 |
| 12/9/2015 | GWRTP DC Move: RF Power Cycle prep for call with UKA and the call with UKA | Raj Perubhatla | 2 | 1.0 |
| 12/9/2015 | GWRTP DC Move: RF Power Cycle due diligence | Raj Perubhatla | 2 | 5.3 |
| 12/10/2015 | Shutdown / restart tests for Livelink, SAP BW and various servers / ESX server troubleshooting | Brandon Bangerter | 2 | 3.3 |
| 12/10/2015 | Conf call, review of related documents, and further follow-up with client and JR on release and assignment of lease | Kathryn Schultea | 2 | 2.0 |
| 12/10/2015 | Follow-up review certain items in IM inventory, retrieval and historical timing | Kathryn Schultea | 2 | 2.8 |
| 12/10/2015 | Correspondence - Update on NNI tape media decommissioning and destruction | Kathryn Schultea | 2 | 0.8 |
| 12/10/2015 | GWRTP DC Move: VMWare ESXi cluster vMotion troubleshooting | Raj Perubhatla | 2 | 5.8 |
| 12/10/2015 | GWRTP DC Move: Document server config for RF Power Cycle | Raj Perubhatla | 2 | 2.3 |
| 12/11/2015 | Correspondence - Follow-up on transition and site wind down matters | Kathryn Schultea | 2 | 1.5 |
| 12/11/2015 | Review of sub-tenant report | Kathryn Schultea | 2 | 0.8 |
| 12/11/2015 | Follow up calls to EE regarding disposal motion | Kathryn Schultea | 2 | 0.5 |
| 12/11/2015 | GWRTP DC Move: Document server config for RF Power Cycle | Raj Perubhatla | 2 | 2.5 |
| 12/12/2015 | GWRTP DC Move: Document server config for RF Power Cycle | Raj Perubhatla | 2 | 8.2 |
| 12/13/2015 | GWRTP DC Move: Document server config for RF Power Cycle and configure the alternate environment for just in case recovery | Raj Perubhatla | 2 | 8.3 |
| 12/14/2015 | Correspondence NNI Matters on work order agreements | Kathryn Schultea | 2 | 0.7 |
| 12/14/2015 | GWRTP DC Move: VMWare ESXi cluster vMotion troubleshooting | Raj Perubhatla | 2 | 3.2 |
| 12/15/2015 | Document review for retention/destruction | Daniel Tollefsen | 2 | 8.3 |
| 12/15/2015 | Hearing attendance on disposal motion and related case matter follow-up | Kathryn Schultea | 2 | 3.0 |
| 12/15/2015 | GWRTP DC Move: Document server config for RF Power Cycle and configure the alternate environment for just in case recovery | Raj Perubhatla | 2 | 8.3 |
| 12/16/2015 | Cleaning, organizing data room / racking and configuring servers / preparation for power down | Brandon Bangerter | 2 | 4.8 |
| 12/16/2015 | Document review for retention/destruction | Daniel Tollefsen | 2 | 8.8 |
| 12/16/2015 | Onsite at NNI - Worked on NNI boxes that need to be sent to Iron Mountain | Felicia Buenrostro | 2 | 9.5 |
| 12/16/2015 | Onsite at NNI - Boxes prepped and sent to IM | Kathryn Schultea | 2 | 6.7 |
| 12/16/2015 | Boxed up and labeled HR and Benefit documents into Iron Mountain boxes.  Worked with Iron Mountain to have boxes removed and stored appropriately. | Leticia Barrios | 2 | 6.7 |
| 12/16/2015 | GWRTP DC Move: Document server config for RF Power Cycle and configure the alternate environment for just in case recovery | Raj Perubhatla | 2 | 6.5 |
| 12/17/2015 | Document retention and review prior to shipping boxes / Rack, switch, and server power preparation | Brandon Bangerter | 2 | 8.4 |
| 12/17/2015 | Document review for retention/destruction | Daniel Tollefsen | 2 | 8.7 |
| 12/17/2015 | Onsite at NNI - Worked on NNI boxes that need to be sent to Iron Mountain | Felicia Buenrostro | 2 | 8.8 |
| 12/17/2015 | Follow up calls to EE regarding disposal motion | Kathryn Schultea | 2 | 1.0 |
| 12/17/2015 | Onsite at NNI - Boxes prepped and sent to IM | Kathryn Schultea | 2 | 5.0 |
| 12/17/2015 | Boxed up and labeled HR and Benefit documents into Iron Mountain boxes.  Worked with Iron Mountain to have boxes removed and stored appropriately. | Leticia Barrios | 2 | 8.5 |
| 12/17/2015 | GWRTP DC Move: Document server config for RF Power Cycle and configure the alternate environment for just in case recovery | Raj Perubhatla | 2 | 8.5 |
| 12/18/2015 | Finalization of server, SAN, and network preparation for power down / procedure review / testing | Brandon Bangerter | 2 | 4.7 |
| 12/18/2015 | Power down of all servers, SAN storage, and network switches / routers, power on and troubleshooting | Brandon Bangerter | 2 | 9.3 |
| 12/18/2015 | Document review for retention/destruction | Daniel Tollefsen | 2 | 5.3 |
| 12/18/2015 | Onsite at NNI - Worked on NNI boxes that need to be sent to Iron Mountain | Felicia Buenrostro | 2 | 9.5 |
| 12/18/2015 | Correspondence - Update on Facility Walk/thru Lease matters | Kathryn Schultea | 2 | 0.6 |
| 12/18/2015 | Correspondence - document disposal update | Kathryn Schultea | 2 | 0.5 |
| 12/18/2015 | Correspondence - database and servers discussion | Kathryn Schultea | 2 | 2.0 |
| 12/18/2015 | Correspondence/Onsite review - IT move discussion and related follow-up; IT shut down testing prep | Kathryn Schultea | 2 | 4.8 |
| 12/18/2015 | Boxed up and labeled HR and Benefit documents into Iron Mountain boxes.  Worked with Iron Mountain to have boxes removed and stored appropriately. | Leticia Barrios | 2 | 6.5 |
| 12/18/2015 | GWRTP DC Move: Ring Fence Power Cycle | Raj Perubhatla | 2 | 13.3 |
| 12/19/2015 | Troubleshooting server issues after power up / testing connectivity to switches and SAN storage | Brandon Bangerter | 2 | 6.4 |
| 12/19/2015 | Onsite at NNI - Follow-up on IT shut down testing | Kathryn Schultea | 2 | 2.0 |
| 12/19/2015 | GWRTP DC Move: Ring Fence Power Cycle | Raj Perubhatla | 2 | 8.0 |
