# EXHIBIT B

# EXHIBIT B
**EXPENSE SUMMARY**

**Nortel Networks Inc., et al.**
(Case No. 09-10138 (KG))

**RLKS Executive Solutions**
**December 1 - 31, 2015**

| Expense Category | Total Expenses |
|---|---|
| Travel – Airline (at economy fare booking) | $   5,623.00 |
| Travel – Lodging | 7,192.09 |
| Travel – Transportation | 2,137.97 |
| Travel – Meals | 1,421.07 |
| Office Expenses | - |
| TOTAL | $  16,374.13 |
|  |  |

## Nortel Expense Report
**PERIOD:** December 1 - 31, 2015

| Date | Description | Air | Lodging | Transportation | Meals | Office Expenses | Professional | Comments on Meals/Transportation |
|---|---|---|---|---|---|---|---|---|
| 12/1/2015 | Travel to Client site | $296.60 | $220.20 | $89.46 | $103.42 | | Brandon Bangerter | Economy airfare; one night hotel; Avis rental car; lunch - $19.74(RP,BB); dinner - $83.68(RP,BB) |
| 12/1/2015 | Client site stay | | $220.19 | | | | Raj Perubhatla | one night hotel stay |
| 12/2/2015 | Travel from Client site | $296.60 | $220.19 | $47.00 | $56.38 | | Brandon Bangerter | Economy airfare; one night hotel; airport parking; lunch - $19.09(RP,BB); dinner - $37.29(RP,BB) |
| 12/2/2015 | Travel from client site | $296.60 | | $92.00 | | | Raj Perubhatla | Economy airfare; car from airport to home |
| 12/7/2015 | Travel to Client site | $221.60 | $225.87 | $90.78 | | | Brandon Bangerter | Economy airfare; one night hotel; Avis rental car |
| 12/7/2015 | Travel to client site | $221.60 | $225.87 | $92.00 | $9.09 | | Raj Perubhatla | Economy airfare; car to airport; one night client stay; meals |
| 12/8/2015 | RTP stay | | $225.87 | | $96.50 | | Brandon Bangerter | One night hotel; lunch - $19.09(RP,BB); dinner - $77.41(RP,BB) |
| 12/8/2015 | Client site stay | | $225.87 | | $10.00 | | Raj Perubhatla | one night hotel stay; meals |
| 12/9/2015 | Travel from Client site | $221.60 | | $45.00 | $73.50 | | Brandon Bangerter | Economy airfare; airport parking; lunch - $19.09(RP,BB); dinner - $54.41(RP,BB) |
| 12/9/2015 | Travel from client site | $221.60 | | $92.00 | | | Raj Perubhatla | Economy airfare; car from airport to home |
| 12/14/2015 | Travel to Philadelphia | $337.10 | $450.49 | $163.00 | | | Kathryn Schultea | Economy airfare; One night hotel stay; Car to airport/Taxi to hotel |
| 12/15/2015 | Travel to Client site | $321.10 | $183.31 | $186.50 | | | Brandon Bangerter | Economy airfare; one night hotel; Avis rental car |
| 12/15/2015 | Travel to Client Site - Raleigh | $221.10 | $244.67 | $92.59 | | | Daniel Tollefsen | Economy Airfare; One night hotel; Car rental; |
| 12/15/2015 | Travel from Houston to Raleigh | $345.60 | $248.40 | $115.25 | | | Felicia Buenrostro | Economy Airfare; One night hotel stay; car to airport |
| 12/15/2015 | Travel from Philadelphia to Raleigh | $334.10 | $248.40 | $81.32 | $218.61 | | Kathryn Schultea | Economy airfare; Taxi to airport DL to PHL; One night hotel stay; Rental Car in Raleigh; Dinner - (KS, FB, LB, RP, BB, DT - $36.43 each) |
| 12/15/2015 | Travel to Client Site - RTP | $206.10 | $248.40 | | | | Leticia Barrios | Economy airfare; One night hotel stay |
