# Exhibit A

NORTEL EXHIBIT A - TIME DETAILS PERIOD NOVEMBER 1, 2015 THROUGH NOVEMBER 30, 2015

| Task Code | Task Code Description | Professional | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Brown, Coley P. | 11/4/2015 | Weekly employee claims call with R. Eckenrod and L. Lipner of Cleary and M. Cilia of RLKS. | 1.0 | 550 | $ 550.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Brown, Coley P. | 11/11/2015 | Weekly employee claims call with R. Eckenrod and L. Lipner of Cleary and M. Cilia of RLKS. | 1.0 | 550 | $ 550.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Brown, Coley P. | 11/18/2015 | Weekly employee claims call with R. Eckenrod and L. Lipner of Cleary and M. Cilia of RLKS. | 1.0 | 550 | $ 550.00 |
| 6 | Retention and Fee Applications | Brown, Coley P. | 11/20/2015 | Prepared monthly fee application documents and exhibits. | 2.0 | 550 | $ 1,100.00 |
| 6 | Retention and Fee Applications | Lukenda, James | 11/20/2015 | Nortel - review and sign-off fee application coordinate with Huron director | 0.2 | 750 | $ 150.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P. | 11/2/2015 | Reconciled employee claims against underlying analyses to ensure proper documentation. | 1.7 | 550 | $ 935.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P. | 11/2/2015 | Corresponded with A. Tsai of Epiq on employee claim communication documents. | 1.7 | 550 | $ 935.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P. | 11/2/2015 | Analyzed employee claims database and updated underlying analyses. | 1.5 | 550 | $ 825.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P. | 11/2/2015 | Reconciled employee claim communication documents and provided comments to Epiq | 1.4 | 550 | $ 770.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P. | 11/2/2015 | Reconciled employee claim communication documents and provided comments to Epiq | 1.2 | 550 | $ 660.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P. | 11/2/2015 | Corresponded with A. Tsai of Epiq on employee claim communication documents. | 0.5 | 550 | $ 275.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P. | 11/3/2015 | Analyzed employee claims database and updated underlying analyses. | 1.8 | 550 | $ 990.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P. | 11/3/2015 | Updated employee claims analysis and prepared notes for Epiq. | 1.7 | 550 | $ 935.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P. | 11/3/2015 | Analyzed employee claims report and updated analyses accordingly. | 1.4 | 550 | $ 770.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P. | 11/3/2015 | Reviewed and updated employee claims analysis based on Nortel comments and notes. | 1.1 | 550 | $ 605.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P. | 11/3/2015 | Reviewed employee claim communication documents and documented notes. | 1.0 | 550 | $ 550.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P. | 11/9/2015 | Worked with M. Cilia of RLKS to review employee claims for analysis | 1.9 | 550 | $ 1,045.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P. | 11/9/2015 | Analyzed employee claims and related communication documents. | 1.4 | 550 | $ 770.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P. | 11/9/2015 | Reconciled updated claims register to employee claims analyses. | 1.4 | 550 | $ 770.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P. | 11/9/2015 | Reviewed employee claims files provided by M. Cilia of RLKS and documented notes. | 1.3 | 550 | $ 715.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P. | 11/9/2015 | Reviewed and updated various employee claims analyses based on review. | 1.0 | 550 | $ 550.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P. | 11/12/2015 | Corresponded with A. Tsai and B. Hunt of Epiq regarding claims register. | 1.7 | 550 | $ 935.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P. | 11/12/2015 | Updated various employee claims analyses based on review of supporting documents. | 1.7 | 550 | $ 935.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P. | 11/12/2015 | Updated employee claims analysis and documented notes regarding the same. | 1.4 | 550 | $ 770.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P. | 11/12/2015 | Reviewed employee claim communication documents and documented notes. | 1.3 | 550 | $ 715.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P. | 11/12/2015 | Reviewed and updated employee claims analysis based on Nortel comments and notes. | 0.9 | 550 | $ 495.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P. | 11/13/2015 | Prepared employee claims analysis and provided to Cleary for review. | 2.0 | 550 | $ 1,100.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P. | 11/13/2015 | Reviewed and documented notes on various employee claims items. | 1.8 | 550 | $ 990.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P. | 11/13/2015 | Worked with M. Cilia of RLKS to review employee claims for analysis | 1.4 | 550 | $ 770.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P. | 11/13/2015 | Analyzed various employee claims and documented notes. | 1.3 | 550 | $ 715.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P. | 11/13/2015 | Reviewed and updated underlying employee claims analysis. | 1.1 | 550 | $ 605.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P. | 11/13/2015 | Investigated various employee claims issues per request of M. Cilia of RLKS. | 0.4 | 550 | $ 220.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P. | 11/16/2015 | Corresponded with A. Tsai of Epiq on employee claim communication documents. | 2.1 | 550 | $ 1,155.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P. | 11/16/2015 | Reconciled employee claims analysis against claims database | 1.6 | 550 | $ 880.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P. | 11/16/2015 | Investigated various employee claims items per request from A. Tsai of Epiq. | 1.6 | 550 | $ 880.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P. | 11/16/2015 | Investigated certain employee claim items per request from Cleary. | 1.5 | 550 | $ 825.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P. | 11/16/2015 | Reviewed and updated employee claims analysis based on comments from Epiq. | 1.2 | 550 | $ 660.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P. | 11/17/2015 | Reviewed additional employee claims in order to prepare for analysis | 1.9 | 550 | $ 1,045.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P. | 11/17/2015 | Reconciled employee claim communication documents and provided comments to Epiq | 1.5 | 550 | $ 825.00 |

