# Exhibit B

**NORTEL EXHIBIT B - EXPENSE DETAILS PERIOD NOVEMBER 1, 2015  THROUGH NOVEMBER 30, 2015**

| Date | Professional | Cost Type | Description | Amount |
|------|-------------|-----------|-------------|--------|
|      |             |           |             | -      |