# **<u>EXHIBIT A</u>**

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Collins | Allan | 02/11/2015 | attention to fee application; | 1.7 | 501.50 | 13331303 |
| Collins | Allan | 03/11/2015 | attention to fee application; | 2.6 | 767.00 | 13331302 |
| Collins | Allan | 04/11/2015 | attention to September fee application (1.4); attention to October fee application (3.7); | 5.1 | 1,504.50 | 13331296 |
| Bauer | Alison D. | 05/11/2015 | Review and comment upon fee application | 0.8 | 672.00 | 13332858 |
| Collins | Allan | 05/11/2015 | attention to fee application; | 3.4 | 1,003.00 | 13336463 |
| Collins | Allan | 06/11/2015 | attention to fee application; | 3.8 | 1,121.00 | 13336461 |
| Gray | William | 06/11/2015 | Review fee application filings | 0.8 | 756.00 | 13344645 |
| Collins | Allan | 09/11/2015 | attention to fee application; | 3.3 | 973.50 | 13350268 |
| Collins | Allan | 10/11/2015 | attention to fee application; | 0.6 | 177.00 | 13350271 |
| Collins | Allan | 11/11/2015 | attention to fee application; | 2.2 | 649.00 | 13350249 |
| Collins | Allan | 17/11/2015 | attention to fee application; | 2.2 | 649.00 | 13354957 |
| Gray | William | 17/11/2015 | Work on fee applications | 0.4 | 378.00 | 13357384 |
| Collins | Allan | 18/11/2015 | attention to fee application; | 2.7 | 796.50 | 13357069 |
| Collins | Allan | 19/11/2015 | attention to fee application; | 4.6 | 1,357.00 | 13362828 |
| Collins | Allan | 20/11/2015 | attention to fee application (4.4); multiple conversations with B. Yu regarding same (0.4); | 4.8 | 1,416.00 | 13362832 |
| Gray | William | 20/11/2015 | Review quarterly fee application | 0.5 | 472.50 | 13365314 |
| Bauer | Alison D. | 23/11/2015 | Fee application work | 0.2 | 168.00 | 13365036 |
| Collins | Allan | 23/11/2015 | attention to fee application (3.2); multiple conferences with B. Yu regarding same (0.3); | 3.5 | 1,032.50 | 13367029 |
| Gray | William | 23/11/2015 | Review quarterly fee application | 0.5 | 472.50 | 13376787 |
| Bauer | Alison D. | 24/11/2015 | Review and revise fee application (.7); confer and call with A. Collins (.2); | 0.9 | 756.00 | 13366483 |
| Collins | Allan | 24/11/2015 | attention to fee application (2.9); confer with A. Bauer regarding same (0.2); | 3.1 | 914.50 | 13367346 |
| Collins | Allan | 25/11/2015 | attention to fee application; | 2.7 | 796.50 | 13368818 |
| Gray | William | 25/11/2015 | Review quarterly fee application | 0.5 | 472.50 | 13376886 |
| Gray | William | 30/11/2015 | Review, finalize and submit quarterly fee application | 0.3 | 283.50 | 13382104 |
| Collins | Allan | 30/11/2015 | finalize and submit quarterly fee application (3.2); multiple conferences with B.Yu regarding same (0.3); | 3.5 | 1,032.50 | 13382790 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---:|---:|---|
| Slavens | Adam | 02/11/2015 | preparing notice of appeal; | 2.0 | 1,550.00 | 13325419 |
| Slavens | Adam | 02/11/2015 | reviewing trial records re fact witness affidavits and declarations; | 1.8 | 1,395.00 | 13325428 |
| Gray | William | 02/11/2015 | Work on appeal issues | 1.3 | 1,228.50 | 13344626 |
| Blake | Maureen | 03/11/2015 | review workspace for copies of trial exhibits (.3); locate emails regarding loading of the trial exhibits into the summation database (.3); discussion with C. Walker in the Litigation Technology Services Department regarding the USB key containing the complete trial record (.3); attention to electronic summation database (1.5); | 2.4 | 936.00 | 13326672 |
| Gray | William | 03/11/2015 | Work on appeal issues; | 1.8 | 1,701.00 | 13344632 |
