# **<u>EXHIBIT B</u>**

**Nortel**
**November 2015 Disbursements**

| | | | | |
|---|---|---|---|---|
| 303 | Taxi & Travel | 27/11/2015 $ | 7.65 | Taxi & Travel Slavens, Adam; Taxi/Car Service - 330 University to court |
| 375 | Miscellaneous | 05/11/2015 | 23.22 | Miscellaneous - - VENDOR: Grand & Toy Limited -USB KEYS |
| 375 | Miscellaneous | 05/11/2015 | 7.74 | Miscellaneous - - VENDOR: Grand & Toy Limited -USB KEY |
| | | $ | 30.96 | |
| 498 | Library Costs | 09/11/2015 $ | 8.34 | Library Costs |
| 801 | Copies | 06/11/2015 | 0.10 | Copies |
| 801 | Copies | 13/11/2015 | 11.40 | Copies |
| 808 | Laser Printing | 03/11/2015 | 2.20 | Laser Printing |
| 808 | Laser Printing | 03/11/2015 | 1.30 | Laser Printing |
| 808 | Laser Printing | 03/11/2015 | 27.80 | Laser Printing |
| 808 | Laser Printing | 04/11/2015 | 3.60 | Laser Printing |
| 808 | Laser Printing | 04/11/2015 | 6.40 | Laser Printing |
| 808 | Laser Printing | 04/11/2015 | 2.20 | Laser Printing |
| 808 | Laser Printing | 06/11/2015 | 0.70 | Laser Printing |
| 808 | Laser Printing | 06/11/2015 | 14.00 | Laser Printing |
| 808 | Laser Printing | 09/11/2015 | 0.10 | Laser Printing |
| 808 | Laser Printing | 09/11/2015 | 3.90 | Laser Printing |
| 808 | Laser Printing | 09/11/2015 | 11.60 | Laser Printing |
| 808 | Laser Printing | 12/11/2015 | 3.00 | Laser Printing |
| 808 | Laser Printing | 13/11/2015 | 3.60 | Laser Printing |
| 808 | Laser Printing | 17/11/2015 | 0.80 | Laser Printing |
| 808 | Laser Printing | 18/11/2015 | 9.80 | Laser Printing |
| 808 | Laser Printing | 19/11/2015 | 8.70 | Laser Printing |
| 808 | Laser Printing | 20/11/2015 | 0.40 | Laser Printing |
| 808 | Laser Printing | 20/11/2015 | 43.10 | Laser Printing |
| 808 | Laser Printing | 20/11/2015 | 2.40 | Laser Printing |
| 808 | Laser Printing | 23/11/2015 | 7.40 | Laser Printing |
| 808 | Laser Printing | 23/11/2015 | 0.10 | Laser Printing |
| 808 | Laser Printing | 23/11/2015 | 14.80 | Laser Printing |
| 808 | Laser Printing | 24/11/2015 | 7.40 | Laser Printing |
| 808 | Laser Printing | 25/11/2015 | 9.50 | Laser Printing |
| 808 | Laser Printing | 30/11/2015 | 32.50 | Laser Printing |
| 4808 | Laser Printing | 02/11/2015 | 1.30 | Laser Printing |
| 4808 | Laser Printing | 05/11/2015 | 1.90 | Laser Printing |
| 4808 | Laser Printing | 05/11/2015 | 1.30 | Laser Printing |
| 4808 | Laser Printing | 05/11/2015 | 0.10 | Laser Printing |
| 4808 | Laser Printing | 05/11/2015 | 0.20 | Laser Printing |
| 4808 | Laser Printing | 06/11/2015 | 1.40 | Laser Printing |
| 4808 | Laser Printing | 20/11/2015 | 1.20 | Laser Printing |
| 4808 | Laser Printing | 20/11/2015 | 1.20 | Laser Printing |
| 4808 | Laser Printing | 23/11/2015 | 1.20 | Laser Printing |
| 4808 | Laser Printing | 23/11/2015 | 0.10 | Laser Printing |
| 4808 | Laser Printing | 24/11/2015 | 1.90 | Laser Printing |
| 4808 | Laser Printing | 24/11/2015 | 1.10 | Laser Printing |
| 4808 | Laser Printing | 24/11/2015 | 0.20 | Laser Printing |
| 4808 | Laser Printing | 24/11/2015 | 1.90 | Laser Printing |

**Nortel**
**November 2015 Disbursements**

| | | | | |
|---|---|---|---|---|
| 4808 | Laser Printing | 24/11/2015 | 0.10 | Laser Printing |
| 4808 | Laser Printing | 24/11/2015 | 0.10 | Laser Printing |
| 4808 | Laser Printing | 24/11/2015 | 0.10 | Laser Printing |
| 4808 | Laser Printing | 25/11/2015 | 0.10 | Laser Printing |
| 4808 | Laser Printing | 25/11/2015 | 0.10 | Laser Printing |
| 4808 | Laser Printing | 25/11/2015 | 1.10 | Laser Printing |
| | | | **$ 245.40** | |
| 829 | Electronic Document Processing | 30/11/2015 | **$ 595.73** | Electronic Document Processing |
| 885 | On Line Research Charges - Quicklaw | 04/11/2015 | 19.12 | On Line Research Charges - Quicklaw |
| 885 | On Line Research Charges - Quicklaw | 06/11/2015 | 39.01 | On Line Research Charges - Quicklaw |
| 885 | On Line Research Charges - Quicklaw | 09/11/2015 | 65.01 | On Line Research Charges - Quicklaw |
| 885 | On Line Research Charges - Quicklaw | 09/11/2015 | 2.29 | On Line Research Charges - Quicklaw |
| 885 | On Line Research Charges - Quicklaw | 12/11/2015 | 22.18 | On Line Research Charges - Quicklaw |
| 885 | On Line Research Charges - Quicklaw | 26/11/2015 | 4.60 | On Line Research Charges - Quicklaw |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 05/11/2015 | 108.12 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 06/11/2015 | 63.67 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 09/11/2015 | 31.84 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 09/11/2015 | 81.45 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 30/11/2015 | 252.47 | On Line Research Charges -WestlaweCarswell Incl. |
| | | | **$ 689.76** | |
| | | | **$ 1,577.84** | |