# Exhibit B

**EXPENSE SUMMARY**

Nortel Networks, Inc., *et al.*
(Case No. 09-10138 (KG))

December 1, 2015 through December 31, 2015

| **Expense Category** | **Service Provider (if applicable)** | **Total Expenses** |
|---|---|---|
| Transcripts | | $97.00 |
| Photos/Art/Spec Duplicating | Out of Office | 160.97 |
| Travel | | 781.00 |
| Meals | | 99.70 |
| Messenger Services | | 90.00 |
| Courier/Delivery Service | | 352.19 |
| In-House Duplicating | | 384.45 |
| Postage | | 36.98 |
| Facsimile | | 87.00 |
| Pacer | | 38.20 |
| Hotel Accommodations | | 606.22 |
| **Total Expenses** | | **$2,733.71** |

**COST ENTRIES**

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1377410 | 12/23/15 | B | 97.00 | Transcripts - DIAZ DATA SERVICES - EXPEDITED TRANSCRIPT - 12/23/15 | 506 | 971 | 213805 |
| 1377541 | 11/30/15 | B | 14.20 | Photos/Art/Spec Duplicating-Out of Office - D DISCOVERY - BANKRUPTCY SERVICE - 11/30/15 | 510 | 684 | 213851 |
| 1377537 | 12/08/15 | B | 62.29 | Photos/Art/Spec Duplicating-Out of Office - D DISCOVERY - BANKRUPTCY SERVICE - 12/8/15 | 510 | 684 | 213847 |
| 1379618 | 12/21/15 | B | 84.48 | Photos/Art/Spec Duplicating-Out of Office - D DISCOVERY - BANKRUPTCY SERVICE - 12/21/15 | 510 | 684 | 214047 |
| 1374371 | 11/05/15 | B | 234.00 | Travel - AMERICAN EXPRESS - D. ABBOTT - AMTRA - WILMINGTON TO NYC ROUND TRIP - 11/9/15 | 511 | 000 | 213536 |
| 1374375 | 11/10/15 | B | 253.00 | Travel - AMERICAN EXPRESS - D. ABBOTT - AMTRA - WILMINGTON TO NYC ROUND TRIP - 11/11/15 | 511 | 000 | 213536 |
| 1374383 | 11/12/15 | B | 216.00 | Travel - AMERICAN EXPRESS - D. ABBOTT - AMTRA - WILMINGTON TO NYC ROUND TRIP - 11/16/15 - 11/18/15 | 511 | 000 | 213536 |
| 1374389 | 11/18/15 | B | 78.00 | Travel - AMERICAN EXPRESS - D. ABBOTT - AMTRA - NYC TO WILMINGTON - REVISED FARE - 11/18/15 | 511 | 000 | 213536 |
| 1377961 | 11/05/15 | B | 99.70 | Meals - AMERICAN EXPRESS - JANSSEN'S - LUNCH FOR 5 PEOPLE - 11/5/15 | 512 | 000 | 213901 |
| 1375239 | 12/02/15 | B | 5.00 | Messenger Service - to Trustee | 513S | 684 | |
| 1375242 | 12/03/15 | B | 5.00 | Messenger Service - to UST | 513S | 684 | |
| 1375309 | 12/08/15 | B | 5.00 | Messenger Service - to USDC | 513S | 684 | |
| 1375334 | 12/10/15 | B | 5.00 | Messenger Service - to UST | 513S | 684 | |
| 1375342 | 12/10/15 | B | 5.00 | Messenger Service - to USBC | 513S | 684 | |
| 1375362 | 12/14/15 | B | 5.00 | Messenger Service - to UST | 513S | 684 | |
| 1377723 | 12/15/15 | B | 5.00 | Messenger Service - to USBC - Gross | 513S | 684 | |
| 1377726 | 12/16/15 | B | 5.00 | Messenger Service - to UST | 513S | 684 | |
| 1377751 | 12/17/15 | B | 5.00 | Messenger Service - to UST | 513S | 684 | |
| 1377764 | 12/17/15 | B | 5.00 | Messenger Service - to UST | 513S | 546 | |
| 1377775 | 12/18/15 | B | 5.00 | Messenger Service - to USBC | 513S | 684 | |
| 1377777 | 12/18/15 | B | 5.00 | Messenger Service - to USBC | 513S | 684 | |
| 1377802 | 12/21/15 | B | 5.00 | Messenger Service - to USBC | 513S | 684 | |
| 1377819 | 12/22/15 | B | 5.00 | Messenger Service - to USBC | 513S | 961 | |
| 1377820 | 12/22/15 | B | 5.00 | Messenger Service - to USBC | 513S | 961 | |

```
Nortel Networks, Inc.                                         PROFORMA  392038        AS OF 12/31/15                    INVOICE#  ******
63989-DIP
DATE: 01/08/16 11:14:25
```

