# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

-----------------------------------------------------------X

In re                                               :   Chapter 11
                                                    :
Nortel Networks Inc., *et al.*,[1]                  :   Case No. 09-10138 (KG)
                                                    :
                              Debtors.              :   Jointly Administered
                                                    :
                                                    :

-----------------------------------------------------------X

## CERTIFICATE OF NO OBJECTION
## REGARDING DOCKET NO. 16353

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleadings to the *Twenty-Third Interim Application Of Mercer (US) Inc. As Compensation Specialist and Consulting Expert To The Debtors Seeking Allowance Of Interim Compensation And Interim Reimbursement Of Actual And Necessary Expenses Incurred For The Period Of May 1, 2015 Through October 31, 2015* (the "*Fee Application*") filed on November 30, 2015.  The undersigned further certifies that a review of the Court's docket in these cases reflects that no answer, objection or other responsive pleading to the Fee Application appears thereon.  Pursuant to the Notice of Fee Application, objections to the Fee Application were to be filed and served no later than 4:00 p.m. (ET) on December 21, 2015.

Pursuant to the Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals Pursuant to 11 U.S.C. §§ 105(a) and 331 entered

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567).

on February 4, 2009, the Debtors are now authorized to pay 80% ($24,402.92) of requested interim fees ($30,503.65) and 100% of requested interim expenses ($3,922.49) on an interim basis without further Court order.

Dated:  January 8, 2016                           **MERCER (US) INC.**

                                                  By:  /s/ Devon J. Eggert
                                                       One of Its Attorneys

                                                  Devon J. Eggert
                                                  Freeborn & Peters LLP
                                                  311 South Wacker Drive, Suite 3000
                                                  Chicago, Illinois 60606
                                                  Telephone:  312.360.6000
                                                  Facsimile:   312.360.6995