# EXHIBIT B

**COMPENSATION BY PROJECT CATEGORY**

**NOVEMBER 1, 2015 THROUGH NOVEMBER 30, 2015**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Akin Gump Fee Applications/Monthly Billing Reports | 22.10 | $10,807.00 |
| Analysis of Other Professionals' Fee Applications/Reports | 1.40 | $1,148.00 |
| Creditors' Committee Meetings | 36.80 | $28,440.00 |
| Court Hearings | 2.80 | $922.00 |
| Financial Reports and Analysis | 2.20 | $1,906.00 |
| General Claims Analysis/Claims Objections | 25.10 | $18,899.00 |
| Canadian Proceedings/Matters | 2.60 | $2,906.00 |
| Intercompany Analysis | 803.30 | $689,106.50 |
| **TOTAL** | **896.20** | **$754,134.50** |



**Akin Gump**
Strauss Hauer & Feld LLP

| | |
|---|---|
| NORTEL NETWORKS INC. CREDITORS COMMITTEE | Invoice Number  1636976 |
| ATTN: JOHN  DOLITTLE | Invoice Date  12/31/15 |
| 2221 LAKESIDE BOULEVARD | Client Number  687147 |
| RICHARDSON, TX  75082 | Matter Number  0001 |

Re: CHAPTER 11

FOR PROFESSIONAL SERVICES RENDERED THROUGH  11/30/15 :

MATTER SUMMARY OF TIME BILLED BY TASK :

| | | HOURS | VALUE |
|---|---|---|---|
| 0003 | Akin Gump Fee Application/Monthly Billing Reports | 22.10 | $10,807.00 |
| 0004 | Analysis of Other Professionals Fee Applications/Reports | 1.40 | $1,148.00 |
| 0007 | Creditors Committee Meetings | 36.80 | $28,440.00 |
| 0008 | Court Hearings | 2.80 | $922.00 |
| 0009 | Financial Reports and Analysis | 2.10 | $1,906.00 |
| 0012 | General Claims Analysis/Claims Objections | 25.10 | $18,899.00 |
| 0014 | Canadian Proceedings/Matters | 2.60 | $2,906.00 |
| 0029 | Intercompany Analysis | 803.30 | $689,106.50 |
| | TOTAL | 896.20 | $754,134.50 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE                                                              Page 2
Bill Number: 1636976                                                                                  12/31/15

| <u>Date</u> | <u>Tkpr</u> | <u>Task</u> | | <u>Hours</u> |
|------|------|------|------|------|
| 11/02/15 | FSH | 0003 | Review fee application. | 0.20 |
| 11/04/15 | FSH | 0003 | Review monthly time and disbursements. | 0.30 |
| 11/04/15 | AL | 0003 | Review Pre-bill for confidentaility privilege (6.2); correspond with M. Fagen with questions regarding same (.3). | 6.50 |
| 11/05/15 | AL | 0003 | Correspondence regarding pre-bill. | 0.10 |
| 11/10/15 | AL | 0003 | Correspond regarding status of pre-bill edit inputs (.2); revise pre-bill for confidentiality and privilege (1.3). | 1.50 |
| 11/11/15 | AL | 0003 | Revise pre-bill for confidentiality and privilege. | 2.60 |
| 11/12/15 | MCF | 0003 | Review and revise prebill regarding confidentiality and privilege. | 0.50 |
| 11/12/15 | AL | 0003 | Review pre-bill for confidentiality and privilege (.2); correspond with M. Fagen regarding same (.1). | 0.30 |
| 11/13/15 | MCF | 0003 | Review and revise prebill regarding confidentiality and privilege (.8); confer with A. Loring regarding same (.3). | 1.10 |
| 11/13/15 | AL | 0003 | Meet with M. Fagen regarding reviewing pre-bill for confidentiality and privilege. | 0.30 |
| 11/18/15 | MCF | 0003 | Review and revise prebill regarding confidentiality and privilege. | 0.40 |
| 11/18/15 | AL | 0003 | Correspond with M. Fagen regarding October prebill. | 0.10 |
| 11/19/15 | MCF | 0003 | Review and revise prebill regarding confidentiality and privilege. | 0.30 |
| 11/20/15 | MCF | 0003 | Confer with A. Loring regarding fee app schedule preparation. | 0.20 |
| 11/20/15 | AL | 0003 | Meet with M. Fagen regarding monthly fee application schedules (.2); draft same (2.6); correspondence with M. Fagen regarding same (.3). | 3.10 |
| 11/23/15 | MCF | 0003 | Review draft fee application schedule (.5) and emails with A. Loring regarding same (.2); draft October fee application (.7). | 1.40 |
| 11/23/15 | AL | 0003 | Revise October fee schedules. | 0.70 |
| 11/24/15 | FSH | 0003 | Review time and disbursements (.2) and email M. Fagen regarding same (.1). | 0.30 |
| 11/25/15 | MCF | 0003 | Confer with A. Loring regarding interim fee apps (.1); emails with F. Hodara regarding October fee app (.2). | 0.30 |
| 11/25/15 | AL | 0003 | Meet with M. Fagen regarding interim fee application (.1); draft interim fee application (1.2). | 1.30 |
| 11/27/15 | MCF | 0003 | Emails regarding fee apps. | 0.30 |
| 11/28/15 | MCF | 0003 | Prepare October fee app for filing. | 0.30 |
| 11/02/15 | FSH | 0004 | Review fee examiner report regarding other professionals' applications. | 0.10 |
| 11/02/15 | AL | 0004 | Correspondence regarding fee examiner final report for Cassels Brock interim fee application (.2); correspondence regarding fee examiner final report for Ashurst (.2). | 0.40 |
| 11/12/15 | FSH | 0004 | Examine fee pleadings of other parties. | 0.20 |
| 11/17/15 | MCF | 0004 | Review and comment on draft BRG September fee application (.3) and emails with J. Hyland regarding same (.1). | 0.40 |
| 11/30/15 | FSH | 0004 | Examine fee applications of other parties. | 0.30 |
| 11/04/15 | FSH | 0007 | Review and comment on Committee agenda (.1). Work on materials for Committee meeting (.4). | 0.50 |
| 11/04/15 | DHB | 0007 | Review Committee meeting agenda and changes thereto. | 0.10 |
| 11/04/15 | BMK | 0007 | Telephone call with Committee member (0.8); follow up with BRG team regarding same (0.5). | 1.30 |
| 11/04/15 | MCF | 0007 | Draft agenda for Committee call (.2); edit same (.2); draft minutes (.1); review BRG deck regarding Committee call (.4); send same to Committee (.3). | 1.20 |
| 11/04/15 | AL | 0007 | Draft agenda for Committee meeting (.6); prep for same (.6). | 1.20 |
| 11/05/15 | FSH | 0007 | Attend Committee meeting (1.2) and follow-up with M. Fagen, B. Kahn and A. Evans (.1). | 1.30 |
| 11/05/15 | RAJ | 0007 | Attend Committee call. | 1.20 |
| 11/05/15 | AQ | 0007 | Attend Committee call. | 1.20 |
| 11/05/15 | DHB | 0007 | Prepare for (.7) and attend Committee call (1.2). | 1.90 |

| Date | Tkpr | Task | | Hours |
|------|------|------|---|-------|
| 11/05/15 | BMK | 0007 | Attend committee call (1.2); follow up to same (0.3) | 1.50 |
| 11/05/15 | KMR | 0007 | Prepare for (.6) and attend (1.2) committee meeting. | 1.80 |
| 11/05/15 | MCF | 0007 | Prepare presentation for (.3) and participate in (1.2) Committee call and post-call discussions (.2). Emails with Committee regarding Committee call docs (.4). | 2.10 |
| 11/05/15 | YKL | 0007 | Attend (telephonically) UCC call. | 1.20 |
| 11/05/15 | AME | 0007 | Attend Committee Call with F. Hodara, D. Botter, A. Qureshi, R. Johnson, B. Kahn, K. Rowe, M. Fagen, A. Loring (1.2) and follow-up (.1). | 1.30 |
| 11/05/15 | AL | 0007 | Prepare for committee meeting (.8); correspond with A. Evans regarding committee meeting (.1); attend Committee Meeting (1.2). | 2.10 |
| 11/12/15 | AL | 0007 | Correspondences regarding Committee call. | 0.10 |
| 11/13/15 | FSH | 0007 | Review draft agenda for Committee meeting (.7); and confer with M. Fagen regarding same (.3). | 1.00 |
| 11/13/15 | DHB | 0007 | Review Committee call agenda (.1) and email communications regarding same (.1). | 0.20 |
| 11/13/15 | MCF | 0007 | Draft agenda for Committee call (.2); emails with F. Hodara regarding same (.3); review BRG Committee call preso regarding same (.2) and emails regarding same (.3). | 1.00 |
| 11/15/15 | MCF | 0007 | Emails regarding Committee call deck (.3); prepare and send same to Committee (.3). | 0.60 |
| 11/16/15 | FSH | 0007 | Review materials for Committee meeting (.3). Attend same (.4). | 0.70 |
| 11/16/15 | RAJ | 0007 | Attend Committee call. | 0.40 |
| 11/16/15 | AQ | 0007 | Attend committee call (.4); Professionals' post-call with D. Botter, B. Kahn, A. Evans, M. Fagen and A. Loring (.2). | 0.60 |
| 11/16/15 | DHB | 0007 | Prepare for Committee call (.4); attend same (.4) and follow-up (.2). | 1.00 |
| 11/16/15 | BMK | 0007 | Prepare for committee call (0.2); attend committee call (.4); follow up to same (.1). | 0.70 |
| 11/16/15 | MCF | 0007 | Prepare for (.6) and participate in (.4) Committee call and post-call discussions (.3) and communications with US Debtors' advisors regarding same (.3). | 1.60 |
| 11/16/15 | AME | 0007 | Attend Committee Call with F. Hodara, D. Botter, A. Qureshi, K. Rowe, B. Kahn, M. Fagen, A. Loring (.4) and follow-up (.1). | 0.50 |
| 11/16/15 | AL | 0007 | Prep for committee call (.5); attend same (.4); follow-up regarding same (.3). | 1.20 |
| 11/24/15 | MCF | 0007 | Communications regarding upcoming Committee call. | 0.30 |
| 11/30/15 | FSH | 0007 | Review materials for Committee meeting (.2); outline issues for same (.1); communications with A. Qureshi regarding same (.1); attend same (.5). | 0.90 |
| 11/30/15 | RAJ | 0007 | Attend Committee call (.5); post-call discussion with D. Botter, B. Kahn and A. Loring (.2). | 0.70 |
| 11/30/15 | DHB | 0007 | Prepare for Committee call (.1); attend same (.5) and follow-up (.2). | 0.80 |
| 11/30/15 | BMK | 0007 | Attend committee call (0.5); follow up to same (0.2). | 0.70 |
| 11/30/15 | AME | 0007 | Attend Committee Call with F. Hodara, D. Botter, A. Qureshi, R. Johnson, K. Rowe, B. Kahn, N. Stabile, M. Fagen, A. Loring. | 0.50 |
| 11/30/15 | NPS | 0007 | Prepare for (.9) and attend (.5) Committee Call. | 1.40 |
| 11/30/15 | AL | 0007 | Prepare for Committee call (1.2); attend same (.5); follow-up regarding same (.3). | 2.00 |
| 11/02/15 | SAD | 0008 | Review docket for updates and pull substantive pleadings (.1); send to M. Fagen (.1). | 0.20 |
| 11/03/15 | AL | 0008 | Communications with team regarding January omnibus hearing. | 0.10 |
| 11/03/15 | SAD | 0008 | Review docket for updates and pull substantive pleadings (.1); send to M. Fagen (.1). | 0.20 |
| 11/04/15 | SAD | 0008 | Review docket for updates; send to M. Fagen. | 0.10 |
| 11/05/15 | SAD | 0008 | Review docket for updates; pull substantive pleadings; send to M. Fagen. | 0.10 |
| 11/06/15 | FSH | 0008 | Examine hearing scheduling. | 0.10 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE
Bill Number: 1636976

