# EXHIBIT C

**DISBURSEMENT SUMMARY**

**NOVEMBER 1, 2015 THROUGH NOVEMBER 30, 2015**

| | |
|---|---:|
| Computerized Research, Corporate Service Fees & PACER Charges | $2,860.09 |
| Duplication – In House | $318.50 |
| Courier Service | $60.25 |
| Document Production – In House | $108.80 |
| Meals (100%) | $3,458.15 |
| Meals – Business | $286.81 |
| Audio and Web Conference Services | $7,483.79 |
| Travel – Ground Transportation | $556.88 |
| **TOTAL** | **$15,133.27** |