# EXHIBIT E

**SUMMARY OF ATTORNEYS AND LEGAL ASSISTANTS**

**RENDERING SERVICES DURING THE PERIOD**

**NOVEMBER 1, 2015 THROUGH NOVEMBER 30, 2015**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | 2015 Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| David H. Botter | Partner for 13 years; Admitted in 1990; Financial Restructuring Department | $1,150 | 123.80 | $142,370.00 |
| Fred S. Hodara | Partner for 26 years; Admitted in 1982; Financial Restructuring Department | $1,250 | 113.50 | $141,875.00 |
| Robert A. Johnson | Partner for 18 years; Admitted in 1988; Litigation Department | $975 | 147.30 | $143,617.50 |
| Abid Qureshi | Partner for 7 years; Admitted in 1995; Financial Restructuring Department | $1,095 | 63.60 | $69,642.00 |
| Kevin M. Rowe | Senior Counsel for 14 years; Admitted in 1985; Tax Department | $810 | 3.00 | $2,430.00 |
| Brad M. Kahn | Counsel for 3 years; Admitted in 2008; Financial Restructuring Department | $775 | 50.80 | $39,370.00 |
| Jacqueline Y. Yecies | Counsel for 2 years; Admitted in 2009; Litigation Department | $710 | 4.40 | $3,124.00 |
| Julius Chen | Counsel for 1 year; Admitted in 2010; Litigation Department | $625 | 21.30 | $13,312.50 |
| Matthew C. Fagen | Associate for 3 years; Admitted in 2014; Financial Restructuring Department | $565 | 61.00 | $34,465.00 |

**SUMMARY OF ATTORNEYS AND LEGAL ASSISTANTS**

**RENDERING SERVICES DURING THE PERIOD**

**NOVEMBER 1, 2015 THROUGH NOVEMBER 30, 2015**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | 2015 Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| David H. Botter | Partner for 13 years; Admitted in 1990; Financial Restructuring Department | $1,150 | 123.80 | $142,370.00 |
| Fred S. Hodara | Partner for 26 years; Admitted in 1982; Financial Restructuring Department | $1,250 | 113.50 | $141,875.00 |
| Robert A. Johnson | Partner for 18 years; Admitted in 1988; Litigation Department | $975 | 147.30 | $143,617.50 |
| Abid Qureshi | Partner for 7 years; Admitted in 1995; Financial Restructuring Department | $1,095 | 63.60 | $69,642.00 |
| Kevin M. Rowe | Senior Counsel for 14 years; Admitted in 1985; Tax Department | $810 | 3.00 | $2,430.00 |
| Brad M. Kahn | Counsel for 3 years; Admitted in 2008; Financial Restructuring Department | $775 | 50.80 | $39,370.00 |
| Jacqueline Y. Yecies | Counsel for 2 years; Admitted in 2009; Litigation Department | $710 | 4.40 | $3,124.00 |
| Julius Chen | Counsel for 1 year; Admitted in 2010; Litigation Department | $625 | 21.30 | $13,312.50 |
| Matthew C. Fagen | Associate for 3 years; Admitted in 2014; Financial Restructuring Department | $565 | 61.00 | $34,465.00 |

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | 2015 Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| Anne M. Evans | Associate for 2 years; Admitted in 2014; Litigation Department | $495 | 62.20 | $30,789.00 |
| Yochun K. Lee | Associate for 3 years; Admitted in 2012; Financial Restructuring Department | $565 | 4.20 | $2,373.00 |
| Nicholas P. Stabile | Associate for 2 years; Admitted in 2010; Litigation Department | $655 | 126.90 | $83,119.50 |
| Carly Weinreb | Associate for 3 years; Admitted in 2014; Litigation Department | $495 | 44.20 | $21,879.00 |
| Anthony Loring | Associate for 1 year; Not Yet Admitted; Financial Restructuring Department | $430 | 50.50 | $21,715.00 |
| Sarah D'Addese | Legal Assistant for 3 years; Financial Restructuring Department | $210 | 2.40 | $504.00 |
| Brian Gifford | Legal Assistant for 1 year; Litigation Department | $210 | 15.90 | $3,339.00 |
| Francesco Racanati | Trial Services Analyst for 1 year | $175 | 1.20 | $210.00 |

Total Amount of Fees:        **$754,134.50**

Total Number of Hours:       **896.20**

Blended Hourly Rate:         **$841.48**