# EXHIBIT D



NORTEL NETWORKS INC. CREDITORS COMMITTEE  
ATTN: JOHN DOLITTLE  
2221 LAKESIDE BOULEVARD  
RICHARDSON, TX 75082

| | |
|---|---|
| Invoice Number | 1636976 |
| Invoice Date | 12/31/15 |
| Client Number | 687147 |
| Matter Number | 0001 |

Re: CHAPTER 11

FOR PROFESSIONAL SERVICES RENDERED THROUGH 11/30/15 :

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | | Value |
|---|---|---|
| 10/05/15 | Meals (100%) VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 2221970 DATE: 10/11/2015<br>Brad Kahn - !Savory Full - 10/05/2015 | $31.06 |
| 10/13/15 | Document Production - In House REQUESTOR: M FAGEN; DESCRIPTION: COLOR COPIES; QUANTITY: 238; DATE ORDERED: 10/13/15 | $23.80 |
| 10/21/15 | Meals (100%) VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 2228936 DATE: 10/25/2015<br>Matthew Fagen - Szechuan Gourmet - 10/21/2015 | $34.95 |
| 10/22/15 | Document Production - In House REQUESTOR: A LORING; DESCRIPTION: COLOR COPIES; QUANTITY: 700; DATE ORDERED: 10/22/15 | $70.00 |
| 10/22/15 | Meals (100%) 10/16/15 - ANTHONY LORING - SNACK VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800382; DATE: 10/22/2015<br>Allocation meeting - 8 people | $156.13 |

| Date | Description | Amount |
|---|---|---|
| 10/22/15 | Meals (100%) 10/21/15 - ANTHONY LORING - LUNCH VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800382; DATE: 10/22/2015 Allocation meeting - 8 people | $201.85 |
| 10/22/15 | Meals (100%) 10/22/15 - NANCY KUNEN - SNACK VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800382; DATE: 10/22/2015 Allocation meeting - 8 people | $169.19 |
| 10/26/15 | Travel - Ground Transportation VENDOR: MATTHEW C. FAGEN INVOICE#: 1006566710302201 DATE: 10/30/2015 Taxi/Car Service/Public Transport, 10/26/15, Late car home, Medallion cab | $7.30 |
| 10/26/15 | Meals (100%) VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 2240465 DATE: 11/1/2015 Brad Kahn - !Savory Full - 10/26/2015 | $29.95 |
| 10/26/15 | Meals (100%) VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 2240465 DATE: 11/1/2015 Anthony Loring - 810 Deli Cafe - 10/26/2015 | $17.73 |
| 10/26/15 | Meals (100%) VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 2240465 DATE: 11/1/2015 Matthew Fagen - !Savory - 10/26/2015 | $23.78 |
| 10/26/15 | Document Production - In House REQUESTOR: A LORING; DESCRIPTION: COLOR COPIES; QUANTITY: 150; DATE ORDERED: 10/26/15 | $15.00 |
| 10/27/15 | Meals (100%) VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 2240465 DATE: 11/1/2015 Matthew Fagen - Sushi of Gari 46th) - 10/27/2015 | $30.00 |
| 10/28/15 | Meals (100%) VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 2240465 DATE: 11/1/2015 Matthew Fagen - The Counter - 10/28/2015 | $21.05 |
| 10/28/15 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1208050 DATE: 11/11/2015 Vendor: Dial Car Voucher #: A4184174 Date: 10/28/2015 Name: David Botter‖Car Service, Vendor: Dial Car Voucher #: A4184174 Date: 10/28/2015 Name: David Botter | $139.03 |
| 10/29/15 | Meals (100%) 10/23/15 - Kisha Wright VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800383; DATE: 10/29/2015 | $72.84 |

