# EXHIBIT A

## NORTEL NETWORKS INC., *et al*.
## CASE NO. 09-10138 (KG)

Professional Fees and Expenses
Monthly Fee Application

| Applicant & Docket No. | Time Period Covered | Fees & Expenses Requested in Application | Fees & Expenses Allowed/Awarded | Date Application Filed | Objection Deadline |
|---|---|---|---|---|---|
| Berkeley Research Group, LLC<br><br>[Docket No. 16361] | 10/1/15 - 10/30/15 | $321,010.50 (Fees)<br><br>$557.54 (Expenses) | $256,808.40 (Fees @ 80%)<br><br>$557.54 (Expenses @ 100%) | 11/30/15 | 12/21/15 |