**Nortel Networks Inc., et al**

**Berkeley Research Group, LLC**



**Exhibit A: Time Detail**

For the Period 11/1/2015 through 11/30/2015

| Date | Professional | Hours | Description |
|---|---|---|---|
| **01. Asset Acquisition/Disposition** | | | |
| 11/2/2015 | C. Kearns | 0.2 | Emailed with Counsel re: proceeds allocation discussions. |
| 11/3/2015 | J. Hyland | 2.5 | Analyzed proceeds allocation assumption. |
| 11/3/2015 | J. Borow | 1.7 | Reviewed issues pertaining to proceeds allocation discussions. |
| 11/4/2015 | J. Hyland | 2.8 | Reviewed UCC report on proceeds allocation for proceeds allocation discussions. |
| 11/4/2015 | J. Hyland | 1.7 | Reviewed motion re: allocation of proceeds of an EMEA entity. |
| 11/4/2015 | C. Kearns | 1.1 | Participated in call with Counsel to review proceeds allocation discussions submissions by NNI and EMEA. |
| 11/4/2015 | C. Kearns | 1.0 | Finalized deck for Committee on analyses re: next proceeds allocation discussions submission. |
| 11/5/2015 | A. Cowie | 1.9 | Prepared draft proceeds allocation discussions document for Counsel. |
| 11/5/2015 | C. Kearns | 1.6 | Reviewed allocation scenarios requested by Counsel re: draft proceeds allocation discussions submissions. |
| 11/5/2015 | A. Cowie | 1.1 | Updated creditor recoveries modeling. |
| 11/5/2015 | J. Borow | 0.9 | Reviewed presentation to UCC re: discussions with other estates in proceeds allocation discussions. |
| 11/5/2015 | C. Kearns | 0.5 | Reviewed draft proceeds allocation discussions submission and provide comments. |
| 11/5/2015 | J. Hyland | 0.3 | Reviewed correspondence regarding proceeds allocation discussions submission. |
| 11/6/2015 | A. Cowie | 2.9 | Prepared recovery analysis in regard to Canadian substantive consolidation. |
| 11/6/2015 | A. Cowie | 1.9 | Prepared draft proceeds allocation discussions document for Counsel. |
| 11/6/2015 | C. Kearns | 1.3 | Participated in call with Counsel and Debtors' advisers to preparation for next round of proceeds allocation discussions. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **01. Asset Acquisition/Disposition** | | | |
| 11/6/2015 | A. Cowie | 0.9 | Participated in discussion with Counsel, Cleary (J. Bromley) and Chilmark (M. Kennedy) in regard to proceeds allocation discussions documents. |
| 11/6/2015 | C. Kearns | 0.3 | Participated in call with F. Hodara and B. Kahn (Counsel) to consider proceeds allocation discussions submission after discussion with Debtor. |
| 11/6/2015 | A. Cowie | 0.3 | Participated in discussion with Counsel in regard to draft proceeds allocation discussions document. |
| 11/6/2015 | C. Kearns | 0.2 | Considered additional waterfall scenario requested by Counsel. |
| 11/6/2015 | C. Kearns | 0.2 | Reviewed revised proceeds allocation discussions submission. |
| 11/8/2015 | C. Kearns | 0.4 | Emailed with Counsel re: proceeds allocation discussions related matters. |
| 11/8/2015 | C. Kearns | 0.2 | Participated in conference call with F. Hodara (Counsel) re: proceeds allocation discussions submission. |
| 11/9/2015 | A. Cowie | 2.9 | Attended proceeds allocation discussions. |
| 11/9/2015 | A. Cowie | 2.9 | Continued to attend proceeds allocation discussions. |
| 11/9/2015 | C. Kearns | 2.9 | Participated in proceeds allocation discussions. |
| 11/9/2015 | C. Kearns | 2.8 | Participated in proceeds allocation discussions. |
| 11/9/2015 | C. Kearns | 0.3 | Participated in proceeds allocation discussions. |
| 11/9/2015 | A. Cowie | 0.2 | Continued to attend proceeds allocation discussions. |
