**Nortel Networks Inc., et al**

**Berkeley Research Group, LLC**

**Exhibit B: Expense Detail**



For the Period 11/1/2015 through 11/30/2015

| Date | Professional | Amount | Description |
|---|---|---|---|
| **01. Travel - Airline** | | | |
| 11/21/2015 | J. Hyland | $75.00 | Airfare change fee for required flight change on 10/07/2015 for NYC in-person UCC meeting. |
| 11/21/2015 | J. Hyland | $414.20 | Roundtrip coach airfare from Chicago to NY for Nortel meeting on 10/13/2015. |
| 11/21/2015 | J. Hyland | $326.20 | Roundtrip coach airfare from Chicago to NYC for in-person Committee meeting on 10/06/2015. |
| *Expense Category Total* | | *$815.40* | |
| **02. Travel - Train and Bus** | | | |
| 11/21/2015 | J. Hyland | $42.39 | Taxi from airport to hotel during NYC trip on 10/13/2015. |
| 11/21/2015 | J. Hyland | $40.74 | Taxi from airport to NYC hotel on 10/06/2015. |
| 11/21/2015 | J. Hyland | $44.79 | Taxi from NYC office to airport on 10/07/2015 during trip for UCC meeting. |
| 11/21/2015 | J. Hyland | $120.00 | Taxi from office to airport during NYC trip on 10/14/2015. |
| 11/30/2015 | C. Kearns | $34.12 | Taxi from office to Nortel meeting on 11/17/2015. |
| *Expense Category Total* | | *$282.04* | |
| **06. Travel - Mileage** | | | |
| 11/21/2015 | J. Hyland | $26.45 | Local mileage to airport for NYC trip for Nortel meeting on 10/13/2015. |
| 11/21/2015 | J. Hyland | $25.30 | Roundtrip mileage to local airport for NYC in-person UCC meeting on 10/6/2015. |
| *Expense Category Total* | | *$51.75* | |
| **07. Travel - Parking** | | | |
| 11/21/2015 | J. Hyland | $48.00 | Parking at O' Hare Airport during NYC trip on 10/7/2015. |
| 11/21/2015 | J. Hyland | $50.00 | Parking at O' Hare Airport on 10/14/2015 for Nortel meeting in NYC. |
| *Expense Category Total* | | *$98.00* | |

Berkeley Research Group, LLC

Invoice for the 11/1/2015 - 11/30/2015 Period

| Date | Professional | Amount | Description |
|---|---|---|---|
| **08. Travel - Hotel/Lodging** | | | |
| 11/21/2015 | J. Hyland | $438.41 | Lodging for one night on 10/14/2015 for Nortel NYC meeting. |
| 11/21/2015 | J. Hyland | $603.26 | Lodging on 10/7/2015 for one night for the in-person UCC meeting in NYC. |
| *Expense Category Total* | | *$1,041.67* | |
| **10. Meals** | | | |
| 11/21/2015 | J. Hyland | $13.46 | Meal during NYC trip for Nortel meeting on 10/13/2015. |
| 11/21/2015 | J. Hyland | $18.00 | Meal during NYC trip for Nortel meeting on 10/14/2015. |
| 11/21/2015 | J. Hyland | $3.33 | Meal during NYC trip for Nortel meeting on 10/14/2015. |
| 11/21/2015 | J. Hyland | $25.58 | Meal during NYC trip on 10/06/2015 for Nortel in-person UCC meeting. |
| 11/21/2015 | J. Hyland | $13.46 | Meal during NYC trip on 10/6/2015 for the in-person UCC meeting. |
| 11/21/2015 | J. Hyland | $14.15 | Meal during NYC trip on 10/7/2015 for the UCC in-person meeting. |
| 11/21/2015 | J. Hyland | $37.71 | Meal on 10/13/2015 for Nortel meeting. |
| 11/21/2015 | J. Hyland | $14.15 | Meal on 10/7/2015 during the trip for the NYC in-person UCC meeting. |
| *Expense Category Total* | | *$139.84* | |
| **11. Telephone, Fax and Internet** | | | |
| 11/21/2015 | J. Hyland | $21.56 | Long distance mobile call to Toronto for Nortel on 10/23/2015. |
| *Expense Category Total* | | *$21.56* | |
| **Total Expenses** | | **$2,450.26** | |