# United States Bankruptcy Court

District of Delaware

<u>In re:</u> **Nortel Networks, Inc.**              <u>Case No.</u>: **09-10138**

Court ID (Court use only)_____

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

| | |
|---|---|
| **Hain Capital Holdings, LLC** | **Avenue TC Fund, L.P.** |
| | Name of Transferor |
| | |
| Name and Address where notices to transferee should be sent | Court Record Address of Transferor (Court Use Only) |
| Hain Capital Holdings, LLC | |
| 301 Route 17, Seventh Floor | |
| Rutherford, NJ 07070 | |
| Attn: Robert Koltai | |
| Last Four Digits of Acct #: _____ | Last Four Digits of Acct. #: _____ |
| | |
| Name and Address where transferee payments should be sent (if different from above) | Name and Current Address of Transferor |
| | **Avenue TC Fund, L.P.** |
| | 399 Park Avenue, 6th Floor |
| | New York, NY 10022 |

Court Claim # (if known):   **see attached schedule**
Claim Amount:                    see attached schedule
Date Claim Filed:               see attached schedule

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/ Andrew A. Jones_____          Date: 1/11/2016
       Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

~~DEADLINE TO OBJECT TO TRANSFER~~

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____                              _____
                                                              **CLERK OF THE COURT**

## Schedule

| Original Creditor | Transferred Claim Amount | Proof of Claim Number | Schedule Number | Claim Filed Date |
|---|---|---|---|---|
| Alverez & Marsal Bus. Consulting | 41,568.75 | 489 | n/a | 3/9/09 |
| Avatar Moving Systems, Inc. | 1,177.20 | n/a | 100211450 | N/A |
| Big Mood Marketing | 1,050.00 | 5781 | n/a | 10/1/09 |
| Channel Intelligence, Inc. | 61,845.00 | 804 | n/a | 4/2/09 |
| Commfusion #1 | 2,995.00 | 454 | n/a | 3/3/09 |
| Commfusion #2 | 10,000.00 | 2591 | n/a | 9/3/09 |
| Compliance Worldwide, Inc. | 20,650.00 | n/a | 100292200 | n/a |
| DPS Telecom | 23,070.00 | 89 | n/a | 1/29/09 |
| Dun & Bradstreet (GUC) | 43,000.00 | 7406 | n/a | 9/13/10 |
| Dun & Bradstreet (Admin) | 105,000.00 | 7406 | n/a | 9/13/10 |
| Dyaptive Systems, Inc. | 8,202.00 | n/a | 100313310 | n/a |
| HIFN (Exar Corp) | 50,000.00 | 1229 | n/a | 5/1/09 |
| Ichia USA Inc. | 2,375.00 | n/a | 100742590 | n/a |
| Intax, Inc. | 9,549.75 | 1404 | n/a | 6/23/09 |
| International Technology Solutions | 1,450.00 | n/a | 100752610 | n/a |
| Intransit Technologies Corp. | 2,949.43 | 241 | n/a | 2/9/09 |
| Kepner Tregoe Associates, Ltd. | 74,758.89 | n/a | 100762470 | n/a |
| Lowe-Martin Group | 18,724.41 | n/a | 100767930 | n/a |
| Lowe-Martin Group | 23,910.00 | n/a | 100767890 | n/a |
| LTC International, Inc. | 32,078.85 | 2800 | n/a | 9/10/09 |
| PDS Communications, | 3,233.67 | n/a | 100814940 | n/a |

| | | | | |
|---|---|---|---|---|
| Inc. | | | | |
| Precise Power Service Corp. | 3,812.00 | 7590 | n/a | 2/7/11 |
| Ronin Corporation | 36,000.00 | n/a | 100839610 | n/a |
| Safety Certified | 3,187.50 | 6381 | n/a | 12/23/09 |
| Seltech Electronics, Inc. | 4,650.00 | 3109 | n/a | 9/17/09 |
| Sumitomo Electric Claim #1 | 13,663.30 | 628 | n/a | 2/17/09 |
| Sumitomo Electric Claim #2 | 126,861.00 | 811 | n/a | 4/3/09 |
| Telchemy, Inc. | 20,000.00 | 2525 | n/a | 9/3/09 |
| Voxeo Corporation | 76,666.67 | n/a | 100973500 | n/a |
| Wakefield Thermal Solutions | 4,350.00 | 320 | n/a | 2/17/09 |
| Withrow & Terranova | 126,388.67 | 1249 | n/a | 5/28/09 |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re <u>Nortel Networks Inc., et al.,</u>           Case No. <u>09-10138 (KG)</u>

