**CERTIFICATE OF SERVICE**

I, Tamara K. Minott, certify that I am not less than 18 years of age, and that service of the foregoing **Debtors' Objection to the Requests of Merchants Equity and General Beneficial LP for Appointment of an Equity Security Holders Committee** was caused to be made on January 11, 2016, in the manner indicated upon the entities identified below.

Date: January 11, 2016

          */s/ Tamara K. Minott*
Tamara K. Minott (No. 5643)

**VIA HAND DELIVERY**

Office of the U.S. Trustee
844 King Street
Suite 2207
Lockbox 35
Wilmington, DE 19801

**VIA FIRST CLASS MAIL**

Mark H. Rhynes
513 W. 159th Street
Gardena, CA 90047

General Beneficial LP
1522 W. Manchester Ave.
Los Angeles, CA 90047

Merchants Equity
1522 W. Manchester Ave.
Los Angeles, CA 90047

9769073.1