IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| Nortel Networks Inc. et al.,[1] ) | Case No. 09-10138 (KG) |
| ) | |
| ) | (Jointly Administered) |
| Debtors. ) | |
| ) | Re: Docket Nos. 16461 and 16462 |
| ) | |

### NOTICE OF WITHDRAWAL OF DOCUMENTS [Docket Nos. 16461 and 16462]

PLEASE TAKE NOTICE that the Official Committee of Unsecured Creditors (the "Committee"), by and through their undersigned counsel, Whiteford, Taylor & Preston LLC, hereby withdraws the following pleadings as they were filed in error in the above-captioned cases:

- Eighty-Second Monthly Fee Application of Akin Gump Strauss Hauer & Feld LLP, Co-Counsel for the Official Committee of Unsecured Creditors, for Interim Allowance of Compensation and for Reimbursement of Expenses for Services Rendered During the Period from November 1, 2015 through November 30, 2015 [Docket No. 16461; Filed January 8, 2016]; and

- Notice of Eighty-Second Monthly Fee Application of Akin Gump Strauss Hauer & Feld LLP, Co-Counsel for the Official Committee of Unsecured Creditors, for Interim Allowance of Compensation and for Reimbursement of Expenses for Services Rendered During the Period from November 1, 2015 through November 30, 2015 [Docket No. 16462; Filed January 8, 2016].

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); and Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).

Dated: January 12, 2016
      Wilmington, Delaware

          */s/ Christopher Samis*
          Christopher M. Samis (No. 4909)
          L. Katherine Good (No. 5101)
          Chantelle D. McClamb (No. 5978)
          WHITEFORD, TAYLOR & PRESTON LLC
          The Renaissance Centre
          405 North King Street, Suite 500
          Wilmington, Delaware 19801
          Telephone: (302) 353-4144
          Facsimile: (302) 661-7950

          *Co-Counsel to the Official Committee of Unsecured Creditors of Nortel Networks Inc., et al.*