# EXHIBIT A

**Nortel Networks, Inc, et al.**
**(Case No. 09-10138 (KG))**

**CHILMARK PARTNERS, LLC**
**December 1, 2015 - December 31, 2015**

**Summary of Services Rendered by Project**

| Project Code | Nature of Services | December 2015 Hours |
|---|---|---|
| 1 | Asset Analysis and Recovery | 15.0 |
| 2 | Business Operations / General Corporate / Real Estate | - |
| 3 | Projections/Business Plan/Corporate wind-down | - |
| 4 | Analysis of Historical Results | - |
| 5 | Meetings with Debtor's Counsel | - |
| 6 | Committee Matters and Creditor Meetings | - |
| 7 | Claims Administration and Analysis | 3.0 |
| 8 | Intercompany Transactions/Balances | - |
| 9 | Intellectual Property | - |
| 10 | Employee Benefits / Pension | - |
| 11 | Fee Applications Preparation | - |
| 12 | Tax Issues | - |
| 13 | Hearings | - |
| 14 | Litigation / Adversary Proceedings | 106.0 |
| 15 | Travel | - |
| 16 | Plan of Reorganization / Disclosure Statement | - |
| | **TOTAL** | 124.0 |

**Summary of Services Rendered by Professional**

| Name | December 2015 Hours |
|---|---|
| Michael Kennedy, Member | 118.0 |
| Aaron Taylor, Member | - |
| Matthew Rosenberg, Managing Director | 6.0 |
| Paul Huettner, Analyst | - |
| Jamie Ellis, Analyst | - |
| James Elish, Analyst | - |
| **TOTAL** | 124.0 |

**Nortel Networks, Inc**
December 1, 2015 - December 31, 2015 Time Detail
Chilmark Partners, LLC
<u>Michael Kennedy</u>

| Date | Description of Work | December 2015 Hours | Code |
|---|---|---:|---:|
| 12/1/2015 | Review and analysis of Monitors claim report | 1.0 | 1 |
| 12/1/2015 | Calls, drafting and review re: appeal matters | 6.0 | 14 |
| 12/2/2015 | Review cash flash report | 1.0 | 1 |
| 12/2/2015 | Calls, drafting and review re: appeal matters | 7.0 | 14 |
| 12/3/2015 | Review filings and communicate with Cleary re: D&O Trust notice | 3.0 | 1 |
| 12/3/2015 | Calls, drafting and review re: appeal matters | 5.0 | 14 |
| 12/4/2015 | Calls, analysis and review re: Litigation matters and strategy | 6.0 | 14 |
| 12/7/2015 | Calls, analysis and review re: Litigation matters and strategy | 2.0 | 14 |
| 12/8/2015 | Review and analysis of additional asset sales information | 2.0 | 1 |
| 12/8/2015 | Review Monitor cash forecast | 2.0 | 1 |
| 12/8/2015 | Discuss mediation, follow-up with US counsel & review of material/analysis | 4.0 | 14 |
| 12/9/2015 | Calls & communication with Cleary & T. Ross re: disclosure | 3.0 | 1 |
| 12/9/2015 | Calls, analysis and review re: Litigation matters and strategy | 6.0 | 14 |
| 12/10/2015 | Discuss mediation/litigation, follow-up with US counsel & review of material/analysis | 5.0 | 14 |
| 12/11/2015 | Calls/communications with creditor representative re: analysis and assumptions | 3.0 | 7 |
| 12/11/2015 | Calls, analysis and review re: Litigation matters and strategy | 2.0 | 14 |
| 12/14/2015 | Discuss mediation/litigation, follow-up with US counsel & review of material/analysis | 5.0 | 14 |
| 12/15/2015 | Calls, analysis and review re: Litigation matters and strategy | 6.0 | 14 |
| 12/16/2015 | Calls, analysis and review re: Litigation matters and strategy | 7.0 | 14 |
| 12/18/2015 | Calls, communications and review re: appeal matters | 6.0 | 14 |
| 12/21/2015 | Review cash flash report | 1.0 | 1 |
| 12/22/2015 | Calls, analysis and review re: Litigation matters and strategy | 7.0 | 14 |
| 12/23/2015 | Discuss mediation, follow-up with US counsel & review of material/analysis | 6.0 | 14 |
| 12/28/2015 | Calls, analysis and review re: Litigation matters and strategy | 8.0 | 14 |
| 12/29/2015 | Discuss mediation, follow-up with US management & review of material/analysis | 7.0 | 14 |
| 12/30/2015 | Review RM Report | 2.0 | 1 |
| 12/30/2015 | Discuss mediation, follow-up with US counsel & review of material/analysis | 5.0 | 14 |
| **December 2015 Total** | | **118.0** | |

**Nortel Networks, Inc**
December 1, 2015 - December 31, 2015 Time Detail
Chilmark Partners, LLC
<u>Matthew Rosenberg</u>

| Date | Description of Work | December 2015 Hours | Code |
|---|---|---|---|
| 12/1/2015 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 12/4/2015 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 12/8/2015 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 12/9/2015 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 12/16/2015 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 12/17/2015 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| | **December 2015 Total** | **6.0** | |