# EXHIBIT B

### EXPENSE DETAIL

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

December 1, 2015 Through December 31, 2015

NONE