# Exhibit A

**NORTEL EXHIBIT A - TIME DETAILS PERIOD DECEMBER 1, 2015 THROUGH DECEMBER 31, 2015**

| Task Code | Task Code Description | Professional | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Brown, Coley P. | 12/2/2015 | Weekly employee claims call with R. Eckenrod and L. Lipner of Cleary and M. Cilia of RLKS. | 1.0 | 550 | $ 550.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Brown, Coley P. | 12/9/2015 | Weekly employee claims call with R. Eckenrod and L. Lipner of Cleary and M. Cilia of RLKS. | 1.0 | 550 | $ 550.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Brown, Coley P. | 12/16/2015 | Weekly employee claims call with R. Eckenrod and L. Lipner of Cleary and M. Cilia of RLKS. | 1.0 | 550 | $ 550.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P. | 12/1/2015 | Analyzed employee claims report and updated analyses accordingly. | 1.3 | 550 | $ 715.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P. | 12/2/2016 | Investigated various employee claim issues per request from Cleary. | 1.7 | 550 | $ 935.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P. | 12/3/2016 | Updated various employee claims analyses based on review of supporting documents. | 1.4 | 550 | $ 770.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P. | 12/4/2016 | Reviewed and updated employee claims analysis based on notes from M. Cilia of RLKS. | 1.4 | 550 | $ 770.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P. | 12/7/2016 | Updated employee claims analysis and prepared notes for Epiq. | 1.4 | 550 | $ 770.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P. | 12/7/2016 | Reconciled employee claims against underlying analyses to ensure proper documentation. | 1.2 | 550 | $ 660.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P. | 12/8/2016 | Reviewed and updated employee claims analysis based on Nortel comments and notes. | 1.3 | 550 | $ 715.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P. | 12/9/2016 | Reconciled updated claims register to employee claims analyses. | 1.0 | 550 | $ 550.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P. | 12/9/2016 | Reviewed and updated various employee claims analyses based on review. | 0.6 | 550 | $ 330.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P. | 12/10/2016 | Reconciled employee claims against underlying analyses to ensure proper documentation. | 1.8 | 550 | $ 990.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P. | 12/11/2016 | Analyzed employee claims database and updated underlying analyses. | 1.4 | 550 | $ 770.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P. | 12/14/2016 | Reconciled employee claims analysis against claims database | 1.5 | 550 | $ 825.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P. | 12/15/2016 | Worked with M. Cilia of RLKS to review employee claims for analysis | 1.2 | 550 | $ 660.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P. | 12/16/2016 | Analyzed employee claims database and updated underlying analyses. | 1.7 | 550 | $ 935.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P. | 12/17/2016 | Reviewed employee claims files provided by M. Cilia of RLKS and documented notes. | 1.0 | 550 | $ 550.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P. | 12/18/2016 | Analyzed employee claims and related communication documents. | 1.1 | 550 | $ 605.00 |