IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X
In re                                                       :    Chapter 11
                                                            :
Nortel Networks Inc., *et al.*,[1]                          :    Case No. 09-10138 (KG)
                                                            :
                                                            :    (Jointly Administered)
                            Debtors.                        :    **Related to Docket No. 16389**
------------------------------------------------------------X

## NOTICE OF FILING OF OBJECTION FORM

**PLEASE TAKE NOTICE** that, on December 15, 2015, the Court entered the Order (I) Approving Procedures for the Abandonment, Disposal, or Destruction of Specified Hard Copy Documents and Electronic Data; (II) Waiving Compliance With Certain Retention Laws and Ordinances; and (III) Granting Related Relief (Docket No. 16389) (the "**Order**").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Order, procedures regarding the abandonment, disposal and/or destruction of the Hard Copy Documents[2] and Electronic Data (the "**Document Disposal Procedures**") were approved.

---

[1] In addition to Nortel Networks Inc., the debtors in these Chapter 11 cases are: Nortel Networks Capital Corporation, Nortel Altsystems Inc., Nortel Altsystems International Inc., Xros, Inc., Sonoma Systems, Qtera Corporation, CoreTek, Inc., Nortel Networks Applications Management Solutions Inc., Nortel Networks Optical Components Inc., Nortel Networks HPOCS Inc., Architel Systems (U.S.) Corporation, Nortel Networks International Inc., Northern Telecom International Inc., Nortel Networks Cable Solutions Inc. and Nortel Networks (CALA) Inc.

[2] Capitalized terms used herein and not otherwise defined shall have the meaning given to them in the Order of the United States Bankruptcy Court for the District of Delaware dated December 15, 2015 (Docket No. 16389).

53651/0001-12690015v1

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Document Disposal Procedures, attached as Exhibit A, is the Objection for SNMP Research, Inc. and SNMP Research International, Inc.

Dated: January 13, 2016

**OF COUNSEL**

Richard S. Busch, Esq.
Sara R. Ellis, Esq.
**King & Ballow Law Offices**
315 Union Street, Suite 1100
Nashville, TN 37201
(615) 259-3456 (Phone)
(615) 726-5417 (Fax)
rbusch@kingballow.com
sellis@kingballow.com

-and-

John L. Wood, Esq.
**Egerton, McAfee, Armistead & Davis, P.C.**
900 S. Gay Street
Knoxville, TN 37902
(865) 546-0500 (Phone)
(865) 525-5293 (Fax)
jwood@emlaw.com

**COLE SCHOTZ P.C.**

/s/ Nicholas J. Brannick
Norman L. Pernick (No. 2290)
Nicholas J. Brannick (No. 5721)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
(302) 651-2002 (Phone)
(302) 652-3117 (Fax)
npernick@coleschotz.com
nbrannick@coleschotz.com

-and-

G. David Dean, Esq.
300 E. Lombard Street, Suite 1450
Baltimore, MD 21202
(410) 230-0660 (Phone)
(410) 230-0667 (Fax)
ddean@coleschotz.com

*Counsel for Plaintiffs SNMP Research, Inc. and SNMP Research International, Inc.*

53651/0001-12690015v1