# **EXHIBIT A**

53651/0001-12690015v1

# OBJECTION FORM

| Objector[1] Identification | | | |
|---|---|---|---|
| Name of Objector: SNMP Research International, Inc. and SNMP Research, Inc. | | | Name of Contact: Nicholas J. Brannick, Esquire |
| Address: c/o Cole Schotz P.C., 500 Delaware Avenue, Suite 1410 | | | Phone #: 302-651-2006 Fax #: 302-652-3117 |
| City: Wilmington | State: DE | Zip Code: 19801 | E-mail: nbrannick@coleschotz.com |

**Description of Disputed Records:[2]**

The nine ClearCase non-operational ClearCase servers in North Carolina and any other server(s) necessary for SNMP Research International, Inc. and SNMP Research, Inc. ("SNMP Research") to search the Versioned Object Bases ("VOBs") located on the U.S. Debtors' ClearCase servers.

**Basis for Objection (including, without limitation, the legal basis for the Debtors being required to preserve the Disputed Records and/or the legal basis for the Objector to be given access to the Disputed Records):**

SNMP Research and the U.S. Debtors are parties to a pending adversary proceeding before this Court in which the contents of the VOBs are highly relevant. SNMP Research also has filed separate proofs of claim against the U.S. Debtors and is a party to a pending litigation against the Canadian Debtors in which the contents of the VOBs are relevant. The U.S. Debtors should not be permitted to decommission or destroy any servers until SNMP Research's experts have determined that the server(s) proposed to be decommissioned or destroyed are not necessary to search the VOBs.

**Objector's proposal to resolve the Objection:**

SNMP Research and the U.S. Debtors should meet and confer to coordinate a meeting between experts to determine what server(s), in addition to the four operational ClearCase servers which the U.S. Debtors are not currently proposing to decommission or destroy, are necessary to search the VOBs.

| Signature: *[signature]* | Name: Nicholas J. Brannick, Esquire of Cole Schotz P.C. |
|---|---|
| | Title: Associate |
| Date: January 13, 2016 | Signed at: Wilmington, Delaware |

**Delivery of Objection Form**

This Request Form must be received by the Debtors by no later than <u>4:00 p.m. (E.T.) on January 13, 2016</u>, by prepaid ordinary mail, courier, personal delivery, facsimile or electronic or digital transmission at the following address:

Kathryn Schultea
RLKS Executive Solutions LLC
P.O. Box 131726
Houston, TX 77219-1726
E-mail: kschultea@rlks.net

With a copy to:

Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, New York 10006

Attention: Lisa M. Schweitzer
E-mail: lschweitzer@cgsh.com
Fax: 212-225-3999

---

[1] Capitalized terms used herein and not otherwise defined shall have the meaning given to them in the Order of the United States Bankruptcy Court for the District of Delaware dated December 15, 2015 (the "**Order**").

[2] If additional space is required, please provide additional information as a schedule attached to this form.