IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X
: Chapter 11
*In re* :
: Case No. 09-10138 (KG)
Nortel Networks Inc., *et al.*, :
: (Jointly Administered)
                Debtors. :
---------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE  )
                              ) SS
NEW CASTLE COUNTY  )

       I, Pauline Z. Ratkowiak, being duly sworn according to law, depose and state that I am employed by Cole Schotz P.C., and that on January 13, 2016, I caused a copy of the **Notice of Filing of Objection Form** to be served via electronic mail on the following parties:

| | |
|---|---|
| Kathryn Schultea<br>RLKS Executive Solutions LLC<br>P.O. Box 131726<br>Houston, TX 77219-1726<br>kschultea@rlks.net | Lisa M. Schweitzer, Esquire<br>Cleary Gottlieb Steen & Hamilton LLP<br>One Liberty Plaza<br>New York, NY 10006<br>lschweitzer@cgsh.com |

                                                                                _/s/ Pauline Z. Ratkowiak_
                                                                             Pauline Z. Ratkowiak, Paralegal
                                                                              COLE SCHOTZ P.C.
                                                                              500 Delaware Avenue, Suite 1410
                                                                              Wilmington, DE 19801
                                                                              (302) 652-3131

SWORN TO AND SUBSCRIBED before me
this 13th day of January, 2016

_/s/ Susan L. Williams_
NOTARY PUBLIC

          **SUSAN L. WILLIAMS**
    Notary Public State of Delaware
  My Commission Expires August 13, 2017

53651/0001-12690015v1