**EXHIBIT A**

| NAME[*] | ADDRESS | NATURE AND AMOUNT OF DISCLOSABLE ECONOMIC INTEREST |
|---|---|---|
| Aristeia Capital, L.L.C. | One Greenwich Plaza Third Floor Greenwich, CT 06830 | $74,200,000 of Floating Rate Notes due 2011 |
| Aurelius Capital Management, LP | 535 Madison Avenue 22nd Floor New York, NY 10022 | $26,500,000 of 10.125% Senior Notes due 2013<br><br>$39,385,000 of 10.75% Senior Notes due 2016 |
| Davidson Kempner Capital Management LP | 520 Madison Avenue 30th Floor New York, NY 10022 | $104,350,000 of 10.75% Senior Notes due 2016<br><br>$21,000,000 of Floating Rate Notes due 2011 |
| Elliot Associates | 40 West 57th Street New York, NY 10019 | $99,164,000 of 1.75% Senior Convertible Notes due 2012<br><br>$108,721,000 of 2.125% Senior Convertible Notes due 2014<br><br>$224,262,000 of 10.125% Senior Notes due 2013<br><br>$182,281,000 of 10.75% Senior Notes due 2016<br><br>$176,692,000 of Floating Rate Notes due 2011 |
| Fir Tree Partners Inc. | 505 Fifth Avenue New York, NY 10017 | $9,000,000 of 10.125% Senior Notes due 2013<br><br>$77,500,000 of 10.75% Senior Notes due 2016 |
| GoldenTree Asset Management | 300 Park Avenue 21st Floor New York, NY 10022 | $11,635,000 of 10.75% Senior Notes due 2016<br><br>$17,222,500 of Floating Rate Notes due 2011 |

---

[*] Each named member of the Bondholder Group either holds claims or acts as investment manager or advisor to funds and/or accounts that hold claims against the Debtors' estates arising from the purchase of the Bonds.

| NAME[*] | ADDRESS | NATURE AND AMOUNT OF DISCLOSABLE ECONOMIC INTEREST |
|---|---|---|
| Grantham, Mayo, Van Otterloo & Co., LLC | 40 Rowes Wharf Boston, MA 02110 | $56,500,000 of 10.125% Senior Notes due 2013<br><br>$54,500,000 of 10.75% Senior Notes due 2016<br><br>$111,750,000 of Floating Rate Notes due 2011 |
| GS Investment Strategies, LLC | 200 West Street 34th Floor New York, NY 10282 | $208,086,000 of 1.75% Senior Convertible Notes due 2012<br><br>$50,266,000 of 2.125% Senior Convertible Notes due 2014<br><br>$9,280,000 of 10.125% Senior Notes due 2013<br><br>$28,757,000 of Floating Rate Notes due 2011 |
| Halcyon Asset Management LLC | 477 Madison Avenue 8th Floor New York, NY, 10022 | $18,771,000 of 1.75% Senior Convertible Notes Due 2012<br><br>$64,783,000 of 2.125% Senior Convertible Notes due 2014<br><br>$8,434,000 of 10.125% Senior Notes due 2013<br><br>$13,388,000 of 10.75% Senior Notes due 2016<br><br>$3,638,000 of Floating Rate Notes due 2011 |

| NAME[*] | ADDRESS | NATURE AND AMOUNT OF DISCLOSABLE ECONOMIC INTEREST |
|---|---|---|
| HBK Capital Management | 2101 Cedar Springs Road Suite 700 Dallas, TX 75201 | $5,000,000 of 1.75% Senior Convertible Notes Due 2012<br><br>$11,000,000 of 2.125% Senior Convertible Notes due 2014<br><br>$18,000,000 of 10.125% Senior Notes due 2013<br><br>$74,750,000 of 10.75% Senior Notes due 2016<br><br>$80,250,000 of Floating Rate Notes due 2011 |
| King Street Capital Management, L.P. | 65 East 55th Street 30th Floor New York, NY  10022 | $144,500,000 of Floating Rate Notes due 2011<br><br>$6,000,000 of 6.875% Notes due 2023 |
| Macquarie Capital (USA) Inc. | 125 West 55th Street 22nd Floor New York, NY 10019 | $32,320,000 of 7.875% Notes due 2026 |
| Oak Hill Advisors L.P. | 1114 Avenue of the Americas New York, NY 10036 | $90,978,000 of 10.75% Senior Notes due 2016 |
| Och-Ziff Capital Management | 9 West 57th Street 39th Floor New York, NY 10019 | $29,518,000 of 1.75% Senior Convertible Notes due 2012<br><br>$59,907,000 of 2.125% Senior Convertible Notes due 2014<br><br>$98,295,000 of 10.125% Senior Notes due 2013<br><br>$165,691,000 of 10.75% Senior Notes due 2016<br><br>$4,739,000 of Floating Rate Notes due 2011 |

| NAME[*] | ADDRESS | NATURE AND AMOUNT OF DISCLOSABLE ECONOMIC INTEREST |
|---|---|---|
| Quantum Partners LP | 888 7th Avenue<br>32nd Floor<br>New York, NY  10106 | $76,000,000 of 1.75% Senior Convertible Notes due 2012<br><br>$120,123,000 of 2.125% Senior Convertible Notes due 2014<br><br>$28,500,000 of 10.75% Senior Notes due 2016<br><br>$102,075,000 of Floating Rate Notes due 2011 |
| Solus Alternative Asset Management LP | 410 Park Avenue<br>11th Floor<br>New York, NY 10022 | $103,435,000 of 7.875% Notes due 2026<br><br>Approximately $22,200,000 of General Unsecured Claims Against NNI |
| Stone Lion Capital Partners L.P. | 555 Fifth Avenue<br>18th Floor<br>New York, NY 10017 | $2,000,000 of 1.75% Senior Convertible Notes due 2012<br><br>$14,887,000 of 2.125% Senior Convertible Notes due 2014<br><br>$27,148,000 of 10.125% Senior Notes due 2013<br><br>$3,469,000 of 10.75% Senior Notes due 2016<br><br>$30,306,000 of Floating Rate Notes due 2011 |
| Tenor Capital Management | 1180 Avenue of the Americas<br>Suite 1940<br>New York, NY  10036 | $10,000,000 of Floating Rate Notes due 2011 |