IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>Nortel Networks Inc., et al.,[1]<br><br>　　　　　　　　　　　Debtors. | ) Chapter 11<br>)<br>) Case No. 09-10138 (KG)<br>)<br>) (Jointly Administered)<br>)<br>) **Re: Docket No. 16407**<br>) |

### CERTIFICATION OF NO OBJECTION REGARDING EIGHTY-SECOND MONTHLY APPLICATION OF ASHURST LLP, EUROPEAN COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR INTERIM ALLOWANCE OF COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR SERVICES RENDERED DURING THE PERIOD FROM NOVEMBER 1, 2015 THROUGH NOVEMBER 30, 2015 [DOCKET NO. 16407] (NO ORDER REQUIRED)

　　　　　The undersigned hereby certifies that she has received no answer, objection or any other responsive pleading with respect to the Eighty-Second Monthly Fee Application for Compensation and Reimbursement of Expenses (the "Application") of Ashurst LLP (the "Applicant") listed on Exhibit A attached hereto.  The undersigned further certifies that she has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Application appears thereon.[2]  The Application was filed with the Court on the date listed on Exhibit A.

　　　　　Pursuant to the Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Fees and Expenses for Professionals and Official

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567); and Nortel Networks (CALA) Inc. (4226).

[2] Pursuant to the Interim Compensation Order (as that term is defined herein), parties have twenty (20) days after the date of service to object to the Application.

Committee Members entered February 4, 2009 [Docket No. 222] (the "Interim Compensation Order"), the Debtors are authorized to pay the Applicant eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Application upon the filing of this Certification of No Objection and without the need for entry of a Court order approving the Application.

Dated: January 14, 2016
   Wilmington, Delaware

              */s/ Katherine Good*
              Christopher M. Samis (No. 4909)
              L. Katherine Good (No. 5101)
              Chantelle D. McClamb (No. 5978)
              Whiteford, Taylor & Preston LLC
              The Renaissance Centre
              405 North King Street, Suite 500
              Wilmington, Delaware 19801
              Telephone: (302) 353-4144
              Facsimile: (302) 661-7950

              -and-

              Fred S. Hodara, Esq.
              Akin Gump Strauss Hauer & Feld LLP
              One Bryant Park
              New York, New York 10036
              Telephone:  (212) 872-1000
              Facsimile:  (212) 872-1002

              *Co-Counsel to the Official Committee of Unsecured Creditors of Nortel Networks Inc., et al.*