## EXHIBIT A

## NORTEL NETWORKS INC., *et al*.
## CASE NO. 09-10138 (KG)

Professional Fees and Expenses
Monthly Fee Application

| Applicant & Docket No. | Time Period Covered | Fees & Expenses Requested in Application | Fees & Expenses Allowed/Awarded | Date Application Filed | Objection Deadline |
|---|---|---|---|---|---|
| Ashurst LLP<br><br>[Docket No. 16407] | 11/1/15 - 11/30/15 | £15,843.00 (Fees)<br><br>£46.64 (Expenses) | £12,674.40 (Fees @ 80%)<br><br>£46.64 (Expenses @ 100%) | 12/21/15 | 1/11/16 |