IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>Nortel Networks Inc., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>(Jointly Administered) |
| SNMP Research International, Inc.,<br><br>and<br><br>SNMP Research, Inc.,<br>               Plaintiffs,<br><br>v.<br><br>Nortel Networks Inc., *et al.*,<br><br>and<br><br>Avaya Inc.,<br>               Defendants. | Adv. No. 11-53454 (KG) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON JANUARY 22, 2016 AT 10:00 A.M. (EASTERN TIME)**

By permission of chambers, any party wishing to participate telephonically must make arrangements through CourtCall **at least one hour prior to the hearing**. CourtCall has been made aware of this extended deadline. CourtCall will not accept reservations after the extended deadline has passed without permission of chambers. Please do not contact chambers prior to the expiration of the extended deadline.

**CONTESTED MATTERS GOING FORWARD**

1. The Joint Administrators' Motion to Dismiss the U.S. Debtors' Third-Party Complaint and to Vacate the Order Impleading the EMEA Debtors (A.D.I. 305, Filed 11/16/15).

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

Responses Received:

(a) Limited Response of Plaintiffs to the Joint Administrators' Motion to Dismiss the U.S. Debtors' Third-Party Complaint and to Vacate the Order Impleading the EMEA Debtors (A.D.I. 328, Filed 12/21/15); and

(b) U.S. Debtors' Response to the Joint Administrators' Motion to Dismiss the U.S. Debtors' Third-Party Complaint and to Vacate the Order Impleading the EMEA Debtors (A.D.I. 330, Filed 12/22/15).

Related Pleading:

(a) Memorandum of Law in Support of the Joint Administrators' Motion to Dismiss the U.S. Debtors' Third-Party Complaint and to Vacate the Order Impleading the EMEA Debtors (A.D.I. 306, Filed 11/16/15);

(b) Scheduling Order for the Joint Administrators' Motion to Dismiss the U.S. Debtors' Third-Party Complaint and to Vacate the Order Impleading the EMEA Debtors (A.D.I. 310, Entered 11/30/15);

(c) Reply Brief in Further Support of the Joint Administrators' Motion to Dismiss the U.S. Debtors' Third-Party Complaint and to Vacate the Order Impleading the EMEA Debtors (A.D.I. 336, Filed 1/15/16); and

(d) Notice of Completion of Briefing (A.D.I. 337, Filed 1/15/16).

Status: The hearing on this matter will go forward.

## STATUS CONFERENCE

2. Status Conference in Adversary Proceeding Case No. 11-53454 (KG).

Objection Deadline: N/A

Responses Received: None.

Related Pleading:

(a) Notice of Rescheduled Status Conference Time from January 22, 2016 at 9:30 a.m. (ET) to January 22, 2016 at 10:00 a.m. (ET). (A.D.I. 298, Filed 11/3/15); and

(b) Letter to the Honorable Kevin Gross Regarding Interim Discovery Status Report (A.D.I. 335, Filed 1/15/16).

Status: The status conference will go forward in order to provide the Court an update on the status of the adversary proceeding.

| | |
|---|---|
| Dated: January 20, 2016<br>Wilmington, DE | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>James L. Bromley (admitted *pro hac vice*)<br>Lisa M. Schweitzer (admitted *pro hac vice*)<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone:  (212) 225-2000<br>Facsimile:  (212) 225-3999<br><br>- and -<br><br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>       */s/ Tamara K. Minott*       <br>Eric D. Schwartz (No. 3134)<br>Derek C. Abbott (No. 3376)<br>Andrew R. Remming (No. 5120)<br>Tamara K. Minott (No. 5643)<br>1201 North Market Street<br>Wilmington, DE  19899-1347<br>Telephone:  (302) 658-9200<br>Facsimile:  (302) 658-3989<br><br>*Counsel for the Debtors and Debtors in Possession* |