# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| ------------------------------------------------------X : : : : *In re* : : Nortel Networks Inc., *et al.*,[1] : : Debtors. : : : : ------------------------------------------------------X : : SNMP Research Interantional, Inc., : : and : : SNMP Research, Inc., : : Plaintiffs, : : v. : : Nortel Networks Inc., : : and : : Avaya Inc., : : Defendants. : ------------------------------------------------------X | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>(Jointly Administered)<br><br>**Re: D.I. 16481**<br><br><br><br>Adv. Proc. No. 10-55903 (KG)<br><br>**Re: D.I. 338** |

## NOTICE OF SERVICE

---

[1] In addition to Nortel Networks Inc. ("NNI"), the Debtors in the Chapter 11 cases are: Nortel Networks Capital Corporation, Nortel Altsystems Inc., Nortel Altsystems International Inc., Xros, Inc., Sonoma Systems, Qtera Corporation, CoreTek, Inc., Nortel Networks Applications Management Solutions Inc., Nortel Networks Optical Components Inc., Nortel Networks HPOCS Inc., Architel Systems (U.S.) Corporation, Nortel Networks International Inc., Northern Telecom International Inc., Nortel Networks Cable Solutions Inc., and Nortel Networks (CALA) Inc. ("NN CALA"). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

PLEASE TAKE NOTICE that on January 20, 0216, a copy of the **Notice of Agenda of Matters Scheduled for Hearing on January 22, 2016 at 10:00 A.M. (Eastern Time)** was served in the manner indicated upon the individuals identified the attached service list.

| | |
|---|---|
| Dated: January 20, 2016<br>Wilmington, DE | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>James L. Bromley (admitted *pro hac vice*)<br>Lisa M. Schweitzer (admitted *pro hac vice*)<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone:  (212) 225-2000<br>Facsimile:  (212) 225-3999 |

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

  */s/ Tamara K. Minott*
Eric D. Schwartz (No. 3134)
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Tamara K. Minott (No. 5643)
1201 North Market Street, 16th Floor
Wilmington, DE  19899-1347
Telephone:  (302) 658-9200
Facsimile:  (302) 658-3989

*Counsel for the Debtors and Debtors in Possession*

**Via Fax**

William D. Sullivan
William A. Hazeltine
Elihu E. Allinson III
Sullivan Hazeltine Allinson LLC
901 N. Market Street
Suite 1300
Wilmington, DE 19801
Fax: 302-428-8195

John L. Wood
Egerton, McAfee, Armistead & Davis, P.C.
1400 Riverview Tower
900 S. Gay Street
Knoxville, TN 37902
Fax: 865-525-5293

Richard S. Busch
King & Ballow
315 Union Street, Ste. 1100
Nashville, TN 37201
Fax: 615-726-5417

G. David Dean
Cole Schotz P.C.
300 E. Lombard Street; Suite 1450
Baltimore, MD 21202
Fax: 410-230-0667

Joshua C. Krumholz
Benjamin M. Stern
Holland & Knight
10 St. James Avenue, 11th Floor
Boston, MA 02116
Fax: 617-523-6850

Barbra R. Parlin
Michael B. Eisenberg
Holland & Knight
31 West 52nd Street
New York, NY 10019
Fax: 212-385-9010