## **CERTIFICATE OF SERVICE**

I, Tamara K. Minott, certify that I am not less than 18 years of age, and that service of the foregoing **Notice of Amended Agenda of Matters Scheduled for Hearing on January 22, 2016 at 10:00 a.m. (Eastern Time)** was caused to be made on January 21, 2016, in the manner indicated upon the entities identified below.

Date: January 21, 2016                                        */s/ Tamara K. Minott*
                                                                              Tamara K. Minott (No. 5643)

**Via Fax**

Ken Coleman Esq
Allen & Overy LLP
1221 Avenue of the Americas
New York, NY 10020
Fax: 212-610-6399

Mark Kenney, Esq.
Office of the U.S. Trustee
844 King Street
Suite 2207 Lockbox 35
Wilmington, DE 19801-3519
Fax: 302-573-6497

Laura Davis Jones
Timothy P. Cairns
Peter Keane
Pachulski Stang
919 N. Market Street; 17th Floor
Wilmington, DE 19899-8705
Fax: 302-652-4400

Derek Adler
Neil Oxford
Fara Tabatabai
Charles Huberty
Hughes Hubbard & Reed LLP
One Battery Park
New York, NY 10004
Fax: 212-422-4726

Thomas R. Kreller
Milbank Tweed Hadley & McLoy LLP
601 South Figueroa St., Suite 3000
Los Angeles, CA 90017
Fax: 213-892-4763

Fred S. Hodara Esq.
David H. Botter Esq.
Akin Gump
One Bryant Park
New York, NY 10036
Fax: 212-872-1002

James Patton
Edwin Harron
John Dorsey
Jamie Luton Chapman
Young Conaway Stargatt & Taylor LLP
1000 N. King St.
Wilmington, DE 19801
Fax: 302-571-1253

Mary F. Caloway Esq.
Kathleen Murphy Esq.
Buchanan Ingersoll & Rooney
1105 N. Market Street
Suite 1900
Wilmington, DE 19801-1228
Fax: 302-552-4295

Christopher M. Samis, Esq.
L. Katherine Good, Esq.
Whiteford Taylor & Preston LLC
The Renaissance Center
405 N. King Street, Suite 500
Wilmington, DE 19801
Fax: 302-357-3288

Sullivan Hazeltine & Allinson LLC
William D. Sullivan
William A. Hazeltine
Elihu E. Allinson III
901 North Market Street, Suite 1300
Wilmington, DE 19801
Fax: 302-428-8195

John J. Monaghan, Esq.
Joshua C. Krumholz, Esq.
Holland & Knight
10 St. James Avenue, 11th Floor
Boston, MA 02116
Fax: 617-523-6850

Barbra R. Parlin, Esq.
Holland & Knight
31 West 52nd Street
New York, NY 10019
Fax: 212-385-9010

Richard Busch
Andrew Coffman
King & Ballow Law Offices
315 Union St.
Nashville, TN 37201
Fax: 615-726-5417

John Wood
Egerton McAfee Armistead & Davis, P.C.
900 S. Gay St.
Knoxville, TN 37902
Fax: 865-525-5293

Norman L. Pernick
Nicholas J. Brannick
Cole Schotz P.C.
500 Delaware Ave.
Wilmington, DE 19801
Fax: 302-652-3117

G. David Dean
Cole Schotz P.C.
300 E. Lombard St.
Baltimore, MD 21202
Fax: 410-230-0667