# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| ------------------------------------------------------X | |
| *In re* | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| Debtors. | (Jointly Administered) |
| ------------------------------------------------------X | **Re: D.I. 16482** |
| SNMP Research International, Inc., | |
| and | |
| SNMP Research, Inc., | Adv. Proc. No. 11-53454 (KG) |
| Plaintiffs, | **Re: D.I. 340** |
| v. | |
| Nortel Networks Inc., | |
| and | |
| Avaya Inc., | |
| Defendants. | |
| ------------------------------------------------------X | |

## NOTICE OF WITHDRAWAL

---

[1] In addition to Nortel Networks Inc. ("NNI"), the Debtors in the Chapter 11 cases are: Nortel Networks Capital Corporation, Nortel Altsystems Inc., Nortel Altsystems International Inc., Xros, Inc., Sonoma Systems, Qtera Corporation, CoreTek, Inc., Nortel Networks Applications Management Solutions Inc., Nortel Networks Optical Components Inc., Nortel Networks HPOCS Inc., Architel Systems (U.S.) Corporation, Nortel Networks International Inc., Northern Telecom International Inc., Nortel Networks Cable Solutions Inc., and Nortel Networks (CALA) Inc. ("NN CALA"). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

**PLEASE TAKE NOTICE** that on January 20, 2016, Nortel Networks Inc. (the "Debtors") filed the *Notice of Service Regarding Notice of Agenda of Matters Scheduled for Hearing on January 22, 2016 at 9:30 A.M. (Eastern Time)* (the "NOS").

**PLEASE TAKE FURTHER NOTICE** that the Debtors hereby withdraw the NOS without prejudice.

Dated: January 21, 2016
Wilmington, DE

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley (admitted pro hac vice)
Lisa M. Schweitzer (admitted pro hac vice)
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

and

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

    */s/ Tamara K. Minott*
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Andrew R. Remming (No. 5120)
Tamara K. Minott (No. 5643)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19801
Telephone: (302) 658-9200
Facsimile: (302) 658-3989

Counsel for the Debtors and Debtors in Possession

5765285