# EXHIBIT A

## NORTEL NETWORKS INC., *et al*.
## CASE NO. 09-10138 (KG)

Professional Fees and Expenses
Monthly Fee Application

| Applicant & Docket No. | Time Period Covered | Fees & Expenses Requested in Application | Fees & Expenses Allowed/Awarded | Date Application Filed | Objection Deadline |
|---|---|---|---|---|---|
| Whiteford, Taylor & Preston LLC<br><br>[Docket No. 16433] | 11/1/15 - 11/30/15 | $46,190.50 (Fees)<br><br>$158.37 (Expenses) | $36,952.40 (Fees @ 80%)<br><br>$158.37 (Expenses @ 100%) | 12/30/2015 | 1/19/2016 |