# EXHIBIT A

```
****************************************************************************Page 1 of (19)
                                        WHITEFORD, TAYLOR & PRESTON    THRU 12/31/15
   BILLING ATTORNEY: 01762  CHRISTOPHER M. SAMIS    DETAILED  BILLING REPORT    AS OF 1/21/2016 10:48:11 AM
                                         PROFORMA NUMBER: 470624      LAST DATE BILLED 12/18/15

CLIENT 091281        OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF    ADDRESS: OFFICIAL COMMITTEE OF UNSECURED
                     NORTEL NETWORKS, INC.                                    CREDITORS OF NORTEL NETWORKS, INC.
MATTER 00001         NORTEL                                                   C/O FRED S. HODARA, ESQ.
CASE ID                                                                       AKIN GUMP STRAUSS HAUER & FELD, LLP
                                                                              ONE BRYANT PARK
                                                                              BANK OF AMERICA TOWER
                                                                              NEW YORK, NY 10036-6745

   INVOICE NUMBER _____  INVOICE DATE ____/____/____
```

| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 12639804 | 12/01/15 | | UPDATE CRITICAL DATES CALENDAR AND OUTLOOK CALENDARS. | S1 | | 1.30 | 01769 | CMM | 305.50 | 305.50 |
| 12639845 | 12/01/15 | | PREPARE AND CIRCULATE DAILY DOCKET DISTRIBUTIONS. | S1 | | .10 | 01769 | CMM | 23.50 | 329.00 |
| 12640484 | 12/01/15 | | EMAILS WITH K. GOOD RE: BRG FEE APPLICATIONS | S20 | | .10 | 01797 | CDM | 32.00 | 361.00 |
| 12640485 | 12/01/15 | | EMAIL TO DLS RE: FILING BRG FEE APPLICATIONS | S20 | | .10 | 01797 | CDM | 32.00 | 393.00 |
| 12640486 | 12/01/15 | | FOLLOW-UP PHONE CALL WITH DLS RE: COPY OF FILED BRG FEE APPLICATIONS | S20 | | .10 | 01797 | CDM | 32.00 | 425.00 |
| 12640491 | 12/01/15 | | REVIEW DEBTORS' OPENING BRIEF IN ALLOCATION APPEAL | S16 | | 2.20 | 01797 | CDM | 704.00 | 1,129.00 |
| 12669909 | 12/01/15 | | E-MAIL TO J. BOROW RE: FILING BRG INTERIM FEE APPLICATION. | S20 | | .10 | 01762 | CMS | 51.50 | 1,180.50 |
| 12670065 | 12/01/15 | | REVIEW 9019 ON ASM CLAIMS. | S9 | | .80 | 01762 | CMS | 412.00 | 1,592.50 |
| 12670066 | 12/01/15 | | REVIEW 55TH RLKS FEE APPLICATION. | S20 | | .20 | 01762 | CMS | 103.00 | 1,695.50 |
| 12670067 | 12/01/15 | | REVIEW 52ND FEE APPLICATION OF JOHN RAY. | S20 | | .20 | 01762 | CMS | 103.00 | 1,798.50 |
| 12679206 | 12/01/15 | | EMAIL X2 TO C. MCCLAMB RE: FILING OF BRG MONTHLY FEE APPLICATION (.2); MEETING WITH C. MCCLAMB RE: SAME (.1) | S20 | | .30 | 01761 | LKG | 147.00 | 1,945.50 |
| 12679207 | 12/01/15 | | REVIEW J. HILL OBJECTION TO ABANDONMENT PROCEDURES (.1); REVIEW B. GUNDELBACHER OBJECTION TO ABANDONMENT PROCEDURES (.1); REVIEW NOTICE OF PROPOSED SETTLEMENT OF CERTAIN CLAIMS (.3); REVIEW 9019 MOTION TO APPROVE COMPROMISE WITH ASM ENTITIES (.5) | S9 | | 1.00 | 01761 | LKG | 490.00 | 2,435.50 |
| 12639854 | 12/02/15 | | PREPARE TO E-FILE BRG 5TH MONTHLY FEE APPLICATION (.1); PREPARE TO E-FILE BRG INTERIM FEE | S20 | | .60 | 01769 | CMM | 141.00 | 2,576.50 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| BILLING ATTORNEY: 01762 CHRISTOPHER M. SAMIS | | | WHITEFORD, TAYLOR & PRESTON<br>DETAILED  BILLING REPORT<br>PROFORMA NUMBER: 470624 | | | THRU 12/31/15<br>AS OF 1/21/2016 10:48:11 AM<br>LAST DATE BILLED 12/18/15 | | |

CLIENT 091281        OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
                              NORTEL NETWORKS, INC.

MATTER 00001        NORTEL

CASE ID

| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | APPLICATION (.1); EMAIL TO C. MCCLAMB FOR REVIEW (.1); E-FILE APPLICATION (.1); E-FILE INTERIM (.1); EMAIL BANKRUPTCY COURT TO BACKDATE TO 11/30 (.1). | | | | | | | |
| 12639855 | 12/02/15 | | DRAFT CNO RE: ASHURST 80TH SEPTEMBER FEE APPLICATION (.2); EMAIL TO K. GOOD FOR REVIEW (.1). | S20 | | .30 | 01769 | CMM | 70.50 | 2,647.00 |
| 12639858 | 12/02/15 | | EMAIL FROM K. GOOD RE: PREPARING BNY MELLON COMMITTEE MEMBER APPLICATION FOR FILING (.1); DRAFT NOTICE RE: SAME (.2); PREPARE DOCUMENTS FOR FILING AND EMAIL TO K. GOOD FOR REVIEW (.1); DRAFT COS RE: SAME (.1); EDIT APPLICATION PER K. GOOD (.4). | S20 | | .90 | 01769 | CMM | 211.50 | 2,858.50 |
| 12639867 | 12/02/15 | | PREPARE AND CIRCULATE DAILY DOCKET DISTRIBUTIONS. | S1 | | .10 | 01769 | CMM | 23.50 | 2,882.00 |
| 12640502 | 12/02/15 | | CONFERENCE WITH C. MCALLISTER RE: FILING BRG FEE APPLICATIONS | S20 | | .10 | 01797 | CDM | 32.00 | 2,914.00 |
| 12640503 | 12/02/15 | | REVIEW COMPONENTS OF BRG FEE APPLICATION FOR E-FILING | S20 | | .10 | 01797 | CDM | 32.00 | 2,946.00 |
| 12640504 | 12/02/15 | | REVIEW CRITICAL DATES CALENDAR | S1 | | .30 | 01797 | CDM | 96.00 | 3,042.00 |
| 12655493 | 12/02/15 | | REVIEW/REVISE APPLICATION FOR REIMBURSEMENT OF COMMITTEE MEMBER EXPENSES (.3); EMAIL X2 TO M. FAGEN RE: SAME (.2) | S20 | | .50 | 01761 | LKG | 245.00 | 3,287.00 |
| 12669837 | 12/02/15 | | REVIEW REVISED DRAFT OF OPENING APPELLATE BRIEF IN ALLOCATION DISPUTE. | S16 | | 2.30 | 01762 | CMS | 1,184.50 | 4,471.50 |
| 12669840 | 12/02/15 | | REVIEW REVISIONS TO COMMITTEE MEMBER EXPENSE REIMBURSEMENT APPLICATION. | S20 | | .20 | 01762 | CMS | 103.00 | 4,574.50 |
| 12669852 | 12/02/15 | | E-MAILS TO C. MCCLAMB AND T. TAYLOR RE: RESOLVING BRG INTERIM FEE APPLICATION ISSUES (.1 X 3). | S20 | | .30 | 01762 | CMS | 154.50 | 4,729.00 |
| 12669894 | 12/02/15 | | E-MAIL TO S. LISKO RE: BONY MELLON EXPENSE | S20 | | .10 | 01762 | CMS | 51.50 | 4,780.50 |

