# **EXHIBIT B**

```
************************************************************************************Page 18 of (19)
                                         WHITEFORD, TAYLOR & PRESTON    THRU 12/31/15
BILLING ATTORNEY: 01762  CHRISTOPHER M. SAMIS   DETAILED  BILLING REPORT   AS OF 1/21/2016 10:48:11 AM
                                          PROFORMA NUMBER: 470624        LAST DATE BILLED 12/18/15
```

| | | |
|---|---|---|
| CLIENT 091281 | OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF | |
| | NORTEL NETWORKS, INC. | |
| MATTER 00001 | NORTEL | |
| CASE ID | | |

| INDEX | DATE | REFER-# | CODE | CTRL-# | TKPR | | AMOUNT | |
|---|---|---|---|---|---|---|---|---|
| | | | 10 | | | PHOTOCOPIES | | 3.80 |
| 4283505 | 12/02/15 | | 43 | | 01762 | HAWKINS REPORTING SERVICE - TRANSCRIPTS/DEPOSITIONS-COPY OF HEARING | 768.15 | |
| | | | *43 | | | TRANSCRIPTS/DEPOSITIONS | | 768.15 |
| 4283518 | 12/21/15 | | 101 | | 01762 | DLS DISCOVERY - COURIER EXPENSE-RUSH DELIVERY-DISTRICT COURT X2 | 40.00 | |
| | | | *101 | | | COURIER EXPENSE | | 40.00 |
| 4283506 | 12/02/15 | | 44 | | 01762 | DLS DISCOVERY - COPIES-COPY/PRINT; ENVELOPE; PRINTING ON LABEL STOCK; HAND DELIVERY W BANKRUPTCY SERVICE; | 43.66 | |
| 4283507 | 12/02/15 | | 44 | | 01762 | DLS DISCOVERY - COPIES-COPY/PRINT; ENVELOPE; PRINTING ON LABEL STOCK; HAND DELIVERY W BANKRUPTCY SERVICE; POSTAGE;PDF EMAILED TO CLIENT | 73.91 | |
| 4283509 | 12/08/15 | | 44 | | 01762 | DLS DISCOVERY - COPIES-PRINT/COPY; ENVELOPE; PRINTING ON LABEL STOCK; HAND DELIVERY W BANKRUPTCY SERVICE; PDF EMAILED TO CLIENT | 111.63 | |
| 4283510 | 12/08/15 | | 44 | | 01762 | DLS DISCOVERY - COPIES-PRINT/COPY; ENVELOPE; PRINTING ON LABEL STOCK; HAND DELIVERY W BANKRUPTCY SERVICE; PDF EMAILED TO CLIENT | 49.44 | |
| 4283511 | 12/14/15 | | 44 | | 01762 | COPIES DLS DISCOVERY - COPY/PRINT; ENVELOPES; HAND DELIVERY W BANKRUPTCY SERVICE; POSTAGE; PRINTING ON LABEL STOCK | 55.05 | |
| 4283512 | 12/14/15 | | 44 | | 01762 | COPIES DLS DISCOVERY - COPY/PRINT; ENVELOPES; HAND DELIVERY W BANKRUPTCY SERVICE; POSTAGE; PDF EMAILED TO CLIENT | 88.90 | |
| 4283513 | 12/14/15 | | 44 | | 01762 | COPIES DLS DISCOVERY - COPY/PRINT; ENVELOPES; HAND DELIVERY W BANKRUPTCY SERVICE; POSTAGE; PDF EMAILED TO CLIENT; PRINTING ON  LABEL STOCK; GEN. LABOR | 139.47 | |
| 4283514 | 12/14/15 | | 44 | | 01762 | COPIES DLS DISCOVERY - COPY/PRINT; ENVELOPES; RUSH DELIVERY; POSTAGE; PDF EMAILED TO CLIENT; | 129.78 | |

```
*******************************************************************************Page 19 of (19)
                                       WHITEFORD, TAYLOR & PRESTON      THRU 12/31/15
BILLING ATTORNEY: 01762  CHRISTOPHER M. SAMIS     DETAILED   BILLING REPORT    AS OF 1/21/2016 10:48:11 AM
                                       PROFORMA NUMBER: 470624          LAST DATE BILLED 12/18/15
```

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| CLIENT 091281 | | OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF | | | | | |
| | | NORTEL NETWORKS, INC. | | | | | |
| MATTER 00001 | | NORTEL | | | | | |
| CASE ID | | | | | | | |

| INDEX | DATE | REFER-# | CODE | CTRL-# | TKPR | | AMOUNT |
|---|---|---|---|---|---|---|---|
| 4283515 | 12/14/15 | | 44 | | 01762 | COPIES DLS DISCOVERY - COPY/PRINT; ENVELOPES; POSTAGE; PDF EMAILED TO CLIENT; PRINTING ON LABEL STOCK | 65.11 |
| | | | *44 | | | COPIES | 756.95 |
| | | | | | | *TOTAL DISBURSEMENTS* | 1,568.90 |