# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

## Minute Entry

### Hearing Information:

| | |
|---|---|
| **Debtor:** | NORTEL NETWORKS INC., ET AL. |
| **Case Number:** | 09-10138-KG   **Chapter:** 11 |
| **Date / Time / Room:** | FRIDAY, JANUARY 22, 2016 10:00 AM   CRT#3, 6TH FL. |
| **Bankruptcy Judge:** | KEVIN GROSS |
| **Courtroom Clerk:** | SHERRY SCARUZZI |
| **Reporter / ECR:** | AL LUGANO |

### Matters:

1) OMNIBUS HEARING
   **R / M #:**   16,483 / 0

2) **ADV: 1-11-53454**
   **SNMP Research International, Inc. vs Nortel Networks Inc.**
   Status Conference
   **R / M #:**   342 / 0

### Appearances:

SEE ATTACHED COURT SIGN-IN-SHEET

### Proceedings:

HEARING HELD. AGENDA ITEMS:
#1 - Judge will review his notes and pleadings and issue his ruling
#2 - Status Conference A-11-53454 - SNMP has asked for more time to go through pleadings;
Order to be submitted under  Certification of Counsel with new dates;