# SIGN-IN-SHEET

**CASE NAME:** Nortel Networks Inc.
**CASE NO.:** 09-10138 /A-11-53454 (KG)

**COURTROOM LOCATION:** 3
**DATE:** 1/22/16

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Lisa Schweitzer | Cleary Gottlieb Steen & Hamilton | Debtor |
| Erin Gallagher | " " " " | " |
| Andrew Remming | Morris Nichols Arsht & Tunnell | " |
| Tamara Minott | " " " " | " |
| Norman Pernick | Cole Schotz | SNMP |
| David Dean | " | " |
| Jaime Chapman | YCST | Joint Administrators |
| Derek Adler | Hughes Hubbard | " |
| Charles Huberty | " | " |
| William Sullivan | Sullivan Hazeltine Allinson | Avaya, Inc. |
| Robert Johnson | Akin Gump | Official Comm. Unsec Creds |
| Mes Sems | Mitchel Taylor | (?) |
| Kathleen Murphy | Buchanan Ingersoll | Monitor |

# Court Conference

**U.S. Bankruptcy Court-Delaware**
**Confirmed Telephonic Appearance Schedule**
**Honorable Kevin Gross (Nortel Trial Only)**
**Courtroom**

Calendar Date: 01/22/2016
Calendar Time: 10:00 AM ET

Amended Calendar 01/22/2016 06:03 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7396254 | Peg A. Brickley | (215) 462-0953 | Dow Jones & Co. | Interested Party, Peg Brickley / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7387389 | Nicholas W. Chiuchiolo | (212) 728-8511 ext. 8638 | Willkie Farr & Gallagher LLP | Interested Party, Nortel Networks UK Pension Trust / LIVE |
| | | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7390523 | Esther Chung | (646) 855-6705 | Bank of America | Interested Party, Bank of America / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7393616 | Kent Collier | (212) 588-8890 | Reorg Research, Inc. | Interested Party, Reorg Research, Inc / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7394220 | Matthew C. Fagen | (212) 872-8051 | Akin Gump Strauss Hauer & Feld LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7393505 | David Harrington | (212) 225-2266 | Cleary Gottlieb Steen & Hamilton | Debtor, Nortel Networks Inc. / LIVE |
| | | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7395365 | Patrick Holohan | (646) 412-5336 | Merger Market | Interested Party, MergerMarket / LISTEN ONLY |

| | | | | | | |
|---|---|---|---|---|---|---|
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7390713 | Paul Keller | (212) 318-3212 | Norton Rose Fulbright US LLP | Monitor, Ernst & Young / LIVE |
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7390585 | Steven C. Krause | (212) 688-2550 | Owl Creek Asset Management LP | Creditor, Owl Creek / LISTEN ONLY |
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7393524 | Daniel A. Lowenthal | (212) 336-2720 | Patterson Belknap Webb & Tyler | Creditor,Law Debenture Trust Company of New York / LISTEN ONLY |
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7394840 | Thomas Matz | (212) 530-5885 | Milbank, Tweed, Hadley & McCloy, LLP | Creditor, Ad Hoc Group of Bondholders / LISTEN ONLY |
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7393677 | Caroline Parker-Beaudrias | (212) 837-6000 | Hughes Hubbard & Reed LLP (New York) | Interested Party, The Joint Administrators / LISTEN ONLY |
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7390617 | Ross Rosenfelt | (212) 719-7334 | Och-Ziff Capital Management Group | Interested Party, Och-Ziff Capital Management Group / LISTEN ONLY |
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7395077 | Benjamin Stern | (617) 305-2022 | Holland & Knight LLP | Creditor, Avaya, Inc. / LIVE |
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 (11-5345 4) | Hearing | 7390604 | Laura Hall | (212) 610-7300 | Allen & Overy, LLP | Monitor, Ernst & Young / LIVE |
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 (11-5345 4) | Hearing | 7391560 | Phillip Lis | (302) 571-6710 | Herbert Smith | Interested Party,Joint Administrators / LISTEN ONLY |