**EXHIBIT B**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X
:
*In re*                                                    :    Chapter 11
                                                           :
Nortel Networks Inc., *et al.*,[1]                         :    Case No. 09-10138 (KG)
                                                           :
                              Debtors.                     :    Jointly Administered
                                                           :
------------------------------------------------------------X

**STIPULATION RESOLVING CLAIMS BY AND BETWEEN
LIQUIDITY SOLUTIONS, INC. AND NORTEL NETWORKS INC.**

This stipulation (the "Stipulation") is entered into by and between Nortel Networks Inc. (the "Nortel Debtor") and Liquidity Solutions, Inc. (the "Claimant", and together with the Nortel Debtor, the "Parties") as transferee from the persons or entities listed as the "Transferor" in the table attached to this Stipulation as Exhibit 1 (the "Transferors"), as applicable. The Parties hereby stipulate and agree as follows:

WHEREAS, on January 14, 2009 and July 14, 2009 (the "Petition Dates"), the Nortel Debtor and its affiliated debtors and debtors in possession (the "Debtors") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") (Case No. 09-10138 (KG) (Jointly Administered)); and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Contact information for the Debtors and their petitions are available at http://dm.epiq.com/nortel.

WHEREAS, the Bankruptcy Court established the general bar dates of September 30, 2009 (other than for claims against Nortel Networks (CALA) Inc.) and January 25, 2010 (for claims against Nortel Networks (CALA) Inc.) for filing proofs of claim in these cases; and

WHEREAS, on or about the dates listed in Exhibit 1, the Transferors or their predecessors in interest with respect to the claims identified in Exhibit 1 (the "Claims") filed the related proofs of claim; and

WHEREAS the Claims relate to, among other things, various employee-related claims, including severance benefits, deferred compensation, non-qualified pension plan and other employee benefits; and

WHEREAS, on or about the dates listed in Exhibit 1, the Claimant acquired the Claims from the Transferors; and

WHEREAS, the Parties have engaged in arm's-length negotiations and, in order to avoid the potentially substantial and burdensome costs and risks associated with litigating the Claims, which ultimate outcome the Parties acknowledge and agree is uncertain, the Parties have agreed to this Stipulation to resolve their disputes; and

WHEREAS, the Parties have agreed that the Claims should be allowed as general unsecured claims, priority claims or administrative claims, as applicable, against the Nortel Debtor in the amounts set forth on Exhibit 1.

NOW, THEREFORE, the Parties agree and stipulate as follows:

1. Resolution of Claims.  Effective upon the entry of an order by the Bankruptcy Court approving this Stipulation:

(a) The Claims shall be allowed in the amounts and priorities against the Nortel Debtor in the manner set forth on <u>Exhibit 1</u>, and shall not be subject to any further objection, dispute, reduction, offset, setoff, reclassification or disallowance.

(b) The allowance of the Claims as described in paragraph 1(a) shall be granted in full satisfaction of any and all claims that have been or could have been asserted in the Claims and shall amend and supersede any and all claim amounts the Debtors list in their Schedules arising from or related to the facts underlying the Claims.  The Claimant shall not have any further claims against the Debtors, based on the Debtors' scheduling of any of the Claims. However, in the event that any person who transferred, directly or indirectly, a Claim to the Claimant is determined, by Bankruptcy Court Order or by agreement of such person, the Debtors and/or the Claimant, to hold, with respect to such Claim, a valid claim (as "claim" is defined in section 101(5) of the Bankruptcy Code), including with respect to a claim listed in the Schedules, against the Debtors, nothing herein shall affect the Debtors' right (if any) upon notice to the Claimant to reduce, reclassify and/or disallow the Claimant's allowed Claim (and any distribution thereon) correspondingly.

2. <u>Release</u>.

    (a) Effective upon the entry of an order by the Bankruptcy Court approving this Stipulation, the Parties release and forever discharge each other and their respective current and former affiliates, subsidiaries, shareholders, directors, officers, employees, agents, attorneys, and their personal representatives, successors and assigns, from any and all liability from any claims, defenses, demands, liabilities and obligations, damages, actions, causes of action, setoffs, recoupments, costs and expenses (including, without limitation, attorneys' fees),

3

known or unknown, past or present, fixed or contingent, liquidated or unliquidated which the Parties now have or hereafter may have arising from or related to the Claims.

