# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re*: | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| | (Jointly Administered) |
| Debtors. | **Re: Dkt. Nos. 16378, 16414, 16467** |

**LIMITED JOINDER OF THE MONITOR AND THE CANADIAN DEBTORS TO THE DEBTORS' OBJECTION TO THE REQUESTS OF MERCHANTS EQUITY AND GENERAL BENEFICIAL LP. FOR APPOINTMENT OF AN <u>EQUITY SECURITY HOLDERS COMMITTEE</u>**

Ernst & Young Inc., the court-appointed Monitor and foreign representative of Nortel Networks Corporation ("**NNC**"), Nortel Networks Limited, and certain of their direct and indirect Canadian subsidiaries (collectively, the "**Canadian Debtors**") in proceedings under *Canada's Companies' Creditors Arrangement Act*, R.S.C. 1985, c. C-36, pending before the Ontario Superior Court of Justice (Commercial List), on behalf of itself and the Canadian Debtors hereby files this limited joinder to the *Debtors' Objection to the Requests of Merchants Equity and General Beneficial LP. for Appointment of an Equity Security Holders Committee*, dated January 11, 2016 [Dkt. No. 16467] (the "**Objection**").

The parties requesting appointment of an equity committee hold no equity interests in any of the US Debtors. The equity of each of the US Debtors in these cases is either directly or indirectly 100% owned by NNC. Accordingly, the Monitor and the Canadian Debtors

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); CoreTek, Inc. (5722); Nortel Networks Applications Management Solutions Inc. (2846); Nortel Networks Optical Components Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567); and Nortel Networks (CALA) Inc. (4226) (the "**US Debtors**").

hereby join the Objection to the extent the US Debtors assert that there is no basis for the formation of an equity committee in these cases.

The Monitor and Canadian Debtors reserve all rights, including rights to make such other and further objections to the requests for the formation of an equity committee as may be appropriate.

Dated: January 22, 2016
Wilmington, Delaware

**BUCHANAN INGERSOLL & ROONEY PC**

/s/  Kathleen A. Murphy
Mary F. Caloway (No. 3059)
Kathleen A Murphy (No. 5215)
919 North Market Street, Suite 1500
Wilmington, Delaware 19801
(302) 552-4200 (telephone)
(302) 552-4295 (facsimile)
mary.caloway@bipc.com
kathleen.murphy@bipc.com

-and-

**ALLEN & OVERY LLP**

Ken Coleman
Daniel J. Guyder
1221 Avenue of the Americas
New York, New York  10020
(212) 610-6300 (telephone)
(212) 610-6399 (facsimile)
ken.coleman@allenovery.com
daniel.guyder@allenovery.com

*Attorneys for Ernst & Young Inc., as Monitor and Foreign Representative of the Canadian Debtors*