## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | Ref. Docket No. 16434 and 16435 |

### AFFIDAVIT OF SERVICE

| | |
|---|---|
| STATE OF NEW YORK | ) |
| | ) ss.: |
| COUNTY OF NEW YORK | ) |

TIM CONKLIN, being duly sworn, deposes and says:

1.  I am employed as a Senior Case Manager by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, 12th Floor, New York, NY 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On January 15, 2016, I caused to be served a personalized "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e) (2) or (4)" (the "Personalized Transfers"), a sample of which is annexed hereto as Exhibit A, by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on Exhibit B.

3.  All envelopes utilized in the service of the foregoing contained the following legend:  "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Tim Conklin*_____
Tim Conklin

Sworn to before me this
22nd day of January, 2016
*/s/ Regina Amporfro*_____
Notary Public, State of New York
No. 01AM6064508
Qualified in Queens County
Commission Expires September 24, 2017

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

**EXHIBIT A**

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Address Service Requested

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



NNI TRFNTC (MERGE2, TXNUM2) 4000112428

To:    BAR(23) MAILID *** 000101584335 ***



AVENUE TC FUND, L.P.
TRANSFEROR: CLAIMS RECOVERY GROUP LLC
ATTN: DAVID S. LEINWAND, ESQ.
399 PARK AVENUE, 6TH FLOOR
NEW YORK, NY 10022

# THE REMAINDER OF THIS PAGE
# INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim.  While **transferee** refers to the party who is purchasing or otehwise being assigned the claim.

To:    BAR(23) MAILID *** 000101584335 ***            NNI TRFNTC (MERGE2, TXNUM2) 4000112428



AVENUE TC FUND, L.P.
TRANSFEROR: CLAIMS RECOVERY GROUP LLC
ATTN: DAVID S. LEINWAND, ESQ.
399 PARK AVENUE, 6TH FLOOR
NEW YORK, NY 10022

Please note that your schedule in the above referenced case and in the amount of
$1,177.20 has been transferred (unless previously expunged by court order)

HAIN CAPITAL HOLDINGS, LLC
TRANSFEROR: AVENUE TC FUND, L.P.
ATTN: AMANDA RAPOPORT
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER        16465            in your objection.  If you file an objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  01/15/2016                          David D. Bird, Clerk of Co

                                          /s/ Tim Conklin

                                          EPIQ BANKRUPTCY SOLUTIONS, LLC

                                          as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 15, 2016.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Legal Documents Enclosed
Please direct to the attention
of the Addressee,

Address Service Requested

Legal Department or President



NNI TRFNTC (MERGE2, TXNUM2) 4000112429

To:      BAR(23) MAILID *** 000101584336 ***



AVENUE TC FUND, L.P.
TRANSFEROR: CLAIMS RECOVERY GROUP LLC
ATTN: DAVID S. LEINWAND, ESQ.
399 PARK AVENUE, 6TH FLOOR
NEW YORK, NY 10022

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form,    **transferor**    refers to the claimant who is selling or otherwise assigning its claim.  While    **transferee**    refers to the party who is purchasing or othewise being assigned the claim.

To:     BAR(23) MAILID *** 000101584336 ***              NNI TRFNTC (MERGE2, TXNUM2) 4000112429



AVENUE TC FUND, L.P.
TRANSFEROR: CLAIMS RECOVERY GROUP LLC
ATTN: DAVID S. LEINWAND, ESQ.
399 PARK AVENUE, 6TH FLOOR
NEW YORK, NY 10022

Please note that your claim # 5781 in the above referenced case and in the amount of
$1,050.00 allowed at $1,050.00 has been transferred (unless previously expunged by court order)

HAIN CAPITAL HOLDINGS, LLC
TRANSFEROR: AVENUE TC FUND, L.P.
ATTN: AMANDA RAPOPORT
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER        16465              in your objection.  If you file an objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  01/15/2016                              David D. Bird, Clerk of Co

                                              /s/ Tim Conklin
                                              _____
                                              EPIQ BANKRUPTCY SOLUTIONS, LLC

                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 15, 2016.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Legal Documents Enclosed
Please direct to the attention
of the Addressee,

Address Service Requested

Legal Department or President



NNI TRFNTC (MERGE2, TXNUM2) 4000112430

To:     BAR(23) MAILID *** 000101584337 ***

AVENUE TC FUND, L.P.
TRANSFEROR: CLAIMS RECOVERY GROUP LLC
ATTN: DAVID S. LEINWAND, ESQ.
399 PARK AVENUE, 6TH FLOOR
NEW YORK, NY 10022

# THE REMAINDER OF THIS PAGE
# INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF

### BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:        BAR(23) MAILID *** 000101584337 ***            NNI TRFNTC (MERGE2, TXNUM2) 4000112430



AVENUE TC FUND, L.P.
TRANSFEROR: CLAIMS RECOVERY GROUP LLC
ATTN: DAVID S. LEINWAND, ESQ.
399 PARK AVENUE, 6TH FLOOR
NEW YORK, NY 10022

Please note that your claim # 804 in the above referenced case and in the amount of
$93,427.13 allowed at $61,845.00 has been transferred (unless previously expunged by court order)

HAIN CAPITAL HOLDINGS, LLC
TRANSFEROR: AVENUE TC FUND, L.P.
ATTN: AMANDA RAPOPORT
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

No action is required if you do not object to the transfer of your claim.  However  **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER        16465        in your objection.  If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  01/15/2016                    David D. Bird, Clerk of Co

                          /s/ Tim Conklin
_____

                          EPIQ BANKRUPTCY SOLUTIONS, LLC

                          as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 15, 2016.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Address Service Requested

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



NNI TRFNTC (MERGE2, TXNUM2) 4000112431

To:     BAR(23) MAILID *** 000101584338 ***

AVENUE TC FUND, L.P.
TRANSFEROR: CLAIMS RECOVERY GROUP LLC
ATTN: DAVID S. LEINWAND, ESQ.
399 PARK AVENUE, 6TH FLOOR
NEW YORK, NY 10022

# THE REMAINDER OF THIS PAGE
# INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form,   **transferor**   refers to the claimant who is selling or otherwise assigning its claim.  While   **transferee**   refers to the party who is purchasing or othewise being assigned the claim.

To:       BAR(23) MAILID *** 000101584338 ***              NNI TRFNTC (MERGE2, TXNUM2) 4000112431



AVENUE TC FUND, L.P.
TRANSFEROR: CLAIMS RECOVERY GROUP LLC
ATTN: DAVID S. LEINWAND, ESQ.
399 PARK AVENUE, 6TH FLOOR
NEW YORK, NY 10022

Please note that your claim # 454 in the above referenced case and in the amount of
$2,995.00 allowed at $2,995.00 has been transferred (unless previously expunged by court order)

HAIN CAPITAL HOLDINGS, LLC
TRANSFEROR: AVENUE TC FUND, L.P.
ATTN: AMANDA RAPOPORT
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER          16465                in your objection.  If you file an objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  01/15/2016                          David D. Bird, Clerk of Co

                                          /s/ Tim Conklin

                                          EPIQ BANKRUPTCY SOLUTIONS, LLC

                                          as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 15, 2016.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Legal Documents Enclosed
Please direct to the attention
of the Addressee,

Address Service Requested

Legal Department or President



NNI TRFNTC (MERGE2, TXNUM2) 4000112432

To:      BAR(23) MAILID *** 000101584339 ***



AVENUE TC FUND, L.P.
TRANSFEROR: CLAIMS RECOVERY GROUP LLC
ATTN: DAVID S. LEINWAND, ESQ.
399 PARK AVENUE, 6TH FLOOR
NEW YORK, NY 10022

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**

**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:      BAR(23) MAILID *** 000101584339 ***          NNI TRFNTC (MERGE2, TXNUM2) 4000112432



AVENUE TC FUND, L.P.
TRANSFEROR: CLAIMS RECOVERY GROUP LLC
ATTN: DAVID S. LEINWAND, ESQ.
399 PARK AVENUE, 6TH FLOOR
NEW YORK, NY 10022

Please note that your claim # 2591 in the above referenced case and in the amount of
$10,000.00 has been transferred (unless previously expunged by court order)

HAIN CAPITAL HOLDINGS, LLC
TRANSFEROR: AVENUE TC FUND, L.P.
ATTN: AMANDA RAPOPORT
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

No action is required if you do not object to the transfer of your claim.  However      **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER      16465      in your objection.  If you file an objection, a hearing will be scheduled.   **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  01/15/2016                              David D. Bird, Clerk of Co

                                              /s/ Tim Conklin

                                              EPIQ BANKRUPTCY SOLUTIONS, LLC

                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 15, 2016.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Address Service Requested

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



NNI TRFNTC (MERGE2, TXNUM2) 4000112433

To:    BAR(23) MAILID *** 000101584340 ***

AVENUE TC FUND, L.P.
TRANSFEROR: CLAIMS RECOVERY GROUP LLC
ATTN: DAVID S. LEINWAND, ESQ.
399 PARK AVENUE, 6TH FLOOR
NEW YORK, NY 10022

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**

**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form,    **transferor**    refers to the claimant who is selling or otherwise assigning its claim.  While    **transferee**    refers to the party who is purchasing or othewise being assigned the claim.

To:    BAR(23) MAILID *** 000101584340 ***          NNI TRFNTC (MERGE2, TXNUM2) 4000112433



AVENUE TC FUND, L.P.
TRANSFEROR: CLAIMS RECOVERY GROUP LLC
ATTN: DAVID S. LEINWAND, ESQ.
399 PARK AVENUE, 6TH FLOOR
NEW YORK, NY 10022

Please note that your schedule in the above referenced case and in the amount of
$20,650.00 has been transferred (unless previously expunged by court order)

HAIN CAPITAL HOLDINGS, LLC
TRANSFEROR: AVENUE TC FUND, L.P.
ATTN: AMANDA RAPOPORT
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER          16465                    in your objection.  If you file an objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  01/15/2016                    David D. Bird, Clerk of Co

                                 /s/ Tim Conklin

                                 EPIQ BANKRUPTCY SOLUTIONS, LLC

                                 as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 15, 2016.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Address Service Requested

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



NNI TRFNTC (MERGE2, TXNUM2) 4000112434

To:     BAR(23) MAILID *** 000101584341 ***



AVENUE TC FUND, L.P.
TRANSFEROR: CLAIMS RECOVERY GROUP LLC
ATTN: DAVID S. LEINWAND, ESQ.
399 PARK AVENUE, 6TH FLOOR
NEW YORK, NY 10022

# THE REMAINDER OF THIS PAGE
# INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

## NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form,  **transferor**  refers to the claimant who is selling or otherwise assigning its claim.  While  **transferee**  refers to the party who is purchasing or othewise being assigned the claim.

To:    BAR(23) MAILID *** 000101584341 ***        NNI TRFNTC (MERGE2, TXNUM2) 4000112434



AVENUE TC FUND, L.P.
TRANSFEROR: CLAIMS RECOVERY GROUP LLC
ATTN: DAVID S. LEINWAND, ESQ.
399 PARK AVENUE, 6TH FLOOR
NEW YORK, NY 10022

Please note that your claim # 89 in the above referenced case and in the amount of
$28,410.00 has been transferred (unless previously expunged by court order)

HAIN CAPITAL HOLDINGS, LLC
TRANSFEROR: AVENUE TC FUND, L.P.
ATTN: AMANDA RAPOPORT
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

No action is required if you do not object to the transfer of your claim.  However  **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER    16465     in your objection.  If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  01/15/2016            David D. Bird, Clerk of Co

/s/ Tim Conklin

EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 15, 2016.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Address Service Requested

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



NNI TRFNTC (MERGE2, TXNUM2) 4000112435

To:     BAR(23) MAILID *** 000101584342 ***

AVENUE TC FUND, L.P.
TRANSFEROR: CLAIMS RECOVERY GROUP LLC
ATTN: DAVID S. LEINWAND, ESQ.
399 PARK AVENUE, 6TH FLOOR
NEW YORK, NY 10022

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NORTEL NETWORKS INC., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**

**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form,    **transferor**    refers to the claimant who is selling or otherwise assigning its claim.  While    **transferee**    refers to the party who is purchasing or otehwise being assigned the claim.

To:    BAR(23) MAILID *** 000101584342 ***          NNI TRFNTC (MERGE2, TXNUM2) 4000112435



AVENUE TC FUND, L.P.
TRANSFEROR: CLAIMS RECOVERY GROUP LLC
ATTN: DAVID S. LEINWAND, ESQ.
399 PARK AVENUE, 6TH FLOOR
NEW YORK, NY 10022

Please note that your schedule in the above referenced case and in the amount of
$8,202.00 has been transferred (unless previously expunged by court order)

HAIN CAPITAL HOLDINGS, LLC
TRANSFEROR: AVENUE TC FUND, L.P.
ATTN: AMANDA RAPOPORT
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER          16465                    in your objection.  If you file an objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  01/15/2016                    David D. Bird, Clerk of Co


                    /s/ Tim Conklin
                    _____
                    EPIQ BANKRUPTCY SOLUTIONS, LLC

                    as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 15, 2016.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Address Service Requested

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



NNI TRFNTC (MERGE2, TXNUM2) 4000112436

To:    BAR(23) MAILID *** 000101584343 ***



AVENUE TC FUND, L.P.
TRANSFEROR: CLAIMS RECOVERY GROUP LLC
ATTN: DAVID S. LEINWAND, ESQ.
399 PARK AVENUE, 6TH FLOOR
NEW YORK, NY 10022

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>NORTEL NETWORKS INC., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>Jointly Administered |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
### BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form,     **transferor**    refers to the claimant who is selling or otherwise assigning its claim.  While     **transferee**    refers to the party who is purchasing or othewise being assigned the claim.

To:     BAR(23) MAILID *** 000101584343 ***          NNI TRFNTC (MERGE2, TXNUM2) 4000112436



AVENUE TC FUND, L.P.
TRANSFEROR: CLAIMS RECOVERY GROUP LLC
ATTN: DAVID S. LEINWAND, ESQ.
399 PARK AVENUE, 6TH FLOOR
NEW YORK, NY 10022

Please note that your schedule in the above referenced case and in the amount of
$2,375.00 has been transferred (unless previously expunged by court order)

HAIN CAPITAL HOLDINGS, LLC
TRANSFEROR: AVENUE TC FUND, L.P.
ATTN: AMANDA RAPOPORT
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

No action is required if you do not object to the transfer of your claim.  However     **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER          16465                    in your objection.  If you file an objection, a hearing will be scheduled.     **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  01/15/2016                          David D. Bird, Clerk of Co

                                           /s/ Tim Conklin
                                           _____
                                           EPIQ BANKRUPTCY SOLUTIONS, LLC

                                           as claims agent for the debtor(s).

FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 15, 2016.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President

Address Service Requested



NNI TRFNTC (MERGE2, TXNUM2) 4000112437

To:     BAR(23) MAILID *** 000101584344 ***



AVENUE TC FUND, L.P.
TRANSFEROR: CLAIMS RECOVERY GROUP LLC
ATTN: DAVID S. LEINWAND, ESQ.
399 PARK AVENUE, 6TH FLOOR
NEW YORK, NY 10022

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form,    **transferor**    refers to the claimant who is selling or otherwise assigning its claim.  While    **transferee**    refers to the party who is purchasing or othewise being assigned the claim.

To:    BAR(23) MAILID *** 000101584344 ***              NNI TRFNTC (MERGE2, TXNUM2) 4000112437



AVENUE TC FUND, L.P.
TRANSFEROR: CLAIMS RECOVERY GROUP LLC
ATTN: DAVID S. LEINWAND, ESQ.
399 PARK AVENUE, 6TH FLOOR
NEW YORK, NY 10022

Please note that your claim # 1404 in the above referenced case and in the amount of
$11,844.75 allowed at $9,549.75 has been transferred (unless previously expunged by court order)

HAIN CAPITAL HOLDINGS, LLC
TRANSFEROR: AVENUE TC FUND, L.P.
ATTN: AMANDA RAPOPORT
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER        16465              in your objection.  If you file an objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  01/15/2016                              David D. Bird, Clerk of Co

                                                    /s/ Tim Conklin

                                                    EPIQ BANKRUPTCY SOLUTIONS, LLC

                                                    as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 15, 2016.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Address Service Requested

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



NNI TRFNTC (MERGE2, TXNUM2) 4000112438

To:     BAR(23) MAILID *** 000101584345 ***



AVENUE TC FUND, L.P.
TRANSFEROR: CLAIMS RECOVERY GROUP LLC
ATTN: DAVID S. LEINWAND, ESQ.
399 PARK AVENUE, 6TH FLOOR
NEW YORK, NY 10022

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**

**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To: BAR(23) MAILID *** 000101584345 ***        NNI TRFNTC (MERGE2, TXNUM2) 4000112438



AVENUE TC FUND, L.P.
TRANSFEROR: CLAIMS RECOVERY GROUP LLC
ATTN: DAVID S. LEINWAND, ESQ.
399 PARK AVENUE, 6TH FLOOR
NEW YORK, NY 10022

Please note that your schedule in the above referenced case and in the amount of
$1,450.00 has been transferred (unless previously expunged by court order)

HAIN CAPITAL HOLDINGS, LLC
TRANSFEROR: AVENUE TC FUND, L.P.
ATTN: AMANDA RAPOPORT
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

No action is required if you do not object to the transfer of your claim. However **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER        16465        in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/15/2016                    David D. Bird, Clerk of Co

                                   /s/ Tim Conklin

                                   ─────────────────────────────
                                   EPIQ BANKRUPTCY SOLUTIONS, LLC

                                   as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on January 15, 2016.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President

Address Service Requested



NNI TRFNTC (MERGE2, TXNUM2) 4000112439

To:     BAR(23) MAILID *** 000101584346 ***



AVENUE TC FUND, L.P.
TRANSFEROR: CLAIMS RECOVERY GROUP LLC
ATTN: DAVID S. LEINWAND, ESQ.
399 PARK AVENUE, 6TH FLOOR
NEW YORK, NY 10022

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

## NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF

## BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:     BAR(23) MAILID *** 000101584346 ***      NNI TRFNTC (MERGE2, TXNUM2) 4000112439



AVENUE TC FUND, L.P.
TRANSFEROR: CLAIMS RECOVERY GROUP LLC
ATTN: DAVID S. LEINWAND, ESQ.
399 PARK AVENUE, 6TH FLOOR
NEW YORK, NY 10022

Please note that your claim # 241 in the above referenced case and in the amount of
$3,826.43 allowed at $2,949.43 has been transferred (unless previously expunged by court order)

HAIN CAPITAL HOLDINGS, LLC
TRANSFEROR: AVENUE TC FUND, L.P.
ATTN: AMANDA RAPOPORT
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

No action is required if you do not object to the transfer of your claim. However **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER     16465     in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:   01/15/2016          David D. Bird, Clerk of Co

                         /s/ Tim Conklin

                         EPIQ BANKRUPTCY SOLUTIONS, LLC

                         as claims agent for the debtor(s).

FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on January 15, 2016.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Address Service Requested

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



NNI TRFNTC (MERGE2, TXNUM2) 4000112440

To:     BAR(23) MAILID *** 000101584347 ***



AVENUE TC FUND, L.P.
TRANSFEROR: CLAIMS RECOVERY GROUP LLC
ATTN: DAVID S. LEINWAND, ESQ.
399 PARK AVENUE, 6TH FLOOR
NEW YORK, NY 10022

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form,     **transferor**     refers to the claimant who is selling or otherwise assigning its claim.  While     **transferee**     refers to the party who is purchasing or othewise being assigned the claim.

To:     BAR(23) MAILID *** 000101584347 ***          NNI TRFNTC (MERGE2, TXNUM2) 4000112440



AVENUE TC FUND, L.P.
TRANSFEROR: CLAIMS RECOVERY GROUP LLC
ATTN: DAVID S. LEINWAND, ESQ.
399 PARK AVENUE, 6TH FLOOR
NEW YORK, NY 10022

Please note that your schedule in the above referenced case and in the amount of
$74,758.89 has been transferred (unless previously expunged by court order)

HAIN CAPITAL HOLDINGS, LLC
TRANSFEROR: AVENUE TC FUND, L.P.
ATTN: AMANDA RAPOPORT
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

No action is required if you do not object to the transfer of your claim.  However     **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER          16465               in your objection.  If you file an objection, a hearing will be scheduled.     **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  01/15/2016                                        David D. Bird, Clerk of Co

                                                        /s/ Tim Conklin

                                                        —————————————————————
                                                        EPIQ BANKRUPTCY SOLUTIONS, LLC

                                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 15, 2016.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Address Service Requested

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



NNI TRFNTC (MERGE2, TXNUM2) 4000112441

To:     BAR(23) MAILID *** 000101584348 ***

AVENUE TC FUND, L.P.
TRANSFEROR: CLAIMS RECOVERY GROUP LLC
ATTN: DAVID S. LEINWAND, ESQ.
399 PARK AVENUE, 6TH FLOOR
NEW YORK, NY 10022

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**

**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form,    **transferor**    refers to the claimant who is selling or otherwise assigning its claim.  While    **transferee**    refers to the party who is purchasing or othewise being assigned the claim.

To:    BAR(23) MAILID *** 000101584348 ***            NNI TRFNTC (MERGE2, TXNUM2) 4000112441



AVENUE TC FUND, L.P.
TRANSFEROR: CLAIMS RECOVERY GROUP LLC
ATTN: DAVID S. LEINWAND, ESQ.
399 PARK AVENUE, 6TH FLOOR
NEW YORK, NY 10022

Please note that your claim # 2800 in the above referenced case and in the amount of
$32,078.85 allowed at $32,078.85 has been transferred (unless previously expunged by court order)

HAIN CAPITAL HOLDINGS, LLC
TRANSFEROR: AVENUE TC FUND, L.P.
ATTN: AMANDA RAPOPORT
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER        16465            in your objection.  If you file an objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  01/15/2016                    David D. Bird, Clerk of Co

/s/ Tim Conklin

EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 15, 2016.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Legal Documents Enclosed
Please direct to the attention
of the Addressee,

Address Service Requested

Legal Department or President



NNI TRFNTC (MERGE2, TXNUM2) 4000112442

To:      BAR(23) MAILID *** 000101584349 ***



AVENUE TC FUND, L.P.
TRANSFEROR: CLAIMS RECOVERY GROUP LLC
ATTN: DAVID S. LEINWAND, ESQ.
399 PARK AVENUE, 6TH FLOOR
NEW YORK, NY 10022

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

## NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
## BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form,  **transferor**  refers to the claimant who is selling or otherwise assigning its claim.  While   **transferee**   refers to the party who is purchasing or othewise being assigned the claim.

To:    BAR(23) MAILID *** 000101584349 ***          NNI TRFNTC (MERGE2, TXNUM2) 4000112442



AVENUE TC FUND, L.P.
TRANSFEROR: CLAIMS RECOVERY GROUP LLC
ATTN: DAVID S. LEINWAND, ESQ.
399 PARK AVENUE, 6TH FLOOR
NEW YORK, NY 10022

Please note that your schedule in the above referenced case and in the amount of
$3,233.67 has been transferred (unless previously expunged by court order)

HAIN CAPITAL HOLDINGS, LLC
TRANSFEROR: AVENUE TC FUND, L.P.
ATTN: AMANDA RAPOPORT
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER          16465                in your objection.  If you file an objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  01/15/2016                          David D. Bird, Clerk of Co

/s/ Tim Conklin
_____

EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 15, 2016.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Address Service Requested

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



NNI TRFNTC (MERGE2, TXNUM2) 4000112445

To:     BAR(23) MAILID *** 000101584350 ***

AVENUE TC FUND, L.P.
TRANSFEROR: CLAIMS RECOVERY GROUP LLC
ATTN: DAVID S. LEINWAND, ESQ.
399 PARK AVENUE, 6TH FLOOR
NEW YORK, NY 10022

# THE REMAINDER OF THIS PAGE
# INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
### BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:      BAR(23) MAILID *** 000101584350 ***          NNI TRFNTC (MERGE2, TXNUM2) 4000112445



AVENUE TC FUND, L.P.
TRANSFEROR: CLAIMS RECOVERY GROUP LLC
ATTN: DAVID S. LEINWAND, ESQ.
399 PARK AVENUE, 6TH FLOOR
NEW YORK, NY 10022

Please note that your schedule in the above referenced case and in the amount of
$36,000.00 has been transferred (unless previously expunged by court order)

HAIN CAPITAL HOLDINGS, LLC
TRANSFEROR: AVENUE TC FUND, L.P.
ATTN: AMANDA RAPOPORT
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

No action is required if you do not object to the transfer of your claim.  However **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER          16465                    in your objection.  If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  01/15/2016                    David D. Bird, Clerk of Co

                              /s/ Tim Conklin
                              ─────────────────────────────
                              EPIQ BANKRUPTCY SOLUTIONS, LLC

                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 15, 2016.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Legal Documents Enclosed
Please direct to the attention
of the Addressee,

Address Service Requested

Legal Department or President



NNI TRFNTC (MERGE2, TXNUM2) 4000112446

To:    BAR(23) MAILID *** 000101584351 ***



AVENUE TC FUND, L.P.
TRANSFEROR: CLAIMS RECOVERY GROUP LLC
ATTN: DAVID S. LEINWAND, ESQ.
399 PARK AVENUE, 6TH FLOOR
NEW YORK, NY 10022

# THE REMAINDER OF THIS PAGE
# INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**

**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form,    **transferor**    refers to the claimant who is selling or otherwise assigning its claim.  While    **transferee**    refers to the party who is purchasing or otehwise being assigned the claim.

To:    BAR(23) MAILID *** 000101584351 ***        NNI TRFNTC (MERGE2, TXNUM2) 4000112446



AVENUE TC FUND, L.P.
TRANSFEROR: CLAIMS RECOVERY GROUP LLC
ATTN: DAVID S. LEINWAND, ESQ.
399 PARK AVENUE, 6TH FLOOR
NEW YORK, NY 10022

Please note that your claim # 3109 in the above referenced case and in the amount of
$10,927.50 has been transferred (unless previously expunged by court order)

HAIN CAPITAL HOLDINGS, LLC
TRANSFEROR: AVENUE TC FUND, L.P.
ATTN: AMANDA RAPOPORT
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER        16465        in your objection.  If you file an objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  01/15/2016                    David D. Bird, Clerk of Co

                            /s/ Tim Conklin

                            _____

                            EPIQ BANKRUPTCY SOLUTIONS, LLC

                            as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 15, 2016.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Legal Documents Enclosed
Please direct to the attention
of the Addressee,

Address Service Requested

Legal Department or President



NNI TRFNTC (MERGE2, TXNUM2) 4000112447

To:    BAR(23) MAILID *** 000101584352 ***

AVENUE TC FUND, L.P.
TRANSFEROR: CLAIMS RECOVERY GROUP LLC
ATTN: DAVID S. LEINWAND, ESQ.
399 PARK AVENUE, 6TH FLOOR
NEW YORK, NY 10022

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
### BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:     BAR(23) MAILID *** 000101584352 ***          NNI TRFNTC (MERGE2, TXNUM2) 4000112447



AVENUE TC FUND, L.P.
TRANSFEROR: CLAIMS RECOVERY GROUP LLC
ATTN: DAVID S. LEINWAND, ESQ.
399 PARK AVENUE, 6TH FLOOR
NEW YORK, NY 10022

Please note that your claim # 2525 in the above referenced case and in the amount of
$49,342.80 has been transferred (unless previously expunged by court order)

HAIN CAPITAL HOLDINGS, LLC
TRANSFEROR: AVENUE TC FUND, L.P.
ATTN: AMANDA RAPOPORT
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

No action is required if you do not object to the transfer of your claim. However  **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER          16465          in your objection.  If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  01/15/2016                          David D. Bird, Clerk of Co

                                           /s/ Tim Conklin

                                           _____

                                           EPIQ BANKRUPTCY SOLUTIONS, LLC

                                           as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 15, 2016.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President

Address Service Requested



NNI TRFNTC (MERGE2, TXNUM2) 4000112448

To:     BAR(23) MAILID *** 000101584353 ***



AVENUE TC FUND, L.P.
TRANSFEROR: CLAIMS RECOVERY GROUP LLC
ATTN: DAVID S. LEINWAND, ESQ.
399 PARK AVENUE, 6TH FLOOR
NEW YORK, NY 10022

# THE REMAINDER OF THIS PAGE
# INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**

**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form,    **transferor**    refers to the claimant who is selling or otherwise assigning its claim.  While    **transferee**    refers to the party who is purchasing or othewise being assigned the claim.

To:     BAR(23) MAILID *** 000101584353 ***          NNI TRFNTC (MERGE2, TXNUM2) 4000112448



AVENUE TC FUND, L.P.
TRANSFEROR: CLAIMS RECOVERY GROUP LLC
ATTN: DAVID S. LEINWAND, ESQ.
399 PARK AVENUE, 6TH FLOOR
NEW YORK, NY 10022

Please note that your claim # 320 in the above referenced case and in the amount of
$4,350.00 has been transferred (unless previously expunged by court order)

HAIN CAPITAL HOLDINGS, LLC
TRANSFEROR: AVENUE TC FUND, L.P.
ATTN: AMANDA RAPOPORT
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER          16465                    in your objection.  If you file an objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  01/15/2016                              David D. Bird, Clerk of Co

                                              /s/ Tim Conklin
                                              ───────────────────────────
                                              EPIQ BANKRUPTCY SOLUTIONS, LLC

                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 15, 2016.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Address Service Requested

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



NNI TRFNTC (MERGE2, TXNUM2) 4000112449

To:     BAR(23) MAILID *** 000101584354 ***

AVENUE TC FUND, L.P.
TRANSFEROR: CLAIMS RECOVERY GROUP, LLC
ATTN: DAVID S. LEINWAND, ESQ.
399 PARK AVENUE, 6TH FLOOR
NEW YORK, NY 10022

# THE REMAINDER OF THIS PAGE
# INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**

**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form,    **transferor**    refers to the claimant who is selling or otherwise assigning its claim.  While    **transferee**    refers to the party who is purchasing or otehwise being assigned the claim.

