IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re*: | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| | (Jointly Administered) |
| Debtors. | RE: Docket No. 16490 |

### AFFIDAVIT OF
### TAMMY R. ROGERS, PARALEGAL

STATE OF DELAWARE:
SS:
NEW CASTLE COUNTY:

I, Tammy R. Rogers, certify that I am, and at all times during the service, have been, an employee of Buchanan Ingersoll & Rooney PC, not less than 18 years of age and not a party to the matter concerning which service was made on January 22, 2016. I certify further that copies of the following document were caused to be served upon the parties identified on the attached list via first class mail:

**LIMITED JOINDER OF THE MONITOR AND THE CANADIAN DEBTORS TO THE DEBTORS' OBJECTION TO THE REQUESTS OF MERCHANTS EQUITY AND GENERAL BENEFICIAL LP. FOR APPOINTMENT OF AN EQUITY SECURITY HOLDERS COMMITTEE**

_____
Tammy R. Rogers

SWORN AND SUBSCRIBED before me this 25th day of January 2016.

_____
NOTARY

---

[1] The debtors in the chapter 11 cases, along with the last four digits of each such debtor's tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems, Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); CoreTek, Inc. (5722); Nortel Networks Applications Management Solutions Inc. (2846); Nortel Networks Optical Components Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226) (collectively, the " **US Debtors**")

Nortel Service List for Limited Joinder
Doc. No. 16490

Mark D. Plevin , Mark S Supko
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Derek C. Abbott
Eric D. Schwartz
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19801

AKIN GUMP STRAUSS HAUER & FELD LLP
Fred S. Hodara, David H. Botter, Abid Qureshi &
Brad M. Kahn
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, New York 10036

Mark S. Kenney
Office of the U.S. Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

Torys LLP
Sheila R. Block , Scott A. Bomhof, James Gotowiec,
Andrew Gray, Molly Reynolds and Adam M. Slavens
79 Wellington Street West
30th Floor
Box 270 TD Centre
Toronto, ON M5K 1N2

Elliott Greenleaf
Shelley A. Kinsella
1105 North Market Street
17th Floor
Wilmington, DE 19801

Rene E. Thorne
Jackson Lewis LLP
650 Poydras Street
Suite 1900
New Orleans, LA 70130

CLEARY GOTTLIEB STEEN & HAMILTON LLP
Howard S. Zelbo
James L. Bromley
Jeffrey A. Rosenthal
Lisa M. Schweitzer
One Liberty Plaza
New York, New York 10006

WHITEFORD, TAYLOR & PRESTON LLC
Christopher M. Samis (No. 4909)
L. Katherine Good (No. 5101)
The Renaissance Centre
405 North King Street, Suite 500
Wilmington, Delaware 19801

Elihu Ezekiel Allinson, III
Sullivan Hazeltine Allinson LLC
901 North Market Street
Suite 1300
Wilmington, DE 19801

Benesch Friedlander Coplan & Aronoff LLP
Kevin M. Capuzzi, Jennifer R. Hoover and
Sarah R Stafford
222 Delaware Avenue, Suite 801
Wilmington, DE 19801-1611

Klehr Harrison Harvey Branzburg LLP
Raymond Howard Lemisch
919 N. Market Street
Suite 1000
Wilmington, DE 19801

Mark H. Rhynes
513 W. 159th Street
Gardena, CA 90047

General Beneficial LP
1522 W. Manchester Ave.
Los Angeles, CA 90047

Merchants Equity
1522 W. Manchester Ave.
Los Angeles, CA 90047