**Exhibit B**

**EXPENSE SUMMARY**[1]
Nortel Networks Inc., *et al.*
(Case No. 09-10138 (KG))

December 1, 2015 through December 31, 2015

| Expense Category | | Total Expenses |
|---|---|---|
| Telephone | | $53.77 |
| Travel – Transportation | | 2,314.23 |
| Travel – Lodging | | 1,091.64 |
| Travel – Meals | | 127.19 |
| Mailing & Shipping Charges | | 122.21 |
| Duplicating Charges (at $0.10/page) | | 1,901.70 |
| Color Duplicating Charges (at $0.65/page) | | 39.00 |
| Legal Research | Lexis | 2,614.52 |
| | Westlaw | 3,494.04 |
| | PACER | 6.90 |
| Late Work – Meals | | 1,017.70 |
| Late Work – Transportation | | 3,663.90 |
| Conference Meals | | 643.36 |
| Other | | 12,881.41 |
| **Grand Total Expenses** | | **$29,971.57** |

---

[1]      Note: This Application includes certain expenses incurred during a period related to a previously submitted fee application, but not entered into the Cleary Gottlieb accounting system until the period covered by this Application.

**EXPENSE SUMMARY**
December 1, 2015 through December 31, 2015

In re Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

Note: This Application includes certain expenses incurred during a period related to a previously submitted fee application but not entered into the Cleary Gottlieb accounting system until the period covered by this Application.

| Date | Amount | Narrative |
|------|--------|-----------|
| | | |
| **Telephone** | | |
| | | |
| 10/13/2015 | 1.04 | Conference Call Charges Conf. ID :    Name: Russell Eckenrod |
| 10/15/2015 | 2.80 | Conference Call Charges Conf. ID :    Name: Rebecca Reeb |
| 10/20/2015 | 3.69 | Conference Call Charges Conf. ID :    Name: Russell Eckenrod |
| 10/21/2015 | 4.86 | Conference Call Charges Conf. ID :    Name: Anthony Ruiz |
| 10/22/2015 | 2.46 | Conference Call Charges Conf. ID :    Name: Leah Laporte |
| 10/26/2015 | 3.07 | Conference Call Charges Conf. ID :    Name: James L. Bromley |
| 10/26/2015 | 2.49 | Conference Call Charges Conf. ID :    Name: Philip Cantwell |
| 10/28/2015 | 2.81 | Conference Call Charges Conf. ID :    Name: Anthony Ruiz |
| 10/29/2015 | 5.54 | Conference Call Charges Conf. ID :    Name: Russell Eckenrod |
| 10/30/2015 | 2.12 | Conference Call Charges Conf. ID :    Name: Russell Eckenrod |
| 11/4/2015 | 4.46 | Conference Call Charges Conf. ID :    Name: James L. Bromley |
| 11/4/2015 | 3.61 | Conference Call Charges Conf. ID :    Name: Matthew Livingston |
| 11/5/2015 | 0.83 | Conference Call Charges Conf. ID :    Name: James L. Bromley |
| 11/6/2015 | 2.98 | Conference Call Charges Conf. ID :    Name: Leah Laporte |
| 11/9/2015 | 1.87 | Conference Call Charges Conf. ID :    Name: Anthony Ruiz |
| 11/10/2015 | 1.33 | Conference Call Charges Conf. ID :    Name: Rebecca Reeb |
| 11/11/2015 | 7.81 | Conference Call Charges Conf. ID :    Name: Matthew Livingston |
| **TOTAL:** | **53.77** | |
| | | |
| **Travel - Transportation**[1] | | |
| | | |
| 11/18/2015 | 28.62 | TRAVEL - TRANSPORTATION - Farnan (Mediator) Trip to New York (ride to train station - authorized by Gianis) |
| 11/18/2015 | 55.95 | TRAVEL - TRANSPORTATION - Grudzinski (RBC, FA) Trip to New York (ride to airport - authorized by Schweitzer) |
| 11/18/2015 | 55.95 | TRAVEL - TRANSPORTATION - Kennedy (Chilmark Partners) Trip to New York (ride to airport - authorized by Bromley) |
| 11/18/2015 | 55.95 | TRAVEL - TRANSPORTATION - Rosenberg (Paliare Roland) Trip to New York (ride to airport - authorized by Schweitzer) |
| 12/2/2015 | 52.25 | TRAVEL - TRANSPORTATION - Gallagher Trip to Toronto (booking fee) |
| 12/2/2015 | 656.10 | TRAVEL - TRANSPORTATION - Gallagher Trip to Toronto (roundtrip airplane ticket) |
| 12/7/2015 | 89.30 | TRAVEL - TRANSPORTATION - Gallagher Trip to Toronto (ride to airport) |
| 12/7/2015 | 10.52 | TRAVEL - TRANSPORTATION - Gallagher Trip to Toronto (ride within Toronto) |
| 12/9/2015 | 268.00 | TRAVEL - TRANSPORTATION - Cantwell Trip to Delaware (roundtrip train ticket) |
| 12/9/2015 | 45.00 | TRAVEL - TRANSPORTATION - Schweitzer Trip to Delaware (booking fee) |
| 12/9/2015 | 45.00 | TRAVEL - TRANSPORTATION - Schweitzer Trip to Delaware (booking fee) |

**EXPENSE SUMMARY**
December 1, 2015 through December 31, 2015

*In re Nortel Networks Inc., et al.*
*(Case No. 09-10138 (KG))*

| Date | Amount | Narrative |
|------|--------|-----------|
| 12/9/2015 | 268.00 | TRAVEL - TRANSPORTATION - Schweitzer Trip to Delaware (roundtrip train ticket) |
| 12/9/2015 | 268.00 | TRAVEL - TRANSPORTATION - Schweitzer Trip to Delaware (roundtrip train ticket) |
| 12/10/2015 | 113.50 | TRAVEL - TRANSPORTATION - Gallagher Trip to Toronto (ride from airport) |
| 12/10/2015 | 12.31 | TRAVEL - TRANSPORTATION - Gallagher Trip to Toronto (ride within Toronto) |
| 12/15/2015 | 14.91 | TRAVEL - TRANSPORTATION - Cantwell Trip to Delaware (ride to train station) |
| 12/15/2015 | 133.59 | TRAVEL - TRANSPORTATION - Schweitzer Trip to Delaware (ride from train station) |
| 12/15/2015 | 141.28 | TRAVEL - TRANSPORTATION - Schweitzer Trip to Delaware (ride to train station) |
| **TOTAL:** | **2,314.23** | |
| | | |
| **Travel - Lodging** | | |
| | | |
| 12/7/2015 | 363.88 | TRAVEL - LODGING - Gallagher Trip to Toronto (1 night) |
| 12/8/2015 | 363.88 | TRAVEL - LODGING - Gallagher Trip to Toronto (1 night) |
| 12/11/2015 | 363.88 | TRAVEL - LODGING - Gallagher Trip to Toronto (1 night on 12/9/15) |
| **TOTAL:** | **1,091.64** | |
| | | |
| **Travel - Meals** | | |
| | | |
| 12/7/2015 | 17.50 | TRAVEL - MEALS - Gallagher Trip to Toronto |
| 12/7/2015 | 21.97 | TRAVEL - MEALS - Gallagher Trip to Toronto |
| 12/8/2015 | 36.82 | TRAVEL - MEALS - Gallagher Trip to Toronto |
| 12/9/2015 | 30.44 | TRAVEL - MEALS - Gallagher Trip to Toronto |
| 12/10/2015 | 7.19 | TRAVEL - MEALS - Gallagher Trip to Toronto |
| 12/10/2015 | 13.27 | TRAVEL - MEALS - Gallagher Trip to Toronto |
| **TOTAL:** | **127.19** | |
| | | |
| **Mailing & Shipping Charges** | | |
| | | |
| 9/15/2015 | 8.20 | SHIPPING CHARGES Inv#: 516452586  Track#: 805537024940 |
| 9/16/2015 | 31.62 | SHIPPING CHARGES Inv#: 652897088  Track#: 645645679910 |
| 9/18/2015 | 24.46 | SHIPPING CHARGES Inv#: 516916003  Track#: 645645680902 |
| 11/3/2015 | 13.04 | SHIPPING CHARGES Inv#: 521619095  Track#: 6.45646E+11 |
| 11/5/2015 | 13.04 | SHIPPING CHARGES Inv#: 521774020  Track#: 8.05537E+11 |
| 11/10/2015 | 31.85 | SHIPPING CHARGES Inv#: 654727081  Track#: 6.45646E+11 |
| **TOTAL:** | **122.21** | |
| | | |
| **Duplicating Charges (@ $0.10/page)** | | |
| | | |
| 12/1/2015 | 0.20 | NY DUPLICATING |
| 12/1/2015 | 1.20 | NY DUPLICATING XEROX |

