# **<u>EXHIBIT A</u>**

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Gray | William | 01/12/2015 | Work on fee application quarterly filing | 0.7 | 661.50 | 13399521 |
| Gray | William | 02/12/2015 | Work on appeal issues | 0.7 | 661.50 | 13399526 |
| Gray | William | 03/12/2015 | Review decision; revise appeal documents; review US Appeal issue | 1.6 | 1,512.00 | 13399530 |
| Collins | Allan | 08/12/2015 | attention to fee application; | 3.2 | 944.00 | 13398522 |
| Collins | Allan | 09/12/2015 | attention to fee application; | 1.6 | 472.00 | 13404411 |
| Collins | Allan | 10/12/2015 | attention to fee application; | 2.6 | 767.00 | 13404409 |
| Collins | Allan | 11/12/2015 | attention to fee application; | 3.2 | 944.00 | 13409400 |
| Collins | Allan | 15/12/2015 | attention to fee application; | 1.3 | 383.50 | 13412956 |
| Collins | Allan | 16/12/2015 | attention to fee application; | 2.4 | 708.00 | 13414709 |
| Bauer | Alison D. | 18/12/2015 | Confirm no informal objections and e-mails to and from M. Maddox | 0.1 | 84.00 | 13417519 |
| Collins | Allan | 22/12/2015 | attention to fee application; | 2.3 | 678.50 | 13425523 |
| Gray | William | 22/12/2015 | Review year-end fee applications | 0.6 | 567.00 | 13429824 |
| Gray | William | 22/12/2015 | Work on appeal issues | 1.2 | 1,134.00 | 13429826 |
| Collins | Allan | 23/12/2015 | attention to fee application; | 2.4 | 708.00 | 13425566 |
| Collins | Allan | 24/12/2015 | attention to fee application; | 1.1 | 324.50 | 13425858 |
| Gray | William | 28/12/2015 | Review final fee application | 0.4 | 378.00 | 13429836 |
| Bauer | Alison D. | 29/12/2015 | Review preliminary report | 0.1 | 84.00 | 13432411 |

Litigation

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Slavens | Adam | 01/12/2015 | email correspondence with C. Armstrong, P. Cantwell and K. Schultea re document disposal motion and related matters (0.3); reviewing filed objections (0.1); | 0.4 | 310.00 | 13388446 |
| Slavens | Adam | 01/12/2015 | preparing notice of appeal; | 2.0 | 1,550.00 | 13388449 |
| Gray | William | 01/12/2015 | Work on appeal issues | 1.3 | 1,228.50 | 13399520 |
| Slavens | Adam | 02/12/2015 | email correspondence with R. Baulke re Morneau access agreement; | 0.2 | 155.00 | 13388535 |
| Slavens | Adam | 02/12/2015 | reviewing draft order re post-petition interest appeal and email correspondence re same; | 0.3 | 232.50 | 13388539 |
| Slavens | Adam | 03/12/2015 | preparing notice of appeal; | 2.3 | 1,782.50 | 13391104 |
| Gray | Andrew | 03/12/2015 | reviewing US appeal briefs; | 2.3 | 1,897.50 | 13395903 |
| Gray | Andrew | 04/12/2015 | reviewing US appeal briefs and considering arguments for appeal in the CCAA proceedings; | 1.8 | 1,485.00 | 13395906 |
| Gray | Andrew | 07/12/2015 | working to advance inter-company claims process and analysis (0.7); email regarding same (0.1); | 0.8 | 660.00 | 13395996 |
| Slavens | Adam | 07/12/2015 | email correspondence with A. Gray and J. Opolsky re intercompany claims matters; | 0.1 | 77.50 | 13396319 |
| Laskin | Aria | 08/12/2015 | reviewing claims document; | 0.2 | 63.00 | 13397643 |
| Gray | Andrew | 08/12/2015 | reviewing and revising outline of evidence for claims (1.1); email regarding expert evidence for claims (0.3); conducting legal research (0.4); | 1.8 | 1,485.00 | 13397788 |
