# **<u>EXHIBIT B</u>**

**Nortel**
**December 2015 Disbursements**

| | | | |
|---|---|---:|---|
| 801 | Copies | 15/12/2015 | 72.20 Copies |
| 801 | Copies | 16/12/2015 | 27.60 Copies |
| 808 | Laser Printing | 02/12/2015 | 0.30 Laser Printing |
| 808 | Laser Printing | 04/12/2015 | 21.80 Laser Printing |
| 808 | Laser Printing | 04/12/2015 | 25.00 Laser Printing |
| 808 | Laser Printing | 08/12/2015 | 0.80 Laser Printing |
| 808 | Laser Printing | 10/12/2015 | 1.60 Laser Printing |
| 808 | Laser Printing | 11/12/2015 | 3.80 Laser Printing |
| 808 | Laser Printing | 11/12/2015 | 4.30 Laser Printing |
| 808 | Laser Printing | 14/12/2015 | 0.40 Laser Printing |
| 808 | Laser Printing | 14/12/2015 | 54.70 Laser Printing |
| 808 | Laser Printing | 15/12/2015 | 18.30 Laser Printing |
| 808 | Laser Printing | 15/12/2015 | 25.00 Laser Printing |
| 808 | Laser Printing | 16/12/2015 | 6.50 Laser Printing |
| 808 | Laser Printing | 16/12/2015 | 14.30 Laser Printing |
| 808 | Laser Printing | 17/12/2015 | 70.10 Laser Printing |
| 808 | Laser Printing | 18/12/2015 | 0.60 Laser Printing |
| 808 | Laser Printing | 18/12/2015 | 12.70 Laser Printing |
| 808 | Laser Printing | 22/12/2015 | 216.70 Laser Printing |
| 4808 | Laser Printing | 16/12/2015 | 0.90 Laser Printing |
| 4808 | Laser Printing | 16/12/2015 | 0.90 Laser Printing |
| 4808 | Laser Printing | 16/12/2015 | 0.90 Laser Printing |
| 4808 | Laser Printing | 23/12/2015 | 1.00 Laser Printing |
| | | **$ 580.40** | |
| 885 | On Line Research Charges - Quicklaw | 17/12/2015 | 74.89 On Line Research Charges - Quicklaw |
| 885 | On Line Research Charges - Quicklaw | 17/12/2015 | 224.67 On Line Research Charges - Quicklaw |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 11/12/2015 | 10.39 On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 17/12/2015 | 10.39 On Line Research Charges -WestlaweCarswell Incl. |
| | | **$ 320.34** | |
| | | **$ 900.74** | |