**Exhibit B**

Exhibit B

# Invoice

Ashurst LLP
Broadwalk House
5 Appold Street
London
EC2A 2HA

Tel +44 (0)20 7638 1111
Fax +44 (0)20 7638 1112
www.ashurst.com

The Official Unsecured Creditors Committee for Nortel Networks Inc
c/o Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, New York  10036
United States of America

Our VAT No.: GB 108 2136 48



**Interim** (S)

VAT Invoice Date: **28 January 2016**   Our Ref: **GDB/CCN01.00001**   Invoice No.: **402951**

|  | VAT GBP | VAT Rate (%) | Fees and Disbursements GBP |
|---|---:|---:|---:|
| **Re: BANKRUPTCY** | | | |
| **To our professional fees** (NT) | 0.00 | 0.00 | 12,248.50 |
| For the period to 31 December 2015, in connection with the above matter. | | | |
| (Please see attached) | | | |
| Document Production (NT) | 0.00 | 0.00 | 21.36 |
| **Disbursements:** (NT) | | | |
| Incidental Expenses | 0.00 | 0.00 | 17.20 |
| | 0.00 | | 12,287.06 |
| | VAT | | 0.00 |
| | Total | | 12,287.06 |
| | **Balance Due** | | **12,287.06** |

The fees and disbursements the subject of this invoice may include fees and disbursements due to another member of the Ashurst Group.

**Payment Details**
NatWest - 15 Bishopsgate, London, EC2P 2AP - **Account No.:** 00404268
**Sort Code:** 50-00-00 - **Swift Code:** NWBKGB2L - **IBAN Code:** GB12NWBK50000000404268

**Please note: Remittance advices should be sent electronically to remittances@ashurst.com**

Please quote reference 402951 when settling this invoice
**Payment Terms: 21 days**

**Legal services are 100% foreign source**

AUSTRALIA  BELGIUM  CHINA  FRANCE  GERMANY  HONG KONG SAR  INDONESIA (ASSOCIATED OFFICE)  ITALY  JAPAN  PAPUA NEW GUINEA
SAUDI ARABIA  SINGAPORE  SPAIN  SWEDEN  UNITED ARAB EMIRATES  UNITED KINGDOM  UNITED STATES OF AMERICA

Ashurst LLP

Ashurst LLP is a limited liability partnership registered in England and Wales under number OC330252 and is part of the Ashurst Group. It is a law firm authorised and regulated by the Solicitors Regulation Authority of England and Wales under number 468653. A list of members of Ashurst LLP and their professional qualifications is open to inspection at its registered office Broadwalk House, 5 Appold Street, London EC2A 2HA or at the address above. The term 'partner' in relation to Ashurst LLP is used to refer to a member of Ashurst LLP or to an employee or consultant with equivalent standing and qualifications. The Ashurst Group has an office in each of the places listed above.



The Official Unsecured Creditors Committ
Re: BANKRUPTCY
GDB/GDB/CCN01.00001
For the period: to 31/10/2015

| Role | Name | Hours | Amount | Code |
|---|---|---:|---:|---|
| Partner | Giles Boothman | 0.30 | 253.50 | (C0031) |
| | | **0.30** | **253.50** | |
| Senior Associate | Antonia Croke | 2.60 | 1,547.00 | (C0007) |
| | | 1.50 | 892.50 | (C0012) |
| | | 1.20 | 714.00 | (C0031) |
| | | **5.30** | **3,153.50** | |
| Senior Associate | Drew Sainsbury | 1.00 | 595.00 | (C0007) |
| | | 1.50 | 892.50 | (C0012) |
| | | 3.50 | 2,082.50 | (C0031) |
| | | **6.00** | **3,570.00** | |
| Senior Associate | Lindsey Roberts | 2.00 | 1,090.00 | (C0003) |
| | | 2.20 | 1,199.00 | (C0007) |
| | | 1.20 | 654.00 | (C0012) |
| | | 1.00 | 545.00 | (C0031) |
| | | **6.40** | **3,488.00** | |
| Trainee | Tom Durkin | 6.50 | 1,332.50 | (C0031) |
| | | **6.50** | **1,332.50** | |
| Trainee | Kelly Trueman | 1.80 | 369.00 | (C0003) |
| | | 0.40 | 82.00 | (C0031) |
| | | **2.20** | **451.00** | |
| | **Total** | **26.70** | **12,248.50** | |

The Official Unsecured Creditors Committee
Re: BANKRUPTCY
GDB/GDB/CCN01.00001
For the period: to 31/12/2015
Prebill Number:1021540

## Matter: CCN01.00001 - BANKRUPTCY

**C0003**    **Ashurst Fee Application/Monthly Billing Reports**

| | | Time (Decimal) | Agreed Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Senior Associate** | | | | |
| LROBER | Lindsey Roberts | 2.00 | 545.00 | 1,090.00 |
| **Trainee** | | | | |
| KTRUEM | Kelly Trueman | 1.80 | 205.00 | 369.00 |
| | | | Total | 1,459.00 |

