## Exhibit C

## DISBURSEMENT SUMMARY

## DECEMBER 01, 2015 THROUGH DECEMBER 31, 2015

| Document Production | £21.36 |
|---|---|
| Meals | £17.20 |
| **TOTAL** | **£38.56** |