**Exhibit D**

**Disbursements Detailed Breakdown**

**Document Production** - 356 pages @ 0.06p    21.36


**Fares, Courier Charges and Incidental Expenses (Meals)**

| | | |
|---|---|---|
| 26/10/2015 | VENDOR: American Express Services Europe Ltd. INVOICE#: AMEXNOV15 DATE: 24/11/2015 Expenses @ K10 SUSHI    LONDON. (GOODS OR SERVICES) 26/10/2015 ACROKE 26/10/15 working late dinner. | 10.45 |
| 26/11/2015 | VENDOR: Conference Room Catering INVOICE#: 23-29-11-2015 DATE: 29/11/2015 \|Hospitality Recharges - Writs Eve Food - PURPOSE: - - Nov 26 2015 | 6.75 |