Exhibit E

# SUMMARY OF ATTORNEYS AND LEGAL ASSISTANTS RENDERING SERVICES DURING THE PERIOD DECEMBER 01, 2015 THROUGH DECEMBER 31, 2015

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested (£) |
|---|---|---|---|---|
| Giles Boothman | Partner for 13 years; Admitted in 1993 in England and Wales; Restructuring and Special Situations Group, London | £845 | 0.30 | 253.50 |
| Antonia Croke | Associate for 8 years; Admitted in 2007 in New South Wales; Australia Dispute Resolution Group, London | £595 | 5.30 | 3,153.50 |
| Drew Sainsbury | Associate for 7 years; Admitted in 2007 in England and Wales; Restructuring and Special Situations Group, London | £595 | 6.00 | 3,570.00 |
| Lindsey Roberts | Associate for 4 years; Admitted in 2011 in England and Wales; Dispute Resolution Group, London | £545 | 6.40 | 3,488.00 |
| Tom Durkin | Trainee Solicitor; Restructuring and Special Situations Group, London | £205 | 6.50 | 1,332.50 |
| Kelly Trueman | Trainee Solicitor; Dispute Resolution Group, London | £205 | 2.20 | 451.00 |
| **TOTAL** | | | 26.70 | 12,248.50 |

## COMPENSATION BY PROJECT CATEGORY
## DECEMBER 01, 2015 THROUGH DECEMBER 31, 2015

| Project Category | Total Hours | Total Fees (£) |
|---|---|---|
| Ashurst Fee Application / Monthly Billing Reports | 3.80 | 1,459.00 |
| Creditors Committee Meetings | 5.80 | 3,341.00 |
| General Claims Analysis/Claims Objections | 4.20 | 2,439.00 |
| European Proceedings/Matters | 12.90 | 5,009.50 |
| **TOTAL** | **26.70** | **12,248.50** |