# Exhibit 1

**Updated Connections Check Matrix**

| Category Name | Party Name | No Connection | Prior Connection | Current Connection |
|---|---|---|---|---|
| Parties to the Debtors Significant Executory Contracts and Leases | 10 Sylvan SPE LLC | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | 101 Constitution Trust | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | 13560 Morris Road Office Investors, LLC | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | 2256355 Ontario Limited | x | | |
| Other Significant Parties-in-Interest Material Litigation | 485 Lexington Owner LLC | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | 7884 BR LLC | x | | |
| Other Significant Parties-in-Interest Material Litigation | A.W. Chesterton, Inc. | x | | |
| Debtors Officers/Directors | Abdul Aziz Khadbai | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | ACE Parking Management | x | | |
| Debtors Other Professionals | Addrex Inc. | x | | |
| Unsecured Creditors from Largest Unsecured | Advanced Information Management | x | | |
| Unsecured Creditors from Largest Unsecured | Affiliates of Verizon Communications Inc. | x | | |
| Unsecured Creditors from Largest Unsecured | Airspan Communications Ltd. | x | | |
| Official Statutory Committee Member Attorney | Akin Gump Strauss Hauer & Feld LLP | | x | |
| Debtors Officers/Directors | Alain Papineau | x | | |
| Other Significant Parties-in-Interest Material Litigation | Alan Michael Hudson | x | | |
| Other Significant Parties-in-Interest Material Litigation | Alan Robert Bloom | x | | |
| Debtors Officers/Directors | Alan W. Pritchard | x | | |
| Other Significant Parties-in-Interest Material Lit | Aldine Independent School District | x | | |
| Other Significant Parties-in-Interest Material Lit | Alexander Lovgren | x | | |
| Debtors Officers/Directors | Allan Bifield | x | | |
| Debtors Officers/Directors | Allan K. Stout | x | | |
| Debtors Officers/Directors | Allen Keith Stout | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Allied World Assurance Company Ltd | | x | |
| Unsecured Creditors from Largest Unsecured | Alvarion Ltd | | x | |
| Debtors Officers/Directors | Alvio Silvio Barrios | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | American Home Assurance Company | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | American Home Assurance Company (National Union) | x | | |
| Debtors Officers/Directors | Andrew Harrison | x | | |
| All Substantial Unsecured Bondholder or Lender | Angelo, Gordon & Co. | | | |
| Debtors Officers/Directors | Anna Ventresca | x | | |
| Other Significant Parties-in-Interest Material Litigation | Annabelle W. Caffry and Susannah C. Lund, Trustees of the John W. Caffry Family Trust | x | | |

| Category Name | Party Name | No Connection | Prior Connection | Current Connection |
|---|---|---|---|---|
| Debtors Officers/Directors | Anthony G. MacDonald | x | | |
| Debtors Officers/Directors | Anthony Jones | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Apple Inc. | | | x |
| Debtors Officers/Directors | April A. Pennisi | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Arch Insurance Company | x | | |
| Unsecured Creditors from Largest Unsecured | Argo Partners | x | | |
| Other Significant Parties-in-Interest Material Litigation | Arris Group Inc. | | x | x |
| Parties to the Debtors Significant Executory Contracts and Leases | Arrowhead General Insurance Agency | x | | |
| Official Statutory Committee Member Attorney | Ashurst LLP | x | | |
| Debtors Other Professionals | ASM Capital L.P. | x | | |
| Other Significant Parties-in-Interest Material Litigation | AT&T | | | x |
| All Substantial Unsecured Bondholder or Lender | Aurelius Capital Management | x | | |
| Unsecured Creditors from Largest Unsecured | Avenue TC Fund, L.P. | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Beazley Syndicate | x | | |
| Unsecured Creditors from Largest Unsecured | Beeline | x | | |
| Unsecured Creditors from Largest Unsecured | Beeline.com, Inc. | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Behringer Harvard TIC | x | | |
| Debtors Other Professionals | Benesch Friedlander Coplan & Aronoff LLP | x | | |
| Debtors Officers/Directors | Bill Thompson | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Biltmore Financial Center II | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Blackberry Ltd f/k/a Research in Motion Ltd. | | x | x |
| Unsecured Creditors from Largest Unsecured | Blackwell Partners LLC | x | | |
| Other Significant Parties-in-Interest Material Litigation | Bockstar Technologies | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Bonham Golf & Country Club, Inc. | x | | |
| Other Significant Parties-in-Interest Material Litigation | Brenda L. Wread | x | | |
| Debtors Officers/Directors | Brian Lindsay | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Brookfield Lakes Corporate Center | x | | |
| Debtors Other Professionals | Brown Rudnick LLP | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | BSNL | x | | |
| Unsecured Creditors from Largest Unsecured | Bulldog Investors General Partnership | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | C.N.A. Insurance | | x | x |

