# Exhibit 2

## Professionals

1. Cleary Gottlieb Steen & Hamilton LLP:  Has provided services in the past and is currently providing services.

2. Akin Gump Strauss Hauer & Feld LLP:  Has provided services in the past and is currently providing services.

3. Cassidy Turley CPS:  Has provided services in the past.

4. Crowell & Moring LLP:  Has provided services in the past and is currently providing services.

5. Jackson Lewis LLP:  Has provided services in the past.

6. Linklaters LLP:  Has provided services in the past.

7. Mercer (US) Inc.:  Has provided services in the past.

8. Morris, Nichols, Arsht & Tunnell LLP:  Has provided services in the past.

9. Richards Layton & Finger:  Has provided services in the past and is currently providing services.

10. Shearman & Sterling LLP:  Has provided services in the past.

11. Special Counsel Inc.  Has provided services in the past.

12. Vedder Price: Has provided services in the past and is currently providing services.