## CERTIFICATE OF SERVICE

I, Tamara K. Minott, certify that I am not less than 18 years of age, and that service of the foregoing **Ninth Supplemental Declaration of James E. Scott Pursuant to Fed. R. Bankr. P. 2014 and Order Authorizing Debtors to Employ Ernst & Young LLP Under §§ 327 and 328 of the Bankruptcy Code** was caused to be made on February 1, 2016, in the manner indicated upon the entities identified on the attached service list.

Date: February 1, 2016

_/s/ Tamara K. Minott_
Tamara K. Minott (No. 5643)