**See Attached for Exhibits A through H**

**See Attached for Exhibits A through H**

# Exhibit A

## The Mergis Group
### Summary of Professionals

Nortel Networks, Inc. et al.
For the period of December 1, 2015 through December 31, 2015

| Professional | Position | Title / Role of Professional |
|---|---|---|
| Timothy C. Ross | Officer | Chief Financial Officer and Corporate Secretary - Management responsibility for all business and finance functions supporting the U.S. Principal Officer in the company operation and liquidation; direct responsibilities include, operating budget oversight, treasury management, general accounting and controls, tax, information technology, human resources, real estate management, and foreign subsidiary wind down. Employee Benefits and Pension Investment Committee member. |
| William D. Cozart | Non-Officer | Associate - General accounting control oversight, debtor financial reporting (MOR, Form 26, etc.), general accounting control oversight, finance systems administration & controls, accounts receivable and billing, bank account reconciliations. |
| Kim Ponder | Non-Officer | Associate - General accounting & finance services for accounts payable, payment processing for normal course, intercompany, and professional, claims and litigation settlement disbursement processing, statutory reporting management & oversight. |

# Exhibit B

## The Mergis Group
### Summary of Projects and Project Descriptions

Nortel Networks, Inc. et al.
For the period of December 1, 2015 through December 31, 2015

| Project | Project Description |
|---|---|
| Administrative | Administrative matters related to the Debtors engagement. Includes board meetings, staff meetings, preparation of miscellaneous statements, surveys, and schedules, miscellaneous document review and execution, electronic minute book maintenance, and office and general case management activities. |
| Bankruptcy Reporting | Assist the Debtors with bankruptcy reporting requirements. Includes the financial reporting preparation & management review of the Monthly Operating Report (MOR), Form 26, Ordinary Course Professionals Report (OCP), US Trustee Fee Report, and related matters for the US Trustee. |
| Cash Management | Support the Debtors with cash flow management activities. Includes treasury systems management and controls, bank service contract oversight, cash flow planning and analysis, accountability for cash flow budget achievement, and cash reporting to estate constituents. |
| Claims Administration | Assist the Debtors with claims matters. Includes claims database systems and controls, data maintenance, analysis and validation, communications, distribution process planning, and claims settlement / distribution execution. |
| Compensation Application | Activities relating to the professional time tracking and preparation of the compensation application. |
| Discovery | Activities driven by requests directed to Nortel Networks Inc. in support of the business divestiture proceeds allocation litigation. Includes data / document extraction and analysis, preparation & presentation of findings, interface with legal counsel, and participate in court hearings. |
| Electronic Data and Document Preservation | Support the Debtors with the preservation of electronic data and hard copy documents. Includes governance and maintenance in compliance with court retention requirements and associated vendor service contract oversight. |
| Entity Liquidation and Wind Down | Assist the Debtors with the liquidation, wind down and/or deregistration of Nortel Networks, Inc. and its subsidiaries and branches (foreign and domestic).Includes the development and execution of step plans to ensure local law and U.S. Bankruptcy Court compliance in areas such as intercompany settlements, debt forgiveness, tax clearance certificates, final account balances; compliance with local and U.S. statutory, tax, financial and other governmental reporting requirements; repatriation of subsidiary or branch cash to parent; and coordinate with and support local accounting and legal professionals in conjunction with of all of the above. |
| Finance and General Accounting | Assist the Debtors with finance and general accounting operations in compliance with US GAAP. Includes statutory financial reporting preparation & review, month and year end close processing, finance systems & controls, journal entry preparation, management review, and posting, account reconciliations, balance sheet analysis, and normal course accounts receivable and payable administration . |

# Exhibit B

## The Mergis Group
## Summary of Projects and Project Descriptions

Nortel Networks, Inc. et al.
For the period of December 1, 2015 through December 31, 2015

| Project | Project Description |
|---|---|
| Human Resources | Support the Debtors in Human Resources matters. Includes development and execution of Debtors benefit plan termination (health and welfare, 401K, etc.), plan regulatory compliance oversight and reporting (audits, plan boards & committees, etc.) vendor services contract management and oversight, human resource related communications, and HR systems and data maintenance and reporting. |
| Information Technology Operations | Assist the Debtors with the maintenance and support of the Nortel Networks, Inc. residual company information technology infrastructure operations. Includes vendor services and contract oversight, data extraction, back-up, and recovery, and infrastructure problem resolution support. |
| Insurance & Risk Management | Assist the Debtors with insurance and risk management activities. Includes tracking and periodic management review of Debtors insurance coverage; ensuring compliance with established policies, leases, and contracts. Provide service oversight to agent/broker contract. |
| Plan of Reorganization | Assist the Debtors with the preparation of the plan of reorganization and associated disclosure statement. Includes financial analysis and Debtors review. |
| Professional Fee Applications | Assist the Debtors with the payment administration of engaged professionals. Includes financial recording of professional fee applications to Debtors' books and records, reconciliation to Omnibus Fee Order to Debtors' books and records, fee disbursement based on Certificate of No Objection (CNO), and associated year end regulatory reporting. |
| Real Estate Management | Assist the Debtors with lease and real estate matters. Includes property management vendor contract oversight, property management budget achievement accountability and associated financial planning & analysis, lease and sub-lease management / governance, and property marketing activities. |
| Residual Business Operations | Assist the Debtors in the resolution of outstanding residual business operations matters. Includes activities relating to residual business services customer, vendor, and/or buyer contracts and associated receivables, payables, and/or inventory, regulatory and government required business reporting surveys and schedules, and review and action of service of process notifications. |
| Tax Matters | Assist the Debtors with tax matters. Includes vendor service contract oversight, financial analysis support and management review of federal, state, and local Tax returns, claims, and audits, and authorization of tax related matters (annual report filings, settlements, etc.). |
| Travel | Authorized travel to support Debtors projects. |

# Exhibit C

## The Mergis Group
### Summary of Fees and Expenses

Nortel Networks, Inc. et al.
For the period of December 1, 2015 through December 31, 2015

|  | Fees | Expenses | Total |
|---|---|---|---|
| For the period of December 1, 2015 through December 31, 2015 | $ 179,333.00 | $ 166.52 | $ 179,499.52 |

[1]This application also includes fees and expenses from prior periods that were inadvertently omitted from prior applications.

