## EXHIBIT A

**NORTEL NETWORKS INC., *et al*.**
**CASE NO. 09-10138 (KG)**

Professional Fees and Expenses
Monthly Fee Application

| Applicant & Docket No. | Time Period Covered | Fees & Expenses Requested in Application | Fees & Expenses Allowed/Awarded | Date Application Filed | Objection Deadline |
|---|---|---|---|---|---|
| Akin Gump Strauss Hauer & Feld LLP<br><br>[Docket No. 16460] | 11/1/15 - 11/30/15 | $754,134.50 (Fees)<br><br>$15,133.27 (Expenses) | $603,307.60 (Fees @ 80%)<br><br>$15,133.27 (Expenses @ 100%) | 1/8/16 | 1/28/16 |