Robert Kinamon
21515 NE 143rd Place
Woodinville WA 98077
425-881-6035
rkinamon@comcast.net
January 21, 2016

Honorable Judge Kevin Gross
824 North Market Street
6th Floor
Wilmington, DE 19801

Dear Honorable Judge Kevin Gross:

I am writing you in an effort to obtain claim status in the Nortel Networks bankruptcy case. I filed a claim with Epiq Systems in July of 2009 in the amount of $150,908.52. This amount represents unpaid non-qualified pension payments that were suspended when Nortel filed bankruptcy. My Epiq claim numbers are 1825 and 6595.

On August 25, 2015, I accepted an offer for a lesser amount ($124,727.00). Epiq subsequently updated their website for claim 6595 to indicate "This claim is allowed".

I still have absolutely no idea of the real status of my claim in terms of actual amount or payment date. The Nortel bankruptcy is going on seven years without a single payment to me and, I suspect, most creditors. Based on the scarce information available on the web, it appears that only lawyers have been paid thus far.

The suspension of my pension payments has altered the comfort level of my retirement. I am 69 now and would appreciate receiving the amount owed to me immediately. If payment will be delayed, I would appreciate any information you could pass on so I may better plan my finances throughout retirement.

Sincerely,

*R. C. Kinamon* (signature)

Robert Kinamon