# EXHIBIT A

**CUMULATIVE COMPENSATION BY PROJECT
CATEGORY FOR APPLICATION PERIOD**

Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

December 1, 2015 through January 31, 2016

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

# HOURS/BILLABLE AMOUNTS BY PROJECT
## John Ray-Nortel

**Name:** John J. Ray, III

| | Start Date | End Date |
|---|---|---|
| **Working Dates:** | 12/1/15 | 1/26/16 |
| **Enter Billing Rate/Hr:** | 735.00 | |

| Project No. | Project Name | Hours/Minutes Worked | Billing Rate | Billing Amount |
|---|---|---|---|---|
| 1 | MOR, required monthly/period disclosures, Schedule Admendments, Form 26 | | | |
| 2 | Contracts - assumption/rejection analysis & support, Executory contract review | | | |
| 3 | Claims Matters | 13.7 | $735.00 | $10,069.50 |
| 4 | Preparation & presentation of financial and other information; cash/expense management; analysis of proposed transactions; assist with business processes | | | |
| 5 | Asset Sales or Other Transactional Support | | | |
| 6 | IT Infrastructure / Data Support | | | |
| 7 | Litigation Support; Attendance and testimony at hearings; Investigation matters at the request of counsel | 30.8 | $735.00 | $22,638.00 |
| 8 | Creditor Meetings; Various administrative matters (Tax, Financial, Board, Employee) | 0.5 | $735.00 | $367.50 |
| 9 | Development of Plan of Reorganization; Disclosure Statement | | | |
| 10 | Non-Working Travel | 9.0 | $367.50 | $3,307.50 |
| 11 | Fee Application | 3.0 | $735.00 | $2,205.00 |
| | **Hours/Billing Amount for Period:** | **57.0** | | **$38,587.50** |

**Nortel TIME SHEET**      57.0
John Ray

| Enter Date | Description | Professional | Project No. (1-11) | Enter Start Time Hour (1-23) | Enter Start Time Minutes (1-59) | Enter End Time Hour (1-23) | Enter End Time Minutes (1-59) | Hours/ Minutes Worked |
|---|---|---|---|---|---|---|---|---|
| 12/1/15 | Review and comment upon omnibus claims motion | John Ray | 3 | 1 | 0 | 4 | 0 | 3.0 |
| 12/1/15 | Nortel T&T branch dissolution update | John Ray | 8 | 1 | 0 | 1 | 30 | 0.5 |
| 12/1/15 | Prepare November fee application | John Ray | 11 | 1 | 0 | 3 | 45 | 2.8 |
| 12/2/15 | Review and file November fee application | John Ray | 11 | 1 | 0 | 1 | 10 | 0.2 |
| 12/10/15 | Wanland claim update | John Ray | 3 | 1 | 0 | 1 | 20 | 0.3 |
| 12/19/15 | Call with Cleary updating on briefing of appeal | John Ray | 7 | 1 | 0 | 2 | 0 | 1.0 |
| 12/30/15 | Call with Cleary and Chilmark re upcoming mediation | John Ray | 7 | 1 | 0 | 2 | 20 | 1.3 |
| 1/5/16 | Call re mediation on 1/14 | John Ray | 7 | 1 | 0 | 2 | 0 | 1.0 |
| 1/11/16 | Prepare for mediation; review data re same | John Ray | 7 | 1 | 0 | 6 | 30 | 5.5 |
| 1/12/16 | Prepare for mediation on 1/14 | John Ray | 7 | 1 | 0 | 7 | 30 | 6.5 |
| 1/12/16 | Flight to NY | John Ray | 10 | 1 | 0 | 5 | 30 | 4.5 |
| 1/13/16 | Meeting with Cleary and RLKS re claims | John Ray | 3 | 1 | 0 | 5 | 30 | 4.5 |
| 1/13/16 | Meeting with Cleary and Chilmark to prepare for mediation | John Ray | 7 | 1 | 0 | 4 | 30 | 3.5 |
| 1/14/16 | Mediation attendence | John Ray | 7 | 1 | 0 | 10 | 0 | 9.0 |
| 1/15/16 | Fly from ny | John Ray | 10 | 1 | 0 | 5 | 30 | 4.5 |
| 1/15/16 | SNMP litigation update | John Ray | 7 | 1 | 0 | 2 | 0 | 1.0 |
| 1/18/16 | Mediation follow with Cleary and Chilmark | John Ray | 7 | 1 | 0 | 1 | 30 | 0.5 |
| 1/19/16 | Review claims info sent by Cleary/Canada | John Ray | 3 | 1 | 0 | 1 | 25 | 0.4 |
| 1/19/16 | Claim settlement for trade claims with Solus; review documentation and execute stipulation | John Ray | 3 | 1 | 0 | 3 | 30 | 2.5 |
| 1/19/16 | Review claims procedure motion | John Ray | 3 | 1 | 0 | 4 | 0 | 3.0 |
| 1/26/16 | Call with Cleary and Chilmark related to appeals and mediation | John Ray | 7 | 1 | 0 | 2 | 30 | 1.5 |