# EXHIBIT B

**EXPENSE SUMMARY/DETAIL**

Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

December 1, 2015 through January 31, 2016

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

**Nortel Networks, Inc.**

**EXPENSE SUMMARY**
**December 1, 2015 through January 31, 2016**

**John Ray**

| Expense Category | | Total Expenses |
|---|---|---:|
| Travel – Airline | | $ 281.20 |
| Travel – Lodging | | 2,300.00 |
| Travel – Transportation | | 312.05 |
| Travel – Meals | | - |
| Parking | | 64.00 |
| TOTAL | | $ 2,957.25 |
| | | |

John Ray Time and Expense--Nortel

PERIOD: December 1, 2015 through January 31, 2016

| Date | Description | Air | Lodging | Transportation | Meals | Parking | Professional |
|------|-------------|-----|---------|----------------|-------|---------|--------------|
| 1/12/16 | Airfare roundtrip and car from Laguardia; hotel including tax | $ 281.20 | $ 575.00 | $ 158.99 | | | John Ray |
| 1/13/16 | Hotel including tax | | $ 575.00 | | | | John Ray |
| 1/14/16 | Hotel including tax | | $ 575.00 | | | | John Ray |
| 1/15/16 | Hotel including tax; car to Laguardia; parking at airport | | $ 575.00 | $ 153.06 | | $ 64.00 | John Ray |