## CERTIFICATE OF SERVICE

I, Tamara K. Minott, certify that I am not less than 18 years of age, and that service of the foregoing **Debtors' Motion for an Order Establishing Procedures to Further the Resolution of Claims** was caused to be made on February 2, 2016, in the manner indicated upon the entities identified on the attached service list.

Date:  February 2, 2016

*/s/ Tamara K. Minott*
Tamara K. Minott (No. 5643)

9818536.1