# EXHIBIT B

**COMPENSATION BY PROJECT CATEGORY**
**DECEMBER 1, 2015 THROUGH DECEMBER 31, 2015**

| Project Category | Total Hours | Total Fees |
| --- | --- | --- |
| General Case Administration | 2.70 | $2,359.00 |
| Akin Gump Fee Applications/Monthly Billing Reports | 18.20 | $8,594.50 |
| Analysis of Other Professionals' Fee Applications/Reports | 1.00 | $949.50 |
| Creditors' Committee Meetings | 30.10 | $24,898.00 |
| Court Hearings | 16.70 | $12,739.50 |
| Financial Reports and Analysis | 3.20 | $2,074.50 |
| General Claims Analysis/Claims Objections | 126.20 | $106,480.50 |
| Canadian Proceedings/Matters | 1.90 | $2,262.00 |
| Travel | 4.00 | $4,442.50 |
| Intercompany Analysis | 172.30 | $156,917.50 |
| Committee Website | 0.20 | $202.50 |
| European Proceedings/Matters | 0.50 | $615.00 |
| **TOTAL** | **377.00** | **$322,535.00** |



NORTEL NETWORKS INC. CREDITORS COMMITTEE  
ATTN: JOHN DOLITTLE  
2221 LAKESIDE BOULEVARD  
RICHARDSON, TX  75082

Invoice Number  1640418  
Invoice Date  01/26/16  
Client Number  687147  
Matter Number  0001

Re: CHAPTER 11

FOR PROFESSIONAL SERVICES RENDERED THROUGH  12/31/15 :

MATTER SUMMARY OF TIME BILLED BY TASK :

| | | HOURS | VALUE |
|---|---|---|---|
| 0002 | General Case Administration | 2.70 | $2,359.00 |
| 0003 | Akin Gump Fee Application/Monthly Billing Reports | 18.20 | $8,594.50 |
| 0004 | Analysis of Other Professionals Fee Applications/Reports | 1.00 | $949.50 |
| 0007 | Creditors Committee Meetings | 30.10 | $24,898.00 |
| 0008 | Court Hearings | 16.70 | $12,739.50 |
| 0009 | Financial Reports and Analysis | 3.20 | $2,074.50 |
| 0012 | General Claims Analysis/Claims Objections | 126.20 | $106,480.50 |
| 0014 | Canadian Proceedings/Matters | 1.90 | $2,262.00 |
| 0025 | Travel | 4.00 | $4,442.50 |
| 0029 | Intercompany Analysis | 172.30 | $156,917.50 |
| 0030 | Committee Website | 0.20 | $202.50 |
| 0031 | European Proceedings/Matters | 0.50 | $615.00 |
| | TOTAL | 377.00 | $322,535.00 |

| Date | Tkpr | Task | Description | Hours |
|---|---|---|---|---|
| 12/10/15 | FSH | 0002 | Review request for equity comittee (.1) analyze same (.1) and communications w/ B. Kahn, M. Fagen re same (.2). | 0.40 |
| 12/10/15 | RAJ | 0002 | Review request for formation of equity committee and investigate requesting party (.1); multiple emails re same (.1). | 0.20 |
| 12/10/15 | BMK | 0002 | Review request for equity committee (.3); and emails re: same (.3). | 0.60 |
| 12/10/15 | MCF | 0002 | Review request for appointment of equity committee (.1); emails re same (.2). | 0.30 |
| 12/10/15 | AL | 0002 | Correspondence re request for equity committee appointment. | 0.40 |
| 12/15/15 | FSH | 0002 | Communications re equity committee request. | 0.20 |
| 12/17/15 | FSH | 0002 | Communications re equity Committee request (.1); communications with Committee member re case (.1). | 0.30 |
| 12/23/15 | BMK | 0002 | Review equity committee request (0.2); emails re: same (0.1). | 0.30 |
| 12/01/15 | MCF | 0003 | Review interim fee application (.1) and emails re filing (.1). | 0.20 |
| 12/02/15 | MCF | 0003 | Review prebill re confidentiality and privilege (.5) and communications with A. Loring re same (.2); emails with accounting re excel versions of invoices for fee examiner (.2); and emails to B. Kahn re same (.1); review Committee member reimbursement application and comment on same (.4). | 1.40 |
| 12/02/15 | AL | 0003 | Review prebill for privilege and confidentiality (6.6); communication re same (.4). | 7.00 |
| 12/03/15 | AL | 0003 | Review November prebill for confidentiality and privilege. | 2.70 |
| 12/08/15 | AL | 0003 | Communication re prebill review for confidentiality and privilege (.1); review prebill for same (2.4). | 2.50 |
| 12/17/15 | AL | 0003 | Review prebill for confidentiality and privilege. | 0.20 |
| 12/17/15 | FBA | 0003 | Review prebill for confidentiality and privilege for M. Fagen. | 0.90 |
| 12/21/15 | FSH | 0003 | Review billings (.2) and correspond w/ B. Kahn re same (.1). | 0.30 |
| 12/28/15 | FSH | 0003 | Confer w/ M. Fagen re November fee app. | 0.10 |
| 12/28/15 | MCF | 0003 | Confer with F. Hodara re prebill/November fee app (.1); emails re same (.1). | 0.20 |
| 12/28/15 | AL | 0003 | Draft November fee application schedules. | 1.10 |
| 12/29/15 | FSH | 0003 | Review report of fee examiner (.1). Communications w/ M. Fagen and B. Kahn re same (.1). Review draft response (.1) and communicate w/ M. Fagen re same (.1). | 0.40 |
| 12/29/15 | MCF | 0003 | Review fee examiner preliminary response re Akin fee app (.2); communications with A. Loring re same (.1); review and edit response re same (.2); emails with F. Hodara re same (.1). | 0.60 |
| 12/29/15 | AL | 0003 | Draft fee examiner response. | 0.60 |
| 12/01/15 | FSH | 0004 | Examine fee applications of parties. | 0.10 |
| 12/01/15 | MCF | 0004 | Review BRG October fee app (.2) and communications re same (.1). | 0.30 |
| 12/11/15 | BMK | 0004 | Attention to fee examiner preliminary reports re parties. | 0.20 |
| 12/21/15 | FSH | 0004 | Examine fee applications of parties. | 0.20 |
| 12/28/15 | FSH | 0004 | Review fee apps of parties. | 0.20 |
| 12/09/15 | FSH | 0007 | Work on materials for Committee call. | 0.30 |
| 12/09/15 | RAJ | 0007 | Multiple emails with Akin team to plan Committee call agenda and substantive items for Committee report. | 0.40 |
| 12/09/15 | MCF | 0007 | Draft agenda for Committee call (.2); emails re same (.2); revise same (.2); prepare documents for same for distribution to Committee (.2); draft minutes re same (.1); communications with A. Loring re call prep (.1). | 1.00 |
| 12/09/15 | AL | 0007 | Prepare for Committee call. | 0.30 |
| 12/10/15 | FSH | 0007 | Outline material for Committee call (.2); participate in same (.8). | 1.00 |
| 12/10/15 | RAJ | 0007 | Committee call (.8); post-call meeting with D. Botter and A. Loring (.3). | 1.10 |
| 12/10/15 | AQ | 0007 | Participate in Committee call. | 0.80 |
| 12/10/15 | DHB | 0007 | Prepare for Committee call (.3); attend same (.8) and follow-up (.3). | 1.40 |
| 12/10/15 | BMK | 0007 | Prepare for committee call (0.2); attend Committee call (0.8). | 1.00 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE								Page 3
Bill Number: 1640418								01/26/16

