# EXHIBIT C

**DISBURSEMENT SUMMARY**
**DECEMBER 1, 2015 THROUGH DECEMBER 31, 2015**

| | |
|---|---:|
| Computerized Research, Corporate Service Fees & PACER Charges | $2,247.86 |
| Duplication – In House | $310.40 |
| Courier Service | $322.64 |
| Meals (100%) | $565.73 |
| Postage | $0.49 |
| Audio and Web Conference Services | $2,841.64 |
| Travel – Train Fare | $288.00 |
| Travel – Ground Transportation | $61.76 |
| **TOTAL** | **$6,638.52** |