# EXHIBIT D



NORTEL NETWORKS INC. CREDITORS COMMITTEE  
ATTN: JOHN  DOLITTLE  
2221 LAKESIDE BOULEVARD  
RICHARDSON, TX  75082

| | |
|---|---|
| Invoice Number | 1640418 |
| Invoice Date | 01/26/16 |
| Client Number | 687147 |
| Matter Number | 0001 |

Re: CHAPTER 11

FOR PROFESSIONAL SERVICES RENDERED THROUGH  12/31/15 :

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | | Value |
|---|---|---|
| 11/16/15 | Meals (100%)  VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 2254129 DATE: 11/22/2015 Matthew Fagen - !Savory - 11/16/2015 | $28.65 |
| 12/01/15 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: GIFFORD  BRIAN; Charge Type: LA DOCUMENT ACCESS; Quantity: 22.0 | $455.40 |
| 12/01/15 | Computerized Legal Research - Lexis Service: NEXIS SERVICE; Employee: GIFFORD  BRIAN; Charge Type: LA DOCUMENT ACCESS; Quantity: 1.0 | $20.70 |
| 12/02/15 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: 1663MK  CUI; Charge Type: DOCUMENT PRINTING; Quantity: 2.0 | $27.00 |
| 12/02/15 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: 1663MK  CUI; Charge Type: SINGLE DOCUMENT RETRIEVAL; Quantity: 2.0 | $43.20 |
| 12/02/15 | Computerized Legal Research - Lexis Service: SHEPARD'S SERVICE; Employee: 1663MK  CUI; Charge Type: | $13.95 |

| Date | Description | Amount |
|---|---|---|
| | LEGAL CITATION SERVICES; Quantity: 2.0 | |
| 12/02/15 | Travel - Ground Transportation VENDOR: ABID QURESHI INVOICE#: 1051602612082301 DATE: 12/8/2015 Taxi/Car Service/Public Transport, 12/02/15, Taxi cab from OBP to home after working late on Nortel case., NYC Taxi Cab | $11.76 |
| 12/03/15 | Duplication - In House  Photocopy - User # 990100, NY, 2872 page(s) | $287.20 |
| 12/03/15 | Courier Service/Messenger Service- Off Site  VENDOR: CITY EXPEDITOR INC INVOICE#: 054440 DATE: 12/6/2015 SENDER'S NAME:  ; JOB NUMBER: 981627; PICKUP: One Bryant Park; DESTINATION: 9 Kodiak Drive; DATE: 12/03/2015 | $286.00 |
| 12/03/15 | Meals (100%)  11/30/15: Mathew Fagen - Snack VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800390; DATE: 12/3/2015 - Committee call 8 people | $169.85 |
| 12/05/15 | Audio and Web Conference Services VENDOR: TELCONF LLC INVOICE#: 12001-01001-15 DATE: 12/5/2015 TelConf, LLC charges for Fred Hodara | $2,841.64 |
| 12/07/15 | Duplication - In House  Photocopy - Johnson, Robert, NY, 6 page(s) | $0.60 |
| 12/07/15 | Duplication - In House  Photocopy - Johnson, Robert, NY, 226 page(s) | $22.60 |
| 12/10/15 | Computerized Legal Research - Westlaw User: LORING,ANTHONY Date: 12/10/2015 AcctNumber: 1000193694 ConnectTime: 0.0 | $84.47 |
| 12/10/15 | Meals (100%)  12/10/15 - NANCY KUNEN - SNACK - Committee call 8 people VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800392; DATE: 12/10/2015 Committee call 8 people. | $169.19 |
| 12/11/15 | Postage  US Postage - Hodara, Fred, NY, 1 piece(s) | $0.49 |
| 12/11/15 | Computerized Legal Research - Westlaw User: LORING,ANTHONY Date: 12/11/2015 AcctNumber: 1000193694 ConnectTime: 0.0 | $84.47 |
| 12/11/15 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: ESSEX  CIARAN; Charge Type: LA DOCUMENT ACCESS; Quantity: 7.0 | $144.90 |
| 12/11/15 | Meals (100%)  VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 2272454 DATE: 12/13/2015 Anthony Loring - Junior's Restaurant | $28.85 |

