# EXHIBIT E

**SUMMARY OF ATTORNEYS AND LEGAL ASSISTANTS**

**RENDERING SERVICES DURING THE PERIOD**

**DECEMBER 1, 2015 THROUGH DECEMBER 31, 2015**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | 2015 Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| David H. Botter | Partner for 13 years; Admitted in 1990; Financial Restructuring Department | $1,150 | 50.90 | $58,535.00 |
| Fred S. Hodara | Partner for 26 years; Admitted in 1982; Financial Restructuring Department | $1,250 | 51.80 | $64,750.00 |
| Robert A. Johnson | Partner for 18 years; Admitted in 1988; Litigation Department | $975 | 97.90 | $95,452.50 |
| Karol A. Kepchar | Partner for 17 years; Admitted in 1992; Intellectual Property Department | $825 | 13.50 | $11,137.50 |
| Abid Qureshi | Partner for 7 years; Admitted in 1995; Financial Restructuring Department | $1,095 | 14.20 | $15,549.00 |
| Kevin M. Rowe | Senior Counsel for 14 years; Admitted in 1985; Tax Department | $810 | 1.50 | $1,215.00 |
| David C. Lee | Senior Counsel for 5 years; Admitted in 1999; Intellectual Property Department | $660 | 3.10 | $2,046.00 |
| Brad M. Kahn | Counsel for 3 years; Admitted in 2008; Financial Restructuring Department | $775 | 14.10 | $10,927.50 |
| Jacqueline Y. Yecies | Counsel for 2 years; Admitted in 2009; Litigation Department | $710 | 1.90 | $1,349.00 |

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | 2015 Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| Matthew C. Fagen | Associate for 3 years; Admitted in 2014; Financial Restructuring Department | $565 | 15.30 | $8,644.50 |
| Anne M. Evans | Associate for 2 years; Admitted in 2014; Litigation Department | $495 | 20.30 | $10,048.50 |
| Nicholas P. Stabile | Associate for 2 years; Admitted in 2010; Litigation Department | $655 | 24.20 | $15,851.00 |
| Anthony Loring | Associate for 1 year; Not Yet Admitted; Financial Restructuring Department | $430 | 57.70 | $24,811.00 |
| Sarah A. D'Addese | Legal Assistant for 3 years; Financial Restructuring Department | $210 | 2.30 | $483.00 |
| Brian R. Gifford | Legal Assistant for 1 year; Litigation Department | $210 | 6.20 | $1,302.00 |
| Francisco B. Alvarez | Legal Assistant for 1 year; Financial Restructuring Department | $195 | 0.90 | $175.50 |
| Ciaran G. Essex | Research Specialist for 1 year; Research and Information Services Department | $215 | 1.20 | $258.00 |

Total Amount of Fees:      **$322,535.00**

Total Number of Hours:     **377.00**

Blended Hourly Rate:       **$855.5**