# EXHIBIT A

## NORTEL NETWORKS INC., *et al*.
### CASE NO. 09-10138 (KG)

Professional Fees and Expenses
Monthly Fee Application

| Applicant & Docket No. | Time Period Covered | Fees & Expenses Requested in Application | Fees & Expenses Allowed/Awarded | Date Application Filed | Objection Deadline |
|---|---|---|---|---|---|
| Berkeley Research Group, LLC<br><br>[Docket No. 16464] | 11/1/15 - 11/30/15 | $180,979.50 (Fees)<br><br>$2,450.26 (Expenses) | $144,783.60 (Fees @ 80%)<br><br>$2,450.26 (Expenses @ 100%) | 1/11/16 | 2/1/16 |