**Nortel Networks Inc., et al**

**Berkeley Research Group, LLC**



**Exhibit A: Time Detail**

For the Period 12/1/2015 through 12/31/2015

| Date | Professional | Hours | Description |
|---|---|---|---|
| **01. Asset Acquisition/Disposition** | | | |
| 12/1/2015 | A. Cowie | 2.6 | Analyzed litigation briefs prepared by the U.S. Debtors and the UCC. |
| 12/1/2015 | A. Cowie | 2.4 | Continued to analyze the litigation briefs prepared by the U.S. Debtors and the UCC. |
| 12/1/2015 | A. Cowie | 0.6 | Continued to analyze the litigation briefs prepared by the U.S. Debtors and the UCC. |
| 12/2/2015 | J. Hyland | 2.4 | Reviewed proceeds allocation position statement for hearing. |
| 12/2/2015 | A. Cowie | 0.4 | Analyzed documents prepared by Counsel in regard to appeal of allocation decision. |
| 12/2/2015 | C. Kearns | 0.2 | Emailed with Counsel to respond to questions on appeal draft. |
| 12/3/2015 | A. Cowie | 2.9 | Analyzed appeal opening briefs prepared by the U.S. interests. |
| 12/3/2015 | J. Hyland | 2.8 | Analyzed calculations in briefs for proceeds allocation hearing. |
| 12/3/2015 | A. Cowie | 1.6 | Continued to analyze appeal opening briefs prepared by the U.S. interests. |
| 12/3/2015 | A. Cowie | 0.6 | Continued to analyze appeal opening briefs prepared by the U.S. interests. |
| 12/3/2015 | J. Hyland | 0.1 | Conducted call with R. Johnson (Counsel) re: proceeds allocation briefs. |
| 12/4/2015 | A. Cowie | 2.9 | Analyzed allocation appeal briefs. |
| 12/4/2015 | A. Cowie | 2.4 | Continued to analyze allocation appeal briefs. |
| 12/8/2015 | J. Hyland | 2.8 | Reviewed filed allocation appellate briefs. |
| 12/8/2015 | J. Hyland | 1.4 | Reviewed IPA sale agreement and analyzed IPA sales proceeds. |
| 12/9/2015 | J. Hyland | 1.0 | Reviewed the Conflicts Administrator's opening allocation brief. |
| 12/9/2015 | C. Kearns | 0.3 | Emailed with Counsel re: mediation in light of latest letter from D.E. magistrate. |
| 12/10/2015 | J. Hyland | 1.5 | Analyzed historic IPA sale proceeds. |

