## EXHIBIT A

**Nortel Networks Inc., Bankruptcy Case No. 09-10138 (KG)**

**Summary of Fees and Expenses for the Period**
**From August 1, 2015 through October 31, 2015, unless otherwise specified**

**Hearing: February 9, 2016 at 10:00 a.m. (ET)**

Akin Gump Strauss Hauer & Feld LLP ("Akin Gump")

A.    Notice Of Twenty-Seventh Interim Fee Application Request (D.I. 166342, Filed 11/30/15).

    1.    Seventy-Ninth Monthly Application Of Akin Gump Strauss Hauer & Feld LLP, Co-Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For The Reimbursement Of Expenses For Services Rendered During The Period From August 1, 2015 Through August 31, 2015 (D.I. 16232, Filed 10/15/15);

    2.    Certification Of No Objection Regarding Seventy-Ninth Monthly Application Of Akin Gump Strauss Hauer & Feld LLP, Co-Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For The Reimbursement Of Expenses For Services Rendered During The Period From August 1, 2015 Through August 31, 2015 [Docket No. 16232] (No Order Required) (D.I. 16287, Filed 11/6/15);

    3.    Eightieth Monthly Application Of Akin Gump Strauss Hauer & Feld LLP, Co-Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For The Reimbursement Of Expenses For Services Rendered During The Period From September 1, 2015 Through September 30, 2015 (D.I. 16269, Filed 10/26/15);

    4.    Certification Of No Objection Regarding Eightieth Monthly Application Of Akin Gump Strauss Hauer & Feld LLP, Co-Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For The Reimbursement Of Expenses For Services Rendered During The Period From September 1, 2015 Through September 30, 2015 [Docket No. 16269] (No Order Required) (D.I.16309, Filed 11/18/15);

    5.    Eighty-First Monthly Application Of Akin Gump Strauss Hauer & Feld LLP, Co-Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For The Reimbursement Of Expenses For Services Rendered During The Period From October 1, 2015 Through October 31, 2015 (D.I. 16335, Filed 11/28/15);

    6.    Certification Of No Objection Regarding Eighty-First Monthly Application Of Akin Gump Strauss Hauer & Feld LLP, Co-Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For The

Reimbursement Of Expenses For Services Rendered During The Period From October 1, 2015 Through October 31, 2015 [Docket No. 16335] (No Order Required) (D.I. 16411, Filed 12/22/15); and

7.    Fee Examiner's Final Report Regarding Twenty-Seventh Interim Fee Application Of Akin Gump Strauss Hauer & Feld LLP (D.I. 16457, Filed 1/8/16).

Ashurst LLP

B.    Notice Of Twenty-Seventh Interim Fee Application Request (D.I. 16350, Filed 11/30/15).

1.    Seventy-Ninth Monthly Application Of Ashurst LLP, European Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From August 1, 2015 Through August 31, 2015 (D.I. 16184, Filed 9/22/15);

2.    Certification Of No Objection Regarding Seventy-Ninth Monthly Application Of Ashurst LLP, European Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From August 1, 2015 Through August 31, 2015 [Docket No. 16184] (No Order Required) (D.I. 16257, Filed 10/21/15);

3.    Eightieth Monthly Application Of Ashurst LLP, European Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From September 1, 2015 Through September 30, 2015 (D.I. 16289, Filed 11/6/15);

4.    Certification Of No Objection Regarding Eightieth Monthly Application Of Ashurst LLP, European Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From September 1, 2015 Through September 30, 2015 [Docket No. 16289] (No Order Required) (D.I. 16364, Filed 12/2/15);

5.    Eighty-First Monthly Application Of Ashurst LLP, European Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From October 1, 2015 Through October 31, 2015 (D.I. 16346, Filed 11/30/15);

6.    Certification Of No Objection Regarding Eighty-First Monthly Application Of Ashurst LLP, European Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From October 1, 2015 Through

October 31, 2015 [Docket No. 16346] (No Order Required) (D.I. 16415, Filed 16415); and

7.   Fee Examiner's Final Report Regarding Twenty-Seventh Interim Fee Application Of Ashurst LLP (D.I. 16456, Filed 1/8/16).

