**CERTIFICATE OF SERVICE**

    I, Tamara K. Minott, certify that I am not less than 18 years of age, and that service of the foregoing **Notice of Amended Agenda of Matters Scheduled for Hearing on February 9, 2016 at 10:00 a.m. (Eastern Time)** was caused to be made on February 8, 2016, in the manner indicated upon the entities identified below.

Date: February 8, 2016              */s/ Tamara K. Minott*
                           Tamara K. Minott (No. 5643)

**VIA FACSIMILE**

Ken Coleman Esq.
Allen & Overy LLP
1221 Avenue of the Americas
New York, NY 10020
Fax: 212-610-6399

Mary F. Caloway Esq.
Kathleen Murphy Esq.
Buchanan Ingersoll & Rooney
1105 N. Market Street
Suite 1900
Wilmington, DE 19801-1228
Fax: 302-552-4295

Mark Kenney, Esq.
Office of the U.S. Trustee
844 King Street
Suite 2207 Lockbox 35
Wilmington, DE 19801-3519
Fax: 302-573-6497

Laura Davis Jones
Timothy P. Cairns
Peter Keane
Pachulski Stang
919 N. Market Street; 17th Floor
Wilmington, DE 19899-8705
Fax: 302-652-4400

Fred S. Hodara Esq.
David H. Botter Esq.
Akin Gump
One Bryant Park
New York, NY 10036
Fax: 212-872-1002

Thomas R. Kreller
Milbank Tweed Hadley & McCLoy LLP
601 South Figueroa St., Suite 3000
Los Angeles, CA 90017
Fax: 213-892-4763

Christopher M. Samis, Esq.
L. Katherine Good, Esq.
Whiteford Taylor & Preston LLC
405 North King St., Suite 500
Wilmington, DE 19801
Fax: 302-661-7950

Derek Adler
Neil Oxford
Fara Tabatabai
Charles Huberty
Hughes Hubbard & Reed LLP
One Battery Park
New York, NY 10004
Fax: 212-422-4726

James Patton
Edwin Harron
John Dorsey
Jamie Luton Chapman
Young Conaway Stargatt & Taylor LLP
1000 N. King St.
Wilmington, DE 19801
Fax: 302-571-1253