# Exhibit A

| (1) Applicant | (2) Interim Period | (3) Total Fees Requested for the Interim Period | (4)[3] Amount of Fees for Which Payment Was Requested in Monthly Applications (80%) | (5) Amount of Holdback Fees Requested (20%) | (6) Total Expenses Requested for the Interim Period (100%) | (7) Total Amount Requested for the Interim Period (Fees and Expenses) | (8) Total Amount Disallowed for the Interim Period | (9) Total Amount Authorized for the Interim Period | (10) Total Amount Requested in Case (Fees and Expenses) thru the Interim Period | (11) Total Amount Authorized Per Court Order to Date (Fees and Expenses) |
|---|---|---|---|---|---|---|---|---|---|---|
| Chilmark Partners, LLC | 8/1/15-10/31/15 | $750,000.00 | $600,000.00 | $150,000.00 | $8,978.81 | $758,978.81 | $0.00 | $758,978.81 | $16,639,888.78 | $16,639,888.78 |
| Cleary Gottlieb Steen & Hamilton LLP | 8/1/15-10/31/15 | $2,996,431.50 | $2,397,145.20 | $599,286.30 | $162,471.07 | $3,158,902.57 | $0.00 | $3,158,902.57 | $312,005,502.34 | $311,951,618.19 |
| Crowell & Moring LLP | 8/1/15-10/31/15 | $56,756.00 | $45,404.80 | $11,351.20 | $253.06 | $57,009.06 | $0.00 | $57,009.06 | $2,345,804.63 | $2,344,679.73 |
| Ernst & Young LLP | 7/1/15-9/30/15 | $1,203,880.00 | $963,104.00 | $240,776.00 | $8,950.55 | $1,212,830.55 | $7,870.41[4] | $1,204,960.14 | $32,612,011.25 | $32,603,503.32 |
| Huron Consulting Group | 8/1/15-10/31/15 | $163,386.00 | $130,708.80 | $32,677.20 | $0.00 | $163,386.00 | $0.00 | $163,386.00 | $8,949,128.50 | $8,949,128.50 |
| John Ray | 8/1/15-10/31/15 | $116,865.00 | $93,492.00 | $23,373.00 | $4,799.05 | $121,664.05 | $0.00 | $121,664.05 | $3,945,987.07 | $3,945,619.57 |
| Mercer (US) Inc. | 5/1/15-10/31/15 | $30,503.65 | $24,402.92 | $6,100.73 | $3,922.49 | $34,426.14 | $0.00 | $34,426.14 | $2,502,356.61 | $2,502,356.61[5] |
| Morris, Nichols, Arsht & Tunnell LLP | 8/1/15-10/31/15 | $264,034.25 | $211,227.40 | $52,806.85 | $23,580.73 | $287,614.98 | $0.00 | $287,614.98 | $9,118,880.18 | $9,116,619.18 |
| RLKS Executive | 8/1/15- | $2,174,858.00 | $1,739,886.40 | $434,971.60 | $65,426.36 | $2,240,284.36 | $0.00 | $2,240,284.36 | $14,772,294.21 | $14,772,294.21 |

3 Please note that the listing in Columns (4) and (6) are amounts of fees and expenses for which payment was requested in monthly applications and is not intended to and should not be construed as a finding by the Court or an admission by the referenced Applicant that such amounts were actually paid by the Debtors.

4 Please note that this amount reflects a reduction in fees and expenses totaling $7,870.41 per the *Fee Examiner's Final Report Regarding Twenty-Seventh Quarterly Fee Application of Ernst & Young LLP* (D.I. 16502).

5 At the request of the UST, $27,000 was held back (the "Holdback") from the total authorized amount for Mercer for the January 14, 2009 – April 30, 2009 interim fee period. The UST and Mercer have agreed to an interim allowance of the Holdback (and similar amounts during the periods from May 1, 2009 through October 31, 2014 and the Interim Period) pending resolution of the dispute at the final fee hearing in these cases.

| (1) | (2) | (3) | (4)[3] | (5) | (6) | (7) | (8) | (9) | (10) | (11) |
|---|---|---|---|---|---|---|---|---|---|---|
| **Applicant** | **Interim Period** | **Total Fees Requested for the Interim Period** | **Amount of Fees for Which Payment Was Requested in Monthly Applications (80%)** | **Amount of Holdback Fees Requested (20%)** | **Total Expenses Requested for the Interim Period (100%)** | **Total Amount Requested for the Interim Period (Fees and Expenses)** | **Total Amount Disallowed for the Interim Period** | **Total Amount Authorized for the Interim Period** | **Total Amount Requested in Case (Fees and Expenses) thru the Interim Period** | **Total Amount Authorized Per Court Order to Date (Fees and Expenses)** |
| Solutions LLC | 10/31/15 | | | | | | | | | |
| Torys LLP | 8/1/15-10/31/15 | $963,737.00 | $770,989.60 | $192,747.40 | $4,418.13 | $968,155.13 | $0.00 | $968,155.13 | $19,928,722.37 | $19,928,722.37 |
| **TOTALS** | | **$8,720,451.40** | **$6,976,361.12** | **$1,744,090.28** | **$282,800.25** | **$9,003,251.65** | **$7,870.41** | **$8,995,381.24** | **$422,820,575.90** | **$422,754,430.50** |