# **<u>EXHIBIT B</u>**

```
*************************************************************************************************Page 1 of (1)
                                          WHITEFORD, TAYLOR & PRESTON      THRU 01/31/16
BILLING ATTORNEY: 01762  CHRISTOPHER M. SAMIS    DETAILED   BILLING REPORT     AS OF 2/5/2016 2:41:30 PM
                                          PROFORMA NUMBER: 476033        LAST DATE BILLED 01/28/16
```

CLIENT 091281          OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
                       NORTEL NETWORKS, INC.
MATTER 00001           NORTEL
CASE ID

| INDEX | DATE | REFER-# | CODE | CTRL-# | TKPR | | AMOUNT | |
|---|---|---|---|---|---|---|---|---|
| | | | 10 | | | PHOTOCOPIES | | 3.60 |
| 4361955 | 01/07/16 | | 101 | | 01762 | DLS DISCOVERY - COURIER EXPENSE-EXPEDITED RUSH-BANKRUPTCY COURT | 52.00 | |
| | | | *101 | | | COURIER EXPENSE | | 52.00 |
| 4361953 | 01/06/16 | | 44 | | 01762 | COPIES DLS DISCOVERY - COURIER EXPENSE-PRINT B/W FROM TIFF OR PDF; TABS; D-RING BINDERS; PUNCH PAPER | 87.04 | |
| 4361954 | 01/06/16 | | 44 | | 01762 | COPIES DLS DISCOVERY - COURIER EXPENSE-PRINT B/W FROM TIFF OR PDF; TABS; D-RING BINDERS; PUNCH PAPER; PACER CHARGES; TECH TIME | 1,970.04 | |
| 4361956 | 01/19/16 | | 44 | | 01762 | COPIES DLS DISCOVERY - COURIER EXPENSE-COPY/PRINT; ENVELOPE; PDF EMAILED TO CLIENT; PRINTING ON LABEL STOCK; HAND DELIVERY W BANKRUPTCY SERVICES; POSTAGE | 119.11 | |
| 4361961 | 01/26/16 | | 44 | | 01762 | COPIES DLS DISCOVERY - COURIER EXPENSE-COPY PRINT, ENVELOPE, HAND DELIVERY W/BANKRUPTCY SERVICE; PDF EMAILED TO CLIENT; GENERAL LABOR | 75.91 | |
| | | | *44 | | | COPIES | | 2,252.10 |

                              *TOTAL DISBURSEMENTS*      2,307.70