IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ------------------------------------------------------------ X | | Chapter 11 |
| *In re* : | | |
| : | | Case No. 09-10138 (KG) |
| Nortel Networks Inc., *et al.*,[1] : | | |
| : | | Jointly Administered |
| Debtors. : | | |
| : | | **Re: D.I. 16489** |
| ------------------------------------------------------------ X | | |

**CERTIFICATE OF NO OBJECTION REGARDING DEBTORS'
MOTION PURSUANT TO BANKRUPTCY RULE 9019 FOR ENTRY
OF AN ORDER APPROVING THE STIPULATION RESOLVING
CLAIMS WITH LIQUIDITY SOLUTIONS, INC.**

The undersigned hereby certifies that, as of the date hereof, Morris, Nichols, Arsht & Tunnell LLP ("Morris Nichols") has received no answer, objection or other responsive pleading to the **Debtors' Motion Pursuant to Bankruptcy Rule 9019 for Entry of an Order Approving the Stipulation Resolving Claims with Liquidity Solutions, Inc.** (the "Motion") (D.I. 16489), filed on January 22, 2016.

The undersigned further certifies that Morris Nichols has caused the review of the Court's docket in these cases and that no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice, objections to the Motion were to be filed and served no later than February 5, 2016 at 4:00 p.m. (ET).

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

WHEREFORE, the Debtors respectfully request that the Order attached to the Motion be entered at the earliest convenience of the Court.

Dated: February 9, 2016
Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP
James L. Bromley (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Tamara K. Minott*
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Andrew R. Remming (No. 5120)
Tamara K. Minott (No. 5643)
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 425-4663

*Counsel for the Debtors and
Debtors in Possession*

9833077