## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | |
| | ) | Chapter 11 |
| Nortel Networks Inc., et al.,[1] | ) | Case No. 09-10138 (KG) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Re: Docket Nos. 15786 & 15843 |
| | ) | |

**SUPPLEMENTAL DECLARATION OF JAY I. BOROW IN CONNECTION WITH THE APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF NORTEL NETWORKS INC., ET AL. FOR ORDER AUTHORIZING EMPLOYMENT AND RETENTION OF BERKELEY RESEARCH GROUP, LLC AS SUCCESSOR FINANCIAL ADVISOR, NUNC *PRO TUNC* TO JUNE 1, 2015**

**JAY I. BOROW**, hereby declares:

1.       I am a Managing Director of Berkeley Research Group, LLC ("BRG"), a professional services firm with offices located at 104 West 40th Street, 16th Floor, New York, New York 10018.

2.       I am familiar with the matters set forth herein and make this supplemental declaration (the "Supplemental Declaration") in connection with BRG's role as financial advisor to the Official Committee of Unsecured Creditors (the "Committee") of Nortel Networks Inc., et al. (collectively, the "Debtors").  The purpose of this Supplemental Declaration is to fulfill BRG's continuing obligation to update its disclosures as set forth in the *Order Authorizing the Official Committee of Unsecured Creditors of Nortel Networks Inc., et al. to Employ and Retain*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel

*Berkeley Research Group, LLC as Successor Financial Advisor, Nunc Pro Tunc to June 1, 2015*

(the "Application") (Docket No. 15843).

3.　　　On January 22, 2009 (the "Committee Formation Date"), pursuant to section 1102

of title 11 of the United States Code (the "Bankruptcy Code"), the United States Trustee for the

District of Delaware appointed the Committee.  The Committee currently consists of three

members: Pension Benefit Guaranty Corporation; Law Debenture Trust Company of New York,

as indenture trustee; and The Bank of New York Mellon, as indenture trustee.  On June 1, 2015,

the Committee selected BRG to serve as successor financial advisor pursuant to section 1103(a)

of the Bankruptcy Code.  This Court approved BRG's retention pursuant to an order approving

the Application, dated July 9, 2015 (Docket No. 15786) (the "BRG Retention Order").

4.　　　Consistent with prior years, on January 1, 2016 BRG implemented its hourly rate

increases.  The hourly rate increases will be documented in our fee application covering the

period January 1, 2016 through January 31, 2016 as required by applicable orders.

Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions
Inc. (0567); and Nortel Networks (CALA) Inc. (4226).

I hereby declare under penalty of perjury that, based upon the information available to me, the foregoing is true and correct.

Executed on February 9, 2016

/s/ Jay Borow

Jay I. Borow
Managing Director
104 West 40th Street
16th Floor
New York, NY 10018
212.782.1411
Financial Advisor to the Official Committee of
Unsecured Creditors