# Exhibit B

**EXPENSE SUMMARY**

Nortel Networks, Inc., *et al.*
(Case No. 09-10138 (KG))

January 1, 2016 through January 31, 2016

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---:|
| Court Costs | | $75.00 |
| Transcripts | | 76.50 |
| Photos/Art/Spec Duplicating | Out of Office | 807.16 |
| Travel | | 259.15 |
| Meals | | 19.34 |
| Messenger Services | | 85.00 |
| Courier/Delivery Service | | 1,761.93 |
| Computer Research | Westlaw | 56.44 |
| In-House Duplicating | | 3.45 |
| Postage | | 50.64 |
| Facsimile | | 151.50 |
| Pacer | | 53.80 |
| Hotel Accommodations | | 325.06 |
| **Total Expenses** | | **$3,724.97** |

**COST ENTRIES**

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1381544 | 12/10/15 | B | 25.00 | Court Costs - AMERICAN EXPRESS - USDC-DE - PR HAC VICE FILING FEE - 12/10/15 | 503 | 000 | 214169 |
| 1387802 | 01/11/16 | B | 50.00 | Court Costs - AMERICAN EXPRESS - USDC-DE - FILING FEES - 1/11/16 | 503 | 000 | 214710 |
| 1386189 | 01/27/16 | B | 76.50 | Transcripts - DIAZ DATA SERVICES - FIRST COPY OF TRANSCRIPT - 1/27/16 | 506 | 971 | 214528 |
| 1386431 | 01/04/16 | B | 787.06 | Photos/Art/Spec Duplicating-Out of Office - D DISCOVERY - BANKRUPTCY SERVICE - 1/4/16 | 510 | 684 | 214607 |
| 1388528 | 01/20/16 | B | 20.10 | Photos/Art/Spec Duplicating-Out of Office - D DISCOVERY - BANKRUPTCY SERVICE - 1/20/16 | 510 | 684 | 214770 |
| 1387803 | 01/14/16 | B | 108.00 | Travel - AMERICAN EXPRESS - A. REMMING - AMTR - WILMINGTON TO NYC - 1/14/16 | 511 | 000 | 214710 |
| 1386191 | 01/15/16 | B | 151.15 | Travel - ANDREW REMMING - REIMBURSEMENT OF PARKING, TAXI AND TRAIN EXPENSES - TRAVEL TO FOR NORTEL MEDIATION - 1/14/16 - 1/15/16 | 511 NY | 961 | 214531 |
| 1382720 | 01/11/16 | B | 13.84 | Meals - CURTIS MILLER - REIMBURSEMENT OF EXPENSES FOR WORKING MEAL - W/ E. SCHWARTZ, M HARVEY, D. ABBOTT, A. REMMING - 1/11/16 | 512 . | 826 | 214225 |
| 1386193 | 01/15/16 | B | 5.50 | Meals - ANDREW REMMING - REIMBURSEMENT OF MEA EXPENSES - TRAVEL TO NY FOR NORTEL MEDIATION 1/14/16 - 1/15/16 | 512 - | 961 | 214531 |
| 1382049 | 01/04/16 | B | 5.00 | Messenger Service - to USBC | 513S | 684 | |
| 1382070 | 01/06/16 | B | 5.00 | Messenger Service - to USBC | 513S | 971 | |
| 1382079 | 01/06/16 | B | 5.00 | Messenger Service - to Trustee | 513S | 684 | |
| 1382104 | 01/08/16 | B | 5.00 | Messenger Service - to UST | 513S | 684 | |
| 1382127 | 01/08/16 | B | 5.00 | Messenger Service - to Trustee | 513S | 684 | |
| 1385363 | 01/12/16 | B | 5.00 | Messenger Service - to UST | 513S | 684 | |
| 1385373 | 01/12/16 | B | 5.00 | Messenger Service - to Trustee | 513S | 684 | |
| 1385386 | 01/13/16 | B | 5.00 | Messenger Service - to Trustee | 513S | 684 | |
| 1385390 | 01/13/16 | B | 5.00 | Messenger Service - to Farnan | 513S | 961 | |
| 1385414 | 01/15/16 | B | 5.00 | Messenger Service - to UST | 513S | 684 | |
| 1385472 | 01/20/16 | B | 5.00 | Messenger Service - to USBC | 513S | 684 | |
| 1385495 | 01/21/16 | B | 5.00 | Messenger Service - to USBC | 513S | 684 | |
| 1385505 | 01/21/16 | B | 5.00 | Messenger Service - to USBC | 513S | 684 | |

```
Nortel Networks, Inc.                                        PRO FORMA   594090        AS OF 01/31/16                      INVOICE# ******
63989-DIP
DATE: 02/09/16 10:07:50
```

