**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| *In re* | : | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | : | Case No. 09-10138 (KG) |
| Debtors. | : | Jointly Administered |
| | : | **Re: D.I. 16296, 16389** |

**NOTICE REGARDING DEBTORS' PROCEDURES FOR THE ABANDONMENT, DISPOSAL, OR DESTRUCTION OF SPECIFIED HARD COPY DOCUMENTS AND ELECTRONIC DATA**

PLEASE TAKE NOTICE that on November 11, 2015, Nortel Networks Inc. ("NNI")[2] and certain of its affiliates, as debtors and debtors in possession (collectively, the "Debtors"), filed the *Debtors' Motion for Entry of an Order (I) Approving Procedures for the Abandonment, Disposal, or Destruction of Specified Hard Copy Documents and Electronic Data; (II) Waiving Compliance with Certain Retention Laws and Ordinances; and (III) Granting Related Relief* (D.I. 16296) ("Motion").

PLEASE TAKE FURTHER NOTICE that on December 15, 2015 the Court entered the *Order (I) Approving Procedures for the Abandonment, Disposal, or Destruction of Specified Hard Copy Documents and Electronic Data; (II) Waiving Compliance with Certain Retention Laws and Ordinances; and (III) Granting Related Relief* (D.I. 16389) (the "Procedures Order").

PLEASE TAKE FURTHER NOTICE that pursuant to the Procedures Order, any Person objecting to the Debtors' disposal of any of the Records was required to deliver an objection (an "Objection") to the Debtors in accordance with the requirements set forth in the

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Procedures Order (defined below).

Procedures Order no later than 4:00 p.m. (ET) on January 13, 2016 (the "Objection Bar Date").

PLEASE TAKE FURTHER NOTICE that the Procedures Order further provides that the Debtors, in their sole discretion, may resolve any Objection without further hearing or notice to any Person and that any Objections that remained unresolved as of February 5, 2016 were to be resolved by the Court at the omnibus hearing on February 23, 2016 (the "Hearing").

PLEASE TAKE FURTHER NOTICE that with the exception of SNMP Research International, Inc. and SNMP Research, Inc. (together, "SNMP Research"), no Objections remain outstanding that require resolution by the Court. SNMP Research submitted an Objection to the disposal of certain Records prior to the Objection Bar Date. The Debtors and SNMP Research have agreed to adjourn SNMP Research's Objection in accordance with the terms agreed to between the Debtors and SNMP Research. The Debtors and SNMP Research have further agreed that the Court shall resolve SNMP Research's Objection in the event the parties are unable to reach a consensual resolution. Accordingly, no matters need to be heard by the Court at the February 23, 2016 Hearing.

Dated: February 10, 2016
Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley *(admitted pro hac vice)*
Lisa M. Schweitzer *(admitted pro hac vice)*
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Tamara K. Minott*
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Andrew R. Remming (No. 5120)
Tamara K. Minott (No. 5643)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19801
Telephone: (302) 658-9200
Facsimile: (302) 658-3989

*Counsel for the Debtors*
*and Debtors in Possession*