## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* | Chapter 11 |
| Nortel Networks Inc., *et al.*, | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | **Re: Docket No. 16529** |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE     :
     : SS.
NEW CASTLE COUNTY     :

I, Christopher M. Samis, Esquire, being duly sworn according to law, deposes and says that I am employed as Partner with the law firm of Whiteford, Taylor & Preston LLC, and that I caused the below-referenced pleading to be served via first-class mail on the parties listed on Exhibit A on the 9th day of February, 2016:

- *Supplemental Declaration of Jay I. Borow in Connection with the Application of the Official Committee of Unsecured Creditors of Nortel Networks Inc., et al. for Order Authorizing Employment and Retention of Berkeley Research Group, LLC as Successor Financial Advisor, Nunc Pro Tunc to June 1, 2015* [Docket No. 16529]

Dated: February 10, 2016

WHITEFORD, TAYLOR & PRESTON LLC

Christopher M. Samis (No. 4909)
The Renaissance Centre
405 N. King Street, Suite 500
Wilmington, DE 19801
Telephone: (302) 353-4144
Facsimile: (302) 661-7950
Email: csamis@wtplaw.com

SWORN TO AND SUBSCRIBED
before me this 10th day of February, 2016

Notary Public