**EXHIBIT A**

Master Service List (as of 02/04/2016)
16:00:01

| NAME | ADDRESS1 | ADDRESS2 | ADDRESS3 | ADDRESS4 | ADDRESS5 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|---|---|
| ACUSHNET COMPANY | ATTN: CREDIT DEPT | TITLEIST & FOOTJOY, PO BOX 965 | | | | FAIRHAVEN | MA | 02719 | |
| ADAMS, LAURIE | 217 RIDGE CREEK DRIVE | | | | | MORRISVILLE | NC | 27560 | |
| AIKEN, SANDRA | 3166 TUMP WILKINS ROAD | | | | | STEM | NC | 27581 | |
| AKIN GUMP STRAUSS HAUER & FELD LLP | ATTN: FRED S. HODARA ESQ.; RYAN C. JACOBS ESQ. | ONE BRYANT PARK | | | | NEW YORK | NY | 10036 | |
| ALDINE INDEPENDENT SCHOOL DISTRICT | ATTN: SUSAN R. FUERTES, ESQ. | 14910 ALDINE-WESTFIELD ROAD | | | | HOUSTON | TX | 77032 | |
| ALLEN & OVERY LLP | ATTN: KEN COLEMAN ESQ,LISA J.P. KRAIDIN, ESQ. | 1221 AVENUE OF THE AMERICAS, 20TH FLOOR | | | | NEW YORK | NY | 10020 | |
| APC WORKFORCE SOLUTIONS LLC | ATTN: DOUG GOIN CFO | 420 SOUTH ORANGE AVENUE, 6TH FL | | | | ORLANDO | FL | 32801 | |
| ARDENT LAW GROUP, P.C. | ATTN: HUBERT H. KUO ESQ. | 2600 MICHELSON DRIVE, SUITE 1700 | | | | IRVINE | CA | 92612 | |
| ARNALL GOLDEN GREGORY LLP | ATTN: DARRYL S. LADDIN ESQ.,FRANK N. WHITE ESQ. | 171 17TH ST NW, STE 2100 | | | | ATLANTA | GA | 30363-1031 | |
| ASHBY & GEDDES P.A. | ATTN: RICARDO PALACIO ESQ. | 500 DELAWARE AVE P.O. BOX 20207 | | | | WILMINGTON | DE | 19801 | |
| ASSISTANT ATTORNEY GENERAL | ATTN: LAURA L. MCCLOUD ESQ. | P.O. BOX 20207 | | | | NASHVILLE | TN | 37202 | |
| BAKER BOTTS L.L.P. | JUDITH W. ROSS, ESQ. | COUNSEL TO GENBAND, INC. 2001 ROSS AVENUE | | | | DALLAS | TX | 75201 | |
| BALLARD SPAHR | ATTN: LESLIE HEILMAN ESQ. | 919 MARKET ST, 12TH FL | | | | WILMINGTON | DE | 19801 | |
| BALLARD SPAHR ANDREWS & INGERSOLL LLP | ATTN: DAVID L. POLLACK ESQ.,JEFFREY MEYERS ESQ. | 51ST FL MELLON BANK CTR, 1735 MARKET ST | COUNSEL TO WESTCHESTER FIRE INSURANCE CO. | | | PHILADELPHIA | PA | 19103 | |
| BALLARD SPAHR LLP | ROBERT MCL. BOOTE, ESQ. | COUNSEL TO WESTCHESTER FIRE INSURANCE CO. | 1735 MARKET STREET, 51ST FLOOR | | | PHILADELPHIA | PA | 19103-7599 | |
| BALLARD SPAHR, LLP | TOBEY M. DALUZ, ESQ.; DAVID T. MAY, ESQ.; CHARLENE D. DAVIS, ESQ., JUSTIN R. ALBERTO, ESQ. & | | 919 N. MARKET STREET, 12TH FLOOR | | | WILMINGTON | DE | 19801 | |
| BARTLETT HACKETT FEINBERG P.C. | ATTN: FRANK F. MCGINN ESQ. | 155 FEDERAL ST, 9TH FL | | | | BOSTON | MA | 02110 | |
| BAYARD, P.A. | ATTN: DAVID L. URANGA | 222 DELAWARE AVENUE, SUITE 900 | | | | WILMINGTON | DE | 19899 | |
| BELL MICROPRODUCTS INC | 37052 CHESTNUT STREET | | | | | MONTGOMERY | AL | 36104 | |
| BENNETT, STEVEN E. | ATTN: ROBERT J. KEACH, ESQ.; PAUL MCDONALD, ESQ.; | 201 MONROE STREET, SUITE 300 | | | | NEWARK | CA | 94560 | |
| BERNSTEIN, SHUR, SAWYER & NELSON | | DANIEL A. O'BRIEN, ESQ. | COUNSEL TO AD HOC COMMITTEE | 100 MIDDLE STREET | P.O. BOX 9729 | PORTLAND | ME | 04104-5029 | |
| BERTRAM FREDRICK THOMAS FLETCHER | 35 BROOMHILL COURT | DANIEL J. MURPHY, ESQ. | | | | CLAYTON | NC | 27527 | |
| BIALSON BERGEN & SCHWAB | ATTN: LAWRENCE M. SCHWAB ESQ.,THOMAS M. GAA ESQ. | PATRICK M. COSTELLO ESQ. | 2600 EL CAMINO REAL, STE 300 | | | PALO ALTO | CA | 94306 | |
| BIFFERATO LLC | IAN CONNOR BIFFERATO, ESQ.; MATTHEW DENN, ESQ; | KEVIN G. COLLINS, ESQ. | COUNSEL TO CREDIT SUISSE STRATEGIC PARTNERS | 800 N. KING STREET, PLAZA LEVEL | | WILMINGTON | DE | 19801 | |
| BLANK ROME LLP | ATTN: MICHAEL DEBAECKE, ESQ. | COUNSEL TO CABLE NEWS NETWORK, INC. | 1201 MARKET STREET, SUITE 800 | 1201 NORTH MARKET STREET, SUITE 800 | | WILMINGTON | DE | 19801 | |
| BLANK ROME LLP | ATTN: BONNIE GLANTZ FATELL, ESQ.; | VICTORIA A. GUILFOYLE, ESQ. | COUNSEL TO AD HOC COMMITTEE | | | WILMINGTON | DE | 19801 | |
| BOYER, BONNIE J. | 305 W. JUNIPER AVE | | | | | STERLING | VA | 20164 | |
| BOYLAN BROWN | ATTN: DEVIN LAWTON PALMER | 145 CULVER ROAD | | | | ROCHESTER | NY | 14620-1678 | |
| BRACEWELL & GUILIANI LLP | ATTN: JENNIFER FELDSHER | 1251 AVENUE OF THE AMERICAS 49TH FL | | | | NEW YORK | NY | 10020-1104 | |
| BRAD LEE HENRY | 11596 W SIERRA DAWN BLVD LOT 386 | | | | | SURPRISE | AZ | 85378 | |
