# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ------------------------------------------------------------- X | Chapter 11 |
| *In re* : | Case No. 09-10138 (KG) |
| Nortel Networks Inc., *et al.*,[1] : | Jointly Administered |
| Debtors. : | **Re: D.I. 16531** |
| ------------------------------------------------------------- X | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on February 10, 2016, a copy of the **Notice Regarding Debtors' Procedures for the Abandonment, Disposal, or Destruction of Specified Hard Copy Documents and Electronic Data** was served in the manner indicated upon the individuals identified below.

**Via First Class Mail**

Michael S. Etkin
Lowenstein Sandler LLP
65 Livingston Avenue
Roseland, NJ 07068

G. David Dean
Cole Schotz P.C.
300 E. Lombard St.
Baltimore, MD 21202

Richard Busch
Sara Ellis
King & Ballow Law Offices
315 Union St.
Nashville, TN 37201

**Via Hand Delivery**

Norman Pernick
Nicholas Brannick
Cole Schotz P.C.
500 Delaware Ave.
Wilmington, DE 19801

**Via First Class Mail**

John L. Wood
Egerton, McAfee, Armistead & Davis, P.C.
900 S. Gay St.
Knoxville, TN 37902

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Contact information for the Debtors and their petitions are available at http://chapter11.epiqsystems.com/nortel.

| | |
|---|---|
| Dated: February 10, 2016<br>Wilmington, DE | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>James L. Bromley (admitted *pro hac vice*)<br>Lisa M. Schweitzer (admitted *pro hac vice*)<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone:  (212) 225-2000<br>Facsimile:  (212) 225-3999<br><br>- and -<br><br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>    */s/ Tamara K. Minott*    <br>Eric D. Schwartz (No. 3134)<br>Derek C. Abbott (No. 3376)<br>Andrew R. Remming (No. 5120)<br>Tamara K. Minott (No. 5643)<br>1201 North Market Street, 16th Floor<br>Wilmington, DE  19899-1347<br>Telephone:  (302) 658-9200<br>Facsimile:  (302) 658-3989<br><br>*Counsel for the Debtors and Debtors in Possession* |