**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

In Re:   Nortel Networks Inc. *et al*          Chapter 11

Debtor.   Jointly Administered          Case No. 09 -10138-KG
                                         Responses due by: February 9, 2016
                                         Hearing Date: February 23, 2016

### NOTICE OF OBJECTION TO CLAIM

TO:        Clerk of the United States Bankruptcy Court for the District of Delware.

Alexander Tarlamis has filed "Ojection263" for claim 263 (Docket No. 16494-3) Exhibit 1, which seeks to alter his rights by excessively reducing his allowed amount of 231,661.94 to only $44,368.00. This is an unfair allocation with no specific justifications provided. None of the other allocated amounts published in Exhibit 1 reflect such a significant reduction of 79%. My claimed amount with the filed documentation was previous reviewed for its integrity and accuracy both by EPIQ and Solus.

This Objection263 requests that:

- Final approvals for case 09 -10138-KG closing be postponed
- My allowed amount be reviewed, provide the proper justification for such a significant reduction
- All the allocated amounts in Exhibit 1 be revisited and adjusted on an equal basis for equitable treatments with claim 263 amount be increased accordingly

I am filing file a response to the Objection request before the due date of February 9, 2016 at 4 PM EST.

                              BY:  Alexander Tarlamis
                                   Pro se

February 5, 2016
Date

                                              Local Form 113