# EXHIBIT B



## CASSELS BROCK
L A W Y E R S

Cassels Brock & Blackwell LLP
2100, Scotia Plaza
40 King Street West
Toronto, ON Canada M5H 3C2
T  416 869 5300
F  416 360 8877

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF NORTEL NETWORKS INC
C/O AKIN GUMP STRAUSS HAUER & FELD LLP
ATTN: FRED HODARA
ONE BRYANT PARK
NEW YORK, NY  10036 USA

**INVOICE #1979506**
HST/GST #: R121379572

| Date | Matter Number | Lawyer |
|---|---|---|
| December 31, 2015 | 46992-00001 | Michael Wunder |

**The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.**

| | |
|---|---|
| Professional Fees | $ 114,312.00 |
| Disbursements | 154.18 |
| **Total Amount Due** | **$ 114,466.18** CDN |

**Cassels Brock & Blackwell LLP**

Per: _____
Michael Wunder

**Wire Transfer:**
Bank of Nova Scotia
44 King St. West, Toronto, ON  M5H 1H1
Swift Code:  NOSCCATT
Bank ID:  002  Transit: 47696
CAD Funds Bank Account : 00739-11
ABA Routing #: 026 002 532
Reference: Please include the lawyer's name and the
invoice number

**Credit Card:**
Payments are accepted via telephone, email or fax.
We accept
American Express, MasterCard or Visa (please circle
one).
Card No.

_____
_____
Expiry Date: _____ Amount:

_____
Cardholder Name:

_____
Signature:

_____

CASSELS BROCK & BLACKWELL LLP                    Invoice # 1979506
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                   Matter # 46992-00001

**Invoice Detail**

**TO PROFESSIONAL SERVICES RENDERED up to and including 11/30/15**

| Date | ID | TASK | Narrative | Hours |
|------|-----|------|-----------|-------|
| 11/2/2015 | RSK | 29 | Review of email correspondence regarding U.S. appeal schedule and briefing. | 0.2 |
| 11/2/2015 | MWU | 12 | Review and analyze Canadian estate claims issues and related allocation and distribution issues. | 1.7 |
| 11/2/2015 | MWU | 29 | Review and analysis of Canadian allocation decision appeal issues to prepare for appeal litigation. | 1.7 |
| 11/2/2015 | RJA | 29 | Continue analysis of allocation issues for appeal of Canadian allocation decision. | 1.6 |
| 11/3/2015 | RSK | 29 | Review of email correspondence from allocation parties regarding form of Canadian allocation order. | 0.3 |
| 11/3/2015 | RSK | 29 | Review of email correspondence from core parties regarding Nortel allocation mediation and PWC assumptions. | 0.8 |
| 11/3/2015 | MWU | 3 | Prepare September 2015 account. | 1.1 |
| 11/3/2015 | MWU | 3 | Prepare August 2015 fee application. | 0.6 |
| 11/3/2015 | MWU | 29 | Review Cleary memo of allocation mediation issues, and consider Canadian estate implications, and related correspondence from UCC financial advisor. | 1.4 |
| 11/3/2015 | RJA | 29 | Review and analysis of detailed email memo from Cleary regarding allocation mediation. | 1.6 |
| 11/3/2015 | RJA | 29 | Review email correspondence from C. Kearns (BRG) regarding Cleary email memo regarding allocation mediation issues. | 0.1 |
| 11/3/2015 | RJA | 29 | Review motion record regarding lifting Canadian D&O stay. | 1.1 |
| 11/4/2015 | GBS | 31 | Telephone call regarding Canadian motion for leave to appeal allocation decision. | 0.1 |
| 11/4/2015 | RSK | 29 | Review of BRG allocation analysis. | 0.5 |
| 11/4/2015 | RSK | 29 | Exchange email correspondence with Cassels team regarding Canadian allocation leave to appeal application. | 0.3 |
| 11/4/2015 | RSK | 29 | Review of email correspondence regarding allocation recovery assumptions. | 0.7 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP                                    Invoice # 1979506
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                                        Matter # 46992-00001

