# EXHIBIT C

## DISBURSEMENT SUMMARY
## NOVEMBER 1 TO NOVEMBER 30, 2015
### (All Amounts in Canadian Dollars)

<u>Non-Taxable Disbursements</u>

| | |
|---|---|
| Copies | $ 125.00 |
| Binding, Tabs, Disks, etc | $ 5.18 |
| Telephone / Long Distance/Conference Calls | $ 24.00 |
| **Total Non-Taxable Disbursements** | **$ 154.18 CDN.** |