# EXHIBIT E

SUMMARY OF LAWYERS AND PARALEGALS
RENDERING SERVICES DURING THE PERIOD
NOVEMBER 1, 2015 THROUGH NOVEMBER 30, 2015
(All Amounts in Canadian Dollars)

| Name | Title | Department | Province of Bar Admission/Year | Hours | Rate | Billed Value |
|---|---|---|---|---|---|---|
| Christopher Selby | Associate | Advocacy | Ontario - 2014 | 0.50 | $390.00 | $195.00 |
| Geoffrey B. Shaw | Partner | Advocacy | Ontario - 1986 | 0.10 | $945.00 | $94.50 |
| Kristin Taylor | Partner | Employment/Labour | Ontario - 1995 | 0.80 | $850.00 | $680.00 |
| Michael Wunder | Partner | Financial Restructuring | Ontario - 1990 | 49.20 | $810.00 | $39,852.00 |
| Ryan Jacobs | Partner | Financial Restructuring | Ontario - 2011 | 63.10 | $785.00 | $49,533.50 |
| Shayne Kukulowicz | Partner | Financial Restructuring | Ontario - 1990 | 19.70 | $910.00 | $17,927.00 |
| Stefanie Holland | Associate | Advocacy | Ontario - 2010 | 13.40 | $450.00 | $6,030.00 |
|  |  |  |  |  |  |  |
| TOTAL |  |  |  | 146.80 | CDN. | $114,312.00 |