**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re:** | ) | **Case No. 09-10138 (KG)** |
| | ) | |
| **Nortel Networks Inc.,** *et al.*, | ) | **(Jointly Administered)** |
| | ) | |
| **Debtors.** | ) | **Chapter 11** |
| | ) | |
| | ) | |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

Please take notice that the undersigned counsel, Robert E. Winter and Kathleen M. Miller, hereby withdraw their appearance as counsel for International Business Machines Corporation, IBM Credit LLC and IBM Canada Limited, and request to be removed from service lists.

Dated: February 16, 2016

PAUL HASTINGS LLP
Robert E. Winter
875 15th Street, N.W.
Washington, DC 20005
Telephone: (202) 551-1700

-and-

SMITH, KATZENSTEIN & JENKINS LLP

/s/*Kathleen M. Miller*
Kathleen M. Miller (DE ID # 2898)
1000 West Street, Suite 1501
P.O. Box 410
Wilmington, DE  19899
Telephone:  (302) 652-8400
Facsimile:  (302) 652-8405
Email:kmiller@skjlaw.com
*Attorneys for International Business Machines*
*Corporation, IBM Credit LLC and IBM Canada*
*Limited*

09373:10321227.DOC.1

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of February, 2016 I served a copy of the foregoing

NOTICE OF WITHDRAWAL OF APPEARANCE by first class mail on the following:

Eric D. Schwartz
Derek C. Abbott
Andrew R. Remming
Tamara K. Minott
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
Wilmington, DE  19899-1347

James L. Bromley
Lisa M. Schweitzer
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006

*/s/ Kathleen M. Miller*
Kathleen M. Miller (DE ID No. 2898)

09373:10321227.DOC.1