# EXHIBIT A

## NORTEL NETWORKS INC., *et al*.
## CASE NO. 09-10138 (KG)

Professional Fees and Expenses
Monthly Fee Application

| Applicant & Docket No. | Time Period Covered | Fees & Expenses Requested in Application | Fees & Expenses Allowed/Awarded | Date Application Filed | Objection Deadline |
|---|---|---|---|---|---|
| Whiteford, Taylor & Preston LLC<br><br>[Docket No. 16487] | 12/1/15 - 12/31/15 | $44,597.50 (Fees)<br><br>$1,568.90 (Expenses) | $35,678.00 (Fees @ 80%)<br><br>$1,568.90 (Expenses @ 100%) | 1/22/2016 | 2/11/2016 |