**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| Nortel Networks Inc., et al.,[1] ) | Case No. 09-10138 (KG) |
| ) | |
| Debtors. ) | (Jointly Administered) |
| ) | |
| ) | **Hearing Date: TBD** |
| ) | |

**FIFTH INTERIM APPLICATION OF WHITEFORD, TAYLOR &
PRESTON LLC FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS CO-COUNSEL TO
THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE
PERIOD FROM NOVEMBER 1, 2015 THROUGH JANUARY 31, 2016**

| | |
|---|---|
| Name of Applicant: | Whiteford, Taylor & Preston LLC |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | January 13, 2015, *nunc pro tunc* to November 17, 2014 |
| Period for which compensation and reimbursement are sought: | November 1, 2015 through January 31, 2016 |
| Amount of Compensation sought as actual, reasonable, and necessary: | $143,347.50 |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | $4,034.97 |

This is a(n): __ monthly    X  interim    __ final

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567); and Nortel Networks (CALA) Inc. (4226).

**SUMMARY OF FEE APPLICATIONS FOR COMPENSATION PERIOD
NOVEMBER 1, 2015 THROUGH JANUARY 31, 2016**

| Date Filed | | Requested | | Approved/ Pending Approval | | Holdback Fees Requested Fees |
|---|---|---|---|---|---|---|
| | | | | (80%) | (100%) | |
| Docket No. 16433 Date Filed: 12/30/15 | 11/1/15 - 11/30/15 | $46,190.50 | $158.37 | $36,952.40 | $158.37 | $9,238.10 |
| Docket No. 16487 Date Filed: 1/22/16 | 12/1/15 - 12/31/15 | $44,597.50 | $1,568.90 | $35,678.00 | $1,568.90 | $8,919.50 |
| Docket No. 16526 Date Filed: 2/8/16 | 1/1/16 - 1/31/16 | $52,559.50 | $2,307.70 | $42,047.60 *(Pending obj. deadline of 2/29/16)* | $2,307.70 *(Pending obj. deadline of 2/29/16)* | $10,511.90 |
| **TOTALS:** | | $143,347.50 | $4,034.97 | $114,678.00[2] | $4,034.97[3] | $28,669.50 |

Summary of Any Objections to Fee Applications: None

---

[2] The total amount reflected in this column includes amounts pending approval.
[3] The total amount reflected in this column includes amounts pending approval.

Dated: February 17, 2016
     Wilmington, Delaware

*/s/ Katherine Good*
Christopher M. Samis (No. 4909)
L. Katherine Good (No. 5101)
Chantelle D. McClamb (No. 5978)
Whiteford, Taylor & Preston LLC
The Renaissance Centre
405 North King Street, Suite 500
Wilmington, Delaware 19801
Telephone: (302) 353-4144
Facsimile: (302) 661-7950

-and-

Fred S. Hodara, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, New York 10036
Telephone:  (212) 872-1000
Facsimile:  (212) 872-1002

*Co-Counsel to the Official Committee of Unsecured Creditors of Nortel Networks Inc., et al.*