IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

| | |
|---|---|
| ----------------------------------------------------------X | Chapter 11 |
| *In re* | Case No. 09-10138 (KG) |
| Nortel Networks Inc., *et al.*,[1] | Jointly Administered |
| Debtors. | |
| ----------------------------------------------------------X | |

NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON FEBRUARY 23, 2016 AT 10:00 A.M. (EASTERN TIME)

**THE HEARING HAS BEEN CANCELLED AT THE DIRECTION OF THE COURT**

By permission of chambers, any party wishing to participate telephonically must make arrangements through CourtCall **at least one hour prior to the hearing**. CourtCall has been made aware of this extended deadline. CourtCall will not accept reservations after the extended deadline has passed without permission of chambers. Please do not contact chambers prior to the expiration of the extended deadline.

**RESOLVED/ADJOURNED MATTERS**

1. Debtors' Twenty-Second Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (No Liability Claims, Reduce and Allow Claims, Redundant Claims, Wrong Debtor Claims and No-Basis 503(b)(9) Claims) (D.I. 7183, Filed 2/7/12).

    Objection Deadline: February 23, 2012 at 4:00 p.m. (ET). Extended for ASM Capital regarding Claim No. 7819 to November 24, 2015 at 4:00 p.m. (ET). Extended for Coface North America Insurance Company, Jaco Electronics, Inc. and Monarch Master Funding LTD regarding Claim Nos. 392, 6820, and 7076 to May 10, 2016 at 4:00 p.m. (ET).

    Remaining Responses Received:

    (a) Informal Response of ASM Capital Regarding Claim No. 7819; and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

(b)  Informal Response of Coface North America Insurance Company, Jaco Electronics, Inc., and Monarch Master Funding LTD Regarding Claim Nos. 392, 6820, and 7076.

Related Pleading:

(a)  Order Granting Debtors' Twenty-Second Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (No Liability Claims, Reduce And Allow Claims, Redundant Claims, Wrong Debtor Claims And No-Basis 503(b)(9) Claims) (D.I. 7354, Entered 3/8/12);

(b)  First Supplemental Order Granting Debtors' Twenty-Second Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (No Liability Claims, Reduce And Allow Claims, Redundant Claims, Wrong Debtor Claims And No-Basis 503(b)(9) Claims) (D.I. 7430, Entered 3/22/12);

(c)  Second Supplemental Order Granting Debtors' Twenty-Second Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (No Liability Claims, Reduce and Allow Claims, Redundant Claims, Wrong Debtor Claims and No-Basis 503(b)(9) Claims) (D.I. 7559, Entered 4/18/12);

(d)  Third Supplemental Order Granting Debtors' Twenty-Second Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (No Liability Claims, Reduce and Allow Claims, Redundant Claims, Wrong Debtor Claims and No-Basis 503(b)(9) Claims) (D.I. 7626, Entered 5/9/12);

(e)  Fourth Supplemental Order Granting Debtors' Twenty-Second Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (No Liability Claims, Reduce and Allow Claims, Redundant Claims, Wrong Debtor Claims and No-Basis 503(b)(9) Claims) (D.I. 8273, Entered 8/22/12); and

(f)  Order Approving Stipulation Resolving Claims With Various ASM Entities (D.I.16406, Entered 12/21/15).

Status: The hearing on the Objection with respect to response (a) has been resolved. The hearing on the Objection with respect to response (b) has been adjourned to the hearing scheduled for May 24, 2016 at 10:00 a.m. (ET).

2.  Debtors' Motion for Entry of an Order (I) Approving Procedures for the Abandonment, Disposal, or Destruction of Specified Hard Copy Documents and Electronic Data; (II) Waiving Compliance with Certain Retention Laws and Ordinances; and (III) Granting Related Relief (D.I. 16296, Filed 11/11/15).

Objection Deadline: November 30, 2015 at 4:00 p.m. (ET).

Responses Received:

(a) Letter to The Honorable Kevin Gross Regarding Court's Order of December 15, 2015 Approving Certain Procedures Regarding the Destruction of Documents Filed by VTech Communications, Inc. (D.I. 16540, Filed 2/11/16).

Related Pleading:

(a) Order (I) Approving Procedures for the Abandonment, Disposal, or Destruction of Specified Hard Copy Documents and Electronic Data; (II) Waiving Compliance with Certain Retention Laws and Ordinances; and (III) Granting Related Relief (D.I. 16389, Entered 12/15/15);

(b) Notice Regarding Debtors' Procedures for the Abandonment, Disposal, or Destruction of Specified Hard Copy Documents and Electronic Data (D.I. 16531, Filed 2/10/15); and

(c) Letter to The Honorable Kevin Gross Re: Response to VTech Communications, Inc.'s Document Disposal Objection (D.I. 16550, Filed 2/18/16).

Status: This matter has been resolved pursuant to the parties' agreement, as set forth in the *Letter to The Honorable Kevin Gross Re: Response to VTech Communications, Inc.'s Document Disposal Objection*. No hearing is necessary.

3. Debtors' Motion Pursuant to Bankruptcy Rule 9019 for Entry of an Order Approving the Stipulation Resolving Claims with Liquidity Solutions, Inc. (D.I. 16489, Filed 2/10/15).

Objection Deadline: February 5, 2016 at 4:00 p.m. (ET).

Responses Received: None.

Related Pleading:

(a) Order Approving the Stipulation Resolving Claims with Liquidity Solutions, Inc. (D.I. 16528, Entered 2/9/16).

Status: An order has been entered resolving this matter. No hearing is necessary.

4. Debtors' Motion Pursuant to Bankruptcy Rule 9019 for Entry of an Order Approving the Stipulation Resolving Claims with Various Solus Entities (D.I. 16494, Filed 1/26/16).

Objection Deadline: February 9, 2016 at 10:00 a.m. (ET).

Responses Received:

(a)  Objection to Claim Filed by Alexander Tarlamis (D.I. 16536, Filed 2/9/16).

Related Pleading: None.

Status: After speaking with the Debtors, Mr. Tarlamis has advised the Debtors that he no longer objects to the relief requested in the Motion. No hearing is necessary.

5. Debtors' Motion for an Order Establishing Procedures to Further the Resolution of Claims (D.I. 16514, Filed 2/2/16).

Objection Deadline: February 16, 2016 at 4:00 p.m. (ET).

Responses Received: None.

Related Pleading:

(a)  Certificate of No Objection Regarding Debtors' Motion for an Order Establishing Procedures to Further the Resolution of Claims (D.I. 16546, Filed 2/17/16); and

(b)  Order Approving Debtors' Motion for an Order Establishing Procedures to Further the Resolution of Claims (D.I. 16551, Entered 2/19/16).

Status: An order has been entered regarding this matter. No hearing is necessary.

Dated: February 19, 2016  
Wilmington, DE

CLEARY GOTTLIEB STEEN & HAMILTON LLP  
James L. Bromley (admitted *pro hac vice*)  
Lisa M. Schweitzer (admitted *pro hac vice*)  
One Liberty Plaza  
New York, New York 10006  
Telephone: (212) 225-2000  
Facsimile: (212) 225-3999

- and –

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Tamara K. Minott*  
Eric D. Schwartz (No. 3134)  
Derek C. Abbott (No. 3376)  
Andrew R. Remming (No. 5120)  
Tamara K. Minott (No. 5643)  
1201 North Market Street  
Wilmington, DE 19899-1347

4

Telephone: (302) 658-9200
Facsimile: (302) 658-3989

*Counsel for the Debtors and Debtors in Possession*