# Exhibit A

**No-Basis Claims, Insufficient Documentation Claims, No-Basis 503(B)(9) Claims, No-Basis Deferred Compensation Claims, No-Basis Pension Claims, No-Basis Retiree Claims, No-Basis 401(k) Claims. No-Basis Equity Claims and Redundant Claims**

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount Claimed | Reason for Disallowance |
|---|---|---|---|
| ADAMICK, STANLEY M. JR.<br>7438 N OLEANDER<br>CHICAGO, IL 60631-4310 | 6799<br>1/20/10<br>09-12515<br>Nortel Networks<br>(CALA), Inc. | - (S)<br>- (A)<br>- (P)<br>$154,717.96 (U)<br>$154,717.96 (T) | Claim is asserted with respect to 401(k) plan. 401(k) assets are held in a segregated trust and are not a liability of the Debtors or their estates. |
| ADAMICK, STANLEY M. JR.<br>7438 N OLEANDER<br>CHICAGO, IL 60631-4310 | 6800<br>1/20/10<br>09-12515<br>Nortel Networks<br>(CALA), Inc. | Unspecified* | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No- Basis Pension Claim is not a liability of the Debtors or their estates. |
| ALDHIZER, WILLIAM R<br>1619 OLD HUNDRED RD<br>MIDLOTHIAN, VA 23114 | 6423<br>12/24/09<br>09-12515<br>Nortel Networks<br>(CALA), Inc. | - (S)<br>$14,072.76 (A)<br>- (P)<br>- (U)<br>$14,072.76 (T) | Claim is asserted with respect to 401(k) plan. 401(k) assets are held in a segregated trust and are not a liability of the Debtors or their estates.<br><br>Requirements of Section 503(b)(9) are not met and claim is redundant of claim 6424 filed by claimant asserting the same liability. |
| ALDHIZER, WILLIAM R<br>1619 OLD HUNDRED RD<br>MIDLOTHIAN, VA 23114 | 6424<br>12/24/09<br>09-12515<br>Nortel Networks<br>(CALA), Inc. | - (S)<br>- (A)<br>$14,072.76 (P)<br>- (U)<br>$14,072.76 (T) | Claim is asserted with respect to 401(k) plan. 401(k) assets are held in a segregated trust and are not a liability of the Debtors or their estates. |
| ALDHIZER, WILLIAM R.<br>1619 OLD HUNDRED ROAD<br>MIDLOTHIAN, VA 23114 | 3086<br>9/17/09<br>NO DEBTOR | - (S)<br>- (A)<br>$14,072.76 (P)<br>- (U)<br>$14,072.76 (T) | Claim is asserted with respect to 401(k) plan. 401(k) assets are held in a segregated trust and are not a liability of the Debtors or their estates. |
| ALLEN, SHAWN<br>4618 HANNAFORD DR<br>TOLEDO, OH 43623 | 6280<br>12/15/09<br>NO DEBTOR | - (S)<br>- (A)<br>$23,691.53 (P)<br>- (U)<br>$23,691.53 (T) | Claim is related to ownership of equity interest in the Canadian Debtors, and therefore fails to meet the standard for prima facie validity. |
| COMEAU, WILLIAM J<br>29 CANTERBURY FOREST<br>PLAISTOW, NH 03865 | 3230<br>9/18/09<br>NO DEBTOR | - (S)<br>- (A)<br>$12,061.60 (P)<br>- (U)<br>$12,061.60 (T) | Claim is asserted with respect to 401(k) plan. 401(k) assets are held in a segregated trust and are not a liability of the Debtors or their estates. |

## Exhibit A

**No-Basis Claims, Insufficient Documentation Claims, No-Basis 503(B)(9) Claims, No-Basis Deferred Compensation Claims, No-Basis Pension Claims, No-Basis Retiree Claims, No-Basis 401(k) Claims. No-Basis Equity Claims and Redundant Claims**

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number / Date Filed / Case Info | Total Amount Claimed | Reason for Disallowance |
|---|---|---|---|
| CONLEY, EDWARD J<br>5036 CAMINO ALTA MIRA<br>CASTRO VALLEY, CA  94546-1536 | 6474<br>12/28/09<br>09-12515<br>Nortel Networks (CALA), Inc. | - (S)<br>- (A)<br>$301.11 (P)<br>- (U)<br>$301.11 (T) | Claim is asserted with respect to 401(k) plan.  401(k) assets are held in a segregated trust and are not a liability of the Debtors or their estates. |
| CUNANAN, MARIO S<br>2659 GLEN FENTON WAY<br>SAN JOSE, CA  95148 | 6468<br>12/28/09<br>09-12515<br>Nortel Networks (CALA), Inc. | - (S)<br>- (A)<br>$32,936.00 (P)<br>- (U)<br>$32,936.00 (T) | Claim is asserted with respect to 401(k) plan.  401(k) assets are held in a segregated trust and are not a liability of the Debtors or their estates. |
| D'AMICO, SUSAN<br>101 BIRCH GLEN CT<br>CARY, NC  27513 | 4122<br>9/28/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$200,000.00 (U)<br>$200,000.00 (T) | Insufficient Documentation and Claim not in Debtors' Books and Records. |
| D'AMICO, SUSAN BETH<br>101 BIRCH GLEN CT.<br>CARY, NC  27513 | 4120<br>9/28/09<br>09-10138<br>Nortel Networks Inc. | Unspecified* | Claim is asserted with respect to 401(k) plan.  401(k) assets are held in a segregated trust and are not a liability of the Debtors or their estates.<br><br>The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No- Basis Pension Claim is not a liability of the Debtors or their estates.<br><br>Requirements of section 503(b)(9) are not met. |
| DAY, MEGHAN<br>847 BRYAN STREET<br>RALEIGH, NC  27605 | 6224<br>12/14/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$94,714.50 (U)<br>$94,714.50 (T) | Claim is related to ownership of equity interest in the Canadian Debtors, and therefore fails to meet the standard for prima facie validity. |
| DENAPOLI, DAVID<br>2140 WHITE BIRCH DR<br>YORKTOWN HEIGHTS, NY  10598 | 6302<br>12/18/09<br>09-12515<br>Nortel Networks (CALA), Inc. | - (S)<br>- (A)<br>- (P)<br>$1,862.00 (U)<br>$1,862.00 (T) | Claim is related to ownership of equity interest in the Canadian Debtors, and therefore fails to meet the standard for prima facie validity. |

