# Exhibit A

**No-Basis Claims, Insufficent Documentation Claims, No-Basis 503(B)(9) Claims, No-Basis Deferred Compensation Claims, No-Basis Pension Claims, No-Basis Retiree Claims, No-Basis 401(k) Claims. No-Basis Equity Claims and Redundant Claims**

## Claim to be Expunged

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Reason for<br>Disallowance |
|---|---|---|---|
| ABELLO, BERNARDO R.<br>15 MORNINGSIDE DRIVE<br>CORAL GABLES, FL 33133 | 6459<br>12/28/09<br>09-12515<br>Nortel Networks<br>(CALA), Inc. | - (S)<br>$26,157.44 (A)<br>- (P)<br>- (U)<br>$26,157.44 (T) | The claim asserts liability for termination and pension benefits.<br><br>Requirements of Section 503(b)(9) are not met and claim is redundant of claim 6460 filed by claimant asserting the same liability. |
| BODEN, JOHN<br>1000 S. WELLINGTON POINT RD.<br>MCKINNEY, TX 75070 | 4553<br>9/29/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$55,461.88 (P)<br>- (U)<br>$55,461.88 (T) | This claim asserts liability for pension benefits.<br><br>Based on careful review of the Debtors' Books and Records, their Schedules, and the proofs of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing by any of the Debtors to the claimant with respect to such claim and none of the Debtors in these chapter 11 cases is liable for the claim. |
| BRANT, H. PAUL<br>4919 SHALLOWBROOK TRAIL<br>RALEIGH, NC 27616-7838 | 3748<br>9/25/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$585,128.91 (U)<br>$585,128.91 (T) | The claim asserts liability for retiree medical benefits.<br><br>Pursuant to the Retiree Welfare Settlement Agreement, this/these claim(s) was/were previously disallowed and expunged. See D.I. 9938.<br><br>The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No- Basis Pension Claim is not a liability of the Debtors or their estates. |
| CHAPPELLE, CARRIE B.<br>1641 AVENUE H. WEST<br>RIVIERA BEACH, FL 33404 | 8783<br>5/14/15<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$26,708.75 (U)<br>$26,708.75 (T) | Claim is asserted with respect to 401(k) plan. 401(k) assets are held in a segregated trust and are not a liability of the Debtors or their estates.<br><br>This claim asserts liability for termination benefits.<br><br>Based on careful review of the Debtors' Books and Records, their Schedules, and the proofs of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing by any of the Debtors to the claimant with respect to such claim and none of the Debtors in these chapter 11 cases is liable for the claim. |

# Exhibit A

**No-Basis Claims, Insufficent Documentation Claims, No-Basis 503(B)(9) Claims, No-Basis Deferred Compensation Claims, No-Basis Pension Claims, No-Basis Retiree Claims, No-Basis 401(k) Claims. No-Basis Equity Claims and Redundant Claims**

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Reason for<br>Disallowance |
|---|---|---|---|
| CURTIS, CHERICIA<br>3111 CREEK HAVEN DR.<br>HIGHLAND VILLAGE, TX  75077 | 8752<br>5/12/14<br>NO DEBTOR | - (S)<br>- (A)<br>$40,000.00 (P)<br>- (U)<br>$40,000.00 (T) | This claim asserts liability for termination benefits.<br><br>Based on careful review of the Debtors' Books and Records, their Schedules, and the proofs of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing by any of the Debtors to the claimant with respect to such claim and none of the Debtors in these chapter 11 cases is liable for the claim. |
| DISNEY, JESSICA<br>5025 TESORO WAY<br>EL DORADO HLS, CA  95762-5422 | 2234<br>8/27/09<br>NO DEBTOR | Unspecified* | This claim asserts liability for termination benefits.<br><br>Based on careful review of the Debtors' Books and Records, their Schedules, and the proofs of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing by any of the Debtors to the claimant with respect to such claim and none of the Debtors in these chapter 11 cases is liable for the claim.<br><br>The claim asserts liability for retiree medical benefits.<br><br>Pursuant to the Retiree Welfare Settlement Agreement, this/these claim(s) was/were previously disallowed and expunged. See D.I. 9938. |
| DISNEY, JESSICA<br>5025 TESORO WAY<br>EL DORADO HLS, CA  95762-5422 | 2235<br>8/27/09<br>09-10138<br>Nortel Networks Inc. | Unspecified* | Insufficient Documentation and Claim not in Debtors' Books and Records.<br><br>Requirements of section 503(b)(9) are not met. |
| DISNEY, JESSICA<br>1032 SOUZA DRIVE<br>EL DORADO HILLS, CA  95762 | 2236<br>8/27/09<br>NO DEBTOR | Unspecified* | Insufficient Documentation and Claim not in Debtors' Books and Records. |
| EL-BEIK, ESSAM<br>7211 COZYCROFT AVE UNIT 45<br>WINNETKA, CA  91306-4503 | 5640<br>9/30/09<br>NO DEBTOR | - (S)<br>- (A)<br>$30,000.00 (P)<br>- (U)<br>$30,000.00 (T) | This claim asserts liability for pension and other benefits.<br><br>Based on careful review of the Debtors' Books and Records, their Schedules, and the proofs of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing by any of the Debtors to the claimant with respect to such claim and none of the Debtors in these chapter 11 cases is liable for the claim. |

