# Exhibit A

## No-Basis Deferred Compensation Claims, No-Basis Pension Claims, Modify  Allow Claims, Reclassify  Allow Claims, Redundant Claims and Wrong Debtor Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| ANDERSON, JULIE P.O. BOX 6026 CARY, NC  27519-1002 | 7500 11/16/10 09-10138 Nortel Networks Inc. | - (S) - (A) $10,950.00 (P) $36,050.00 (U) $47,000.00 (T) | - (S) $4,122.12 (A) $919.43 (P) $43,535.11 (U) $48,576.66 (T) | | Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit A

### No-Basis Deferred Compensation Claims, No-Basis Pension Claims, Modify  Allow Claims, Reclassify  Allow Claims, Redundant Claims and Wrong Debtor Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| BHARATIA, JAYSHREE 1717 PANTIGO DR. PLANO, TX  75075 | 1617 7/28/09 NO DEBTOR | - (S) - (A) - (P) $54,450.00 (U) $54,450.00 (T) | - (S) $349.22 (A) $1,428.63 (P) $48,914.62 (U) $50,692.47 (T) | 09-10138 Nortel Networks Inc. | Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. Wrong or No Debtor. Based on a careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors believe that the Claim should be asserted against the Identified Debtor. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

# Exhibit A

## No-Basis Deferred Compensation Claims, No-Basis Pension Claims, Modify Allow Claims, Reclassify Allow Claims, Redundant Claims and Wrong Debtor Claims

### Claim to be Modified

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| BROWN, LARRY<br>2635 HIGHLAND PASS<br>ALPHARETTA, GA 30004 | 3145<br>9/17/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$49,230.77 (U)<br>$49,230.77 (T) | - (S)<br>$251.33 (A)<br>$942.48 (P)<br>$37,259.19 (U)<br>$38,453.00 (T) | 09-10138<br>Nortel Networks Inc. | Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount.<br><br>Wrong or No Debtor. Based on a careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors believe that the Claim should be asserted against the Identified Debtor. |
| CABOT, GERRY<br>5452 GOLDEN CURRANT WAY<br>PARKER, CO 80134 | 377<br>2/23/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$10,950.00 (P)<br>$2,997.69 (U)<br>$13,947.69 (T) | Disallowed | | The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan. Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released. See D.I.s 9127 and 9323. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

# Exhibit A

## No-Basis Deferred Compensation Claims, No-Basis Pension Claims, Modify  Allow Claims, Reclassify  Allow Claims, Redundant Claims and Wrong Debtor Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| CABOT, GERRY 5452 GOLDEN CURRANT WAY PARKER, CO  80134 | 2257 8/27/09 NO DEBTOR | - (S) - (A) $22,145.50 (P) - (U) $22,145.50 (T) | - (S) $3,003.67 (A) $2,550.29 (P) $46,421.01 (U) $51,974.97 (T) | 09-10138 Nortel Networks Inc. | Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. Wrong or No Debtor. Based on a careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors believe that the Claim should be asserted against the Identified Debtor. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit A

### No-Basis Deferred Compensation Claims, No-Basis Pension Claims, Modify  Allow Claims, Reclassify  Allow Claims, Redundant Claims and Wrong Debtor Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| CABRAL, JUSTO PO BOX 8650 BAYAMON, PR  9608650 | 6898 1/25/10 09-12515 Nortel Networks (CALA), Inc. | - (S) - (A) - (P) $7,153.85 (U) $7,153.85 (T) | - (S) $2,292.74 (A) $5,661.66 (P) - (U) $7,954.40 (T) | 09-10138 Nortel Networks Inc. | Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.

Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount.

Wrong or No Debtor. Based on a careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors believe that the Claim should be asserted against the Identified Debtor. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

*Page 5 of 81*

# Exhibit A

## No-Basis Deferred Compensation Claims, No-Basis Pension Claims, Modify  Allow Claims, Reclassify  Allow Claims, Redundant Claims and Wrong Debtor Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| CAO, NHAN T.<br>93 OAK STREET<br>DEER PARK, NY  11729 | 5624<br>9/30/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$34,185.60 (U)<br>$34,185.60 (T) | - (S)<br>$1,792.36 (A)<br>$1,316.83 (P)<br>$34,954.72 (U)<br>$38,063.91 (T) | | Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

# Exhibit A

## No-Basis Deferred Compensation Claims, No-Basis Pension Claims, Modify  Allow Claims, Reclassify  Allow Claims, Redundant Claims and Wrong Debtor Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| CHIZMAR, CHARLES E. 2503 ST. MARYS STREET RALEIGH, NC  27609 | 7184 4/2/10 NO DEBTOR | - (S) - (A) $26,890.60 (P) - (U) $26,890.60 (T) | - (S) $3,124.35 (A) $1,131.56 (P) $24,888.01 (U) $29,143.92 (T) | 09-10138 Nortel Networks Inc. | Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. Wrong or No Debtor. Based on a careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors believe that the Claim should be asserted against the Identified Debtor. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

# Exhibit A

## No-Basis Deferred Compensation Claims, No-Basis Pension Claims, Modify  Allow Claims, Reclassify  Allow Claims, Redundant Claims and Wrong Debtor Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| CHODEY, ANULEKHA 3512 CORTE BELLA CT SAN JOSE, CA  95148 | 4729 9/29/09 NO DEBTOR | - (S) - (A) - (P) $35,786.99 (U) $35,786.99 (T) | - (S) $555.38 (A) $724.40 (P) $13,341.11 (U) $14,620.89 (T) | 09-10138 Nortel Networks Inc. | Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.

Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount.

Wrong or No Debtor. Based on a careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors believe that the Claim should be asserted against the Identified Debtor. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

# Exhibit A

## No-Basis Deferred Compensation Claims, No-Basis Pension Claims, Modify Allow Claims, Reclassify Allow Claims, Redundant Claims and Wrong Debtor Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| CHWEDCZUK, DAREK 10890 KIMBALL CREST DRIVE ALPHARETTA, GA 30022 | 7549 1/3/11 09-10138 Nortel Networks Inc. | - (S) - (A) $10,950.00 (P) $28,555.40 (U) $39,505.40 (T) | - (S) $5,540.01 (A) $1,422.54 (P) $35,160.47 (U) $42,123.02 (T) | | Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

**Exhibit A**

**No-Basis Deferred Compensation Claims, No-Basis Pension Claims, Modify  Allow Claims, Reclassify  Allow Claims, Redundant Claims and Wrong Debtor Claims**

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| COLE, JANE A.<br>4  MCALLISTER  WAY<br>METHUEN, MA  01844-2275 | 1268<br>6/3/09<br>NO DEBTOR | - (S)<br>- (A)<br>$21,827.20 (P)<br>- (U)<br>$21,827.20 (T) | - (S)<br>$580.29 (A)<br>$785.35 (P)<br>$21,850.03 (U)<br>$23,215.67 (T) | 09-10138<br>Nortel Networks Inc. | Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount.<br><br>Wrong or No Debtor. Based on a careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors believe that the Claim should be asserted against the Identified Debtor. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

*Page 10 of 81*

# Exhibit A

### No-Basis Deferred Compensation Claims, No-Basis Pension Claims, Modify  Allow Claims, Reclassify  Allow Claims, Redundant Claims and Wrong Debtor Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| COLE, JEFFREY 11006 ANCIENT FUTURES DR TAMPA, FL  33647-3575 | 2368 8/31/09 NO DEBTOR | - (S) - (A) - (P) $58,911.77 (U) $58,911.77 (T) | - (S) $1,015.54 (A) $1,044.55 (P) $46,354.92 (U) $48,415.01 (T) | 09-10138 Nortel Networks Inc. | Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. Wrong or No Debtor. Based on a careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors believe that the Claim should be asserted against the Identified Debtor. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

# Exhibit A

## No-Basis Deferred Compensation Claims, No-Basis Pension Claims, Modify Allow Claims, Reclassify Allow Claims, Redundant Claims and Wrong Debtor Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| COX, JON 928 CAROUSEL DR BEDFORD, TX 76021 | 4238 9/28/09 NO DEBTOR | - (S) - (A) $32,696.92 (P) - (U) $32,696.92 (T) | - (S) $474.57 (A) $1,334.74 (P) $34,547.40 (U) $36,356.71 (T) | 09-10138 Nortel Networks Inc. | Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.

Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount.

Wrong or No Debtor. Based on a careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors believe that the Claim should be asserted against the Identified Debtor. |
| COX, JON H 928 CAROUSEL DR BEDFORD, TX 76021 | 4239 9/28/09 NO DEBTOR | - (S) - (A) $40,229.53 (P) - (U) $40,229.53 (T) | Disallowed | | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit A

**No-Basis Deferred Compensation Claims, No-Basis Pension Claims, Modify  Allow Claims, Reclassify  Allow Claims, Redundant Claims and Wrong Debtor Claims**

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| DALTON, JENNIFER 7270 MAXWELL RD. SODUS, NY  14551 | 3738 9/25/09 NO DEBTOR | - (S) - (A) - (P) $10,800.00 (U) $10,800.00 (T) | - (S) $924.80 (A) $720.63 (P) $10,020.68 (U) $11,666.11 (T) | 09-10138 Nortel Networks Inc. | Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. |
| | | | | | Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |
| | | | | | Wrong or No Debtor. Based on a careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors believe that the Claim should be asserted against the Identified Debtor. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

# Exhibit A

## No-Basis Deferred Compensation Claims, No-Basis Pension Claims, Modify  Allow Claims, Reclassify  Allow Claims, Redundant Claims and Wrong Debtor Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| DELBRIDGE, ANNETTE 7729 KENSINGTON MANOR LANE WAKE FOREST, NC  27587 | 5872 10/5/09 NO DEBTOR | - (S) - (A) - (P) $108,000.00 (U) $108,000.00 (T) | - (S) $4,818.07 (A) $1,621.04 (P) $68,344.64 (U) $74,783.75 (T) | 09-10138 Nortel Networks Inc. | Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. Wrong or No Debtor. Based on a careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors believe that the Claim should be asserted against the Identified Debtor. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

**Exhibit A**

**No-Basis Deferred Compensation Claims, No-Basis Pension Claims, Modify  Allow Claims, Reclassify  Allow Claims, Redundant Claims and Wrong Debtor Claims**

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| DOAN, THUY 10709 SPYGLASS HILL ROWLETT, TX  75089 | 6069 10/29/09 09-10138 Nortel Networks Inc. | - (S) - (A) $45,073.49 (P) $45,073.49 (U) $45,073.49 (T) | - (S) $1,642.94 (A) $1,159.73 (P) $47,967.44 (U) $50,770.11 (T) | | Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.  Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

# Exhibit A

## No-Basis Deferred Compensation Claims, No-Basis Pension Claims, Modify  Allow Claims, Reclassify  Allow Claims, Redundant Claims and Wrong Debtor Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| D'SOUZA, RUSSEL 1825 MISSION ST. APT 302 SAN FRANCISCO, CA  94103 | 6134 11/16/09 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $11,948.67 (U) $11,948.67 (T) | - (S) $69.09 (A) $90.12 (P) $338.44 (U) $497.65 (T) | | Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

# Exhibit A

## No-Basis Deferred Compensation Claims, No-Basis Pension Claims, Modify  Allow Claims, Reclassify  Allow Claims, Redundant Claims and Wrong Debtor Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| ESCH, ANTHONY<br>PO BOX 925<br>ANNA, TX  75409 | 3779<br>9/25/09<br>NO DEBTOR | - (S)<br>- (A)<br>$58,110.19 (P)<br>- (U)<br>$58,110.19 (T) | - (S)<br>$1,765.44 (A)<br>$1,297.06 (P)<br>$53,092.87 (U)<br>$56,155.37 (T) | 09-10138<br>Nortel Networks Inc. | Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount.<br><br>Wrong or No Debtor. Based on a careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors believe that the Claim should be asserted against the Identified Debtor. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit A

**No-Basis Deferred Compensation Claims, No-Basis Pension Claims, Modify  Allow Claims, Reclassify  Allow Claims, Redundant Claims and Wrong Debtor Claims**

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| FABRICIO, PATRICIA LARA 4601 BAYBERRY LANE TAMARAC, FL  33319 | 7878 8/1/11 09-10138 Nortel Networks Inc. | - (S) - (A) $17,666.13 (P) - (U) $17,666.13 (T) | - (S) $4,229.39 (A) $1,041.43 (P) $8,204.20 (U) $13,475.02 (T) | 09-12515 Nortel Networks (CALA) Inc. | Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. |
| | | | | | Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |
| | | | | | Wrong or No Debtor. Based on a careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors believe that the Claim should be asserted against the Identified Debtor. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit A

**No-Basis Deferred Compensation Claims, No-Basis Pension Claims, Modify  Allow Claims, Reclassify  Allow Claims, Redundant Claims and Wrong Debtor Claims**

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| FARMER, RUSSELL E. 5716 HENRY COOK BLVD APT 11307 PLANO, TX  75024-4563 | 734 3/27/09 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $42,770.56 (U) $42,770.56 (T) | - (S) $561.09 (A) $1,803.51 (P) $41,630.85 (U) $43,995.45 (T) | | Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

# Exhibit A

## No-Basis Deferred Compensation Claims, No-Basis Pension Claims, Modify Allow Claims, Reclassify Allow Claims, Redundant Claims and Wrong Debtor Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| FETTERS, KAREN 2945 SPINDLETOP DRIVE CUMMING, GA  30041 | 5383 9/30/09 NO DEBTOR | - (S) - (A) - (P) $9,126.67 (U) $9,126.67 (T) | - (S) - (A) $739.56 (P) $9,940.21 (U) $10,679.77 (T) | 09-10138 Nortel Networks Inc. | Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. Wrong or No Debtor. Based on a careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors believe that the Claim should be asserted against the Identified Debtor. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit A

### No-Basis Deferred Compensation Claims, No-Basis Pension Claims, Modify  Allow Claims, Reclassify  Allow Claims, Redundant Claims and Wrong Debtor Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| FLORY, JOHN 27293 POTOMAC COLLISON RD POTOMAC, IL  61865 | 2042 8/24/09 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $47,966.00 (U) $47,966.00 (T) | - (S) $272.83 (A) $1,023.13 (P) $50,952.19 (U) $52,248.15 (T) | | Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

# Exhibit A

## No-Basis Deferred Compensation Claims, No-Basis Pension Claims, Modify  Allow Claims, Reclassify  Allow Claims, Redundant Claims and Wrong Debtor Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| FORMAN, BRIAN 12 ELLA ROAD SPARTA, NJ  07871 | 4059 9/28/09 NO DEBTOR | - (S) - (A) - (P) $27,183.00 (U) $27,183.00 (T) | - (S) $2,858.46 (A) $2,025.68 (P) $32,332.13 (U) $37,216.27 (T) | 09-10138 Nortel Networks Inc. | Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. |
|  |  |  |  |  | Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |
|  |  |  |  |  | Wrong or No Debtor. Based on a careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors believe that the Claim should be asserted against the Identified Debtor. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

