**<u>Exhibit B</u>**

**EXPENSE SUMMARY**[1]
Nortel Networks Inc., *et al.*
(Case No. 09-10138 (KG))

January 1, 2016 through January 31, 2016

| Expense Category | | Total Expenses |
|---|---|---|
| Travel – Transportation | | $1,413.31 |
| Travel – Lodging | | 656.70 |
| Travel – Meals | | 181.40 |
| Duplicating Charges (at $0.10/page) | | 1,261.70 |
| Legal Research | Lexis | 168.98 |
| | Westlaw | 1,103.54 |
| | PACER | 1,371.20 |
| Late Work – Meals | | 1,373.13 |
| Late Work – Transportation | | 424.47 |
| Other | | 14.97 |
| **Grand Total Expenses** | | **$7,969.40** |

---

[1]    Note: This Application includes certain expenses incurred during a period related to a previously submitted fee application, but not entered into the Cleary Gottlieb accounting system until the period covered by this Application.

**EXPENSE SUMMARY**
**January 1, 2016 through January 31, 2016**

**In re Nortel Networks Inc., et al.**
**(Case No. 09-10138 (KG))**

Note: This Application includes certain expenses incurred during a period related to a previously submitted fee application but not entered into the Cleary Gottlieb accounting system until the period covered by this Application.

| Date | Amount | Narrative |
|------|--------|-----------|
| | | |
| **Travel - Transportation**[1] | | |
| | | |
| 12/15/2015 | 45.00 | TRAVEL - TRANSPORTATION - Gurgel Trip to Delaware (booking fee) |
| 12/15/2015 | 268.00 | TRAVEL - TRANSPORTATION - Gurgel Trip to Delaware (roundtrip train ticket) |
| 12/18/2015 | 45.00 | TRAVEL - TRANSPORTATION - Sheridan Trip to Delaware (booking fee) |
| 12/18/2015 | 268.00 | TRAVEL - TRANSPORTATION - Sheridan Trip to Delaware (roundtrip train ticket) |
| 12/21/2015 | 45.00 | TRAVEL - TRANSPORTATION - Herrington Trip to Delaware (booking fee) |
| 12/21/2015 | 268.00 | TRAVEL - TRANSPORTATION - Herrington Trip to Delaware (roundtrip train ticket) |
| 12/22/2015 | 10.00 | TRAVEL - TRANSPORTATION - Herrington Trip to Delaware (ride within Delaware) |
| 12/22/2015 | 142.31 | TRAVEL - TRANSPORTATION - Schweitzer Trip to Delaware (ride to train station) |
| 12/30/2015 | 45.00 | TRAVEL - TRANSPORTATION - Byam Trip to Delaware (booking fee) |
| 12/30/2015 | 268.00 | TRAVEL - TRANSPORTATION - Byam Trip to Delaware (roundtrip train ticket) |
| 1/22/2016 | 9.00 | TRAVEL - TRANSPORTATION - Schweitzer Trip to Delaware (ride within Delaware) |
| **TOTAL:** | **1,413.31** | |
| | | |
| **Travel - Lodging** | | |
| | | |
| 12/21/2015 | 218.90 | TRAVEL - LODGING - Gurgel Trip to Delaware (1 night) |
| 12/21/2015 | 218.90 | TRAVEL - LODGING - Herrington Trip to Delaware (1 night) |
| 12/21/2015 | 218.90 | TRAVEL - LODGING - Sheridan Trip to Delaware (1 night) |
| **TOTAL:** | **656.70** | |
| | | |
| **Travel - Meals** | | |
| | | |
| 12/21/2015 | 6.00 | TRAVEL - MEALS - Gurgel Trip to Delaware |
| 12/21/2015 | 50.00 | TRAVEL - MEALS - Gurgel Trip to Delaware |
| 12/21/2015 | 53.00 | TRAVEL - MEALS - Herrington Trip to Delaware (2 meals on 12/21/15) |
| 12/21/2015 | 10.00 | TRAVEL - MEALS - Sheridan Trip to Delaware |
| 12/21/2015 | 12.26 | TRAVEL - MEALS - Sheridan Trip to Delaware |
| 12/22/2015 | 50.14 | TRAVEL - MEALS - Herrington Trip to Delaware (2 meals on 12/22/15) |
| **TOTAL:** | **181.40** | |
| | | |
| **Duplicating Charges (@ $0.10/page)** | | |
| | | |
| 1/5/2016 | 1.30 | NY DUPLICATING |
| 1/5/2016 | 0.10 | NY DUPLICATING XEROX |

EXPENSE SUMMARY
January 1, 2016 through January 31, 2016

In re Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

| Date | Amount | Narrative |
|------|--------|-----------|
| 1/5/2016 | 0.60 | NY DUPLICATING XEROX |
| 1/5/2016 | 2.10 | NY DUPLICATING XEROX |
| 1/5/2016 | 2.80 | NY DUPLICATING XEROX |
| 1/5/2016 | 3.00 | NY DUPLICATING XEROX |
| 1/5/2016 | 3.20 | NY DUPLICATING XEROX |
| 1/5/2016 | 3.30 | NY DUPLICATING XEROX |
| 1/5/2016 | 6.80 | NY DUPLICATING XEROX |
| 1/6/2016 | 0.60 | NY DUPLICATING |
| 1/6/2016 | 0.10 | NY DUPLICATING XEROX |
| 1/6/2016 | 0.10 | NY DUPLICATING XEROX |
| 1/6/2016 | 0.20 | NY DUPLICATING XEROX |
| 1/6/2016 | 0.20 | NY DUPLICATING XEROX |
| 1/6/2016 | 0.20 | NY DUPLICATING XEROX |
| 1/6/2016 | 0.40 | NY DUPLICATING XEROX |
| 1/6/2016 | 0.90 | NY DUPLICATING XEROX |
| 1/6/2016 | 1.50 | NY DUPLICATING XEROX |
| 1/6/2016 | 1.50 | NY DUPLICATING XEROX |
| 1/6/2016 | 2.20 | NY DUPLICATING XEROX |
| 1/6/2016 | 2.80 | NY DUPLICATING XEROX |
| 1/6/2016 | 4.60 | NY DUPLICATING XEROX |
| 1/6/2016 | 5.60 | NY DUPLICATING XEROX |
| 1/6/2016 | 5.70 | NY DUPLICATING XEROX |
| 1/6/2016 | 6.60 | NY DUPLICATING XEROX |
| 1/6/2016 | 18.60 | NY DUPLICATING XEROX |
| 1/8/2016 | 8.40 | NY DUPLICATING XEROX |
| 1/8/2016 | 23.40 | NY DUPLICATING XEROX |
| 1/8/2016 | 25.20 | NY DUPLICATING XEROX |
| 1/11/2016 | 2.50 | NY DUPLICATING XEROX |
| 1/11/2016 | 5.00 | NY DUPLICATING XEROX |
| 1/12/2016 | 0.20 | NY DUPLICATING |
| 1/12/2016 | 1.10 | NY DUPLICATING |
| 1/13/2016 | 69.20 | NY DUPLICATING |
| 1/13/2016 | 0.10 | NY DUPLICATING XEROX |
| 1/13/2016 | 0.10 | NY DUPLICATING XEROX |
| 1/13/2016 | 0.10 | NY DUPLICATING XEROX |
| 1/13/2016 | 0.60 | NY DUPLICATING XEROX |
| 1/13/2016 | 1.00 | NY DUPLICATING XEROX |
| 1/13/2016 | 1.40 | NY DUPLICATING XEROX |
| 1/13/2016 | 1.40 | NY DUPLICATING XEROX |
| 1/13/2016 | 2.10 | NY DUPLICATING XEROX |

