# EXHIBIT A

## NORTEL NETWORKS INC., *et al*.
### CASE NO. 09-10138 (KG)

Professional Fees and Expenses
Monthly Fee Application

| Applicant & Docket No. | Time Period Covered | Fees & Expenses Requested in Application | Fees & Expenses Allowed/Awarded | Date Application Filed | Objection Deadline |
|---|---|---|---|---|---|
| Ashurst LLP<br><br>[Docket No. 16499] | 12/1/15 - 12/31/15 | £12,248.50 (Fees)<br><br>£38.56 (Expenses) | £9,798.80 (Fees @ 80%)<br><br>£38.56 (Expenses @ 100%) | 1/29/16 | 2/19/16 |