**Exhibit B**

4819-4599-9918.1

**Nortel Networks, Inc.**
**Expenses**

| Employee | Description | Transaction Date | Expenses |
|---|---|---|---|
| Beakey III,Andrew M (US011131290) | Misc: Nortel Tax meetings in Raleigh - misc | 8/31/2015 | $3.00 |
| Beakey III,Andrew M (US011131290) | Air: Nortel meeting in Raleigh\\QUJXMM | 9/17/2015 | $1,206.20 |
| Beakey III,Andrew M (US011131290) | Air: Nortel meeting\\QUJXMM | 9/18/2015 | $35.00 |
| DeVincenzo,Jennie Harrison (US011772771) | Dinner: Dinner with Jessica Heroy to discuss the transition of the Nortel employment tax project from Jessica to myself.  Discussions included the historical services provided to Nortel, the in-scope vs. out-of-scope services and preparing for the meeting with Nortel the following week. | 9/22/2015 | $64.85 |
| Beakey III,Andrew M (US011131290) | Mileage: Nortel meeting\\office to airport | 9/23/2015 | $40.25 |
| Beakey III,Andrew M (US011131290) | Mileage: Nortel tax meetings - mileage\\home to airport | 9/23/2015 | $40.25 |
| Beakey III,Andrew M (US011131290) | Tolls: Nortel tax meetings - tolls\\home to airport | 9/23/2015 | $13.00 |
| Beakey III,Andrew M (US011131290) | Parking: Nortel tax meetings - parking | 9/24/2015 | $52.00 |
| Beakey III,Andrew M (US011131290) | RentalCar: Nortel meeting\\599238846 | 9/24/2015 | $41.64 |
| Beakey III,Andrew M (US011131290) | Brkft: Nortel tax meetings | 9/24/2015 | $18.00 |
| Beakey III,Andrew M (US011131290) | Misc: Nortel tax meetings - tips | 9/24/2015 | $5.00 |
| Beakey III,Andrew M (US011131290) | Lodge: Nortel tax meetings\\LZO7K4 | 9/25/2015 | $172.52 |
| DeVincenzo,Jennie Harrison (US011772771) | Air: Trip to Charlotte to meet with Nortel team\\NIGPQk | 9/25/2015 | $1,087.58 |
| DeVincenzo,Jennie Harrison (US011772771) | Air: Trip to Charlotte to meet with Nortel team\\NIGPQk | 9/25/2015 | $7.00 |
| Lowery,Kristie L (US011686190) | Lunch: Nortel team lunch during 3 hour meeting catered to discuss status, payroll and implications of claims payout, potential timing, numbers...etc. Attendees: Kathryn Schultea - RLKS Nortel; Felicia Buenstro - Nortel RLKS, Letiticia Barrios - Nortel RLKS, Jessica Heroy - EY Sr. Mgr, Jennie Devincenzo - EY Sr Mgr; Rebecca Mills - EY Senior, Angel Oliver - EY Senior, Kaitlin Doyle _ EY Staff; Kristie Lowery - EY Partner | 9/29/2015 | $190.37 |
| DeVincenzo,Jennie Harrison (US011772771) | Tolls: Home from airport after flying to Charlotte to meet with Nortel\\home from airport | 9/29/2015 | $6.00 |
| DeVincenzo,Jennie Harrison (US011772771) | Mileage: Home from airport after flying to Charlotte to meet with Nortel\\airport to home | 9/29/2015 | $11.50 |
| DeVincenzo,Jennie Harrison (US011772771) | Brkft: Breakfast while in Charlotte for meeting with Norte | 9/29/2015 | $8.96 |
| DeVincenzo,Jennie Harrison (US011772771) | Taxi: Trip to Charlotte to meet with Nortel team\\airport to hote | 9/29/2015 | $31.25 |

