## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ---------------------------------------------------------- X | | Chapter 11 |
| *In re* | : | |
| | : | Case No. 09-10138 (KG) |
| Nortel Networks Inc., *et al.*,[1] | : | |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | **Re: D.I. 16494, 16536** |
| ---------------------------------------------------------- X | | |

### CERTIFICATION OF COUNSEL REGARDING DEBTORS' MOTION PURSUANT TO BANKRUPTCY RULE 9019 FOR ENTRY OF AN ORDER APPROVING THE STIPULATION RESOLVING CLAIMS WITH VARIOUS SOLUS ENTITIES

I, counsel for Nortel Networks Inc. ("NNI") and its affiliated debtors, as debtors and debtors-in-possession in the above-captioned cases (the "Debtors"), hereby certify as follows regarding the *Debtors' Motion Pursuant to Bankruptcy Rule 9019 for Entry of an Order Approving the Stipulation Resolving Claims with Various Solus Entities* (the "Motion") (D.I. 16494).[2]

1. The Debtors filed the Motion on January 26, 2016.

2. The deadline to file an Objection to the Motion was February 9, 2016, at 4:00 p.m. (ET) (the "Objection Deadline").

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2]    Capitalized but undefined terms used herein shall have the meaning ascribed to them in the Motion.

3.      On the date of the Objection Deadline, Alexander Tarlamis ("Mr. Tarlamis") filed an objection to the Motion (D.I. 16536).

4.      After the Objection Deadline, the Debtors spoke with Mr. Tarlamis regarding the Motion and further explained the Motion.  Following this discussion, Mr. Tarlamis confirmed that he did not oppose the Motion.  On the agenda for the February 23, 2016 hearing, the Debtors indicated that Mr. Tarlamis no longer objected to the relief requested in the Motion and that no hearing was necessary.

WHEREFORE, the Debtors respectfully request that the Court enter the Order attached hereto as **Exhibit A**, which was attached to the Motion as Exhibit A, at the earliest convenience of the Court.

Dated:  February 25, 2016          CLEARY GOTTLIEB STEEN & HAMILTON LLP
       Wilmington, Delaware

Howard Zelbo (admitted *pro hac vice*)
James L. Bromley (admitted *pro hac vice*)
Jeffrey A. Rosenthal (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone:  (212) 225-2000
Facsimile:  (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP


   */s/ Tamara K. Minott*
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Andrew R. Remming (No. 5120)
Tamara K. Minott (No. 5643)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19801
Telephone:  (302) 658-9200
Facsimile: (302) 658-3989

*Counsel for the Debtors*
*and Debtors in Possession*

9882585.1