# EXHIBIT B



# CASSELS BROCK
LAWYERS

Cassels Brock & Blackwell LLP
2100, Scotia Plaza
40 King Street West
Toronto, ON Canada M5H 3C2
T 416 869 5300
F 416 360 8877

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF NORTEL NETWORKS INC
C/O AKIN GUMP STRAUSS HAUER & FELD LLP
ATTN: FRED HODARA
ONE BRYANT PARK
NEW YORK, NY  10036 USA

**INVOICE #1982414**
HST/GST #: R121379572

| Date | Matter Number | Lawyer |
|---|---|---|
| February 25, 2016 | 46992-00001 | Michael Wunder |

**The Official Committee of Unsecured Creditors**
**Re: Nortel Networks Inc., et al.**

| | |
|---|---|
| Professional Fees | $  60,760.00 |
| Disbursements | 128.22 |
| **Total Amount Due** | **$  60,888.22 CDN** |

Cassels Brock & Blackwell LLP

Per: _____
Michael Wunder

**Wire Transfer:**
Bank of Nova Scotia
44 King St. West, Toronto, ON  M5H 1H1
Swift Code:  NOSCCATT
Bank ID:  002  Transit: 47696
CAD Funds Bank Account : 00739-11
ABA Routing #: 026 002 532
Reference: Please include the lawyer's name and the invoice number

**Credit Card:**
Payments are accepted via telephone, email or fax.
We accept
American Express, MasterCard or Visa (please circle one).
Card No.
_____

Expiry Date: _____ Amount: _____

Cardholder Name:
_____

Signature:
_____

CASSELS BROCK & BLACKWELL LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 1982414

Matter # 46992-00001

## Invoice Detail

**TO PROFESSIONAL SERVICES RENDERED up to and including 12/31/15**

| Date | ID | TASK | Narrative | Hours |
|---|---|---|---|---|
| 12/1/2015 | RSK | 29 | Review revised UCC allocation appeal brief. | 0.6 |
| 12/1/2015 | MWU | 29 | Review draft appeal submissions for allocation decision mediation, and consider arguments for Canadian appeal. | 1.6 |
| 12/1/2015 | MWU | 31 | Analyze Canadian timing and court filing matters for Canadian allocation appeal. | 0.3 |
| 12/1/2015 | RJA | 29 | Review draft appellate brief regarding allocation appeal. | 1.6 |
| 12/1/2015 | RJA | 31 | Consider Canadian leave to appeal allocation motion and decision timing and issues. | 0.4 |
| 12/2/2015 | SAH | 31 | Conducting Canadian legal research regarding Canadian allocation decision appeal litigation issues. | 3.8 |
| 12/2/2015 | MWU | 12 | Review and analyze Canadian estate claims and distribution issues. | 1.4 |
| 12/3/2015 | SAH | 29 | Legal research regarding Canadian allocation decision appeal litigation issues. | 2.2 |
| 12/3/2015 | SAH | 29 | Correspondence with Supreme Court of Canada relating to appeal procedures. | 0.6 |
| 12/3/2015 | RSK | 29 | Review of allocation appeal briefs of Bank of NY, PBGC, Trade Claims Consortium and Conflicts Administrator for NNSA. | 2.3 |
| 12/3/2015 | MWU | 29 | Review and assess allocation decision appeal submissions. | 2.7 |
| 12/4/2015 | RSK | 29 | Review U.S. appeal briefs regarding issues relating to Canadian appeal. | 1.4 |
| 12/8/2015 | RSK | 29 | Review correspondence from U.S. court regarding allocation mediation. | 0.2 |
| 12/8/2015 | RSK | 24 | Review of asset sale agreements for sale of internet protocol addresses. | 0.5 |
| 12/8/2015 | MWU | 24 | Review update from Monitor's counsel regarding proposed sale transactions by Canadian debtors, and related sale agreements. | 0.9 |
| 12/8/2015 | MWU | 24 | Forward report to UCC advisors regarding proposed sale transactions. | 0.2 |
| 12/8/2015 | MWU | 29 | Email correspondence with UCC advisors regarding extension of allocation mediation. | 0.1 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 1982414  
Matter # 46992-00001

