**EXHIBIT C**

## DISBURSEMENT SUMMARY
## DECEMBER 1 TO DECEMBER 31, 2015
### (All Amounts in Canadian Dollars)

| | |
|---|---|
| Non-Taxable Disbursements | |
| Copies | $ 69.50 |
| Binding, Tabs, Disks, etc | $ 3.84 |
| Travel/Delivery | $ 54.88 |
| Total Non-Taxable Disbursements | $ 128.22 CDN. |