# EXHIBIT D

CASSELS BROCK & BLACKWELL LLP                                      Invoice # 1982414
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                                    Matter # 46992-00001

## Disbursement Details:

| Date | Narrative | Quantity | Amount |
|---|---|---|---|
| 12/4/2015 | Copies | 3 | 0.30 |
| 12/4/2015 | Copies | 2 | 0.20 |
| 12/4/2015 | Copies | 68 | 6.80 |
| 12/4/2015 | Copies | 32 | 3.20 |
| 12/4/2015 | Copies | 30 | 3.00 |
| 12/4/2015 | Copies | 6 | 0.60 |
| 12/4/2015 | Copies | 28 | 2.80 |
| 12/4/2015 | Copies | 33 | 3.30 |
| 12/4/2015 | Copies | 2 | 0.20 |
| 12/7/2015 | Copies | 3 | 0.30 |
| 12/7/2015 | Copies | 3 | 0.30 |
| 12/7/2015 | Copies | 3 | 0.30 |
| 12/7/2015 | Copies | 3 | 0.30 |
| 12/7/2015 | Copies | 32 | 3.20 |
| 12/8/2015 | Copies | 4 | 0.40 |
| 12/8/2015 | Copies | 43 | 4.30 |
| 12/8/2015 | Copies | 42 | 4.20 |
| 12/9/2015 | Copies | 13 | 1.30 |
| 12/9/2015 | Copies | 6 | 0.60 |
| 12/9/2015 | Travel - RYAN JACOBS - TAXI TO OFFICE AFTER HOURS FOR R.JACOBS ON NOV 16/15, INV#2415 | 1 | 26.26 |
| 12/9/2015 | Travel - RYAN JACOBS - TAXI FROM OFFICE AFTER HOURS FOR R.JACOBS ON NOV 16/15, INV#2415 | 1 | 28.62 |
| 12/10/2015 | Copies | 2 | 0.20 |
| 12/10/2015 | Copies | 3 | 0.30 |
| 12/10/2015 | Copies | 2 | 0.20 |
| 12/10/2015 | Copies | 46 | 4.60 |
| 12/10/2015 | Copies | 17 | 1.70 |
| 12/10/2015 | Copies | 10 | 1.00 |
| 12/10/2015 | Copies | 17 | 1.70 |
| 12/10/2015 | Copies | 19 | 1.90 |
| 12/11/2015 | Copies | 11 | 1.10 |
| 12/14/2015 | Copies | 115 | 11.50 |
| 12/15/2015 | Copies | 9 | 0.90 |
| 12/17/2015 | Copies | 27 | 2.70 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

| | CASSELS BROCK & BLACKWELL LLP | | Invoice # 1982414 |
| | The Official Committee of Unsecured Creditors | | |
| | Re: Nortel Networks Inc, et al. | | Matter # 46992-00001 |

| Date | Narrative | Quantity | Amount |
|---|---|---|---|
| 12/17/2015 | Copies | 1 | 0.10 |
| 12/17/2015 | Copies | 2 | 0.20 |
| 12/22/2015 | Copies | 2 | 0.20 |
| 12/22/2015 | Copies | 48 | 4.80 |
| 12/22/2015 | Binding, Tabs, Disks, etc | 1 | 3.84 |
| 12/23/2015 | Copies | 3 | 0.30 |
| 12/29/2015 | Copies | 2 | 0.20 |
| 12/29/2015 | Copies | 3 | 0.30 |
| | **Total** | | **128.22** |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.