**EXHIBIT E**

Legal*22777966.3

**SUMMARY OF LAWYERS AND PARALEGALS
RENDERING SERVICES DURING THE PERIOD
DECEMBER 1, 2015 THROUGH DECEMBER 31, 2015
(All Amounts in Canadian Dollars)**

| Name | Title | Department | Province of Bar Admission/Year | Hours | Rate | Billed Value |
|---|---|---|---|---|---|---|
| Geoffrey B. Shaw | Partner | Advocacy | Ontario - 1986 | 0.60 | $945.00 | $567.00 |
| Michael Wunder | Partner | Financial Restructuring | Ontario - 1990 | 25.30 | $810.00 | $20,493.00 |
| Ryan Jacobs | Partner | Financial Restructuring | Ontario - 2011 | 19.20 | $785.00 | $15,072.00 |
| Shayne Kukulowicz | Partner | Financial Restructuring | Ontario - 1990 | 23.80 | $910.00 | $21,658.00 |
| Stefanie Holland | Associate | Advocacy | Ontario - 2010 | 6.60 | $450.00 | $2,970.00 |
|  |  |  |  |  |  |  |
| **TOTAL** |  |  |  | **75.50** |  | **$60,760.00** |