# EXHIBIT A

**Nortel Networks, Inc, et al.**
**(Case No. 09-10138 (KG))**

**CHILMARK PARTNERS, LLC**
**January 1, 2016 - January 31, 2016**

**Summary of Services Rendered by Project**

| Project Code | Nature of Services | January 2016 Hours |
|---|---|---|
| 1 | Asset Analysis and Recovery | 15.0 |
| 2 | Business Operations / General Corporate / Real Estate | - |
| 3 | Projections/Business Plan/Corporate wind-down | - |
| 4 | Analysis of Historical Results | - |
| 5 | Meetings with Debtor's Counsel | - |
| 6 | Committee Matters and Creditor Meetings | - |
| 7 | Claims Administration and Analysis | 7.5 |
| 8 | Intercompany Transactions/Balances | - |
| 9 | Intellectual Property | - |
| 10 | Employee Benefits / Pension | - |
| 11 | Fee Applications Preparation | - |
| 12 | Tax Issues | - |
| 13 | Hearings | - |
| 14 | Litigation / Adversary Proceedings | 149.0 |
| 15 | Travel | 8.0 |
| 16 | Plan of Reorganization / Disclosure Statement | - |
| | **TOTAL** | **179.5** |

**Summary of Services Rendered by Professional**

| Name | January 2016 Hours |
|---|---|
| Michael Kennedy, Member | 157.5 |
| Aaron Taylor, Member | - |
| Matthew Rosenberg, Managing Director | 22.0 |
| Paul Huettner, Analyst | - |
| Jamie Ellis, Analyst | - |
| James Elish, Analyst | - |
| **TOTAL** | **179.5** |

**Nortel Networks, Inc**
January 1, 2016 - January 31, 2016 Time Detail
Chilmark Partners, LLC
<u>Michael Kennedy</u>

| Date | Description of Work | January 2016 Hours | Code |
|---|---|---:|---:|
| 1/4/2016 | Calls, analysis and review re: Litigation matters and strategy | 6.0 | 14 |
| 1/4/2016 | Review cash flash report | 1.0 | 1 |
| 1/5/2016 | Calls with creditor representatives | 3.0 | 7 |
| 1/5/2016 | Discuss litigation, follow-up with US counsel & review of material / analysis for discussion | 7.0 | 14 |
| 1/6/2016 | Follow-up analysis and prepare other material re: litigation | 8.0 | 14 |
| 1/6/2016 | Calls and communications w/ management re: asset recovery | 1.0 | 1 |
| 1/7/2016 | Follow-up analysis and prepare other material re: litigation | 7.0 | 14 |
| 1/7/2016 | Calls, communications re: litigation matters and strategy | 3.0 | 14 |
| 1/8/2016 | Follow-up analysis and prepare other material re: litigation | 6.0 | 14 |
| 1/8/2016 | Calls, communications re: litigation matters and strategy | 2.0 | 14 |
| 1/8/2016 | Review cash flash report | 1.0 | 1 |
| 1/10/2016 | Follow-up analysis and prepare other material re: litigation | 3.0 | 14 |
| 1/11/2016 | Follow-up analysis and prepare other material re: litigation | 4.0 | 14 |
| 1/11/2016 | Calls, communications re: litigation matters and strategy | 2.0 | 14 |
| 1/11/2016 | Review of material / analysis for discussion | 3.0 | 14 |
| 1/12/2016 | Review RM Report & monitor cash forecast | 3.0 | 1 |
| 1/12/2016 | Calls, communications re: litigation matters and strategy | 1.0 | 14 |
| 1/13/2016 | Travel | 4.0 | 15 |
| 1/13/2016 | Meeting w/ counsel and creditor representatives re: allocation litigation | 3.0 | 14 |
| 1/13/2016 | Meetings with counsel and Ray re: Litigation matters, claims and strategy | 7.0 | 14 |
| 1/14/2016 | Attend Mediation session, follow-up with US counsel & review of material/analysis | 11.0 | 14 |
| 1/15/2016 | Discuss litigation & review of material / analysis for discussion | 7.0 | 14 |
| 1/15/2016 | Travel | 4.0 | 15 |
| 1/15/2016 | Follow-up calls and communications with other professionals | 3.0 | 14 |
| 1/15/2016 | Follow-up analysis and prepare other material re: litigation | 2.0 | 14 |
| 1/18/2016 | Calls, communications re: litigation matters and strategy | 4.0 | 14 |
| 1/19/2016 | Calls, communications re: litigation matters and strategy | 6.0 | 14 |
| 1/20/2016 | Calls, communications re: litigation matters with other professionals | 5.0 | 14 |
| 1/21/2016 | Follow-up analysis and prepare other material re: litigation & asset sales | 4.0 | 14 |
| 1/22/2016 | Calls with creditor representatives | 3.0 | 7 |
| 1/22/2016 | Follow-up analysis and prepare other material re: litigation | 2.0 | 14 |
| 1/25/2016 | Follow-up analysis and prepare other material re: litigation | 6.0 | 14 |
| 1/26/2016 | Follow-up analysis and prepare other material re: litigation | 5.0 | 14 |
| 1/27/2016 | Calls, analysis and review re: Litigation matters and strategy | 6.0 | 14 |
| 1/28/2016 | Follow-up analysis and prepare other material re: litigation | 4.0 | 14 |
| 1/28/2016 | Review draft claims process material | 2.0 | 1 |
| 1/28/2016 | Calls, communications re: claims litigation matters and strategy | 3.0 | 1 |
| 1/29/2016 | Calls with creditor representatives | 1.5 | 7 |
| 1/29/2016 | Calls and communications w/ management re: claims & asset recovery | 2.0 | 1 |
| 1/29/2016 | Review draft claims process material | 2.0 | 1 |
| **January 2016 Total** | | **157.5** | |

**Nortel Networks, Inc**
January 1, 2016 - January 31, 2016 Time Detail
Chilmark Partners, LLC
Matthew Rosenberg

| Date | Description of Work | January 2016 Hours | Code |
|---|---|---:|---:|
| 1/5/2016 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 1/7/2016 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 1/11/2016 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 1/12/2016 | Calls, analysis and review re: Litigation matters and strategy | 2.0 | 14 |
| 1/13/2016 | Calls, analysis and review re: Litigation matters and strategy | 2.0 | 14 |
| 1/14/2016 | Mediation meetings | 10.0 | 14 |
| 1/15/2016 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 1/18/2016 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 1/19/2016 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 1/25/2016 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 1/26/2016 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| **January 2016 Total** | | **22.0** | |