# EXHIBIT B

**EXPENSE DETAIL**

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

January 1, 2016 Through January 31, 2016

| Professional | Trip Date | Description | Amount |
|---|---|---|---|
| Mike Kennedy | 1/13/16-1/15/16 | Flight to New York, NY | $ 997.33 |
| Mike Kennedy | 1/13/16-1/15/16 | Hotel (two nights) | $ 811.94 |
| Mike Kennedy | 1/13/16-1/15/16 | Ground Transportation | $ 235.00 |
| Mike Kennedy | 1/13/16-1/15/16 | Breakfast | $ 15.00 |
| Mike Kennedy | 1/13/16-1/15/16 | Dinner | $ 40.00 |
| Chilmark | 1/31/2016 | Conference Calls | $ 60.31 |
| **Total Expenses** | | | **$ 2,159.58** |

Note: All airfare is being charged at a coach class rate.