# **<u>EXHIBIT A</u>**

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Gray | William | 07/01/2016 | Review monthly fee application filing | 0.4 | 378.00 | 13443080 |
| Gray | William | 08/01/2016 | Review pending fee application | 0.4 | 378.00 | 13453654 |
| Gray | William | 14/01/2016 | Review fee application filing | 0.4 | 378.00 | 13453688 |
| Gray | William | 15/01/2016 | Review examiner's report | 0.4 | 378.00 | 13480087 |
| Gray | William | 22/01/2016 | Review draft fee application | 0.4 | 378.00 | 13480163 |
| Gray | William | 25/01/2016 | Review fee application | 0.2 | 189.00 | 13480175 |
| Gray | William | 27/01/2016 | Review fee application | 0.4 | 378.00 | 13480203 |
| Bauer | Alison D. | 05/01/2016 | Attention to fee application | 1.0 | 865.00 | 13437649 |
| Bauer | Alison D. | 12/01/2016 | Review final trustee's report | 0.2 | 173.00 | 13449966 |
| Bauer | Alison D. | 14/01/2016 | Review and comment upon draft fee application | 0.9 | 778.50 | 13454329 |
| Bauer | Alison D. | 29/01/2016 | Attention to draft fee order | 0.2 | 173.00 | 13482470 |
| Collins | Allan | 04/01/2016 | attention to fee application; | 2.4 | 660.00 | 13436164 |
| Collins | Allan | 05/01/2016 | attention to fee application; | 1.4 | 385.00 | 13438223 |
| Collins | Allan | 06/01/2016 | attention to fee application; | 4.2 | 1,155.00 | 13443814 |
| Collins | Allan | 07/01/2016 | attention to fee application and finalize same; | 2.3 | 632.50 | 13443822 |
| Collins | Allan | 08/01/2016 | attention to fee application; | 2.3 | 632.50 | 13452972 |
| Collins | Allan | 11/01/2016 | attention to fee application (3.2); multiple calls with B. Yu regarding same (0.3); | 3.5 | 962.50 | 13452974 |
| Collins | Allan | 14/01/2016 | attention to fee application; | 2.4 | 660.00 | 13468872 |
| Collins | Allan | 15/01/2016 | attention to fee application; | 1.3 | 357.50 | 13468877 |
| Collins | Allan | 19/01/2016 | attention to fee application; | 2.4 | 660.00 | 13468792 |
| Collins | Allan | 22/01/2016 | attention to fee application; | 3.0 | 825.00 | 13508010 |
| Collins | Allan | 25/01/2016 | attention to fee application; | 2.8 | 770.00 | 13500606 |
| Collins | Allan | 26/01/2016 | attention to fee application (2.9); multiple calls with B. Yu regarding same (0.3); | 3.2 | 880.00 | 13487803 |
| Collins | Allan | 29/01/2016 | attention to hearing date and proposed order (0.4); multiple emails regarding CNO (0.3); | 0.7 | 192.50 | 13500553 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Bomhof | Scott A. | 13/01/2016 | reviewing US appeal reply briefs and related law filed by Monitor and Canadian Debtors (2.1); reviewing US appeal reply brief filed by Trade Consortium (.7); confer with W. Gray regarding appeal issues (0.4); | 3.2 | 2,224.00 | 13453838 |
| Gray | Andrew | 07/10/2015 | working on claims against the Canadian estates; | 5.5 | 4,537.50 | 13402561 |
| Gray | Andrew | 09/10/2015 | working on claims documents in respect of claims against Canadian entities; | 2.6 | 2,145.00 | 13402562 |
| Gray | Andrew | 19/10/2015 | reviewing trial evidence; | 3.9 | 3,217.50 | 13401195 |
| Gray | Andrew | 20/10/2015 | email and telephone conferences regarding claims prosecution process and researching same; | 1.2 | 990.00 | 13401309 |
| Gray | Andrew | 21/10/2015 | internal meetings regarding claims against the Canadian debtors and follow-up from the meeting (1.3); meeting regarding appeal research and arguments (0.9); | 2.2 | 1,815.00 | 13401315 |
| Gray | Andrew | 23/10/2015 | preparing for and participating in telephone discussion on claims evidence (1.4); email regarding same (0.1) | 1.5 | 1,237.50 | 13401307 |
