# **<u>EXHIBIT B</u>**

**Nortel**
**January 2016 Disbursements**

| | | | | | |
|---|---|---|---|---|---|
| 303 | Taxi & Travel | 06/01/2016 | $ 6.45 | 1 | Taxi & Travel |
| | | | | 2 | Slavens, Adam; Taxi/Car Service - courthouse |
| | | | | 3 | Nortel |
| 808 | Laser Printing | 04/01/2016 | 7.60 | 1 | Laser Printing |
| 808 | Laser Printing | 04/01/2016 | 4.80 | 1 | Laser Printing |
| 808 | Laser Printing | 05/01/2016 | 0.30 | 1 | Laser Printing |
| 808 | Laser Printing | 06/01/2016 | 11.70 | 1 | Laser Printing |
| 808 | Laser Printing | 07/01/2016 | 0.30 | 1 | Laser Printing |
| 808 | Laser Printing | 13/01/2016 | 23.70 | 1 | Laser Printing |
| 808 | Laser Printing | 13/01/2016 | 25.90 | 1 | Laser Printing |
| 808 | Laser Printing | 13/01/2016 | 146.40 | 1 | Laser Printing |
| 808 | Laser Printing | 14/01/2016 | 0.80 | 1 | Laser Printing |
| 808 | Laser Printing | 14/01/2016 | 49.10 | 1 | Laser Printing |
| 808 | Laser Printing | 15/01/2016 | 6.10 | 1 | Laser Printing |
| 808 | Laser Printing | 15/01/2016 | 6.90 | 1 | Laser Printing |
| 808 | Laser Printing | 22/01/2016 | 4.30 | 1 | Laser Printing |
| 808 | Laser Printing | 25/01/2016 | 60.10 | 1 | Laser Printing |
| 808 | Laser Printing | 26/01/2016 | 1.00 | 1 | Laser Printing |
| 808 | Laser Printing | 28/01/2016 | 0.70 | 1 | Laser Printing |
| 808 | Laser Printing | 28/01/2016 | 0.70 | 1 | Laser Printing |
| 4801 | Duplicating | 19/01/2016 | 1.60 | 1 | Duplicating |
| 4808 | Laser Printing | 05/01/2016 | 1.20 | 1 | Laser Printing |
| 4808 | Laser Printing | 05/01/2016 | 1.90 | 1 | Laser Printing |
| 4808 | Laser Printing | 05/01/2016 | 0.20 | 1 | Laser Printing |
| 4808 | Laser Printing | 05/01/2016 | 1.90 | 1 | Laser Printing |
| 4808 | Laser Printing | 07/01/2016 | 1.10 | 1 | Laser Printing |
| 4808 | Laser Printing | 12/01/2016 | 0.10 | 1 | Laser Printing |
| 4808 | Laser Printing | 12/01/2016 | 2.20 | 1 | Laser Printing |
| 4808 | Laser Printing | 12/01/2016 | 0.10 | 1 | Laser Printing |
| 4808 | Laser Printing | 12/01/2016 | 0.80 | 1 | Laser Printing |
| 4808 | Laser Printing | 13/01/2016 | 0.80 | 1 | Laser Printing |
| 4808 | Laser Printing | 20/01/2016 | 1.60 | 1 | Laser Printing |
| 4808 | Laser Printing | 21/01/2016 | 0.60 | 1 | Laser Printing |
| 4808 | Laser Printing | 25/01/2016 | 0.80 | 1 | Laser Printing |
| 4808 | Laser Printing | 27/01/2016 | 0.90 | 1 | Laser Printing |
| | | | **$ 366.20** | | |
| 885 | On Line Research Charges - Quicklaw | 04/01/2016 | 18.06 | 1 | On Line Research Charges - Quicklaw |
| 885 | On Line Research Charges - Quicklaw | 05/01/2016 | 25.29 | 1 | On Line Research Charges - Quicklaw |
| 885 | On Line Research Charges - Quicklaw | 11/01/2016 | 46.96 | 1 | On Line Research Charges - Quicklaw |
| 885 | On Line Research Charges - Quicklaw | 13/01/2016 | 13.72 | 1 | On Line Research Charges - Quicklaw |
| 885 | On Line Research Charges - Quicklaw | 19/01/2016 | 4.34 | 1 | On Line Research Charges - Quicklaw |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 04/01/2016 | 208.08 | 1 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 05/01/2016 | 33.60 | 1 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 07/01/2016 | 41.18 | 1 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 08/01/2016 | 244.39 | 1 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 11/01/2016 | 139.26 | 1 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 19/01/2016 | 83.45 | 1 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 20/01/2016 | 30.89 | 1 | On Line Research Charges -WestlaweCarswell Incl. |
| | | | **$ 889.22** | | |
| | | | **$ 1,261.87** | | |