# EXHIBIT A

# HOURS/BILLABLE AMOUNTS BY PROJECT
# NORTEL NETWORKS, INC.

**Name:** **RLKS Executive Solutions LLC**

| | Start Date | End Date |
|---|---|---|
| **Working Dates:** | **1/1/2016** | **1/31/2016** |
| **Enter Billing Rate/Hr:** | **590.00** | |

| Project No. | Project Name | Hours/Minutes Worked | Billing Rate | Billing Amount |
|---|---|---|---|---|
| 1 | NNI Document and eData Preservation Projects | 114.40 | $590.00 | $67,496.00 |
| 2 | Facility Document Inventory & Evacuation Review | 269.50 | $590.00 | $159,005.00 |
| 3 | Human Resources - Employee Related Projects | 6.20 | $590.00 | $3,658.00 |
| 4 | Fee Apps | 37.50 | $590.00 | $22,125.00 |
| 5 | Non-working travel | 160.50 | $295.00 | $47,347.50 |
| 6 | Claims Administration, Reconciliation & Resolution | 546.00 | $590.00 | $322,140.00 |
| 7 | Tax/Finance Matters and Budget Projects | 11.20 | $590.00 | $6,608.00 |
| 8 | Misc Debtor Issues and Communications | 4.30 | $590.00 | $2,537.00 |
| 9 | Analyst Support and Case Modeling | 189.20 | $590.00 | $111,628.00 |
| | **Hours/Billing Amount for Period:** | **1,338.80** | | **$742,544.50** |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 1/1/2016 | NetBackup monitoring and policy changes, tape preparations, and restarts and storage reclamation | Brandon Bangerter | 1 | 1.7 |
| 1/4/2016 | Security updates and server maintenance / NetBackup monitoring and policy configuration changes | Brandon Bangerter | 1 | 3.8 |
| 1/4/2016 | IT Infrastructure monitoring and support | Raj Perubhatla | 1 | 5.7 |
| 1/5/2016 | Server patch updates / resolving space issues / NetBackup monitoring and restarts | Brandon Bangerter | 1 | 3.6 |
| 1/5/2016 | IT Infrastructure monitoring | Raj Perubhatla | 1 | 1.7 |
| 1/6/2016 | Onsite IT support | Raj Perubhatla | 1 | 5.8 |
| 1/7/2016 | Onsite IT support | Raj Perubhatla | 1 | 3.3 |
| 1/8/2016 | Desktop / laptop maintenance for access to NNI server / shares, server maintenance and testing / restarts | Brandon Bangerter | 1 | 3.4 |
| 1/8/2016 | IT Infrastructure monitoring | Raj Perubhatla | 1 | 5.5 |
| 1/11/2016 | Security updates and server maintenance / password changes / Hardware support and space issues | Brandon Bangerter | 1 | 4.2 |
| 1/13/2016 | Onsite IT support | Raj Perubhatla | 1 | 3.7 |
| 1/14/2016 | NetBackup policy updates, reconfiguration of NAS devices; job restarts; server security updates | Brandon Bangerter | 1 | 5.3 |
| 1/14/2016 | IT Infrastructure monitoring | Raj Perubhatla | 1 | 4.2 |
| 1/15/2016 | Security updates and server maintenance / NetBackup monitoring and policy configuration changes | Brandon Bangerter | 1 | 4.8 |
| 1/17/2016 | IT Support | Raj Perubhatla | 1 | 0.5 |
| 1/18/2016 | Server patch updates / resolving space issues / NetBackup monitoring and restarts | Brandon Bangerter | 1 | 3.8 |
| 1/18/2016 | IT Infrastructure monitoring | Raj Perubhatla | 1 | 3.3 |
| 1/19/2016 | Desktop / laptop maintenance for access to NNI server / shares, server maintenance and testing / restarts | Brandon Bangerter | 1 | 5.6 |
| 1/19/2016 | Onsite IT support | Raj Perubhatla | 1 | 2.8 |
| 1/20/2016 | Desktop / laptop maintenance for access to NNI server / shares, server maintenance and testing / restarts | Brandon Bangerter | 1 | 6.3 |
| 1/20/2016 | Onsite IT support | Raj Perubhatla | 1 | 5.7 |
| 1/22/2016 | IT Server Decommission investigation | Raj Perubhatla | 1 | 1.5 |
| 1/25/2016 | Server maintenance; patch security updates; NetBackup monitoring offsite jobs and restarts | Brandon Bangerter | 1 | 4.3 |
| 1/25/2016 | IT Infrastructure monitoring | Raj Perubhatla | 1 | 5.2 |
| 1/25/2016 | Electronic media destruction motion support | Raj Perubhatla | 1 | 1.2 |
| 1/26/2016 | Security updates and server maintenance / password changes / Hardware support and space issues | Brandon Bangerter | 1 | 3.5 |
| 1/26/2016 | IT Infrastructure support for QuickBooks | Raj Perubhatla | 1 | 2.6 |
| 1/27/2016 | On site IT support | Raj Perubhatla | 1 | 8.0 |
| 1/29/2016 | Server maintenance and updates; NetBackup space issues and modification of policies | Brandon Bangerter | 1 | 3.4 |
| 1/4/2016 | Follow up calls to EE regarding disposal motion | Kathryn Schultea | 2 | 1.0 |
| 1/4/2016 | Correspondence - NNI - Recycler | Kathryn Schultea | 2 | 0.5 |
| 1/5/2016 | Data room support/evacuation | Daniel Tollefsen | 2 | 6.4 |
| 1/5/2016 | Correspondence - re requests to pull boxes at IM | Kathryn Schultea | 2 | 0.3 |
| 1/5/2016 | Correspondence - Broadband circuits in RTP | Kathryn Schultea | 2 | 0.5 |
| 1/5/2016 | Correspondence - List of IM Accounts and reviews | Kathryn Schultea | 2 | 0.7 |
| 1/5/2016 | Correspondence - Document Disposal Request | Kathryn Schultea | 2 | 1.5 |
| 1/5/2016 | GWRTP DC Move: 2nd Power Cycle planning | Raj Perubhatla | 2 | 4.3 |
| 1/6/2016 | Data Center clean up / Racking and re-cabling servers and switches / sorting equipment / Mtg on SAN | Brandon Bangerter | 2 | 8.8 |
| 1/6/2016 | Data room support/evacuation | Daniel Tollefsen | 2 | 7.9 |
| 1/6/2016 | Follow up calls to EE regarding disposal motion | Kathryn Schultea | 2 | 1.0 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 1/6/2016 | GWRTP DC Move: Security Badge Server move | Raj Perubhatla | 2 | 2.2 |
| 1/6/2016 | GWRTP DC Move: On site meeting with Storage and Network consultants | Raj Perubhatla | 2 | 1.5 |
| 1/7/2016 | Data Center clean up / Racking and re-cabling servers and switches / sorting equipment | Brandon Bangerter | 2 | 6.7 |
| 1/7/2016 | Data room support/evacuation | Daniel Tollefsen | 2 | 6.6 |
| 1/7/2016 | Nortel/Vtech Discovery - Iron Mountain search | Felicia Buenrostro | 2 | 3.5 |
| 1/7/2016 | Correspondence - re: Offsite media tapes | Kathryn Schultea | 2 | 0.8 |
| 1/7/2016 | Correspondence - NNI/Vtech Discovery IM search | Kathryn Schultea | 2 | 1.0 |
| 1/7/2016 | GWRTP DC Move: Security Badge Server move | Raj Perubhatla | 2 | 0.5 |
| 1/7/2016 | GWRTP DC Move: Fibre Channel SAN analysis for the 2nd Power Cycle | Raj Perubhatla | 2 | 1.7 |
| 1/8/2016 | Correspondence - re: hardware failures | Kathryn Schultea | 2 | 0.5 |
| 1/8/2016 | GWRTP DC Move: Residual network Fibre runs to IDF coordination | Raj Perubhatla | 2 | 2.8 |
| 1/10/2016 | GWRTP DC Move: Fiber runs to the IDFs | Raj Perubhatla | 2 | 1.5 |
| 1/10/2016 | Employee Claims Distribution Modeling: Extract Last known work addresses | Raj Perubhatla | 2 | 0.8 |
| 1/11/2016 | Correspondence - Residual Network Fiber runs approval | Kathryn Schultea | 2 | 0.5 |
| 1/11/2016 | Correspondence - update on subtenant status for evacuation | Kathryn Schultea | 2 | 0.8 |
| 1/11/2016 | Employee Claims Distribution Modeling: Extract Last known work addresses | Raj Perubhatla | 2 | 8.2 |
| 1/12/2016 | Reconfiguring servers, switches, cabling, and other hardware in racks for move out of data center | Brandon Bangerter | 2 | 8.3 |
| 1/12/2016 | NNI Expedited Employee Information Request - Iron Mountain search | Felicia Buenrostro | 2 | 2.5 |
| 1/12/2016 | Correspondence - Release and assignment agreements follow-up | Kathryn Schultea | 2 | 0.7 |
