# EXHIBIT B

# EXHIBIT B
### EXPENSE SUMMARY

**Nortel Networks Inc., et al.**
(Case No. 09-10138 (KG))

**RLKS Executive Solutions**
**January 1 - 31, 2016**

| Expense Category | Total Expenses |
|---|---|
| Travel – Airline (at economy fare booking) | $ 12,106.67 |
| Travel – Lodging | 11,423.00 |
| Travel – Transportation | 3,335.14 |
| Travel – Meals | 1,651.68 |
| Office Expenses | - |
| TOTAL | $ 28,516.49 |

Nortel Expense Report
**PERIOD:** January 1 - 31, 2016

| Date | Description | Air | Lodging | Transportation | Meals | Office Expenses | Professional | Comments on Meals/Transportation |
|---|---|---|---|---|---|---|---|---|
| 1/5/2016 | Travel to Client site | $191.60 | $225.87 | $84.03 | | | Brandon Bangerter | Economy airfare; one night hotel; Avis rental car |
| 1/5/2016 | Travel to Client Site - Raleigh | $319.10 | $214.52 | | | | Daniel Tollefsen | Economy Airfare; One night hotel |
| 1/5/2016 | Travel to client site | $191.60 | $225.87 | $92.00 | | | Raj Perubhatla | Economy airfare; car to airport; one night client stay; |
| 1/6/2016 | RTP stay | | $225.87 | | $157.37 | | Brandon Bangerter | One night hotel; lunch - $28.53(RP,DT,BB); dinner - $128.84(RP,DT,BB) |
| 1/6/2016 | Raleigh Stay | | $214.52 | | | | Daniel Tollefsen | One night hotel |
| 1/6/2016 | Client site stay | | $225.87 | | | | Raj Perubhatla | one night hotel stay; |
| 1/7/2016 | Travel from Client site | $191.60 | | $43.00 | $30.38 | | Brandon Bangerter | Economy airfare; airport parking; lunch - $30.38(RP,DT,BB) |
| 1/7/2016 | Travel from Client Site - Raleigh | $319.10 | | | | | Daniel Tollefsen | Economy Airfare |
| 1/7/2016 | Travel from client site | $191.60 | | $92.00 | | | Raj Perubhatla | Economy airfare; car from airport to home |
| 1/11/2016 | Travel to Client site | $179.10 | $231.55 | $90.50 | | | Brandon Bangerter | Economy airfare; one night hotel; Avis rental car |
| 1/11/2016 | Travel to Client Site | $557.10 | $346.61 | $218.29 | $41.75 | | Mary Cilia | A-Economy Airfare; T- Car Service from Home to Airport and Airport to Hotel; M-D=$41.75 |
| 1/11/2016 | Travel to client site | $179.10 | $231.55 | $92.00 | $11.90 | | Raj Perubhatla | Economy airfare; car to airport; one night client stay; meals |
| 1/12/2016 | RTP stay | | $231.54 | | $114.39 | | Brandon Bangerter | One night hotel; lunch - $19.09(RP,BB); dinner - $95.30(RP,BB) |
| 1/12/2016 | Travel to New York - Client Mtgs | $336.60 | $348.11 | $161.59 | | | Kathryn Schultea | Economy airfare; One night hotel stay; Car to airport ($115.25), to hotel - cab ($46.37) |
| 1/12/2016 | Client Site | | $346.61 | | $57.24 | | Mary Cilia | Hotel; M-D=$57.24 |
| 1/12/2016 | Client site stay | | $231.55 | | | | Raj Perubhatla | one night hotel stay; |
| 1/13/2016 | Travel from Client site | $179.10 | | $43.00 | $52.70 | | Brandon Bangerter | Economy airfare; airport parking; lunch - $21.52(RP,BB); dinner - $31.18(RP,BB) |
| 1/13/2016 | New York - Cleary Office | | $348.11 | $44.14 | | | Kathryn Schultea | One night hotel stay; cab |
| 1/13/2016 | Client Site | | $346.61 | | | | Mary Cilia | Hotel |
| 1/13/2016 | Travel from client site | $179.10 | | $92.00 | | | Raj Perubhatla | Economy airfare; car from airport to home |
