## CERTIFICATE OF SERVICE

I, Tamara K. Minott, certify that I am not less than 18 years of age, and that service of the foregoing **Twenty-Fourth Quarterly Fee Application Request of Chilmark Partners, LLC, as Consulting Expert to the Debtors and Debtors-In-Possession, for the Period November 1, 2015 Through January 31, 2016** was caused to be made on February 26, 2016, in the manner indicated upon the entities identified below.

Date:  February 26, 2016

       */s/ Tamara K. Minott*
Tamara K. Minott (No. 5643)

### VIA HAND DELIVERY

Mark D. Collins, Esq.
Christopher M. Samis, Esq.
Richards Layton & Finger
One Rodney Square
920 N King St
Wilmington, DE  19801
(Counsel for Official Committee
Of Unsecured Creditors)

### VIA HAND DELIVERY & EMAIL

Mark Kenney, Esq.
Office of the U.S. Trustee
844 King Street
Suite 2207, Lockbox 35
Wilmington, DE  19801-3519
Email:  Mark.Kenney@usdoj.gov
(Trustee)

### VIA FIRST CLASS MAIL & EMAIL

Judith Scarborough CPA/ABV CVA
Master, Sidlow & Associates, P.A.
2002 West 14th Street
Wilmington, DE  19806
Email:  jscarborough@mastersidlow.com

### VIA FIRST CLASS MAIL

Nortel Networks, Inc.
Attn: Accounts Payable
P.O. Box 13010
RTP, NC  27709

Fred S. Hodara, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY  10036
(Counsel for Official Committee
Of Unsecured Creditors)