# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X
:
*In re*                                          :  Chapter 11
:
Nortel Networks Inc., *et al.*,[1]               :  Case No. 09-10138 (KG)
:
              Debtors.     :  Jointly Administered
:
:  **Hearing Date: TBD**
:
---------------------------------------------------------------X

## TWENTY-FIRST QUARTERLY FEE APPLICATION REQUEST OF TORYS LLP, AS SPECIAL CANADIAN COUNSEL TO DEBTORS AND DEBTORS-IN-POSSESSION, FOR THE PERIOD NOVEMBER 1, 2015 THROUGH JANUARY 31, 2016

In accordance with the Administrative Order under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals, dated February 4, 2009 [D.I. 222] (the "Monthly Compensation Order"), and the Order Appointing Fee Examiner and Establishing Related Procedures for Compensation and Reimbursement of Expenses for Professionals and Consideration of Fee Applications (D.I. 11082) (the "Fee Examiner Order"), Torys LLP ("Torys") hereby submits its Twenty-First Quarterly Fee Application Request (the "Request") for the period November 1, 2015 through and including January 31, 2016, and for one attorney, certain time inadvertently excluded from the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

Torys Fifty-Fifth Monthly Application for the month of October 2015,[2] (the "Application Period").

Torys seeks approval for the following fee applications that were filed for the Application Period:

| Fee Application Filing Date [Docket No.] | Period Covered By Application | Total Fees Requested | Total Expenses Requested | Certification of No Objection Filing Date [Docket No.] | Amount of Fees Requested / Allowed (80%) | Amount of Expenses Requested / Allowed (100%) | Amount of Holdback Fees Sought |
|---|---|---|---|---|---|---|---|
| 01/07/16 [D.I. 16452] | 11/01/15 – 11/30/15 | $232,915.50 | $1,577.84 | 01/29/16 [D.I. 16503] | $186,332.40 | $1,577.84 | $46,583.10 |
| 01/27/16 [D.I. 16497] | 12/01/15 – 12/31/15 | $183,801.00 | $900.74 | 02/17/16 [D.I. 16548] | $147,040.80 | $900.74 | $36,760.20 |
| 02/25/16 [D.I. 16577] | 01/01/16 – 01/31/16 | $167,628.50 | 1,261.87 | Pending | $134,102.80 | $1,261.87 | $33,525.70 |
| **TOTAL** | | **$584,345.00** | **$3,740.45** | | **$467,476.00** | **$3,740.45** | **$116,869.00** |

In accordance with the Monthly Compensation Order, Torys seeks interim approval of the full amount of the fees and expenses requested in the above-referenced fee application and payment by the Debtors of the amount requested in such fee application in full.

On July 10, 2013, the Court entered the Fee Examiner Order which modifies the Interim Compensation Procedures Order by requiring, among other things, for Monthly and Quarterly Fee Application Requests to be sent to the Fee Examiner.

Simultaneously with the filing of this Application, Torys has followed the procedures set forth in the Fee Examiner Order by submitting the Fee and Expense Detail to the Fee Examiner.

---

[2] Exhibits A and B attached to the monthly applications for November [D.I. 16452], December [D.I. 16497], and January [D.I. 16577] contain detailed listings of Torys' requested fees and expenses for the Application Period.

WHEREFORE, Torys respectfully requests that the Court enter the order attached hereto as <u>Exhibit A</u> and grant Torys such other and further relief as is just and proper.

Dated: February 26, 2016
      New York, New York

TORYS LLP

*/s/ Alison D. Bauer*
William F. Gray, Jr.
Alison D. Bauer
1114 Avenue of the Americas, 23rd Floor
New York, New York 10036
Telephone: (212) 880-6000
Facsimile: (212) 682-0200

*Special Canadian Counsel for the*
*Debtors and Debtors in Possession*

**CUMULATIVE COMPENSATION SUMMARY BY PROFESSIONAL**

Nortel Networks Inc., *et al.*
(Case No. 09-10138 (KG))

