**Nortel Networks Inc., et al**

**Berkeley Research Group, LLC**



**Exhibit A: Time Detail**

For the Period 1/1/2016 through 1/31/2016

| Date | Professional | Hours | Description |
|---|---|---|---|
| **01. Asset Acquisition/Disposition** | | | |
| 1/5/2016 | C. Kearns | 0.2 | Participated in conference call with F. Hodara (Counsel) re: mediation status. |
| 1/13/2016 | J. Hyland | 0.3 | Reviewed email discussion re: public posting of appellate briefs. |
| 1/13/2016 | J. Hyland | 0.2 | Reviewed Debtors' objection to equity security holders committee. |
| 1/14/2016 | J. Hyland | 0.1 | Reviewed mediation status from Counsel. |
| 1/14/2016 | J. Hyland | 0.1 | Reviewed proceeds allocation article from UK source. |
| 1/15/2016 | A. Cowie | 0.7 | Participated in call with Chilmark (M. Kennedy) and Cleary (J. Bromley) in regard to mediation update. |
| 1/15/2016 | C. Kearns | 0.5 | Participated in call with the Counsel team and Chilmark to debrief on mediation. |
| 1/15/2016 | C. Kearns | 0.3 | Discussed additional analyses requested by Counsel based on latest mediation developments. |
| 1/15/2016 | J. Hyland | 0.2 | Reviewed emails of summary from proceeds allocation mediation. |
| 1/18/2016 | C. Kearns | 0.2 | Reviewed analysis from Canadian Counsel re: fee sharing related issues. |
| 1/19/2016 | J. Hyland | 2.1 | Reviewed Canadian Debtors' appeal opening brief. |
| 1/19/2016 | J. Hyland | 1.5 | Reviewed CCC response and cross-appeal opening brief. |
| 1/19/2016 | J. Hyland | 0.4 | Reviewed opposing party's opposition to appeal. |
| 1/20/2016 | J. Hyland | 2.0 | Reviewed Joint Administrator's opening brief on cross-appeal. |
| 1/20/2016 | J. Hyland | 1.6 | Reviewed UKPC's appellee's response brief. |
| 1/20/2016 | J. Hyland | 1.4 | Reviewed Bondholders' response to appellate brief. |
| 1/25/2016 | J. Hyland | 1.4 | Reviewed IPA sale transaction agreement. |
| 1/25/2016 | C. Kearns | 0.2 | Emailed with Counsel re: mediation status and recent articles in the press. |

