# Exhibit A

**COMPENSATION BY PROJECT CATEGORY**

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

November 1, 2015 through January 31, 2016

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Fee/Employment Application - US | 11.10 | $6,211.50 |
| Wanland | 2.60 | $1,761.00 |
| Litigation | 11.60 | $9,119.50 |
| **TOTAL** | **25.30** | **$17,092.00** |

| Index | Date | ID | Name | Title | Hours | Amount | Narrative |
|---|---|---|---|---|---|---|---|
| 14045728 | 11/23/2015 | 2444 | Perales, Olegario | Specialist | 1.00 | 245.00 | Begin preparing sixty-sixth interim fee application for September 1, 2015 through September 30, 2015. |
| 14055926 | 11/24/2015 | 1830 | Almy, Monique D. | Partner | 3.70 | 2,701.00 | Begin reviewing and revising interim fee application for September (0.4); begin reviewing Fee Examiner spreadsheet for September (0.9); begin reviewing and revising interim fee application for October (0.5); begin reviewing Fee Examiner spreadsheet for October (1.1); begin reviewing and revising 26th Quarterly (0.7); begin reviewing and revising Exhibit A Order (0.1). |
| 14049733 | 11/24/2015 | 2444 | Perales, Olegario | Specialist | 0.50 | 122.50 | Finish preparing sixty-sixth interim fee application for September 1, 2015 through September 30, 2015. |
| 14049734 | 11/24/2015 | 2444 | Perales, Olegario | Specialist | 0.50 | 122.50 | Draft sixty-sixth interim spreadsheet file for Ms. Scarborough (Fee Examiner). |
| 14049735 | 11/24/2015 | 2444 | Perales, Olegario | Specialist | 1.00 | 245.00 | Prepare sixty-seventh interim fee application for October 1, 2015 through October 31, 2015. |
| 14049736 | 11/24/2015 | 2444 | Perales, Olegario | Specialist | 0.40 | 98.00 | Draft sixty-seventh interim spreadsheet file for Ms. Scarborough (Fee Examiner). |
| 14049737 | 11/24/2015 | 2444 | Perales, Olegario | Specialist | 0.30 | 73.50 | Prepare twenty-sixth quarterly application. |
| 14049739 | 11/24/2015 | 2444 | Perales, Olegario | Specialist | 0.20 | 49.00 | Prepare order approving fees for August 2015 through October 2015 fee statements. |
| 14055937 | 11/25/2015 | 1830 | Almy, Monique D. | Partner | 3.50 | 2,555.00 | Finish reviewing and revising interim fee application for September (0.2); finish reviewing Fee Examiner spreadsheet for September (1.1); finish reviewing and revising interim fee application for October (0.4); finish reviewing Fee Examiner spreadsheet for October (0.7); finish reviewing and revising 26th Quarterly (0.9); finish reviewing and revising Exhibit A Order (0.2). |
|  |  |  |  |  | **11.10** | **$6,211.50** | **Professional Services Total** |

Client: 105185 / Nortel Networks, Inc.  
Matter: 105185.0000205 / Litigation

Proforma 972479 and 982336  
2/27/2016

| Index | Date | ID | Name | Title | Hours | Amount | Narrative |
|---|---|---|---|---|---|---|---|
| 14071139 | 11/23/2015 | 6634 | Jackson, Sean | Counsel | 2.00 | 1,260.00 | Review and analyze status of subpoenas issued to Nortel (0.8); draft and send summary of same to Cleary Gottlieb in connection with motion to dispose of records (1.2). |
| 14060237 | 11/30/2015 | 1474 | Supko, Mark M. | Partner | 0.20 | 171.00 | Correspondence with Mr. Jackson and Ms. Cooper re impact of motion to dispose of records on third-party discovery. |
| 14071190 | 11/30/2015 | 6634 | Jackson, Sean | Counsel | 1.70 | 1,071.00 | Prepare for and participate in conference call with Cleary Gottlieb re status of third-party subpoenas served on Nortel in connection with motion to dispose of records. |
| 14131356 | 12/15/2015 | 6634 | Jackson, Sean | Counsel | 0.20 | 126.00 | Correspondence with counsel for third-parties who have issued subpoenas to Nortel re reply in support of Nortel's motion to dispose of records. |
| 14153023 | 12/31/2015 | 6634 | Jackson, Sean | Counsel | 0.30 | 189.00 | Correspondence with counsel for third-parties who have served discovery subpoenas on Nortel re order granting Nortel's motion for permission to dispose of records. |
| | | | | | **4.40** | **$2,817.00** | **Professional Services Total** |

