# Exhibit B

**EXPENSE SUMMARY**

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

November 1, 2015 through January 31, 2016

| **Expense Category** | **Service Provider if Applicable** | **Total Expenses** |
|---|---|---:|
| Electronic Discovery | Advanced Discovery, LLC | $1,012.24 |
| **TOTAL** | | **$1,012.24** |

Client: 105185 / Nortel Networks, Inc.                                                                                                    Proforma Expenses
                                                                                                                                                       2/27/2016

| Index | Date | ID | Name | Title | Code | Category | Amount | Narrative | Proforma | Matter |
|---|---|---|---|---|---|---|---|---|---|---|
| 7257211 | 11/10/2015 | 302 | Regan, James J. | Partner | 158 | Electronic Discovery | 253.06 | Electronic Discovery CAM/Matter - Vendor: Advanced Discovery, LLC - Monthly storage and user license fees. Inv# B157208 Date: 08/31/2015 | 972479 | Litigation |
| 7257221 | 11/10/2015 | 302 | Regan, James J. | Partner | 158 | Electronic Discovery | 253.06 | Electronic Discovery CAM/Matter - Vendor: Advanced Discovery, LLC - Monthly storage and use license fees. Inv# B160293 Date: 09/30/2015 | 972479 | Litigation |
| 7262720 | 11/19/2015 | 302 | Regan, James J. | Partner | 158 | Electronic Discovery | 253.06 | Electronic Discovery CAM/Matter - Vendor: Advanced Discovery, LLC - Monthly hosting and user license fees. Inv# B163118 Date: 10/31/2015 | 972479 | Litigation |
| 7282002 | 12/30/2015 | 302 | Regan, James J. | Partner | 158 | Electronic Discovery | 253.06 | Electronic Discovery CAM/Matter - Vendor: Advanced Discovery, LLC - Monthly hosting and user license fees for the month of November. Inv# B165546 Date: 11/30/2015 | 982336 | Litigation |

Total Disbursements    **$1,012.24**