**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| Nortel Networks Inc., et al.,[1] | ) Case No. 09-10138 (KG) |
| Debtors. | ) Jointly Administered |
| | ) Hearing Date: To Be Determined |

**TWENTY-EIGHTH QUARTERLY FEE APPLICATION OF ERNST & YOUNG LLP FOR COMPENSATION FOR SERVICES RENDERED AS INDIRECT TAX SERVICE ADVISOR TO THE DEBTORS AND DEBTORS-IN-POSSESSION FOR THE PERIOD OF OCTOBER 1, 2015 THROUGH DECEMBER 31, 2015**

E&Y LLP hereby submits its twenty-eighth quarterly fee application request (the "Request") for the period October 1, 2015 through and including December 31, 2015 (the "Compensation Period").

| E&Y LLP seeks approval of the following fee application: Fee Application Filing Date | Period Covered By Application | Total Fees Requested | Total Expenses Requested | Certification of No Objection Filing Date, Docket No. | Amount of Fees Allowed (80%) | Amount of Expenses Allowed (100%) | Amount of Holdback Fees Sought |
|---|---|---|---|---|---|---|---|
| 12/8/15 | 10/1/15-10/31/15 | $366,106.00 | $4,555.76 | 12.30.15 [16430] | $292,884.80 | $4,555.76 | $73,221.20 |
| 12/8/15 | 11/1/15-11/30/15 | $227,117.50 | $1,576.39 | 12.30.15 [16431] | $181,694.00 | $1,576.39 | $45,423.50 |
| 2/24/16 | 12/1/15-12/31/15 | $454,203.50 | $13,932.48 | | $363,362.80 | $12,932.48 | $90,840.70 |
| TOTAL | | $1,047,427.00 | $20,064.63 | | $837,941.60 | $20,064.63 | $209,485.40 |

---

[1] Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

E&Y LLP seeks interim approval of the full amount of the fees and expenses requested in the above-referenced fee application and payment by the Debtors of the amount requested in such fee application in full.

WHEREFORE, E&Y LLP respectfully requests that the Court enter the order enter the order attached hereto as Exhibit A and grant E&Y LLP such other and further relief as is just and proper.

Dated: February 29, 2016                                Respectfully submitted,

/s/ Joanne Lee
Joanne Lee
Foley & Lardner LLP
321 N. Clark Street, Suite 2800
Chicago, IL 60654
Tel. 312.832.4500
jlee@foley.com

4829-7139-0510.1

**COMPENSATION BY PROFESSIONAL**
**THROUGH DECEMBER 31, 2015**

| Professional | Position | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Abbott, Douglas J. | Partner | $660 | 61.5 | $40,590.00 |
| Barnard, Brett A. | Staff | $210 | 42.0 | $8,820.00 |
| Beakey III, Andrew M. | Partner | $660 | 24.9 | $16,434.00 |
| Boulus, Albert | Senior | $340 | 1.8 | $846.00 |
| Boulus, Albert* | Manager | $470 | 0.6 | $282.00 |
| Breton, Kristina | Senior | $340 | 156.5 | $53,210.00 |
| Carroll, Kara Ruth | Staff | $210 | 146.2 | $30,702.00 |
| Carver, Gregory | National Partner | $725 | 13.0 | $9,425.00 |
| Clark, Randy | Manager | $470 | 1.0 | $470.00 |
| Corwin, Forest | Staff | $210 | 51.0 | $10,710.00 |
| Davidson, Garrett M. | Senior | $340 | 69.2 | $32,524.00 |
| De la Rosa, Anabel | Senior | $340 | 17.9 | $6,086.00 |
| DeVincenzo, Jennie Harrison | Senior Manager | $570 | 89.6 | $44,802.00 |
| Doyle, Kaitlin Frances | Staff | $210 | 17.2 | $3,612.00 |
| Eaton, Antoinyce Evangeline | Staff | $210 | 6.7 | $1,407.00 |
| Fitzsimmons, Megan R. | Senior Manager | $570 | 3.0 | $2,175.00 |
| Forgey, Cody M. | Senior | $340 | 26.3 | $8,942.00 |
| Gentile, Matthew Donald | Senior Manager | $570 | 48.0 | $27,360.00 |
| Golden, David A. | National Partner | $725 | 1.0 | $725.00 |
| Goodwin, Mary Kathleen | Staff | $210 | 33.5 | $7,035.00 |
| Gouri, Amit | Senior Manager | $570 | 9.0 | $5,130.00 |
| Heroy, Jessica R. | Manager | $570 | 9.9 | $5,643.00 |
| Higaki, Shiho | Senior | $340 | 99.5 | $46,765.00 |
| Higaki, Shiho* | Manager | $470 | 21.5 | $10,105.00 |
| Hines, Herbert Bell | Senior Manager | $570 | 3.0 | $1,710.00 |
| Jacks, Sarah Butler | Senior Manager | $570 | 38.2 | $21,774.00 |
| Kennedy, Diana Lynn | Senior Manager | $570 | 96.3 | $54,891.00 |

