# EXHIBIT A

## NORTEL NETWORKS INC., *et al*.
## CASE NO. 09-10138 (KG)

Professional Fees and Expenses
Monthly Fee Application

| Applicant & Docket No. | Time Period Covered | Fees & Expenses Requested in Application | Fees & Expenses Allowed/Awarded | Date Application Filed | Objection Deadline |
|---|---|---|---|---|---|
| Berkeley Research Group, LLC  [Docket No. 16522] | 12/1/15 - 12/31/15 | $76,645.50 (Fees)  $0.00 (Expenses) | $61,316.40 (Fees @ 80%)  $0.00 (Expenses @ 100%) | 2/5/16 | 2/25/16 |