**EXHIBIT B**



## CASSELS BROCK
LAWYERS

Cassels Brock & Blackwell LLP
2100, Scotia Plaza
40 King Street West
Toronto, ON Canada M5H 3C2
T 416 869 5300
F 416 360 8877

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF NORTEL NETWORKS INC
C/O AKIN GUMP STRAUSS HAUER & FELD LLP
ATTN: FRED HODARA
ONE BRYANT PARK
NEW YORK, NY 10036 USA

**INVOICE #1982448**
HST/GST #: R121379572

| Date | Matter Number | Lawyer |
|---|---|---|
| February 29, 2016 | 46992-00001 | Michael Wunder |

The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

| | |
|---|---|
| Professional Fees | $ 70,630.50 |
| Disbursements | 228.73 |
| **Total Amount Due** | **$ 70,859.23** CDN |

Cassels Brock & Blackwell LLP

Per: _____
Michael Wunder

**Wire Transfer:**
Bank of Nova Scotia
44 King St. West, Toronto, ON  M5H 1H1
Swift Code:  NOSCCATT
Bank ID:  002  Transit: 47696
CAD Funds Bank Account : 00739-11
ABA Routing #: 026 002 532
Reference: Please include the lawyer's name and the invoice number

**Credit Card:**
Payments are accepted via telephone, email or fax.
We accept
American Express, MasterCard or Visa (please circle one).
Card No. _____
Expiry Date: _____ Amount: _____
Cardholder Name: _____
Signature: _____

CASSELS BROCK & BLACKWELL LLP                           Invoice # 1982448
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                         Matter # 46992-00001

## Invoice Detail

**TO PROFESSIONAL SERVICES RENDERED up to and including 01/31/16**

| Date | ID | TASK | Narrative | Hours |
|---|---|---|---|---|
| 1/2/2016 | MWU | 3 | Prepare November 2015 fee account. | 1.9 |
| 1/2/2016 | MWU | 31 | Review draft Canadian court order from Canadian counsel for Monitor regarding Canadian allocation decision, and analyze comments from counsel for UKPC and outstanding issues for reporting to UCC. | 1.4 |
| 1/2/2016 | MWU | 24 | Review Canadian court order for IP address sale transaction. | 0.4 |
| 1/3/2016 | MWU | 3 | Prepare December 2015 fee account. | 1.8 |
| 1/4/2016 | RSK | 31 | Exchange email correspondence with Akin Gump regarding status of Canadian litigation and status of allocation order. | 0.4 |
| 1/4/2016 | RSK | 31 | Review of correspondence from Bennett Jones regarding leave to appeal application to Supreme Court of Canada on PPI issue. | 0.2 |
| 1/4/2016 | MWU | 12 | Review and analyze Canadian estate claims and approval issues including claims procedure orders relating to employee and pension claims. | 1.8 |
| 1/4/2016 | MWU | 31 | Correspondence with UCC advisors regarding CCAA proceeding litigation status and timelines. | 0.3 |
| 1/4/2016 | RJA | 31 | Email correspondence with Akin Gump regarding Canadian leave to appeal application for Canadian Supreme Court of Canada allocation decision and PPI leave application timetable. | 0.3 |
| 1/5/2016 | GBS | 31 | Email correspondence and telephone exchanges with Cassels team regarding Canadian litigation status. | 0.1 |
| 1/5/2016 | GBS | 31 | Research regarding Canadian litigation procedure. | 0.5 |
| 1/5/2016 | RSK | 29 | Review of UKPC request regarding bondholder fee information and related email correspondence. | 0.8 |
| 1/5/2016 | RSK | 29 | Exchange email correspondence with Akin Gump regarding allocation mediation. | 0.2 |
| 1/5/2016 | RSK | 31 | Office conference with G. Shaw regarding Canadian leave to appeal allocation decision. | 0.4 |
| 1/5/2016 | RSK | 31 | Exchange email correspondence with Canadian counsel for NNI regarding allocation order. | 0.4 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

