**EXHIBIT C**

Legal*23012088.2

## DISBURSEMENT SUMMARY
### January 1 TO January 31, 2016
### (All Amounts in Canadian Dollars)

**Non-Taxable Disbursements**

| | |
|---|---|
| Copies | $ 211.70 |
| Telephone / Long Distance/Conference Calls | $ 3.60 |
| Binding, Tabs, Disks, etc | $ 4.58 |
| Travel / Ground Transportation | $ 8.85 |
| **Total Disbursements and Tax** | **$ 228.73 CDN.** |