**EXHIBIT D**

CASSELS BROCK & BLACKWELL LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 1982448

Matter # 46992-00001

### Disbursement Details:

| Date | Narrative | Hours | Amount |
|---|---|---|---|
| 1/4/2016 | Copies | 71 | 7.10 |
| 1/4/2016 | Copies | 69 | 6.90 |
| 1/5/2016 | Copies | 2 | 0.20 |
| 1/5/2016 | Copies | 7 | 0.70 |
| 1/5/2016 | Copies | 7 | 0.70 |
| 1/5/2016 | Copies | 7 | 0.70 |
| 1/5/2016 | Copies | 3 | 0.30 |
| 1/5/2016 | Copies | 7 | 0.70 |
| 1/5/2016 | Copies | 4 | 0.40 |
| 1/6/2016 | Copies | 6 | 0.60 |
| 1/6/2016 | Copies | 3 | 0.30 |
| 1/6/2016 | Copies | 16 | 1.60 |
| 1/6/2016 | Copies | 19 | 1.90 |
| 1/6/2016 | Copies | 19 | 1.90 |
| 1/6/2016 | Copies | 5 | 0.50 |
| 1/6/2016 | Copies | 10 | 1.00 |
| 1/6/2016 | Copies | 10 | 1.00 |
| 1/6/2016 | Copies | 2 | 0.20 |
| 1/6/2016 | Copies | 2 | 0.20 |
| 1/7/2016 | Copies | 6 | 0.60 |
| 1/7/2016 | Copies | 24 | 2.40 |
| 1/7/2016 | Copies | 8 | 0.80 |
| 1/7/2016 | Copies | 4 | 0.40 |
| 1/7/2016 | Copies | 9 | 0.90 |
| 1/7/2016 | Copies | 8 | 0.80 |
| 1/7/2016 | Copies | 3 | 0.30 |
| 1/7/2016 | Copies | 8 | 0.80 |
| 1/7/2016 | Copies | 3 | 0.30 |
| 1/7/2016 | Copies | 7 | 0.70 |
| 1/7/2016 | Copies | 7 | 0.70 |
| 1/7/2016 | Copies | 2 | 0.20 |
| 1/7/2016 | Copies | 3 | 0.30 |
| 1/7/2016 | Copies | 16 | 1.60 |
| 1/7/2016 | Copies | 8 | 0.80 |
| 1/7/2016 | Copies | 8 | 0.80 |
| 1/7/2016 | Copies | 8 | 0.80 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 1982448

Matter # 46992-00001

| Date | Narrative | Hours | Amount |
|---|---|---|---|
| 1/7/2016 | Telephone | 1 | 3.60 |
| 1/11/2016 | Copies | 6 | 0.60 |
| 1/11/2016 | Copies | 2 | 0.20 |
| 1/12/2016 | Copies | 2 | 0.20 |
| 1/12/2016 | Copies | 38 | 3.80 |
| 1/13/2016 | Copies | 62 | 6.20 |
| 1/13/2016 | Copies | 42 | 4.20 |
| 1/13/2016 | Copies | 2 | 0.20 |
| 1/13/2016 | Copies | 21 | 2.10 |
| 1/13/2016 | Copies | 2 | 0.20 |
| 1/13/2016 | Copies | 62 | 6.20 |
| 1/13/2016 | Copies | 3 | 0.30 |
| 1/13/2016 | Copies | 59 | 5.90 |
| 1/13/2016 | Copies | 2 | 0.20 |
| 1/13/2016 | Copies | 42 | 4.20 |
| 1/13/2016 | Copies | 2 | 0.20 |
| 1/13/2016 | Copies | 14 | 1.40 |
| 1/14/2016 | Copies | 73 | 7.30 |
| 1/14/2016 | Copies | 2 | 0.20 |
| 1/14/2016 | Copies | 5 | 0.50 |
| 1/14/2016 | Copies | 9 | 0.90 |
| 1/14/2016 | Copies | 6 | 0.60 |
| 1/14/2016 | Copies | 2 | 0.20 |
| 1/14/2016 | Copies | 8 | 0.80 |
| 1/14/2016 | Copies | 54 | 5.40 |
| 1/14/2016 | Copies | 2 | 0.20 |
| 1/14/2016 | Copies | 74 | 7.40 |
| 1/14/2016 | Copies | 14 | 1.40 |
| 1/14/2016 | Copies | 59 | 5.90 |
| 1/14/2016 | Copies | 3 | 0.30 |
| 1/15/2016 | Copies | 12 | 1.20 |
| 1/18/2016 | Copies | 2 | 0.20 |
| 1/18/2016 | Copies | 2 | 0.20 |
| 1/18/2016 | Copies | 2 | 0.20 |
| 1/18/2016 | Copies | 2 | 0.20 |
| 1/18/2016 | Copies | 10 | 1.00 |
| 1/18/2016 | Copies | 7 | 0.70 |
| 1/18/2016 | Copies | 14 | 1.40 |
| 1/18/2016 | Copies | 2 | 0.20 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 1982448

