**EXHIBIT E**

SUMMARY OF LAWYERS AND PARALEGALS
RENDERING SERVICES DURING THE PERIOD
January 1, 2016 THROUGH January 31, 2016
(All Amounts in Canadian Dollars)

| Name | Title | Department | Province of Bar Admission/Year | Hours | Rate | Billed Value |
|---|---|---|---|---|---|---|
| Geoffrey B. Shaw | Partner | Advocacy | Ontario - 1986 | 6.10 | $945.00 | $5,764.50 |
| Michael Wunder | Partner | Financial Restructuring | Ontario - 1990 | 46.20 | $810.00 | $37,422.00 |
| Ryan Jacobs | Partner | Financial Restructuring | Ontario - 2011 | 5.40 | $785.00 | $4,239.00 |
| Shayne Kukulowicz | Partner | Financial Restructuring | Ontario - 1990 | 25.50 | $910.00 | $23,205.00 |
| | | | | | | |
| TOTAL | | | | 83.20 | | $ 70,630.50 |