# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Nortel Networks Inc., et al.,[1] | ) Case No. 09-10138 (KG) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) Hearing Date: TBD |

## NOTICE OF THIRD INTERIM FEE APPLICATION REQUEST

Name of Applicant:                Berkeley Research Group, LLC

Authorized to Provide
Professional Services to:         Official Committee of Unsecured Creditors

Date of Retention:                July 9, 2015, *Nunc Pro Tunc* to June 1, 2015

Period for which compensation
and reimbursement is sought:      November 1, 2015 through January 31, 2016[2]

Amount of Compensation sought as
actual, reasonable and necessary:      $337,579.50

Amount of Expense Reimbursement sought
as actual, reasonable and necessary:   $2,450.26

This is (a)n:  _X_  interim    ____ final application

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567); and Nortel Networks (CALA) Inc. (4226).

[2] Berkeley Research Group, LLC's November and December 2015 and January 2016 monthly fee applications are incorporated herein by reference.

Summary of Fee Applications for Compensation Period:

| Date Filed Docket No. | Period Covered | Fees | Expenses | Fees @ 80% | Expenses (100%) | Fees @ 20% |
|---|---|---|---|---|---|---|
| Date Filed: 1/11/2016 Docket No. 16464 | 11/1/2015 to 11/30/2015 | $180,979.50 | $2,450.26 | $144,783.60 | $2,450.26 | $36,195.90 |
| Date Filed 02/05/2016 Docket No. 16522 | 12/1/2015 to 12/31/2015 | $76,645.50 | $0.00 | $61,316.40 | $0.00 | $15,329.10 |
| Date Filed 02/26/2016 Docket No. 16582 | 1/1/2016 To 1/31/2016 | $79,954.50 | $0.00 | $63,963.60 | $0.00 | $15,990.90 |
| **TOTALS:** | | $337,579.50 | $2,450.26 | $270,063.60 | $2,450.26 | $67,515.90 |

Summary of any Objections to Fee Applications: None.

Dated: February 29, 2016
  New York, NY

　　　　　　　　　　　　　　　　　　　　　　/s/ Jay Borow
　　　　　　　　　　　　　　　　　　　　　　Jay Borow
　　　　　　　　　　　　　　　　　　　　　　BERKELEY RESEARCH GROUP, LLC
　　　　　　　　　　　　　　　　　　　　　　104 West 40th Street
　　　　　　　　　　　　　　　　　　　　　　16th floor
　　　　　　　　　　　　　　　　　　　　　　New York, NY  10018
　　　　　　　　　　　　　　　　　　　　　　Telephone:  (212) 782-1411
　　　　　　　　　　　　　　　　　　　　　　Facsimile:  (212) 782-1479

　　　　　　　　　　　　　　　　　　　　　　Financial Advisor to the Official Committee of Unsecured Creditors of Nortel Networks Inc., *et al.*