IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| Nortel Networks Inc. et al.,[1] ) | Case No. 09-10138 (KG) |
| ) | |
| Debtors. ) | (Jointly Administered) |
| ) | |
| ) | **Hearing Date: TBD** |

## NOTICE OF EIGHTH INTERIM FEE APPLICATION REQUEST

Name of Applicant:  Cassels Brock & Blackwell LLP

Authorized to Provide
Professional Services to:  Official Committee of Unsecured Creditors

Date of Retention:  March 17, 2014, *Nunc Pro Tunc* to March 4, 2014

Period for which compensation
and reimbursement is sought:  November 1, 2015 through January 31, 2016[2]

Amount of Compensation sought as
actual, reasonable and necessary:  CDN. $245,702.50 Equivalent to USD $181,598.71[3]

Amount of Expense Reimbursement sought
as actual, reasonable and necessary:  CDN. $511.13 Equivalent to USD $377.78[3]

This is (a)n:  _X_  interim     ____ final application

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567); and Nortel Networks (CALA) Inc. (4226).

[2] Cassels Brock & Blackwell LLP's August, 2015, September, 2015 and October, 2015 monthly fee applications are incorporated herein by reference.

[3] Reuters Exchange Rate on February 29, 2016 was CDN. $1.00 : U.S. $0.7391

Summary of Fee Applications for Compensation Period:

| Date Filed<br>Docket No. | Period Covered | Requested | | Approved | | Holdback Fees Requested |
|---|---|---|---|---|---|---|
| | | Fees | Expenses | Fees (80%) | Expenses (100%) | Fees (20%) |
| Date Filed: 2/10/16<br>Docket No. 16537 | 11/1/15 –11/30/15 | $114,312.00 | $154.18 | $91,449.60<br>Pending Obj. Deadline March 2, 2016 | $154.18<br>Pending Obj. Deadline March 2, 2016 | $22,862.40 |
| Date Filed: 2/25/16<br>Docket No. 16575 | 12/1/15 - 12/31/15 | $60,760.00 | 128.22 | $48,608.00<br>Pending Obj. Deadline March 17, 2016 | $128.22<br>Pending Obj. Deadline March 17, 2016 | $12,152.00 |
| Date Filed: 2/29/16<br>Docket No. 16592 | 1/1/16 - 1/31/16 | $70,630.50 | $228.73 | $56,504.40<br>Pending Obj. Deadline March 21, 2016 | $228.73<br>Pending Obj. Deadline March 21, 2016 | $14,126.10 |
| TOTALS: | All amounts in CDN.$ | $245,702.50 | $511.13 | $196,562.00[4] | $511.13[5] | $49,140.50 |

Summary of any Objections to Fee Applications: None.

Dated: February 29, 2016
Toronto, Ontario

_____
Michael J. Wunder
CASSELS BROCK & BLACKWELL LLP
Suite 2100, Scotia Plaza
40 King Street West
Toronto, Ontario  M5H 3C2
(416) 869-5300
Canadian Counsel to the Official Committee of Unsecured Creditors of Nortel Networks Inc., et al.

---

[4] The total amount reflected in this column includes amounts pending approval.

[5] The total amount reflected in this column includes amounts pending approval.

2