| 12/20/2015 | GWRTP DC Move: status reports and project planning | Raj Perubhatla | 2 | 1.5 |
| 12/21/2015 | Worked with IM database on upload of all NNI boxes into their database | Felicia Buenrostro | 2 | 8.5 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 12/21/2015 | Received, reviewed, responded re data center clean-up/clear-out | Kathryn Schultea | 2 | 1.7 |
| 12/21/2015 | Correspondence - move out related items | Kathryn Schultea | 2 | 0.6 |
| 12/21/2015 | GWRTP DC Move: Planning 2016 Roadmap and coordination | Raj Perubhatla | 2 | 3.2 |
| 12/22/2015 | Worked with IM database on upload of all NNI boxes into their database | Felicia Buenrostro | 2 | 8.0 |
| 12/22/2015 | Correspondence re Data Center Networking Project | Kathryn Schultea | 2 | 0.5 |
| 12/22/2015 | Correspondence - release and lease assignment follow-up | Kathryn Schultea | 2 | 0.8 |
| 12/22/2015 | GWRTP DC Move: Planning 2016 Roadmap and coordination | Raj Perubhatla | 2 | 4.2 |
| 12/22/2015 | GWRTP DC Move: TW Telecom/Level3 circuit ordering and coordination | Raj Perubhatla | 2 | 1.8 |
| 12/23/2015 | Correspondence - application transfer and agreements | Kathryn Schultea | 2 | 2.5 |
| 12/23/2015 | Correspondence and follow up re IT facility | Kathryn Schultea | 2 | 0.7 |
| 12/24/2015 | GWRTP DC Move: TW Telecom/Level3 circuit ordering and coordination | Raj Perubhatla | 2 | 2.2 |
| 12/24/2015 | GWRTP DC Move: 2nd Circuit Fibre cable pull coordination | Raj Perubhatla | 2 | 0.7 |
| 12/28/2015 | EMC status call and planning for secondary shutdown prior to move | Brandon Bangerter | 2 | 0.8 |
| 12/28/2015 | GWRTP DC Move: Call prep and call to coordinate the Storage & Networking consultants for January 2016 projects | Raj Perubhatla | 2 | 1.2 |
| 12/29/2015 | Correspondence - Review and feedback on IT move needs and agreements | Kathryn Schultea | 2 | 0.8 |
| 12/29/2015 | Follow up calls to EE regarding disposal motion | Kathryn Schultea | 2 | 0.7 |
| 12/29/2015 | GWRTP DC Move: TW Telecom/Level3 circuit ordering and coordination | Raj Perubhatla | 2 | 1.2 |
| 12/30/2015 | GWRTP DC Move: TW Telecom/Level3 circuit ordering and coordination | Raj Perubhatla | 2 | 1.3 |
| 12/9/2015 | Amendment and discussion follow-up | Kathryn Schultea | 3 | 0.5 |
| 12/10/2015 | Research for subpoena on former EE records | Kathryn Schultea | 3 | 1.0 |
| 12/11/2015 | Correspondence - former EE questions | Kathryn Schultea | 3 | 0.7 |
| 12/14/2015 | Correspondence - agreement extension | Kathryn Schultea | 3 | 0.3 |
| 12/16/2015 | Conf. Call - Former EE related issue | Kathryn Schultea | 3 | 0.6 |
| 12/22/2015 | Return calls to various former ee requests and follow-up | Kathryn Schultea | 3 | 1.5 |
| 12/24/2015 | Return calls to various former ee requests and follow-up | Kathryn Schultea | 3 | 0.5 |
| 12/29/2015 | Correspondence - Review of Former EE Pension Questions | Kathryn Schultea | 3 | 0.5 |
| 12/2/2015 | Fee application work and consolidation | Kathryn Schultea | 4 | 5.0 |
| 12/4/2015 | Fee app tracking | Brandon Bangerter | 4 | 1.0 |
| 12/4/2015 | Fee App | Daniel Tollefsen | 4 | 1.0 |
| 12/4/2015 | Weekly Fee Application Work | Felicia Buenrostro | 4 | 1.5 |
| 12/4/2015 | Fee Apps | Raj Perubhatla | 4 | 1.0 |
| 12/5/2015 | Weekly Fee Application Work | Leticia Barrios | 4 | 1.0 |
| 12/5/2015 | Fee Application Tracking | Mary Cilia | 4 | 1.0 |
| 12/11/2015 | Fee app tracking | Brandon Bangerter | 4 | 1.0 |
| 12/11/2015 | Fee App | Daniel Tollefsen | 4 | 1.0 |
| 12/11/2015 | Weekly Fee Application Work and consolidation | Felicia Buenrostro | 4 | 1.5 |
| 12/11/2015 | Fee Apps | Raj Perubhatla | 4 | 1.0 |
| 12/12/2015 | Weekly Fee Application Work | Leticia Barrios | 4 | 1.0 |
| 12/12/2015 | Fee Application Tracking | Mary Cilia | 4 | 1.0 |
| 12/16/2015 | Fee Application | David Kantorczyk | 4 | 1.0 |
| 12/17/2015 | Fee application work and consolidation | Kathryn Schultea | 4 | 2.0 |
| 12/18/2015 | Fee app tracking | Brandon Bangerter | 4 | 1.0 |
| 12/18/2015 | Fee App | Daniel Tollefsen | 4 | 1.0 |
| 12/18/2015 | Weekly Fee Application Work | Felicia Buenrostro | 4 | 1.0 |
| 12/19/2015 | Weekly Fee Application Work | Leticia Barrios | 4 | 1.0 |
| 12/19/2015 | Fee Application Tracking | Mary Cilia | 4 | 1.0 |
| 12/20/2015 | Fee Apps | Raj Perubhatla | 4 | 1.0 |
| 12/23/2015 | Fee App | Daniel Tollefsen | 4 | 1.0 |
| 12/24/2015 | Weekly Fee Application Work | Felicia Buenrostro | 4 | 1.0 |
| 12/24/2015 | Fee Apps | Raj Perubhatla | 4 | 1.0 |
| 12/26/2015 | Fee app tracking | Brandon Bangerter | 4 | 1.0 |

**NORTEL TIME SHEET**

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 12/26/2015 | Fee Application Tracking | Mary Cilia | 4 | 1.0 |
| 12/29/2015 | Fee application work and consolidation | Kathryn Schultea | 4 | 3.0 |
| 12/30/2015 | Fee App | Daniel Tollefsen | 4 | 1.0 |
| 12/31/2015 | Weekly Fee Application Work and consolidation | Felicia Buenrostro | 4 | 3.0 |
| 12/31/2015 | Weekly Fee Application Work | Leticia Barrios | 4 | 1.0 |
| 12/31/2015 | Fee Apps | Raj Perubhatla | 4 | 1.0 |
| 12/2/2015 | Non-working travel: RDU-IAH | Brandon Bangerter | 5 | 5.0 |
| 12/2/2015 | Non Working Travel from Client site | Raj Perubhatla | 5 | 5.0 |
| 12/7/2015 | Non-working travel: IAH-RDU | Brandon Bangerter | 5 | 5.0 |
| 12/7/2015 | Non Working travel to Client site | Raj Perubhatla | 5 | 5.0 |
| 12/9/2015 | Non-working travel: RDU-IAH | Brandon Bangerter | 5 | 5.0 |