| 12/15/2015 | Travel to client site | $321.10 | $183.31 | $17.40 | $13.22 | | Raj Perubhatla | Economy airfare; airport parking; one night client stay; meals |
| 12/16/2015 | RTP stay | | $183.31 | | $19.09 | | Brandon Bangerter | One night hotel; lunch - $19.09(RP,BB) |
| 12/16/2015 | Raleigh Stay | | $244.67 | $92.59 | $31.33 | | Daniel Tollefsen | Economy Airfare; One night hotel; Car rental; Meal - Lunch (KS/FB/DT/LB) |
| 12/16/2015 | Raleigh | | $248.40 | | | | Felicia Buenrostro | One night hotel stay |
| 12/16/2015 | Raleigh | | $248.40 | $51.32 | $215.80 | | Kathryn Schultea | Economy airfare; One night hotel stay; Rental Car in Raleigh; Dinner - (KS, FB, LB, RP, BB, DT - $35.97 each) |
| 12/16/2015 | RTP Stay | | $248.40 | | | | Leticia Barrios | One night hotel stay |
| 12/16/2015 | Client site stay | | $183.31 | $17.40 | | | Raj Perubhatla | one night hotel stay; airport parking |
| 12/17/2015 | RTP stay | | $183.31 | | $104.77 | | Brandon Bangerter | One night hotel; lunch - $19.74(RP,BB); dinner - $85.03(RP,BB) |
| 12/17/2015 | Raleigh Stay | | $244.67 | $92.59 | | | Daniel Tollefsen | Economy Airfare; One night hotel; Car rental; |
| 12/17/2015 | Raleigh | | $248.40 | | | | Felicia Buenrostro | One night hotel stay |
| 12/17/2015 | Raleigh | | $248.40 | $51.32 | $261.02 | | Kathryn Schultea | One night hotel stay; Rental Car in Raleigh; Lunch (KS,FB,DT,LB - $15 each; Dinner - (KS, FB, LB, DT - $50.25 each) |
| 12/17/2015 | RTP Stay | | $248.40 | | | | Leticia Barrios | One night hotel stay |
| 12/17/2015 | Client site stay | | $183.31 | $17.40 | | | Raj Perubhatla | one night hotel stay; airport parking |
| 12/18/2015 | RTP stay | | $183.30 | | $61.90 | | Brandon Bangerter | One night hotel; lunch - $26.26(RP,BB); dinner - $35.64(RP,BB) |
| 12/18/2015 | Raleigh Stay | | $244.67 | $92.59 | $70.03 | | Daniel Tollefsen | One night hotel; Car rental; Meal - Lunch (DT/KS/FB/LB - $17.51 each) |
| 12/18/2015 | Raleigh | | $248.40 | | | | Felicia Buenrostro | One night hotel stay |
| 12/18/2015 | Raleigh | | $248.40 | $51.32 | | | Kathryn Schultea | One night hotel stay; Rental Car in Raleigh |
| 12/18/2015 | Travel from Client Site - RTP | $206.10 | | $117.50 | | | Leticia Barrios | Economy Airfare; car service from airport |
| 12/18/2015 | Client site stay | | $183.31 | $17.40 | $12.00 | | Raj Perubhatla | one night hotel stay; airport parking; meals |
| 12/19/2015 | Travel from Client site | $321.10 | | $87.00 | $9.41 | | Brandon Bangerter | Economy airfare; airport parking; lunch - $9.41 |
| 12/19/2015 | Travel from Client Site - Raleigh | $221.10 | | $92.59 | | | Daniel Tollefsen | Economy Airfare; Car rental; |
| 12/19/2015 | Travel from Raleigh | $345.60 | | | | | Felicia Buenrostro | Economy airfare |
| 12/19/2015 | Travel from Raleigh | $345.60 | | $135.25 | | | Kathryn Schultea | Economy airfare; Rental car; Car from airport |
| 12/19/2015 | Travel from client site | $321.10 | | $17.40 | $55.00 | | Raj Perubhatla | Economy airfare; airport parking; meals |
| | | $ 5,623.00 | $ 7,192.09 | $ 2,137.97 | $ 1,421.07 | $ - | | |