**NORTEL EXHIBIT A - TIME DETAILS PERIOD NOVEMBER 1, 2015 THROUGH NOVEMBER 30, 2015**

| Task Code | Task Code Description | Professional | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 16 | Unsecured Claim Analysis | Brown, Coley P. | 11/17/2015 | Analyzed employee claims report and updated analyses accordingly. | 1.4 | 550 | $ 770.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P. | 11/17/2015 | Reviewed employee claims files provided by M. Cilia of RLKS and documented notes. | 1.3 | 550 | $ 715.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P. | 11/17/2015 | Updated various employee claims analyses based on review. | 1.1 | 550 | $ 605.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P. | 11/17/2015 | Reviewed and updated employee claim communication documents analysis. | 0.8 | 550 | $ 440.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P. | 11/18/2015 | Reconciled employee claim communication documents and provided comments to Epiq | 1.6 | 550 | $ 880.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P. | 11/18/2015 | Reviewed and updated various employee claims analyses based on review. | 1.4 | 550 | $ 770.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P. | 11/18/2015 | Analyzed various employee claims and documented notes accordingly. | 1.3 | 550 | $ 715.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P. | 11/18/2015 | Reviewed and updated employee claims analyses per comments from counsel. | 1.0 | 550 | $ 550.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P. | 11/18/2015 | Reconciled employee claims analysis against claims database | 0.9 | 550 | $ 495.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P. | 11/18/2015 | Reconciled updated claims register to employee claims analyses. | 0.8 | 550 | $ 440.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P. | 11/19/2015 | Reconciled employee claim communication documents and provided comments to Epiq | 1.9 | 550 | $ 1,045.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P. | 11/19/2015 | Updated various employee claims analyses based on review. | 1.5 | 550 | $ 825.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P. | 11/19/2015 | Reconciled employee claims analyses with underlying claims database. | 1.4 | 550 | $ 770.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P. | 11/19/2015 | Corresponded with A. Tsai of Epiq on employee claim communication documents. | 1.4 | 550 | $ 770.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P. | 11/19/2015 | Corresponded with A. Tsai of Epiq on employee claim communication documents. | 1.1 | 550 | $ 605.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P. | 11/19/2015 | Investigated various employee claims issues per request of Cleary. | 0.7 | 550 | $ 385.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P. | 11/20/2015 | Updated employee claims analysis and prepared notes for Epiq. | 1.9 | 550 | $ 1,045.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P. | 11/20/2015 | Investigated various employee claim issues per request from Cleary. | 1.5 | 550 | $ 825.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P. | 11/20/2015 | Updated various employee claims analyses based on review of supporting documents. | 1.3 | 550 | $ 715.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P. | 11/20/2015 | Updated employee claims analysis and documented notes regarding the same. | 1.3 | 550 | $ 715.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P. | 11/23/2015 | Corresponded with A. Tsai of Epiq on employee claim communication documents. | 1.8 | 550 | $ 990.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P. | 11/23/2015 | Updated various employee claims analyses based on review of supporting documents. | 1.5 | 550 | $ 825.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P. | 11/23/2015 | Investigated various employee claim issues per request from Cleary. | 1.5 | 550 | $ 825.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P. | 11/23/2015 | Updated various employee claims analyses based on review. | 1.3 | 550 | $ 715.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P. | 11/23/2015 | Updated employee claims analysis based on revised Nortel notes. | 1.3 | 550 | $ 715.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P. | 11/23/2015 | Reviewed and updated underlying employee claims analysis. | 0.6 | 550 | $ 330.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P. | 11/24/2015 | Corresponded with A. Tsai and B. Hunt of Epiq regarding claims register. | 1.8 | 550 | $ 990.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P. | 11/24/2015 | Reconciled employee claims against underlying analyses to ensure proper documentation. | 1.6 | 550 | $ 880.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P. | 11/24/2015 | Corresponded with Cleary regarding various employee claims items. | 1.4 | 550 | $ 770.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P. | 11/24/2015 | Analyzed notes regarding various employee claims and updated underlying analysis. | 1.1 | 550 | $ 605.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P. | 11/24/2015 | Reviewed and updated employee claims analysis based on notes from M. Cilia of RLKS. | 1.1 | 550 | $ 605.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P. | 11/24/2015 | Updated employee claims communication documents analysis. | 1.0 | 550 | $ 550.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P. | 11/30/2015 | Updated employee claims communication documents analysis. | 1.8 | 550 | $ 990.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P. | 11/30/2015 | Reconciled employee claims analyses with underlying claims database. | 1.4 | 550 | $ 770.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P. | 11/30/2015 | Reconciled employee claims analysis against claims database | 1.3 | 550 | $ 715.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P. | 11/30/2015 | Reviewed employee claim communication documents and documented notes. | 1.3 | 550 | $ 715.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P. | 11/30/2015 | Reviewed and updated employee claims communication document analysis. | 1.2 | 550 | $ 660.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P. | 11/30/2015 | Updated employee claims analysis based on comments from Cleary. | 1.0 | 550 | $ 550.00 |
| 16 | Unsecured Claim Analysis | Lukenda, James | 11/5/2015 | Nortel - communications review  notes to Huron director | 0.2 | 750 | $ 150.00 |