| Block | Sheila R. | 04/11/2015 | preparation for and conference call with Torys and Cleary teams regarding relief to be sought; | 1.0 | 1,090.00 | 13328805 |
| Laskin | Aria | 04/11/2015 | Conducting research on Canadian laws of evidence for claims process; | 0.1 | 31.50 | 13330421 |
| Bomhof | Scott A. | 04/11/2015 | preparation for and conference call with S. Block, A. Gray, A. Slavens and Cleary team regarding appeal issues; | 1.0 | 875.00 | 13331992 |
| Slavens | Adam | 04/11/2015 | preparing notice of appeal (1.7); conference call with Cleary team and Torys team re same (0.7); | 2.4 | 1,860.00 | 13333557 |
| Slavens | Adam | 04/11/2015 | reviewing mediation correspondence; | 0.4 | 310.00 | 13333564 |
| Dafoe | Sarah | 04/11/2015 | (Toronto Office) assisting articling student with bankruptcy research (Silver, J.); | 1.2 | 420.00 | 13340096 |
| Gray | William | 04/11/2015 | Work on appeal issues | 1.3 | 1,228.50 | 13344635 |
| Gray | Andrew | 04/11/2015 | considering expert evidence for claims prosecution (1.4); reviewing trial evidence for claims litigation (3.2); call regarding appeal issues (0.5) | 5.1 | 4,207.50 | 13401347 |
| Laskin | Aria | 05/11/2015 | Conducting research on Canadian laws of evidence for claims process; | 1.8 | 567.00 | 13332555 |
| Stevenson | Thomas | 05/11/2015 | correspondence with S. Nickerson regarding Canadian registered pension plans; | 0.2 | 98.00 | 13332812 |
| Slavens | Adam | 05/11/2015 | preparing notice of appeal; | 4.7 | 3,642.50 | 13336319 |
| Gray | William | 05/11/2015 | Work on appeal issues; | 3.3 | 3,118.50 | 13344638 |
| Nickerson | Susan | 05/11/2015 | correspondence with Scott Bomhoff and Tom Stevenson about pension plan documents and terms; | 0.5 | 425.00 | 13383638 |
| Gray | Andrew | 05/11/2015 | reviewing materials regarding expert evidence (0.5); email regarding same (0.1); conducting legal research on transfer pricing issues and internal discussion regarding same (4.3); | 4.9 | 4,042.50 | 13401357 |
| Laskin | Aria | 06/11/2015 | Conducting research on Canadian laws of evidence for claims process; | 0.8 | 252.00 | 13333319 |
| Slavens | Adam | 06/11/2015 | preparing notice of appeal; | 3.6 | 2,790.00 | 13336403 |
| Gray | William | 06/11/2015 | Work on appeal issues | 0.8 | 756.00 | 13344644 |
| Gray | Andrew | 06/11/2015 | research on transfer pricing; | 1.7 | 1,402.50 | 13401363 |
| Laskin | Aria | 09/11/2015 | Conducting research on standard of review and contract interpretations for claims and appeal processes; | 1.3 | 409.50 | 13339107 |
| Slavens | Adam | 09/11/2015 | email correspondence with Cleary team and Torys team re Canadian pension matters; | 0.9 | 697.50 | 13340190 |
| Slavens | Adam | 09/11/2015 | preparing notice of appeal; | 1.5 | 1,162.50 | 13340198 |
| Stevenson | Thomas | 09/11/2015 | correspondence with S. Bomhof regarding Canadian pension plans (0.2); research | 2.6 | 1,274.00 | 13341441 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| | | | regarding pension plans (0.3); review and analysis of pension plan texts (1.5); meeting with S. Nickerson to discuss analysis of same (0.3); follow up correspondence with L. Schweitzer regarding pension liability (0.3); | | | |
| Gray | William | 09/11/2015 | Work on appeal issues | 1.4 | 1,323.00 | 13344652 |
| Nickerson | Susan | 09/11/2015 | email correspondence with Scott Bomhoff on pension liability (0.4); discussion with Tom Stevenson (0.3); | 0.7 | 595.00 | 13383634 |
| Silver | Jon | 10/11/2015 | meeting with A. Slavens to discuss research relating to appeal; | 0.3 | 76.50 | 13340884 |