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1377822 | 12/22/15 | B | 5.00 | Messenger Service - to USBC | 513S | 971 | |
| 1377823 | 12/22/15 | B | 5.00 | Messenger Service - to Trustee | 513S | 971 | |
| 1377833 | 12/23/15 | B | 5.00 | Messenger Service - to Trustee | 513S | 684 | |
| 1374368 | 10/30/15 | B | 54.33 | Courier/Delivery Service - AMERICAN EXPRESS - USPS.COM - WEEKEND SHIPPING - 10/29/15 | 514 | 000 | 213536 |
| 1374376 | 11/11/15 | B | 54.33 | Courier/Delivery Service - AMERICAN EXPRESS - USPS.COM - WEEKEND SHIPPING - 11/10/15 | 514 | 000 | 213536 |
| 1376399 | 12/02/15 | B | 50.84 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 213688 |
| 1373613 | 12/04/15 | B | 14.15 | Courier/Delivery Service | 514 | 322 | 213451 |
| 1374669 | 12/08/15 | B | 8.40 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 213553 |
| 1374671 | 12/08/15 | B | 8.28 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 213553 |
| 1377383 | 12/11/15 | B | 13.80 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 213787 |
| 1377934 | 12/17/15 | B | 46.84 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 213897 |
| 1377460 | 12/22/15 | B | 19.40 | Courier/Delivery Service | 514 | 322 | 213816 |
| 1377461 | 12/22/15 | B | 12.61 | Courier/Delivery Service | 514 | 322 | 213816 |
| 1377462 | 12/22/15 | B | 12.61 | Courier/Delivery Service | 514 | 322 | 213816 |
| 1377463 | 12/22/15 | B | 15.02 | Courier/Delivery Service | 514 | 322 | 213816 |
| 1377464 | 12/22/15 | B | 12.61 | Courier/Delivery Service | 514 | 322 | 213816 |
| 1377465 | 12/22/15 | B | 18.21 | Courier/Delivery Service | 514 | 322 | 213816 |
| 1377476 | 12/22/15 | B | 10.76 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 213819 |
| 1373379 | 12/07/15 | B | 0.30 | In-House Duplicating | 519 | 605 | |
| 1374048 | 12/09/15 | B | 4.20 | In-House Duplicating | 519 | 623 | |
| 1375491 | 12/15/15 | B | 72.00 | In-House Duplicating | 519 | 684 | |
| 1375492 | 12/15/15 | B | 4.00 | In-House Duplicating | 519 | 971 | |
| 1376224 | 12/17/15 | B | 9.20 | In-House Duplicating | 519 | 546 | |
| 1377203 | 12/22/15 | B | 2.80 | In-House Duplicating | 519 | 971 | |
| 1375159 | 12/02/15 | B | 4.26 | Postage | 520 | 684 | |
| 1375162 | 12/03/15 | B | 4.26 | Postage | 520 | 684 | |
| 1375183 | 12/10/15 | B | 1.42 | Postage | 520 | 684 | |
| 1375198 | 12/11/15 | B | 5.58 | Postage | 520 | 684 | |
| 1375199 | 12/12/15 | B | 1.20 | Postage | 520 | 684 | |
| 1377488 | 12/16/15 | B | 13.70 | Postage | 520 | 684 | |
| 1377495 | 12/17/15 | B | 2.84 | Postage | 520 | 684 | |
| 1377499 | 12/17/15 | B | 3.72 | Postage | 520 | 546 | |

Nortel Networks, Inc.  
63989-DIP  
DATE: 01/08/16 11:14:25

PRO FORMA  392038         AS OF 12/31/15         INVOICE#  ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---:|---|---|---|---|
| 1377542 | 11/30/15 | B | 87.00 | Facsimile - DLS DISCOVERY - FAX BROADCAST - 11/30/15 | 522H | 684 | 213851 |
| 1374816 | 11/30/15 | B | 38.20 | Pacer charges for the month of November | 529 | 000 | |
| 1371878 | 12/02/15 | B | 3.30 | In-House Printing - black & white Call time: 20:10; to | 541 | 961 | |
| 1372638 | 12/04/15 | B | 76.80 | In-House Printing - black & white Call time: 10:55; to | 541 | 603 | |
| 1373380 | 12/08/15 | B | 0.10 | In-House Printing - black & white Call time: 17:39; to | 541 | 605 | |
| 1373381 | 12/08/15 | B | 0.05 | In-House Printing - black & white Call time: 17:40; to | 541 | 605 | |
| 1373382 | 12/08/15 | B | 0.10 | In-House Printing - black & white Call time: 17:41; to | 541 | 605 | |
| 1373383 | 12/08/15 | B | 0.05 | In-House Printing - black & white Call time: 17:41; to | 541 | 605 | |
| 1374437 | 12/11/15 | B | 14.50 | In-House Printing - black & white Call time: 10:54; to | 541 | 961 | |
| 1374438 | 12/11/15 | B | 0.15 | In-House Printing - black & white Call time: 10:54; to | 541 | 961 | |
| 1374439 | 12/11/15 | B | 7.75 | In-House Printing - black & white Call time: 10:53; to | 541 | 961 | |
| 1374440 | 12/11/15 | B | 0.40 | In-House Printing - black & white Call time: 10:53; to | 541 | 961 | |
| 1374883 | 12/14/15 | B | 89.60 | In-House Printing - black & white Call time: 10:01; to | 541 | 454 | |
| 1375493 | 12/15/15 | B | 1.40 | In-House Printing - black & white Call time: 15:19; to | 541 | 961 | |
| 1375836 | 12/16/15 | B | 89.60 | In-House Printing - black & white Call time: 12:55; to | 541 | 603 | |
| 1376599 | 12/18/15 | B | 1.50 | In-House Printing - black & white Call time: 11:53; to | 541 | 961 | |
| 1376833 | 12/21/15 | B | 1.60 | In-House Printing - black & white Call time: 12:43; to | 541 | 961 | |
| 1376834 | 12/21/15 | B | 1.70 | In-House Printing - black & white Call time: 17:37; to | 541 | 961 | |
| 1376835 | 12/21/15 | B | 1.70 | In-House Printing - black & white Call time: 17:39; to | 541 | 961 | |
| 1377204 | 12/22/15 | B | 1.65 | In-House Printing - black & white Call time: 17:05; to | 541 | 961 | |
| 1374390 | 11/12/15 | B | 606.22 | Hotel Accommodations - AMERICAN EXPRESS - D. ABBOTT - W NEW YORK HOTEL - 11/16/15 - 11/18/ | 549 15 | 000 | 213536 |
| | | | 2,733.71 | | | | |