| Date | Tkpr | Task | | Hours |
|------|------|------|---|-------|
| 11/06/15 | SAD | 0008 | Review docket for updates and pull substantive pleadings (.1); send to M. Fagen (.1). | 0.20 |
| 11/09/15 | SAD | 0008 | Review docket for updates; send to M. Fagen. | 0.10 |
| 11/10/15 | SAD | 0008 | Review docket for update and pull substantive pleadings (.1); send to M. Fagen (.1). | 0.20 |
| 11/11/15 | SAD | 0008 | Review docket for updates; pull substantive pleadings; send to M. Fagen. | 0.10 |
| 11/12/15 | SAD | 0008 | Review docket for updates; send to M. Fagen. | 0.10 |
| 11/13/15 | SAD | 0008 | Review docket for updates; pull substantive pleadings; send to M. Fagen. | 0.10 |
| 11/16/15 | SAD | 0008 | Review docket for updates; send to M. Fagen. | 0.10 |
| 11/17/15 | SAD | 0008 | Review docket for updates and pull substantive pleadings (.1); send to M. Fagen (.1). | 0.20 |
| 11/18/15 | SAD | 0008 | Review docket for updates; send to M. Fagen. | 0.10 |
| 11/19/15 | SAD | 0008 | Review docket for update and pull substantive pleadings (.1); send to M. Fagen (.1). | 0.20 |
| 11/20/15 | SAD | 0008 | Review docket for updates; send to M. Fagen. | 0.10 |
| 11/23/15 | SAD | 0008 | Review docket for updates; send to M. Fagen. | 0.10 |
| 11/30/15 | FSH | 0008 | Confer with D. Botter regarding upcoming court hearing (.1). Communications with M. Fagen regarding omnibus hearing (.1). | 0.20 |
| 11/30/15 | SAD | 0008 | Review docket for updates and pull substantive pleadings (.1); send to M. Fagen (.1). | 0.20 |
| 11/02/15 | FSH | 0009 | Consider document retention issue. | 0.10 |
| 11/10/15 | DHB | 0009 | Brief review of records disposal motion (.2) and emails regarding same (.1). | 0.30 |
| 11/11/15 | DHB | 0009 | Review document retention motion and procedures (.5); emails regarding same (.1). | 0.60 |
| 11/16/15 | AL | 0009 | Correspondence regarding MOR. | 0.20 |
| 11/24/15 | MCF | 0009 | Review objection to document retention motion (.1) and communications regarding same (.1). | 0.20 |
| 11/24/15 | AL | 0009 | Review objection to motion to approve disposal procedure. | 0.40 |
| 11/25/15 | FSH | 0009 | Examine issues regarding document retention motion. | 0.30 |
| 11/02/15 | FSH | 0012 | Consider Crowell & Moring claim issue. | 0.10 |
| 11/02/15 | RAJ | 0012 | Emails regarding Crowell & Moring claim settlement. | 0.20 |
| 11/02/15 | MCF | 0012 | Telephone call with Cleary associate regarding upcoming claims settlement (.1); confer with A. Loring regarding same (.1); edit A. Loring email summarizing same (.1). | 0.30 |
| 11/02/15 | AL | 0012 | Telephone call with M. Fagen re Crowell and Moring claim settlement (.1); draft and send email regarding Crowell and Moring fee claim (.5). | 0.60 |
| 11/03/15 | MCF | 0012 | Telephone call with Cleary regarding Crowell claims settlement (.1); confer with A. Loring regarding same (.3) and review motion regarding same (.1). | 0.50 |
| 11/03/15 | AL | 0012 | Communication with M. Fagen and Cleary associate regarding Crowell and Moring claim (.1); correspondence to team re same (.4); review 9019 motion regarding same (.5) and email with team re same (.1). | 1.10 |
| 11/04/15 | RAJ | 0012 | Analyze SNMP damages allegations (1.2); calls with Debtors' counsel regarding same (.1, .1); analyze motion for summary judgment and supporting papers (.8, .5). | 2.70 |
| 11/05/15 | RAJ | 0012 | Further analyze SNMP motion for summary judgment (.5); review and comment on Debtors' draft response to motion (1.7); emails with D. Botter regarding same (.2); draft email analysis to Akin team regarding briefing (.3). | 2.70 |
| 11/06/15 | RAJ | 0012 | Emails with D. Botter regarding summary judgment motion regarding SNMP claim adversary and response (.2); email with Debtors' counsel regarding same (.1); review filed papers (.3). | 0.60 |
| 11/06/15 | DHB | 0012 | Review SNMP claim summary judgment brief draft (1.2); emails regarding same (.1). | 1.30 |

| Date | Tkpr | Task | | Hours |
|------|------|------|------|------|
| 11/06/15 | MCF | 0012 | Emails regarding SNMP claims briefing (.2); review draft brief regarding summary judgment (.3); communications with A. Loring regarding same (.2). | 0.70 |
| 11/06/15 | AL | 0012 | Communications with M. Fagen regarding SNMP brief (.1); email correspondences regarding same (.6); review same (.6). | 1.30 |
| 11/08/15 | AL | 0012 | Correspond with M. Fagen and Debtor counsel regarding SNMP motion for summary judgment on claim. | 0.50 |
| 11/10/15 | RAJ | 0012 | Analyze motion to approve 9019 settlement (.2); emails regarding same (.2). | 0.40 |
| 11/10/15 | AL | 0012 | Correspondence regarding claims settlement motion. | 0.50 |
| 11/11/15 | FSH | 0012 | Review claims settlement and inquiries regarding same. | 0.30 |
| 11/12/15 | FSH | 0012 | Examine order regarding EMEA stay enforcement appeal mediation. | 0.10 |
| 11/16/15 | BRG | 0012 | Review documents re SNMP claims. | 1.50 |
| 11/17/15 | MCF | 0012 | Review docket entries regarding SNMP claims adversary pro (.2) and emails with A. Loring regarding same (.1). | 0.30 |
| 11/18/15 | RAJ | 0012 | Review EMEA motion to dismiss third-party complaint re SNMP claims litigation. | 0.40 |
| 11/18/15 | AL | 0012 | Draft summary of SNMP claim adversary proceeding motion (1.9); revise same (.3); and send to team (.1). | 2.30 |
| 11/19/15 | FSH | 0012 | Review Crowell claims settlement. | 0.10 |
| 11/19/15 | DHB | 0012 | Begin review of EMEA MTD re: SNMP. | 0.50 |
| 11/20/15 | FSH | 0012 | Examine Crowell settlement, information. | 0.30 |
| 11/20/15 | AL | 0012 | Correspondence regarding claim resolution. | 0.30 |
| 11/24/15 | FSH | 0012 | Examine SNMP claim issue (.1) and communications among parties regarding same (.1). | 0.20 |
| 11/24/15 | DHB | 0012 | Review SNMP claim proceeding briefing stipulation and changes thereto (.1) and emails regarding same (.1). | 0.20 |
| 11/25/15 | DHB | 0012 | Continue review of SNMP MTD. | 0.70 |
| 11/30/15 | FSH | 0012 | Examine info regarding proposed claim settlement (.1) and communications with A. Loring regarding same (.2). Examine schedule from NNL and correspond with M. Fagen regarding same (.1). | 0.40 |
| 11/30/15 | RAJ | 0012 | Emails regarding scheduling of briefing in motion to dismiss third-party complaint in SNMP adversary proceeding (.2, .1); review docket entries regarding briefing (.1); review motion for summary judgment in SNMP adversary (.4); review motion to dismiss (.3); emails regarding trade and employee claims (.3). | 1.40 |
| 11/30/15 | DHB | 0012 | Email communications regarding SNMP pleadings and timing. | 0.20 |
| 11/30/15 | DHB | 0012 | Email communications regarding ASM claims resolution (.2); begin review of proposed stipulation regarding same (.1). | 0.30 |
| 11/30/15 | MCF | 0012 | Telephone call with Cleary regarding claims settlement (.1); confer with A. Loring regarding same (.1); review draft email regarding same (.1) and emails with team regarding same (.3). | 0.60 |
| 11/30/15 | AL | 0012 | Phone call with M. Fagen and Cleary associate regarding claims settlement (.1); confer with M. Fagen regarding same (.1); correspondence with team regarding same (.8); review motion and stipulation regarding same (.5). | 1.50 |
| 11/05/15 | FSH | 0014 | Review Cassels analysis of canadian claims (.2); and communications with D. Botter, BRG and Cassels regarding same (.2). | 0.40 |
| 11/13/15 | FSH | 0014 | Communications with Cassels regarding pending orders (.1); Examine Monitor report (.1). | 0.20 |
| 11/15/15 | DHB | 0014 | Email communications regarding Canadian D&O issues (.2); consider same regarding allocation (.3). | 0.50 |
| 11/16/15 | DHB | 0014 | Review and consider Monitor's 123rd report. | 1.30 |
| 11/17/15 | AL | 0014 | Communication regarding CCAA proceedings. | 0.20 |
| 11/01/15 | FSH | 0029 | Work on aspects of allocation concept (.7). Analyze comments of D. Botter and BRG regarding same (.3). | 1.00 |
| 11/01/15 | RAJ | 0029 | Further draft and revise allocation appellate brief. | 4.20 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE
Bill Number: 1636976