| Date | Description | Amount |
|---|---|---|
| 10/29/15 | Allocation meeting - 5 people Meals (100%) 10/26/15 - Matt Fagen VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800383; DATE: 10/29/2015 | $947.21 |
| 10/29/15 | In-person meeting - 30 people Meals (100%) 10/29/15 - Nancy Kunen VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800383; DATE: 10/29/2015 | $169.19 |
| 11/02/15 | Allocation meeting - 8 people Computerized Legal Research - Westlaw User: LORING,ANTHONY Date: 11/2/2015 AcctNumber: 1000193694 ConnectTime: 0.0 | $42.24 |
| 11/03/15 | Meals (100%) VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 2246120 DATE: 11/8/2015 Matthew Fagen - Szechuan Gourmet - 11/03/2015 | $25.55 |
| 11/04/15 | Duplication - In House Photocopy - User # 990100, NY, 1014 page(s) | $101.40 |
| 11/04/15 | Duplication - In House Photocopy - User # 990100, NY, 954 page(s) | $95.40 |
| 11/04/15 | Duplication - In House Photocopy - User # 990100, NY, 5 page(s) | $0.50 |
| 11/04/15 | Duplication - In House Photocopy - User # 990100, NY, 1212 page(s) | $121.20 |
| 11/04/15 | Computerized Legal Research - Westlaw User: STABILE,NICHOLAS Date: 11/4/2015 AcctNumber: 1000193694 ConnectTime: 0.0 | $42.24 |
| 11/04/15 | Meals - Business VENDOR: NICHOLAS P. STABILE INVOICE#: 1023312211131701 DATE: 11/13/2015 Dinner, 11/04/15, Meal purchased while working late reviewing expert reports, Momofuku, Nicholas Stabile; Allocation Brief Working Meeting – 7 people | $27.13 |
| 11/04/15 | Travel - Ground Transportation VENDOR: ANTHONY LORING INVOICE#: 1018662811182103 DATE: 11/18/2015 Taxi/Car Service/Public Transport, 11/04/15, Late taxi home after working in office on Nortel case., Uber | $23.56 |
| 11/04/15 | Meals (100%) VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 2246120 DATE: 11/8/2015 Anthony Loring - !Savory - 11/04/2015 | $25.11 |
| 11/04/15 | Meals (100%) VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 2246120 DATE: 11/8/2015 Catering Akin Gump - Maguro Sushi - 11/04/2015 Allocation meeting - 10 people | $282.96 |
| 11/05/15 | Audio and Web Conference Services VENDOR: TELCONF LLC; INVOICE#: | $947.21 |

| Date | Description | Amount |
|---|---|---|
| 11/05/15 | Audio and Web Conference Services VENDOR: TELCONF LLC; INVOICE#: 11001-01001-15; DATE: 11/5/2015 | $1,437.15 |
| 11/05/15 | Audio and Web Conference Services VENDOR: TELCONF LLC; INVOICE#: 11001-01001-15; DATE: 11/5/2015 | $714.49 |
| 11/05/15 | Audio and Web Conference Services VENDOR: TELCONF LLC; INVOICE#: 11001-01001-15; DATE: 11/5/2015 | $555.26 |
| 11/05/15 | Audio and Web Conference Services VENDOR: TELCONF LLC; INVOICE#: 11001-01001-15; DATE: 11/5/2015 | $1,184.02 |
| 11/05/15 | Audio and Web Conference Services VENDOR: TELCONF LLC; INVOICE#: 11001-01001-15; DATE: 11/5/2015 | $947.21 |
| 11/05/15 | Audio and Web Conference Services VENDOR: TELCONF LLC; INVOICE#: 11001-01001-15; DATE: 11/5/2015 | $751.24 |
| 11/05/15 | Audio and Web Conference Services VENDOR: TELCONF LLC; INVOICE#: 11001-01001-15; DATE: 11/5/2015 | $947.21 |
| 11/05/15 | Meals - Business  VENDOR: MATTHEW C. FAGEN INVOICE#: 1023199011131701 DATE: 11/13/2015 Dinner, 11/05/15, Dinner while working late., Matthew Fagen | $30.00 |
| 11/05/15 | Meals (100%)  11/2/15 - K. Wright VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 203380384; DATE: 11/5/2015 Allocation meeting - 10 people | $156.78 |
| 11/05/15 | Meals (100%)  11/2/15 - N. Stabile VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 203380384; DATE: 11/5/2015 Allocation meeting - 8 people | $74.04 |
| 11/05/15 | Meals (100%)  11/3/15 - B. Kahn VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 203380384; DATE: 11/5/2015 | $32.66 |
| 11/05/15 | Meals (100%)  11/5/15 - N. Kunen VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 203380384; DATE: 11/5/2015 Allocation meeting - 8 people | $169.19 |
| 11/05/15 | Meals (100%)  11/5/15 - B. Kahn VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 203380384; DATE: 11/5/2015 Allocation meeting - 8 people | $138.92 |
| 11/05/15 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1208244 DATE: 11/18/2015  Vendor: Dial Car Voucher #: A4246969 Date: 11/05/2015 Name: David Botter\|\|Car Service, Vendor: Dial Car | $101.10 |