| 11/10/2015 | C. Kearns | 2.9 | Attended portion of proceeds allocation discussions day 3. |
| 11/10/2015 | C. Kearns | 2.9 | Attended portion of proceeds allocation discussions day 3. |
| 11/10/2015 | A. Cowie | 2.9 | Attended proceeds allocation discussions. |
| 11/10/2015 | A. Cowie | 2.9 | Continued to attend proceeds allocation discussions. |
| 11/10/2015 | J. Hyland | 2.4 | Analyzed issues related to proceeds allocation discussions proposal. |
| 11/10/2015 | J. Hyland | 1.0 | Researched sale of real estate asset. |
| 11/10/2015 | J. Hyland | 0.5 | Reviewed proceeds allocation discussions proposal. |
| 11/10/2015 | J. Hyland | 0.1 | Reviewed status of proceeds allocation discussions. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **01. Asset Acquisition/Disposition** | | | |
| 11/10/2015 | A. Cowie | 0.0 | Continued to attend proceeds allocation discussions. |
| 11/11/2015 | J. Hyland | 2.9 | Analyzed proceeds allocation calculations. |
| 11/11/2015 | A. Cowie | 2.9 | Attended proceeds allocation discussions. |
| 11/11/2015 | A. Cowie | 2.9 | Continued to attend proceeds allocation discussions. |
| 11/11/2015 | C. Kearns | 2.9 | Participated at proceeds allocation discussions day 4. |
| 11/11/2015 | C. Kearns | 2.9 | Participated at proceeds allocation discussions day 4. |
| 11/11/2015 | A. Cowie | 0.7 | Continued to attend proceeds allocation discussions. |
| 11/11/2015 | C. Kearns | 0.7 | Participated at proceeds allocation discussions day 4. |
| 11/12/2015 | A. Cowie | 2.8 | Prepared UCC report in regard to proceeds allocation discussions allocation percentages. |
| 11/12/2015 | A. Cowie | 1.9 | Continued to prepare UCC report in regard to proceeds allocation discussions allocation percentages. |
| 11/12/2015 | J. Borow | 1.8 | Reviewed issues re: allocation proceeds allocation discussions. |
| 11/12/2015 | C. Kearns | 0.3 | Reviewed draft deck for Committee on allocation proposal and related analysis. |
| 11/12/2015 | C. Kearns | 0.2 | Emailed with Counsel outlining proceeds allocation discussions next steps. |
| 11/13/2015 | A. Cowie | 2.8 | Prepared UCC report in regard to proceeds allocation discussions allocation percentages. |
| 11/13/2015 | A. Cowie | 1.9 | Continued to prepare UCC report in regard to proceeds allocation discussions allocation percentages. |
| 11/13/2015 | C. Kearns | 0.2 | Reviewed Counsel comments to next turn of proceeds allocation discussions deck for Committee. |
| 11/15/2015 | A. Cowie | 1.9 | Prepared UCC report in regard to proceeds allocation discussions allocation percentages. |
| 11/15/2015 | C. Kearns | 0.3 | Reviewed Counsel comments to analysis for Committee on next round of proceeds allocation discussions. |
| 11/15/2015 | J. Hyland | 0.1 | Reviewed recommendation from allocation discussion. |
| 11/16/2015 | A. Cowie | 2.8 | Prepared supporting chart information for appeal document. |
| 11/16/2015 | J. Hyland | 1.5 | Analyzed allocation positions from each estate. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **01. Asset Acquisition/Disposition** | | | |
| 11/16/2015 | J. Hyland | 1.4 | Continued analyzing allocation positions from each estate. |
| 11/16/2015 | C. Kearns | 0.5 | Prepared for proceeds allocation discussions including emailing with Counsel. |
| 11/17/2015 | C. Kearns | 2.9 | Attended portion of proceeds allocation discussions day six. |
| 11/17/2015 | A. Cowie | 2.9 | Attended proceeds allocation discussions. |
| 11/17/2015 | A. Cowie | 2.9 | Continued to attend at proceeds allocation discussions. |