(Jointly Administered)

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>Hain Capital Holdings, LLC</u>           <u>Avenue TC Fund, LP</u>
Name of Transferee                        Name of Transferor

                                          Court Claim #: <u>multiple; see attached schedule 1</u>
                                          Claim Amount: <u>see attached schedule 1</u>

Name and Address where notices to Transferee
should be sent:

Hain Capital Holdings, LLC
Attention: Robert Koltai
Phone: 201-896-6100
E-mail: rkoltai@haincapital.com

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

**Avenue TC Fund, LP**                    **HAIN CAPITAL HOLDINGS** *LLC*
By: Avenue TC GenPar, LLC, its General
Partner
By: GL TC Partners, LLC, its Managing
Member

By:_____                      By:_____
Name:                                     Name:
Title:                                    Title:

Date: 12/29/15                            Date:_____

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re <u>Nortel Networks Inc., et al.,</u>    Case No. <u>09-10138 (KG)</u>

(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>Hain Capital Holdings, LLC</u>    <u>Avenue TC Fund, LP</u>
Name of Transferee    Name of Transferor

Court Claim #: <u>multiple; see attached schedule 1</u>
Claim Amount: <u>see attached schedule 1</u>

Name and Address where notices to Transferee should be sent:

Hain Capital Holdings, LLC
Attention: Robert Koltai
Phone: 201-896-6100
E-mail: rkoltai@haincapital.com

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

**Avenue TC Fund, LP**    HAIN CAPITAL HOLDINGS, LLC
By: Avenue TC GenPar, LLC, its General
Partner
By: GL TC Partners, LLC, its Managing
Member    By: _____
    Name: Robert Koltai
By: _____    Title: Manager
Name:
Title:

Date:_____    Date: 12/29/2015

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| Original Creditor | Purchased Amount | Proof of Claim Number | Schedule Number |
|---|---|---|---|
| Alverez & Marsal Bus. Consulting | 41,568.75 | 489 | n/a |
| Avatar Moving Systems, Inc. | 1,177.20 | n/a | 100211450 |
| Big Mood Marketing | 1,050.00 | 5781 | n/a |
| Channel Intelligence, Inc. | 61,845.00 | 804 | n/a |
| Commfusion #1 | 2,995.00 | 454 | n/a |
| Commfusion #2 | 10,000.00 | 2591 | n/a |
| Compliance Worldwide, Inc. | 20,650.00 | n/a | 100292200 |
| DPS Telecom | 23,070.00 | 89 | n/a |
| Dun & Bradstreet (GUC) | 43,000.00 | 7406 | n/a |
| Dun & Bradstreet (Admin) | 105,000.00 | 7406 | n/a |
| Dyaptive Systems, Inc. | 8,202.00 | n/a | 100313310 |
| HIFN (Exar Corp) | 50,000.00 | 1229 | n/a |
| Ichia USA Inc. | 2,375.00 | n/a | 100742590 |
| Intax, Inc. | 9,549.75 | 1404 | n/a |
| International Technology Solutions | 1,450.00 | n/a | 100752610 |
| Intransit Technologies Corp. | 2,949.43 | 241 | n/a |
| Kepner Tregoe Associates, Ltd. | 74,758.89 | n/a | 100762470 |
| Lowe-Martin Group | 18,724.41 | n/a | 100767930 |
| Lowe-Martin Group | 23,910.00 | n/a | 100767890 |
| LTC International, Inc. | 32,078.85 | 2800 | n/a |
| PDS Communications, Inc. | 3,233.67 | n/a | 100814940 |
| Precise Power Service Corp. | 3,812.00 | 7590 | n/a |
| Ronin Corporation | 36,000.00 | n/a | 100839610 |

| | | | |
|---|---|---|---|
| Safety Certified | 3,187.50 | 6381 | n/a |
| Seltech Electronics, Inc. | 4,650.00 | 3109 | n/a |
| Sumitomo Electric Claim #1 | 13,663.30 | 628 | n/a |
| Sumitomo Electric Claim #2 | 126,861.00 | 811 | n/a |
| Telchemy, Inc. | 20,000.00 | 2525 | n/a |
| Voxeo Corporation | 76,666.67 | n/a | 100973500 |
| Wakefield Thermal Solutions | 4,350.00 | 320 | n/a |
| Withrow & Terranova | 126,388.67 | 1249 | n/a |