BILLING ATTORNEY: 01762  CHRISTOPHER M. SAMIS

WHITEFORD, TAYLOR & PRESTON
DETAILED  BILLING REPORT
PROFORMA NUMBER: 470624

THRU 12/31/15
AS OF 1/21/2016 10:48:11 AM
LAST DATE BILLED 12/18/15

CLIENT 091281

MATTER 00001
CASE ID

OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
NORTEL NETWORKS, INC.
NORTEL

| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | REIMBURSEMENT. | | | | | | | |
| 12679260 | 12/02/15 | | EMAIL X2 TO L. ROBERTS, K. TRUEMAN RE: CNO FOR ASHURST 80TH MONTHLY FEE APPLICATION (.1); REVIEW/SIGN SAME (.1); EMAIL TO A. LISKO, C. MCALLISTER RE: FILING SAME (.1); EMAIL X2 TO M. FAGEN RE: APPLICATION FOR ALLOWANCE OF COMMITTEE MEMBER EXPENSES FOR SEPTEMBER-NOVEMBER (.2); REVIEW/REVISE SAME (.4); EMAIL X6 TO C. MCALLISTER, S. LISKO RE: FILING SAME (.4); REVIEW RLKS 55TH MONTHLY FEE APPLICATION (.1); REVIEW JOHN RAY 52ND MONTHLY FEE APPLICATION (.1) | S20 | | 1.50 | 01761 | LKG | 735.00 | 5,515.50 |
| 12679263 | 12/02/15 | | ATTENTION TO INQUIRIES REGARDING FILING APPELLATE BRIEF (.1); EMAIL TO C. SAMIS RE: SAME (.1) | S16 | | .20 | 01761 | LKG | 98.00 | 5,613.50 |
| 12642344 | 12/03/15 | | ASSIST S. LISKO DRAFTING AFFIDAVIT OF BRIEF. | S16 | | .20 | 01769 | CMM | 47.00 | 5,660.50 |
| 12642345 | 12/03/15 | | COMPILE EMAILS FOR APPEAL SERVICE LIST FOR ALLOCATION BRIEF AFFIDAVIT. | S16 | | 1.00 | 01769 | CMM | 235.00 | 5,895.50 |
| 12644414 | 12/03/15 | | REVIEW THE DEBTORS' OPENING BRIEF | S16 | | .50 | 01797 | CDM | 160.00 | 6,055.50 |
| 12670262 | 12/03/15 | | ATTENTION TO FINALIZING, FILING AND SERVING OPENING BRIEF. | S16 | | 3.70 | 01762 | CMS | 1,905.50 | 7,961.00 |
| 12670263 | 12/03/15 | | E-MAILS TO S. LISKO RE: DRAFTING AFFDAVITS OF SERVICE FOR OPENING BRIEFS (.1 X 4). | S16 | | .40 | 01762 | CMS | 206.00 | 8,167.00 |
| 12670264 | 12/03/15 | | E-MAILS TO R. JOHNSON RE: OPENING BRIEFS (.1 X 11). | S16 | | 1.10 | 01762 | CMS | 566.50 | 8,733.50 |
| 12670265 | 12/03/15 | | E-MAILS TO D. BOTTER RE: OPENING BRIEFS (.1 X 3). | S16 | | .30 | 01762 | CMS | 154.50 | 8,888.00 |
| 12670266 | 12/03/15 | | E-MAILS TO G. WILSON RE: OPENING BRIEFS (.1 X 2). | S16 | | .20 | 01762 | CMS | 103.00 | 8,991.00 |
| 12670267 | 12/03/15 | | E-MAILS TO F. HODARA, A. QURESHI AND OTHERS RE: PUBLIC FILING OF OPENING BRIEFS (.1 X 2). | S16 | | .20 | 01762 | CMS | 103.00 | 9,094.00 |
| 12670268 | 12/03/15 | | CALL FROM R. JOHNSON RE: OPENING BRIEFS (.1 X 2). | S16 | | .20 | 01762 | CMS | 103.00 | 9,197.00 |

```
                                        WHITEFORD, TAYLOR & PRESTON    THRU 12/31/15
BILLING ATTORNEY: 01762  CHRISTOPHER M. SAMIS    DETAILED  BILLING REPORT    AS OF 1/21/2016 10:48:11 AM
                                        PROFORMA NUMBER: 470624       LAST DATE BILLED 12/18/15
```

CLIENT 091281          OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
                       NORTEL NETWORKS, INC.
MATTER 00001           NORTEL
CASE ID

| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 12670269 | 12/03/15 | | E-MAILS TO ALLOCATION DISPUTE PARTIES RE: OPENING BRIEFS (.1 X 2). | S16 | | .20 | 01762 | CMS | 103.00 | 9,300.00 |
| 12670270 | 12/03/15 | | REVIEW/REVISE OPENING BRIEF AFFIDAVITS OF SERVICE. | S16 | | .80 | 01762 | CMS | 412.00 | 9,712.00 |
| 12670271 | 12/03/15 | | E-MAILS TO J. ALBERTO RE: CIRCULATION OF OPENING BRIEFS (.1 X 2). | S16 | | .20 | 01762 | CMS | 103.00 | 9,815.00 |
| 12679571 | 12/03/15 | | REVIEW FINAL DRAFT OF COMMITTEE OPENING BRIEF IN ALLOCATION APPEAL (2.1); MEETINGS X3 WITH C. SAMIS RE: SAME (.3); EMAIL TO C. MCALLISTER, S. LISKO RE: AFFIDAVIT OF SERVICE FOR SAME (.1); REVIEW SAME (.2); REVIEW PBGC OPENING BRIEF IN ALLOCATION APPEAL (1.8); REVIEW PROCEDURE FOR PROVIDING DESIGNATED RECORD TO DISTRICT COURT (.1); REVIEW AD HOC GROUP OF BONDHOLDERS OPENING BRIEF IN ALLOCATION APPEAL (1.6) | S16 | | 6.20 | 01761 | LKG | 3,038.00 | 12,853.00 |
| 12642944 | 12/04/15 | | PREPARE AND CIRCULATE DAILY DOCKET DISTRIBUTIONS. | S1 | | .20 | 01769 | CMM | 47.00 | 12,900.00 |
| 12644432 | 12/04/15 | | REVIEW DEBTOR'S OPENING BRIEF | S16 | | .40 | 01797 | CDM | 128.00 | 13,028.00 |
| 12669865 | 12/04/15 | | REVIEW DEBTORS' OPENING BRIEF. | S16 | | 3.10 | 01762 | CMS | 1,596.50 | 14,624.50 |
| 12669866 | 12/04/15 | | REVIEW AD HOC BONDHOLDERS OPENING BRIEF. | S16 | | 2.00 | 01762 | CMS | 1,030.00 | 15,654.50 |
| 12669867 | 12/04/15 | | REVIEW PBGC OPENING BRIEF. | S16 | | 1.40 | 01762 | CMS | 721.00 | 16,375.50 |
| 12669868 | 12/04/15 | | REVIEW BANK OF NEW YORK OPENING BRIEF JOINDER. | S16 | | .30 | 01762 | CMS | 154.50 | 16,530.00 |
| 12669869 | 12/04/15 | | REVIEW TRADE CONSORTIUM'S OPENING BRIEF. | S16 | | 1.30 | 01762 | CMS | 669.50 | 17,199.50 |
| 12669870 | 12/04/15 | | REVIEW CONFLICT ADMINISTRATOR'S OPENING BRIEF. | S16 | | 1.40 | 01762 | CMS | 721.00 | 17,920.50 |
| 12669881 | 12/04/15 | | CALL TO A. THAU RE: AFFDAVIT OF SERVICE FOR OPENING BRIEF. | S16 | | .20 | 01762 | CMS | 103.00 | 18,023.50 |
| 12680808 | 12/04/15 | | REVIEW SNMP BRIEF IN OPPOSITION TO DEBTORS' MOTION FOR SUMMARY JUDGMENT (2.3) | S16 | | 2.30 | 01761 | LKG | 1,127.00 | 19,150.50 |

```
BILLING ATTORNEY: 01762  CHRISTOPHER M. SAMIS          WHITEFORD, TAYLOR & PRESTON      THRU 12/31/15
                                                        DETAILED  BILLING REPORT        AS OF 1/21/2016 10:48:11 AM
                                                        PROFORMA NUMBER: 470624         LAST DATE BILLED 12/18/15
```

```
CLIENT 091281          OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
                       NORTEL NETWORKS, INC.
MATTER 00001           NORTEL
CASE ID
```

| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 12681000 | 12/04/15 | | REVIEW TRADE CONSORTIUM OPENING BRIEF IN ALLOCATION APPEAL (1.3) | S16 | | 1.20 | 01761 | LKG | 588.00 | 19,738.50 |
| 12669899 | 12/07/15 | | REVIEW NOVEMBER NORTEL PRO FORMA. | S19 | | 1.00 | 01762 | CMS | 515.00 | 20,253.50 |
| 12676454 | 12/07/15 | | PREPARE AND CIRCULATE DAILY DOCKET DISTRIBUTION | S1 | | .20 | 01806 | SL | 49.00 | 20,302.50 |
| 12655500 | 12/08/15 | | REVIEW 44TH MONTHLY APPLICATION OF E&Y (.1); REVIEW 45TH MONTHLY APPLICATON OF E&Y (.1) | S20 | | .20 | 01761 | LKG | 98.00 | 20,400.50 |
| 12669923 | 12/08/15 | | E-MAILS TO F. HODARA, D. BOTTER AND OTHERS RE: MOST RECENT MAGISTRATE RECOMMENDATION (.1 X 4). | S16 | | .40 | 01762 | CMS | 206.00 | 20,606.50 |
| 12669924 | 12/08/15 | | E-MAILS TO S. LISKO RE: MOST RECENT MAGISTRATE RECOMMENDATION. | S16 | | .20 | 01762 | CMS | 103.00 | 20,709.50 |
| 12669925 | 12/08/15 | | CALL TO A. REMMING RE: MOST RECENT MAGISTRATE RECOMMENDATION. | S16 | | .20 | 01762 | CMS | 103.00 | 20,812.50 |
| 12669940 | 12/08/15 | | E-MAILS TO S. LISKO AND J. SCARBOROUGH RE: REVIEW OF FEE EXAMINER'S REPORT ON WTP INTERIM PERIOD (.1 X 3). | S19 | | .30 | 01762 | CMS | 154.50 | 20,967.00 |
| 12669943 | 12/08/15 | | E-MAIL TO S. LISKO RE: COLLECTION OF MOST RECENT MAGISTRATE RECOMMENDATION. | S16 | | .10 | 01762 | CMS | 51.50 | 21,018.50 |
| 12669945 | 12/08/15 | | E-MAIL TO A. REMMING RE: MAGISTRATE RECOMMENDATION. | S16 | | .10 | 01762 | CMS | 51.50 | 21,070.00 |
| 12681745 | 12/08/15 | | DRAFT CNO RE BRG 4TH MONTHLY FEE APPLICATION | S20 | | .30 | 01806 | SL | 73.50 | 21,143.50 |
| 12681751 | 12/08/15 | | PREPARE AND CIRCULATE DAILY DOCKET DISTRIBUTION | S1 | | .30 | 01806 | SL | 73.50 | 21,217.00 |
| 12682361 | 12/08/15 | | REVIEW CNO FOR BRG 4TH MONTHLY FEE APPLICATION (.1) | S20 | | .10 | 01761 | LKG | 49.00 | 21,266.00 |
| 12682380 | 12/08/15 | | REVIEW SEALED RECOMMENDATION FROM JUDGE THYNGE | S16 | | .10 | 01761 | LKG | 49.00 | 21,315.00 |
| 12682381 | 12/08/15 | | REVIEW FEE EXAMINER'S PRELIMINARY REPORT RE: WTP INTERIM FEE APPLICATION | S19 | | .10 | 01761 | LKG | 49.00 | 21,364.00 |

BILLING ATTORNEY: 01762  CHRISTOPHER M. SAMIS

WHITEFORD, TAYLOR & PRESTON
DETAILED  BILLING REPORT
PROFORMA NUMBER: 470624

THRU 12/31/15
AS OF 1/21/2016 10:48:11 AM
LAST DATE BILLED 12/18/15

---

CLIENT 091281

MATTER 00001
CASE ID

OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
NORTEL NETWORKS, INC.
NORTEL

---

| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 12653999 | 12/09/15 | | EMAIL FROM C. SAMIS RE: COMMITTEE CALL | S3 | | .10 | 01797 | CDM | 32.00 | 21,396.00 |
| 12669931 | 12/09/15 | | E-MAILS TO J. ALBERTO RE: MOST RECENT MAGISTRATE RECOMMENDATION (.1 X 2). | S16 | | .20 | 01762 | CMS | 103.00 | 21,499.00 |
| 12669952 | 12/09/15 | | E-MAIL TO S. LISKO RE: COLLECTION OF MOST RECENT MAGISTRATE RECOMMENDATION. | S16 | | .10 | 01762 | CMS | 51.50 | 21,550.50 |
| 12669953 | 12/09/15 | | E-MAIL TO J. SCARBOROUGH RE: ACCEPTANCE OF FEE AUDITOR REPORT ON WTP INTERIM PERIOD. | S19 | | .10 | 01762 | CMS | 51.50 | 21,602.00 |
| 12669954 | 12/09/15 | | E-MAIL TO F. HODARA, D. BOTTER AND OTHERS RE: UPDATE ON MAGISTRATE RECOMMENDATION. | S16 | | .10 | 01762 | CMS | 51.50 | 21,653.50 |
| 12669978 | 12/09/15 | | E-MAIL TO F. HODARA AND OTHERS RE: REVISION TO MAGISTRATE RECOMMENDATION. | S16 | | .10 | 01762 | CMS | 51.50 | 21,705.00 |
| 12669980 | 12/09/15 | | E-MAIL TO C. MCCLAMB RE: PREPARATION FOR 12/10/15 COMMITTEE CALL. | S3 | | .10 | 01762 | CMS | 51.50 | 21,756.50 |
| 12681786 | 12/09/15 | | PREPARE AND CIRCULATE DAILY DOCKET DISTRIBUTION | S1 | | .30 | 01806 | SL | 73.50 | 21,830.00 |
| 12681803 | 12/09/15 | | CONFERENCE AND EMAILS WITH C. SAMIS RE RECOMMENDATION | S16 | | .10 | 01806 | SL | 24.50 | 21,854.50 |
| 12684298 | 12/09/15 | | REVIEW SEALED RECOMMENDED FROM J. THYNGE (.1) | S20 | | .10 | 01761 | LKG | 49.00 | 21,903.50 |
| 12684299 | 12/09/15 | | REVIEW AUGUST MOR | S12 | | .20 | 01761 | LKG | 98.00 | 22,001.50 |
| 12653987 | 12/10/15 | | PARTICIPATE IN WEEKLY COMMITTEE CALL | S3 | | .80 | 01797 | CDM | 256.00 | 22,257.50 |
| 12653997 | 12/10/15 | | EDITS TO COMMITTEE CALL SUMMARY | S1 | | 1.10 | 01797 | CDM | 352.00 | 22,609.50 |
| 12654023 | 12/10/15 | | REVIEW CIRCULATED MATERIALS IN PREPARATION OF COMMITTEE CALL | S3 | | .60 | 01797 | CDM | 192.00 | 22,801.50 |
| 12655524 | 12/10/15 | | REVIEW SUMMARY OF 12/10 COMMITTEE CALL (.2) | S3 | | .20 | 01761 | LKG | 98.00 | 22,899.50 |
| 12683122 | 12/10/15 | | REVIEW REPLY IN SUPPORT OF ABANDONMENT PROCEDURES MOTION (.3) | S9 | | .30 | 01761 | LKG | 147.00 | 23,046.50 |

```
BILLING ATTORNEY: 01762  CHRISTOPHER M. SAMIS        WHITEFORD, TAYLOR & PRESTON      THRU 12/31/15
                                                      DETAILED  BILLING REPORT        AS OF 1/21/2016 10:48:11 AM
                                                      PROFORMA NUMBER: 470624         LAST DATE BILLED 12/18/15
```

```
CLIENT 091281          OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
                       NORTEL NETWORKS, INC.
MATTER 00001           NORTEL
CASE ID
```

| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 12683123 | 12/10/15 | | REVIEW AGENDA FOR 12/15 HEARING (.1) | S10 | | .10 | 01761 | LKG | 49.00 | 23,095.50 |
| 12683124 | 12/10/15 | | REVIEW REQUEST FOR APPOINTMENT OF EQUITY SECURITY HOLDERS COMMITTEE (.1); MEETING WITH C. SAMIS RE: SAME (.1) | S1 | | .20 | 01761 | LKG | 98.00 | 23,193.50 |
| 12654011 | 12/11/15 | | EMAIL FROM K. GOOD RE: CNO FOR WTP 10TH MONTHLY FEE APPLICATION | S19 | | .10 | 01797 | CDM | 32.00 | 23,225.50 |
| 12654012 | 12/11/15 | | REVIEW CNO FOR WTP 10TH MONTHLY APPLICATION | S19 | | .10 | 01797 | CDM | 32.00 | 23,257.50 |
| 12669981 | 12/11/15 | | REVIEW NOTES FROM 12/10/15 COMMITTEE CALL. | S1 | | .30 | 01762 | CMS | 154.50 | 23,412.00 |
| 12670024 | 12/11/15 | | REVIEW CNO FOR NOVEMBER WTP FEE APPLICATION. | S19 | | .20 | 01762 | CMS | 103.00 | 23,515.00 |
| 12683130 | 12/11/15 | | EMAIL TO C. MCCLAMB RE: CNO FOR WTP 10TH MONTHLY FEE APPLICATION (.1); REVIEW SAME (.1); EMAIL TO S. LISKO RE: FILING SAME (.1) | S19 | | .30 | 01761 | LKG | 147.00 | 23,662.00 |
| 12683131 | 12/11/15 | | EMAIL X2 TO J. BOROW, J. HYLAND RE: CNO FOR BRG'S 4TH MONTHLY FEE APPLICATION (.1); REVIEW/REVISE SAME (.1); EMAIL TO S. LISKO RE: FILING SAME (.1); REVIEW 83RD MONTHLY FEE APPLICATION OF MNAT (.1) | S20 | | .40 | 01761 | LKG | 196.00 | 23,858.00 |
| 12683132 | 12/11/15 | | REVIEW SEPTEMBER MOR | S12 | | .20 | 01761 | LKG | 98.00 | 23,956.00 |
| 12683133 | 12/11/15 | | REVIEW AND ANALYZE DEBTORS' OPENING BRIEF IN ALLOCATION APPEAL (2.7); REVIEW AND ANALYZE CONFLICT ADMINISTRATOR'S OPENING BRIEF IN ALLOCATION APPEAL (1.4) | S16 | | 4.10 | 01761 | LKG | 2,009.00 | 25,965.00 |
| 12670028 | 12/12/15 | | E-MAILS TO A. REMMING RE: PAYMENT OF NOVEMBER COMMITTEE PROFESSIONAL FEES (.1 X 2). | S19 | | .20 | 01762 | CMS | 103.00 | 26,068.00 |
| 12655530 | 12/14/15 | | MEETING WITH C. SAMIS RE: 12/15 HEARING (.1) | S10 | | .10 | 01761 | LKG | 49.00 | 26,117.00 |
| 12655897 | 12/14/15 | | ATTENTION TO LOGISTICS FOR TELEPHONIC APPEARANCE FOR M. FAGEN (AKIN) RE: 12/15 HEARING. | S10 | | .10 | 01769 | CMM | 23.50 | 26,140.50 |

```
**********************************************************************************Page 8 of (19)
                                        WHITEFORD, TAYLOR & PRESTON      THRU 12/31/15
  BILLING ATTORNEY: 01762  CHRISTOPHER M. SAMIS     DETAILED  BILLING REPORT     AS OF 1/21/2016 10:48:11 AM
                                        PROFORMA NUMBER: 470624        LAST DATE BILLED 12/18/15
```

CLIENT 091281          OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
                       NORTEL NETWORKS, INC.
MATTER 00001           NORTEL
CASE ID

| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 12670032 | 12/14/15 | | E-MAILS TO M. FAGEN, D. BOTTER AND OTHERS RE: PREPARATION FOR 12/15/16 HEARING (.1 X 5). | S10 | | .50 | 01762 | CMS | 257.50 | 26,398.00 |
| 12670059 | 12/14/15 | | REVIEW REPLY IN FURTHER SUPPORT OF DOCUMENT DESTRUCTION MOTION. | S1 | | .30 | 01762 | CMS | 154.50 | 26,552.50 |
| 12669992 | 12/15/15 | | PREPARE FOR 12/15/15 HEARING. | S10 | | 1.20 | 01762 | CMS | 618.00 | 27,170.50 |
| 12669993 | 12/15/15 | | ATTEND 12/15/15 HEARING. | S10 | | .80 | 01762 | CMS | 412.00 | 27,582.50 |
| 12669994 | 12/15/15 | | E-MAIL TO T. TAYLOR RE: PREPARATION FOR 12/15/15 HEARING. | S10 | | .10 | 01762 | CMS | 51.50 | 27,634.00 |
| 12670055 | 12/15/15 | | REVIEW NOTICE OF SETTLEMENT OF CERTAIN PREPETITION CLAIMS (FOURTH). | S9 | | .30 | 01762 | CMS | 154.50 | 27,788.50 |
| 12670056 | 12/15/15 | | REVIEW NOTICE OF SETTLEMENT OF CERTAIN POSTPETITION CLAIMS (NINTH). | S9 | | .30 | 01762 | CMS | 154.50 | 27,943.00 |
| 12670057 | 12/15/15 | | REVIEW SEPTEMBER 2015 MOR. | S12 | | .40 | 01762 | CMS | 206.00 | 28,149.00 |
| 12670058 | 12/15/15 | | REVIEW 83RD MNAT FEE APPLICATION. | S20 | | .30 | 01762 | CMS | 154.50 | 28,303.50 |
| 12670060 | 12/15/15 | | REVIEW REQUEST FOR APPOINTMENT OF EQUITY COMMITTEE. | S1 | | .80 | 01762 | CMS | 412.00 | 28,715.50 |
| 12670061 | 12/15/15 | | REVIEW AUGUST 2015 MOR. | S12 | | .30 | 01762 | CMS | 154.50 | 28,870.00 |
| 12670062 | 12/15/15 | | REVIEW 44TH E&Y FEE APPLICATION. | S20 | | .30 | 01762 | CMS | 154.50 | 29,024.50 |
| 12670063 | 12/15/15 | | REVIEW 45TH E&Y FEE APPLICATION. | S20 | | .30 | 01762 | CMS | 154.50 | 29,179.00 |
| 12680620 | 12/15/15 | | EMAIL COURT CALL APPEARANCE FOR FAGEN AT AKIN | S1 | | .10 | 01806 | SL | 24.50 | 29,203.50 |
| 12680635 | 12/15/15 | | PREPARE AND CIRCULATE DAILY DOCKET DISTRIBUTION | S1 | | .30 | 01806 | SL | 73.50 | 29,277.00 |
| 12684087 | 12/15/15 | | REVIEW 9TH NOTICE OF SETTLEMENT OF POST-PETITION CLAIMS (.1); REVIEW 4TH NOTICE OF SETTLEMENT OF PRE-PETITION CLAIMS (.1) | S9 | | .20 | 01761 | LKG | 98.00 | 29,375.00 |

```
*****************************************************************************Page 9 of (19)
                                        WHITEFORD, TAYLOR & PRESTON      THRU 12/31/15
BILLING ATTORNEY: 01762  CHRISTOPHER M. SAMIS   DETAILED  BILLING REPORT   AS OF 1/21/2016 10:48:11 AM
                                        PROFORMA NUMBER: 470624         LAST DATE BILLED 12/18/15
```

CLIENT 091281          OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
                       NORTEL NETWORKS, INC.