(b) **WITH RESPECT TO THE RELEASES PROVIDED HEREIN, THE CLAIMANT FURTHER ACKNOWLEDGES AND EXPRESSLY WAIVES THE BENEFIT OF ANY STATUTORY PROVISION OR COMMON LAW RULE THAT PROVIDES THAT A RELEASE DOES NOT EXTEND TO CLAIMS WHICH THE CLAIMANT DOES NOT KNOW OR SUSPECT TO EXIST IN ITS FAVOR AT THE TIME OF EXECUTION, INCLUDING, WITHOUT LIMITATION, THE PROVISIONS OF CALIFORNIA CIVIL CODE SECTION 1542.**

3. <u>No Further Claims</u>.  Effective upon the entry of an order by the Bankruptcy Court approving this Stipulation, the Claimant shall be forever barred from (i) amending the Claims or (ii) filing or otherwise asserting any further claim arising from or relating to the Claims, or the facts underlying the Claims, against any of the Debtors in the Debtors' chapter 11 cases.  The Claimant and certain of its related affiliates may in the future hold claims against the Debtors unrelated to the Claims addressed herein and based on separate facts and separate debtor-creditor relationships, and such claims shall be unaffected by this Stipulation.

4. <u>Entire Claim</u>.  The Claimant represents that, with respect to the Claims, the Claimant owns the entirety of the claims (as "claim" is defined in section 101(5) of the Bankruptcy Code) asserted in such Claims, including all claims listed in the Schedules arising from or related to the facts underlying such Claims (i.e., Claimant has <u>not</u> purchased only a portion of a Claim, leaving the Transferor of the Claim still holding a portion of such Claim).

5. <u>Binding Effect</u>.  This Stipulation and the Order approving the Stipulation shall be binding upon any successors or assigns of the Parties, including any trustee or receiver subsequently appointed in the Debtors' chapter 11 cases.

6. <u>Entire Agreement</u>.  This Stipulation constitutes the entire agreement between the Parties and supersedes all prior or contemporaneous written or oral communications, understandings, and agreements with respect to the subject matter hereof and this Stipulation cannot be amended except by an authorized written agreement between the Parties.

7. <u>No Transfer to a Third Party</u>.  The Claimant represents that it has not sold, assigned or otherwise transferred the Claims or any of the claims being released pursuant to this Stipulation to a third party, including to any Transferor.

8. <u>No Transfer to Prior Owner</u>.  The Claimant agrees that it shall not sell, assign or otherwise transfer any Claim back to the applicable Transferor, in part or as a whole, either pursuant to the terms and conditions of any applicable transfer agreement or otherwise.

9. <u>No Admissions</u>.  Each Party acknowledges and agrees that nothing in this Stipulation constitutes an admission or concession of any legal issue raised in or relating to the Claims.

10. <u>Costs and Expenses</u>.  Each Party agrees to bear its own costs, expenses and attorneys' fees incurred in connection with the negotiations related to and preparation of this Stipulation and to not seek from each other reimbursement of any such costs, expenses or attorneys' fees.

11. <u>Jurisdiction</u>.  The Bankruptcy Court shall retain jurisdiction over the implementation of this Stipulation and any disputes arising hereunder.

12. <u>Manner of Execution</u>.  This Stipulation may be executed in counterparts, each of which shall be an original, and such counterparts shall be construed together as one instrument. Facsimile or pdf signatures shall be deemed original signatures.

13. <u>Court Approval</u>.  All provisions of this Stipulation are subject to the approval of the Bankruptcy Court.  In the event this Stipulation is not approved, the Parties reserve all of their rights and defenses with respect to the Claims and this proposed settlement shall not constitute an admission by the Debtors or their affiliates regarding the validity of the Claims or that they have any liability thereunder.