To:    BAR(23) MAILID *** 000101584354 ***        NNI TRFNTC (MERGE2, TXNUM2) 4000112449



AVENUE TC FUND, L.P.
TRANSFEROR: CLAIMS RECOVERY GROUP, LLC
ATTN: DAVID S. LEINWAND, ESQ.
399 PARK AVENUE, 6TH FLOOR
NEW YORK, NY 10022

Please note that your claim # 7590 in the above referenced case and in the amount of
$3,812.00 has been transferred (unless previously expunged by court order)

HAIN CAPITAL HOLDINGS, LLC
TRANSFEROR: AVENUE TC FUND, L.P.
ATTN: AMANDA RAPOPORT
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER        16465            in your objection.  If you file an objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  01/15/2016                        David D. Bird, Clerk of Co

                                /s/ Tim Conklin

                                EPIQ BANKRUPTCY SOLUTIONS, LLC

                                as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 15, 2016.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Legal Documents Enclosed
Please direct to the attention
of the Addressee,

Address Service Requested

Legal Department or President



NNI TRFNTC (MERGE2, TXNUM2) 4000112450

To:      BAR(23) MAILID *** 000101584355 ***

AVENUE TC FUND, L.P.
TRANSFEROR: CLAIMS RECOVERY GROUP, LLC
ATTN: DAVID S. LEINWAND, ESQ.
399 PARK AVENUE, 6TH FLOOR
NEW YORK, NY 10022

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
### BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form,    **transferor**    refers to the claimant who is selling or otherwise assigning its claim.  While    **transferee**    refers to the party who is purchasing or otehwise being assigned the claim.

To:    BAR(23) MAILID *** 000101584355 ***        NNI TRFNTC (MERGE2, TXNUM2) 4000112450



AVENUE TC FUND, L.P.
TRANSFEROR: CLAIMS RECOVERY GROUP, LLC
ATTN: DAVID S. LEINWAND, ESQ.
399 PARK AVENUE, 6TH FLOOR
NEW YORK, NY 10022

Please note that your claim # 6381 in the above referenced case and in the amount of
$3,187.50 has been transferred (unless previously expunged by court order)

HAIN CAPITAL HOLDINGS, LLC
TRANSFEROR: AVENUE TC FUND, L.P.
ATTN: AMANDA RAPOPORT
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER        16465            in your objection.  If you file an objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  01/15/2016                    David D. Bird, Clerk of Co

                                /s/ Tim Conklin
                                _____
                                EPIQ BANKRUPTCY SOLUTIONS, LLC

                                as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 15, 2016.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Legal Documents Enclosed
Please direct to the attention
of the Addressee,

Address Service Requested

Legal Department or President



NNI TRFNTC (MERGE2, TXNUM2) 4000112273

To:    BAR(23) MAILID *** 000101584334 ***

AVENUE TC FUND, L.P.
TRANSFEROR: DUN & BRADSTREET
ATTN: DAVID S. LEINWAND, ESQ.
399 PARK AVENUE, 6TH FLOOR
NEW YORK, NY 10022

# THE REMAINDER OF THIS PAGE
# INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form,    **transferor**    refers to the claimant who is selling or otherwise assigning its claim.  While    **transferee**    refers to the party who is purchasing or otherwise being assigned the claim.

To:    BAR(23) MAILID *** 000101584334 ***        NNI TRFNTC (MERGE2, TXNUM2) 4000112273



AVENUE TC FUND, L.P.
TRANSFEROR: DUN & BRADSTREET
ATTN: DAVID S. LEINWAND, ESQ.
399 PARK AVENUE, 6TH FLOOR
NEW YORK, NY 10022

Please note that your claim # 7406 in the above referenced case and in the amount of $173,947.18 allowed at $148,000.00 has been transferred (unless previously expunged by court order)

HAIN CAPITAL HOLDINGS, LLC
TRANSFEROR: AVENUE TC FUND, L.P.
ATTN: AMANDA RAPOPORT
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER        16465            in your objection.  If you file an objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  01/15/2016                      David D. Bird, Clerk of Co

                                       /s/ Tim Conklin

                                       _____

                                       EPIQ BANKRUPTCY SOLUTIONS, LLC

                                       as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 15, 2016.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Address Service Requested

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



NNI TRFNTC (MERGE2, TXNUM2) 4000112197

To:     BAR(23) MAILID *** 000101584332 ***



AVENUE TC FUND, L.P.
TRANSFEROR: EXCELIGHT COMMUNICATIONS INC
ATTN: DAVID S. LEINWAND, ESQ.
399 PARK AVENUE, 6TH FLOOR
NEW YORK, NY 10022

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

## NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
## BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form,    **transferor**    refers to the claimant who is selling or otherwise assigning its claim.  While    **transferee**    refers to the party who is purchasing or otehwise being assigned the claim.

To:    BAR(23) MAILID *** 000101584332 ***          NNI TRFNTC (MERGE2, TXNUM2) 4000112197



AVENUE TC FUND, L.P.
TRANSFEROR: EXCELIGHT COMMUNICATIONS INC
ATTN: DAVID S. LEINWAND, ESQ.
399 PARK AVENUE, 6TH FLOOR
NEW YORK, NY 10022

Please note that your claim # 811 in the above referenced case and in the amount of
$158,494.30 allowed at $126,861.00 has been transferred (unless previously expunged by court order)

HAIN CAPITAL HOLDINGS, LLC
TRANSFEROR: AVENUE TC FUND, L.P.
ATTN: AMANDA RAPOPORT
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER        16465                in your objection.  If you file an objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  01/15/2016                          David D. Bird, Clerk of Co

                                          /s/ Tim Conklin
                                          _____
                                          EPIQ BANKRUPTCY SOLUTIONS, LLC
                                          as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 15, 2016.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President

Address Service Requested



NNI TRFNTC (MERGE2, TXNUM2) 4000112200

To:      BAR(23) MAILID *** 000101584333 ***

AVENUE TC FUND, L.P.
TRANSFEROR: EXCELIGHT COMMUNICATIONS INC
ATTN: DAVID S. LEINWAND, ESQ.
399 PARK AVENUE, 6TH FLOOR
NEW YORK, NY 10022

# THE REMAINDER OF THIS PAGE
# INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**

**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form,     **transferor**    refers to the claimant who is selling or otherwise assigning its claim.  While     **transferee**    refers to the party who is purchasing or othewise being assigned the claim.

To:      BAR(23) MAILID *** 000101584333 ***           NNI TRFNTC (MERGE2, TXNUM2) 4000112200



AVENUE TC FUND, L.P.
TRANSFEROR: EXCELIGHT COMMUNICATIONS INC
ATTN: DAVID S. LEINWAND, ESQ.
399 PARK AVENUE, 6TH FLOOR
NEW YORK, NY 10022

Please note that your claim # 628 in the above referenced case and in the amount of
$13,663.30 allowed at $13,663.30 has been transferred (unless previously expunged by court order)

HAIN CAPITAL HOLDINGS, LLC
TRANSFEROR: AVENUE TC FUND, L.P.
ATTN: AMANDA RAPOPORT
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

No action is required if you do not object to the transfer of your claim.  However     **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER          16465                    in your objection.  If you file an objection, a hearing will be scheduled.     **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  01/15/2016                          David D. Bird, Clerk of Co

                                           /s/ Tim Conklin
                                           _____
                                           EPIQ BANKRUPTCY SOLUTIONS, LLC

                                           as claims agent for the debtor(s).

FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 15, 2016.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Legal Documents Enclosed
Please direct to the attention
of the Addressee,

Address Service Requested

Legal Department or President



NNI TRFNTC (MERGE2, TXNUM2) 4000113256

To:     BAR(23) MAILID *** 000101584359 ***



AVENUE TC FUND, L.P.
TRANSFEROR: HAIN CAPITAL HOLDINGS, LTD
ATTN: DAVID S. LEINWAND, ESQ.
399 PARK AVENUE, 6TH FLOOR
NEW YORK, NY 10022

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
### BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:    BAR(23) MAILID *** 000101584359 ***        NNI TRFNTC (MERGE2, TXNUM2) 4000113256



AVENUE TC FUND, L.P.
TRANSFEROR: HAIN CAPITAL HOLDINGS, LTD
ATTN: DAVID S. LEINWAND, ESQ.
399 PARK AVENUE, 6TH FLOOR
NEW YORK, NY 10022

Please note that your claim # 489 in the above referenced case and in the amount of
$41,568.75 has been transferred (unless previously expunged by court order)

HAIN CAPITAL HOLDINGS, LLC
TRANSFEROR: AVENUE TC FUND, L.P.
ATTN: AMANDA RAPOPORT
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER        16465        in your objection.  If you file an objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  01/15/2016                        David D. Bird, Clerk of Co

                                /s/ Tim Conklin

                                EPIQ BANKRUPTCY SOLUTIONS, LLC

                                as claims agent for the debtor(s).

    FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 15, 2016.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Address Service Requested

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



NNI TRFNTC (MERGE2, TXNUM2) 4000113257

To:    BAR(23) MAILID *** 000101584360 ***



AVENUE TC FUND, L.P.
TRANSFEROR: HAIN CAPITAL HOLDINGS, LTD
ATTN: DAVID S. LEINWAND, ESQ.
399 PARK AVENUE, 6TH FLOOR
NEW YORK, NY 10022

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**

**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:     BAR(23) MAILID *** 000101584360 ***         NNI TRFNTC (MERGE2, TXNUM2) 4000113257



AVENUE TC FUND, L.P.
TRANSFEROR: HAIN CAPITAL HOLDINGS, LTD
ATTN: DAVID S. LEINWAND, ESQ.
399 PARK AVENUE, 6TH FLOOR
NEW YORK, NY 10022

Please note that your claim # 738 in the above referenced case and in the amount of
$3,336,230.97 allowed at $2,596,267.97 has been transferred (unless previously expunged by court order)

OPTICAL NN HOLDINGS, LLC
TRANSFEROR: AVENUE TC FUND, L.P.
ATTN: MICHAEL G. LINN
ONE MARITIME PLAZA, SUITE 2100
SAN FRANCISCO, CA 94111

No action is required if you do not object to the transfer of your claim.  However     **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER       16434        in your objection.  If you file an objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  01/15/2016                        David D. Bird, Clerk of Co

                                         /s/ Tim Conklin

                                         EPIQ BANKRUPTCY SOLUTIONS, LLC

                                         as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 15, 2016.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Address Service Requested

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



NNI TRFNTC (MERGE2, TXNUM2) 4000113258

To:    BAR(23) MAILID *** 000101584361 ***



AVENUE TC FUND, L.P.
TRANSFEROR: HAIN CAPITAL HOLDINGS, LTD
ATTN: DAVID S. LEINWAND, ESQ.
399 PARK AVENUE, 6TH FLOOR
NEW YORK, NY 10022

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

## NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or otehwise being assigned the claim.

To:     BAR(23) MAILID *** 000101584361 ***          NNI TRFNTC (MERGE2, TXNUM2) 4000113258



AVENUE TC FUND, L.P.
TRANSFEROR: HAIN CAPITAL HOLDINGS, LTD
ATTN: DAVID S. LEINWAND, ESQ.
399 PARK AVENUE, 6TH FLOOR
NEW YORK, NY 10022

Please note that your claim # 1229 in the above referenced case and in the amount of
$50,000.00 allowed at $50,000.00 has been transferred (unless previously expunged by court order)

HAIN CAPITAL HOLDINGS, LLC
TRANSFEROR: AVENUE TC FUND, L.P.
ATTN: AMANDA RAPOPORT
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

No action is required if you do not object to the transfer of your claim. However **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER          16465                in your objection.  If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  01/15/2016                     David D. Bird, Clerk of Co

                                      /s/ Tim Conklin
                                      _____
                                      EPIQ BANKRUPTCY SOLUTIONS, LLC

                                      as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 15, 2016.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



Address Service Requested

NNI TRFNTC (MERGE2, TXNUM2) 4000113259

To:    BAR(23) MAILID *** 000101584362 ***



AVENUE TC FUND, L.P.
TRANSFEROR: HAIN CAPITAL HOLDINGS, LTD
ATTN: DAVID S. LEINWAND, ESQ.
399 PARK AVENUE, 6TH FLOOR
NEW YORK, NY 10022

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**

**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form,    **transferor**    refers to the claimant who is selling or otherwise assigning its claim.  While    **transferee**    refers to the party who is purchasing or otehwise being assigned the claim.

To:    BAR(23) MAILID *** 000101584362 ***        NNI TRFNTC (MERGE2, TXNUM2) 4000113259



AVENUE TC FUND, L.P.
TRANSFEROR: HAIN CAPITAL HOLDINGS, LTD
ATTN: DAVID S. LEINWAND, ESQ.
399 PARK AVENUE, 6TH FLOOR
NEW YORK, NY 10022

Please note that your claim # 1249 in the above referenced case and in the amount of
$467,078.44 allowed at $126,388.67 has been transferred (unless previously expunged by court order)

HAIN CAPITAL HOLDINGS, LLC
TRANSFEROR: AVENUE TC FUND, L.P.
ATTN: AMANDA RAPOPORT
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER        16465            in your objection.  If you file an objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  01/15/2016                David D. Bird, Clerk of Co

                    /s/ Tim Conklin

                    EPIQ BANKRUPTCY SOLUTIONS, LLC

                    as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 15, 2016.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Address Service Requested

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



NNI TRFNTC (MERGE2, TXNUM2) 4000113260

To:      BAR(23) MAILID *** 000101584363 ***



AVENUE TC FUND, L.P.
TRANSFEROR: HAIN CAPITAL HOLDINGS, LTD
ATTN: DAVID S. LEINWAND, ESQ.
399 PARK AVENUE, 6TH FLOOR
NEW YORK, NY 10022

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**

**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form,    **transferor**    refers to the claimant who is selling or otherwise assigning its claim.  While    **transferee**    refers to the party who is purchasing or othewise being assigned the claim.

To:    BAR(23) MAILID *** 000101584363 ***        NNI TRFNTC (MERGE2, TXNUM2) 4000113260



AVENUE TC FUND, L.P.
TRANSFEROR: HAIN CAPITAL HOLDINGS, LTD
ATTN: DAVID S. LEINWAND, ESQ.
399 PARK AVENUE, 6TH FLOOR
NEW YORK, NY 10022

Please note that your claim # 1593 in the above referenced case and in the amount of
$615,914.25 allowed at $587,693.25 has been transferred (unless previously expunged by court order)

OPTICAL NN HOLDINGS, LLC
TRANSFEROR: AVENUE TC FUND, L.P.
ATTN: MICHAEL G. LINN
ONE MARITIME PLAZA, SUITE 2100
SAN FRANCISCO, CA 94111

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER        16434            in your objection.  If you file an objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  01/15/2016                    David D. Bird, Clerk of Co

/s/ Tim Conklin

EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 15, 2016.



Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Address Service Requested

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President

NNI TRFNTC (MERGE2, TXNUM2) 4000113261

To:    BAR(23) MAILID *** 000101584364 ***



AVENUE TC FUND, L.P.
TRANSFEROR: HAIN CAPITAL HOLDINGS, LTD
ATTN: DAVID S. LEINWAND, ESQ.
399 PARK AVENUE, 6TH FLOOR
NEW YORK, NY 10022

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**
**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form,    **transferor**    refers to the claimant who is selling or otherwise assigning its claim.  While    **transferee**    refers to the party who is purchasing or otehwise being assigned the claim.

To:    BAR(23) MAILID *** 000101584364 ***            NNI TRFNTC (MERGE2, TXNUM2) 4000113261



AVENUE TC FUND, L.P.
TRANSFEROR: HAIN CAPITAL HOLDINGS, LTD
ATTN: DAVID S. LEINWAND, ESQ.
399 PARK AVENUE, 6TH FLOOR
NEW YORK, NY 10022

Please note that your claim # 3030 in the above referenced case and in the amount of
$696,886.69 allowed at $596,000.00 has been transferred (unless previously expunged by court order)

OPTICAL NN HOLDINGS, LLC
TRANSFEROR: AVENUE TC FUND, L.P.
ATTN: MICHAEL G. LINN
ONE MARITIME PLAZA, SUITE 2100
SAN FRANCISCO, CA 94111

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST,**
**WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER        16434                in your objection.  If you file an objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS**
**AS THE CLAIMANT.**

Date:  01/15/2016                         David D. Bird, Clerk of Co

                                          /s/ Tim Conklin
                                          _____
                                          EPIQ BANKRUPTCY SOLUTIONS, LLC
                                          as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 15, 2016.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Address Service Requested

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



NNI TRFNTC (MERGE2, TXNUM2) 4000113263

To:     BAR(23) MAILID *** 000101584365 ***



AVENUE TC FUND, L.P.
TRANSFEROR: HAIN CAPITAL HOLDINGS, LTD
ATTN: DAVID S. LEINWAND, ESQ.
399 PARK AVENUE, 6TH FLOOR
NEW YORK, NY 10022

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**

**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form,       **transferor**    refers to the claimant who is selling or otherwise assigning its claim.  While       **transferee**    refers to the party who is
purchasing or othewise being assigned the claim.

To:       BAR(23) MAILID *** 000101584365 ***              NNI TRFNTC (MERGE2, TXNUM2) 4000113263



AVENUE TC FUND, L.P.
TRANSFEROR: HAIN CAPITAL HOLDINGS, LTD
ATTN: DAVID S. LEINWAND, ESQ.
399 PARK AVENUE, 6TH FLOOR
NEW YORK, NY 10022


Please note that your schedule in the above referenced case and in the amount of
$23,910.00 has been transferred (unless previously expunged by court order)


HAIN CAPITAL HOLDINGS, LLC
TRANSFEROR: AVENUE TC FUND, L.P.
ATTN: AMANDA RAPOPORT
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070


No action is required if you do not object to the transfer of your claim.  However       **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST,
WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER          16465                    in your objection.  If you file an
objection, a hearing will be scheduled.       **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS
AS THE CLAIMANT.**

Date:  01/15/2016                          David D. Bird, Clerk of Co


                                          /s/ Tim Conklin
                                          _____
                                          EPIQ BANKRUPTCY SOLUTIONS, LLC

                                          as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 15, 2016.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Address Service Requested

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



NNI TRFNTC (MERGE2, TXNUM2) 4000113264

To:      BAR(23) MAILID *** 000101584366 ***



AVENUE TC FUND, L.P.
TRANSFEROR: HAIN CAPITAL HOLDINGS, LTD
ATTN: DAVID S. LEINWAND, ESQ.
399 PARK AVENUE, 6TH FLOOR
NEW YORK, NY 10022

# THE REMAINDER OF THIS PAGE
# INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**

**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form,    **transferor**    refers to the claimant who is selling or otherwise assigning its claim.  While    **transferee**    refers to the party who is purchasing or othewise being assigned the claim.

To:    BAR(23) MAILID *** 000101584366 ***          NNI TRFNTC (MERGE2, TXNUM2) 4000113264



AVENUE TC FUND, L.P.
TRANSFEROR: HAIN CAPITAL HOLDINGS, LTD
ATTN: DAVID S. LEINWAND, ESQ.
399 PARK AVENUE, 6TH FLOOR
NEW YORK, NY 10022

Please note that your schedule in the above referenced case and in the amount of
$18,724.41 has been transferred (unless previously expunged by court order)

HAIN CAPITAL HOLDINGS, LLC
TRANSFEROR: AVENUE TC FUND, L.P.
ATTN: AMANDA RAPOPORT
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER          16465                    in your objection.  If you file an objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  01/15/2016                              David D. Bird, Clerk of Co

                                                /s/ Tim Conklin
                                                _____
                                                EPIQ BANKRUPTCY SOLUTIONS, LLC
                                                as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 15, 2016.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Address Service Requested

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



NNI TRFNTC (MERGE2, TXNUM2) 4000113272

To:      BAR(23) MAILID *** 000101584367 ***



AVENUE TC FUND, L.P.
TRANSFEROR: HAIN CAPITAL HOLDINGS, LTD
ATTN: DAVID S. LEINWAND, ESQ.
399 PARK AVENUE, 6TH FLOOR
NEW YORK, NY 10022

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**

**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form,      **transferor**    refers to the claimant who is selling or otherwise assigning its claim.  While      **transferee**    refers to the party who is purchasing or othewise being assigned the claim.

To:      BAR(23) MAILID *** 000101584367 ***          NNI TRFNTC (MERGE2, TXNUM2) 4000113272



AVENUE TC FUND, L.P.
TRANSFEROR: HAIN CAPITAL HOLDINGS, LTD
ATTN: DAVID S. LEINWAND, ESQ.
399 PARK AVENUE, 6TH FLOOR
NEW YORK, NY 10022

Please note that your schedule in the above referenced case and in the amount of
$76,666.67 has been transferred (unless previously expunged by court order)

HAIN CAPITAL HOLDINGS, LLC
TRANSFEROR: AVENUE TC FUND, L.P.
ATTN: AMANDA RAPOPORT
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

No action is required if you do not object to the transfer of your claim.  However     **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER          16465                  in your objection.  If you file an objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  01/15/2016                    David D. Bird, Clerk of Co

                            /s/ Tim Conklin

                            _____

                            EPIQ BANKRUPTCY SOLUTIONS, LLC

                            as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 15, 2016.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Address Service Requested

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



NNI TRFNTC (MERGE2, TXNUM2) 4000113034

To:     BAR(23) MAILID *** 000101584357 ***



AVENUE TC FUND, L.P.
TRANSFEROR: LONGACRE INSTITUTIONAL OPPOR
ATTN: DAVID S. LEINWAND, ESQ.
399 PARK AVENUE, 6TH FLOOR
NEW YORK, NY 10022

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**

**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:    BAR(23) MAILID *** 000101584357 ***        NNI TRFNTC (MERGE2, TXNUM2) 4000113034



AVENUE TC FUND, L.P.
TRANSFEROR: LONGACRE INSTITUTIONAL OPPOR
ATTN: DAVID S. LEINWAND, ESQ.
399 PARK AVENUE, 6TH FLOOR
NEW YORK, NY 10022

Please note that your claim # 3974 in the above referenced case and in the amount of
$1,255,824.00 allowed at $1,242,824.00 has been transferred (unless previously expunged by court order)

OPTICAL NN HOLDINGS, LLC
TRANSFEROR: AVENUE TC FUND, L.P.
ATTN: MICHAEL G. LINN
ONE MARITIME PLAZA, SUITE 2100
SAN FRANCISCO, CA 94111

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER        16434        in your objection.  If you file an objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  01/15/2016                            David D. Bird, Clerk of Co

/s/ Tim Conklin

EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 15, 2016.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Address Service Requested

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



NNI TRFNTC (MERGE2, TXNUM2) 4000112460

To:    BAR(23) MAILID *** 000101584356 ***



AVENUE TC FUND, L.P.
TRANSFEROR: MCKINSEY & COMPANY, INC.
ATTN: DAVID S. LEINWAND, ESQ.
399 PARK AVENUE, 6TH FLOOR
NEW YORK, NY 10022

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
### BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:     BAR(23) MAILID *** 000101584356 ***          NNI TRFNTC (MERGE2, TXNUM2) 4000112460



AVENUE TC FUND, L.P.
TRANSFEROR: MCKINSEY & COMPANY, INC.
ATTN: DAVID S. LEINWAND, ESQ.
399 PARK AVENUE, 6TH FLOOR
NEW YORK, NY 10022

Please note that your claim # 7916 in the above referenced case and in the amount of
$1,680,000.00 allowed at $1,680,000.00 has been transferred (unless previously expunged by court order)

OPTICAL NN HOLDINGS, LLC
TRANSFEROR: AVENUE TC FUND, L.P.
ATTN: MICHAEL G. LINN
ONE MARITIME PLAZA, SUITE 2100
SAN FRANCISCO, CA 94111

No action is required if you do not object to the transfer of your claim.  However     **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER          16434                  in your objection.  If you file an objection, a hearing will be scheduled.     **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  01/15/2016                          David D. Bird, Clerk of Co

/s/ Tim Conklin
_____

EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 15, 2016.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Address Service Requested

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



NNI TRFNTC (MERGE2, TXNUM2) 4000113366

To:     BAR(23) MAILID *** 000101584368 ***



AVENUE TC FUND, L.P.
TRANSFEROR: RADIO FREQUENCY SYSTEMS, INC
ATTN: DAVID S. LEINWAND, ESQ.
399 PARK AVENUE, 6TH FLOOR
NEW YORK, NY 10022

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**

**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or otewise being assigned the claim.

To:    BAR(23) MAILID *** 000101584368 ***         NNI TRFNTC (MERGE2, TXNUM2) 4000113366



AVENUE TC FUND, L.P.
TRANSFEROR: RADIO FREQUENCY SYSTEMS, INC
ATTN: DAVID S. LEINWAND, ESQ.
399 PARK AVENUE, 6TH FLOOR
NEW YORK, NY 10022

Please note that your claim # 1109 in the above referenced case and in the amount of $1,823,330.49 allowed at $1,393,585.20 has been transferred (unless previously expunged by court order)

OPTICAL NN HOLDINGS, LLC
TRANSFEROR: AVENUE TC FUND, L.P.
ATTN: MICHAEL G. LINN
ONE MARITIME PLAZA, SUITE 2100
SAN FRANCISCO, CA 94111

No action is required if you do not object to the transfer of your claim. However **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER        16434        in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  01/15/2016                    David D. Bird, Clerk of Co

                                   /s/ Tim Conklin
                                   _____
                                   EPIQ BANKRUPTCY SOLUTIONS, LLC

                                   as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 15, 2016.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President

Address Service Requested



NNI TRFNTC (MERGE2, TXNUM2) 4000115872

To:    BAR(23) MAILID *** 000101584376 ***



HAIN CAPITAL HOLDINGS, LLC
TRANSFEROR: AVENUE TC FUND, L.P.
ATTN: AMANDA RAPOPORT
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:

AVENUE TC FUND, L.P.
TRANSFEROR: HAIN CAPITAL HOLDINGS, LTD
ATTN: DAVID S. LEINWAND, ESQ.
399 PARK AVENUE, 6TH FLOOR
NEW YORK, NY 10022

Please note that your claim # 489 in the above referenced case and in the amount of $41,568.75 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000101584376 ***        NNI TRFNTC (MERGE2, TXNUM2) 4000115872



HAIN CAPITAL HOLDINGS, LLC
TRANSFEROR: AVENUE TC FUND, L.P.
ATTN: AMANDA RAPOPORT
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

No action is required if you do not object to the transfer of your claim.  However  **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER        16465        in your objection.  If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  01/15/2016                David D. Bird, Clerk of Co

/s/ Tim Conklin

EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 15, 2016.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Legal Documents Enclosed
Please direct to the attention
of the Addressee,

Address Service Requested

Legal Department or President



NNI TRFNTC (MERGE2, TXNUM2) 4000115873

To:     BAR(23) MAILID *** 000101584377 ***



HAIN CAPITAL HOLDINGS, LLC
TRANSFEROR: AVENUE TC FUND, L.P.
ATTN: AMANDA RAPOPORT
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
### BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form,    **transferor**    refers to the claimant who is selling or otherwise assigning its claim.  While    **transferee**    refers to the party who is purchasing or othewise being assigned the claim.

To:

AVENUE TC FUND, L.P.
TRANSFEROR: CLAIMS RECOVERY GROUP LLC
ATTN: DAVID S. LEINWAND, ESQ.
399 PARK AVENUE, 6TH FLOOR
NEW YORK, NY 10022

Please note that your schedule in the above referenced case and in the amount of
$1,177.20 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000101584377 ***          NNI TRFNTC (MERGE2, TXNUM2) 4000115873



HAIN CAPITAL HOLDINGS, LLC
TRANSFEROR: AVENUE TC FUND, L.P.
ATTN: AMANDA RAPOPORT
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER        16465            in your objection.  If you file an objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  01/15/2016                    David D. Bird, Clerk of Co

/s/ Tim Conklin

EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 15, 2016.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Legal Documents Enclosed
Please direct to the attention
of the Addressee,

Address Service Requested

Legal Department or President



NNI TRFNTC (MERGE2, TXNUM2) 4000115874

To:    BAR(23) MAILID *** 000101584378 ***

HAIN CAPITAL HOLDINGS, LLC
TRANSFEROR: AVENUE TC FUND, L.P.
ATTN: AMANDA RAPOPORT
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**

**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:


AVENUE TC FUND, L.P.
TRANSFEROR: CLAIMS RECOVERY GROUP LLC
ATTN: DAVID S. LEINWAND, ESQ.
399 PARK AVENUE, 6TH FLOOR
NEW YORK, NY 10022


Please note that your claim # 5781 in the above referenced case and in the amount of
$1,050.00 allowed at $1,050.00 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000101584378 ***          NNI TRFNTC (MERGE2, TXNUM2) 4000115874



HAIN CAPITAL HOLDINGS, LLC
TRANSFEROR: AVENUE TC FUND, L.P.
ATTN: AMANDA RAPOPORT
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070


No action is required if you do not object to the transfer of your claim.  However     **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER          16465          in your objection.  If you file an objection, a hearing will be scheduled.     **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  01/15/2016                         David D. Bird, Clerk of Co

                                          /s/ Tim Conklin

                                          EPIQ BANKRUPTCY SOLUTIONS, LLC

                                          as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 15, 2016.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Address Service Requested

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



NNI TRFNTC (MERGE2, TXNUM2) 4000115875

To:    BAR(23) MAILID *** 000101584379 ***



HAIN CAPITAL HOLDINGS, LLC
TRANSFEROR: AVENUE TC FUND, L.P.
ATTN: AMANDA RAPOPORT
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

# THE REMAINDER OF THIS PAGE
# INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**

**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:


AVENUE TC FUND, L.P.
TRANSFEROR: CLAIMS RECOVERY GROUP LLC
ATTN: DAVID S. LEINWAND, ESQ.
399 PARK AVENUE, 6TH FLOOR
NEW YORK, NY 10022


Please note that your claim # 804 in the above referenced case and in the amount of
$93,427.13 allowed at $61,845.00 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000101584379 ***          NNI TRFNTC (MERGE2, TXNUM2) 4000115875



HAIN CAPITAL HOLDINGS, LLC
TRANSFEROR: AVENUE TC FUND, L.P.
ATTN: AMANDA RAPOPORT
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

No action is required if you do not object to the transfer of your claim.  However   **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER          16465                    in your objection.  If you file an objection, a hearing will be scheduled.   **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  01/15/2016                          David D. Bird, Clerk of Co


                                          /s/ Tim Conklin
                                          _____
                                          EPIQ BANKRUPTCY SOLUTIONS, LLC

                                          as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 15, 2016.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Legal Documents Enclosed
Please direct to the attention
of the Addressee,

Address Service Requested

Legal Department or President



NNI TRFNTC (MERGE2, TXNUM2) 4000115876

To:    BAR(23) MAILID *** 000101584380 ***



HAIN CAPITAL HOLDINGS, LLC
TRANSFEROR: AVENUE TC FUND, L.P.
ATTN: AMANDA RAPOPORT
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**

**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form,    **transferor**    refers to the claimant who is selling or otherwise assigning its claim.  While    **transferee**    refers to the party who is purchasing or othewise being assigned the claim.