**EXPENSE SUMMARY**
December 1, 2015 through December 31, 2015

In re Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

| Date | Amount | Narrative |
|------|--------|-----------|
| 12/1/2015 | 6.80 | NY DUPLICATING XEROX |
| 12/1/2015 | 6.80 | NY DUPLICATING XEROX |
| 12/2/2015 | 18.80 | NY DUPLICATING |
| 12/2/2015 | 3.00 | NY DUPLICATING XEROX |
| 12/2/2015 | 5.70 | NY DUPLICATING XEROX |
| 12/2/2015 | 6.60 | NY DUPLICATING XEROX |
| 12/2/2015 | 6.70 | NY DUPLICATING XEROX |
| 12/3/2015 | 0.60 | NY DUPLICATING XEROX |
| 12/3/2015 | 0.60 | NY DUPLICATING XEROX |
| 12/3/2015 | 0.60 | NY DUPLICATING XEROX |
| 12/3/2015 | 2.10 | NY DUPLICATING XEROX |
| 12/3/2015 | 2.80 | NY DUPLICATING XEROX |
| 12/3/2015 | 3.00 | NY DUPLICATING XEROX |
| 12/3/2015 | 3.20 | NY DUPLICATING XEROX |
| 12/3/2015 | 3.30 | NY DUPLICATING XEROX |
| 12/3/2015 | 3.60 | NY DUPLICATING XEROX |
| 12/3/2015 | 6.80 | NY DUPLICATING XEROX |
| 12/3/2015 | 8.20 | NY DUPLICATING XEROX |
| 12/3/2015 | 12.60 | NY DUPLICATING XEROX |
| 12/3/2015 | 14.70 | NY DUPLICATING XEROX |
| 12/3/2015 | 16.80 | NY DUPLICATING XEROX |
| 12/3/2015 | 18.00 | NY DUPLICATING XEROX |
| 12/3/2015 | 19.20 | NY DUPLICATING XEROX |
| 12/3/2015 | 19.80 | NY DUPLICATING XEROX |
| 12/3/2015 | 42.60 | NY DUPLICATING XEROX |
| 12/4/2015 | 0.10 | NY DUPLICATING XEROX |
| 12/4/2015 | 0.10 | NY DUPLICATING XEROX |
| 12/4/2015 | 0.30 | NY DUPLICATING XEROX |
| 12/4/2015 | 0.30 | NY DUPLICATING XEROX |
| 12/4/2015 | 0.40 | NY DUPLICATING XEROX |
| 12/4/2015 | 0.50 | NY DUPLICATING XEROX |
| 12/4/2015 | 0.50 | NY DUPLICATING XEROX |
| 12/4/2015 | 0.50 | NY DUPLICATING XEROX |
| 12/4/2015 | 0.60 | NY DUPLICATING XEROX |
| 12/4/2015 | 0.80 | NY DUPLICATING XEROX |
| 12/4/2015 | 1.00 | NY DUPLICATING XEROX |
| 12/4/2015 | 1.00 | NY DUPLICATING XEROX |
| 12/4/2015 | 1.00 | NY DUPLICATING XEROX |
| 12/4/2015 | 1.20 | NY DUPLICATING XEROX |
| 12/4/2015 | 1.40 | NY DUPLICATING XEROX |

**EXPENSE SUMMARY**
December 1, 2015 through December 31, 2015

In re Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

| Date | Amount | Narrative |
|------|--------|-----------|
| 12/4/2015 | 1.50 | NY DUPLICATING XEROX |
| 12/4/2015 | 1.60 | NY DUPLICATING XEROX |
| 12/4/2015 | 2.00 | NY DUPLICATING XEROX |
| 12/4/2015 | 2.40 | NY DUPLICATING XEROX |
| 12/4/2015 | 2.80 | NY DUPLICATING XEROX |
| 12/4/2015 | 2.90 | NY DUPLICATING XEROX |
| 12/4/2015 | 3.00 | NY DUPLICATING XEROX |
| 12/4/2015 | 3.50 | NY DUPLICATING XEROX |
| 12/4/2015 | 4.30 | NY DUPLICATING XEROX |
| 12/4/2015 | 4.50 | NY DUPLICATING XEROX |
| 12/4/2015 | 4.90 | NY DUPLICATING XEROX |
| 12/4/2015 | 5.00 | NY DUPLICATING XEROX |
| 12/4/2015 | 5.50 | NY DUPLICATING XEROX |
| 12/4/2015 | 5.60 | NY DUPLICATING XEROX |
| 12/4/2015 | 7.20 | NY DUPLICATING XEROX |
| 12/4/2015 | 8.10 | NY DUPLICATING XEROX |
| 12/4/2015 | 11.00 | NY DUPLICATING XEROX |
| 12/4/2015 | 14.10 | NY DUPLICATING XEROX |
| 12/4/2015 | 14.90 | NY DUPLICATING XEROX |
| 12/7/2015 | 0.10 | NY DUPLICATING XEROX |
| 12/7/2015 | 0.10 | NY DUPLICATING XEROX |
| 12/7/2015 | 0.10 | NY DUPLICATING XEROX |
| 12/7/2015 | 0.10 | NY DUPLICATING XEROX |
| 12/7/2015 | 0.10 | NY DUPLICATING XEROX |
| 12/7/2015 | 0.10 | NY DUPLICATING XEROX |
| 12/7/2015 | 0.10 | NY DUPLICATING XEROX |
| 12/7/2015 | 0.10 | NY DUPLICATING XEROX |
| 12/7/2015 | 0.10 | NY DUPLICATING XEROX |
| 12/7/2015 | 0.10 | NY DUPLICATING XEROX |
| 12/7/2015 | 0.10 | NY DUPLICATING XEROX |
| 12/7/2015 | 0.10 | NY DUPLICATING XEROX |
| 12/7/2015 | 0.10 | NY DUPLICATING XEROX |
| 12/7/2015 | 0.10 | NY DUPLICATING XEROX |
| 12/7/2015 | 0.10 | NY DUPLICATING XEROX |
| 12/7/2015 | 0.10 | NY DUPLICATING XEROX |
| 12/7/2015 | 0.10 | NY DUPLICATING XEROX |
| 12/7/2015 | 0.10 | NY DUPLICATING XEROX |
| 12/7/2015 | 0.10 | NY DUPLICATING XEROX |
| 12/7/2015 | 0.10 | NY DUPLICATING XEROX |

| Date | Amount | Narrative |
|------|--------|-----------|
| 12/7/2015 | 0.10 | NY DUPLICATING XEROX |
| 12/7/2015 | 0.10 | NY DUPLICATING XEROX |
| 12/7/2015 | 0.20 | NY DUPLICATING XEROX |
| 12/7/2015 | 0.20 | NY DUPLICATING XEROX |
| 12/7/2015 | 0.20 | NY DUPLICATING XEROX |
| 12/7/2015 | 0.20 | NY DUPLICATING XEROX |
| 12/7/2015 | 0.20 | NY DUPLICATING XEROX |
| 12/7/2015 | 0.20 | NY DUPLICATING XEROX |
| 12/7/2015 | 0.20 | NY DUPLICATING XEROX |
| 12/7/2015 | 0.20 | NY DUPLICATING XEROX |
| 12/7/2015 | 0.20 | NY DUPLICATING XEROX |
| 12/7/2015 | 0.20 | NY DUPLICATING XEROX |
| 12/7/2015 | 0.20 | NY DUPLICATING XEROX |
| 12/7/2015 | 0.20 | NY DUPLICATING XEROX |
| 12/7/2015 | 0.20 | NY DUPLICATING XEROX |
| 12/7/2015 | 0.20 | NY DUPLICATING XEROX |
| 12/7/2015 | 0.20 | NY DUPLICATING XEROX |
| 12/7/2015 | 0.20 | NY DUPLICATING XEROX |
| 12/7/2015 | 0.20 | NY DUPLICATING XEROX |
| 12/7/2015 | 0.20 | NY DUPLICATING XEROX |
| 12/7/2015 | 0.20 | NY DUPLICATING XEROX |
| 12/7/2015 | 0.30 | NY DUPLICATING XEROX |
| 12/7/2015 | 0.30 | NY DUPLICATING XEROX |
| 12/7/2015 | 0.30 | NY DUPLICATING XEROX |
| 12/7/2015 | 0.30 | NY DUPLICATING XEROX |
| 12/7/2015 | 0.30 | NY DUPLICATING XEROX |
| 12/7/2015 | 0.30 | NY DUPLICATING XEROX |
| 12/7/2015 | 0.30 | NY DUPLICATING XEROX |
| 12/7/2015 | 0.30 | NY DUPLICATING XEROX |
| 12/7/2015 | 0.30 | NY DUPLICATING XEROX |
| 12/7/2015 | 0.30 | NY DUPLICATING XEROX |
| 12/7/2015 | 0.30 | NY DUPLICATING XEROX |
| 12/7/2015 | 0.30 | NY DUPLICATING XEROX |
| 12/7/2015 | 0.30 | NY DUPLICATING XEROX |
| 12/7/2015 | 0.30 | NY DUPLICATING XEROX |
| 12/7/2015 | 0.30 | NY DUPLICATING XEROX |
| 12/7/2015 | 0.30 | NY DUPLICATING XEROX |