| Slavens | Adam | 08/12/2015 | conference call with M. Gianis and J. Opolsky re appeal matters (0.3); preparing for same (0.4); | 0.7 | 542.50 | 13398190 |
| Silver | Jon | 08/12/2015 | editing claims document; | 0.2 | 51.00 | 13399004 |
| Gray | William | 08/12/2015 | Review US appeal documents | 1.2 | 1,134.00 | 13399540 |
| Opolsky | Jeremy | 08/12/2015 | preparation for and call with A. Slavens and Cleary Gottlieb re: appeal issues and follow-up (.7); correspondence re: CCAA proceedings with Cleary Gottlieb (.4); | 1.1 | 621.50 | 13399772 |
| Gray | William | 09/12/2015 | Review appeal and other filings on US appeal | 2.2 | 2,079.00 | 13399549 |
| Gray | Andrew | 10/12/2015 | reviewing US appeal briefs (0.8); preparing for calls on claims issues (0.4); | 1.2 | 990.00 | 13402375 |
| Slavens | Adam | 10/12/2015 | preparing for conference call procedural matters re intercompany claims; | 2.4 | 1,860.00 | 13403904 |
| Laskin | Aria | 10/12/2015 | conducting research re: claims and appeal processes (0.6); | 0.6 | 189.00 | 13413402 |
| Gray | William | 10/12/2015 | Work on appeal issues; review US appeal filings and related issues | 1.8 | 1,701.00 | 13421892 |
| Silver | Jon | 11/12/2015 | phone call with U.S. Counsel to discuss claims procedure - with A. Slavens, A. Laskin, S. Bomhof, J. Opolsky, and A. Gray; | 1.1 | 280.50 | 13403608 |
| Opolsky | Jeremy | 11/12/2015 | office meeting (in part) with Torys team re: claims issues (.4); call with Cleary Gottlieb and A. Slavens re: CCAA proceedings and follow-up (.4); legal research re: same (1.3); | 2.1 | 1,186.50 | 13403788 |
| Gray | Andrew | 11/12/2015 | conference calls regarding intercompany claims (1.6); reviewing claims and related evidence (1.0); reviewing bondholder appeal materials (0.8); | 3.4 | 2,805.00 | 13404586 |
| Bomhof | Scott A. | 11/12/2015 | reviewing intercompany claims document (.6); telephone call with A. Gray, A. Slavens, J. Opolsky, J. Silver, A. Laskin and Cleary to discuss intercompany claims against Canadian | 1.6 | 1,400.00 | 13405733 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Laskin | Aria | 11/12/2015 | debtors (1.0); attending team meeting and reviewing claims document (0.8); | 0.8 | 252.00 | 13413412 |
| Slavens | Adam | 11/12/2015 | conference call with Cleary team and Torys team re intercompany claims (0.5); preparing for same (1.0); | 1.5 | 1,162.50 | 13415048 |
| Slavens | Adam | 11/12/2015 | reviewing chapter 11 case court documents; | 1.0 | 775.00 | 13415053 |
| Gray | William | 11/12/2015 | Work on appeal issues; review US Appellate briefs | 2.7 | 2,551.50 | 13421903 |
| Gray | Andrew | 13/12/2015 | working on strategy and analysis regarding the prosecution of intercompany claims; | 1.3 | 1,072.50 | 13405377 |
| Silver | Jon | 14/12/2015 | preparing for and meeting to discuss research for intercompany claims - with A. Slavens, J. Opolsky, A. Gray and S. Bomhof; | 0.8 | 204.00 | 13407266 |
| Gray | Andrew | 14/12/2015 | preparing for and attending meeting regarding intercompany claims and related legal issues; | 0.6 | 495.00 | 13407305 |
| Bomhof | Scott A. | 14/12/2015 | preparing for and meeting with A. Gray, J. Opolsky, A. Slavens and J. Silver to prepare intercompany claims documents; | 1.0 | 875.00 | 13407715 |
| Opolsky | Jeremy | 14/12/2015 | office meeting re: appeal issues and follow-up (.8); correspondence with Cleary Gottlieb re: Canadian law on claims (.3); | 1.1 | 621.50 | 13408268 |