### Detailed Time Breakdown

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/12/2015 | Lindsey Roberts | LETT | Emails re excel billing spread sheet | 0.30 | 545.00 | 163.50 |
| 14/12/2015 | Kelly Trueman | LETT | Reviewing prebill in respect of monthly fee application (November) and arranging updates via costs-billings | 0.50 | 205.00 | 102.50 |
| 16/12/2015 | Lindsey Roberts | LETT | Email to Lester and B Kahn re November fee and expenses estimate | 0.20 | 545.00 | 109.00 |
| 16/12/2015 | Lindsey Roberts | INTD | Discuss with KTRUE re monthly fee application | 0.20 | 545.00 | 109.00 |
| 18/12/2015 | Kelly Trueman | LETT | Updating the Monthly Fee Application (November) and emails to Credit Control re: the same | 0.80 | 205.00 | 164.00 |
| 18/12/2015 | Lindsey Roberts | REVI | Review and mark up fee application; draft email to MFAGAN re the same | 0.60 | 545.00 | 327.00 |
| 18/12/2015 | Lindsey Roberts | REVI | Reviewing fee examiners query and drafting response email | 0.70 | 545.00 | 381.50 |
| 21/12/2015 | Kelly Trueman | LETT | Finalising monthly fee application, including checking disbursement breakdown(November) and email to Matthew Fagan re: the same | 0.50 | 205.00 | 102.50 |

                                                                                                                                   **1,459.00**

Matter: CCN01.00001 - BANKRUPTCY

## C0007     Creditors Committee Meetings

| | | Time (Decimal) | Agreed Rate (GBP /hour) | Amount |
|---|---|---:|---:|---:|
| **Senior Associate** | | | | |
| ACROKE | Antonia Croke | 2.60 | 595.00 | 1,547.00 |
| DSAINS | Drew Sainsbury | 1.00 | 595.00 | 595.00 |
| LROBER | Lindsey Roberts | 2.20 | 545.00 | 1,199.00 |
| | | | Total | 3,341.00 |

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---:|---:|---:|
| 09/12/2015 | Antonia Croke | LETT | Review emails re extension of allocation mediation | 0.30 | 595.00 | 178.50 |
| 09/12/2015 | Drew Sainsbury | READ | Materials ahead of committee call | 0.50 | 595.00 | 297.50 |
| 10/12/2015 | Antonia Croke | ATTD | Attend UCC call | 0.80 | 595.00 | 476.00 |
| 10/12/2015 | Antonia Croke | LETT | Review agenda for UCC call and supporting docs | 0.30 | 595.00 | 178.50 |
| 10/12/2015 | Antonia Croke | LETT | Review M Fagen email re UCC calls | 0.10 | 595.00 | 59.50 |
| 17/12/2015 | Antonia Croke | READ | Review Agenda and supporting docs for UCC call | 0.50 | 595.00 | 297.50 |
| 17/12/2015 | Antonia Croke | LETT | Emails LROBER re UCC call | 0.10 | 595.00 | 59.50 |
| 17/12/2015 | Antonia Croke | LETT | Reviewing minutes of UCC call | 0.10 | 595.00 | 59.50 |
| 17/12/2015 | Drew Sainsbury | READ | Minutes and agenda docs for call | 0.50 | 595.00 | 297.50 |
| 17/12/2015 | Lindsey Roberts | READ | Attending UCC call | 1.40 | 545.00 | 763.00 |
| 17/12/2015 | Lindsey Roberts | READ | Review of UCC agenda and associated materials | 0.80 | 545.00 | 436.00 |
| 22/12/2015 | Antonia Croke | LETT | Emails re UCC call | 0.20 | 595.00 | 119.00 |
| 30/12/2015 | Antonia Croke | LETT | Emails re UCC call | 0.20 | 595.00 | 119.00 |
| | | | | | | 3,341.00 |

Matter: CCN01.00001 - BANKRUPTCY

## C0012 — General Claims Analysis/Claims Objections

| | | Time (Decimal) | Agreed Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Senior Associate** | | | | |
| ACROKE | Antonia Croke | 1.50 | 595.00 | 892.50 |
| DSAINS | Drew Sainsbury | 1.50 | 595.00 | 892.50 |
| LROBER | Lindsey Roberts | 1.20 | 545.00 | 654.00 |
| | | | Total | 2,439.00 |