| Category Name | Party Name | No Connection | Prior Connection | Current Connection |
|---|---|---|---|---|
| Other Significant Parties-in-Interest Material Litigation | Cable One, Inc. | | | |
| Other Significant Parties-in-Interest Material Litigation | California State Board of Equalization | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | California State Teachers Retierment | x | | |
| Debtors Officers/Directors | Camille Issa | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Campbell Creek Ltd. | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Canal View Properties III, LLC | x | | |
| Official Statutory Committees Attorney | Capstone Advisory Group, LLC | x | | |
| Substantial Unsecured Bondholder or Lender | Carolina Capital Markets, Inc | x | | |
| Other Significant Parties-in-Interest Material Litigation | Carrasco | x | | |
| All Substantial Unsecured Bondholder or Lender | CarVal Investors, LLC | | | |
| Official Statutory Committee Other Professional | Cassels, Brock & Blackwell LLP | x | | |
| Debtors Other Professionals | Cassidy Turley CPS | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Catlin Canada Inc. | x | | |
| Substantial Unsecured Bondholder or Lender | Cede & Co. | x | | |
| All Substantial Unsecured Bondholder or Lender | Centerbridge Partners, L.P. | | | x |
| Unsecured Creditors from Largest Unsecured | Central General Engineering and Maintenance Limited | x | | |
| Other Significant Parties-in-Interest Material Litigation | Cequel Communications, LLC d/b/a Suddenlink Communications | | | |
| Other Significant Parties-in-Interest Material Litigation | Certain Tunable Laser Chips | x | | |
| Other Significant Parties-in-Interest Material Litigation | Chae S. Roob | x | | |
| Debtors Officers/Directors | Charles R. Raphun | x | | |
| Other Significant Parties-in-Interest Material Litigation | Charter Communications, Inc. | | x | x |
| Other Significant Parties-in-Interest Material Litigation | Chief Justice Warren K. Winkler | x | | |
| Debtors Other Professionals | Chilmark Partners, LLC | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | China Mobility | x | | |
| Debtors Officers/Directors | Christian Kittlitz | x | | |
| Other Significant Parties-in-Interest Material Litigation | Christine Green | x | | |
| Debtors Officers/Directors | Christopher Hogg | x | | |
| Other Significant Parties-in-Interest Material Litigation | Christopher John Wilkinson Hall | x | | |
| Debtors Officers/Directors | Christopher Simon Ricaurte | x | | |
| Unsecured Creditors from Largest Unsecured | Chubb Insurance Co of Canada | x | | |
| Other Significant Parties-in-Interest Material Litigation | Ciena Corporation | | | x |

| Category Name | Party Name | No Connection | Prior Connection | Current Connection |
|---|---|---|---|---|
| Parties to the Debtors Significant Executory Contracts and Leases | Ciminelli Development Co. Inc. | x | | |
| Substantial Unsecured Bondholder or Lender | Citadel Derivatives Group, LLC | x | | |
| Substantial Unsecured Bondholder or Lender | Citadel Trading Group, LLC | x | | |
| Other Significant Parties-in-Interest Material Litigation | City and County of Denver | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | City of Bonham | x | | |
| Debtors Officers/Directors | Clare A. Barbieri | x | | |
| Debtors Officers/Directors | Clarke Glaspell | x | | |
| Other Significant Parties-in-Interest Material Litigation | Claudia Vidmer | x | | |
| Debtors Officers/Directors | Claudio Morfe Jr. | x | | |
| Substantial Unsecured Bondholder or Lender | Clearview Correspondent Services, LLC | x | | |
| Debtors Attorney | Cleary Gottlieb Steen & Hamilton LLP | | | |
| Unsecured Creditors from Largest Unsecured | Coams Inc. | x | | |
| Unsecured Creditors from Largest Unsecured | Coams Inc. | x | | |
| Other Significant Parties-in-Interest Material Litigation | Coare Brookfield Lakes, LLC | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Coliseum Transfer Inc. | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Colliers Dickson Flake Partners Inc. | x | | |
| Unsecured Creditors from Largest Unsecured | Commonwealth of Pennsylvania | x | | |
| Unsecured Creditors from Largest Unsecured | Communications Test Design Inc. | x | | |
| Other Significant Parties-in-Interest Material Litigation | Constellation Technologies LLC | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Continental Casualty Company | x | | |
| Unsecured Creditors from Largest Unsecured | Corre Opportunities Qualified Master Fund | x | | |
| Debtors Officers/Directors | Courtland Wolfe | x | | |
| Unsecured Creditors from Largest Unsecured | Covergence Inc. | x | | |
| Debtors Officers/Directors | Craig Telke | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Crescent Peakview Tower LLC | x | | |
| Debtors Officers/Directors | Cristina Gomez | x | | |
| Debtors Other Professionals | Crowell & Moring LLP | | | x |
| Unsecured Creditors from Largest Unsecured | CRT Special Investments LLC | x | | |
| Other Significant Parties-in-Interest Material Litigation | Danny Owneby | x | | |
| Debtors Officers/Directors | Dany Sylvain | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Datatec Networking and Com. | x | | |
| Other Significant Parties-in-Interest Material Litigation | David Buchbinder | x | | |