Exhibit C    Page 1 of 1

# Exhibit D

## The Mergis Group
## Summary of Time by Professional

Nortel Networks, Inc. et al.
For the period of December 1, 2015 through December 31, 2015

| Professional | Position | Title / Role of Professional | Hours |
|---|---|---|---|
| Timothy C. Ross | Officer | Chief Financial Officer and Corporate Secretary - Management responsibility for all business and finance functions supporting the U.S. Principal Officer in the company operation and liquidation; direct responsibilities include, operating budget oversight, treasury management, general accounting and controls, tax, information technology, human resources, real estate management, and foreign subsidiary wind down. Employee Benefits and Pension Investment Committee member. | 161.50 |
| William D. Cozart | Non-Officer | Associate - General accounting control oversight, debtor financial reporting (MOR, Form 26, etc.), general accounting control oversight, finance systems administration & controls, accounts receivable and billing, bank account reconciliations. | 165.00 |
| Kim Ponder | Non-Officer | Associate - General accounting & finance services for accounts payable, payment processing for normal course, intercompany, and professional, claims and litigation settlement disbursement processing, statutory reporting management & oversight. | 153.00 |

| | |
|---|---|
| Hours for the period of December 1, 2015 through December 31, 2015 | 479.50 |
| Billing Rate | $ 374.00 |
| Fees for the period of December 1, 2015 through December 31, 2015 | $ 179,333.00 |

[1]This application also includes fees and expenses from prior periods that were inadvertently omitted from prior applications.

# Exhibit E

## The Mergis Group
### Summary of Fees by Project

Nortel Networks, Inc. et al.
For the period of December 1, 2015 through December 31, 2015

| Project | Project Description | Hours | Fees |
|---|---|---|---|
| Administrative | Administrative matters related to the Debtors engagement. Includes board meetings, staff meetings, preparation of miscellaneous statements, surveys, and schedules, miscellaneous document review and execution, electronic minute book maintenance, and office and general case management activities. | - | $ - |
| Bankruptcy Reporting | Assist the Debtors with bankruptcy reporting requirements. Includes the financial reporting preparation & management review of the Monthly Operating Report (MOR), Form 26, Ordinary Course Professionals Report (OCP), US Trustee Fee Report, and related matters for the US Trustee. | 19.00 | $ 7,106.00 |
| Cash Management | Support the Debtors with cash flow management activities. Includes treasury systems management and controls, bank service contract oversight, cash flow planning and analysis, accountability for cash flow budget achievement, and cash reporting to estate constituents. | 46.00 | $ 17,204.00 |
| Claims Administration | Assist the Debtors with claims matters. Includes claims database systems and controls, data maintenance, analysis and validation, communications, distribution process planning, and claims settlement / distribution execution. | 3.50 | $ 1,309.00 |
| Compensation Application | Activities relating to the professional time tracking and preparation of the compensation application. | 11.50 | $ 4,301.00 |
| Discovery | Activities driven by requests directed to Nortel Networks Inc. in support of the business divestiture proceeds allocation litigation. Includes data / document extraction and analysis, preparation & presentation of findings, interface with legal counsel, and participate in court hearings. | 8.50 | $ 3,179.00 |
| Electronic Data and Document Preservation | Support the Debtors with the preservation of electronic data and hard copy documents. Includes governance and maintenance in compliance with court retention requirements and associated vendor service contract oversight. | 63.50 | $ 23,749.00 |
| Entity Liquidation and Wind Down | Assist the Debtors with the liquidation, wind down and/or deregistration of Nortel Networks, Inc. and its subsidiaries and branches (foreign and domestic).Includes the development and execution of step plans to ensure local law and U.S. Bankruptcy Court compliance in areas such as intercompany settlements, debt forgiveness, tax clearance certificates, final account balances; compliance with local and U.S. statutory, tax, financial and other governmental reporting requirements; repatriation of subsidiary or branch cash to parent; and coordinate with and support local accounting and legal professionals in conjunction with of all of the above. | 4.00 | $ 1,496.00 |
| Finance and General Accounting | Assist the Debtors with finance and general accounting operations in compliance with US GAAP. Includes statutory financial reporting preparation & review, month and year end close processing, finance systems & controls, journal entry preparation, management review, and posting, account reconciliations, balance sheet analysis, and normal course accounts receivable and payable administration. | 222.00 | $ 83,028.00 |
| Human Resources | Support the Debtors in Human Resources matters. Includes development and execution of Debtors benefit plan termination (health and welfare, 401K, etc.), plan regulatory compliance oversight and reporting (audits, plan boards & committees, etc.) vendor services contract management and oversight, human resource related communications, and HR systems and data maintenance and reporting. | 2.50 | $ 935.00 |
| Information Technology Operations | Assist the Debtors with the maintenance and support of the Nortel Networks, Inc. residual company information technology infrastructure operations. Includes vendor services and contract oversight, data extraction, back-up, and recovery, and infrastructure problem resolution support. | 1.50 | $ 561.00 |
| Insurance & Risk Management | Assist the Debtors with insurance and risk management activities. Includes tracking and periodic management review of Debtors insurance coverage; ensuring compliance with established policies, leases, and contracts. Provide service oversight to agent/broker contract. | 1.00 | $ 374.00 |

# Exhibit E

## The Mergis Group
### Summary of Fees by Project

Nortel Networks, Inc. et al.
For the period of December 1, 2015 through December 31, 2015

| Project | Project Description | Hours | Fees |
|---|---|---|---|
| Plan of Reorganization | Assist the Debtors with the preparation of the plan of reorganization and associated disclosure statement. Includes financial analysis and Debtors review. | - | $ - |
| Professional Fee Applications | Assist the Debtors with the payment administration of engaged professionals. Includes financial recording of professional fee applications to Debtors' books and records, reconciliation to Omnibus Fee Order to Debtors' books and records, fee disbursement based on Certificate of No Objection (CNO), and associated year end regulatory reporting. | 7.50 | $ 2,805.00 |
| Real Estate Management | Assist the Debtors with lease and real estate matters. Includes property management vendor contract oversight, property management budget achievement accountability and associated financial planning & analysis, lease and sub-lease management / governance, and property marketing activities. | 51.50 | $ 19,261.00 |
| Residual Business Operations | Assist the Debtors in the resolution of outstanding residual business operations matters. Includes activities relating to residual business services customer, vendor, and/or buyer contracts and associated receivables, payables, and/or inventory, regulatory and government required business reporting surveys and schedules, and review and action of service of process notifications. | 3.00 | $ 1,122.00 |
| Tax Matters | Assist the Debtors with tax matters. Includes vendor service contract oversight, financial analysis support and management review of federal, state, and local Tax returns, claims, and audits, and authorization of tax related matters (annual report filings, settlements, etc.). | 34.50 | $ 12,903.00 |
| Travel | Authorized travel to support Debtors projects. | - | $ - |
| **For the period of December 1, 2015 through December 31, 2015** | | **479.50** | **$ 179,333.00** |

[1] This application also includes fees and expenses from prior periods that were inadvertently omitted from prior applications.