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| 12/10/15 | MCF | 0007 | Prepare presentation for (.7) and attend portion of (.6) Committee call. Emails to Committee re scheduling of Committee calls (.2). | 1.50 |
| 12/10/15 | AME | 0007 | Attention to correspondence re: upcoming Committee Calls. | 0.10 |
| 12/10/15 | AL | 0007 | Prepare for Committee Call (.5); attend same (.8); and follow-up with R. Johnson et al (.3). | 1.60 |
| 12/16/15 | FSH | 0007 | Review draft agenda for Committee call (.1) and communications R. Johnson, M. Fagen re same (.2); finalization of same (.1). | 0.40 |
| 12/16/15 | RAJ | 0007 | Multiple emails re Committee call agenda and planning for Committee call. | 0.20 |
| 12/16/15 | DHB | 0007 | Review Committee call agenda (.1) and emails re same (.1). | 0.20 |
| 12/16/15 | BMK | 0007 | Review and comment on agenda for Committee call (.2); review and comment on materials for same (0.8) | 1.00 |
| 12/16/15 | MCF | 0007 | Draft agenda for Committee call (.3); emails re same (.2); draft minutes (.1); draft Committee call email (.3) and send to Committee (.1). | 1.00 |
| 12/16/15 | AL | 0007 | Correspondence re Committee call. | 0.20 |
| 12/17/15 | FSH | 0007 | Outline presentation to Committee (.3); communications re meeting w/ participants (.2); attend same (1.3); confer w/ B. Kahn, M. Fagen re minutes (.2). | 2.00 |
| 12/17/15 | RAJ | 0007 | Attend Committee call. | 1.30 |
| 12/17/15 | AQ | 0007 | Attend Committee call (1.3) and prep for same (.1). | 1.40 |
| 12/17/15 | DHB | 0007 | Prepare for Committee call (.5); attend same (1.3); email communications re minutes (.2) and review of same (.2). | 2.20 |
| 12/17/15 | BMK | 0007 | Attend Committee call (1.3); follow up to same with M. Fagen and F. Hodara (.2). | 1.50 |
| 12/17/15 | MCF | 0007 | Prepare presentations for (.6) and attend (1.3) Committee call; follow up re minutes (.2); send same to Committee (.1); confer with A. Loring re same (.1); review next week's minutes (.1). | 2.40 |
| 12/17/15 | AME | 0007 | Attend Committee Call with F. Hodara, D. Botter, R. Johnson, A. Qureshi, B. Kahn, M. Fagen, A. Loring (1.3) and communications re same (.1). | 1.40 |
| 12/17/15 | AL | 0007 | Prepare for Committee call (.5); attend same (1.3); draft minutes (.5); confer with M. Fagen re same (.1). | 2.40 |
| 12/22/15 | FSH | 0007 | Communications w/ B. Kahn, D. Botter, Committee re upcoming Committee meeting (.2). Outline issues (.1). Communications w/ R. Johnson, D. Botter re summary for Committee (.4). Review revisions to same (.1). | 0.80 |
| 12/22/15 | BMK | 0007 | Emails re: Committee call (0.3); review of summary email to UCC (0.3). | 0.60 |
| 12/30/15 | FSH | 0007 | Communications w/ M. Fagen, D. Botter, B. Kahn re Committee meeting. | 0.10 |
| 12/30/15 | MCF | 0007 | Emails with team and Committee re future Committee calls. | 0.30 |
| 12/30/15 | AL | 0007 | Correspondence re Committee call scheduling. | 0.20 |
| 12/01/15 | AL | 0008 | Correspondence re hearing schedule (.2); review appeals docket for information (.3); check appeals docket for relevant filings (.2). | 0.70 |
| 12/01/15 | SAD | 0008 | Review docket for updates; send to M. Fagen. | 0.10 |
| 12/02/15 | SAD | 0008 | Review docket for updates; send to M. Fagen. | 0.10 |
| 12/03/15 | SAD | 0008 | Review docket for updates; send to M. Fagen. | 0.10 |
| 12/04/15 | SAD | 0008 | Review docket for updates and pull substantive pleadings (.3); send to M. Fagen (.1). | 0.40 |
| 12/07/15 | SAD | 0008 | Review docket for updates; pull substantive pleadings; send to M. Fagen. | 0.10 |
| 12/08/15 | AL | 0008 | Correspondence re hearing schedule. | 0.10 |
| 12/08/15 | SAD | 0008 | Review docket for updates and pull substantive pleadings (.1); send to M. Fagen (.1). | 0.20 |
| 12/09/15 | SAD | 0008 | Review docket for updates; send to M. Fagen. | 0.10 |
| 12/10/15 | FSH | 0008 | Communications w/ R. Johnson, M. Fagen re court hearings. | 0.10 |
| 12/10/15 | AL | 0008 | Correspondence re court hearing dates. | 0.10 |
| 12/10/15 | SAD | 0008 | Review docket for updates; pull substantive pleadings; send to M. | 0.10 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE                                Page 4
Bill Number: 1640418                                                   01/26/16