| Date | Description | Amount |
|---|---|---|
| | Broadway) - 12/11/2015 | |
| 12/15/15 | Computerized Legal Research - Westlaw User: LORING,ANTHONY Date: 12/15/2015 AcctNumber: 1000193694 ConnectTime: 0.0 | $126.71 |
| 12/16/15 | Computerized Legal Research - Westlaw User: LORING,ANTHONY Date: 12/16/2015 AcctNumber: 1000193694 ConnectTime: 0.0 | $42.24 |
| 12/16/15 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: 1663MK CUI; Charge Type: DOCUMENT PRINTING; Quantity: 1.0 | $13.50 |
| 12/16/15 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: 1663MK CUI; Charge Type: SINGLE DOCUMENT RETRIEVAL; Quantity: 1.0 | $21.60 |
| 12/16/15 | Computerized Legal Research - Lexis Service: SHEPARD'S SERVICE; Employee: 1663MK CUI; Charge Type: LEGAL CITATION SERVICES; Quantity: 1.0 | $6.98 |
| 12/17/15 | Meals (100%)  12/17/15 - Nancy Kunen - Committee call 8 people VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800393; DATE: 12/17/2015, committee call 8 people. | $169.19 |
| 12/17/15 | Travel - Train Fare  VENDOR: ROBERT A. JOHNSON INVOICE#: 1074973601072300 DATE: 1/7/2016 Rail Fare, 12/17/15, Purchase of train ticket to travel to Wilmington for SNMP Hearing, Amtrak Business Fare | $144.00 |
| 12/17/15 | Travel - Train Fare  VENDOR: ROBERT A. JOHNSON INVOICE#: 1074973601072300 DATE: 1/7/2016 Rail Fare, 12/17/15, Purchase of train ticket to travel from Wilmington after SNMP Hearing, Amtrak Business Fare | $144.00 |
| 12/18/15 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: 1663MK CUI; Charge Type: DOCUMENT PRINTING; Quantity: 15.0 | $202.50 |
| 12/18/15 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: 1663MK CUI; Charge Type: SINGLE DOCUMENT RETRIEVAL; Quantity: 15.0 | $324.00 |
| 12/18/15 | Courier Service/Messenger Service- Off Site  VENDOR: UNITED PARCEL SERVICE INVOICE#: 000002E52E515A DATE: 12/19/2015 TRACKING #: 1Z02E52E4455887142; PICKUP DATE: 12/18/2015; SENDER: | $15.56 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE                                                                                    Page 4
Bill Number: 1640418                                                                                                          01/26/16

| Date | Description | Amount |
|---|---|---|
| 12/18/15 | Courier Service/Messenger Service- Off Site  VENDOR: UNITED PARCEL SERVICE INVOICE#: 000002E52E515A DATE: 12/19/2015 TRACKING #: 1Z02E52E4455887142; PICKUP DATE: 12/18/2015; SENDER: Millie Andino; RECEIVER: Unknown - David H. Botter; | $3.50 |
| 12/18/15 | Courier Service/Messenger Service- Off Site  VENDOR: UNITED PARCEL SERVICE INVOICE#: 000002E52E515A DATE: 12/19/2015 TRACKING #: 1Z02E52E4455887142; PICKUP DATE: 12/18/2015; SENDER: Millie Andino; RECEIVER: Unknown - David H. Botter; | $16.00 |
| 12/18/15 | Courier Service/Messenger Service- Off Site  VENDOR: UNITED PARCEL SERVICE INVOICE#: 000002E52E515A DATE: 12/19/2015 TRACKING #: 1Z02E52E4455887142; PICKUP DATE: 12/18/2015; SENDER: Millie Andino; RECEIVER: Unknown - David H. Botter; | $1.58 |
| 12/21/15 | Computerized Legal Research - Westlaw User: LORING,ANTHONY Date: 12/21/2015 AcctNumber: 1000193694 ConnectTime: 0.0 | $42.24 |
| 12/22/15 | Travel - Ground Transportation VENDOR: ROBERT A. JOHNSON INVOICE#: 1074973601072300 DATE: 1/7/2016 Taxi/Car Service/Public Transport, 12/22/15, Re attendance at SNMP Hearing in Wilmington, DE, Classic1 Limousine | $40.00 |
| 12/22/15 | Travel - Ground Transportation VENDOR: ROBERT A. JOHNSON INVOICE#: 1074973601072300 DATE: 1/7/2016 Taxi/Car Service/Public Transport, 12/22/15, Re attendance at SNMP Hearing in Wilmington, DE, Diamond State Taxi | $10.00 |
| 12/23/15 | Computerized Legal Research - Lexis Service: MATTHEW BENDER SERVICE; Employee: KAHN  BRAD; Charge Type: LA DOCUMENT ACCESS; Quantity: 10.0 | $594.00 |