Berkeley Research Group, LLC

Invoice for the 12/1/2015 - 12/31/2015 Period

| Date | Professional | Hours | Description |
|---|---|---|---|
| **01. Asset Acquisition/Disposition** | | | |
| 12/10/2015 | A. Cowie | 0.6 | Analyzed proposed IP address sales details. |
| 12/11/2015 | J. Hyland | 2.1 | Reviewed proceeds allocation scenarios. |
| 12/14/2015 | C. Kearns | 0.8 | Participated in call with Counsel re: additional scenarios in anticipation of possible additional mediation session. |
| 12/15/2015 | C. Kearns | 0.3 | Reviewed final changes to Committee presentation requested by Counsel including related brief telecom with F. Hodara (Counsel). |
| 12/16/2015 | J. Hyland | 1.4 | Reviewed potential equity committee request. |
| 12/16/2015 | C. Kearns | 0.7 | Participated in call with Counsel re: mediation related analysis for the Committee. |
| 12/16/2015 | A. Cowie | 0.3 | Participated in discussion with M. Kennedy (Chilmark) in regard to professional fees and the impact on proceeds allocation. |
| 12/16/2015 | A. Cowie | 0.2 | Participated in discussion with M. Sandberg (FTI) in regard to professional fees as they impact proceeds allocation. |
| 12/21/2015 | J. Hyland | 0.1 | Reviewed letter re: discussion with other parties of interest. |
| 12/22/2015 | J. Hyland | 0.4 | Reviewed Bond's application for leave to appeal decision in Canada. |
| 12/23/2015 | J. Hyland | 0.6 | Reviewed IPA sale agreement and court filing. |
| **Task Code Total Hours** | | **36.4** | |
| **05. Professional Retention Fee Application Preparation** | | | |
| 12/10/2015 | J. Blum | 0.7 | Prepared the November fee application. |
| 12/16/2015 | J. Hyland | 0.2 | Prepared November professional fee estimate for Counsel. |
| 12/18/2015 | J. Hyland | 0.9 | Reviewed November fee application. |
| 12/23/2015 | J. Blum | 1.1 | Prepared November fee application. |
| 12/23/2015 | J. Blum | 0.9 | Edited November fee application. |
| 12/23/2015 | J. Hyland | 0.2 | Reviewed November 2015 fee application. |
| **Task Code Total Hours** | | **4.0** | |
| **08. Interaction/Meetings with Creditors** | | | |
| 12/10/2015 | J. Borow | 0.7 | Met with UCC and professionals to UCC for weekly call. |
| 12/10/2015 | J. Hyland | 0.7 | Participated in weekly UCC call with members and professionals. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **08. Interaction/Meetings with Creditors** | | | |
| 12/10/2015 | A. Cowie | 0.7 | Prepared discussion points for weekly UCC call. |
| 12/16/2015 | A. Cowie | 0.7 | Participated in call with F. Hodara and B. Kahn (Counsel) in regard to creditor recovery deck. |
| 12/17/2015 | J. Hyland | 1.3 | Participated in weekly UCC call with Committee members and professionals. |
| 12/17/2015 | C. Kearns | 1.0 | Participated in portion of weekly Committee call re: Committee matters. |
| **Task Code Total Hours** | | **5.1** | |
| **10. Recovery/SubCon/Lien Analysis** | | | |
| 12/2/2015 | J. Hyland | 1.2 | Analyzed claim recoveries for proceeds allocation statement for hearing. |
| 12/10/2015 | A. Cowie | 1.3 | Prepared updated creditor recovery scenarios for counsel. |
| 12/14/2015 | A. Cowie | 2.7 | Prepared revised creditor recovery document. |
| 12/14/2015 | A. Cowie | 0.9 | Continued to prepare revised creditor recovery document. |
| 12/14/2015 | C. Kearns | 0.4 | Reviewed additional recovery waterfall analyses requested by Counsel. |
| 12/15/2015 | A. Cowie | 2.9 | Prepared report for the UCC in regard to updated creditor recovery analysis. |
| 12/15/2015 | A. Cowie | 2.4 | Continued to prepare report for the UCC in regard to updated creditor recovery analysis. |
| 12/15/2015 | A. Cowie | 0.9 | Continued to prepare report for the UCC in regard to updated creditor recovery analysis. |
| 12/16/2015 | A. Cowie | 2.9 | Updated creditor recovery deck for the UCC. |
| 12/16/2015 | J. Hyland | 2.7 | Reviewed proceeds allocation recovery scenarios. |
| 12/16/2015 | A. Cowie | 2.3 | Continued to update creditor recovery deck for the UCC. |
| 12/16/2015 | J. Hyland | 1.9 | Continued reviewing proceeds allocation recovery scenarios. |
| 12/16/2015 | A. Cowie | 1.6 | Continued to update creditor recovery deck for the UCC. |
| 12/16/2015 | C. Kearns | 0.5 | Reviewed final draft of presentation to Committee on waterfall scenarios requested by Counsel. |
| 12/17/2015 | A. Cowie | 2.8 | Prepared deck for UCC call in regard to creditor recoveries. |
| 12/17/2015 | A. Cowie | 2.5 | Continued to prepare deck for UCC call in regard to creditor recoveries. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **10. Recovery/SubCon/Lien Analysis** | | | |
| 12/17/2015 | J. Hyland | 2.0 | Reviewed proceeds allocation recovery scenarios for UCC. |
| 12/18/2015 | J. Hyland | 2.9 | Analyzed recovery calculations based upon various scenarios. |
| 12/18/2015 | A. Cowie | 2.2 | Analyzed claim recoveries based upon allocation positions. |
| 12/18/2015 | J. Hyland | 2.0 | Continued analyzing recovery calculations based upon various scenarios. |
| 12/22/2015 | J. Hyland | 2.8 | Analyzed claims recoveries by estate based upon various claim scenarios. |
| 12/22/2015 | J. Hyland | 2.0 | Continued analyzing claims recoveries by estate based upon various claim scenarios. |
| **Task Code Total Hours** | | **43.8** | |
| **11. Claim Analysis/Accounting** | | | |
| 12/1/2015 | J. Hyland | 1.5 | Analyzed claim and potential settlement. |
| 12/4/2015 | J. Hyland | 2.3 | Reviewed EMEA motion to dismiss an inter-estate claim and vacate a motion against EMEA. |
| 12/4/2015 | J. Hyland | 1.7 | Reviewed support for summary motion and related claim information re: claim against NNI. |
| 12/4/2015 | J. Hyland | 1.4 | Analyzed 11/20/2015 CCAA claim schedule. |
| 12/7/2015 | A. Cowie | 2.2 | Analyzed revised CDN claims schedule. |
| 12/7/2015 | J. Hyland | 1.0 | Reviewed CCAA pension claims. |
| 12/7/2015 | A. Cowie | 0.6 | Continued to analyze revised CDN claims schedule. |
| 12/8/2015 | J. Hyland | 2.3 | Analyzed claim settlement support. |
| 12/9/2015 | J. Hyland | 1.3 | Analyzed the impact of the claim settlement motion on certain claims. |
| 12/15/2015 | J. Hyland | 2.5 | Analyzed claim accounts and related motion re: claimant. |
| 12/21/2015 | J. Hyland | 1.4 | Analyzed filed Canadian claims. |
| 12/21/2015 | J. Hyland | 0.1 | Reviewed approval for no objection for a claim. |
| 12/21/2015 | J. Hyland | 0.1 | Reviewed no objection motion for a claim. |
| 12/22/2015 | J. Hyland | 0.1 | Reviewed mediation and claim update for Counsel. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **11. Claim Analysis/Accounting** | | | |
| 12/23/2015 | J. Hyland | 0.6 | Reviewed motion in support of document destruction. |
| 12/24/2015 | J. Hyland | 2.4 | Reviewed sale transaction documents in relation to a potential claim. |
| 12/24/2015 | J. Hyland | 2.0 | Analyzed claims in notices of settlement of de minimis claims. |
| 12/24/2015 | J. Hyland | 1.6 | Reviewed reply memorandum re: claim summary judgment. |
| 12/24/2015 | J. Borow | 0.8 | Reviewed claims issues in regard to Canadian claims. |
| *Task Code Total Hours* | | **25.9** | |
| **18. Operating and Other Reports** | | | |
| 12/10/2015 | J. Hyland | 0.6 | Analyzed August 2015 MOR. |
| 12/10/2015 | J. Hyland | 0.5 | Analyzed September 2015 MOR. |
| *Task Code Total Hours* | | **1.1** | |
| **19. Cash Flow/Cash Management Liquidity** | | | |
| 12/11/2015 | J. Hyland | 1.1 | Reviewed NNL cash forecast. |
| *Task Code Total Hours* | | **1.1** | |
| **Total Hours** | | **117.4** | |