Berkeley Research Group, LLC

C.   Notice Of Second Interim Fee Application Request (D.I. 16362, filed 11/30/15).

1.   Third Monthly Fee Application Of Berkeley Research Group, LLC For Compensation For Services Rendered And Reimbursement Of Expenses As Financial Advisor To The Official Committee of Unsecured Creditors During The Period From August 1, 2015 Through August 31, 2015 (D.I. 16230, Filed 10/14/15);

2.   Certification Of No Objection Regarding Third Monthly Fee Application Of Berkeley Research Group, LLC For Compensation For Services Rendered And Reimbursement Of Expenses As Financial Advisor To The Official Committee of Unsecured Creditors During The Period From August 1, 2015 Through August 31, 2015[Docket No. 16230] (No Order Required) (D.I. 16288, Filed 11/6/15);

3.   Fourth Monthly Fee Application Of Berkeley Research Group, LLC For Compensation For Services Rendered And Reimbursement Of Expenses As Financial Advisor To The Official Committee of Unsecured Creditors During The Period From September 1, 2015 Through September 30, 2015 (D.I. 16306, Filed 11/17/15);

4.   Certification Of No Objection Regarding Fourth Monthly Fee Application Of Berkeley Research Group, LLC For Compensation For Services Rendered And Reimbursement Of Expenses As Financial Advisor To The Official Committee of Unsecured Creditors During The Period From September 1, 2015 Through September 30, 2015 [Docket No. 16306] (No Order Required) (D.I. 16382, Filed 12/11/15);

5.   Fifth Monthly Fee Application Of Berkeley Research Group, LLC For Compensation For Services Rendered And Reimbursement Of Expenses As Financial Advisor To The Official Committee of Unsecured Creditors During The Period From October 1, 2015 Through October 31, 2015 (D.I. 16361, Filed 11/30/15);

6.   Certification Of No Objection Regarding Fifth Monthly Fee Application Of Berkeley Research Group, LLC For Compensation For Services Rendered And Reimbursement Of Expenses As Financial Advisor To The Official Committee of Unsecured Creditors During The Period From October 1, 2015 Through October 31, 2015 [Docket No. 16361] (No Order Required) (D.I. 16463, Filed 1/11/16); and

7.   Fee Examiner's Final Report Regarding Second Interim Fee Application Of Berkeley Research Group, LLC (D.I. 16455, Fled 1/8/16).

<u>Cassels Brock & Blackwell LLP</u>

D.    Notice Of Seventh Interim Fee Application Request (D.I. 16352, Filed 11/30/15).

    1.    Eighteenth Monthly Application Of Cassels Brock & Blackwell LLP Canadian Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From August 1, 2015 To August 31, 2015 (D.I. 16320, Filed 11/23/15);

    2.    Certification of No Objection Regarding Eighteenth Monthly Application Of Cassels Brock & Blackwell LLP Canadian Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From August 1, 2015 To August 31, 2015 (D.I. 16441, Filed 1/4/16);

    3.    Nineteenth Monthly Application Of Cassels Brock & Blackwell LLP Canadian Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From September 1, 2015 To September 30, 2015 (D.I. 16334, Filed 11/27/15);

    4.    Certification Of No Objection Regarding Nineteenth Monthly Application Of Cassels Brock & Blackwell LLP Canadian Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From September 1, 2015 To September 30, 2015 (D.I. 16442, Filed 1/4/16);

    5.    Twentieth Monthly Application Of Cassels Brock & Blackwell LLP Canadian Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From October 1, 2015 To October 31, 2015 (D.I. 16345, 11/30/15);

    6.    Certification Of No Objection Regarding Twentieth Monthly Application Of Cassels Brock & Blackwell LLP Canadian Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From October 1, 2015 To October 31, 2015 (D.I. 16443, Filed 1/4/16); and

    7.    Fee Examiner's Final Report Regarding Notice Of Seventh Interim Fee Application Request Of Cassels Brock & Blackwell LLP (D.I. 16454, Filed 1/8/16).

Chilmark Partners LLC

E.   Twenty-Third Quarterly Fee Application Request Of Chilmark Partners, LLC, As Consulting Expert To The Debtors And Debtors-In-Possession, For The Period August 1, 2015 Through October 31, 2015 (D.I. 16310, Filed 11/19/15).