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1389251 | 01/26/16 | B | 5.00 | Messenger Service - to Trustee | 513S | 684 | |
| 1389275 | 01/28/16 | B | 5.00 | Messenger Service - to Trustee | 513S | 684 | |
| 1389296 | 01/29/16 | B | 5.00 | Messenger Service - to UST | 513S | 684 | |
| 1389302 | 01/29/16 | B | 5.00 | Messenger Service - to Whiteford Taylor | 513S | 684 | |
| 1381528 | 11/30/15 | B | 54.33 | Courier/Delivery Service - AMERICAN EXPRESS - USPS.COM - SUNDAY SHIPPING - 11/30/15 | 514 | 000 | 214169 |
| 1380690 | 12/23/15 | B | 55.34 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 214117 |
| 1381492 | 01/05/16 | B | 11.79 | Courier/Delivery Service | 514 | 000 | 214168 |
| 1386442 | 01/08/16 | B | 27.60 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 214616 |
| 1388482 | 01/15/16 | B | 20.70 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 214759 |
| 1387329 | 01/20/16 | B | 12.91 | Courier/Delivery Service | 514 | 322 | 214642 |
| 1387725 | 01/20/16 | B | (12.91) | Reversal from Cancelled Voucher 214642 | 514 | 322 | 214683 |
| 1387736 | 01/20/16 | B | 12.91 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 214684 |
| 1385169 | 01/20/16 | B | 33.74 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 214444 |
| 1385174 | 01/20/16 | B | 12.91 | Courier/Delivery Service | 514 | 322 | 214445 |
| 1385175 | 01/20/16 | B | 26.93 | Courier/Delivery Service | 514 | 322 | 214445 |
| 1385176 | 01/20/16 | B | 19.12 | Courier/Delivery Service | 514 | 322 | 214445 |
| 1385177 | 01/20/16 | B | 23.98 | Courier/Delivery Service | 514 | 322 | 214445 |
| 1385178 | 01/20/16 | B | 23.98 | Courier/Delivery Service | 514 | 322 | 214445 |
| 1385179 | 01/20/16 | B | 23.98 | Courier/Delivery Service | 514 | 322 | 214445 |
| 1385180 | 01/20/16 | B | 19.12 | Courier/Delivery Service | 514 | 322 | 214445 |
| 1385181 | 01/20/16 | B | 26.93 | Courier/Delivery Service | 514 | 322 | 214445 |
| 1385182 | 01/20/16 | B | 23.21 | Courier/Delivery Service | 514 | 322 | 214445 |
| 1385183 | 01/20/16 | B | 23.99 | Courier/Delivery Service | 514 | 322 | 214445 |
| 1385184 | 01/20/16 | B | 23.98 | Courier/Delivery Service | 514 | 322 | 214445 |
| 1385185 | 01/20/16 | B | 19.12 | Courier/Delivery Service | 514 | 322 | 214445 |
| 1385186 | 01/20/16 | B | 22.90 | Courier/Delivery Service | 514 | 322 | 214445 |
| 1385187 | 01/20/16 | B | 22.73 | Courier/Delivery Service | 514 | 322 | 214445 |
| 1385188 | 01/20/16 | B | 23.98 | Courier/Delivery Service | 514 | 322 | 214445 |
| 1385189 | 01/20/16 | B | 26.93 | Courier/Delivery Service | 514 | 322 | 214445 |
| 1385190 | 01/20/16 | B | 25.71 | Courier/Delivery Service | 514 | 322 | 214445 |
| 1385191 | 01/20/16 | B | 19.12 | Courier/Delivery Service | 514 | 322 | 214445 |
| 1385192 | 01/20/16 | B | 23.98 | Courier/Delivery Service | 514 | 322 | 214445 |
| 1385193 | 01/20/16 | B | 12.91 | Courier/Delivery Service | 514 | 322 | 214445 |
| 1385194 | 01/20/16 | B | 19.12 | Courier/Delivery Service | 514 | 322 | 214445 |
| 1385195 | 01/20/16 | B | 23.99 | Courier/Delivery Service | 514 | 322 | 214445 |
| 1385196 | 01/20/16 | B | 19.12 | Courier/Delivery Service | 514 | 322 | 214445 |

```
Nortel Networks, Inc.              Case 09-10138-MEW    Doc 16530-3    Filed 02/09/16    Page 4 of 5      INVOICE# ******
63989-DIP                          PRO FORMA  394090                   AS OF 01/31/16
DATE: 02/09/16 10:07:50
```