| BRENDA L. ROHRBAUGH | 2493 ALSTON DRIVE | | | | | MARIETTA | GA | 30062 | |
| BRENT E. BEASLEY | 541 AMMONS RD | | | | | DUNN | NC | 28334 | |
| BROWN & CONNERY LLP | ATTN: DONALO K. LUDMAN ESQ. | 6 NORTH BROAD ST, STE 1000 | | | | WOODBURY | NJ | 08096 | |
| BROWN MCCAROLL LLP | ATTN: AFTON SANDS-PURYEAR | KELL C. MERCER; AFTON SANDS-PURYEAR COUNSEL FOR THE NORTEL TRADE CLAIM CONSORTIUM | 111 CONGRESS AVENUE, SUITE 1400 | | | AUSTIN | TX | 78701 | |
| BROWN RUDNICK LLP | STEVEN D. POHL, ESQ. EDWARD S. WE5FELNER & BENNETT S. SILVERBERG | COUNSEL FOR THE NORTEL TRADE CLAIM CONSORTIUM | ONE FINANCIAL CENTER | | | BOSTON | MA | 02111 | |
| BROWN RUDNICK LLP | 2353 SWORD DRIVE | | SEVEN TIMES SQUARE | | | NEW YORK | NY | 10036 | |
| BROWN, REMAJOS | 2353 SWORD DRIVE | | | | | GARLAND | TX | 75044 | |
| BRUCE FRANCIS | 5506 LAKE ELTON RD. | | | | | DURHAM | NC | 27713 | |
| BRYAN CAVE LLP | ATTN: MICHELLE MCMAHON ESQ. | 1290 AVENUE OF THE AMERICAS | | | | NEW YORK | NY | 10104 | |
| BRYAN CAVE LLP | ATTN: ERIC S. PREZANT ESQ. | 161 N CLARK ST, STE 4300 | | | | CHICAGO | IL | 60601 | |
| BRYAN CAVE LLP | ATTN: CULLEN K. KUHN ESQ. | 211 N BROADWAY, STE 3600 | | | | ST. LOUIS | MO | 63102 | |
| BUCHALTER NEMER | ATTN: SHAWN M. CHRISTIANSON ESQ. | 55 SECOND STREET, 17TH FL | | | | SAN FRANCISCO | CA | 94105-3493 | |

| Name | Attn | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| BUCHANAN INGERSOLL & ROONEY PC | ATTN: MARY F. CALOWAY ESQ., P.J. DUHIG ESQ. | 1105 NORTH MARKET STREET, SUITE 1900 | | | WILMINGTON | DE | 19801-1228 | |
| CAROL F. RAYMOND | 7962 S.W. 185 STREET | | | | MIAMI | FL | 33157 | |
| CAROLINE UNDERWDDD | 2101 EMERSON COOK RD. | | | | PITTSBORD | NC | 27312 | |
| CARR, BARBARA | 145 GRECIAN PKWY | | | | ROCHESTER | NY | 14626 | |
| CARTER LEDYARD & MILBURN LLP | ATTN: SUSAN P. JOHNSON | 2 WALL STREET | | | NEW YORK | NY | 10005 | |
| CASSELS BROCK & BLACKWELL LLP | ATTN: MICHAEL J. WUNDER, R. SNAYNE KUKULOWICZ, AND RYAN C. JACOBS | | SUITE 2100 SCOTIA PLAZA | 40 KING STREET WEST | TORONTO | ON | M5H 3C2 | CANADA |
| CHAD SORAINO | 894 HICKORY AVE. | | | | HESPERIA | CA | 92345 | |
| CHADBOURNE & PARKE LLP | ATTN: N. THODORE ZINK JR. ESQ. | 30 ROCKEFELLER PLAZA | | | NEW YORK | NY | 10112 | |
| CHAMBERS, LOTTIE EDITH | 2716 DALFORD CT. | | | | RALEIGH | NC | 27604 | |
| CHIPMAN BROWN CICERO & COLE, LLP | 1007 NORTH ORANGE STREET | SUITE 1110 | ATTN: W. CHIPMAN, M. OLIVERE & A. KASHISHIAN | COUNSEL FOR WILMINGTON TRUST, NATIONAL ASSOCIATION | WILMINGTON | DE | 19801 | |
| CLEARY GOTTLIEB STEEN & HAMILTON LLP | COUNSEL FOR THE DEBTOR | ATTN: JAMES L. BROMLEY AND LISA M. SCHWEITZER | ONE LIBERTY PLAZA | | NEW YORK | NY | 10006 | |
| COLE SCHOTZ P.C. | N. PERNICK, S. BHATNAGAR & N. BRANNICK | COUNSEL FOR SNMP RESEARCH INTERNATIONAL AND SNMP RESEARCH INC. | | 300 E. LOMBARD STREET, SUITE 1450 | BALTIMORE | MO | 21202 | |
| COMMONWEALTH OF PENNSLYVANIA | CAROL E. MOMJIAN | OFFICE OF THE ATTORNEY GENERAL | 21 S. 12TH STREET, 3RD FLOOR | | PHILADELPHIA | PA | 19107-3603 | |
| COMMONWEALTH OF VIRGINIA DEPARTMENT OF TAXATION | C/O MARK K. AMES | TAX AUTHORITY CONSULTING SERVICES P.C. | P.O. BOX 1270 | | MIDLOTHIAN | VA | 23113 | |
| CONNOLLY BOVE | ATTN: JEFFREY S. WISLER ESQ., MARC J. PHILLIPS ESQ. | THE NEMOURS BUILDING, 1007 N ORANGE ST | | | WILMINGTON | DE | 19801 | |
| COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP | SAMUEL H. RUDMAN, ESQ.; DAVID A. ROSENFELD, ESQ. | 58 SOUTH SERVICE ROAD, SUITE 200 | | | MELVILLE | NY | 11747 | |
| COWLES & THOMPSON, PC | ATTN: STEPHEN C. STAPLETON | COUNSEL TO GTCI | 901 MAIN STREET, SUITE 3900 | | DALLAS | TX | 75202 | |
| CROSS & SIMON, LLC | CHRISTOPHER P. SIMON, ESQ. | 913 NORTH MARKET STREET, 11TH FLOOR | P.O. BOX 1380 | | WILMINGTON | DE | 19899-1380 | |
| CULLEN, EMILY D | 100 TELMEW CT | | | | CARY | NC | 27518 | |
| CURTIS MALLET-PREVOST COLT & MOSLE LLP | ATTN: STEVEN J. REISMAN ESQ., JAMES V. DREW ESQ. | 101 PARK AVENUE | | | NEW YORK | NY | 10178-0061 | |
| CYNTHIA ANN SCHMIDT | P.O. BOX 119 | | | | OREGON HOUSE | CA | 95962 | |