| Date | ID | TASK | Narrative | Hours |
|------|-----|------|-----------|-------|
| 11/4/2015 | RSK | 31 | Review of Lecescu class action plaintiff Canadian motion to lift D&O stay. | 0.8 |
| 11/4/2015 | MWU | 31 | Email correspondence with Akin Gump and Canadian counsel for Monitor regarding CCAA proceeding litigation issues. | 0.3 |
| 11/4/2015 | MWU | 29 | Review summary of allocation assumptions prepared for allocation mediation, and analyze Canadian issues and correspondence with UCC advisors regarding same. | 1.7 |
| 11/4/2015 | MWU | 31 | Review Canadian motion record for lift of CCAA stay for action against certain officers. | 0.9 |
| 11/4/2015 | MWU | 29 | Analysis of NNI comments on allocation mediation financial assumptions. | 0.9 |
| 11/4/2015 | MWU | 31 | Prepare for Canadian allocation decision appeal litigation. | 1.2 |
| 11/4/2015 | RJA | 31 | Email correspondence with Akin Gump team regarding leave to appeal Canadian allocation decision. | 0.3 |
| 11/4/2015 | RJA | 31 | Telephone call with G. Shaw regarding timing for decision on leave to appeal Canadian allocation decision. | 0.2 |
| 11/4/2015 | RJA | 29 | Analysis of allocation mediation issues identified by NNI. | 1.6 |
| 11/4/2015 | RJA | 29 | Consider issues on Canadian allocation appeal. | 1.5 |
| 11/5/2015 | KRT | 12 | Analyze Canadian employment and pensions liability issues. | 0.8 |
| 11/5/2015 | RSK | 29 | Review of draft UCC allocation mediation submission. | 0.3 |
| 11/5/2015 | RSK | 29 | Review of BRG analysis regarding Canadian estate allocation issues. | 0.5 |
| 11/5/2015 | RSK | 12 | Confer with Cassels team and email correspondence with Akin Gump regarding Canadian employee and pension claims. | 0.9 |
| 11/5/2015 | RSK | 29 | Review of email correspondence from counsel for core parties regarding allocation mediation issues. | 0.8 |
| 11/5/2015 | RSK | 7 | Participated in Committee call. | 1.2 |
| 11/5/2015 | MWU | 29 | Review UCC advisor summary of financial assumptions and comments for allocation mediation, and analyze Canadian issues. | 0.7 |

CASSELS BROCK & BLACKWELL LLP                    Invoice # 1979506
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                  Matter # 46992-00001

| Date | ID | TASK | Narrative | Hours |
|------|-----|------|-----------|-------|
| 11/5/2015 | MWU | 12 | Multiple email correspondence with UCC advisors regarding Canadian claims issues and allocation mediation. | 0.8 |
| 11/5/2015 | MWU | 12 | Email correspondence with Canadian counsel for U.S. debtors regarding Canadian estate claims. | 0.2 |
| 11/5/2015 | MWU | 7 | Attend on UCC call. | 1.2 |
| 11/5/2015 | MWU | 29 | Review multiple correspondence from core parties regarding allocation mediation issues. | 1.2 |
| 11/5/2015 | MWU | 29 | Attend on all party call regarding allocation mediation. | 2 |
| 11/5/2015 | RJA | 7 | Participate in Committee call (part). | 0.7 |
| 11/5/2015 | RJA | 31 | Participate in all hands call with mediator. | 2 |
| 11/5/2015 | RJA | 12 | Analysis of Canadian pensions claims. | 1.2 |
| 11/5/2015 | RJA | 12 | Email correspondence with Cassels and Akin Gump teams regarding Canadian pensions claims. | 0.6 |
| 11/6/2015 | RSK | 12 | Review of Canadian claims issues. | 0.6 |
| 11/6/2015 | RSK | 29 | Review of revised UCC allocation mediation submission. | 0.3 |
| 11/6/2015 | RSK | 31 | Exchange email correspondence with Canadian counsel for U.S. debtors regarding Canadian leave to appeal decision. | 0.3 |
| 11/6/2015 | RJA | 29 | Review and analysis of allocation mediation submission and sensitivities. | 3.4 |
| 11/6/2015 | RJA | 29 | Analysis of mediation issues raised by BRG and Chilmark. | 1.9 |
| 11/8/2015 | RSK | 29 | Review email correspondence regarding allocation mediation. | 0.2 |
| 11/8/2015 | RSK | 29 | Exchange email correspondence with M. Wunder regarding Canadian claims issues. | 0.2 |
| 11/9/2015 | RSK | 29 | Review status summary regarding U.S. allocation mediation. | 0.2 |
| 11/9/2015 | RSK | 29 | Review U.S. appeal court filing. | 0.2 |
| 11/9/2015 | MWU | 31 | Review Canadian motion record for partial lift stay motion regarding former officers and directors, by class action plaintiffs, and review CCAA orders regarding same. | 0.9 |
| 11/9/2015 | MWU | 31 | Report to UCC advisors regarding Canadian motion. | 0.3 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP                                    Invoice # 1979506
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                                 Matter # 46992-00001