# Exhibit A

**No-Basis Claims, Insufficient Documentation Claims, No-Basis 503(B)(9) Claims, No-Basis Deferred Compensation Claims, No-Basis Pension Claims, No-Basis Retiree Claims, No-Basis 401(k) Claims. No-Basis Equity Claims and Redundant Claims**

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount Claimed | Reason for Disallowance |
|---|---|---|---|
| DENAPOLI, DAVID W.<br>2140 WHITE BIRCH DR<br>YORKTOWN HEIGHT, NY 10598 | 6301<br>12/18/09<br>09-12515<br>Nortel Networks<br>(CALA), Inc. | - (S)<br>$1,862.00 (A)<br>- (P)<br>- (U)<br>$1,862.00 (T) | Requirements of Section 503(b)(9) are not met and claim is redundant of claim 6302 filed by claimant asserting the same liability. |
| FULCRUM DISTRESS OPPORTUNITIES FUND I LP<br>TRANSFEROR: JAMES R LONG<br>111 CONGRESS AVENUE<br>SUITE 2550<br>AUSTIN, TX 78701 | 3528<br>9/23/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$497,851.37 (U)<br>$497,851.37 (T) | The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan. Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released. See D.I.s 9127 and 9323. |
| FULCRUM DISTRESS OPPORTUNITIES FUND I LP<br>TRANSFEROR: STANDEL, JR., RICHARD<br>111 CONGRESS AVENUE<br>SUITE 2550<br>AUSTIN, TX 78701 | 3606<br>9/24/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$676,950.08 (U)<br>$676,950.08 (T) | The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan. Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released. See D.I.s 9127 and 9323. |
| FULCRUM DISTRESS OPPORTUNITIES FUND I LP<br>TRANSFEROR: STANDEL JR, RICHARD<br>111 CONGRESS AVENUE<br>SUITE 2550<br>AUSTIN, TX 78701 | 3820<br>9/25/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$676,950.08 (U)<br>$676,950.08 (T) | The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan. Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released. See D.I.s 9127 and 9323. |
| GILBERT, VIRGINIA A<br>3675 RADCLIFFE BLVD<br>DECATUR, GA 30034 | 2640<br>9/4/09<br>NO DEBTOR | $16,223.34 (S)<br>- (A)<br>$16,223.34 (P)<br>- (U)<br>$16,223.34 (T) | Claim is asserted with respect to 401(k) plan. 401(k) assets are held in a segregated trust and are not a liability of the Debtors or their estates. |
| GRAHAM, ROBERT<br>PO BOX 9096<br>RANCHO SANTA FE, CA 92067 | 4355<br>9/28/09<br>09-10138<br>Nortel Networks Inc. | Unspecified* | The claim asserts liability for pension benefits.<br><br>Claim is redundant of claim 4272 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. |
| GRAHAM, ROBERT<br>PO BOX 9096<br>RANCHO SANTA FE, CA 92067 | 4360<br>9/28/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$132,570.08 (U)<br>$132,570.08 (T) | The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan. Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released. See D.I.s 9127 and 9323. |

# Exhibit A

**No-Basis Claims, Insufficent Documentation Claims, No-Basis 503(B)(9) Claims, No-Basis Deferred Compensation Claims, No-Basis Pension Claims, No-Basis Retiree Claims, No-Basis 401(k) Claims. No-Basis Equity Claims and Redundant Claims**