# Exhibit A

**No-Basis Claims, Insufficent Documentation Claims, No-Basis 503(B)(9) Claims, No-Basis Deferred Compensation Claims, No-Basis Pension Claims, No-Basis Retiree Claims, No-Basis 401(k) Claims. No-Basis Equity Claims and Redundant Claims**

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Reason for<br>Disallowance |
|---|---|---|---|
| GANN, FREDDIE<br>792 BRIDLEWOOD CT.<br>CHICO, CA  95926 | 8744<br>2/21/14<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$62,202.32 (U)<br>$62,202.32 (T) | This claim asserts liability for termination benefits.<br><br>Based on careful review of the Debtors' Books and Records, their Schedules, and the proofs of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing by any of the Debtors to the claimant with respect to such claim and none of the Debtors in these chapter 11 cases is liable for the claim.<br><br>This claim is redundant of claim 8624 previously expunged on the Thirty-Fifth Omnibus Objection.  See D.I.s 12919 and 13091. |
| GERBEC, FRANK<br>260 GUELPH ST.<br>POB 74062<br>GEORGETOWN, ON  L7G 5L1<br>CANADA | 1379<br>6/17/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$45,856.00 (P)<br>$11,743.00 (U)<br>$57,599.00 (T) | This claim asserts liability for termination and other benefits.<br><br>Based on careful review of the Debtors' Books and Records, their Schedules, and the proofs of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing by any of the Debtors to the claimant with respect to such claim and none of the Debtors in these chapter 11 cases is liable for the claim.<br><br>The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No- Basis Pension Claim is not a liability of the Debtors or their estates. |
| GERBEC, FRANK<br>260 GUELPH ST.<br>POB 74062<br>GEORGETOWN, ON  L7G 5L1<br>CANADA | 6097<br>11/4/09<br>09-12515<br>Nortel Networks<br>(CALA), Inc. | - (S)<br>- (A)<br>$45,856.00 (P)<br>$32,956.00 (U)<br>$78,812.00 (T) | This claim asserts liability for termination and other benefits.<br><br>Based on careful review of the Debtors' Books and Records, their Schedules, and the proofs of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing by any of the Debtors to the claimant with respect to such claim and none of the Debtors in these chapter 11 cases is liable for the claim.<br><br>The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No- Basis Pension Claim is not a liability of the Debtors or their estates. |

...

## Exhibit A

**No-Basis Claims, Insufficent Documentation Claims, No-Basis 503(B)(9) Claims, No-Basis Deferred Compensation Claims, No-Basis Pension Claims, No-Basis Retiree Claims, No-Basis 401(k) Claims. No-Basis Equity Claims and Redundant Claims**