**Exhibit A**

**No-Basis Deferred Compensation Claims, No-Basis Pension Claims, Modify  Allow Claims, Reclassify  Allow Claims, Redundant Claims and Wrong Debtor Claims**

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| FOSTER, LINWOOD 7575 FRANKFORD RD. # 623 DALLAS, TX  75252 | 1401 6/22/09 NO DEBTOR | - (S) - (A) - (P) $14,309.81 (U) $14,309.81 (T) | - (S) $696.29 (A) $935.32 (P) $15,334.02 (U) $16,965.63 (T) | 09-10138 Nortel Networks Inc. | Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. Wrong or No Debtor. Based on a careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors believe that the Claim should be asserted against the Identified Debtor. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

# Exhibit A

## No-Basis Deferred Compensation Claims, No-Basis Pension Claims, Modify  Allow Claims, Reclassify  Allow Claims, Redundant Claims and Wrong Debtor Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| GAO, HONGWEI 4421 VANDERPOOL DRIVE PLANO, TX  75024 | 3839 9/25/09 NO DEBTOR | - (S) - (A) $31,959.72 (P) - (U) $31,959.72 (T) | - (S) $1,615.26 (A) $1,186.72 (P) $30,439.44 (U) $33,241.42 (T) | 09-10138 Nortel Networks Inc. | Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.

Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount.

Wrong or No Debtor. Based on a careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors believe that the Claim should be asserted against the Identified Debtor. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

*Page 24 of 81*

## Exhibit A

### No-Basis Deferred Compensation Claims, No-Basis Pension Claims, Modify Allow Claims, Reclassify Allow Claims, Redundant Claims and Wrong Debtor Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| GEORGE, PATRICIA NICHOLS 3109 MEGWOOD COURT APEX, NC 27539 | 8443 1/2/13 NO DEBTOR | - (S) - (A) - (P) $78,118.78 (U) $78,118.78 (T) | - (S) $439.09 (A) $1,234.93 (P) $60,539.45 (U) $62,213.47 (T) | 09-10138 Nortel Networks Inc. | Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. Wrong or No Debtor. Based on a careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors believe that the Claim should be asserted against the Identified Debtor. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

# Exhibit A

## No-Basis Deferred Compensation Claims, No-Basis Pension Claims, Modify Allow Claims, Reclassify Allow Claims, Redundant Claims and Wrong Debtor Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| GHODGAONKAR, KIRAN 199 ANAHEIM TERRACE SUNNYVALE, CA  94086 | 5920 10/7/09 NO DEBTOR | - (S) - (A) - (P) $42,547.07 (U) $42,547.07 (T) | - (S) $613.80 (A) $898.24 (P) $20,385.00 (U) $21,897.04 (T) | 09-10138 Nortel Networks Inc. | Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. Wrong or No Debtor. Based on a careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors believe that the Claim should be asserted against the Identified Debtor. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

**Exhibit A**

**No-Basis Deferred Compensation Claims, No-Basis Pension Claims, Modify  Allow Claims, Reclassify  Allow Claims, Redundant Claims and Wrong Debtor Claims**

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| HACKNEY, JOEL 146 WHITBY LN MOORESVILLE, NC  28117-7569 | 4278 9/28/09 09-10138 Nortel Networks Inc. | - (S) - (A) $55,388.55 (P) - (U) $55,388.55 (T) | - (S) - (A) $12,115.44 (P) $53,136.45 (U) $65,251.89 (T) | | Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

**Exhibit A**

**No-Basis Deferred Compensation Claims, No-Basis Pension Claims, Modify Allow Claims, Reclassify Allow Claims, Redundant Claims and Wrong Debtor Claims**

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| HEALY, BLANCHE 353 JOANNE CT BARTONSVILLE, PA 18321 | 8386 10/9/12 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $26,291.07 (U) $26,291.07 (T) | - (S) $3,092.60 (A) $1,117.80 (P) $23,281.47 (U) $27,491.87 (T) | | Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. \n\n Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |
| HIRSCH, DUANE 130 OAK CURVE BURNSVILLE, MN 55306-5515 | 1968 8/21/09 NO DEBTOR | - (S) - (A) $32,939.20 (P) - (U) $32,939.20 (T) | Disallowed | | The Claim asserts liability for termination benefits. \n\n Claim is redundant of claim 6356 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. Remaining claim 6356 has also been modified, reclassified and/or applied to the correct debtor on this Exhibit. |
| HIRSCH, DUANE 130 OAK CURVE BURNSVILLE, MN 55306-5515 | 1970 8/21/09 09-10138 Nortel Networks Inc. | - (S) $184,411.02 (A) - (P) - (U) $184,411.02 (T) | Disallowed | | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

**Exhibit A**

**No-Basis Deferred Compensation Claims, No-Basis Pension Claims, Modify  Allow Claims, Reclassify  Allow Claims, Redundant Claims and Wrong Debtor Claims**

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| HIRSCH, DUANE 130 OAK CURVE BURNSVILLE, MN  55306-5515 | 1971 8/21/09 NO DEBTOR | - (S) - (A) $184,411.03 (P) - (U) $184,411.03 (T) | Disallowed | | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| HIRSCH, DUANE 130 OAK CURVE BURNSVILLE, MN  55306-5515 | 6363 12/22/09 09-12515 Nortel Networks (CALA), Inc. | - (S) - (A) - (P) $184,411.03 (U) $184,411.03 (T) | Disallowed | | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit A

### No-Basis Deferred Compensation Claims, No-Basis Pension Claims, Modify  Allow Claims, Reclassify  Allow Claims, Redundant Claims and Wrong Debtor Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| HIRSCH, DUANE J. 130 OAK CURVE BURNSVILLE, MN  55306 | 6356 12/22/09 09-12515 Nortel Networks (CALA), Inc. | - (S) - (A) $32,939.20 (P) - (U) $32,939.20 (T) | - (S) $723.43 (A) $765.98 (P) $35,584.05 (U) $37,073.46 (T) | 09-10138 Nortel Networks Inc. | Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.  Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount.  Wrong or No Debtor. Based on a careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors believe that the Claim should be asserted against the Identified Debtor. |
| HIRSCH, DUANE JOSEPH 130 OAK CURVE BURNSVILLE, MN  55306-5505 | 6355 12/22/09 09-12515 Nortel Networks (CALA), Inc. | - (S) $32,939.20 (A) - (P) - (U) $32,939.20 (T) | Disallowed | | The claim asserts liability for termination benefits.  Requirements of section 503(b)(9) are not met.  Claim is redundant of claim 6356 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. Remaining claim 6356 has also been modified, reclassified and/or applied to the correct debtor on this Exhibit |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit A

### No-Basis Deferred Compensation Claims, No-Basis Pension Claims, Modify  Allow Claims, Reclassify  Allow Claims, Redundant Claims and Wrong Debtor Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| HIRSCH, DUANE JOSEPH 130 OAK CURVE BURNSVILLE, MN  55306-5505 | 6364 12/22/09 09-12515 Nortel Networks (CALA), Inc. | - (S) $184,411.02 (A) - (P) - (U) $184,411.02 (T) | Disallowed | | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| HOFFMAN, WILLIAM A JR 340 ROCK RIDGE PL ESCONDIDO, CA  92027 | 1453 6/30/09 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $26,608.40 (U) $26,608.40 (T) | - (S) $812.26 (A) $1,051.84 (P) $25,261.64 (U) $27,125.74 (T) | | Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