**EXPENSE SUMMARY**
*In re Nortel Networks Inc., et al.*
January 1, 2016 through January 31, 2016
*(Case No. 09-10138 (KG))*

| Date | Amount | Narrative |
|------|--------|-----------|
| 1/13/2016 | 2.10 | NY DUPLICATING XEROX |
| 1/13/2016 | 2.10 | NY DUPLICATING XEROX |
| 1/13/2016 | 2.80 | NY DUPLICATING XEROX |
| 1/13/2016 | 3.00 | NY DUPLICATING XEROX |
| 1/13/2016 | 3.20 | NY DUPLICATING XEROX |
| 1/13/2016 | 3.30 | NY DUPLICATING XEROX |
| 1/13/2016 | 3.80 | NY DUPLICATING XEROX |
| 1/13/2016 | 3.80 | NY DUPLICATING XEROX |
| 1/13/2016 | 4.20 | NY DUPLICATING XEROX |
| 1/13/2016 | 4.20 | NY DUPLICATING XEROX |
| 1/13/2016 | 5.90 | NY DUPLICATING XEROX |
| 1/13/2016 | 5.90 | NY DUPLICATING XEROX |
| 1/13/2016 | 6.20 | NY DUPLICATING XEROX |
| 1/13/2016 | 6.20 | NY DUPLICATING XEROX |
| 1/13/2016 | 6.80 | NY DUPLICATING XEROX |
| 1/13/2016 | 23.70 | NY DUPLICATING XEROX |
| 1/13/2016 | 288.70 | NY DUPLICATING XEROX |
| 1/14/2016 | 0.10 | NY DUPLICATING XEROX |
| 1/14/2016 | 0.10 | NY DUPLICATING XEROX |
| 1/14/2016 | 0.10 | NY DUPLICATING XEROX |
| 1/14/2016 | 0.10 | NY DUPLICATING XEROX |
| 1/14/2016 | 0.10 | NY DUPLICATING XEROX |
| 1/14/2016 | 0.10 | NY DUPLICATING XEROX |
| 1/14/2016 | 0.10 | NY DUPLICATING XEROX |
| 1/14/2016 | 0.10 | NY DUPLICATING XEROX |
| 1/14/2016 | 0.10 | NY DUPLICATING XEROX |
| 1/14/2016 | 0.20 | NY DUPLICATING XEROX |
| 1/14/2016 | 0.20 | NY DUPLICATING XEROX |
| 1/14/2016 | 0.20 | NY DUPLICATING XEROX |
| 1/14/2016 | 0.30 | NY DUPLICATING XEROX |
| 1/14/2016 | 0.40 | NY DUPLICATING XEROX |
| 1/14/2016 | 0.50 | NY DUPLICATING XEROX |
| 1/14/2016 | 0.50 | NY DUPLICATING XEROX |
| 1/14/2016 | 0.50 | NY DUPLICATING XEROX |
| 1/14/2016 | 0.60 | NY DUPLICATING XEROX |
| 1/14/2016 | 0.70 | NY DUPLICATING XEROX |
| 1/14/2016 | 1.00 | NY DUPLICATING XEROX |
| 1/14/2016 | 1.20 | NY DUPLICATING XEROX |
| 1/14/2016 | 1.20 | NY DUPLICATING XEROX |
| 1/14/2016 | 1.20 | NY DUPLICATING XEROX |