**Nortel Networks, Inc.**
**Expenses**

| Employee | Description | Transaction Date | Expenses |
|---|---|---|---|
| DeVincenzo,Jennie Harrison (US011772771) | Air: Trip to Charlotte to meet with Nortel team; change fee through the airport to change to an earlier flight\\NIGPQK | 9/29/2015 | $75.00 |
| DeVincenzo,Jennie Harrison (US011772771) | Lodge: Trip to Charlotte to meet with Nortel team\\NIGPQK | 9/29/2015 | $232.81 |
| DeVincenzo,Jennie Harrison (US011772771) | Taxi: Trip to Charlotte to meet with Nortel team\\ey office to airport | 9/29/2015 | $31.25 |
| DeVincenzo,Jennie Harrison (US011772771) | Parking: Trip to Charlotte to meet with Nortel team | 9/29/2015 | $33.00 |
| Lowery,Kristie L (US011686190) | Ticket: Meeting in Raleigh w Nortel team to develop payroll tax scenarios for taxation of claims for wage items.  Amex booking fee for Hotel in Durham | 10/7/2015 | $3.95 |
| DeVincenzo,Jennie Harrison (US011772771) | Air: Trip to Raleigh to meet with Nortel team\\VKMBOC | 10/7/2015 | $559.20 |
| DeVincenzo,Jennie Harrison (US011772771) | Air: Trip to Raleigh to meet with Nortel team\\VKMBOC | 10/7/2015 | $7.00 |
| Lowery,Kristie L (US011686190) | Air: Meeting in Raleigh w Nortel team to develop payroll tax scenarios for taxation of claims for wage items.  Airfare to Houston to meet with RLKS and Nortel team on design build out of taxation of claims payments\\UVOQBP | 10/21/2015 | $292.50 |
| Lowery,Kristie L (US011686190) | Dinner: Meeting in Raleigh w Nortel team to develop payroll tax scenarios for taxation of claims for wage items.  Kathryn Schulte - RLKS President; Letitica Barrios - RLKS, Felicia Buenestro - RLKS, Jennie Devincenzo - EY Sr Mgr; Kristie Lowery - EY Partner.  Discussed taxation and system design | 10/21/2015 | $109.32 |
| Lowery,Kristie L (US011686190) | Mileage: Meeting in Raleigh w Nortel team to develop payroll tax scenarios for taxation of claims for wage items.\\EY to Cary RT | 10/21/2015 | $212.18 |
| Lowery,Kristie L (US011686190) | Air: Meeting in Raleigh w Nortel team to develop payroll tax scenarios for taxation of claims for wage items.  AMex booking fee\\UVOQBP | 10/21/2015 | $7.00 |
| Lowery,Kristie L (US011686190) | Brkft: Meeting in Raleigh w Nortel team to develop payroll tax scenarios for taxation of claims for wage items. | 10/21/2015 | $8.12 |
| DeVincenzo,Jennie Harrison (US011772771) | Air: Trip to Texas to meet with Kathy Schultea and team regarding the payout of distributions to former employees and building the gross-to-net database.\\COXZUL | 10/21/2015 | $7.00 |
| DeVincenzo,Jennie Harrison (US011772771) | Brkft: Trip to Raleigh to meet with Kathy Schultea and team regarding designing the gross-to-net distribution database | 10/21/2015 | $19.99 |