| Date | ID | TASK | Narrative | Hours |
|---|---|---|---|---|
| 12/8/2015 | RJA | 29 | Review email correspondence from Akin Gump regarding continuation of mediation. | 0.1 |
| 12/8/2015 | RJA | 24 | Review sale agreements by Canadian debtors. | 0.7 |
| 12/8/2015 | RJA | 12 | Analysis of Canadian claims issues regarding allocation. | 1.4 |
| 12/9/2015 | MWU | 24 | Email correspondence with UCC advisors re proposed sales. | 0.2 |
| 12/9/2015 | MWU | 12 | Review motion for summary judgment regarding SNMP claims and related court filings. | 1.1 |
| 12/9/2015 | RJA | 31 | Review email correspondence from Akin Gump regarding allocation mediation. | 0.1 |
| 12/9/2015 | RJA | 29 | Review U.S. appeal briefs regarding allocation decision. | 1.4 |
| 12/10/2015 | RSK | 29 | Review of U.S. records disposal motion. | 0.2 |
| 12/10/2015 | RSK | 29 | Review correspondence from Akin Gump to U.S. appeal judge for UCC. | 0.2 |
| 12/10/2015 | MWU | 7 | Attend on UCC call. | 0.8 |
| 12/10/2015 | MWU | 29 | Review correspondence to mediator from UCC. | 0.2 |
| 12/10/2015 | MWU | 12 | Analyze Canadian claims issues. | 0.9 |
| 12/10/2015 | RJA | 7 | Participate in Committee call. | 0.8 |
| 12/10/2015 | RJA | 29 | Review email and letter correspondence from Akin Gump regarding allocation mediation and next steps. | 0.2 |
| 12/10/2015 | RJA | 12 | Continue analysis of Canadian pension and claim issues. | 1.2 |
| 12/11/2015 | RSK | 31 | Review of application by noteholders for leave to appeal PPI decision to Supreme Court of Canada (SCC). | 1.1 |
| 12/11/2015 | MWU | 12 | Review bondholder appeal court filings, and consider issues regarding Canadian estate claims and allocation litigation. | 1.7 |
| 12/12/2015 | GBS | 31 | Consider leave to appeal to SCC issues. | 0.1 |
| 12/12/2015 | RSK | 29 | Exchange email correspondence with Cassels team regarding bondholder Canadian leave to appeal application and forward same to Akin Gump. | 0.5 |
| 12/12/2015 | RSK | 31 | Review of core party admissions of service regarding bondholder group Canadian leave to appeal application. | 0.4 |
| 12/12/2015 | MWU | 12 | Review application by bondholders to Supreme Court of Canada regarding post-petition interest decision. | 1.6 |
| 12/12/2015 | MWU | 12 | Email correspondence to and from UCC advisors regarding leave for appeal application to Supreme Court regarding post petition interest. | 0.2 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 1982414  
Matter # 46992-00001

| Date | ID | TASK | Narrative | Hours |
|---|---|---|---|---|
| 12/12/2015 | RJA | 12 | Review bondholder group application for leave to appeal to SCC regarding bondholder post-filing interest. | 1.9 |
| 12/12/2015 | RJA | 12 | Email correspondence with Akin Gump team regarding bondholder group application for leave to appeal to SCC regarding bondholder post-filing interest. | 0.2 |
| 12/13/2015 | RSK | 31 | Exchange email correspondence with Cassels team regarding Canadian leave to appeal application by bondholders. | 0.3 |
| 12/14/2015 | GBS | 31 | Analysis regarding Canadian appellate litigation procedure. | 0.2 |
| 12/14/2015 | RSK | 31 | Review of Canadian leave to appeal application by bondholders. | 0.6 |
| 12/14/2015 | RSK | 29 | Email correspondence between Akin Gump and Cassels regarding Canadian litigation timelines. | 0.2 |
| 12/14/2015 | RJA | 12 | Review of ad hoc bondholder group leave to appeal application to SCC regarding post-filing interest. | 1.8 |
| 12/15/2015 | RSK | 29 | Review of correspondence from Canadian counsel for bondholders regarding allocation litigation. | 0.2 |
| 12/15/2015 | MWU | 12 | Canadian research and analysis regarding intercompany claims, and consider CCAA court orders regarding same. | 3.2 |
| 12/15/2015 | RJA | 12 | Consider Canadian appeal issues regarding post-filing interest claim. | 1.1 |
| 12/15/2015 | RJA | 12 | Analysis of claims issues in CCAA regarding allocation issues. | 0.9 |
| 12/16/2015 | RSK | 29 | Review of allocation appeal filings by bondholders and Trade Consortium. | 0.7 |
| 12/16/2015 | RSK | 29 | Analysis of allocation appeal issues and potential arguments. | 2.2 |
| 12/16/2015 | RSK | 31 | Review Canadian leave to appeal application and prepare summary. | 1.2 |
| 12/16/2015 | RSK | 29 | Review allocation appeal court filings. | 0.7 |
| 12/16/2015 | RJA | 12 | Review request for appointment of official equity committee. | 0.5 |
| 12/16/2015 | RJA | 12 | Review additional Canadian claims information regarding allocation issues. | 1.1 |
| 12/17/2015 | GBS | 31 | Confer with Cassels team regarding Canadian appeal litigation. | 0.3 |
| 12/17/2015 | RSK | 7 | Prepare for (0.3) and participation in Committee call (1.4). | 1.7 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