| Gray | Andrew | 26/10/2015 | researching Canadian claims issues and reviewing documents; | 2.8 | 2,310.00 | 13401186 |
| Gray | Andrew | 28/10/2015 | email regarding CCAA motion (0.1); reviewing trial documents in connection with claims issues (2.6); | 2.7 | 2,227.50 | 13401330 |
| Gray | Andrew | 29/10/2015 | working on claims issues; | 2.4 | 1,980.00 | 13401335 |
| Gray | Andrew | 30/10/2015 | working on appeal analysis and planning (0.8); researching Canadian claims issues (1.1); | 1.9 | 1,567.50 | 13401160 |
| Gray | Andrew | 04/01/2016 | conducting legal and factual research on Canadian claims matter (2.7); | 2.7 | 1,728.00 | 13435653 |
| Gray | Andrew | 06/01/2016 | meeting regarding conflict of law issues (0.5); conducting research on transfer pricing tax issues (1.3); | 1.8 | 1,152.00 | 13440620 |
| Gray | Andrew | 07/01/2016 | reviewing email and materials on the Canadian claims (0.2); | 0.2 | 128.00 | 13442835 |
| Gray | Andrew | 12/01/2016 | reviewing US appeal briefs (1.3); | 1.3 | 832.00 | 13450673 |
| Gray | Andrew | 13/01/2016 | reviewing appeal briefs (1.4); email regarding claims issues (0.2); email regarding allocation trial issues (0.1); | 1.7 | 1,088.00 | 13452427 |
| Gray | Andrew | 14/01/2016 | correspondence regarding appeal proceedings and post-petition interest; | 0.1 | 64.00 | 13455631 |
| Gray | Andrew | 15/01/2016 | reviewing and commenting on a proposed claims process in the CCAA proceedings (0.7); reviewing and discussing appeal issues (0.6); | 1.3 | 832.00 | 13457888 |
| Gray | Andrew | 25/01/2016 | reviewing claims procedure material for a CCAA claim (0.2); reviewing research on claims issue (0.2); | 0.4 | 256.00 | 13472237 |
| Gray | Andrew | 29/01/2016 | reviewing materials for upcoming motions and telephone conference with Scott Bomhof regarding same (0.7) | 0.7 | 448.00 | 13483258 |
| Slavens | Adam | 04/01/2016 | preparing notice of appeal re allocation trial decision; | 1.0 | 580.00 | 13435930 |
| Slavens | Adam | 13/01/2016 | reviewing filed allocation trial briefs re patent ownership matters; | 0.5 | 290.00 | 13452659 |
| Slavens | Adam | 18/01/2016 | preparing notice of appeal re allocation trial; | 1.0 | 580.00 | 13463162 |
| Slavens | Adam | 19/01/2016 | reviewing Dunn claim resolution process materials and related court orders; | 1.1 | 638.00 | 13463180 |
| Slavens | Adam | 22/01/2016 | revising notice of appeal; | 2.2 | 1,276.00 | 13470742 |
| Laskin | Aria | 05/01/2016 | conducting Canadian law research for U.S. | 3.3 | 891.00 | 13436481 |

Litigation

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Laskin | Aria | 06/01/2016 | appeal (3.3); conducting Canadian law research for U.S. appeal (6.3); | 6.3 | 1,701.00 | 13440221 |
| Laskin | Aria | 07/01/2016 | conducting Canadian legal research for American appeal proceedings (6.3); | 6.3 | 1,701.00 | 13445163 |
| Laskin | Aria | 13/01/2016 | preparing Canadian law research memorandum and collating relevant cases (0.5); | 0.5 | 135.00 | 13451861 |
| Mauro | Clare | 11/01/2016 | consulting internally/assisting with legal research (J. Silver); | 0.7 | 217.00 | 13447411 |
| Gray | William | 07/01/2016 | Work on US appeal issues | 1.2 | 1,134.00 | 13443082 |
| Gray | William | 08/01/2016 | Work on US Appeal issues; review US filings | 1.6 | 1,512.00 | 13453655 |
| Gray | William | 11/01/2016 | Review appeal issues; | 2.3 | 2,173.50 | 13453660 |
| Gray | William | 12/01/2016 | Work on appeal issues | 1.2 | 1,134.00 | 13453673 |