| 1/12/2016 | Correspondence - NNI Matters on lease and subtenants | Kathryn Schultea | 2 | 0.5 |
| 1/13/2016 | Reconfiguring servers, switches, cabling, and other hardware in racks for move out of data center | Brandon Bangerter | 2 | 7.1 |
| 1/13/2016 | Correspondence - American Broadband Inc. | Kathryn Schultea | 2 | 0.7 |
| 1/13/2016 | GWRTP DC Move: Meeting with subtenant | Raj Perubhatla | 2 | 1.0 |
| 1/14/2016 | Correspondence - Nortel Document Destruction Motion | Kathryn Schultea | 2 | 1.0 |
| 1/14/2016 | Correspondence - NNI SAP shut down and restart | Kathryn Schultea | 2 | 0.8 |
| 1/14/2016 | Correspondence - Document Disposal Objection | Kathryn Schultea | 2 | 1.0 |
| 1/15/2016 | Follow up calls to EE regarding disposal motion | Kathryn Schultea | 2 | 2.0 |
| 1/15/2016 | Correspondence and follow up re IT facility | Kathryn Schultea | 2 | 0.8 |
| 1/15/2016 | Investigation for electronic media destruction motion | Raj Perubhatla | 2 | 2.7 |
| 1/15/2016 | GWRTP DC Move: 2nd Power Cycle planning and prep | Raj Perubhatla | 2 | 4.8 |
| 1/18/2016 | Data room support/evacuation | Daniel Tollefsen | 2 | 3.4 |
| 1/18/2016 | Onsite at NNI - Worked on NNI boxes that need to be sent to Iron Mountain | Felicia Buenrostro | 2 | 3.0 |
| 1/18/2016 | RTP Walkthrough and related follow-ups | Kathryn Schultea | 2 | 3.0 |
| 1/18/2016 | GWRTP DC Move: 2nd Power Cycle planning and prep | Raj Perubhatla | 2 | 4.2 |
| 1/18/2016 | GWRTP DC Move: Call with the storage consultant | Raj Perubhatla | 2 | 0.5 |
| 1/19/2016 | Cleaning, organizing data room / racking and configuring servers / preparation for power down | Brandon Bangerter | 2 | 3.2 |
| 1/19/2016 | Data room support/evacuation | Daniel Tollefsen | 2 | 9.6 |
| 1/19/2016 | Onsite at NNI - Worked on NNI boxes that need to be sent to Iron Mountain | Felicia Buenrostro | 2 | 2.5 |
| 1/19/2016 | Onsite meeting with Avaya re: move out | Kathryn Schultea | 2 | 0.8 |
| 1/19/2016 | Onsite move status meeting | Raj Perubhatla | 2 | 2.2 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 1/19/2016 | GWRTP DC Move: colo, transport, DC cleanup contracts coordination | Raj Perubhatla | 2 | 3.5 |
| 1/20/2016 | Data room support/evacuation | Daniel Tollefsen | 2 | 4.9 |
| 1/20/2016 | Onsite at NNI - Worked on NNI boxes that need to be sent to Iron Mountain | Felicia Buenrostro | 2 | 7.8 |
| 1/20/2016 | Onsite meeting with Sodexo Sublease Expiration Discussion | Kathryn Schultea | 2 | 1.0 |
| 1/20/2016 | Correspondence - application transfer and agreements | Kathryn Schultea | 2 | 1.5 |
| 1/20/2016 | Walk thru of the IT site - tapes | Kathryn Schultea | 2 | 1.0 |
| 1/21/2016 | Finalization of server, SAN, and network preparation for power down / procedure review / testing | Brandon Bangerter | 2 | 6.3 |
| 1/21/2016 | Power down of all servers, SAN storage, and network switches / routers, power on and troubleshooting | Brandon Bangerter | 2 | 7.8 |
| 1/21/2016 | Data room support/evacuation | Daniel Tollefsen | 2 | 10.8 |
| 1/21/2016 | Onsite at NNI - Worked on NNI boxes that need to be sent to Iron Mountain | Felicia Buenrostro | 2 | 5.0 |
| 1/21/2016 | Correspondence - IT move discussion and related follow-up | Kathryn Schultea | 2 | 1.5 |
| 1/21/2016 | Detailed review of IM inventory, retrieval and historical timing | Kathryn Schultea | 2 | 2.0 |
| 1/21/2016 | GWRTP DC Move: 2nd Power Cycle prep | Raj Perubhatla | 2 | 7.5 |
| 1/21/2016 | GWRTP DC Move: 2nd Power Cycle for Brocade switch consolidation | Raj Perubhatla | 2 | 6.5 |
| 1/22/2016 | Troubleshooting server issues after power up / testing connectivity / Racking servers in preparation | Brandon Bangerter | 2 | 6.7 |
| 1/22/2016 | Correspondence - move out related items | Kathryn Schultea | 2 | 0.6 |
| 1/22/2016 | Correspondence Nortel data retention discussion and research from inquiries on motion | Kathryn Schultea | 2 | 0.8 |
| 1/22/2016 | Correspondence - Follow up on data hosting agreement | Kathryn Schultea | 2 | 0.5 |
| 1/25/2016 | Correspondence - Termination technology work order | Kathryn Schultea | 2 | 1.0 |
| 1/25/2016 | Correspondence - Document Disposal Motion | Kathryn Schultea | 2 | 0.6 |
| 1/25/2016 | Correspondence - Follow-up on transition and site wind down matters | Kathryn Schultea | 2 | 1.3 |
| 1/25/2016 | Correspondence - NNI Matters on lease and subtenants | Kathryn Schultea | 2 | 0.8 |
| 1/26/2016 | Data room support/evacuation | Daniel Tollefsen | 2 | 4.4 |
| 1/26/2016 | Follow up calls to EE regarding disposal motion | Kathryn Schultea | 2 | 1.5 |
| 1/26/2016 | GWRTP DC Move: Level3 2nd circuit install coordination | Raj Perubhatla | 2 | 1.5 |
| 1/26/2016 | GWRTP DC Move: Raleigh Recyclers contract | Raj Perubhatla | 2 | 1.8 |
| 1/27/2016 | Server moves into new racks / cleaning up racks and switches in preparation for move | Brandon Bangerter | 2 | 8.1 |
| 1/27/2016 | Data room support/evacuation | Daniel Tollefsen | 2 | 6.9 |
| 1/27/2016 | Document Disposal Motion - Iron Mountain search | Felicia Buenrostro | 2 | 3.0 |
| 1/27/2016 | Correspondence - Document Destruction Motion | Kathryn Schultea | 2 | 0.6 |
| 1/27/2016 | Correspondence - Document disposal motion follow-ups | Kathryn Schultea | 2 | 0.7 |
| 1/27/2016 | Correspondence - NETAS - Document disposal objection | Kathryn Schultea | 2 | 0.5 |
| 1/27/2016 | Follow up correspondence on outstanding communications to landlords | Kathryn Schultea | 2 | 0.8 |
| 1/27/2016 | Correspondence - Datacenter Move Date Outage | Kathryn Schultea | 2 | 1.0 |
| 1/27/2016 | Correspondence - Review and feedback on IT move needs and agreements | Kathryn Schultea | 2 | 0.8 |
| 1/28/2016 | Server moves / cleaning up racks and switches in preparation for move / server troubleshooting | Brandon Bangerter | 2 | 6.8 |
| 1/28/2016 | Data room support/evacuation | Daniel Tollefsen | 2 | 1.8 |
| 1/28/2016 | Research and review of vendor documentation related to claims support | Daniel Tollefsen | 2 | 4.3 |
| 1/28/2016 | Follow up calls to EE regarding disposal motion | Kathryn Schultea | 2 | 1.3 |
| 1/28/2016 | GWRTP DC Move: Residual network: Level3 circuit install coordination | Raj Perubhatla | 2 | 2.7 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 1/29/2016 | Correspondence - database and servers discussion | Kathryn Schultea | 2 | 1.0 |
| 1/29/2016 | Correspondence - update on subtenant status for evacuation | Kathryn Schultea | 2 | 0.8 |
| 1/29/2016 | Follow up calls to EE regarding disposal motion | Kathryn Schultea | 2 | 1.0 |
| 1/7/2016 | Correspondence - former EE questions | Kathryn Schultea | 3 | 0.7 |
| 1/12/2016 | Correspondence - Hewitt 401K Statement | Kathryn Schultea | 3 | 0.5 |
| 1/19/2016 | Return calls to various former ee requests and follow-up | Kathryn Schultea | 3 | 1.5 |
| 1/20/2016 | Onsite meeting. re: Employee gross to net calculation status update | Kathryn Schultea | 3 | 1.0 |
| 1/21/2016 | Correspondence - Nortel Employee Information Request | Kathryn Schultea | 3 | 0.7 |