| 1/14/2016 | Travel from New York | $336.60 | | $146.76 | | | Kathryn Schultea | Economy airfare; Car to airport ($41.76), from airport ($105) |
| 1/14/2016 | Travel from Client Site | $557.10 | | $118.75 | | | Mary Cilia | A-Economy Airfare; T- Car Service from Airport to Home |
| 1/18/2016 | Travel to Client site | $551.35 | $220.19 | $180.79 | | | Brandon Bangerter | Economy airfare; one night hotel; Avis rental car |
| 1/18/2016 | Travel to Client Site - Raleigh | $433.61 | $180.47 | $110.48 | | | Daniel Tollefsen | Economy Airfare; One night hotel; Airport Parking |
| 1/18/2016 | Travel to client | $322.10 | $203.17 | $20.00 | | | David Kantorczyk | Economy Airfare; One night hotel; Parking @ IAH |
| 1/18/2016 | Travel from Houston to Raleigh | $322.10 | $248.57 | | | | Felicia Buenrostro | Economy airfare; One night hotel stay |
| 1/18/2016 | Travel to Raleigh - Client Site | $333.11 | $225.87 | $53.15 | $126.62 | | Kathryn Schultea | Economy airfare; One night hotel stay; rental car; Dinner KS, FB, LB, DT - $31.70 each) |
| 1/18/2016 | Travel to Client Site - RTP | $322.10 | $203.17 | | | | Leticia Barrios | Economy airfare; One night hotel stay |
| 1/18/2016 | Travel to Client Site | $437.10 | $156.72 | $118.39 | $44.04 | | Mary Cilia | A-Economy Airfare; T- Car Service from Home to Airport and Avis Rental Car; M-D=$44.04 |
| 1/18/2016 | Travel to client site | $377.14 | $220.20 | $92.00 | $11.59 | | Raj Perubhatla | Economy airfare; car to airport; one night client stay; meals |
| 1/19/2016 | RTP stay | | $220.19 | | $19.74 | | Brandon Bangerter | One night hotel; lunch - $19.74(RP,BB) |
| 1/19/2016 | Client site stay | | $271.27 | | $292.59 | | Daniel Tollefsen | One night hotel; Meal (Dinner) FB/LB/DT/KS/RP/BB/MC/DK ($36.57 ea) |
| 1/19/2016 | At client site | | $271.27 | $20.00 | | | David Kantorczyk | One night hotel; Parking @ IAH |
| 1/19/2016 | Raleigh | | $248.57 | | | | Felicia Buenrostro | One night hotel stay |
| 1/19/2016 | Client Site | | $225.87 | $53.15 | | | Kathryn Schultea | One night hotel stay; rental car |
| 1/19/2016 | RTP Stay | | $271.27 | | | | Leticia Barrios | One night hotel stay |
| 1/19/2016 | Client Site | | $168.00 | $55.30 | $16.01 | | Mary Cilia | M-L=$16.01 |
| 1/19/2016 | Client site stay | | $220.20 | | | | Raj Perubhatla | one night hotel stay; |
| 1/20/2016 | RTP stay | | $220.20 | | | | Brandon Bangerter | One night hotel |
| 1/20/2016 | Client site stay | | $271.27 | | $283.38 | | Daniel Tollefsen | One night hotel; Meal (Dinner) FB/LB/DT/KS/RP/BB/MC ($40.48 ea) |
| 1/20/2016 | At client site | | $271.27 | $20.00 | | | David Kantorczyk | One night hotel; Parking @ IAH |
| 1/20/2016 | Raleigh | | $248.57 | | | | Felicia Buenrostro | One night hotel stay |
| 1/20/2016 | Client Site | | $225.87 | $53.15 | | | Kathryn Schultea | One night hotel stay; rental car |
| 1/20/2016 | RTP Stay | | $271.27 | | | | Leticia Barrios | One night hotel stay |
| 1/20/2016 | Client Site | | $168.00 | $55.30 | | | Mary Cilia | |
| 1/20/2016 | Client site stay | | $220.20 | | | | Raj Perubhatla | one night hotel stay; |
| 1/21/2016 | RTP stay | | $220.20 | | $38.06 | | Brandon Bangerter | One night hotel; lunch - $38.06(RP,DT,BB) |
| 1/21/2016 | Travel from Client Site - Raleigh | $433.61 | | | $148.71 | | Daniel Tollefsen | Economy Airfare; Meal (Dinner) DT/RP/BB |