November 01, 2015 through January 31, 2016[1]

| Name of Professional Person | Position of the Applicant and Area of Expertise, Year of Call, and Approximate Number of Years in Current Position | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Alison D. Bauer | Partner/Bankruptcy (called to the bar in 1995; 11 years in current position) | $853.07 | 4.4 | $3,753.50 |
| Sheila R. Block | Partner/Litigation (called to the bar in 1974; 36 years in current position) | $1,090.00 | 1.0 | $1,090.00 |
| Scott A. Bomhof | Partner/Bankruptcy (called to the bar in 1995; 15 years in current position) | $831.83 | 142.6 | $118,619.00 |
| Tony DeMarinis | Partner/Bankruptcy (called to the bar in 1989; 21 years in current position) | $997.50 | 53.5 | $53,366.00 |
| Andrew Gray | Partner/Litigation (called to the bar in 2002; 6 years in current position) | $798.31 | 81.1 | $64,743.00 |
| William Gray | Partner/Bankruptcy (called to the bar in 1981; 15 years in current position) | $945.00 | 81.9 | $77,395.50 |
| Susan Nickerson | Partner/Corporate (called to the bar in 1998; 3 years in current position) | $850.00 | 1.9 | $1,615.00 |
| John Cameron | Senior Counsel/Corporate (called to the bar in 1983; 24 years as Torys partner; 2 years in current position) | $1,090.00 | 0.5 | $545.00 |

---

[1] Certain hours are included in this fee application which were incurred in the month of October 2015 and inadvertently excluded from Torys LLP's Fifty-Fifth Monthly Application.

| | | | | |
|---|---|---:|---:|---:|
| Adam Slavens | Associate/Bankruptcy (called to the bar in 2007; 9 years in current position) | $721.71 | 274.8 | $198,325.50 |
| Jeremy Opolsky | Associate/Litigation (called to the bar in 2011; 5 years in current position) | $548.53 | 26.6 | $14,591.00 |
| Thomas Stevenson | Associate/Corporate (called to the bar in 2012; 4 years in current position) | $490.00 | 3.0 | $1,470.00 |
| Aria Laskin | Associate/Litigation (called to the bar in 2015; 1 year in current position) | $285.58 | 33.8 | $9,652.50 |
| Jon Silver | Articling Student | $229.48 | 31.0 | $7,114.00 |
| Maureen Blake | Senior Law Clerk | $390.00 | 5.1 | $1,989.00 |
| Allan Collins | Paralegal | $288.73 | 101.8 | $29,393.00 |
| Sarah Dafoe | Librarian | $350.00 | 1.2 | $420.00 |
| Clare Mauro | Librarian | $310.00 | 0.7 | $217.00 |
| Tanya Szydlowski | Reference Technician | $115.00 | 0.4 | $46.00 |
| **Total** | | | 845.3 | $584,345.00 |
| **GRAND TOTAL:** | **$584,345.00** | | | |
| **BLENDED RATE:** | **$691.29** | | | |

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

9

**CUMULATIVE COMPENSATION BY PROJECT CATEGORY**

Nortel Networks, Inc., *et al.*
(Case No. 09-10138 (KG))

November 01, 2015 through January 31, 2016[2]

| Project Category | Total Hours | Total Fees |
|---|---:|---:|
| Fee and Employment Applications | 117.0 | $43,352.50 |
| Litigation | 265.2 | $197,735.50 |
| Analysis of Canadian Law | 228.7 | $179,273.50 |
| Intercompany Analysis | 57.8 | $41,383.50 |
| Canadian CCAA Proceedings/Matters | 145.5 | $100,759.50 |
| U.S. Proceedings/Matters | 31.1 | $21,840.50 |
| **Total** | **845.3** | **$584,345.00** |

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

---

[2] Certain hours are included in this fee application which were incurred in the month of October 2015 and inadvertently excluded from Torys LLP's Fifty-Fifth Monthly Application.

10

## CUMULATIVE EXPENSE SUMMARY

Nortel Networks, Inc., *et al.*
(Case No. 09-10138 (KG))

November 01, 2015 through January 31, 2016

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Taxi & Travel | | $14.10 |
| Miscellaneous | | $30.96 |
| Library Costs | | $8.34 |
| Duplicating/Printing | 11,920 pages @ .10 per pg | $1,192.00 |
| Electronic Document Processing | | $595.73 |
| Computer Research | Quicklaw / Westlaw | $1,899.32 |
| **Grand Total Expenses** | | **$3,740.45** |