Berkeley Research Group, LLC

Invoice for the 1/1/2016 - 1/31/2016 Period

| Date | Professional | Hours | Description |
|---|---|---|---|
| **01. Asset Acquisition/Disposition** | | | |
| 1/27/2016 | J. Borow | 0.7 | Reviewed concepts on recovery issues. |
| 1/27/2016 | C. Kearns | 0.2 | Emailed with Counsel re: settlement parameters. |
| 1/27/2016 | J. Hyland | 0.2 | Reviewed amended scheduling order. |
| 1/28/2016 | J. Borow | 0.6 | Reviewed allocation issues and concepts on claims and distribution scenarios. |
| **Task Code Total Hours** | | **15.1** | |
| **05. Professional Retention/ Fee Application Preparation** | | | |
| 1/8/2016 | J. Hyland | 1.0 | Reviewed November 2015 fee application. |
| 1/12/2016 | J. Hyland | 0.1 | Provided professional fee estimate to Counsel. |
| 1/15/2016 | J. Blum | 0.3 | Prepared the December fee application. |
| 1/22/2016 | J. Hyland | 0.9 | Reviewed December 2015 fee application detailed time entries. |
| 1/25/2016 | J. Blum | 1.8 | Prepared December fee application. |
| 1/26/2016 | J. Hyland | 0.8 | Reviewed narrative portion of December fee application. |
| 1/27/2016 | J. Hyland | 0.4 | Confirmed amounts of interim fee application for filing. |
| **Task Code Total Hours** | | **5.3** | |
| **08. Interaction/Meetings with Creditors** | | | |
| 1/7/2016 | J. Hyland | 2.1 | Reviewed documents distributed to UCC from Counsel prior to the weekly UCC call. |
| 1/7/2016 | A. Cowie | 0.8 | Participated in weekly UCC call in regard to settlement status. |
| 1/7/2016 | J. Hyland | 0.8 | Participated in weekly UCC call with UCC members and professionals. |
| 1/7/2016 | J. Borow | 0.8 | Participated with UCC and professionals for weekly Committee call. |
| 1/7/2016 | J. Borow | 0.1 | Reviewed information provided to Committee for Committee call. |
| 1/14/2016 | J. Borow | 0.7 | Met with UCC and professionals to UCC re: case issues. |
| 1/14/2016 | C. Kearns | 0.7 | Participated in call with Committee re: appeal and mediation status. |
| 1/14/2016 | J. Hyland | 0.7 | Participated in weekly UCC call with members and professionals. |
| 1/14/2016 | J. Borow | 0.1 | Reviewed Committee documents distributed by Counsel for UCC call. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **08. Interaction/Meetings with Creditors** | | | |
| 1/21/2016 | C. Kearns | 0.5 | Participated in call with UCC re: status of case. |
| 1/21/2016 | J. Hyland | 0.5 | Participated in weekly UCC call with members and professionals. |
| 1/28/2016 | J. Hyland | 1.8 | Reviewed documents distributed to UCC prior to UCC call. |
| 1/28/2016 | A. Cowie | 1.2 | Prepared discussion materials for weekly UCC call. |
| 1/28/2016 | J. Borow | 0.8 | Participated in call with UCC and professionals to UCC. |
| 1/28/2016 | J. Hyland | 0.8 | Participated in weekly UCC call with professionals and members. |
| 1/28/2016 | C. Kearns | 0.6 | Participated in portion of call with the Committee and Committee professionals. |
| **Task Code Total Hours** | | **13.0** | |
| **10. Recovery/SubCon/Lien Analysis** | | | |
| 1/7/2016 | J. Hyland | 2.6 | Reviewed claim recoveries based upon assumptions. |
| 1/15/2016 | A. Cowie | 2.6 | Analyzed creditor recovery scenarios for the impact of estate costs in Canada. |
| 1/15/2016 | A. Cowie | 2.3 | Continued to analyze impact on creditor recoveries from estate costs in Canada. |
| 1/15/2016 | A. Cowie | 1.4 | Continued to analyze impact on creditor recoveries from estate costs in Canada. |
| 1/18/2016 | J. Hyland | 2.8 | Analyzed creditor recoveries based upon revised calculations. |
| 1/18/2016 | A. Cowie | 1.9 | Analyzed impact on creditor recoveries from estate costs in Canada. |
| 1/18/2016 | J. Hyland | 1.4 | Continued analyzing creditor recoveries based upon revised calculations. |
| 1/20/2016 | A. Cowie | 2.6 | Reviewed impact on creditor recoveries from estate costs in Canada. |
| 1/21/2016 | A. Cowie | 2.6 | Reviewed impact on creditor recoveries from estate costs in Canada. |
| 1/21/2016 | A. Cowie | 2.3 | Continued to review impact on creditor recoveries from estate costs in Canada. |
| 1/22/2016 | A. Cowie | 2.9 | Reviewed impact on creditor recoveries from estate costs in Canada. |