Client: 105185 / Nortel Networks, Inc.  Proforma 972480, 982337, and 987537
Matter: 105185.0000206 / Litigation  2/27/2016

| Index | Date | ID | Name | Title | Hours | Amount | Narrative |
|---|---|---|---|---|---|---|---|
| 14058803 | 11/19/2015 | 302 | Regan, James J. | Partner | 1.20 | 1,188.00 | Review and analyze documents re discovery issues (0.8); exchange emails with Mr. Supko re same (0.3); review and analyze abandonment order (0.1). |
| 14027743 | 11/19/2015 | 1474 | Supko, Mark M. | Partner | 0.90 | 769.50 | Review motion re disposal of documents in view of pending discovery obligations (0.5); research re outstanding third-party discovery requests (0.3); consult with Mr. Jackson re same (0.1). |
| 14045240 | 11/23/2015 | 1474 | Supko, Mark M. | Partner | 0.40 | 342.00 | Consult with Mr. Jackson re potential impact of proposed disposal of selected documents and electronic records on pending third-party discovery obligations, including review of correspondence with Cleary team re same. |
| 14134533 | 12/14/2015 | 302 | Regan, James J. | Partner | 0.50 | 495.00 | Attention to court filings. |
| 14138496 | 12/29/2015 | 1474 | Supko, Mark M. | Partner | 0.20 | 171.00 | Review order approving procedures for disposal of specified documents and electronic data to assess impact on third-party discovery. |
| 14161870 | 1/7/2016 | 1474 | Supko, Mark M. | Partner | 0.50 | 440.00 | Review correspondence with opposing counsel re potential impact of order authorizing destruction or disposal of certain documents and data on pending third-party discovery requests (0.2); consult with Mr. Jackson re same (0.1); conversation with Kirk Adams re settlement issues (0.2). |
| 14183017 | 1/15/2016 | 302 | Regan, James J. | Partner | 0.80 | 816.00 | Review court information re mediation (0.6); exchange emails with Messrs. Plevin and Supko re same (0.2). |
| 14181464 | 1/15/2016 | 1474 | Supko, Mark M. | Partner | 0.50 | 440.00 | Correspondence with Messrs. Plevin and Regan re cost-sharing motion, including research re questions posed by Mr. Plevin re status of third-party discovery. |
| 14186111 | 1/16/2016 | 302 | Regan, James J. | Partner | 0.60 | 612.00 | Exchange emails with Messrs. Supko and Plevin re third-party discovery issues and strategy. |
| | | | | | **5.60** | **$5,273.50** | **Professional Services Total** |

Client: 105185 / Nortel Networks, Inc.  
Matter: 105185.0000121 / Wanland

Proforma 982334 and 987535  
2/27/2016

| Index | Date | ID | Name | Title | Hours | Amount | Narrative |
|---|---|---|---|---|---|---|---|
| 14074740 | 12/1/2015 | 3245 | Burton, Emma K. | Counsel | 0.20 | 135.00 | Draft correspondence to Mr. Lipner and Ms. Rasche re draft subpoena status (0.1); exchange correspondence with Mr. Lipner re next steps (0.1). |
| 14083422 | 12/3/2015 | 3245 | Burton, Emma K. | Counsel | 1.10 | 742.50 | Review correspondence and proposed revisions to settlement exhibits from Mr. Lipner (0.4); teleconference with Mr. Lipner re finalization of settlement agreement exhibits and service of subpoena (0.2); review and respond to multiple correspondence from Mr. Lipner and Ms. Rasche re same (0.5). |
| 14083569 | 12/4/2015 | 3245 | Burton, Emma K. | Counsel | 0.30 | 202.50 | Review and respond to multiple correspondence from Messrs. Lipner and Armstrong re settlement exhibits and next steps. |
| 14095560 | 12/9/2015 | 3245 | Burton, Emma K. | Counsel | 0.20 | 135.00 | Review and respond to correspondence from Mr. Lipner re suggested revisions to Settlement Agreement. |
| 14117014 | 12/16/2015 | 3245 | Burton, Emma K. | Counsel | 0.20 | 135.00 | Review and respond to correspondence from Mr. Lipner re Wanland settlement documents. |
| 14168220 | 1/4/2016 | 3245 | Burton, Emma K. | Counsel | 0.60 | 411.00 | Draft revisions to trustee subpoena and Schedule A attachment (0.3); exchange multiple correspondence with Mr. Lipner re revised subpoena and proposed timeline for service (0.3). |
| | | | | | **2.60** | **$1,761.00** | **Professional Services Total** |

Client: 105185 / Nortel Networks, Inc.  
Matter: 105185.0000202 / Litigation

Proforma 982335 and 987536  
2/27/2016

| Index | Date | ID | Name | Title | Hours | Amount | Narrative |
|---|---|---|---|---|---|---|---|
| 14151230 | 12/1/2015 | 6634 | Jackson, Sean | Counsel | 0.90 | 567.00 | Email correspondence with opposing counsel re search term hit counts and Nortel motion for permission to dispose of records (0.5); correspondence with Mr. Ross re hit counts for LiveLink and Iron Mountain (0.2); correspondence with Recommind re hit counts for Nortel document repositories (0.2). |
| 14171634 | 1/7/2016 | 6634 | Jackson, Sean | Counsel | 0.60 | 396.00 | Call with Ms. Rozenberg and Mr. Cantwell re extent of disposal of documents subject to subpoena served by opposing counsel (0.3); email correspondence with Mr. Ross and Ms. Schulte re disposal of Iron Mountain hardcopy documents (0.2); call with Mr. Abramic re Nortel's proposed disposal of documents (0.1). |
| 14187648 | 1/11/2016 | 6634 | Jackson, Sean | Counsel | 0.10 | 66.00 | Email correspondence with Mr. Abramic re Nortel's retention of documents subject to third-party subpoena. |
|  |  |  |  |  | **1.60** | **$1,029.00** | **Professional Services Total** |