4829-7139-0510.1

2

| Professional | Position | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Kennedy, Jamie B. | Staff | $210 | 5.5 | $1,155.00 |
| Lowery, Kristie L. | Partner | $725 | 117.1 | $74,022.50 |
| Mesler, Mark S. | Partner | $660 | 3.0 | $1,980.00 |
| Mills, Rebecca Hinson | Senior | $340 | 8.9 | $3,026.00 |
| Moore, Meredith M. | Staff | $210 | 2.5 | $525.00 |
| Oliver, Angel L. | Senior | $340 | 130.4 | $44,336.00 |
| Pearson, Kristen L. | Staff | $210 | 7.5 | $1,575.00 |
| Ponds, Loren C. | Senior Manager | $570 | 19.6 | $11,172.00 |
| Quigley, Nicholas W. | Manager | $470 | 1.6 | $752.00 |
| Razook, Janel J. | Manager | $470 | 0.1 | $47.00 |
| Riordon, Paige Bell | Senior Manager | $570 | 1.0 | $570.00 |
| Rodriguez, Nancy Walton | Staff | $210 | 0.4 | $84.00 |
| Sargent, Amy Johannah | Executive Director | $725 | 4.5 | $3,262.50 |
| Scanlon, Gary R. | Senior Manager | $570 | 2.5 | $1,425.00 |
| Scott, James E. | Partner | $660 | 88.2 | $56,001.00 |
| Shapiro, Ari J. | Staff | $210 | 98.6 | $20,706.00 |
| Simmons, Veronica | Staff | $210 | 8.5 | $1,785.00 |
| Sutherland, Alyssa McKenzie | Staff | $210 | 19.8 | $6,732.00 |
| Sutherland, Alyssa McKenzie* | Senior | $340 | 3.0 | $1,020.00 |
| Tarud, Jessica | Staff | $210 | 65.6 | $13,755.00 |
| Traylor, Brenton Wade | Senior | $470 | 5.0 | $2,350.00 |
| Trombley, Tarryn Kate Gurney | Senior | $340 | 47.8 | $22,348.50 |
| Trombley, Tarryn Kate Gurney* | Manager | $470 | 9.0 | $4,230.00 |
| Trozzo, Roseann | Manager | $470 | 48.3 | $23,406.00 |
| Tufino, Salvatore J. | Executive Director | $660 | 2.5 | $1,650.00 |
| Vaughan, Justin M. | Staff | $210 | 3.0 | $630.00 |
| Waggner, Theodore Houston | Senior | $340 | 0.2 | $68.00 |
| Williams, Edward M. | Partner | $725 | 1.5 | $1,087.50 |

3

| Professional | Position | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---:|---:|---:|
| Williams, Mark | Staff | $210 | 59.3 | $12,453.00 |
| Wolpert, Samantha | Staff | $210 | 41.6 | $8,736.00 |
| Wood, Jeffrey T. | Executive Director | $660 | 420.7 | $274,362.00 |
| **TOTAL** | | | **2,315.4** | **$1,047,427.00** |

\* Employee received a promotion during the quarterly period.

4

**COMPENSATION BY PROJECT CATEGORY**
**THROUGH DECEMBER 31, 2015**

| Project Category | Total Hours | Total Fees |
|---|---:|---:|
| Employment Tax | 437.1 | $209,685.50 |
| Tax Compliance | 94.7 | $38,657.50 |
| Federal Consulting | 1,284.4 | $643,801.00 |
| International Consulting | 192.2 | $72,012.00 |
| State and Local Consulting | 307.0 | $83,271.00 |
| **TOTAL** | **2,315.4** | **$1,047,427.00** |

**EXPENSE SUMMARY**
**THROUGH DECEMBER 31, 2015**

| Expense Category | Total Expenses |
|---|---:|
| Air[1] | $9,679.77 |
| Lodging | $5,285.49 |
| Meals | $1,720.28 |
| Mileage | $1,562.90 |
| Miscellaneous | $158.25 |
| Parking | $681.75 |
| Rental Car | $41.64 |
| Taxi | $840.40 |
| Telephone | $49.95 |
| Tolls | $44.20 |
| **TOTAL** | **$20,064.63** |

---

[1] All air expenses are coach/economy class.

4