**CASSELS BROCK & BLACKWELL LLP**  Invoice # 1982448
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.  Matter # 46992-00001

| Date | ID | TASK | Narrative | Hours |
|---|---|---|---|---|
| 1/5/2016 | RSK | 31 | Exchange email correspondence with Akin Gump regarding status of Canadian allocation order and Canadian leave to appeal application. | 0.7 |
| 1/5/2016 | MWU | 31 | Email correspondence with Akin Gump, Canadian counsel for U.S. debtors, and Cassels team regarding Canadian court allocation decision leave application. | 0.3 |
| 1/5/2016 | MWU | 31 | Email correspondence with Canadian counsel for multiple core parties regarding CCAA hearing. | 0.6 |
| 1/5/2016 | MWU | 31 | Review correspondence between Canadian counsel for UKPC and Monitor regarding advisor fees, and related court orders, and email correspondence with UCC advisors. | 1.1 |
| 1/5/2016 | MWU | 31 | Prepare for Canadian court hearing. | 0.4 |
| 1/5/2016 | RJA | 31 | Review materials served by Canadian counsel for UKPC regarding bondholder professional fees and Canadian debtor claims. | 0.7 |
| 1/5/2016 | RJA | 31 | Email correspondence with Akin Gump regarding UKPC issues regarding bondholder professional fees including estate distribution issues. | 0.1 |
| 1/5/2016 | RJA | 31 | Email correspondence with Akin Gump team regarding Canadian allocation order. | 0.2 |
| 1/6/2016 | RSK | 31 | Review Canadian court endorsement and issued order regarding IP address sale to Reliance. | 0.2 |
| 1/6/2016 | RSK | 29 | Review report on Canadian court hearing regarding bondholder fees and related email correspondence with UCC advisors. | 0.6 |
| 1/6/2016 | RSK | 29 | Review email correspondence regarding publicly filing U.S. appeal briefs. | 0.2 |
| 1/6/2016 | RSK | 31 | Review Canadian leave to appeal timelines. | 0.4 |
| 1/6/2016 | MWU | 8 | Attend to Canadian court hearing. | 1.2 |
| 1/6/2016 | MWU | 31 | Forward detailed report to UCC advisors regarding Canadian court hearing. | 0.6 |
| 1/6/2016 | MWU | 31 | Assess information and document requests to be made to Canadian debtors and Monitor regarding claims and allocation, and email correspondence with UCC advisors regarding same. | 2.3 |
| 1/7/2016 | RSK | 29 | Review update on allocation mediation from Akin Gump. | 0.1 |
| 1/7/2016 | RSK | 29 | Review bondholder letter agreements relating to Canadian estate distributions. | 0.4 |
| 1/7/2016 | RSK | 7 | Participated in Committee call. | 0.9 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

**CASSELS BROCK & BLACKWELL LLP**  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 1982448

Matter # 46992-00001

| Date | ID | TASK | Narrative | Hours |
|---|---|---|---|---|
| 1/7/2016 | MWU | 7 | Attend on UCC call. | 0.9 |
| 1/7/2016 | MWU | 31 | Review and analyze outstanding information and documentation requests regarding Canadian estate. | 1.1 |
| 1/7/2016 | MWU | 29 | Review court filing regarding allocation litigation submissions. | 0.5 |
| 1/7/2016 | RJA | 7 | Participate in Committee call. | 0.9 |
| 1/8/2016 | MWU | 12 | Review and analyze Canadian estate claims and approval issues including claims procedure orders relating to employee and pension claims. | 2.2 |
| 1/11/2016 | MWU | 29 | Review correspondence from counsel for EMEA debtors regarding allocation mediation court filings and disclosure issues. | 0.2 |
| 1/12/2016 | RSK | 29 | Exchange correspondence with Akin Gump, Bennett Jones and Torys regarding responding materials for Canadian PPI leave for appeal application. | 0.9 |
| 1/12/2016 | RSK | 29 | Review and analysis of U.S. appeal briefs of CCC, Monitor and UKPC. | 2.1 |
| 1/12/2016 | RSK | 29 | Review of responding court filings of bondholders and Trade Consortium for U.S. allocation appeal filing. | 0.6 |
| 1/12/2016 | MWU | 29 | Review allocation appeal responding court submissions. | 1.2 |
| 1/12/2016 | MWU | 31 | Email correspondence with Akin Gump regarding Canadian case litigation. | 0.2 |
| 1/13/2016 | RSK | 29 | Review of U.S. appeal briefs of EMEA Debtors and Wilmington Trust. | 1.6 |
| 1/13/2016 | MWU | 29 | Review and analyze allocation appeal court filings, and assess arguments regarding Canadian appeal proceedings. | 2.7 |
| 1/13/2016 | MWU | 3 | Prepare December fee account. | 0.9 |
| 1/14/2016 | RSK | 29 | Review mediation report from Akin Gump. | 0.2 |
| 1/14/2016 | RSK | 31 | Review UKPC motion to participate in PPI leave to appeal application and acknowledged service of same. | 0.4 |
| 1/14/2016 | RSK | 7 | Participate in Committee call. | 0.7 |
| 1/14/2016 | MWU | 31 | Review UKPC legal brief filed in Canadian proceeding regarding bondholder group request for leave to appeal Canadian PPI decision. | 0.9 |
| 1/14/2016 | MWU | 29 | Attend on UCC call. | 0.7 |
| 1/14/2016 | MWU | 29 | Review mediation updates. | 0.2 |
| 1/14/2016 | RJA | 7 | Participate in Committee call. | 0.7 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 1982448