Matter # 46992-00001

| Date | Narrative | Hours | Amount |
|---|---|---|---|
| 1/18/2016 | Copies | 22 | 2.20 |
| 1/18/2016 | Copies | 2 | 0.20 |
| 1/18/2016 | Copies | 18 | 1.80 |
| 1/18/2016 | Copies | 26 | 2.60 |
| 1/18/2016 | Copies | 5 | 0.50 |
| 1/18/2016 | Copies | 12 | 1.20 |
| 1/18/2016 | Copies | 18 | 1.80 |
| 1/18/2016 | Travel – M. Wunder – Taxi to court Jan. 6/16. | 1 | 8.85 |
| 1/19/2016 | Copies | 2 | 0.20 |
| 1/19/2016 | Copies | 2 | 0.20 |
| 1/19/2016 | Copies | 2 | 0.20 |
| 1/19/2016 | Copies | 10 | 1.00 |
| 1/19/2016 | Copies | 10 | 1.00 |
| 1/20/2016 | Copies | 7 | 0.70 |
| 1/20/2016 | Copies | 16 | 1.60 |
| 1/20/2016 | Copies | 14 | 1.40 |
| 1/20/2016 | Copies | 28 | 2.80 |
| 1/21/2016 | Copies | 5 | 0.50 |
| 1/21/2016 | Copies | 2 | 0.20 |
| 1/21/2016 | Copies | 22 | 2.20 |
| 1/21/2016 | Copies | 9 | 0.90 |
| 1/21/2016 | Copies | 6 | 0.60 |
| 1/21/2016 | Copies | 31 | 3.10 |
| 1/21/2016 | Copies | 8 | 0.80 |
| 1/21/2016 | Copies | 2 | 0.20 |
| 1/21/2016 | Copies | 1 | 0.10 |
| 1/21/2016 | Copies | 47 | 4.70 |
| 1/22/2016 | Copies | 9 | 0.90 |
| 1/22/2016 | Copies | 6 | 0.60 |
| 1/22/2016 | Copies | 8 | 0.80 |
| 1/22/2016 | Copies | 150 | 15.00 |
| 1/22/2016 | Copies | 6 | 0.60 |
| 1/22/2016 | Copies | 2 | 0.20 |
| 1/22/2016 | Copies | 3 | 0.30 |
| 1/22/2016 | Copies | 5 | 0.5 |
| 1/22/2016 | Copies | 8 | 0.8 |
| 1/22/2016 | Copies | 8 | 0.8 |
| 1/22/2016 | Binding, Tabs, Disks, etc | 1 | 4.58 |
| 1/25/2016 | Copies | 2 | 0.2 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 1982448

Matter # 46992-00001

| Date | Narrative | Hours | Amount |
|---|---|---|---|
| 1/25/2016 | Copies | 2 | 0.2 |
| 1/25/2016 | Copies | 60 | 6 |
| 1/25/2016 | Copies | 21 | 2.1 |
| 1/25/2016 | Copies | 52 | 5.2 |
| 1/25/2016 | Copies | 2 | 0.2 |
| 1/25/2016 | Copies | 6 | 0.6 |
| 1/25/2016 | Copies | 11 | 1.1 |
| 1/25/2016 | Copies | 4 | 0.4 |
| 1/25/2016 | Copies | 43 | 4.3 |
| 1/25/2016 | Copies | 52 | 5.2 |
| 1/26/2016 | Copies | 21 | 2.1 |
| 1/26/2016 | Copies | 5 | 0.5 |
| 1/27/2016 | Copies | 13 | 1.3 |
| 1/27/2016 | Copies | 19 | 1.9 |
| 1/28/2016 | Copies | 2 | 0.2 |
| 1/28/2016 | Copies | 4 | 0.4 |
| 1/28/2016 | Copies | 10 | 1 |
| 1/28/2016 | Copies | 33 | 3.3 |
| 1/28/2016 | Copies | 97 | 9.7 |
| | **Total** | | **$228.73** |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.