| 12/9/2015 | Non Working Travel from Client site | Raj Perubhatla | 5 | 5.0 |
| 12/14/2015 | Non-Working travel Houston to Philadelphia | Kathryn Schultea | 5 | 5.0 |
| 12/15/2015 | Non-working travel: IAH-RDU | Brandon Bangerter | 5 | 5.0 |
| 12/15/2015 | Non-Working Travel to Client site - Raleigh | Daniel Tollefsen | 5 | 5.0 |
| 12/15/2015 | Non-Working travel Houston to Raleigh | Felicia Buenrostro | 5 | 5.0 |
| 12/15/2015 | Non-Working travel Philadelphia to Raleigh | Kathryn Schultea | 5 | 3.0 |
| 12/15/2015 | Non-Working travel (Houston to Raleigh) | Leticia Barrios | 5 | 2.0 |
| 12/15/2015 | Non Working travel to Client site | Raj Perubhatla | 5 | 5.0 |
| 12/18/2015 | Non-Working travel (Raleigh to Houston) | Leticia Barrios | 5 | 2.0 |
| 12/19/2015 | Non-working travel: RDU-IAH | Brandon Bangerter | 5 | 5.0 |
| 12/19/2015 | Non-Working Travel from Client site - Raleigh | Daniel Tollefsen | 5 | 5.0 |
| 12/19/2015 | Non-Working travel Raleigh to Houston | Felicia Buenrostro | 5 | 5.0 |
| 12/19/2015 | Non-Working travel Raleigh to Houston | Kathryn Schultea | 5 | 5.0 |
| 12/19/2015 | Non Working Travel from Client site | Raj Perubhatla | 5 | 5.0 |
| 12/1/2015 | Review of allowed claims and review of supporting documents | Daniel Tollefsen | 6 | 6.3 |
| 12/1/2015 | Prepare analysis of book balances as compared claim amounts and to reconciled claim amounts | David Kantorczyk | 6 | 5.5 |
| 12/1/2015 | NNI call center monitoring and logging requests and related follow-up | Felicia Buenrostro | 6 | 1.0 |
| 12/1/2015 | Monitor EE emails regarding disposal motion and related follow-up | Felicia Buenrostro | 6 | 2.0 |
| 12/1/2015 | Read, review and respond to e-mails re: Claims related | Kathryn Schultea | 6 | 2.5 |
| 12/1/2015 | Read, review, research and respond to various employee inquiries by phone and e-mail | Mary Cilia | 6 | 3.3 |
| 12/1/2015 | Review, research and provide comments to Cleary on the pre-petition 10-day settlement notice | Mary Cilia | 6 | 2.4 |
| 12/1/2015 | E-mails, research and documentation re: global settlement | Mary Cilia | 6 | 2.7 |
| 12/1/2015 | Research and e-mails re: LTD severance claims | Mary Cilia | 6 | 1.8 |
| 12/2/2015 | Review of allowed claims and review of supporting documents | Daniel Tollefsen | 6 | 6.3 |
| 12/2/2015 | Prepare analysis of book balances as compared claim amounts and to reconciled claim amounts | David Kantorczyk | 6 | 4.5 |
| 12/2/2015 | Weekly Nortel Networks outside consultant claim call including RLKS, Cleary and Huron including preparation and summarization. | David Kantorczyk | 6 | 0.3 |
| 12/2/2015 | Monitor EE emails regarding disposal motion and related follow-up | Felicia Buenrostro | 6 | 2.0 |
| 12/2/2015 | NNI call center monitoring and logging requests and related follow-up | Felicia Buenrostro | 6 | 2.5 |
| 12/2/2015 | Read, review and respond to e-mails re: Claims related | Kathryn Schultea | 6 | 0.5 |
| 12/2/2015 | Attend the Nortel Employee Claims Conference Call with Cleary to discuss employee claims. | Leticia Barrios | 6 | 1.0 |
| 12/2/2015 | Follow up e-mails and research re: LTD severance claims | Mary Cilia | 6 | 1.7 |
| 12/2/2015 | Read, review, research and respond to various employee inquiries by phone and e-mail | Mary Cilia | 6 | 2.9 |
| 12/2/2015 | E-mails, research and documentation re: global settlement | Mary Cilia | 6 | 2.1 |
| 12/2/2015 | Read, review and respond to claim inquiry e-mails from Cleary and MNAT | Mary Cilia | 6 | 1.8 |
| 12/2/2015 | Review of DK analysis of claims to be allowed between $100K and $200K and related research | Mary Cilia | 6 | 1.6 |
| 12/2/2015 | Conference call with Cleary, Huron and RLKS re: employee claims status; related prep and follow up | Mary Cilia | 6 | 1.3 |
| 12/3/2015 | Review of allowed claims and review of supporting documents | Daniel Tollefsen | 6 | 6.9 |
| 12/3/2015 | Review and analysis of the "Claimed Amount", claim reconciliation and general ledger provision for claims designated as "claims to be allowed as filed". | David Kantorczyk | 6 | 3.0 |
| 12/3/2015 | Monitor EE emails regarding disposal motion and related follow-up | Felicia Buenrostro | 6 | 2.0 |
| 12/3/2015 | NNI call center monitoring and logging requests and related follow-up | Felicia Buenrostro | 6 | 1.5 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 12/3/2015 | Claims related email follow-ups | Kathryn Schultea | 6 | 0.7 |
| 12/3/2015 | Read, review, research and respond to various employee inquiries by phone and e-mail | Mary Cilia | 6 | 2.2 |
| 12/3/2015 | Update claims database and related reports re: recent claim developments | Mary Cilia | 6 | 4.8 |
| 12/3/2015 | Continued review of DK analysis of claims to be allowed between $100K and $200K and related research | Mary Cilia | 6 | 2.1 |
| 12/3/2015 | Update post-petition settlement matrix related to recent activity | Mary Cilia | 6 | 2.2 |
| 12/4/2015 | Monitor EE emails regarding disposal motion and related follow-up | Felicia Buenrostro | 6 | 2.0 |
| 12/4/2015 | Follow up calls to EE regarding disposal motion and case matters | Kathryn Schultea | 6 | 1.5 |
| 12/4/2015 | Read, review, research and respond to various employee inquiries by phone and e-mail | Mary Cilia | 6 | 1.8 |
| 12/7/2015 | Review of allowed claims and review of supporting documents | Daniel Tollefsen | 6 | 6.3 |