| Laskin | Aria | 10/11/2015 | researching standard of review issues for appeal / leave proceedings (1.8); | 1.8 | 567.00 | 13342483 |
| Gray | William | 10/11/2015 | Work on appeal issues | 0.7 | 661.50 | 13344663 |
| Slavens | Adam | 10/11/2015 | preparing notice of appeal (1.0); discussion with J. Silver regarding research relating to appeal (0.3); | 1.3 | 1,007.50 | 13344811 |
| Gray | Andrew | 10/11/2015 | research on transfer pricing; | 1.7 | 1,402.50 | 13401376 |
| Gray | William | 11/11/2015 | Review decision and revise appeal argument outline | 1.6 | 1,512.00 | 13344670 |
| Gray | Andrew | 11/11/2015 | considering claims prosecution procedure and evidence and email regarding same; | 2.7 | 2,227.50 | 13401383 |
| Silver | Jon | 12/11/2015 | researching legal point for appeal argument; | 0.2 | 51.00 | 13345835 |
| Gray | William | 12/11/2015 | Work on appeal issues | 1.3 | 1,228.50 | 13351620 |
| Silver | Jon | 13/11/2015 | prepare for and meet with A. Slavens, J. Opolsky, A. Gray, A. Laskin and S. Bomhof to discuss intercompany claims; | 0.8 | 204.00 | 13345967 |
| Opolsky | Jeremy | 13/11/2015 | meetings with Torys team re: claims issues and follow-up; | 1.0 | 565.00 | 13347206 |
| Laskin | Aria | 13/11/2015 | meeting with Torys team to discuss claims issues; | 0.3 | 94.50 | 13347380 |
| Slavens | Adam | 13/11/2015 | meeting with S. Bomhof, A. Gray, J. Opolsky, A. Laskin and J. Silver re intercompany claims (0.7); preparing for same (1.0); | 1.7 | 1,317.50 | 13350235 |
| Bomhof | Scott A. | 13/11/2015 | prepare for and meet with A. Gray, A. Slavens, J. Opolsky, A. Laskin and J. Silver to discuss intercompany claims (1.5); exchange messages with Cleary, S. Nickerson and T. Stevenson regarding Canadian pension issues (.5); | 2.0 | 1,750.00 | 13352982 |
| Gray | Andrew | 13/11/2015 | meet with Torys team regarding intercompany claims; | 0.7 | 577.50 | 13401399 |
| Bomhof | Scott A. | 16/11/2015 | reviewing NNL pension documents and exchange messages with Cleary, S. Nickerson and T. Stevenson regarding pension liability issues (2.0); exchange emails with M. Wunder regarding pension issues (.2); | 2.2 | 1,925.00 | 13352993 |
| Nickerson | Susan | 16/11/2015 | review and respond to query from Scott Bomhof on PBGF claim; | 0.2 | 170.00 | 13353031 |
| Gray | Andrew | 16/11/2015 | planning for CCAA claims process; | 1.5 | 1,237.50 | 13355000 |
| Gray | William | 16/11/2015 | Work on appeal issues; | 1.7 | 1,606.50 | 13357374 |
| Stevenson | Thomas | 17/11/2015 | correspondence with S. Bomhof and S. Nickerson regarding PBGF subrogation claims; | 0.2 | 98.00 | 13353553 |
| Gray | William | 17/11/2015 | Work on appeal issues | 1.6 | 1,512.00 | 13357385 |
| Nickerson | Susan | 17/11/2015 | email correspondence with Scott Bomhoff regarding joint liability for pension deficits; | 0.2 | 170.00 | 13383615 |
| Silver | Jon | 18/11/2015 | reviewing intercompany claims; | 1.1 | 280.50 | 13355203 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Laskin | Aria | 18/11/2015 | reviewing claims document and identifying necessary supporting documents; | 0.3 | 94.50 | 13356266 |
| Gray | William | 18/11/2015 | Review court decision and revise appeal argument outline | 1.3 | 1,228.50 | 13357388 |
| Slavens | Adam | 18/11/2015 | email correspondence with J. Ray, Cleary team and R. Baulke re Morneau records access agreement; | 0.8 | 620.00 | 13359067 |
| Nickerson | Susan | 18/11/2015 | correspondence with Scott Bomhoff regarding pension liability; | 0.3 | 255.00 | 13383618 |
| Gray | William | 19/11/2015 | Work on appeal issues | 1.3 | 1,228.50 | 13357401 |