| Date | Tkpr | Task | | Hours |
|------|------|------|---|-------|
| 11/01/15 | DHB | 0029 | Email communications with BRG regarding model issues (.2); consider same (.3); email communications regarding appellate briefing (.2). | 0.70 |
| 11/01/15 | YKL | 0029 | Correspondence with appeal team regarding team meeting (.1); review draft allocation appeal brief in preparation for same (.6). | 0.70 |
| 11/01/15 | AME | 0029 | Correspondence regarding allocation appeals brief meeting. | 0.30 |
| 11/02/15 | FSH | 0029 | Review and prepare comments to allocation appeal draft (1.3); Review materials related to same (.4); Meet with lit team to discuss draft (1.0); Communications with BRG regarding PWC (.1); Review order regarding briefing and communications regarding same with C. Samis, D. Botter, M. Fagen (.3); Communications with D. Botter and BRG regarding analysis (.3); Communications with D. Botter and BRG regarding PWC (.2); Examine BRG analysis (.4); Telephone call counsel to core party (.3); Meet with D. Botter regarding foregoing items (.3); Communications with B. Kahn, D. Botter, BRG regarding next steps (.3). | 4.90 |
| 11/02/15 | RAJ | 0029 | Review draft of allocation appellate brief (.4, 1.2); meeting with F. Hodara, D. Botter, A. Qureshi, A. Loring, A. Evans, N. Stabile regarding draft appellate brief and appellate strategy (1.0); review court order regarding briefing schedule (.1); follow-up meeting with A. Evans, N. Stabile regarding specific next steps in preparation of brief (.3); review brief plan issues (.5); analyze caselaw for appeal (1.6); emails with Trade Claims Consortium counsel regarding briefing (.2); emails regarding PWC model and UKP chart (.3). | 5.60 |
| 11/02/15 | AQ | 0029 | Team meeting regarding draft allocation appeal brief (1.0); Review and analyze draft brief (0.7). | 1.70 |
| 11/02/15 | DHB | 0029 | Review draft of allocation appellate brief (1.7); working group meeting regarding same (1.0); review Stark order regarding briefing (.1); emails regarding same (.1); email communications regarding allocation issues (.3); consider same (.2); telephone call with Committee member regarding related issues (.3); follow-up emails regarding same (.1) (.1); call with counsel to NNSA (.4); review A. Cowie model output (.5); office conference with F. Hodara regarding same (.2); email communications regarding PWC chart and session (.1). | 5.10 |
| 11/02/15 | MCF | 0029 | Participate in portion of allocation meeting (.5); email Committee regarding appellate briefing order (.2). | 0.70 |
| 11/02/15 | YKL | 0029 | Appellate group meeting (1.0); prepare for same (.3); correspondence regarding briefing schedule (.1). | 1.40 |
| 11/02/15 | AME | 0029 | Meet with F. Hodara, A. Qureshi, D. Botter, R. Johnson, N. Stabile, M. Fagen, K. Lee, A. Loring regarding allocation appeal brief draft and planning (1.0); confer with R. Johnson and N. Stabile regarding appeal brief draft and next steps (.3); correspond with N. Stabile regarding same (.8); review draft of appeal brief (.6); correspond with N. Stabile and B. Gifford regarding review of trial record (.2). | 2.90 |
| 11/02/15 | NPS | 0029 | Team meeting with A. Qureshi, F. Hodara, D. Botter and others regarding appeal (1.0); compile materials for same (0.5); communication with R. Johnson and A. Evans regarding same (0.3); communication with B. Gifford regarding compiling record information (0.5); communication with R. Johnson regarding appeal (0.6); communication with R. Johnson regarding record information (0.2); review record and revise appellate outline (1.2). | 4.30 |
| 11/02/15 | BRG | 0029 | Gather and prepare case filings regarding attorney review regarding designations to record on appeal (2.1); correspond with N. Stabile regarding same (.2). | 2.30 |
| 11/02/15 | AL | 0029 | Meet with F. Hodara, D. Botter, A. Qureshi, R. Johnson, A. Evans, N. Stabile, and M. Fagen about brief for allocation appeal (1.0); research issue for allocation appeal (1.7); email M. Fagen regarding results of research (.1). | 2.80 |

| Date | Tkpr | Task | | Hours |
|------|------|------|------|-------|
| 11/02/15 | AL | 0029 | Review judge's order on appellate briefing deadlines. | 0.20 |
| 11/03/15 | FSH | 0029 | Communications with Committee member regarding allocation chart (.1); communications with BRG, D. Botter, B. Kahn regarding same (.3); analysis of issues related to same (.7); examine issues regarding allocation appeal brief (.5); meet with D. Botter, B. Kahn, BRG regarding PWC chart, submission, information for Committee (1.2); numerous communications with D. Botter, BRG regarding PWC meeting and other meetings (.5); review NNI analysis of UKP material (.2) and communications with BRG, M. Fagen, D. Botter, B. Kahn regarding same (.5); review draft Committee statement (.2), comment on same (.1) and communicate with B. Kahn and D. Botter regarding same (.2). | 4.50 |
| 11/03/15 | RAJ | 0029 | Further revise and redraft appellate brief (2.2, 1.6, 1.8); analyze trial record (1.4); review and analyze commentary from multiple parties regarding PWC model and UKP chart (.6); emails with Akin team regarding same (.2, .3); review revised draft of motion to consolidate appeals and emails regarding same (.4); review BRG commentary to PWC model (.2). | 8.70 |
| 11/03/15 | AQ | 0029 | Confer with BRG regarding PwC model (.2); review and analyze emails regarding PwC model (.3). | 0.50 |
| 11/03/15 | DHB | 0029 | Study PWC chart and footnotes (.7); extensive email correspondence regarding same (.4); consider presentation re same (.6); meet with F. Hodara, B. Kahn and A. Cowie regarding PWC chart and presentation (1.2); draft further statement (1.5); detailed review of email from debtors(.5) (.2); extensive email correspondence regarding same (.4); review comments to allocation submission (.5); begin review of BRG chart (.2). | 6.20 |
| 11/03/15 | BMK | 0029 | Work on medation submission (1.8); emails regarding same (0.5); call with F. Hodara, D. Botter, A. Cowie regarding same (1.2). | 3.50 |
| 11/03/15 | JYY | 0029 | Reviewing correspondence regarding appeal and allocation. | 0.30 |
| 11/03/15 | MCF | 0029 | Email Committee regarding allocation updates (.2); review analysis of allocation issues (.5). | 0.70 |
| 11/03/15 | AME | 0029 | Review draft outline of appeals brief (.4); communication with N. Stabile and K. Lee regarding same (.3); attention to meeting planning (.1). | 0.80 |
| 11/03/15 | NPS | 0029 | Review allocation trial record and revise appellate outline (4.7); communication with R. Johnson and A. Evans regarding same (1.3). | 6.00 |
| 11/03/15 | BRG | 0029 | Gather and prepare case filings regarding attorney review regarding designations to record on appeal (3.6); correspond with N. Stabile regarding same (.3). | 3.90 |
| 11/03/15 | AL | 0029 | Review email from debtor regarding PWC chart. | 0.40 |
| 11/04/15 | FSH | 0029 | Analyze argument forallocation appellate brief (.2), review draft and edit same (.3); Review and comment on revised allocation draft (.3); Confer with A. Qureshi, D. Botter regarding brief concepts (.4); Review and comment on BRG draft and analyze issues therein (8.5); Communications with Cleary, others regarding logistics (.3); Telephone call with Committee member regarding allocation (.6); Examine consolidation motion (.3); Communications with D. Botter and B. Kahn regarding allocation issues, Committee materials (.4); Conference call with BRG regarding same (.8); Telephone call Milbank regarding same (.4). Telephone call Cleary regarding same (.4); Communications with Milbank (.1); Review email of UKP at communictions regarding same for PWC call (.4). | 13.40 |
| 11/04/15 | RAJ | 0029 | Review proposed findings of fact for material in allocation appeal brief (1.6); emails with N. Stabile regarding appellate briefing (.3, .1); analyze trial record regarding appellate issues (2.4); meeting with A. Qureshi, N. Stabile regarding appellate brief (.7). | 5.10 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE                                                    Page 8
Bill Number: 1636976                                                                        12/31/15