| | | |
|---|---|---|
| 11/05/15 | Audio and Web Conference Services VENDOR: TELCONF LLC; INVOICE#: 11001-01001-15; DATE: 11/5/2015 | $1,437.15 |
| 11/05/15 | Audio and Web Conference Services VENDOR: TELCONF LLC; INVOICE#: 11001-01001-15; DATE: 11/5/2015 | $714.49 |
| 11/05/15 | Audio and Web Conference Services VENDOR: TELCONF LLC; INVOICE#: 11001-01001-15; DATE: 11/5/2015 | $555.26 |
| 11/05/15 | Audio and Web Conference Services VENDOR: TELCONF LLC; INVOICE#: 11001-01001-15; DATE: 11/5/2015 | $1,184.02 |
| 11/05/15 | Audio and Web Conference Services VENDOR: TELCONF LLC; INVOICE#: 11001-01001-15; DATE: 11/5/2015 | $947.21 |
| 11/05/15 | Audio and Web Conference Services VENDOR: TELCONF LLC; INVOICE#: 11001-01001-15; DATE: 11/5/2015 | $751.24 |
| 11/05/15 | Audio and Web Conference Services VENDOR: TELCONF LLC; INVOICE#: 11001-01001-15; DATE: 11/5/2015 | $947.21 |
| 11/05/15 | Meals - Business  VENDOR: MATTHEW C. FAGEN INVOICE#: 1023199011131701 DATE: 11/13/2015 Dinner, 11/05/15, Dinner while working late., Matthew Fagen | $30.00 |
| 11/05/15 | Meals (100%)  11/2/15 - K. Wright VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 203380384; DATE: 11/5/2015 Allocation meeting - 10 people | $156.78 |
| 11/05/15 | Meals (100%)  11/2/15 - N. Stabile VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 203380384; DATE: 11/5/2015 Allocation meeting - 8 people | $74.04 |
| 11/05/15 | Meals (100%)  11/3/15 - B. Kahn VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 203380384; DATE: 11/5/2015 | $32.66 |
| 11/05/15 | Meals (100%)  11/5/15 - N. Kunen VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 203380384; DATE: 11/5/2015 Allocation meeting - 8 people | $169.19 |
| 11/05/15 | Meals (100%)  11/5/15 - B. Kahn VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 203380384; DATE: 11/5/2015 Allocation meeting - 8 people | $138.92 |
| 11/05/15 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1208244 DATE: 11/18/2015  Vendor: Dial Car Voucher #: A4246969 Date: 11/05/2015 Name: David Botter‖Car Service, Vendor: Dial Car | $101.10 |