| 11/17/2015 | A. Cowie | 2.9 | Continued to attend at proceeds allocation discussions. |
| 11/17/2015 | C. Kearns | 2.7 | Attended portion of proceeds allocation discussions day six. |
| 11/17/2015 | A. Cowie | 0.3 | Continued to attend at proceeds allocation discussions. |
| 11/18/2015 | A. Cowie | 2.9 | Attended at proceeds allocation discussions. |
| 11/18/2015 | A. Cowie | 2.9 | Continued to attend at proceeds allocation discussions. |
| 11/18/2015 | C. Kearns | 2.5 | Attended portion of final day of proceeds allocation discussions. |
| 11/18/2015 | A. Cowie | 2.2 | Continued to attend at proceeds allocation discussions. |
| 11/20/2015 | A. Cowie | 1.8 | Updated detailed creditor claims recovery model. |
| 11/20/2015 | A. Cowie | 0.7 | Analyzed historical financial figures for Counsel in regard to appeal. |
| 11/20/2015 | C. Kearns | 0.2 | Reviewed allocation scenario requested by Counsel. |
| 11/23/2015 | A. Cowie | 2.8 | Analyzed entity sale documentation in regard to identifying selling parties. |
| 11/23/2015 | J. Hyland | 2.2 | Reviewed appellate briefs from the U.S. parties. |
| 11/23/2015 | A. Cowie | 1.8 | Continued to analyze entity sale documentation in regard to identifying selling parties. |
| 11/23/2015 | C. Kearns | 0.3 | Emailed with Counsel re: information needs for appeal. |
| 11/24/2015 | A. Cowie | 2.3 | Analyzed allocation parties and signatories to each sale document for the entity sales. |
| 11/24/2015 | J. Hyland | 2.3 | Reviewed U.S. opening allocation appeal brief. |
| 11/24/2015 | J. Hyland | 1.9 | Reviewed Committee's opening allocation appeal brief. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| | | | |
| **01. Asset Acquisition/Disposition** | | | |
| 11/24/2015 | J. Hyland | 1.5 | Reviewed Bond's opening allocation appeal brief. |
| 11/24/2015 | A. Cowie | 1.1 | Continued to analyze allocation parties and signatories to each sale document for the entity sales. |
| 11/30/2015 | J. Hyland | 2.8 | Analyzed proceeds allocation trial positions. |
| 11/30/2015 | J. Hyland | 2.2 | Continued analyzing proceeds allocation trial positions. |
| **Task Code Total Hours** | | **138.8** | |
| **05. Professional Retention Fee Application Preparation** | | | |
| 11/4/2015 | J. Hyland | 0.4 | Reviewed interim fee application amounts for Counsel. |
| 11/12/2015 | J. Blum | 0.6 | Prepared October fee application. |
| 11/12/2015 | J. Hyland | 0.1 | Prepared October fee summary for Counsel. |
| 11/14/2015 | J. Hyland | 1.0 | Reviewed September fee application. |
| 11/17/2015 | J. Hyland | 0.8 | Reviewed final September 2015 fee application. |
| 11/17/2015 | J. Hyland | 0.8 | Reviewed October 2015 fee application detailed time entries. |
| 11/17/2015 | A. Cowie | 0.4 | Reviewed October fee statement. |
| 11/17/2015 | J. Blum | 0.3 | Prepared the September fee application. |
| 11/18/2015 | J. Blum | 1.0 | Prepared the October fee application. |
| 11/18/2015 | A. Cowie | 0.9 | Reviewed September fee application. |
| 11/30/2015 | J. Hyland | 1.1 | Reviewed October fee application. |
| 11/30/2015 | J. Hyland | 0.9 | Reviewed second interim fee application. |
| 11/30/2015 | J. Blum | 0.2 | Prepared October fee application |
| 11/30/2015 | J. Blum | 0.2 | Prepared Second Interim fee application. |
| **Task Code Total Hours** | | **8.7** | |
| **08. Interaction/Meetings with Creditors** | | | |
| 11/3/2015 | A. Cowie | 0.4 | Participated in discussion with PBGC in regard to their claim. |
| 11/4/2015 | C. Kearns | 0.7 | Participated in call with PBGC and Counsel to discuss flow of claim recoveries under various waterfall scenarios. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **08. Interaction/Meetings with Creditors** | | | |