MATTER 00001           NORTEL
CASE ID

| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|-------|------|----|------------------------------|------|-----|--------------|---------|------------|------------------------|---------------|
| 12684090 | 12/15/15 | | REVIEW DOCUMENT DESTRUCTION PROCEDURES ORDER | S6 | | .20 | 01761 | LKG | 98.00 | 29,473.00 |
| 12684091 | 12/15/15 | | REVIEW CORRESPONDENCE RE: BONDHOLDER GROUPS REQUEST FOR OPPOSITION BRIEF (.1) | S16 | | .10 | 01761 | LKG | 49.00 | 29,522.00 |
| 12670091 | 12/16/15 | | REVIEW CNO FOR CASSELS 18TH FEE APPLICATION. | S20 | | .20 | 01762 | CMS | 103.00 | 29,625.00 |
| 12670093 | 12/16/15 | | E-MAIL TO S. LISKO RE: CLEARANCE OF CNO FOR CASSELS 18TH MONTHLY FEE APPLICATION. | S20 | | .10 | 01762 | CMS | 51.50 | 29,676.50 |
| 12670103 | 12/16/15 | | E-MAIL TO B. KAHN RE: NOVEMBER 2015 FEE AND EXPENSE ESTIMATES. | S20 | | .10 | 01762 | CMS | 51.50 | 29,728.00 |
| 12680576 | 12/16/15 | | CONFERENCE WITH C. SAMIS RE DRAFT OF CASSELS CNO RE 18TH MONTHLY FEE APPLICATION | S20 | | .10 | 01806 | SL | 24.50 | 29,752.50 |
| 12680577 | 12/16/15 | | DRAFT CNO RE CASSELS 18TH MONTHLY FEE APPLICATION | S20 | | .20 | 01806 | SL | 49.00 | 29,801.50 |
| 12680578 | 12/16/15 | | EMAIL TO C. SAMIS AND K. GOOD RE REVIEW AND APPROVAL TO FILE CNO RE CASSELS 18TH MONTHLY FEE APPLICATION | S20 | | .10 | 01806 | SL | 24.50 | 29,826.00 |
| 12680579 | 12/16/15 | | EMAIL FROM K. GOOD RE HOLDING CASSELS CNOS | S20 | | .10 | 01806 | SL | 24.50 | 29,850.50 |
| 12680580 | 12/16/15 | | CONFERENCE WITH C. SAMIS RE HOLDING CASSELS CNOS RE PAYMENT TO BE MADE IN 2016 | S20 | | .10 | 01806 | SL | 24.50 | 29,875.00 |
| 12680586 | 12/16/15 | | PREPARE AND CIRCULATE DAILY DOCKET DISTRIBUTION | S1 | | .30 | 01806 | SL | 73.50 | 29,948.50 |
| 12684191 | 12/16/15 | | EMAIL TO M. WUNDER RE: CNO FOR AUGUST FEE APPLICATION (.1); TELEPHONE CALL WITH M. WUNDER RE: SAME (.1); MEETING WITH S. LISKO RE: SAME (.1); REVIEW 69TH MONTHLY FEE APPLICATION OF CHILMARK PARTNERS (.1) | S20 | | .40 | 01761 | LKG | 196.00 | 30,144.50 |
| 12665194 | 12/17/15 | | PHONE CALLS TO CHAMBERS RE: SNMP HEARING | S16 | | .20 | 01797 | CDM | 64.00 | 30,208.50 |
| 12670097 | 12/17/15 | | PARTICIPATE IN WEEKLY COMMITTEE CALL. | S3 | | 1.50 | 01762 | CMS | 772.50 | 30,981.00 |
| 12670105 | 12/17/15 | | PREPARE FOR WEEKLY COMMITTEE CALL. | S3 | | .80 | 01762 | CMS | 412.00 | 31,393.00 |

```
BILLING ATTORNEY: 01762  CHRISTOPHER M. SAMIS    WHITEFORD, TAYLOR & PRESTON    THRU 12/31/15
                                                 DETAILED  BILLING REPORT       AS OF 1/21/2016 10:48:11 AM
                                                 PROFORMA NUMBER: 470624        LAST DATE BILLED 12/18/15
```

```
CLIENT 091281        OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
                     NORTEL NETWORKS, INC.
MATTER 00001         NORTEL
CASE ID
```

| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|-------|------|----|-----------------------------|------|-----|--------------|---------|------------|------------------------|---------------|
| 12670107 | 12/17/15 | | CALL TO M. KENNEY RE: REQUEST FOR APPOINTMENT OF EQUITY COMMITTEE. | S1 | | .30 | 01762 | CMS | 154.50 | 31,547.50 |
| 12670125 | 12/17/15 | | E-MAIL TO R. JOHNSON RE: PREPARATION FOR 12/22/15 HEARING. | S10 | | .10 | 01762 | CMS | 51.50 | 31,599.00 |
| 12670126 | 12/17/15 | | E-MAILS TO M. FAGEN AND S. LISKO RE: CNO FOR AKIN NOVEMBER 2015 FEE APPLICATION (.1 X 2). | S20 | | .20 | 01762 | CMS | 103.00 | 31,702.00 |
| 12670127 | 12/17/15 | | E-MAILS TO F. HODARA AND M. FAGEN RE: MERCHANT'S EQUITY COMMITTEE. | S1 | | .20 | 01762 | CMS | 103.00 | 31,805.00 |
| 12676124 | 12/17/15 | | PREPARE AND CIRCULATE DAILY DOCKET DISTRIBUTION | S1 | | .20 | 01806 | SL | 49.00 | 31,854.00 |
| 12683184 | 12/17/15 | | REVIEW MERGIS NOVEMBER STAFFING REPORT | S20 | | .10 | 01761 | LKG | 49.00 | 31,903.00 |
| 12670114 | 12/18/15 | | E-MAIL TO S. LISKO RE: PREPARATION FOR 12/22/15 HEARING. | S10 | | .10 | 01762 | CMS | 51.50 | 31,954.50 |
| 12670115 | 12/18/15 | | E-MAIL TO M. FAGEN RE: PREPRARTION FOR 12/22/15 HEARING. | S10 | | .10 | 01762 | CMS | 51.50 | 32,006.00 |
| 12676068 | 12/18/15 | | EMAIL FROM C. SAMIS RE SET UP COURT CALL APPEARANCE FOR FAGEN AND LORING AT AKIN RE SNMP ORAL ARGUMENT | S16 | | .10 | 01806 | SL | 24.50 | 32,030.50 |
| 12676069 | 12/18/15 | | SET UP COURT CALL APPEARANCE FOR FAGEN AND LORING AT AKIN RE SNMP HEARING | S16 | | .20 | 01806 | SL | 49.00 | 32,079.50 |
| 12676077 | 12/18/15 | | PREPARE AND CIRCULATE DAILY DOCKET DISTRIBUTION | S1 | | .20 | 01806 | SL | 49.00 | 32,128.50 |
| 12676084 | 12/18/15 | | UPDATE CRITICAL DATES OUTLOOK CALENDARS FOR C. SAMIS, K. GOOD AND C. MCCLAMB | S1 | | .20 | 01806 | SL | 49.00 | 32,177.50 |
| 12676089 | 12/18/15 | | EMAIL COURT CALL CONFIRMATIONS TO AKIN RE SNMP HEARING | S16 | | .20 | 01806 | SL | 49.00 | 32,226.50 |
| 12683188 | 12/18/15 | | REVIEW AGENDA CANCELING 12/22 HEARING | S10 | | .10 | 01761 | LKG | 49.00 | 32,275.50 |

BILLING ATTORNEY: 01762  CHRISTOPHER M. SAMIS

WHITEFORD, TAYLOR & PRESTON
DETAILED  BILLING REPORT
PROFORMA NUMBER: 470624

THRU 12/31/15
AS OF 1/21/2016 10:48:11 AM
LAST DATE BILLED 12/18/15

CLIENT 091281

MATTER 00001
CASE ID

OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
NORTEL NETWORKS, INC.
NORTEL

| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 12683189 | 12/18/15 | | REVIEW PROPOSED STIPULATION RE: SNMP APPEAL BRIEFING | S16 | | .20 | 01761 | LKG | 98.00 | 32,373.50 |
| 12670118 | 12/19/15 | | E-MAIL TO F. HODARA AND OTHERS RE: PUBLIC POSTINGS OF DISTRICT COURT BRIEFING. | S16 | | .10 | 01762 | CMS | 51.50 | 32,425.00 |
| 12670119 | 12/20/15 | | E-MAIL TO F. HODARA AND OTHERS RE: PUBLIC POSTINGS OF DISTRICT COURT BRIEFING. | S16 | | .10 | 01762 | CMS | 51.50 | 32,476.50 |
| 12665197 | 12/21/15 | | REVIEW CRITICAL DATES CALENDAR | S1 | | .10 | 01797 | CDM | 32.00 | 32,508.50 |
| 12670131 | 12/21/15 | | CALL W/ F. HODARA, J. BROMLEY AND OTHERS RE: PUBLIC POSTING OF DISTRICT COURT BRIEFING. | S16 | | .30 | 01762 | CMS | 154.50 | 32,663.00 |
| 12670132 | 12/21/15 | | CALL W/ D. ABBOTT RE: PUBLIC POSTING OF DISTRICT COURT BRIEFING. | S16 | | .10 | 01762 | CMS | 51.50 | 32,714.50 |
| 12670133 | 12/21/15 | | CALL W/ F. HODARA, A. QURESHI AND OTHERS RE: PUBLIC POSTING OF DISTRICT COURT BRIEFING. | S16 | | .20 | 01762 | CMS | 103.00 | 32,817.50 |
| 12670137 | 12/21/15 | | E-MAIL TO D. ABBOTT RE: PUBLIC POSTING OF DISTRICT COURT BRIEFING. | S16 | | .10 | 01762 | CMS | 51.50 | 32,869.00 |
| 12670139 | 12/21/15 | | PREPARE FOR 12/22/15 HEARING. | S10 | | 1.70 | 01762 | CMS | 875.50 | 33,744.50 |
| 12670145 | 12/21/15 | | E-MAILS TO F. HODARA RE: PUBLIC POSTING OF DISTRICT COURT BRIEFING. | S16 | | .30 | 01762 | CMS | 154.50 | 33,899.00 |
| 12670146 | 12/21/15 | | FOLLOW-UP CALL W/ D. ABBOTT RE: PUBLIC POSTING OF DISTRICT COURT BRIEFING. | S16 | | .20 | 01762 | CMS | 103.00 | 34,002.00 |
| 12670154 | 12/21/15 | | REVIEW JOINT ADMINISTRATORS' OPENING BRIEF FROM DENIAL OF ENFORCEMENT OF AUTOMATIC STAY. | S5 | | 1.70 | 01762 | CMS | 875.50 | 34,877.50 |
| 12670159 | 12/21/15 | | E-MAIL TO S. LISKO RE: PREPARATION FOR 12/22/15 HEARING. | S10 | | .10 | 01762 | CMS | 51.50 | 34,929.00 |
| 12670260 | 12/21/15 | | MEET W/ S. LISKO RE: PREPARATION FOR 12/22/15 HEARING. | S10 | | .20 | 01762 | CMS | 103.00 | 35,032.00 |

```
****************************************************************************Page 12 of (19)
                                      WHITEFORD, TAYLOR & PRESTON    THRU 12/31/15
BILLING ATTORNEY: 01762  CHRISTOPHER M. SAMIS      DETAILED  BILLING REPORT     AS OF 1/21/2016 10:48:11 AM
                                      PROFORMA NUMBER: 470624        LAST DATE BILLED 12/18/15
```

CLIENT 091281        OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
                     NORTEL NETWORKS, INC.
MATTER 00001         NORTEL
CASE ID

| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 12676002 | 12/21/15 | | PREPARE AND CIRCULATE DAILY DOCKET DISTRIBUTION | S1 | | .30 | 01806 | SL | 73.50 | 35,105.50 |
| 12676027 | 12/21/15 | | CONFERENCE WITH K. GOOD RE HOLDING CASSELS AND BROCK CNOS FOR FILING | S20 | | .10 | 01806 | SL | 24.50 | 35,130.00 |
| 12676028 | 12/21/15 | | DRAFT CNO RE CASSELS AND BROCK 19TH MONTHLY FEE APPLICATION | S20 | | .20 | 01806 | SL | 49.00 | 35,179.00 |
| 12676029 | 12/21/15 | | DRAFT CNO RE AKIN'S 81ST MONTHLY FEE APPLICATION | S20 | | .20 | 01806 | SL | 49.00 | 35,228.00 |
| 12676030 | 12/21/15 | | DRAFT CNO RE CASSELS AND BROCK 20TH MONTHLY FEE APPLICATION | S20 | | .20 | 01806 | SL | 49.00 | 35,277.00 |
| 12676031 | 12/21/15 | | DRAFT CNO RE ASHURST 81ST MONTHLY FEE APPLICATION | S20 | | .20 | 01806 | SL | 49.00 | 35,326.00 |
| 12676032 | 12/21/15 | | EMAIL CNO RE AKIN FEE APPLICATION TO C. SAMIS AND K. GOOD | S20 | | .10 | 01806 | SL | 24.50 | 35,350.50 |
| 12676033 | 12/21/15 | | EMAIL CNO RE ASHURST MONTHLY FEE APPLICATION TO C. SAMIS AND K. GOOD | S20 | | .10 | 01806 | SL | 24.50 | 35,375.00 |
| 12676034 | 12/21/15 | | EMAIL FROM K. GOOD RE FILING ASHURST NOVEMBER MONTHLY FEE APPLICATION | S20 | | .10 | 01806 | SL | 24.50 | 35,399.50 |
| 12676035 | 12/21/15 | | DRAFT NOTICE OF ASHURST 83RD MONTHLY FEE APPLICATION | S20 | | .10 | 01806 | SL | 24.50 | 35,424.00 |
| 12676036 | 12/21/15 | | DRAFT CERTIFICATE OF SERVICE RE ASHURST 83RD MONTHLY FEE APPLICATION | S20 | | .10 | 01806 | SL | 24.50 | 35,448.50 |
| 12676037 | 12/21/15 | | EMAIL ASHURST 83RD MONTHLY FEE APPLICATION TO K. GOOD FOR APPROVAL TO FILE SAME | S20 | | .10 | 01806 | SL | 24.50 | 35,473.00 |
| 12676038 | 12/21/15 | | SET UP COURT CALL TELEPHONIC APPEARANCE FOR M. WUNDER | S1 | | .20 | 01806 | SL | 49.00 | 35,522.00 |
| 12676039 | 12/21/15 | | CIRCULATE COURT CALL CONFIRMATION TO M. WUNDER AND TEAM | S1 | | .10 | 01806 | SL | 24.50 | 35,546.50 |
| 12676040 | 12/21/15 | | EMAIL FROM K. GOOD RE APPROVAL TO FILE ASHURST | S20 | | .10 | 01806 | SL | 24.50 | 35,571.00 |

BILLING ATTORNEY: 01762  CHRISTOPHER M. SAMIS

WHITEFORD, TAYLOR & PRESTON
DETAILED  BILLING REPORT
PROFORMA NUMBER: 470624

THRU 12/31/15
AS OF 1/21/2016 10:48:11 AM
LAST DATE BILLED 12/18/15

CLIENT 091281        OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
                     NORTEL NETWORKS, INC.
MATTER 00001         NORTEL
CASE ID

| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | 83RD MONTHLY FEE APPLICATION | | | | | | | |
| 12676041 | 12/21/15 | | PREPARE AND FILE ASHURST 83RD MONTHLY FEE APPLICATION | S20 | | .20 | 01806 | SL | 49.00 | 35,620.00 |
| 12676042 | 12/21/15 | | EMAIL TO DLS RE SERVICE OF ASHURST 83RD MONTHLY FEE APPLICATION | S20 | | .10 | 01806 | SL | 24.50 | 35,644.50 |
| 12676043 | 12/21/15 | | CONFERENCE WITH C. SAMIS RE MATERIALS FOR SNMP HEARING | S16 | | .10 | 01806 | SL. | 24.50 | 35,669.00 |
| 12676044 | 12/21/15 | | PREPARE MATERIALS FOR SNMP HEARING | S16 | | 1.20 | 01806 | SL | 294.00 | 35,963.00 |
| 12676057 | 12/21/15 | | UPDATE CRITICAL DATES CALENDAR | S1 | | .20 | 01806 | SL | 49.00 | 36,012.00 |
| 12683663 | 12/21/15 | | REVIEW 83RD MONTHLY APPLICATION OF CLEARY GOTTLIEB (.2) | S20 | | .10 | 01761 | LKG | 49.00 | 36,061.00 |
| 12683926 | 12/21/15 | | EMAIL TO S. LISKO RE: 12/22 HEARING (.1) | S10 | | .10 | 01761 | LKG | 49.00 | 36,110.00 |
| 12683927 | 12/21/15 | | REVIEW ASHURST NOVEMBER FEE APPLICATION (.2); EMAIL TO S. LISKO RE: DRAFTING NOTICE AND COS FOR SAME (.1); REVIEW/SIGN SAME (.1); EMAIL TO S. LISKO RE: FILING AND SERVING SAME (.1) | S20 | | .50 | 01761 | LKG | 245.00 | 36,355.00 |
| 12683930 | 12/21/15 | | REVIEW CONFLICT ADMINISTRATOR'S OPENING BRIEF RE: APPEAL DENYING ENFORCEMENT OF THE STAY IN SNMP PROCEEDING | S16 | | 1.60 | 01761 | LKG | 784.00 | 37,139.00 |
| 12683940 | 12/21/15 | | REVIEW LETTER FROM BONDHOLDERS RE: MODIFICATION TO ALLOCATION APPEAL SCHEDULING ORDER | S16 | | .10 | 01761 | LKG | 49.00 | 37,188.00 |
| 12670164 | 12/22/15 | | PREPARE FOR 12/22/15 HEARING. | S10 | | 1.00 | 01762 | CMS | 515.00 | 37,703.00 |
| 12670165 | 12/22/15 | | ATTEND 12/22/15 HEARING. | S10 | | 2.10 | 01762 | CMS | 1,081.50 | 38,784.50 |
| 12670166 | 12/22/15 | | CALLS TO/FROM D. ABBOTT RE: PUBLIC POSTING OF APPELLATE BRIEFING (.2 X 3). | S16 | | .60 | 01762 | CMS | 309.00 | 39,093.50 |
| 12670170 | 12/22/15 | | E-MAILS TO F. HODARA, J. BROMLEY AND OTHERS RE: | S16 | | .70 | 01762 | CMS | 360.50 | 39,454.00 |

```
BILLING ATTORNEY: 01762  CHRISTOPHER M. SAMIS        WHITEFORD, TAYLOR & PRESTON    THRU 12/31/15
                                                      DETAILED  BILLING REPORT      AS OF 1/21/2016 10:48:11 AM
                                                      PROFORMA NUMBER: 470624       LAST DATE BILLED 12/18/15
```

```
CLIENT 091281        OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
                     NORTEL NETWORKS, INC.
MATTER 00001         NORTEL
CASE ID
```

| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | PUBLIC POSTING OF APPELLATE BRIEFING (.1 X 7). | | | | | | | |
| 12670175 | 12/22/15 | | E-MAIL TO R. JOHNSON RE: PREPARATION FOR 12/22/15 HEARING. | S10 | | .10 | 01762 | CMS | 51.50 | 39,505.50 |
| 12670177 | 12/22/15 | | E-MAIL TO S. LISKO RE: PREPARATION FOR 12/22/5 HEARING. | S10 | | .10 | 01762 | CMS | 51.50 | 39,557.00 |
| 12670261 | 12/22/15 | | CALL W/ D. ABBOTT AND JUDGE FARNAN RE: PUBLIC POSTING OF APPELLATE BRIEFING. | S16 | | .30 | 01762 | CMS | 154.50 | 39,711.50 |
| 12675982 | 12/22/15 | | CONFERENCE WITH K. GOOD RE REVISIONS TO CNO RE AKIN 81ST MONTHLY FEE APPLICATION | S20 | | .10 | 01806 | SL | 24.50 | 39,736.00 |
| 12675983 | 12/22/15 | | REVISIONS TO CNO RE AKIN 81ST MONTHLY FEE APPLICATION | S20 | | .10 | 01806 | SL | 24.50 | 39,760.50 |
| 12675984 | 12/22/15 | | REVIEW OF VARIOUS OBJECTION DEADLINES RELATED TO INTERIM FEE APPLICATIONS | S20 | | .10 | 01806 | SL | 24.50 | 39,785.00 |
| 12675985 | 12/22/15 | | EMAILS WITH K. GOOD RE OBJECTION DEADLINES AND HEARINGS RE INTERIM FEE APPLICATIONS | S20 | | .20 | 01806 | SL | 49.00 | 39,834.00 |
| 12675986 | 12/22/15 | | PREPARE AND FILE CNO RE AKIN 81ST MONTHLY FEE APPLICATION | S20 | | .20 | 01806 | SL | 49.00 | 39,883.00 |
| 12675994 | 12/22/15 | | PREPARE AND CIRCULATE DAILY DOCKET DISTRIBUTION | S1 | | .20 | 01806 | SL | 49.00 | 39,932.00 |
| 12683659 | 12/22/15 | | REVIEW U.S. DEBTORS RESPONSE TO THE JOINT ADMINISTRATORS' MOTION TO DISMISS THE U.S. DEBTORS' THIRD-PARTY COMPLAINT AND TO VACATE THE ORDER IMPLEADING THE EMEA DEBTORS (1.2) | S16 | | 1.20 | 01761 | LKG | 588.00 | 40,520.00 |
| 12683660 | 12/22/15 | | REVIEW/REVISE CNO FOR AKIN GUMP 80TH MONTHLY FEE APPLICATION (.1); MEETING WITH S. LISKO RE: SAME (.1); EMAIL TO S. LISKO RE: FILING SAME (.1); EMAIL TO B. KAHN, M. FAGEN RE: FILED CNO (.1); EMAIL TO L. ROBERTS, K. TRUEMAN RE: ASHURST 81ST MONTHLY FEE APPLICATION (.1) | S20 | | .50 | 01761 | LKG | 245.00 | 40,765.00 |

```
BILLING ATTORNEY: 01762  CHRISTOPHER M. SAMIS        WHITEFORD, TAYLOR & PRESTON      THRU 12/31/15
                                                     DETAILED  BILLING REPORT        AS OF 1/21/2016 10:48:11 AM
                                                     PROFORMA NUMBER: 470624         LAST DATE BILLED 12/18/15
```

```
CLIENT 091281          OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
                       NORTEL NETWORKS, INC.
MATTER 00001           NORTEL
CASE ID
```

| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 12668515 | 12/23/15 | | EMAILS WITH C. SAMIS RE APPROVAL TO FILE ASHURST CNO RE 81ST MONTHLY FEE APPLICATION | S20 | | .10 | 01806 | SL | 24.50 | 40,789.50 |
| 12670182 | 12/23/15 | | DRAFT E-MAIL TO JUDGE THYNGE RE: PUBLIC POSTING OF APPELLATE BRIEFING. | S16 | | .20 | 01762 | CMS | 103.00 | 40,892.50 |
| 12670188 | 12/23/15 | | E-MAIL TO F. HODARA RE: PUBLIC POSTING OF APPELLATE BRIEFING. | S16 | | .10 | 01762 | CMS | 51.50 | 40,944.00 |
| 12670195 | 12/23/15 | | E-MAIL TO D. ABBOTT RE: PUBLIC POSTING OF APPELLATE BRIEFING. | S16 | | .10 | 01762 | CMS | 51.50 | 40,995.50 |
| 12670197 | 12/23/15 | | REVIEW CNO FOR 81ST ASHURST FEE APPLICATION. | S20 | | .20 | 01762 | CMS | 103.00 | 41,098.50 |
| 12670200 | 12/23/15 | | E-MAIL TO S. LISKO RE: CLEARANCE, FILING AND SERVICE OF CNO FOR ASHURST 81ST FEE APPLICATION. | S20 | | .10 | 01762 | CMS | 51.50 | 41,150.00 |
| 12675931 | 12/23/15 | | PREPARE AND FILE CNO RE ASHURST 81ST MONTHLY FEE APPLICATION | S20 | | .20 | 01806 | SL | 49.00 | 41,199.00 |
| 12675932 | 12/23/15 | | CONFERENCE WITH C. SAMIS RE WTP NOVEMBER MONTHLY FEE APPLICATION | S19 | | .10 | 01806 | SL | 24.50 | 41,223.50 |
| 12675965 | 12/23/15 | | PREPARE AND CIRCULATE DAILY DOCKET DISTRIBUTION | S1 | | .20 | 01806 | SL | 49.00 | 41,272.50 |
| 12683605 | 12/23/15 | | REVIEW DISTRICT COURT ORDER RE: ADDITIONAL BRIEFING IN ALLOCATION APPEAL | S16 | | .10 | 01761 | LKG | 49.00 | 41,321.50 |
| 12683606 | 12/23/15 | | REVIEW CNO FOR ASHURST OCTOBER MONTHLY FEE APPLICATION (.1); EMAIL TO S. LISKO RE: FILING SAME (.1) | S20 | | .20 | 01761 | LKG | 98.00 | 41,419.50 |
| 12671152 | 12/24/15 | | MEETING WITH S. LISKO RE: WTP NORTEL MONTHLY FEE APPLICATION (.2); EMAIL TO ACCOUNTING RE: REVISED PROFORMA REQUEST (.1). | S19 | | .30 | 01769 | CMM | 70.50 | 41,490.00 |
| 12671154 | 12/24/15 | | REVIEW DECEMBER PROFORMA IN PREPARATION FOR WTP NOVEMBER FEE APPLICATION (1.0); SCAN AND EMAIL TO K. GOOD AND C. SAMIS RE: SAME (.1). | S19 | | 1.10 | 01769 | CMM | 258.50 | 41,748.50 |

```
BILLING ATTORNEY: 01762  CHRISTOPHER M. SAMIS          WHITEFORD, TAYLOR & PRESTON     THRU 12/31/15
                                                       DETAILED  BILLING REPORT        AS OF 1/21/2016 10:48:11 AM
                                                       PROFORMA NUMBER: 470624         LAST DATE BILLED 12/18/15
```

```
CLIENT 091281        OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
                     NORTEL NETWORKS, INC.
MATTER 00001         NORTEL
CASE ID
```

| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 12683601 | 12/24/15 | | REVIEW NOVEMBER PRO FORMA (.5) | S19 | | .50 | 01761 | LKG | 245.00 | 41,993.50 |
| 12670240 | 12/28/15 | | E-MAILS TO A. KELLY RE: SUBMISSION OF ELECTRONIC RECORD (.1 X 2). | S16 | | .20 | 01762 | CMS | 103.00 | 42,096.50 |
| 12670241 | 12/28/15 | | CALL TO A. KELLY RE: SUBMISSION OF ELECTRONIC RECORD. | S16 | | .30 | 01762 | CMS | 154.50 | 42,251.00 |
| 12670242 | 12/28/15 | | CALL TO A. REMMING RE: SUBMISSON OF ELECTRONIC RECORD. | S16 | | .20 | 01762 | CMS | 103.00 | 42,354.00 |
| 12675916 | 12/28/15 | | PREPARE AND CIRCULATE DAILY DOCKET DISTRIBUTION | S1 | | .20 | 01806 | SL | 49.00 | 42,403.00 |
| 12675923 | 12/28/15 | | UPDATE CRITICAL DATES CALENDAR | S1 | | .20 | 01806 | SL | 49.00 | 42,452.00 |
| 12683387 | 12/28/15 | | REVIEW FEE EXAMINER'S FINAL REPORT RE: WTP 4TH INTERIM APPLICATION (.1) | S19 | | .10 | 01761 | LKG | 49.00 | 42,501.00 |
| 12683388 | 12/28/15 | | EMAIL TO M. WUNDER RE: FEE EXAMINER'S PRELIMINARY REPORT (.1); EMAIL TO T. MINOTT RE: SAME AND FEE HEARING (.1) | S20 | | .20 | 01761 | LKG | 98.00 | 42,599.00 |
| 12671085 | 12/29/15 | | E-MAILS TO M. FAGEN RE: NEXT INTERIM FEE HEARING (.1 X 2). | S20 | | .20 | 01762 | CMS | 103.00 | 42,702.00 |
| 12671086 | 12/29/15 | | E-MAILS TO K. GOOD RE: NEXT INTERIM FEE HEARING (.1 X 3). | S20 | | .30 | 01762 | CMS | 154.50 | 42,856.50 |
| 12671091 | 12/29/15 | | E-MAIL TO A. REMMING RE: ELECTRONIC TRANSMISSION OF RECORD. | S16 | | .10 | 01762 | CMS | 51.50 | 42,908.00 |
| 12675857 | 12/29/15 | | PREPARE AND CIRCULATE DAILY DOCKET DISTRIBUTION | S1 | | .20 | 01806 | SL | 49.00 | 42,957.00 |
| 12675862 | 12/29/15 | | PREPARE AND RUN REDLINE OF CRITICAL DATES CALENDAR | S1 | | .20 | 01806 | SL | 49.00 | 43,006.00 |
| 12683273 | 12/29/15 | | EMAIL X2 TO C. SAMIS RE: INTERIM FEE EXAMINER REPORTS (.2); EMAIL X2 TO M. MADDOX RE: SAME AND FEE HEARING (.2) | S20 | | .40 | 01761 | LKG | 196.00 | 43,202.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| BILLING ATTORNEY: 01762  CHRISTOPHER M. SAMIS | | | WHITEFORD, TAYLOR & PRESTON<br>DETAILED  BILLING REPORT<br>PROFORMA NUMBER: 470624 | | THRU 12/31/15<br>AS OF 1/21/2016 10:48:11 AM<br>LAST DATE BILLED 12/18/15 | | |

CLIENT 091281        OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
                          NORTEL NETWORKS, INC.

MATTER 00001         NORTEL
CASE ID

| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 12672921 | 12/30/15 | | REVIEW GENERAL BENEFICIAL REQUEST FOR APPOINTMENT OF AN EQUITY COMMITTEE. | S1 | | .30 | 01762 | CMS | 154.50 | 43,356.50 |
| 12672922 | 12/30/15 | | REVIEW ASM CLAIM SETTLEMENT MOTION. | S9 | | .40 | 01762 | CMS | 206.00 | 43,562.50 |
| 12673136 | 12/30/15 | | EMAILS WITH ACCOUNTING RE: REVISIONS TO NOVEMBER PROFORMA IN PREPARATION FOR WTP MONTHLY FEE APPLICATION. | S19 | | .20 | 01769 | CMM | 47.00 | 43,609.50 |
| 12673143 | 12/30/15 | | REVIEW REVISED PROFORMA FROM ACCOUNTING OF NOVEMBER SERVICES. | S19 | | .20 | 01769 | CMM | 47.00 | 43,656.50 |
| 12673144 | 12/30/15 | | DRAFT WTP 11TH (NOVEMBER) MONTHLY FEE APPLICATION (.9); DRAFT NOTICE AND COS RE: SAME (.2); REVISE AND PREPARE APPLICATION FOR FILING (.2); E-FILE AND EMAIL DLS FOR SERVICE OF SAME (.2). | S19 | | 1.50 | 01769 | CMM | 352.50 | 44,009.00 |
| 12673152 | 12/30/15 | | EMAIL LEDES AND EXCEL DATA TO FEE EXAMINER FOR WTP 11TH MONTHLY FEE APPLICATION. | S19 | | .10 | 01769 | CMM | 23.50 | 44,032.50 |
| 12673219 | 12/30/15 | | REVIEW CRITICAL DATES CALENDAR | S1 | | .40 | 01797 | CDM | 128.00 | 44,160.50 |
| 12673227 | 12/30/15 | | REVIEW WTP ELEVENTH MONTHLY FEE APPLICATION | S19 | | .60 | 01797 | CDM | 192.00 | 44,352.50 |
| 12675821 | 12/30/15 | | CONFERENCE WITH C. MCCLAMB RE REVISIONS TO CRITICAL DATES CALENDAR | S1 | | .20 | 01806 | SL | 49.00 | 44,401.50 |
| 12675822 | 12/30/15 | | REVISIONS TO CRITICAL DATES CALENDAR PER C. MCCLAMB | S1 | | .10 | 01806 | SL | 24.50 | 44,426.00 |
| 12675831 | 12/30/15 | | PREPARE AND CIRCULATE DAILY DOCKET DISTRIBUTION | S1 | | .20 | 01806 | SL | 49.00 | 44,475.00 |
| 12678572 | 12/31/15 | | UPDATE CRITICAL DATES OUTLOOK CALENDARS FOR C. SAMIS, K. GOOD AND C. MCCLAMB | S1 | | .30 | 01806 | SL | 73.50 | 44,548.50 |
| 12678591 | 12/31/15 | | PREPARE AND CIRCULATE DAILY DOCKET DISTRIBUTION | S1 | | .20 | 01806 | SL | 49.00 | 44,597.50 |

                                           101.10**TIME VALUE TOTAL**    44,597.50

***DISBURSEMENTS ***