14. <u>Claims Register</u>.  The Debtors, the Debtors' claims agent, Epiq Bankruptcy Solutions, LLC, and the Clerk of the Court are authorized to take all necessary and appropriate actions to give effect to this Stipulation.

[*Remainder of Page Left Intentionally Blank*]

IN WITNESS WHEREOF, and intending to be legally bound hereby, the Parties have executed this Stipulation.

Dated: **01/22/16**

Nortel Networks Inc.

By: _____
Name: John J. Ray, III
Title: Principal Officer

Liquidity Solutions, Inc.

By: _____
Name: Jeff Caress
Title: Authorized Signatory

**Exhibit 1**

| | | | | | | Claim/Schedule As Filed | | | | | Claim/Schedule As Allowed | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Current Claim Owner | Transferor | Claim/Schedule Number | Date Claim Filed | Date Claim Transferred | Admin Amount | Priority Amount | Unsecured Amount | Total Claimed Amount | Debtor Asserted Against | Admin Amount | Priority Amount | Unsecured Amount | Total Allowed Amount | Allowed Debtor |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: AGNEW, BRUCE K. | 988 | 4/20/2009 | 5/29/2012 | - | 81,230.00 | - | 81,230.00 | NO DEBTOR ASSERTED BY CREDITOR | 669.66 | 2,363.51 | 82,959.20 | 85,992.37 | Nortel Networks Inc. |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: BLANKENSHIP, RICHARD L. | 7285 | 6/3/2010 | 1/17/2014 | - | 10,950.00 | 37,050.01 | 48,000.01 | Nortel Networks Inc. | 5,604.00 | 2,407.45 | 52,950.45 | 60,961.90 | Nortel Networks Inc. |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: BRIEDA, PAUL | 1568 | 7/20/2009 | 5/12/2014 | - | 54,510.28 | - | 54,510.28 | NO DEBTOR ASSERTED BY CREDITOR | - | 1,560.43 | 53,186.75 | 54,747.18 | Nortel Networks Inc. |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: BUTTERMORE, THOMAS N., JR. | 1265 | 6/3/2009 | 7/1/2011 | - | 10,950.00 | 110,885.11 | 121,835.11 | Nortel Networks Inc. | - | - | 124,540.82 | 124,540.82 | Nortel Networks Inc. |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: CALMENSON, KENNETH | 1054 | 4/29/2009 | 1/15/2013 | - | - | 367,200.00 | 367,200.00 | Nortel Networks Inc. | - | - | 199,818.00 | 199,818.00 | Nortel Networks Inc. |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: CIOFFI, ANTHONY | 1548 | 7/16/2009 | 3/2/2012 | - | 210,521.53 | - | 210,521.53 | NO DEBTOR ASSERTED BY CREDITOR | - | - | 223,153.00 | 223,153.00 | Nortel Networks Inc. |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: DONOVAN, WILLIAM J. | 3082 | 9/17/2009 | 7/19/2011 | - | 1,506,861.00 | 1,506,861.00 | 1,506,861.00 | NO DEBTOR ASSERTED BY CREDITOR | - | - | - | - | |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: DONOVAN, WILLIAM | 7075 | 2/5/2010 | 7/1/2011 | - | - | 390,000.00 | 390,000.00 | Nortel Networks Inc. | - | - | 1,347,967.97 | 1,347,967.97 | Nortel Networks Inc. |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: FLYNN, LAWRENCE M. | 4362 | 9/28/2009 | 7/1/2011 | - | - | 198,214.03 | 198,214.03 | Nortel Networks Inc. | - | - | 198,214.03 | 198,214.03 | Nortel Networks Inc. |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: GIGLIOTTI, THOMAS A. | 1471 | 7/6/2009 | 10/26/2011 | - | 44,127.53 | - | 44,127.53 | Nortel Networks Inc. | - | - | - | - | |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: GIGLIOTTI, THOMAS A | 7188 | 4/5/2010 | 10/26/2011 | - | 63,060.21 | | 63,060.21 | Nortel