To:

AVENUE TC FUND, L.P.
TRANSFEROR: CLAIMS RECOVERY GROUP LLC
ATTN: DAVID S. LEINWAND, ESQ.
399 PARK AVENUE, 6TH FLOOR
NEW YORK, NY 10022

Please note that your claim # 454 in the above referenced case and in the amount of $2,995.00 allowed at $2,995.00 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000101584380 ***          NNI TRFNTC (MERGE2, TXNUM2) 4000115876



HAIN CAPITAL HOLDINGS, LLC
TRANSFEROR: AVENUE TC FUND, L.P.
ATTN: AMANDA RAPOPORT
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER          16465          in your objection.  If you file an objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  01/15/2016                    David D. Bird, Clerk of Co

                                     /s/ Tim Conklin

                                     EPIQ BANKRUPTCY SOLUTIONS, LLC

                                     as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 15, 2016.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Address Service Requested

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



NNI TRFNTC (MERGE2, TXNUM2) 4000115877

To:     BAR(23) MAILID *** 000101584381 ***



HAIN CAPITAL HOLDINGS, LLC
TRANSFEROR: AVENUE TC FUND, L.P.
ATTN: AMANDA RAPOPORT
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:

AVENUE TC FUND, L.P.
TRANSFEROR: CLAIMS RECOVERY GROUP LLC
ATTN: DAVID S. LEINWAND, ESQ.
399 PARK AVENUE, 6TH FLOOR
NEW YORK, NY 10022

Please note that your claim # 2591 in the above referenced case and in the amount of
$10,000.00 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000101584381 ***          NNI TRFNTC (MERGE2, TXNUM2) 4000115877



HAIN CAPITAL HOLDINGS, LLC
TRANSFEROR: AVENUE TC FUND, L.P.
ATTN: AMANDA RAPOPORT
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

No action is required if you do not object to the transfer of your claim.  However  **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER          16465          in your objection.  If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  01/15/2016                         David D. Bird, Clerk of Co

                                          /s/ Tim Conklin
                                          _____
                                          EPIQ BANKRUPTCY SOLUTIONS, LLC

                                          as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 15, 2016.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Legal Documents Enclosed
Please direct to the attention
of the Addressee,

Address Service Requested

Legal Department or President



NNI TRFNTC (MERGE2, TXNUM2) 4000115878

To:    BAR(23) MAILID *** 000101584382 ***



HAIN CAPITAL HOLDINGS, LLC
TRANSFEROR: AVENUE TC FUND, L.P.
ATTN: AMANDA RAPOPORT
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**

**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form,    **transferor**   refers to the claimant who is selling or otherwise assigning its claim.  While    **transferee**   refers to the party who is purchasing or othewise being assigned the claim.

To:

AVENUE TC FUND, L.P.
TRANSFEROR: CLAIMS RECOVERY GROUP LLC
ATTN: DAVID S. LEINWAND, ESQ.
399 PARK AVENUE, 6TH FLOOR
NEW YORK, NY 10022

Please note that your schedule in the above referenced case and in the amount of

$20,650.00 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000101584382 ***          NNI TRFNTC (MERGE2, TXNUM2) 4000115878



HAIN CAPITAL HOLDINGS, LLC
TRANSFEROR: AVENUE TC FUND, L.P.
ATTN: AMANDA RAPOPORT
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER        16465              in your objection.  If you file an objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  01/15/2016                    David D. Bird, Clerk of Co

                                    /s/ Tim Conklin
                                    _____
                                    EPIQ BANKRUPTCY SOLUTIONS, LLC

                                    as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 15, 2016.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



Address Service Requested

NNI TRFNTC (MERGE2, TXNUM2) 4000115879

To:      BAR(23) MAILID *** 000101584383 ***



HAIN CAPITAL HOLDINGS, LLC
TRANSFEROR: AVENUE TC FUND, L.P.
ATTN: AMANDA RAPOPORT
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form,     **transferor**   refers to the claimant who is selling or otherwise assigning its claim.  While     **transferee**   refers to the party who is purchasing or othewise being assigned the claim.

To:

AVENUE TC FUND, L.P.
TRANSFEROR: CLAIMS RECOVERY GROUP LLC
ATTN: DAVID S. LEINWAND, ESQ.
399 PARK AVENUE, 6TH FLOOR
NEW YORK, NY 10022

Please note that your claim # 89 in the above referenced case and in the amount of
$28,410.00 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000101584383 ***          NNI TRFNTC (MERGE2, TXNUM2) 4000115879



HAIN CAPITAL HOLDINGS, LLC
TRANSFEROR: AVENUE TC FUND, L.P.
ATTN: AMANDA RAPOPORT
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

No action is required if you do not object to the transfer of your claim.  However     **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST,
WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER          16465                     in your objection.  If you file an objection, a hearing will be scheduled.     **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS
AS THE CLAIMANT.**

Date:  01/15/2016                                David D. Bird, Clerk of Co

                                                 /s/ Tim Conklin

                                                 EPIQ BANKRUPTCY SOLUTIONS, LLC

                                                 as claims agent for the debtor(s).

FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 15, 2016.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Address Service Requested

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



NNI TRFNTC (MERGE2, TXNUM2) 4000115880

To:     BAR(23) MAILID *** 000101584384 ***



HAIN CAPITAL HOLDINGS, LLC
TRANSFEROR: AVENUE TC FUND, L.P.
ATTN: AMANDA RAPOPORT
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

# THE REMAINDER OF THIS PAGE
# INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**

**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:

AVENUE TC FUND, L.P.
TRANSFEROR: DUN & BRADSTREET
ATTN: DAVID S. LEINWAND, ESQ.
399 PARK AVENUE, 6TH FLOOR
NEW YORK, NY 10022

Please note that your claim # 7406 in the above referenced case and in the amount of
$173,947.18 allowed at $148,000.00 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000101584384 ***      NNI TRFNTC (MERGE2, TXNUM2) 4000115880



HAIN CAPITAL HOLDINGS, LLC
TRANSFEROR: AVENUE TC FUND, L.P.
ATTN: AMANDA RAPOPORT
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

No action is required if you do not object to the transfer of your claim. However **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER    16465    in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/15/2016      David D. Bird, Clerk of Co

     /s/ Tim Conklin

     EPIQ BANKRUPTCY SOLUTIONS, LLC

     as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on January 15, 2016.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President

Address Service Requested



NNI TRFNTC (MERGE2, TXNUM2) 4000115881

To:      BAR(23) MAILID *** 000101584385 ***



HAIN CAPITAL HOLDINGS, LLC
TRANSFEROR: AVENUE TC FUND, L.P.
ATTN: AMANDA RAPOPORT
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NORTEL NETWORKS INC., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**

**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form,   **transferor**   refers to the claimant who is selling or otherwise assigning its claim.  While   **transferee**   refers to the party who is purchasing or othewise being assigned the claim.

To:

AVENUE TC FUND, L.P.
TRANSFEROR: CLAIMS RECOVERY GROUP LLC
ATTN: DAVID S. LEINWAND, ESQ.
399 PARK AVENUE, 6TH FLOOR
NEW YORK, NY 10022

Please note that your schedule in the above referenced case and in the amount of
$8,202.00 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000101584385 ***          NNI TRFNTC (MERGE2, TXNUM2) 4000115881



HAIN CAPITAL HOLDINGS, LLC
TRANSFEROR: AVENUE TC FUND, L.P.
ATTN: AMANDA RAPOPORT
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER          16465                    in your objection.  If you file an objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  01/15/2016                          David D. Bird, Clerk of Co

/s/ Tim Conklin
_____
EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 15, 2016.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Legal Documents Enclosed
Please direct to the attention
of the Addressee,

Address Service Requested

Legal Department or President



NNI TRFNTC (MERGE2, TXNUM2) 4000115882

To:     BAR(23) MAILID *** 000101584386 ***



HAIN CAPITAL HOLDINGS, LLC
TRANSFEROR: AVENUE TC FUND, L.P.
ATTN: AMANDA RAPOPORT
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:

> AVENUE TC FUND, L.P.
> TRANSFEROR: HAIN CAPITAL HOLDINGS, LTD
> ATTN: DAVID S. LEINWAND, ESQ.
> 399 PARK AVENUE, 6TH FLOOR
> NEW YORK, NY 10022

Please note that your claim # 1229 in the above referenced case and in the amount of $50,000.00 allowed at $50,000.00 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000101584386 ***      NNI TRFNTC (MERGE2, TXNUM2) 4000115882



HAIN CAPITAL HOLDINGS, LLC
TRANSFEROR: AVENUE TC FUND, L.P.
ATTN: AMANDA RAPOPORT
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

No action is required if you do not object to the transfer of your claim.  However **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

> UNITED STATES BANKRUPTCY COURT
> DISTRICT OF DELAWARE
> 824 NORTH MARKET STREET, 3RD FLOOR
> WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER      16465      in your objection.  If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  01/15/2016                    David D. Bird, Clerk of Co

                         /s/ Tim Conklin
                         _____
                         EPIQ BANKRUPTCY SOLUTIONS, LLC
                         as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 15, 2016.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Legal Documents Enclosed
Please direct to the attention
of the Addressee,

Address Service Requested

Legal Department or President



NNI TRFNTC (MERGE2, TXNUM2) 4000115883

To:      BAR(23) MAILID *** 000101584387 ***

HAIN CAPITAL HOLDINGS, LLC
TRANSFEROR: AVENUE TC FUND, L.P.
ATTN: AMANDA RAPOPORT
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

# THE REMAINDER OF THIS PAGE
# INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**

**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:

AVENUE TC FUND, L.P.
TRANSFEROR: CLAIMS RECOVERY GROUP LLC
ATTN: DAVID S. LEINWAND, ESQ.
399 PARK AVENUE, 6TH FLOOR
NEW YORK, NY 10022

Please note that your schedule in the above referenced case and in the amount of

$2,375.00 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000101584387 ***          NNI TRFNTC (MERGE2, TXNUM2) 4000115883



HAIN CAPITAL HOLDINGS, LLC
TRANSFEROR: AVENUE TC FUND, L.P.
ATTN: AMANDA RAPOPORT
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER          16465          in your objection.  If you file an objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  01/15/2016                          David D. Bird, Clerk of Co

                                           /s/ Tim Conklin

                                           EPIQ BANKRUPTCY SOLUTIONS, LLC

                                           as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 15, 2016.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Address Service Requested

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



NNI TRFNTC (MERGE2, TXNUM2) 4000115884

To:    BAR(23) MAILID *** 000101584388 ***



HAIN CAPITAL HOLDINGS, LLC
TRANSFEROR: AVENUE TC FUND, L.P.
ATTN: AMANDA RAPOPORT
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**

**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form,     **transferor**   refers to the claimant who is selling or otherwise assigning its claim.  While     **transferee**   refers to the party who is purchasing or othewise being assigned the claim.

To:

AVENUE TC FUND, L.P.
TRANSFEROR: CLAIMS RECOVERY GROUP LLC
ATTN: DAVID S. LEINWAND, ESQ.
399 PARK AVENUE, 6TH FLOOR
NEW YORK, NY 10022

Please note that your claim # 1404 in the above referenced case and in the amount of
$11,844.75 allowed at $9,549.75 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000101584388 ***          NNI TRFNTC (MERGE2, TXNUM2) 4000115884



HAIN CAPITAL HOLDINGS, LLC
TRANSFEROR: AVENUE TC FUND, L.P.
ATTN: AMANDA RAPOPORT
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

No action is required if you do not object to the transfer of your claim.  However     **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER          16465                 in your objection.  If you file an objection, a hearing will be scheduled.     **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  01/15/2016                          David D. Bird, Clerk of Co

                                        /s/ Tim Conklin

                                        EPIQ BANKRUPTCY SOLUTIONS, LLC

                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 15, 2016.



Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Address Service Requested

Legal Department or President

NNI TRFNTC (MERGE2, TXNUM2) 4000115885

To:    BAR(23) MAILID *** 000101584389 ***



HAIN CAPITAL HOLDINGS, LLC
TRANSFEROR: AVENUE TC FUND, L.P.
ATTN: AMANDA RAPOPORT
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NORTEL NETWORKS INC., et al.,<br><br>        Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**

**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form,  **transferor**  refers to the claimant who is selling or otherwise assigning its claim.  While  **transferee**  refers to the party who is purchasing or othewise being assigned the claim.

To:

AVENUE TC FUND, L.P.
TRANSFEROR: CLAIMS RECOVERY GROUP LLC
ATTN: DAVID S. LEINWAND, ESQ.
399 PARK AVENUE, 6TH FLOOR
NEW YORK, NY 10022

Please note that your schedule in the above referenced case and in the amount of
$1,450.00 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000101584389 ***          NNI TRFNTC (MERGE2, TXNUM2) 4000115885



HAIN CAPITAL HOLDINGS, LLC
TRANSFEROR: AVENUE TC FUND, L.P.
ATTN: AMANDA RAPOPORT
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER          16465          in your objection.  If you file an objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  01/15/2016                          David D. Bird, Clerk of Co

                                   /s/ Tim Conklin

                                   EPIQ BANKRUPTCY SOLUTIONS, LLC

                                   as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 15, 2016.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Address Service Requested

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



NNI TRFNTC (MERGE2, TXNUM2) 4000115886

To:     BAR(23) MAILID *** 000101584390 ***

HAIN CAPITAL HOLDINGS, LLC
TRANSFEROR: AVENUE TC FUND, L.P.
ATTN: AMANDA RAPOPORT
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
### BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form,    **transferor**    refers to the claimant who is selling or otherwise assigning its claim.  While    **transferee**    refers to the party who is purchasing or othewise being assigned the claim.