**EXPENSE SUMMARY**
December 1, 2015 through December 31, 2015

In re Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

| Date | Amount | Narrative |
|------|--------|-----------|
| 12/7/2015 | 0.40 | NY DUPLICATING XEROX |
| 12/7/2015 | 0.40 | NY DUPLICATING XEROX |
| 12/7/2015 | 0.40 | NY DUPLICATING XEROX |
| 12/7/2015 | 0.40 | NY DUPLICATING XEROX |
| 12/7/2015 | 0.40 | NY DUPLICATING XEROX |
| 12/7/2015 | 0.40 | NY DUPLICATING XEROX |
| 12/7/2015 | 0.40 | NY DUPLICATING XEROX |
| 12/7/2015 | 0.40 | NY DUPLICATING XEROX |
| 12/7/2015 | 0.40 | NY DUPLICATING XEROX |
| 12/7/2015 | 0.50 | NY DUPLICATING XEROX |
| 12/7/2015 | 0.50 | NY DUPLICATING XEROX |
| 12/7/2015 | 0.50 | NY DUPLICATING XEROX |
| 12/7/2015 | 0.50 | NY DUPLICATING XEROX |
| 12/7/2015 | 0.50 | NY DUPLICATING XEROX |
| 12/7/2015 | 0.50 | NY DUPLICATING XEROX |
| 12/7/2015 | 0.50 | NY DUPLICATING XEROX |
| 12/7/2015 | 0.50 | NY DUPLICATING XEROX |
| 12/7/2015 | 0.50 | NY DUPLICATING XEROX |
| 12/7/2015 | 0.50 | NY DUPLICATING XEROX |
| 12/7/2015 | 0.50 | NY DUPLICATING XEROX |
| 12/7/2015 | 0.60 | NY DUPLICATING XEROX |
| 12/7/2015 | 0.60 | NY DUPLICATING XEROX |
| 12/7/2015 | 0.60 | NY DUPLICATING XEROX |
| 12/7/2015 | 0.60 | NY DUPLICATING XEROX |
| 12/7/2015 | 0.60 | NY DUPLICATING XEROX |
| 12/7/2015 | 0.60 | NY DUPLICATING XEROX |
| 12/7/2015 | 0.60 | NY DUPLICATING XEROX |
| 12/7/2015 | 0.60 | NY DUPLICATING XEROX |
| 12/7/2015 | 0.60 | NY DUPLICATING XEROX |
| 12/7/2015 | 0.60 | NY DUPLICATING XEROX |
| 12/7/2015 | 0.70 | NY DUPLICATING XEROX |
| 12/7/2015 | 0.70 | NY DUPLICATING XEROX |
| 12/7/2015 | 0.70 | NY DUPLICATING XEROX |
| 12/7/2015 | 0.70 | NY DUPLICATING XEROX |
| 12/7/2015 | 0.70 | NY DUPLICATING XEROX |
| 12/7/2015 | 0.70 | NY DUPLICATING XEROX |
| 12/7/2015 | 0.70 | NY DUPLICATING XEROX |
| 12/7/2015 | 0.80 | NY DUPLICATING XEROX |
| 12/7/2015 | 0.90 | NY DUPLICATING XEROX |
| 12/7/2015 | 0.90 | NY DUPLICATING XEROX |

**EXPENSE SUMMARY**
December 1, 2015 through December 31, 2015

**In re Nortel Networks Inc., et al.**
**(Case No. 09-10138 (KG))**

| Date | Amount | Narrative |
|------|--------|-----------|
| 12/7/2015 | 0.90 | NY DUPLICATING XEROX |
| 12/7/2015 | 0.90 | NY DUPLICATING XEROX |
| 12/7/2015 | 1.00 | NY DUPLICATING XEROX |
| 12/7/2015 | 1.00 | NY DUPLICATING XEROX |
| 12/7/2015 | 1.10 | NY DUPLICATING XEROX |
| 12/7/2015 | 1.20 | NY DUPLICATING XEROX |
| 12/7/2015 | 1.30 | NY DUPLICATING XEROX |
| 12/7/2015 | 1.40 | NY DUPLICATING XEROX |
| 12/7/2015 | 1.60 | NY DUPLICATING XEROX |
| 12/7/2015 | 1.70 | NY DUPLICATING XEROX |
| 12/7/2015 | 1.80 | NY DUPLICATING XEROX |
| 12/7/2015 | 2.40 | NY DUPLICATING XEROX |
| 12/7/2015 | 2.40 | NY DUPLICATING XEROX |
| 12/7/2015 | 2.70 | NY DUPLICATING XEROX |
| 12/7/2015 | 2.70 | NY DUPLICATING XEROX |
| 12/7/2015 | 2.80 | NY DUPLICATING XEROX |
| 12/7/2015 | 2.80 | NY DUPLICATING XEROX |
| 12/7/2015 | 3.00 | NY DUPLICATING XEROX |
| 12/7/2015 | 3.00 | NY DUPLICATING XEROX |
| 12/7/2015 | 3.10 | NY DUPLICATING XEROX |
| 12/7/2015 | 3.10 | NY DUPLICATING XEROX |
| 12/7/2015 | 3.50 | NY DUPLICATING XEROX |
| 12/7/2015 | 3.70 | NY DUPLICATING XEROX |
| 12/7/2015 | 5.10 | NY DUPLICATING XEROX |
| 12/7/2015 | 5.10 | NY DUPLICATING XEROX |
| 12/7/2015 | 6.10 | NY DUPLICATING XEROX |
| 12/7/2015 | 6.30 | NY DUPLICATING XEROX |
| 12/7/2015 | 9.50 | NY DUPLICATING XEROX |
| 12/7/2015 | 13.40 | NY DUPLICATING XEROX |
| 12/7/2015 | 13.40 | NY DUPLICATING XEROX |
| 12/7/2015 | 13.40 | NY DUPLICATING XEROX |
| 12/8/2015 | 44.00 | NY DUPLICATING |
| 12/8/2015 | 0.20 | NY DUPLICATING XEROX |
| 12/8/2015 | 0.40 | NY DUPLICATING XEROX |
| 12/8/2015 | 0.40 | NY DUPLICATING XEROX |
| 12/8/2015 | 0.50 | NY DUPLICATING XEROX |
| 12/8/2015 | 0.60 | NY DUPLICATING XEROX |
| 12/8/2015 | 0.70 | NY DUPLICATING XEROX |
| 12/8/2015 | 0.70 | NY DUPLICATING XEROX |
| 12/8/2015 | 0.80 | NY DUPLICATING XEROX |