| Slavens | Adam | 14/12/2015 | meeting with Torys team re intercompany claims (0.5); conducting analysis re intercompany contribution and related claims (4.0); | 4.5 | 3,487.50 | 13415079 |
| Gray | William | 14/12/2015 | Review US filing briefs; work on appeal issues | 3.2 | 3,024.00 | 13421912 |
| Silver | Jon | 15/12/2015 | meeting with J. Opolsky to discuss conflicts of law research; | 0.3 | 76.50 | 13410700 |
| Slavens | Adam | 16/12/2015 | reviewing email correspondence from bondholders re allocation appeal (0.1); reviewing appellate briefs re same (1.6); | 1.7 | 1,317.50 | 13415163 |
| Gray | William | 16/12/2015 | Work on appeal issues; | 1.2 | 1,134.00 | 13421929 |
| Gray | William | 17/12/2015 | Work on appeal issues; | 1.6 | 1,512.00 | 13421933 |
| Gray | Andrew | 18/12/2015 | conference call regarding expert evidence and intercompany claims; | 0.9 | 742.50 | 13418142 |
| Gray | William | 18/12/2015 | Review US filings | 0.8 | 756.00 | 13421943 |
| Gray | Andrew | 21/12/2015 | preparing for, participating in and follow-up from a telephone conference with a potential expert witness; | 1.2 | 990.00 | 13421786 |
| Gray | William | 21/12/2015 | Work on appeal issues | 0.7 | 661.50 | 13429348 |
| Gray | Andrew | 22/12/2015 | reviewing trial evidence in connection with upcoming proceedings (1.5); reviewing CCAA motion materials (0.2); | 1.7 | 1,402.50 | 13424194 |
| Gray | William | 23/12/2015 | Work on appeal issues | 0.6 | 567.00 | 13429830 |
| Gray | William | 28/12/2015 | Work on appeal issues | 0.8 | 756.00 | 13429835 |
| Gray | William | 30/12/2015 | Work on appeal issues; | 1.0 | 945.00 | 13429844 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Slavens | Adam | 01/12/2015 | conducting Canadian legal research re examinations for discovery in Ontario and related matters (2.0); preparing reporting email to M. Gurgel re same (0.5); | 2.5 | 1,937.50 | 13388439 |
| Bomhof | Scott A. | 01/12/2015 | research regarding Canadian legal issues related to appeal of Ontario allocation order; | 2.1 | 1,837.50 | 13389641 |
| DeMarinis | Tony | 02/12/2015 | reviewing law in relation to allocation and appeals (0.8); reviewing materials in re NNI appeal (0.6); | 1.4 | 1,526.00 | 13407699 |
| Bomhof | Scott A. | 03/12/2015 | research regarding Canadian legal issues for appeal factum; | 1.7 | 1,487.50 | 13392039 |
| Slavens | Adam | 07/12/2015 | conducting Canadian legal research re examinations for discovery in Ontario and related matters; | 2.1 | 1,627.50 | 13396318 |
| Slavens | Adam | 07/12/2015 | conducting Canadian legal research re valuation matters re appeal; | 3.5 | 2,712.50 | 13396320 |
| Slavens | Adam | 08/12/2015 | conducting Canadian legal research re contractual interpretation issues; | 3.5 | 2,712.50 | 13398224 |
| Bomhof | Scott A. | 08/12/2015 | research regarding Canadian legal issues for appeal of Ontario allocation decision; | 2.0 | 1,750.00 | 13399315 |
| DeMarinis | Tony | 08/12/2015 | analysis relating to appeal filings (1.2); reading materials (1.0); | 2.2 | 2,398.00 | 13417913 |
| Slavens | Adam | 09/12/2015 | conducting Canadian legal research re contractual interpretation issues; | 2.7 | 2,092.50 | 13403875 |
| Slavens | Adam | 09/12/2015 | conducting Canadian legal research re valuation matters re appeal; | 2.5 | 1,937.50 | 13403891 |