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/12/2015 | Antonia Croke | LETT | Review email from D Stein re record and materials for district court | 0.10 | 595.00 | 59.50 |
| 04/12/2015 | Antonia Croke | LETT | Review emails re allocation opening briefs | 0.50 | 595.00 | 297.50 |
| 04/12/2015 | Lindsey Roberts | REVI | Review of email from Akin re allocation appeal opening briefing (including review of attachment) | 0.60 | 545.00 | 327.00 |
| 04/12/2015 | Lindsey Roberts | LETT | Emails internally re prep of allocation appeal opening brief files | 0.40 | 545.00 | 218.00 |
| 08/12/2015 | Drew Sainsbury | LETT | Reading emails from Akin Gump | 0.30 | 595.00 | 178.50 |
| 09/12/2015 | Antonia Croke | LETT | Review email re UCC opening brief | 0.10 | 595.00 | 59.50 |
| 10/12/2015 | Antonia Croke | LETT | Review letter to mediator and email re the same | 0.20 | 595.00 | 119.00 |
| 10/12/2015 | Drew Sainsbury | READ | Emails and attachments re next steps in mediation | 0.50 | 595.00 | 297.50 |
| 10/12/2015 | Lindsey Roberts | REVI | Review of emails from Akin Gump re Allocation Mediation | 0.20 | 545.00 | 109.00 |
| 16/12/2015 | Antonia Croke | LETT | Review email re BH opposition brief | 0.10 | 595.00 | 59.50 |
| 17/12/2015 | Drew Sainsbury | LETT | Emails to Matthew Fagan | 0.30 | 595.00 | 178.50 |
| 21/12/2015 | Antonia Croke | LETT | Review letter re modification of scheduling order | 0.20 | 595.00 | 119.00 |
| 22/12/2015 | Antonia Croke | LETT | Review status update from David Botter | 0.30 | 595.00 | 178.50 |
| 22/12/2015 | Drew Sainsbury | LETT | Update emails | 0.10 | 595.00 | 59.50 |
| 22/12/2015 | Drew Sainsbury | READ | David Botter update email | 0.20 | 595.00 | 119.00 |
| 30/12/2015 | Drew Sainsbury | LETT | Update emails | 0.10 | 595.00 | 59.50 |
| | | | | | | 2,439.00 |

**Matter: CCN01.00001 - BANKRUPTCY**

## C0031     European Proceedings/Matters

|  |  | Time (Decimal) | Agreed Rate (GBP /hour) | Amount |
|---|---|---:|---:|---:|
| **Partner** | | | | |
| GDB | Giles Boothman | 0.30 | 845.00 | 253.50 |
| **Senior Associate** | | | | |
| ACROKE | Antonia Croke | 1.20 | 595.00 | 714.00 |
| DSAINS | Drew Sainsbury | 3.50 | 595.00 | 2,082.50 |
| LROBER | Lindsey Roberts | 1.00 | 545.00 | 545.00 |
| **Trainee** | | | | |
| KTRUEM | Kelly Trueman | 0.40 | 205.00 | 82.00 |
| TDURKI | Tom Durkin | 6.50 | 205.00 | 1,332.50 |
| | | | Total | 5,009.50 |

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---:|---:|---:|
| 01/12/2015 | Antonia Croke | LETT | Emails re UK Nortel Court hearing | 0.50 | 595.00 | 297.50 |
| 01/12/2015 | Drew Sainsbury | INTD | Court hearing - internal discussions | 0.30 | 595.00 | 178.50 |
| 01/12/2015 | Drew Sainsbury | LETT | Update Akin Gump re court hearing | 0.30 | 595.00 | 178.50 |
| 01/12/2015 | Drew Sainsbury | SUPE | Instruct trainee re court hearing | 0.60 | 595.00 | 357.00 |
| 01/12/2015 | Drew Sainsbury | READ | Latest website details re court hearing | 0.50 | 595.00 | 297.50 |
| 01/12/2015 | Giles Boothman | LETT | Drew re UK admin hearing | 0.10 | 845.00 | 84.50 |
| 01/12/2015 | Kelly Trueman | LETT | Nortel hearing - emails to Drew Sainsbury re: hearing and to Tom Durkin re: court hearing | 0.40 | 205.00 | 82.00 |
| 01/12/2015 | Lindsey Roberts | LETT | Emails re NUK hearing and extension of administration application | 0.60 | 545.00 | 327.00 |
| 02/12/2015 | Antonia Croke | LETT | Review emails re Nortel UK Court hearing and applications | 0.50 | 595.00 | 297.50 |
| 02/12/2015 | Drew Sainsbury | SUPE | Trainee attending court hearing | 0.60 | 595.00 | 357.00 |
| 02/12/2015 | Drew Sainsbury | INTD | Debrief trainee re court hearing | 0.40 | 595.00 | 238.00 |
| 02/12/2015 | Drew Sainsbury | DRFT | Update for Akin Gump re court hearing | 0.50 | 595.00 | 297.50 |
| 02/12/2015 | Drew Sainsbury | LETT | Akin Gump re court hearing result | 0.10 | 595.00 | 59.50 |
| 02/12/2015 | Drew Sainsbury | LETT | Emails to HSF | 0.20 | 595.00 | 119.00 |
| 02/12/2015 | Giles Boothman | SUPE | Emails re UK hearing | 0.20 | 845.00 | 169.00 |
| 02/12/2015 | Lindsey Roberts | LETT | Emails to/from HSF re hearing | 0.20 | 545.00 | 109.00 |
| 02/12/2015 | Lindsey Roberts | LETT | Update email from DSAINS following the hearing | 0.20 | 545.00 | 109.00 |
| 02/12/2015 | Tom Durkin | ATTD | Attending a hearing for the extension of the administration, writing a report on that hearing, and enquiring how to get important documents from the court | 6.50 | 205.00 | 1,332.50 |
| 03/12/2015 | Antonia Croke | READ | Review summary of Nortel application hearing | 0.20 | 595.00 | 119.00 |