| Category Name | Party Name | No Connection | Prior Connection | Current Connection |
|---|---|---|---|---|
| Other Significant Parties-in-Interest Material Litigation | David Klauder | x | | |
| Debtors Officers/Directors | David Price | x | | |
| Substantial Unsecured Bondholder or Lender | Davidson (D.A.) & Co., Inc. | | | |
| Other Significant Parties-in-Interest Material Litigation | Deborah M. Jones | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Deka Immobilien Investment GMBH | | x | |
| Other Significant Parties-in-Interest Material Litigation | Dell Marketing L.P. | x | | |
| Debtors Officers/Directors | Denis R. X. Thibault | x | | |
| Debtors Officers/Directors | Dennis Carey | x | | |
| Debtors Officers/Directors | Dennis Lloyd | x | | |
| Unsecured Creditors from Largest Unsecured | Deutsche Bank Securities, Inc. | | | x |
| Debtors Officers/Directors | Dharmaraja Rajan | x | | |
| Other Significant Parties-in-Interest Material Litigation | Diane Giordano | x | | |
| Other Significant Parties-in-Interest Material Litigation | Diane Uphold | x | | |
| Debtors Other Professionals | Dianne Napier-Wilson | x | | |
| Other Significant Parties-in-Interest Material Litigation | Dion Wynn | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Direct Touch Federal | x | | |
| Debtors Officers/Directors | Donald Powers | x | | |
| Debtors Officers/Directors | Donna Samper | x | | |
| Unsecured Creditors from Largest Unsecured | Drawbridge Special Opportunities Fund LP | x | | |
| Substantial Unsecured Bondholder or Lender | Dresdner Kleinwort Securities LLC | | x | x |
| Parties to the Debtors Significant Executory Contracts and Leases | Duesenberg Investment Company | x | | |
| Other Significant Parties-in-Interest Material Litigation | Duke Energy Company NC/SC | | | x |
| Debtors Officers/Directors | Duncan Gillibrand | x | | |
| All Substantial Unsecured Bondholder or Lender | DW Investment Management LP | x | | |
| Debtors Officers/Directors | Eduardo Santoyo | x | | |
| Debtors Officers/Directors | Elaine Smiles | x | | |
| Unsecured Creditors from Largest Unsecured | EMC Corporation | | | x |
| Substantial Unsecured Bondholder or Lender | Emmett Larkin Co., Inc. | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Empire Indemnity | x | | |
| Debtors Officers/Directors | Emre Erkol | x | | |
| Debtors Officers/Directors | Eric L. Smith | x | | |
| Other Significant Parties-in-Interest Material Litigation | Ernest Demel | x | | |
| Debtors Officers/Directors | Ernest R. Higginbotham | x | | |
| Other Significant Parties-in-Interest Material Litigation | Estelle Loggins | x | | |
| Debtors Other Professionals | Eugene F. Collins | x | | |

| Category Name | Party Name | No Connection | Prior Connection | Current Connection |
|---|---|---|---|---|
| Debtors Officers/Directors | Eugene McClain | x | | |
| Debtors Officers/Directors | Fabiola Leva | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Falvey Cargo Underwriting | x | | |
| Debtors Other Professionals | Farallon Capital Management, LLC | | | x |
| Other Significant Parties-in-Interest Material Litigation | FCS North America, Inc. | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Federal Insurance Company | x | | |
| Other Significant Parties-in-Interest Material Litigation | Federated Treasury Obligations | x | | |
| Other Significant Parties-in-Interest Material Litigation | Federated U.S. Treasury Cash Reserves, Institutional Shares money market fund | x | | |
| Debtors Officers/Directors | Felipe Gonzales | x | | |
| Other Significant Parties-in-Interest Material Litigation | Fidelity Treasury Portfolio Fund | x | | |
| Other Significant Parties-in-Interest Material Litigation | First Citizens | | | |
| Substantial Unsecured Bondholder or Lender | First Clearing, LLC | x | | |
| Unsecured Creditors from Largest Unsecured | Flaherty, Lauren | x | | |
| Unsecured Creditors from Largest Unsecured | Flextronics | | | |
| Unsecured Creditors from Largest Unsecured | Flextronics America LLC | | | |
| Unsecured Creditors from Largest Unsecured | Flextronics International | | | |
| Unsecured Creditors from Largest Unsecured | Flextronics International Europe BV | x | | |
| Unsecured Creditors from Largest Unsecured | Flextronics Logistics USA Inc. | x | | |
| Unsecured Creditors from Largest Unsecured | Flextronics Sales & Marketing North | x | | |
| Other Significant Parties-in-Interest Material Litigation | Foundry | x | | |
| Debtors Other Professionals | Fox Rothschild LLP | | | |
| Parties to the Debtors Significant Executory Contracts and Leases | France Telecom/Orange | x | | |
| Debtors Officers/Directors | Francois Audet | x | | |
| Debtors Officers/Directors | Francois Burton | x | | |
| Other Significant Parties-in-Interest Material Litigation | Frankie Proctor | x | | |
| All Substantial Unsecured Bondholder or Lender | Franklin Mutual Advisors, LLC | x | | |
| Official Statutory Committee Member Attorney | Fraser Milner Casgrain LLP | x | | |
| Other Significant Parties-in-Interest Material Litigation | Freddie Wormsbaker | x | | |
| All Substantial Unsecured Bondholder or Lender | FTI (advisors) | | x | x |
| Parties to the Debtors Significant Executory Contracts and Leases | Gail G. Anderson dba Willard T. Anderson Properties | x | | |