## Exhibit F

### The Mergis Group
### Time Description Detail by Project

Nortel Networks, Inc. et al.
For the period of December 1, 2015 through December 31, 2015

| Project / Date | Professional | Project Work Description | Hours |
|---|---|---|---|
| **Bankruptcy Reporting** | | | |
| 12/2/2015 | William D. Cozart | Post MOR filings. | 1.00 |
| 12/8/2015 | Timothy C. Ross | Follow-up with Debtors counsel (LP) | 0.50 |
| 12/9/2015 | Timothy C. Ross | Received, reviewed, and responded to Debtors reporting matters | 0.50 |
| 12/15/2015 | Timothy C. Ross | Researched and responded to Debtors counsel (ML) | 0.50 |
| 12/15/2015 | William D. Cozart | Prepare analysis re: October MOR. | 3.00 |
| 12/17/2015 | William D. Cozart | Draft November MOR. | 2.00 |
| 12/23/2015 | Timothy C. Ross | Prepared and analyzed Debtors cash receipts and disbursements for the monthly operating report. | 5.00 |
| 12/23/2015 | Timothy C. Ross | Reviewed and authorized the release of Debtors MOR | 1.00 |
| 12/23/2015 | William D. Cozart | Prepare November MOR. | 3.50 |
| 12/24/2015 | William D. Cozart | Prepare November MOR. | 2.00 |
| **Bankruptcy Reporting Total** | | | **19.00** |
| **Cash Management** | | | |
| 11/30/2015 | Kim Ponder | FCB and VEBA deposits. | 1.00 |
| 11/30/2015 | Timothy C. Ross | Reviewed and authorized Debtors bank deposits. | 0.50 |
| 12/1/2015 | Kim Ponder | Follow up correspondence to Citibank. | 0.50 |
| 12/1/2015 | Timothy C. Ross | Worked Debtors treasury management issue | 1.00 |
| 12/2/2015 | Timothy C. Ross | Prepared and analyzed Debtors five week rolling cash flow requirements and executed Treasury funding transactions. | 2.00 |
| 12/2/2015 | Timothy C. Ross | Conference call with WTC (SW) | 0.50 |
| 12/3/2015 | Timothy C. Ross | Reviewed and authorized Debtors foreign subsidiary disbursements | 1.00 |
| 12/3/2015 | Timothy C. Ross | Worked Debtors foreign subsidiary banking issue | 1.00 |
| 12/3/2015 | Timothy C. Ross | Reviewed, authorized, and released Debtors disbursements. | 2.00 |
| 12/4/2015 | Kim Ponder | VEBA deposit. | 0.50 |
| 12/7/2015 | Kim Ponder | FCB and VEBA deposits. | 1.00 |
| 12/7/2015 | Timothy C. Ross | Reviewed and authorized Debtors bank deposits. | 0.50 |
| 12/7/2015 | Timothy C. Ross | Worked Debtors banking issue with WT (MAA) | 0.50 |
| 12/8/2015 | Timothy C. Ross | Follow-up with Debtors foreign subsidiary local bank | 0.50 |
| 12/9/2015 | Timothy C. Ross | Prepared and analyzed Debtors five week rolling cash flow requirements / payment proposal and executed Treasury funding transactions. | 2.00 |
| 12/9/2015 | Timothy C. Ross | Reviewed and authorized Debtors bank deposits. | 0.50 |
| 12/10/2015 | Kim Ponder | VEBA deposit. | 0.50 |
| 12/10/2015 | Timothy C. Ross | Worked Debtors treasury management matters | 1.00 |
| 12/10/2015 | Timothy C. Ross | Follow-up on Debtors foreign subsidiary banking issue resolution | 0.50 |
| 12/11/2015 | Timothy C. Ross | Reviewed, authorized, and released Debtors disbursements. | 2.50 |
| 12/11/2015 | Timothy C. Ross | Reviewed and authorized Debtors bank deposits. | 0.50 |
| 12/14/2015 | Timothy C. Ross | Conference call with Debtors bank (MA) | 0.50 |
| 12/15/2015 | Timothy C. Ross | Reviewed, authorized, and released Debtors foreign subsidiary disbursements | 0.50 |
| 12/16/2015 | Kim Ponder | FCB deposit. | 0.50 |
| 12/16/2015 | Timothy C. Ross | Follow-up with Debtors foreign subsidiary bank | 0.50 |
| 12/16/2015 | Timothy C. Ross | Reviewed and authorized Debtors disbursement proposal, five week rolling cash flow requirements, and executed Treasury required funding transactions. | 2.00 |
| 12/17/2015 | Timothy C. Ross | Reviewed and authorized Debtors bank deposits. | 0.50 |
| 12/17/2015 | Timothy C. Ross | Reviewed, authorized, and released Debtors disbursements. | 3.00 |
| 12/17/2015 | Timothy C. Ross | Worked Banking issue with WT (RR, MAS, MAA) | 1.00 |
| 12/18/2015 | Timothy C. Ross | Reviewed, authorized and released Debtors foreign subsidiary disbursements | 0.50 |
| 12/18/2015 | Timothy C. Ross | Reviewed, authorized, and released Debtors disbursements (delayed payments from 12/17). | 0.50 |
| 12/21/2015 | Timothy C. Ross | Reviewed, authorized, and released Debtors disbursements | 0.50 |
| 12/21/2015 | Timothy C. Ross | Reviewed and authorized Debtors bank deposits. | 0.50 |
| 12/21/2015 | Timothy C. Ross | Reviewed, authorized, and released Debtors intercompany cash settlements. | 1.00 |
| 12/22/2015 | Timothy C. Ross | Worked Debtors foreign subsidiary banking issue | 1.00 |
| 12/22/2015 | Timothy C. Ross | Reviewed, authorized, and released Debtors foreign subsidiary disbursements | 0.50 |
| 12/22/2015 | Timothy C. Ross | Prepared and analyzed Debtors five week rolling cash flow requirements and executed Treasury funding transactions. | 2.00 |
| 12/22/2015 | Timothy C. Ross | Reviewed, authorized, and released banking user maintenance | 0.50 |
| 12/23/2015 | Timothy C. Ross | Reviewed, authorized, and released Debtors foreign subsidiary disbursements | 0.50 |
| 12/23/2015 | Timothy C. Ross | Reviewed and authorized Debtors bank deposits. | 0.50 |
| 12/24/2015 | Timothy C. Ross | Reviewed, authorized, and released Debtors foreign subsidiary disbursements | 1.00 |
| 12/24/2015 | Timothy C. Ross | Reviewed, authorized, and released Debtors disbursements. | 3.00 |
| 12/28/2015 | Timothy C. Ross | Reviewed, authorized, and released Debtors disbursements. | 0.50 |
| 12/29/2015 | Timothy C. Ross | Prepared and analyzed Debtors five week rolling cash flow requirements and executed Treasury funding transactions. | 2.50 |
| 12/30/2015 | Timothy C. Ross | Reviewed, authorized, and released Debtors disbursements. | 2.50 |
| **Cash Management Total** | | | **46.00** |
| **Claims Administration** | | | |
| 12/3/2015 | Timothy C. Ross | Received, reviewed, and actioned Debtors claims matter | 0.50 |
| 12/11/2015 | Kim Ponder | Correspondence with LexisNexis and set up of accounts. | 1.00 |
| 12/14/2015 | Timothy C. Ross | Worked Debtors claims administration matters | 0.50 |
| 12/15/2015 | Timothy C. Ross | Performed new user set-up and maintenance | 1.00 |
| 12/18/2015 | Timothy C. Ross | Researched and responded to Debtors claims matter | 0.50 |
| **Claims Administration Total** | | | **3.50** |
| **Compensation Application** | | | |
| 12/4/2015 | Kim Ponder | Compensation application preparation re: update of timekeeping records. | 0.50 |
| 12/4/2015 | Timothy C. Ross | Compensation application preparation re: update of timekeeping records. | 0.50 |
| 12/4/2015 | Timothy C. Ross | Prepared DRAFT Mergis staffing & compensation report for CGSH review | 3.00 |
| 12/4/2015 | William D. Cozart | Compensation application preparation re: update of timekeeping records. | 0.50 |
| 12/11/2015 | Kim Ponder | Compensation application preparation re: update of timekeeping records. | 0.50 |
| 12/11/2015 | Timothy C. Ross | Compensation application preparation re: update of timekeeping records. | 0.50 |
| 12/11/2015 | William D. Cozart | Compensation application preparation re: update of timekeeping records. | 0.50 |