| Date | Tkpr | Task | | Hours |
|------|------|------|---|------:|
| 12/11/15 | SAD | 0008 | Review docket for updates; pull substantive pleadings; send to M. Fagen. | 0.10 |
| 12/14/15 | FSH | 0008 | Communications w/ D. Botter re upcoming hearing. | 0.10 |
| 12/14/15 | AL | 0008 | Prepare for hearing on disposal procedures motion (.9); correspondence re updates in hearing schedule (.4). | 1.30 |
| 12/14/15 | SAD | 0008 | Review docket for updates; pull substantive pleadings (.1); send to M. Fagen (.1). | 0.20 |
| 12/15/15 | FSH | 0008 | Examine report re document disposal hearing. | 0.10 |
| 12/15/15 | RAJ | 0008 | Emails re records disposal hearing. | 0.10 |
| 12/15/15 | DHB | 0008 | Review all pleadings for omnibus hearing (1.0); attend same (.5). | 1.50 |
| 12/15/15 | MCF | 0008 | Attend hearing telephonically. | 0.50 |
| 12/15/15 | AL | 0008 | Correspond with M. Fagen re Records Disposal Hearing (.1); attend same telephonically (.5); correspondence with team re same (.2). | 0.80 |
| 12/15/15 | SAD | 0008 | Review docket for updates; pull substantive pleadings; send to M. Fagen. | 0.10 |
| 12/16/15 | SAD | 0008 | Review docket for updates; send to M. Fagen. | 0.10 |
| 12/17/15 | AL | 0008 | Review docket for updates. | 0.20 |
| 12/17/15 | SAD | 0008 | Review docket for updates; send to M. Fagen. | 0.10 |
| 12/18/15 | AL | 0008 | Correspondence re agenda for SNMP hearing (.2); prep for same (1.7). | 1.90 |
| 12/21/15 | SAD | 0008 | Review docket for updates and pull substantive pleadings (.1); send to M. Fagen (.1). | 0.20 |
| 12/22/15 | FSH | 0008 | Monitor portions of SNMP hearing. | 0.90 |
| 12/22/15 | RAJ | 0008 | Appear at hearing on SNMP cross-motions for summary judgment. | 1.70 |
| 12/22/15 | DHB | 0008 | Continue preparation for SNMP hearing (1.3); attend same (1.7) and communications re same (.6); review and revise memo to Committee re same (.5). | 4.10 |
| 12/22/15 | AL | 0008 | Attend portion of SNMP hearing telephonically. | 0.20 |
| 12/28/15 | SAD | 0008 | Review docket for updates; pull substantive pleadings; send to M. Fagen. | 0.10 |
| 12/29/15 | SAD | 0008 | Review docket for updates; pull substantive pleadings; send to M. Fagen. | 0.10 |
| 12/30/15 | SAD | 0008 | Review docket for updates and send to M. Fagen. | 0.10 |
| 12/01/15 | AL | 0009 | Review objections to Motion to Approve Disposal Procedures (.8); correspondence re same (.1). | 0.90 |
| 12/10/15 | FSH | 0009 | Examine MOR. | 0.10 |
| 12/10/15 | FSH | 0009 | Examine Debtors' Reply re document disposal motion. | 0.40 |
| 12/10/15 | AME | 0009 | Correspondence re: briefing on motion for procedures for disposal of documents. | 0.10 |
| 12/10/15 | AL | 0009 | Correspondence re Monthly Operating Report (.3); review Reply in Support of Motion to Approve Disposal Procedures (.7). | 1.00 |
| 12/11/15 | DHB | 0009 | Review document retention issues. | 0.20 |
| 12/11/15 | BMK | 0009 | Review filed MOR. | 0.40 |
| 12/11/15 | AL | 0009 | Correspondence re September MOR. | 0.10 |
| 12/01/15 | FSH | 0012 | Examine claims data and communications w/ D. Botter re same. | 0.10 |
| 12/01/15 | DHB | 0012 | Full review of claims stipulation and schedules (.3); emails re same (.2). | 0.50 |
| 12/01/15 | MCF | 0012 | Diligence re claims subject to settlement (.3); emails re same (.2) and confer with A. Loring re same (.2). | 0.70 |
| 12/01/15 | AL | 0012 | Meet with M. Fagen re claims settlement (.2); review claims from settlement motion (2.9); correspondence re 9019 motion (.2). | 3.30 |
| 12/02/15 | FSH | 0012 | Examine motion for resolution of claims and related claims info from Cleary. | 0.30 |
| 12/04/15 | RAJ | 0012 | Review SNMP filings (.2); emails re same (.2). | 0.40 |
| 12/04/15 | DHB | 0012 | Begin review of Debtors' SNMP SJ memo. | 0.50 |
| 12/04/15 | MCF | 0012 | Review A. Loring summary re status of SNMP (.1) and comment on same (.2). | 0.30 |
| 12/04/15 | AL | 0012 | Review Memorandum of Law from Debtors on SNMP SJ Motion (1.3); | 1.50 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE                                                        Page 5
Bill Number: 1640418                                                                            01/26/16

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| | | | correspond with Debtor counsel re same (.2). | |
| 12/05/15 | DHB | 0012 | Email communications re SNMP and status of same. | 0.30 |
| 12/05/15 | MCF | 0012 | Emails re SNMP claims filings. | 0.30 |
| 12/05/15 | AL | 0012 | Correspondence re SNMP claims proceedings. | 0.30 |
| 12/07/15 | FSH | 0012 | Review Debtors' SNMP brief (1.0); analyze facts related to sales underlying SNMP dispute (.3); confer w/ A. Loring re redacted brief (.1); confer w/ R. Johnson re foregoing items (.1). | 1.50 |
| 12/07/15 | RAJ | 0012 | Multiple emails re confidentiality issues in SNMP claims litigation (.3, .1); call with F. Hodara re SNMP (.1); review SNMP protective order (1.2); emails re terms of protective order (.1); analyze briefs submitted by SNMP (1.4, 1.0). | 4.20 |
| 12/07/15 | DHB | 0012 | Email communications re SNMP (.1); review protective order (.6); continue review of SNMP pleadings (.7); communicate with R. Johnson re same (.2); emails re same (.1). | 1.70 |
| 12/07/15 | BMK | 0012 | Review Debtors' memo of law re: SNMP MTD. | 0.90 |
| 12/07/15 | AL | 0012 | Revise analysis of claims (1.9); confer with F. Hodara re redacted SNMP brief (.1). | 2.00 |
| 12/08/15 | FSH | 0012 | Review Joint Administrators' Motion to Dismiss re SNMP and analyze issues therein (1.5); TCs R. Johnson re same (.2); confer w/ A. Loring re research (.2). | 1.90 |
| 12/08/15 | RAJ | 0012 | Further analyze issues re SNMP claims litigation (1.3, 1.2); draft emails re issues in SNMP reply brief (.2, .1); call and emails with K. Kepchar re SNMP claims litigation (.2, .1); confer with F. Hodara re EMEA motion to dismiss (.2); analyze declarations and exhibits submitted by SNMP in support of its motion (1.4). | 4.70 |
| 12/08/15 | KAK | 0012 | Telephone call with R. Johnson re: cross summary judgment motions in SNMP matter (.2); review motion papers of both sides for analysis (1.6). | 1.80 |
| 12/08/15 | DHB | 0012 | Email communications re SNMP issues (.2); consider same (.2). | 0.40 |
| 12/08/15 | AL | 0012 | TC with F. Hodara re EMEA MTD (.2); review memorandum of law re same (.5). | 0.70 |
| 12/09/15 | FSH | 0012 | Communications w/ R. Johnson and D. Botter re claims and analyze same (.5); review SNMP brief (1.2). | 1.70 |
| 12/09/15 | RAJ | 0012 | Analyze issues re SNMP claims (.5, .7, .4); multiple emails re same (.3, .2); review exhibits in pleadings relating to same (1.5); multiple emails with Akin and Cleary teams re SNMP briefing (.3, .1); summarize developments in SNMP litigation for report (.7). | 4.70 |
| 12/09/15 | KAK | 0012 | Emails with R. Johnson re: SNMP SJ brief (.2) and call with Cleary (.2). | 0.40 |
| 12/09/15 | DHB | 0012 | Email communications re SNMP changes issues (.3) and related SNMP issues (.1); consider same and arguments (.5). | 0.90 |
| 12/09/15 | MCF | 0012 | Review claims subject to settlement motion. | 0.40 |
| 12/09/15 | AL | 0012 | Review EMEA MTD re SNMP. | 0.90 |
| 12/10/15 | FSH | 0012 | Review materials for call w/ Cleary (.8); call w/ R. Johnson, K. Kepchar re same (.2); participate in same (.7). | 1.70 |
| 12/10/15 | RAJ | 0012 | Multiple emails re SNMP briefing and development of reply brief (.3, .2); analyze Second Amended Complaint and subsequent correspondence re claims issues (1.6); call with U.S. Debtors re SNMP strategy (.7); follow-up call with F. Hodara, K. Kepchar re claims (.2); emails with Akin team re SNMP scheduling issues (.1); further review issues in EMEA motion to dismiss (.8); analyze caselaw re SNMP claims (1.3). | 5.20 |
| 12/10/15 | KAK | 0012 | Prepare for (.6) and call (.7) with Cleary team and R. Johnson re: SNMP briefing issues; telephone call with F. Hodara and R. Johnson re: same (.2). | 1.50 |
| 12/10/15 | DHB | 0012 | Conference call re SNMP litigation issues (.7); consider same (.5). | 1.20 |
| 12/10/15 | AL | 0012 | Review EMEA MTD (.1); research re same (1.3). | 1.40 |
| 12/10/15 | CGE | 0012 | Research claim issue for A. Loring. | 1.20 |
| 12/11/15 | RAJ | 0012 | Review and comment on US Debtors' draft reply brief on cross-motions | 4.90 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  Page 6
Bill Number: 1640418  01/26/16