|  |  |  |
|---|---|---|
| | Current Expenses | $6,638.52 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  Page 5
Bill Number: 1640418  01/26/16

| | | |
|---|---|---|
| **Total Amount of This Invoice** | | **$329,173.52** |
| **Prior Balance Due** | | $1,039,583.67 |
| **Total Balance Due Upon Receipt** | | $1,368,757.19 |



**REMITTANCE COPY**

**Return with Payment**

NORTEL NETWORKS INC. CREDITORS COMMITTEE  
ATTN: JOHN DOLITTLE  
2221 LAKESIDE BOULEVARD  
RICHARDSON, TX 75082

Client Number: 687147  
Invoice Number: 1640418  
Invoice Date: 01/26/16

FED I.D. NO.   75-1338644

Total Amount of This Invoice   $329,173.52

**Summary of Accounts Receivable:**

| Date | Invoice # | Amount | Credits | Balance |
|---|---|---|---|---|
| 08/18/15 | 1614475 | $634,085.37 | $632,630.37 | $1,455.00 |
| 10/12/15 | 1623012 | $325,028.56 | $261,977.76 | $63,050.80 |
| 10/22/15 | 1625398 | $399,838.01 | $321,106.71 | $78,731.30 |
| 11/18/15 | 1631498 | $643,694.51 | $516,615.71 | $127,078.80 |
| 12/31/15 | 1636976 | $769,267.77 | $0.00 | $769,267.77 |
|  |  | $2,771,914.22 | $1,732,330.55 | $1,039,583.67 |

Prior Balance Due   $1,039,583.67

Total Balance Due Upon Receipt   $1,368,757.19

Please let us know promptly should your records reflect a different balance.

# REMITTANCE COPY

## Return with Payment

| | |
|---|---|
| NORTEL NETWORKS INC. CREDITORS COMMITTEE<br>ATTN: JOHN DOLITTLE<br>2221 LAKESIDE BOULEVARD<br>RICHARDSON, TX 75082 | Invoice Number    1640418<br>Invoice Date    01/26/16<br>Client Number    687147<br>Matter Number    0001 |

---

FED I.D. NO. 75-1338644

If sending remittance via Postal Mail
please remit to:

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Dept. 7247-6838
Philadelphia, PA 19170-6838

If sending remittance via Overnight Courier
please remit to:

**FIRST DATA REMITCO**
**AKIN GUMP STRAUSS - 6838**
400 White Clay Center Drive
Newark, DE 19711

If sending remittance via Wire
Please use the following instructions:

**AKIN GUMP STRAUSS HAUER & FELD LLP**
**CITI PRIVATE BANK**
1101 Pennsylvania Avenue, NW
Suite 900
Washington, DC 20004

Account #: 9250397941
ABA# 254070116
Ref: 687147/0001, Invoice No. 1640418

(For wires originating outside the US reference Swift ID# CITIUS33)