1.   Sixty-Sixth Monthly Application Of Chilmark Partners, LLC, As Consulting Expert To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses During The Period From August 1, 2015 Through August 31, 2015 (D.I. 16208, Filed 10/6/15);

2.   Certificate of No Objection Regarding Sixty-Sixth Monthly Application Of Chilmark Partners, LLC, As Consulting Expert To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses During The Period From August 1, 2015 Through August 31, 2015 (D.I. 16274, Filed 10/28/15);

3.   Sixty-Seventh Monthly Application Of Chilmark Partners, LLC, As Consulting Expert To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses During The Period From September 1, 2015 Through September 30, 2015 (D.I. 16209, Filed 10/6/15);

4.   Certificate of No Objection Regarding Sixty-Seventh Monthly Application Of Chilmark Partners, LLC, As Consulting Expert To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses During The Period From September 1, 2015 Through September 30, 2015 (D.I. 16275, Filed 10/28/15);

5.   Sixty-Eighth Monthly Application Of Chilmark Partners, LLC, As Consulting Expert To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses For The Period October 1, 2015 Through October 31, 2015 (D.I. 16305, Filed 11/17/15);

6.   Certificate of No Objection Regarding Sixty-Eighth Monthly Application Of Chilmark Partners, LLC, As Consulting Expert To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses For The Period October 1, 2015 Through October 31, 2015 (D.I. 16373, Filed 12/9/15); and

7.   Fee Examiner's Final Report Regarding Twenty-Third Quarterly Fee Application Of Chilmark Partners, LLC (D.I. 16418, Filed 12/28/15).

Cleary Gottlieb Steen & Hamilton LLP ("Cleary")

F.  Twenty-Seventh Quarterly Fee Application Request Of Cleary Gottlieb Steen & Hamilton LLP, As Attorneys For Debtors And Debtors-In-Possession, For The Period August 1, 2015 Through October 31, 2015 (D.I. 16315, Filed 11/20/15).

   1.  Eightieth Interim Application Of Cleary Gottlieb Steen & Hamilton LLP, As Attorneys For Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period August 1, 2015 Through August 31, 2015 (D.I. 16185, Filed 9/23/15);

   2.  Certificate Of No Objection Regarding Eightieth Interim Application Of Cleary Gottlieb Steen & Hamilton LLP, As Attorneys For Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period August 1, 2015 Through August 31, 2015 (D.I. 16233, Filed 10/15/15);

   3.  Eighty-First Interim Application Of Cleary Gottlieb Steen & Hamilton LLP, As Attorneys For Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period September 1, 2015 Through September 30, 2015 (D.I. 16273, Filed 10/27/15);

   4.  Certificate Of No Objection Regarding Eighty-First Interim Application Of Cleary Gottlieb Steen & Hamilton LLP, As Attorneys For Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period September 1, 2015 Through September 30, 2015 (D.I. 16307, Filed 11/18/15);

   5.  Eighty-Second Interim Application Of Cleary Gottlieb Steen & Hamilton LLP, As Attorneys For Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period October 1, 2015 Through October 31, 2015 (D.I. 16304, Filed 11/17/15);

   6.  Certificate Of No Objection Regarding Eighty-Second Interim Application Of Cleary Gottlieb Steen & Hamilton LLP, As Attorneys For Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period October 1, 2015 Through October 31, 2015 (D.I. 16372, Filed 12/9/15); and

   7.  Fee Examiner's Final Report Regarding Twenty-Seventh Quarterly Fee Application Of Cleary Gottlieb Steen & Hamilton LLP (D.I. 16470, Filed 1/12/16).

Crowell & Moring LLP

G.    Twenty-Sixth Quarterly Fee Application Request Of Crowell & Moring LLP, Special Counsel For Debtors And Debtors-In-Possession, For The Period August 1, 2015 Through August 31, 2015 (D.I. 16341, Filed 11/30/15).