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1385197 | 01/20/16 | B | 12.91 | Courier/Delivery Service | 514 | 322 | 214445 |
| 1385198 | 01/20/16 | B | 19.12 | Courier/Delivery Service | 514 | 322 | 214445 |
| 1385199 | 01/20/16 | B | 19.12 | Courier/Delivery Service | 514 | 322 | 214445 |
| 1385200 | 01/20/16 | B | 23.99 | Courier/Delivery Service | 514 | 322 | 214445 |
| 1385201 | 01/20/16 | B | 26.93 | Courier/Delivery Service | 514 | 322 | 214445 |
| 1385202 | 01/20/16 | B | 19.12 | Courier/Delivery Service | 514 | 322 | 214445 |
| 1385203 | 01/20/16 | B | 27.77 | Courier/Delivery Service | 514 | 322 | 214445 |
| 1385204 | 01/20/16 | B | 19.12 | Courier/Delivery Service | 514 | 322 | 214445 |
| 1385205 | 01/20/16 | B | 19.12 | Courier/Delivery Service | 514 | 322 | 214445 |
| 1385206 | 01/20/16 | B | 23.21 | Courier/Delivery Service | 514 | 322 | 214445 |
| 1385207 | 01/20/16 | B | 23.98 | Courier/Delivery Service | 514 | 322 | 214445 |
| 1385208 | 01/20/16 | B | 23.21 | Courier/Delivery Service | 514 | 322 | 214445 |
| 1385209 | 01/20/16 | B | 16.65 | Courier/Delivery Service | 514 | 322 | 214445 |
| 1385210 | 01/20/16 | B | 26.93 | Courier/Delivery Service | 514 | 322 | 214445 |
| 1385211 | 01/20/16 | B | 20.74 | Courier/Delivery Service | 514 | 322 | 214445 |
| 1385212 | 01/20/16 | B | 12.91 | Courier/Delivery Service | 514 | 322 | 214445 |
| 1385213 | 01/20/16 | B | 26.93 | Courier/Delivery Service | 514 | 322 | 214445 |
| 1385214 | 01/20/16 | B | 28.07 | Courier/Delivery Service | 514 | 322 | 214445 |
| 1385215 | 01/20/16 | B | 23.99 | Courier/Delivery Service | 514 | 322 | 214445 |
| 1385216 | 01/20/16 | B | 26.93 | Courier/Delivery Service | 514 | 322 | 214445 |
| 1385217 | 01/20/16 | B | 23.98 | Courier/Delivery Service | 514 | 322 | 214445 |
| 1385218 | 01/20/16 | B | 19.12 | Courier/Delivery Service | 514 | 322 | 214445 |
| 1385219 | 01/20/16 | B | 23.99 | Courier/Delivery Service | 514 | 322 | 214445 |
| 1385220 | 01/20/16 | B | 23.98 | Courier/Delivery Service | 514 | 322 | 214445 |
| 1385221 | 01/20/16 | B | 23.98 | Courier/Delivery Service | 514 | 322 | 214445 |
| 1385222 | 01/20/16 | B | 19.12 | Courier/Delivery Service | 514 | 322 | 214445 |
| 1385223 | 01/20/16 | B | 23.98 | Courier/Delivery Service | 514 | 322 | 214445 |
| 1385224 | 01/20/16 | B | 26.82 | Courier/Delivery Service | 514 | 322 | 214445 |
| 1385225 | 01/20/16 | B | 23.99 | Courier/Delivery Service | 514 | 322 | 214445 |
| 1385226 | 01/20/16 | B | 26.93 | Courier/Delivery Service | 514 | 322 | 214445 |
| 1385227 | 01/20/16 | B | 26.93 | Courier/Delivery Service | 514 | 322 | 214445 |
| 1385228 | 01/20/16 | B | 26.82 | Courier/Delivery Service | 514 | 322 | 214445 |
| 1385229 | 01/20/16 | B | 19.12 | Courier/Delivery Service | 514 | 322 | 214445 |
| 1385230 | 01/20/16 | B | 12.91 | Courier/Delivery Service | 514 | 322 | 214445 |
| 1385231 | 01/20/16 | B | 26.93 | Courier/Delivery Service | 514 | 322 | 214445 |
| 1385232 | 01/20/16 | B | 19.12 | Courier/Delivery Service | 514 | 322 | 214445 |
| 1385233 | 01/20/16 | B | 26.51 | Courier/Delivery Service | 514 | 322 | 214445 |
| 1385234 | 01/20/16 | B | 28.07 | Courier/Delivery Service | 514 | 322 | 214445 |

```
Nortel Networks, Inc.                     PRO FORMA  594090        AS OF 01/31/16              INVOICE#  ******
63989-DIP
DATE: 02/09/16 10:07:50
```