| DAVID LITZ | 316 N MANUS DRIVE | | | | DALLAS | TX | 75224 | |
| DAVID, DANIEL D. | 2105 POSSUM TROT RD | | | | WAKE FOREST | NC | 27587 | |
| OAVIS & KUELTHAU, S.C. | ATTN: RUSSELL S. LONG, ESQ. | COUNSEL TO CORE BROOKFIELD LAKES, LLC | 111 E. KILBOURN AVENUE, SUITE 1400 | | MILWAUKEE | WI | 53202 | |
| DEMEL ERNEST | RCS BOX 426 | | | | NEW YORK | NY | 10101 | |
| DENTDNS CANADA LLP | KENNETH KRAFT | JOHN SALMAS | 77 KING STREET WEST, | SUITE 400, TD CENTRE | TORONTO | ON | M5K 0A1 | CANADA |
| DEWEY & LEBOEUF, LLP | LAWRENCE E. MILLER, ESQ. | 125 W 55TH STREET | | | NEW YORK | NY | 10019 | |
| DLA PIPER LLP (US) | ATTN: RICHARD M. KREMEN ESQ., DALE K. CATHELL ESQ. | 6225 SMITH AVENUE | | | BALTIMORE | MD | 21209 | |
| DLA PIPER LLP (US) | ATTN: SELINDA A. MELNIK | COUNSEL FOR THE CANADIAN CREDITORS COMMITTEE | 1201 NORTH MARKET STREET, SUITE 2100 | | WILMINGTDN | DE | 19801 | |
| DRINKER BIDDLE & REATH LLP | COUNSEL TO SANMINA CORPORATION | ATTN: HOWARD A. COHEN, ESQ. | 222 DELAWARE AVENUE, SUITE 1410 | | WILMINGTON | DE | 19801-1621 | |
| DRINKER BIDDLE & REATH LLP | COUNSEL TO SANMINA CORPORATION | ATTN: ROBERT K. MALDNE, ESQ. | 500 CAMPUS DRIVE | | FLORHAM PARK | NJ | 07932 | |
| DUANE MORRIS LLP | MICHAEL R. LASTOWSKI, ESQ.; SUMMER L. ROSS, ESQ. | COUNSEL TO GENBAND INC. | 222 DELAWARE AVENUE | SUITE 1600 | WILMINGTON | DE | 19801-1659 | |
| DURANT, FRED | 708 EAST H STREET | | | | LEOTI | KS | 67861 | |
| EDWARDS ANGELL PALMER & DODGE LLP | ATTN: STUART M. BROWN | 919 NORTH MARKET STREET, SUITE 1500 | | | WILMINGTON | DE | 19801 | |
| ELLIOTT GREENLEAF | ATTN: RAFAEL X. ZAHRALDDIN-ARAVENA; SHELLY A. KINSELLA | COUNSEL TO THE OFFICIAL CDMMITTEE OF LONG TERM DISABILITY PLAN PARTICIPANTS | 1105 N. MARKET STREET, SUITE 1700 | | WILMINGTON | DE | 19801 | |
| EMC CORPORATION | RONALD RDWLAND, ESQ. | C/O RECEIVABLE MANAGEMENT SERVICES | 307 INTERNATIONAL CIRCLE, SUITE 270 | | HUNT VALLEY | MD | 21094 | |

| Name | Attn/Notes | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| ESTELLE LOGGINS | | 6707 LATTA STREET | | DALLAS | TX | 75227 | |
| EXPORT DEVELOPMENT CANADA | ATTN: DEREK AUSTIN | 151 O'CONNOR STREET | | OTTOWA | ON | K1A 1K3 | CANADA |
| FAIRCLOTH, DEBORAH | 115 WINCHESTER LANE | | | ROCKY POINT | NC | 28457 | |
| FLEXTRONICS INTERNATIONAL | ATTN: STEVEN JACKMAN, VICE PRESIDENT | 847 GIBRALTAR DRIVE | | MILIPTAS | CA | 95035 | |
| FOX ROTHSCHILD LLP | JEFFREY M. SCHLERF, ESQ. | COUNSEL FOR THE NORTEL TRADE CLAIM CONSORTIUM | 919 NORTH MARKET STREET, SUITE 300 | CITIZENS BANK CENTER, WILMINGTON | DE | 19801 | |
| FPL LAW DEPARTMENT | ATTN: RACHEL S. BUDKE ESQ. | 700 UNIVERSE BLVD | | JUNO BEACH | FL | 33408 | |
| FRANCHISE TAX BOARD | ATTN: DELAWARE DEPARTMENT OF STATE | DIVISION OF CORPORATIONS | PO BOX 898 | DOVER | DE | 19903 | |
| FRANCIS, BRUCE | 5506 LAKE ELTON ROAD | | | DURHAM | NC | 27713 | |
| FREDDIE WORMSBAKER | 327 LOCUST ST. | | | TWIN FALLS | ID | 83301 | |
| FREEBORN & PETERS LLP | ATTN: AARON L. HAMMER ESQ. | 311 SOUTH WACKER DR, STE 3000 | | CHICAGO | IL | 60606 | |
| FRIEDLANDER & GORRIS, P.A. | 1201 N. MARKET STREET SUITE 2200 | COUNSEL TO MERCER (US) INC. | | WILMINGTON | DE | 19801 | |
| FULBRIGHT & JAWORSKI LLP | ATTN: DAVID A. ROSENZWEIG ESQ. | 666 5TH AVE | | NEW YORK | NY | 10103-3198 | |
| GAMBOURG & BORSEN LLP | ATTN: ROMAN GAMBOURG, ESQ. | THE BRIDGE PLAZA BUILDING | 2185 LEMOINE AVENUE, SUITE B4 | FORT LEE | NJ | 07024 | |
| GARRETT, GARY W. | 4093 HOGAN DRIVE UNIT 4114 | | | TYLER | TX | 75709 | |
| GERALD R. UTPADEL | 4627 GREENMEADOWS AVENUE | | | TORRANCE | CA | 90505 | |
| GIBBONS P.C. | ATTN: DAVID N. CRAPO ESQ. | COUNSEL TO MERA NETOWRKS | ONE GATEWAY CENTER | NEWARK | NJ | 07102-5310 | |
| GIBSON DUNN | JANET WEISS, ESQ. | COUNSEL TO CREDIT SUISSE STRATEGIC PARTNERS | 200 PARK AVENUE | NEW YORK | NY | 10166-0193 | |
| GOODMANS LLP | ATTN: CHRIS ARMSTRONG | 333 BAY STREET, SUITE 3400 | | TORONTO | ON | M5H 2S7 | CANADA |
| GOULD & RATNER LLP | ATTN: CHRISTOPHER J. HORVAY ESQ. | 222 N LASALLE ST, STE 800 | | CHICAGO | IL | 60601 | |