| Date | ID | TASK | Narrative | Hours |
|------|-----|------|-----------|-------|
| 11/9/2015 | MWU | 31 | Email correspondence with Canadian counsel for U.S. debtors regarding upcoming Canadian motions, and Canadian estate claims issues. | 0.3 |
| 11/9/2015 | MWU | 29 | Review and analyze allocation sensitivities regarding Canadian estate claims and distribution issues, in preparation for allocation mediation. | 2.3 |
| 11/9/2015 | RJA | 29 | Review motion to consolidate allocation appeals. | 0.2 |
| 11/9/2015 | RJA | 29 | Analysis of Canadian claims and allocation appeal issues for mediation. | 2.6 |
| 11/10/2015 | MWU | 29 | Review analysis for allocation mediation and consider Canadian case assumptions and issues. | 1.6 |
| 11/10/2015 | RJA | 29 | Detailed analysis of appeal issues for appeal of Canadian allocation decision. | 1.6 |
| 11/10/2015 | RJA | 12 | Analysis of Canadian pension and employee claims. | 1.9 |
| 11/11/2015 | SAH | 31 | Canadian legal research regarding motion for leave to appeal Canadian allocation decision. | 2.1 |
| 11/11/2015 | RSK | 31 | Review of Monitor's 123rd report regarding Lucescu class action and request for partial lift of CCAA stay. | 0.8 |
| 11/11/2015 | MWU | 31 | Review Monitor's report regarding Canadian lift stay litigation by class action plaintiffs, and prior Monitor's report to be relied on by Monitor. | 0.8 |
| 11/11/2015 | RJA | 29 | Review U.S. debtors' motion to consolidate regarding allocation appeals and cross-appeals. | 0.3 |
| 11/11/2015 | RJA | 31 | Review 123rd report of Monitor regarding Canadian motion. | 0.6 |
| 11/12/2015 | SAH | 31 | Correspondence with Canadian court regarding appeal application. | 0.4 |
| 11/12/2015 | SAH | 31 | Conducting Canadian research regarding motion for leave to appeal Canadian allocation decision. | 2.6 |
| 11/12/2015 | MWU | 3 | Prepare October 2015 account. | 2.6 |
| 11/12/2015 | MWU | 29 | Review and analysis of Canadian issues in connection allocation mediation financial assumptions. | 1.4 |
| 11/12/2015 | RJA | 29 | Continue analysis of allocation issues and sensitivities. | 2.1 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP                          Invoice # 1979506
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                        Matter # 46992-00001

| Date | ID | TASK | Narrative | Hours |
|---|---|---|---|---|
| 11/12/2015 | RJA | 12 | Review Canadian claims issues. | 1.6 |
| 11/13/2015 | SAH | 31 | Conducting legal research regarding leave to appeal Canadian allocation decision. | 2.3 |
| 11/13/2015 | CHS | 29 | Discuss allocation appeal process considerations, research, and draft memorandum with S. Holland. | 0.5 |
| 11/13/2015 | RSK | 31 | Exchange email correspondence with Akin Gump regarding status of Canadian allocation decision order and Canadian leave to appeal application. | 0.3 |
| 11/13/2015 | MWU | 29 | Review comments from multiple core parties regarding allocation mediation and related financial assumptions including Canadian estate claims issues. | 1.6 |
| 11/13/2015 | RJA | 31 | Email correspondence with Akin Gump and Cassels teams regarding Canadian allocation order and status. | 0.2 |
| 11/13/2015 | RJA | 31 | Review open issues with Canadian allocation decision order. | 0.5 |
| 11/13/2015 | RJA | 12 | Continue review of claims and allocation issues. | 1.7 |
| 11/15/2015 | RSK | 31 | Exchange email correspondence with M. Wunder and Akin Gump regarding Canadian class action claims. | 0.3 |
| 11/15/2015 | RSK | 31 | Review email correspondence from M. Wunder regarding lift stay motion in respect of securities class action litigation. | 0.2 |
| 11/15/2015 | MWU | 31 | Email correspondence to and from UCC advisors, Cassels and Canadian counsel for the U.S. debtors regarding lift stay motion. | 0.5 |
| 11/15/2015 | MWU | 12 | Email correspondence with Canadian counsel for the U.S. debtors regarding Canadian pension claims. | 0.2 |
| 11/15/2015 | MWU | 31 | Review Monitor's report for CCAA lift stay motion by class action claimants, and lengthy report to UCC advisors regarding same. | 1.2 |
| 11/15/2015 | MWU | 3 | Continue preparation of October 2015 fee account. | 0.6 |
| 11/16/2015 | SAH | 29 | Canadian legal research regarding allocation appeal issues. | 2.3 |
| 11/16/2015 | RSK | 31 | Review Canadian appeal timelines regarding allocation decision. | 0.3 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