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Reason for<br>Disallowance |
|---|---|---|---|
| GRAHAM, ROBERT M.<br>P. O. BOX 9096<br>RANCHO SANTA FE, CA 92067 | 4352<br>9/28/09<br>NO DEBTOR | Unspecified* | The claim asserts liability for pension benefits.<br><br>Claim is redundant of claim 4272 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. |
| GRAHAM, ROBERT M.<br>P.O. BOX 9096<br>RANCHO SANTA FE, CA 92067 | 4354<br>9/28/09<br>09-10138<br>Nortel Networks Inc. | Unspecified* | The claim asserts liability for pension benefits.<br><br>Claim is redundant of claim 4272 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. |
| GRANT, DAVID<br>205 REEDHAM WAY<br>RALEIGH, NC 27615 | 3987<br>9/25/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$315,868.47 (U)<br>$315,868.47 (T) | The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan. Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released. See D.I.s 9127 and 9323. |
| GRAY-PRESTON, CARROLL<br>101 HALLEY'S CT<br>MORRISVILLE, NC 27560 | 77<br>1/28/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$77,177.25 (U)<br>$77,177.25 (T) | The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan. Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released. See D.I.s 9127 and 9323. |
| GRAY-PRESTON, CARROLL<br>101 HALLEY'S CT<br>MORRISVILLE, NC 27560 | 78<br>1/28/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$141,908.54 (U)<br>$141,908.54 (T) | The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan. Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released. See D.I.s 9127 and 9323. |
| HANKEL, MARK<br>8 FOX HOLLOW LANE<br>PLAISTOW, NH 03865 | 3315<br>9/21/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$196,830.00 (P)<br>- (U)<br>$196,830.00 (T) | Claim is asserted with respect to 401(k) plan.  401(k) assets are held in a segregated trust and are not a liability of the Debtors or their estates. |
| HANKEL, MARK C<br>8 FOX HOLLOW<br>PLAISTOW, NH 03865 | 3314<br>9/21/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$22,225.18 (P)<br>- (U)<br>$22,225.18 (T) | The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan. Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released. See D.I.s 9127 and 9323. |

# Exhibit A

**No-Basis Claims, Insufficient Documentation Claims, No-Basis 503(B)(9) Claims, No-Basis Deferred Compensation Claims, No-Basis Pension Claims, No-Basis Retiree Claims, No-Basis 401(k) Claims. No-Basis Equity Claims and Redundant Claims**

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount Claimed | Reason for Disallowance |
|---|---|---|---|
| HATFIELD, GARY<br>PO BOX 1475<br>CELINA, TX 75009 | 2011<br>8/21/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$30,413.66 (U)<br>$30,413.66 (T) | The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan. Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released. See D.I.s 9127 and 9323. |
| HESLOP, MICHAEL<br>8404 WEST 127 CR<br>OVERLAND PARK, KS 66213 | 2542<br>9/3/09<br>NO DEBTOR | - (S)<br>- (A)<br>$107,699.71 (P)<br>- (U)<br>$77,631.26 (T) | The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan. Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released. See D.I.s 9127 and 9323. |
| HESLOP, MICHAEL<br>8404 W. 127TH CIR<br>OVERLAND PARK, KS 66213 | 7233<br>4/26/10<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$132,074.13 (P)<br>- (U)<br>$132,074.13 (T) | The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan. Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released. See D.I.s 9127 and 9323. |
| HOLMES, MARY<br>8455 SEWARD PARK AVE S<br>SEATTLE, WA 98118-4739 | 6033<br>10/21/09<br>NO DEBTOR | Unspecified* | This claim asserts liability for pension benefits.<br><br>Based on careful review of the Debtors' Books and Records, their Schedules, and the proofs of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing by any of the Debtors to the claimant with respect to such claim and none of the Debtors in these chapter 11 cases is liable for the claim.<br><br>The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No- Basis Pension Claim is not a liability of the Debtors or their estates. |
| HOLMES, MARY<br>2720 71ST AVE SE<br>MERCER ISLAND, WA 98040-2553 | 6034<br>10/21/09<br>09-10138<br>Nortel Networks Inc. | Unspecified* | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No- Basis Pension Claim is not a liability of the Debtors or their estates. |

## Exhibit A

**No-Basis Claims, Insufficent Documentation Claims, No-Basis 503(B)(9) Claims, No-Basis Deferred Compensation Claims, No-Basis Pension Claims, No-Basis Retiree Claims, No-Basis 401(k) Claims. No-Basis Equity Claims and Redundant Claims**

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount Claimed | Reason for Disallowance |
|---|---|---|---|
| JOHNSON, KEITH<br>2230 BENT CREEK MANOR<br>ALPHARETTA, GA  30005 | 3879<br>9/25/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$23,100.00 (P)<br>$134,883.00 (U)<br>$157,983.00 (T) | The claim asserts liability for termination benefits.<br><br>Claim is redundant of claim 8726 filed by the claimant or an affiliate of the claimant asserting the same underlying liability.<br><br>The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan. Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released. See D.I.s 9127 and 9323. |
| JOHNSON, KEITH<br>2230 BENT CREEK MANOR<br>ALPHARETTA, GA  30005 | 8342<br>8/14/12<br>09-10138, NO DEBTOR<br>NO DEBTOR ASSERTED BY CREDITOR | - (S)<br>- (A)<br>$9,600.00 (P)<br>$60,967.00 (U)<br>$70,567.00 (T) | The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan. Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released. See D.I.s 9127 and 9323. |
| JOHNSON, KEITH<br>2230 BENT CREEK MANOR<br>ALPHARETTA, GA  30005 | 8508<br>6/14/13<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$51,765.00 (U)<br>$51,765.00 (T) | The claim asserts liability for termination benefits.<br><br>Claim is redundant of claim 8726 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. |
| JONES, ANN J.<br>PO BOX 294<br>BIG ISLAND, VA  24526 | 1517<br>7/2/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$30,000.00 (P)<br>- (U)<br>$30,000.00 (T) | Claim is asserted with respect to 401(k) plan.  401(k) assets are held in a segregated trust and are not a liability of the Debtors or their estates. |
| JONES, ANN J.<br>PO BOX 294<br>BIG ISLAND, VA  24526 | 3793<br>9/25/09<br>NO DEBTOR | - (S)<br>- (A)<br>$20,863.00 (P)<br>$20,863.00 (U)<br>$20,863.00 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No- Basis Pension Claim is not a liability of the Debtors or their estates. |
| JONES, ANN J.<br>PO BOX 294<br>BIG ISLAND, VA  24526 | 3794<br>9/25/09<br>09-10138<br>Nortel Networks Inc. | Unspecified* | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No- Basis Pension Claim is not a liability of the Debtors or their estates. |