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number / Date Filed / Case Info | Total Amount Claimed | Reason for Disallowance |
|---|---|---|---|
| GERBEC, FRANK<br>260 GUELPH ST.<br>POB 74062<br>GEORGETOWN, ON  L7G 5L1<br>CANADA | 7109<br>2/17/10<br>09-12515<br>Nortel Networks<br>(CALA), Inc. | - (S)<br>- (A)<br>$82,115.00 (P)<br>$13,570.00 (U)<br>$95,685.00 (T) | This claim asserts liability for termination and other benefits.<br><br>Based on careful review of the Debtors' Books and Records, their Schedules, and the proofs of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing by any of the Debtors to the claimant with respect to such claim and none of the Debtors in these chapter 11 cases is liable for the claim.<br><br>The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No- Basis Pension Claim is not a liability of the Debtors or their estates. |
| HARPER, JAMES JR<br>101 CHERTSEY CT<br>CARY, NC  27519 | 2732<br>9/8/09<br>09-10138<br>Nortel Networks Inc. | Unspecified* | The claim asserts liability for termination and pension benefits.<br><br>Claim is redundant of claim 2731 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. |
| HEWITT, HOWARD<br>18045 GOOSEBERRY DR<br>ROWLAND HEIGHTS, CA  91748 | 1815<br>8/19/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$48,800.00 (U)<br>$48,800.00 (T) | This claim asserts liability for termination benefits.<br><br>Based on careful review of the Debtors' Books and Records, their Schedules, and the proofs of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing by any of the Debtors to the claimant with respect to such claim and none of the Debtors in these chapter 11 cases is liable for the claim. |
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: SPECK, BRUCE A.<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ  07601 | 7441<br>9/28/10<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$93,826.92 (U)<br>$93,826.92 (T) | This claim asserts liability for termination benefits.<br><br>Based on careful review of the Debtors' Books and Records, their Schedules, and the proofs of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing by any of the Debtors to the claimant with respect to such claim and none of the Debtors in these chapter 11 cases is liable for the claim. |

## Exhibit A

**No-Basis Claims, Insufficient Documentation Claims, No-Basis 503(B)(9) Claims, No-Basis Deferred Compensation Claims, No-Basis Pension Claims, No-Basis Retiree Claims, No-Basis 401(k) Claims. No-Basis Equity Claims and Redundant Claims**

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount Claimed | Reason for Disallowance |
|---|---|---|---|
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: WHITAKER, SUSAN<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | 7988<br>9/19/11<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$38,159.45 (U)<br>$38,159.45 (T) | This claim asserts liability for termination benefits.<br><br>Based on careful review of the Debtors' Books and Records, their Schedules, and the proofs of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing by any of the Debtors to the claimant with respect to such claim and none of the Debtors in these chapter 11 cases is liable for the claim. |
| MCCOLGAN, GILLIAN<br>2 BIRCH ROAD<br>WILMINGTON, MA 01887 | 1667<br>8/10/09<br>NO DEBTOR | - (S)<br>- (A)<br>$50,655.87 (P)<br>- (U)<br>$50,655.87 (T) | The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan. Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released. See D.I.s 9127 and 9323. |
| MCCOLGAN, GILLIAN<br>2 BIRCH ROAD<br>WILMINGTON, MA 01887 | 7594<br>2/7/11<br>NO DEBTOR | Unspecified* | This claim asserts liability for pension benefits.<br><br>Based on careful review of the Debtors' Books and Records, their Schedules, and the proofs of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing by any of the Debtors to the claimant with respect to such claim and none of the Debtors in these chapter 11 cases is liable for the claim. |
| MENCHACA, ARMANDO<br>8603 SUNVIEW PARK<br>SAN ANTONIO, TX 78224 | 6971<br>1/25/10<br>09-12515<br>Nortel Networks<br>(CALA), Inc. | - (S)<br>- (A)<br>- (P)<br>$15,000.00 (U)<br>$15,000.00 (T) | Claim is asserted with respect to 401(k) plan. 401(k) assets are held in a segregated trust and are not a liability of the Debtors or their estates.<br><br>This claim asserts liability for termination and other benefits.<br><br>Based on careful review of the Debtors' Books and Records, their Schedules, and the proofs of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing by any of the Debtors to the claimant with respect to such claim and none of the Debtors in these chapter 11 cases is liable for the claim. |
| MORRISON, PAUL<br>C/O DAVID PLUFKA<br>KEEFE & GRIFFITHS, P.C.<br>10 SOUTH BROADWAY, STE 500<br>ST. LOUIS, MO 63012 | 5867<br>10/5/09<br>09-10138<br>Nortel Networks Inc. | Unspecified* | This claim asserts liability for workers' compensation benefits.<br><br>Based on careful review of the Debtors' Books and Records, their Schedules, and the proofs of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing by any of the Debtors to the claimant with respect to such claim and none of the Debtors in these chapter 11 cases is liable for the claim. |