# Exhibit A

## No-Basis Deferred Compensation Claims, No-Basis Pension Claims, Modify  Allow Claims, Reclassify  Allow Claims, Redundant Claims and Wrong Debtor Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| HSIEH, YA-CHEN 1765 HAMILTON AVE PALO ALTO, CA  94303 | 6157 11/30/09 NO DEBTOR | - (S) - (A) $37,400.00 (P) - (U) $37,400.00 (T) | - (S) $2,482.47 (A) $1,455.52 (P) $34,900.07 (U) $38,838.06 (T) | 09-10138 Nortel Networks Inc. | Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. Wrong or No Debtor. Based on a careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors believe that the Claim should be asserted against the Identified Debtor. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

# Exhibit A

## No-Basis Deferred Compensation Claims, No-Basis Pension Claims, Modify Allow Claims, Reclassify Allow Claims, Redundant Claims and Wrong Debtor Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| HUME, JAMES W 8700 BEAR CREEK DR. MCKINNEY, TX 75070 | 6915 1/25/10 09-12515 Nortel Networks (CALA), Inc. | - (S) - (A) - (P) $40,782.63 (U) $40,782.63 (T) | - (S) $781.24 (A) $1,512.07 (P) $32,551.67 (U) $34,844.98 (T) | 09-10138 Nortel Networks Inc. | Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.

Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount.

Wrong or No Debtor. Based on a careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors believe that the Claim should be asserted against the Identified Debtor. |
| HUME, JAMES W. 8700 BEAR CREEK DR. MCKINNEY, TX 75070 | 6916 1/25/10 09-12515 Nortel Networks (CALA), Inc. | - (S) $40,782.63 (A) - (P) - (U) $40,782.63 (T) | Disallowed | | The claim asserts liability for termination and other benefits.

Requirements of section 503(b)(9) are not met.

Claim is redundant of claim 6915 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. Remaining claim 6915 has also been modified, reclassified and/or applied to the correct debtor on this Exhibit |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

# Exhibit A

### No-Basis Deferred Compensation Claims, No-Basis Pension Claims, Modify  Allow Claims, Reclassify  Allow Claims, Redundant Claims and Wrong Debtor Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| HYLAND, MARY F 7 CLAUDINE CT E NORTHPORT, NY  11731 | 5617 9/30/09 NO DEBTOR | - (S) - (A) - (P) $54,089.68 (U) $54,089.68 (T) | - (S) $2,630.27 (A) $1,932.44 (P) $49,040.99 (U) $53,603.70 (T) | 09-10138 Nortel Networks Inc. | Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.

Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount.

Wrong or No Debtor. Based on a careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors believe that the Claim should be asserted against the Identified Debtor. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

**Exhibit A**

**No-Basis Deferred Compensation Claims, No-Basis Pension Claims, Modify  Allow Claims, Reclassify  Allow Claims, Redundant Claims and Wrong Debtor Claims**

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| KAKADIA, VIJAY 600 S ABEL ST UNIT 318 MILPITAS, CA  95035-8691 | 2540 9/3/09 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $16,124.05 (U) $16,124.05 (T) | - (S) $64.21 (A) $83.75 (P) $470.85 (U) $618.81 (T) | | Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.  Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

# Exhibit A

## No-Basis Deferred Compensation Claims, No-Basis Pension Claims, Modify  Allow Claims, Reclassify  Allow Claims, Redundant Claims and Wrong Debtor Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| KAO, IUE-FANG H. 19785 VIEWRIDGE DR. SARATOGA, CA  95070 | 4093 9/28/09 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $39,516.93 (U) $39,516.93 (T) | - (S) $2,295.98 (A) $1,679.98 (P) $36,035.68 (U) $40,011.64 (T) | | Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

**Exhibit A**

**No-Basis Deferred Compensation Claims, No-Basis Pension Claims, Modify  Allow Claims, Reclassify  Allow Claims,
Redundant Claims and Wrong Debtor Claims**

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| KELLY, HAROLD 6428 BRANDYWINE RD RALEIGH, NC  27607 | 1241 5/26/09 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $79,524.99 (U) $79,524.99 (T) | - (S) $1,193.22 (A) $1,775.05 (P) $27,927.37 (U) $30,895.64 (T) | | Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

**Exhibit A**

**No-Basis Deferred Compensation Claims, No-Basis Pension Claims, Modify  Allow Claims, Reclassify  Allow Claims,
Redundant Claims and Wrong Debtor Claims**

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| KEYLOR, STEPHEN W.<br>19 HILLSIDE AVE<br>STONEHAM, MA  02180 | 951<br>4/15/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$43,860.00 (U)<br>$43,860.00 (T) | - (S)<br>$474.35 (A)<br>$1,742.49 (P)<br>$44,017.27 (U)<br>$46,234.11 (T) | | Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

# Exhibit A

**No-Basis Deferred Compensation Claims, No-Basis Pension Claims, Modify  Allow Claims, Reclassify  Allow Claims, Redundant Claims and Wrong Debtor Claims**

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| KIM, ETHAN K.<br>2102 CASTLEBURG DR.<br>APEX, NC  27523 | 7307<br>6/21/10<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$10,950.00 (P)<br>$18,238.43 (U)<br>$29,188.43 (T) | - (S)<br>$3,091.86 (A)<br>$1,062.09 (P)<br>$19,064.45 (U)<br>$23,218.40 (T) | | Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit A

### No-Basis Deferred Compensation Claims, No-Basis Pension Claims, Modify  Allow Claims, Reclassify  Allow Claims, Redundant Claims and Wrong Debtor Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| KRISHNAN, VENKATRAMAN 708 MOUNTAIN PINE DR CARY, NC  27519-9614 | 4268 9/28/09 NO DEBTOR | - (S) - (A) - (P) $43,615.00 (U) $43,615.00 (T) | - (S) $426.93 (A) $1,568.32 (P) $26,870.58 (U) $28,865.83 (T) | 09-10138 Nortel Networks Inc. | Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. Wrong or No Debtor. Based on a careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors believe that the Claim should be asserted against the Identified Debtor. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

# Exhibit A

## No-Basis Deferred Compensation Claims, No-Basis Pension Claims, Modify  Allow Claims, Reclassify  Allow Claims, Redundant Claims and Wrong Debtor Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| KUMAR, SURENDRA 47734 BRILES CT FREMONT, CA  94539 | 1043 4/27/09 NO DEBTOR | - (S) - (A) - (P) $15,554.00 (U) $15,554.00 (T) | - (S) $642.78 (A) $2,361.23 (P) $12,632.55 (U) $15,636.56 (T) | 09-10138 Nortel Networks Inc. | Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.  Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount.  Wrong or No Debtor. Based on a careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors believe that the Claim should be asserted against the Identified Debtor. |
| LI, JENNY Z 1746  MANDAN  PL FREMONT, CA  94539-6708 | 5041 9/30/09 09-10138 Nortel Networks Inc. | - (S) - (A) $10,950.00 (P) - (U) $10,950.00 (T) | Disallowed | | The claim asserts liability for termination benefits.  Claim is redundant of claim 5841 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. Remaining claim 5841 has also been modified, reclassified and/or applied to the correct debtor on this Exhibit |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit A

**No-Basis Deferred Compensation Claims, No-Basis Pension Claims, Modify  Allow Claims, Reclassify  Allow Claims, Redundant Claims and Wrong Debtor Claims**

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| LI, JENNY Z. 1750 HALFORD AVE # 204 SANTA CLARA, CA  95051 | 5841 10/2/09 09-10138 Nortel Networks Inc. | - (S) - (A) $10,950.00 (P) $41,005.62 (U) $51,955.62 (T) | - (S) $2,268.84 (A) $1,660.13 (P) $29,670.22 (U) $33,599.19 (T) | | Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.

Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

# Exhibit A

### No-Basis Deferred Compensation Claims, No-Basis Pension Claims, Modify  Allow Claims, Reclassify  Allow Claims, Redundant Claims and Wrong Debtor Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| MARGHOOB, SHAMAHRUKH 2480 IRVINE BLVD  APT 113 TUSTIN, CA  92782-8011 | 3764 9/25/09 NO DEBTOR | - (S) - (A) - (P) $9,516.77 (U) $9,516.77 (T) | - (S) $720.63 (A) $1,641.95 (P) $5,208.63 (U) $7,571.21 (T) | 09-10138 Nortel Networks Inc. | Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. Wrong or No Debtor. Based on a careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors believe that the Claim should be asserted against the Identified Debtor. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

# Exhibit A

## No-Basis Deferred Compensation Claims, No-Basis Pension Claims, Modify Allow Claims, Reclassify Allow Claims, Redundant Claims and Wrong Debtor Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| MARTIN, STANLEY 4753 OLD BENT TREE LN # 1206 DALLAS, TX 75287 | 4021 9/28/09 NO DEBTOR | - (S) - (A) $4,639.20 (P) - (U) $4,639.20 (T) | - (S) $2,427.65 (A) $2,070.99 (P) $3,658.74 (U) $8,157.38 (T) | 09-10138 Nortel Networks Inc. | Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. Wrong or No Debtor. Based on a careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors believe that the Claim should be asserted against the Identified Debtor. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit A

**No-Basis Deferred Compensation Claims, No-Basis Pension Claims, Modify  Allow Claims, Reclassify  Allow Claims, Redundant Claims and Wrong Debtor Claims**

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| MCKINNEY, KIMBERLY 639 W. 110TH STREET LOS ANGELES, CA  90044 | 3041 9/16/09 NO DEBTOR | - (S) - (A) $4,747.20 (P) - (U) $4,747.20 (T) | - (S) $1,250.83 (A) $1,028.08 (P) $2,901.49 (U) $5,180.40 (T) | 09-10138 Nortel Networks Inc. | Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. Wrong or No Debtor. Based on a careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors believe that the Claim should be asserted against the Identified Debtor. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

# Exhibit A

**No-Basis Deferred Compensation Claims, No-Basis Pension Claims, Modify  Allow Claims, Reclassify  Allow Claims, Redundant Claims and Wrong Debtor Claims**

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| MICHAEL, CHRISTINA 4804 CALAIS CT NE MARIETTA, GA  30067 | 6192 12/7/09 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $24,132.45 (U) $24,132.45 (T) | - (S) $3,120.88 (A) $2,283.57 (P) $5,823.12 (U) $11,227.57 (T) | | Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.  Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |
| NATH, UMAR 45637 PARKMEADOW COURT FREMONT, CA  94539 | 3274 9/21/09 NO DEBTOR | $36,143.81 (S) - (A) - (P) - (U) $36,143.81 (T) | Disallowed | | The claim asserts liability for termination benefits.  Claim is redundant of claim 3497 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. Remaining claim 3497 has also been modified, reclassified and/or applied to the correct debtor on this Exhibit |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit A

**No-Basis Deferred Compensation Claims, No-Basis Pension Claims, Modify  Allow Claims, Reclassify  Allow Claims, Redundant Claims and Wrong Debtor Claims**

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| NATH, UMAR 570 MILL CREEK LN APT 104 SANTA CLARA, CA  95054-3546 | 3497 9/23/09 NO DEBTOR | - (S) - (A) - (P) $36,143.81 (U) $36,143.81 (T) | - (S) $440.14 (A) $1,100.34 (P) $18,895.41 (U) $20,435.89 (T) | 09-10138 Nortel Networks Inc. | Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.  Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount.  Wrong or No Debtor. Based on a careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors believe that the Claim should be asserted against the Identified Debtor. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

**Exhibit A**

**No-Basis Deferred Compensation Claims, No-Basis Pension Claims, Modify  Allow Claims, Reclassify  Allow Claims, Redundant Claims and Wrong Debtor Claims**

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| NGO, MANH 1742 GRAND TETON DR. MILPITAS, CA  95035 | 3385 9/21/09 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $44,263.51 (U) $44,263.51 (T) | - (S) $1,311.72 (A) $987.90 (P) $48,313.85 (U) $50,613.47 (T) | | Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.

Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |
| O'CONNELL, DAVID PO BOX 461263 GARLAND, TX  75046-1263 | 1445 6/29/09 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $19,200.00 (U) $19,200.00 (T) | Disallowed | | The claim asserts liability for termination benefits.

Claim is redundant of claim 2958 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. Remaining claim 2958 has also been modified, reclassified and/or applied to the correct debtor on this Exhibit |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

**Exhibit A**

**No-Basis Deferred Compensation Claims, No-Basis Pension Claims, Modify  Allow Claims, Reclassify  Allow Claims, Redundant Claims and Wrong Debtor Claims**

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| O'CONNELL, DAVID PO BOX 461263 GARLAND, TX  75046-1263 | 2958 9/14/09 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $77,000.00 (U) $77,000.00 (T) | - (S) $653.02 (A) $845.64 (P) $42,977.25 (U) $44,475.91 (T) | | Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

# Exhibit A

### No-Basis Deferred Compensation Claims, No-Basis Pension Claims, Modify Allow Claims, Reclassify Allow Claims, Redundant Claims and Wrong Debtor Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| PANKOW, WALLACE 102 MASTER COURT CARY, NC 27513-3311 | 6370 12/22/09 09-12515 Nortel Networks (CALA), Inc. | - (S) - (A) - (P) $41,795.00 (U) $41,795.00 (T) | - (S) $1,827.19 (A) $1,018.25 (P) $34,218.75 (U) $37,064.19 (T) | 09-10138 Nortel Networks Inc. | Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.

Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount.

Wrong or No Debtor. Based on a careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors believe that the Claim should be asserted against the Identified Debtor. |
| PARKER, DEBORAH 117 ANTLER PT. DR CARY, NC 27513 | 8214 3/12/12 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $26,538.84 (U) $26,538.84 (T) | Disallowed | | The claim asserts liability for termination benefits.