**EXPENSE SUMMARY**
**January 1, 2016 through January 31, 2016**

In re Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

| Date | Amount | Narrative |
|------|--------|-----------|
| 1/14/2016 | 1.20 | NY DUPLICATING XEROX |
| 1/14/2016 | 1.30 | NY DUPLICATING XEROX |
| 1/14/2016 | 1.30 | NY DUPLICATING XEROX |
| 1/14/2016 | 1.30 | NY DUPLICATING XEROX |
| 1/14/2016 | 1.30 | NY DUPLICATING XEROX |
| 1/14/2016 | 1.40 | NY DUPLICATING XEROX |
| 1/14/2016 | 1.80 | NY DUPLICATING XEROX |
| 1/14/2016 | 1.80 | NY DUPLICATING XEROX |
| 1/14/2016 | 2.20 | NY DUPLICATING XEROX |
| 1/14/2016 | 2.20 | NY DUPLICATING XEROX |
| 1/15/2016 | 0.10 | NY DUPLICATING XEROX |
| 1/15/2016 | 0.10 | NY DUPLICATING XEROX |
| 1/15/2016 | 0.20 | NY DUPLICATING XEROX |
| 1/15/2016 | 0.20 | NY DUPLICATING XEROX |
| 1/15/2016 | 0.30 | NY DUPLICATING XEROX |
| 1/16/2016 | 1.80 | NY DUPLICATING XEROX |
| 1/16/2016 | 2.30 | NY DUPLICATING XEROX |
| 1/16/2016 | 25.90 | NY DUPLICATING XEROX |
| 1/17/2016 | 0.60 | NY DUPLICATING XEROX |
| 1/17/2016 | 0.60 | NY DUPLICATING XEROX |
| 1/17/2016 | 0.60 | NY DUPLICATING XEROX |
| 1/17/2016 | 0.60 | NY DUPLICATING XEROX |
| 1/17/2016 | 0.60 | NY DUPLICATING XEROX |
| 1/17/2016 | 0.90 | NY DUPLICATING XEROX |
| 1/17/2016 | 0.90 | NY DUPLICATING XEROX |
| 1/17/2016 | 0.90 | NY DUPLICATING XEROX |
| 1/17/2016 | 0.90 | NY DUPLICATING XEROX |
| 1/17/2016 | 0.90 | NY DUPLICATING XEROX |
| 1/17/2016 | 0.90 | NY DUPLICATING XEROX |
| 1/17/2016 | 1.20 | NY DUPLICATING XEROX |
| 1/17/2016 | 1.20 | NY DUPLICATING XEROX |
| 1/17/2016 | 1.50 | NY DUPLICATING XEROX |
| 1/17/2016 | 1.50 | NY DUPLICATING XEROX |
| 1/17/2016 | 1.50 | NY DUPLICATING XEROX |
| 1/17/2016 | 1.50 | NY DUPLICATING XEROX |
| 1/17/2016 | 1.50 | NY DUPLICATING XEROX |
| 1/17/2016 | 1.50 | NY DUPLICATING XEROX |
| 1/17/2016 | 1.80 | NY DUPLICATING XEROX |
| 1/17/2016 | 1.80 | NY DUPLICATING XEROX |

**EXPENSE SUMMARY**
January 1, 2016 through January 31, 2016

In re Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

| Date | Amount | Narrative |
|------|--------|-----------|
| 1/17/2016 | 1.80 | NY DUPLICATING XEROX |
| 1/17/2016 | 1.80 | NY DUPLICATING XEROX |
| 1/17/2016 | 1.80 | NY DUPLICATING XEROX |
| 1/17/2016 | 1.80 | NY DUPLICATING XEROX |
| 1/17/2016 | 1.80 | NY DUPLICATING XEROX |
| 1/17/2016 | 1.80 | NY DUPLICATING XEROX |
| 1/17/2016 | 1.80 | NY DUPLICATING XEROX |
| 1/17/2016 | 1.80 | NY DUPLICATING XEROX |
| 1/17/2016 | 2.10 | NY DUPLICATING XEROX |
| 1/17/2016 | 2.10 | NY DUPLICATING XEROX |
| 1/17/2016 | 2.10 | NY DUPLICATING XEROX |
| 1/17/2016 | 2.10 | NY DUPLICATING XEROX |
| 1/17/2016 | 2.40 | NY DUPLICATING XEROX |
| 1/17/2016 | 2.40 | NY DUPLICATING XEROX |
| 1/17/2016 | 2.40 | NY DUPLICATING XEROX |
| 1/17/2016 | 2.40 | NY DUPLICATING XEROX |
| 1/17/2016 | 2.40 | NY DUPLICATING XEROX |
| 1/17/2016 | 2.40 | NY DUPLICATING XEROX |
| 1/17/2016 | 2.40 | NY DUPLICATING XEROX |
| 1/17/2016 | 2.70 | NY DUPLICATING XEROX |
| 1/17/2016 | 2.70 | NY DUPLICATING XEROX |
| 1/17/2016 | 2.70 | NY DUPLICATING XEROX |
| 1/17/2016 | 2.70 | NY DUPLICATING XEROX |
| 1/17/2016 | 2.70 | NY DUPLICATING XEROX |
| 1/17/2016 | 2.70 | NY DUPLICATING XEROX |
| 1/17/2016 | 3.00 | NY DUPLICATING XEROX |
| 1/17/2016 | 3.00 | NY DUPLICATING XEROX |
| 1/17/2016 | 3.00 | NY DUPLICATING XEROX |
| 1/17/2016 | 3.00 | NY DUPLICATING XEROX |
| 1/17/2016 | 3.00 | NY DUPLICATING XEROX |
| 1/17/2016 | 3.00 | NY DUPLICATING XEROX |
| 1/17/2016 | 3.30 | NY DUPLICATING XEROX |
| 1/17/2016 | 3.30 | NY DUPLICATING XEROX |
| 1/17/2016 | 3.30 | NY DUPLICATING XEROX |
| 1/17/2016 | 3.60 | NY DUPLICATING XEROX |
| 1/17/2016 | 3.60 | NY DUPLICATING XEROX |
| 1/17/2016 | 3.60 | NY DUPLICATING XEROX |
| 1/17/2016 | 3.90 | NY DUPLICATING XEROX |
| 1/17/2016 | 3.90 | NY DUPLICATING XEROX |
| 1/17/2016 | 3.90 | NY DUPLICATING XEROX |