**Nortel Networks, Inc.**
**Expenses**

| Employee | Description | Transaction Date | Expenses |
|---|---|---|---|
| DeVincenzo,Jennie Harrison (US011772771) | Air: Trip to Texas to meet with Kathy Schultea and team regarding the payout of distributions to former employees and building the gross-to-net database.\\COXZUL | 10/21/2015 | $994.76 |
| DeVincenzo,Jennie Harrison (US011772771) | Tolls: Trip to Raleigh to meet with Kathy Schultea and team regarding designing the gross-to-net distribution database\\home to airport | 10/21/2015 | $6.00 |
| DeVincenzo,Jennie Harrison (US011772771) | Mileage: Trip to Raleigh to meet with Kathy Schultea and team regarding designing the gross-to-net distribution database\\home to airport | 10/21/2015 | $11.50 |
| Lowery,Kristie L (US011686190) | Brkft: Meeting in Raleigh w Nortel team to develop payroll tax scenarios for taxation of claims for wage items. | 10/22/2015 | $12.00 |
| Lowery,Kristie L (US011686190) | Dinner: Meeting in Raleigh w Nortel team to develop payroll tax scenarios for taxation of claims for wage items. | 10/22/2015 | $21.35 |
| DeVincenzo,Jennie Harrison (US011772771) | Lodge: Trip to Raleigh to meet with Kathy Schultea and team regarding designing the gross-to-net distribution database\\VKMBOQ | 10/22/2015 | $166.85 |
| DeVincenzo,Jennie Harrison (US011772771) | Mileage: Trip to Raleigh to meet with Kathy Schultea and team regarding designing the gross-to-net distribution database\\airport to home | 10/22/2015 | $11.50 |
| DeVincenzo,Jennie Harrison (US011772771) | Tolls: Trip to Raleigh to meet with Kathy Schultea and team regarding designing the gross-to-net distribution database\\airport to home | 10/22/2015 | $6.00 |
| DeVincenzo,Jennie Harrison (US011772771) | Parking: Trip to Raleigh to meet with Kathy Schultea and team regarding designing the gross-to-net distribution database | 10/22/2015 | $66.00 |
| Lowery,Kristie L (US011686190) | Lodge: Meeting in Raleigh w Nortel team to develop payroll tax scenarios for taxation of claims for wage items.\\HFQAXB | 10/23/2015 | $166.85 |
| Kennedy,Diana Lynn (US012436403) | Mileage: EY office and Nortel office | 11/2/2015 | $34.50 |
| Williams,Mark (US013717769) | Mileage: Excess miles | 11/10/2015 | $14.95 |
| Kennedy,Diana Lynn (US012436403) | Mileage: EY office and Nortel office | 11/10/2015 | $17.25 |
| Lowery,Kristie L (US011686190) | Brkft: Nortel meeting in Houston for database build out and specifications with RLKS team. | 11/10/2015 | $15.52 |

**Nortel Networks, Inc.**
**Expenses**

| Employee | Description | Transaction Date | Expenses |
|---|---|---|---|
| Lowery,Kristie L (US011686190) | Dinner: Nortel meeting in Houston for database build out and specifications with RLKS team.  Jennie Devincenzo - EY Sr Manager; Kristie Lowery - EY Partner | 11/10/2015 | $57.71 |
| Lowery,Kristie L (US011686190) | Taxi: Nortel meeting in Houston for database build out and specifications with RLKS team.  Cab fare from IAH to Downtown Houston for Kristie Lowery EY partner; Jennie Devincenzo - EY Sr Mgr.\\IAH to Downtown Houston | 11/10/2015 | $71.46 |
| DeVincenzo,Jennie Harrison (US011772771) | Brkft: Trip to Texas to meet with Kathy Schultea and team regarding the payout of distributions to former employees and building the gross-to-net database. | 11/10/2015 | $10.37 |
| DeVincenzo,Jennie Harrison (US011772771) | Tolls: Trip to Texas to meet with Kathy Schultea and team regarding the payout of distributions to former employees and building the gross-to-net database.\\home to airport | 11/10/2015 | $6.60 |
| DeVincenzo,Jennie Harrison (US011772771) | Mileage: Trip to Texas to meet with Kathy Schultea and team regarding the payout of distributions to former employees and building the gross-to-net database.\\home to airport | 11/10/2015 | $14.38 |
| Scott,James E (US011119307) | Air: airfare for Nortel meetings in Houston--amex ticket fee\\ugjuqe | 11/11/2015 | $7.00 |
| Scott,James E (US011119307) | Air: airfare for Nortel meetings in Houston\\ugjuqe | 11/11/2015 | $376.89 |
| Lowery,Kristie L (US011686190) | Brkft: Nortel meeting in Houston for database build out and specifications with RLKS team.  Breakfast with Kristie Lowery - EY Partner; Jennie Devincenzo - EY sr Manager and Kathy Schultea (RKLS).  Receipt on hotel folio | 11/11/2015 | $59.00 |
| Lowery,Kristie L (US011686190) | Parking: Nortel meeting in Houston for database build out and specifications with RLKS team. | 11/12/2015 | $40.00 |
| Lowery,Kristie L (US011686190) | Mileage: Nortel meeting in Houston for database build out and specifications with RLKS team.\\to/ from CLT RT EY | 11/12/2015 | $14.38 |
| Lowery,Kristie L (US011686190) | Misc: Valet at hotel for Nortel meeting in Houston for database build out and specifications with RLKS team. | 11/12/2015 | $20.00 |
| Lowery,Kristie L (US011686190) | Brkft: Nortel meeting in Houston for database build out and specifications with RLKS team. | 11/12/2015 | $10.74 |