**CASSELS BROCK & BLACKWELL LLP**  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 1982414

Matter # 46992-00001

| Date | ID | TASK | Narrative | Hours |
|---|---|---|---|---|
| 12/17/2015 | RSK | 29 | Analysis of allocation appeal issues. | 2.8 |
| 12/17/2015 | MWU | 7 | Attend on UCC call. | 1.4 |
| 12/17/2015 | MWU | 12 | Review motion record by proposed equity committee. | 0.4 |
| 12/17/2015 | MWU | 31 | Review summary of Canadian appeal routes and timelines. | 0.3 |
| 12/17/2015 | RJA | 7 | Participate in Committee call. | 1.4 |
| 12/18/2015 | RSK | 29 | Review BRG allocation recovery analysis. | 0.4 |
| 12/18/2015 | RSK | 29 | Review Canadian claims and distribution issues. | 1.1 |
| 12/21/2015 | RSK | 31 | Review motion record of Monitor and Canadian debtors regarding approval of IP address transaction. | 0.7 |
| 12/21/2015 | RSK | 29 | Review allocation appeal court filings. | 1.2 |
| 12/21/2015 | RSK | 29 | Review SNMP documentation to prepare for summary judgment motion. | 0.8 |
| 12/21/2015 | MWU | 29 | Review correspondence regarding allocation decision appeal and submissions. | 0.3 |
| 12/21/2015 | MWU | 12 | Review court filings regarding SNMP claims and motion for summary judgment. | 0.6 |
| 12/21/2015 | MWU | 29 | Review and analysis of allocation appeal filings and consider Canadian issues and arguments for Canadian allocation dispute. | 2.7 |
| 12/21/2015 | RJA | 31 | Review Monitor's motion record regarding IP sales. | 0.5 |
| 12/22/2015 | RSK | 29 | Review report from Akin Gump regarding allocation mediation. | 0.2 |
| 12/22/2015 | RSK | 8 | Attend U.S. court hearing for SNMP summary judgment motion (telephonically). | 1.4 |
| 12/22/2015 | MWU | 8 | Attend to SNMP claims summary judgment motion (telephonically). | 1.4 |
| 12/22/2015 | MWU | 24 | Review Canadian motion record for sale of internet protocol addresses by Canadian debtors to Reliance, including Monitor's report and court order, and report to UCC advisors. | 0.9 |
| 12/22/2015 | MWU | 29 | Review Akin Gump update report to UCC regarding allocation mediation. | 0.2 |
| 12/22/2015 | RJA | 29 | Review detailed status update from Akin Gump to Committee regarding case issues. | 0.2 |
| 12/22/2015 | RJA | 12 | Analysis of Canadian claims regarding Canadian allocation issues. | 1.7 |
| | | | **Total** | **75.50** |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 1982414

Matter # 46992-00001

| Name | Title | Department | Province of Bar Admission/Year | Hours | Rate | Billed Value |
|---|---|---|---|---|---|---|
| Geoffrey B. Shaw | Partner | Advocacy | Ontario - 1986 | 0.60 | $945.00 | $567.00 |
| Michael Wunder | Partner | Financial Restructuring | Ontario - 1990 | 25.30 | $810.00 | $20,493.00 |
| Ryan Jacobs | Partner | Financial Restructuring | Ontario - 2011 | 19.20 | $785.00 | $15,072.00 |
| Shayne Kukulowicz | Partner | Financial Restructuring | Ontario - 1990 | 23.80 | $910.00 | $21,658.00 |
| Stefanie Holland | Associate | Advocacy | Ontario - 2010 | 6.60 | $450.00 | $2,970.00 |
| | | | | | | |
| **TOTAL** | | | | **75.50** | | **$60,760.00** |