| Gray | William | 13/01/2016 | Review bondholder fee issues in response to UK creditors claims (.7); conference with S. Bomhof regarding appeal issues (.4); review appeal issues including substantive consolidation (1.2) | 2.3 | 2,173.50 | 13453679 |
| Gray | William | 14/01/2016 | Work on appeal issues | 1.2 | 1,134.00 | 13453689 |
| Gray | William | 15/01/2016 | Review appeal paper filings | 1.7 | 1,606.50 | 13480092 |
| Gray | William | 18/01/2016 | Work on appeal issues; review cross appeal briefs | 2.7 | 2,551.50 | 13480122 |
| Gray | William | 19/01/2016 | Work on appeal issues; review cross appeal briefs | 0.8 | 756.00 | 13480129 |
| Gray | William | 21/01/2016 | Review appellant's cross-appeal opening brief (2.0); work on allocation of appeal (.7) | 2.7 | 2,551.50 | 13480151 |
| Gray | William | 22/01/2016 | Review US papers | 0.8 | 756.00 | 13480159 |
| Gray | William | 25/01/2016 | Work on appeal issues; work on reply briefs | 1.3 | 1,228.50 | 13480177 |
| Gray | William | 26/01/2016 | Review appellate briefs | 2.2 | 2,079.00 | 13480194 |
| Gray | William | 27/01/2016 | Work on appellate replies | 1.6 | 1,512.00 | 13480214 |
| Gray | William | 28/01/2016 | Work on appellate reply briefs | 2.2 | 2,079.00 | 13480224 |
| Gray | William | 29/01/2016 | Work on appeal briefs; | 1.3 | 1,228.50 | 13483142 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Bomhof | Scott A. | 04/01/2016 | research regarding intercompany claims; | 1.4 | 973.00 | 13434773 |
| Bomhof | Scott A. | 05/01/2016 | research regarding legal issues related to intercompany claims; | 0.7 | 486.50 | 13439585 |
| Bomhof | Scott A. | 08/01/2016 | research regarding issues related to intercompany claims; | 1.5 | 1,042.50 | 13445090 |
| Bomhof | Scott A. | 13/01/2016 | research regarding "comity" argument raised in US appeal materials; | 2.1 | 1,459.50 | 13453839 |
| Bomhof | Scott A. | 28/01/2016 | research regarding Canadian allocation order appeal issues; | 1.7 | 1,181.50 | 13482125 |
| Slavens | Adam | 05/01/2016 | conducting Canadian legal research re contractual interpretation issues; | 1.0 | 580.00 | 13437902 |
| Slavens | Adam | 06/01/2016 | conducting Canadian legal research re contractual interpretation issues; | 1.4 | 812.00 | 13441181 |
| Slavens | Adam | 08/01/2016 | conducting Canadian legal research re contractual interpretation issues (1.5); reviewing research of A. Laskin re same (1.5); | 3.0 | 1,740.00 | 13445602 |
| Slavens | Adam | 11/01/2016 | conducting Canadian legal research re contractual interpretation issues (6.7); reviewing research of A. Laskin re same (0.5); | 7.2 | 4,176.00 | 13450637 |
| Slavens | Adam | 12/01/2016 | conducting Canadian legal research re contractual interpretation issues; | 4.1 | 2,378.00 | 13450642 |
| Slavens | Adam | 13/01/2016 | conducting Canadian legal research re contractual interpretation issues (3.8); preparing reporting email to M. Gianis re same (2.5); | 6.3 | 3,654.00 | 13452658 |
| Slavens | Adam | 14/01/2016 | reviewing allocation trial briefs re Canadian patent law; | 1.0 | 580.00 | 13457543 |
| Slavens | Adam | 21/01/2016 | conducting Canadian legal research re valuation matters re appeal; | 3.5 | 2,030.00 | 13468473 |
| Laskin | Aria | 08/01/2016 | conducting Canadian legal research for American appeal proceedings (5.7); | 5.7 | 1,539.00 | 13445204 |
| DeMarinis | Tony | 06/01/2016 | analysis of appellate arguments and submissions; | 1.0 | 845.00 | 13468815 |
| DeMarinis | Tony | 07/01/2016 | analysis of appellate filings and accumulated materials; | 1.5 | 1,267.50 | 13468824 |
| DeMarinis | Tony | 12/01/2016 | analysis of CCC's appellee response and opening brief; | 1.0 | 845.00 | 13481059 |