| 1/26/2016 | Research for subpoena on former EE records | Kathryn Schultea | 3 | 1.3 |
| 1/28/2016 | Follow up correspondence on retirement questions | Kathryn Schultea | 3 | 0.5 |
| 1/2/2016 | Fee app tracking | Brandon Bangerter | 4 | 1.0 |
| 1/2/2016 | Fee Application Tracking | Mary Cilia | 4 | 1.0 |
| 1/5/2016 | Fee application work and consolidation | Kathryn Schultea | 4 | 4.0 |
| 1/8/2016 | Fee app tracking | Brandon Bangerter | 4 | 1.0 |
| 1/8/2016 | Fee App | Daniel Tollefsen | 4 | 1.0 |
| 1/8/2016 | Weekly Fee Application Work | Felicia Buenrostro | 4 | 2.0 |
| 1/9/2016 | Weekly Fee Application Work | Leticia Barrios | 4 | 1.0 |
| 1/9/2016 | Fee Application Tracking | Mary Cilia | 4 | 1.0 |
| 1/9/2016 | Fee Apps | Raj Perubhatla | 4 | 1.0 |
| 1/13/2016 | Fee Application | David Kantorczyk | 4 | 1.0 |
| 1/15/2016 | Fee app tracking | Brandon Bangerter | 4 | 1.0 |
| 1/15/2016 | Fee App | Daniel Tollefsen | 4 | 1.0 |
| 1/15/2016 | Weekly Fee Application Work and consolidation | Felicia Buenrostro | 4 | 1.5 |
| 1/15/2016 | Fee Apps | Raj Perubhatla | 4 | 1.0 |
| 1/16/2016 | Weekly Fee Application Work | Leticia Barrios | 4 | 1.0 |
| 1/16/2016 | Fee Application Tracking | Mary Cilia | 4 | 1.0 |
| 1/22/2016 | Fee app tracking | Brandon Bangerter | 4 | 1.0 |
| 1/22/2016 | Fee App | Daniel Tollefsen | 4 | 1.0 |
| 1/22/2016 | Weekly Fee Application Work | Felicia Buenrostro | 4 | 1.0 |
| 1/23/2016 | Weekly Fee Application Work | Leticia Barrios | 4 | 1.0 |
| 1/23/2016 | Fee Application Tracking | Mary Cilia | 4 | 1.0 |
| 1/23/2016 | Fee Apps | Raj Perubhatla | 4 | 1.0 |
| 1/28/2016 | Fee application work and consolidation | Kathryn Schultea | 4 | 2.0 |
| 1/29/2016 | Fee app tracking | Brandon Bangerter | 4 | 1.0 |
| 1/29/2016 | Fee App | Daniel Tollefsen | 4 | 1.0 |
| 1/29/2016 | Fee Application | David Kantorczyk | 4 | 1.0 |
| 1/29/2016 | Weekly Fee Application Work and consolidation | Felicia Buenrostro | 4 | 3.0 |
| 1/29/2016 | Fee Apps | Raj Perubhatla | 4 | 1.0 |
| 1/30/2016 | Weekly Fee Application Work | Leticia Barrios | 4 | 1.0 |
| 1/30/2016 | Fee Application Tracking | Mary Cilia | 4 | 1.0 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 1/5/2016 | Non-working travel: IAH-RDU | Brandon Bangerter | 5 | 5.0 |
| 1/5/2016 | Non-Working Travel to Client site - Raleigh | Daniel Tollefsen | 5 | 5.0 |
| 1/5/2016 | Non Working travel to Client site | Raj Perubhatla | 5 | 5.0 |
| 1/7/2016 | Non-working travel: RDU-IAH | Brandon Bangerter | 5 | 5.0 |
| 1/7/2016 | Non-Working Travel from Client site - Raleigh | Daniel Tollefsen | 5 | 5.0 |
| 1/7/2016 | Non Working Travel from Client site | Raj Perubhatla | 5 | 5.0 |
| 1/11/2016 | Non-working travel: IAH-RDU | Brandon Bangerter | 5 | 5.0 |
| 1/11/2016 | Non-Working travel Houston to New York | Kathryn Schultea | 5 | 4.5 |
| 1/11/2016 | Non-Working Travel: Houston to New York | Mary Cilia | 5 | 4.5 |
| 1/11/2016 | Non Working travel to Client site | Raj Perubhatla | 5 | 5.0 |
| 1/13/2016 | Non-working travel: RDU-IAH | Brandon Bangerter | 5 | 5.0 |
| 1/13/2016 | Non Working Travel from Client site | Raj Perubhatla | 5 | 5.0 |
| 1/14/2016 | Non-Working travel New York to Houston | Kathryn Schultea | 5 | 4.5 |
| 1/14/2016 | Non-Working Travel: New York to Houston | Mary Cilia | 5 | 4.5 |
| 1/18/2016 | Non-working travel: IAH-RDU | Brandon Bangerter | 5 | 5.0 |
| 1/18/2016 | Non-Working Travel to Client site - Raleigh | Daniel Tollefsen | 5 | 5.0 |
| 1/18/2016 | Travel to client | David Kantorczyk | 5 | 4.5 |
| 1/18/2016 | Non-Working travel Houston to Raleigh | Felicia Buenrostro | 5 | 2.5 |
| 1/18/2016 | Non-Working travel Houston to Raleigh | Kathryn Schultea | 5 | 5.0 |
| 1/18/2016 | Non-Working travel (Houston to Raleigh) | Leticia Barrios | 5 | 2.0 |
| 1/18/2016 | Non-Working Travel: San Antonio to Raleigh | Mary Cilia | 5 | 5.0 |
| 1/18/2016 | Non Working travel to Client site | Raj Perubhatla | 5 | 5.0 |
| 1/21/2016 | Non-Working Travel from Client site - Raleigh | Daniel Tollefsen | 5 | 5.0 |
| 1/21/2016 | Travel from client | David Kantorczyk | 5 | 4.5 |
| 1/21/2016 | Non-Working travel Raleigh to Houston | Felicia Buenrostro | 5 | 2.0 |
| 1/21/2016 | Non-Working travel Raleigh to Houston | Kathryn Schultea | 5 | 5.0 |
| 1/21/2016 | Non-Working travel (Raleigh to Houston) | Leticia Barrios | 5 | 2.0 |
| 1/22/2016 | Non-working travel: RDU-IAH | Brandon Bangerter | 5 | 5.0 |
| 1/22/2016 | Non Working Travel from Client site | Raj Perubhatla | 5 | 5.0 |
| 1/25/2016 | Non-Working Travel to Client site - Raleigh | Daniel Tollefsen | 5 | 5.0 |
| 1/26/2016 | Non-working travel: IAH-RDU | Brandon Bangerter | 5 | 5.0 |
| 1/26/2016 | Non Working travel to Client site | Raj Perubhatla | 5 | 5.0 |
| 1/28/2016 | Non-working travel: RDU-IAH | Brandon Bangerter | 5 | 5.0 |
| 1/28/2016 | Non-Working Travel from Client site - Raleigh | Daniel Tollefsen | 5 | 5.0 |
| 1/28/2016 | Non Working Travel from Client site | Raj Perubhatla | 5 | 5.0 |
| 1/3/2016 | Review and revise Certification of Counsel to amend omnibus objection orders and related e-mails to claims traders | Mary Cilia | 6 | 1.4 |
| 1/4/2016 | Review of allowed claims and review of supporting documents | Daniel Tollefsen | 6 | 7.8 |
| 1/4/2016 | NNI call center monitoring and logging requests and related follow-up | Felicia Buenrostro | 6 | 2.5 |
| 1/4/2016 | Monitor EE emails regarding disposal motion and related follow-up | Felicia Buenrostro | 6 | 3.0 |
| 1/4/2016 | Correspondence - re preparation for meetings week of 18th | Kathryn Schultea | 6 | 0.5 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 1/4/2016 | Correspondence - follow-up re Lexis Nexis project | Kathryn Schultea | 6 | 0.3 |
| 1/4/2016 | Read, review and respond to e-mails re: Claims related | Kathryn Schultea | 6 | 2.0 |
| 1/4/2016 | Follow up calls and e-mails related to Certification of Counsel to amend omnibus objection orders | Mary Cilia | 6 | 0.8 |
| 1/4/2016 | Read, review, research and respond to various employee inquiries by phone and e-mail | Mary Cilia | 6 | 4.3 |
| 1/4/2016 | Follow up and e-mails re: non-employee claims settlement | Mary Cilia | 6 | 0.6 |
| 1/4/2016 | Follow up and further review of real estate claims to be allowed as filed | Mary Cilia | 6 | 2.4 |
| 1/4/2016 | Read, review, research and respond to various e-mails re: claims | Mary Cilia | 6 | 0.9 |
| 1/5/2016 | Review and analysis of the "Claimed Amount", claim reconciliation and general ledger provision for claims designated as "claims to be allowed as filed". | David Kantorczyk | 6 | 1.0 |
| 1/5/2016 | Review trader's open claims and schedules and prepare analysis for use in call discussion. | David Kantorczyk | 6 | 3.0 |
| 1/5/2016 | NNI call center monitoring and logging requests and related follow-up | Felicia Buenrostro | 6 | 2.0 |
| 1/5/2016 | Monitor EE emails regarding disposal motion and related follow-up | Felicia Buenrostro | 6 | 2.5 |
| 1/5/2016 | Research Deceased Employee claimants and addresses using Lexus Nexus tool | Felicia Buenrostro | 6 | 2.0 |