Nortel Expense Report
**PERIOD:** January 1 - 31, 2016

| Date | Description | Air | Lodging | Transportation | Meals | Office Expenses | Professional | Comments on Meals/Transportation |
|---|---|---|---|---|---|---|---|---|
| 1/21/2016 | Travel from client | $322.10 | | $20.00 | | | David Kantorczyk | Economy Airfare; Parking @ IAH |
| 1/21/2016 | Travel from Raleigh | $322.10 | | | | | Felicia Buenrostro | Economy airfare |
| 1/21/2016 | Travel from Raleigh - Client Site | $333.11 | | $158.15 | | | Kathryn Schultea | Economy airfare; rental car ($53.15); car from airport ($105) |
| 1/21/2016 | Travel from Client Site - RTP | $322.10 | | | | | Leticia Barrios | Economy Airfare |
| 1/21/2016 | Travel from Client Site | $437.10 | | $174.06 | | | Mary Cilia | A-Economy Airfare; T- Avis Rental and Car Service from Airport to Home; |
| 1/21/2016 | Client site stay | | $220.20 | | | | Raj Perubhatla | one night hotel stay; |
| 1/22/2016 | Travel from Client site | $551.35 | | $100.00 | | | Brandon Bangerter | Economy airfare; airport parking |
| 1/22/2016 | Travel from client site - Raleigh | $725.60 | | $92.00 | $43.00 | | Raj Perubhatla | Economy airfare; car from airport to home; meals (RP,BB) |
| 1/25/2016 | Travel to Client Site - Raleigh | $377.10 | $112.93 | $124.00 | | | Daniel Tollefsen | Economy Airfare; One night hotel; Car rental (68.71) Airport Parking (55.29) |
| 1/26/2016 | Travel to Client site | $224.60 | $237.22 | $84.03 | | | Brandon Bangerter | Economy airfare; one night hotel; Avis rental car |
| 1/26/2016 | Raleigh Stay | | $237.22 | $68.71 | | | Daniel Tollefsen | One night hotel; Car rental |
| 1/26/2016 | Travel to client site | $224.60 | $237.22 | $92.00 | $11.59 | | Raj Perubhatla | Economy airfare; car to airport; one night client stay; meals |
| 1/27/2016 | RTP stay | | $237.22 | | $120.30 | | Brandon Bangerter | One night hotel; lunch - $31.98(RP,DT,BB); dinner - $88.32(RP,BB) |
| 1/27/2016 | Raleigh Stay | | $237.22 | $68.71 | | | Daniel Tollefsen | One night hotel; Car rental |
| 1/27/2016 | Client site stay | | $237.22 | | | | Raj Perubhatla | one night hotel stay; |
| 1/28/2016 | Travel from Client site | $224.60 | | $43.00 | | | Brandon Bangerter | Economy airfare; airport parking |
| 1/28/2016 | Travel from Client Site - Raleigh | $377.10 | | $68.71 | $30.32 | | Daniel Tollefsen | Economy Airfare; Car rental; Meal (Lunch) DT/RP/BB |
| 1/28/2016 | Travel from client site | $224.60 | | $92.00 | | | Raj Perubhatla | Economy airfare; car from airport to home |
| | | $ 12,106.67 | $ 11,423.00 | $ 3,335.14 | $ 1,651.68 | $ - | | |