| 1/26/2016 | A. Cowie | 1.1 | Prepared analysis of impact to creditor recoveries from Canadian estate expenses. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **10. Recovery/SubCon/Lien Analysis** | | | |
| 1/27/2016 | A. Cowie | 2.6 | Prepared analysis of impact to creditor recoveries from Canadian estate expenses. |
| 1/27/2016 | A. Cowie | 1.2 | Continued to prepare analysis of impact to creditor recoveries from Canadian estate expenses. |
| **Task Code Total Hours** | | **30.3** | |
| **11. Claim Analysis/Accounting** | | | |
| 1/6/2016 | J. Emerson | 1.5 | Prepared bond update presentation for the UCC |
| 1/7/2016 | A. Cowie | 1.1 | Analyzed U.S. and Canadian claims bases and status of claims reconciliation. |
| 1/8/2016 | J. Hyland | 2.9 | Analyzed claims for each estate. |
| 1/8/2016 | J. Hyland | 1.4 | Continued analyzing claims for each estate. |
| 1/11/2016 | A. Cowie | 1.3 | Analyzed the Canadian claims base for status of claims resolutions. |
| 1/13/2016 | J. Hyland | 2.9 | Analyzed appellate position potential claim recoveries. |
| 1/13/2016 | J. Hyland | 2.0 | Continued analyzing appellate position potential claim recoveries. |
| 1/13/2016 | J. Hyland | 0.4 | Reviewed the bondholder's 4th Supplemental rule 2019 submission of the group's membership. |
| 1/14/2016 | J. Hyland | 2.9 | Analyzed bondholder claims. |
| 1/14/2016 | J. Hyland | 2.0 | Continued analyzing bondholder claims. |
| 1/14/2016 | A. Cowie | 0.7 | Analyzed claims in US Estate used in proceeds allocation calculations. |
| 1/26/2016 | J. Hyland | 2.2 | Analyzed CCAA claims based upon 1/15/16 claims schedule. |
| 1/27/2016 | J. Hyland | 2.3 | Analyzed Debtors' motion for procedures to resolve claims. |
| 1/27/2016 | J. Hyland | 1.4 | Reviewed cross-motion claim record. |
| 1/28/2016 | J. Hyland | 2.9 | Analyzed various claims on NNI's claims schedule. |
| 1/28/2016 | J. Hyland | 2.0 | Continued analyzing various claims on NNI's claims schedule. |
| 1/28/2016 | J. Hyland | 1.3 | Analyzed claims motion matters. |
| 1/28/2016 | J. Borow | 0.3 | Reviewed claims for NNI and their impact on case. |
| 1/28/2016 | J. Hyland | 0.1 | Conducted call with M. Kennedy (Chilmark) re: U.S. claims. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **11. Claim Analysis/Accounting** | | | |
| 1/29/2016 | J. Hyland | 2.9 | Reviewed details claims from NNI. |
| 1/29/2016 | J. Hyland | 2.8 | Analyzed U.S. claims update. |
| 1/29/2016 | J. Hyland | 2.2 | Continued analyzing U.S. claims updates. |
| 1/29/2016 | A. Cowie | 2.1 | Prepared analysis of U.S. Estate claims figures in regard to pending omnibus motions. |
| 1/29/2016 | J. Hyland | 1.4 | Reviewed 9019 claims motion. |
| 1/29/2016 | J. Hyland | 0.7 | Participated in call with M. Cila (RKLS), M. Kennedy (Chilmark), and M. Livingston (Cleary) re: NNI claims update. |
| 1/29/2016 | A. Cowie | 0.7 | Participated in discussion with M. Livingston (Cleary), M. Kennedy (Chilmark), and M. Cilia (RKLS) in regard to status of U.S. Estate claims base. |
| 1/29/2016 | J. Hyland | 0.1 | Conducted call with M. Kennedy (Chilmark) re: U.S. claims. |
| 1/29/2016 | J. Hyland | 0.1 | Conducted call with R. Johnson re: U.S. claims. |
| *Task Code Total Hours* | | **44.6** | |
| **13. Intercompany Transactions/Balances** | | | |
| 1/12/2016 | A. Cowie | 0.8 | Analyzed the current Restructuring Manager's report in regard to creditor recoveries. |
| 1/26/2016 | J. Hyland | 1.8 | Analyzed APAC intercompany from the December 2015 Restructuring Managers' report. |
| *Task Code Total Hours* | | **2.6** | |
| **18. Operating and Other Reports** | | | |
| 1/15/2016 | A. Cowie | 1.1 | Analyzed monthly operating reports issued by the Debtors for potential impact on creditor recovery scenarios. |
| 1/19/2016 | J. Hyland | 0.8 | Reviewed October 2015 MOR. |
| 1/19/2016 | J. Hyland | 0.7 | Reviewed November 2015 MOR. |
| *Task Code Total Hours* | | **2.6** | |
| **19. Cash Flow/Cash Management Liquidity** | | | |
| 1/4/2016 | A. Cowie | 1.8 | Analyzed cash balances for each estate. |
| 1/20/2016 | J. Hyland | 1.3 | Analyzed CCAA cash forecast as of 12/27/2015. |

| Date | Professional | Hours | Description |
|---|---|---|---|

**19. Cash Flow/Cash Management Liquidity**

| | | | |
|---|---|---|---|
| *Task Code Total Hours* | | *3.1* | |

| | | | |
|---|---|---|---|
| **Total Hours** | | **116.6** | |