Matter # 46992-00001

| Date | ID | TASK | Narrative | Hours |
|---|---|---|---|---|
| 1/15/2016 | RSK | 12 | Review Canadian debtors motion for approval of Dunn claims resolution procedure. | 0.6 |
| 1/15/2016 | RSK | 29 | Review update on U.S. mediation from Akin Gump. | 0.2 |
| 1/15/2016 | RSK | 29 | Review email correspondence with Akin Gump regarding bondholder professional fee issues. | 0.2 |
| 1/15/2016 | MWU | 29 | Review updates from Akin Gump regarding mediation status. | 0.3 |
| 1/15/2016 | MWU | 31 | Email correspondence to and from UCC advisors regarding case disclosure issues, and correspondence to Canadian counsel for Monitor with request for information. | 0.7 |
| 1/15/2016 | MWU | 29 | Email correspondence regarding publication of allocation appeal legal briefs. | 0.3 |
| 1/17/2016 | MWU | 29 | Review and analyze allocation appeal court filings by core parties, and consider Canadian claims and allocation issues. | 2.4 |
| 1/18/2016 | RSK | 31 | Review draft Canadian court filings regarding process for resolution of Dunn claim. | 0.6 |
| 1/18/2016 | RSK | 29 | Review correspondence from the Monitor regarding bondholder fees. | 0.4 |
| 1/18/2016 | MWU | 12 | Report to UCC advisors regarding Dunn claims resolution process, and confer with Cassels lawyers. | 0.4 |
| 1/18/2016 | MWU | 29 | Review summary of expenses and forward to UCC advisors. | 0.3 |
| 1/18/2016 | MWU | 12 | Review draft Canadian court material regarding claims resolution procedure for claims of Dunn including litigation schedule and approval order. | 1.8 |
| 1/18/2016 | RJA | 31 | Email correspondence with Akin Gump regarding Monitor letter on bondholder fees. | 0.2 |
| 1/19/2016 | RSK | 29 | Exchange email correspondence with Torys regarding U.S. allocation mediation. | 0.2 |
| 1/19/2016 | MWU | 3 | Prepare December 2015 fee account. | 0.8 |
| 1/20/2016 | RSK | 29 | Review of Monitor correspondence regarding bondholder fees and analyze agreements. | 0.6 |
| 1/20/2016 | RSK | 31 | Exchange email correspondence with NNI's Canadian counsel regarding Dunn claims procedure. | 0.2 |
| 1/20/2016 | RSK | 31 | Telephone attendance with Akin Gump and exchange email correspondence regarding Canadian Dunn claims procedure. | 0.3 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