| 12/7/2015 | Review and analysis of the "Claimed Amount", claim reconciliation and general ledger provision for claims designated as "claims to be allowed as filed". | David Kantorczyk | 6 | 8.0 |
| 12/7/2015 | NNI call center monitoring and logging requests and related follow-up | Felicia Buenrostro | 6 | 2.0 |
| 12/7/2015 | Monitor EE emails regarding disposal motion and related follow-up | Felicia Buenrostro | 6 | 2.5 |
| 12/7/2015 | Worked on the master spreadsheet of Nortel Claims Detail report and employee data for the eTax Solicitation process. Investigate missing addresses and last known work address of employees. | Leticia Barrios | 6 | 6.5 |
| 12/7/2015 | Finalize review of DK analysis of claims to be allowed between $100K and $200K, related research, documentation and e-mails | Mary Cilia | 6 | 3.7 |
| 12/7/2015 | Follow up e-mails with DK and DT re: claims to be allowed as filed work project and review | Mary Cilia | 6 | 1.2 |
| 12/7/2015 | E-mails with Cleary, JR and claimant re: enhanced severance plan claim | Mary Cilia | 6 | 0.8 |
| 12/7/2015 | Review of real estate claims to be allowed as filed and related research of prior communications and documentation | Mary Cilia | 6 | 4.6 |
| 12/8/2015 | Review of allowed claims and review of supporting documents | Daniel Tollefsen | 6 | 6.8 |
| 12/8/2015 | Review and analysis of the "Claimed Amount", claim reconciliation and general ledger provision for claims designated as "claims to be allowed as filed". | David Kantorczyk | 6 | 7.0 |
| 12/8/2015 | NNI call center monitoring and logging requests and related follow-up | Felicia Buenrostro | 6 | 2.0 |
| 12/8/2015 | Monitor EE emails regarding disposal motion and related follow-up | Felicia Buenrostro | 6 | 2.0 |
| 12/8/2015 | Follow up correspondence on claim related matters and research | Kathryn Schultea | 6 | 2.5 |
| 12/8/2015 | Prepare presentation and spreadsheets for meeting with EY to discuss taxation, claim types, and processes. | Leticia Barrios | 6 | 7.0 |
| 12/8/2015 | Update claims database and related reports re: EPIQ update report | Mary Cilia | 6 | 2.7 |
| 12/8/2015 | Continued review of real estate claims to be allowed as filed and related research of prior communications and documentation | Mary Cilia | 6 | 3.4 |
| 12/8/2015 | E-mails with EPIQ re: claims update and upcoming work flow | Mary Cilia | 6 | 0.8 |
| 12/9/2015 | Review of allowed claims and review of supporting documents | Daniel Tollefsen | 6 | 5.2 |
| 12/9/2015 | Review and analysis of the "Claimed Amount", claim reconciliation and general ledger provision for claims designated as "claims to be allowed as filed". | David Kantorczyk | 6 | 7.0 |
| 12/9/2015 | Weekly Nortel Networks outside consultant claim call including RLKS, Cleary and Huron including preparation and summarization. | David Kantorczyk | 6 | 0.3 |
| 12/9/2015 | NNI call center monitoring and logging requests and related follow-up | Felicia Buenrostro | 6 | 2.0 |
| 12/9/2015 | Monitor EE emails regarding disposal motion and related follow-up | Felicia Buenrostro | 6 | 2.5 |
| 12/9/2015 | Meeting with RLKS team members to discuss NNI claims distribution model. Also discussed roles and responsibilities, work flow, project planning, and reporting. | Kathryn Schultea | 6 | 1.0 |
| 12/9/2015 | Attend the Nortel Employee Claims Conference Call with Cleary to discuss employee claims. | Leticia Barrios | 6 | 1.0 |
| 12/9/2015 | Initial review of pre- and post-petition draft settlement notices and comparison to letters and files | Mary Cilia | 6 | 4.6 |
| 12/9/2015 | Review of e-mails re: settlement and update of claims status files | Mary Cilia | 6 | 0.8 |
| 12/9/2015 | Conference call with Cleary, Huron and RLKS re: employee claims status; related prep and follow up | Mary Cilia | 6 | 1.9 |
| 12/9/2015 | Review and analysis of employee settlement status reports and e-mail requests to EPIQ for related updates | Mary Cilia | 6 | 2.7 |
| 12/10/2015 | Review of allowed claims and review of supporting documents | Daniel Tollefsen | 6 | 6.4 |
| 12/10/2015 | Review and analysis of the "Claimed Amount", claim reconciliation and general ledger provision for claims designated as "claims to be allowed as filed". | David Kantorczyk | 6 | 7.0 |
| 12/10/2015 | NNI call center monitoring and logging requests and related follow-up | Felicia Buenrostro | 6 | 2.5 |
| 12/10/2015 | Monitor EE emails regarding disposal motion and related follow-up | Felicia Buenrostro | 6 | 3.0 |
| 12/10/2015 | Worked on the master spreadsheet of Nortel Claims Detail report and employee data for the eTax Solicitation process. Investigate missing addresses and last known work address of employees. | Leticia Barrios | 6 | 7.5 |
| 12/10/2015 | Continued review of pre- and post-petition draft settlement notices and comparison to letters and files | Mary Cilia | 6 | 3.9 |
| 12/10/2015 | Continued review and preparation of reconciliations for claims to be allowed as filed | Mary Cilia | 6 | 3.1 |
| 12/10/2015 | Read, review, research and respond to various employee inquiries by phone and e-mail | Mary Cilia | 6 | 2.3 |
| 12/11/2015 | Review of allowed claims and review of supporting documents | Daniel Tollefsen | 6 | 4.8 |
| 12/11/2015 | Review and analysis of the "Claimed Amount", claim reconciliation and general ledger provision for claims designated as "claims to be allowed as filed". | David Kantorczyk | 6 | 5.0 |