| Laskin | Aria | 20/11/2015 | Meeting to discuss claims evidence (1.1); | 1.1 | 346.50 | 13359128 |
| Silver | Jon | 20/11/2015 | meeting to discuss intercompany claims - with A. Slavens, J. Opolsky, A. Gray, S. Bomhof and A. Laskin; | 0.8 | 204.00 | 13359197 |
| Blake | Maureen | 20/11/2015 | review coding of additional documents added to the summation database and discussions regarding same (.4); | 0.4 | 156.00 | 13359450 |
| Bomhof | Scott A. | 20/11/2015 | preparing for and meeting with A. Gray, A. Slavens, J. Silver, A. Laskin and J. Opolsky regarding intercompany claims issues; | 1.4 | 1,225.00 | 13361060 |
| Opolsky | Jeremy | 20/11/2015 | reviewing and analyzing documents re: claims (1.0); drafting memo re: same (2.0); preparing for and meeting with A. Gray, A. Slavens, S. Bomhof and A. Laskin re: same (.4); | 3.4 | 1,921.00 | 13362210 |
| Gray | William | 20/11/2015 | Work on equitable subordination; | 1.8 | 1,701.00 | 13365317 |
| Slavens | Adam | 20/11/2015 | meeting with S. Bomhof, A. Gray, J. Opolsky, A. Laskin and J. Silver re intercompany claims matters (0.5); preparing for same (1.0); | 1.5 | 1,162.50 | 13367123 |
| Gray | Andrew | 20/11/2015 | preparing for and participating in conference call on expert witnesses on transfer pricing (1.0); conducting research on transfer pricing law in Canada and reviewing trial record regarding same (2.6); meeting on claims prosecution (0.5); | 4.1 | 3,382.50 | 13402340 |
| Gray | William | 23/11/2015 | Work on appeals issues | 0.7 | 661.50 | 13376794 |
| Blake | Maureen | 24/11/2015 | discussions regarding hyper linking to the factum (.3); commence review of the additional documents added to the summation database (.7); | 1.0 | 390.0 | 13366895 |
| Slavens | Adam | 24/11/2015 | reviewing and commenting on draft US appeal brief (1.2); reviewing email correspondence from S. Block and J. Opolsky re same (0.3); | 1.5 | 1,162.50 | 13367154 |
| Laskin | Aria | 25/11/2015 | Reviewing and commenting on draft appellate brief; | 0.3 | 94.50 | 13368672 |
| Gray | William | 25/11/2015 | Work on appeal issues | 1.3 | 1,228.50 | 13376882 |
| Gray | Andrew | 25/11/2015 | reviewing US appeal brief and providing comments (1.3); considering applicability of US arguments to the Canadian appeal (0.8); reviewing transfer pricing caselaw and considering expert evidence issues (1.2); | 3.3 | 2,722.50 | 13402360 |
| Laskin | Aria | 26/11/2015 | Researching Ontario discovery procedure (0.4); | 0.4 | 126.00 | 13371091 |
| Blake | Maureen | 27/11/2015 | review the coding of the additional documents uploaded to the summation database, update same and create and save queries to reflect source of documents (1.3); | 1.3 | 507.00 | 13371594 |
| Laskin | Aria | 30/11/2015 | Responding to client queries regarding discovery processes in Canada (1.7); | 1.7 | 535.50 | 13376977 |

Litigation

| **Last Name** | **First Name** | **Date** | **Description** | **Hours** | **Value** | **Index#** |
|---|---|---|---|---|---|---|
| Gray | William | 30/11/2015 | Work on appeal issues | 1.7 | 1,606.50 | 13382105 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Bomhof | Scott A. | 02/11/2015 | research regarding appeal issues related to Ontario allocation order; | 4.7 | 4,112.50 | 13328827 |
| Silver | Jon | 03/11/2015 | meeting with S. Bomhof to discuss research for appeal factum; | 0.3 | 76.50 | 13325256 |
| Bomhof | Scott A. | 03/11/2015 | research regarding Canadian legal issues related to appeal of Ontario allocation order (4.7); meet with J. Silver regarding same (0.3); | 5.0 | 4,375.00 | 13331119 |