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| 11/04/15 | AQ | 0029 | Telephone call with Cleary and Milbank regarding appeal brief (.3); confer with F. Hodara and D. Botter regarding appeal (.4); meet with R. Johnson and N. Stabile regarding appeal brief outline (.7); review and analyze record evidence for appeal brief (2.2); review and analyze BRG allocation model (.5); analyze emails among parties regarding PWC model (.4). | 4.50 |
| 11/04/15 | DHB | 0029 | Revise allocation statement redraft (.6); revise BRG presentation (.5); meet with A. Qureshi, F. Hodara regarding briefing status and next steps (.4); further revisions to statement (.4); review and revise completely redrafted BRG presentation (.8); conference call with BRG regarding same and PWC issues (1.1); calls with A. Pisa (.3) and J. Bromley (.4) regarding status; substantial email communications regarding statement and PWC chart issues (.4); conference call with Committee member re distribution issues (.6); review O'Connor email and emails regarding same (.2); review revisions to allocation statement and emails regarding same (.3). | 6.00 |
| 11/04/15 | BMK | 0029 | Edit allocation submission (0.6); analysis of allocation issues (1.8). | 2.40 |
| 11/04/15 | JYY | 0029 | Reviewing updates regarding allocation (.2); confer with A. Evans regarding appeal brief (.1). | 0.30 |
| 11/04/15 | AME | 0029 | Communication with N. Stabile regarding allocation status update, brief outline, next steps (.6); correspondence with R. Johnson, N. Stabile regarding same (.6); correspondence with N. Stabile and B. Gifford regarding document management (.3); confer with J. Yecies regarding appellate brief (.1); review docket related to drafting brief outline, correspondence with R. Johnson and B. Kahn regarding same (1.0). | 2.60 |
| 11/04/15 | NPS | 0029 | Revise appellate brief outline (5.1); review expert reports and compile information (3.7); meet with R. Johnson and A. Qureshi regarding appellate brief (0.7); communication with B. Gifford regarding compiling trial information (1.1). | 10.60 |
| 11/04/15 | BRG | 0029 | Gather and prepare case filings regarding attorney review regarding designations to record on appeal (1.4); correspond with N. Stabile regarding same (.3). | 1.70 |
| 11/04/15 | AL | 0029 | Research allocation issues. | 0.30 |
| 11/05/15 | FSH | 0029 | Analyze NNL allocation submission (.3); Analyze BRG update (.3); Numerous communications with BRG, D. Botter, B. Kahn regarding same (.7); Examine communications with Committee regarding materials (.1); Attend portion of meeting with A. Qureshi, N. Stabile regarding allocation appeal brief (.3); Telephone call NNI regarding PWC call (.3); Participate in PWC call (2.0); Follow-up with BRG, D. Botter, B. Kahn, R. Johnson, M. Fagen and A. Loring regarding submission (.7); Further communications with BRG regarding next steps (.9); Review and comment on revised statement (.2). | 5.80 |
| 11/05/15 | RAJ | 0029 | Review and comment on draft brief outline (.4); meeting with A. Qureshi, N. Stabile regarding appellate brief (partial) (.5); team meeting regarding revised approach to appellate brief (1.0); call with all parties and PWC regarding UKPC model (2.0); follow-up meeting with Akin and BRG teams (.3). | 4.20 |
| 11/05/15 | AQ | 0029 | Meet with R. Johnson and N. Stabile regarding outline for UCC-only appeal brief (.8); team meeting regarding appeal brief outline (partial) (.5). | 1.30 |
| 11/05/15 | DHB | 0029 | Continue work on allocation statement (.4); emails regarding financial analysis related thereto and consider same (.8); calls with BRG team regarding same (.5); review Canadian response to PWC (.4); telephone call with J. Bromley and L. Schweitzer regarding same (.3); meet with litigation team regarding appellate briefing (partial) (.5); prepare for 2 pm call (.4); attend same (2.0); follow-up regarding same (.3); emails following (.2) (.1); review new draft of allocation statement and | 6.20 |

| Date | Tkpr | Task | | Hours |
|------|------|------|---|-------|
| | | | comment on same (.3). | |
| 11/05/15 | BMK | 0029 | Prepare for call regarding PWC allocation chart (0.5); attend all-hands allocation call (1.5) (partial); follow up regarding allocation submission (0.8). | 2.80 |
| 11/05/15 | JYY | 0029 | Review updates regarding allocation. | 0.40 |
| 11/05/15 | MCF | 0029 | Participate in portion of allocation appellate briefing meeting (.5); participate in all-parties call (2.0); post-call regarding allocation submissions (1.5); email Committee (.3); edit submission (.6, .3); emails regarding same (.3). | 5.50 |
| 11/05/15 | YKL | 0029 | Telephone call with appellate working group regarding revised outline to allocation appeal brief (partial) (.8); correspondence with N. Stabile and A. Evans regarding same (.1). | 0.90 |
| 11/05/15 | AME | 0029 | Attend meeting regarding appellate brief and planning with A. Qureshi, R. Johnson,  N. Stabile, K. Lee, M. Fagen, A. Loring (1.0); correspond with N. Stabile and K. Lee regarding appellate brief and meeting (.3); correspondence with N. Stabile regarding appellate brief drafting (.2); attention to correspondence regarding allocation (.3). | 1.80 |
| 11/05/15 | NPS | 0029 | Review allocation materials (0.2); meeting with A. Qureshi and R. Johnson regarding appellate briefing (.8); follow-up regarding same (.3); revise outline (3.1); meet with A. Qureshi, R. Johnson, D. Botter and others regarding appellate briefing (1.0); follow-up regarding same (.3). | 5.70 |
| 11/05/15 | AL | 0029 | Read correspondences regarding allocation requirements (.2); appellate team meeting (partial) (.9); follow-up to same (.2); prep for allocation call (.1); allocation pre-call (.2); allocation call with Judge Farnan and parties (2); follow-up to same (.8). | 4.40 |
| 11/05/15 | AL | 0029 | Correspondence regarding allocation Appeal briefing deadlines. | 0.40 |
| 11/06/15 | FSH | 0029 | Analyze issues in allocation presentation and comment on same (.5); Communications with D. Botter, BRG and M. Fagen regarding same (.3). Telephone call with BRG, Cleary, Chilmark, B. Kahn regarding foregoing (1.1); Telephone call with D. Botter regarding same (.2); Telephone call with BRG regarding same (.1); Analyze NNL submission (.7); Review revised draft and confer with B. Kahn to finalize same (.4); Communications with BRG and B. Kahn regarding BRG presentation (.2); Preparation for allocation discussions (.5); Communications with A. Qureshi regarding brief (.1). | 4.10 |
| 11/06/15 | RAJ | 0029 | Analyze revised draft of statement of facts (.5, .3); call with other party on allocation appeal regarding appellate issues and strategy (.4); emails with N. Stabile regarding factual issues in trial record (.2, .1); review and comment on draft Committee statement re allocation (.4); develop outline for additional argument (1.4); review trial record (1.3). | 4.60 |
| 11/06/15 | AQ | 0029 | Review and edit revised appellate brief outline (.8) and analyze related record materials (.3). | 1.10 |
| 11/06/15 | DHB | 0029 | Extensive email communications regarding position paper (.3); review multiple new drafts and revisions thereto (.5); further email communications regarding same (.2); telephone calls with F. Hodara and B. Kahn regarding discussion with U.S. Debtors (.2) (.2) and potential changes to allocation position; emails regarding subcon in Canada issues and consider same (.4). | 1.80 |
| 11/06/15 | BMK | 0029 | Telephone call with UCC professionals and Debtor professionals regarding allocation (1.1); follow up with F. Hodara (0.4); edit submission (0.8); call with D. Botter regarding same (0.2); review allocation analyses (0.9). | 3.40 |
| 11/06/15 | JYY | 0029 | Reviewing correspondence regarding allocation. | 0.10 |
| 11/06/15 | MCF | 0029 | Edit allocation submission (.7) and emails regarding same (.4); emails regarding allocation (.5). | 1.60 |
| 11/06/15 | AME | 0029 | Correspond with N. Stabile regarding revised versions of appellate brief draft. | 0.20 |