| | | |
|---|---|---|
| 11/05/15 | Voucher #: A4246969 Date: 11/05/2015<br>Name: David Botter<br>Meals (100%)  11/2/15 - K. Wright<br>VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800384; DATE: 11/5/2015<br>Allocation meeting - 8 people | $156.78 |
| 11/05/15 | Meals (100%)  11/2/15 - N. Stabile<br>VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800384; DATE: 11/5/2015<br>Allocation appeal meeting - 10 people | $74.04 |
| 11/05/15 | Meals (100%)  11/5/15 - N. Kunen<br>VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800384; DATE: 11/5/2015<br>Allocation meeting - 8 people | $169.19 |
| 11/05/15 | Meals (100%)  11/5/15 - B. Kahn<br>VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800384; DATE: 11/5/2015<br>Allocation meeting - 8 people | $138.92 |
| 11/05/15 | Meals (100%)  11/5/15 - K. Wright<br>VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800384; DATE: 11/5/2015 | $37.02 |
| 11/09/15 | Travel - Ground Transportation<br>VENDOR: DAVID H. BOTTER INVOICE#: 1020121411121704 DATE: 11/12/2015<br>Taxi/Car Service/Public Transport, 11/09/15, Taxi from offices of Cleary Gottlieb to home ($88.47, including tip)., Uber | $88.47 |
| 11/09/15 | Meals - Business  VENDOR: MATTHEW C. FAGEN INVOICE#: 1032954411202201 DATE: 11/20/2015<br>Dinner, 11/09/15, Working dinner, Rosa's Pizza, Matthew Fagen | $7.86 |
| 11/10/15 | Meals - Business  VENDOR: NICHOLAS P. STABILE INVOICE#: 1023312211131701 DATE: 11/13/2015<br>Dinner, 11/10/15, Meal purchased while working late revising appellate brief., Grub Hub, Nicholas Stabile | $30.00 |
| 11/10/15 | Meals (100%)  VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 2248782 DATE: 11/15/2015<br>Catering Akin Gump - Ben's Kosher Delicatessen - 11/10/2015 | $17.26 |
| 11/10/15 | Courier Service/Messenger Service- Off Site  VENDOR: CITY EXPEDITOR INC INVOICE#: 053829 DATE: 11/15/2015<br>SENDER'S NAME:  ; JOB NUMBER: 973920; PICKUP: One Bryant Park; DESTINATION: One Liberty Plaza; DATE: 11/10/2015 | $60.25 |
| 11/10/15 | Travel - Ground Transportation | $72.40 |

| Date | Description | Amount |
|---|---|---|
| | VENDOR: DIAL CAR INC INVOICE#: 1208244 DATE: 11/18/2015 Vendor: Dial Car Voucher #: A789721 Date: 11/10/2015 Name: Matthew Fagen‖Car Service, Vendor: Dial Car Voucher #: A789721 Date: 11/10/2015 Name: Matthew Fagen | |
| 11/11/15 | Meals - Business  VENDOR: NICHOLAS P. STABILE INVOICE#: 1023312211131701 DATE: 11/13/2015 Dinner, 11/11/15, Meal purchased while working late revising appellate brief., Maggies Place, Nicholas Stabile | $30.00 |
| 11/11/15 | Meals (100%)  VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 2248782 DATE: 11/15/2015 Matthew Fagen - !Savory - 11/11/2015 | $30.00 |
| 11/13/15 | Computerized Legal Research - Westlaw User: STABILE,NICHOLAS Date: 11/13/2015 AcctNumber: 1000193694 ConnectTime: 0.0 | $84.47 |
| 11/13/15 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: STABILE  NICHOLAS; Charge Type: DOCUMENT PRINTING; Quantity: 1.0 | $13.50 |
| 11/13/15 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: STABILE  NICHOLAS; Charge Type: SINGLE DOCUMENT RETRIEVAL; Quantity: 2.0 | $43.20 |
| 11/13/15 | Travel - Ground Transportation VENDOR: ROBERT A. JOHNSON INVOICE#: 1044324212141901 DATE: 12/14/2015 Taxi/Car Service/Public Transport, 11/13/15, Worked late re: appeal brief, Uber Car Service | $46.20 |
| 11/14/15 | Meals - Business  VENDOR: NICHOLAS P. STABILE INVOICE#: 1036237311241700 DATE: 11/24/2015 Lunch, 11/14/15, Meal purchased while working on weekend reviewing/summarizing hearing transcripts., Iron Sushi, Nicholas Stabile | $27.86 |
| 11/15/15 | Computerized Legal Research - Westlaw User: STABILE,NICHOLAS Date: 11/15/2015 AcctNumber: 1000193694 ConnectTime: 0.0 | $126.71 |
| 11/15/15 | Computerized Legal Research - Westlaw User: EVANS,ANNIE Date: 11/15/2015 AcctNumber: 1000193694 ConnectTime: 0.0 | $42.24 |
| 11/15/15 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: STABILE  NICHOLAS; Charge Type: DOCUMENT PRINTING; Quantity: 4.0 | $54.00 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  Page 7
Bill Number: 1636976  12/31/15