| 11/5/2015 | J. Hyland | 2.9 | Reviewed proceeds allocation documents distributed to UCC for weekly call. |
| 11/5/2015 | J. Hyland | 1.4 | Continued reviewing proceeds allocation documents distributed to UCC for weekly call. |
| 11/5/2015 | J. Borow | 1.1 | Met with UCC and professionals to UCC. |
| 11/5/2015 | C. Kearns | 1.1 | Participated in call with the UCC and UCC professionals. |
| 11/5/2015 | J. Hyland | 1.1 | Participated in weekly UCC call with members and professionals. |
| 11/5/2015 | C. Kearns | 0.5 | Met with Counsel before Committee call to review key issues for upcoming proceeds allocation discussions. |
| 11/16/2015 | J. Hyland | 0.5 | Participated in UCC call with professionals and members. |
| 11/16/2015 | A. Cowie | 0.5 | Participated in UCC meeting re: UCC matters. |
| 11/30/2015 | C. Kearns | 0.3 | Participated in a portion of UCC call with UCC and professionals. |
| 11/30/2015 | J. Hyland | 0.3 | Participated on UCC call with UCC members and professionals. |
| **Task Code Total Hours** | | **10.8** | |
| **10. Recovery/SubCon/Lien Analysis** | | | |
| 11/1/2015 | A. Cowie | 2.9 | Analyzed PWC creditor recovery model output sheet. |
| 11/1/2015 | A. Cowie | 2.2 | Continued to analyze PWC creditor recovery model output sheet. |
| 11/2/2015 | A. Cowie | 2.9 | Analyzed PWC creditor recovery model output sheet. |
| 11/2/2015 | J. Hyland | 2.9 | Analyzed PWC recovery chart re: proceeds allocation. |
| 11/2/2015 | J. Hyland | 2.6 | Continued analyzing PWC recovery chart re: proceeds allocation. |
| 11/2/2015 | A. Cowie | 2.4 | Continued to analyze PWC creditor recovery model output sheet. |
| 11/2/2015 | C. Kearns | 0.3 | Reviewed list of questions for PWC London on waterfall. |
| 11/3/2015 | A. Cowie | 2.9 | Analyzed PWC creditor recovery model output sheet. |
| 11/3/2015 | A. Cowie | 2.9 | Prepared presentation to the UCC in regard to the PWC recovery model. |
| 11/3/2015 | A. Cowie | 1.1 | Prepared discussion points for upcoming PWC call in regard to their recovery presentation. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **10. Recovery/SubCon/Lien Analysis** | | | |
| 11/3/2015 | C. Kearns | 1.1 | Reviewed U.S. Debtors note to the parties on PWC recovery chart and provide pointed comment on same to Counsel. |
| 11/3/2015 | A. Cowie | 0.6 | Continued to analyze PWC creditor recovery model output sheet. |
| 11/3/2015 | C. Kearns | 0.6 | Participated in call with PWC London re: waterfall and recovery model assumptions. |
| 11/3/2015 | A. Cowie | 0.6 | Participated in discussion with J. Land (PWC UK) in regard to PWC recovery model. |
| 11/3/2015 | A. Cowie | 0.2 | Participated in discussion with M. Sandberg (FTI) in regard to PWC recovery model. |
| 11/4/2015 | A. Cowie | 2.9 | Prepared presentation to the UCC in regard to the PWC recovery model. |
| 11/4/2015 | A. Cowie | 2.5 | Continued to prepare presentation to the UCC in regard to the PWC recovery model. |
| 11/4/2015 | A. Cowie | 2.3 | Continued to prepare presentation to the UCC in regard to the PWC recovery model. |
| 11/5/2015 | A. Cowie | 2.9 | Prepared update to UCC presentation in regard to creditor recoveries. |
| 11/5/2015 | A. Cowie | 2.7 | Continued to prepare update to UCC presentation in regard to creditor recoveries. |
| 11/5/2015 | C. Kearns | 1.9 | Participated in call among the core parties to review recovery waterfall and discuss issues. |