Networks Inc. | - | - | | | |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: GIGLIOTTI, THOMAS A. | 7615 | 2/25/2011 | 10/26/2011 | - | - | 73,371.77 | 73,371.77 | Nortel Networks Inc. | - | - | 12,878.58 | 12,878.58 | Nortel Networks Inc. |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: HARPER, JAMES JR | 2731 | 9/8/2009 | 12/7/2011 | - | 10,950.00 | 333,121.32 | 344,071.32 | Nortel Networks Inc. | - | 4,679.29 | 333,072.48 | 337,751.77 | Nortel Networks Inc. |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: HUNGLE, TERRY G. | 736 | 3/27/2009 | 11/23/2011 | - | - | 274,222.80 | 274,222.80 | NO DEBTOR ASSERTED BY CREDITOR | - | - | - | - | |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: HUNGLE, TERRY G | 3620 | 9/24/2009 | 11/23/2011 | - | - | 238,875.95 | 238,875.95 | Nortel Networks Inc. | - | - | 230,894.00 | 230,894.00 | Nortel Networks Inc. |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: JACKSON, JAMES E. JR. | 8024 | 10/14/2011 | 3/1/2012 | - | - | 95,550.00 | 95,550.00 | NO DEBTOR ASSERTED BY CREDITOR | 4,429.41 | 1,604.22 | 94,800.15 | 100,833.78 | Nortel Networks Inc. |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: JONES, STEPHEN G. | 638 | 3/18/2009 | 8/16/2011 | - | 10,950.00 | 454,147.41 | 465,097.41 | Nortel Networks Inc. | - | 2,068.13 | 146,004.11 | 148,072.24 | Nortel Networks Inc. |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: LAMBERT, MICHAEL K. | 3895 | 9/25/2009 | 11/28/2011 | - | - | 608,020.75 | 608,020.75 | Nortel Networks Inc. | - | - | - | - | |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: LAMBERT, MICHAEL K | 5738 | 9/30/2009 | 11/28/2011 | - | - | 602,469.23 | 602,469.23 | Nortel Networks Inc. | - | - | 434,732.00 | 434,732.00 | Nortel Networks Inc. |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: LEWIS, PATRICK B. | 659 | 3/20/2009 | 5/29/2012 | - | - | 390,000.00 | 390,000.00 | NO DEBTOR ASSERTED BY CREDITOR | - | 5,817.76 | 461,356.12 | 467,173.88 | Nortel Networks Inc. |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: LINDT, JACK | 4772 | 9/29/2009 | 7/1/2011 | - | - | 240,763.59 | 240,763.59 | Nortel Networks Inc. | - | - | 240,764.00 | 240,764.00 | Nortel Networks Inc. |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: LOCKWOOD, FRANK E. | 768 | 3/30/2009 | 9/11/2012 | - | - | 137,880.00 | 137,880.00 | NO DEBTOR ASSERTED BY CREDITOR | - | - | 89,175.00 | 89,175.00 | Nortel Networks Inc. |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: MISSINI, DENNIS | 8568 | 7/22/2013 | 12/19/2013 | - | - | 46,638.34 | 46,638.34 | Nortel Networks Inc. | - | - | 49,437.00 | 49,437.00 | Nortel Networks Inc. |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: PARISH, SAUNDERS D | 4305 | 9/28/2009 | 8/10/2011 | - | - | 47,250.47 | 47,250.47 | Nortel Networks Inc. | - | - | 42,948.00 | 42,948.00 | Nortel Networks Inc. |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: PEPER, DEREK | 566 | 3/12/2009 | 3/30/2012 | - | - | 92,935.38 | 92,935.38 | NO DEBTOR ASSERTED BY CREDITOR | - | - | - | - | |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: PEPER, DEREK | 1251 | 5/29/2009 | 4/11/2012 | - | 19,547.05 | 28,384.11 | 47,931.16 | NO DEBTOR ASSERTED BY CREDITOR | - | 5,123.37 | 100,394.40 | 105,517.77 | Nortel Networks Inc. |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: PHILLIPS, ALLAN | 