To:


AVENUE TC FUND, L.P.
TRANSFEROR: CLAIMS RECOVERY GROUP LLC
ATTN: DAVID S. LEINWAND, ESQ.
399 PARK AVENUE, 6TH FLOOR
NEW YORK, NY 10022


Please note that your claim # 241 in the above referenced case and in the amount of
$3,826.43 allowed at $2,949.43 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000101584390 ***           NNI TRFNTC (MERGE2, TXNUM2) 4000115886



HAIN CAPITAL HOLDINGS, LLC
TRANSFEROR: AVENUE TC FUND, L.P.
ATTN: AMANDA RAPOPORT
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070


No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER       16465              in your objection.  If you file an objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  01/15/2016                          David D. Bird, Clerk of Co


/s/ Tim Conklin

EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s)

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 15, 2016.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President

Address Service Requested



NNI TRFNTC (MERGE2, TXNUM2) 4000115887

To:     BAR(23) MAILID *** 000101584391 ***



HAIN CAPITAL HOLDINGS, LLC
TRANSFEROR: AVENUE TC FUND, L.P.
ATTN: AMANDA RAPOPORT
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form,    **transferor**    refers to the claimant who is selling or otherwise assigning its claim.  While    **transferee**    refers to the party who is
purchasing or othewise being assigned the claim.

To:

AVENUE TC FUND, L.P.
TRANSFEROR: CLAIMS RECOVERY GROUP LLC
ATTN: DAVID S. LEINWAND, ESQ.
399 PARK AVENUE, 6TH FLOOR
NEW YORK, NY 10022

Please note that your schedule in the above referenced case and in the amount of
$74,758.89 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000101584391 ***        NNI TRFNTC (MERGE2, TXNUM2) 4000115887



HAIN CAPITAL HOLDINGS, LLC
TRANSFEROR: AVENUE TC FUND, L.P.
ATTN: AMANDA RAPOPORT
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST,
WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER        16465            in your objection.  If you file an
objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS
AS THE CLAIMANT.**

Date:  01/15/2016                          David D. Bird, Clerk of Co

                                           /s/ Tim Conklin

                                           _____
                                           EPIQ BANKRUPTCY SOLUTIONS, LLC

                                           as claims agent for the debtor(s)

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 15, 2016.



Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President

Address Service Requested

NNI TRFNTC (MERGE2, TXNUM2) 4000115888

To:    BAR(23) MAILID *** 000101584392 ***



HAIN CAPITAL HOLDINGS, LLC
TRANSFEROR: AVENUE TC FUND, L.P.
ATTN: AMANDA RAPOPORT
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**

**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form,    **transferor**    refers to the claimant who is selling or otherwise assigning its claim.  While    **transferee**    refers to the party who is purchasing or othewise being assigned the claim.

To:

AVENUE TC FUND, L.P.
TRANSFEROR: HAIN CAPITAL HOLDINGS, LTD
ATTN: DAVID S. LEINWAND, ESQ.
399 PARK AVENUE, 6TH FLOOR
NEW YORK, NY 10022

Please note that your schedule in the above referenced case and in the amount of

$18,724.41 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000101584392 ***              NNI TRFNTC (MERGE2, TXNUM2) 4000115888



HAIN CAPITAL HOLDINGS, LLC
TRANSFEROR: AVENUE TC FUND, L.P.
ATTN: AMANDA RAPOPORT
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER          16465                    in your objection.  If you file an objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  01/15/2016                          David D. Bird, Clerk of Co

                                           /s/ Tim Conklin

                                           EPIQ BANKRUPTCY SOLUTIONS, LLC

                                           as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 15, 2016.



Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President

Address Service Requested

NNI TRFNTC (MERGE2, TXNUM2) 4000115889

To:    BAR(23) MAILID *** 000101584393 ***



HAIN CAPITAL HOLDINGS, LLC
TRANSFEROR: AVENUE TC FUND, L.P.
ATTN: AMANDA RAPOPORT
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form,  **transferor**  refers to the claimant who is selling or otherwise assigning its claim.  While  **transferee**  refers to the party who is purchasing or othewise being assigned the claim.

To:

AVENUE TC FUND, L.P.
TRANSFEROR: HAIN CAPITAL HOLDINGS, LTD
ATTN: DAVID S. LEINWAND, ESQ.
399 PARK AVENUE, 6TH FLOOR
NEW YORK, NY 10022

Please note that your schedule in the above referenced case and in the amount of
$23,910.00 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000101584393 ***          NNI TRFNTC (MERGE2, TXNUM2) 4000115889



HAIN CAPITAL HOLDINGS, LLC
TRANSFEROR: AVENUE TC FUND, L.P.
ATTN: AMANDA RAPOPORT
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

No action is required if you do not object to the transfer of your claim.  However   **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER          16465                      in your objection.  If you file an objection, a hearing will be scheduled.   **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  01/15/2016                         David D. Bird, Clerk of Co

/s/ Tim Conklin

EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 15, 2016.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Address Service Requested

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



NNI TRFNTC (MERGE2, TXNUM2) 4000115890

To:     BAR(23) MAILID *** 000101584394 ***

HAIN CAPITAL HOLDINGS, LLC
TRANSFEROR: AVENUE TC FUND, L.P.
ATTN: AMANDA RAPOPORT
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**

**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:

AVENUE TC FUND, L.P.
TRANSFEROR: CLAIMS RECOVERY GROUP LLC
ATTN: DAVID S. LEINWAND, ESQ.
399 PARK AVENUE, 6TH FLOOR
NEW YORK, NY 10022

Please note that your claim # 2800 in the above referenced case and in the amount of
$32,078.85 allowed at $32,078.85 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000101584394 ***          NNI TRFNTC (MERGE2, TXNUM2) 4000115890



HAIN CAPITAL HOLDINGS, LLC
TRANSFEROR: AVENUE TC FUND, L.P.
ATTN: AMANDA RAPOPORT
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER        16465        in your objection.  If you file an objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  01/15/2016                    David D. Bird, Clerk of Co

                                     /s/ Tim Conklin

                                     _____
                                     EPIQ BANKRUPTCY SOLUTIONS, LLC

                                     as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 15, 2016.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



Address Service Requested

NNI TRFNTC (MERGE2, TXNUM2) 4000115891

To:     BAR(23) MAILID *** 000101584395 ***



HAIN CAPITAL HOLDINGS, LLC
TRANSFEROR: AVENUE TC FUND, L.P.
ATTN: AMANDA RAPOPORT
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**

**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form,    **transferor**    refers to the claimant who is selling or otherwise assigning its claim.  While    **transferee**    refers to the party who is purchasing or othewise being assigned the claim.

To:

AVENUE TC FUND, L.P.
TRANSFEROR: CLAIMS RECOVERY GROUP LLC
ATTN: DAVID S. LEINWAND, ESQ.
399 PARK AVENUE, 6TH FLOOR
NEW YORK, NY 10022

Please note that your schedule in the above referenced case and in the amount of

$3,233.67 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000101584395 ***        NNI TRFNTC (MERGE2, TXNUM2) 4000115891



HAIN CAPITAL HOLDINGS, LLC
TRANSFEROR: AVENUE TC FUND, L.P.
ATTN: AMANDA RAPOPORT
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER        16465        in your objection.  If you file an objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  01/15/2016                                    David D. Bird, Clerk of Co

/s/ Tim Conklin

EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 15, 2016.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Address Service Requested

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



NNI TRFNTC (MERGE2, TXNUM2) 4000115892

To:     BAR(23) MAILID *** 000101584396 ***



HAIN CAPITAL HOLDINGS, LLC
TRANSFEROR: AVENUE TC FUND, L.P.
ATTN: AMANDA RAPOPORT
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**

**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form,    **transferor**    refers to the claimant who is selling or otherwise assigning its claim.  While    **transferee**    refers to the party who is purchasing or othewise being assigned the claim.

To:

AVENUE TC FUND, L.P.
TRANSFEROR: CLAIMS RECOVERY GROUP, LLC
ATTN: DAVID S. LEINWAND, ESQ.
399 PARK AVENUE, 6TH FLOOR
NEW YORK, NY 10022

Please note that your claim # 7590 in the above referenced case and in the amount of
$3,812.00 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000101584396 ***        NNI TRFNTC (MERGE2, TXNUM2) 4000115892



HAIN CAPITAL HOLDINGS, LLC
TRANSFEROR: AVENUE TC FUND, L.P.
ATTN: AMANDA RAPOPORT
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER        16465                in your objection.  If you file an objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  01/15/2016                    David D. Bird, Clerk of Co

/s/ Tim Conklin

EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 15, 2016.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Legal Documents Enclosed
Please direct to the attention
of the Addressee,

Address Service Requested

Legal Department or President



NNI TRFNTC (MERGE2, TXNUM2) 4000115893

To:     BAR(23) MAILID *** 000101584397 ***

HAIN CAPITAL HOLDINGS, LLC
TRANSFEROR: AVENUE TC FUND, L.P.
ATTN: AMANDA RAPOPORT
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

# THE REMAINDER OF THIS PAGE
# INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**

**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form,    **transferor**   refers to the claimant who is selling or otherwise assigning its claim.  While    **transferee**   refers to the party who is purchasing or othewise being assigned the claim.

To:

AVENUE TC FUND, L.P.
TRANSFEROR: CLAIMS RECOVERY GROUP LLC
ATTN: DAVID S. LEINWAND, ESQ.
399 PARK AVENUE, 6TH FLOOR
NEW YORK, NY 10022

Please note that your schedule in the above referenced case and in the amount of
$36,000.00 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000101584397 ***          NNI TRFNTC (MERGE2, TXNUM2) 4000115893



HAIN CAPITAL HOLDINGS, LLC
TRANSFEROR: AVENUE TC FUND, L.P.
ATTN: AMANDA RAPOPORT
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER          16465          in your objection.  If you file an objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  01/15/2016                    David D. Bird, Clerk of Co

                        /s/ Tim Conklin

                        _____
                        EPIQ BANKRUPTCY SOLUTIONS, LLC

                        as claims agent for the debtor(s)

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 15, 2016.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Address Service Requested

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



NNI TRFNTC (MERGE2, TXNUM2) 4000115894

To:    BAR(23) MAILID *** 000101584398 ***



HAIN CAPITAL HOLDINGS, LLC
TRANSFEROR: AVENUE TC FUND, L.P.
ATTN: AMANDA RAPOPORT
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**

**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:

AVENUE TC FUND, L.P.
TRANSFEROR: CLAIMS RECOVERY GROUP, LLC
ATTN: DAVID S. LEINWAND, ESQ.
399 PARK AVENUE, 6TH FLOOR
NEW YORK, NY 10022

Please note that your claim # 6381 in the above referenced case and in the amount of

$3,187.50 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000101584398 ***          NNI TRFNTC (MERGE2, TXNUM2) 4000115894



HAIN CAPITAL HOLDINGS, LLC
TRANSFEROR: AVENUE TC FUND, L.P.
ATTN: AMANDA RAPOPORT
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

No action is required if you do not object to the transfer of your claim.  However     **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER          16465          in your objection.  If you file an objection, a hearing will be scheduled.     **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  01/15/2016                          David D. Bird, Clerk of Co

                                      /s/ Tim Conklin

                                      EPIQ BANKRUPTCY SOLUTIONS, LLC

                                      as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 15, 2016.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Address Service Requested

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



NNI TRFNTC (MERGE2, TXNUM2) 4000115895

To:      BAR(23) MAILID *** 000101584399 ***



HAIN CAPITAL HOLDINGS, LLC
TRANSFEROR: AVENUE TC FUND, L.P.
ATTN: AMANDA RAPOPORT
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

# THE REMAINDER OF THIS PAGE
# INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

## NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF

## BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:

AVENUE TC FUND, L.P.
TRANSFEROR: CLAIMS RECOVERY GROUP LLC
ATTN: DAVID S. LEINWAND, ESQ.
399 PARK AVENUE, 6TH FLOOR
NEW YORK, NY 10022

Please note that your claim # 3109 in the above referenced case and in the amount of

$10,927.50 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000101584399 ***          NNI TRFNTC (MERGE2, TXNUM2) 4000115895



HAIN CAPITAL HOLDINGS, LLC
TRANSFEROR: AVENUE TC FUND, L.P.
ATTN: AMANDA RAPOPORT
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER         16465                in your objection.  If you file an objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  01/15/2016                              David D. Bird, Clerk of Co

                                               /s/ Tim Conklin
                                               _____
                                               EPIQ BANKRUPTCY SOLUTIONS, LLC

                                               as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 15, 2016.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Address Service Requested

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



NNI TRFNTC (MERGE2, TXNUM2) 4000115896

To:     BAR(23) MAILID *** 000101584400 ***



HAIN CAPITAL HOLDINGS, LLC
TRANSFEROR: AVENUE TC FUND, L.P.
ATTN: AMANDA RAPOPORT
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form,    **transferor**    refers to the claimant who is selling or otherwise assigning its claim.  While    **transferee**    refers to the party who is purchasing or othewise being assigned the claim.

To:


AVENUE TC FUND, L.P.
TRANSFEROR: EXCELIGHT COMMUNICATIONS INC
ATTN: DAVID S. LEINWAND, ESQ.
399 PARK AVENUE, 6TH FLOOR
NEW YORK, NY 10022


Please note that your claim # 628 in the above referenced case and in the amount of
$13,663.30 allowed at $13,663.30 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000101584400 ***         NNI TRFNTC (MERGE2, TXNUM2) 4000115896



HAIN CAPITAL HOLDINGS, LLC
TRANSFEROR: AVENUE TC FUND, L.P.
ATTN: AMANDA RAPOPORT
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070


No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER        16465            in your objection.  If you file an objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  01/15/2016                    David D. Bird, Clerk of Co


                        /s/ Tim Conklin
                        _____
                        EPIQ BANKRUPTCY SOLUTIONS, LLC

                        as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 15, 2016.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Legal Documents Enclosed
Please direct to the attention
of the Addressee,

Address Service Requested

Legal Department or President



NNI TRFNTC (MERGE2, TXNUM2) 4000115897

To:       BAR(23) MAILID *** 000101584401 ***

HAIN CAPITAL HOLDINGS, LLC
TRANSFEROR: AVENUE TC FUND, L.P.
ATTN: AMANDA RAPOPORT
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**

**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:

AVENUE TC FUND, L.P.
TRANSFEROR: EXCELIGHT COMMUNICATIONS INC
ATTN: DAVID S. LEINWAND, ESQ.
399 PARK AVENUE, 6TH FLOOR
NEW YORK, NY 10022

Please note that your claim # 811 in the above referenced case and in the amount of
$158,494.30 allowed at $126,861.00 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000101584401 ***        NNI TRFNTC (MERGE2, TXNUM2) 4000115897



HAIN CAPITAL HOLDINGS, LLC
TRANSFEROR: AVENUE TC FUND, L.P.
ATTN: AMANDA RAPOPORT
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER        16465        in your objection.  If you file an objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  01/15/2016                              David D. Bird, Clerk of Co

                                              /s/ Tim Conklin

                                              EPIQ BANKRUPTCY SOLUTIONS, LLC

                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 15, 2016.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Address Service Requested

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



NNI TRFNTC (MERGE2, TXNUM2) 4000115898

To:     BAR(23) MAILID *** 000101584402 ***



HAIN CAPITAL HOLDINGS, LLC
TRANSFEROR: AVENUE TC FUND, L.P.
ATTN: AMANDA RAPOPORT
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

# THE REMAINDER OF THIS PAGE
# INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**

**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form,    **transferor**    refers to the claimant who is selling or otherwise assigning its claim.  While    **transferee**    refers to the party who is purchasing or othewise being assigned the claim.