**EXPENSE SUMMARY**
December 1, 2015 through December 31, 2015

In re Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

| Date | Amount | Narrative |
|------|--------|-----------|
| 12/8/2015 | 0.90 | NY DUPLICATING XEROX |
| 12/8/2015 | 1.00 | NY DUPLICATING XEROX |
| 12/8/2015 | 1.10 | NY DUPLICATING XEROX |
| 12/8/2015 | 1.20 | NY DUPLICATING XEROX |
| 12/8/2015 | 1.20 | NY DUPLICATING XEROX |
| 12/8/2015 | 1.20 | NY DUPLICATING XEROX |
| 12/8/2015 | 1.20 | NY DUPLICATING XEROX |
| 12/8/2015 | 1.20 | NY DUPLICATING XEROX |
| 12/8/2015 | 1.30 | NY DUPLICATING XEROX |
| 12/8/2015 | 1.30 | NY DUPLICATING XEROX |
| 12/8/2015 | 1.40 | NY DUPLICATING XEROX |
| 12/8/2015 | 1.60 | NY DUPLICATING XEROX |
| 12/8/2015 | 1.60 | NY DUPLICATING XEROX |
| 12/8/2015 | 1.70 | NY DUPLICATING XEROX |
| 12/8/2015 | 1.70 | NY DUPLICATING XEROX |
| 12/8/2015 | 2.00 | NY DUPLICATING XEROX |
| 12/8/2015 | 2.00 | NY DUPLICATING XEROX |
| 12/8/2015 | 2.00 | NY DUPLICATING XEROX |
| 12/8/2015 | 2.20 | NY DUPLICATING XEROX |
| 12/8/2015 | 2.20 | NY DUPLICATING XEROX |
| 12/8/2015 | 2.30 | NY DUPLICATING XEROX |
| 12/8/2015 | 2.40 | NY DUPLICATING XEROX |
| 12/8/2015 | 2.40 | NY DUPLICATING XEROX |
| 12/8/2015 | 2.40 | NY DUPLICATING XEROX |
| 12/8/2015 | 2.80 | NY DUPLICATING XEROX |
| 12/8/2015 | 2.80 | NY DUPLICATING XEROX |
| 12/8/2015 | 3.20 | NY DUPLICATING XEROX |
| 12/8/2015 | 3.20 | NY DUPLICATING XEROX |
| 12/8/2015 | 3.20 | NY DUPLICATING XEROX |
| 12/8/2015 | 3.40 | NY DUPLICATING XEROX |
| 12/8/2015 | 3.60 | NY DUPLICATING XEROX |
| 12/8/2015 | 3.60 | NY DUPLICATING XEROX |
| 12/8/2015 | 4.00 | NY DUPLICATING XEROX |
| 12/8/2015 | 4.00 | NY DUPLICATING XEROX |
| 12/8/2015 | 4.00 | NY DUPLICATING XEROX |
| 12/8/2015 | 4.00 | NY DUPLICATING XEROX |
| 12/8/2015 | 4.00 | NY DUPLICATING XEROX |
| 12/8/2015 | 4.30 | NY DUPLICATING XEROX |
| 12/8/2015 | 4.40 | NY DUPLICATING XEROX |
| 12/8/2015 | 4.40 | NY DUPLICATING XEROX |

**EXPENSE SUMMARY**
December 1, 2015 through December 31, 2015

In re Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

| Date | Amount | Narrative |
|------|--------|-----------|
| 12/8/2015 | 4.40 | NY DUPLICATING XEROX |
| 12/8/2015 | 4.80 | NY DUPLICATING XEROX |
| 12/8/2015 | 4.80 | NY DUPLICATING XEROX |
| 12/8/2015 | 4.80 | NY DUPLICATING XEROX |
| 12/8/2015 | 4.80 | NY DUPLICATING XEROX |
| 12/8/2015 | 5.20 | NY DUPLICATING XEROX |
| 12/8/2015 | 5.20 | NY DUPLICATING XEROX |
| 12/8/2015 | 5.20 | NY DUPLICATING XEROX |
| 12/8/2015 | 6.00 | NY DUPLICATING XEROX |
| 12/8/2015 | 6.40 | NY DUPLICATING XEROX |
| 12/8/2015 | 6.80 | NY DUPLICATING XEROX |
| 12/8/2015 | 6.80 | NY DUPLICATING XEROX |
| 12/8/2015 | 6.80 | NY DUPLICATING XEROX |
| 12/8/2015 | 8.00 | NY DUPLICATING XEROX |
| 12/8/2015 | 8.00 | NY DUPLICATING XEROX |
| 12/8/2015 | 8.00 | NY DUPLICATING XEROX |
| 12/8/2015 | 8.80 | NY DUPLICATING XEROX |
| 12/8/2015 | 8.80 | NY DUPLICATING XEROX |
| 12/8/2015 | 8.80 | NY DUPLICATING XEROX |
| 12/8/2015 | 9.60 | NY DUPLICATING XEROX |
| 12/8/2015 | 10.40 | NY DUPLICATING XEROX |
| 12/8/2015 | 12.40 | NY DUPLICATING XEROX |
| 12/8/2015 | 18.00 | NY DUPLICATING XEROX |
| 12/8/2015 | 25.20 | NY DUPLICATING XEROX |
| 12/10/2015 | 2.50 | NY DUPLICATING XEROX |
| 12/13/2015 | 3.60 | NY DUPLICATING XEROX |
| 12/14/2015 | 0.30 | NY DUPLICATING |
| 12/14/2015 | 0.30 | NY DUPLICATING |
| 12/14/2015 | 0.30 | NY DUPLICATING |
| 12/14/2015 | 0.30 | NY DUPLICATING |
| 12/14/2015 | 0.30 | NY DUPLICATING |
| 12/14/2015 | 0.30 | NY DUPLICATING |
| 12/14/2015 | 0.60 | NY DUPLICATING |
| 12/14/2015 | 0.60 | NY DUPLICATING |
| 12/14/2015 | 0.60 | NY DUPLICATING |
| 12/14/2015 | 0.90 | NY DUPLICATING |
| 12/14/2015 | 2.10 | NY DUPLICATING |
| 12/14/2015 | 4.80 | NY DUPLICATING |
| 12/14/2015 | 15.00 | NY DUPLICATING |
| 12/15/2015 | 0.10 | NY DUPLICATING XEROX |

**EXPENSE SUMMARY**
December 1, 2015 through December 31, 2015

In re Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

| Date | Amount | Narrative |
|------|--------|-----------|
| 12/15/2015 | 0.60 | NY DUPLICATING XEROX |
| 12/15/2015 | 2.10 | NY DUPLICATING XEROX |
| 12/15/2015 | 2.80 | NY DUPLICATING XEROX |
| 12/15/2015 | 3.00 | NY DUPLICATING XEROX |
| 12/15/2015 | 3.20 | NY DUPLICATING XEROX |
| 12/15/2015 | 3.30 | NY DUPLICATING XEROX |
| 12/15/2015 | 6.80 | NY DUPLICATING XEROX |
| 12/17/2015 | 0.50 | NY DUPLICATING XEROX |
| 12/17/2015 | 2.00 | NY DUPLICATING XEROX |
| 12/17/2015 | 2.00 | NY DUPLICATING XEROX |
| 12/17/2015 | 2.00 | NY DUPLICATING XEROX |
| 12/17/2015 | 2.00 | NY DUPLICATING XEROX |
| 12/17/2015 | 2.50 | NY DUPLICATING XEROX |
| 12/17/2015 | 2.50 | NY DUPLICATING XEROX |
| 12/17/2015 | 2.50 | NY DUPLICATING XEROX |
| 12/17/2015 | 3.00 | NY DUPLICATING XEROX |
| 12/17/2015 | 3.50 | NY DUPLICATING XEROX |
| 12/17/2015 | 3.50 | NY DUPLICATING XEROX |
| 12/17/2015 | 4.00 | NY DUPLICATING XEROX |
| 12/17/2015 | 4.50 | NY DUPLICATING XEROX |
| 12/17/2015 | 4.50 | NY DUPLICATING XEROX |
| 12/17/2015 | 5.00 | NY DUPLICATING XEROX |
| 12/17/2015 | 5.00 | NY DUPLICATING XEROX |
| 12/17/2015 | 5.00 | NY DUPLICATING XEROX |
| 12/17/2015 | 5.50 | NY DUPLICATING XEROX |
| 12/17/2015 | 6.00 | NY DUPLICATING XEROX |
| 12/17/2015 | 6.00 | NY DUPLICATING XEROX |
| 12/17/2015 | 6.00 | NY DUPLICATING XEROX |
| 12/17/2015 | 6.50 | NY DUPLICATING XEROX |
| 12/17/2015 | 6.50 | NY DUPLICATING XEROX |
| 12/17/2015 | 7.00 | NY DUPLICATING XEROX |
| 12/17/2015 | 7.50 | NY DUPLICATING XEROX |
| 12/17/2015 | 8.50 | NY DUPLICATING XEROX |
| 12/17/2015 | 8.50 | NY DUPLICATING XEROX |
| 12/17/2015 | 10.00 | NY DUPLICATING XEROX |
| 12/17/2015 | 10.00 | NY DUPLICATING XEROX |
| 12/17/2015 | 11.00 | NY DUPLICATING XEROX |
| 12/17/2015 | 11.00 | NY DUPLICATING XEROX |
| 12/17/2015 | 11.00 | NY DUPLICATING XEROX |
| 12/17/2015 | 11.00 | NY DUPLICATING XEROX |