| Bomhof | Scott A. | 10/12/2015 | research regarding intercompany claims issues; | 2.1 | 1,837.50 | 13402462 |
| Slavens | Adam | 10/12/2015 | conducting Canadian legal research re contractual interpretation issues; | 4.8 | 3,720.00 | 13403906 |
| Cameron | John | 11/12/2015 | at request of Scott Bomhof, researching guarantee issues; | 0.5 | 545.00 | 13404013 |
| Bomhof | Scott A. | 11/12/2015 | research regarding legal issues related to NNI intercompany claims; | 1.8 | 1,575.00 | 13405735 |
| Slavens | Adam | 11/12/2015 | conducting Canadian legal research re examinations for discovery in Ontario and related matters (0.4); email correspondence with M. Gurgel and J. Opolsky re same (0.3); | 0.7 | 542.50 | 13415052 |
| Bomhof | Scott A. | 14/12/2015 | research regarding Canadian legal issues related to intercompany claims; | 2.1 | 1,837.50 | 13407716 |
| Slavens | Adam | 14/12/2015 | reviewing chapter 11 court re examinations for discovery in Ontario and related matters (0.4); email correspondence with M. Gurgel and J. Opolsky re same (0.3); | 0.7 | 542.50 | 13415129 |
| Slavens | Adam | 14/12/2015 | email correspondence with M. Gianis and J. Opolsky re Canadian legal research matters; | 0.2 | 155.00 | 13415137 |
| DeMarinis | Tony | 14/12/2015 | consideration of appellate briefs; | 1.4 | 1,526.00 | 13418060 |
| Bomhof | Scott A. | 15/12/2015 | research regarding intercompany claims; | 3.6 | 3,150.00 | 13413572 |
| Slavens | Adam | 15/12/2015 | conducting Canadian legal research re contractual interpretation issues; | 3.0 | 2,325.00 | 13415147 |
| Slavens | Adam | 16/12/2015 | conducting Canadian legal research re valuation matters re appeal; | 1.8 | 1,395.00 | 13415173 |
| Bomhof | Scott A. | 17/12/2015 | research regarding issues related to Canadian and commonwealth law on substantive consolidation for Ontario appeal; | 5.2 | 4,550.00 | 13416372 |
| Laskin | Aria | 17/12/2015 | confer with A. Slavens regarding research (0.2); | 0.2 | 63.00 | 13417094 |
| Slavens | Adam | 17/12/2015 | email correspondence with M. Gianis and J. Opolsky re Canadian legal research for appeal | 3.6 | 2,790.00 | 13419969 |

Analysis of Canadian Law

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Bomhof | Scott A. | 18/12/2015 | (0.2); conferring with A. Laskin regarding research (0.2); preparing for conference call re same with Cleary team (3.2); Research re: issues related to intercompany claims against Canadian Debtor; | 2.3 | 2,012.50 | 13419344 |
| Slavens | Adam | 18/12/2015 | conference call with Cleary team re legal research for appeal; | 0.8 | 620.00 | 13419977 |
| DeMarinis | Tony | 18/12/2015 | review and analysis of appeal filings (2.0); consideration of legal arguments (0.6); | 2.6 | 2,834.00 | 13443866 |
| Bomhof | Scott A. | 21/12/2015 | research regarding Canadian legal issues related to intercompany claims; | 2.1 | 1,837.50 | 13431526 |
| DeMarinis | Tony | 21/12/2015 | consideration of legal arguments and submissions by opposing parties on appeal; | 1.3 | 1,417.00 | 13443884 |
| Slavens | Adam | 23/12/2015 | conducting Canadian legal research re contractual interpretation issues for appeal; | 2.3 | 1,782.50 | 13425572 |
| Slavens | Adam | 29/12/2015 | conducting Canadian legal research re valuation matters re appeal; | 1.8 | 1,395.00 | 13429120 |