| Category Name | Party Name | No Connection | Prior Connection | Current Connection |
|---|---|---|---|---|
| Parties to the Debtors Significant Executory Contracts and Leases | Gateway Associates Ltd. | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Gateway Trust | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | GCAN Insurance Company | x | | |
| Other Significant Parties-in-Interest Material Litigation | GDF Suez Energy Resources NA | x | | |
| Other Significant Parties-in-Interest Material Litigation | GE Fanuc Embedded Systems, Inc. | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | GENBAND Inc. | | x | x |
| Parties to the Debtors Significant Executory Contracts and Leases | Genesis Building LLC | x | | |
| Unsecured Creditors from Largest Unsecured | GFI Inc. | | x | x |
| Debtors Officers/Directors | Glenn Brownridge | x | | |
| Debtors Other Professionals | Global IP Law Group, LLC | x | | |
| Unsecured Creditors from Largest Unsecured | Glow Networks | x | | |
| All Substantial Unsecured Bondholder or Lender | GoldenTree Asset Management | | | x |
| Non Debtor Affiliates Other Professionals | Goodmans LLP | x | | |
| Other Significant Parties-in-Interest Material Litigation | Google | | | x |
| Debtors Officers/Directors | Gordon A. Davies | x | | |
| Other Significant Parties-in-Interest Material Litigation | Government Prime Cash Management Fund | x | | |
| Non Debtor Affiliates Other Professionals | Gowlings Lafleur Henderson LLP | x | | |
| Debtors Officers/Directors | Graeme Currie | x | | |
| Other Significant Parties-in-Interest Material Litigation | Graybar Electric Company, Inc. | | x | x |
| Parties to the Debtors Significant Executory Contracts and Leases | Green 485 Owner LLC | x | | |
| Debtors Officers/Directors | Greg Thor | x | | |
| Debtors Officers/Directors | Gregor W. Larson | x | | |
| Debtors Officers/Directors | Gregory Hood | x | | |
| All Substantial Unsecured Bondholder or Lender | GS Investment Strategies, LLC | x | | |
| Debtors Officers/Directors | Guillaume Strub | x | | |
| Other Significant Parties-in-Interest Material Litigation | Gussie Anderson | x | | |
| Debtors Officers/Directors | Guy Lafontaine | x | | |
| Debtors Officers/Directors | Guy Vonderweidt | x | | |
| Substantial Unsecured Bondholder or Lender | H.G. Wellington & Co., Inc. | x | | |
| Debtors Other Professionals | Hain Capital Group, LLC | x | | |
| Unsecured Creditors from Largest Unsecured | Hain Capital Holdings, LLC | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Hanoi Telecom | x | | |
| Substantial Unsecured Bondholder or Lender | Hawthorne Securities, Corp. | x | | |

| Category Name | Party Name | No Connection | Prior Connection | Current Connection |
|---|---|---|---|---|
| Debtors Officers/Directors | Hector Benjamin Viana | x | | |
| Debtors Officers/Directors | Henry Holland | x | | |
| Non Debtor Affiliates Other Professionals | Herbert Smith Freehills LLP | x | | |
| Other Significant Parties-in-Interest Material Litigation | Highpoint Telecommunications Inc. | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Hines Riverfront Plaza, LP | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Hiscox Insurance Company | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Hiscox Syndicate | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Hitachi, Ltd. | x | | |
| Other Significant Parties-in-Interest Material Litigation | Hok, Inc. | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | HQ Global Workplaces Inc. | x | | |
| Other Significant Parties-in-Interest Material Litigation | Huawei Technologies Co., Ltd. | | | x |
| Non Debtor Affiliates Other Professionals | Hughes Hubbard & Reed LLP | x | | |
| Debtors Other Professionals | Huron Consulting Group | | x | x |
| Parties to the Debtors Significant Executory Contracts and Leases | I & G Direct Real Estate 16, LP | x | | |
| Unsecured Creditors from Largest Unsecured | I and C SA | x | | |
| Debtors Officers/Directors | Iain Sharp | x | | |
| Debtors Officers/Directors | Ian Scales | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | IGD Properties Corp. | x | | |
| Substantial Unsecured Bondholder or Lender | Ingalls & Snyder, LLC | x | | |
| Other Significant Parties-in-Interest Material Litigation | Insight Direct USA, Inc. | x | | |
| Substantial Unsecured Bondholder or Lender | Interactive Brokers, LLC/Retail Clearance | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | IPC Metrocenter LLC | x | | |
| Other Significant Parties-in-Interest Material Litigation | Irell & Manella LLP | | x | |
| Other Significant Parties-in-Interest Material Litigation | Iron Mountain Information Management, Inc. | | x | x |
| Unsecured Creditors from Largest Unsecured | Isbel SA | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | IStar Ctl. 1, L.P./Lehman Ali Inc. | x | | |
| Unsecured Creditors from Largest Unsecured | ITC Networks | x | | |
| Unsecured Creditors from Largest Unsecured | J Mock & Co SA | x | | |
| Debtors Officers/Directors | J. Erik Fako | x | | |
| Debtors Other Professionals | Jackson Lewis LLP | x | | |
| Debtors Officers/Directors | Jacqueline C. Hea | x | | |
| Debtors Officers/Directors | James McEachern | x | | |