# Exhibit F

## The Mergis Group
## Time Description Detail by Project

Nortel Networks, Inc. et al.
For the period of December 1, 2015 through December 31, 2015

| Project | Date | Professional | Project Work Description | Hours |
|---|---|---|---|---|
|  | 12/17/2015 | Timothy C. Ross | Received, reviewed, updated and finalized Mergis Staffing & Compensation report with CGSH edits and submitted to MNAT for court filing (November 2015). | 1.50 |
|  | 12/18/2015 | Kim Ponder | Compensation application preparation re: update of timekeeping records. | 0.50 |
|  | 12/18/2015 | Timothy C. Ross | Compensation application preparation re: update of timekeeping records. | 0.50 |
|  | 12/21/2015 | William D. Cozart | Compensation application preparation re: update of timekeeping records. | 0.50 |
|  | 12/23/2015 | Kim Ponder | Compensation application preparation re: update of timekeeping records. | 0.50 |
|  | 12/24/2015 | Timothy C. Ross | Compensation application preparation re: update of timekeeping records. | 0.50 |
|  | 12/31/2015 | Kim Ponder | Compensation application preparation re: update of timekeeping records. | 0.50 |
|  | 12/31/2015 | Timothy C. Ross | Compensation application preparation re: update of timekeeping records. | 0.50 |
|  | 12/31/2015 | William D. Cozart | Compensation application preparation re: update of timekeeping records. | 0.50 |
| **Compensation Application Total** | | | | **11.50** |

### Discovery

| | Date | Professional | Project Work Description | Hours |
|---|---|---|---|---|
|  | 12/1/2015 | Timothy C. Ross | Worked Debtors third-party discovery request | 1.00 |
|  | 12/1/2015 | Timothy C. Ross | Received, reviewed, and actioned Debtors litigation matter | 0.50 |
|  | 12/2/2015 | Timothy C. Ross | Worked Debtors litigation matters from counsel (PC) | 1.00 |
|  | 12/3/2015 | Timothy C. Ross | Received, reviewed, and responded to Debtors subpoena matter | 0.50 |
|  | 12/3/2015 | Timothy C. Ross | Conference call with Debtors counsel (PC) | 0.50 |
|  | 12/3/2015 | William D. Cozart | Teleconference with T. Ross and CGHS. | 0.50 |
|  | 12/7/2015 | Timothy C. Ross | Received, reviewed, and responded to Debtors counsel (AS) | 0.50 |
|  | 12/11/2015 | Timothy C. Ross | Conference call with Debtors counsel (PC) and financial consultant | 1.00 |
|  | 12/11/2015 | William D. Cozart | Call with T. Ross and CGHS re: questions regarding product data. | 0.50 |
|  | 12/15/2015 | Timothy C. Ross | Worked Debtors litigation matter | 0.50 |
|  | 12/16/2015 | Timothy C. Ross | Received, reviewed, and responded to litigation matter | 0.50 |
|  | 12/16/2015 | Timothy C. Ross | Received, reviewed, and actioned Debtors subpoena | 0.50 |
|  | 12/21/2015 | Timothy C. Ross | Received, reviewed, and responded to Debtors counsel | 0.50 |
|  | 12/23/2015 | Timothy C. Ross | Received, reviewed, and actioned Debtors service of process notification | 0.50 |
| **Discovery Total** | | | | **8.50** |

### Electronic Data and Document Preservation

| | Date | Professional | Project Work Description | Hours |
|---|---|---|---|---|
|  | 12/3/2015 | Kim Ponder | Conference call with Iron Mountain and RLKS. | 0.50 |
|  | 12/7/2015 | Timothy C. Ross | Received, reviewed, and actioned Debtors document retention issues | 0.50 |
|  | 12/8/2015 | William D. Cozart | Prepare documents for storage. | 4.00 |
|  | 12/9/2015 | Timothy C. Ross | Worked Debtors document retention matters | 1.00 |
|  | 12/9/2015 | William D. Cozart | Prepare documents for storage. | 5.00 |
|  | 12/10/2015 | William D. Cozart | Prepare documents for storage. | 4.00 |
|  | 12/11/2015 | William D. Cozart | Prepare documents for storage. | 6.00 |
|  | 12/14/2015 | William D. Cozart | Historical document management. | 8.00 |
|  | 12/15/2015 | Timothy C. Ross | Worked Debtors document retention | 1.00 |
|  | 12/15/2015 | William D. Cozart | Prepare documents for storage. | 4.00 |
|  | 12/16/2015 | William D. Cozart | Historical document management. | 5.50 |
|  | 12/18/2015 | Timothy C. Ross | Worked Debtors document retention | 1.00 |
|  | 12/18/2015 | William D. Cozart | Historical document management. | 8.00 |
|  | 12/21/2015 | William D. Cozart | Prepare historical documents for storage. | 4.00 |
|  | 12/22/2015 | William D. Cozart | Prepare historical documents for storage. | 3.00 |
|  | 12/23/2015 | William D. Cozart | Prepare historical documents for storage. | 4.00 |
|  | 12/24/2015 | William D. Cozart | Prepare historical documents for storage. | 4.00 |
| **Electronic Data and Document Preservation Total** | | | | **63.50** |