---

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| | | | for summary judgment (1.7, .8); further analyze issues for cross-motions (1.4); multiple emails with K. Kepchar re: issues (.3); analyze caselaw cited in draft (.7). | |
| 12/11/15 | KAK | 0012 | Review legal research on claims and nexus for SNMP case (1.1); review briefs in light of same (.5); emails from/to R. Johnson re: same (.4); provide comments to CLeary's reply brief (1.0). | 3.00 |
| 12/11/15 | MCF | 0012 | Review and revise claims settlement analysis (.4) and communications with A. Loring (.1) and Cleary (.1) re same. | 0.60 |
| 12/11/15 | AL | 0012 | Research re EMEA MTD (6.5); correspondence with R. Johnson re same (.5); review settlement claims (1.4); correspond with M. Fagen re same (.2). | 8.60 |
| 12/14/15 | FSH | 0012 | Work on reply memorandum re SNMP (.9); meet w/R. Johnson re same (.3). | 1.20 |
| 12/14/15 | RAJ | 0012 | Review transcript of prior SNMP hearing (1.4); further review caselaw on claims issues (1.5); multiple emails re Debtors' reply brief and possible additional arguments (.3, .2); confer with F. Hodara re SNMP reply brief (.3); suggested edits to brief (.4). | 4.10 |
| 12/14/15 | KAK | 0012 | Review Cleary reply brief in summary judgment motion (1.0); analyze arguments (.6) and provide detailed comments on same to R. Johnson (1.0). | 2.60 |
| 12/14/15 | DHB | 0012 | Review SNMP briefing. | 0.60 |
| 12/14/15 | DCL | 0012 | Conduct legal research regarding claims issue. | 3.10 |
| 12/14/15 | AL | 0012 | Review SNMP Brief in Opposition to SJ Motion (1.1); correspondence re same (.4); review claims subject to settlement proposal (1.1). | 2.60 |
| 12/15/15 | FSH | 0012 | Review comments to SNMP brief and communications w/ Cleary. | 0.30 |
| 12/15/15 | RAJ | 0012 | Further analyze SNMP claims cases (1.3, 1.1); review emails re claims settlement analysis and de minimis claims settlements (.2); review bondholder petition to Supreme Court of Canada re PPI issue (.4). | 3.00 |
| 12/15/15 | KAK | 0012 | Communications with Cleary re reply brief in summary judgment motion (.5); email from/to R. Johnson re: same (.2). | 0.70 |
| 12/15/15 | MCF | 0012 | Review and revise analysis re claims settlement (.6) and email group re same (.2). | 0.80 |
| 12/15/15 | AME | 0012 | Review Claims Settlement analysis. | 0.20 |
| 12/15/15 | AL | 0012 | Research re EMEA motion to dismiss (2.2); correspondence re USD brief in SNMP matter (.2); review Debtors' notice of settlement (1.5); correspondence with M. Fagen re same (.4). | 4.30 |
| 12/16/15 | FSH | 0012 | Review claims declaration (.3); communications w/ R. Johnson and K. Kepchar re final version of Nortel brief (.1). | 0.40 |
| 12/16/15 | RAJ | 0012 | Review as-filed SNMP reply brief (.4); provide analysis for Akin team re same (.1); review analysis of caselaw re EMEA motion to dismiss third-party complaint in SNMP litigation (.2); analyze caselaw re EMEA motion to dismiss issues (1.4, 1.2). | 3.30 |
| 12/16/15 | DHB | 0012 | Review of SNMP reply brief (.7); emails re same (.1). | 0.80 |
| 12/16/15 | AL | 0012 | Research re EMEA motion to dismiss. | 0.90 |
| 12/17/15 | FSH | 0012 | Review analysis of settled claims. | 0.20 |
| 12/17/15 | RAJ | 0012 | Further analyze caselaw re EMEA motion to dismiss (.8, .5); follow-up emails re issues (.3, .2); prepare for hearing on SNMP cross-motions for partial summary judgment (1.1); develop further analysis of issues (.7, .5). | 4.10 |
| 12/17/15 | KAK | 0012 | Emails from/to R. Johnson re: arguments in summary judgment motion filed by SNMP. | 0.40 |
| 12/17/15 | DHB | 0012 | Emails re: SNMP claim issues. | 0.20 |
| 12/18/15 | RAJ | 0012 | Multiple emails with D. Botter, K. Kepchar re SNMP claims issues and next steps (.2, .1); further analyze caselaw (2.1); further analyze caselaw re EMEA motion to dismiss (1.7); review draft Cleary brief responding to EMEA motion to dismiss and provide analysis to Akin team (1.8). | 5.90 |
| 12/18/15 | KAK | 0012 | Emails with R. Johnson re: coordination with Cleary on argument for SJ | 1.50 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  Page 7
Bill Number: 1640418  01/26/16