    1.    Sixty-Fifth Interim Application Of Crowell & Moring LLP As Special Counsel To Debtors And Debtors-In-Possession For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period August 1, 2015 Through August 31, 2015 (D.I. 16276, Filed 10/29/15);

    2.    Certificate Of No Objection Regarding Sixty-Fifth Interim Application Of Crowell & Moring LLP As Special Counsel To Debtors And Debtors-In-Possession For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period August 1, 2015 Through August 31, 2015 (D.I. 16318, Filed 11/20/15);

    3.    Sixty-Sixth Interim Application Of Crowell & Moring LLP As Special Counsel To Debtors And Debtors-In-Possession For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period September 1, 2015 Through September 30, 2015 (D.I. 16339, Filed 11/30/15);

    4.    Certificate Of No Objection Regarding Sixty-Sixth Interim Application Of Crowell & Moring LLP As Special Counsel To Debtors And Debtors-In-Possession For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period September 1, 2015 Through September 30, 2015 (D.I. 16416, Filed 12/28/15);

    5.    Sixty-Seventh Interim Application Of Crowell & Moring LLP As Special Counsel To Debtors And Debtors-In-Possession For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period October 1, 2015 Through October 31, 2015 (D.I. 16340, Filed 11/30/15);

    6.    Certificate Of No Objection Regarding Sixty-Seventh Interim Application Of Crowell & Moring LLP As Special Counsel To Debtors And Debtors-In-Possession For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period October 1, 2015 Through October 31, 2015 (D.I. 16417, Filed 12/28/15); and

    7.    Fee Examiner's Final Report Regarding Twenty-Sixth Quarterly Fee Application Of Crowell & Moring LLP (D.I. 16458, Filed 1/8/16).

Ernst & Young LLP

H.    Twenty-Seventh Quarterly Fee Application Of Ernst & Young LLP For Compensation For Services Rendered As Indirect Tax Service Advisor To The Debtors And Debtors-In-

Possession For The Period Of July 1, 2015 Through September 30, 2015 (D.I. 16331, Filed 11/25/15).

1.   Forty-First Interim Application Of Ernst & Young LLP For Allowance Of Compensation For Services Rendered As Indirect Tax Service Advisor To The Debtors And Debtors-In-Possession For Period Of July 1, 2015 Through July 31, 2015 (D.I. 16328, Filed 11/25/15);

2.   Certificate Of No Objection Regarding Forty-First Interim Application Of Ernst & Young LLP For Allowance Of Compensation For Services Rendered As Indirect Tax Service Advisor To The Debtors And Debtors-In-Possession For Period Of July 1, 2015 Through July 31, 2015 (D.I. 16401, Filed 12/18/15);

3.   Forty-Second Interim Application Of Ernst & Young LLP For Allowance Of Compensation For Services Rendered As Indirect Tax Service Advisor To The Debtors And Debtors-In-Possession For Period Of August 1, 2015 Through August 31, 2015 (D.I. 16329, Filed 11/25/15);

4.   Certificate Of No Objection Regarding Forty-Second Interim Application Of Ernst & Young LLP For Allowance Of Compensation For Services Rendered As Indirect Tax Service Advisor To The Debtors And Debtors-In-Possession For Period Of August 1, 2015 Through August 31, 2015 (D.I. 16402, Filed 12/18/15);

5.   Forty-Third Interim Application Of Ernst & Young LLP For Allowance Of Compensation For Services Rendered As Indirect Tax Service Advisor To The Debtors And Debtors-In-Possession For Period Of September 1, 2015 Through September 30, 2015 (D.I. 16330, Filed 11/25/15);

6.   Certificate Of No Objection Regarding Forty-Third Interim Application Of Ernst & Young LLP For Allowance Of Compensation For Services Rendered As Indirect Tax Service Advisor To The Debtors And Debtors-In-Possession For Period Of September 1, 2015 Through September 30, 2015 (D.I. 16403, Filed 12/18/15); and

7.   Fee Examiner's Final Report Regarding Twenty-Seventh Quarterly Fee Application Of Ernst & Young LLP (D.I. 16502, Filed 1/29/16).

<u>Huron Consulting Group</u>

I.   Twenty-Seventh Quarterly Fee Application Request Of Huron Consulting Group As Accounting And Restructuring Consultants For Debtors And Debtors-In-Possession, For The Period August 1, 2015 Through October 31, 2015 (D.I. 16322, Filed 11/23/15).