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1385235 | 01/20/16 | B | 26.93 | Courier/Delivery Service | 514 | 322 | 214445 |
| 1385236 | 01/20/16 | B | 26.93 | Courier/Delivery Service | 514 | 322 | 214445 |
| 1385237 | 01/20/16 | B | 26.82 | Courier/Delivery Service | 514 | 322 | 214445 |
| 1385238 | 01/20/16 | B | 23.98 | Courier/Delivery Service | 514 | 322 | 214445 |
| 1385239 | 01/20/16 | B | 19.12 | Courier/Delivery Service | 514 | 322 | 214445 |
| 1386164 | 01/22/16 | B | 11.54 | Courier/Delivery Service | 514 | 322 | 214527 |
| 1386165 | 01/22/16 | B | 9.92 | Courier/Delivery Service | 514 | 322 | 214527 |
| 1387748 | 01/29/16 | B | 8.79 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 214685 |
| 1388509 | 01/29/16 | B | 20.70 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 214761 |
| 1386823 | 01/11/16 | B | 43.07 | Computer Research - Westlaw Search Performed by: REMMING,ANDREW | 515 | 000 | |
| 1386824 | 01/18/16 | B | 13.37 | Computer Research - Westlaw Search Performed by: REMMING,ANDREW | 515 | 000 | |
| 1382744 | 01/13/16 | B | 0.20 | In-House Duplicating | 519 | 670 | |
| 1381597 | 01/06/16 | B | 4.26 | Postage | 520 | 971 | |
| 1381601 | 01/06/16 | B | 4.26 | Postage | 520 | 684 | |
| 1381609 | 01/08/16 | B | 6.90 | Postage | 520 | 684 | |
| 1381611 | 01/08/16 | B | 7.78 | Postage | 520 | 500 | |
| 1385258 | 01/12/16 | B | 3.16 | Postage | 520 | 684 | |
| 1385263 | 01/12/16 | B | 4.92 | Postage | 520 | 684 | |
| 1385268 | 01/13/16 | B | 4.26 | Postage | 520 | 684 | |
| 1385286 | 01/15/16 | B | 1.42 | Postage | 520 | 684 | |
| 1389145 | 01/26/16 | B | 7.56 | Postage | 520 | 684 | |
| 1389159 | 01/28/16 | B | 4.92 | Postage | 520 | 684 | |
| 1389165 | 01/29/16 | B | 1.20 | Postage | 520 | 684 | |
| 1388529 | 01/20/16 | B | 151.50 | Facsimile - DLS DISCOVERY - FAX BROADCAST - 1/20/16 | 522H | 684 | 214770 |
| 1382137 | 12/31/15 | B | 53.80 | Pacer charges for the month of December | 529 | 000 | |
| 1386485 | 01/29/16 | B | 1.55 | In-House Printing - black & white Call time: 15:48; to | 541 | 961 | |
| 1386486 | 01/29/16 | B | 1.70 | In-House Printing - black & white Call time: 18:49; to | 541 | 961 | |
| 1386192 | 01/15/16 | B | 325.06 | Hotel Accommodations - ANDREW REMMING - REIMBURSEMENT OF HOTEL EXPENSES - TRAVEL TO N FOR NORTEL MEDIATION - 1/14/16 - 1/15/16 | 549 Y | 961 | 214531 |
| | | | 3,724.97 | | | | |