| GOWLING LAFLEUR HENDERSON | ATTN: JENNIFER STAM; DERRICK TAY | 100 KING STREET WEST, SUITE 1600 | 1 FIRST CANADIAN PLACE | TORONTO | ON | M5X 1G5 | CANADA |
| GRISSOM, CRICKETT | 2580 W. PORTER CREEK AVE. | | | PORTERVILLE | CA | 93257 | |
| GUEVARRA JR., EDWARD | 11007 SCRIPPS RANCH BLVD | | | SAN DIEGO | CA | 92131 | |
| GUSSIE H. ANDERSON | 109 GUMPOND BELL RD | | | LUMBERTON | MS | 39455 | |
| HAHN LOESER & PARKS LLP | ATTN: ALAN S. KOPIT ESQ., CHRISTOPHER W. PEER ESQ. | 200 PUBLIC SQUARE, STE 2800 | | CLEVELAND | OH | 44114 | |
| HEINBAUGH, ALLAN | 165 BLOSSOM HILL ROAD SPC 14 | | | SAN JOSE | CA | 95123-5902 | |
| HEISLER, SUSAN ANN | 133 ANNA ROAD BOX 194 | | | BLAKESLEE | PA | 18610 | |
| HERBERT PRESTON STANSBURY | 3193 US HIGHWAY 15 | | | STEM | NC | 27581 | |
| HERBERT SMITH | ATTN: STEPHEN GALE | EXCHANGE HOUSE, PRIMROSE STREEET | | LONDON | | EC2A 2HS | UNITED KINGDOM |
| HINCKLEY ALLEN & SNYDER LLP | ATTN: JENNIFER V. DORAN ESQ. | 28 STATE ST | | BOSTON | MA | 02109 | |
| HODGES, RICHARD | 12804 PAMPLONA DR | | | WAKE FOREST | NC | 27587 | |
| HOLBROOK, MARY L. | 1181 GREY FOX COURT | | | FOLSOM | CA | 95630 | |
| HOVATER, JR., GEORGE I | 9009 CASALS ST. UNIT 1 | | | SACRAMENTO | CA | 95826 | |
| HP COMPANY | ATTN: RAMONA NEAL ESQ. | 11307 CHINDEN BLVD, MS 314 | | BOISE | ID | 83714 | |
| HUGHES HUBBARD & REED LLP | ATTN: ALAN S. KOPIT ESQ., CHARLES HUBERTY, DEREK ADLER AND FARA TABATABAI | ONE BATTERY PARK PLAZA | | NEW YORK | NY | 10004-1482 | |
| HUNTON & WILLIAMS | ATTN: LYNNETTE R. WARMAN | 1445 ROSS AVE, ROUNTAIN PLACE STE 3700 | | DALLAS | TX | 75202-2799 | |
| IBM CORPORATION/IBM CREDIT LLC | ATTN: BANKRUPTCY COORDINATOR | 275 VIGER EAST 4TH FLOOR | | MONTREAL | QC | H3G 2W6 | CANADA |
| INTERNAL REVENUE SERVICE | ATTN: CENTRALIZED INSOLVENCY OPERATION | PO BOX 7346 | | PHILADELPHIA | PA | 19101-7346 | |
| J. SCOTT DOUGLASS ESQ. | 1811 BERING DRIVE SUITE 420 | | | HOUSTDN | TX | 77057-3186 | |
| JACOBS, WANDA | 801 DUPREE STREET | | | DURHAM | NC | 27701 | |
| JAMES HUNT | 8903 HANDEL LOOP | | | LAND O LAKES | FL | 34637 | |
| JAMES LEE | 1310 RICHMOND STREET | | | EL CERRITO | CA | 94530 | |
| JANETTE M. HEAD | 16 GLENEAGLE DRIVE | | | BEDFORD | NH | 03110 | |
| JD THOMPSON LAW | JUDY T. THOMPSON, ESQ. | P.O. BOX 33127 | | CHARLOTTE | NC | 28233 | |
| JOHN J. ROSSI | 1568 WOODCREST DRIVE | | | WOOSTER | OH | 44691 | |
| JOHN MERCER | 2123 - 14 STREET | | | MOLINE | IL | 61265 | |
| JONES DAY | ATTN: JEFFREY B. ELLMAN ESQ., ROBBIN S. RAHMAN ESQ. | 142 D PEACHTREE ST NE, STE 800 | COUNSEL FOR WILMINGTON TRJST, NATIONAL ASSOCIATION | ATLANTA | GA | 30309 | |
| KATTEN MUCHIN ROSENMAN LLP | ATTN: CRAIG BARBAROSH; DAVID CRICHLOW; KAREN DINE | KEVIN BAUM | 575 MADISON AVENUE | NEW YORK | NY | 10022-2585 | |

| Name | Attn/Contact | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| KATTEN MUCHIN ROSENMAN LLP | ATTN: DUSTIN P. BRANCH ESQ. | 2029 CENTURY PARK EAST, STE 2600 | | LOS ANGELES | CA | 90067-3012 | |
| KAUSHIK PATEL | | 5665 ARAPAHO RD. #1023 | | DALLAS | TX | 75248 | |
| KELLEY DRYE & WARREN LLP | ATTN: HOWARD S. STEEL ESQ. | 101 PARK AVENUE | | NEW YORK | NY | 10178 | |
| KELLEY DRYE & WARREN LLP | KRISTIN S. ELLIOTT, ESQ. | 101 PARK AVENUE | | NEW YORK | NY | 10178 | |
| KENNETH MURRAY | | COUNSEL TO CYPRESS COMMUNICATIONS, INC.; PD BOX 3043 | | MCKEESPORT | PA | 15134 | |
| KLEE TUCHIN BOGDANOFF & STERN LLP | ATTN: EDWARD T. ATTANASID ESQ. | 1999 AVENUE OF THE STARS, 39TH FL | | LOS ANGELES | CA | 90067-6049 | |
| KLEHR HARRISON | ATTN: JOANNE B. WILLS ESQ. | 919 MARKET ST, STE 1000 | | WILMINGTON | DE | 19801 | |
| KRAMER LEVIN NAFTALIS FRANKEL LLP | ERNEST S. WECHSLER | 1177 AVENUE OF THE AMERICAS | | NEW YORK | NY | 10036 | |
| KUMAR, RAHUL | | C-701 NEELACHAL APT, PLOT NO 3 SECTOR 4, DWARKA | | NEW DELHI | | 110078 | INDIA |
| L.A. COUNTY TREASURER & TAX COLLECTOR | | P.O. BOX 54110 | | LOS ANGELES | CA | 90054-0110 | |
| LANDIS RATH & COBB LLP | ADAM G. LANDIS, ESQ.; KERRI K. MUMFORD, ESQ.; | J. LANDON ELLIS, ESQ. | COUNSEL TO ASM CAPITAL III, L.P., 919 MARKET STREET, SUITE 1800 | WILMINGTON | DE | 19801 | |