-7-

CASSELS BROCK & BLACKWELL LLP                          Invoice # 1979506
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                        Matter # 46992-00001

| Date | ID | TASK | Narrative | Hours |
|------|-----|------|-----------|-------|
| 11/16/2015 | RSK | 12 | Review email correspondence from Canadian counsel for U.S. debtors regarding Canadian pension claims. | 0.2 |
| 11/16/2015 | MWU | 7 | Attend on UCC call. | 0.6 |
| 11/16/2015 | MWU | 12 | Call with NNI's Canadian counsel regarding Canadian claims issues. | 0.2 |
| 11/16/2015 | MWU | 29 | Review updated allocation analysis, and consider Canadian issues. | 0.9 |
| 11/16/2015 | MWU | 3 | Prepare October 2015 fee application. | 1.3 |
| 11/16/2015 | RJA | 7 | Participate in Committee call. | 0.6 |
| 11/16/2015 | RJA | 29 | Review and analysis of mediation issues and sensitivities. | 2.8 |
| 11/16/2015 | RJA | 12 | Analysis of Canadian claims and distribution issues. | 0.7 |
| 11/17/2015 | MWU | 29 | Allocation mediation analysis, and email correspondence with UCC advisors regarding Canadian issues. | 1.4 |
| 11/17/2015 | MWU | 12 | Review and analysis of Canadian claims and distribution issues, and Canadian court claims orders. | 1.7 |
| 11/17/2015 | RJA | 12 | Analysis of Canadian claims issues for allocation mediation. | 2.2 |
| 11/18/2015 | RSK | 29 | Review email correspondence from Akin Gump regarding leave to appeal application and process. | 0.3 |
| 11/18/2015 | MWU | 12 | Correspondence with UCC advisors regarding Canadian estate claims and due diligence. | 0.3 |
| 11/18/2015 | MWU | 31 | Email correspondence from counsel for Monitor regarding SNMP Canadian litigation and update UCC advisors. | 0.2 |
| 11/18/2015 | MWU | 31 | Email correspondence to and from Akin Gump regarding Canadian motion for leave to appeal Canadian allocation decision, and confer with G. Shaw regarding same. | 0.3 |
| 11/18/2015 | RJA | 29 | Analysis of allocation and appeal issues. | 3.1 |
| 11/18/2015 | RJA | 29 | Email correspondence with Akin Gump regarding Canadian leave application for Canadian allocation decision. | 0.1 |
| 11/19/2015 | MWU | 3 | Prepare October 2015 fee application. | 0.7 |
| 11/19/2015 | RJA | 12 | Review Canadian pension claims and issues regarding allocation. | 0.9 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

| | | | | |
|---|---|---|---|---|
| CASSELS BROCK & BLACKWELL LLP | | | | Invoice # 1979506 |
| The Official Committee of Unsecured Creditors | | | | |
| Re: Nortel Networks Inc, et al. | | | | Matter # 46992-00001 |