## Exhibit A

**No-Basis Claims, Insufficient Documentation Claims, No-Basis 503(B)(9) Claims, No-Basis Deferred Compensation Claims, No-Basis Pension Claims, No-Basis Retiree Claims, No-Basis 401(k) Claims. No-Basis Equity Claims and Redundant Claims**

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount Claimed | Reason for Disallowance |
|---|---|---|---|
| KING, JOSEPH<br>5639 W HANOVER AVE<br>DALLAS, TX  75209-3427 | 1045<br>4/27/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$87,301.71 (U)<br>$87,301.71 (T) | The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan. Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released. See D.I.s 9127 and 9323. |
| LODER, KAREN T<br>183 LAGOON DR<br>NORTHFIELD, IL  60093 | 6846<br>1/22/10<br>09-12515<br>Nortel Networks (CALA), Inc. | - (S)<br>- (A)<br>$44,263.75 (P)<br>- (U)<br>$44,263.75 (T) | Claim is asserted with respect to 401(k) plan.  401(k) assets are held in a segregated trust and are not a liability of the Debtors or their estates. |
| LOWE, RICHARD<br>45 SHANNON LANE<br>NORTH ANDOVER, MA  01845 | 5891<br>10/5/09<br>NO DEBTOR | - (S)<br>- (A)<br>$3,604.68 (P)<br>- (U)<br>$3,604.68 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No- Basis Pension Claim is not a liability of the Debtors or their estates. |
| MACKEY, DANIEL<br>700 JUSTIN DR. UNIT 2<br>WEYMOUTH, MA  02188 | 3351<br>9/21/09<br>09-10138<br>Nortel Networks Inc. | Unspecified* | Insufficient Documentation and Claim not in Debtors' Books and Records.<br><br>Requirements of section 503(b)(9) are not met. |
| MACKEY, DANIEL<br>700 JUSTIN DR. UNIT 2<br>WEYMOUTH, MA  02188 | 3352<br>9/21/09<br>NO DEBTOR | - (S)<br>- (A)<br>$25,000.00 (P)<br>- (U)<br>$25,000.00 (T) | Claim is asserted with respect to 401(k) plan.  401(k) assets are held in a segregated trust and are not a liability of the Debtors or their estates. |
| MALZAHN, MARK J.<br>1013 TIMBERLINE LN<br>ALLEN, TX  75002 | 2008<br>8/21/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$94,861.20 (P)<br>- (U)<br>$94,861.20 (T) | The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan. Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released. See D.I.s 9127 and 9323. |
| MAYE, CLEVON J<br>1106 MAPLE AVE<br>APEX, NC  27502 | 6986<br>1/26/10<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$600,000.00 (A)<br>- (P)<br>- (U)<br>$600,000.00 (T) | Requirements of Section 503(b)(9) are not met and claim is redundant of claim 6987 filed by claimant asserting the same liability. |

# Exhibit A

**No-Basis Claims, Insufficient Documentation Claims, No-Basis 503(B)(9) Claims, No-Basis Deferred Compensation Claims, No-Basis Pension Claims, No-Basis Retiree Claims, No-Basis 401(k) Claims. No-Basis Equity Claims and Redundant Claims**