## Exhibit A

**No-Basis Claims, Insufficient Documentation Claims, No-Basis 503(B)(9) Claims, No-Basis Deferred Compensation Claims, No-Basis Pension Claims, No-Basis Retiree Claims, No-Basis 401(k) Claims. No-Basis Equity Claims and Redundant Claims**

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Reason for<br>Disallowance |
|---|---|---|---|
| MORRISON, PAUL E.<br>2241 COLLEGE AVE.<br>QUINCY, IL  62301-3231 | 7862<br>7/25/11<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$1,309,310.84 (U)<br>$1,309,310.84 (T) | The claim asserts liability for termination benefits.<br><br>Claim is redundant of claim 8625 filed by the claimant or an affiliate of the claimant asserting the same underlying liability.<br><br>The claim asserts liability for retiree medical benefits.<br><br>Pursuant to the Retiree Welfare Settlement Agreement, this/these claim(s) was/were previously disallowed and expunged. See D.I. 9938. |
| MORSE, JOHN<br>5438 HUNTER RD<br>OOLTEWAH, TN  37363 | 8033<br>10/28/11<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$72,720.00 (U)<br>$72,720.00 (T) | This claim asserts liability for termination benefits.<br><br>Based on careful review of the Debtors' Books and Records, their Schedules, and the proofs of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing by any of the Debtors to the claimant with respect to such claim and none of the Debtors in these chapter 11 cases is liable for the claim. |
| MORSE, JOHN<br>5438 HUNTER RD<br>OOLTEWAH, TN  37363 | 8108<br>11/29/11<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$70,799.50 (U)<br>$70,799.50 (T) | This claim asserts liability for termination benefits.<br><br>Based on careful review of the Debtors' Books and Records, their Schedules, and the proofs of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing by any of the Debtors to the claimant with respect to such claim and none of the Debtors in these chapter 11 cases is liable for the claim. |
| MORSE, JOHN C.<br>5438 HUNTER RD.<br>OOLTEWAH, TN  37363 | 8040<br>11/7/11<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$72,732.00 (U)<br>$72,732.00 (T) | This claim asserts liability for termination benefits.<br><br>Based on careful review of the Debtors' Books and Records, their Schedules, and the proofs of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing by any of the Debtors to the claimant with respect to such claim and none of the Debtors in these chapter 11 cases is liable for the claim. |

# Exhibit A

**No-Basis Claims, Insufficient Documentation Claims, No-Basis 503(B)(9) Claims, No-Basis Deferred Compensation Claims, No-Basis Pension Claims, No-Basis Retiree Claims, No-Basis 401(k) Claims. No-Basis Equity Claims and Redundant Claims**

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Reason for<br>Disallowance |
|---|---|---|---|
| MORSE, JOHN C.<br>5438 HUNTER RD.<br>OOLTEWAH, TN  37363 | 8042<br>11/7/11<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$72,732.00 (U)<br>$72,732.00 (T) | This claim asserts liability for termination benefits.<br><br>Based on careful review of the Debtors' Books and Records, their Schedules, and the proofs of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing by any of the Debtors to the claimant with respect to such claim and none of the Debtors in these chapter 11 cases is liable for the claim. |
| RAGSDALE, JAMES S<br>70 W. CYPRESS ROAD<br>LAKE WORTH, FL  33467 | 2716<br>9/8/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$64,000.00 (U)<br>$64,000.00 (T) | This claim asserts liability for termination benefits.<br><br>Based on careful review of the Debtors' Books and Records, their Schedules, and the proofs of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing by any of the Debtors to the claimant with respect to such claim and none of the Debtors in these chapter 11 cases is liable for the claim. |
| SHARMA, JAG MOHAN<br>797 NE 64TH PL<br>HILLSBORO, OR  97124-7267 | 4311<br>9/28/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$100,000.00 (U)<br>$100,000.00 (T) | This claim asserts liability for pension benefits.<br><br>Based on careful review of the Debtors' Books and Records, their Schedules, and the proofs of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing by any of the Debtors to the claimant with respect to such claim and none of the Debtors in these chapter 11 cases is liable for the claim. |
| SHARMA, JAG MOHAN<br>113 COUNCIL GAP COURT<br>CARY, NC  27513 | 4312<br>9/28/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$179,633.05 (U)<br>$179,633.05 (T) | The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan. Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released. See D.I.s 9127 and 9323. |
| SMITH, ROBERT<br>3408 STALLION COURT<br>RALEIGH, NC  27613 | 3852<br>9/25/09<br>NO DEBTOR | - (S)<br>- (A)<br>$89,939.20 (P)<br>- (U)<br>$89,939.20 (T) | This claim asserts liability for termination benefits.<br><br>Based on careful review of the Debtors' Books and Records, their Schedules, and the proofs of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing by any of the Debtors to the claimant with respect to such claim and none of the Debtors in these chapter 11 cases is liable for the claim. |