Claim is redundant of claim 8487 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. Remaining claim 8487 has also been modified, reclassified and/or applied to the correct debtor on this Exhibit |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

# Exhibit A

## No-Basis Deferred Compensation Claims, No-Basis Pension Claims, Modify  Allow Claims, Reclassify  Allow Claims, Redundant Claims and Wrong Debtor Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| PARKER, DEBORAH 117 ANTLER PT. DR CARY, NC  27513 | 8487 5/3/13 NO DEBTOR | - (S) - (A) - (P) $38,689.80 (U) $38,689.80 (T) | - (S) $14,323.10 (A) $1,613.36 (P) $18,419.26 (U) $34,355.72 (T) | 09-10138 Nortel Networks Inc. | Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. Wrong or No Debtor. Based on a careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors believe that the Claim should be asserted against the Identified Debtor. |
| PARKER, TIMOTHY 730 SUGAR PINE RD SCOTTS VALLEY, CA  95066 | 2283 8/28/09 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $15,081.29 (U) $15,081.29 (T) | Disallowed | | The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan. Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released. See D.I.s 9127 and 9323. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit A

**No-Basis Deferred Compensation Claims, No-Basis Pension Claims, Modify  Allow Claims, Reclassify  Allow Claims, Redundant Claims and Wrong Debtor Claims**

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| PARKER, TIMOTHY 730 SUGAR PINE RD. SCOTTS VALLEY, CA  95066 | 2284 8/28/09 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $42,411.66 (U) $42,411.66 (T) | Disallowed | | The claim asserts liability for termination benefits. Claim is redundant of claim 6854 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. Remaining claim 6854 has also been modified, reclassified and/or applied to the correct debtor on this Exhibit |
| PARKER, TIMOTHY 730 SUGAR PINE RD SCOTTS VALLEY, CA  95066-3929 | 6853 1/22/10 09-12515 Nortel Networks (CALA), Inc. | - (S) - (A) - (P) $15,081.29 (U) $15,081.29 (T) | Disallowed | | The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan. Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released. See D.I.s 9127 and 9323. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

**Exhibit A**

**No-Basis Deferred Compensation Claims, No-Basis Pension Claims, Modify  Allow Claims, Reclassify  Allow Claims, Redundant Claims and Wrong Debtor Claims**

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| PARKER, TIMOTHY 730 SUGAR PINE RD SCOTTS VALLEY, CA  95066 | 6854 1/22/10 09-12515 Nortel Networks (CALA), Inc. | - (S) - (A) - (P) $42,411.66 (U) $42,411.66 (T) | - (S) $593.27 (A) $979.70 (P) $17,356.99 (U) $18,929.96 (T) | 09-10138 Nortel Networks Inc. | Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. Wrong or No Debtor. Based on a careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors believe that the Claim should be asserted against the Identified Debtor. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

# Exhibit A

## No-Basis Deferred Compensation Claims, No-Basis Pension Claims, Modify  Allow Claims, Reclassify  Allow Claims, Redundant Claims and Wrong Debtor Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| PAZ, SUSANA E. 4481 W MCNAB RD  APT 21 POMPANO BEACH, FL  33069-4986 | 814 4/3/09 NO DEBTOR | - (S) - (A) $20,518.65 (P) - (U) $20,518.65 (T) | - (S) $606.53 (A) $1,679.62 (P) $35,113.45 (U) $37,399.60 (T) | 09-10138 Nortel Networks Inc. | Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.

Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount.

Wrong or No Debtor. Based on a careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors believe that the Claim should be asserted against the Identified Debtor. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

**Exhibit A**

**No-Basis Deferred Compensation Claims, No-Basis Pension Claims, Modify  Allow Claims, Reclassify  Allow Claims, Redundant Claims and Wrong Debtor Claims**

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| PEEBLES, MICHELLE M. 1044 SOMERSET RD. RALEIGH, NC  27610 | 8316 7/16/12 09-10138 Nortel Networks Inc. | - (S) - (A) $15,854.66 (P) - (U) $15,854.66 (T) | - (S) $1,886.54 (A) $830.26 (P) $9,478.87 (U) $12,195.67 (T) | | Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit A

### No-Basis Deferred Compensation Claims, No-Basis Pension Claims, Modify  Allow Claims, Reclassify  Allow Claims, Redundant Claims and Wrong Debtor Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| PELLEGRINO, ROBERT G.<br>24 BRANTWOOD PLACE<br>CLIFTON, NJ  07013 | 1133<br>5/8/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$19,618.73 (U)<br>$19,618.73 (T) | - (S)<br>$1,450.09 (A)<br>$4,745.73 (P)<br>$14,316.28 (U)<br>$20,512.10 (T) | 09-10138<br>Nortel Networks Inc. | Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount.<br><br>Wrong or No Debtor. Based on a careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors believe that the Claim should be asserted against the Identified Debtor. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

**Exhibit A**

**No-Basis Deferred Compensation Claims, No-Basis Pension Claims, Modify  Allow Claims, Reclassify  Allow Claims, Redundant Claims and Wrong Debtor Claims**

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| PEREZ, MARK J. 1239 CASA MARCIA PLACE FREMONT, CA  94539-3635 | 1324 6/9/09 09-10138, ALL DEBTORS CLAIM ASSERTED AGAINST ALL DEBTORS | - (S) - (A) - (P) $30,009.33 (U) $30,009.33 (T) | - (S) $1,249.64 (A) $1,606.68 (P) $27,152.94 (U) $30,009.26 (T) | 09-10138 Nortel Networks Inc. | Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.

Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount.

Wrong or No Debtor. Based on a careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors believe that the Claim should be asserted against the Identified Debtor. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

# Exhibit A

**No-Basis Deferred Compensation Claims, No-Basis Pension Claims, Modify Allow Claims, Reclassify Allow Claims, Redundant Claims and Wrong Debtor Claims**

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| PONNUSAMY,<br>SHANMUGASUNDARA<br>311 CONCORD STREET<br>DIX HILLS, NY  11746 | 7175<br>3/29/10<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$31,049.98 (U)<br>$31,049.98 (T) | - (S)<br>$1,758.38 (A)<br>$822.10 (P)<br>$12,578.11 (U)<br>$15,158.59 (T) | | Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

**Exhibit A**

**No-Basis Deferred Compensation Claims, No-Basis Pension Claims, Modify  Allow Claims, Reclassify  Allow Claims, Redundant Claims and Wrong Debtor Claims**

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| PONTIFF, MARY 263 RILEY RD ARNAUDVILLE, LA  70512-5525 | 1415 6/25/09 NO DEBTOR | - (S) - (A) - (P) $83,336.25 (U) $83,336.25 (T) | - (S) $432.25 (A) $1,768.30 (P) $40,405.60 (U) $42,606.15 (T) | 09-10138 Nortel Networks Inc. | Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.

Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount.

Wrong or No Debtor. Based on a careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors believe that the Claim should be asserted against the Identified Debtor. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

# Exhibit A

## No-Basis Deferred Compensation Claims, No-Basis Pension Claims, Modify  Allow Claims, Reclassify  Allow Claims, Redundant Claims and Wrong Debtor Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| QUATTLEBAUM, SONIA 2335 STONE WOOD CT CUMMING, GA  30041-7881 | 1673 8/10/09 NO DEBTOR | - (S) - (A) $46,604.74 (P) - (U) $46,604.74 (T) | - (S) $1,778.14 (A) $2,754.19 (P) $51,168.45 (U) $55,700.78 (T) | 09-10138 Nortel Networks Inc. | Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.

Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount.

Wrong or No Debtor. Based on a careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors believe that the Claim should be asserted against the Identified Debtor. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

# Exhibit A

## No-Basis Deferred Compensation Claims, No-Basis Pension Claims, Modify  Allow Claims, Reclassify  Allow Claims, Redundant Claims and Wrong Debtor Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| RIZO, NELSON E. 319 DACIAN AVE. DURHAM, NC  27701 | 7284 6/2/10 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $51,573.76 (U) $51,573.76 (T) | - (S) $2,567.75 (A) $882.06 (P) $42,519.85 (U) $45,969.66 (T) | | Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

**Exhibit A**

**No-Basis Deferred Compensation Claims, No-Basis Pension Claims, Modify  Allow Claims, Reclassify  Allow Claims,
Redundant Claims and Wrong Debtor Claims**

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| ROUCH, ELIZABETH 8904-103 LANGWOOD DRIVE RALEIGH, NC  27613 | 4764 9/29/09 NO DEBTOR | - (S) - (A) - (P) $24,196.00 (U) $24,196.00 (T) | - (S) $285.16 (A) $1,047.49 (P) $24,098.13 (U) $25,430.78 (T) | 09-10138 Nortel Networks Inc. | Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.

Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount.

Wrong or No Debtor. Based on a careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors believe that the Claim should be asserted against the Identified Debtor. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit A

### No-Basis Deferred Compensation Claims, No-Basis Pension Claims, Modify  Allow Claims, Reclassify  Allow Claims, Redundant Claims and Wrong Debtor Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| SANKARAN, HARISH 26023 JUNIPER STONE LN KATY, TX  77494-2615 | 1407 6/24/09 NO DEBTOR | - (S) - (A) - (P) $29,533.77 (U) $29,533.77 (T) | - (S) $935.06 (A) $1,558.44 (P) $29,913.46 (U) $32,406.96 (T) | 09-10138 Nortel Networks Inc. | Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.

Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount.

Wrong or No Debtor. Based on a careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors believe that the Claim should be asserted against the Identified Debtor. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

# Exhibit A

**No-Basis Deferred Compensation Claims, No-Basis Pension Claims, Modify  Allow Claims, Reclassify  Allow Claims,
Redundant Claims and Wrong Debtor Claims**

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| SMITH, TRACY E. 101 YVONNE COURT GOODLETTVILLE, TN  37072 | 8489 5/6/13 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $58,750.00 (U) $58,750.00 (T) | - (S) $17,203.58 (A) $1,937.82 (P) $39,380.92 (U) $58,522.32 (T) | | Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.  Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |
| SMITH, TRACY ELIZABETH 101 YVONNE COURT GOODLETTSVILLE, TN  37072 | 7671 3/29/11 NO DEBTOR | - (S) - (A) $10,950.00 (P) $41,439.29 (U) $52,389.29 (T) | Disallowed | | The claim asserts liability for termination benefits.  Claim is redundant of claim 8489 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. Remaining claim 8489 has also been modified, reclassified and/or applied to the correct debtor on this Exhibit |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

**Exhibit A**

**No-Basis Deferred Compensation Claims, No-Basis Pension Claims, Modify  Allow Claims, Reclassify  Allow Claims,
Redundant Claims and Wrong Debtor Claims**

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| STERANTINO, SANDRA 1112 SUDBURY CT RALEIGH, NC  27609-5457 | 7968 9/13/11 NO DEBTOR | - (S) - (A) $1,259.44 (P) $31,513.81 (U) $32,773.25 (T) | - (S) $7,930.68 (A) $1,245.66 (P) $5,986.07 (U) $15,162.41 (T) | 09-10138 Nortel Networks Inc. | Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. Wrong or No Debtor. Based on a careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors believe that the Claim should be asserted against the Identified Debtor. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

# Exhibit A

## No-Basis Deferred Compensation Claims, No-Basis Pension Claims, Modify  Allow Claims, Reclassify  Allow Claims, Redundant Claims and Wrong Debtor Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| STUKONIS, TARA<br>FLANAGAN, MAUREEN (DECEASED)<br>1330 2ND STREET<br>WEST BABYLON, NY  11704 | 4717<br>9/29/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$24,301.22 (U)<br>$24,301.22 (T) | - (S)<br>$997.32 (A)<br>$747.99 (P)<br>$22,556.07 (U)<br>$24,301.38 (T) | 09-10138<br>Nortel Networks Inc. | Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount.<br><br>Wrong or No Debtor. Based on a careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors believe that the claim should be asserted against the Identified Debtor. |
| STUKONIS, TARA<br>FLANAGAN, MAUREEN (DECEASED)<br>1330 2ND STREET<br>WEST BABYLON, NY  11704 | 8405<br>11/12/12<br>NO DEBTOR | Unspecified* | Disallowed | | This claim asserts liability for unspecified or other benefits.<br><br>Claim is redundant of claim 4717 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. Remaining claim 4717 has also been modified, reclassified and/or applied to the correct debtor on this Exhibit. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

**Exhibit A**

**No-Basis Deferred Compensation Claims, No-Basis Pension Claims, Modify  Allow Claims, Reclassify  Allow Claims, Redundant Claims and Wrong Debtor Claims**

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| SUAREZ, LIANA 8047 LAGOS DE CAMPO BLVD TAMARAC, FL  33073 | 7711 4/18/11 09-12515 Nortel Networks (CALA), Inc. | - (S) - (A) $9,230.00 (P) - (U) $9,230.00 (T) | - (S) $1,270.62 (A) $1,053.97 (P) $5,679.72 (U) $8,004.31 (T) | 09-10138 Nortel Networks Inc. | Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. Wrong or No Debtor. Based on a careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors believe that the Claim should be asserted against the Identified Debtor. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

**Exhibit A**

**No-Basis Deferred Compensation Claims, No-Basis Pension Claims, Modify  Allow Claims, Reclassify  Allow Claims,
Redundant Claims and Wrong Debtor Claims**

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| TEK-PUENTES, FIGEN 13110 MEADOWRIDGE DRIVE ROUGEMONT, NC  27572 | 8332 8/6/12 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $26,991.00 (U) $26,991.00 (T) | - (S) $5,565.48 (A) $1,115.58 (P) $20,892.25 (U) $27,573.31 (T) | | Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.  Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |
| TESSY, LEITH 157 CEDAR STREET LEXINGTON, MA  02421 | 4755 9/29/09 09-10138 Nortel Networks Inc. | - (S) - (A) $7,835.25 (P) - (U) $7,835.25 (T) | Disallowed | | The Claim asserts liability for pension benefits.  Claim is redundant of claim 7294 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. Remaining claim 7294 has also been modified, reclassified and/or applied to the correct debtor on this Exhibit |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit A

### No-Basis Deferred Compensation Claims, No-Basis Pension Claims, Modify  Allow Claims, Reclassify  Allow Claims, Redundant Claims and Wrong Debtor Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| TESSY, LEITH 157 CEDAR STREET LEXINGTON, MA  02421 | 7294 6/15/10 NO DEBTOR | - (S) - (A) $412,835.00 (P) - (U) $412,835.00 (T) | - (S) - (A) $3,115.38 (P) $5,633.62 (U) $8,749.00 (T) | 09-10138 Nortel Networks Inc. | Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.

Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount.