| Date | Amount | Narrative |
|------|--------|-----------|
| 1/17/2016 | 3.90 | NY DUPLICATING XEROX |
| 1/17/2016 | 3.90 | NY DUPLICATING XEROX |
| 1/17/2016 | 3.90 | NY DUPLICATING XEROX |
| 1/17/2016 | 4.20 | NY DUPLICATING XEROX |
| 1/17/2016 | 4.20 | NY DUPLICATING XEROX |
| 1/17/2016 | 4.20 | NY DUPLICATING XEROX |
| 1/17/2016 | 4.50 | NY DUPLICATING XEROX |
| 1/17/2016 | 5.10 | NY DUPLICATING XEROX |
| 1/17/2016 | 5.10 | NY DUPLICATING XEROX |
| 1/17/2016 | 6.00 | NY DUPLICATING XEROX |
| 1/17/2016 | 6.00 | NY DUPLICATING XEROX |
| 1/17/2016 | 6.00 | NY DUPLICATING XEROX |
| 1/17/2016 | 6.60 | NY DUPLICATING XEROX |
| 1/17/2016 | 6.90 | NY DUPLICATING XEROX |
| 1/17/2016 | 8.10 | NY DUPLICATING XEROX |
| 1/17/2016 | 8.10 | NY DUPLICATING XEROX |
| 1/17/2016 | 8.70 | NY DUPLICATING XEROX |
| 1/17/2016 | 9.90 | NY DUPLICATING XEROX |
| 1/17/2016 | 10.50 | NY DUPLICATING XEROX |
| 1/17/2016 | 10.50 | NY DUPLICATING XEROX |
| 1/17/2016 | 10.50 | NY DUPLICATING XEROX |
| 1/17/2016 | 11.70 | NY DUPLICATING XEROX |
| 1/17/2016 | 14.10 | NY DUPLICATING XEROX |
| 1/17/2016 | 47.40 | NY DUPLICATING XEROX |
| 1/18/2016 | 4.80 | NY DUPLICATING XEROX |
| 1/19/2016 | 12.60 | NY DUPLICATING |
| 1/19/2016 | 2.40 | NY DUPLICATING XEROX |
| 1/21/2016 | 0.20 | NY DUPLICATING |
| 1/21/2016 | 0.10 | NY DUPLICATING XEROX |
| 1/21/2016 | 0.20 | NY DUPLICATING XEROX |
| 1/21/2016 | 0.90 | NY DUPLICATING XEROX |
| 1/21/2016 | 1.20 | NY DUPLICATING XEROX |
| 1/21/2016 | 1.30 | NY DUPLICATING XEROX |
| 1/21/2016 | 1.30 | NY DUPLICATING XEROX |
| 1/21/2016 | 1.90 | NY DUPLICATING XEROX |
| 1/21/2016 | 2.50 | NY DUPLICATING XEROX |
| 1/21/2016 | 2.50 | NY DUPLICATING XEROX |
| 1/21/2016 | 2.60 | NY DUPLICATING XEROX |
| 1/21/2016 | 2.60 | NY DUPLICATING XEROX |
| 1/21/2016 | 2.90 | NY DUPLICATING XEROX |

**EXPENSE SUMMARY**
January 1, 2016 through January 31, 2016

In re Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

| Date | Amount | Narrative |
|------|--------|-----------|
| 1/21/2016 | 3.60 | NY DUPLICATING XEROX |
| 1/21/2016 | 3.90 | NY DUPLICATING XEROX |
| 1/21/2016 | 4.00 | NY DUPLICATING XEROX |
| 1/21/2016 | 4.00 | NY DUPLICATING XEROX |
| 1/21/2016 | 5.60 | NY DUPLICATING XEROX |
| 1/21/2016 | 7.30 | NY DUPLICATING XEROX |
| 1/21/2016 | 17.50 | NY DUPLICATING XEROX |
| 1/21/2016 | 24.70 | NY DUPLICATING XEROX |
| 1/27/2016 | 0.10 | NY DUPLICATING XEROX |
| 1/27/2016 | 0.10 | NY DUPLICATING XEROX |
| 1/27/2016 | 0.10 | NY DUPLICATING XEROX |
| 1/27/2016 | 0.10 | NY DUPLICATING XEROX |
| 1/27/2016 | 0.10 | NY DUPLICATING XEROX |
| 1/27/2016 | 0.10 | NY DUPLICATING XEROX |
| 1/27/2016 | 0.10 | NY DUPLICATING XEROX |
| 1/27/2016 | 0.10 | NY DUPLICATING XEROX |
| 1/27/2016 | 0.10 | NY DUPLICATING XEROX |
| 1/27/2016 | 0.10 | NY DUPLICATING XEROX |
| 1/27/2016 | 0.10 | NY DUPLICATING XEROX |
| 1/27/2016 | 0.10 | NY DUPLICATING XEROX |
| 1/27/2016 | 0.10 | NY DUPLICATING XEROX |
| 1/27/2016 | 0.10 | NY DUPLICATING XEROX |
| 1/27/2016 | 0.10 | NY DUPLICATING XEROX |
| 1/27/2016 | 0.10 | NY DUPLICATING XEROX |
| 1/27/2016 | 0.10 | NY DUPLICATING XEROX |
| 1/27/2016 | 0.10 | NY DUPLICATING XEROX |
| 1/27/2016 | 0.20 | NY DUPLICATING XEROX |
| 1/27/2016 | 0.20 | NY DUPLICATING XEROX |
| 1/27/2016 | 0.20 | NY DUPLICATING XEROX |
| 1/27/2016 | 0.20 | NY DUPLICATING XEROX |
| 1/27/2016 | 0.20 | NY DUPLICATING XEROX |
| 1/27/2016 | 0.20 | NY DUPLICATING XEROX |
| 1/27/2016 | 0.20 | NY DUPLICATING XEROX |
| 1/27/2016 | 0.20 | NY DUPLICATING XEROX |
| 1/27/2016 | 0.20 | NY DUPLICATING XEROX |
| 1/27/2016 | 0.20 | NY DUPLICATING XEROX |
| 1/27/2016 | 0.20 | NY DUPLICATING XEROX |

EXPENSE SUMMARY
January 1, 2016 through January 31, 2016

In re Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

| Date | Amount | Narrative |
|------|--------|-----------|
| 1/27/2016 | 0.20 | NY DUPLICATING XEROX |
| 1/27/2016 | 0.20 | NY DUPLICATING XEROX |
| 1/27/2016 | 0.20 | NY DUPLICATING XEROX |
| 1/27/2016 | 0.20 | NY DUPLICATING XEROX |
| 1/27/2016 | 0.20 | NY DUPLICATING XEROX |
| 1/27/2016 | 0.20 | NY DUPLICATING XEROX |
| 1/27/2016 | 0.20 | NY DUPLICATING XEROX |
| 1/27/2016 | 0.20 | NY DUPLICATING XEROX |
| 1/27/2016 | 0.20 | NY DUPLICATING XEROX |
| 1/27/2016 | 0.20 | NY DUPLICATING XEROX |
| 1/27/2016 | 0.20 | NY DUPLICATING XEROX |
| 1/27/2016 | 0.20 | NY DUPLICATING XEROX |
| 1/27/2016 | 0.20 | NY DUPLICATING XEROX |
| 1/27/2016 | 0.20 | NY DUPLICATING XEROX |
| 1/27/2016 | 0.20 | NY DUPLICATING XEROX |
| 1/27/2016 | 0.20 | NY DUPLICATING XEROX |
| 1/27/2016 | 0.30 | NY DUPLICATING XEROX |
| 1/27/2016 | 0.30 | NY DUPLICATING XEROX |
| 1/27/2016 | 0.30 | NY DUPLICATING XEROX |
| 1/27/2016 | 0.30 | NY DUPLICATING XEROX |
| 1/27/2016 | 0.30 | NY DUPLICATING XEROX |
| 1/27/2016 | 0.30 | NY DUPLICATING XEROX |
| 1/27/2016 | 0.30 | NY DUPLICATING XEROX |
| 1/27/2016 | 0.30 | NY DUPLICATING XEROX |
| 1/27/2016 | 0.30 | NY DUPLICATING XEROX |
| 1/27/2016 | 0.30 | NY DUPLICATING XEROX |
| 1/27/2016 | 0.30 | NY DUPLICATING XEROX |
| 1/27/2016 | 0.30 | NY DUPLICATING XEROX |
| 1/27/2016 | 0.30 | NY DUPLICATING XEROX |
| 1/27/2016 | 0.30 | NY DUPLICATING XEROX |
| 1/27/2016 | 0.30 | NY DUPLICATING XEROX |
| 1/27/2016 | 0.30 | NY DUPLICATING XEROX |
| 1/27/2016 | 0.30 | NY DUPLICATING XEROX |
| 1/27/2016 | 0.30 | NY DUPLICATING XEROX |
| 1/27/2016 | 0.40 | NY DUPLICATING XEROX |
| 1/27/2016 | 0.40 | NY DUPLICATING XEROX |
| 1/27/2016 | 0.40 | NY DUPLICATING XEROX |

**EXPENSE SUMMARY**
**January 1, 2016 through January 31, 2016**

In re Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

| Date | Amount | Narrative |
|------|--------|-----------|
| 1/27/2016 | 0.40 | NY DUPLICATING XEROX |
| 1/27/2016 | 0.40 | NY DUPLICATING XEROX |
| 1/27/2016 | 0.40 | NY DUPLICATING XEROX |
| 1/27/2016 | 0.40 | NY DUPLICATING XEROX |
| 1/27/2016 | 0.40 | NY DUPLICATING XEROX |
| 1/27/2016 | 0.40 | NY DUPLICATING XEROX |
| 1/27/2016 | 0.40 | NY DUPLICATING XEROX |
| 1/27/2016 | 0.40 | NY DUPLICATING XEROX |
| 1/27/2016 | 0.40 | NY DUPLICATING XEROX |
| 1/27/2016 | 0.40 | NY DUPLICATING XEROX |
| 1/27/2016 | 0.50 | NY DUPLICATING XEROX |
| 1/27/2016 | 0.50 | NY DUPLICATING XEROX |
| 1/27/2016 | 0.50 | NY DUPLICATING XEROX |
| 1/27/2016 | 0.50 | NY DUPLICATING XEROX |
| 1/27/2016 | 0.50 | NY DUPLICATING XEROX |
| 1/27/2016 | 0.50 | NY DUPLICATING XEROX |
| 1/27/2016 | 0.50 | NY DUPLICATING XEROX |
| 1/27/2016 | 0.50 | NY DUPLICATING XEROX |
| 1/27/2016 | 0.50 | NY DUPLICATING XEROX |
| 1/27/2016 | 0.50 | NY DUPLICATING XEROX |
| 1/27/2016 | 0.50 | NY DUPLICATING XEROX |
| 1/27/2016 | 0.50 | NY DUPLICATING XEROX |
| 1/27/2016 | 0.60 | NY DUPLICATING XEROX |
| 1/27/2016 | 0.60 | NY DUPLICATING XEROX |
| 1/27/2016 | 0.60 | NY DUPLICATING XEROX |
| 1/27/2016 | 0.60 | NY DUPLICATING XEROX |
| 1/27/2016 | 0.60 | NY DUPLICATING XEROX |
| 1/27/2016 | 0.60 | NY DUPLICATING XEROX |
| 1/27/2016 | 0.60 | NY DUPLICATING XEROX |
| 1/27/2016 | 0.60 | NY DUPLICATING XEROX |
| 1/27/2016 | 0.60 | NY DUPLICATING XEROX |
| 1/27/2016 | 0.60 | NY DUPLICATING XEROX |
| 1/27/2016 | 0.60 | NY DUPLICATING XEROX |
| 1/27/2016 | 0.70 | NY DUPLICATING XEROX |
| 1/27/2016 | 0.70 | NY DUPLICATING XEROX |
| 1/27/2016 | 0.70 | NY DUPLICATING XEROX |
| 1/27/2016 | 0.70 | NY DUPLICATING XEROX |
| 1/27/2016 | 0.80 | NY DUPLICATING XEROX |
| 1/27/2016 | 0.80 | NY DUPLICATING XEROX |
| 1/27/2016 | 0.80 | NY DUPLICATING XEROX |

**EXPENSE SUMMARY**
January 1, 2016 through January 31, 2016

In re Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

| Date | Amount | Narrative |
|------|--------|-----------|
| 1/27/2016 | 0.80 | NY DUPLICATING XEROX |
| 1/27/2016 | 0.90 | NY DUPLICATING XEROX |
| 1/27/2016 | 0.90 | NY DUPLICATING XEROX |
| 1/27/2016 | 0.90 | NY DUPLICATING XEROX |
| 1/27/2016 | 0.90 | NY DUPLICATING XEROX |
| 1/27/2016 | 0.90 | NY DUPLICATING XEROX |
| 1/27/2016 | 0.90 | NY DUPLICATING XEROX |
| 1/27/2016 | 0.90 | NY DUPLICATING XEROX |
| 1/27/2016 | 0.90 | NY DUPLICATING XEROX |
| 1/27/2016 | 0.90 | NY DUPLICATING XEROX |
| 1/27/2016 | 1.10 | NY DUPLICATING XEROX |
| 1/27/2016 | 1.10 | NY DUPLICATING XEROX |
| 1/27/2016 | 1.10 | NY DUPLICATING XEROX |
| 1/27/2016 | 1.10 | NY DUPLICATING XEROX |
| 1/27/2016 | 1.10 | NY DUPLICATING XEROX |
| 1/27/2016 | 1.20 | NY DUPLICATING XEROX |
| 1/27/2016 | 1.20 | NY DUPLICATING XEROX |
| 1/27/2016 | 1.20 | NY DUPLICATING XEROX |
| 1/27/2016 | 1.20 | NY DUPLICATING XEROX |
| 1/27/2016 | 1.30 | NY DUPLICATING XEROX |
| 1/27/2016 | 1.30 | NY DUPLICATING XEROX |
| 1/27/2016 | 1.30 | NY DUPLICATING XEROX |
| 1/27/2016 | 1.30 | NY DUPLICATING XEROX |
| 1/27/2016 | 1.40 | NY DUPLICATING XEROX |
| 1/27/2016 | 1.40 | NY DUPLICATING XEROX |
| 1/27/2016 | 1.40 | NY DUPLICATING XEROX |
| 1/27/2016 | 1.40 | NY DUPLICATING XEROX |
| 1/27/2016 | 1.60 | NY DUPLICATING XEROX |
| 1/27/2016 | 2.00 | NY DUPLICATING XEROX |
| 1/27/2016 | 2.30 | NY DUPLICATING XEROX |
| 1/27/2016 | 2.30 | NY DUPLICATING XEROX |
| 1/27/2016 | 2.30 | NY DUPLICATING XEROX |
| 1/27/2016 | 3.40 | NY DUPLICATING XEROX |
| 1/27/2016 | 14.90 | NY DUPLICATING XEROX |
| 1/27/2016 | 15.20 | NY DUPLICATING XEROX |
| 1/27/2016 | 32.70 | NY DUPLICATING XEROX |
| 1/28/2016 | 0.10 | NY DUPLICATING XEROX |
| 1/28/2016 | 0.10 | NY DUPLICATING XEROX |
| 1/28/2016 | 0.10 | NY DUPLICATING XEROX |
| 1/28/2016 | 0.20 | NY DUPLICATING XEROX |

| Date | Amount | Narrative |
|------|--------|-----------|
| 1/28/2016 | 0.20 | NY DUPLICATING XEROX |
| 1/28/2016 | 0.20 | NY DUPLICATING XEROX |
| 1/28/2016 | 0.20 | NY DUPLICATING XEROX |
| 1/28/2016 | 0.20 | NY DUPLICATING XEROX |
| 1/28/2016 | 0.20 | NY DUPLICATING XEROX |
| 1/28/2016 | 0.20 | NY DUPLICATING XEROX |
| 1/28/2016 | 0.20 | NY DUPLICATING XEROX |
| 1/28/2016 | 0.20 | NY DUPLICATING XEROX |
| 1/28/2016 | 0.20 | NY DUPLICATING XEROX |
| 1/28/2016 | 0.20 | NY DUPLICATING XEROX |
| 1/28/2016 | 0.20 | NY DUPLICATING XEROX |
| 1/28/2016 | 0.20 | NY DUPLICATING XEROX |
| 1/28/2016 | 0.20 | NY DUPLICATING XEROX |
| 1/28/2016 | 0.20 | NY DUPLICATING XEROX |
| 1/28/2016 | 0.30 | NY DUPLICATING XEROX |
| 1/28/2016 | 0.30 | NY DUPLICATING XEROX |
| 1/28/2016 | 0.40 | NY DUPLICATING XEROX |
| 1/28/2016 | 0.40 | NY DUPLICATING XEROX |
| 1/28/2016 | 0.40 | NY DUPLICATING XEROX |
| 1/28/2016 | 0.40 | NY DUPLICATING XEROX |
| 1/28/2016 | 0.40 | NY DUPLICATING XEROX |
| 1/28/2016 | 0.40 | NY DUPLICATING XEROX |
| 1/28/2016 | 0.40 | NY DUPLICATING XEROX |
| 1/28/2016 | 0.40 | NY DUPLICATING XEROX |
| 1/28/2016 | 0.40 | NY DUPLICATING XEROX |
| 1/28/2016 | 0.40 | NY DUPLICATING XEROX |
| 1/28/2016 | 0.50 | NY DUPLICATING XEROX |
| 1/28/2016 | 0.50 | NY DUPLICATING XEROX |
| 1/28/2016 | 0.50 | NY DUPLICATING XEROX |
| 1/28/2016 | 0.60 | NY DUPLICATING XEROX |
| 1/28/2016 | 0.70 | NY DUPLICATING XEROX |
| 1/28/2016 | 0.80 | NY DUPLICATING XEROX |
| 1/28/2016 | 0.90 | NY DUPLICATING XEROX |
| 1/28/2016 | 1.00 | NY DUPLICATING XEROX |
| 1/28/2016 | 1.00 | NY DUPLICATING XEROX |
| 1/28/2016 | 1.20 | NY DUPLICATING XEROX |
| 1/28/2016 | 2.00 | NY DUPLICATING XEROX |
| **TOTAL:** | **1,261.70** | |
| | | |
| **Legal Research - Lexis** | | |

**EXPENSE SUMMARY**
**January 1, 2016 through January 31, 2016**

In re Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

| Date | Amount | Narrative |
|------|--------|-----------|
| | | |
| 12/1/2015 | 0.74 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 12/1/2015 | 0.74 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 12/1/2015 | 0.75 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 12/2/2015 | 0.72 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 12/2/2015 | 0.73 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 12/2/2015 | 0.75 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 12/3/2015 | 0.72 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 12/3/2015 | 0.74 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 12/3/2015 | 0.75 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 12/4/2015 | 0.73 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 12/4/2015 | 0.73 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 12/4/2015 | 0.74 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 12/5/2015 | 0.74 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 12/5/2015 | 0.75 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 12/5/2015 | 0.76 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 12/6/2015 | 0.73 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 12/6/2015 | 0.73 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 12/6/2015 | 0.74 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 12/7/2015 | 0.74 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 12/7/2015 | 0.74 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 12/7/2015 | 0.76 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 12/8/2015 | 0.74 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 12/8/2015 | 0.74 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 12/8/2015 | 0.74 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 12/9/2015 | 0.73 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 12/9/2015 | 0.74 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 12/9/2015 | 0.74 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 12/10/2015 | 0.75 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 12/10/2015 | 0.75 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 12/10/2015 | 0.75 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 12/11/2015 | 0.73 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 12/11/2015 | 0.74 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 12/11/2015 | 0.75 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 12/12/2015 | 0.74 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 12/12/2015 | 0.74 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 12/12/2015 | 0.74 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 12/13/2015 | 0.74 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 12/13/2015 | 0.74 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 12/13/2015 | 0.74 | COMPUTER RESEARCH - LEXIS PUBLISHER |

**EXPENSE SUMMARY**
January 1, 2016 through January 31, 2016

In re Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

| Date | Amount | Narrative |
|------|--------|-----------|
| 12/14/2015 | 0.74 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 12/14/2015 | 0.74 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 12/14/2015 | 0.76 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 12/15/2015 | 0.74 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 12/15/2015 | 0.74 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 12/15/2015 | 0.75 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 12/16/2015 | 0.73 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 12/16/2015 | 0.74 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 12/16/2015 | 0.75 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 12/17/2015 | 0.73 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 12/17/2015 | 0.73 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 12/17/2015 | 0.75 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 12/18/2015 | 0.73 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 12/18/2015 | 0.74 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 12/18/2015 | 0.75 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 12/19/2015 | 0.73 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 12/19/2015 | 0.74 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 12/19/2015 | 0.75 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 12/20/2015 | 0.73 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 12/20/2015 | 0.73 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 12/20/2015 | 0.74 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 12/21/2015 | 100.17 | COMPUTER RESEARCH - LEXIS |
| 12/21/2015 | 0.73 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 12/21/2015 | 0.75 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 12/21/2015 | 0.75 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 12/22/2015 | 0.72 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 12/22/2015 | 0.73 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 12/22/2015 | 0.75 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 12/23/2015 | 0.73 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 12/23/2015 | 0.74 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 12/23/2015 | 0.75 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 12/24/2015 | 0.73 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 12/24/2015 | 0.74 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 12/24/2015 | 0.75 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 12/25/2015 | 0.73 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 12/25/2015 | 0.73 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 12/25/2015 | 0.75 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 12/26/2015 | 0.73 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 12/26/2015 | 0.75 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 12/26/2015 | 0.76 | COMPUTER RESEARCH - LEXIS PUBLISHER |

| Date | Amount | Narrative |
|------|--------|-----------|
| 12/27/2015 | 0.73 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 12/27/2015 | 0.74 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 12/27/2015 | 0.74 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 12/28/2015 | 0.74 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 12/28/2015 | 0.74 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 12/28/2015 | 0.74 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 12/29/2015 | 0.73 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 12/29/2015 | 0.74 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 12/29/2015 | 0.74 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 12/30/2015 | 0.73 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 12/30/2015 | 0.74 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 12/30/2015 | 0.74 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 12/31/2015 | 0.74 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 12/31/2015 | 0.74 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 12/31/2015 | 0.75 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| **TOTAL:** | **168.98** | |
| | | |
| **Legal Research - Westlaw** | | |
| | | |
| 12/21/2015 | 43.11 | COMPUTER RESEARCH - WESTLAW |
| 12/21/2015 | 43.11 | COMPUTER RESEARCH - WESTLAW |
| 12/21/2015 | 43.11 | COMPUTER RESEARCH - WESTLAW |
| 1/6/2016 | 86.23 | COMPUTER RESEARCH - WESTLAW |
| 1/7/2016 | 43.11 | COMPUTER RESEARCH - WESTLAW |
| 1/7/2016 | 43.11 | COMPUTER RESEARCH - WESTLAW |
| 1/7/2016 | 86.23 | COMPUTER RESEARCH - WESTLAW |
| 1/11/2016 | 19.64 | COMPUTER RESEARCH - WESTLAW |
| 1/11/2016 | 52.70 | COMPUTER RESEARCH - WESTLAW |
| 1/14/2016 | 152.39 | COMPUTER RESEARCH - WESTLAW |
| 1/17/2016 | 68.81 | COMPUTER RESEARCH - WESTLAW |
| 1/19/2016 | 43.11 | COMPUTER RESEARCH - WESTLAW |
| 1/20/2016 | 68.81 | COMPUTER RESEARCH - WESTLAW |
| 1/20/2016 | 86.23 | COMPUTER RESEARCH - WESTLAW |
| 1/21/2016 | 25.69 | COMPUTER RESEARCH - WESTLAW |
| 1/21/2016 | 68.81 | COMPUTER RESEARCH - WESTLAW |
| 1/21/2016 | 129.34 | COMPUTER RESEARCH - WESTLAW |
| **TOTAL:** | **1,103.54** | |
| | | |
| **Legal Research - PACER** | | |
| | | |

**EXPENSE SUMMARY**
**January 1, 2016 through January 31, 2016**

In re Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

| Date | Amount | Narrative |
|------|--------|-----------|
| 1/27/2016 | 0.20 | COMPUTER RESEARCH - PACER |
| 1/27/2016 | 10.70 | COMPUTER RESEARCH - PACER |
| 1/27/2016 | 29.90 | COMPUTER RESEARCH - PACER |
| 1/27/2016 | 31.90 | COMPUTER RESEARCH - PACER |
| 1/27/2016 | 46.20 | COMPUTER RESEARCH - PACER |
| 1/27/2016 | 64.30 | COMPUTER RESEARCH - PACER |
| 1/27/2016 | 93.80 | COMPUTER RESEARCH - PACER |
| 1/27/2016 | 132.60 | COMPUTER RESEARCH - PACER |
| 1/27/2016 | 238.40 | COMPUTER RESEARCH - PACER |
| 1/27/2016 | 723.20 | COMPUTER RESEARCH - PACER |
| **TOTAL:** | **1,371.20** | |
| | | |
| **Late Work - Meals** | | |
| | | |
| 11/18/2015 | 46.33 | Late Work Meals - Rosenthal |
| 11/20/2015 | 41.32 | Late Work Meals - Rosenthal |
| 11/23/2015 | 22.34 | Late Work Meals - Cantwell |
| 11/23/2015 | 18.97 | Late Work Meals - Hakkenberg |
| 11/24/2015 | 12.19 | Late Work Meals - Bromley |
| 11/24/2015 | 22.30 | Late Work Meals - Gianis |
| 11/24/2015 | 19.74 | Late Work Meals - Hakkenberg |
| 11/24/2015 | 22.71 | Late Work Meals - Redway |
| 11/24/2015 | 14.71 | Late Work Meals - Rosenthal |
| 11/25/2015 | 46.32 | Late Work Meals - Rosenthal |
| 11/30/2015 | 35.48 | Late Work Meals - Cantwell |
| 11/30/2015 | 15.79 | Late Work Meals - Gianis |
| 11/30/2015 | 22.10 | Late Work Meals - Gonzalez |
| 11/30/2015 | 27.44 | Late Work Meals - Gurgel |
| 11/30/2015 | 18.30 | Late Work Meals - McKay |
| 11/30/2015 | 20.34 | Late Work Meals - Stein |
| 12/1/2015 | 6.48 | Late Work Meals - Bromley |
| 12/1/2015 | 24.53 | Late Work Meals - Cantwell |
| 12/1/2015 | 12.29 | Late Work Meals - Dompierre |
| 12/1/2015 | 14.77 | Late Work Meals - Gallagher |
| 12/1/2015 | 33.53 | Late Work Meals - Gianis |
| 12/1/2015 | 21.96 | Late Work Meals - Hakkenberg |
| 12/1/2015 | 33.61 | Late Work Meals - Murtagh |
| 12/1/2015 | 33.77 | Late Work Meals - Redway |
| 12/2/2015 | 15.16 | Late Work Meals - Bromley |
| 12/2/2015 | 30.41 | Late Work Meals - Cantwell |

| Date | Amount | Narrative |
|------|--------|-----------|
| 12/2/2015 | 11.78 | Late Work Meals - Hakkenberg |
| 12/2/2015 | 14.04 | Late Work Meals - Lobacheva |
| 12/2/2015 | 12.15 | Late Work Meals - McKay |
| 12/2/2015 | 26.80 | Late Work Meals - Setren |
| 12/3/2015 | 22.86 | Late Work Meals - Cantwell |
| 12/3/2015 | 3.81 | Late Work Meals - Gurgel |
| 12/5/2015 | 33.97 | Late Work Meals - Gurgel |
| 12/7/2015 | 25.06 | Late Work Meals - Cantwell |
| 12/7/2015 | 12.95 | Late Work Meals - Gurgel |
| 12/7/2015 | 27.75 | Late Work Meals - Hong |
| 12/8/2015 | 22.52 | Late Work Meals - Cantwell |
| 12/8/2015 | 10.75 | Late Work Meals - Murtagh |
| 12/8/2015 | 37.34 | Late Work Meals - Redway |
| 12/9/2015 | 32.32 | Late Work Meals - Cantwell |
| 12/9/2015 | 20.26 | Late Work Meals - Gurgel |
| 12/9/2015 | 11.69 | Late Work Meals - Murtagh |
| 12/10/2015 | 30.71 | Late Work Meals - Bromley |
| 12/10/2015 | 14.79 | Late Work Meals - Murtagh |
| 12/14/2015 | 16.01 | Late Work Meals - Cantwell |
| 12/14/2015 | 28.58 | Late Work Meals - Gurgel |
| 12/14/2015 | 20.96 | Late Work Meals - Herrington |
| 12/14/2015 | 15.16 | Late Work Meals - Livingston |
| 12/17/2015 | 38.15 | Late Work Meals - Cantwell |
| 12/17/2015 | 30.86 | Late Work Meals - Gianis |
| 12/21/2015 | 14.71 | Late Work Meals - Lobacheva |
| 12/21/2015 | 22.69 | Late Work Meals - Setren |
| 12/22/2015 | 13.50 | Late Work Meals - Murtagh |
| 1/4/2016 | 26.37 | Late Work Meals - Cantwell |
| 1/5/2016 | 28.82 | Late Work Meals - Cantwell |
| 1/6/2016 | 33.56 | Late Work Meals - Cantwell |
| 1/6/2016 | 24.01 | Late Work Meals - Gianis |
| 1/7/2016 | 39.97 | Late Work Meals - Cantwell |
| 1/14/2016 | 15.34 | Late Work Meals - Gianis |
| **TOTAL:** | **1,373.13** | |
| | | |
| **Late Work - Transportation** | | |
| | | |
| 12/7/2015 | 22.55 | Late Work Transportation - Rosenthal |
| 12/14/2015 | 25.22 | Late Work Transportation - Cantwell |
| 12/17/2015 | 26.68 | Late Work Transportation - Cantwell |

**EXPENSE SUMMARY**
**January 1, 2016 through January 31, 2016**

In re Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

| Date | Amount | Narrative |
|------|--------|-----------|
| 12/17/2015 | 67.39 | Late Work Transportation - Schweitzer |
| 12/21/2015 | 45.60 | Late Work Transportation - Herrington |
| 12/22/2015 | 120.71 | Late Work Transportation - Schweitzer |
| 12/23/2015 | 9.23 | Late Work Transportation - Sheridan |
| 1/7/2016 | 89.84 | Late Work Transportation - O'Keefe |
| 1/16/2016 | 17.25 | Late Work Transportation - Gianis |
| **TOTAL:** | **424.47** | |
| | | |
| **Other** | | |
| | | |
| 1/11/2016 | 14.97 | COMPUTER RESEARCH - COURTALERT - -VENDOR: CourtAlert.com, Inc. |
| **TOTAL:** | **14.97** | |
| | | |
| | | |
| **GRAND TOTAL:** | **7,969.40** | |
| | | |
| [1] Consistent with Cleary Gottlieb's normal procedure in the present case, Cleary Gottlieb is seeking reimbursement for only the value of standard class train and airplane fares. | | |