**Nortel Networks, Inc.**
**Expenses**

| Employee | Description | Transaction Date | Expenses |
|---|---|---|---|
| DeVincenzo,Jennie Harrison (US011772771) | Mileage: Trip to Texas to meet with Kathy Schultea and team regarding the payout of distributions to former employees and building the gross-to-net database.\\airport to home | 11/12/2015 | $14.38 |
| DeVincenzo,Jennie Harrison (US011772771) | Tolls: Trip to Texas to meet with Kathy Schultea and team regarding the payout of distributions to former employees and building the gross-to-net database.\\airport to home | 11/12/2015 | $6.60 |
| DeVincenzo,Jennie Harrison (US011772771) | Parking: Trip to Texas to meet with Kathy Schultea and team regarding the payout of distributions to former employees and building the gross-to-net database. | 11/12/2015 | $78.00 |
| DeVincenzo,Jennie Harrison (US011772771) | Lodge: Trip to Texas to meet with Kathy Schultea and team regarding the payout of distributions to former employees and building the gross-to-net database.\\COXZUL | 11/12/2015 | $484.20 |
| DeVincenzo,Jennie Harrison (US011772771) | Taxi: Trip to Texas to meet with Kathy Schultea and team regarding the payout of distributions to former employees and building the gross-to-net database.\\hotel to airport | 11/12/2015 | $74.50 |
| DeVincenzo,Jennie Harrison (US011772771) | Dinner: Trip to Texas to meet with Kathy Schultea and team regarding the payout of distributions to former employees and building the gross-to-net database. | 11/12/2015 | $5.41 |
| DeVincenzo,Jennie Harrison (US011772771) | Parking: Trip to Texas to meet with Kathy Schultea and team regarding the payout of distributions to former employees and building the gross-to-net database. | 11/12/2015 | $25.00 |
| DeVincenzo,Jennie Harrison (US011772771) | Brkft: Trip to Texas to meet with Kathy Schultea and team regarding the payout of distributions to former employees and building the gross-to-net database. | 11/12/2015 | $16.54 |
| Williams,Mark (US013717769) | Mileage: Excess miles | 11/13/2015 | $14.95 |
| Lowery,Kristie L (US011686190) | Lodge: Nortel meeting in Houston for database build out and specifications with RLKS team.\\UVOQBP | 11/13/2015 | $484.20 |
| Lowery,Kristie L (US011686190) | TelePhnExp: Nortel meeting in Houston for database build out and specifications with RLKS team.  Internet in flight to exchange emails on taxability matrix and database specs | 11/14/2015 | $49.95 |
| Lowery,Kristie L (US011686190) | Ticket: Nortel meeting with RLKS 11/30-12/13/15 to discuss budgets, scope and fees for 2016  Amex booking fee for Hotel | 11/16/2015 | $3.95 |

**Nortel Networks, Inc.**
**Expenses**

| Employee | Description | Transaction Date | Expenses |
|---|---|---|---|
| Lowery,Kristie L (US011686190) | Air: Nortel meeting with RLKS 11/30-12/13/15 to discuss budgets, scope and fees for 2016.  Amex booking fee\\HSFYAG | 11/16/2015 | $7.00 |
| Lowery,Kristie L (US011686190) | Air: Nortel meeting with RLKS 11/30-12/13/15 to discuss budgets, scope and fees for 2016\\HSFYAG | 11/16/2015 | $393.82 |
| Wood,Jeffrey T (US013081390) | Mileage: \\Client to office and back | 11/20/2015 | $18.40 |
| Beakey III,Andrew M (US011131290) | Parking: Nortel meetings | 11/20/2015 | $104.00 |
| Lowery,Kristie L (US011686190) | Air: Nortel meeting with RLKS 11/30-12/13/15 to discuss budgets, scope and fees for 2016.  AIrfare to NYC for database research and build out meeting w Kathryn Schultea - RLKS, Jennie Devincenzo - EY Sr Mgr and Felicia Buenstro - RLKS\\WDKKRX | 11/23/2015 | $283.98 |
| Lowery,Kristie L (US011686190) | Air: Nortel meeting with RLKS 11/30-12/13/15 to discuss budgets, scope and fees for 2016.  Amex booking fee for NYC meeting on database build out and status meeting\\WDKKRX | 11/23/2015 | $7.00 |
| Corwin,Forest (US013197127) | Mileage: Excess miles | 11/27/2015 | $36.80 |
| Scott,James E (US011119307) | Taxi: TAXIPASS ~  Re:  Transportation while in Houston for meeting with Richard Lydecker to review federal projects.\\Airport / Hotel | 11/30/2015 | $66.50 |
| Kennedy,Diana Lynn (US012436403) | Taxi: Travel expenses incurred for project status meeting with RKLS - taxi from home to airport for travel.\\home & Airport | 11/30/2015 | $22.75 |
| Kennedy,Diana Lynn (US012436403) | Taxi: Travel expenses incurred for project status meeting with RKLS - taxi from airport to hotel\\Airport & Hotel | 11/30/2015 | $59.55 |
| Lowery,Kristie L (US011686190) | Dinner: Nortel meeting with RLKS 11/30-12/13/15 to discuss budgets, scope and fees for 2016.  Dinner in room.  Receipt on hotel folio | 11/30/2015 | $35.40 |
| Lowery,Kristie L (US011686190) | Taxi: Nortel meeting with RLKS 11/30-12/13/15 to discuss budgets, scope and fees for 2016\\IAH to Downtown Houston | 11/30/2015 | $67.40 |
| Lowery,Kristie L (US011686190) | Air: Nortel meeting with RLKS 11/30-12/13/15 to discuss budgets, scope and fees for 2016.  Baggage check fees\\HSFYAG | 11/30/2015 | $29.67 |
| Lowery,Kristie L (US011686190) | Brkft: Nortel meeting with RLKS 11/30-12/13/15 to discuss budgets, scope and fees for 2016 | 11/30/2015 | $8.35 |
| Wood,Jeffrey T (US013081390) | Brkft: RLKS Meetings | 12/1/2015 | $10.00 |
| Kennedy,Diana Lynn (US012436403) | Brkft: Travel expenses incurred for project status meeting with RKLS - breakfast while in Houston. | 12/1/2015 | $5.93 |

**Nortel Networks, Inc.**
**Expenses**

| Employee | Description | Transaction Date | Expenses |
|---|---|---|---|
| Carroll,Kara Ruth (US013382134) | Mileage: Office to Nortel | 12/1/2015 | $28.18 |
| Beakey III,Andrew M (US011131290) | Dinner: Work dinner to discuss 2015/2016 outsourcing and employee/non employee claims function with Andy Beakey (EY), Kathy Schultea (RLKS CEO), Richard Lydecker (RLKS COO), Doug Abbott (EY), Jim Scott (EY), Jeff Wood (EY), Kristie Lowery (EY), Greg Garver (EY) and Diana Kennedy (EY) | 12/1/2015 | $450.00 |
| Abbott,Douglas J. (US012013835) | Mileage: Dinner at Vic and Anthony's with Doug Abbott, Andy Beakey, Jeff Wood and Jim Scott and Richard Lydecker of Nortel - to discuss Nortel Consulting meeting \\home - dinner | 12/1/2015 | $5.75 |
| Abbott,Douglas J. (US012013835) | Parking: Dinner at Vic and Anthony's with Doug Abbott, Andy Beakey, Jeff Wood and Jim Scott and Richard Lydecker of Nortel - to discuss Nortel meeting | 12/1/2015 | $8.00 |
| Lowery,Kristie L (US011686190) | Brkft: Nortel meeting with RLKS 11/30-12/13/15 to discuss budgets, scope and fees for 2016 | 12/1/2015 | $6.77 |
| Lowery,Kristie L (US011686190) | Taxi: Nortel meeting with RLKS 11/30-12/13/15 to discuss budgets, scope and fees for 2016. Taxi to EY office for meeting.\\hotel to Houston office | 12/1/2015 | $12.00 |
| Wood,Jeffrey T (US013081390) | Parking: RLKS Meetings | 12/2/2015 | $24.00 |
| Wood,Jeffrey T (US013081390) | Taxi: RLKS Meetings\\Hotel to Airport | 12/2/2015 | $96.00 |
| Wood,Jeffrey T (US013081390) | Lodge: RLKS Meetings\\JRNIXD | 12/2/2015 | $561.98 |
| Wood,Jeffrey T (US013081390) | Brkft: RLKS Meetings | 12/2/2015 | $10.23 |
| Wood,Jeffrey T (US013081390) | Mileage: RLKS Meetings\\Airport and back | 12/2/2015 | $16.10 |
| Scott,James E (US011119307) | Taxi: Houston Yellow Cab ~ Re: Transportation while in Houston for meeting with Richard Lydecker to review federal projects.\\Hotel / Airport | 12/2/2015 | $53.20 |
| Kennedy,Diana Lynn (US012436403) | Brkft: Travel expenses incurred for project status meeting with RKLS- breakfast while out of town for meetings. | 12/2/2015 | $11.26 |
| Kennedy,Diana Lynn (US012436403) | Taxi: Travel expenses incurred for project status meeting with RKLS - taxi from home to airport for travel.\\home & Airport | 12/2/2015 | $22.75 |
| Kennedy,Diana Lynn (US012436403) | Lodge: Travel expenses incurred for project status meeting with RKLS - hotel\\NOYSDX | 12/2/2015 | $554.40 |

**Nortel Networks, Inc.**
**Expenses**

| Employee | Description | Transaction Date | Expenses |
|---|---|---|---|
| Lowery,Kristie L (US011686190) | Parking: Nortel meeting with RLKS 11/30-12/13/15 to discuss budgets, scope and fees for 2016 | 12/2/2015 | $40.00 |
| Lowery,Kristie L (US011686190) | Brkft: Nortel meeting with RLKS 11/30-12/13/15 to discuss budgets, scope and fees for 2016 | 12/2/2015 | $11.66 |
| Lowery,Kristie L (US011686190) | Taxi: Nortel meeting with RLKS 11/30-12/13/15 to discuss budgets, scope and fees for 2016\\downtown houston to IAH | 12/2/2015 | $64.50 |
| Lowery,Kristie L (US011686190) | Lodge: Hotel parking for Nortel meeting with RLKS 11/30-12/13/15 to discuss budgets, scope and fees for 2016. | 12/2/2015 | $20.00 |
| Scott,James E (US011119307) | Parking: RDU ~ Airport Parking Re: Airport Parking while in Houston for the review of federal projects with R. Lydecker. | 12/3/2015 | $48.00 |
| Scott,James E (US011119307) | Lodge: Four Seasons Hotel Houston ~ Re: Lodging while in Houston for meeting with Richard Lydecker to review federal projects.\\UGJUQE | 12/3/2015 | $484.20 |
| Scott,James E (US011119307) | Brkft: Four Seasons Hotel Houston ~ Re: Breakfast while in Houston for meeting to review federal projects. | 12/3/2015 | $17.89 |
| Scott,James E (US011119307) | Brkft: Four Seasons Hotel Houston ~ Re: Breakfast while in Houston for meeting with Richard Lydecker to review federal projects. Attendees: Richard Lydecker (Nortel) and Jim Scott (EY). | 12/3/2015 | $37.47 |
| Beakey III,Andrew M (US011131290) | Misc: Coffee with Socorro Layton to discuss Nortel/Enron meetings | 12/3/2015 | $15.21 |
| Lowery,Kristie L (US011686190) | Brkft: Nortel database status update meeting on research and build out | 12/3/2015 | $7.05 |
| Lowery,Kristie L (US011686190) | Air: Nortel database status update meeting on research and build out. Bag check fees\\WDKKRX | 12/3/2015 | $17.74 |
| Lowery,Kristie L (US011686190) | Taxi: Nortel database status update meeting on research and build out\\NYC to LGA | 12/3/2015 | $61.34 |
| Lowery,Kristie L (US011686190) | Taxi: Nortel database status update meeting on research and build out Cab fare to meeting w RLKS to discuss status\\5x2 to restaurant | 12/3/2015 | $17.25 |
| Lowery,Kristie L (US011686190) | Dinner: Nortel database status update meeting in New York City, NY, on research and build out. Dinner with Kathyrn Schultea - RLKS President, Felicia Buenstro - RLKS Mgr; Jennie Devincenzo - EY Sr Mgr; Kristie Lowery - EY Partner | 12/3/2015 | $400.00 |

**Nortel Networks, Inc.**
**Expenses**

| Employee | Description | Transaction Date | Expenses |
|---|---|---|---|
| Lowery,Kristie L (US011686190) | Lodge: Nortel meeting with RLKS 11/30-12/13/15 to discuss budgets, scope and fees for 2016\\HSFYAG | 12/3/2015 | $528.84 |
| Pearson,Kristen L (US013338272) | Mileage: Required to travel to client site\\Office and Norte | 12/4/2015 | $16.68 |
| Miscellaneous (ZZ00000014) | CSG Charges - New York Sub 6 CSG November Week4 2015 Time 8 | 12/4/2015 | $54.25 |
| Kennedy,Diana Lynn (US012436403) | Mileage: EY office and Nortel office | 12/4/2015 | $34.50 |
| Kennedy,Diana Lynn (US012436403) | Misc: Travel expenses incurred for project status meeting with RKLS- snack while travelling from Houston to RDU in the airport. | 12/4/2015 | $10.89 |
| Carroll,Kara Ruth (US013382134) | Mileage: Office to Nortel | 12/4/2015 | $26.45 |
| Lowery,Kristie L (US011686190) | Misc: Valet at hotel for Nortel database status update meeting on research and build out. | 12/4/2015 | $20.00 |
| Lowery,Kristie L (US011686190) | Taxi: Nortel database status update meeting on research and build out\\5x2 to LGA | 12/5/2015 | $38.70 |
| Lowery,Kristie L (US011686190) | Taxi: Nortel database status update meeting on research and build out\\from restaurant to hotel | 12/5/2015 | $10.00 |
| Lowery,Kristie L (US011686190) | Lodge: Nortel database status update meeting on research and build out in New York City\\YXYAVE | 12/5/2015 | $547.85 |
| Kennedy,Diana Lynn (US012436403) | Mileage: Mileage to Nortel for project meetings onsite.\\EY office and Nortel | 12/7/2015 | $25.88 |
| Lowery,Kristie L (US011686190) | Misc: Valet tip at hotel for Nortel meeting in Houston for database build out and specifications with RLKS team. | 12/7/2015 | $11.91 |
| Lowery,Kristie L (US011686190) | Mileage: Nortel meeting with RLKS 11/30-12/13/15 to discuss budgets, scope and fees for 2016\\EY CLT RT | 12/7/2015 | $14.38 |
| Kennedy,Diana Lynn (US012436403) | Mileage: Mileage to Nortel for project meetings onsite.\\EY office and Nortel | 12/8/2015 | $25.88 |
| Corwin,Forest (US013197127) | Mileage: Travel to client | 12/9/2015 | $62.10 |
| Gentile,Matthew Donald (US012548056) | Mileage: The business purpose of this expense was to travel to a client location.  The origin was the EY Office and the destination was Research Triangle Park.\\EY office; RTP | 12/11/2015 | $16.10 |
| Wood,Jeffrey T (US013081390) | Mileage: \\Office to clients and back | 12/14/2015 | $9.78 |
| Kennedy,Diana Lynn (US012436403) | Mileage: Mileage to Nortel for project meetings onsite.\\EY office and Nortel | 12/16/2015 | $25.88 |

**Nortel Networks, Inc.**
**Expenses**

| Employee | Description | Transaction Date | Expenses |
|---|---|---|---|
| Gentile,Matthew Donald (US012548056) | Mileage: The business purpose of this expense was to travel to a client location. The origin was the EY Office and the destination was Research Triangle Park.\\EY office; RTP | 12/17/2015 | $16.10 |
| Gentile,Matthew Donald (US012548056) | Mileage: The business purpose of this expense was to travel to a client location. The origin was the EY office and the destination was Research Triangle Park.\\EY Office; RTP | 12/18/2015 | $16.10 |
| Wood,Jeffrey T (US013081390) | Mileage: \\Client location to office and back | 12/22/2015 | $18.40 |
| Wood,Jeffrey T (US013081390) | Mileage: \\Client location to office and back | 12/23/2015 | $18.40 |
|  |  | Totals | $13,932.48 |

NOTE:  All Airfare was booked at economy class.