**TOTAL PROFESSIONAL FEES**      $ 60,760.00

**Non-Taxable Disbursements**

    Copies      69.50  
    Binding, Tabs, Disks, etc      3.84  
    Travel      54.88

**Total Disbursements and Tax**      **128.22**

**Total Fees, Disbursements & Tax**      **$ 60,888.22 CDN**

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 1982414

Matter # 46992-00001

## Time Summary By Task Code:

| Task Codes | Description | Hours | Fees |
|---|---|---|---|
| 0007 | Creditors Committee Meetings | 6.10 | 5,056.00 |
| 0008 | Court Hearings | 2.80 | 2,408.00 |
| 0012 | General Claims Analysis/Claims Objections | 22.90 | 18,254.00 |
| 0024 | Asset/Stock Transaction/Business Liquidations | 3.40 | 2,786.50 |
| 0029 | Intercompany Analysis | 30.00 | 24,794.50 |
| 0031 | Canadian Proceedings/Matters | 10.30 | 7,461.00 |
| **TOTAL** | | **75.5** | **$ 60,760.00** |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP                                      Invoice # 1982414
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                                    Matter # 46992-00001

### Disbursement Details:

| Date | Narrative | Quantity | Amount |
|---|---|---|---|
| 12/4/2015 | Copies | 3 | 0.30 |
| 12/4/2015 | Copies | 2 | 0.20 |
| 12/4/2015 | Copies | 68 | 6.80 |
| 12/4/2015 | Copies | 32 | 3.20 |
| 12/4/2015 | Copies | 30 | 3.00 |
| 12/4/2015 | Copies | 6 | 0.60 |
| 12/4/2015 | Copies | 28 | 2.80 |
| 12/4/2015 | Copies | 33 | 3.30 |
| 12/4/2015 | Copies | 2 | 0.20 |
| 12/7/2015 | Copies | 3 | 0.30 |
| 12/7/2015 | Copies | 3 | 0.30 |
| 12/7/2015 | Copies | 3 | 0.30 |
| 12/7/2015 | Copies | 3 | 0.30 |
| 12/7/2015 | Copies | 32 | 3.20 |
| 12/8/2015 | Copies | 4 | 0.40 |
| 12/8/2015 | Copies | 43 | 4.30 |
| 12/8/2015 | Copies | 42 | 4.20 |
| 12/9/2015 | Copies | 13 | 1.30 |
| 12/9/2015 | Copies | 6 | 0.60 |
| 12/9/2015 | Travel - RYAN JACOBS - TAXI TO OFFICE AFTER HOURS FOR R.JACOBS ON NOV 16/15, INV#2415 | 1 | 26.26 |
| 12/9/2015 | Travel - RYAN JACOBS - TAXI FROM OFFICE AFTER HOURS FOR R.JACOBS ON NOV 16/15, INV#2415 | 1 | 28.62 |
| 12/10/2015 | Copies | 2 | 0.20 |
| 12/10/2015 | Copies | 3 | 0.30 |
| 12/10/2015 | Copies | 2 | 0.20 |
| 12/10/2015 | Copies | 46 | 4.60 |
| 12/10/2015 | Copies | 17 | 1.70 |
| 12/10/2015 | Copies | 10 | 1.00 |
| 12/10/2015 | Copies | 17 | 1.70 |
| 12/10/2015 | Copies | 19 | 1.90 |
| 12/11/2015 | Copies | 11 | 1.10 |
| 12/14/2015 | Copies | 115 | 11.50 |
| 12/15/2015 | Copies | 9 | 0.90 |
| 12/17/2015 | Copies | 27 | 2.70 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 1982414

Matter # 46992-00001

| Date | Narrative | Quantity | Amount |
|---|---|---|---|
| 12/17/2015 | Copies | 1 | 0.10 |
| 12/17/2015 | Copies | 2 | 0.20 |
| 12/22/2015 | Copies | 2 | 0.20 |
| 12/22/2015 | Copies | 48 | 4.80 |
| 12/22/2015 | Binding, Tabs, Disks, etc | 1 | 3.84 |
| 12/23/2015 | Copies | 3 | 0.30 |
| 12/29/2015 | Copies | 2 | 0.20 |
| 12/29/2015 | Copies | 3 | 0.30 |
| | **Total** | | **128.22** |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.