| DeMarinis | Tony | 13/01/2016 | legal analysis in relation to noteholders' submissions on appeal; | 0.8 | 676.00 | 13481085 |
| DeMarinis | Tony | 15/01/2016 | analysis and review of legal arguments and submissions on appeal of allocation ruling; | 2.4 | 2,028.00 | 13481120 |
| DeMarinis | Tony | 28/01/2016 | review of multi-part legal arguments in appellate briefs; | 0.9 | 760.50 | 13485758 |
| Szydlowski | Tanya | 06/01/2016 | case retrieval (A. Laskin); | 0.4 | 46.00 | 13450484 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Slavens | Adam | 03/01/2016 | conducting analysis re intercompany contribution and related claims; | 2.0 | 1,160.00 | 13435936 |
| Slavens | Adam | 04/01/2016 | conducting analysis re intercompany contribution and related claims; | 1.5 | 870.00 | 13435934 |
| Slavens | Adam | 07/01/2016 | reviewing email correspondence and related materials re intercompany claims from R. Eckenrod; | 1.9 | 1,102.00 | 13445586 |
| Slavens | Adam | 19/01/2016 | conducting analysis re intercompany contribution and related claims; | 2.3 | 1,334.00 | 13463186 |
| Slavens | Adam | 20/01/2016 | conducting analysis re intercompany contribution and related claims; | 1.7 | 986.00 | 13468418 |
| Slavens | Adam | 21/01/2016 | conducting analysis re intercompany contribution and related claims; | 3.8 | 2,204.00 | 13468427 |
| Slavens | Adam | 22/01/2016 | conducting analysis re intercompany contribution and related claims; | 1.1 | 638.00 | 13470750 |
| Slavens | Adam | 25/01/2016 | conducting analysis re intercompany contribution and related claims; | 6.3 | 3,654.00 | 13472009 |
| DeMarinis | Tony | 22/01/2016 | reading materials on inter-company rights and distribution entitlements; | 1.0 | 845.00 | 13481141 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Bomhof | Scott A. | 04/01/2016 | reviewing materials for IP address sale motion returnable January 6; | 0.3 | 208.50 | 13434775 |
| Bomhof | Scott A. | 05/01/2016 | reviewing correspondence from counsel for UKPT regarding bondholder fee disclosure and prepare for January 6 motion (.8); reviewing IP address sale motion record (.2); | 1.0 | 695.00 | 13439584 |
| Bomhof | Scott A. | 07/01/2016 | reviewing correspondence from Supreme court of Canada regarding ppi appeal (.2); telephone call with M. Gottlieb regarding January 6 hearing before Justice Newbould (.3); | 0.5 | 347.5 | 13445084 |
| Bomhof | Scott A. | 11/01/2016 | reviewing letter from Goodmans regarding disclosure of fees (.2); reviewing email exchanges regarding public release of US appeal materials (.2); reviewing issued order approving IP address sale (.2); | 0.6 | 417.00 | 13449303 |
| Bomhof | Scott A. | 12/01/2016 | reviewing opening brief of the Canadian creditors committee for US appeal; | 1.0 | 695.00 | 13449313 |
| Bomhof | Scott A. | 14/01/2016 | reviewing US appeal reply briefs and relevant law filed by UKPT, Joint Administration and Bondholders; | 5.0 | 3,475.00 | 13455039 |
| Bomhof | Scott A. | 15/01/2016 | reviewing US reply briefs regarding appeal of allocation decision (2.0); reviewing draft Dunn claim resolution materials and discuss same with Goodmans (1.0) | 3.0 | 2,085.00 | 13458871 |
| Bomhof | Scott A. | 18/01/2016 | reviewing reply briefs and law in US appeal of allocation order; | 2.7 | 1,876.50 | 13469789 |
| Bomhof | Scott A. | 19/01/2016 | reviewing Canadian appeal issues arising from US reply briefs on US appeal of allocation order (1.3); exchange messages with Cleary regarding Dunn claim procedure order (.3); | 1.6 | 1,112.00 | 13469793 |
| Bomhof | Scott A. | 20/01/2016 | reviewing Dunn claims procedure materials and discuss Torys/Cleary comments with C. Armstrong; | 0.9 | 625.50 | 13469798 |
| Bomhof | Scott A. | 21/01/2016 | reviewing US appeal briefs and prepare argument for Canadian appeal of Canadian allocation order; | 3.1 | 2,154.50 | 13469802 |
| Bomhof | Scott A. | 22/01/2016 | exchange emails with C. Armstrong regarding additional IP address sale; | 0.4 | 278.00 | 13469810 |
| Bomhof | Scott A. | 25/01/2016 | telephone call with A. Slavens regarding update on status of allocation order and preparation of appeal materials (.4); reviewing motion record for February 1st motion to sell IP addresses and report to Cleary (.6); reviewing Dunn motion for a Wagg Order" (.4); | 1.4 | 973.00 | 13471467 |
| Bomhof | Scott A. | 26/01/2016 | research regarding appeal issues related to Ontario allocation decision; | 2.1 | 1,459.50 | 13476117 |
| Gray | Andrew | 28/01/2016 | meeting regarding legal research on claims issue and follow-up from the meeting (1.5); | 1.5 | 960.00 | 13480251 |
| Slavens | Adam | 05/01/2016 | reviewing correspondence from UKPC re motion returnable January 6, 2016 (0.8); email correspondence with L. Schweitzer, C. Armstrong, M. Wunder and S. Bomhof re same (0.4); preparing for motion returnable January 6, 2016 (1.0); | 2.2 | 1,276.00 | 13437900 |
| Slavens | Adam | 06/01/2016 | attending motion returnable January 6, 2016 (1.0); preparing for same (0.5); preparing reporting email to L. Schweitzer re same (0.3); | 1.8 | 1,044.00 | 13441173 |
| Slavens | Adam | 11/01/2016 | email correspondence with J. Pasquariello re | 0.5 | 290.00 | 13450626 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Slavens | Adam | 15/01/2016 | information requests by the UKPC (0.2); reviewing correspondence re same (0.3); reviewing Dunn claim resolution process materials and related court orders (0.7); email correspondence with S. Bomhof, L. Schweitzer, C. Armstrong and M. Wunder re same (0.4); | 1.1 | 638.00 | 13457562 |
| Slavens | Adam | 20/01/2016 | reviewing Dunn claim resolution process materials and related court orders (0.3); email correspondence with L. Scweitzer, J. Ray and S. Bomhof re same (0.2); | 0.5 | 290.00 | 13468402 |
| Slavens | Adam | 22/01/2016 | reviewing IP address sale documents (1.3); reviewing motion record re motion returnable February 1, 2016 (1.3); | 2.6 | 1,508.00 | 13470705 |
| Slavens | Adam | 25/01/2016 | reviewing motion record re motion returnable February 1, 2016; | 0.9 | 522.00 | 13472010 |
| Silver | Jon | 03/01/2016 | researching claims and choice of law issue; | 1.0 | 220.00 | 13430730 |
| Silver | Jon | 04/01/2016 | researching claims and choice of law; | 1.7 | 374.00 | 13434440 |
| Silver | Jon | 05/01/2016 | meeting with J. Opolsky about legal research on claims (0.4); researching choice of law and avoidance powers (2.9); | 3.3 | 726.00 | 13435657 |
| Silver | Jon | 06/01/2016 | meeting with J. Opolsky and A. Gray about avoidance issue and choice of law; | 0.5 | 110.00 | 13438733 |
| Silver | Jon | 08/01/2016 | meeting with J. Opolsky to discuss choice of law question (0.2); researching choice of law questions (0.7) | 0.9 | 198.00 | 13443597 |
| Silver | Jon | 11/01/2016 | legal research on claims; | 1.4 | 308.00 | 13451698 |
| Silver | Jon | 13/01/2016 | legal research on claims; | 0.5 | 110.00 | 13451878 |
| Silver | Jon | 19/01/2016 | research relating to claims; | 1.4 | 308.00 | 13461673 |
| Silver | Jon | 20/01/2016 | legal research on claims (3.1); meet with J. Opolsky regarding same (0.2); | 3.3 | 726.00 | 13463904 |
| Silver | Jon | 22/01/2016 | research relating to claims; | 6.5 | 1,430.00 | 13469405 |
| Silver | Jon | 28/01/2016 | meeting with A. Gray and J. Opolsky to discuss claim research (0.5); editing oppression research memorandum (1.2); | 1.7 | 374.00 | 13478270 |
| Silver | Jon | 29/01/2016 | editing memorandum on claims research; | 0.4 | 88.00 | 13480166 |
| Opolsky | Jeremy | 05/01/2016 | Office meeting with Jon Silver re: legal research on claims (.4); internal correspondence re: legal research on appeals (.1); | 0.5 | 252.50 | 13437439 |
| Opolsky | Jeremy | 06/01/2016 | preparing for and meeting with Andrew Gray and Jon Silver re: claims issues; | 0.5 | 252.50 | 13442263 |
| Opolsky | Jeremy | 08/01/2016 | meeting with Jon Silver re: legal research on claims issues; | 0.3 | 151.50 | 13443529 |
| Opolsky | Jeremy | 12/01/2016 | corresponding with Margot Gianis (Cleary) re: appeal issues; | 0.1 | 50.50 | 13450159 |
| Opolsky | Jeremy | 13/01/2016 | reviewing legal research re: appeal issues; | 0.4 | 202.00 | 13451856 |
| Opolsky | Jeremy | 15/01/2016 | reviewing appeal pleadings; | 4.0 | 2,020.00 | 13454889 |
| Opolsky | Jeremy | 20/01/2016 | office meeting with John Silver re: legal research on CCAA proceedings (.2); | 0.2 | 101.00 | 13465313 |
| Opolsky | Jeremy | 22/01/2016 | call from Jonathan Silver re: legal research; office meeting with Adam Slavens re: appeal issues; | 0.1 | 50.50 | 13468584 |
| Opolsky | Jeremy | 23/01/2016 | reviewing legal research re: appeal issues; | 0.5 | 252.50 | 13470168 |
| Opolsky | Jeremy | 28/01/2016 | preparing for and attending meeting with Andrew Gray and Jon Silver re: research on Canadian law; | 0.7 | 353.50 | 13479466 |
| DeMarinis | Tony | 06/01/2016 | counsel correspondence on disclosure of appellate briefs (0.2); reviewing appellate | 1.2 | 1,014.00 | 13468809 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| | | | materials (1.0); | | | |
| DeMarinis | Tony | 08/01/2016 | reading appellate materials; | 0.7 | 591.50 | 13468844 |
| DeMarinis | Tony | 11/01/2016 | counsel correspondence regarding public posting of appellate briefs (0.1); reviewing appeal documents (1.6); | 1.7 | 1,436.50 | 13481045 |
| DeMarinis | Tony | 11/01/2016 | reviewing inter-company claims and related information; | 1.4 | 1,183.00 | 13481052 |
| DeMarinis | Tony | 13/01/2016 | review and consideration of ad hoc noteholders' response to brief of Nortel trade claims consortium; | 1.5 | 1,267.50 | 13481081 |
| DeMarinis | Tony | 14/01/2016 | review and consideration of Monitor's opening appeal brief (1.0); review and consideration of joint administrator's opposition and opening brief (0.8); reviewing UK pension claimants' brief (0.6); reviewing indenture trustee's brief (0.3); | 2.7 | 2,281.50 | 13481100 |
| DeMarinis | Tony | 20/01/2016 | reviewing appellate briefs; | 1.6 | 1,352.00 | 13466215 |
| DeMarinis | Tony | 29/01/2016 | reviewing current monitor's report (0.2); reviewing postings of Canadian court materials (0.6); | 0.8 | 676.00 | 13485762 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Slavens | Adam | 04/01/2016 | reviewing chapter 11 case court documents; | 1.0 | 580.00 | 13435927 |
| Slavens | Adam | 15/01/2016 | reviewing responding briefs re US appeal; | 4.0 | 2,320.00 | 13457554 |
| Slavens | Adam | 16/01/2016 | reviewing responding briefs re US appeal; | 4.6 | 2,668.00 | 13457558 |
| Slavens | Adam | 18/01/2016 | reviewing responding briefs re US appeal; | 1.3 | 754.00 | 13463169 |
| Slavens | Adam | 20/01/2016 | email correspondence and telephone calls with W. Gray and S. Bomhof re appeal responses (0.3); reviewing same (0.4); | 0.7 | 406.00 | 13468398 |