| 1/5/2016 | Call with D. Kantorczyk re: work plan and related prep and follow up | Mary Cilia | 6 | 1.4 |
| 1/5/2016 | Update claims database and prepare claims upload file based on EPIQ claims report; related e-mails and calls with R. Perubhatla | Mary Cilia | 6 | 6.2 |
| 1/5/2016 | Read, review, research and respond to various e-mails re: claims and work plans | Mary Cilia | 6 | 0.7 |
| 1/5/2016 | Read, review, research and respond to various employee inquiries by phone and e-mail | Mary Cilia | 6 | 1.8 |
| 1/6/2016 | Weekly Nortel Networks outside consultant claim call including RLKS, Cleary and Huron including preparation and summarization. | David Kantorczyk | 6 | 0.3 |
| 1/6/2016 | Review and analysis of the "Claimed Amount", claim reconciliation and general ledger provision for claims designated as "claims to be allowed as filed". | David Kantorczyk | 6 | 1.0 |
| 1/6/2016 | NNI call center monitoring and logging requests and related follow-up | Felicia Buenrostro | 6 | 2.0 |
| 1/6/2016 | Monitor EE emails regarding disposal motion and related follow-up | Felicia Buenrostro | 6 | 1.5 |
| 1/6/2016 | Research Deceased Employee claimants and addresses using Lexus Nexus tool | Felicia Buenrostro | 6 | 3.0 |
| 1/6/2016 | Correspondence - EE claims (severance pay) | Kathryn Schultea | 6 | 1.5 |
| 1/6/2016 | Correspondence and follow-up discussion re Lexis Nexis project | Kathryn Schultea | 6 | 0.8 |
| 1/6/2016 | Attend the Nortel Employee Claims Conference Call with Cleary to discuss employee claims. Discussed non-qualified claims allowed and outstanding. Discussed claims traders and statuses on their non-qualified claims. | Leticia Barrios | 6 | 1.0 |
| 1/6/2016 | Read, review, research and respond to various employee inquiries by phone and e-mail | Mary Cilia | 6 | 2.3 |
| 1/6/2016 | Conference call with Cleary, Huron and RLKS re: employee claims status and real estate claims to be allowed; related prep and follow up | Mary Cilia | 6 | 1.8 |
| 1/6/2016 | Initial report runs and analysis and review of non-qualified pension claims and related settlements | Mary Cilia | 6 | 3.4 |
| 1/6/2016 | Read, review, research and respond to various e-mails re: claims and work plans | Mary Cilia | 6 | 1.1 |
| 1/6/2016 | Further updates to claims database subsequent to upload to clean up claims settlement issues | Mary Cilia | 6 | 1.5 |
| 1/7/2016 | Prepare final summary of the review and analysis of the "Claimed Amount", claim reconciliation and general ledger provision for claims designated as "claims to be allowed as filed". | David Kantorczyk | 6 | 4.0 |
| 1/7/2016 | NNI call center monitoring and logging requests and related follow-up | Felicia Buenrostro | 6 | 1.3 |
| 1/7/2016 | Monitor EE emails regarding disposal motion and related follow-up | Felicia Buenrostro | 6 | 0.5 |
| 1/7/2016 | Research Deceased Employee claimants and addresses using Lexus Nexus tool | Felicia Buenrostro | 6 | 1.0 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 1/7/2016 | Follow up review of real estate claims to be allowed as filed and documentation of recommendations and related e-mails | Mary Cilia | 6 | 2.7 |
| 1/7/2016 | Research and analysis of additional claims and schedules to be added to claims trader global settlement | Mary Cilia | 6 | 3.3 |
| 1/7/2016 | Read, review, research and respond to various employee inquiries by phone and e-mail | Mary Cilia | 6 | 3.2 |
| 1/8/2016 | Review of allowed claims and review of supporting documents | Daniel Tollefsen | 6 | 6.4 |
| 1/8/2016 | Prepare final summary of the review and analysis of the “Claimed Amount”, claim reconciliation and general ledger provision for claims designated as “claims to be allowed as filed”. | David Kantorczyk | 6 | 7.0 |
| 1/8/2016 | NNI call center monitoring and logging requests and related follow-up | Felicia Buenrostro | 6 | 2.0 |
| 1/8/2016 | Monitor EE emails regarding disposal motion and related follow-up | Felicia Buenrostro | 6 | 1.3 |
| 1/8/2016 | Read, review and respond to inquiries related to non-qualified settlement offer | Kathryn Schultea | 6 | 2.0 |
| 1/8/2016 | Read, review, research and respond to various employee inquiries by phone and e-mail | Mary Cilia | 6 | 2.3 |
| 1/8/2016 | Continued research and analysis of additional claims and schedules to be added to claims trader global settlement and related documentation | Mary Cilia | 6 | 2.8 |
| 1/8/2016 | Final database updates and report runs to perform non-qualified settlement analysis and preparation of Nortel position upload file | Mary Cilia | 6 | 3.3 |
| 1/9/2016 | Send upload files to R. Perubhatla; related e-mails, calls and revisions | Mary Cilia | 6 | 2.1 |
| 1/9/2016 | Research and analysis of non-qualified pension claims and related settlement efforts | Mary Cilia | 6 | 6.8 |
| 1/9/2016 | Claims database updates for Nortel Employee Position | Raj Perubhatla | 6 | 4.5 |
| 1/9/2016 | Claim database Reports troubleshooting | Raj Perubhatla | 6 | 3.7 |
| 1/10/2016 | Continued research and analysis of non-qualified pension claims and related settlement efforts | Mary Cilia | 6 | 5.6 |
| 1/10/2016 | Various e-mails related to claims register issues, settlement documentation and work flow | Mary Cilia | 6 | 1.8 |
| 1/11/2016 | Review of allowed claims and review of supporting documents | Daniel Tollefsen | 6 | 4.5 |
| 1/11/2016 | Verify EPIQ's proper recordation of Docket 16391 (Ninth Notice of Settlement of Certain Post-petition Claims) and prepare summary of issues. | David Kantorczyk | 6 | 7.0 |
| 1/11/2016 | NNI call center monitoring and logging requests and related follow-up | Felicia Buenrostro | 6 | 2.3 |
| 1/11/2016 | Monitor EE emails regarding disposal motion and related follow-up | Felicia Buenrostro | 6 | 1.8 |
| 1/11/2016 | Research Deceased Employee claimants and addresses using Lexus Nexus tool | Felicia Buenrostro | 6 | 2.5 |
| 1/11/2016 | Correspondence - Individual Claims follow up (Xin Sun) | Kathryn Schultea | 6 | 0.3 |
| 1/11/2016 | Finalize research and analysis of non-qualified pension claims and related settlement efforts and preparation of presentation for meetings with J. Ray, M. Kennedy and Cleary | Mary Cilia | 6 | 6.1 |
| 1/12/2016 | Review of allowed claims and review of supporting documents | Daniel Tollefsen | 6 | 4.2 |
| 1/12/2016 | Verify EPIQ's proper recordation of Docket 16391 (Ninth Notice of Settlement of Certain Post-petition Claims) and prepare summary of issues. | David Kantorczyk | 6 | 2.5 |
| 1/12/2016 | Further work on the final summary of the review and analysis of the “Claimed Amount”, claim reconciliation and general ledger provision for claims designated as “claims to be allowed as filed”. | David Kantorczyk | 6 | 3.0 |
| 1/12/2016 | Review trader's open claims and schedules stipulation exhibit to insure it captured all open claims. | David Kantorczyk | 6 | 2.5 |
| 1/12/2016 | NNI call center monitoring and logging requests and related follow-up | Felicia Buenrostro | 6 | 2.0 |
| 1/12/2016 | Monitor EE emails regarding disposal motion and related follow-up | Felicia Buenrostro | 6 | 1.3 |
| 1/12/2016 | Research Deceased Employee claimants and addresses using Lexus Nexus tool | Felicia Buenrostro | 6 | 2.0 |
| 1/12/2016 | Attended NNI meeting with EY and Cleary re: Claims, RTP issues, LTIP distributions and destruction motion | Kathryn Schultea | 6 | 6.6 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 1/12/2016 | Correspondence - Individual Claim issues | Kathryn Schultea | 6 | 0.8 |
| 1/12/2016 | Read, review and respond to e-mails re: Claims related | Kathryn Schultea | 6 | 0.7 |
| 1/12/2016 | Meetings at Cleary offices re: claims to be allowed as filed, non-qualified settlements, tax updates, Raleigh lease termination and move and other case related matters; related prep and follow up | Mary Cilia | 6 | 6.6 |
| 1/12/2016 | Review claims trader open claims issues for global settlement and revise exhibit; related e-mails and calls with J. Caress; M. Livingston and D. Kantorczyk | Mary Cilia | 6 | 1.9 |
| 1/12/2016 | Read, review, research and respond to various employee inquiries by phone and e-mail | Mary Cilia | 6 | 1.2 |
| 1/12/2016 | Review of prior work and open issues re: employee schedule matching and related e-mails to D. Kantorczyk to further the project | Mary Cilia | 6 | 0.8 |
| 1/12/2016 | Changes to Claims Reports for Nortel Employee Position | Raj Perubhatla | 6 | 3.7 |
| 1/12/2016 | HR information searches for Claims | Raj Perubhatla | 6 | 1.2 |
| 1/13/2016 | Further work on the final summary of the review and analysis of the “Claimed Amount”, claim reconciliation and general ledger provision for claims designated as “claims to be allowed as filed”. | David Kantorczyk | 6 | 3.0 |
| 1/13/2016 | Verify EPIQ's proper recordation of Docket 16390 (Fourth Notice of Settlement of Certain Pre-petition Claims) and prepare summary of issues. | David Kantorczyk | 6 | 3.0 |
| 1/13/2016 | NNI call center monitoring and logging requests and related follow-up | Felicia Buenrostro | 6 | 2.5 |
| 1/13/2016 | Monitor EE emails regarding disposal motion and related follow-up | Felicia Buenrostro | 6 | 1.0 |
| 1/13/2016 | Research Deceased Employee claimants and addresses using Lexus Nexus tool | Felicia Buenrostro | 6 | 3.3 |
| 1/13/2016 | Further meetings at Cleary offices re: claims to be allowed as filed, non-qualified settlements, tax updates, Raleigh lease termination and move and other case related matters; related prep and follow up | Kathryn Schultea | 6 | 3.5 |
| 1/13/2016 | Further review of claim settlement documents and related correspondence following re: claims reconciliation | Kathryn Schultea | 6 | 1.8 |
| 1/13/2016 | Correspondence - Objections discussion | Kathryn Schultea | 6 | 1.3 |
| 1/13/2016 | Further meetings at Cleary offices re: claims to be allowed as filed, non-qualified settlements, tax updates, Raleigh lease termination and move and other case related matters; related prep and follow up | Mary Cilia | 6 | 3.5 |
| 1/13/2016 | Further review of claims trader settlement documents and circulation of comments and documents to LSI and Cleary; related e-mails | Mary Cilia | 6 | 1.1 |
| 1/13/2016 | Review and analysis of D. Kantorczyk claims to be allowed as filed analysis and summarization into presentation; related e-mails for follow up work required | Mary Cilia | 6 | 2.3 |
| 1/13/2016 | Read, review, research and respond to various employee inquiries by phone and e-mail | Mary Cilia | 6 | 1.8 |
| 1/14/2016 | Review of allowed claims and review of supporting documents | Daniel Tollefsen | 6 | 5.3 |
| 1/14/2016 | Verify EPIQ's proper recordation Ordered claim trader's Ordered stipulation. | David Kantorczyk | 6 | 2.0 |
| 1/14/2016 | Further work on the final summary of the review and analysis of the “Claimed Amount”, claim reconciliation and general ledger provision for claims designated as “claims to be allowed as filed”. | David Kantorczyk | 6 | 2.0 |
| 1/14/2016 | Verify EPIQ's proper recordation of Docket 16390 (Fourth Notice of Settlement of Certain Pre-petition Claims) and prepare summary of issues. | David Kantorczyk | 6 | 3.0 |
| 1/14/2016 | NNI call center monitoring and logging requests and related follow-up | Felicia Buenrostro | 6 | 1.8 |
| 1/14/2016 | Monitor EE emails regarding disposal motion and related follow-up | Felicia Buenrostro | 6 | 1.5 |
| 1/14/2016 | Research Deceased Employee claimants and addresses using Lexus Nexus tool | Felicia Buenrostro | 6 | 3.0 |
| 1/14/2016 | Correspondence - Expedited EE Info Request | Kathryn Schultea | 6 | 0.5 |
| 1/14/2016 | Read, review, research and respond to various employee inquiries by phone and e-mail | Mary Cilia | 6 | 1.9 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 1/14/2016 | Review of claims trader stipulation and exhibit; research claims on docket | Mary Cilia | 6 | 1.4 |
| 1/15/2016 | Prepare for and review with MC the final summary of the review and analysis of the “Claimed Amount”, claim reconciliation and general ledger provision for claims designated as “claims to be allowed as filed”. | David Kantorczyk | 6 | 4.0 |
| 1/15/2016 | Verify EPIQ's proper recordation of Docket 16390 (Fourth Notice of Settlement of Certain Pre-petition Claims) and prepare summary of issues. | David Kantorczyk | 6 | 4.0 |
| 1/15/2016 | NNI call center monitoring and logging requests and related follow-up | Felicia Buenrostro | 6 | 1.5 |
| 1/15/2016 | Monitor EE emails regarding disposal motion and related follow-up | Felicia Buenrostro | 6 | 2.0 |
| 1/15/2016 | Continued review of claims trader stipulation and exhibit; research claims on docket and provide information required for stipulation to Cleary | Mary Cilia | 6 | 2.8 |
| 1/15/2016 | Conference call with D. Kantorczyk re: claims to be allowed as filed review project; prep and related follow up | Mary Cilia | 6 | 1.9 |
| 1/15/2016 | Review work performed by D. Kantorczyk to check various court orders against claims register; research issues and related e-mails to EPIQ to correct issues based on court orders | Mary Cilia | 6 | 3.4 |
| 1/16/2016 | Continued review of work performed by D. Kantorczyk to check various court orders against claims register; research issues and related e-mails to EPIQ to correct issues based on court orders | Mary Cilia | 6 | 1.6 |
| 1/16/2016 | Read, review, research and respond to various employee inquiries by phone and e-mail | Mary Cilia | 6 | 2.4 |
| 1/18/2016 | Employee Claims Distribution - Worked on the master spreadsheet of Nortel Claims Detail report and employee data for the eTax Solicitation process. | Leticia Barrios | 6 | 5.5 |
| 1/18/2016 | Preparation and planning for meetings in Raleigh re: upcoming claims work streams, prioritization and assignment of various work streams | Mary Cilia | 6 | 1.7 |
| 1/18/2016 | Read, review, research and respond to various employee inquiries by phone and e-mail | Mary Cilia | 6 | 1.4 |
| 1/18/2016 | Review and respond to claims trader inquiry re: employee claim purchased, but transfer not reflected in claims register and related e-mail to EPIQ to correct | Mary Cilia | 6 | 0.8 |
| 1/19/2016 | Further work on the final summary of the review and analysis of the “Claimed Amount”, claim reconciliation and general ledger provision for claims designated as “claims to be allowed as filed”. | David Kantorczyk | 6 | 6.0 |
| 1/19/2016 | Onsite at NNI re upcoming work streams, prioritization and assignment of various work streams; related prep and follow up | Felicia Buenrostro | 6 | 5.0 |
| 1/19/2016 | Onsite at NNI re upcoming work streams, prioritization and assignment of various work streams; related prep and follow up | Kathryn Schultea | 6 | 5.0 |
| 1/19/2016 | Employee Claims Distribution - On site and researched process to capture address management. Discussed with Kim Ponder and Deb Parker. Prepare presentation, work flow for meeting with EY and RLKS team members. | Leticia Barrios | 6 | 7.3 |
| 1/19/2016 | On site RLKS claims distribution meeting with project roles and responsibilities. | Leticia Barrios | 6 | 1.5 |
| 1/19/2016 | Meetings in Raleigh re: upcoming work streams, prioritization and assignment of various work streams; related prep and follow up | Mary Cilia | 6 | 3.8 |
| 1/19/2016 | Update of severance file and Nortel Position Report and related e-mails with C. Brown | Mary Cilia | 6 | 1.2 |
| 1/19/2016 | Read, review, research and respond to various employee inquiries by phone and e-mail | Mary Cilia | 6 | 3.7 |
| 1/19/2016 | Meet with B. Bangerter re: access of employee data for severance calculations and documentation of process | Mary Cilia | 6 | 0.8 |
| 1/20/2016 | On sight meeting with EY regarding claims/tax issues | Daniel Tollefsen | 6 | 4.5 |
| 1/20/2016 | Meeting with EY to review and discuss the process and requirements regarding taxes for claim's distributions including preparation and follow up. | David Kantorczyk | 6 | 2.0 |
| 1/20/2016 | Investigate and report on status of open employee schedule matches. | David Kantorczyk | 6 | 2.0 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 1/20/2016 | Further work on the final summary of the review and analysis of the "Claimed Amount", claim reconciliation and general ledger provision for claims designated as "claims to be allowed as filed". | David Kantorczyk | 6 | 4.0 |
| 1/20/2016 | Weekly Nortel Networks outside consultant claim call including RLKS, Cleary and Huron including preparation and summarization. | David Kantorczyk | 6 | 0.3 |
| 1/20/2016 | NNI call center monitoring and logging requests and related follow-up | Felicia Buenrostro | 6 | 0.5 |
| 1/20/2016 | Employee Claims Distribution - On site and researched process to capture address management. Discussed with Kim Ponder and Deb Parker. Prepare presentation, work flow for meeting with EY and RLKS team members. | Leticia Barrios | 6 | 4.3 |
| 1/20/2016 | Attend the Nortel Employee Claims Conference Call with Cleary to discuss employee claims. Discussed non-qualified claims allowed and outstanding issues. Discussed claims traders and statuses on their non-qualified claims. | Leticia Barrios | 6 | 1.0 |
| 1/20/2016 | Review claims update report and R. Perubhatla load analysis | Mary Cilia | 6 | 1.6 |
| 1/20/2016 | Finalize claims trader settlement agreement and motion and related e-mails with Cleary and claims trader | Mary Cilia | 6 | 0.8 |
| 1/20/2016 | Conference call with Cleary, Huron and RLKS re: employee claims status; related prep and follow up | Mary Cilia | 6 | 1.3 |
| 1/20/2016 | Read, review, research and respond to various employee inquiries by phone and e-mail | Mary Cilia | 6 | 1.2 |
| 1/20/2016 | Onsite claims meetings | Raj Perubhatla | 6 | 2.0 |
| 1/21/2016 | Further work on the final summary of the review and analysis of the "Claimed Amount", claim reconciliation and general ledger provision for claims designated as "claims to be allowed as filed". | David Kantorczyk | 6 | 2.5 |
| 1/21/2016 | Meeting with MC to discuss assignments with regard to upcoming employee and non-employee Omnibus Objections including preparation and follow up | David Kantorczyk | 6 | 1.5 |
| 1/21/2016 | NNI call center monitoring and logging requests and related follow-up | Felicia Buenrostro | 6 | 1.0 |
| 1/21/2016 | Employee Claims Distribution - On site and researched process to capture address management. Discussed with Kim Ponder and Deb Parker. Update Employee Claims project plan with notes and comments from meetings. | Leticia Barrios | 6 | 5.5 |
| 1/21/2016 | Meetings with D. Tollefsen and D. Kantorczyk related to upcoming work streams and assignment of tasks; related prep and follow up | Mary Cilia | 6 | 3.3 |
| 1/21/2016 | Final revisions to claims trader stipulation and related e-mails regarding execution and filing of the stipulation | Mary Cilia | 6 | 1.8 |
| 1/21/2016 | Non-Working Travel: Raleigh to Houston | Mary Cilia | 6 | 5.0 |
| 1/22/2016 | Prepare exhibit templates for the upcoming employee and non-employee Omnibus Objections | David Kantorczyk | 6 | 6.0 |
| 1/22/2016 | Further work on the final summary of the review and analysis of the "Claimed Amount", claim reconciliation and general ledger provision for claims designated as "claims to be allowed as filed". | David Kantorczyk | 6 | 2.0 |
| 1/22/2016 | NNI call center monitoring and logging requests and related follow-up | Felicia Buenrostro | 6 | 1.3 |
| 1/22/2016 | Monitor EE emails regarding disposal motion and related follow-up | Felicia Buenrostro | 6 | 2.0 |
| 1/22/2016 | Follow up on 1099 details with EY | Kathryn Schultea | 6 | 0.4 |
| 1/22/2016 | Employee Claims Distribution - Update Employee Claims project plan with notes and comments from meetings. | Leticia Barrios | 6 | 5.3 |
| 1/22/2016 | Claims analysis for next round of omnibus objections | Mary Cilia | 6 | 7.4 |
| 1/22/2016 | Read, review, research and respond to various employee inquiries by phone and e-mail | Mary Cilia | 6 | 1.8 |
| 1/22/2016 | Claims database updates | Raj Perubhatla | 6 | 6.5 |
| 1/23/2016 | Continued claims analysis for next round of omnibus objections | Mary Cilia | 6 | 4.1 |
| 1/23/2016 | Claims database updates: troubleshooting Claims Status Code | Raj Perubhatla | 6 | 4.7 |
| 1/24/2016 | Continued claims analysis for next round of omnibus objections and related e-mails to Cleary re: equity claims | Mary Cilia | 6 | 5.2 |
| 1/24/2016 | E-Mails to EPIQ re: claims register issues discovered during analysis of claims for the next omnibus objection | Mary Cilia | 6 | 1.6 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 1/25/2016 | Further work on the final summary of the review and analysis of the “Claimed Amount”, claim reconciliation and general ledger provision for claims designated as “claims to be allowed as filed”. | David Kantorczyk | 6 | 7.0 |
| 1/25/2016 | NNI call center monitoring and logging requests and related follow-up | Felicia Buenrostro | 6 | 1.5 |
| 1/25/2016 | Monitor EE emails regarding disposal motion and related follow-up | Felicia Buenrostro | 6 | 1.0 |
| 1/25/2016 | Research Deceased Employee claimants and addresses using Lexus Nexus tool | Felicia Buenrostro | 6 | 4.0 |
| 1/25/2016 | Correspondence - Individual Claims follow up | Kathryn Schultea | 6 | 0.3 |
| 1/25/2016 | Read, review, research and respond to various employee inquiries by phone and e-mail | Mary Cilia | 6 | 1.9 |
| 1/25/2016 | Continued claims analysis for next round of omnibus objections | Mary Cilia | 6 | 3.5 |
| 1/25/2016 | Claims analysis for next round of settlement letters and preparation of template for EPIQ | Mary Cilia | 6 | 5.2 |
| 1/25/2016 | Review of claims settlement procedures motions, provide comments to Cleary and related calls and e-mails | Mary Cilia | 6 | 1.9 |
| 1/26/2016 | Research and review of vendor documentation related to claims support | Daniel Tollefsen | 6 | 5.2 |
| 1/26/2016 | Further work on the final summary of the review and analysis of the “Claimed Amount”, claim reconciliation and general ledger provision for claims designated as “claims to be allowed as filed”. | David Kantorczyk | 6 | 5.0 |
| 1/26/2016 | Prepare schedule of general ledger, EPIQ, and claim issues regarding the review of "claims to be allowed as filed". | David Kantorczyk | 6 | 1.0 |
| 1/26/2016 | Prepare exhibit templates for the upcoming employee and non-employee Omnibus Objections | David Kantorczyk | 6 | 1.0 |
| 1/26/2016 | NNI call center monitoring and logging requests and related follow-up | Felicia Buenrostro | 6 | 1.5 |
| 1/26/2016 | Monitor EE emails regarding disposal motion and related follow-up | Felicia Buenrostro | 6 | 0.8 |
| 1/26/2016 | Research Deceased Employee claimants and addresses using Lexus Nexus tool | Felicia Buenrostro | 6 | 4.5 |
| 1/26/2016 | Read, review and respond to inquiries related to non-qualified settlement offer | Kathryn Schultea | 6 | 1.0 |
| 1/26/2016 | Review of objection templates prepared by D. Kantorczyk and provide comments | Mary Cilia | 6 | 1.7 |
| 1/26/2016 | Read, review, research and respond to various employee inquiries by phone and e-mail | Mary Cilia | 6 | 2.4 |
| 1/26/2016 | E-mails related to execution and filing of settlement with claims trader | Mary Cilia | 6 | 0.8 |
| 1/26/2016 | Continued claims analysis for next round of omnibus objections | Mary Cilia | 6 | 6.4 |
| 1/27/2016 | Research and review of vendor documentation related to claims support | Daniel Tollefsen | 6 | 4.3 |
| 1/27/2016 | Prepare schedule of general ledger, EPIQ, and claim issues regarding the review of "claims to be allowed as filed". | David Kantorczyk | 6 | 6.5 |
| 1/27/2016 | Weekly Nortel Networks outside consultant claim call including RLKS, Cleary and Huron including preparation and summarization. | David Kantorczyk | 6 | 0.5 |
| 1/27/2016 | NNI call center monitoring and logging requests and related follow-up | Felicia Buenrostro | 6 | 1.3 |
| 1/27/2016 | Monitor EE emails regarding disposal motion and related follow-up | Felicia Buenrostro | 6 | 1.5 |
| 1/27/2016 | Research Deceased Employee claimants and addresses using Lexus Nexus tool | Felicia Buenrostro | 6 | 2.0 |
| 1/27/2016 | Read, review, research and respond to various employee inquiries by phone and e-mail | Mary Cilia | 6 | 2.3 |
| 1/27/2016 | Continued claims analysis for next round of settlement letters and preparation of template for EPIQ | Mary Cilia | 6 | 1.8 |
| 1/27/2016 | Conference call with T. Ayres re: cross-border claims and related follow up | Mary Cilia | 6 | 1.6 |
| 1/27/2016 | Conference call with Cleary, Huron and RLKS re: employee claims status; related prep and follow up | Mary Cilia | 6 | 2.4 |
| 1/28/2016 | Prepare schedule of general ledger, EPIQ, and claim issues regarding the review of "claims to be allowed as filed". | David Kantorczyk | 6 | 2.0 |
| 1/28/2016 | Prepare exhibit templates for the upcoming employee and non-employee Omnibus Objections | David Kantorczyk | 6 | 4.5 |
| 1/28/2016 | NNI call center monitoring and logging requests and related follow-up | Felicia Buenrostro | 6 | 2.0 |
| 1/28/2016 | Monitor EE emails regarding disposal motion and related follow-up | Felicia Buenrostro | 6 | 1.0 |
| 1/28/2016 | Research Deceased Employee claimants and addresses using Lexus Nexus tool | Felicia Buenrostro | 6 | 4.0 |
| 1/28/2016 | Correspondence - Claim related issues | Kathryn Schultea | 6 | 0.7 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 1/28/2016 | Correspondence - Non-qualified pension discussion | Kathryn Schultea | 6 | 1.0 |
| 1/28/2016 | Correspondence - Release and assignment agreements follow-up | Kathryn Schultea | 6 | 0.8 |
| 1/28/2016 | Read, review, research and respond to various employee inquiries by phone and e-mail | Mary Cilia | 6 | 2.0 |
| 1/28/2016 | Finalize template for next round of settlement letters and related instruction e-mails to EPIQ | Mary Cilia | 6 | 4.3 |
| 1/28/2016 | Continued claims analysis for next round of omnibus objections | Mary Cilia | 6 | 3.6 |
| 1/28/2016 | E-mails related to requested conference calls with the UCC and advisors | Mary Cilia | 6 | 0.4 |
| 1/29/2016 | Prepare exhibit templates for the upcoming employee and non-employee Omnibus Objections | David Kantorczyk | 6 | 6.5 |
| 1/29/2016 | NNI call center monitoring and logging requests and related follow-up | Felicia Buenrostro | 6 | 2.0 |
| 1/29/2016 | Monitor EE emails regarding disposal motion and related follow-up | Felicia Buenrostro | 6 | 1.0 |
| 1/29/2016 | Follow up correspondence on claim related matters and research | Kathryn Schultea | 6 | 1.3 |
| 1/29/2016 | Conf. Call re: Claims Procedure Motion | Kathryn Schultea | 6 | 0.5 |
| 1/29/2016 | Preparation of open claims analysis for conference call with UCC advisors; conference call and related follow up research and e-mails | Mary Cilia | 6 | 3.8 |
| 1/29/2016 | Research and prepare responses to settlement questions from UCC; conference call and related follow up research and e-mails | Mary Cilia | 6 | 2.2 |
| 1/29/2016 | Read, review, research and respond to various employee inquiries by phone and e-mail | Mary Cilia | 6 | 1.8 |
| 1/31/2016 | Research and e-mails with EPIQ and R. Perubhatla re: claims database report logic issues | Mary Cilia | 6 | 0.5 |
| 1/31/2016 | Continued claims analysis for next round of omnibus objections | Mary Cilia | 6 | 4.7 |
| 1/4/2016 | Preparation and correspondence for meeting with Cleary and EY | Kathryn Schultea | 7 | 1.5 |
| 1/5/2016 | Work and preparation for materials on the agenda for meetings in NY | Kathryn Schultea | 7 | 1.0 |
| 1/7/2016 | Correspondence - re: NNI meetings with EY and Cleary/List of Attendees | Kathryn Schultea | 7 | 0.4 |
| 1/8/2016 | Conf. Call - Nortel Tax Update | Kathryn Schultea | 7 | 0.5 |
| 1/8/2016 | Tax call DA,JW,AB,KS | Richard Lydecker | 7 | 0.5 |
| 1/11/2016 | Correspondence - EY Material for meeting | Kathryn Schultea | 7 | 0.3 |
| 1/12/2016 | Cleary meeting by phone | Richard Lydecker | 7 | 1.8 |
| 1/14/2016 | Tax strategy research/memoranda | Richard Lydecker | 7 | 2.6 |
| 1/15/2016 | EY call JS,JW,DA,AB | Richard Lydecker | 7 | 0.5 |
| 1/23/2016 | Conf. Call with EY - Weekly Update | Kathryn Schultea | 7 | 0.5 |
| 1/23/2016 | Call JS,JW,KS,DA | Richard Lydecker | 7 | 0.5 |
| 1/30/2016 | Tax strategy research/memoranda | Richard Lydecker | 7 | 1.1 |
| 1/19/2016 | Meeting to discuss assignments with regard to various work streams including preparation and follow up | David Kantorczyk | 8 | 2.0 |
| 1/20/2016 | Preparation for and meeting with EY on taxation and claims issues | Brandon Bangerter | 8 | 2.3 |
| 1/2/2016 | Employee Claims Distribution Modeling: Source file analysis and development | Raj Perubhatla | 9 | 8.8 |
| 1/3/2016 | Employee Claims Distribution Modeling: Source file analysis and development | Raj Perubhatla | 9 | 9.2 |
| 1/4/2016 | Meeting with EY and RLKS team members to discuss NNI employee claims gross to net distribution model. Discussed W4 Layout and FUTA, SUTA, FED tax rates and defaults by state. | Leticia Barrios | 9 | 2.5 |
| 1/4/2016 | Employee Claims Distribution Modeling - Developed an employee claimant address file and prepared analysis for team members on states and foreign countries impacted. | Leticia Barrios | 9 | 4.7 |
| 1/4/2016 | Employee Claims Distribution Modeling: Call prep and Call | Raj Perubhatla | 9 | 2.8 |
| 1/5/2016 | Employee Claims Distribution Modeling: Source file analysis and development | Raj Perubhatla | 9 | 3.3 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 1/6/2016 | Meeting with EY and RLKS team members to discuss NNI employee claims gross to net distribution model. Discussed required fields for W4 Layout, residential address, last known work address, and where to source W4 data. | Leticia Barrios | 9 | 2.0 |
| 1/6/2016 | Employee Claims Distribution Modeling - Developed an employee claimant address file and prepared analysis for team members on states and foreign countries impacted. | Leticia Barrios | 9 | 4.7 |
| 1/6/2016 | Employee Claims Distribution Modeling: Call prep and Call | Raj Perubhatla | 9 | 1.8 |
| 1/7/2016 | Employee Claims Distribution Modeling - Developed an employee claimant address file and prepared analysis for team members on states and foreign countries impacted. | Leticia Barrios | 9 | 4.3 |
| 1/7/2016 | Employee Claims Distribution Modeling - Populate the W4 Layout with data for testing purposes. Assigned state withholdings, additional allowances, and local taxes. | Leticia Barrios | 9 | 2.5 |
| 1/7/2016 | Employee Claims Distribution Modeling: Source file analysis and development | Raj Perubhatla | 9 | 2.2 |
| 1/8/2016 | Employee Claims Distribution Modeling - Populate the W4 Layout with data for testing purposes. Assigned state withholdings, additional allowances, and local taxes. | Leticia Barrios | 9 | 5.3 |
| 1/10/2016 | Employee Claims Distribution Modeling: modify the source file layouts | Raj Perubhatla | 9 | 6.2 |
| 1/11/2016 | Employee Claims Distribution Modeling - Create NNI employee claim distribution process document in Visio and NNI employee claims distribution project plan in Microsoft Project. | Leticia Barrios | 9 | 5.2 |
| 1/11/2016 | Meeting with EY and RLKS team members to discuss W4 Layout and required fields. | Leticia Barrios | 9 | 2.5 |
| 1/12/2016 | Employee Claims Distribution Modeling - Create NNI employee claim distribution process document in Visio and NNI employee claims distribution project plan in Microsoft Project. | Leticia Barrios | 9 | 7.5 |
| 1/12/2016 | Employee Claims Distribution Modeling: Extract Last known work addresses | Raj Perubhatla | 9 | 3.5 |
| 1/13/2016 | Employee Claims Distribution Modeling - Create NNI employee claim distribution process document in Visio and NNI employee claims distribution project plan in Microsoft Project. | Leticia Barrios | 9 | 5.7 |
| 1/13/2016 | Meeting with EY and RLKS team members to discuss NNI employee claims gross to net distribution model. Discussed W4 Layout and FUTA, SUTA, FED tax rates and defaults by state. | Leticia Barrios | 9 | 2.5 |
| 1/13/2016 | Employee Claims Distribution Modeling: Extract Last known work addresses | Raj Perubhatla | 9 | 2.2 |
| 1/13/2016 | Gross 2 Net project call prep and call | Raj Perubhatla | 9 | 1.2 |
| 1/14/2016 | Employee Claims Distribution Modeling - Populate the W4 Layout with data for testing purposes. Assigned state withholdings, additional allowances, and local taxes. | Leticia Barrios | 9 | 5.3 |
| 1/14/2016 | Employee Claims Distribution Modeling - Create NNI employee claim distribution process document in Visio and NNI employee claims distribution project plan in Microsoft Project. | Leticia Barrios | 9 | 3.7 |
| 1/14/2016 | Employee Claims Distribution Modeling: analyze the revised visio logic | Raj Perubhatla | 9 | 4.4 |
| 1/15/2016 | Employee Claims Distribution Modeling - Populate the W4 Layout with data for testing purposes. Assigned state withholdings, additional allowances, and local taxes. | Leticia Barrios | 9 | 5.0 |
| 1/16/2016 | Employee Claims Distribution Modeling: Incorporate revised W4 layout | Raj Perubhatla | 9 | 6.7 |
| 1/17/2016 | Employee Claims Distribution Modeling: State tax rules changes | Raj Perubhatla | 9 | 7.2 |
| 1/20/2016 | Onsite meeting with EY related to claims distributions, 1099's, details on dist. model and related prep and follow up | Kathryn Schultea | 9 | 3.3 |
| 1/20/2016 | On site Claims Distribution Modeling meeting with EY and RLKS team members. | Leticia Barrios | 9 | 4.0 |
| 1/20/2016 | Meeting with EY related to claims distributions, 1099s, 1042s, etc. and related prep and follow up | Mary Cilia | 9 | 3.3 |
| 1/20/2016 | Prepare report segregating claims by various categories for tax withholding analysis | Mary Cilia | 9 | 3.2 |
| 1/20/2016 | Onsite Claims Modeling meetings | Raj Perubhatla | 9 | 1.5 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 1/25/2016 | Employee Claims Distribution Modeling - SUI file layout analysis | Leticia Barrios | 9 | 8.3 |
| 1/25/2016 | Employee Claims Distribution Modeling: SUI file layout analysis | Raj Perubhatla | 9 | 2.2 |
| 1/26/2016 | Distribution Model: Vendor Master dump from SAP | Raj Perubhatla | 9 | 2.5 |
| 1/27/2016 | Employee Claims Distribution Modeling - SUI file layout analysis | Leticia Barrios | 9 | 7.7 |
| 1/27/2016 | Employee Claims Distribution Modeling - Prepare Test Plan | Leticia Barrios | 9 | 1.5 |
| 1/27/2016 | Review of documents and e-mails re: Tax forms from claims trader and required analysis | Mary Cilia | 9 | 0.9 |
| 1/28/2016 | Employee Claims Distribution Modeling - Prepare Test Plan and provide sample data. | Leticia Barrios | 9 | 3.3 |
| 1/28/2016 | Employee Claims Distribution Modeling - Provided analysis on Employee last known work addresses from SAP and EV4. | Leticia Barrios | 9 | 4.7 |
| 1/28/2016 | Distribution Model: SAP Vendor Master Extraction for W9s | Raj Perubhatla | 9 | 5.2 |
| 1/29/2016 | Employee Claims Distribution Modeling - Provided analysis on Employee last known work addresses from SAP and EV4. | Leticia Barrios | 9 | 4.3 |
| 1/29/2016 | Continued claims analysis for next round of omnibus objections | Mary Cilia | 9 | 2.4 |
| 1/29/2016 | Distribution Model: SAP Vendor Master Extraction for W9s | Raj Perubhatla | 9 | 8.0 |
| | | | | |
| | | | | |