**CASSELS BROCK & BLACKWELL LLP**  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 1982448  
Matter # 46992-00001

| Date | ID | TASK | Narrative | Hours |
|---|---|---|---|---|
| 1/20/2016 | MWU | 12 | Review material regarding proposed claims process and court filing for Dunn claims. | 0.4 |
| 1/20/2016 | MWU | 29 | Review and analyze post-filing agreements and Canadian court orders in connection with analysis of allocations and estate distribution issues. | 3.2 |
| 1/20/2016 | RJA | 12 | Review Monitor correspondence regarding Canadian procedure to litigate Dunn claims. | 0.5 |
| 1/20/2016 | RJA | 7 | Prep work for weekly Committee call. | 0.6 |
| 1/21/2016 | RSK | 24 | Review of Asset Sale Agreement for IP address sale to Alibaba. | 0.7 |
| 1/21/2016 | RSK | 29 | Review of U.S. allocation appeal filings. | 1.4 |
| 1/21/2016 | RSK | 31 | Exchange correspondence with NNI's Canadian counsel regarding Dunn claims procedure. | 0.2 |
| 1/21/2016 | RSK | 7 | Prepared for (0.3) and participated in Committee call (0.5). | 0.8 |
| 1/21/2016 | MWU | 7 | Attend on UCC call. | 0.5 |
| 1/21/2016 | MWU | 12 | Review documents regarding claim obligations, and consider claims distribution issues. | 1.2 |
| 1/22/2016 | RSK | 31 | Review Canadian motion record for approval of Dunn claims procedure. | 1.1 |
| 1/22/2016 | MWU | 29 | Review allocation appeal court filings, and analyze for Canadian appeal issues and arguments. | 2.3 |
| 1/24/2016 | MWU | 3 | Prepare November 2015 fee account. | 0.8 |
| 1/25/2016 | GBS | 31 | Review Dunn motion material and litigation plan. | 0.3 |
| 1/25/2016 | RSK | 31 | Review of motion record of the Monitor and Canadian Debtors regarding IP address sale to Alibaba. | 0.6 |
| 1/25/2016 | MWU | 24 | Review motion record for sale by Canadian debtors and underlying sale agreement. | 0.9 |
| 1/25/2016 | MWU | 24 | Report to UCC advisors regarding sale transaction motion. | 0.3 |
| 1/25/2016 | MWU | 31 | Review Canadian cross-motion filed by counsel for Dunn regarding claims resolution procedure motion including alternate schedule, and report to UCC advisors regarding same. | 1.4 |
| 1/25/2016 | MWU | 12 | Correspondence to and from Akin Gump regarding Canadian claims issues, and instructions to Cassels team. | 0.4 |
| 1/26/2016 | GBS | 31 | Review motion and cross-motion, and analyze Canadian issues. | 1.4 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

**CASSELS BROCK & BLACKWELL LLP**  Invoice # 1982448
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.  Matter # 46992-00001

| Date | ID | TASK | Narrative | Hours |
|---|---|---|---|---|
| 1/26/2016 | RSK | 29 | Review email correspondence from Akin Gump and Cassels regarding Dunn claims against Canadian debtors. | 0.3 |
| 1/26/2016 | RSK | 31 | Review of Dunn response and cross-motion for use of documents from criminal trial. | 0.8 |
| 1/27/2016 | GBS | 31 | Review motion and cross-motion Canadian court filings for claims procedure for Dunn, and analyze proposed procedures. | 2.7 |
| 1/27/2016 | RSK | 29 | Review draft outline for UCC for U.S. allocation appeal reply brief. | 0.8 |
| 1/27/2016 | RSK | 29 | Review allocation update from Akin Gump. | 0.1 |
| 1/27/2016 | RSK | 29 | Review email correspondence between Akin Gump and Cassels regarding Dunn Canadian cross motion and analysis of Dunn claim. | 0.4 |
| 1/27/2016 | RJA | 14 | Call with Capstone regarding claims issues. | 0.2 |
| 1/27/2016 | RJA | 12 | Correspondence with G. Shaw regarding Dunn claim and pleadings. | 0.1 |
| 1/27/2016 | RJA | 12 | Analysis of issues regarding Dunn Canadian claims. | 0.9 |
| 1/28/2016 | GBS | 31 | Attend UCC call. | 0.7 |
| 1/28/2016 | RSK | 29 | Exchange email correspondence with Canadian counsel regarding allocation issues. | 0.3 |
| 1/28/2016 | RSK | 7 | Participated in Committee call. | 0.7 |
| 1/28/2016 | RSK | 31 | Meeting with G. Shaw regarding Dunn Canadian claims process and cross-motion. | 0.4 |
| 1/28/2016 | MWU | 7 | Attend on UCC call. | 0.7 |
| 1/28/2016 | MWU | 12 | Review correspondence regarding Canadian claim issues. | 0.2 |
| 1/29/2016 | GBS | 31 | Multiple email correspondence regarding Dunn Canadian cross-motion and claim procedure. | 0.4 |
| 1/29/2016 | RSK | 31 | Telephone attendance with NNI's Canadian counsel regarding IP sale proceeds issue. | 0.2 |
| 1/29/2016 | RSK | 31 | Exchange email correspondence with M. Wunder and NNI's Canadian counsel regarding Dunn claims motion and IP sale hearing. | 0.4 |
| 1/29/2016 | RSK | 31 | Review summary of issues regarding Dunn claims. | 0.2 |
| 1/29/2016 | RSK | 31 | Review supplement to CCAA Monitor's report regarding Dunn claims resolution procedure. | 0.4 |
| 1/29/2016 | MWU | 12 | Review supplemental Monitor's report regarding Dunn Claims procedure motion, and initial motion record and Monitor's report. | 0.7 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 1982448  
Matter # 46992-00001

| Date | ID | TASK | Narrative | Hours |
|------|-----|------|-----------|-------|
| 1/31/2016 | MWU | 31 | Review multiple correspondence regarding Dunn Canadian claims procedure motion, and liaise with Cassels team regarding same to prepare for motion. | 0.4 |
| | | | **Total** | **83.2** |

| Name | Title | Department | Province of Bar Admission/Year | Hours | Rate | Billed Value |
|------|-------|------------|-------------------------------|-------|------|--------------|
| Geoffrey B. Shaw | Partner | Advocacy | Ontario - 1986 | 6.10 | $945.00 | $5,764.50 |
| Michael Wunder | Partner | Financial Restructuring | Ontario - 1990 | 46.20 | $810.00 | $37,422.00 |
| Ryan Jacobs | Partner | Financial Restructuring | Ontario - 2011 | 5.40 | $785.00 | $4,239.00 |
| Shayne Kukulowicz | Partner | Financial Restructuring | Ontario - 1990 | 25.50 | $910.00 | $23,205.00 |
| **TOTAL** | | | | **83.20** | | **$ 70,630.50** |

**TOTAL PROFESSIONAL FEES**     $ 70,630.50

**Non-Taxable Disbursements**

| | |
|---|---|
| Copies | 211.70 |
| Telephone / Long Distance/Conference Calls | 3.60 |
| Binding, Tabs, Disks, etc | 4.58 |
| Travel / Ground Transportation | 8.85 |
| **Total Disbursements and Tax** | **228.73** |
| **Total Fees, Disbursements & Tax** | **$ 70,859.23 CDN** |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 1982448

Matter # 46992-00001

**Time Summary By Task Code:**

| Task Codes | Description | Hours | Fees |
|---|---|---|---|
| 0003 | Cassels Brock Fee Application/Monthly Billing Reports | 6.20 | 5,022.00 |
| 0007 | Creditors Committee Meetings | 7.40 | 6,249.00 |
| 0008 | Court Hearings | 1.20 | 972.00 |
| 0012 | General Claims Analysis/Claims Objections | 11.20 | 9,094.50 |
| 0014 | CCAA Order/Court-Ordered Charges | 0.20 | 157.00 |
| 0024 | Asset/Stock Transaction/Business Liquidations | 2.30 | 1,933.00 |
| 0029 | Intercompany Analysis | 26.90 | 23,049.00 |
| 0031 | Canadian Proceedings/Matters | 27.80 | 24,154.00 |
| **TOTAL** | | **83.20** | **$ 70,630.50** |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 1982448

Matter # 46992-00001

**Disbursement Details:**

| Date | Narrative | Hours | Amount |
|---|---|---|---|
| 1/4/2016 | Copies | 71 | 7.10 |
| 1/4/2016 | Copies | 69 | 6.90 |
| 1/5/2016 | Copies | 2 | 0.20 |
| 1/5/2016 | Copies | 7 | 0.70 |
| 1/5/2016 | Copies | 7 | 0.70 |
| 1/5/2016 | Copies | 7 | 0.70 |
| 1/5/2016 | Copies | 3 | 0.30 |
| 1/5/2016 | Copies | 7 | 0.70 |
| 1/5/2016 | Copies | 4 | 0.40 |
| 1/6/2016 | Copies | 6 | 0.60 |
| 1/6/2016 | Copies | 3 | 0.30 |
| 1/6/2016 | Copies | 16 | 1.60 |
| 1/6/2016 | Copies | 19 | 1.90 |
| 1/6/2016 | Copies | 19 | 1.90 |
| 1/6/2016 | Copies | 5 | 0.50 |
| 1/6/2016 | Copies | 10 | 1.00 |
| 1/6/2016 | Copies | 10 | 1.00 |
| 1/6/2016 | Copies | 2 | 0.20 |
| 1/6/2016 | Copies | 2 | 0.20 |
| 1/7/2016 | Copies | 6 | 0.60 |
| 1/7/2016 | Copies | 24 | 2.40 |
| 1/7/2016 | Copies | 8 | 0.80 |
| 1/7/2016 | Copies | 4 | 0.40 |
| 1/7/2016 | Copies | 9 | 0.90 |
| 1/7/2016 | Copies | 8 | 0.80 |
| 1/7/2016 | Copies | 3 | 0.30 |
| 1/7/2016 | Copies | 8 | 0.80 |
| 1/7/2016 | Copies | 3 | 0.30 |
| 1/7/2016 | Copies | 7 | 0.70 |
| 1/7/2016 | Copies | 7 | 0.70 |
| 1/7/2016 | Copies | 2 | 0.20 |
| 1/7/2016 | Copies | 3 | 0.30 |
| 1/7/2016 | Copies | 16 | 1.60 |
| 1/7/2016 | Copies | 8 | 0.80 |
| 1/7/2016 | Copies | 8 | 0.80 |
| 1/7/2016 | Copies | 8 | 0.80 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 1982448

Matter # 46992-00001

| Date | Narrative | Hours | Amount |
|---|---|---|---|
| 1/7/2016 | Telephone | 1 | 3.60 |
| 1/11/2016 | Copies | 6 | 0.60 |
| 1/11/2016 | Copies | 2 | 0.20 |
| 1/12/2016 | Copies | 2 | 0.20 |
| 1/12/2016 | Copies | 38 | 3.80 |
| 1/13/2016 | Copies | 62 | 6.20 |
| 1/13/2016 | Copies | 42 | 4.20 |
| 1/13/2016 | Copies | 2 | 0.20 |
| 1/13/2016 | Copies | 21 | 2.10 |
| 1/13/2016 | Copies | 2 | 0.20 |
| 1/13/2016 | Copies | 62 | 6.20 |
| 1/13/2016 | Copies | 3 | 0.30 |
| 1/13/2016 | Copies | 59 | 5.90 |
| 1/13/2016 | Copies | 2 | 0.20 |
| 1/13/2016 | Copies | 42 | 4.20 |
| 1/13/2016 | Copies | 2 | 0.20 |
| 1/13/2016 | Copies | 14 | 1.40 |
| 1/14/2016 | Copies | 73 | 7.30 |
| 1/14/2016 | Copies | 2 | 0.20 |
| 1/14/2016 | Copies | 5 | 0.50 |
| 1/14/2016 | Copies | 9 | 0.90 |
| 1/14/2016 | Copies | 6 | 0.60 |
| 1/14/2016 | Copies | 2 | 0.20 |
| 1/14/2016 | Copies | 8 | 0.80 |
| 1/14/2016 | Copies | 54 | 5.40 |
| 1/14/2016 | Copies | 2 | 0.20 |
| 1/14/2016 | Copies | 74 | 7.40 |
| 1/14/2016 | Copies | 14 | 1.40 |
| 1/14/2016 | Copies | 59 | 5.90 |
| 1/14/2016 | Copies | 3 | 0.30 |
| 1/15/2016 | Copies | 12 | 1.20 |
| 1/18/2016 | Copies | 2 | 0.20 |
| 1/18/2016 | Copies | 2 | 0.20 |
| 1/18/2016 | Copies | 2 | 0.20 |
| 1/18/2016 | Copies | 2 | 0.20 |
| 1/18/2016 | Copies | 10 | 1.00 |
| 1/18/2016 | Copies | 7 | 0.70 |
| 1/18/2016 | Copies | 14 | 1.40 |
| 1/18/2016 | Copies | 2 | 0.20 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 1982448

Matter # 46992-00001

| Date | Narrative | Hours | Amount |
|---|---|---|---|
| 1/18/2016 | Copies | 22 | 2.20 |
| 1/18/2016 | Copies | 2 | 0.20 |
| 1/18/2016 | Copies | 18 | 1.80 |
| 1/18/2016 | Copies | 26 | 2.60 |
| 1/18/2016 | Copies | 5 | 0.50 |
| 1/18/2016 | Copies | 12 | 1.20 |
| 1/18/2016 | Copies | 18 | 1.80 |
| 1/18/2016 | Travel – M. Wunder – Taxi to court Jan. 6/16. | 1 | 8.85 |
| 1/19/2016 | Copies | 2 | 0.20 |
| 1/19/2016 | Copies | 2 | 0.20 |
| 1/19/2016 | Copies | 2 | 0.20 |
| 1/19/2016 | Copies | 10 | 1.00 |
| 1/19/2016 | Copies | 10 | 1.00 |
| 1/20/2016 | Copies | 7 | 0.70 |
| 1/20/2016 | Copies | 16 | 1.60 |
| 1/20/2016 | Copies | 14 | 1.40 |
| 1/20/2016 | Copies | 28 | 2.80 |
| 1/21/2016 | Copies | 5 | 0.50 |
| 1/21/2016 | Copies | 2 | 0.20 |
| 1/21/2016 | Copies | 22 | 2.20 |
| 1/21/2016 | Copies | 9 | 0.90 |
| 1/21/2016 | Copies | 6 | 0.60 |
| 1/21/2016 | Copies | 31 | 3.10 |
| 1/21/2016 | Copies | 8 | 0.80 |
| 1/21/2016 | Copies | 2 | 0.20 |
| 1/21/2016 | Copies | 1 | 0.10 |
| 1/21/2016 | Copies | 47 | 4.70 |
| 1/22/2016 | Copies | 9 | 0.90 |
| 1/22/2016 | Copies | 6 | 0.60 |
| 1/22/2016 | Copies | 8 | 0.80 |
| 1/22/2016 | Copies | 150 | 15.00 |
| 1/22/2016 | Copies | 6 | 0.60 |
| 1/22/2016 | Copies | 2 | 0.20 |
| 1/22/2016 | Copies | 3 | 0.30 |
| 1/22/2016 | Copies | 5 | 0.5 |
| 1/22/2016 | Copies | 8 | 0.8 |
| 1/22/2016 | Copies | 8 | 0.8 |
| 1/22/2016 | Binding, Tabs, Disks, etc | 1 | 4.58 |
| 1/25/2016 | Copies | 2 | 0.2 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

| | | | |
|---|---|---|---|
| CASSELS BROCK & BLACKWELL LLP | | Invoice # 1982448 | |
| The Official Committee of Unsecured Creditors | | | |
| Re: Nortel Networks Inc, et al. | | Matter # 46992-00001 | |

| Date | Narrative | Hours | Amount |
|---|---|---|---|
| 1/25/2016 | Copies | 2 | 0.2 |
| 1/25/2016 | Copies | 60 | 6 |
| 1/25/2016 | Copies | 21 | 2.1 |
| 1/25/2016 | Copies | 52 | 5.2 |
| 1/25/2016 | Copies | 2 | 0.2 |
| 1/25/2016 | Copies | 6 | 0.6 |
| 1/25/2016 | Copies | 11 | 1.1 |
| 1/25/2016 | Copies | 4 | 0.4 |
| 1/25/2016 | Copies | 43 | 4.3 |
| 1/25/2016 | Copies | 52 | 5.2 |
| 1/26/2016 | Copies | 21 | 2.1 |
| 1/26/2016 | Copies | 5 | 0.5 |
| 1/27/2016 | Copies | 13 | 1.3 |
| 1/27/2016 | Copies | 19 | 1.9 |
| 1/28/2016 | Copies | 2 | 0.2 |
| 1/28/2016 | Copies | 4 | 0.4 |
| 1/28/2016 | Copies | 10 | 1 |
| 1/28/2016 | Copies | 33 | 3.3 |
| 1/28/2016 | Copies | 97 | 9.7 |
| | **Total** | | **$228.73** |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.