| 12/11/2015 | NNI call center monitoring and logging requests and related follow-up | Felicia Buenrostro | 6 | 2.0 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 12/11/2015 | Monitor EE emails regarding disposal motion and related follow-up | Felicia Buenrostro | 6 | 2.5 |
| 12/11/2015 | Continued review and preparation of reconciliations for claims to be allowed as filed | Mary Cilia | 6 | 4.7 |
| 12/11/2015 | Read, review, research and respond to various employee inquiries by phone and e-mail | Mary Cilia | 6 | 2.4 |
| 12/14/2015 | Review of allowed claims and review of supporting documents | Daniel Tollefsen | 6 | 7.6 |
| 12/14/2015 | Review and analysis of the "Claimed Amount", claim reconciliation and general ledger provision for claims designated as "claims to be allowed as filed". | David Kantorczyk | 6 | 7.0 |
| 12/14/2015 | NNI call center monitoring and logging requests and related follow-up | Felicia Buenrostro | 6 | 2.0 |
| 12/14/2015 | Monitor EE emails regarding disposal motion and related follow-up | Felicia Buenrostro | 6 | 3.0 |
| 12/14/2015 | Finalize review of pre- and post-petition draft settlement notices and comparison to letters and files and e-mails to Cleary and Huron with findings and comments | Mary Cilia | 6 | 2.9 |
| 12/14/2015 | Review and analysis of ASM claims in response to Cleary request from Akin; related e-mails | Mary Cilia | 6 | 1.8 |
| 12/14/2015 | E-mails and call with DT re: claims to be allowed as filed research and related follow up | Mary Cilia | 6 | 2.6 |
| 12/14/2015 | Read, review, research and respond to various employee inquiries by phone and e-mail | Mary Cilia | 6 | 2.2 |
| 12/15/2015 | Review and analysis of the "Claimed Amount", claim reconciliation and general ledger provision for claims designated as "claims to be allowed as filed". | David Kantorczyk | 6 | 7.0 |
| 12/15/2015 | Monitor EE emails regarding disposal motion and related follow-up | Felicia Buenrostro | 6 | 2.0 |
| 12/15/2015 | NNI call center monitoring and logging requests and related follow-up | Felicia Buenrostro | 6 | 1.5 |
| 12/15/2015 | Worked on the master spreadsheet of Nortel Claims Detail report and employee data for the eTax Solicitation process. Investigate missing addresses and last known work address of employees. | Leticia Barrios | 6 | 5.3 |
| 12/15/2015 | Review and comment on revised pre- and post-petition draft settlement notices | Mary Cilia | 6 | 1.7 |
| 12/15/2015 | Phone call re: global claims settlement; analysis of additional claims, revision of draft motion and exhibits and relates e-mails | Mary Cilia | 6 | 3.2 |
| 12/15/2015 | Read, review, research and respond to various employee inquiries by phone and e-mail | Mary Cilia | 6 | 1.8 |
| 12/15/2015 | Continued review of real estate claims to be allowed as filed and related research of prior communications and documentation | Mary Cilia | 6 | 2.9 |
| 12/16/2015 | Preparation for and Claims update call on Gross to Net calc | Brandon Bangerter | 6 | 1.3 |
| 12/16/2015 | Review and analysis of the "Claimed Amount", claim reconciliation and general ledger provision for claims designated as "claims to be allowed as filed". | David Kantorczyk | 6 | 5.0 |
| 12/16/2015 | Weekly Nortel Networks outside consultant claim call including RLKS, Cleary and Huron including preparation and summarization. | David Kantorczyk | 6 | 0.5 |
| 12/16/2015 | Attend the Nortel Employee Claims Conference Call with Cleary to discuss employee claims. | Leticia Barrios | 6 | 1.0 |
| 12/16/2015 | Continued review of real estate claims to be allowed as filed and related research of prior communications and documentation; document findings and comments in Cleary draft and preparation of e-mail to Cleary; follow-up conference call with M. Livingston to discuss | Mary Cilia | 6 | 6.4 |
| 12/16/2015 | Read, review, research and respond to various employee inquiries by phone and e-mail | Mary Cilia | 6 | 2.8 |
| 12/16/2015 | Conference call with Cleary, Huron and RLKS re: employee claims status; related prep and follow up | Mary Cilia | 6 | 1.1 |
| 12/17/2015 | Review and analysis of the "Claimed Amount", claim reconciliation and general ledger provision for claims designated as "claims to be allowed as filed". | David Kantorczyk | 6 | 6.0 |
| 12/17/2015 | Correspondence - Lexis Nexis discussion | Kathryn Schultea | 6 | 0.5 |
| 12/17/2015 | Read, review, research and respond to various employee inquiries by phone and e-mail | Mary Cilia | 6 | 3.3 |
| 12/17/2015 | E-Mails with EPIQ and LB re: employee claim updates and employee claims distribution documentation | Mary Cilia | 6 | 1.2 |
| 12/17/2015 | Continued review and preparation of reconciliations for claims to be allowed as filed | Mary Cilia | 6 | 4.9 |
| 12/18/2015 | Review and analysis of the "Claimed Amount", claim reconciliation and general ledger provision for claims designated as "claims to be allowed as filed". | David Kantorczyk | 6 | 6.0 |
| 12/18/2015 | Correspondence - Individual Claims follow up | Kathryn Schultea | 6 | 0.3 |
| 12/18/2015 | Read, review, research and respond to various employee inquiries by phone and e-mail | Mary Cilia | 6 | 2.8 |
| 12/18/2015 | Continued review and preparation of reconciliations for claims to be allowed as filed | Mary Cilia | 6 | 3.3 |
| 12/18/2015 | Update claims database and related reports | Mary Cilia | 6 | 2.1 |
| 12/19/2015 | Read, review, research and respond to various employee inquiries by phone and e-mail | Mary Cilia | 6 | 0.8 |
| 12/21/2015 | Preparation for and Claims meeting on State tax rates and calculations | Brandon Bangerter | 6 | 1.2 |
| 12/21/2015 | Review of allowed claims and review of supporting documents | Daniel Tollefsen | 6 | 4.9 |
| 12/21/2015 | Review and analysis of the "Claimed Amount", claim reconciliation and general ledger provision for claims designated as "claims to be allowed as filed". | David Kantorczyk | 6 | 7.0 |
| 12/21/2015 | Monitor EE emails regarding disposal motion and related follow-up | Felicia Buenrostro | 6 | 1.5 |
| 12/21/2015 | NNI call center monitoring and logging requests and related follow-up | Felicia Buenrostro | 6 | 1.0 |
| 12/21/2015 | Read, review and respond to inquiries related to non-qualified settlement offer | Kathryn Schultea | 6 | 2.0 |
| 12/21/2015 | Worked on the master spreadsheet of Nortel Claims Detail report and employee data for the eTax Solicitation process. Investigate missing addresses and last known work address of employees. | Leticia Barrios | 6 | 5.3 |
| 12/21/2015 | Read, review, research and respond to various employee inquiries by phone and e-mail | Mary Cilia | 6 | 2.8 |
| 12/21/2015 | Read, review and respond to e-mails form DK re: current project status | Mary Cilia | 6 | 0.7 |
| 12/21/2015 | Review of EPIQ update report | Mary Cilia | 6 | 0.9 |

**NORTEL TIME SHEET**

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 12/22/2015 | Review of allowed claims and review of supporting documents | Daniel Tollefsen | 6 | 5.3 |
| 12/22/2015 | Review and analysis of the "Claimed Amount", claim reconciliation and general ledger provision for claims designated as "claims to be allowed as filed". | David Kantorczyk | 6 | 7.0 |
| 12/22/2015 | Monitor EE emails regarding disposal motion and related follow-up | Felicia Buenrostro | 6 | 1.0 |
| 12/22/2015 | NNI call center monitoring and logging requests and related follow-up | Felicia Buenrostro | 6 | 1.0 |
| 12/22/2015 | Follow-up with LTIP plan participant research and review | Kathryn Schultea | 6 | 2.0 |
| 12/22/2015 | Type up notes and create process flow of taxation process after meeting with EY. Provided updates to the taxation and claims type master spreadsheet to use for the database. | Leticia Barrios | 6 | 6.7 |
| 12/22/2015 | E-mails and analysis related to latest EPIQ update report | Mary Cilia | 6 | 2.3 |
| 12/22/2015 | Follow up analysis and e-mails re: Real Estate Claims | Mary Cilia | 6 | 3.7 |
| 12/22/2015 | Follow up analysis and e-mails re:  global settlement | Mary Cilia | 6 | 1.6 |
| 12/22/2015 | Review of MNAT draft Certification of Counsel re:  correction of claims | Mary Cilia | 6 | 0.8 |
| 12/22/2015 | Read, review, research and respond to various employee inquiries by phone and e-mail | Mary Cilia | 6 | 2.9 |
| 12/23/2015 | Preparation for and Claims update call on Gross to Net calc | Brandon Bangerter | 6 | 1.2 |
| 12/23/2015 | Review of allowed claims and review of supporting documents | Daniel Tollefsen | 6 | 5.4 |
| 12/23/2015 | Monitor EE emails regarding disposal motion and related follow-up | Felicia Buenrostro | 6 | 2.0 |
| 12/23/2015 | NNI call center monitoring and logging requests and related follow-up | Felicia Buenrostro | 6 | 1.5 |
| 12/23/2015 | Review and analysis of LSI claims to be allowed as filed and liquidated schedules and related e-mails | Mary Cilia | 6 | 5.3 |
| 12/23/2015 | Read, review, research and respond to various employee inquiries by phone and e-mail | Mary Cilia | 6 | 0.9 |
| 12/23/2015 | Load Epiq file into Claims database | Raj Perubhatla | 6 | 5.3 |
| 12/27/2015 | Read, review, research and respond to various employee inquiries by phone and e-mail | Mary Cilia | 6 | 0.9 |
| 12/28/2015 | Review of allowed claims and review of supporting documents | Daniel Tollefsen | 6 | 5.2 |
| 12/28/2015 | Monitor EE emails regarding disposal motion and related follow-up | Felicia Buenrostro | 6 | 2.0 |
| 12/28/2015 | NNI call center monitoring and logging requests and related follow-up | Felicia Buenrostro | 6 | 2.5 |
| 12/28/2015 | Review correspondence on claimant information and consultant details | Kathryn Schultea | 6 | 2.5 |
| 12/28/2015 | Correspondence - Claim related issues | Kathryn Schultea | 6 | 0.8 |
| 12/28/2015 | Correspondence - Non-qualified pension discussion | Kathryn Schultea | 6 | 1.5 |
| 12/28/2015 | Conference call with RP, LB and EY re: employee claims distribution process and related follow up | Mary Cilia | 6 | 1.9 |
| 12/28/2015 | Follow up analysis and e-mails re:  global settlement and additional claims and schedules to be added | Mary Cilia | 6 | 2.1 |
| 12/28/2015 | Read, review, research and respond to various employee inquiries by phone and e-mail | Mary Cilia | 6 | 2.8 |
| 12/28/2015 | Review EPIQ load analysis and prepare claims database upload file for RP; related e-mails and phone call | Mary Cilia | 6 | 5.3 |
| 12/29/2015 | Review of allowed claims and review of supporting documents | Daniel Tollefsen | 6 | 4.4 |
| 12/29/2015 | Fee Application | David Kantorczyk | 6 | 1.0 |
| 12/29/2015 | Monitor EE emails regarding disposal motion and related follow-up | Felicia Buenrostro | 6 | 2.0 |
| 12/29/2015 | NNI call center monitoring and logging requests and related follow-up | Felicia Buenrostro | 6 | 1.5 |
| 12/29/2015 | Read, review, research and respond to various employee inquiries by phone and e-mail | Mary Cilia | 6 | 3.6 |
| 12/29/2015 | Follow up analysis and e-mails re:  real estate claims to be allowed as filed | Mary Cilia | 6 | 2.2 |
| 12/29/2015 | Load Epiq file into Claims database | Raj Perubhatla | 6 | 5.8 |
| 12/30/2015 | Preparation for and Claims update call on Gross to Net calc | Brandon Bangerter | 6 | 0.8 |
| 12/30/2015 | Review of allowed claims and review of supporting documents | Daniel Tollefsen | 6 | 5.3 |
| 12/30/2015 | Monitor EE emails regarding disposal motion and related follow-up | Felicia Buenrostro | 6 | 0.0 |
| 12/30/2015 | NNI call center monitoring and logging requests and related follow-up | Felicia Buenrostro | 6 | 0.5 |
| 12/30/2015 | Worked on Employee Claim Taxation Matrix and Documentation.  Developed the Claim Type Mapping and provided claims data to development team for model testing. | Leticia Barrios | 6 | 2.0 |
| 12/30/2015 | Read, review, research and respond to various employee inquiries by phone and e-mail | Mary Cilia | 6 | 2.4 |
| 12/30/2015 | Continued review and preparation of reconciliations for claims to be allowed as filed | Mary Cilia | 6 | 3.2 |
| 12/31/2015 | Read, review, research and respond to various employee inquiries by phone and e-mail | Mary Cilia | 6 | 5.0 |
| 12/1/2015 | Meeting with EY in Houston re 2016 engagement, projects, tax status | Richard Lydecker | 7 | 4.0 |
| 12/3/2015 | Correspondence - Database research status update with EY | Kathryn Schultea | 7 | 0.8 |
| 12/3/2015 | Call following on Engagement meeting JS,AB,JW,DA | Richard Lydecker | 7 | 0.5 |
| 12/4/2015 | Correspondence - Nortel Tax Matters, Amendment review follow-up | Kathryn Schultea | 7 | 2.0 |
| 12/7/2015 | Correspondence - follow-up on EY Amendments | Kathryn Schultea | 7 | 0.7 |

**NORTEL TIME SHEET**

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 12/7/2015 | Call AB re fee issues | Richard Lydecker | 7 | 0.5 |
| 12/9/2015 | Additional cost analysis re engagement | Richard Lydecker | 7 | 0.5 |
| 12/11/2015 | Conf Call on Tax updates | Kathryn Schultea | 7 | 0.5 |
| 12/12/2015 | EY tax update call status of outstanding work stream projects | Richard Lydecker | 7 | 0.8 |
| 12/14/2015 | Summary and report to JR re EY fees and engagement documentation | Richard Lydecker | 7 | 0.8 |
| 12/16/2015 | Conf. Call - Weekly Touch Point | Kathryn Schultea | 7 | 0.4 |
| 12/16/215 | Conf call re engagement and 2016 tax planning DA,AB,JS,JW,KS | Richard Lydecker | 7 | 0.5 |
| 12/18/2015 | Onsite at NNI - Meeting with T. Ross on various NNI matters, and follow-up on document storage matters | Kathryn Schultea | 8 | 1.5 |
| 12/1/2015 | Meeting with RLKS team members to discuss NNI claims distribution model.  Also discussed roles and responsibilities, work flow, project planning, and reporting. | Leticia Barrios | 9 | 1.0 |
| 12/1/2015 | Capture notes from RLKS team meeting and create process flow of taxation process after meeting with EY.  Provided updates to the taxation and claims type master spreadsheet to use for the database. | Leticia Barrios | 9 | 5.5 |
| 12/1/2015 | Employee Claims Distribution Modeling: Call prep and Call | Raj Perubhatla | 9 | 1.0 |
| 12/1/2015 | Employee Claims Distribution Modeling: Process Flow diagram flow charting | Raj Perubhatla | 9 | 3.2 |
| 12/2/2015 | Meeting with RLKS team members to discuss NNI claims distribution model.  Also discussed roles and responsibilities, work flow, project planning, and reporting. | Leticia Barrios | 9 | 1.0 |
| 12/2/2015 | Capture notes from RLKS team meeting and create process flow of taxation process after meeting with EY.  Provided updates to the taxation and claims type master spreadsheet to use for the database. | Leticia Barrios | 9 | 5.5 |
| 12/2/2015 | Employee Claims Distribution Modeling: Process Flow diagram flow charting | Raj Perubhatla | 9 | 3.5 |
| 12/2/2015 | Employee Claims Distribution Modeling: Call prep and Call | Raj Perubhatla | 9 | 1.5 |
| 12/3/2015 | Put NNI process document into Visio and NNI claims distribution project plan into Microsoft Project. | Leticia Barrios | 9 | 5.2 |
| 12/3/2015 | Meeting with RLKS team members to discuss NNI claims distribution process flow and project plan. | Leticia Barrios | 9 | 1.0 |
| 12/3/2015 | Employee Claims Distribution Modeling: Process Flow diagram flow charting | Raj Perubhatla | 9 | 5.7 |
| 12/3/2015 | Employee Claims Distribution Modeling: Skype Call to develop the Flow chart | Raj Perubhatla | 9 | 1.6 |
| 12/4/2015 | Put NNI process document into Visio and NNI claims distribution project plan into Microsoft Project. | Leticia Barrios | 9 | 4.7 |
| 12/4/2015 | Continued reconciliation of claims to G/L for recovery model | Mary Cilia | 9 | 5.5 |
| 12/4/2015 | Employee Claims Distribution Model: Development of Gross To Net database | Raj Perubhatla | 9 | 7.2 |
| 12/7/2015 | Employee Claims Distribution Model: Development of Gross To Net database | Raj Perubhatla | 9 | 2.8 |
| 12/8/2015 | Conf call and prep on EE claim modeling | Kathryn Schultea | 9 | 1.3 |
| 12/8/2015 | Continued reconciliation of claims to G/L for recovery model | Mary Cilia | 9 | 2.8 |
| 12/8/2015 | Employee Claims Distribution Model: prep for call on the source file layouts | Raj Perubhatla | 9 | 1.6 |
| 12/8/2015 | Employee Claims Distribution Modeling: Call to discuss the status of source files and related follow-up | Raj Perubhatla | 9 | 1.0 |
| 12/9/2015 | Meeting with RLKS team members to discuss NNI claims distribution model.  Also discussed roles and responsibilities, work flow, project planning, and reporting. | Leticia Barrios | 9 | 1.0 |
| 12/9/2015 | Capture notes from RLKS team meeting and create process flow of taxation process after meeting with EY.  Provided updates to the taxation and claims type master spreadsheet to use for the database. | Leticia Barrios | 9 | 6.0 |
| 12/9/2015 | Employee Claims Distribution Modeling: call prep and status call | Raj Perubhatla | 9 | 1.7 |
| 12/11/2015 | Worked on Employee Claim Taxation Matrix and Documentation.  Developed the Claim Type Mapping and provided claims data to development team for model testing. | Leticia Barrios | 9 | 5.3 |
| 12/14/2015 | Worked on Employee Claim Taxation Matrix and Documentation.  Developed the Claim Type Mapping and provided claims data to development team for model testing. | Leticia Barrios | 9 | 5.7 |
| 12/15/2015 | Correspondence - Prep for Employee net calculation call | Kathryn Schultea | 9 | 0.8 |
| 12/16/2015 | Conf. Call - EE gross to net calculation status update | Kathryn Schultea | 9 | 1.5 |
| 12/16/2015 | Meeting with RLKS team members to discuss NNI claims distribution model.  Also discussed roles and responsibilities, work flow, project planning, and reporting. | Leticia Barrios | 9 | 1.0 |
| 12/16/2015 | Employee Claims Distribution Modeling: call prep and call to discuss the status of project plan | Raj Perubhatla | 9 | 2.8 |
| 12/20/2015 | Employee Claims Distribution Modeling: Source file analysis and development | Raj Perubhatla | 9 | 6.5 |
| 12/21/2015 | Meeting with RLKS team members to discuss NNI claims distribution model.  Also discussed work flow, project planning, and reporting. | Leticia Barrios | 9 | 1.0 |
| 12/21/2015 | Continued reconciliation of claims to G/L for recovery model | Mary Cilia | 9 | 5.2 |
| 12/21/2015 | Employee Claims Distribution Modeling: Source file analysis and development | Raj Perubhatla | 9 | 3.2 |
| 12/21/2015 | Employee Claims Distribution Modeling: call prep and call to discuss state taxes | Raj Perubhatla | 9 | 1.7 |

**NORTEL TIME SHEET**

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 12/23/2015 | Worked on Employee Claim Taxation Matrix and Documentation. Developed the Claim Type Mapping and provided the required fields needed for the employees claim gross to net model. | Leticia Barrios | 9 | 5.0 |
| 12/23/2015 | Meeting with RLKS team members to discuss NNI claims distribution model. Also discussed Visio work flow, Microsoft project work plan, and reporting. | Leticia Barrios | 9 | 1.0 |
| 12/23/2015 | E-mails, calls and follow up re: employee claims distribution process | Mary Cilia | 9 | 5.7 |
| 12/23/2015 | Employee Claims Distribution Modeling: status call | Raj Perubhatla | 9 | 1.0 |
| 12/23/2015 | Employee Claims Distribution Modeling: Source file analysis and development | Raj Perubhatla | 9 | 2.8 |
| 12/24/2015 | Correspondence - Employee Claims Distribution Modeling | Kathryn Schultea | 9 | 1.0 |
| 12/24/2015 | Read, review and respond to e-mails re: employee claims distribution process | Mary Cilia | 9 | 0.8 |
| 12/24/2015 | Employee Claims Distribution Modeling: Source file analysis and development | Raj Perubhatla | 9 | 0.7 |
| 12/26/2015 | Employee Claims Distribution Modeling: Source file analysis and development | Raj Perubhatla | 9 | 8.7 |
| 12/27/2015 | Employee Claims Distribution Modeling: Source file analysis and development | Raj Perubhatla | 9 | 9.2 |
| 12/28/2015 | Worked on Employee Claim Taxation Matrix and Documentation. Developed the Claim Type Mapping and provided the required fields needed for the employees claim gross to net model. | Leticia Barrios | 9 | 4.0 |
| 12/28/2015 | Meeting with RLKS team members to discuss NNI claims distribution model. Also discussed Visio work flow, Microsoft project work plan, and reporting. | Leticia Barrios | 9 | 3.0 |
| 12/28/2015 | Employee Claims Distribution Modeling: call prep for Claims type mapping and taxation | Raj Perubhatla | 9 | 1.3 |
| 12/28/2015 | Employee Claims Distribution Modeling: call for Claims type mapping and taxation | Raj Perubhatla | 9 | 1.5 |
| 12/28/2015 | Employee Claims Distribution Modeling: Source file analysis and development | Raj Perubhatla | 9 | 4.7 |
| 12/29/2015 | Worked on Employee Claim Taxation Matrix and Documentation. Developed the Claim Type Mapping and provided claims data to development team for model testing. | Leticia Barrios | 9 | 3.7 |
| 12/29/2015 | Continued reconciliation of claims to G/L for recovery model | Mary Cilia | 9 | 2.8 |
| 12/29/2015 | Employee Claims Distribution Modeling: Source file analysis and development | Raj Perubhatla | 9 | 1.2 |
| 12/30/2015 | Meeting with RLKS team members to discuss NNI claims distribution model. Also discussed Visio work flow, Microsoft project work plan, and reporting. | Leticia Barrios | 9 | 1.0 |
| 12/30/2015 | Continued reconciliation of claims to G/L for recovery model | Mary Cilia | 9 | 2.7 |
| 12/30/2015 | Employee Claims Distribution Modeling: call prep and call for Claims type mapping and taxation | Raj Perubhatla | 9 | 1.2 |
| 12/30/2015 | Employee Claims Distribution Modeling: Source file analysis and development | Raj Perubhatla | 9 | 6.7 |
| 12/31/2015 | Employee Claims Distribution Modeling: Source file analysis and development | Raj Perubhatla | 9 | 7.3 |