| Bomhof | Scott A. | 04/11/2015 | research regarding Canadian legal issues related to appeal of Canadian allocation decision; | 3.2 | 2,800.00 | 13331991 |
| Slavens | Adam | 04/11/2015 | conducting Canadian legal research on valuation matters re appeal factum; | 2.5 | 1,937.50 | 13333565 |
| Bomhof | Scott A. | 05/11/2015 | research regarding Canadian legal issues related to Ontario appeal; | 2.9 | 2,537.50 | 13335139 |
| Slavens | Adam | 05/11/2015 | conducting Canadian legal research re Rules of Civil Procedure; | 1.8 | 1,395.00 | 13336349 |
| Silver | Jon | 06/11/2015 | researching bankruptcy principle related to appeal and meeting with S. Bomhof regarding same; | 2.5 | 637.50 | 13335066 |
| Bomhof | Scott A. | 06/11/2015 | reviewing law prepared by J. Silver and meeting with J. Silver to discuss (.9); research regarding Canadian legal issues related to appeal (5.2); | 6.1 | 5,337.50 | 13335142 |
| Slavens | Adam | 06/11/2015 | conducting Canadian legal research re Rules of Civil Procedure; | 2.5 | 1,937.50 | 13336421 |
| Bomhof | Scott A. | 09/11/2015 | research regarding Canadian legal issues related to appeal of Ontario allocation order; | 3.3 | 2,887.50 | 13337995 |
| Slavens | Adam | 09/11/2015 | conducting Canadian legal research re Rules of Civil Procedure; | 2.6 | 2,015.00 | 13340193 |
| Bomhof | Scott A. | 10/11/2015 | research regarding appeal issues related to Ontario allocation order; | 5.2 | 4,550.00 | 13343376 |
| Bomhof | Scott A. | 11/11/2015 | research regarding issues related to appeal of Ontario allocation order; | 2.5 | 2,187.50 | 13343556 |
| Slavens | Adam | 11/11/2015 | conducting Canadian legal research re valuation matters re appeal; | 2.6 | 2,015.00 | 13347541 |
| Bomhof | Scott A. | 12/11/2015 | research regarding issues related to appeal of Ontario allocation decision; | 3.2 | 2,800.00 | 13346044 |
| Slavens | Adam | 13/11/2015 | conducting Canadian legal research re valuation matters re appeal; | 2.0 | 1,550.00 | 13350251 |
| Bomhof | Scott A. | 13/11/2015 | research regarding issues related to intercompany claims (1.2); research regarding appeal issues (2.1); | 3.3 | 2,887.50 | 13352984 |
| Slavens | Adam | 17/11/2015 | conducting Canadian legal research re valuation matters re appeal; | 3.5 | 2,712.50 | 13355074 |
| Slavens | Adam | 18/11/2015 | conducting Canadian legal research re valuation matters re appeal; | 4.3 | 3,332.50 | 13359082 |
| Bomhof | Scott A. | 18/11/2015 | research regarding Canadian legal issues related to intercompany claims; | 2.5 | 2,187.50 | 13361055 |
| Slavens | Adam | 19/11/2015 | conducting Canadian legal research re valuation matters re appeal; | 3.0 | 2,325.00 | 13359098 |
| Bomhof | Scott A. | 19/11/2015 | research regarding appeal issues; | 1.0 | 875.00 | 13361058 |
| Slavens | Adam | 20/11/2015 | conducting Canadian legal research re valuation matters re appeal; | 3.9 | 3,022.50 | 13367115 |
| DeMarinis | Tony | 20/11/2015 | analysis and review of cross-border procedural matters in the proceedings; | 1.3 | 1,417.00 | 13369484 |
| Bomhof | Scott A. | 23/11/2015 | research regarding appeal issues; | 3.2 | 2,800.00 | 13366213 |
| Slavens | Adam | 24/11/2015 | conducting Canadian legal research re valuation | 5.5 | 4,262.50 | 13367150 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Bomhof | Scott A. | 25/11/2015 | research regarding issues related to appeal of Ontario allocation order; | 5.8 | 5,075.00 | 13368330 |
| Slavens | Adam | 25/11/2015 | conducting Canadian legal research re valuation matters re appeal; | 1.8 | 1,395.00 | 13371652 |
| Bomhof | Scott A. | 26/11/2015 | research regarding Canadian legal issues related to appeal of Ontario allocation order; | 3.9 | 3,412.50 | 13372801 |
| DeMarinis | Tony | 26/11/2015 | reading materials relating to allocation appeals; | 0.9 | 981.00 | 13377376 |
| Bomhof | Scott A. | 27/11/2015 | research regarding appeal issues related to Ontario allocation order; | 1.0 | 875.00 | 13372809 |
| Slavens | Adam | 27/11/2015 | conducting Canadian legal research re examinations for discovery in Ontario and related matters; | 4.7 | 3,642.50 | 13382255 |
| Slavens | Adam | 30/11/2015 | conducting Canadian legal research re examinations for discovery in Ontario and related matters; | 2.1 | 1,627.50 | 13382283 |
| Bomhof | Scott A. | 30/11/2015 | research regarding legal issues related to appeal of Ontario allocation order; | 3.1 | 2,712.50 | 13387235 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Slavens | Adam | 11/11/2015 | reviewing intercompany claims documents and preparing plan for the hearing of same; | 3.7 | 2,867.50 | 13347532 |
| Slavens | Adam | 16/11/2015 | reviewing intercompany claims re litigation action steps; | 1.8 | 1,395.00 | 13351923 |
| Slavens | Adam | 17/11/2015 | reviewing intercompany claims re litigation action steps; | 0.9 | 697.50 | 13355070 |
| Slavens | Adam | 18/11/2015 | reviewing intercompany claims re litigation action steps; | 2.5 | 1,937.50 | 13359066 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Slavens | Adam | 02/11/2015 | email correspondence with P. Cantwell re records disposal motion settlements; | 0.2 | 155.00 | 13325423 |
| Bomhof | Scott A. | 03/11/2015 | reviewing emails distributed regarding US appeal mediation; | 0.3 | 262.50 | 13331117 |
| DeMarinis | Tony | 04/11/2015 | counsel correspondence regarding mediation, and consideration of matters relating to same; | 0.8 | 872.00 | 13332329 |
| DeMarinis | Tony | 05/11/2015 | review and consideration of mediation communications and settlement issues (0.9); reviewing settlement communications and matters raised in same (0.8); | 1.7 | 1,853.00 | 13332330 |
| Bomhof | Scott A. | 06/11/2015 | exchange emails with Cassels Brock regarding leave to appeal hearing and decision status; | 0.4 | 350.00 | 13335143 |
| Slavens | Adam | 06/11/2015 | telephone call with C. Armstrong re CCAA case matters (0.3); preparing email correspondence to P. Cantwell re same (0.3); | 0.6 | 465.00 | 13336381 |
| DeMarinis | Tony | 06/11/2015 | review of mediation materials and counsel exchanges; | 0.7 | 763.00 | 13342651 |
| Bomhof | Scott A. | 09/11/2015 | reviewing emails from Cleary team at mediation and assist in review of Canadian pension issues (1.4); provide comments on Court of appeal ppi order to Goodmans (.2); | 1.6 | 1,400.00 | 13337994 |
| Opolsky | Jeremy | 09/11/2015 | correspondence with Torys team re: case updates; | 0.2 | 113.0 | 13339213 |
| Slavens | Adam | 09/11/2015 | reviewing document disposal motion materials (0.8); email correspondence with P. Cantwell and C. Armstrong re same (0.3); | 1.1 | 852.50 | 13340184 |
| DeMarinis | Tony | 10/11/2015 | reviewing materials and issues regarding appeals consolidation (0.5); reviewing matters regarding ongoing mediation and related issues (1.3); | 1.8 | 1,962.00 | 13342663 |
| Bomhof | Scott A. | 11/11/2015 | reviewing Ontario court filings regarding status of claims determination process; | 0.8 | 700.00 | 13343555 |
| Opolsky | Jeremy | 11/11/2015 | corresponding with Cleary re: mediation issues; | 0.6 | 339.00 | 13343855 |
| DeMarinis | Tony | 11/11/2015 | reviewing motion to consolidate materials (0.2); counsel correspondence on mediation (0.1); reading 123rd Monitor's report (0.2); reviewing mediation status (0.4); | 0.9 | 981.00 | 13344788 |
| Slavens | Adam | 11/11/2015 | email correspondence with M. Gianis and J. Opolsky re breakdown of CCC claims (0.2); reviewing CCAA case website re same (0.8); | 1.0 | 775.00 | 13347534 |
| Slavens | Adam | 12/11/2015 | email correspondence with D. Stein, M. Gianis and J. Opolsky re breakdown of CCC claims (0.5); reviewing CCAA case website re same (2.3); | 2.8 | 2,170.00 | 13347537 |
| Slavens | Adam | 12/11/2015 | reviewing CCAA case court materials re Lucescu lift stay motion; | 1.5 | 1,162.50 | 13347547 |
| Opolsky | Jeremy | 17/11/2015 | analyzing claims documents; | 0.1 | 56.50 | 13354034 |
| Opolsky | Jeremy | 18/11/2015 | reviewing and analyzing claims documents; | 0.4 | 226.00 | 13355892 |
| Opolsky | Jeremy | 19/11/2015 | analyzing submissions re: claims; | 0.2 | 113.00 | 13358091 |
| Bomhof | Scott A. | 19/11/2015 | reviewing intercompany claims list and prepare material for proof of claim; | 0.9 | 787.50 | 13361057 |
| Bomhof | Scott A. | 23/11/2015 | reviewing US draft appeal brief; | 1.0 | 875.00 | 13366214 |
| Slavens | Adam | 23/11/2015 | email correspondence with R. Baulke re Morneau records access agreement (0.1); email correspondence with M. Livingston re Lucescu-D&O motion (0.1); | 0.2 | 155.00 | 13367137 |
| Opolsky | Jeremy | 24/11/2015 | reviewing and analyzing appeal documents; | 2.8 | 1,582.00 | 13366539 |
| Bomhof | Scott A. | 25/11/2015 | reviewing and providing comments on draft US | 1.4 | 1,225.00 | 13368331 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Opolsky | Jeremy | 25/11/2015 | appeal brief (1.0); reviewing notice of potential claims against D&O Trust and forward same to L. Schweitzer (.4); reviewing appeals documents and email to Cleary re: same; | 0.9 | 508.50 | 13368691 |
| Slavens | Adam | 25/11/2015 | reviewing letter from J. Evans to the monitor and related court orders re D&O matters; | 1.5 | 1,162.50 | 13371644 |
| DeMarinis | Tony | 25/11/2015 | consideration of issues regarding mediation and pending appeals; | 1.0 | 1,090.00 | 13377360 |
| Slavens | Adam | 26/11/2015 | telephone call with C. Armstrong re November 27, 2015, chambers appointment (0.2); email correspondence with M. Livingston re same (0.1); preparing for November 27, 2015, chambers appointment (1.5); reviewing CCAA court orders re D&O issues (2.5); | 4.3 | 3,332.50 | 13371760 |
| Bomhof | Scott A. | 26/11/2015 | prepare outline of appeal issues for factum; | 1.2 | 1,050.00 | 13372800 |
| Slavens | Adam | 27/11/2015 | chambers appointment (1.0); preparing reporting email to M. Livingston re same (0.3); | 1.3 | 1,007.50 | 13382231 |
| Slavens | Adam | 30/11/2015 | reviewing CCAA case court orders and monitor's reports re D&O matters; | 2.9 | 2,247.50 | 13382288 |
| Bomhof | Scott A. | 30/11/2015 | reviewing Canadian docket regarding D&O claim related to Calgary employees and discuss same with L. Schweitzer; | 0.7 | 612.50 | 13387236 |

U.S. Proceedings/Matters

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Slavens | Adam | 10/11/2015 | reviewing chapter 11 motion re document disposal matters; | 0.8 | 620.00 | 13344704 |
| Slavens | Adam | 23/11/2015 | reviewing and commenting on draft US appeal brief; | 2.7 | 2,092.50 | 13367132 |
| Slavens | Adam | 25/11/2015 | reviewing and commenting on draft US appeal brief; | 1.0 | 775.00 | 13371649 |
| Slavens | Adam | 30/11/2015 | reviewing draft motion materials re document disposal motion and related email correspondence from P. Cantwell and K. Schultea re same; | 1.7 | 1,317.50 | 13382293 |