| Date | Tkpr | Task | | Hours |
|------|------|------|---|-------|
| 11/06/15 | NPS | 0029 | Research issues and revise appellate outline (3.9); communication with R. Johnson regarding appeal issues (0.4); communication with A. Evans regarding same (0.1). | 4.40 |
| 11/08/15 | FSH | 0029 | Telephone call C. Kearns regarding allocation issues (.2); Examine communications from J. Farnan, analyze process and communications with Committee, BRG, M. Fagen regarding same (.5); Further communications BRG, D. Botter regarding models (.3); Communications with M. Fagen regarding allocation matters (.1); Communications with R. Johnson regarding brief (.1). | 1.20 |
| 11/08/15 | DHB | 0029 | Review Debtors' opening submission relating to allocation appeal brief (1.0); review and revise brief outline (.8); extensive email correspondence regarding allocation and scenarios and consider same (.7); prepare for Nortel allocation session (.4). | 2.90 |
| 11/08/15 | MCF | 0029 | Emails regarding allocation. | 0.50 |
| 11/08/15 | AME | 0029 | Attention to correspondence regarding allocation. | 0.20 |
| 11/08/15 | NPS | 0029 | Draft appellate brief for allocation appeal. | 4.60 |
| 11/09/15 | FSH | 0029 | Prepare for allocation session (.7); Attend allocation session (9.5); Analyze issues re same (.1) and communications with D. Botter and BRG regarding same (.2). | 10.50 |
| 11/09/15 | RAJ | 0029 | Emails regarding final draft of joint motion to consolidate (.2, .1); review final draft of motion (.1); analyze caselaw for appellate briefing for allocation appeal (1.5, 1.3); edits to draft of appellate brief (1.7). | 4.90 |
| 11/09/15 | AQ | 0029 | Emails regarding allocation (.2); emails regarding appeal brief (.2). | 0.40 |
| 11/09/15 | DHB | 0029 | Prepare for allocation session (1.2); attend same (9.5); emails with team following regarding closing exchanges with allocation parties (.2). | 10.90 |
| 11/09/15 | BMK | 0029 | Attend allocation session (partial). | 8.20 |
| 11/09/15 | JYY | 0029 | Reviewing correspondence regarding allocation. | 0.50 |
| 11/09/15 | MCF | 0029 | Prepare for (.8) and attend (9.5) allocation session; follow-up regarding same (1.5). | 11.80 |
| 11/09/15 | AME | 0029 | Confer with N. Stabile regarding draft statement of facts for brief (.2); attention to correspondence regarding allocation (.2). | 0.40 |
| 11/09/15 | NPS | 0029 | Revise appellate brief (5.5); communication with R. Johnson regarding same (0.7); communication with A. Evans regarding same (0.2). | 6.40 |
| 11/10/15 | FSH | 0029 | Numerous communications with D. Botter, M. Fagen, B. Kahn, BRG, Committee in preparation for allocation session (.4); Analyze issues for same (.6); Attend same (9.5); Examine documents for Day 5 (.3). | 10.80 |
| 11/10/15 | RAJ | 0029 | Analyze and edit draft statement of facts (.8); analyze Monitor reports in connection with allocation brief (1.4); emails with BRG regarding financial analysis (.2, .1); attend portion of allocation session (.6); analyze transcript of IFSA hearing (1.1); analyze draft term sheet (.2). | 4.40 |
| 11/10/15 | AQ | 0029 | Review and analyze allocation term sheet and emails regarding same (.2); confer with team regarding status of appellate brief (.2); review and analyze record cites regarding arguments (1.2); research regarding potential amicus parties (.4). | 2.00 |
| 11/10/15 | DHB | 0029 | Prepare for allocation session (including emails with team regarding next steps and Committee presentation) (.8); attend allocation session (9.5); and follow-up regarding same (.8). | 11.10 |
| 11/10/15 | BMK | 0029 | Attend allocation session (partial). | 7.70 |
| 11/10/15 | JYY | 0029 | Reviewing correspondence regarding allocation. | 0.40 |
| 11/10/15 | MCF | 0029 | Prepare for (1.0) and attend (9.5) allocation session. | 10.50 |
| 11/10/15 | AME | 0029 | Attention to correspondence regarding allocation (.2); review and revise draft statement of facts (1.5), confer with N. Stabile regarding same (.3); attention to correspondence with R. Johnson, B. Kahn, N. Stabile regarding LOB sales (.2); review draft US term sheet proposal (.1) and correspondence regarding same (.1). | 2.40 |
| 11/10/15 | NPS | 0029 | Revise appellate brief (6.1); communication with R. Johnson regarding same (0.6); communication with A. Evans regarding same (0.3). | 7.00 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE                                                              Page 11
Bill Number: 1636976                                                                                  12/31/15

| Date | Tkpr | Task | | Hours |
|------|------|------|--|------|
| 11/10/15 | AL | 0029 | Prepare for allocation session. | 1.80 |
| 11/11/15 | FSH | 0029 | Preparation for allocation session (.7). Attend same (7.5). | 8.20 |
| 11/11/15 | RAJ | 0029 | Develop new draft preliminary statement for allocation appeal brief (1.1); edit brief (.9); emails regarding allocation (.2, .1, .3). | 2.60 |
| 11/11/15 | AQ | 0029 | Emails regarding allocation (.2); emails regarding appeal (.2); review and analyze case law re same (1.6). | 2.00 |
| 11/11/15 | DHB | 0029 | Prepare for allocation session (.8); attend same (7.5) and follow-up (.5). | 8.80 |
| 11/11/15 | JYY | 0029 | Reviewing updates regarding allocation (.7); confer with M. Fagen regarding same (.2). | 0.90 |
| 11/11/15 | MCF | 0029 | Attend allocation session (7.5); follow-up (.1); confer with J. Yecies regarding same (.2). | 7.80 |
| 11/11/15 | AME | 0029 | Attention to correspondence regarding allocation. | 0.60 |
| 11/11/15 | NPS | 0029 | Revise appellate brief (5.7); communication with R. Johnson regarding same (0.6); communication with A. Evans regarding same (0.2). | 6.50 |
| 11/11/15 | AL | 0029 | Correspondences regarding allocation. | 0.40 |
| 11/12/15 | FSH | 0029 | Review portions of allocation appeal brief outline and analyze issues (.6); review issues from allocation session and outline next steps (.6). | 1.20 |
| 11/12/15 | RAJ | 0029 | Analyze appellate caselaw (1.2, .7); analyze trial record for appellate brief (1.3); review court filings regarding same (.4); edits to statement of facts (.5). | 4.10 |
| 11/12/15 | AQ | 0029 | Emails regarding allocation (.2); review and analyze record transcripts and demonstrative exhibits relevant to appellate brief (2.3). | 2.50 |
| 11/12/15 | DHB | 0029 | Email communications regarding next steps and analysis of allocation conversations (.4); review initial draft of BRG presentation regarding same (.4). | 0.80 |
| 11/12/15 | AME | 0029 | Review and revise draft argument section of appellate brief (2.0); confer with N. Stabile regarding same (.5). | 2.50 |
| 11/12/15 | NPS | 0029 | Communication with A. Evans regarding appellate brief. | 0.50 |
| 11/12/15 | AL | 0029 | Correspondence regarding allocation order. | 0.50 |
| 11/13/15 | FSH | 0029 | Review and comment on BRG allocation deck (.7); communications regarding allocation, recommendation and examine same (.2); confer with R. Johnson regarding draft of allocation appeal brief (.1); examine revised deck (.1) and communications with D. Botter and B. Kahn regarding same (.1). | 1.20 |
| 11/13/15 | RAJ | 0029 | Edit draft allocation brief (4.0); analyze issues regarding MRDA (1.4); confer with N. Stabile regarding allocation strategy (.4, .2); analyze caselaw for allocation appellate brief (1.6); confer with A. Qureshi regarding same (.2); emails regarding allocation order (.1); confer w/F. Hodara regarding brief draft (.1). | 8.00 |
| 11/13/15 | AQ | 0029 | Confer with R. Johnson regarding appeal brief (.2); review and analyze materials related to appeal brief (.9). | 1.10 |
| 11/13/15 | DHB | 0029 | Email communications regarding BRG report and comments (.4); emails regarding MJ Thynge order (.1) and Canadian order (.1); review new BRG deck (.3); check status of brief (.1). | 1.00 |
| 11/13/15 | AME | 0029 | Review and revise draft of appellate brief (1.6), confer with N. Stabile regarding same (.4), correspondence with R. Johnson and J. Chen regarding same (.2). | 2.20 |
| 11/13/15 | NPS | 0029 | Communication with A. Evans regarding appellate brief (0.4); revise appellate brief (4.5); communication with R. Johnson regarding same (0.6). | 5.50 |
| 11/13/15 | ZJC | 0029 | Reviewing bankruptcy court opinions in conjunction with editing opening appeal brief draft. | 1.50 |
| 11/13/15 | AL | 0029 | Review allocation concept (.2); correspondence regarding same (.1). | 0.30 |
| 11/14/15 | FSH | 0029 | Communications with BRG, D. Botter regarding deck and review edits. | 0.20 |
| 11/14/15 | RAJ | 0029 | Edits to draft allocation appeal brief (2.8); further analyze cases (.8). | 3.60 |
| 11/14/15 | AQ | 0029 | Review and analyze draft appeal brief (1.3); review and analyze appellate group comments to draft brief (.7). | 2.00 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE
Bill Number: 1636976

| Date | Tkpr | Task | | Hours |
|------|------|------|------|-------|
| 11/14/15 | DHB | 0029 | Emails regarding BRG allocation deck. | 0.20 |
| 11/14/15 | MCF | 0029 | Edit BRG allocation deck (.2); emails regarding same (.3). | 0.50 |
| 11/14/15 | AME | 0029 | Review and revise drafts of appellate brief (.5); correspondence with A. Qureshi, R. Johnson, J. Chen, N. Stabile regarding same (.5); review docket for allocation hearing transcripts (.5), correspond with R. Johnson and N. Stabile regarding same (1.0). | 2.50 |
| 11/14/15 | NPS | 0029 | Review and summarize transcripts from allocation hearings (3.7); communication with R. Johnson and A. Evans regarding same (0.6). | 4.30 |
| 11/14/15 | ZJC | 0029 | Review and edit initial versions of opening allocation appeal brief draft. | 6.80 |
| 11/15/15 | RAJ | 0029 | Review comments to draft allocation appeal brief from J. Chen (.4); call with A. Qureshi regarding edits (.2); further edit draft brief (1.7, 1.5, .6); analyze caselaw (1.2); emails with N. Stabile regarding research and additional points for draft brief (.2); draft additional sections for brief (2.5). | 8.30 |
| 11/15/15 | AQ | 0029 | Confer with R. Johnson regarding allocation appeal brief. | 0.20 |
| 11/15/15 | DHB | 0029 | Review final version of BRG deck (.1) and email comments regarding same (.1). | 0.20 |
| 11/15/15 | AME | 0029 | Review and revise drafts of appellate brief (.5); correspond with R. Johnson, N. Stabile regarding same (.5); research case law for appellate brief (3.5), correspond with R. Johnson and N. Stabile regarding same (.5). | 5.00 |
| 11/15/15 | NPS | 0029 | Research legislative history regarding allocation appellate brief (2.3); review and summarize caselaw regarding appeal (3.2); communication with R. Johnson and A. Evans regarding same (0.9). | 6.40 |
| 11/16/15 | FSH | 0029 | Calls with Milbank, Cleary regarding allocation (.7); Communications with A. Qureshi regarding brief (.1); Review materials for allocation session (.3); Communications with BRG, B. Kahn, D. Botter, Cleary regarding allocation (.2). | 1.30 |
| 11/16/15 | RAJ | 0029 | Emails regarding further edits to draft allocation appellate brief (.3, .2); review J. Chen edits to draft (.8); reconcile edits and further refine brief (1.4, 1.1); review prior appellate briefs (.6); further analyze allocation report (1.5). | 5.90 |
| 11/16/15 | AQ | 0029 | Draft and revise appellate brief (5.5); review and analyze case law cited in appellate brief (2.7); confer with R. Johnson regarding same (.2). | 8.40 |
| 11/16/15 | DHB | 0029 | Review BRG deck and questions (.2); telephone calls with J. Bromley (.3) and A. Pisa regarding allocation prep (.3); prepare for same (.5); emails regarding same (.1) (.1) (.1); begin review of draft appellate brief (.5); strike order and emails regarding same (.1). | 2.20 |
| 11/16/15 | BMK | 0029 | Telephone call with Bromley regarding allocation (0.4); call with Pisa regarding same (0.3); prep for allocation session (0.3); review and comment on appellate brief (2.2). | 3.20 |
| 11/16/15 | JYY | 0029 | Reviewing updates regarding allocation and appeals. | 0.10 |
| 11/16/15 | KMR | 0029 | Update regarding status of the allocation. | 0.40 |
| 11/16/15 | AME | 0029 | Communicate with FR team regarding allocation update and logistics, briefing update and planning (.2); review prior appeal briefs for corporate disclosure statements (.4), correspond with R. Johnson and N. Stabile regarding same (.4); correspond with A. Qureshi, J. Chen regarding draft appellate brief (.4); correspond with R. Johnson and N. Stabile regarding revisions to draft brief (.8). | 2.20 |
| 11/16/15 | NPS | 0029 | Revise appellate brief (1.3); communication with R. Johnson regarding same (0.3). | 1.60 |
| 11/16/15 | ZJC | 0029 | Review new version of opening brief draft and provide additional comments. | 1.80 |
| 11/17/15 | FSH | 0029 | Prepare for allocation session (.3); attend same (8.5). | 8.80 |
| 11/17/15 | RAJ | 0029 | Review latest draft of allocation appeal brief (1.3); meet with N. Stabile regarding strategy and edits (.8); analyze caselaw (1.6); issues regarding | 6.10 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE                                          Page 13
Bill Number: 1636976                                                             12/31/15

| Date | Tkpr | Task | | Hours |
|------|------|------|---|-------|
| | | | record on appeal and joint appendix (.7); review corporate disclosures and edit statement (.5); confer with C. Weinreb regarding appellate issues and areas for research (.5); analyze appellate issues (.4); multiple emails regarding briefing (.3). | |
| 11/17/15 | AQ | 0029 | Review and analyze case law research regarding allocation appeal issues (2.5); Meet with N. Stabile regarding edits to appeal brief (0.3); Review and edit appeal brief (1.5). | 4.30 |
| 11/17/15 | DHB | 0029 | Prepare for allocation session (.5); attend same (8.5) and follow-up (1.2); review and begin substantial revisions to allocation brief (1.0). | 11.20 |
| 11/17/15 | BMK | 0029 | Attend Nortel allocation session (partial). | 7.20 |
| 11/17/15 | JYY | 0029 | Reviewing updates regarding allocation. | 0.20 |
| 11/17/15 | AME | 0029 | Correspondence with N. Stabile regarding reviewing and revising appellate brief (.3); correspondence with FR team regarding comments to appellate brief (.3). | 0.60 |
| 11/17/15 | CIW | 0029 | Meet with R. Johnson regarding case status and research needs (0.5); review and comment on draft appellate brief (2.2). | 2.70 |
| 11/17/15 | NPS | 0029 | Revise appellate brief (3.6); communication with R. Johnson regarding same (0.8); communication with A. Qureshi regarding same (0.3); communication with M. Fagen regarding same (0.1); communication with A. Evans regarding same (0.1). | 4.90 |
| 11/17/15 | ZJC | 0029 | Reviewing additional drafts of opening appeal brief. | 1.40 |
| 11/17/15 | BRG | 0029 | Review, pare down and prepare hard copy documents to send to records. | 2.60 |
| 11/18/15 | FSH | 0029 | Attend allocation session (6.0); Further meetings with US Debtor (.8); Communications with Cassels, A. Qureshi, M. Fagen, B. Kahn, D. Botter regarding research (.3); Review and comment on draft of allocation appeals brief (1.7); Confer with D. Botter regarding same (.2). | 9.00 |
| 11/18/15 | RAJ | 0029 | Review and comment on draft allocation appellate brief (1.4); meet with N. Stabile regarding same (.3); multiple emails regarding edits to brief (.3, .2, .4); review expert reports in connection with appellate briefing (1.8, .5). | 4.90 |
| 11/18/15 | AQ | 0029 | E-mails regarding appeal brief. | 0.30 |
| 11/18/15 | DHB | 0029 | Prepare for (.8) and attend allocation session (6.0); redraft appellate brief (2.1); correspond with F. Hodara regarding same (.2). | 9.10 |
| 11/18/15 | BMK | 0029 | Review of issues regarding appellate brief and drafts. | 1.40 |
| 11/18/15 | JYY | 0029 | Reviewing updates regarding allocation. | 0.10 |
| 11/18/15 | MCF | 0029 | Research regarding allocation appeal (1.8); emails with team regarding same (.4) and confer with A. Loring regarding same (.1). | 2.30 |
| 11/18/15 | AME | 0029 | Correspondence with team regarding comments on draft appellate brief. | 0.60 |
| 11/18/15 | CIW | 0029 | Review draft outlines and briefs for appellate submissions (1.2) and conduct legal research for the briefs (1.9). | 3.10 |
| 11/18/15 | NPS | 0029 | Revise appellate brief (4.1); communication with R. Johnson regarding same (0.3); communication with expert regarding appellate brief (0.7). | 5.10 |
| 11/18/15 | AL | 0029 | Meet with M. Fagen regarding allocation appeal issues (.1); review past briefs for information regarding same (1.5); research case law and recent articles regarding same (.4). | 2.00 |
| 11/19/15 | FSH | 0029 | Follow up on issues raised at allocation session by analyzing issues and review of relevant materials (.5); Confer with D. Botter regarding brief (.1); Communications with A. Qureshi, B. Kahn, D. Botter regarding allocation appeals brief (.3); Meet with allocation appeal brief group to discuss draft and open issues (1.3); Confer with N. Stabile regarding draft (.2); Further work on draft (.6). | 3.00 |
| 11/19/15 | RAJ | 0029 | Confer with D. Botter regarding appellate brief (.4); review revised draft brief (.8, .5); meeting with F. Hodara, D. Botter, others regarding appellate strategy (1.3); multiple emails regarding revisions to draft brief (.6); review docket regarding specific factual items for appellate brief (.9); further edits to draft appellate brief (1.8); analyze terms of Allocation Protocols and related procedural issues (.5). | 6.80 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE                                   Page 14
Bill Number: 1636976                                                      12/31/15

| Date | Tkpr | Task | | Hours |
|------|------|------|------|-------|
| 11/19/15 | AQ | 0029 | Team meeting regarding appellate brief and allocation update (1.3); confer with appellate team regarding revisions to brief (.6); review and analyze D. Botter and F. Hodara comments to appeal brief (.8). | 2.70 |
| 11/19/15 | DHB | 0029 | Further substantial revisions to brief (2.5); office conference with F. Hodara regarding same (.1); email to team regarding same (.1); continue work on appellate brief (.7); office conference with R. Johnson regarding same (.4); meet with team regarding briefing issues and outstanding issues (1.3); review changes (.5). | 5.60 |
| 11/19/15 | BMK | 0029 | Attend working group meeting regarding appellate brief (partial) (0.9); edit section of brief (0.3). | 1.20 |
| 11/19/15 | MCF | 0029 | Review appellate brief draft and comments (1.2); emails with team regarding same (.2); meet with team regarding same and other allocation issues (1.3); follow-up regarding same w/A. Loring (.2). | 2.90 |
| 11/19/15 | AME | 0029 | Meet with F. Hodara, D. Botter, A. Qureshi, R. Johnson, B. Kahn, J. Chen, N. Stabile, M. Fagen, A. Loring regarding allocation submission and draft appellate brief (1.3); correspondence regarding same (.3), prep for meeting (.3); meet with A. Qureshi, N. Stabile regarding revising appellate brief (.6). | 2.50 |
| 11/19/15 | CIW | 0029 | Conduct legal research regarding possible arguments in allocation appellate brief. | 2.60 |
| 11/19/15 | NPS | 0029 | Meeting with F. Hodara, A. Qureshi, D. Botter, R. Johnson and others regarding appellate brief (1.3); communication with F. Hodara regarding same (0.2); meeting with A. Qureshi and A. Evans regarding same (0.6); communication with R. Johnson regarding same (0.5); compile filings and communication with R. Johnson regarding same (0.4); research appellate rules (0.2); communication with B. Kahn regarding appellate brief (0.1); communication with J. Chen regarding appellate rules (0.1); revise appellate brief (2.4). | 5.80 |
| 11/19/15 | ZJC | 0029 | Telephone call with Appellate working group to discuss draft of brief (1.3); reviewing D. Botter and F. Hodara edits to draft (.7); research Federal Rules of Bankruptcy Procedure and Federal Rules of Appellate Procedure (1.2). | 3.20 |
| 11/19/15 | AL | 0029 | Prepare for allocation appeal meeting (.5); attend same with F. Hodara, D. Botter, R. Johnson et al(1.3); follow-up to same (.2); review appellate brief draft and related documents (1.5); correspondence regarding consolidation order (.2). | 3.70 |
| 11/20/15 | FSH | 0029 | Review information regarding allocation discussions (.4); Analyze info from BRG (.3) and communications with C. Kearns, A. Cowie, D. Botter regarding same (.3); Communications with Cassels and D. Botter regarding allocation session (.2); Conference call with D. Botter, Cassels regarding same (.7); Review and comment on ad hoc draft (.6); Analyze allocation appeal brief issue (.1)and communications with J. Chen, A. Qureshi, D. Botter regarding same (.5). | 3.10 |
| 11/20/15 | RAJ | 0029 | Review draft brief in preparation for drafting session (.6); drafting session for appellate brief (partial) (5.9, .8); emails with U.S. Debtors regarding appellate briefing (.2); confer with BRG regarding specific facts for appellate brief (.2, .1); emails regarding allocation issues (.1). | 7.90 |
| 11/20/15 | AQ | 0029 | Draft and revise appellate brief (2.8); meet with appellate team regarding revisions to appeal brief (partial) (4.7). | 7.50 |
| 11/20/15 | DHB | 0029 | Email communications regarding Farnan reports and recommendations in other cases and review of same (1.3); review of our relevant allocation order and emails regarding same (.4) (.2); redraft preliminary statement for brief (1.5); email communications regarding allocation scenarios (.2); conference call with Cassels regarding issues (.7); extensive email communications regarding brief draft (.3) (.3) (.1); begin review of Bonds' brief (.4); emails with creditors regarding status (.1). | 5.50 |
| 11/20/15 | BMK | 0029 | Review and comment on appellate brief regarding allocation. | 1.60 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE
Bill Number: 1636976

| Date | Tkpr | Task | | Hours |
|------|------|------|---|-------|
| 11/20/15 | MCF | 0029 | Emails regarding appellate allocation brief and other allocation issues (.4); analysis regarding foregoing (.7). | 1.10 |
| 11/20/15 | AME | 0029 | Meet with A. Qureshi, R. Johnson, N. Stabile to review and revise draft appellate brief (partial) (7.2), prep for meeting (.2); correspondence with team regarding Cleary and Milbank drafts, comments to Akin draft (1.0). | 8.40 |
| 11/20/15 | CIW | 0029 | Conduct legal research for appellate brief. | 4.80 |
| 11/20/15 | NPS | 0029 | Meet with A. Qureshi, R. Johnson and A. Evans to revise appellate brief (8.1); revise appellate brief (2.8); communication with A. Evans regarding same (0.2); communication with R. Johnson regarding same (0.1); communication with A. Qureshi regarding same (0.6); review other parties appellate briefs (0.7). | 12.50 |
| 11/20/15 | ZJC | 0029 | Review of Bondholders' draft of opening brief (.6); review and comment on Committee's new draft of opening brief (.8); review of US Debtors' draft of opening brief (1.5). | 2.90 |
| 11/20/15 | AL | 0029 | Correspondence regarding allocation appeal issues (.6); research case precedent (.2). | 0.80 |
| 11/21/15 | RAJ | 0029 | Analyze draft BHG allocation appeal brief (.8); review and analyze draft U.S. Debtors' brief (.7, 1.1); emails regarding same (.4); revisions to Akin draft brief (.7). | 3.70 |
| 11/21/15 | AQ | 0029 | Review and analyze draft Milbank appeal brief. | 0.80 |
| 11/21/15 | DHB | 0029 | Review and consider Bondholder draft brief (1.1) and emails regarding same (.3). | 1.40 |
| 11/21/15 | AME | 0029 | Review Cleary and Milbank draft briefs (4.0); correspondence with A. Qureshi, R. Johnson, N. Stabile regarding same (.2). | 4.20 |
| 11/21/15 | NPS | 0029 | Communication with A. Evans regarding appellate brief (0.2); communications with A. Qureshi, R. Johnson and A. Evans regarding same (0.2). | 0.40 |
| 11/22/15 | FSH | 0029 | Review revised allocation appeal brief. | 0.80 |
| 11/22/15 | RAJ | 0029 | Further analyze draft appellate briefs (1.2); conference call with A. Qureshi, N. Stabile, A. Evans regarding appellate strategy and next steps (.6); multiple emails regarding edits to draft brief (.3, .2); further edits to draft brief (1.5, 1.1). | 4.90 |
| 11/22/15 | AQ | 0029 | Review and analyze Debtor's draft opening appeal brief (1.8); call with appellate brief team regarding edits to draft appeal brief (.6); revise appeal brief (3.3). | 5.70 |
| 11/22/15 | DHB | 0029 | Begin review and consideration of Debtor's allocation brief. | 2.00 |
| 11/22/15 | AME | 0029 | Telephone call with A. Qureshi, R. Johnson, N. Stabile regarding revisions to draft appellate brief (.6); review and revise draft appellate brief (2.5); correspond with A. Qureshi, R. Johnson, N. Stabile, K. Lee regarding same (2.4). | 5.50 |
| 11/22/15 | CIW | 0029 | Conduct legal research for appeals briefs. | 1.00 |
| 11/22/15 | NPS | 0029 | Telephone call with A. Qureshi, R. Johnson and A. Evans regarding appellate brief (0.6); review case law and revise appellate brief (5.0); communication with A. Evans and R. Johnson regarding same (0.3). | 5.90 |
| 11/23/15 | FSH | 0029 | Review revised draft allocation appeal brief and draft edits to same (3.4); Review comments of J. Chen, D. Botter (.3); Communications with B. Kahn, A. Qureshi, J. Chen, D. Botter, RAJ regarding foregoing (.7); Communications with BRG regarding data for brief (.1); Review certain edits to draft (.4). | 4.90 |
| 11/23/15 | RAJ | 0029 | Review A. Qureshi edits to draft brief (.4, .2); further revisions to brief (1.2, 1.3, .7); call with counsel to Committee member regarding appellate briefing (.1); multiple emails and calls with N. Stabile, A. Evans regarding edits to brief (.4, .3); analyze and incorporate comments to draft from F. Hodara, D. Botter, J. Chen (1.8); emails with B. Kahn regarding edits to brief (.2); confer with A. Qureshi regarding final edits to draft (.5); confer with BRG regarding factual issues in brief (.2, .3); emails with counsel to U.S. Debtors regarding appellate briefing (.1). | 7.70 |

| Date | Tkpr | Task | | Hours |
|------|------|------|---|-------|
| 11/23/15 | AQ | 0029 | Meet with R. Johnson regarding revisions to brief (.6); review and analyze comments to draft appellate brief (1.2); revise appellate brief (2.7). | 4.50 |
| 11/23/15 | DHB | 0029 | Continue review and consideration of Debtor's draft main brief (2.2); review and revise draft of UCC brief (1.8); emails regarding same and further comments (.2) (.1) (.2); review F. Hodara comments to brief (.3); communicate with R. Johnson, F. Hodara and A. Qureshi regarding briefing issues (.2) (.1); review revised version of brief (.5). | 5.60 |
| 11/23/15 | BMK | 0029 | Review and comment on allocation appeal brief. | 0.80 |
| 11/23/15 | JYY | 0029 | Reviewing update regarding appeal. | 0.10 |
| 11/23/15 | MCF | 0029 | Emails regarding allocation appeal brief (.3); email Committee regarding same (.2). | 0.50 |
| 11/23/15 | AME | 0029 | Review and revise draft appellate brief (3.0); confer with R. Johnson regarding same (0.3); review team comments (.5), correspondence with team regarding same (.3) | 4.10 |
| 11/23/15 | CIW | 0029 | Conduct legal research for appeals briefs and draft research memo. | 8.50 |
| 11/23/15 | NPS | 0029 | Revise appellate brief (2.4); communication with F. Racanati and others regarding same (0.4); communication with R. Johnson regarding same (0.4). | 3.20 |
| 11/23/15 | ZJC | 0029 | Reviewing and editing opening appellate brief. | 3.70 |
| 11/23/15 | FR | 0029 | Edit allocation appellate brief. | 0.70 |
| 11/24/15 | FSH | 0029 | Review of NNI allocation appeal brief (2.7); Telephone call with J. Bromley, D. Botter regarding pending issues (.3); Further conference with D. Botter regarding same (.2); Examine edits to Committee brief (.2); Communications with A. Qureshi and D. Botter regarding drafts (.3). | 3.70 |
| 11/24/15 | RAJ | 0029 | Further edits to draft brief (.7, .8); review facts and citations (1.2); call with Committee member regarding appellate briefing (.1); analyze procedural issue (.4); emails with Delaware counsel regarding brief (.4); analyze caselaw (.8); call with Cleary regarding draft brief (.6); meeting with Akin team regarding next steps (.3); call with C. Samis regarding Joint Appendix (.1). | 5.40 |
| 11/24/15 | AQ | 0029 | Telephone call with Cleary regarding draft appeal briefs (.6); confer with team regarding revisions to brief (.3); review and analyze case law related to appellate briefing (3.7). | 4.60 |
| 11/24/15 | DHB | 0029 | Telephone call with J. Bromley regarding status (.3); office conference with F. Hodara regarding same (.2); continue review and comment to Milbank draft (1.2); review case law contained therein (.7); emails regarding same and comments (.4). | 2.80 |
| 11/24/15 | BMK | 0029 | Review and comment on allocation appeal brief (1.2); review Cleary/Milbank draft briefs (1.1). | 2.30 |
| 11/24/15 | JYY | 0029 | Reviewing draft appellate brief (.7); confer with A. Evans regarding same (.1). | 0.80 |
| 11/24/15 | AME | 0029 | Telephone call with Cleary, A. Qureshi, R. Johnson, N. Stabile regarding comments to draft appellate briefs (.6); confer with A. Qureshi, R. Johnson, N. Stabile regarding same (.3); correspond with N. Stabile regarding appellate brief (.3); correspond with team regarding comments to draft appellate briefs (.4). | 1.60 |
| 11/24/15 | CIW | 0029 | Conduct legal research for allocation appellate brief and draft research memo. | 8.00 |
| 11/24/15 | NPS | 0029 | Communication with Debtors counsel regarding appellate brief (0.8); meeting with A. Qureshi, R. Johnson and A. Evans regarding same (0.3); revise appellate brief (1.5); communication with F. Racanati regarding same (0.2); communication with C. Weinreb regarding research for brief (0.4); communication with R. Johnson regarding appellate brief (0.6); communication with B. Gifford regarding filings (0.2). | 3.80 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE
Bill Number: 1636976

| Date | Tkpr | Task | | Hours |
|------|------|------|------|-------|
| 11/24/15 | BRG | 0029 | Prepare and organize filings regarding allocation appeal (.3). Draft index regarding same (.2). | 0.50 |
| 11/25/15 | FSH | 0029 | Analyze issues in allocation appeal briefs (.8); comment on Cleary draft (.7); review revised Committee draft (.6); review allocation materials (.4). | 2.50 |
| 11/25/15 | RAJ | 0029 | Analyze additional potential appellate arguments (.6); emails regarding comments to Cleary and Akin briefs (.2, .1); review and consider comments on US Debtors' draft brief (.5, .4); analyze caselaw for brief (2.5). | 4.30 |
| 11/25/15 | DHB | 0029 | Further review of opinion and drafting of comments to Cleary draft (2.5); extensive emails regarding same (.2); review and consideration of F. Hodara comments (.6); telephone call with R. Jacobs regarding allocation issues (.2); emails regarding Chapter 15 appeal (.1). | 3.60 |
| 11/25/15 | BMK | 0029 | Review of draft appellate brief regarding allocation. | 0.90 |
| 11/25/15 | AME | 0029 | Review comments to draft Cleary and Milbank briefs (.5), correspondence with team regarding same (.5); correspond with N. Stabile regarding revisions to brief (.5). | 1.50 |
| 11/25/15 | CIW | 0029 | Conduct legal research for appeals briefs. | 6.70 |
| 11/25/15 | NPS | 0029 | Review research for appellate brief (0.4); communication with A. Evans regarding same (0.1); research trial testimony for appellate brief (0.6); communication with A. Qureshi and R. Johnson regarding same (0.1); compile research for appellate brief (0.3); communication with B. Kahn regarding same (0.1); communication with B. Gifford regarding appellate brief (0.1). | 1.70 |
| 11/25/15 | BRG | 0029 | Correspond with N. Stabile regarding upcoming tasks for allocation appeal. | 0.10 |
| 11/26/15 | CIW | 0029 | Conduct legal research for allocation appeals briefs. | 3.80 |
| 11/27/15 | RAJ | 0029 | Review analysis of caselaw for allocation appellate brief (.4); review appellate cases (1.3). | 1.70 |
| 11/27/15 | AQ | 0029 | Review and comment on draft debtors' brief. | 1.10 |
| 11/27/15 | CIW | 0029 | Conduct legal research for appeals briefs (2.2) and write email summary (.8). | 3.00 |
| 11/28/15 | RAJ | 0029 | Analyze additional caselaw for allocation appellate brief. | 2.10 |
| 11/28/15 | AME | 0029 | Incorporate Akin comments into draft Milbank appellate brief (.3); correspond with A. Qureshi and N. Stabile regarding same (.5) | 0.80 |
| 11/28/15 | NPS | 0029 | Review research for appellate brief (0.4); communication with A. Evans regarding same (0.1); communication with A. Evans regarding appellate brief (0.2). | 0.70 |
| 11/29/15 | RAJ | 0029 | Multiple emails regarding recommended edits to US Debtors' draft allocation appellate brief (.3); further analyze caselaw (1.5). | 1.80 |
| 11/29/15 | AQ | 0029 | Telephone call with N. Stabile regarding comments to Cleary brief (.4); review and edit Milbank brief (.7). | 1.10 |
| 11/29/15 | DHB | 0029 | Begin review of new draft of Committee appellate brief (.3); begin review of Cleary changes (.4). | 0.70 |
| 11/29/15 | AME | 0029 | Correspond with A. Qureshi and N. Stabile regarding comments to Cleary and Milbank draft briefs (.8) | 0.80 |
| 11/29/15 | NPS | 0029 | Revise appellate brief (2.4); communication with A. Qureshi regarding same (0.4); communication with A. Evans regarding same (0.5). | 3.30 |
| 11/30/15 | FSH | 0029 | Review revised Ad Hoc brief and analyze issues therein (.4); Communications with R. Johnson, D. Botter, A. Qureshi regarding allocation appeal briefs, next steps, edits (.4). | 0.80 |
| 11/30/15 | RAJ | 0029 | Further analyze caselaw for appellate brief (.7, 1.4, 1.0); review draft and make further edits (.6, .8); confer with D. Botter regarding draft brief and edits (.2); review draft BNY Mellon appellate joinder (.1); emails regarding other appellants' briefs (.2); emails with C. Samis regarding brief (.1). | 5.10 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE                                              Page 18
Bill Number: 1636976                                                                 12/31/15

| Date | Tkpr | Task | | Hours |
|------|------|------|---|-------|
| 11/30/15 | AQ | 0029 | Committee call (.5); correspondence with team regarding comments to appellate brief (.2); review proposed edits to UCC brief (.8). | 1.50 |
| 11/30/15 | DHB | 0029 | Continue review and comment on Committee brief (1.2); review cumulative comments to Cleary and Milbank drafts (.5); office conference with R. Johnson regarding further comments to brief (.2); draft changes thereto (.1) (.2); email communications regarding NNSA brief (.1). | 2.30 |
| 11/30/15 | JYY | 0029 | Reviewing summaries of appeal briefs from A. Evans. | 0.20 |
| 11/30/15 | KMR | 0029 | Update regarding status of allocation appeals. | 0.80 |
| 11/30/15 | AME | 0029 | Review Milbank brief, prepare summary for Committee Call (1.1); communication with FR team after Committee Call (.2); communication with R. Johnson and N. Stabile regarding draft appellate brief (.4); proofread draft appellate brief (1.0) | 2.70 |
| 11/30/15 | NPS | 0029 | Revise appellate brief (2.5); communication with R. Johnson and A. Evans regarding same (0.3); review research regarding same (0.9); communication with C. Weinreb regarding same (0.2); communication with R. Johnson regarding same (0.5). | 4.40 |
| 11/30/15 | BRG | 0029 | Cite-check and edit brief regarding corrections to citations and quotations (2.9); correspond with N. Stabile regarding same (.4). | 3.30 |
| 11/30/15 | FR | 0029 | Edit allocation brief. | 0.50 |

Total Hours                                                                             896.20

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|------------|-------|---|------|---|-------|
| F S HODARA | 113.50 | at | $1250.00 | = | $141,875.00 |
| R A JOHNSON | 147.30 | at | $975.00 | = | $143,617.50 |
| A  QURESHI | 63.60 | at | $1095.00 | = | $69,642.00 |
| D H BOTTER | 123.80 | at | $1150.00 | = | $142,370.00 |
| K M ROWE | 3.00 | at | $810.00 | = | $2,430.00 |
| B M KAHN | 50.80 | at | $775.00 | = | $39,370.00 |
| J Y YECIES | 4.40 | at | $710.00 | = | $3,124.00 |
| Z  CHEN | 21.30 | at | $625.00 | = | $13,312.50 |
| M C FAGEN | 61.00 | at | $565.00 | = | $34,465.00 |
| Y K LEE | 4.20 | at | $565.00 | = | $2,373.00 |
| A M EVANS | 62.20 | at | $495.00 | = | $30,789.00 |
| C I WEINREB | 44.20 | at | $495.00 | = | $21,879.00 |
| N P STABILE | 126.90 | at | $655.00 | = | $83,119.50 |
| A  LORING | 50.50 | at | $430.00 | = | $21,715.00 |
| F  RACANATI | 1.20 | at | $175.00 | = | $210.00 |
| B R GIFFORD | 15.90 | at | $210.00 | = | $3,339.00 |
| S A D'ADDESE | 2.40 | at | $210.00 | = | $504.00 |

Current Fees                                                                        $754,134.50

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---|
| Computerized Legal Research - Lexis | $1,470.60 |
| Computerized Legal Research - Westlaw | $1,389.49 |
| Courier Service/Messenger Service- Off Site | $60.25 |
| Duplication - In House | $318.50 |
| Document Production - In House | $108.80 |

| | |
|---|---|
| Meals - Business | $286.81 |
| Meals (100%) | $3,458.15 |
| Audio and Web Conference Services | $7,483.79 |
| Travel - Ground Transportation | $556.88 |

Current Expenses                                                       $15,133.27

**Total Amount of This Invoice**                              **$769,267.77**

**Prior Balance Due**                                $270,315.90

**Total Balance Due Upon Receipt**                  $1,039,583.67