| | | |
|---|---|---|
| 11/15/15 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: STABILE NICHOLAS; Charge Type: SEARCHES; Quantity: 2.0 | $512.10 |
| 11/15/15 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: STABILE NICHOLAS; Charge Type: SINGLE DOCUMENT RETRIEVAL; Quantity: 5.0 | $108.00 |
| 11/15/15 | Meals - Business  VENDOR: NICHOLAS P. STABILE INVOICE#: 1036237311241700 DATE: 11/24/2015 Lunch, 11/15/15, Meal purchased while working on weekend researching legislative history and summarizing appeal case law., Market Place Emporium, Nicholas Stabile | $13.96 |
| 11/16/15 | Travel - Ground Transportation VENDOR: ABID QURESHI INVOICE#: 1036736711250002 DATE: 11/25/2015 Taxi/Car Service/Public Transport, 11/16/15, Taxi cab from OBP to home after working on Nortel matter., NYC Taxi Cab | $10.55 |
| 11/17/15 | Computerized Legal Research - Westlaw User: STABILE,NICHOLAS Date: 11/17/2015 AcctNumber: 1000193694 ConnectTime: 0.0 | $315.70 |
| 11/18/15 | Computerized Legal Research - Westlaw User: LORING,ANTHONY Date: 11/18/2015 AcctNumber: 1000193694 ConnectTime: 0.0 | $148.05 |
| 11/18/15 | Computerized Legal Research - Lexis Service: LAW REVIEWS; Employee: LORING ANTHONY; Charge Type: LA DOCUMENT ACCESS; Quantity: 3.0 | $178.20 |
| 11/18/15 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: LORING ANTHONY; Charge Type: LA DOCUMENT ACCESS; Quantity: 1.0 | $20.70 |
| 11/19/15 | Computerized Legal Research - Westlaw User: WEINREB,CARLY Date: 11/19/2015 AcctNumber: 1000193694 ConnectTime: 0.0 | $42.24 |
| 11/19/15 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: ACKERRAMIREZ REFUGIO; Charge Type: LA DOCUMENT ACCESS; Quantity: 2.0 | $41.40 |
| 11/19/15 | Computerized Legal Research - Lexis Service: MATTHEW BENDER SERVICE; Employee: ACKER-RAMIREZ  REFUGIO; Charge Type: LA DOCUMENT ACCESS; Quantity: 3.0 | $259.20 |
| 11/19/15 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: WEINREB CARLY; Charge | $59.40 |

| Date | Description | Amount |
|---|---|---|
| | Type: LA DOCUMENT ACCESS; Quantity: 1.0 | |
| 11/19/15 | Meals - Business  VENDOR: NICHOLAS P. STABILE INVOICE#: 1036237311241700 DATE: 11/24/2015 Dinner, 11/19/15, Meal purchased while working late researching appellate rules., Hibernia, Nicholas Stabile | $30.00 |
| 11/19/15 | Travel - Ground Transportation VENDOR: NICHOLAS P. STABILE INVOICE#: 1036237311241700 DATE: 11/24/2015 Taxi/Car Service/Public Transport, 11/19/15, Taxi home-worked late researching appellate rules., NYC Taxi | $14.10 |
| 11/19/15 | Travel - Ground Transportation VENDOR: ABID QURESHI INVOICE#: 1036736711250002 DATE: 11/25/2015 Taxi/Car Service/Public Transport, 11/19/15, Taxi cab from OBP to home after working on Nortel matter., NYC Taxi Cab | $9.95 |
| 11/19/15 | Meals (100%)  11/13/15 - Nancy Kunen VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800387; DATE: 11/19/2015 | $169.19 |
| 11/19/15 | Meals (100%)  11/16/15 - Nancy Kunen VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800387; DATE: 11/19/2015 | $169.19 |
| 11/19/15 | Meals (100%)  11/19/15 - Kisha Wright VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800387; DATE: 11/19/2015 | $126.73 |
| 11/20/15 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: STABILE  NICHOLAS; Charge Type: SEARCHES; Quantity: 1.0 | $180.90 |
| 11/20/15 | Meals - Business  VENDOR: NICHOLAS P. STABILE INVOICE#: 1036237311241700 DATE: 11/24/2015 Dinner, 11/20/15, Meal purchased while working late reviewing/revising appellate brief., Iron Sushi, Nicholas Stabile | $30.00 |
| 11/20/15 | Travel - Ground Transportation VENDOR: NICHOLAS P. STABILE INVOICE#: 1036237311241700 DATE: 11/24/2015 Taxi/Car Service/Public Transport, 11/20/15, Taxi home-worked on weekend revising/reviewing appellate brief, Lyft Ride | $11.89 |
| 11/20/15 | Meals - Business  VENDOR: NICHOLAS P. STABILE INVOICE#: 1036237311241700 DATE: 11/24/2015 Lunch, 11/20/15, Meal purchased for working lunch to discuss appellate brief revisions., HB Burger, Nicholas Stabile, | $30.00 |

| Date | Description | Amount |
|---|---|---|
| 11/22/15 | Annie Evans<br>Meals - Business  VENDOR: NICHOLAS P. STABILE INVOICE#: 1036237311241700 DATE: 11/24/2015 Lunch, 11/22/15, Meal purchased while working on weekend revising appellate brief., Seamless-San Marzano, Nicholas Stabile | $30.00 |
| 11/23/15 | Computerized Legal Research - Westlaw User:  Date: 11/23/2015 AcctNumber: 1000193694 ConnectTime: 0.0 | $123.24 |
| 11/23/15 | Travel - Ground Transportation VENDOR: ABID QURESHI INVOICE#: 1044143812022305 DATE: 12/2/2015 Taxi/Car Service/Public Transport, 11/23/15, Taxi from OBP to home after working late on Nortel matter., NYC Taxi | $10.38 |
| 11/24/15 | Meals (100%)  Cancellation of: 11/2/15 - K. Wright<br>VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 203380384; DATE: 11/5/2015 | $-156.78 |
| 11/24/15 | Meals (100%)  Cancellation of: 11/2/15 - N. Stabile<br>VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 203380384; DATE: 11/5/2015 | $-74.04 |
| 11/24/15 | Meals (100%)  Cancellation of: 11/3/15 - B. Kahn<br>VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 203380384; DATE: 11/5/2015 | $-32.66 |
| 11/24/15 | Meals (100%)  Cancellation of: 11/5/15 - N. Kunen<br>VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 203380384; DATE: 11/5/2015 | $-169.19 |
| 11/24/15 | Meals (100%)  Cancellation of: 11/5/15 - B. Kahn<br>VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 203380384; DATE: 11/5/2015 | $-138.92 |
| 11/24/15 | Meals (100%)  Cancellation of: 11/5/15 - K. Wright<br>VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 203380384; DATE: 11/5/2015 | $-37.02 |
| 11/24/15 | Computerized Legal Research - Westlaw User:  Date: 11/24/2015 AcctNumber: 1000193694 ConnectTime: 0.0 | $168.94 |
| 11/24/15 | Travel - Ground Transportation VENDOR: ABID QURESHI INVOICE#: 1044143812022305 DATE: 12/2/2015 Taxi/Car Service/Public Transport, 11/24/15, Taxi from OBP to home after working late on Nortel matter., NYC Taxi | $14.15 |
| 11/25/15 | Computerized Legal Research - Westlaw User:  Date: 11/25/2015 AcctNumber: | $253.42 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  Page 10
Bill Number: 1636976  12/31/15

| Date | Description | Amount |
|---|---|---|
| 11/25/15 | 1000193694 ConnectTime: 0.0<br>Meals (100%) 11/20/15 - Stephanie Sin<br>VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800388; DATE: 11/25/2015 | $46.27 |
| 11/25/15 | Meals (100%) 11/20/15 - Stephanie Sin<br>VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800388; DATE: 11/25/2015 | $102.61 |
| 11/30/15 | Travel - Ground Transportation<br>VENDOR: ABID QURESHI INVOICE#: 1051602612082301 DATE: 12/8/2015<br>Taxi/Car Service/Public Transport, 11/30/15, Taxi cab from OBP to home after working late on Nortel case., NYC Taxi Cab | $7.80 |
| 11/30/15 | Meals (100%) VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 2269867 DATE: 12/6/2015<br>Matthew Fagen - !Savory - 11/30/2015 | $19.42 |

Current Expenses  $15,133.27

**Total Amount of This Invoice**  **$769,267.77**

**Prior Balance Due**  $270,315.90

**Total Balance Due Upon Receipt**  $1,039,583.67