| 11/5/2015 | A. Cowie | 1.9 | Participated in global case professionals call in regard to PWC recovery model. |
| 11/5/2015 | C. Kearns | 0.2 | Participated in a recovery discussion with Counsel and the advisors to U.S. Debtor. |
| 11/6/2015 | J. Hyland | 2.9 | Analyzed new proceeds allocation recovery model for accuracy. |
| 11/6/2015 | J. Hyland | 2.8 | Continued analyzing new proceeds allocation recovery model for accuracy. |
| 11/6/2015 | A. Cowie | 2.4 | Continued to prepare recovery analysis in regard to Canadian substantive consolidation. |
| 11/6/2015 | A. Cowie | 1.7 | Continued to prepare recovery analysis in regard to Canadian substantive consolidation. |
| 11/6/2015 | A. Cowie | 0.4 | Participated in discussion with M. Kennedy (Chilmark) in regard to Canadian estate recoveries. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **10. Recovery/SubCon/Lien Analysis** | | | |
| 11/6/2015 | C. Kearns | 0.2 | Emailed with Chilmark and Counsel re: Canada recoveries. |
| 11/7/2015 | J. Hyland | 2.0 | Reviewed Chilmark claim recovery model. |
| 11/8/2015 | A. Cowie | 2.1 | Prepared creditor recovery model updates. |
| 11/9/2015 | A. Cowie | 2.7 | Prepared update to UCC presentation in regard to creditor recoveries. |
| 11/10/2015 | A. Cowie | 2.9 | Prepared update to UCC presentation in regard to creditor recoveries. |
| 11/11/2015 | A. Cowie | 1.9 | Prepared update to UCC presentation in regard to creditor recoveries. |
| 11/13/2015 | J. Hyland | 2.9 | Reviewed UCC claim recovery presentation. |
| 11/13/2015 | J. Hyland | 1.5 | Continued reviewing UCC claim recovery presentation. |
| 11/15/2015 | J. Hyland | 2.5 | Reviewed claim recoveries and assumptions in report for Committee call. |
| 11/17/2015 | J. Hyland | 2.9 | Reviewed creditor recoveries. |
| 11/17/2015 | J. Hyland | 2.2 | Reviewed proceeds allocation recovery calculations. |
| 11/25/2015 | J. Hyland | 1.8 | Analyzed proceeds allocation recovery scenario. |
| 11/30/2015 | J. Hyland | 2.9 | Analyzed proceeds allocation recovery assumptions. |
| **Task Code Total Hours** | | **82.2** | |
| **11. Claim Analysis/Accounting** | | | |
| 11/10/2015 | J. Hyland | 1.5 | Analyzed document disposal motion from NNI relative to claims. |
| 11/10/2015 | J. Hyland | 1.2 | Analyzed claim settlement motion. |
| 11/11/2015 | J. Hyland | 1.0 | Analyzed U.S. claims. |
| 11/12/2015 | J. Hyland | 2.7 | Analyzed claims for U.S. estate. |
| 11/12/2015 | J. Hyland | 1.4 | Continued analyzing claims for U.S. estate. |
| 11/12/2015 | J. Hyland | 0.1 | Conducted call with M. Kennedy (Chilmark) re: a claim settlement. |
| 11/14/2015 | J. Hyland | 2.8 | Analyzed U.S. claims and claims analysis. |
| 11/30/2015 | A. Cowie | 2.9 | Analyzed claims for each estate. |
| 11/30/2015 | J. Hyland | 2.0 | Reviewed claims from one claimant. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **11. Claim Analysis/Accounting** | | | |
| 11/30/2015 | A. Cowie | 1.8 | Continued analyzing claims for each estate. |
| **Task Code Total Hours** | | **17.4** | |
| **13. Intercompany Transactions/Balances** | | | |
| 11/11/2015 | J. Hyland | 1.2 | Reviewed certain aspects of the IFSA in regard to settlement payments for the U.S. estate. |
| 11/17/2015 | J. Hyland | 1.6 | Analyzed 10/31/2015 Restructuring Manager's report. |
| **Task Code Total Hours** | | **2.8** | |
| **19. Cash Flow/Cash Management Liquidity** | | | |
| 11/9/2015 | J. Hyland | 2.6 | Analyzed forecasted cash by estate. |
| 11/16/2015 | J. Hyland | 0.3 | Reviewed cash forecast from NNL. |
| **Task Code Total Hours** | | **2.9** | |
| **Total Hours** | | **263.6** | |