672 | 3/23/2009 | 3/28/2012 | - | - | 57,545.69 | 57,545.69 | Nortel Networks Inc. | - | - | 60,702.00 | 60,702.00 | Nortel Networks Inc. |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: RICCITELLI, ROBERT | 5349 | 9/30/2009 | 11/10/2011 | - | - | 577,978.05 | 577,978.05 | Nortel Networks Inc. | - | - | 539,594.72 | 539,594.72 | Nortel Networks Inc. |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: ROBSON, ROBERT | 4401 | 9/28/2009 | 7/1/2011 | - | - | 146,023.30 | 146,023.30 | Nortel Networks Inc. | - | - | 146,023.30 | 146,023.30 | Nortel Networks Inc. |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: ROGERS, STEVEN | 4796 | 9/29/2009 | 7/1/2011 | - | - | 97,539.28 | 97,539.28 | Nortel Networks Inc. | - | - | 93,702.00 | 93,702.00 | Nortel Networks Inc. |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: SANDERSON, GARY | 2978 | 9/14/2009 | 3/19/2012 | - | 233,080.87 | - | 233,080.87 | Nortel Networks Inc. | - | - | 233,080.87 | 233,080.87 | Nortel Networks Inc. |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: SULLIVAN, TIMOTHY P. | 4911 | 9/29/2009 | 6/15/2012 | - | - | 95,340.32 | 95,340.32 | Nortel Networks Inc. | - | - | 90,052.00 | 90,052.00 | Nortel Networks Inc. |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: TWYNHAM, ANDREW | 4100 | 9/28/2009 | 8/10/2011 | - | - | 167,718.40 | 167,718.40 | NO DEBTOR ASSERTED BY CREDITOR | - | - | - | - | |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: TWYNHAM, ANDREW S | 4101 | 9/28/2009 | 8/10/2011 | - | 48,400.00 | 141,307.78 | 189,707.78 | Nortel Networks Inc. | - | - | - | - | |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: TWYNHAM, ANDREW | 4102 | 9/28/2009 | 8/10/2011 | - | - | 76,708.78 | 76,708.78 | Nortel Networks Inc. | - | - | - | - | |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: TWYNHAM, ANDREW | 6990 | 1/26/2010 | 8/10/2011 | - | 48,400.00 | 119,318.40 | 167,718.40 | Nortel Networks Inc. | - | - | 348,317.62 | 348,317.62 | Nortel Networks Inc. |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: WARNICK, JON P. | 2281 | 8/28/2009 | 7/1/2011 | - | - | 167,907.73 | 167,907.73 | Nortel Networks Inc. | - | - | - | - | |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: WARNICK, JON P | 6559 | 1/4/2010 | 7/1/2011 | - | - | 167,907.73 | 167,907.73 | Nortel Networks (CALA), Inc. | - | - | - | - | |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: WARNICK, JON P | 6560 | 1/4/2010 | 7/1/2011 | 167,907.73 | - | - | 167,907.73 | Nortel Networks (CALA), Inc. | - | - | - | - | |
| LIQUIDITY SOLUTIONS, INC. | AS ASSIGNEE OF JON P. WARNICK | 7930 | 9/6/2011 | | - | - | 167,907.73 | 167,907.73 | Nortel Networks Inc. | - | - | 161,667.00 | 161,667.00 | Nortel Networks Inc. |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: WHITFILL, MARK | 3823 | 9/25/2009 | 4/20/2012 | - | - | 101,670.88 | 101,670.88 | Nortel Networks Inc. | 631.88 | 2,274.76 | 95,188.50 | 98,095.14 | Nortel Networks Inc. |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: WILLIAMS, NANCY J. | 1558 | 7/17/2009 | 3/4/2014 | - | 14,105.20 | - | 14,105.20 | NO DEBTOR ASSERTED BY CREDITOR | - | - | 15,849.00 | 15,849.00 | Nortel Networks Inc. |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: SMITH, DOUGLAS | 1986 | 8/21/2009 | 10/19/2011 | - | - | 33,882.96 | 33,882.96 | NO DEBTOR ASSERTED BY CREDITOR | - | - | - | - | |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: ARVINDKUMAR, KARIA | 4835 | 9/29/2009 | 7/1/2011 | - | - | 106,722.37 | 106,722.37 | Nortel Networks Inc. | - | - | - | - | |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: JENSON, CHARLES E. | 748 | 3/30/2009 | 12/5/2013 | - | 10,950.00 | 27,094.08 | 38,044.08 | NO DEBTOR ASSERTED BY CREDITOR | 651.44 | 2,132.01 | 33,721.21 | 36,504.66 | Nortel Networks Inc. |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: COOPER, CHARLES | 6226-01 | 12/14/2009 | 12/14/2012 | - | - | 21,145.54 | 21,145.54 | NO DEBTOR ASSERTED BY CREDITOR | - | - | 24,587.12 | 24,587.12 | Nortel Networks Inc. |
| LIQUIDITY SOLUTIONS, INC. | AS ASSIGNEE OF JAMES W. ROWAN | 8152 | 1/10/2012 | | - | - | 38,521.80 | 38,521.80 | Nortel Networks Inc. | - | - | 38,521.80 | 38,521.80 | Nortel Networks Inc. |
| LIQUIDITY SOLUTIONS, INC. | AS ASSIGNEE OF THU-ANH T. TRAN | 8159 | 1/10/2012 | | - | - | 8,276.36 | 8,276.36 | Nortel Networks Inc. | - | - | 8,276.36 | 8,276.36 | Nortel Networks Inc. |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: KEY SERVICES INC | 100762740 | | 4/28/2010 | - | - | 2,335.00 | 2,335.00 | Nortel Networks Inc. | - | - | 2,335.00 | 2,335.00 | Nortel Networks Inc. |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: AMERICAN BROADBAND INC | 100008160 | | 4/28/2011 | - | - | 10,128.00 | 10,128.00 | Nortel Networks Inc. | - | - | 8,167.74 | 8,167.74 | Nortel Networks Inc. |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: BEHRINGER HARVARD TIC MGMT. | 4223 | 9/28/2009 | 10/13/2010 | - | - | 140,257.57 | 140,257.57 | Nortel Networks Inc. | - | - | 138,661.97 | 138,661.97 | Nortel Networks Inc. |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: EXHIBIT SURVEYS INC. | 96 | 1/29/2009 | 3/29/2011 | - | - | 155,577.00 | 155,577.00 | Nortel Networks Inc. | - | - | 155,577.00 | 155,577.00 | Nortel Networks Inc. |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: JOSE PAULINO | 101023560 | | 4/6/2012 | - | - | 9,634.15 | 9,634.15 | Nortel Networks Inc. | - | - | 9,634.15 | 9,634.15 | Nortel Networks Inc. |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: METROPOLITAN TULSA INVESTMENTS LLC | 1632 | 7/31/2009 | 7/30/2010 | - | - | 56,502.75 | 56,502.75 | Nortel Networks Inc. | - | - | 52,245.89 | 52,245.89 | Nortel Networks Inc. |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: OGLETREE DEAKINS | 3243 | 9/21/2009 | 3/30/2012 | - | - | 36,562.50 | 36,562.50 | Nortel Networks Inc. | - | - | 36,562.50 | 36,562.50 | Nortel Networks Inc. |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: RAPID SHEET METAL INC | 100831710 | | 10/22/2009 | - | - | 1,626.00 | 1,626.00 | Nortel Networks Inc. | - | - | 1,626.00 | 1,626.00 | Nortel Networks Inc. |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: VIRTUAL CONSOLE, LLC | 1773 | 8/18/2009 | 2/10/2011 | 2,149.00 | - | 949.00 | 3,098.00 | Nortel Networks Inc. | 2,149.00 | - | 899.00 | 3,048.00 | Nortel Networks Inc. |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: WIDEVINE TECHNOLOGIES INC | 101007810 | | 2/10/2011 | - | - | 48,100.01 | 48,100.01 | Nortel Networks Inc. | - | - | 48,100.01 | 48,100.01 | Nortel Networks Inc. |
| TOTAL | | | | | $ 170,056.73 | $ 2,378,593.67 | $ 9,056,030.43 | $ 10,097,819.83 | | $ 14,135.39 | $ 30,030.93 | $ 6,862,338.82 | $ 6,906,505.14 | |