To:

AVENUE TC FUND, L.P.
TRANSFEROR: CLAIMS RECOVERY GROUP LLC
ATTN: DAVID S. LEINWAND, ESQ.
399 PARK AVENUE, 6TH FLOOR
NEW YORK, NY 10022

Please note that your claim # 2525 in the above referenced case and in the amount of

$49,342.80 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000101584402 ***          NNI TRFNTC (MERGE2, TXNUM2) 4000115898



HAIN CAPITAL HOLDINGS, LLC
TRANSFEROR: AVENUE TC FUND, L.P.
ATTN: AMANDA RAPOPORT
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER          16465          in your objection.  If you file an objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  01/15/2016                          David D. Bird, Clerk of Co

/s/ Tim Conklin

EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 15, 2016.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Legal Documents Enclosed
Please direct to the attention
of the Addressee,

Address Service Requested

Legal Department or President



NNI TRFNTC (MERGE2, TXNUM2) 4000115899

To:    BAR(23) MAILID *** 000101584403 ***



HAIN CAPITAL HOLDINGS, LLC
TRANSFEROR: AVENUE TC FUND, L.P.
ATTN: AMANDA RAPOPORT
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

# THE REMAINDER OF THIS PAGE
# INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**

**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form,    **transferor**    refers to the claimant who is selling or otherwise assigning its claim.  While    **transferee**    refers to the party who is purchasing or othewise being assigned the claim.

To:

AVENUE TC FUND, L.P.
TRANSFEROR: HAIN CAPITAL HOLDINGS, LTD
ATTN: DAVID S. LEINWAND, ESQ.
399 PARK AVENUE, 6TH FLOOR
NEW YORK, NY 10022

Please note that your schedule in the above referenced case and in the amount of

$76,666.67 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000101584403 ***          NNI TRFNTC (MERGE2, TXNUM2) 4000115899



HAIN CAPITAL HOLDINGS, LLC
TRANSFEROR: AVENUE TC FUND, L.P.
ATTN: AMANDA RAPOPORT
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER          16465          in your objection.  If you file an objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  01/15/2016          David D. Bird, Clerk of Co

/s/ Tim Conklin

EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 15, 2016.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Legal Documents Enclosed
Please direct to the attention
of the Addressee,

Address Service Requested

Legal Department or President



NNI TRFNTC (MERGE2, TXNUM2) 4000115900

To:     BAR(23) MAILID *** 000101584404 ***



HAIN CAPITAL HOLDINGS, LLC
TRANSFEROR: AVENUE TC FUND, L.P.
ATTN: AMANDA RAPOPORT
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**

**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form,  **transferor**  refers to the claimant who is selling or otherwise assigning its claim.  While  **transferee**  refers to the party who is purchasing or othewise being assigned the claim.

To:

AVENUE TC FUND, L.P.
TRANSFEROR: CLAIMS RECOVERY GROUP LLC
ATTN: DAVID S. LEINWAND, ESQ.
399 PARK AVENUE, 6TH FLOOR
NEW YORK, NY 10022

Please note that your claim # 320 in the above referenced case and in the amount of

$4,350.00 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000101584404 ***          NNI TRFNTC (MERGE2, TXNUM2) 4000115900



HAIN CAPITAL HOLDINGS, LLC
TRANSFEROR: AVENUE TC FUND, L.P.
ATTN: AMANDA RAPOPORT
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

No action is required if you do not object to the transfer of your claim.  However   **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER        16465                in your objection.  If you file an objection, a hearing will be scheduled.   **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  01/15/2016                    David D. Bird, Clerk of Co

/s/ Tim Conklin
_____
EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 15, 2016.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Legal Documents Enclosed
Please direct to the attention
of the Addressee,

Address Service Requested

Legal Department or President



NNI TRFNTC (MERGE2, TXNUM2) 4000115901

To:    BAR(23) MAILID *** 000101584405 ***



HAIN CAPITAL HOLDINGS, LLC
TRANSFEROR: AVENUE TC FUND, L.P.
ATTN: AMANDA RAPOPORT
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**

**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form,    **transferor**    refers to the claimant who is selling or otherwise assigning its claim.  While    **transferee**    refers to the party who is purchasing or othewise being assigned the claim.

To:

AVENUE TC FUND, L.P.
TRANSFEROR: HAIN CAPITAL HOLDINGS, LTD
ATTN: DAVID S. LEINWAND, ESQ.
399 PARK AVENUE, 6TH FLOOR
NEW YORK, NY 10022

Please note that your claim # 1249 in the above referenced case and in the amount of
$467,078.44 allowed at $126,388.67 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000101584405 ***          NNI TRFNTC (MERGE2, TXNUM2) 4000115901



HAIN CAPITAL HOLDINGS, LLC
TRANSFEROR: AVENUE TC FUND, L.P.
ATTN: AMANDA RAPOPORT
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER          16465          in your objection.  If you file an objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  01/15/2016                    David D. Bird, Clerk of Co

/s/ Tim Conklin

EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 15, 2016.



Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Legal Documents Enclosed
Please direct to the attention
of the Addressee,

Address Service Requested

Legal Department or President

NNI TRFNTC (MERGE2, TXNUM2) 4000115865

To:    BAR(23) MAILID *** 000101584369 ***



OPTICAL NN HOLDINGS, LLC
TRANSFEROR: AVENUE TC FUND, L.P.
ATTN: MICHAEL G. LINN
ONE MARITIME PLAZA, SUITE 2100
SAN FRANCISCO, CA 94111

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**

**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form,    **transferor**    refers to the claimant who is selling or otherwise assigning its claim.  While    **transferee**    refers to the party who is purchasing or othewise being assigned the claim.

To:

AVENUE TC FUND, L.P.
TRANSFEROR: MCKINSEY & COMPANY, INC.
ATTN: DAVID S. LEINWAND, ESQ.
399 PARK AVENUE, 6TH FLOOR
NEW YORK, NY 10022

Please note that your claim # 7916 in the above referenced case and in the amount of
$1,680,000.00 allowed at $1,680,000.00 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000101584369 ***          NNI TRFNTC (MERGE2, TXNUM2) 4000115865



OPTICAL NN HOLDINGS, LLC
TRANSFEROR: AVENUE TC FUND, L.P.
ATTN: MICHAEL G. LINN
ONE MARITIME PLAZA, SUITE 2100
SAN FRANCISCO, CA 94111

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER          16434          in your objection.  If you file an objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  01/15/2016                          David D. Bird, Clerk of Co

/s/ Tim Conklin

EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 15, 2016.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Address Service Requested

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



NNI TRFNTC (MERGE2, TXNUM2) 4000115866

To:     BAR(23) MAILID *** 000101584370 ***



OPTICAL NN HOLDINGS, LLC
TRANSFEROR: AVENUE TC FUND, L.P.
ATTN: MICHAEL G. LINN
ONE MARITIME PLAZA, SUITE 2100
SAN FRANCISCO, CA 94111

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**

**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form,    **transferor**    refers to the claimant who is selling or otherwise assigning its claim.  While    **transferee**    refers to the party who is purchasing or othewise being assigned the claim.

To:

AVENUE TC FUND, L.P.
TRANSFEROR: RADIO FREQUENCY SYSTEMS, INC
ATTN: DAVID S. LEINWAND, ESQ.
399 PARK AVENUE, 6TH FLOOR
NEW YORK, NY 10022

Please note that your claim # 1109 in the above referenced case and in the amount of
$1,823,330.49 allowed at $1,393,585.20 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000101584370 ***        NNI TRFNTC (MERGE2, TXNUM2) 4000115866



OPTICAL NN HOLDINGS, LLC
TRANSFEROR: AVENUE TC FUND, L.P.
ATTN: MICHAEL G. LINN
ONE MARITIME PLAZA, SUITE 2100
SAN FRANCISCO, CA 94111

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER        16434        in your objection.  If you file an objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  01/15/2016                    David D. Bird, Clerk of Co

/s/ Tim Conklin

EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s)

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 15, 2016.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Address Service Requested

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



NNI TRFNTC (MERGE2, TXNUM2) 4000115867

To:    BAR(23) MAILID *** 000101584371 ***



OPTICAL NN HOLDINGS, LLC
TRANSFEROR: AVENUE TC FUND, L.P.
ATTN: MICHAEL G. LINN
ONE MARITIME PLAZA, SUITE 2100
SAN FRANCISCO, CA 94111

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
### BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form,    **transferor**   refers to the claimant who is selling or otherwise assigning its claim.  While    **transferee**   refers to the party who is purchasing or othewise being assigned the claim.

To:

AVENUE TC FUND, L.P.
TRANSFEROR: LONGACRE INSTITUTIONAL OPPOR
ATTN: DAVID S. LEINWAND, ESQ.
399 PARK AVENUE, 6TH FLOOR
NEW YORK, NY 10022

Please note that your claim # 3974 in the above referenced case and in the amount of
$1,255,824.00 allowed at $1,242,824.00 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000101584371 ***            NNI TRFNTC (MERGE2, TXNUM2) 4000115867



OPTICAL NN HOLDINGS, LLC
TRANSFEROR: AVENUE TC FUND, L.P.
ATTN: MICHAEL G. LINN
ONE MARITIME PLAZA, SUITE 2100
SAN FRANCISCO, CA 94111

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST,
WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER         16434             in your objection.  If you file an objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS
AS THE CLAIMANT.**

Date:  01/15/2016                        David D. Bird, Clerk of Co

/s/ Tim Conklin

EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 15, 2016.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Address Service Requested

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



NNI TRFNTC (MERGE2, TXNUM2) 4000115868

To:      BAR(23) MAILID *** 000101584372 ***



OPTICAL NN HOLDINGS, LLC
TRANSFEROR: AVENUE TC FUND, L.P.
ATTN: MICHAEL G. LINN
ONE MARITIME PLAZA, SUITE 2100
SAN FRANCISCO, CA 94111

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**

**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form,    **transferor**    refers to the claimant who is selling or otherwise assigning its claim.  While    **transferee**    refers to the party who is purchasing or othewise being assigned the claim.

To:

AVENUE TC FUND, L.P.
TRANSFEROR: HAIN CAPITAL HOLDINGS, LTD
ATTN: DAVID S. LEINWAND, ESQ.
399 PARK AVENUE, 6TH FLOOR
NEW YORK, NY 10022

Please note that your claim # 1593 in the above referenced case and in the amount of
$615,914.25 allowed at $587,693.25 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000101584372 ***          NNI TRFNTC (MERGE2, TXNUM2) 4000115868



OPTICAL NN HOLDINGS, LLC
TRANSFEROR: AVENUE TC FUND, L.P.
ATTN: MICHAEL G. LINN
ONE MARITIME PLAZA, SUITE 2100
SAN FRANCISCO, CA 94111

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER          16434          in your objection.  If you file an objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  01/15/2016                        David D. Bird, Clerk of Co

                                         /s/ Tim Conklin
                                         _____
                                         EPIQ BANKRUPTCY SOLUTIONS, LLC

                                         as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 15, 2016.



Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Legal Documents Enclosed
Please direct to the attention
of the Addressee,

Address Service Requested

Legal Department or President

NNI TRFNTC (MERGE2, TXNUM2) 4000115869

To:     BAR(23) MAILID *** 000101584373 ***



OPTICAL NN HOLDINGS, LLC
TRANSFEROR: AVENUE TC FUND, L.P.
ATTN: MICHAEL G. LINN
ONE MARITIME PLAZA, SUITE 2100
SAN FRANCISCO, CA 94111

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form,    **transferor**    refers to the claimant who is selling or otherwise assigning its claim.  While    **transferee**    refers to the party who is purchasing or othewise being assigned the claim.

To:

AVENUE TC FUND, L.P.
TRANSFEROR: HAIN CAPITAL HOLDINGS, LTD
ATTN: DAVID S. LEINWAND, ESQ.
399 PARK AVENUE, 6TH FLOOR
NEW YORK, NY 10022

Please note that your claim # 738 in the above referenced case and in the amount of
$3,336,230.97 allowed at $2,596,267.97 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000101584373 ***        NNI TRFNTC (MERGE2, TXNUM2) 4000115869



OPTICAL NN HOLDINGS, LLC
TRANSFEROR: AVENUE TC FUND, L.P.
ATTN: MICHAEL G. LINN
ONE MARITIME PLAZA, SUITE 2100
SAN FRANCISCO, CA 94111

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER        16434        in your objection.  If you file an objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  01/15/2016                    David D. Bird, Clerk of Co

/s/ Tim Conklin

EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 15, 2016.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Legal Documents Enclosed
Please direct to the attention
of the Addressee,

Address Service Requested

Legal Department or President



NNI TRFNTC (MERGE2, TXNUM2) 4000115870

To:    BAR(23) MAILID *** 000101584374 ***



OPTICAL NN HOLDINGS, LLC
TRANSFEROR: AVENUE TC FUND, L.P.
ATTN: MICHAEL G. LINN
ONE MARITIME PLAZA, SUITE 2100
SAN FRANCISCO, CA 94111

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
### BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:

AVENUE TC FUND, L.P.
TRANSFEROR: HAIN CAPITAL HOLDINGS, LTD
ATTN: DAVID S. LEINWAND, ESQ.
399 PARK AVENUE, 6TH FLOOR
NEW YORK, NY 10022

Please note that your claim # 3030 in the above referenced case and in the amount of
$696,886.69 allowed at $596,000.00 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000101584374 ***          NNI TRFNTC (MERGE2, TXNUM2) 4000115870



OPTICAL NN HOLDINGS, LLC
TRANSFEROR: AVENUE TC FUND, L.P.
ATTN: MICHAEL G. LINN
ONE MARITIME PLAZA, SUITE 2100
SAN FRANCISCO, CA 94111

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER         16434         in your objection.  If you file an objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  01/15/2016                              David D. Bird, Clerk of Co

                                               /s/ Tim Conklin

                                               _____

                                               EPIQ BANKRUPTCY SOLUTIONS, LLC

                                               as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 15, 2016.

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| AVENUE TC FUND, L.P. | TRANSFEROR: MCKINSEY & COMPANY, INC., ATTN: DAVID S. LEINWAND, ESQ., 399 PARK AVENUE, 6TH FLOOR, NEW YORK, NY 10022 |
| AVENUE TC FUND, L.P. | TRANSFEROR: RADIO FREQUENCY SYSTEMS, INC, ATTN: DAVID S. LEINWAND, ESQ., 399 PARK AVENUE, 6TH FLOOR, NEW YORK, NY 10022 |
| AVENUE TC FUND, L.P. | TRANSFEROR: LONGACRE INSTITUTIONAL OPPOR, ATTN: DAVID S. LEINWAND, ESQ., 399 PARK AVENUE, 6TH FLOOR, NEW YORK, NY 10022 |
| AVENUE TC FUND, L.P. | TRANSFEROR: HAIN CAPITAL HOLDINGS, LTD, ATTN: DAVID S. LEINWAND, ESQ., 399 PARK AVENUE, 6TH FLOOR, NEW YORK, NY 10022 |
| AVENUE TC FUND, L.P. | TRANSFEROR: HAIN CAPITAL HOLDINGS, LTD, ATTN: DAVID S. LEINWAND, ESQ., 399 PARK AVENUE, 6TH FLOOR, NEW YORK, NY 10022 |
| AVENUE TC FUND, L.P. | TRANSFEROR: HAIN CAPITAL HOLDINGS, LTD, ATTN: DAVID S. LEINWAND, ESQ., 399 PARK AVENUE, 6TH FLOOR, NEW YORK, NY 10022 |
| AVENUE TC FUND, L.P. | TRANSFEROR: HAIN CAPITAL HOLDINGS, LTD, ATTN: DAVID S. LEINWAND, ESQ., 399 PARK AVENUE, 6TH FLOOR, NEW YORK, NY 10022 |
| AVENUE TC FUND, L.P. | TRANSFEROR: CLAIMS RECOVERY GROUP LLC, ATTN: DAVID S. LEINWAND, ESQ., 399 PARK AVENUE, 6TH FLOOR, NEW YORK, NY 10022 |
| AVENUE TC FUND, L.P. | TRANSFEROR: CLAIMS RECOVERY GROUP LLC, ATTN: DAVID S. LEINWAND, ESQ., 399 PARK AVENUE, 6TH FLOOR, NEW YORK, NY 10022 |
| AVENUE TC FUND, L.P. | TRANSFEROR: CLAIMS RECOVERY GROUP LLC, ATTN: DAVID S. LEINWAND, ESQ., 399 PARK AVENUE, 6TH FLOOR, NEW YORK, NY 10022 |
| AVENUE TC FUND, L.P. | TRANSFEROR: CLAIMS RECOVERY GROUP LLC, ATTN: DAVID S. LEINWAND, ESQ., 399 PARK AVENUE, 6TH FLOOR, NEW YORK, NY 10022 |
| AVENUE TC FUND, L.P. | TRANSFEROR: CLAIMS RECOVERY GROUP LLC, ATTN: DAVID S. LEINWAND, ESQ., 399 PARK AVENUE, 6TH FLOOR, NEW YORK, NY 10022 |
| AVENUE TC FUND, L.P. | TRANSFEROR: CLAIMS RECOVERY GROUP LLC, ATTN: DAVID S. LEINWAND, ESQ., 399 PARK AVENUE, 6TH FLOOR, NEW YORK, NY 10022 |
| AVENUE TC FUND, L.P. | TRANSFEROR: DUN & BRADSTREET, ATTN: DAVID S. LEINWAND, ESQ., 399 PARK AVENUE, 6TH FLOOR, NEW YORK, NY 10022 |
| AVENUE TC FUND, L.P. | TRANSFEROR: CLAIMS RECOVERY GROUP LLC, ATTN: DAVID S. LEINWAND, ESQ., 399 PARK AVENUE, 6TH FLOOR, NEW YORK, NY 10022 |
| AVENUE TC FUND, L.P. | TRANSFEROR: HAIN CAPITAL HOLDINGS, LTD, ATTN: DAVID S. LEINWAND, ESQ., 399 PARK AVENUE, 6TH FLOOR, NEW YORK, NY 10022 |
| AVENUE TC FUND, L.P. | TRANSFEROR: CLAIMS RECOVERY GROUP LLC, ATTN: DAVID S. LEINWAND, ESQ., 399 PARK AVENUE, 6TH FLOOR, NEW YORK, NY 10022 |
| AVENUE TC FUND, L.P. | TRANSFEROR: CLAIMS RECOVERY GROUP LLC, ATTN: DAVID S. LEINWAND, ESQ., 399 PARK AVENUE, 6TH FLOOR, NEW YORK, NY 10022 |
| AVENUE TC FUND, L.P. | TRANSFEROR: CLAIMS RECOVERY GROUP LLC, ATTN: DAVID S. LEINWAND, ESQ., 399 PARK AVENUE, 6TH FLOOR, NEW YORK, NY 10022 |
| AVENUE TC FUND, L.P. | TRANSFEROR: CLAIMS RECOVERY GROUP LLC, ATTN: DAVID S. LEINWAND, ESQ., 399 PARK AVENUE, 6TH FLOOR, NEW YORK, NY 10022 |
| AVENUE TC FUND, L.P. | TRANSFEROR: CLAIMS RECOVERY GROUP LLC, ATTN: DAVID S. LEINWAND, ESQ., 399 PARK AVENUE, 6TH FLOOR, NEW YORK, NY 10022 |
| AVENUE TC FUND, L.P. | TRANSFEROR: HAIN CAPITAL HOLDINGS, LTD, ATTN: DAVID S. LEINWAND, ESQ., 399 PARK AVENUE, 6TH FLOOR, NEW YORK, NY 10022 |
| AVENUE TC FUND, L.P. | TRANSFEROR: HAIN CAPITAL HOLDINGS, LTD, ATTN: DAVID S. LEINWAND, ESQ., 399 PARK AVENUE, 6TH FLOOR, NEW YORK, NY 10022 |
| AVENUE TC FUND, L.P. | TRANSFEROR: CLAIMS RECOVERY GROUP LLC, ATTN: DAVID S. LEINWAND, ESQ., 399 PARK AVENUE, 6TH FLOOR, NEW YORK, NY 10022 |
| AVENUE TC FUND, L.P. | TRANSFEROR: CLAIMS RECOVERY GROUP LLC, ATTN: DAVID S. LEINWAND, ESQ., 399 PARK AVENUE, 6TH FLOOR, NEW YORK, NY 10022 |
| AVENUE TC FUND, L.P. | TRANSFEROR: CLAIMS RECOVERY GROUP, LLC, ATTN: DAVID S. LEINWAND, ESQ., 399 |

| Claim Name | Address Information |
|---|---|
| AVENUE TC FUND, L.P. | PARK AVENUE, 6TH FLOOR, NEW YORK, NY 10022 |
| AVENUE TC FUND, L.P. | TRANSFEROR: CLAIMS RECOVERY GROUP LLC, ATTN: DAVID S. LEINWAND, ESQ., 399 PARK AVENUE, 6TH FLOOR, NEW YORK, NY 10022 |
| AVENUE TC FUND, L.P. | TRANSFEROR: CLAIMS RECOVERY GROUP, LLC, ATTN: DAVID S. LEINWAND, ESQ., 399 PARK AVENUE, 6TH FLOOR, NEW YORK, NY 10022 |
| AVENUE TC FUND, L.P. | TRANSFEROR: CLAIMS RECOVERY GROUP LLC, ATTN: DAVID S. LEINWAND, ESQ., 399 PARK AVENUE, 6TH FLOOR, NEW YORK, NY 10022 |
| AVENUE TC FUND, L.P. | TRANSFEROR: EXCELIGHT COMMUNICATIONS INC, ATTN: DAVID S. LEINWAND, ESQ., 399 PARK AVENUE, 6TH FLOOR, NEW YORK, NY 10022 |
| AVENUE TC FUND, L.P. | TRANSFEROR: EXCELIGHT COMMUNICATIONS INC, ATTN: DAVID S. LEINWAND, ESQ., 399 PARK AVENUE, 6TH FLOOR, NEW YORK, NY 10022 |
| AVENUE TC FUND, L.P. | TRANSFEROR: CLAIMS RECOVERY GROUP LLC, ATTN: DAVID S. LEINWAND, ESQ., 399 PARK AVENUE, 6TH FLOOR, NEW YORK, NY 10022 |
| AVENUE TC FUND, L.P. | TRANSFEROR: HAIN CAPITAL HOLDINGS, LTD, ATTN: DAVID S. LEINWAND, ESQ., 399 PARK AVENUE, 6TH FLOOR, NEW YORK, NY 10022 |
| AVENUE TC FUND, L.P. | TRANSFEROR: CLAIMS RECOVERY GROUP LLC, ATTN: DAVID S. LEINWAND, ESQ., 399 PARK AVENUE, 6TH FLOOR, NEW YORK, NY 10022 |
| AVENUE TC FUND, L.P. | TRANSFEROR: HAIN CAPITAL HOLDINGS, LTD, ATTN: DAVID S. LEINWAND, ESQ., 399 PARK AVENUE, 6TH FLOOR, NEW YORK, NY 10022 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: AVENUE TC FUND, L.P., ATTN: AMANDA RAPOPORT, 301 ROUTE 17, 7TH FLOOR, RUTHERFORD, NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: AVENUE TC FUND, L.P., ATTN: AMANDA RAPOPORT, 301 ROUTE 17, 7TH FLOOR, RUTHERFORD, NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: AVENUE TC FUND, L.P., ATTN: AMANDA RAPOPORT, 301 ROUTE 17, 7TH FLOOR, RUTHERFORD, NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: AVENUE TC FUND, L.P., ATTN: AMANDA RAPOPORT, 301 ROUTE 17, 7TH FLOOR, RUTHERFORD, NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: AVENUE TC FUND, L.P., ATTN: AMANDA RAPOPORT, 301 ROUTE 17, 7TH FLOOR, RUTHERFORD, NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: AVENUE TC FUND, L.P., ATTN: AMANDA RAPOPORT, 301 ROUTE 17, 7TH FLOOR, RUTHERFORD, NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: AVENUE TC FUND, L.P., ATTN: AMANDA RAPOPORT, 301 ROUTE 17, 7TH FLOOR, RUTHERFORD, NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: AVENUE TC FUND, L.P., ATTN: AMANDA RAPOPORT, 301 ROUTE 17, 7TH FLOOR, RUTHERFORD, NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: AVENUE TC FUND, L.P., ATTN: AMANDA RAPOPORT, 301 ROUTE 17, 7TH FLOOR, RUTHERFORD, NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: AVENUE TC FUND, L.P., ATTN: AMANDA RAPOPORT, 301 ROUTE 17, 7TH FLOOR, RUTHERFORD, NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: AVENUE TC FUND, L.P., ATTN: AMANDA RAPOPORT, 301 ROUTE 17, 7TH FLOOR, RUTHERFORD, NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: AVENUE TC FUND, L.P., ATTN: AMANDA RAPOPORT, 301 ROUTE 17, 7TH FLOOR, RUTHERFORD, NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: AVENUE TC FUND, L.P., ATTN: AMANDA RAPOPORT, 301 ROUTE 17, 7TH FLOOR, RUTHERFORD, NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: AVENUE TC FUND, L.P., ATTN: AMANDA RAPOPORT, 301 ROUTE 17, 7TH FLOOR, RUTHERFORD, NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: AVENUE TC FUND, L.P., ATTN: AMANDA RAPOPORT, 301 ROUTE 17, 7TH FLOOR, RUTHERFORD, NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: AVENUE TC FUND, L.P., ATTN: AMANDA RAPOPORT, 301 ROUTE 17, 7TH FLOOR, RUTHERFORD, NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: AVENUE TC FUND, L.P., ATTN: AMANDA RAPOPORT, 301 ROUTE 17, 7TH FLOOR, RUTHERFORD, NJ 07070 |

| Claim Name | Address Information |
|---|---|
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: AVENUE TC FUND, L.P., ATTN: AMANDA RAPOPORT, 301 ROUTE 17, 7TH FLOOR, RUTHERFORD, NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: AVENUE TC FUND, L.P., ATTN: AMANDA RAPOPORT, 301 ROUTE 17, 7TH FLOOR, RUTHERFORD, NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: AVENUE TC FUND, L.P., ATTN: AMANDA RAPOPORT, 301 ROUTE 17, 7TH FLOOR, RUTHERFORD, NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: AVENUE TC FUND, L.P., ATTN: AMANDA RAPOPORT, 301 ROUTE 17, 7TH FLOOR, RUTHERFORD, NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: AVENUE TC FUND, L.P., ATTN: AMANDA RAPOPORT, 301 ROUTE 17, 7TH FLOOR, RUTHERFORD, NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: AVENUE TC FUND, L.P., ATTN: AMANDA RAPOPORT, 301 ROUTE 17, 7TH FLOOR, RUTHERFORD, NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: AVENUE TC FUND, L.P., ATTN: AMANDA RAPOPORT, 301 ROUTE 17, 7TH FLOOR, RUTHERFORD, NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: AVENUE TC FUND, L.P., ATTN: AMANDA RAPOPORT, 301 ROUTE 17, 7TH FLOOR, RUTHERFORD, NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: AVENUE TC FUND, L.P., ATTN: AMANDA RAPOPORT, 301 ROUTE 17, 7TH FLOOR, RUTHERFORD, NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: AVENUE TC FUND, L.P., ATTN: AMANDA RAPOPORT, 301 ROUTE 17, 7TH FLOOR, RUTHERFORD, NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: AVENUE TC FUND, L.P., ATTN: AMANDA RAPOPORT, 301 ROUTE 17, 7TH FLOOR, RUTHERFORD, NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: AVENUE TC FUND, L.P., ATTN: AMANDA RAPOPORT, 301 ROUTE 17, 7TH FLOOR, RUTHERFORD, NJ 07070 |
| OPTICAL NN HOLDINGS, LLC | TRANSFEROR: AVENUE TC FUND, L.P., ATTN: MICHAEL G. LINN, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| OPTICAL NN HOLDINGS, LLC | TRANSFEROR: AVENUE TC FUND, L.P., ATTN: MICHAEL G. LINN, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| OPTICAL NN HOLDINGS, LLC | TRANSFEROR: AVENUE TC FUND, L.P., ATTN: MICHAEL G. LINN, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| OPTICAL NN HOLDINGS, LLC | TRANSFEROR: AVENUE TC FUND, L.P., ATTN: MICHAEL G. LINN, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| OPTICAL NN HOLDINGS, LLC | TRANSFEROR: AVENUE TC FUND, L.P., ATTN: MICHAEL G. LINN, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| OPTICAL NN HOLDINGS, LLC | TRANSFEROR: AVENUE TC FUND, L.P., ATTN: MICHAEL G. LINN, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |

**Total Creditor Count 72**

CLEARY GOTTLIEB STEEN & HAMILTON LLP
JAMES L. BROMLEY, ESQ.
ONE LIBERTY PLAZA
NEW YORK, NY 10006