**EXPENSE SUMMARY**
December 1, 2015 through December 31, 2015

*In re Nortel Networks Inc., et al.*
*(Case No. 09-10138 (KG))*

| Date | Amount | Narrative |
|------|--------|-----------|
| 12/17/2015 | 11.50 | NY DUPLICATING XEROX |
| 12/17/2015 | 14.00 | NY DUPLICATING XEROX |
| 12/17/2015 | 15.50 | NY DUPLICATING XEROX |
| 12/17/2015 | 16.50 | NY DUPLICATING XEROX |
| 12/17/2015 | 23.00 | NY DUPLICATING XEROX |
| 12/17/2015 | 23.00 | NY DUPLICATING XEROX |
| 12/17/2015 | 28.00 | NY DUPLICATING XEROX |
| 12/17/2015 | 28.50 | NY DUPLICATING XEROX |
| 12/18/2015 | 0.20 | NY DUPLICATING XEROX |
| 12/18/2015 | 0.20 | NY DUPLICATING XEROX |
| 12/18/2015 | 0.30 | NY DUPLICATING XEROX |
| 12/18/2015 | 0.30 | NY DUPLICATING XEROX |
| 12/18/2015 | 0.30 | NY DUPLICATING XEROX |
| 12/18/2015 | 0.30 | NY DUPLICATING XEROX |
| 12/18/2015 | 0.40 | NY DUPLICATING XEROX |
| 12/18/2015 | 0.40 | NY DUPLICATING XEROX |
| 12/18/2015 | 0.50 | NY DUPLICATING XEROX |
| 12/18/2015 | 0.50 | NY DUPLICATING XEROX |
| 12/18/2015 | 0.50 | NY DUPLICATING XEROX |
| 12/18/2015 | 0.50 | NY DUPLICATING XEROX |
| 12/18/2015 | 0.60 | NY DUPLICATING XEROX |
| 12/18/2015 | 0.60 | NY DUPLICATING XEROX |
| 12/18/2015 | 0.60 | NY DUPLICATING XEROX |
| 12/18/2015 | 0.60 | NY DUPLICATING XEROX |
| 12/18/2015 | 0.60 | NY DUPLICATING XEROX |
| 12/18/2015 | 0.60 | NY DUPLICATING XEROX |
| 12/18/2015 | 0.60 | NY DUPLICATING XEROX |
| 12/18/2015 | 0.60 | NY DUPLICATING XEROX |
| 12/18/2015 | 0.70 | NY DUPLICATING XEROX |
| 12/18/2015 | 0.70 | NY DUPLICATING XEROX |
| 12/18/2015 | 0.80 | NY DUPLICATING XEROX |
| 12/18/2015 | 0.80 | NY DUPLICATING XEROX |
| 12/18/2015 | 0.90 | NY DUPLICATING XEROX |
| 12/18/2015 | 0.90 | NY DUPLICATING XEROX |
| 12/18/2015 | 1.00 | NY DUPLICATING XEROX |
| 12/18/2015 | 1.00 | NY DUPLICATING XEROX |
| 12/18/2015 | 1.10 | NY DUPLICATING XEROX |
| 12/18/2015 | 1.10 | NY DUPLICATING XEROX |
| 12/18/2015 | 1.10 | NY DUPLICATING XEROX |

| Date | Amount | Narrative |
|------|--------|-----------|
| 12/18/2015 | 1.10 | NY DUPLICATING XEROX |
| 12/18/2015 | 1.20 | NY DUPLICATING XEROX |
| 12/18/2015 | 1.20 | NY DUPLICATING XEROX |
| 12/18/2015 | 1.30 | NY DUPLICATING XEROX |
| 12/18/2015 | 1.30 | NY DUPLICATING XEROX |
| 12/18/2015 | 1.40 | NY DUPLICATING XEROX |
| 12/18/2015 | 1.40 | NY DUPLICATING XEROX |
| 12/18/2015 | 1.40 | NY DUPLICATING XEROX |
| 12/18/2015 | 1.50 | NY DUPLICATING XEROX |
| 12/18/2015 | 1.50 | NY DUPLICATING XEROX |
| 12/18/2015 | 1.50 | NY DUPLICATING XEROX |
| 12/18/2015 | 1.50 | NY DUPLICATING XEROX |
| 12/18/2015 | 1.60 | NY DUPLICATING XEROX |
| 12/18/2015 | 1.60 | NY DUPLICATING XEROX |
| 12/18/2015 | 1.60 | NY DUPLICATING XEROX |
| 12/18/2015 | 1.70 | NY DUPLICATING XEROX |
| 12/18/2015 | 1.70 | NY DUPLICATING XEROX |
| 12/18/2015 | 1.70 | NY DUPLICATING XEROX |
| 12/18/2015 | 1.80 | NY DUPLICATING XEROX |
| 12/18/2015 | 2.00 | NY DUPLICATING XEROX |
| 12/18/2015 | 2.00 | NY DUPLICATING XEROX |
| 12/18/2015 | 2.00 | NY DUPLICATING XEROX |
| 12/18/2015 | 2.00 | NY DUPLICATING XEROX |
| 12/18/2015 | 2.20 | NY DUPLICATING XEROX |
| 12/18/2015 | 2.30 | NY DUPLICATING XEROX |
| 12/18/2015 | 2.40 | NY DUPLICATING XEROX |
| 12/18/2015 | 2.50 | NY DUPLICATING XEROX |
| 12/18/2015 | 2.50 | NY DUPLICATING XEROX |
| 12/18/2015 | 2.50 | NY DUPLICATING XEROX |
| 12/18/2015 | 2.60 | NY DUPLICATING XEROX |
| 12/18/2015 | 2.70 | NY DUPLICATING XEROX |
| 12/18/2015 | 2.70 | NY DUPLICATING XEROX |
| 12/18/2015 | 2.80 | NY DUPLICATING XEROX |
| 12/18/2015 | 2.80 | NY DUPLICATING XEROX |
| 12/18/2015 | 2.80 | NY DUPLICATING XEROX |
| 12/18/2015 | 2.90 | NY DUPLICATING XEROX |
| 12/18/2015 | 2.90 | NY DUPLICATING XEROX |
| 12/18/2015 | 3.00 | NY DUPLICATING XEROX |
| 12/18/2015 | 3.00 | NY DUPLICATING XEROX |
| 12/18/2015 | 3.00 | NY DUPLICATING XEROX |

**EXPENSE SUMMARY**
December 1, 2015 through December 31, 2015

*In re Nortel Networks Inc., et al.*
**(Case No. 09-10138 (KG))**

| Date | Amount | Narrative |
|------|--------|-----------|
| 12/18/2015 | 3.00 | NY DUPLICATING XEROX |
| 12/18/2015 | 3.40 | NY DUPLICATING XEROX |
| 12/18/2015 | 3.50 | NY DUPLICATING XEROX |
| 12/18/2015 | 3.50 | NY DUPLICATING XEROX |
| 12/18/2015 | 3.80 | NY DUPLICATING XEROX |
| 12/18/2015 | 4.00 | NY DUPLICATING XEROX |
| 12/18/2015 | 4.00 | NY DUPLICATING XEROX |
| 12/18/2015 | 4.00 | NY DUPLICATING XEROX |
| 12/18/2015 | 4.50 | NY DUPLICATING XEROX |
| 12/18/2015 | 4.50 | NY DUPLICATING XEROX |
| 12/18/2015 | 4.50 | NY DUPLICATING XEROX |
| 12/18/2015 | 4.90 | NY DUPLICATING XEROX |
| 12/18/2015 | 5.00 | NY DUPLICATING XEROX |
| 12/18/2015 | 5.00 | NY DUPLICATING XEROX |
| 12/18/2015 | 5.00 | NY DUPLICATING XEROX |
| 12/18/2015 | 5.00 | NY DUPLICATING XEROX |
| 12/18/2015 | 5.50 | NY DUPLICATING XEROX |
| 12/18/2015 | 5.50 | NY DUPLICATING XEROX |
| 12/18/2015 | 5.50 | NY DUPLICATING XEROX |
| 12/18/2015 | 6.00 | NY DUPLICATING XEROX |
| 12/18/2015 | 6.00 | NY DUPLICATING XEROX |
| 12/18/2015 | 6.10 | NY DUPLICATING XEROX |
| 12/18/2015 | 6.30 | NY DUPLICATING XEROX |
| 12/18/2015 | 6.40 | NY DUPLICATING XEROX |
| 12/18/2015 | 6.50 | NY DUPLICATING XEROX |
| 12/18/2015 | 7.00 | NY DUPLICATING XEROX |
| 12/18/2015 | 7.00 | NY DUPLICATING XEROX |
| 12/18/2015 | 7.00 | NY DUPLICATING XEROX |
| 12/18/2015 | 7.20 | NY DUPLICATING XEROX |
| 12/18/2015 | 7.50 | NY DUPLICATING XEROX |
| 12/18/2015 | 7.70 | NY DUPLICATING XEROX |
| 12/18/2015 | 7.90 | NY DUPLICATING XEROX |
| 12/18/2015 | 8.00 | NY DUPLICATING XEROX |
| 12/18/2015 | 8.10 | NY DUPLICATING XEROX |
| 12/18/2015 | 8.50 | NY DUPLICATING XEROX |
| 12/18/2015 | 8.50 | NY DUPLICATING XEROX |
| 12/18/2015 | 9.00 | NY DUPLICATING XEROX |
| 12/18/2015 | 9.50 | NY DUPLICATING XEROX |
| 12/18/2015 | 9.70 | NY DUPLICATING XEROX |
| 12/18/2015 | 10.00 | NY DUPLICATING XEROX |

**EXPENSE SUMMARY**
December 1, 2015 through December 31, 2015

In re Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

| Date | Amount | Narrative |
|------|--------|-----------|
| 12/18/2015 | 10.00 | NY DUPLICATING XEROX |
| 12/18/2015 | 10.70 | NY DUPLICATING XEROX |
| 12/18/2015 | 11.00 | NY DUPLICATING XEROX |
| 12/18/2015 | 12.00 | NY DUPLICATING XEROX |
| 12/18/2015 | 12.20 | NY DUPLICATING XEROX |
| 12/18/2015 | 13.70 | NY DUPLICATING XEROX |
| 12/18/2015 | 14.10 | NY DUPLICATING XEROX |
| 12/18/2015 | 14.90 | NY DUPLICATING XEROX |
| 12/18/2015 | 15.00 | NY DUPLICATING XEROX |
| 12/18/2015 | 17.10 | NY DUPLICATING XEROX |
| 12/18/2015 | 18.50 | NY DUPLICATING XEROX |
| 12/18/2015 | 21.90 | NY DUPLICATING XEROX |
| 12/18/2015 | 31.00 | NY DUPLICATING XEROX |
| 12/21/2015 | 1.70 | NY DUPLICATING XEROX |
| 12/21/2015 | 2.00 | NY DUPLICATING XEROX |
| 12/28/2015 | 0.20 | NY DUPLICATING XEROX |
| 12/28/2015 | 0.20 | NY DUPLICATING XEROX |
| 12/28/2015 | 0.40 | NY DUPLICATING XEROX |
| 12/28/2015 | 0.40 | NY DUPLICATING XEROX |
| 12/28/2015 | 0.80 | NY DUPLICATING XEROX |
| 12/28/2015 | 1.20 | NY DUPLICATING XEROX |
| 12/28/2015 | 1.20 | NY DUPLICATING XEROX |
| 12/28/2015 | 2.00 | NY DUPLICATING XEROX |
| 12/28/2015 | 2.20 | NY DUPLICATING XEROX |
| 12/28/2015 | 2.20 | NY DUPLICATING XEROX |
| 12/28/2015 | 2.80 | NY DUPLICATING XEROX |
| 12/28/2015 | 3.20 | NY DUPLICATING XEROX |
| 12/28/2015 | 3.20 | NY DUPLICATING XEROX |
| 12/28/2015 | 3.40 | NY DUPLICATING XEROX |
| 12/28/2015 | 6.60 | NY DUPLICATING XEROX |
| 12/28/2015 | 6.80 | NY DUPLICATING XEROX |
| 12/28/2015 | 6.80 | NY DUPLICATING XEROX |
| 12/28/2015 | 7.80 | NY DUPLICATING XEROX |
| 12/28/2015 | 9.40 | NY DUPLICATING XEROX |
| 12/28/2015 | 15.40 | NY DUPLICATING XEROX |
| 12/28/2015 | 24.40 | NY DUPLICATING XEROX |
| 12/29/2015 | 0.30 | NY DUPLICATING XEROX |
| **TOTAL:** | **1,901.70** | |
| | | |
| **Color Duplicating/Printing Charges (@ $0.65/page)** | | |

| Date | Amount | Narrative |
|------|--------|-----------|
| | | |
| 12/8/2015 | 6.50 | NY COLOR PRINTING |
| 12/8/2015 | 6.50 | NY COLOR PRINTING |
| 12/8/2015 | 11.70 | NY COLOR PRINTING |
| 12/8/2015 | 14.30 | NY COLOR PRINTING |
| **TOTAL:** | **39.00** | |
| | | |
| **Legal Research - Lexis** | | |
| | | |
| 11/1/2015 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 11/1/2015 | 0.78 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 11/1/2015 | 0.79 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 11/2/2015 | 100.17 | COMPUTER RESEARCH - LEXIS |
| 11/2/2015 | 0.76 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 11/2/2015 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 11/2/2015 | 0.78 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 11/3/2015 | 100.17 | COMPUTER RESEARCH - LEXIS |
| 11/3/2015 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 11/3/2015 | 0.78 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 11/3/2015 | 0.78 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 11/4/2015 | 104.52 | COMPUTER RESEARCH - LEXIS |
| 11/4/2015 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 11/4/2015 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 11/4/2015 | 0.78 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 11/5/2015 | 26.13 | COMPUTER RESEARCH - LEXIS |
| 11/5/2015 | 150.25 | COMPUTER RESEARCH - LEXIS |
| 11/5/2015 | 0.76 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 11/5/2015 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 11/5/2015 | 0.78 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 11/6/2015 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 11/6/2015 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 11/6/2015 | 0.78 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 11/7/2015 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 11/7/2015 | 0.78 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 11/7/2015 | 0.78 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 11/8/2015 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 11/8/2015 | 0.78 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 11/8/2015 | 0.78 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 11/9/2015 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 11/9/2015 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |

**EXPENSE SUMMARY**

December 1, 2015 through December 31, 2015

In re Nortel Networks Inc., et al.

(Case No. 09-10138 (KG))

| Date | Amount | Narrative |
|------|--------|-----------|
| 11/9/2015 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 11/10/2015 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 11/10/2015 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 11/10/2015 | 0.78 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 11/11/2015 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 11/11/2015 | 0.78 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 11/11/2015 | 0.78 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 11/12/2015 | 0.76 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 11/12/2015 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 11/12/2015 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 11/13/2015 | 100.17 | COMPUTER RESEARCH - LEXIS |
| 11/13/2015 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 11/13/2015 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 11/13/2015 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 11/14/2015 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 11/14/2015 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 11/14/2015 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 11/15/2015 | 175.29 | COMPUTER RESEARCH - LEXIS |
| 11/15/2015 | 0.76 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 11/15/2015 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 11/15/2015 | 0.78 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 11/16/2015 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 11/16/2015 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 11/16/2015 | 0.78 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 11/17/2015 | 114.32 | COMPUTER RESEARCH - LEXIS |
| 11/17/2015 | 329.35 | COMPUTER RESEARCH - LEXIS |
| 11/17/2015 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 11/17/2015 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 11/17/2015 | 0.78 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 11/18/2015 | 0.76 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 11/18/2015 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 11/18/2015 | 0.78 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 11/19/2015 | 100.17 | COMPUTER RESEARCH - LEXIS |
| 11/19/2015 | 0.76 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 11/19/2015 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 11/19/2015 | 0.78 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 11/20/2015 | 0.76 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 11/20/2015 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 11/20/2015 | 0.78 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 11/21/2015 | 0.76 | COMPUTER RESEARCH - LEXIS PUBLISHER |

**EXPENSE SUMMARY**
December 1, 2015 through December 31, 2015

In re Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

| Date | Amount | Narrative |
|------|--------|-----------|
| 11/21/2015 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 11/21/2015 | 0.78 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 11/22/2015 | 0.76 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 11/22/2015 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 11/22/2015 | 0.78 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 11/23/2015 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 11/23/2015 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 11/23/2015 | 0.78 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 11/24/2015 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 11/24/2015 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 11/24/2015 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 11/25/2015 | 100.17 | COMPUTER RESEARCH - LEXIS |
| 11/25/2015 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 11/25/2015 | 0.78 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 11/25/2015 | 0.78 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 11/26/2015 | 0.76 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 11/26/2015 | 0.78 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 11/26/2015 | 0.78 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 11/27/2015 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 11/27/2015 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 11/27/2015 | 0.78 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 11/28/2015 | 0.78 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 11/28/2015 | 0.78 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 11/28/2015 | 0.78 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 11/29/2015 | 50.08 | COMPUTER RESEARCH - LEXIS |
| 11/29/2015 | 0.76 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 11/29/2015 | 0.78 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 11/29/2015 | 0.78 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 11/30/2015 | 425.70 | COMPUTER RESEARCH - LEXIS |
| 11/30/2015 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 11/30/2015 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 11/30/2015 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 12/1/2015 | 25.04 | COMPUTER RESEARCH - LEXIS |
| 12/2/2015 | 25.04 | COMPUTER RESEARCH - LEXIS |
| 12/9/2015 | 25.04 | COMPUTER RESEARCH - LEXIS |
| 12/9/2015 | 418.08 | COMPUTER RESEARCH - LEXIS |
| 12/10/2015 | 50.08 | COMPUTER RESEARCH - LEXIS |
| 12/17/2015 | 125.21 | COMPUTER RESEARCH - LEXIS |
| **TOTAL:** | **2,614.52** | |

**EXPENSE SUMMARY**
December 1, 2015 through December 31, 2015

In re Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

| Date | Amount | Narrative |
|------|--------|-----------|
| **Legal Research - Westlaw** | | |
| | | |
| 11/9/2015 | 43.11 | COMPUTER RESEARCH - WESTLAW |
| 11/15/2015 | 32.12 | COMPUTER RESEARCH - WESTLAW |
| 11/16/2015 | 64.45 | COMPUTER RESEARCH - WESTLAW |
| 11/16/2015 | 86.23 | COMPUTER RESEARCH - WESTLAW |
| 11/17/2015 | 86.23 | COMPUTER RESEARCH - WESTLAW |
| 11/19/2015 | 86.23 | COMPUTER RESEARCH - WESTLAW |
| 11/20/2015 | 43.11 | COMPUTER RESEARCH - WESTLAW |
| 11/20/2015 | 85.36 | COMPUTER RESEARCH - WESTLAW |
| 11/20/2015 | 86.23 | COMPUTER RESEARCH - WESTLAW |
| 11/23/2015 | 43.11 | COMPUTER RESEARCH - WESTLAW |
| 11/25/2015 | 301.80 | COMPUTER RESEARCH - WESTLAW |
| 11/30/2015 | 43.30 | COMPUTER RESEARCH - WESTLAW |
| 12/1/2015 | 43.11 | COMPUTER RESEARCH - WESTLAW |
| 12/1/2015 | 64.45 | COMPUTER RESEARCH - WESTLAW |
| 12/2/2015 | 129.34 | COMPUTER RESEARCH - WESTLAW |
| 12/3/2015 | 20.90 | COMPUTER RESEARCH - WESTLAW |
| 12/3/2015 | 21.34 | COMPUTER RESEARCH - WESTLAW |
| 12/4/2015 | 86.23 | COMPUTER RESEARCH - WESTLAW |
| 12/5/2015 | 43.11 | COMPUTER RESEARCH - WESTLAW |
| 12/5/2015 | 215.57 | COMPUTER RESEARCH - WESTLAW |
| 12/7/2015 | 21.34 | COMPUTER RESEARCH - WESTLAW |
| 12/7/2015 | 42.68 | COMPUTER RESEARCH - WESTLAW |
| 12/7/2015 | 43.11 | COMPUTER RESEARCH - WESTLAW |
| 12/8/2015 | 172.02 | COMPUTER RESEARCH - WESTLAW |
| 12/9/2015 | 43.11 | COMPUTER RESEARCH - WESTLAW |
| 12/9/2015 | 64.45 | COMPUTER RESEARCH - WESTLAW |
| 12/9/2015 | 158.96 | COMPUTER RESEARCH - WESTLAW |
| 12/10/2015 | 43.11 | COMPUTER RESEARCH - WESTLAW |
| 12/10/2015 | 366.26 | COMPUTER RESEARCH - WESTLAW |
| 12/11/2015 | 21.34 | COMPUTER RESEARCH - WESTLAW |
| 12/11/2015 | 42.68 | COMPUTER RESEARCH - WESTLAW |
| 12/11/2015 | 43.11 | COMPUTER RESEARCH - WESTLAW |
| 12/13/2015 | 43.11 | COMPUTER RESEARCH - WESTLAW |
| 12/13/2015 | 43.11 | COMPUTER RESEARCH - WESTLAW |
| 12/13/2015 | 86.23 | COMPUTER RESEARCH - WESTLAW |
| 12/14/2015 | 21.34 | COMPUTER RESEARCH - WESTLAW |
| 12/14/2015 | 31.36 | COMPUTER RESEARCH - WESTLAW |
| 12/14/2015 | 64.45 | COMPUTER RESEARCH - WESTLAW |

| Date | Amount | Narrative |
|------|--------|-----------|
| 12/16/2015 | 107.57 | COMPUTER RESEARCH - WESTLAW |
| 12/17/2015 | 129.34 | COMPUTER RESEARCH - WESTLAW |
| 12/17/2015 | 280.03 | COMPUTER RESEARCH - WESTLAW |
| **TOTAL:** | **3,494.04** | |
| | | |
| **Legal Research - PACER** | | |
| | | |
| 12/3/2015 | 6.90 | COMPUTER RESEARCH - PACER |
| **TOTAL:** | **6.90** | |
| | | |
| **Late Work - Meals** | | |
| | | |
| 11/2/2015 | 19.22 | Late Work Meals - Cantwell |
| 11/2/2015 | 18.33 | Late Work Meals - Gallagher |
| 11/2/2015 | 9.90 | Late Work Meals - Parthum |
| 11/2/2015 | 10.21 | Late Work Meals - Stein |
| 11/3/2015 | 25.53 | Late Work Meals - Cantwell |
| 11/3/2015 | 24.01 | Late Work Meals - Gurgel |
| 11/3/2015 | 12.79 | Late Work Meals - Stein |
| 11/4/2015 | 22.02 | Late Work Meals - Gonzalez |
| 11/4/2015 | 13.56 | Late Work Meals - Lobacheva |
| 11/4/2015 | 21.34 | Late Work Meals - McKay |
| 11/4/2015 | 12.30 | Late Work Meals - Parthum |
| 11/5/2015 | 39.10 | Late Work Meals - Cantwell |
| 11/5/2015 | 22.86 | Late Work Meals - Herrington |
| 11/6/2015 | 29.33 | Late Work Meals - Gurgel |
| 11/6/2015 | 45.00 | Late Work Meals - Lobacheva |
| 11/9/2015 | 28.88 | Late Work Meals - Chang |
| 11/10/2015 | 26.29 | Late Work Meals - Chang |
| 11/10/2015 | 21.23 | Late Work Meals - Gianis |
| 11/10/2015 | 5.26 | Late Work Meals - Rosenthal |
| 11/11/2015 | 17.91 | Late Work Meals - Graham |
| 11/12/2015 | 18.97 | Late Work Meals - Hakkenberg |
| 11/16/2015 | 11.39 | Late Work Meals - Gianis |
| 11/16/2015 | 19.93 | Late Work Meals - Setren |
| 11/16/2015 | 8.92 | Late Work Meals - Stein |
| 11/17/2015 | 48.85 | Late Work Meals - Chang |
| 11/17/2015 | 21.34 | Late Work Meals - Dompierre |
| 11/17/2015 | 15.96 | Late Work Meals - Gonzalez |
| 11/17/2015 | 29.91 | Late Work Meals - Hakkenberg |

**EXPENSE SUMMARY**
December 1, 2015 through December 31, 2015

In re Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

| Date | Amount | Narrative |
|------|--------|-----------|
| 11/17/2015 | 17.01 | Late Work Meals - Lobacheva |
| 11/18/2015 | 11.04 | Late Work Meals - Bromley |
| 11/18/2015 | 12.60 | Late Work Meals - Dompierre |
| 11/18/2015 | 18.45 | Late Work Meals - Hakkenberg |
| 11/19/2015 | 26.30 | Late Work Meals - Cantwell |
| 11/19/2015 | 12.07 | Late Work Meals - Dompierre |
| 11/19/2015 | 5.87 | Late Work Meals - Hakkenberg |
| 11/19/2015 | 21.11 | Late Work Meals - Redway |
| 11/20/2015 | 15.00 | Late Work Meals - Dompierre |
| 11/20/2015 | 22.14 | Late Work Meals - Stein |
| 11/21/2015 | 28.80 | Late Work Meals - Gianis |
| 11/23/2015 | 41.58 | Late Work Meals - Chang |
| 11/26/2015 | 23.52 | Late Work Meals - Stein |
| 11/29/2015 | 22.86 | Late Work Meals - Stein |
| 12/2/2015 | 22.86 | Late Work Meals - Stein |
| 12/3/2015 | 44.92 | Late Work Meals - Chang |
| 12/3/2015 | 15.00 | Late Work Meals - Dompierre |
| 12/3/2015 | 19.09 | Late Work Meals - Gianis |
| 12/3/2015 | 22.14 | Late Work Meals - Stein |
| 12/6/2015 | 15.00 | Late Work Meals - Cantwell |
| **TOTAL:** | **1,017.70** | |
| | | |
| **Late Work - Transportation** | | |
| | | |
| 8/13/2015 | -17.50 | Late Work Transportation - Graham (credit) |
| 8/17/2015 | -3.50 | Late Work Transportation - Graham (credit) |
| 9/26/2015 | 55.93 | Late Work Transportation - Chang |
| 11/3/2015 | 27.04 | Late Work Transportation - Chang |
| 11/5/2015 | 141.05 | Late Work Transportation - Schweitzer |
| 11/6/2015 | 24.54 | Late Work Transportation - Cantwell |
| 11/9/2015 | 103.76 | Late Work Transportation - Bromley |
| 11/10/2015 | 19.56 | Late Work Transportation - Stein |
| 11/11/2015 | 43.49 | Late Work Transportation - Block |
| 11/11/2015 | 37.09 | Late Work Transportation - Rosenthal |
| 11/11/2015 | 19.56 | Late Work Transportation - Stein |
| 11/12/2015 | 41.88 | Late Work Transportation - Gianis |
| 11/13/2015 | 28.62 | Late Work Transportation - Gianis |
| 11/14/2015 | 24.36 | Late Work Transportation - Stein |
| 11/16/2015 | 33.75 | Late Work Transportation - Bromley |
| 11/16/2015 | 29.50 | Late Work Transportation - Gianis |

**EXPENSE SUMMARY**                                                    *In re Nortel Networks Inc., et al.*
**December 1, 2015 through December 31, 2015**                         **(Case No. 09-10138 (KG))**

| Date | Amount | Narrative |
|------|--------|-----------|
| 11/16/2015 | 47.48 | Late Work Transportation - Gonzalez |
| 11/16/2015 | 34.97 | Late Work Transportation - Graham |
| 11/16/2015 | 48.72 | Late Work Transportation - Lobacheva |
| 11/16/2015 | 25.45 | Late Work Transportation - Rosenthal |
| 11/16/2015 | 167.72 | Late Work Transportation - Schweitzer |
| 11/16/2015 | 21.36 | Late Work Transportation - Stein |
| 11/17/2015 | 53.73 | Late Work Transportation - Dompierre |
| 11/17/2015 | 47.48 | Late Work Transportation - Gonzalez |
| 11/17/2015 | 48.78 | Late Work Transportation - Rosenthal |
| 11/17/2015 | 34.97 | Late Work Transportation - Ruiz |
| 11/17/2015 | 89.97 | Late Work Transportation - Schweitzer |
| 11/18/2015 | 25.45 | Late Work Transportation - Bromley |
| 11/18/2015 | 38.14 | Late Work Transportation - Dompierre |
| 11/18/2015 | 32.52 | Late Work Transportation - Gianis |
| 11/18/2015 | 38.87 | Late Work Transportation - Hakkenberg |
| 11/18/2015 | 29.10 | Late Work Transportation - Hakkenberg (ride after midnight on 11/17/15) |
| 11/18/2015 | 14.26 | Late Work Transportation - Stein |
| 11/19/2015 | 25.13 | Late Work Transportation - Dompierre |
| 11/19/2015 | 28.62 | Late Work Transportation - Gianis |
| 11/19/2015 | 27.73 | Late Work Transportation - Hakkenberg |
| 11/20/2015 | 38.14 | Late Work Transportation - Dompierre |
| 11/20/2015 | 26.39 | Late Work Transportation - Gianis |
| 11/20/2015 | 42.77 | Late Work Transportation - Hakkenberg |
| 11/20/2015 | 48.78 | Late Work Transportation - Rosenthal |
| 11/20/2015 | 15.21 | Late Work Transportation - Stein (ride after midnight on 11/19/15) |
| 11/20/2015 | 26.39 | Late Work Transportation - Zelbo |
| 11/21/2015 | 17.76 | Late Work Transportation - Stein |
| 11/21/2015 | 12.17 | Late Work Transportation - Stein (ride on 11/20/15) |
| 11/24/2015 | 133.23 | Late Work Transportation - Gianis |
| 11/24/2015 | 52.96 | Late Work Transportation - Redway |
| 11/24/2015 | 52.68 | Late Work Transportation - Rosenthal |
| 11/24/2015 | 33.91 | Late Work Transportation - Zelbo |
| 11/25/2015 | 15.44 | Late Work Transportation - Stein |
| 11/26/2015 | 11.25 | Late Work Transportation - Stein |
| 11/27/2015 | 95.92 | Late Work Transportation - Bromley |
| 11/28/2015 | 126.67 | Late Work Transportation - Hakkenberg |
| 11/30/2015 | 36.75 | Late Work Transportation - Cantwell |
| 11/30/2015 | 41.32 | Late Work Transportation - Gallagher |
| 11/30/2015 | 32.52 | Late Work Transportation - Gianis |
| 11/30/2015 | 41.32 | Late Work Transportation - Gonzalez |

**EXPENSE SUMMARY**
December 1, 2015 through December 31, 2015

In re Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

| Date | Amount | Narrative |
|------|--------|-----------|
| 11/30/2015 | 39.60 | Late Work Transportation - Gurgel |
| 11/30/2015 | 14.45 | Late Work Transportation - Stein |
| 12/1/2015 | 52.34 | Late Work Transportation - Cantwell |
| 12/1/2015 | 45.94 | Late Work Transportation - Dompierre |
| 12/1/2015 | 30.92 | Late Work Transportation - Gallagher |
| 12/1/2015 | 28.62 | Late Work Transportation - Gianis |
| 12/1/2015 | 25.13 | Late Work Transportation - Graham |
| 12/1/2015 | 20.11 | Late Work Transportation - Hakkenberg |
| 12/1/2015 | 52.96 | Late Work Transportation - Redway |
| 12/1/2015 | 35.69 | Late Work Transportation - Stein |
| 12/2/2015 | 20.83 | Late Work Transportation - Cantwell |
| 12/2/2015 | 67.61 | Late Work Transportation - Gianis |
| 12/2/2015 | 42.43 | Late Work Transportation - Lobacheva |
| 12/2/2015 | 110.52 | Late Work Transportation - Murtagh |
| 12/2/2015 | 15.96 | Late Work Transportation - Sheridan |
| 12/3/2015 | 38.14 | Late Work Transportation - Dompierre |
| 12/3/2015 | 14.55 | Late Work Transportation - Stein |
| 12/4/2015 | 31.79 | Late Work Transportation - Gurgel |
| 12/4/2015 | 31.79 | Late Work Transportation - Gurgel (ride after midnight on 12/3/15) |
| 12/4/2015 | 22.35 | Late Work Transportation - Stein |
| 12/8/2015 | 28.62 | Late Work Transportation - Cantwell |
| 12/8/2015 | 36.42 | Late Work Transportation - Gianis |
| 12/8/2015 | 92.69 | Late Work Transportation - Murtagh |
| 12/8/2015 | 60.75 | Late Work Transportation - Redway |
| 12/9/2015 | 96.27 | Late Work Transportation - Murtagh |
| 12/9/2015 | 8.00 | Late Work Transportation - Sheridan |
| 12/10/2015 | 98.99 | Late Work Transportation - Murtagh |
| 12/11/2015 | 8.93 | Late Work Transportation - Sheridan |
| 12/14/2015 | 37.81 | Late Work Transportation - Herrington |
| 12/15/2015 | 30.74 | Late Work Transportation - Gianis |
| 12/15/2015 | 31.79 | Late Work Transportation - Gurgel |
| **TOTAL:** | **3,663.90** | |
| | | |
| **Conference Meals** | | |
| | | |
| 11/11/2015 | 97.66 | Conference Meals (3 attendees) |
| 11/16/2015 | 350.00 | Conference Meals (7 attendees) |
| 12/7/2015 | 195.70 | Conference Meals (6 attendees) |
| **TOTAL:** | **643.36** | |
| | | |

**EXPENSE SUMMARY**
December 1, 2015 through December 31, 2015

**In re Nortel Networks Inc., et al.**
(Case No. 09-10138 (KG))

| Date | Amount | Narrative |
|---|---|---|
| **Other** | | |
| | | |
| 12/17/2015 | 11.98 | Computer Research - Vendor: CourtAlert.Com, Inc. |
| 12/23/2015 | 12,869.43 | Electronic Database Services |
| **TOTAL:** | **12,881.41** | |
| | | |
| | | |
| **GRAND TOTAL:** | **29,971.57** | |
| | | |
| [1] Consistent with Cleary Gottlieb's normal procedure in the present case, Cleary Gottlieb is seeking reimbursement for only the value of standard class train and airplane fares. | | |