| Slavens | Adam | 30/12/2015 | conducting Canadian legal research re valuation matters re appeal; | 1.3 | 1,007.50 | 13429999 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| DeMarinis | Tony | 01/12/2015 | reading materials on inter-company allocation proceedings and appeals, and related law; | 1.7 | 1,853.00 | 13407695 |
| Slavens | Adam | 03/12/2015 | reviewing CCAA case court orders and procedural matters re intercompany claims; | 4.3 | 3,332.50 | 13391106 |
| Slavens | Adam | 08/12/2015 | reviewing and commenting on intercompany claims procedure summary; | 2.0 | 1,550.00 | 13398225 |
| Slavens | Adam | 11/12/2015 | conducting analysis of intercompany claims; | 2.5 | 1,937.50 | 13415058 |
| Slavens | Adam | 15/12/2015 | conducting analysis re intercompany contribution and related claims; | 3.0 | 2,325.00 | 13415145 |
| Slavens | Adam | 16/12/2015 | conducting analysis re intercompany contribution and related claims; | 3.4 | 2,635.00 | 13415169 |
| Slavens | Adam | 18/12/2015 | conducting analysis re intercompany contribution and related claims; | 3.2 | 2,480.00 | 13419979 |
| Slavens | Adam | 21/12/2015 | conducting analysis re intercompany contribution and related claims; | 2.9 | 2,247.50 | 13422494 |
| Slavens | Adam | 22/12/2015 | conducting analysis re intercompany contribution and related claims; | 1.6 | 1,240.00 | 13425557 |
| Slavens | Adam | 24/12/2015 | conducting analysis re intercompany contribution and related claims; | 1.0 | 775.00 | 13427111 |
| Slavens | Adam | 25/12/2015 | conducting analysis re intercompany contribution and related claims; | 1.7 | 1,317.50 | 13427113 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Opolsky | Jeremy | 01/12/2015 | correspondence with Cleary Gottlieb re: appeal issues; | 0.9 | 508.50 | 13385170 |
| Bomhof | Scott A. | 01/12/2015 | reviewing final form of order regarding Court of appeal ruling on post-petition interest; | 0.2 | 175.00 | 13389643 |
| Opolsky | Jeremy | 02/12/2015 | corresponding with Cleary Gottlieb (Margot Gianis and Darryl Stein) re: appeal issues; | 1.1 | 621.50 | 13387878 |
| Opolsky | Jeremy | 03/12/2015 | corresponding with Cleary Gottlieb re: appeal issues; | 0.4 | 226.00 | 13390287 |
| Slavens | Adam | 03/12/2015 | email correspondence with M. Livingston re D&O matters (0.1); reviewing CCAA case court documents re same (1.6) | 1.7 | 1,317.50 | 13391109 |
| Slavens | Adam | 03/12/2015 | email correspondence with J. Ray and R. Baulke re Morneau records access agreement (0.2); reviewing amendments to, and execution version of, same (0.4); | 0.6 | 465.00 | 13391116 |
| DeMarinis | Tony | 03/12/2015 | counsel correspondence regarding Nortel record (0.1); reviewing and considering UCC's opening brief on appeal (0.8); reviewing PBGC's opening brief and related prior filings (1.2); | 2.1 | 2,289.00 | 13407704 |
| Bomhof | Scott A. | 04/12/2015 | reviewing opening briefs for US appeal filed by US debtors and UCC; | 2.1 | 1,837.50 | 13392050 |
| Slavens | Adam | 04/12/2015 | conducting Canadian legal research on procedural matters re appeals; | 1.8 | 1,395.00 | 13393306 |
| DeMarinis | Tony | 04/12/2015 | review of analysis of bondholders' opening brief on appeal (1.0); reading trade claims consortium brief on appeal (0.6); review BNYM joinder (0.1); review of conflict administrator's brief and associated matters (0.9); | 2.6 | 2,834.00 | 13407707 |
| Bomhof | Scott A. | 07/12/2015 | reviewing US appeal opening briefs of bondholders and US trade creditors consortium; | 2.0 | 1,750.00 | 13394751 |
| Opolsky | Jeremy | 07/12/2015 | calls with Cleary re: appeal issues(0.2); correspondence with Cleary re: CCAA proceedings issues (0.3); | 0.5 | 282.50 | 13395651 |
| DeMarinis | Tony | 07/12/2015 | consideration of conflict administrator's brief on appeal (0.7); review and analysis of final U.S. debtors' brief on appeal (1.0); | 1.7 | 1,853.00 | 13407711 |
| Slavens | Adam | 08/12/2015 | reviewing CCAA case purchase and sale agreement and related correspondence; | 1.0 | 775.00 | 13398223 |
| Bomhof | Scott A. | 08/12/2015 | reviewing U.S. initial appeal briefs filed by Conflicts Administrator of NNSA and Unsecured Trade Creditors Consortium; | 1.2 | 1,050.00 | 13399316 |
| Slavens | Adam | 09/12/2015 | reviewing CCAA case purchase and sale agreement and related correspondence (0.3); email correspondence with S. Bomhof re same (0.1); | 0.4 | 310.00 | 13403910 |
| Opolsky | Jeremy | 10/12/2015 | correspondence re: research on appeal issues; | 0.2 | 113.00 | 13403075 |
| DeMarinis | Tony | 11/12/2015 | reviewing bondholders' application record for leave to appeal PPI ruling (1.0); considering law in relation to same (0.7); | 1.7 | 1,853.00 | 13417960 |
| Opolsky | Jeremy | 15/12/2015 | reviewing US court proceeds documents for the purposes of Canadian appeal proceedings; | 1.1 | 621.50 | 13411820 |
| DeMarinis | Tony | 15/12/2015 | bondholder counsel correspondence on trade claims consortium brief (0.2); reviewing various appellate briefs as filed (1.0); | 1.2 | 1,308.00 | 13418084 |
| DeMarinis | Tony | 16/12/2015 | reading appellate materials; | 0.9 | 981.00 | 13418117 |
| Opolsky | Jeremy | 18/12/2015 | reviewing submissions re: appeal issues; | 1.2 | 678.00 | 13417483 |
| DeMarinis | Tony | 18/12/2015 | reading accumulated appeal filings; | 0.9 | 981.00 | 13443864 |
| Slavens | Adam | 21/12/2015 | reviewing motion record of monitor re motion | 1.0 | 775.00 | 13422489 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Bomhof | Scott A. | 21/12/2015 | returnable January 6, 2015; reviewing motion record for approval of sale of IP addresses to Jio InfoComm; | 0.5 | 437.50 | 13431527 |
| DeMarinis | Tony | 21/12/2015 | counsel communications on appellate matters (0.3); reviewing timetable (0.4); | 0.7 | 763.00 | 13443882 |
| DeMarinis | Tony | 22/12/2015 | review and consideration of appellate materials, and substantive and procedural matters; | 1.8 | 1,962.00 | 13443891 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Slavens | Adam | 02/12/2015 | conference call with E&Y, C. Armstrong, P. Cantwell and I. Rozenberg re document disposal motion and related matters (0.2);preparing for same (0.3); | 0.5 | 387.50 | 13388526 |
| Slavens | Adam | 02/12/2015 | reviewing draft US appeal brief; | 3.5 | 2,712.50 | 13388531 |
| Slavens | Adam | 04/12/2015 | reviewing US appeal briefs; | 4.6 | 3,565.00 | 13393283 |
| Slavens | Adam | 05/12/2015 | reviewing US appeal briefs; | 3.9 | 3,022.50 | 13393308 |
| Slavens | Adam | 10/12/2015 | email correspondence with P. Cantwell and C. Armstrong re document disposal motion; | 0.1 | 77.50 | 13403900 |
| Slavens | Adam | 29/12/2015 | reviewing chapter 11 case court documents; | 0.7 | 542.50 | 13429119 |