| Category Name | Party Name | No Connection | Prior Connection | Current Connection |
|---|---|---|---|---|
| Debtors Officers/Directors | James Ostrom | x | | |
| Other Significant Parties-in-Interest Material Litigation | James R. O'Malley | x | | |
| Other Significant Parties-in-Interest Material Litigation | Jane Leamy | x | | |
| Other Significant Parties-in-Interest Material Litigation | Jane Neumann | x | | |
| Other Significant Parties-in-Interest Material Litigation | Janie Proctor | x | | |
| Substantial Unsecured Bondholder or Lender | Janney Montgomery Scott, LLC | x | | |
| Other Significant Parties-in-Interest Material Litigation | Jay Colton | x | | |
| Debtors Officers/Directors | Jean-Pierre Fortin | x | | |
| Official Statutory Committees Attorney | Jefferies & Co., Inc. | | | x |
| Other Significant Parties-in-Interest Material Litigation | Jeffrey Heck | x | | |
| Debtors Officers/Directors | Jeffrey Thomas Wood | x | | |
| Debtors Officers/Directors | Jeremy Fuller | x | | |
| Other Significant Parties-in-Interest Material Litigation | Jerry Wadlow | x | | |
| Other Significant Parties-in-Interest Material Litigation | Jim and Elaine Wright | x | | |
| Debtors Officers/Directors | Joel Joseph, Jr. | x | | |
| Debtors Other Professionals | John B. Wilson | x | | |
| Debtors Officers/Directors | John D. Atkinson | x | | |
| Debtors Officers/Directors | John Doolittle | x | | |
| Debtors Officers/Directors | John R. McCready | x | | |
| Debtors Officers/Directors | John Ray | x | | |
| Substantial Unsecured Bondholder or Lender | Jones (Edward D.) & Co. | | x | x |
| Debtors Officers/Directors | Jorge Humberto Suarez | x | | |
| Debtors Officers/Directors | Joseph F. Dearing | x | | |
| Other Significant Parties-in-Interest Material Litigation | Joseph Srygler | x | | |
| Debtors Officers/Directors | Juan Jose Chico | x | | |
| Other Significant Parties-in-Interest Material Litigation | Juliet Sarkessian | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Kapsch AG | x | | |
| Debtors Officers/Directors | Karen E. Sledge | x | | |
| Debtors Officers/Directors | Katharine B. Stevenson | x | | |
| Other Significant Parties-in-Interest Material Litigation | Kaushik Patel | x | | |
| Debtors Officers/Directors | Keith Landau | x | | |
| Debtors Officers/Directors | Ken Huntington | x | | |
| Debtors Officers/Directors | Kevin Boyle II | x | | |
| Debtors Officers/Directors | Kevin Sembrat | x | | |
| Debtors Officers/Directors | Kimberly P. Poe | x | | |
| All Substantial Unsecured Bondholder or Lender | King Street Capital Management L.P. | | x | |
| Unsecured Creditors from Largest Unsecured | Konet PR | x | | |

| Category Name | Party Name | No Connection | Prior Connection | Current Connection |
|---|---|---|---|---|
| Parties to the Debtors Significant Executory Contracts and Leases | Korea Telecom ï¿½ Freetel | x | | |
| Other Significant Parties-in-Interest Material Litigation | Lauren O'Neal | x | | |
| Substantial Unsecured Bondholder or Lender | Laurential Bank of Canada | x | | |
| Debtors Officers/Directors | Laurie A. Krebs | x | | |
| Unsecured Creditors from Largest Unsecured | Law Debenture Trust Company of New York | x | | |
| Other Significant Parties-in-Interest Material Litigation | Layn R. Phillips | x | | |
| Unsecured Creditors from Largest Unsecured | Lederfyl SA | x | | |
| Debtors Officers/Directors | Lee B. Valerius | x | | |
| Substantial Unsecured Bondholder or Lender | Lehman Brothers, Inc. | | | |
| Parties to the Debtors Significant Executory Contracts and Leases | LGT | x | | |
| Debtors Other Professionals | Linklaters LLP | x | | |
| Unsecured Creditors from Largest Unsecured | Liquidity Solutions, Inc. | x | | |
| Other Significant Parties-in-Interest Material Litigation | Lisa Fitzgerald | x | | |
| Unsecured Creditors from Largest Unsecured | Longacre Institutional Opportunity Fund | x | | |
| Debtors Officers/Directors | Louis LeVay | x | | |
| Debtors Officers/Directors | Luis Fernando Guerra Sanz | x | | |
| Debtors Officers/Directors | Lynn Cecelia Egan | x | | |
| Other Significant Parties-in-Interest Material Litigation | Mack Thorpe, Jr. | x | | |
| Substantial Unsecured Bondholder or Lender Attorne | Mackay Sheilds LLC | x | | |
| Unsecured Creditors from Largest Unsecured | Manning Global | x | | |
| Other Significant Parties-in-Interest Material Litigation | Manuel Segura | x | | |
| Substantial Unsecured Bondholder or Lender | Manufacturers & Trust Company | x | | |
| Debtors Officers/Directors | Mario Brown | x | | |
| Debtors Officers/Directors | Mark J. Hamilton | x | | |
| Other Significant Parties-in-Interest Material Litigation | Mark Kenney | x | | |
| Debtors Officers/Directors | Mark Kepke | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Marsh Canada Ltd. | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Marsh Mclennan Companies | | | x |
| Substantial Unsecured Bondholder or Lender | Marshall & Illsey Bank | x | | |
| Debtors Officers/Directors | Martha Helena Bejar | x | | |
| Debtors Officers/Directors | Mary Barnes | x | | |
| Debtors Officers/Directors | Matteo Candaten | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Max Bermuda Ltd. | x | | |

| Category Name | Party Name | No Connection | Prior Connection | Current Connection |
|---|---|---|---|---|
| Substantial Unsecured Bondholder or Lender | McMillion Securities, Inc. | x | | |
| Unsecured Creditors from Largest Unsecured | Mcomm Group Inc | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Meadow Brook Office LLC | x | | |
| Debtors Officers/Directors | Mehdi Sajasi | x | | |
| Substantial Unsecured Bondholder or Lender | Mellon Trust of New England, NA | x | | |
| Unsecured Creditors from Largest Unsecured | Mercury America USA Corp | x | | |
| Substantial Unsecured Bondholder or Lender | Merrill Lynch Pierce Fenner & Smith Inc. | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Metropark South LLC | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Metropolitan Tulsa Investments LLC | x | | |
| Debtors Officers/Directors | Michael Gawargy | x | | |
| Debtors Officers/Directors | Michael Leeder | x | | |
| Other Significant Parties-in-Interest Material Litigation | Michael McWalters | x | | |
| Other Significant Parties-in-Interest Material Litigation | Michael Panacio | x | | |
| Debtors Officers/Directors | Michael W. McCorkle | x | | |
| Other Significant Parties-in-Interest Material Litigation | Michael West | x | | |
| All Substantial Unsecured Bondholder or Lender | Milbank, Tweed, Hadley & McCloy LLP | | | x |
| Substantial Unsecured Bondholder or Lender | ML SFKPG | x | | |
| All Substantial Unsecured Bondholder or Lender | Monarch Alternative Capital LP | x | | |
| Other Significant Parties-in-Interest Material Litigation | Monarch Master Funding LTD | x | | |
| Debtors Attorney | Morris, Nichols, Arsht & Tunnell LLP | x | | |
| Substantial Unsecured Bondholder or Lender | National Financial Services Corp. | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | National Union Fire Insurance Company | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Navigators Syndicate | x | | |
| Substantial Unsecured Bondholder or Lender | NBCN Inc./CDS | x | | |
| Other Significant Parties-in-Interest Material Litigation | NEC | | x | |
| Unsecured Creditors from Largest Unsecured | Nelson, William K. | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | New Boston 175 Capital Boulevard LP | x | | |
| Unsecured Creditors from Largest Unsecured | Newcomm 2000 | x | | |
| Debtors Officers/Directors | Norberto Milan | x | | |
| Debtors Officers/Directors | Norman Caron | x | | |
| Non Debtor Affiliates Other Professionals | Norton Rose Fulbright LLP | x | | |

| Category Name | Party Name | No Connection | Prior Connection | Current Connection |
|---|---|---|---|---|
| Other Significant Parties-in-Interest Material Litigation | Nuance Communications, Inc. | | x | |
| Parties to the Debtors Significant Executory Contracts and Leases | Omaha Plaza Investments c/o CBRE The Mega Group | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Omega Corporate Center, LP | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | One Boston Place, LLC | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | One Capital Mall Investors LP | x | | |
| Unsecured Creditors from Largest Unsecured | Online 2000 Inc | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Open Terrace Associates LLC | x | | |
| Unsecured Creditors from Largest Unsecured | Optime Consulting Inc | x | | |
| Other Significant Parties-in-Interest Material Litigation | Oracle USA, Inc. | | | |
| Unsecured Creditors from Largest Unsecured | Owens, William A. | x | | |
| Debtors Officers/Directors | Oya Istemi | x | | |
| Debtors Other Professionals | Palisades Capital Advisors LLC | x | | |
| Other Significant Parties-in-Interest Material Litigation | Pamela Richardson | x | | |
| Debtors Officers/Directors | Parviz Rashidi | x | | |
| Other Significant Parties-in-Interest Material Litigation | Patricia Harmon | x | | |
| Other Significant Parties-in-Interest Material Litigation | Paul E. Morrison | x | | |
| Debtors Officers/Directors | Paul Granville | x | | |
| Debtors Officers/Directors | Paul Karr | x | | |
| Debtors Officers/Directors | Paul T. Knudsen | x | | |
| Debtors Officers/Directors | Paul W. Karr | x | | |
| Other Significant Parties-in-Interest Material Litigation | Pavel Molodetskiy | x | | |
| Unsecured Creditors from Largest Unsecured | Pension Benefit Guaranty Corporation | x | | |
| Debtors Officers/Directors | Pete Streng | x | | |
| Debtors Officers/Directors | Peter Krautle | x | | |
| Debtors Officers/Directors | Peter Look | x | | |
| Other Significant Parties-in-Interest Material Litigation | Powerwave Technologies, Inc. | | | |
| Other Significant Parties-in-Interest Material Litigation | Precision Communication Services, Inc. | | x | |
| Parties to the Debtors Significant Executory Contracts and Leases | Princeton E&S | x | | |
| Debtors Other Professionals | Punter Southall | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | QBE Specialty | x | | |
| All Substantial Unsecured Bondholder or Lender | Quantum Partners LP | x | | |
| Unsecured Creditors from Largest Unsecured | Queens Ballpark Company, L.L.C. | x | | |
| Other Significant Parties-in-Interest Material Litigation | Qwest Communications Company, LLC | | x | x |

| Category Name | Party Name | No Connection | Prior Connection | Current Connection |
|---|---|---|---|---|
| Parties to the Debtors Significant Executory Contracts and Leases | Radware Ltd. | x | | |
| Debtors Officers/Directors | Raj Krishnan | x | | |
| Other Significant Parties-in-Interest Material Litigation | Ramona Vinson | x | | |
| Unsecured Creditors from Largest Unsecured | Rattray, Stephen A. | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Reckson Operating Partnership | x | | |
| Unsecured Creditors from Largest Unsecured | Regiment Capital Ltd. | | x | x |
| Unsecured Creditors from Largest Unsecured | Rerate Limited Inc | x | | |
| Other Significant Parties-in-Interest Material Litigation | Reserve Primary Fund | x | | |
| Debtors Officers/Directors | Richard C. Taylor | x | | |
| Other Significant Parties-in-Interest Material Litigation | Richard Schepacarter | x | | |
| Debtors Officers/Directors | Richard Willis | x | | |
| Official Statutory Committees Attorney | Richards, Layton & Finger | x | | |
| Debtors Officers/Directors | Ricky Kaura | x | | |
| Substantial Unsecured Bondholder or Lender | Ridge Clearing & Outsourcing Solutions, Inc | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Riverdale Office Properties Partnership | x | | |
| Other Significant Parties-in-Interest Material Litigation | Robert Buchwald | x | | |
| Debtors Officers/Directors | Robert C. Pugh | x | | |
| Debtors Officers/Directors | Robert J. Looney | x | | |
| Debtors Officers/Directors | Robert Litalien | x | | |
| Debtors Officers/Directors | Robert Michael Kales | x | | |
| Debtors Officers/Directors | Robert Saunders | x | | |
| Debtors Officers/Directors | Robin Scott Hughes | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Rockstar Consortium Inc. f/k/a Rockstar Bidco LP | x | | |
| Unsecured Creditors from Largest Unsecured | Roese, John | x | | |
| Debtors Officers/Directors | Roger W. Britt | x | | |
| Debtors Officers/Directors | Ron Ryan | x | | |
| Unsecured Creditors from Largest Unsecured | Ross, Eric John | x | | |
| Unsecured Creditors from Largest Unsecured | Roth, John A. | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | RP Sam Houston Plaza, L.P. | x | | |
| Debtors Officers/Directors | Russell Coffin | x | | |
| Substantial Unsecured Bondholder or Lender Attorne | Sanford C. Bernstein & Co., LLC | | | |
| Other Significant Parties-in-Interest Material Litigation | SAP America, Inc. | | x | x |
| Parties to the Debtors Significant Executory Contracts and Leases | SCA IPLA Holdings Inc. | x | | |
| Substantial Unsecured Bondholder or Lender | Scott & Stringfellow, Inc. | x | | |

| Category Name | Party Name | No Connection | Prior Connection | Current Connection |
|---|---|---|---|---|
| Other Significant Parties-in-Interest Material Litigation | Scott Gennett | x | | |
| Other Significant Parties-in-Interest Material Litigation | Scott M. Johnson | x | | |
| Unsecured Creditors from Largest Unsecured | SEAL Consulting | x | | |
| Debtors Officers/Directors | Serge Caron | x | | |
| Other Significant Parties-in-Interest Material Litigation | Shakima L. Williams | x | | |
| Other Significant Parties-in-Interest Material Litigation | Sharon Tangney | x | | |
| Debtors Other Professionals | Shearman & Sterling LLP | | | |
| Debtors Officers/Directors | Shelley Bracken | x | | |
| Unsecured Creditors from Largest Unsecured | Siemens Enterprise Comm Inc | x | | |
| Debtors Other Professionals | Silver Point Capital, L.P. | | x | |
| Parties to the Debtors Significant Executory Contracts and Leases | SK Telecom | | | |
| Non Debtor Affiliates Other Professionals | Skadden, Arps, Slate, Meagher & Flom LLP | | x | x |
| Unsecured Creditors from Largest Unsecured | SNMP Research International Inc. | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Sobrato Land Holdings | x | | |
| All Substantial Unsecured Bondholder or Lender | Solus Alternative Asset Management L.P. | x | | |
| Unsecured Creditors from Largest Unsecured | Solus Recovery Fund LP | | | |
| Debtors Officers/Directors | Sonia Garapaty | x | | |
| Unsecured Creditors from Largest Unsecured | SPCP Group, LLC | x | | |
| Debtors Other Professionals | Special Counsel Inc. | x | | |
| Other Significant Parties-in-Interest Material Litigation | State of Michigan, Department of Treasury | x | | |
| Debtors Officers/Directors | Stephan Radatus | x | | |
| Other Significant Parties-in-Interest Material Litigation | Stephen Taylor | x | | |
| Substantial Unsecured Bondholder or Lender | Sterne, Agee & Leach, Inc. | | | x |
| Debtors Officers/Directors | Steve J. McKinnon | x | | |
| Other Significant Parties-in-Interest Material Litigation | Steven Domenikos | x | | |
| Other Significant Parties-in-Interest Material Litigation | Steven John Harris | x | | |
| Debtors Officers/Directors | Steven Woods | x | | |
| Substantial Unsecured Bondholder or Lender Attorne | Stifel Nicholaus & Company | | | |
| Debtors Officers/Directors | Sudarshan Chitale | x | | |
| Substantial Unsecured Bondholder or Lender | Sumi Trust | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Sunset Land Company LLC | x | | |
| Debtors Officers/Directors | Swapan Nandi | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Talcott II Alamo LP | x | | |

| Category Name | Party Name | No Connection | Prior Connection | Current Connection |
|---|---|---|---|---|
| Parties to the Debtors Significant Executory Contracts and Leases | Talcott III Ormsby LLC | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Tallahassee Corporate Center LLC | x | | |
| Other Significant Parties-in-Interest Material Litigation | Tandberg | x | | |
| Unsecured Creditors from Largest Unsecured | Tariq, Semra | x | | |
| Unsecured Creditors from Largest Unsecured | Tata Consultancy Services | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | TCIT Dallas Industrial, Inc. | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Technology Center Associates LP | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Technology Park V LP | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Technology Park X LTD Partnership | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Telefonaktiebolaget L M Ericsson (publ) | x | | |
| Unsecured Creditors from Largest Unsecured | Telefonica Internacional, S.A.U. | x | | |
| Other Significant Parties-in-Interest Material Litigation | Teligent Services Inc. | x | | |
| Unsecured Creditors from Largest Unsecured | Telmar Network Technology | | x | |
| Unsecured Creditors from Largest Unsecured | Telrad Networks Ltd. | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Temple Insurance Company | x | | |
| All Substantial Unsecured Bondholder or Lender | Tenor Capital Management | x | | |
| Other Significant Parties-in-Interest Material Litigation | Terrence Freeman | x | | |
| Other Significant Parties-in-Interest Material Litigation | The Hon. Kevin Gross | x | | |
| Other Significant Parties-in-Interest Material Litigation | The Internal Revenue Service | | x | |
| Parties to the Debtors Significant Executory Contracts and Leases | The Plaza CP, LLC | x | | |
| Other Significant Parties-in-Interest Material Litigation | Thomas & Betts Manufacturing Inc. (GFI) | x | | |
| Debtors Officers/Directors | Thomas A. Gigliotti | x | | |
| Other Significant Parties-in-Interest Material Litigation | Thomas Patrick Tinker | x | | |
| Debtors Officers/Directors | Tim Gaiser | x | | |
| Other Significant Parties-in-Interest Material Litigation | Time Warner Cable | | | x |
| Debtors Officers/Directors | Timothy C. Ross | x | | |
| Debtors Officers/Directors | Tom Buttermore | x | | |
| Debtors Officers/Directors | Tom P. Taylor | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Tomorrow 35 Century L.P. | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Tower 333 LLC | x | | |

| Category Name | Party Name | No Connection | Prior Connection | Current Connection |
|---|---|---|---|---|
| Parties to the Debtors Significant Executory Contracts and Leases | TRT NOIP Glenville-Richardson LP | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Two Towne Square LLC | x | | |
| Other Significant Parties-in-Interest Material Litigation | Tyco Electronics | x | | |
| Unsecured Creditors from Largest Unsecured | U.S. Bank National Association | | x | x |
| Parties to the Debtors Significant Executory Contracts and Leases | UCM/SREP-Corporate Woods, LLC | x | | |
| Substantial Unsecured Bondholder or Lender | UMB Bank NA | | | x |
| Other Significant Parties-in-Interest Material Litigation | Unisys Corporation | | | |
| Unsecured Creditors from Largest Unsecured | United Business Media LLC dba Everything Channel | x | | |
| Unsecured Creditors from Largest Unsecured | United States Debt Recovery, LP | x | | |
| Substantial Unsecured Bondholder or Lender Attorne | US Bank NA | | x | x |
| Parties to the Debtors Significant Executory Contracts and Leases | US Cellular | x | | |
| All Indenture Trustee Attorney | Vedder Price | x | | |
| Unsecured Creditors from Largest Unsecured | Verint Americas Inc | x | | |
| Other Significant Parties-in-Interest Material Litigation | Victoria Anstead | x | | |
| Debtors Officers/Directors | Wade Lyon | x | | |
| Other Significant Parties-in-Interest Material Litigation | Wanland and Associates | x | | |
| Debtors Officers/Directors | Wei Jen Yeh | x | | |
| Unsecured Creditors from Largest Unsecured | Wendt, Dietmar | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | West Colony Office Associates, LP | x | | |
| Official Statutory Committee Other Professional | Whiteford, Taylor & Preston LLP | | x | |
| Other Significant Parties-in-Interest Material Litigation | WideOpen West Finance, LLC a/k/a WOW! Internet, Cable & Phone, Knology, Inc. | x | | |
| Debtors Other Professionals | Wilfred J. Cameron | x | | |
| Debtors Officers/Directors | William Gentry | x | | |
| Debtors Officers/Directors | William J. LaSalle | x | | |
| Other Significant Parties-in-Interest Material Litigation | William K. Harrington | x | | |
| Debtors Officers/Directors | William Roy Ellis | x | | |
| Substantial Unsecured Bondholder or Lender | Wilmington Trust Company | x | | |
| Unsecured Creditors from Largest Unsecured | Wipro Systems Ltd. | x | | |
| Unsecured Creditors from Largest Unsecured | Wipro Technologies | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Wireless (TX) LP QRS 14 | x | | |

| Category Name | Party Name | No Connection | Prior Connection | Current Connection |
|---|---|---|---|---|
| Unsecured Creditors from Largest Unsecured | Wireless Integrated Networks WIN | x | | |
| Unsecured Creditors from Largest Unsecured | Wistron InfoComm Technology Corp. | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Woodfield Holdings Pt., LLC | x | | |
| Unsecured Creditors from Largest Unsecured | Zafirovski, Mike | x | | |
| Other Significant Parties-in-Interest Material Litigation | ZTE | | x | |
| Parties to the Debtors Significant Executory Contracts and Leases | Zurich American Insurance Company | x | | |
| Other Significant Parties-in-Interest Material Litigation | Zyxel Communications, Inc. | x | | |