### Entity Liquidation and Wind Down

| | Date | Professional | Project Work Description | Hours |
|---|---|---|---|---|
|  | 11/30/2015 | Timothy C. Ross | Received, reviewed, and responded to Debtors foreign branch matters | 0.50 |
|  | 12/1/2015 | Timothy C. Ross | Received, reviewed, and actioned Debtors foreign branch matter | 0.50 |
|  | 12/10/2015 | Timothy C. Ross | Conference call with Debtors counsel (KH, RE, RB) | 0.50 |
|  | 12/14/2015 | Timothy C. Ross | Conference call with Debtors counsel (KH, RE) | 0.50 |
|  | 12/21/2015 | Timothy C. Ross | Received, reviewed, and responded to Debtors foreign branch wind down matters | 0.50 |
|  | 12/22/2015 | Timothy C. Ross | Reviewed and authorized Debtors foreign branch professional invoices for payment | 0.50 |
|  | 12/28/2015 | Timothy C. Ross | Worked Debtors foreign branch wind down matters | 0.50 |
|  | 12/30/2015 | Timothy C. Ross | Received, reviewed, and actioned Debtors foreign entity matters | 0.50 |
| **Entity Liquidation and Wind Down Total** | | | | **4.00** |

### Finance and General Accounting

| | Date | Professional | Project Work Description | Hours |
|---|---|---|---|---|
|  | 11/30/2015 | Kim Ponder | Normal course payables | 1.50 |
|  | 11/30/2015 | Kim Ponder | Month end close. | 1.00 |
|  | 11/30/2015 | Kim Ponder | Reviewed NTEC processes. | 3.00 |
|  | 11/30/2015 | Timothy C. Ross | Reviewed and authorized Debtors residual invoices for payment. | 1.00 |
|  | 11/30/2015 | Timothy C. Ross | Worked Debtors foreign subsidiary service tax matter | 1.00 |
|  | 11/30/2015 | William D. Cozart | Load FX rages into QuickBooks. | 3.50 |
|  | 11/30/2015 | William D. Cozart | Set up vendor in QuickBooks. | 0.50 |
|  | 11/30/2015 | William D. Cozart | Prepare research regarding foreign banking. | 1.00 |
|  | 11/30/2015 | William D. Cozart | Record cash receipts. | 1.00 |
|  | 11/30/2015 | William D. Cozart | Prepare reconciliations for November. | 2.00 |
|  | 12/1/2015 | Kim Ponder | Conference call with Tim Ross and Muthaiah Subramanian. | 0.50 |
|  | 12/1/2015 | Kim Ponder | Month end close. | 5.00 |
|  | 12/1/2015 | Timothy C. Ross | Reviewed and authorized Debtors foreign subsidiary invoices for payment. | 0.50 |
|  | 12/1/2015 | Timothy C. Ross | Worked Debtors finance and accounting matters | 2.00 |
|  | 12/1/2015 | William D. Cozart | Record cash receipts. | 1.00 |
|  | 12/1/2015 | William D. Cozart | Prepare November bank reconciliations. | 5.00 |
|  | 12/1/2015 | William D. Cozart | Prepare billings for December. | 0.50 |
|  | 12/1/2015 | William D. Cozart | Prepare reconciliations for November. | 1.00 |
|  | 12/2/2015 | Kim Ponder | Normal course payables | 1.00 |

Exhibit F

## The Mergis Group
### Time Description Detail by Project

Nortel Networks, Inc. et al.
For the period of December 1, 2015 through December 31, 2015

| Project | Date | Professional | Project Work Description | Hours |
|---|---|---|---|---|
| | 12/2/2015 | Kim Ponder | Normal course payables | 1.00 |
| | 12/2/2015 | Kim Ponder | Month end close. | 5.00 |
| | 12/2/2015 | Timothy C. Ross | Reviewed and authorized Debtors GL account reconciliations. | 3.00 |
| | 12/2/2015 | Timothy C. Ross | Worked Debtors finance and accounting matters | 1.50 |
| | 12/2/2015 | William D. Cozart | Process cash receipts. | 1.00 |
| | 12/2/2015 | William D. Cozart | Prepare November bank reconciliations. | 4.00 |
| | 12/2/2015 | William D. Cozart | Process cash disbursements. | 0.50 |
| | 12/2/2015 | William D. Cozart | Prepare reconciliations for November. | 1.50 |
| | 12/3/2015 | Kim Ponder | Normal course payables | 1.00 |
| | 12/3/2015 | Kim Ponder | Month end close. | 2.00 |
| | 12/3/2015 | Kim Ponder | Historical records management. | 3.50 |
| | 12/3/2015 | Timothy C. Ross | Worked Debtors finance and accounting matters | 1.00 |
| | 12/3/2015 | William D. Cozart | Record cash receipts. | 1.00 |
| | 12/3/2015 | William D. Cozart | Prepare November bank reconciliations. | 3.50 |
| | 12/3/2015 | William D. Cozart | Prepare reconciliations for November. | 3.00 |
| | 12/4/2015 | Kim Ponder | Historical data management. | 6.50 |
| | 12/4/2015 | Timothy C. Ross | Worked Debtors finance and accounting matters | 1.00 |
| | 12/4/2015 | William D. Cozart | Prepare November bank reconciliations. | 3.50 |
| | 12/4/2015 | William D. Cozart | Perform research re: changes in investments. | 4.00 |
| | 12/7/2015 | Kim Ponder | Received and responded to communications from Iron Mountain. | 1.00 |
| | 12/7/2015 | Kim Ponder | Normal course payables | 1.00 |
| | 12/7/2015 | Kim Ponder | Online access resolution with vendor. | 1.00 |
| | 12/7/2015 | Kim Ponder | Historical data management. | 4.00 |
| | 12/7/2015 | Timothy C. Ross | Prepared and submitted staffing payroll report. | 0.50 |
| | 12/7/2015 | Timothy C. Ross | Worked Debtors finance & accounting matters | 2.00 |
| | 12/7/2015 | William D. Cozart | Prepare November bank reconciliations. | 5.50 |
| | 12/7/2015 | William D. Cozart | Record cash receipts. | 1.50 |
| | 12/7/2015 | William D. Cozart | Prepare journal entries for November. | 1.00 |
| | 12/8/2015 | Kim Ponder | Normal course payables | 1.00 |
| | 12/8/2015 | Kim Ponder | Historical data management. | 7.00 |
| | 12/8/2015 | Timothy C. Ross | Worked Debtors finance & accounting matters | 1.50 |
| | 12/8/2015 | William D. Cozart | Prepare reconciliations for November. | 3.00 |
| | 12/9/2015 | Kim Ponder | Normal course payables | 1.50 |
| | 12/9/2015 | Kim Ponder | Historical data management. | 6.00 |
| | 12/9/2015 | Timothy C. Ross | Reviewed and authorized Debtors residual invoices for payment. | 0.50 |
| | 12/9/2015 | William D. Cozart | Record cash receipts. | 0.50 |
| | 12/9/2015 | William D. Cozart | Prepare reconciliations for November. | 2.50 |
| | 12/10/2015 | Kim Ponder | Normal course payables | 2.00 |
| | 12/10/2015 | Kim Ponder | Historical document management. | 6.00 |
| | 12/10/2015 | Timothy C. Ross | Worked Debtors finance and accounting matters | 0.50 |
| | 12/10/2015 | William D. Cozart | Process Sublease PO. | 0.50 |
| | 12/10/2015 | William D. Cozart | Prepare analysis for inter-estate payment. | 1.00 |
| | 12/10/2015 | William D. Cozart | Prepare analysis for November closing. | 2.00 |
| | 12/10/2015 | William D. Cozart | Record cash receipts. | 0.50 |
| | 12/11/2015 | Kim Ponder | Historical document management. | 4.00 |
| | 12/11/2015 | Kim Ponder | Month end close. | 2.00 |
| | 12/11/2015 | William D. Cozart | Record cash receipts. | 1.00 |
| | 12/14/2015 | Kim Ponder | Historical document management. | 8.00 |
| | 12/14/2015 | Timothy C. Ross | Prepared and submitted residual staff payroll request. | 0.50 |
| | 12/14/2015 | Timothy C. Ross | Worked Debtors finance & accounting matters | 1.00 |
| | 12/15/2015 | Kim Ponder | Historical document management. | 8.00 |
| | 12/15/2015 | Kim Ponder | Normal course payables | 2.00 |
| | 12/15/2015 | William D. Cozart | Record cash receipts. | 1.00 |
| | 12/16/2015 | Kim Ponder | Historical document management. | 5.00 |
| | 12/16/2015 | Kim Ponder | Normal course payables | 3.00 |
| | 12/16/2015 | Timothy C. Ross | Reviewed and authorized Debtors residual invoices for payment. | 1.00 |
| | 12/16/2015 | Timothy C. Ross | Worked Debtors finance and accounting matters | 1.00 |
| | 12/16/2015 | William D. Cozart | Record cash receipts. | 0.50 |
| | 12/16/2015 | William D. Cozart | Prepare reconciliations for November. | 2.00 |
| | 12/17/2015 | Kim Ponder | Normal course payables | 4.00 |
| | 12/17/2015 | Kim Ponder | Month end close. | 3.00 |
| | 12/17/2015 | Kim Ponder | Historical document management. | 1.00 |
| | 12/17/2015 | Timothy C. Ross | Worked Debtors finance and accounting matters | 1.00 |
| | 12/17/2015 | William D. Cozart | Record cash receipts. | 1.00 |
| | 12/17/2015 | William D. Cozart | Backup QuickBooks for November month end. | 2.00 |
| | 12/17/2015 | William D. Cozart | Perform QuickBooks account maintenance. | 0.50 |
| | 12/17/2015 | William D. Cozart | Prepare QuickBooks month end reports. | 2.50 |
| | 12/18/2015 | Timothy C. Ross | Reviewed and authorized QuickBooks maintenance request (s) | 0.50 |
| | 12/21/2015 | Timothy C. Ross | Prepared and submitted residual staff payroll request. | 0.50 |
| | 12/21/2015 | Timothy C. Ross | Reviewed and authorized Debtors foreign subsidiary invoices for payment | 0.50 |
| | 12/21/2015 | William D. Cozart | Setup vendors in QuickBooks. | 0.50 |
| | 12/21/2015 | William D. Cozart | Prepare consolidation for November MOR. | 3.00 |
| | 12/22/2015 | Kim Ponder | Normal course payables | 1.50 |
| | 12/22/2015 | Kim Ponder | Normal course payables | 2.00 |
| | 12/22/2015 | Kim Ponder | Various email correspondence. | 1.50 |
| | 12/22/2015 | Kim Ponder | Year end planning. | 3.00 |
| | 12/22/2015 | Timothy C. Ross | Reviewed and authorized Debtors Bank reconciliations. | 3.00 |
| | 12/22/2015 | William D. Cozart | Prepare January 2016 sublease billings and related journal entries. | 3.50 |
| | 12/22/2015 | William D. Cozart | Record cash receipts. | 0.50 |
| | 12/22/2015 | William D. Cozart | Open mail and prepare deposit. | 1.00 |
| | 12/23/2015 | William D. Cozart | Record cash receipts. | 0.50 |
| | 12/24/2015 | William D. Cozart | Prepare for December close. | 2.00 |
| | 12/28/2015 | Kim Ponder | Monitored and responded to email. | 1.00 |
| | 12/28/2015 | Timothy C. Ross | Prepared and submitted residual staffing time report. | 0.50 |
| | 12/28/2015 | Timothy C. Ross | Reviewed and authorized Debtors residual invoices for payment. | 0.50 |

## Exhibit F

### The Mergis Group
### Time Description Detail by Project

Nortel Networks, Inc. et al.
For the period of December 1, 2015 through December 31, 2015

| Project | Date | Professional | Project Work Description | Hours |
|---|---|---|---|---|
| | 12/29/2015 | Kim Ponder | Normal course payables | 2.00 |
| | 12/29/2015 | Kim Ponder | Monitored and responded to email. | 1.00 |
| | 12/30/2015 | Kim Ponder | Normal course payables | 3.00 |
| | 12/30/2015 | Kim Ponder | Monitored and responded to email. | 1.00 |
| | 12/31/2015 | William D. Cozart | Update foreign exchange rates in QuickBooks. | 1.50 |
| **Finance and General Accounting Total** | | | | **222.00** |

**Human Resources**

| | 12/1/2015 | Kim Ponder | Received, researched and responded to request for subpoena data. | 1.00 |
|---|---|---|---|---|
| | 12/1/2015 | Timothy C. Ross | Received, reviewed, and actioned request from US Office of personnel management | 0.50 |
| | 12/3/2015 | Kim Ponder | Provided data requested in connection with subpoena. | 0.50 |
| | 12/14/2015 | Timothy C. Ross | Worked Debtors HR matters | 0.50 |
| **Human Resources Total** | | | | **2.50** |

**Information Technology Operations**

| | 12/1/2015 | Timothy C. Ross | Worked request from RLKS (RP) | 0.50 |
|---|---|---|---|---|
| | 12/17/2015 | Timothy C. Ross | Meeting with Debtors consultant (RP) | 0.50 |
| | 12/30/2015 | Timothy C. Ross | Reviewed, executed, and responded to Debtors wind down consultant (RP) request | 0.50 |
| **Information Technology Operations Total** | | | | **1.50** |

**Insurance & Risk Management**

| | 12/15/2015 | Timothy C. Ross | Worked Debtors payment issue | 0.50 |
|---|---|---|---|---|
| | 12/30/2015 | Timothy C. Ross | Received, reviewed and responded to Debtors insurance broker (MM) | 0.50 |
| **Insurance & Risk Management Total** | | | | **1.00** |

**Professional Fee Applications**

| | 11/30/2015 | Kim Ponder | Processed fee applications filed by Professionals. | 1.50 |
|---|---|---|---|---|
| | 12/1/2015 | Kim Ponder | Processed fee applications filed by Professionals. | 1.00 |
| | 12/2/2015 | Kim Ponder | Processed fee applications filed by Professionals. | 1.00 |
| | 12/3/2015 | Kim Ponder | Processed fee applications filed by Professionals. | 1.00 |
| | 12/9/2015 | Kim Ponder | Processed fee applications filed by Professional. | 0.50 |
| | 12/16/2015 | Kim Ponder | Processed fee application filed by Professional. | 0.50 |
| | 12/28/2015 | Kim Ponder | Initiated payment to Professional. | 0.50 |
| | 12/28/2015 | Timothy C. Ross | Received, reviewed, and responded to Debtors YE disbursement matters | 0.50 |
| | 12/29/2015 | Timothy C. Ross | Received, reviewed, and responded to Debtors YE disbursement matters | 0.50 |
| | 12/31/2015 | Kim Ponder | Processed fee application filed by Professional. | 0.50 |
| **Professional Fee Applications Total** | | | | **7.50** |

**Real Estate Management**

| | 11/30/2015 | Timothy C. Ross | Worked Debtors property management matters | 2.00 |
|---|---|---|---|---|
| | 11/30/2015 | Timothy C. Ross | Reviewed and actioned Debtors service of process notification (s) | 1.00 |
| | 12/1/2015 | Timothy C. Ross | Conference call with Glenville property landlord (AN) | 0.50 |
| | 12/1/2015 | Timothy C. Ross | Conference call with Glenville property management company (AL) | 0.50 |
| | 12/3/2015 | Timothy C. Ross | Conference call with Debtors property manager (AL) | 1.00 |
| | 12/3/2015 | Timothy C. Ross | Worked Debtors property management matters | 0.50 |
| | 12/4/2015 | Timothy C. Ross | Received, researched, and responded to Debtors Glenville property landlord | 1.00 |
| | 12/7/2015 | Timothy C. Ross | Received, researched, and responded to Glenville property Landlord (DJ) | 2.00 |
| | 12/7/2015 | Timothy C. Ross | Received, reviewed, and executed Debtors property management matters | 0.50 |
| | 12/8/2015 | Timothy C. Ross | Conference call with Debtors counsel (PM, CC), property manager (AL), and wind down consultant (KS) | 1.50 |
| | 12/8/2015 | Timothy C. Ross | Prepared for meeting with Debtors counsel | 1.50 |
| | 12/9/2015 | Timothy C. Ross | Worked Debtors property management matters | 1.50 |
| | 12/9/2015 | Timothy C. Ross | Reviewed Debtors counsel comments and communicated draft documents to Debtors landlord | 2.00 |
| | 12/10/2015 | Timothy C. Ross | Worked Debtors property management matters | 4.00 |
| | 12/11/2015 | Timothy C. Ross | Worked Debtors property management matters | 3.00 |
| | 12/14/2015 | Timothy C. Ross | Worked Debtors property management matters | 1.50 |
| | 12/15/2015 | Timothy C. Ross | Worked Debtors property management matters | 1.00 |
| | 12/15/2015 | Timothy C. Ross | Walk through of Raleigh property with property manager (KE) | 2.00 |
| | 12/15/2015 | Timothy C. Ross | Meeting with Gateway property subtenant (BW) | 1.00 |
| | 12/16/2015 | Kim Ponder | Conference call with GPT and Tim Ross. | 0.50 |
| | 12/16/2015 | Timothy C. Ross | Conference call with Debtors property landlord | 1.00 |
| | 12/17/2015 | Timothy C. Ross | Worked Debtors property management matters | 1.00 |
| | 12/17/2015 | Timothy C. Ross | Reviewed and executed subtenant estoppel documents | 0.50 |
| | 12/18/2015 | Kim Ponder | Preparation of assets for disposal. | 4.00 |
| | 12/21/2015 | Kim Ponder | Preparation of assets for disposal. | 8.00 |
| | 12/21/2015 | Timothy C. Ross | Conducted walk-thru of residual office area with CBRE (KE) and Hilldrup | 0.50 |
| | 12/21/2015 | Timothy C. Ross | Worked Debtors property management matters | 1.00 |
| | 12/21/2015 | Timothy C. Ross | Worked Debtors property management matters | 0.50 |
| | 12/21/2015 | Timothy C. Ross | Worked Debtors property management matters | 0.50 |
| | 12/21/2015 | Timothy C. Ross | Prepared subtenant rental income for invoicing. | 2.50 |
| | 12/22/2015 | Timothy C. Ross | Prepared Rent roll for RTP and Richardson properties. | 1.00 |
| | 12/22/2015 | Timothy C. Ross | Follow-up with Glenville landlord | 0.50 |
| | 12/23/2015 | Timothy C. Ross | Follow-up conference call with Glenville landlord (TN) | 0.50 |
| | 12/23/2015 | Timothy C. Ross | Worked Debtors property management issue with CBRE (AL) | 0.50 |
| | 12/28/2015 | Timothy C. Ross | Worked Debtors property management matters (TN) | 0.50 |
| | 12/29/2015 | Timothy C. Ross | Conference call with Debtors property landlord representative (TN) | 0.50 |
| **Real Estate Management Total** | | | | **51.50** |

**Residual Business Operations**

## Exhibit F

### The Mergis Group
### Time Description Detail by Project

Nortel Networks, Inc. et al.
For the period of December 1, 2015 through December 31, 2015

| Project | Date | Professional | Project Work Description | Hours |
|---|---|---|---|---|
| | 12/1/2015 | William D. Cozart | Update EMB to reflect closure of T&T branch. | 0.50 |
| | 12/8/2015 | Timothy C. Ross | Worked on accounting reserve matters | 1.00 |
| | 12/10/2015 | Timothy C. Ross | Follow-up with Principal Officer | 0.50 |
| | 12/18/2015 | Timothy C. Ross | Received, reviewed, and actioned Debtors service of process notification (s). | 0.50 |
| | 12/28/2015 | Timothy C. Ross | Reviewed and acknowledged Debtors service of process notification(s). | 0.50 |
| **Residual Business Operations Total** | | | | **3.00** |

**Tax Matters**

| | 11/30/2015 | Timothy C. Ross | Received, reviewed, and responded to Debtors foreign branch matters | 0.50 |
|---|---|---|---|---|
| | 12/1/2015 | Timothy C. Ross | Conference call with Debtors foreign subsidiary professional (SM) | 1.00 |
| | 12/1/2015 | Timothy C. Ross | Worked Debtors foreign subsidiary tax matters | 0.50 |
| | 12/3/2015 | Timothy C. Ross | Reviewed and authorized Debtors tax matters | 0.50 |
| | 12/7/2015 | Timothy C. Ross | Meeting with Debtors tax professional (JW) | 0.50 |
| | 12/7/2015 | Timothy C. Ross | Received, reviewed, and responded to Debtors foreign subsidiary matters | 0.50 |
| | 12/7/2015 | Timothy C. Ross | Received, reviewed, and responded to Debtors foreign subsidiary professional | 0.50 |
| | 12/8/2015 | Timothy C. Ross | Meeting with Debtors tax professional (JS, JW) | 1.00 |
| | 12/8/2015 | Timothy C. Ross | Prepared for meeting with Debtors tax professional | 0.50 |
| | 12/8/2015 | Timothy C. Ross | Worked actions from meeting with Debtors tax professional (JS) | 1.00 |
| | 12/8/2015 | William D. Cozart | Update cash balances for FBAR reporting. | 1.00 |
| | 12/14/2015 | Timothy C. Ross | Reviewed and authorized Debtors foreign subsidiary tax matters | 1.00 |
| | 12/14/2015 | Timothy C. Ross | Conference call with Debtors foreign subsidiary tax professional and Debtors counsel | 1.00 |
| | 12/14/2015 | Timothy C. Ross | Prepared for conference call with Debtors foreign subsidiary tax professional and Debtors counsel | 1.00 |
| | 12/14/2015 | Timothy C. Ross | Received, reviewed, and responded to Debtors foreign subsidiary tax matters | 0.50 |
| | 12/15/2015 | Timothy C. Ross | Received, reviewed, and responded to Debtors foreign branch tax matters | 0.50 |
| | 12/16/2015 | Timothy C. Ross | Received, reviewed and responded to Debtors tax matters | 0.50 |
| | 12/16/2015 | Timothy C. Ross | Worked Debtors foreign subsidiary tax matters | 0.50 |
| | 12/16/2015 | Timothy C. Ross | Received, reviewed, and executed Debtors tax matters | 1.00 |
| | 12/18/2015 | Timothy C. Ross | Reviewed and authorized filing of tax documents for Debtors foreign subsidiary | 1.00 |
| | 12/18/2015 | Timothy C. Ross | Received, reviewed, and actioned Debtors compliance matters | 0.50 |
| | 12/23/2015 | Timothy C. Ross | Received, reviewed, and actioned Debtors tax matters | 0.50 |
| | 12/24/2015 | Timothy C. Ross | Received, reviewed, and responded to Debtors tax professional (JW) | 0.50 |
| | 12/28/2015 | Timothy C. Ross | Received, reviewed, and responded to Debtors tax matters | 0.50 |
| | 12/30/2015 | William D. Cozart | Prepare analysis of 2015 intercompany payments. | 5.00 |
| | 12/31/2015 | Kim Ponder | Compiled Form 1042 data for 2015 per EY request. | 7.00 |
| | 12/31/2015 | William D. Cozart | Prepare analysis of 2015 intercompany payments. | 4.50 |
| | 12/31/2015 | William D. Cozart | Update cash balances report for 2015 FBAR reporting. | 1.50 |
| **Tax Matters Total** | | | | **34.50** |

For the period of December 1, 2015 through December 31, 2015    479.50

[1] This application also includes fees and expenses from prior periods that were inadvertently omitted from prior applications.

## Exhibit G

## The Mergis Group
## Summary of Expenses By Category

### Nortel Networks, Inc. et al.
For the period of December 1, 2015 through December 31, 2015

| Expense Category | Expenses |
|---|---:|
| Airfare | - |
| Lodging | - |
| Meals | - |
| Parking | - |
| Ground Transportation | - |
| Office Expense | 166.52 |
| Professional | - |
| Miscellaneous | - |
| **For the period of December 1, 2015 through December 31, 2015** | **$ 166.52** |

[1]This application also includes fees and expenses from prior periods that were inadvertently omitted from prior applications.

# Exhibit H

## The Mergis Group
### Expense Detail

Nortel Networks, Inc. et al.
For the period of December 1, 2015 through December 31, 2015

| Date (s) Incurred | Name of Professional | Purpose | Location Visited | |
|---|---|---|---|---|
| 12/01/15 | Timothy C. Ross | Purchase of repair parts for Debtors IT equipment. | Not Applicable (online order) | |
| | Expense Category | Vendor | | Expenses |
| | Airfare | | | - |
| | Lodging | | | - |
| | Meals | | | - |
| | Parking | | | - |
| | Ground Transportation | | | - |
| | Office Expense | Amazon.com | | 166.52 |
| | Professional | | | - |
| | Miscellaneous | | | - |
| | Total | | $ | 166.52 |

| Date (s) Incurred | Name of Professional | Purpose | Location Visited | |
|---|---|---|---|---|
| | Expense Category | Vendor | | Expenses |
| | Airfare | | | - |
| | Lodging | | | - |
| | Meals | | | - |
| | Parking | | | - |
| | Ground Transportation | | | - |
| | Office Expense | | | - |
| | Professional | | | - |
| | Miscellaneous | | | - |
| | Total | | $ | - |

| Date (s) Incurred | Name of Professional | Purpose | Location Visited | |
|---|---|---|---|---|
| | Expense Category | Vendor | | Expenses |
| | Airfare | | | - |
| | Lodging | | | - |
| | Meals | | | - |
| | Parking | | | - |
| | Ground Transportation | | | - |
| | Office Expense | | | - |
| | Professional | | | - |
| | Miscellaneous | | | - |
| | Total | | $ | - |

| Date (s) Incurred | Name of Professional | Purpose | Location Visited | |
|---|---|---|---|---|
| | Expense Category | Vendor | | Expenses |
| | Airfare | | | - |
| | Lodging | | | - |
| | Meals | | | - |
| | Parking | | | - |
| | Ground Transportation | | | - |
| | Office Expense | | | - |
| | Professional | | | - |
| | Miscellaneous | | | - |
| | Total | | $ | - |

| For the period of December 1, 2015 through December 31, 2015 | | $ | 166.52 |
|---|---|---|---|

[1] This application also includes fees and expenses from prior periods that were inadvertently omitted from prior applications.