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| | | | motion (.4); analyze issue in cross summary judgment motions (1.1). | |
| 12/18/15 | DHB | 0012 | Email communications re SNMP (.1) (.1); begin preparation for hearing re same (.5). | 0.70 |
| 12/19/15 | FSH | 0012 | Review info re proposed claims settlements (.2) and communications w/ A. Loring, M. Fagen, B. Kahn re same (.2). | 0.40 |
| 12/19/15 | MCF | 0012 | Review claims settlement info (.3) and communications with internal team re same (.1). | 0.40 |
| 12/19/15 | AL | 0012 | Review Debtors' claims settlements. | 0.80 |
| 12/20/15 | DHB | 0012 | Continue preparation for SNMP hearing. | 0.50 |
| 12/21/15 | FSH | 0012 | Communicate w/ D. Botter re SNMP hearing (.1); communicate w/ R. Johnson re same and pleading (.1); review and comment on Cleary draft (1.2); examine claims settlement pleading (.1). | 1.50 |
| 12/21/15 | RAJ | 0012 | Further analysis of issues for response to EMEA motion to dismiss in SNMP adversary proceeding (.7, .4); call with D. Botter, K. Kepchar re SNMP issues (.5); further prepare for hearing on SNMP cross-motions for partial summary judgment (1.4); multiple emails re Debtors' response brief to EMEA motion to dismiss (.3, .1, .1); review additional caselaw re same (1.6). | 5.10 |
| 12/21/15 | KAK | 0012 | Prepare for (1.1) and telephone conference with D. Botter and R. Johnson re: SNMP issues (.5). | 1.60 |
| 12/21/15 | DHB | 0012 | Continue preparation for SNMP hearing (1.8); conference call with R. Johnson and K. Kepchar re same (.5). | 2.30 |
| 12/21/15 | BMK | 0012 | Review of additional SNMP pleadings. | 0.90 |
| 12/21/15 | AL | 0012 | Correspondence with team re pleadings filed in SNMP matter (.7); correspondence re claims settlement (.2). | 0.90 |
| 12/22/15 | RAJ | 0012 | Further analyze caselaw in connection with SNMP claim (.7); call with D. Botter and K. Kepchar re SJ (.5); review briefs prior to oral argument (.5); analyze cases re EMEA motion to dismiss (.4). | 2.10 |
| 12/22/15 | AL | 0012 | Review claims settlement (.2); correspondence with B. Kahn re same (.2). | 0.40 |
| 12/24/15 | AL | 0012 | Correspondences re SNMP adversary proceeding. | 0.40 |
| 12/29/15 | FSH | 0012 | Review issues re JA's motion to dismiss re SNMP 3d party claim. | 0.40 |
| 12/09/15 | FSH | 0014 | Examine Canadian IPA sale info. | 0.20 |
| 12/12/15 | DHB | 0014 | Email communications re bonds leave to appeal in Canada. | 0.20 |
| 12/14/15 | FSH | 0014 | Examine issues re bond group appeal and communications w/ D. Botter and Cassels re same (.2); review info re securities law claims (.3). | 0.50 |
| 12/14/15 | AQ | 0014 | Review Bonds' leave for appeal motion to Canadian Supreme Court re PPI (.4) and emails re same (.2). | 0.60 |
| 12/17/15 | FSH | 0014 | Examine Bondholder leave to appeal pleading re interest issue. | 0.20 |
| 12/21/15 | FSH | 0014 | Examine motion record re asset sale. | 0.10 |
| 12/22/15 | FSH | 0014 | Review Cassels memo re sale status. | 0.10 |
| 12/15/15 | DHB | 0025 | Travel to and from Wilmington (actual time - 3.20 hours). | 1.60 |
| 12/22/15 | RAJ | 0025 | Non-working portion of travel time to SNMP hearing. (actual time - 1.8 hours). | 0.90 |
| 12/22/15 | DHB | 0025 | Travel to/from Wilmington re SNMP hearing. (actual time - 3.0 hours). | 1.50 |
| 12/01/15 | FSH | 0029 | Communications w/ D. Botter, A. Qureshi, R. Johnson exchange of allocation appeal briefs (.2). Review draft brief of US party and analyze issues therein (.6). Communications w/ R. Johnson, D. Botter re same (.3). Confer w/ A. Qureshi re briefs (.1). | 1.20 |
| 12/01/15 | RAJ | 0029 | Additional edits to allocation appeal brief (1.4, 2.1, .5); analyze Third Circuit caselaw (1.5, 1.2); review and comment on draft brief (.6); multiple emails re draft appellate briefs (.4, .2); emails with all counsel re transmission of record and preparation of hyperlinked briefs in lieu of joint appendix (.2); review draft appellate brief (.7). | 8.80 |
| 12/01/15 | AQ | 0029 | Review and analyze draft NNSA allocation appeal brief (.6); meet with team (partial) re edits to appeal brief (.5); emails with Cleary and Milbank re briefing (.2); confer w/F. Hodara re briefs (.1). | 1.40 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE                                    Page 8
Bill Number: 1640418                                                        01/26/16

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| 12/01/15 | DHB | 0029 | Email communications re NNSA appeals brief (.1) (.1) (.1); telephone calls with Skadden re same (.1); telephone call with J. Bromley re same and mediation status (.2); email to team re same (.1); telephone call with R. Webber re exchange (.1); further emails re same (.2); review draft PBGC brief (.7); emails re same (.3); begin review of NNSA draft brief (.3); begin review of Cleary redraft (.4). | 2.70 |
| 12/01/15 | AME | 0029 | Meet with A. Qureshi, N. Stabile re: revisions to draft allocation appellate brief (1.0); correspondence with appellants re: logistics of serving briefs (.2); review and revise draft appellate brief, correspond with R. Johnson and N. Stabile re: same (1.5); correspondence with Lit and FR team re: exchanging draft briefs with NNSA (.2), communicate with R. Johnson and N. Stabile re: same (.4), correspondence with NNSA re: same (.2); review Cleary's revised draft brief (.2), correspondence with A. Qureshi and team re: same (.2). | 3.90 |
| 12/01/15 | NPS | 0029 | Revise allocation appellate brief (3.8); meeting with A. Qureshi and A. Evans re: appellate brief (1.0); communication with D. Botter re: same (0.3); communication with F. Racanti re: same (0.2); communication with R. Johnson re: same (0.9); communication with B. Gifford re: same (0.4); communication with Cleary and Milbank re: same (0.2). | 6.80 |
| 12/01/15 | BRG | 0029 | Cite-check and edit allocation appeals brief re corrections to citations and quotations (4.7); correspond w/ N. Stabile and A. Evans regarding same (.1). | 4.80 |
| 12/02/15 | FSH | 0029 | Work on allocation appeals briefs, revisions, issues therein (3.9); meeting w/ A. Qureshi, D. Botter, R. Johnson, B. Kahn re same (.5); further meeting w/ A. Qureshi, R. Johnson re same (.4). | 4.80 |
| 12/02/15 | RAJ | 0029 | Review and comment on revised US Debtors' draft allocation appellate brief (1.4); analyze Third Circuit caselaw for appellate brief (1.2); call with PBGC counsel re appellate briefing issues (.2); further analyze issues for NNSA appellate brief (.6); analyze procedural issues re appeals (.5); meeting with F. Hodara, D. Botter, A. Qureshi, B. Kahn re appellate issues (.5); further revisions to draft (1.5, 1.2); analyze appellate issues (1.0); follow-up meeting with F. Hodara, A. Qureshi re strategy (.4); emails with BRG re financial issues in appellate brief (.3); analyze language re same (.6); multiple emails with Akin team re further revisions to brief (.4, .2); review draft Trade Consortium brief (.6); emails re same (.1). | 10.70 |
| 12/02/15 | AQ | 0029 | Review and analyze revised Debtors' allocation appeals brief (1.8); review and analyze revised Milbank brief (.7); consider proposed comments to brief and emails re same (.8); review and analyze case law (1.6); call with Cleary re draft briefing (.5); confer with team re draft brief (.5); partial follow-up (.1). | 6.00 |
| 12/02/15 | DHB | 0029 | Email communications re issues and attention to same (.2); continue review of NNSA draft brief (1.2); consider potential NNSA-related arguments (.5); meet with senior team to discuss same (.5) and Cleary draft issues (.6); extensive review of Cleary draft changes (1.8) and emails re same (.2); begin review of Milbank changes and emails re same (.6); begin review of TCC draft (.6); emails with team re same (.2); review changes to our brief (.4); telephone call with counsel to NNSA re arguments (.2); emails re PBGC (.1). | 7.10 |
| 12/02/15 | BMK | 0029 | Review updated drafts of appeal briefs (.6); meet w/F. Hodara et al re same (.5). | 1.10 |
| 12/02/15 | AME | 0029 | Review and revise new version of allocation appellate brief (1.2); correspond with R. Johnson, N. Stabile, C. Doniak, F. Racanati re: same (.3); correspondence with Lit and FR team re: comments to drafts of appellate briefs (1.8); review NNSA draft brief (.3). | 3.60 |
| 12/02/15 | NPS | 0029 | Research and revise allocation appellate brief (4.5); communication with R. Johnson re: same (1.7); communication with A. Evans re: same (0.9); | 7.70 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  
Bill Number: 1640418

Page 9  
01/26/16

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| | | | communication with B. Gifford re: same (0.6). | |
| 12/02/15 | BRG | 0029 | Cite-check and edit allocation appeal brief re corrections to citations and quotations (.2); correspond w/ N. Stabile and A. Evans regarding same (.1). | 0.30 |
| 12/03/15 | FSH | 0029 | Continue work on review and finalization of allocation appeal briefs (2.7); communications w/ D. Botter, A. Qureshi, R. Johnson, B. Kahn re same (.5). | 3.20 |
| 12/03/15 | RAJ | 0029 | Further review draft allocation appeal brief (1.7); address and resolve final comments to draft brief (1.1, .6, .8); multiple emails with Akin team re same (.5, .3); emails and call with Committee member re appellate briefing (.3); oversee details of finalizing brief (1.5, .7); multiple emails re briefs served by other parties (.7). | 8.20 |
| 12/03/15 | AQ | 0029 | Emails re comments to Debtors, Milbank and NNSA briefs (.8); final review and edit of allocation appeal brief and emails regarding same (1.5). | 2.30 |
| 12/03/15 | DHB | 0029 | Extensive email communications with team re allocation appeal brief issues and consideration of same (1.0); final reads of additional changes (1.0); final full read of brief (1.2); Communication with R. Johnson and A. Qureshi re brief (.3); emails re same (.2) (.1); begin review of all opening briefs (.8). | 4.60 |
| 12/03/15 | BMK | 0029 | Work on final turns of allocation appeal brief (1.4); intial review of served appellant briefs (1.1). | 2.50 |
| 12/03/15 | JYY | 0029 | Reviewing allocation appeal brief (.7); review correspondence regarding same (.1). | 0.80 |
| 12/03/15 | MCF | 0029 | Review of filed appellants briefs (.6) and email same to Committee (.3); communications with A. Loring re allocation appeal briefs (.2). | 1.10 |
| 12/03/15 | AME | 0029 | Review NNSA draft allocation appeal brief (1.0); review and revise draft appellate brief (4.0); correspondence with Lit and FR team re: revisions and comments to draft appellate brief (.4); communicate with N. Stabile re: same (.4); review Trade Claims Consortium draft brief (.3); attention to correspondence re: serving appellant opening briefs (.4). | 6.50 |
| 12/03/15 | NPS | 0029 | Research and revise allocation appellate brief (5.2); communication with R. Johnson and A. Evans re: same (1.9); communication with B. Gifford re: same (0.3). | 7.40 |
| 12/03/15 | BRG | 0029 | Cite-check and edit allocation appeal brief re corrections to citations and quotations (.4); draft, edit and prepare table of authorities for brief (.4); correspond w/ N. Stabile, R. Johnson and A. Evans regarding same (.2). | 1.00 |
| 12/03/15 | AL | 0029 | Review opening briefs from allocation appeal. | 0.70 |
| 12/04/15 | FSH | 0029 | Follow-up re filed allocation appeal briefs. | 0.30 |
| 12/04/15 | RAJ | 0029 | Review allocation briefs filed by other appellants (1.4); analyze issues for reply briefing (.5). | 1.90 |
| 12/04/15 | DHB | 0029 | Continue review of all opening allocation appeal briefs. | 2.50 |
| 12/04/15 | NPS | 0029 | Review allocation appellate briefs (0.6); communication with R. Johnson re: same (0.3). | 0.90 |
| 12/04/15 | BRG | 0029 | Correspond w/ C. Doniak re allocation documents. | 0.10 |
| 12/07/15 | FSH | 0029 | Communications w R. Johnson re allocation appeal brief. | 0.10 |
| 12/07/15 | RAJ | 0029 | Develop outline of issues for anticipated reply brief (1.2); emails re allocation appeal briefing schedule (.1); follow up re chart in initial brief (.4). | 1.70 |
| 12/07/15 | DHB | 0029 | Email re appeal briefing schedule. | 0.10 |
| 12/07/15 | JYY | 0029 | Reviewing correspondence regarding allocation appeal. | 0.10 |
| 12/07/15 | NPS | 0029 | Review allocation appellate briefs. | 1.10 |
| 12/08/15 | FSH | 0029 | Examine finalized allocation appeal briefs and issues therein (.4); communications w/ N. Stabile re same (.1); communications w/ J. Bromley re status (.1); communications w/ C. Samis re order (.1); review order on mediation and numerous communications w/ D. Botter, R. Johnson, BRG re same (.2); communications w/ Committee members | 1.60 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  
Bill Number: 1640418

Page 10  
01/26/16

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| | | | re same (.2); confer w/ M. Fagen re same (.1); analyze mediation issues (.3); confer w/ Ad Hoc representative (.1). | |
| 12/08/15 | RAJ | 0029 | Follow up re briefing schedule for allocation appeal (.2); review magistrate judge's recommendation re mediation (.1); multiple emails with Akin and WTP teams re mediation (.3, .1); review revisions in final as-filed appellate briefs (.6). | 1.30 |
| 12/08/15 | AQ | 0029 | Emails re allocation mediation. | 0.20 |
| 12/08/15 | DHB | 0029 | Review new mediation order (.1); emails re same (.2). | 0.30 |
| 12/08/15 | JYY | 0029 | Reviewing correspondence regarding mediation. | 0.10 |
| 12/08/15 | MCF | 0029 | Review Magistrate Judge order re allocation (.2) and email to Committee re same (.2); confer with F. Hodara re same (.1). | 0.50 |
| 12/08/15 | AME | 0029 | Attention to correspondence re: update on mediation. | 0.30 |
| 12/08/15 | NPS | 0029 | Communication with R. Johnson and F. Hodara re: allocation appellate briefs. | 0.20 |
| 12/08/15 | AL | 0029 | Correspondence with M. Fagen and Cleary associate re mediation info (.4); compile same (.9). | 1.30 |
| 12/09/15 | FSH | 0029 | Examine revised magistrate order and communications re same w/ M. Fagen, C. Samis (.2); communications w/ J. Bromley re same (.1); draft letter re same and communications w/ BRG, D. Botter, R. Johnson re same (.4); communications w/ D. Botter and M. Fagen re allocation appellate briefs (.1). | 0.80 |
| 12/09/15 | RAJ | 0029 | Further calls and emails re mediation of allocation appeals (.3, .1); further analyze arguments made by other appellants in finalized briefs (.8). | 1.20 |
| 12/09/15 | AQ | 0029 | Emails re mediation. | 0.20 |
| 12/09/15 | DHB | 0029 | Review revised magistrate mediation order (.1); emails re same and next steps (.3); email communications re allocation appeal brief issues and agenda (.3). | 0.70 |
| 12/09/15 | JYY | 0029 | Reviewing update regarding mediation. | 0.10 |
| 12/09/15 | MCF | 0029 | Review Magistrate Judge's revised order re allocation (.1) and email to Committee re same (.2). | 0.30 |
| 12/09/15 | AME | 0029 | Attention to correspondence re: mediation update. | 0.20 |
| 12/10/15 | FSH | 0029 | Review mediation issues (.3); call w/ J. Bromley re same (.3); confer w/ D. Botter re foregoing (.1); communications w/ BRG, D. Botter re next steps (.3); draft letter re mediation and confer w/ A. Qureshi and D. Botter re same (.6); communications w/ Cleary re same (.1); review aspects of final NNI allocation appeal brief (.7). | 2.40 |
| 12/10/15 | RAJ | 0029 | Emails with Akin team re mediation issues (.2, .1); review and comment on draft letter to Judge Farnan (.1); multiple emails with Akin and BRG teams to develop plans for next steps in mediation preparations (.3). | 0.70 |
| 12/10/15 | AQ | 0029 | E-mails re mediation (.1) and review memo regarding same (.1). | 0.20 |
| 12/10/15 | DHB | 0029 | Telephone call with J. Bromley re mediation (.3); confer w/F. Hodara re same (.1); review letter to mediator and emails re same (.1); further emails re mediation (.1). | 0.60 |
| 12/10/15 | JYY | 0029 | Reviewing correspondence from F. Hodara regarding mediation. | 0.10 |
| 12/10/15 | KMR | 0029 | Review corr. status of the allocation case. | 0.70 |
| 12/10/15 | AME | 0029 | Review letter to mediator (.1) and correspondence re: same (.1). | 0.20 |
| 12/10/15 | AL | 0029 | Correspondence with committee re letter to mediator re allocation. | 0.20 |
| 12/11/15 | FSH | 0029 | Review mediation issues (.3); communications w/ mediator, D. Botter, BRG re mediation issues (.3); review BRG materials (.3); analyze scenarios, next steps (1.2). | 2.10 |
| 12/11/15 | RAJ | 0029 | Emails with Akin team re mediation issues. | 0.20 |
| 12/11/15 | AQ | 0029 | E-mails regarding mediation. | 0.20 |
| 12/11/15 | DHB | 0029 | Mediator communications (.1); consider next steps as a result of same (.1) and communications with senior team re same (.3). | 0.50 |
| 12/11/15 | BMK | 0029 | Review and comment on BRG allocation mediation deck (0.7); emails re: same (0.2); review emails re: mediation next steps (0.2); analysis of | 1.90 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE                                                   Page 11
Bill Number: 1640418                                                                       01/26/16

---

| Date | Tkpr | Task | | Hours |
|------|------|------|---|------:|
| | | | allocation mediation issues (0.8) | |
| 12/11/15 | NPS | 0029 | Communication with Debtors' counsel re: allocation appellate briefs. | 0.10 |
| 12/14/15 | FSH | 0029 | Outline issues for mediator call and analyze mediation issues (.6); TC Committee member re pending issues (.2); work on analysis for call w/ BRG (.4); participate in same (.8); TC mediator (.6) and follow-up call w/ J. Bromley re same (.2); calls w/ Committee members re foregoing (.9). | 3.70 |
| 12/14/15 | RAJ | 0029 | Review revised BRG analysis (.3); call with Akin and BRG teams re next steps in mediation (.8); attend call with mediator re mediation (partial) (.5); follow-up call with J. Bromley re same (.2). | 1.80 |
| 12/14/15 | DHB | 0029 | Review and comment on BRG allocation declaration in preparation for meeting (.8); meet with BRG and team re same (.8); telephone call with mediator re continued mediation and follow-up with J. Bromley re same (.7); email communications re mediator call and declaration (.1) (.1). | 2.50 |
| 12/15/15 | FSH | 0029 | Analyze next steps (.3); call w/ BRG re same (.4); calls w/ Committee members re mediation (.4); communications w/ parties re same (.1); communications w/ D. Botter re foregoing (.2); work on revised BRG analysis (.5); call w/ A. LeBlanc re mediation (.5); call w/ S. Pohl re same (.5); follow-up w/ BRG, D. Botter (.3). | 3.20 |
| 12/15/15 | RAJ | 0029 | Emails re issues for BRG analysis (.2); analyze revised BRG presentation (.4). | 0.60 |
| 12/15/15 | AQ | 0029 | Emails re appeal and re trade consortium allocation appeal brief. | 0.20 |
| 12/15/15 | DHB | 0029 | Call with A. LeBlanc re mediation issues (.6) and follow-up call re same (.3); telephone call with V. Murrell re allocation issues (.2); analyze same (.2). | 1.30 |
| 12/15/15 | JYY | 0029 | Reviewing correspondence regarding allocation appeal (.3); communicate with M. Fagen and A. Evans regarding same (.1). | 0.40 |
| 12/15/15 | AME | 0029 | Review opening allocation appeal briefs of appellants (3.3); correspondence re: issues (.3). | 3.60 |
| 12/16/15 | FSH | 0029 | Continue work on BRG presentation and communications w/ A. Cowie re same (.5); examine Milbank communication and communications w/ A. Qureshi and D. Botter re same (.2); communicate w/ B. Kahn re same (.3); further communications with R. Johnson, A. Cowie, D. Botter re same (.3). Analyze comments (.4); call w/ BRG re same (.8); review revised deck and communications w/ BRG, B. Kahn re same (.3); finalize same (.2). | 3.00 |
| 12/16/15 | RAJ | 0029 | Emails re additional allocation appellate briefing between Bondholder Group and Trade Claims Consortium (.2); further review revised BRG report (.2); multiple emails re same (.2, .1); call with BRG and Akin teams re BRG analysis (.8). | 1.50 |
| 12/16/15 | DHB | 0029 | Review and consider new BRG analysis and comments re same (.5); review F. Hodara comments and emails re same (.4); review revised presentation (.3); conference call with BRG and senior team re finalization of scenarios presentation (.8); extensive emails re comments to same (.3); review revised declaration (2x) (.4). | 2.70 |
| 12/16/15 | BMK | 0029 | Calls with creditor re: allocation case status. | 0.30 |
| 12/17/15 | FSH | 0029 | Communications w/ D. Botter, Milbank re next steps in allocation (.2); analyze same (.3). | 0.50 |
| 12/17/15 | DHB | 0029 | Emails re allocation mediation next steps. | 0.10 |
| 12/17/15 | JYY | 0029 | Reviewing allocation case updates from M. Fagen. | 0.10 |
| 12/17/15 | KMR | 0029 | Update re: status of the allocation case. | 0.80 |
| 12/18/15 | FSH | 0029 | Communication w/ D. Botter and A. Qureshi re allocation appellate brief issue (.4). TC A. Leblanc re same (.3). | 0.70 |
| 12/18/15 | AQ | 0029 | Call with Milbank re mediation (.3); draft email re mediation (.2). | 0.50 |
| 12/18/15 | DHB | 0029 | Review draft mediation email (.3); emails re same (.1); call with LeBlanc re same and next steps (.3). | 0.70 |
| 12/19/15 | FSH | 0029 | Communications Milbank, Cleary re opposition allocation appeal briefs. | 0.30 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE                                           Page 12
Bill Number: 1640418                                                               01/26/16

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| 12/19/15 | RAJ | 0029 | Emails re appellate allocation briefing issues. | 0.30 |
| 12/19/15 | DHB | 0029 | Email communications re notice and publication issues. | 0.20 |
| 12/21/15 | FSH | 0029 | Confer w/ B. Kahn re allocation brief filing (.1); review materials re same (.2); call w/ Cleary and Milbank re same (.3); follow-up w/ C. Samis (.1); communications w/ S. Pohl, Cleary and C. Samis re same (.2); examine filed letter re appeal (.1). | 1.00 |
| 12/21/15 | RAJ | 0029 | Review letter to court re allocation appellate briefing. | 0.10 |
| 12/21/15 | AQ | 0029 | Call with Cleary and Milbank re mediation. | 0.20 |
| 12/21/15 | DHB | 0029 | Telephone call with Bonds and US Debtors re disclosure of allocation appellate briefs (.2); follow-up re same (.1); review Bond letter re briefing (.1). | 0.40 |
| 12/21/15 | BMK | 0029 | Call re: allocation appellate briefing publication (.5); follow up to same (0.2); confer with F. Hodara re same (.1). | 0.80 |
| 12/21/15 | JYY | 0029 | Reviewing correspondence regarding mediation and allocation appeals. | 0.20 |
| 12/21/15 | MCF | 0029 | Review Bondholder Group's letter to Judge Stark re allocation appellate briefing (.1) and email to team re same (.1). | 0.20 |
| 12/22/15 | FSH | 0029 | Follow-up re allocation appeal brief issue (.1) and communications w/ C. Samis, J. Bromley, A. Leblanc re same (.2). | 0.30 |
| 12/22/15 | RAJ | 0029 | Draft summary of allocation developments (.8); multiple emails re same (.2); revisions to summary (.1); emails re mediation issues (.2). | 1.30 |
| 12/22/15 | DHB | 0029 | Email communications re mediation and publication of allocation appeal briefs. | 0.30 |
| 12/22/15 | AME | 0029 | Attention to correspondence re: update to Committee re: mediation. | 0.20 |
| 12/23/15 | FSH | 0029 | Review draft from C. Samis (.1); analyze next steps (.1) and communications w/ C. Samis re same (.1); communications w/ A. Leblanc re same (.1); further communications w/ C. Samis (.1); analyze next steps (.2). | 0.70 |
| 12/28/15 | FSH | 0029 | Respond to call of creditor re allocation. | 0.20 |
| 12/18/15 | FSH | 0030 | Comm w/ B. Kahn re Committee website. | 0.10 |
| 12/23/15 | BMK | 0030 | Comm with F. Hodara re committee website. | 0.10 |
| 12/01/15 | FSH | 0031 | Examine info re UK hearing and communications re same. | 0.10 |
| 12/01/15 | DHB | 0031 | Email communications with UK counsel re UK hearing. | 0.10 |
| 12/02/15 | FSH | 0031 | Review Ashursts note re court hearing, motions, distribution extension (.1); analyze issues re same (.2). | 0.30 |

                                                          Total Hours                377.00

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| F S HODARA | 51.80 | at | $1250.00 | = | $64,750.00 |
| R A JOHNSON | 97.90 | at | $975.00 | = | $95,452.50 |
| K A KEPCHAR | 13.50 | at | $825.00 | = | $11,137.50 |
| A QURESHI | 14.20 | at | $1095.00 | = | $15,549.00 |
| D H BOTTER | 50.90 | at | $1150.00 | = | $58,535.00 |
| B M KAHN | 14.10 | at | $775.00 | = | $10,927.50 |
| D C LEE | 3.10 | at | $660.00 | = | $2,046.00 |
| K M ROWE | 1.50 | at | $810.00 | = | $1,215.00 |
| J Y YECIES | 1.90 | at | $710.00 | = | $1,349.00 |
| M C FAGEN | 15.30 | at | $565.00 | = | $8,644.50 |
| A M EVANS | 20.30 | at | $495.00 | = | $10,048.50 |
| N P STABILE | 24.20 | at | $655.00 | = | $15,851.00 |
| A LORING | 57.70 | at | $430.00 | = | $24,811.00 |
| B R GIFFORD | 6.20 | at | $210.00 | = | $1,302.00 |
| S A D'ADDESE | 2.30 | at | $210.00 | = | $483.00 |
| F B ALVAREZ | 0.90 | at | $195.00 | = | $175.50 |
| C G ESSEX | 1.20 | at | $215.00 | = | $258.00 |

                                                          Current Fees:        $322,535.00

NORTEL NETWORKS INC. CREDITORS COMMITTEE  Page 14
Bill Number: 1640418  01/26/16

---

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---:|
| Computerized Legal Research - Lexis | $1,867.73 |
| Computerized Legal Research - Westlaw | $380.13 |
| Courier Service/Messenger Service- Off Site | $322.64 |
| Duplication - In House | $310.40 |
| Meals (100%) | $565.73 |
| Postage | $0.49 |
| Audio and Web Conference Services | $2,841.64 |
| Travel - Ground Transportation | $61.76 |
| Travel - Train Fare | $288.00 |

Current Expenses  $6,638.52

**Total Amount of This Invoice**  **$329,173.52**

**Prior Balance Due**  $1,039,583.67

**Total Balance Due Upon Receipt**  $1,368,757.19



**REMITTANCE COPY**

**Return with Payment**

NORTEL NETWORKS INC. CREDITORS COMMITTEE  
ATTN: JOHN DOLITTLE  
2221 LAKESIDE BOULEVARD  
RICHARDSON, TX 75082

Client Number: 687147  
Invoice Number: 1640418  
Invoice Date: 01/26/16

FED I.D. NO. 75-1338644

Total Amount of This Invoice  $329,173.52

**Summary of Accounts Receivable:**

| Date | Invoice # | Amount | Credits | Balance |
|---|---|---|---|---|
| 08/18/15 | 1614475 | $634,085.37 | $632,630.37 | $1,455.00 |
| 10/12/15 | 1623012 | $325,028.56 | $261,977.76 | $63,050.80 |
| 10/22/15 | 1625398 | $399,838.01 | $321,106.71 | $78,731.30 |
| 11/18/15 | 1631498 | $643,694.51 | $516,615.71 | $127,078.80 |
| 12/31/15 | 1636976 | $769,267.77 | $0.00 | $769,267.77 |
|  |  | $2,771,914.22 | $1,732,330.55 | $1,039,583.67 |

Prior Balance Due  $1,039,583.67

Total Balance Due Upon Receipt  $1,368,757.19

Please let us know promptly should your records reflect a different balance.

# REMITTANCE COPY

## Return with Payment

| | |
|---|---|
| NORTEL NETWORKS INC. CREDITORS COMMITTEE<br>ATTN: JOHN DOLITTLE<br>2221 LAKESIDE BOULEVARD<br>RICHARDSON, TX  75082 | Invoice Number    1640418<br>Invoice Date        01/26/16<br>Client Number      687147<br>Matter Number          0001 |

FED I.D. NO. 75-1338644

If sending remittance via Postal Mail
please remit to:

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Dept. 7247-6838
Philadelphia, PA 19170-6838

If sending remittance via Overnight Courier
please remit to:

**FIRST DATA REMITCO**
**AKIN GUMP STRAUSS - 6838**
400 White Clay Center Drive
Newark, DE 19711

If sending remittance via Wire
Please use the following instructions:

**AKIN GUMP STRAUSS HAUER & FELD LLP**
**CITI PRIVATE BANK**
1101 Pennsylvania Avenue, NW
Suite 900
Washington, DC 20004

Account #: 9250397941
ABA# 254070116
Ref: 687147/0001, Invoice No. 1640418

(For wires originating outside the US reference Swift ID# CITIUS33)

Akin Gump Strauss Hauer & Feld LLP /Dept 7247-6838 /Philadelphia, PA 19170-6838