1.   Seventy-Ninth Interim Application Of Huron Consulting Group As Accounting And Restructuring Consultant To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary

Expenses Incurred For The Period August 1, 2015 Through August 31, 2015 (D.I. 16155, Filed 9/18/15);

2. Certificate Of No Objection Regarding Seventy-Ninth Interim Application Of Huron Consulting Group As Accounting And Restructuring Consultant To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period August 1, 2015 Through August 31, 2015 (D.I. 16222, Filed 10/12/15);

3. Eightieth Interim Application Of Huron Consulting Group As Accounting And Restructuring Consultant To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period September 1, 2015 Through September 30, 2015 (D.I. 16270, Filed 10/26/15);

4. Certificate Of No Objection Regarding Eightieth Interim Application Of Huron Consulting Group As Accounting And Restructuring Consultant To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period September 1, 2015 Through September 30, 2015 (D.I. 16308, Filed 11/18/15);

5. Eighty-First Interim Application Of Huron Consulting Group As Accounting And Restructuring Consultant To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period October 1, 2015 Through October 31, 2015 (D.I. 16317, Filed 11/20/15);

6. Certificate Of No Objection Regarding Eighty-First Interim Application Of Huron Consulting Group As Accounting And Restructuring Consultant To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period October 1, 2015 Through October 31, 2015 (D.I. 16386, Filed 12/14/15); and

7. Fee Examiner's Final Report Regarding Twenty-Seventh Quarterly Fee Application Of Huron Consulting Group (D.I. 16419, Filed 12/28/15).

<u>John Ray</u>

J. Twenty-Fourth Quarterly Fee Application Of John Ray, As Principal Officer Of Nortel Networks, Inc. And Its Affiliates, For The Period August 1, 2015 Through October 31, 2015 (D.I. 16326, Filed 11/25/15).

1. Fiftieth Monthly Application Of John Ray, As Principal Officer Of Nortel Networks, Inc. For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period August 1, 2015 Through August 31, 2015 (D.I. 16123, Filed 9/2/15);

2.      Certificate Of No Objection Regarding Fiftieth Monthly Application Of John Ray, As Principal Officer Of Nortel Networks, Inc. For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period August 1, 2015 Through August 31, 2015 (D.I. 16198, Filed 9/24/15);

3.      Fifty-First Monthly Application Of John Ray, As Principal Officer Of Nortel Networks, Inc. For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period September 1, 2015 Through October 31, 2015 (D.I. 16286, Filed 11/3/15);

4.      Certificate Of No Objection Regarding Fifty-First Monthly Application Of John Ray, As Principal Officer Of Nortel Networks, Inc. For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period September 1, 2015 Through October 31, 2015 (D.I. 16327, Filed 11/25/15); and

5.      Fee Examiner's Final Report Regarding Twenty-Fourth Quarterly Fee Application Of John Ray (D.I. 16420, Filed 12/28/15).

Mercer (US) Inc.

K.      Twenty-Third Quarterly Fee Application Request Of Mercer (US) Inc., As Compensation Specialist And Consulting Expert To The Debtors, For The Period of May 1, 2015 Through October 31, 2015 (D.I. 16354, Filed 11/30/15).

1.      Twenty-Third Interim Application of Mercer (US) Inc. As Compensation Specialist And Consulting Expert To The Debtors Seeking Allowance Of Interim Compensation And Interim Reimbursement Of Actual And Necessary Expenses Incurred For The Period Of May 1, 2015 Through October 31, 2015 (D.I. 16353, Filed 11/30/15);

2.      Certificate Of No Objection Regarding Twenty-Third Interim Application of Mercer (US) Inc. As Compensation Specialist And Consulting Expert To The Debtors Seeking Allowance Of Interim Compensation And Interim Reimbursement Of Actual And Necessary Expenses Incurred For The Period Of May 1, 2015 Through October 31, 2015 (D.I. 16459, Filed 1/8/16); and

3.      Fee Examiner's Final Report Regarding Twenty-Third Quarterly Fee Application Of Mercer (US) Inc. (D.I. 16471, Filed 1/12/16).

Morris, Nichols, Arsht & Tunnell LLP

L.      Twenty-Seventh Quarterly Fee Application Request Of Morris, Nichols, Arsht & Tunnell LLP, As Delaware And General Bankruptcy Counsel For Debtors And Debtors-In-Possession, For The Period August 1, 2015 Through October 31, 2015 (D.I. 16301, Filed 11/12/15).

1.   Eightieth Interim Application Of Morris, Nichols, Arsht & Tunnell LLP, As Delaware And General Bankruptcy Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period August 1, 2015 Through August 31, 2015 (D.I. 16138, Filed 9/14/15);

2.   Certificate of No Objection Regarding Eightieth Interim Application Of Morris, Nichols, Arsht & Tunnell LLP, As Delaware And General Bankruptcy Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period August 1, 2015 Through August 31, 2015 (D.I. 16211, Filed 10/7/15);

3.   Eighty-First Interim Application Of Morris, Nichols, Arsht & Tunnell LLP, As Delaware And General Bankruptcy Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period September 1, 2015 Through September 30, 2015 (D.I. 16256, Filed 10/19/15);

4.   Certificate Of No Objection Regarding Eighty-First Interim Application Of Morris, Nichols, Arsht & Tunnell LLP, As Delaware And General Bankruptcy Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period September 1, 2015 Through September 30, 2015 (D.I. 16300, Filed 11/12/15);

5.   Eighty-Second Interim Application Of Morris, Nichols, Arsht & Tunnell LLP, As Delaware And General Bankruptcy Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period October 1, 2015 Through October 31, 2015 (D.I. 16297, Filed 11/11/15);

6.   Certificate Of No Objection Regarding Eighty-Second Interim Application Of Morris, Nichols, Arsht & Tunnell LLP, As Delaware And General Bankruptcy Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period October 1, 2015 Through October 31, 2015 (D.I. 16367, Filed 12/3/15); and

7.   Fee Examiner's Final Report Regarding Twenty-Seventh Quarterly Fee Application Of Morris, Nichols, Arsht & Tunnell LLP (D.I. 16421, Filed 12/28/15).

RLKS Executive Solutions, LLC

M.   Twenty-Second Quarterly Fee Application Request Of RLKS Executive Solutions LLC, As Consultants To The Debtors And Debtors-In-Possession, For The Period August 1, 2015 Through October 31, 2015 (D.I. 16344, Filed 11/30/15).

1.      Fifty-Second Monthly Application Of RLKS Executive Solutions LLC, As Consultants To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period August 1, 2015 Through August 31, 2015 (D.I. 16122, Filed 9/2/15);

2.      Certificate Of No Objection Regarding Fifty-Second Monthly Application Of RLKS Executive Solutions LLC, As Consultants To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period August 1, 2015 Through August 31, 2015 (D.I. 16197, Filed 9/24/15);

3.      Fifty-Third Monthly Application Of RLKS Executive Solutions LLC, As Consultants To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period September 1, 2015 Through September 30, 2015 (D.I. 16212, Filed 10/7/15);

4.      Certificate Of No Objection Regarding Fifty-Third Monthly Application Of RLKS Executive Solutions LLC, As Consultants To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period September 1, 2015 Through September 30, 2015 (D.I. 16278, Filed 10/29/15);

5.      Fifty-Fourth Monthly Application Of RLKS Executive Solutions LLC, As Consultants To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period October 1, 2015 Through October 31, 2015 (D.I. 16333, Filed 11/25/15);

6.      Certificate Of No Objection Regarding Fifty-Fourth Monthly Application Of RLKS Executive Solutions LLC, As Consultants To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period October 1, 2015 Through October 31, 2015 (D.I. 16397, Filed 12/18/15); and

7.      Fee Examiner's Final Report Regarding Twenty-Second Quarterly Fee Application Of RLKS Executive Solutions LLC (D.I. 16469, Filed 1/12/16).

Torys LLP

N.      Twentieth Quarterly Fee Application Of Torys LLP, As Special Canadian Counsel To Debtors And Debtors-In-Possession For The Period August 1, 2015 Through October 31, 2015 (D.I. 16343, Filed 11/30/15).

1.    Fifty-Third Monthly Application Of Torys LLP, As Special Canadian Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period August 1, 2015 Through August 31, 2015 (D.I. 16202, Filed 9/28/15);

2.    Certificate Of No Objection Regarding Fifty-Third Monthly Application Of Torys LLP, As Special Canadian Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period August 1, 2015 Through August 31, 2015 (D.I. 16262, Filed 10/22/15);

3.    Fifty-Fourth Monthly Application Of Torys LLP, As Special Canadian Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period September 1, 2015 Through September 30, 2015 (D.I. 16321, Filed 11/23/15);

4.    Certificate Of No Objection Regarding Fifty-Fourth Monthly Application Of Torys LLP, As Special Canadian Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period September 1, 2015 Through September 30, 2015 (D.I. 16398, Filed 12/18/15);

5.    Fifty-Fifth Monthly Application Of Torys LLP, As Special Canadian Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period October 1, 2015 Through October 31, 2015 (D.I. 16332, Filed 11/25/15);

6.    Certificate Of No Objection Regarding Fifty-Fifth Monthly Application Of Torys LLP, As Special Canadian Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period October 1, 2015 Through October 31, 2015 (D.I. 16400, Filed 12/18/15); and

7.    Fee Examiner's Final Report Regarding Twentieth Quarterly Fee Application Of Torys LLP (D.I. 16468, Filed 1/12/16).

<u>Whiteford, Taylor & Preston LLC</u>

O.    Fourth Interim Application Of Whiteford, Taylor & Preston LLC For Allowance Of Compensation For Services Rendered And For Reimbursement Of Expenses As Co-Counsel To The Official Committee Of Unsecured Creditors For The Period From August 1, 2015 Through October 31, 2015 (D.I. 16325, Filed 11/25/15).

1.    Eighth Monthly And Interim Application Of Whiteford, Taylor & Preston LLC For Allowance Of Compensation For Services Rendered And For Reimbursement Of Expenses As Co-Counsel To The Official Committee Of Unsecured Creditors For

The Period From August 1, 2015 Through August 31, 2015 (D.I. 16201, Filed 9/25/15);

2.    Certificate Of No Objection Regarding Eighth Monthly And Interim Application Of Whiteford, Taylor & Preston LLC For Allowance Of Compensation For Services Rendered And For Reimbursement Of Expenses As Co-Counsel To The Official Committee Of Unsecured Creditors For The Period From August 1, 2015 Through August 31, 2015 (D.I. 16255, Filed 10/19/15);

3.    Ninth Monthly And Interim Application Of Whiteford, Taylor & Preston LLC For Allowance Of Compensation For Services Rendered And For Reimbursement Of Expenses As Co-Counsel To The Official Committee Of Unsecured Creditors For The Period From September 1, 2015 Through September 30, 2015 (D.I. 16253, Filed 10/19/15);

4.    Certificate Of No Objection Regarding Ninth Monthly And Interim Application Of Whiteford, Taylor & Preston LLC For Allowance Of Compensation For Services Rendered And For Reimbursement Of Expenses As Co-Counsel To The Official Committee Of Unsecured Creditors For The Period From September 1, 2015 Through September 30, 2015 (D.I. 16302, Filed 11/13/15);

5.    Tenth Monthly And Interim Application Of Whiteford, Taylor & Preston LLC For Allowance Of Compensation For Services Rendered And For Reimbursement Of Expenses As Co-Counsel To The Official Committee Of Unsecured Creditors For The Period From October 1, 2015 Through October 31, 2015 (D.I. 16313, Filed 11/19/15);

6.    Certificate Of No Objection Regarding Tenth Monthly And Interim Application Of Whiteford, Taylor & Preston LLC For Allowance Of Compensation For Services Rendered And For Reimbursement Of Expenses As Co-Counsel To The Official Committee Of Unsecured Creditors For The Period From October 1, 2015 Through October 31, 2015 (D.I. 16383, Filed 12/11/15); and

7.    Fee Examiner's Final Report Regarding Fourth Interim Fee Application Of Whiteford, Taylor & Preston LLC (D.I. 16422, Filed 12/28/15).