| LATHROP & GAGE LLP | ATTN: STEPHEN K. DEXTER ESQ. | U.S. BANK TOWER | 950 SEVENTEENTH STREET, SUITE 2400 | DENVER | CO | 80202 | |
| LAW OFFICE OF VIVIAN HOUGHTON | ATTN: VIVIAN A. HOUGHTON, ESQ. | COUNSEL TO MERA NETWORKS | 800 WEST STREET | WILMINGTON | DE | 19801 | |
| LECLAIRRYAN LLP | ROBERT S. MCWHORTER | COUNSEL FDR AVNET INTERNATIONAL (CANADA) LTD. | 980 9TH STREET, 16TH FLOOR | SACRAMENTO | CA | 95814 | |
| LEWIS AND ROCA LLP | ATTN: SCOTT K. BROWN ESQ. | 40 NORTH CENTRAL AVE, STE 1900 | | PHOENIX | AZ | 85004 | |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | ATTN: JOHN P. DILLMAN ESQ. | P.O. BOX 3064 | | HOUSTON | TX | 77253-3064 | |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | ATTN: DAVID G. AELVOET ESQ. | TRAVIS BLDG SUITE 300, 711 NAVARRO | | SAN ANTONIO | TX | 78205 | |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | ATTN: ELIZABETH WELLER ESQ. | 2777 N. STEMMONS FREEWAY, STE 1000 | | DALLAS | TX | 75207 | |
| LONG, VERNON | | 4929 KELSO LANE | | GARLAND | TX | 75043 | |
| LOWENSTEIN SANDLER PC | ATTN: VINCENT A. D'AGOSTINO ESQ. | 65 LIVINGSTON AVE | | ROSELAND | NJ | 07068 | |
| LOWENSTEIN SANDLER PC | JOHN SHERWOOD, ESQ.; IRA M. LEVEE, ESQ. | 65 LIVINGSTON AVENUE | | ROSELAND | NJ | 07068 | |
| MADDRY, SHIRLEY | | 1607 SUMMIT DRIVE | | ROCKINGHAM | NC | 28379-3960 | |
| MAGNOZZI & KYE, LLP | ATTN: AMISH R. DOSHI, ESQ. | COUNSEL TO ORACLE AMERICA, INC. | 23 GREEN STREET, SUITE 302 | HUNTINGTON | NY | 11743 | |
| MANN, WENDY BOSWELL | | 4913 SUMMIT PLACE DR. NW, APT. 404 | | WILSON | NC | 27896 | |
| MARILYN DAY | | 2020 FOX GLEN DRIVE | | ALLEN | TX | 75013 | |
| MARILYN GREEN | | 1106 BOSTON HOLLOW ROAD | | ASHLAND CITY | TN | 37015 | |
| MARK A. PHILLIPS | | 6117 TREVOR SIMPSON DRIVE | | LAKE PARK | NC | 28079 | |
| MARK R. JANIS | | 193 VIA SODERINI | | APTOS | CA | 95003 | |
| MARTEL, ROBERT JOSEPH | | 200 LIGHTHOUSE LANE APT B3 | | SWANSBORO | NC | 28584 | |
| MASSENGILL, TERRY D. | | 126 KERI DRIVE | | GARNER | NC | 27529 | |
| MAYER BROWN LLP | ATTN: MELISSA A. MICKEY | 71 S. WACKER DRIVE | | CHICAGO | IL | 60604-1404 | |
| MAYER BROWN LLP | ATTN: BRIAN TRUST, ESQ.; THOMAS M. VITALE, ESQ.; | 1675 BROADWAY | | NEW YORK | NY | 10019 | |
| MCCAFFREY, LEAH | | 7139 DEBBE DR. | | DALLAS | TX | 75252 | |
| MCGUIREWOODS LLP | ATTN: DAVID I. SWAN ESQ., KENNETH M. MISKEN ESQ. | 1750 TYSONS BLVD, STE 1800 | | MCLEAN | VA | 22102-4215 | |
| MCGUIREWOODS LLP | ATTN: JAMES E. VAN HORN | 7 SAINT PAUL STREET | SUITE 1000 | BALTIMORE | MD | 21202 | |
| MD DEPARTMENT OF LABOR LICENSING & REG. | OFFICE OF UNEMPLOYMENT INSURANCE CONTRIBUTIONS DIVISION | 1100 N. EUTAW STREET, ROOM 401 | SUITE 3000 | BALTIMORE | MD | 21201 | |
| MEYERS LAW GROUP P.C. | ATTN: MERLE C. MEYERS ESQ.,MICHELE THOMPSON ESQ. | 44 MONTGOMERY STREET, STE 1010 | | SAN FRANCISCO | CA | 94104 | |
| MICHAEL P. ALMS | | 4944 ELM ISLAND CIRCLE | | WATERFORD | WI | 53185 | |
| MILBANK TWEED HADLEY & MCCLOY LLP | ATTN: DENNIS F. DUNNE ESQ.,THOMAS R. KRELLER ESQ. | ALBERT A. PISA ESQ.,ANDREW M. LEBLANC ESQ. | 28 LIBERTY STREET | NEW YORK | NY | 10005 | |
| MISSOURI DEPT OF REVENUE | ATTN: SHERYL L. MOREAU ESQ. | P.O. BOX 475, BANKRUPTCY DIVISION | | JEFFERSON CITY | MO | 65105-0475 | |
| MONARCH ALTERNATIVE CAPITAL LP | ATTN: ANDREW HERENSTEIN | 535 MADISON AVE. | | NEW YORK | NY | 10022 | |
| MONZACK MERSKY MCLAUGHLIN AND BROWDER P.A. | ATTN: RACHEL B. MERSKY ESQ. | 1201 N ORANGE ST, STE 400 | | WILMINGTON | DE | 19801 | |
| MORRIS JAMES LLP | ATTN: BRETT D. FALLON ESQ. | 500 DELAWARE AVE, STE 1500 | | WILMINGTON | OE | 19801 | |
| MORRIS JAMES LLP | ATTN: CARL N. KUNZ ESQ.,MICHAEL J. CUSTER ESQ. | 500 DELAWARE AVE, STE 1500 | | WILMINGTON | DE | 19801 | |

| Name | Line 1 | Line 2 | Line 3 | Line 4 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | COUNSEL FOR THE DEBTORS | 2241 COLLEGE AVENUE | ATTN: DEREK ABBOTT AND ERIC SCHWARTZ | 1201 NORTH MARKET STREET P.O. BOX 1347 | WILMINGTON | DE | 19801 | |
| MORRISON, PAUL EDWARD | 4224 THAMESGATE CLOSE | | | | QUINCY | IL | 62301 | |
| MULLETT, REID | 4224 THAMESGATE CLOSE | | | | NORCROSS | GA | 30092 | |
| MUNICIPAL OPERATIONS | ATTN: MAX TAYLOR ASST. CITY ATTY. | 201 W. COLFAX AVENUE, DEPT. 1207 | | | DENVER | CO | 80202-5332 | |
| NAJAM UD DEAN | 6 AUGUSTA DRIVE | | | | MILLBURY | MA | 01527 | |
| NEUMANN, JANE | 11730 CO. ROAD 24 | | | | WATERTOWN | MN | 55388 | |
| NIXON PEABODY LLP | ATTN: LOUIS J. CISZ, III | ONE EMBARCADERO CENTER, 18TH FLOOR | | | SAN FRANCISCO | CA | 94111 | |
| NORTON ROSE | ATTN: TONY REYES | ROYAL BANK PLAZA SOUTH TOWER | 200 BAY ST., SUITE 3800 | | TORONTO | DN | M5J 2Z4 | CANADA |
| NOSSAMAN LLP | ATTN: ROBERT S. MCWHORTER ESQ. | 915 L ST., STE 1000 | | | SACRAMENTO | CA | 95814 | |
| OFFICE OF THE U.S. TRUSTEE | ATTN: MARK KENNEY | LOCKBOX 35 | 844 KING STREET, SUITE 2207 | | WILMINGTON | DE | 19801-3519 | |
| OFFICE OF UNEMPLOYMENT INSURANCE | CONTRIBUTIONS DIVISION | MD DEPT. OF LABOR LICENSING & REG. | 1100 N. EUTAW STREET, ROOM 401 | | BALTIMORE | MD | 21201 | |
| ORRICK HERRINGTON & SUTCLIFFE LLP | ATTN: RANIERO D'AVERSA JR ESQ,LAURA D METZGER ESQ | 51 WEST 52ND STREET | | | NEW YORK | NY | 10019-6142 | |
| OWENBY, DANNY | 2136 SAPELO CT | | | | FERNANDINA BEACH | FL | 32034 | |
| PA DEPARTMENT OF LABOR & INDUSTRY | ATTN: DENISE A MERTZ, TAX AGENT | READING BANKRUPTCY & COMPLIANCE UNIT | 625 CHERRY STREET, ROOM 203 | | READING | PA | 19602-1184 | |
| PA SENIOR DEPUTY ATTY GEN | ATTN: CAROL E. MOMJIAN ESQ. | 21 S 12TH ST, 3RD FL | | | PHILADELPHIA | PA | 19107-3603 | |
| PACHULSKI STANG | ATTN: LAURA DAVIS JONES,TIMOTHY P. CAIRNS | 919 N. MARKET ST. 17TH FL. | | | WILMINGTON | DE | 19899-8705 | |
| PATTERSON BELKNAP WEBB & TYLER LLP | ATTN: DANIEL A. LOWENTHAL; BRIAN P. GUINEY | LAW DEBENTURE TRUST COMPANY OF NEW YORK | 1133 AVENUE OF THE AMERICAS | | NEW YORK | NY | 10036 | |
| PATTERSON HARKAVY | 225 E WORTHINGTON AVE STE 200 | | | | CHARLOTTE | NC | 28203-4886 | |
| PAUL HASTINGS JANOFSKY & WALKER LLP | ATTN: RICHARD CHESLEY | 191 N. WACKER DRIVE, 30TH FLOOR | | | CHICAGO | IL | 60606 | |
| PAUL WEISS RIFKIND WHARTON & GARRISON | STEPHEN J. SHIMSHAK; MARILYN SOBEL | COUNSEL TO IBM CORPORATION | 1285 AVENUE OF THE AMERICAS | | NEW YORK | NY | 10019-6064 | |
| PAUL, HASTINGS, JANOFSKY & WALKER LLP | ROBERT E. WINTER | 875 15TH STREET, NW | | | WASHINGTON | DC | 20005 | |
| PENSION BENEFIT GUARANTY CORP | ATTN: VICENTE MATIAS MURRELL ESQ.,LEIGH-ANNE M RAPORT ESQ | STEPHEN D. SCHREIBER ESQ. | 1200 K STREET NW | | WASHINGTON | DC | 20005-4026 | |
| PEPPER HAMILTON LLP | ATTN: HENRY JAFFE ESQ. | 1313 MARKET ST, STE 5100 | | | WILMINGTON | DE | 19801 | |
| PEPPER HAMILTON LLP | EVELYN J. MELTZER, ESQ. | 1313 MARKET ST, STE 5100 | | | WILMINGTON | DE | 19801 | |
| PEPPER HAMILTON LLP | | HERCULES PLAZA, SUITE 5100 | 1313 MARKET STREET | | WILMINGTON | DE | 19899-1709 | |
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP | ATTN: ELIZABETH BANDA ESQ. | 4025 WOODLAND PARK BLVD, STE 300 | | PO BOX 1709 | ARLINGTON | TX | 76013 | |
| PINCKNEY, WEIDINGER, URBAN & JOYCE, LLC | ATTN: JOANNE P. PINCKNEY, ESQ. ATTN: CHRISTOPHER A WARD ESQ,JUSTIN K EDELSON ESQ | COUNSEL TO SOLUS ALTERNATIVE ASSET MANAGEMENT LP | 3711 KENNETT PIKE, SUITE 210 | | GREENVILLE | DE | 19807 | |
| POLSINELLI PC | ATTN: BRIAN W. BISIGNANI ESQ. | 222 DELAWARE AVENUE, STE 1101 | | | WILMINGTON | DE | 19801 | |
| POST & SCHELL P.C. | ATTN: SHANNON E. HOFF | 17 N 2ND ST, 12TH FL | | | HARRISBURG | PA | 17101-1601 | |
| POYNER SPRUILL LLP | ATTN: RONALD S. BEACHER, ESQ. | 301 S. COLLEGE STREET, SUITE 2300 | | | CHARLOTTE | NC | 28202 | |
| PRYOR CASHMAN LLP. | SUSHEEL KIRPALANI, ESQ., JAMES C. TECCE, ESQ, AND | 7 TIMES SQUARE | | | NEW YORK | NY | 10036 | |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | ATTN: STEPHEN C. TINGEY, ESQ. | DANIEL S. HOLZMAN, ESQ. | COUNSEL FOR SOLUS ALTERNATIVE ASSET MANAGEMENT LP | 51 MADISON AVENUE, 22ND FLOOR | NEW YORK | NY | 10010 | |
| RAY QUINNEY & NEBEKER P.C. | ATTN: KURT F. GWYNNE ESQ.,J. CORY FALGOWSKI ESQ. | 36 SOUTH STATE STREET, SUITE 1400 | | | SALT LAKE CITY | UT | 84145-0385 | |
| REED SMITH LLP | 200 CARNEGIE DRIVE | 1201 N MARKET ST, STE 1500 | | | WILMINGTON | DE | 19801 | |
| REESE, KATHLEEN | 1505 NEVADA DRIVE | | | | MILPITAS | CA | 95035 | |
| RICHARD LYNN ENGLEMAN | ATTN: JOSEPH E. SHICKICH JR. ESQ. | | | | PLANO | TX | 75093 | |
| RIDDELL WILLIAMS P.S. | 2509 QUAIL RIDGE RD. | 1001 4TH AVE, STE 4500 | | | SEATTLE | WA | 98154-1192 | |
| ROBERT DALE DOVER | 200 LIGHTHOUSE LANE; APT. B3 | | | | MELISSA | TX | 75454 | |
| ROBERT JOSEPH MARTEL | ATTN: DAVID M. SCHILLI ESQ.,TY E. SHAFFER ESQ. | | | | SWANSBORO | NC | 28584 | |
| ROBINSON BRADSHAW & HINSON P.A. | 26 PHEASANT RUN | 101 NORTH TRYON ST, STE 1900 | | | CHARLOTTE | NC | 28246 | |
| RONALD J. ROSE JR. | 8584 CHANHASSEN HILLS DR. SOUTH, | | | | BALLSTON SPA | NY | 12020 | |
| ROOB, CHAE S. | ATTN: MARK I. BANE,ANNE H. PAK | 1211 AVENUE OF THE AMERICAS | | | CHANHASSEN | MN | 55317 | |
| ROPES & GRAY LLP | JAMES M. WILTON, ESQ. | PRUDENTIAL TOWER | | | NEW YORK | NY | 10036-8704 | |
| ROPES & GRAY LLP | 1970 N. LESLIE #3779 | 800 BOYLSTON STREET | | | BOSTON | MA | 02199-360D | |
| SANDNER, CHARLES | | | | | PAHRUMP | NV | 89060 | |

| Name | Attn | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| SAUL EWING LLP | ATTN: JOYCE A. KUHNS | 500 E. PRATT STREET, 8TH FLOOR | | | BALTIMORE | MD | 21202 | |
| SCOTT GENNETT | 16 WILDWOOD DRIVE | | | | LAKE GROVE | NY | 11755 | |
| SEC NY REGIONAL OFFICE | ATTN: ALISTAR BAMBACH | BANKRUPTCY DIV ,STE 400 | 3 WORLD FINANCIAL CENTER | | NEW YORK | NY | 10281-1022 | |
| SEC NY REGIONAL OFFICE | ATTN ANDREW CALAMARI | BROOKFIELD PLACE STE 400 | 200 VESEY STREET | | NEW YORK | NY | 10281-1022 | |
| SECRETARY OF STATE | | | 401 FEDERAL STREET | | DOVER | DE | 19901 | |
| SECRETARY OF TREASURY | ATTN: BANKRUPTCY / FRANCHISE TAX DEPT. | TOWNSEND BUILDING | | | DOVER | DE | 19904 | |
| SECURITIES & EXCHANGE COMMISSION | 820 SILVERLAKE BLVD., SUITE 100 | SECRETARY OF THE TREASURY | 100 F STREET, NE | | WASHINGTON | DC | 20549 | |
| SEGURA, MANUEL | 215 SHERIDAN APT. #B-43 | | | | PERTH AMBOY | NJ | 08861 | |
| SHEPPARD MULLIN RICHTER & HAMPTON LLP | ATTN: CARREN B SHULMAN ESQ,KIMBERLY K SMITH ESQ | 30 ROCKEFELLER PLAZA, 24TH FL | | | NEW YORK | NY | 10112 | |
| SIRLIN GALLOGLY & LESSER, P.C. | ATTN: DANA S. PLON ESQ. | 123 SOUTH BROAD STREET, SUITE 2100 | | | PHILADELPHIA | PA | 19109 | |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | ATTN: ROBERT A. WEBER, ESQ. | CONFLICTS ADMINISTRATOR FOR NORTEL NETWORKS SA | ONE RODNEY SQUARE | PO BOX 636 | WILMINGTON | DE | 19899-0636 | |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | ATTN: GEORGE A. ZIMMERMAN, ESQ. & SUSAN L. SALTZSTEIN, ESQ. | COUNSEL FOR STEPHEN TAYLOR, | FOUR TIMES SQUARE | | NEW YORK | NY | 10036-6522 | |
| SMITH ANDERSON BLOUNT DORSETT MITCHELL & JERNIGAN | LLP, ATTN: AMOS U. PRIESTER IV ESQ. | P.O. BOX 2611 | | | RALEIGH | NC | 27602-2611 | |
| SMITH KATZENSTEIN & FURLOW | ATTN: KATHLEEN M. MILLER ESQ. | 800 DELAWARE AVE., 7TH FL | | | WILMINGTON | DE | 19801 | |
| SPECTRUM GROUP MANAGEMENT LLC | ATTN: DAVID D.R. BULLOCK | 1250 BROADWAY, 19TH FLOOR | | | NEW YORK | NY | 10001 | |
| STEMPEL BENNETT CLAMAN & HOCHBERG P.C. | ATTN: EDMOND P. O'BRIEN ESQ. | 675 THIRD AVE, 31ST FL | | | NEW YORK | NY | 10017 | |
| STEVEN S. HONIGMAN | ATTORNEY FOR SUPERIOR AVIATION BEIJING CO. LTD | 500 EAST 77TH STREET | | | NEW YORK | NY | 10162 | |
| STEWART, MIRIAM L. | 2615 BAILEY'S CROSSROADS RD. | | | | BENSON | NC | 27504 | |
| STUTTS, MICHAEL | 1616 HASTINGS BLUFF | | | | MCKINNEY | TX | 75070 | |
| SULLIVAN HAZELTINE ALLINSON LLC | ATTN: WILLIAM D. SULLIVAN ESQ. | 901 N. MARKET STREET, SUITE 1300 | | | WILMINGTON | DE | 19801 | |
| SUMITOMO ELECTRIC | ATTN: CHRIS FINCH CREDIT MANAGER | 78 ALEXANDER DRIVE, PO BOX 13445 | | | TRIANGLE PARK | NC | 27709 | |
| SWART Z CAMPBELL LLC | ATTN: NICHOLAS SKILES ESQ. | 300 DELAWARE AVENUE, SUITE 1410 | | | WILMINGTON | DE | 19801 | |
| THE INTECH GROUP INC. | ATTN: ERNIE HOLLING PRESIDENT | 305 EXTON COMMONS | | | EXTON | PA | 19341 | |
| THOMPSON, MICHAEL R. | POWER OF ATTORNEY FOR WAYNE SCHMIDT | 564 OLD CANDIA ROAD | | | CANDIA | NH | 03034 | |
| TIM STEELE | | P.O. BOX 37 | | | CHRISTOPHER LAKE | SK | S0J 0N0 | CANADA |
| TISHLER & WALK, LTD. | JEFFREY B. ROSE | 200 S. WACKER DRIVE, SUITE 3000 | | | CHICAGO | IL | 60606 | |
| TOTMAN, CARMEL TURLINGTON | 3029 MCDADE FARM ROAD | | | | RALEIGH | NC | 27616 | |
| TW TELECOM INC. | ATTN: LINDA BOYLE | 10475 PARK MEADOWS DR, STE 400 | | | LITTLETON | CO | 80124 | |
| U.S. DEPT OF JUSTICE CIVIL DIV | ATTN: SETH B. SHAPIRO ESQ. | P.O. BOX 875, BEN FRANKLIN STATION | | | WASHINGTON | DC | 20044 | |
| UNISYS CORPORATION | ATTN: JANET FITZPATRICK | P.O. BOX 500, M/S E8-108 | | | BLUE BELL | PA | 19424 | |
| UNIVERSAL SERVICE ADMINISTRATIVE CO | ATTN: DAVID CAPOZZI,ACTING GENERAL COUNSEL | 2000 L STREET NW, SUITE 200 | | | WASHINGTON | DC | 20036 | |
| UPHOLD, LOIS DIANE | 201 CAMDEN PARK DRIVE | | | | GOLDSBORO | NC | 27530 | |
| US ATTORNEY'S OFFICE | DISTRICT OF DELAWARE | 1007 N. ORANGE STREET | | | WILMINGTON | DE | 19801 | |
| US DEPARTMENT OF LABOR | FRANCES PERKINS BUILDING | 200 CONSTITUTION AVE NW | | | WASHINGTON | DC | 20210 | |
| VEDDER PRICE P.C. | ATTN: MICHAEL L. SCHEIN & MICHAEL J. RIELA | 1633 BROADWAY, 47TH FL | | | NEW YORK | NY | 10019 | |
| VEDDER PRICE P.C. | COUNSEL TO MIKE ZAFIROVSKI | ATTN: DOUGLAS J. LIPKE, ESQ.; ROBERT F. SIMON, ESQ | 222 NORTH LASALLE STREET, SUITE 2600 | | CHICAGO | IL | 60606 | |
| VEGA, DEBRA | 838 GLENCO ROAD | | | | DURHAM | NC | 27703 | |
| VIDMER, CLAUDIA | 213 ORCHARD LANE | | | | GLEN ELLYN | IL | 60137 | |
| VONBRIESEN & ROPER S.C. | ATTN: RANDALL D. CROCKER ESQ. | 411 E WISCONSIN AVE, STE 700 | | | MILWAUKEE | WI | 53202 | |
| VORYS, SATER, SEYMOUR AND PEASE LLP | TIFFANY STRELOW COBB, ESQ. | 52 EAST GAY STREET | | | COLUMBUS | OH | 43215 | |
| WACHTELL, LIPTON, ROSEN & KATZ | ATTN: PHILIP MINDLIN, ESQ.; DOUGLAS K. MAYER, ESQ. | BENJAMIN M. ROTH, ESQ.; GREGORY E. PESSIN, ESQ; | COUNSEL TO GOOGLE INC. AND RANGER INC. | 51 WEST 52ND STREET | NEW YORK | NY | 10019 | |
| WADLOW, JERRY | PO BOX 722 | | | | STRATFORD | OK | 74872 | |
| WATSON, THELMA | PO BOX 971 | | | | BATH | SC | 29816 | |
| WEIR & PARTNERS LLP | JEFFREY S. CIANCIULLI, ESQ. | COUNSEL TO ACME PACKET, INC. | 824 MARKET STREET, SUITE 800 | | WILMINGTON | DE | 19801-4939 | |
| WERB & SULLIVAN | ATTN: DUANE D. WERB ESQ. | 300 DELAWARE AVE, 13TH FL | | | WILMINGTON | DE | 19801 | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| WHITEFORO TAYLOR & PRESTON LLC | CHRISTOPHER M. SAMIS AND L. KATHERINE GOOO | CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS | | THE RENAISSANCE CENTER | 405 NORTH KING STREET, SUITE 500 | WILMINGTON | DE | 19801 |
| WICK PHILLIPS GOULD & MARTIN, LLP | ANDREW M. GOULD, ESQ. | COUNSEL FOR ERICSSON INC. AND TELEFONAKTIEBOLAGET | LM ERICSSON (PUBL.) | 3131 MCKINNEY DRIVE | SUITE 1000 | DALLAS | TX | 75204-2430 |
| WILLKIE FARR & GALLAGHER LLP | ATTN: ALAN J. LIPKIN ESQ.,JEREMY E. CRYSTAL ESQ. | 787 7TH AVE | | | | NEW YORK | NY | 10019 |
| WILLKIE FARR & GALLAGHER LLP | MARC ABRAMS, ESQ.; 8RIAN E. O'CONNOR, ESQ; | SAMEER ADVANI, ESQ. | 787 SEVENTH AVENUE | | | NEW YORK | NY | 10019-6099 |
| WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP | ATTN: MARK G. LEDWIN ESQ. | 3 GANNETT DR | | | | WHITE PLAINS | NY | 10604 |
| WOLFE, PAUL OOUGLAS | 113 REO DRUM LANE | | | | | GLOUCESTER | NC | 28528 |
| WOLFF & SAMSON PC | ATTN: ROBERT E. NIES ESQ. | THE OFFICES AT CRYSTAL LAKE | ONE BOLAND DRIVE | | | WEST ORANGE | NJ | 07052 |
| WOMBLE CARLYLE SANDRIDGE & RICE, PLLC | STEVEN K. KORTANEK, ESQ.; MATTHEW P. WARD, ESQ. | COUNSEL TO GOOGLE INC. AND RANGER INC. | 222 DELAWARE AVENUE, SUITE 1501 | | | WILMINGTON | DE | 19801 |
| WREAD, BRENDA L. | 3408A WATER VISTA PARKWAY | | | | | LAWRENCEVILLE | GA | 30044 |
| YATES, KIM M. | 207 TOMATO HILL ROAD | | | | | LEESBURG | FL | 34748 |
| YOUNG CONAWAY | ATTN: JAMES L. PATTON AND EDWIN J. HARRON | 1000 NORTH KING STREET | | | | WILMINGTON | DE | 19801 |