| Date | ID | TASK | Narrative | Hours |
|---|---|---|---|---|
| 11/20/2015 | SAH | 31 | Conducting Canadian legal research regarding Canadian appeals. | 1.1 |
| 11/20/2015 | RSK | 31 | Exchange email correspondence with Cassels team regarding Canadian appeal process. | 0.2 |
| 11/20/2015 | RSK | 29 | Conference call with Akin Gump and Cassels team regarding allocation mediation. | 0.8 |
| 11/20/2015 | RSK | 29 | Review email correspondence from Akin Gump regarding allocation mediation and discuss same with Cassels team. | 0.7 |
| 11/20/2015 | MWU | 29 | Call with Akin Gump and Cassels team to discuss allocation issues. | 0.8 |
| 11/20/2015 | MWU | 3 | Complete October 2015 fee account and application. | 0.6 |
| 11/20/2015 | MWU | 32 | Review U.S. records disposal motion, and related Canadian motion, orders and process. | 0.7 |
| 11/20/2015 | MWU | 31 | Consider potential allocation scenarios, and Canadian issues and approvals. | 1.4 |
| 11/20/2015 | RJA | 29 | Conference call with Akin Gump and Cassels teams regarding allocation issues. | 0.8 |
| 11/20/2015 | RJA | 29 | Detailed analysis of allocation issues. | 2.9 |
| 11/23/2015 | RSK | 29 | Review draft opening allocation appeal briefs of UCC, U.S. debtors and bondholders. | 1.2 |
| 11/23/2015 | RSK | 31 | Review email correspondence regarding class action lift stay motion. | 0.2 |
| 11/23/2015 | MWU | 31 | Review correspondence from Canadian counsel for Monitor regarding Canadian court scheduling conference, and report to Cassels team regarding same and next steps. | 0.3 |
| 11/23/2015 | RJA | 29 | Analyze mediation issues and sensitivities from BRG. | 1.3 |
| 11/23/2015 | RJA | 12 | Analysis of Canadian pension and employee claim issues. | 1.8 |
| 11/24/2015 | SAH | 29 | Conducting Canadian legal research regarding allocation appeal issues. | 2.6 |
| 11/24/2015 | RSK | 31 | Review Canadian estate issues and consider mechanisms for implementation. | 1.4 |
| 11/24/2015 | RJA | 29 | Review and analysis of allocation mediation positions and issues. | 1.8 |
| 11/25/2015 | RSK | 29 | Review U.S. allocation appeal briefs. | 1.1 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP                    Invoice # 1979506
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                 Matter # 46992-00001

| Date | ID | TASK | Narrative | Hours |
|------|-----|------|-----------|-------|
| 11/25/2015 | RSK | 31 | Email correspondence with Canadian counsel for Monitor regarding class action lift stay motion. | 0.3 |
| 11/25/2015 | MWU | 12 | Due diligence and analysis regarding Canadian claims and distribution issues. | 1.3 |
| 11/25/2015 | RJA | 29 | Analysis of allocation issues. | 1.3 |
| 11/25/2015 | RJA | 31 | Telephone call with Akin Gump regarding allocation mediation. | 0.3 |
| 11/25/2015 | RJA | 12 | Analysis of Canadian estate claims. | 1.1 |
| 11/26/2015 | RSK | 31 | Telephone attendance with NNI's Canadian counsel regarding class action lift stay motion and exchange email correspondence with Cassels team. | 0.4 |
| 11/26/2015 | RJA | 31 | Email correspondence with Akin Gump regarding allocation mediation. | 0.1 |
| 11/26/2015 | RJA | 12 | Analysis of Canadian claims and allocation issues. | 1.7 |
| 11/27/2015 | RSK | 8 | Attended Canadian court scheduling conference regarding class action litigation. | 0.5 |
| 11/27/2015 | MWU | 31 | Review and analysis of allocation appeal opening submissions, and consider related Canadian issues. | 1.7 |
| 11/27/2015 | RJA | 31 | Continue research regarding appeal issues and Canadian allocation decision. | 0.9 |
| 11/27/2015 | RJA | 12 | Analysis of Canadian claims and allocation issues. | 1.9 |
| 11/29/2015 | RJA | 29 | Continue analysis of appeal issues regarding Canadian allocation decision. | 1.7 |
| 11/30/2015 | RSK | 29 | Review of U.S. debtors' draft allocation appeal brief. | 0.6 |
| 11/30/2015 | RSK | 7 | Participated in Committee call. | 0.6 |
| 11/30/2015 | MWU | 7 | Attend on UCC call. | 0.6 |
| 11/30/2015 | MWU | 29 | Review court filings and mediation submissions to prepare for Canadian court allocation decision appeal. | 2.3 |
| 11/30/2015 | RJA | 7 | Participate in Committee call. | 0.6 |
| 11/30/2015 | RJA | 29 | Review and analysis of allocation appeal brief of U.S. debtors, bonds and UCC. | 1.8 |
| 11/30/2015 | RJA | 12 | Continue analysis of Canadian claims regarding allocation issues. | 1.6 |
| | | | **TOTAL** | **146.8** |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.

Invoice # 1979506

Matter # 46992-00001

| Name | Title | Department | Province of Bar Admission/Year | Hours | Rate | Billed Value |
|---|---|---|---|---|---|---|
| Christopher Selby | Associate | Advocacy | Ontario - 2014 | 0.50 | $390.00 | $195.00 |
| Geoffrey B. Shaw | Partner | Advocacy | Ontario - 1986 | 0.10 | $945.00 | $94.50 |
| Kristin Taylor | Partner | Employment/ Labour | Ontario - 1995 | 0.80 | $850.00 | $680.00 |
| Michael Wunder | Partner | Financial Restructuring | Ontario - 1990 | 49.20 | $810.00 | $39,852.00 |
| Ryan Jacobs | Partner | Financial Restructuring | Ontario - 2011 | 63.10 | $785.00 | $49,533.50 |
| Shayne Kukulowicz | Partner | Financial Restructuring | Ontario - 1990 | 19.70 | $910.00 | $17,927.00 |
| Stefanie Holland | Associate | Advocacy | Ontario - 2010 | 13.40 | $450.00 | $6,030.00 |
| | | | | | | |
| TOTAL | | | | 146.80 | | $114,312.00 |

**TOTAL PROFESSIONAL FEES**                                   $   114,312.00

**Non-Taxable Disbursements**

    Copies                                                                   125.00
    Binding, Tabs, Disks, etc                                           5.18
    Telephone / Long Distance/Conference Calls           24.00
**Total Disbursements and Tax**                                           154.18
**Total Fees, Disbursements & Tax**                       $  114,466.18 CDN

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP                          Invoice # 1979506
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                        Matter # 46992-00001

**Time Summary By Task Code:**

| Task Codes | Description | Hours | Fees |
|---|---|---|---|
| 0003 | Cassels Brock Fee Application/Monthly Billing Reports | 7.50 | 6,075.00 |
| 0007 | Creditors Committee Meetings | 6.10 | 5,073.50 |
| 0008 | Court Hearings | 0.50 | 455.00 |
| 0012 | General Claims Analysis/Claims Objections | 27.80 | 22,247.50 |
| 0029 | Intercompany Analysis | 74.70 | 58,623.00 |
| 0031 | Canadian Proceedings/Matters | 29.50 | 21,271.00 |
| 0032 | U.S Proceedings/Matters | 0.70 | 567.00 |
| | | | |
| **TOTAL** | | **146.8** | **$ 114,312.00** |

CASSELS BROCK & BLACKWELL LLP                          Invoice # 1979506
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                        Matter # 46992-00001


**Disbursement Details:**

| Date | Narrative | Quantity | Amount |
|------|-----------|---------:|-------:|
| 11/2/2015 | Copies | 59 | 5.90 |
| 11/2/2015 | Copies | 13 | 1.30 |
| 11/2/2015 | Copies | 2 | 0.20 |
| 11/2/2015 | Copies | 3 | 0.30 |
| 11/2/2015 | Copies | 6 | 0.60 |
| 11/2/2015 | Copies | 2 | 0.20 |
| 11/2/2015 | Copies | 2 | 0.20 |
| 11/2/2015 | Copies | 6 | 0.60 |
| 11/2/2015 | Copies | 4 | 0.40 |
| 11/2/2015 | Copies | 17 | 1.70 |
| 11/2/2015 | Copies | 7 | 0.70 |
| 11/3/2015 | Copies | 6 | 0.60 |
| 11/3/2015 | Copies | 130 | 13.00 |
| 11/3/2015 | Copies | 148 | 14.80 |
| 11/3/2015 | Copies | 4 | 0.40 |
| 11/3/2015 | Binding, Tabs, Disks, etc | 1 | 5.18 |
| 11/4/2015 | Copies | 15 | 1.50 |
| 11/5/2015 | Copies | 2 | 0.20 |
| 11/5/2015 | Copies | 12 | 1.20 |
| 11/5/2015 | Copies | 2 | 0.20 |
| 11/5/2015 | Copies | 8 | 0.80 |
| 11/5/2015 | Copies | 2 | 0.20 |
| 11/5/2015 | Copies | 22 | 2.20 |
| 11/5/2015 | Copies | 22 | 2.20 |
| 11/5/2015 | Copies | 28 | 2.80 |
| 11/5/2015 | Copies | 3 | 0.30 |
| 11/5/2015 | Copies | 2 | 0.20 |
| 11/5/2015 | Copies | 4 | 0.40 |
| 11/5/2015 | Copies | 8 | 0.80 |
| 11/5/2015 | Copies | 2 | 0.20 |
| 11/5/2015 | Copies | 4 | 0.40 |
| 11/5/2015 | Copies | 2 | 0.20 |
| 11/5/2015 | Copies | 16 | 1.60 |
| 11/5/2015 | Copies | 34 | 3.40 |
| 11/5/2015 | Copies | 14 | 1.40 |
| 11/5/2015 | Copies | 17 | 1.70 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP                    Invoice # 1979506
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                       Matter # 46992-00001

| | | | |
|---|---|---:|---:|
| 11/5/2015 | Copies | 5 | 0.50 |
| 11/5/2015 | Copies | 6 | 0.60 |
| 11/5/2015 | Copies | 6 | 0.60 |
| 11/5/2015 | Copies | 3 | 0.30 |
| 11/5/2015 | Copies | 2 | 0.20 |
| 11/5/2015 | Copies | 3 | 0.30 |
| 11/5/2015 | Copies | 2 | 0.20 |
| 11/5/2015 | Copies | 4 | 0.40 |
| 11/6/2015 | Copies | 4 | 0.40 |
| 11/9/2015 | Copies | 4 | 0.40 |
| 11/9/2015 | Copies | 20 | 2.00 |
| 11/9/2015 | Copies | 21 | 2.10 |
| 11/9/2015 | Copies | 3 | 0.30 |
| 11/9/2015 | Copies | 5 | 0.50 |
| 11/9/2015 | Copies | 3 | 0.30 |
| 11/9/2015 | Copies | 16 | 1.60 |
| 11/9/2015 | Copies | 5 | 0.50 |
| 11/9/2015 | Copies | 3 | 0.30 |
| 11/10/2015 | Copies | 7 | 0.70 |
| 11/11/2015 | Copies | 2 | 0.20 |
| 11/11/2015 | Copies | 19 | 1.90 |
| 11/11/2015 | Copies | 2 | 0.20 |
| 11/11/2015 | Copies | 50 | 5.00 |
| 11/13/2015 | Copies | 2 | 0.20 |
| 11/13/2015 | Copies | 55 | 5.50 |
| 11/13/2015 | Copies | 55 | 5.50 |
| 11/16/2015 | Copies | 3 | 0.30 |
| 11/16/2015 | Copies | 5 | 0.50 |
| 11/16/2015 | Copies | 3 | 0.30 |
| 11/16/2015 | Copies | 2 | 0.20 |
| 11/16/2015 | Telephone | 1 | 0.60 |
| 11/18/2015 | Copies | 3 | 0.30 |
| 11/19/2015 | Telephone | 1 | 0.60 |
| 11/20/2015 | Telephone | 1 | 22.80 |
| 11/23/2015 | Copies | 27 | 2.70 |
| 11/23/2015 | Copies | 74 | 7.40 |
| 11/23/2015 | Copies | 32 | 3.20 |
| 11/24/2015 | Copies | 2 | 0.20 |
| 11/25/2015 | Copies | 74 | 7.40 |
| 11/25/2015 | Copies | 32 | 3.20 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one
month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP                    Invoice # 1979506
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                  Matter # 46992-00001

| | | | |
|---|---|---:|---:|
| 11/25/2015 | Copies | 27 | 2.70 |
| 11/27/2015 | Copies | 2 | 0.20 |
| 11/27/2015 | Copies | 24 | 2.40 |
| 11/27/2015 | Copies | 3 | 0.30 |
| 11/30/2015 | Copies | 2 | 0.20 |
| | **TOTAL** | | **154.18** |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.