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number / Date Filed / Case Info | Total Amount Claimed | Reason for Disallowance |
|---|---|---|---|
| MAYE, CLEVON J<br>1106 MAPLE AVE<br>APEX, NC 27502 | 6987<br>1/26/10<br>09-10138<br>Nortel Networks Inc. | $600,000.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$600,000.00 (T) | Claim is asserted with respect to 401(k) plan. 401(k) assets are held in a segregated trust and are not a liability of the Debtors or their estates.<br><br>Claim is related to ownership of equity interest in the Canadian Debtors, and therefore fails to meet the standard for prima facie validity. |
| MCCAIN, JOSEPH<br>3762 DOVE CREEK<br>CELINA, TX 75009 | 6213<br>12/11/09<br>NO DEBTOR | - (S)<br>- (A)<br>$5,869.41 (P)<br>- (U)<br>$5,869.41 (T) | Claim is asserted with respect to 401(k) plan. 401(k) assets are held in a segregated trust and are not a liability of the Debtors or their estates. |
| MEI, HELENA<br>4462 TERRA BRAVA PLACE<br>SAN JOSE, CA 95121 | 2811<br>9/10/09<br>09-10138<br>Nortel Networks Inc. | Unspecified* | Insufficient Documentation and Claim not in Debtors' Books and Records.<br><br>Requirements of section 503(b)(9) are not met. |
| MEI, HUA<br>4462 TERRA BRAVA PL<br>SAN JOSE, CA 95121 | 2810<br>9/10/09<br>NO DEBTOR | - (S)<br>- (A)<br>$31,500.00 (P)<br>- (U)<br>$31,500.00 (T) | Claim is asserted with respect to 401(k) plan. 401(k) assets are held in a segregated trust and are not a liability of the Debtors or their estates. |
| MILLER, CLYDE<br>1680 CENTER GROVE CHURCH ROAD<br>MONCURE, NC 27559 | 4124<br>9/28/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$18,823.86 (P)<br>- (U)<br>$18,823.86 (T) | The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan. Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released. See D.I.s 9127 and 9323. |
| MILLER, CLYDE E.<br>1680 CENTER GROVE CHURCH ROAD<br>MONCURE, NC 27559 | 98<br>1/29/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$18,594.67 (P)<br>- (U)<br>$18,594.67 (T) | The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan. Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released. See D.I.s 9127 and 9323. |
| MISSINI, DENNIS<br>616 RUSSETWOOD LANE<br>POWDER SPRINGS, GA 30127 | 11<br>1/20/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$103,436.00 (U)<br>$103,436.00 (T) | The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan. Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released. See D.I.s 9127 and 9323. |

## Exhibit A

**No-Basis Claims, Insufficient Documentation Claims, No-Basis 503(B)(9) Claims, No-Basis Deferred Compensation Claims, No-Basis Pension Claims, No-Basis Retiree Claims, No-Basis 401(k) Claims. No-Basis Equity Claims and Redundant Claims**

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number / Date Filed / Case Info | Total Amount Claimed | Reason for Disallowance |
|---|---|---|---|
| MISSINI, DENNIS<br>616 RUSSETWOOD LANE<br>POWDER SPRINGS, GA  30127 | 2746<br>9/8/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$132,726.65 (P)<br>- (U)<br>$132,726.65 (T) | The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan. Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released. See D.I.s 9127 and 9323. |
| MISSINI, DENNIS<br>616 RUSSETWOOD LANE<br>POWDER SPRINGS, GA  30127 | 7326<br>7/6/10<br>09-12515<br>Nortel Networks (CALA), Inc. | - (S)<br>- (A)<br>- (P)<br>$39,440.44 (U)<br>$39,440.44 (T) | The claim asserts liability for pension benefits.<br><br>Claim is redundant of claim 8568 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. |
| MONDOR, DAN<br>3650 NEWPORT BAY DRIVE<br>ALPHARETTA, GA  30005 | 3663<br>9/24/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$33,153.91 (P)<br>- (U)<br>$33,153.91 (T) | The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan. Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released. See D.I.s 9127 and 9323. |
| PALMER, CAROLYN<br>3171 WINDING LAKE DR<br>GAINESVILLE, GA  30504 | 2097<br>8/24/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$14,138.17 (U)<br>$14,138.17 (T) | The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan. Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released. See D.I.s 9127 and 9323. |
| PALMER, CAROLYN<br>3171 WINDING LAKE DR<br>GAINESVILLE, GA  30504 | 3604<br>9/24/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$11,539.58 (U)<br>$11,539.58 (T) | The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan. Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released. See D.I.s 9127 and 9323. |
| PALMER, CAROLYN G.<br>3171 WINDING LAKE DRIVE<br>GAINESVILLE, GA  30504 | 390<br>2/23/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$1,696.67 (P)<br>- (U)<br>$226,181.61 (T) | The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan. Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released. See D.I.s 9127 and 9323.<br><br>The Claim asserts liability for pension benefits.<br><br>Assertion for pension benefits was amended by claim 3706 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. |

## Exhibit A

**No-Basis Claims, Insufficient Documentation Claims, No-Basis 503(B)(9) Claims, No-Basis Deferred Compensation Claims, No-Basis Pension Claims, No-Basis Retiree Claims, No-Basis 401(k) Claims. No-Basis Equity Claims and Redundant Claims**

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount Claimed | Reason for Disallowance |
|---|---|---|---|
| PALMER, GARY<br>3131 WINDING LAKE DR<br>GAINESVILLE, GA  30504 | 2098<br>8/24/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$75,101.12 (U)<br>$75,101.12 (T) | The claim asserts liability for pension benefits.<br><br>Claim is redundant of claim 4256 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. |
| PARISH, SAUNDERS D<br>532 WOODSIDE DRIVE<br>HIDEAWAY, TX  75771 | 2704<br>9/8/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$382.74 (A)<br>- (P)<br>- (U)<br>$382.74 (T) | Requirements of Section 503(b)(9) are not met and claim is redundant of claim 4305 filed by claimant asserting the same liability. |
| PARISH, SAUNDERS D<br>532 WOODSIDE DR<br>LINDALE, TX  75771 | 2705<br>9/8/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$45,928.80 (U)<br>$45,928.80 (T) | The claim asserts liability for pension benefits.<br><br>Claim is redundant of claim 4305 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. |
| PARISH, SAUNDERS D<br>532 WOODSIDE DRIVE<br>HIDEAWAY, TX  75771 | 4304<br>9/28/09<br>09-10138<br>Nortel Networks Inc. | Unspecified* | Insufficient Documentation and Claim not in Debtors' Books and Records.<br><br>Requirements of section 503(b)(9) are not met. |
| PILLOW, TIMOTHY<br>575 LOVE HENRY COURT<br>SOUTHLAKE, TX  76092 | 4328<br>9/28/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$124,953.15 (U)<br>$124,953.15 (T) | The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan. Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released. See D.I.s 9127 and 9323. |
| PIORKOWSKI, RICHARD<br>8256 E CULVER<br>MESA, AZ  85207 | 6703<br>1/14/10<br>09-12515<br>Nortel Networks<br>(CALA), Inc. | - (S)<br>- (A)<br>$21,000.00 (P)<br>- (U)<br>$21,000.00 (T) | Claim is related to ownership of equity interest in the Canadian Debtors, and therefore fails to meet the standard for prima facie validity. |
| PIORKOWSKI, RICHARD<br>8256 E CULVER<br>MESA, AZ  85207 | 6711<br>1/14/10<br>09-12515<br>Nortel Networks<br>(CALA), Inc. | - (S)<br>- (A)<br>$6,500.00 (P)<br>- (U)<br>$6,500.00 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No- Basis Pension Claim is not a liability of the Debtors or their estates. |

# Exhibit A

**No-Basis Claims, Insufficient Documentation Claims, No-Basis 503(B)(9) Claims, No-Basis Deferred Compensation Claims, No-Basis Pension Claims, No-Basis Retiree Claims, No-Basis 401(k) Claims. No-Basis Equity Claims and Redundant Claims**

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number / Date Filed / Case Info | Total Amount Claimed | Reason for Disallowance |
|---|---|---|---|
| PRICE, HAROLD P<br>601 DYNASTY DR<br>CARY, NC  27513 | 6787<br>1/19/10<br>09-12515<br>Nortel Networks (CALA), Inc. | Unspecified* | Insufficient Documentation and Claim not in Debtors' Books and Records. |
| PRICE, HAROLD P.<br>601 DYNASTY DRIVE<br>CARY, NC  27513 | 2934<br>9/14/09<br>NO DEBTOR | - (S)<br>- (A)<br>$54,000.00 (P)<br>- (U)<br>$54,000.00 (T) | Claim is asserted with respect to 401(k) plan.  401(k) assets are held in a segregated trust and are not a liability of the Debtors or their estates.<br><br>The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No- Basis Pension Claim is not a liability of the Debtors or their estates. |
| RIERA, JOSEPH<br>THE OLD THATCHED COTTAGE<br>THE STREET<br>MONKS ELEIGH, SUFFOLK  IP7 7JE<br>UNITED KINGDOM | 8780<br>3/26/15<br>NO DEBTOR | - (S)<br>- (A)<br>$3,000.00 (P)<br>- (U)<br>$3,000.00 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No- Basis Pension Claim is not a liability of the Debtors or their estates. |
| RIERA, JOSEPH<br>THE OLD THATCHED COTTAGE<br>THE STREET<br>MONKS ELEIGH, SUFFOLK  IP7 7JE<br>UNITED KINGDOM | 8782<br>4/27/15<br>NO DEBTOR | - (S)<br>- (A)<br>$12,000.00 (P)<br>- (U)<br>$12,000.00 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No- Basis Pension Claim is not a liability of the Debtors or their estates. |
| ROMERO, ANTONIO<br>1403 CREEKSIDE DR.<br>RICHARDSON, TX  75081 | 6571<br>1/4/10<br>09-12515<br>Nortel Networks (CALA), Inc. | - (S)<br>$564,749.52 (A)<br>- (P)<br>- (U)<br>$564,749.52 (T) | Requirements of Section 503(b)(9) are not met and claim is redundant of claim 6572 filed by claimant asserting the same liability. |
| ROMERO, ANTONIO<br>1403 CREEKSIDE<br>RICHARDSON, TX  75081 | 6572<br>1/4/10<br>09-12515<br>Nortel Networks (CALA), Inc. | - (S)<br>- (A)<br>$564,749.52 (P)<br>- (U)<br>$564,749.52 (T) | Claim is asserted with respect to 401(k) plan.  401(k) assets are held in a segregated trust and are not a liability of the Debtors or their estates. |
| ROMERO, ANTONIO<br>1403 CREEKSIDE DR<br>RICHARDSON, TX  75081-2911 | 8766<br>7/29/14<br>09-12515<br>Nortel Networks (CALA), Inc. | - (S)<br>$564,749.52 (A)<br>$564,749.52 (P)<br>- (U)<br>$1,192,499.04 (T) | Claim is asserted with respect to 401(k) plan.  401(k) assets are held in a segregated trust and are not a liability of the Debtors or their estates. |

# Exhibit A

**No-Basis Claims, Insufficient Documentation Claims, No-Basis 503(B)(9) Claims, No-Basis Deferred Compensation Claims, No-Basis Pension Claims, No-Basis Retiree Claims, No-Basis 401(k) Claims. No-Basis Equity Claims and Redundant Claims**

## Claim to be Expunged

| Name/Address of Claimant | Claim Number / Date Filed / Case Info | Total Amount Claimed | Reason for Disallowance |
|---|---|---|---|
| ROSE, RICHARD M.<br>17 THERESA BLVD.<br>WAPPINGERS FALLS, NY  12590 | 227<br>2/9/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$11,429.22 (P)<br>- (U)<br>$11,429.22 (T) | The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan. Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released. See D.I.s 9127 and 9323. |
| ROSE, RICHARD M.<br>17 THERESA BLVD.<br>WAPPINGERS FALLS, NY  12590 | 228<br>2/9/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$83,920.72 (P)<br>- (U)<br>$83,920.72 (T) | The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan. Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released. See D.I.s 9127 and 9323. |
| ROSE, RICHARD M.<br>17 THERESA BLVD.<br>WAPPINGERS FALLS, NY  12590 | 7587<br>2/2/11<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$147,735.63 (P)<br>- (U)<br>$147,735.63 (T) | The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan. Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released. See D.I.s 9127 and 9323. |
| ROSE, RICHARD M.<br>17 THERESA BLVD.<br>WAPPINGERS FALLS, NY  12590 | 7633<br>3/9/11<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$163,194.84 (P)<br>- (U)<br>$163,194.84 (T) | The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan. Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released. See D.I.s 9127 and 9323. |
| SCHIAVONE, CAROL<br>21 CHAMBERLAIN WAY<br>KENNEBUNK, ME  04043 | 6209<br>12/10/09<br>NO DEBTOR | - (S)<br>- (A)<br>$22,453.93 (P)<br>- (U)<br>$22,453.93 (T) | Claim is asserted with respect to 401(k) plan.  401(k) assets are held in a segregated trust and are not a liability of the Debtors or their estates. |

## Exhibit A

**No-Basis Claims, Insufficent Documentation Claims, No-Basis 503(B)(9) Claims, No-Basis Deferred Compensation Claims, No-Basis Pension Claims, No-Basis Retiree Claims, No-Basis 401(k) Claims. No-Basis Equity Claims and Redundant Claims**

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Reason for<br>Disallowance |
|---|---|---|---|
| SHOAIB, MOHAMMED<br>312 CYPRESS GARDEN DR<br>MCKINNEY, TX  75071-6426 | 2335<br>8/28/09<br>NO DEBTOR | - (S)<br>- (A)<br>$257,227.43 (P)<br>- (U)<br>$257,227.43 (T) | Claim is asserted with respect to 401(k) plan.  401(k) assets are held in a segregated trust and are not a liability of the Debtors or their estates.<br><br>The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan. Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released. See D.I.s 9127 and 9323.<br><br>This claim asserts liability for pension benefits.<br><br>Based on careful review of the Debtors' Books and Records, their Schedules, and the proofs of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing by any of the Debtors to the claimant with respect to such claim and none of the Debtors in these chapter 11 cases is liable for the claim. |
| STERLACE, BARBARA L<br>1401 EL NORTE PARKWAY<br># 21<br>SAN MARCOS, CA  92069 | 4055<br>9/28/09<br>NO DEBTOR | Unspecified* | Claim is related to ownership of equity interest in the Canadian Debtors, and therefore fails to meet the standard for prima facie validity.<br><br>The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No- Basis Pension Claim is not a liability of the Debtors or their estates. |
| STERLACE, BARBARA L<br>1401 EL NORTE PARKWAY<br># 21<br>SAN MARCOS, CA  92069 | 6676<br>1/11/10<br>09-12515<br>Nortel Networks (CALA), Inc. | Unspecified* | Claim is related to ownership of equity interest in the Canadian Debtors, and therefore fails to meet the standard for prima facie validity.<br><br>The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No- Basis Pension Claim is not a liability of the Debtors or their estates. |
| STROMMENGER, HOLLY<br>503 E. 6TH<br>LA CROSSE, KS  67548 | 3790<br>9/25/09<br>NO DEBTOR | - (S)<br>- (A)<br>$53,449.98 (P)<br>- (U)<br>$53,449.98 (T) | Claim is asserted with respect to 401(k) plan.  401(k) assets are held in a segregated trust and are not a liability of the Debtors or their estates. |

# Exhibit A

**No-Basis Claims, Insufficient Documentation Claims, No-Basis 503(B)(9) Claims, No-Basis Deferred Compensation Claims, No-Basis Pension Claims, No-Basis Retiree Claims, No-Basis 401(k) Claims. No-Basis Equity Claims and Redundant Claims**

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number / Date Filed / Case Info | Total Amount Claimed | Reason for Disallowance |
|---|---|---|---|
| THORPE, WANDA M<br>6412 FAIRVIEW DR.<br>PENSACOLA, FL 32505 | 7344<br>7/12/10<br>NO DEBTOR | Unspecified* | Claim is asserted with respect to 401(k) plan. 401(k) assets are held in a segregated trust and are not a liability of the Debtors or their estates. |
| TOSHACH, DAN<br>19135 CORCORAN DR<br>MANCHESTER, MI 48158 | 6914<br>1/25/10<br>09-12515<br>Nortel Networks (CALA), Inc. | - (S)<br>$27,631.20 (A)<br>- (P)<br>- (U)<br>$27,631.20 (T) | Requirements of Section 503(b)(9) are not met and claim is redundant of claim 6913 filed by claimant asserting the same liability. |
| TOSHACH, DANIEL W<br>19135 CORCORAN RD<br>MANCHESTER, MI 48158 | 6913<br>1/25/10<br>09-12515<br>Nortel Networks (CALA), Inc. | - (S)<br>- (A)<br>$27,631.00 (P)<br>$0.20 (U)<br>$27,631.20 (T) | Claim is asserted with respect to 401(k) plan. 401(k) assets are held in a segregated trust and are not a liability of the Debtors or their estates. |
| VIA, RICHARD<br>8805 LINDLEY MILL RD<br>SNOW CAMP, NC 27349 | 4582<br>9/29/09<br>NO DEBTOR | - (S)<br>- (A)<br>$144,138.59 (P)<br>- (U)<br>$144,138.59 (T) | Claim is asserted with respect to 401(k) plan. 401(k) assets are held in a segregated trust and are not a liability of the Debtors or their estates.<br><br>The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No- Basis Pension Claim is not a liability of the Debtors or their estates. |
| WANG, JIN<br>23110 TURTLE ROCK TER<br>CLARKSBURG, MD 20871-4503 | 2578<br>9/3/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$20,000.00 (U)<br>$20,000.00 (T) | Claim is asserted with respect to 401(k) plan. 401(k) assets are held in a segregated trust and are not a liability of the Debtors or their estates. |
| WEST, GLINDA<br>5945 W PARKER RD APT 2523<br>PLANO, TX 75093-7764 | 6079<br>11/2/09<br>NO DEBTOR | - (S)<br>- (A)<br>$20,792.43 (P)<br>- (U)<br>$20,792.43 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No- Basis Pension Claim is not a liability of the Debtors or their estates. |
| WINGO, GARY L.<br>9340 STONEY RIDGE LANE<br>ALPHARETTA, GA 30022 | 559<br>3/12/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$304,665.90 (P)<br>- (U)<br>$304,665.90 (T) | The claim asserts liability for pension benefits.<br><br>Claim is redundant of claim 6601 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. |

## Exhibit A

**No-Basis Claims, Insufficient Documentation Claims, No-Basis 503(B)(9) Claims, No-Basis Deferred Compensation Claims, No-Basis Pension Claims, No-Basis Retiree Claims, No-Basis 401(k) Claims. No-Basis Equity Claims and Redundant Claims**

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount Claimed | Reason for Disallowance |
|---|---|---|---|
| WOHLFORD, ROBERT<br>6012 KNIGHT CREST COURT<br>CHARLOTTE, NC  28210 | 4343<br>9/28/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$30,925.82 (P)<br>$30,925.83 (U)<br>$61,851.65 (T) | The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan. Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released. See D.I.s 9127 and 9323. |
| WOHLFORD, ROBERT<br>6012 KNIGHT CREST COURT<br>CHARLOTTE, NC  28210 | 4383<br>9/28/09<br>09-10138<br>Nortel Networks Inc. | Unspecified* | The claim asserts liability for pension benefits.<br><br>Claim is redundant of claim 4342 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. |
| WOINSKY, MELVIN N<br>300 OCEAN AVE N #4B<br>LONGBRANCH, NJ  07740 | 4010<br>9/25/09<br>NO DEBTOR | Unspecified* | Claim is related to ownership of equity interest in the Canadian Debtors, and therefore fails to meet the standard for prima facie validity.<br><br>The claim asserts liability for retiree medical benefits.<br><br>Pursuant to the Retiree Welfare Settlement Agreement, this/these claim(s) was/were previously disallowed and expunged. See D.I. 9938. |
| YU, XIAOMIN<br>20728 SCOFIELD DRIVE<br>CUPERTINO, CA  95014 | 1716<br>8/17/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$15,000.00 (U)<br>$15,000.00 (T) | Claim is related to ownership of equity interest in the Canadian Debtors, and therefore fails to meet the standard for prima facie validity. |
| YU, XIAOMIN<br>20728 SCOFIELD DRIVE<br>CUPERTINO, CA  95014 | 1717<br>8/17/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$2,500.00 (U)<br>$2,500.00 (T) | Claim is related to ownership of equity interest in the Canadian Debtors, and therefore fails to meet the standard for prima facie validity. |
| YU, XIAOMIN<br>20728 SCOFIELD DRIVE<br>CUPERTINO, CA  95014 | 6611<br>1/7/10<br>09-12515<br>Nortel Networks (CALA), Inc. | - (S)<br>- (A)<br>- (P)<br>$11,348.07 (U)<br>$11,348.07 (T) | Claim is related to ownership of equity interest in the Canadian Debtors, and therefore fails to meet the standard for prima facie validity. |

## Exhibit A

**No-Basis Claims, Insufficent Documentation Claims, No-Basis 503(B)(9) Claims, No-Basis Deferred Compensation Claims, No-Basis Pension Claims, No-Basis Retiree Claims, No-Basis 401(k) Claims. No-Basis Equity Claims and Redundant Claims**

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Reason for<br>Disallowance |
|---|---|---|---|
| Totals: | 94  Claims | $616,223.34 (S)<br>$1,773,447.74 (A)<br>$3,559,410.45 (P)<br>$3,851,075.06 (U)<br>$10,020,486.74 (T) | |

(S) - Secured  
(A) - Administrative  
(P) - Priority  
(U) - Unsecured  
(T) - Total Claimed

\*  The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.