## Exhibit A

**No-Basis Claims, Insufficent Documentation Claims, No-Basis 503(B)(9) Claims, No-Basis Deferred Compensation Claims, No-Basis Pension Claims, No-Basis Retiree Claims, No-Basis 401(k) Claims. No-Basis Equity Claims and Redundant Claims**

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Reason for<br>Disallowance |
|---|---|---|---|
| SMITH, ROBERT PAUL<br>3408 STALLION CT<br>RALEIGH, NC  27613 | 1475<br>7/6/09<br>NO DEBTOR | - (S)<br>- (A)<br>$89,939.20 (P)<br>- (U)<br>$89,939.20 (T) | This claim asserts liability for termination benefits.<br><br>Based on careful review of the Debtors' Books and Records, their Schedules, and the proofs of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing by any of the Debtors to the claimant with respect to such claim and none of the Debtors in these chapter 11 cases is liable for the claim. |
| SMITH, ROBERT PAUL<br>3408 STALLION CT<br>RALEIGH, NC  27613 | 4062<br>9/28/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$10,950.00 (P)<br>$78,989.20 (U)<br>$89,939.20 (T) | This claim asserts liability for termination benefits.<br><br>Based on careful review of the Debtors' Books and Records, their Schedules, and the proofs of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing by any of the Debtors to the claimant with respect to such claim and none of the Debtors in these chapter 11 cases is liable for the claim. |
| SPECK, BRUCE A<br>121 AUGUSTA CT<br>JUPITER, FL  33458 | 7366<br>7/30/10<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$476,000.00 (U)<br>$476,000.00 (T) | This claim asserts liability for termination benefits.<br><br>Based on careful review of the Debtors' Books and Records, their Schedules, and the proofs of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing by any of the Debtors to the claimant with respect to such claim and none of the Debtors in these chapter 11 cases is liable for the claim. |
| SPECK, BRUCE A.<br>121 AUGUSTA CT.<br>JUPITER, FL  33458 | 7917<br>8/25/11<br>NO DEBTOR | - (S)<br>- (A)<br>$60,000.00 (P)<br>- (U)<br>$60,000.00 (T) | Claim is related to ownership of equity interest in the Canadian Debtors, and therefore fails to meet the standard for prima facie validity. |
| WADFORD, DEBORAH B.<br>319 SHERRON RD.<br>DURHAM, NC  27703 | 8340<br>8/13/12<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$35,772.99 (U)<br>$35,772.99 (T) | This claim asserts liability for termination benefits.<br><br>Based on careful review of the Debtors' Books and Records, their Schedules, and the proofs of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing by any of the Debtors to the claimant with respect to such claim and none of the Debtors in these chapter 11 cases is liable for the claim. |

# Exhibit A

**No-Basis Claims, Insufficient Documentation Claims, No-Basis 503(B)(9) Claims, No-Basis Deferred Compensation Claims, No-Basis Pension Claims, No-Basis Retiree Claims, No-Basis 401(k) Claims. No-Basis Equity Claims and Redundant Claims**

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Reason for<br>Disallowance |
|---|---|---|---|
| XU, YUE<br>6709 BILTMORE PL<br>PLANO, TX  75023-3764 | 310<br>2/17/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$2,363.12 (P)<br>$22,023.63 (U)<br>$24,386.75 (T) | Claim is asserted with respect to 401(k) plan.  401(k) assets are held in a segregated trust and are not a liability of the Debtors or their estates.<br><br>The claim asserts liability for termination benefits.<br><br>Claim is redundant of claim 8150 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. |
| **Totals:** | **36  Claims** | - (S)<br>$26,157.44 (A)<br>$603,136.27 (P)<br>$3,482,808.56 (U)<br>$4,112,102.27 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

\*  The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.