Wrong or No Debtor. Based on a careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors believe that the Claim should be asserted against the Identified Debtor. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit A

### No-Basis Deferred Compensation Claims, No-Basis Pension Claims, Modify Allow Claims, Reclassify Allow Claims, Redundant Claims and Wrong Debtor Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| THOMPSON, GEOFFREY O<br>158 PASEO CT<br>MOUNTAIN VIEW, CA  94043-5286 | 1454<br>7/1/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$40,425.00 (U)<br>$40,425.00 (T) | - (S)<br>$518.42 (A)<br>$676.19 (P)<br>$27,600.19 (U)<br>$28,794.80 (T) | | Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

**Exhibit A**

**No-Basis Deferred Compensation Claims, No-Basis Pension Claims, Modify  Allow Claims, Reclassify  Allow Claims, Redundant Claims and Wrong Debtor Claims**

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| TO, PAUL 440 LANDEROS DR SAN MATEO, CA  94403-3446 | 4521 9/29/09 09-10138 Nortel Networks Inc. | - (S) - (A) $37,256.87 (P) - (U) $37,256.87 (T) | - (S) $104.09 (A) $84.78 (P) $328.30 (U) $517.17 (T) | | Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan. Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released. See D.I.s 9127 and 9323. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit A

### No-Basis Deferred Compensation Claims, No-Basis Pension Claims, Modify Allow Claims, Reclassify Allow Claims, Redundant Claims and Wrong Debtor Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| TRIMBLE, DANIEL 333 108TH AVENUE NETOWER 333, SUITE 2000 BELLEVUE, WA  98004 | 6098 11/5/09 09-10138 Nortel Networks Inc. | - (S) - (A) $10,455.28 (P) - (U) $10,455.28 (T) | - (S) $2,968.88 (A) $2,313.41 (P) $56,404.94 (U) $61,687.23 (T) | | Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.  Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

**Exhibit A**

**No-Basis Deferred Compensation Claims, No-Basis Pension Claims, Modify  Allow Claims, Reclassify  Allow Claims, Redundant Claims and Wrong Debtor Claims**

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| TUMMALA, RAMBABU 4324 GIOVANNI DR PLANO, TX  75024 | 1237 5/26/09 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $42,000.00 (U) $42,000.00 (T) | - (S) $870.07 (A) $1,398.32 (P) $39,238.41 (U) $41,506.80 (T) | | Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.

Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit A

### No-Basis Deferred Compensation Claims, No-Basis Pension Claims, Modify  Allow Claims, Reclassify  Allow Claims, Redundant Claims and Wrong Debtor Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| TURRAVILLE, TERESA L 912 ARBOR CREST BLVD ANTIOCH, TN  37013 | 7983 9/15/11 09-10138 Nortel Networks Inc. | - (S) - (A) $7,040.00 (P) - (U) $7,040.00 (T) | - (S) $1,315.53 (A) $535.73 (P) $6,116.32 (U) $7,967.58 (T) | | Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit A

### No-Basis Deferred Compensation Claims, No-Basis Pension Claims, Modify  Allow Claims, Reclassify  Allow Claims, Redundant Claims and Wrong Debtor Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| WALTRIP, KENNETH 4904 HOT SPRINGS TRL FORT WORTH, TX  76137-4162 | 4402 9/28/09 NO DEBTOR | - (S) - (A) - (P) $60,002.40 (U) $60,002.40 (T) | - (S) $1,402.36 (A) $1,017.84 (P) $62,959.38 (U) $65,379.58 (T) | 09-10138 Nortel Networks Inc. | Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.

Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount.

Wrong or No Debtor. Based on a careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors believe that the Claim should be asserted against the Identified Debtor. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

# Exhibit A

## No-Basis Deferred Compensation Claims, No-Basis Pension Claims, Modify Allow Claims, Reclassify Allow Claims, Redundant Claims and Wrong Debtor Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| WATSON, DALE 342 WOODLAND PATH DALLAS, GA  30132 | 4585 9/29/09 NO DEBTOR | - (S) - (A) $9,675.89 (P) - (U) $9,675.89 (T) | - (S) - (A) $1,407.22 (P) $8,563.74 (U) $9,970.96 (T) | 09-10138 Nortel Networks Inc. | Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. Wrong or No Debtor. Based on a careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors believe that the Claim should be asserted against the Identified Debtor. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

**Exhibit A**

**No-Basis Deferred Compensation Claims, No-Basis Pension Claims, Modify  Allow Claims, Reclassify  Allow Claims, Redundant Claims and Wrong Debtor Claims**

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| WATSON, RICHARD 2504 BROWN DR FLOWER MOUND, TX  75022 | 5415 9/30/09 09-10138 Nortel Networks Inc. | $10,950.00 (S) - (A) $10,950.00 (P) $22,981.77 (U) $33,931.77 (T) | - (S) $675.20 (A) $2,383.05 (P) $42,034.36 (U) $45,092.61 (T) | | Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |
| WATSON, RICHARD 2504 BROWN DR FLOWER MOUND, TX  75022 | 5416 9/30/09 09-10138 Nortel Networks Inc. | Unspecified* | Disallowed | | The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan. Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released. See D.I.s 9127 and 9323. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit A

### No-Basis Deferred Compensation Claims, No-Basis Pension Claims, Modify  Allow Claims, Reclassify  Allow Claims, Redundant Claims and Wrong Debtor Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| WOODLIEF, DARLENE C. 9100 WOODLIEF RD WAKE FOREST, NC  27587 | 7515 12/16/10 09-10138 Nortel Networks Inc. | - (S) - (A) $10,950.00 (P) $20,281.00 (U) $31,231.00 (T) | - (S) $5,404.68 (A) $1,120.79 (P) $4,122.00 (U) $10,647.47 (T) | | Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.  Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

# Exhibit A

## No-Basis Deferred Compensation Claims, No-Basis Pension Claims, Modify  Allow Claims, Reclassify  Allow Claims, Redundant Claims and Wrong Debtor Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| WOOTEN, JAMES A. 110 QUAIL RIDGE ANGIER, NC  27501 | 4043 9/28/09 NO DEBTOR | - (S) - (A) - (P) $104,218.24 (U) $104,218.24 (T) | - (S) $815.44 (A) $1,310.52 (P) $69,952.55 (U) $72,078.51 (T) | 09-10138 Nortel Networks Inc. | Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.

Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount.

Wrong or No Debtor. Based on a careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors believe that the Claim should be asserted against the Identified Debtor. |
| WOOTEN, JAMES A. 110 QUAIL RDG ANGIER, NC  27501-9406 | 4774 9/29/09 NO DEBTOR | - (S) - (A) - (P) $478,560.05 (U) $478,560.05 (T) | Disallowed | | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit A

### No-Basis Deferred Compensation Claims, No-Basis Pension Claims, Modify Allow Claims, Reclassify Allow Claims, Redundant Claims and Wrong Debtor Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| YOUNG, DAVID 2528 SADDLERIDGE ROAD RALEIGH, NC 27615 | 7871 7/29/11 NO DEBTOR | - (S) - (A) $94,036.80 (P) - (U) $94,036.80 (T) | Disallowed | | The claim asserts liability for termination benefits. Claim is redundant of claim 8748 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. Remaining claim 8748 has also been modified, reclassified and/or applied to the correct debtor on this Exhibit |
| YOUNG, DAVID 2528 SADDLERIDGE ROAD RALEIGH, NC 27615 | 8748 4/14/14 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $125,362.14 (U) $125,362.14 (T) | - (S) $5,287.80 (A) $1,387.47 (P) $90,894.62 (U) $97,569.89 (T) | | The claim asserts liability for termination benefits. Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. The claim asserts liability for retiree medical benefits. Pursuant to the Retiree Welfare Settlement Agreement, this/these claim(s) was/were previously disallowed and expunged. See D.I. 9938. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit A

### No-Basis Deferred Compensation Claims, No-Basis Pension Claims, Modify  Allow Claims, Reclassify  Allow Claims, Redundant Claims and Wrong Debtor Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| **Totals:** | **100 Claims** | **$47,093.81 (S)** **$442,543.87 (A)** **$1,420,216.24 (P)** **$3,153,197.77 (U)** **$5,007,028.20 (T)** | **- (S)** **$156,536.69 (A)** **$121,040.06 (P)** **$2,280,055.55 (U)** **$2,557,632.30 (T)** | | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed