# EXHIBIT B

**COMPENSATION BY PROJECT CATEGORY**
**JANUARY 1, 2016 THROUGH JANUARY 31, 2016**

| Project Category | Total Hours | Total Fees |
| --- | --- | --- |
| General Case Administration | 0.80 | $544.50 |
| Akin Gump Fee Applications/Monthly Billing Reports | 23.10 | $13,021.00 |
| Analysis of Other Professionals' Fee Applications/Reports | 0.90 | $757.50 |
| Retention of Professionals | 1.00 | $750.50 |
| Creditors' Committee Meetings | 36.40 | $29,836.00 |
| Court Hearings | 11.30 | $8,494.00 |
| Financial Reports and Analysis | 0.30 | $310.50 |
| General Claims Analysis/Claims Objections | 41.90 | $37,256.00 |
| Canadian Proceedings/Matters | 7.90 | $9,090.50 |
| Intercompany Analysis | 441.40 | $401,933.50 |
| Travel | 0.90 | $945.00 |
| Committee Website | 0.60 | $273.00 |
| European Proceedings/Matters | 0.50 | $662.50 |
| **TOTAL** | **567.00** | **$503,875.50** |



| | |
|---|---|
| NORTEL NETWORKS INC. CREDITORS COMMITTEE<br>ATTN: JOHN DOLITTLE<br>2221 LAKESIDE BOULEVARD<br>RICHARDSON, TX 75082 | Invoice Number 1645550<br>Invoice Date 02/25/16<br>Client Number 687147<br>Matter Number 0001 |

Re: CHAPTER 11

FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/16 :

MATTER SUMMARY OF TIME BILLED BY TASK :

| | | HOURS | VALUE |
|---|---|---|---|
| 0002 | General Case Administration | 0.80 | $544.50 |
| 0003 | Akin Gump Fee Application/Monthly Billing Reports | 23.10 | $13,021.00 |
| 0004 | Analysis of Other Professionals Fee Applications/Reports | 0.90 | $757.50 |
| 0006 | Retention of Professionals | 1.00 | $750.50 |
| 0007 | Creditors Committee Meetings | 36.40 | $29,836.00 |
| 0008 | Court Hearings | 11.30 | $8,494.00 |
| 0009 | Financial Reports and Analysis | 0.30 | $310.50 |
| 0012 | General Claims Analysis/Claims Objections | 41.90 | $37,256.50 |
| 0014 | Canadian Proceedings/Matters | 7.90 | $9,090.50 |
| 0025 | Travel | 0.90 | $945.00 |
| 0029 | Intercompany Analysis | 441.40 | $401,933.50 |
| 0030 | Committee Website | 0.60 | $273.00 |
| 0031 | European Proceedings/Matters | 0.50 | $662.50 |
| | TOTAL | 567.00 | $503,875.00 |

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| 01/11/16 | BMK | 0002 | Review Debtors' objection to equity comm request. | 0.30 |
| 01/11/16 | MCF | 0002 | Review Debtors' response regarding equity committee request (.1) and email to team regarding same (.1). | 0.20 |
| 01/22/16 | AL | 0002 | Correspondence regarding joinder to objection to request for appointment of equity committee. | 0.30 |
| 01/04/16 | MCF | 0003 | Review and revise draft November fee app (.5) and communications with A. Loring regarding same (.2). | 0.70 |
| 01/04/16 | AL | 0003 | Draft November fee application. | 1.40 |
| 01/05/16 | AL | 0003 | Draft November fee application. | 0.50 |
| 01/06/16 | MCF | 0003 | Review and revise draft November fee app and exhibits (.7); communications with B. Kahn regarding same (.1) and prepare same for F. Hodara (.2). | 1.00 |
| 01/06/16 | AL | 0003 | Review fee application for confidentiality and privilege. | 1.80 |
| 01/07/16 | FSH | 0003 | Examine December time and disbursements (.3); review November fee app (.4); confer with A. Loring and M. Fagen regarding same (.2); review M. Fagen analysis of language (.1). | 1.00 |
| 01/07/16 | MCF | 0003 | Confer with F. Hodara and A. Loring regarding fee app (.2); emails regarding same (.2); communications with F. Hodara regarding same (.1). | 0.50 |
| 01/07/16 | AL | 0003 | Meet with F. Hodara and M. Fagen regarding fee app (.2); revise same for confidentiality and privilege (.3); review December prebill for confidentiality and privilege (2.2). | 2.70 |
| 01/08/16 | FSH | 0003 | Continue work on November fee app (.2) and confer with M. Fagen regarding same (.1); communications with A. Loring regarding examiner report (.1). | 0.40 |
| 01/08/16 | MCF | 0003 | Confer with F. Hodara regarding fee app (.1); confer with A. Loring regarding same (.1); review same (.1) and email local counsel regarding filing same (.1); communications regarding fee examiner's final reports (.1). | 0.50 |
| 01/08/16 | AL | 0003 | Review (.1) and correspondence regarding fee examiner final report (.2); compile final November fee application (1); confer with M. Fagen regarding same (.1); review December prebill for confidentiality and privilege (1.5). | 2.90 |
| 01/11/16 | AL | 0003 | Review prebill for confidentiality and privilege. | 2.40 |
| 01/12/16 | AL | 0003 | Review Prebill for confidentiality and privilege. | 1.10 |
| 01/13/16 | AL | 0003 | Review prebill for confidentiality and privilege. | 0.50 |
| 01/21/16 | MCF | 0003 | Review and revise draft prebill regarding confidentiality and privilege. | 0.70 |
| 01/21/16 | AL | 0003 | Review prebill for confidentiality and privilege. | 0.50 |
| 01/22/16 | MCF | 0003 | Review and revise prebill regarding confidentiality and privilege. | 0.80 |
| 01/22/16 | AL | 0003 | Review prebill for confidentiality and privilege. | 0.70 |
| 01/25/16 | MCF | 0003 | Review and edit prebill regarding confidentiality and privilege. | 0.60 |
| 01/27/16 | MCF | 0003 | Review and comment on draft fee app. | 0.70 |
| 01/27/16 | AL | 0003 | Draft December 2015 fee application. | 1.30 |
| 01/28/16 | AL | 0003 | Draft December 2015 fee application. | 0.40 |
| 01/04/16 | FSH | 0004 | Examine fee applications of parties. | 0.20 |
| 01/08/16 | FSH | 0004 | Examine fee examiner reports (.1); examine filed fee apps (.1). | 0.20 |
| 01/08/16 | AL | 0004 | Correspondence regarding Fee examiner final report for other professionals. | 0.50 |
| 01/04/16 | FSH | 0006 | Examine proposed modifications to EY tax engagement. | 0.20 |
| 01/04/16 | KMR | 0006 | Review documents relating to the extension of EY's tax services agreement with NNI. | 0.30 |
| 01/04/16 | AL | 0006 | Correspondence regarding Amendment to Tax Services Agreement. | 0.50 |
| 01/06/16 | FSH | 0007 | Work on commitee call agenda (.2) and communications with M. Fagen regarding same (.1). | 0.30 |
| 01/06/16 | RAJ | 0007 | Multiple emails with Akin team regarding development of agenda for | 0.20 |

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| | | | Committee call. | |
| 01/06/16 | MCF | 0007 | Draft agenda for Committee call (.2); emails with team regarding same (.2); prepare and send to Committee (.2). | 0.60 |
| 01/06/16 | AL | 0007 | Prep for committee meeting. | 1.50 |
| 01/07/16 | FSH | 0007 | Communications with BRG, M. Fagen regarding meeting (.1); review materials for meeting and prepare presentation outline (.3); communicate with D. Botter, M. Fagen, A. Loring regarding pending items (.2); attend Committee meeting (.8). | 1.40 |
| 01/07/16 | RAJ | 0007 | Attend Committee call. | 0.80 |
| 01/07/16 | DHB | 0007 | Prepare for Committee call (.6); attend same (.8). | 1.40 |
| 01/07/16 | MCF | 0007 | Prepare for (.3) and participate in (.8) Committee call. | 1.10 |
| 01/07/16 | AME | 0007 | Prepare for (.1) and attend Committee Call with F. Hodara, D. Botter, R. Johnson, M. Fagen, A. Loring (.8). | 0.90 |
| 01/07/16 | AL | 0007 | Prep for committee meeting (.9); attend same (.8); draft minutes (.4). | 2.10 |
| 01/13/16 | FSH | 0007 | Review and comment on agenda for Committee call. | 0.10 |
| 01/13/16 | RAJ | 0007 | Multiple emails with Akin team regarding agenda for Committee meeting. | 0.10 |
| 01/13/16 | DHB | 0007 | Review Committee call agenda (.1); email communications regarding same (.1). | 0.20 |
| 01/13/16 | BMK | 0007 | Review agenda for committee call. | 0.20 |
| 01/13/16 | MCF | 0007 | Review draft committee call agenda (.1); comment on same (.2); emails regarding same (.2); prepare minutes (.1); distribute to Committee (.1). | 0.70 |
| 01/13/16 | AL | 0007 | Draft agenda for committee meeting (.5); prepare for same (.9). | 1.40 |
| 01/14/16 | FSH | 0007 | Confer with M. Fagen regarding material for Committee (.1); prep for meeting (.4); attend committee meeting (.8). | 1.30 |
| 01/14/16 | RAJ | 0007 | Attend Committee call (.8); post-call discussion with M. Fagen (.1). | 0.90 |
| 01/14/16 | DHB | 0007 | Prepare for Committee call (.3); attend same (.8). | 1.10 |
| 01/14/16 | BMK | 0007 | Prepare for Committee call (0.2); attend same (0.8). | 1.00 |
| 01/14/16 | MCF | 0007 | Prepare for (.2), review and comment on presentation for (.1), confer with F. Hodara re same (.1) and attend (.8) Committee call and post-call discussions with R. Johnson (.1). | 1.30 |
| 01/14/16 | CIW | 0007 | Prepare for (1.0) and attend (.8) committee call. | 1.80 |
| 01/14/16 | NPS | 0007 | Prepare for committee call (0.5); attend committee call (0.8). | 1.30 |
| 01/14/16 | AL | 0007 | Prep for committee call (.6); attend same (.8). | 1.40 |
| 01/20/16 | FSH | 0007 | Review agenda and materials for Committee call (.1) and emails with M. Fagen regarding same (.1). | 0.20 |
| 01/20/16 | RAJ | 0007 | Review draft agenda for Committee call (.2) and emails regarding same (.1). | 0.30 |
| 01/20/16 | MCF | 0007 | Draft agenda for Committee call (.2); emails regarding same (.1) and draft/send agenda email and attachments to Committee (.2). | 0.50 |
| 01/20/16 | AL | 0007 | Draft agenda for committee meeting (.9); prep for same (.2). | 1.10 |
| 01/21/16 | FSH | 0007 | Prepare for Committee meeting (.2). Attend same (.6). | 0.80 |
| 01/21/16 | RAJ | 0007 | Attend Committee call. | 0.60 |
| 01/21/16 | DHB | 0007 | Review agenda and prep for Committee call (.1); attend Committee call (.6). | 0.70 |
| 01/21/16 | MCF | 0007 | Prepare for (.5) and participate in (.6) Committee call. | 1.10 |
| 01/21/16 | AME | 0007 | Attend (partial) Committee Call with F. Hodara, D. Botter, R. Johnson, M. Fagen, A. Loring. | 0.50 |
| 01/21/16 | AL | 0007 | Prep for committee call (.2); attend same (.6). | 0.80 |
| 01/27/16 | FSH | 0007 | Review agenda (.1) and communications with M. Fagen regarding same (.1). | 0.20 |
| 01/27/16 | MCF | 0007 | Draft agenda for Committee call (.2); emails regarding same (.1); compile information for agenda distribution (.2) and send same (.1). | 0.60 |
| 01/27/16 | AL | 0007 | Draft agenda for Committee Call (.5); prepare for same (.1). | 0.60 |
| 01/28/16 | RAJ | 0007 | Attend Committee call. | 0.80 |
| 01/28/16 | AQ | 0007 | Prepare for Committee call (.3); attend committee call (.8). | 1.10 |
| 01/28/16 | DHB | 0007 | Prepare for Committee call (.5); attend same (.8) and follow-up with A. | 1.50 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE                                              Page 4
Bill Number: 1645550                                                                  02/25/16

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| | | | Loring (.2). | |
| 01/28/16 | CIW | 0007 | Attend weekly committee call. | 0.80 |
| 01/28/16 | AL | 0007 | Attend committee call (.8); follow-up with D. Botter (.2); draft minutes (.1). | 1.10 |
| 01/04/16 | FSH | 0008 | Communications with M. Fagen regarding upcoming hearing. | 0.10 |
| 01/04/16 | SAD | 0008 | Review docket for updates and send to M. Fagen. | 0.10 |
| 01/05/16 | SAD | 0008 | Review docket for updates and send to M. Fagen. | 0.10 |
| 01/06/16 | SAD | 0008 | Review docket for updates and pull substantive pleadings (.1); send to M. Fagen (.1). | 0.20 |
| 01/07/16 | SAD | 0008 | Review docket for updates; pull substantive pleadings; send to M. Fagen. | 0.10 |
| 01/08/16 | SAD | 0008 | Review docket for updates and send to M. Fagen. | 0.10 |
| 01/11/16 | FSH | 0008 | Examine omnibus hearing notice and communications with M. Fagen regarding same. | 0.10 |
| 01/11/16 | SAD | 0008 | Review docket for updates; pull substantive pleadings; send to M. Fagen. | 0.10 |
| 01/12/16 | SAD | 0008 | Review docket for updates and pull substantive pleadings (.1); send to M. Fagen (.1). | 0.20 |
| 01/13/16 | AL | 0008 | Correspondence regarding objection to document disposal order. | 0.50 |
| 01/13/16 | SAD | 0008 | Review docket for updates and send to M. Fagen. | 0.10 |
| 01/14/16 | FSH | 0008 | Communicate with D. Botter regarding upcoming hearing. | 0.10 |
| 01/14/16 | SAD | 0008 | Review docket for updates and pull substantive pleadings (.1); send to M. Fagen (.1) | 0.20 |
| 01/15/16 | SAD | 0008 | Review docket for updates and pull substantive pleadings (.1); send to M. Fagen (.1). | 0.20 |
| 01/20/16 | FSH | 0008 | Examine SNMP agenda (.1); communicate with D. Botter and R. Johnson regarding hearing (.1). | 0.20 |
| 01/20/16 | AL | 0008 | Correspondence regarding SNMP hearing (.9); analyze pleadings regarding same (.3). | 1.20 |
| 01/20/16 | SAD | 0008 | Review docket for updates and pull substantive pleadings (.1); send to M. Fagen (.1) | 0.20 |
| 01/21/16 | AL | 0008 | Correspondence regarding SNMP hearing. | 0.30 |
| 01/21/16 | SAD | 0008 | Review docket for updates and pull substantive pleadings (.1); send to M. Fagen (.1). | 0.20 |
| 01/22/16 | FSH | 0008 | Telephonic participation in SNMP hearing. | 1.20 |
| 01/22/16 | RAJ | 0008 | Attend hearing on EMEA motion to dismiss third-party complaint in SNMP adversary proceeding. | 1.20 |
| 01/22/16 | DHB | 0008 | Continue review of SNMP pleadings (.8); attend hearing telephonically (1.2). | 2.00 |
| 01/22/16 | MCF | 0008 | Attend portion of hearing regarding EMEA MTD re SNMP. | 0.50 |
| 01/22/16 | AL | 0008 | Prepare for SNMP hearing (.1); attend same telephonically (1.2). | 1.30 |
| 01/25/16 | SAD | 0008 | Review docket for updates; send to M. Fagen. | 0.10 |
| 01/26/16 | SAD | 0008 | Review docket for updates and pull substantive pleadings (.1); send to M. Fagen (.1). | 0.20 |
| 01/27/16 | SAD | 0008 | Review docket for updates (.1); pull substantive pleadings (.1); send to M. Fagen(.1). | 0.30 |
| 01/28/16 | FSH | 0008 | Review info regarding SNMP court sessions, next steps. | 0.10 |
| 01/28/16 | SAD | 0008 | Review docket for updates; pull substantive pleadings; send to M. Fagen. | 0.10 |
| 01/18/16 | FSH | 0009 | Examine October and November MORs. | 0.20 |
| 01/28/16 | AL | 0009 | Correspondence regarding December MOR. | 0.10 |
| 01/04/16 | FSH | 0012 | Review Joint Administrators' opening brief regarding SNMP and analyze issue raised therein (1.1); confer with R. Johnson regarding same (.1). | 1.20 |
| 01/04/16 | RAJ | 0012 | Confer with F. Hodara regarding EMEA motion to dismiss third-party complaint in SNMP adversary proceeding (.1); review cases regarding filing of proof of claim and submission to jurisdiction (1.8); review brief | 2.60 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE                                                  Page 5
Bill Number: 1645550                                                                      02/25/16

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| | | | opposing motion to dismiss (.7). | |
| 01/05/16 | FSH | 0012 | Review claims info. | 0.10 |
| 01/05/16 | AL | 0012 | Correspondence regarding Order Granting Debtors' claims objections. | 0.50 |
| 01/06/16 | AL | 0012 | Review SNMP pleading (.7); correspondence regarding same (.2). | 0.90 |
| 01/07/16 | RAJ | 0012 | Review correspondence regarding ad hoc bondholder group claim (.2); prepare for next steps in briefing of EMEA motion to dismiss third-party complaint in SNMP adversary proceeding (.3); review redacted brief filed by US Debtors in SNMP adversary proceeding and emails regarding same (.3). | 0.80 |
| 01/08/16 | DHB | 0012 | Email communications regarding SNMP. | 0.20 |
| 01/11/16 | FSH | 0012 | Communications with M. Fagen regarding Debtor pleading in SNMP. | 0.10 |
| 01/12/16 | FSH | 0012 | Review Debtors' objection to Merchants Equity request. | 0.10 |
| 01/13/16 | FSH | 0012 | Analyze claims information in 2019 statement (.4); communications with A. Loring, M. Fagen regarding same (.1). | 0.50 |
| 01/13/16 | RAJ | 0012 | Review SNMP objection to order regarding disposal of documents (.2); review revised 2019 statement of bondholder group and analysis (.2); emails regarding same (.1). | 0.50 |
| 01/13/16 | DHB | 0012 | Review 2019 information and emails. | 0.20 |
| 01/13/16 | MCF | 0012 | Review updated bondholder 2019 (.2); emails regarding same (.1); review and revise analysis (.3) and emails regarding same (.1). | 0.70 |
| 01/13/16 | AL | 0012 | Correspond with M. Fagen regarding Bondholder group 2019 filing (.1); analyze same (1.3). | 1.40 |
| 01/14/16 | AL | 0012 | Analyze Bondholder group 2019 motion. | 0.70 |
| 01/15/16 | RAJ | 0012 | Multiple emails regarding briefing in SNMP adversary proceeding (.3); review docket and filed briefs (.5). | 0.80 |
| 01/15/16 | AL | 0012 | Correspondence regarding SNMP interim discovery status report (.4); check docket for EMEA response brief (.3); prepare presentation of Bondholder 2019 statement (1.2); revise same (.8); correspond with M. Fagen regarding same (.1). | 2.80 |
| 01/16/16 | RAJ | 0012 | Emails regarding EMEA reply brief on motion to dismiss third-party complaint in SNMP adversary proceeding (.2); review EMEA reply brief (.7). | 0.90 |
| 01/16/16 | AL | 0012 | Analyze EMEA reply brief in SNMP proceeding (1.1); correspondence regarding same (.3) | 1.40 |
| 01/17/16 | DHB | 0012 | Emails regarding SNMP briefing. | 0.10 |
| 01/18/16 | FSH | 0012 | Review and analyze JA's reply brief regarding SNMP (.6); review SNMP discovery letter and analyze next steps (.2); examine A. Loring note and analysis of claims (.2). | 1.00 |
| 01/19/16 | DHB | 0012 | Begin review of SNMP briefing to prep for hearing. | 0.80 |
| 01/19/16 | AL | 0012 | Analysis of briefs in EMEA MTD (.6); correspondence regarding same (.2). | 0.80 |
| 01/20/16 | RAJ | 0012 | Analyze issues regarding EMEA motion to dismiss third-party litigation in SNMP adversary proceeding (1.2); review SNMP docket (.3); review related declaration and exhibits (1.0). | 2.50 |
| 01/20/16 | DHB | 0012 | Email communications regarding SNMP. | 0.10 |
| 01/20/16 | AL | 0012 | Analyze Avaya letter regarding SNMP discovery status conference (.2); emails regarding same (.1). | 0.30 |
| 01/21/16 | FSH | 0012 | Examine claims info. | 0.30 |
| 01/21/16 | FSH | 0012 | Examine SNMP letter regarding discovery. | 0.10 |
| 01/21/16 | RAJ | 0012 | Prepare for hearing on EMEA motion to dismiss (1.4); emails with C. Samis regarding hearing (.2). | 1.60 |
| 01/21/16 | DHB | 0012 | Continue review of SNMP briefing in preparation for hearing. | 1.60 |
| 01/21/16 | MCF | 0012 | Review SNMP claims correspondence. | 0.50 |
| 01/22/16 | FSH | 0012 | Examine Monitor objection re Dunn claims (.1); review Debtor letter regarding SNMP (.1); review claims resolution information (.2). | 0.40 |
| 01/22/16 | RAJ | 0012 | Further analyze arguments in EMEA motion to dismiss third-party complaint (1.4); develop comments for hearing (.2); emails with D. | 1.80 |

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| | | | Botter regarding same (.2). | |
| 01/22/16 | MCF | 0012 | Review claims settlement motion (.2) and communications with A. Loring regarding same (.2). | 0.40 |
| 01/22/16 | AL | 0012 | Analysis of claims settlement motion (.9); correspondence regarding same (.2). | 1.10 |
| 01/26/16 | RAJ | 0012 | Review draft claims procedures motion (.7); emails regarding same (.2). | 0.90 |
| 01/26/16 | AL | 0012 | Analyze claims settlement motion (.5); correspondence regarding same (.1). | 0.60 |
| 01/27/16 | FSH | 0012 | Examine info regarding claim settlement (.2); communications with M. Fagen regarding further settlements (.1); review Debtors' draft claims procedures motion (.4); review M. Fagen analysis of same and analyze issues raised thereby (.3); conferences with M. Fagen regarding same (.2); follow-up email with M. Fagen regarding claims motion (.1). | 1.30 |
| 01/27/16 | RAJ | 0012 | Further analyze issues regarding claims procedure motion (.6); multiple emails with Akin team regarding same (.3); review SNMP adversary proceeding (.1); prepare summary of SNMP developments (.4). | 1.40 |
| 01/27/16 | MCF | 0012 | Review draft claims procedures motion and comment on same (.6); emails with team regarding same (.2); confer with F. Hodara regarding same (.2) and with Cleary regarding same (.2) and with C. Samis regarding same (.1). | 1.30 |
| 01/27/16 | AL | 0012 | Analyze SNMP proposed scheduling order (.5); correspondence regarding same (.2). | 0.70 |
| 01/28/16 | FSH | 0012 | Review analysis of claims issues (.1); draft motion comments (.1); communications re same (.1). | 0.30 |
| 01/28/16 | RAJ | 0012 | Review motions regarding Liquidity Solutions and Solus claims settlements (.5); follow up with Debtors regarding claims procedure motion (.3); multiple emails with Akin team regarding claims procedure motion issues (.2); call with committee member regarding claims procedures (.1); confer with BRG regarding analysis of outstanding claims (.4). | 1.50 |
| 01/28/16 | AL | 0012 | Correspondence with Debtors counsel regarding proposed claims settlements. | 0.80 |
| 01/29/16 | RAJ | 0012 | Further analyze issues regarding claims procedure motion (.3); calls and emails with J. Hyland, A. Cowie (BRG) regarding claims analysis (.2, .3, .1); review schedules of outstanding claims (.5); draft emails to D. Botter regarding issues arising out of claims procedures motion (.1, .6). | 2.10 |
| 01/29/16 | MCF | 0012 | Review claims settlement issues (.2); communicate with A. Loring regarding same (.2) and call with Cleary regarding same (.2); review and revise draft email regarding same (.1). | 0.70 |
| 01/29/16 | AL | 0012 | Prepare for call with Debtors' counsel regarding claims settlement motions (.3); attend same (.2). | 0.50 |
| 01/04/16 | FSH | 0014 | Communications with Cassels, D. Botter regarding pending Canadian issues (.1); follow-up regarding proposed order (.1). | 0.20 |
| 01/04/16 | DHB | 0014 | Review Canadian interest stops leave pleadings. | 0.40 |
| 01/04/16 | BMK | 0014 | Emails regarding leave to appeal (0.3). | 0.30 |
| 01/05/16 | FSH | 0014 | Analyze leave issue and issue of unfinished order (.2); communications with Cassels regarding same (.2); further communications with D. Botter, Cassels regarding mediation (.3); review UKP correspondence and follow-up regarding same (.2). | 0.90 |
| 01/05/16 | DHB | 0014 | Review CCC letters regarding dispute (.2); email communications with Canadian counsel regarding same (.1); review engagement letter re same (.2). | 0.50 |
| 01/05/16 | DHB | 0014 | Email communications regarding Canadian leave issues and next steps (.4); consider same (.2). | 0.60 |
| 01/06/16 | FSH | 0014 | Review fee letter and analyze issues therein (.3); communications with Cassels, M. Fagen, R. Johnson regarding hearing (.3). | 0.60 |
| 01/06/16 | RAJ | 0014 | Review bondholder group brief in support of leave to appeal post- | 1.20 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE                                                                                  Page 7
Bill Number: 1645550                                                                                                       02/25/16

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| | | | petition interest decision to Supreme Court of Canada (.7); analyze issues regarding SCC review (.4); emails regarding same (.1). | |
| 01/06/16 | DHB | 0014 | Report from Canadian hearing and consider issues arising therefrom (.4); emails regarding same (.4). | 0.80 |
| 01/11/16 | FSH | 0014 | Communications with R. Johnson regarding PPI briefs. | 0.10 |
| 01/12/16 | FSH | 0014 | Communications with Cassels regarding reply dates. | 0.10 |
| 01/12/16 | DHB | 0014 | Emails regarding Canadian leave issues. | 0.10 |
| 01/12/16 | AL | 0014 | Correspondence regarding bondholders' leave to appeal to Canadian Supreme Court. | 0.20 |
| 01/15/16 | FSH | 0014 | Communications with D. Botter, Cassels regarding claims and expenses in Canada. | 0.10 |
| 01/18/16 | FSH | 0014 | Examine disclosed info from Goodmans (.1); communications with Cassels regarding same (.1); communications with B. Kahn regarding same (.1). | 0.30 |
| 01/18/16 | DHB | 0014 | Email communications regarding Dunn claim (.2); review materials regarding same (.2). | 0.40 |
| 01/18/16 | MCF | 0014 | Review info regarding Canadian proceedings/claims, etc (.2) and communications regarding same (.1). | 0.30 |
| 01/25/16 | FSH | 0014 | Examine motion regarding asset sale (.1); examine Dunn pleading and communications with Cassels regarding same (.3); info from Cassels regarding asset sale (.1). | 0.50 |
| 01/29/16 | AL | 0014 | Review supplement to Monitor's report. | 0.30 |
| 01/22/16 | RAJ | 0025 | Travel to/from Wilmington for hearing (non-working portion) (actual time - 1.80 hours). | 0.90 |
| 01/04/16 | FSH | 0029 | Telephone calls with Milbank and Cleary and further communications with US interests regarding mediation (.2); communications with C. Samis regarding briefs (.1); communication with D. Botter regarding foregoing (.1); analyze allocation appeal issues (.2); communicate with D. Botter and A. Qureshi regarding same (.2); communications with M. Fagen regarding same (.1); communications with reps of Ad Hocs, Debtor, Committee regarding posting of appellate briefs (.1). | 1.00 |
| 01/04/16 | RAJ | 0029 | Review issues regarding appeal of allocation decision for next round of briefing. | 0.30 |
| 01/04/16 | DHB | 0029 | Email communications regarding publication of pleadings and mediation next steps (.3); consider same (.2). | 0.50 |
| 01/04/16 | BMK | 0029 | Emails regarding publication of allocation appeal briefs. | 0.40 |
| 01/05/16 | FSH | 0029 | Telephone call J. Bromley regarding mediation and allocation appeal briefs (.2); numerous communications with BRG, D. Botter, A. Qureshi, C. Samis regarding same (.4); analyze brief issue and review notes regarding same (.2); review and edit draft to parties and communications with D. Botter, A. Qureshi, C. Samis, B. Kahn regarding same (.8); communications with A. Leblance regarding same (.1); review revised draft (.1). | 1.80 |
| 01/05/16 | RAJ | 0029 | Email regarding mediation update (.1); review caselaw regarding allocation appeal (1.5). | 1.60 |
| 01/05/16 | AQ | 0029 | Review emails regarding mediation and publication of allocation appeal briefs (.2); confer with team regarding mediation (.2). | 0.40 |
| 01/05/16 | DHB | 0029 | Email communications regarding publication of allocation appeal brief issues and status of mediation (.2); draft publication email (.6); correspondence with A. Qureshi (.1) and emails with team regarding same (.2); redraft as per same (.4). | 1.50 |
| 01/05/16 | JYY | 0029 | Review correspondence regarding mediation. | 0.10 |
| 01/05/16 | AME | 0029 | Correspondence regarding mediation update | 0.10 |
| 01/06/16 | FSH | 0029 | Communications with party regarding mediation (.1); communications with BRG regarding data and review same (.2); telephone calls with Committee members regarding pending allocation issues (.2); analyze issues raised in appeal briefs of allocation parties (.9); telephone call | 2.90 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  Page 8
Bill Number: 1645550  02/25/16

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| | | | with party regarding mediation (.3) and follow up with D. Botter and A. Qureshi (.2); telephone call with party regarding publishing briefs (.3); communicate with D. Botter regarding same (.1); numerous additional communications regarding same with MNAT, Cleary, D. Botter, A. Qureshi (.6). | |
| 01/06/16 | RAJ | 0029 | Emails regarding issues in allocation appeal (.2); emails regarding publishing of allocation appellate briefs (.2, .1); prepare for reply briefing (.4). | 0.90 |
| 01/06/16 | AQ | 0029 | Call with party regarding mediation (.3); confer with team regarding mediation (.2). | 0.50 |
| 01/06/16 | DHB | 0029 | Email communications regarding publication issues (.2); office conference with F. Hodara and A. Qureshi regarding same (.2) and telephone call with Milbank regarding same (.3); redraft broad publication email (.2); telephone call with C. Samis regarding distribution of same (.2); telephone call with C. Samis regarding responses (.2). | 1.30 |
| 01/06/16 | MCF | 0029 | Communications regarding allocation appeal briefs (.1); emails with D. Botter regarding same (.1). | 0.20 |
| 01/06/16 | AME | 0029 | Correspondence regarding allocation appellate briefing. | 0.20 |
| 01/07/16 | FSH | 0029 | Communications with A. Qureshi and B. Kahn regarding terms and next steps (.3); analyze same (.3); communicate with D. Botter regarding same (.1); communicate with party and D. Botter (.2); further conf with D. Botter (.1); communications with Committee regarding foregoing (.3). | 1.30 |
| 01/07/16 | RAJ | 0029 | Follow up regarding issues of publication of allocation appellate briefs (.4); multiple emails with Akin team regarding confidentiality of mediation (.3, .1); emails regarding mediation process (.2). | 1.00 |
| 01/07/16 | AQ | 0029 | Emails regarding mediation. | 0.20 |
| 01/07/16 | DHB | 0029 | Telephone call with party and F. Hodara regarding mediation (.2); office conferences with F. Hodara regarding same (.1); emails regarding same (.2). | 0.50 |
| 01/07/16 | JYY | 0029 | Reviewing correspondence regarding mediation. | 0.10 |
| 01/07/16 | KMR | 0029 | Update regarding status of the allocation case. | 0.60 |
| 01/07/16 | AME | 0029 | Correspondence regarding mediation update | 0.10 |
| 01/08/16 | FSH | 0029 | Review allocation materials. | 0.50 |
| 01/08/16 | RAJ | 0029 | Analyze allocation appellate briefs in preparation for reply briefing (1.4); outline issues for reply briefing (.5). | 1.90 |
| 01/11/16 | FSH | 0029 | Communications regarding opposition allocation appeal briefs (.1); review communications and info regarding briefs and mediation (.3); analyze communications regarding brief publishing and numerous communications with parties regarding same (.7); review aspects of opening briefs (1.5); telephone call with party regarding mediation (.1); communications with Milbank regarding same (.1); confer with D. Botter regarding mediation (.1). | 2.90 |
| 01/11/16 | RAJ | 0029 | Emails with Akin team regarding appellate briefing (.2); emails regarding public posting of appellate briefs (.1). | 0.30 |
| 01/11/16 | AQ | 0029 | Emails regarding posting of allocation appellate briefs. | 0.20 |
| 01/11/16 | DHB | 0029 | Email from L. Hall regarding publication of briefs (.1); emails with team regarding same (.1); office conference with F. Hodara regarding same and mediation (.1); further emails regarding same (.1). | 0.40 |
| 01/11/16 | JYY | 0029 | Review correspondence regarding allocation appeal. | 0.10 |
| 01/11/16 | AME | 0029 | Correspondence regarding allocation appellate briefing. | 0.20 |
| 01/12/16 | FSH | 0029 | Analyze issues raised by other parties (.2); communications with MNAT regarding same (.1); analyze info from Cleary (.1); confer with D. Botter, A. Qureshi (.2); telephone call with party regarding same (.1); communications with R. Johnson, A. Qureshi, D. Botter regarding confidentiality (.3); numerous communications with parties regarding | 2.30 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE                                                                Page 9
Bill Number: 1645550                                                                                    02/25/16

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| | | | same (.4); respond to call of interested party (.1); communicate with A. Qureshi regarding briefs (.3); commence review of reply briefs (.5). | |
| 01/12/16 | RAJ | 0029 | Prepare for next stage of allocation appellate briefing (1.5); review appellants' briefs and major issues (1.7); analyze confidentiality issues for publication of briefs (.6, .5); multiple emails regarding publication (.2); review appellee briefs as served (1.4, 1.1); emails with Akin litigation team regarding analysis briefs (.3). | 7.30 |
| 01/12/16 | AQ | 0029 | Emails regarding publication of briefs (.2); confer with F. Hodara and D. Botter regarding same (.2). | 0.40 |
| 01/12/16 | DHB | 0029 | Meet with F. Hodara, A. Qureshi regarding publication issues (.2); emails regarding same (.1) (.1); begin review of responsive briefing (1.0). | 1.40 |
| 01/12/16 | JYY | 0029 | Review correspondence regarding allocation appeals. | 0.10 |
| 01/12/16 | MCF | 0029 | Quick scan of filed allocation appeal opposition briefs (.4); compile same for Committee (.2) and distribute (.2). | 0.80 |
| 01/12/16 | AME | 0029 | Correspondence with FR team regarding public posting of allocation appellate briefing (.3); correspond with R. Johnson, N. Stabile, C. Weinreb regarding appellee opening briefs (.7). | 1.00 |
| 01/12/16 | AL | 0029 | Analysis (1.1) and correspondence regarding allocation cross-appeal and opposition briefs (.3). | 1.40 |
| 01/13/16 | FSH | 0029 | Continue review and analysis of allocation appeal briefs and review draft (1.8); communications MNAT, C. Samis, Milbank, Cleary, D. Botter regarding posting of briefs (.4); analysis for mediation (.6); communications with BRG, parties regarding mediation (.3). | 3.10 |
| 01/13/16 | RAJ | 0029 | Further review allocation appellee / cross-appellant briefs (2.3, 1.5); analyze appellate issues (1.4); emails regarding publication of appellate briefs (.2); review caselaw (1.2); review and comment on draft summaries of briefs (.3). | 6.90 |
| 01/13/16 | DHB | 0029 | Continue communications regarding publication issues (.4); emails regarding mediation and next steps (.2); continue review and analysis of allocation appeal briefs (1.5). | 2.10 |
| 01/13/16 | BMK | 0029 | Begin review of responsive allocation appellate briefs. | 2.00 |
| 01/13/16 | JYY | 0029 | Review correspondence regarding allocation appeal. | 0.10 |
| 01/13/16 | CIW | 0029 | Read allocation briefs of appellants and cross-appellants (6.0) and draft summaries of same (3.7). | 9.70 |
| 01/13/16 | NPS | 0029 | Review and summarize allocation appellate briefs. | 1.20 |
| 01/13/16 | AL | 0029 | Review allocation cross-appeal briefs. | 2.90 |
| 01/14/16 | FSH | 0029 | Communications with parties regarding posting and analyze same (.3); review materials for mediation (.5); correspond with R. Johnson, D. Botter, B. Kahn regarding briefs (.2); monitor portion of mediation (6.5); meet with party (.3); communications with Committee members (.2); continue review of allocation appeal briefs (1.2); follow-up from mediation with parties (.3). | 9.50 |
| 01/14/16 | RAJ | 0029 | Analyze issues for allocation appellate reply brief (1.7); emails with U.S. Interests regarding publication of appellate briefs and confidentiality issues (.3, .2); further review initial briefs and opposition briefs (2.4, .8); multiple emails regarding continuing mediation with all parties (.2, .3). | 5.90 |
| 01/14/16 | AQ | 0029 | Emails regarding mediation. | 0.20 |
| 01/14/16 | DHB | 0029 | Email communications regarding continuing publication issues (.1); extensive emails regarding mediation (.5); continue review and analysis of briefs (.7). | 1.30 |
| 01/14/16 | BMK | 0029 | Review of appellees' briefs in allocation appeal. | 2.80 |
| 01/14/16 | JYY | 0029 | Reviewing updates regarding mediation. | 0.20 |
| 01/14/16 | KMR | 0029 | Update regarding status of the allocation case (0.7); review of allocation appellate reply briefs (1.0). | 1.70 |
| 01/14/16 | MCF | 0029 | Emails regarding mediation discussions. | 0.30 |
| 01/14/16 | AME | 0029 | Review allocation appellee briefs (1.6); correspondence regarding | 1.90 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE                                          Page 10
Bill Number: 1645550                                                              02/25/16

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| | | | mediation update (.3). | |
| 01/15/16 | FSH | 0029 | Communications with A. Loring, M. Fagen, C. Kearns, D. Botter regarding mediation follow-up (.2); examine reports regarding mediation (.2); analyze next steps (.3); call with advisor regarding foregoing (.8); review and edit draft report (.2) and confer with M. Fagen regarding same (.2); communications with Cleary, Milbank, MNAT, Samis regarding publication (.4); continue review of allocation appeal reply briefs (2.2); review and coment on revised draft note to all parties (.2). | 4.70 |
| 01/15/16 | RAJ | 0029 | Further analyze allocation appellate issues for reply briefing (2.4, 1.3); call with M. Kennedy (Chilmark) regarding mediation (.8); review press regarding mediation and ongoing allocation dispute (.3); emails regarding confidentiality issues (.3, .1); analyze orders and exhibits regarding designations of confidentiality (1.7); review and comment on draft summary for Committee regarding mediation developments (.2). | 7.10 |
| 01/15/16 | DHB | 0029 | Telephone calls with U.S. Debtors regarding mediation (.8); follow-up with team regarding same (.1); emails regarding bond fee (.1); continue review and analysis of allocation appellate briefing (2.0); telephone calls with creditors regarding status and reports (.3). | 3.30 |
| 01/15/16 | JYY | 0029 | Reviewing correspondence regarding mediation updates. | 0.10 |
| 01/15/16 | MCF | 0029 | Telephone call with U.S. Debtors regarding mediation (.8) and draft email to Committee regarding same with A. Loring (1.0); confer with F. Hodara regarding same (.2) and send to Committee (.1). | 2.10 |
| 01/15/16 | AME | 0029 | Review allocation appellee briefs (4.3); correspondence regarding mediation update (.2). | 4.50 |
| 01/15/16 | CIW | 0029 | Read correspondence regarding mediation. | 0.10 |
| 01/15/16 | AL | 0029 | Prepare for mediation update call (.3); attend same (.8); follow-up (.1); draft summary of call (.5) and revise same with M. Fagen (.5); correspondence regarding mediation timeline (.1). | 2.30 |
| 01/16/16 | RAJ | 0029 | Analyze docket regarding confidentiality issues in allocation trial. | 0.80 |
| 01/17/16 | AQ | 0029 | Review and analyze Monitor allocation appellate brief. | 1.70 |
| 01/17/16 | DHB | 0029 | Continue review of allocation appellate briefing. | 0.50 |
| 01/17/16 | AME | 0029 | Correspond with R. Johnson, J. Yecies, C. Doniak regarding confidentiality. | 0.20 |
| 01/18/16 | FSH | 0029 | Follow-up regarding publishing allocation appeal briefs, redaction (.2); continue review of opposition brief arguments (1.6); communications with R. Johnson, C. Weinreb regarding analyzing issues and analysis of same (.4). | 2.20 |
| 01/18/16 | RAJ | 0029 | Follow-up emails with C. Samis regarding confidentiality issues. | 0.20 |
| 01/18/16 | AQ | 0029 | Review and analyze EMEA allocation appellate brief (1.7); review and analyze CCC appellate brief (1.4); review and analyze UKP appellate brief (1.3); review and analyze Wilmington Trust and ad hoc bond brief (.6). | 5.00 |
| 01/18/16 | AME | 0029 | Correspond with R. Johnson, N. Stabile, C. Weinreb regarding appeals meeting (.2); review allocation appellee briefs (1.5). | 1.70 |
| 01/18/16 | CIW | 0029 | Create compendium of the various parties' stated issues on allocation appeal. | 4.90 |
| 01/18/16 | NPS | 0029 | Communication with R. Johnson and A. Qureshi regarding team meeting. | 0.10 |
| 01/19/16 | FSH | 0029 | Communications regarding posting of allocation appeal briefs and review reports (.3); review analysis of issues on appeal (.3) and communications with C. Weinreb regarding same (.2); analyze issues raised in opposition briefs and prepare summary (3.8); communications with R. Johnson regarding briefs (.1). | 4.70 |
| 01/19/16 | RAJ | 0029 | Further emails with Akin team regarding publication of allocation appellate briefs and regarding confidentiality issues (.3, .2); review analysis of appellees' statements of issues on appeal and applicable standards of review (.5, .3); further analyze allocation appeal briefing | 6.20 |

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| | | | (1.2); meeting with Akin team to develop appellate briefing strategy (3.1); develop issues for reply brief (.6). | |
| 01/19/16 | AQ | 0029 | Team meeting regarding outline for reply brief on allocation appeal (partial). | 2.30 |
| 01/19/16 | DHB | 0029 | Meet with team regarding prep of outline for allocation appeal response (partial) (1.0); email communications regarding publication of brief (.3); emails regarding brief outline (.1); continue review and analysis of appellate briefing (1.0). | 2.40 |
| 01/19/16 | JYY | 0029 | Review updates regarding mediation and allocation appeals. | 0.40 |
| 01/19/16 | MCF | 0029 | Attention to posting of allocation appellate briefs (.4) and communications with team regarding same (.2). | 0.60 |
| 01/19/16 | AME | 0029 | Meeting (attended by phone) with A. Qureshi, D. Botter, R. Johnson, C. Weinreb (partial) (1.0); review allocation appellee briefs (1.5). | 2.50 |
| 01/19/16 | CIW | 0029 | Prepare for (1.2) and attend meeting regarding allocation appeals reply briefs (3.0); draft outline for reply brief (2.2). | 6.40 |
| 01/19/16 | NPS | 0029 | Review allocation appellate briefs (0.7); communication with R. Johnson, A. Qureshi, C. Weinreb, and others regarding appeal (1.4); communication with C. Weinreb regarding same (0.4); draft appellate outline (0.3). | 2.80 |
| 01/19/16 | ZJC | 0029 | Review allocation response and cross-appeal briefs filed in district court appeal. | 0.80 |
| 01/19/16 | AL | 0029 | Correspondence regarding publishing the allocation appeal briefs (.4); review issues chart from same (.2). | 0.60 |
| 01/20/16 | FSH | 0029 | Analyze mediation issues, communications (.9); examine mediation filing (.1); telephone call with party regarding foregoing (.2); review reports (.3); communicate with R. Johnson regarding allocation appeal briefs (.1); communications with A. Qureshi and D. Botter regarding same (.2); telephone call with party regarding mediation, briefs (.3); communications C. Weinreb, M. Fagen regarding briefs (.1); work on outline (1.0). | 3.20 |
| 01/20/16 | RAJ | 0029 | Develop outline for reply allocation appeal brief (1.4, 1.1); confer with J. Chen regarding appellate strategy (.3); emails regarding mediation (.2); further analyze appellate issues (1.5); edit draft outline (.6); emails with Akin team regarding same (.2, .1). | 5.40 |
| 01/20/16 | AQ | 0029 | Review and edit allocation appeal reply outline (.7) and emails regarding same (.2). | 0.90 |
| 01/20/16 | DHB | 0029 | Continue review and consideration of allocation appellate briefing and responsive arguments (1.5); telephone calls with creditors regarding same following publication of briefing (.6); emails regarding appellate court orders (.1); emails regarding responsive arguments (.2). | 2.40 |
| 01/20/16 | JYY | 0029 | Review allocation case updates. | 0.10 |
| 01/20/16 | MCF | 0029 | Attend to publication of allocation appellate briefs. | 0.30 |
| 01/20/16 | AME | 0029 | Review draft of allocation appeal reply outline (1.2) and notes/comments from team regarding same (.3); correspondence with lit team regarding same (.3); review statement of issues compendium (.5); review appellee briefs (.8). | 3.10 |
| 01/20/16 | CIW | 0029 | Correspond with litigation team regarding allocation appeals reply briefs. | 0.60 |
| 01/20/16 | NPS | 0029 | Revise allocation appellate outline (2.3); communication with B. Gifford regarding case law (0.5); communication with J. Chen regarding appellate briefing (0.1); review research for appeal (1.7). | 4.60 |
| 01/20/16 | ZJC | 0029 | Discuss allocation appeal reply brief strategy with R. Johnson (.3); review standard of review citations in response briefs and drafting initial analysis (2.0); review outline for reply briefs (1.0). | 3.30 |
| 01/20/16 | BRG | 0029 | Gather and prepare cases cited in opposition to allocation appellate briefs (1.2); correspond with N. Stabile regarding same (.2). | 1.40 |
| 01/20/16 | AL | 0029 | Review articles regarding mediation (.3); correspondence regarding | 0.80 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  Page 12
Bill Number: 1645550  02/25/16

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| | | | same (.2); prep for allocation appeal response brief team meeting (.3). | |
| 01/21/16 | FSH | 0029 | Communications with Committee member regarding allocation appeal briefs (.3) and review issues raised by member (.2); review brief outline (.5); drafting of issues for brief (1.6); analyze issues regarding lien (.2); communication with R. Johnson, M. Fagen, A. Loring, A. Evans regarding brief (.2); examine reports (.2); follow-up regarding public posting of briefs (.2). | 3.40 |
| 01/21/16 | RAJ | 0029 | Analyze case law for allocation appeal reply brief (1.5, 1.2); meeting with N. Stabile, A. Evans, C. Weinreb regarding allocation reply brief (1.1); review expert reports regarding allocation issues for reply brief (1.0); review and annotate F. Hodara reply points (.5). | 5.30 |
| 01/21/16 | AQ | 0029 | Revise allocation appeal reply outline (.4) and draft email to team regarding same (.4). | 0.80 |
| 01/21/16 | DHB | 0029 | Telephone call with committee member regarding allocation response (.3); email communications regarding posting of allocation appeal brief (.1); continue review of briefing and consideration of responses (2.2); review of outline (.4). | 3.00 |
| 01/21/16 | KMR | 0029 | Update regarding status of the case. | 0.40 |
| 01/21/16 | MCF | 0029 | Attend to publication of allocation appellate briefs. | 0.40 |
| 01/21/16 | AME | 0029 | Meet with R. Johnson, N. Stabile, C. Weinreb regarding appeal reply brief planning (1.1); review draft outline and comments/thoughts from team regarding allocation appeal reply brief (1.0); communicate with N. Stabile and C. Weinreb regarding same (.2). | 2.30 |
| 01/21/16 | CIW | 0029 | Correspondence with N. Stabile and A. Evans (0.5); meeting with R. Johnson, N. Stabile, and A. Evans regarding allocation appeals reply briefs (1.1); correspond with litigation team members regarding research tasks and next steps (0.5). | 2.10 |
| 01/21/16 | NPS | 0029 | Communication with A. Evans and C. Weinreb regarding allocation appellate brief (0.7); meet with R. Johnson, A. Evans and C. Weinreb regarding same (1.1); review appellate case law (1.1); revise appellate outline (1.7). | 4.60 |
| 01/21/16 | ZJC | 0029 | Review additional outlines and notes regarding allocation briefs. | 0.50 |
| 01/21/16 | BRG | 0029 | Gather and prepare cases cited in opposition allocation appellate briefs (1.0); draft and edit index and cross-referencing chart regarding same (1.2); correspond with N. Stabile regarding same (.2). | 2.40 |
| 01/22/16 | FSH | 0029 | Review D. Botter and R. Johnson analyses of allocation appeal brief issue (.3) and communications w/them, B. Kahn regarding same (.2); communications with parties regarding brief posting (.1); communications with parties regarding briefs (.2); review materials for meeting regarding brief (.4); attend same (2.1); follow-up regarding posting of briefs (.2). | 3.50 |
| 01/22/16 | RAJ | 0029 | Further analyze arguments in allocation appellees' briefs (1.3); meeting with Akin team to develop strategy for reply brief (2.1); follow-up meeting with N. Stabile, A. Evans regarding specific briefing tasks (.4); analyze draft outlines for other appellants' reply briefs (1.1). | 4.90 |
| 01/22/16 | AQ | 0029 | Telephone call with Cleary and Milbank regarding allocation appeal reply brief (1.0); team meeting regarding reply brief (2.1); review and analyze Milbank reply outline (.5); review and analyze case law regarding reply (.8). | 4.40 |
| 01/22/16 | DHB | 0029 | Detailed review of draft of allocation appeal brief outline (.8); continue review of F. Hodara issues chart (.5); continue review and consideration of appellate briefing (.7); meet with team regarding same (2.1); emails regarding same (.1). | 4.20 |
| 01/22/16 | BMK | 0029 | Review of allocation appellate brief outlines and notes (1.2); attend Akin team meeting regarding reply brief (2.1). | 3.30 |
| 01/22/16 | JYY | 0029 | Review allocation case updates. | 0.10 |
| 01/22/16 | MCF | 0029 | Prepare for (.4) and participate in (2.0) portion of allocation briefing | 2.60 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  Page 13
Bill Number: 1645550  02/25/16

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| | | | working session; attend to brief publication issues (.2). | |
| 01/22/16 | AME | 0029 | Meet with F. Hodara, D. Botter, A. Qureshi, R. Johnson, B. Kahn, J. Chen, N. Stabile, M. Fagen, A. Loring regarding appeal reply brief planning (2.1); confer with R. Johnson and N. Stabile regarding same (.4); review appellee briefs (.8), draft outlines from Cleary and Milbank, comments/ideas from Akin team regarding reply brief (1.3). | 4.60 |
| 01/22/16 | CIW | 0029 | Correspond with litigation team regarding allocation appeal reply briefs. | 0.30 |
| 01/22/16 | NPS | 0029 | Communication with A. Qureshi and other parties regarding allocation appeal papers (1.2); meet with R. Johnson, A. Evans regarding same (0.4); draft and revise appellate outline (0.9); meeting with F. Hodara, A. Qureshi, D. Botter and others regarding appeal (2.1); revise appellate outline (2.4). | 7.00 |
| 01/22/16 | ZJC | 0029 | Conference call regarding allocation appeal reply brief strategy. | 2.10 |
| 01/22/16 | AL | 0029 | Attend meeting (partial) regarding allocation appeal response brief with FR and Lit teams (1.8), and follow-up (.2). | 2.00 |
| 01/23/16 | RAJ | 0029 | Analyze caselaw for allocation appeal reply brief. | 2.10 |
| 01/24/16 | CIW | 0029 | Conduct legal research for allocation appeals reply brief. | 1.30 |
| 01/25/16 | FSH | 0029 | Analyze party's position on allocation appeal (.2); examine summaries of other US interests and analyze issues therein (1.8); telephone call with A. Pira regarding pending issues (.2); outline same (.6); communications with Capstone, A. Qureshi, D. Botter, B. Kahn, R. Johnson, Cleary regarding same (.5). | 3.30 |
| 01/25/16 | RAJ | 0029 | Edit outline for allocation appeal reply brief (2.3, 1.5); analyze caselaw (1.7, 1.8); communicate with A. Qureshi regarding reply brief (.1, .2); call with counsel for Trade Claims Consortium (.3); correspondence with N. Stabile to revise draft (.5). | 8.40 |
| 01/25/16 | AQ | 0029 | Review and edit reply outline (.8); communicate with R. Johnson and N. Stabile regarding reply (.7); emails regarding reply (.2). | 1.70 |
| 01/25/16 | DHB | 0029 | Consider allocation appeal briefing issues and next steps (.4); consider and respond and emails regarding remand directions (.4); correspond with A. Qureshi regarding same (.1); conference call with TCC counsel regarding briefs (.3); consider allocation issue (.7). | 1.90 |
| 01/25/16 | BMK | 0029 | Review of allocation appeal reply outline draft. | 0.40 |
| 01/25/16 | JYY | 0029 | Reviewing alloation case updates. | 0.10 |
| 01/25/16 | MCF | 0029 | Emails regarding allocation/mediation issues (.2) and analyze same (.4). | 0.60 |
| 01/25/16 | AME | 0029 | Research issues for allocation appeal reply brief (3.0); summarize research (2.0); correspond with R. Johnson, N. Stabile, C. Weinreb regarding same (.5); review drafts of reply brief outline and team correspondence with comments/ideas regarding same (.8). | 6.30 |
| 01/25/16 | CIW | 0029 | Review cases cited in allocation appeal opposition brief (6.0) and draft summaries (4.1). | 10.10 |
| 01/25/16 | NPS | 0029 | Communication with A. Qureshi and R. Johnson regarding allocation appellate outline (0.9); communication with R. Johnson regarding same (1.2); review and revise same (6.7). | 8.80 |
| 01/25/16 | ZJC | 0029 | Review and comment on draft of allocation appeal reply brief outline circulated by R. Johnson. | 1.50 |
| 01/25/16 | BRG | 0029 | Gather documents for review by C. Weinreb for allocation appeals reg. | 0.10 |
| 01/25/16 | AL | 0029 | Research regarding allocation issues. | 0.30 |
| 01/26/16 | FSH | 0029 | Review and comment on revised allocation appeal outline and related issues (2.4); analyze issues regarding mediation (.2) and correspond with D. Botter and B. Kahn regarding same (.1); meet with team to discuss brief (1.5); follow-up regarding next steps (.2); correspond with D. Botter, B. Kahn and A. Qureshi regarding mediation (.3); telephone call with J. Bromley regarding pending issues (.4). | 5.10 |
| 01/26/16 | RAJ | 0029 | Further analyze caselaw for allocation appeal reply brief (2.5); further revise outline (1.4, .5); meeting of Akin litigation and restructuring teams regarding reply brief strategy (1.5); follow up meeting with Akin | 7.70 |

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| | | | litigators regarding specific next steps for reply brief (.4); begin drafting brief (1.4). | |
| 01/26/16 | AQ | 0029 | Correspond with appellate team regarding allocation appeal reply (.2); team meeting regarding reply outline (1.5); call with Cleary regarding allocation constructs (.3). | 2.00 |
| 01/26/16 | DHB | 0029 | Detailed review and comments to allocation appeal brief outline (1.3); meet with team regarding same (1.5); correspond with senior team regarding mediation (.1) and telephone call with J. Bromley regarding same (.4). | 3.30 |
| 01/26/16 | BMK | 0029 | Attend team meeting on allocation appeal reply brief outline (1.2); call with J. Bromley, F. Hodara, D. Botter regarding allocation issues (0.4). | 1.60 |
| 01/26/16 | JYY | 0029 | Confer with A. Evans regarding allocation appeal updates. | 0.10 |
| 01/26/16 | AME | 0029 | Meet with F. Hodara, D. Botter, A. Qureshi, R. Johnson, B. Kahn, J. Chen, N. Stabile, M. Fagen, C. Weinreb, A. Loring regarding allocation appeal reply brief planning (1.5); confer with R. Johnson, N. Stabile, C. Weinreb regarding same (.4); prep for team meeting (.3); review draft reply brief outline, review relevant research, review team correspondence regarding comments/ideas for brief (2.3). | 4.50 |
| 01/26/16 | CIW | 0029 | Attend team meeting regarding reply brief (1.5) and follow-up discussion with litigation team (.4); conduct legal research for appeals reply brief (1.0); review and summarize cases for appeals reply brief (6.7). | 9.60 |
| 01/26/16 | NPS | 0029 | Meeting with team regarding allocation appellate brief (1.5); prepare for same (1.1); meeting with R. Johnson, A. Evans, C. Weinreb regarding same (.4); compile information for appellate brief and communication with R. Johnson regarding same (1.6); research regarding appellate brief (1.6). | 6.20 |
| 01/26/16 | ZJC | 0029 | Discuss relief requested with A. Qureshi (.9); conference call to discuss allocation appeal reply brief outline and strategy (1.5). | 2.40 |
| 01/26/16 | AL | 0029 | Prepare for allocation appeal brief meeting (.1); attend same (1.5). | 1.60 |
| 01/27/16 | FSH | 0029 | Communicate with R. Johnson regarding brief (.1); review and comment on revised allocation appeal brief outline (1.7); prepare outline for mediation matter (.8); communications with D. Botter and R. Johnson regarding brief (.4); review materials provided by Committee member (.4); call with Committee member (.7); examine comments to draft and numerous communications regarding finalization of same (.4); review finalized draft (.7). | 5.20 |
| 01/27/16 | RAJ | 0029 | Edits to outline for allocation appeal reply brief (2.3, 1.4); call with counsel to Committee member regarding reply briefing (.1); analyze caselaw cited by appellees (1.6); review of expert reports for appellate brief (1.5). | 6.90 |
| 01/27/16 | AQ | 0029 | Review and analyze and edit revised allocation appeal reply brief outline (.5) and emails regarding same (.3). | 0.80 |
| 01/27/16 | DHB | 0029 | Review briefing regarding Committee member issues (.7); prepare for call regarding same (.4); attend same (.7); review and substantial revisions to allocation appeal brief outline (1.3); review revise draft (.4) and emails regarding same (.3). | 3.80 |
| 01/27/16 | BMK | 0029 | Telephone call with Committee member, F. Hodara, D. Botter regarding allocation appeals (0.7). | 0.70 |
| 01/27/16 | AME | 0029 | Review post-trial briefs, trial transcripts, and other material in relation to allocation appeal reply brief (4.2); correspond with R. Johnson regarding same (.3); research issues for allocation appeal reply brief (.5); review drafts of allocation appeal reply brief and team comments (1.4) and correspondence regarding same (.4). | 6.80 |
| 01/27/16 | CIW | 0029 | Conduct legal research for allocation appeal reply brief. | 1.30 |
| 01/27/16 | ZJC | 0029 | Review draft outlines of allocation appeal reply brief. | 0.20 |
| 01/28/16 | FSH | 0029 | Review aspects of Judge Gross' allocation decision and analyze issues | 1.60 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE                                                Page 15
Bill Number: 1645550                                                                    02/25/16

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| | | | therein. | |
| 01/28/16 | RAJ | 0029 | Analyze issues for allocation reply brief (2.5); analyze caselaw cited by appellees (1.7, 1.2); review issues regarding cross-appeal (.6); emails with Akin litigation team regarding reply brief (.3). | 6.30 |
| 01/28/16 | JYY | 0029 | Review reply allocation appellate brief outline (.4); correspond with A. Evans regarding same (.1). | 0.50 |
| 01/28/16 | AME | 0029 | Communicate with R. Johnson and N. Stabile regarding allocation appeal reply brief planning (.5); correspond with N. Stabile and C. Weinreb regarding same (.3). | 0.80 |
| 01/28/16 | CIW | 0029 | Conduct legal research for appeals reply brief. | 6.30 |
| 01/28/16 | NPS | 0029 | Communication with A. Evans and C. Weinreb regarding allocation appellate brief (0.5); revise outline and cases (1.7); communication with R. Johnson regarding same (0.2). | 2.40 |
| 01/28/16 | BRG | 0029 | Gather and prepare case law regarding opposition allocation appellate briefs for N. Stabile (.3); review case law regarding same regarding inquiry for C. Weinreb (.2). | 0.50 |
| 01/29/16 | RAJ | 0029 | Draft and edit allocation appellate reply brief (4.2, 3.1); further analyze caselaw for reply brief (1.3); meet w/A. Qureshi regarding same (.2). | 8.80 |
| 01/29/16 | AQ | 0029 | Confer with R. Johnson regarding allocation appeal reply brief (.2); review and analyze case law cited in appellee briefs (1.1). | 1.30 |
| 01/29/16 | JYY | 0029 | Review allocation case updates. | 0.10 |
| 01/29/16 | AME | 0029 | Review research and findings related to allocation appeal reply brief (.3); research regarding appeal issues (.9); draft section of brief (.9); correspond with R. Johnson regarding same (.2). | 2.30 |
| 01/29/16 | CIW | 0029 | Conduct legal research for allocation appeals reply brief (4.0) and draft summary for litigation team (3.5). | 7.50 |
| 01/29/16 | NPS | 0029 | Review cases for allocation appeal (4.1); create task list (0.3); communication with A. Evans and C. Weinreb regarding same (0.4). | 4.80 |
| 01/29/16 | BRG | 0029 | Research regarding certain provisions of the bankruptcy code (3.0); correspond with C. Weinreb and L. Lanphear regarding same (.2). | 3.20 |
| 01/30/16 | FSH | 0029 | Continue review of draft reply brief and analysis of aspects of allocation decision and of Order on Reconsideration. | 2.20 |
| 01/30/16 | RAJ | 0029 | Draft and edit allocation appeal reply brief (3.5, 2.7) ; review additional analysis of caselaw (1.4). | 7.60 |
| 01/30/16 | CIW | 0029 | Read and summarize cases for allocation appeal reply brief. | 2.00 |
| 01/31/16 | RAJ | 0029 | Revising and further drafting of allocation appeal reply brief (4.2, 3.3, 1.7) multiple emails with litigation team regarding same (.3). | 9.50 |
| 01/31/16 | AME | 0029 | Review research regarding allocation appeal reply brief (.4); correspondence regarding same (.2) and draft outline of reply brief (.6). | 1.20 |
| 01/31/16 | CIW | 0029 | Conduct legal research for allocation appeals reply brief. | 3.80 |
| 01/21/16 | AL | 0030 | Correspondence regarding posting allocation appeal briefs to website (.4); correspond with M. Fagen regarding same (.1). | 0.50 |
| 01/22/16 | AL | 0030 | Correspondence regarding posting on committee website. | 0.10 |
| 01/11/16 | FSH | 0031 | Analyze UK pension information, report and communications with Ashursts regarding same. | 0.20 |
| 01/12/16 | FSH | 0031 | Examine analysis from Ashursts of pending issue. | 0.10 |
| 01/14/16 | FSH | 0031 | Analyze UK reports. | 0.20 |

                                                                     Total Hours        567.00

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| F S HODARA | 81.40 | at | $1325.00 | = | $107,855.00 |
| R A JOHNSON | 137.70 | at | $1050.00 | = | $144,585.00 |
| A QURESHI | 23.90 | at | $1175.00 | = | $28,082.50 |
| D H BOTTER | 46.50 | at | $1220.00 | = | $56,730.00 |
| B M KAHN | 13.00 | at | $900.00 | = | $11,700.00 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  Page 16
Bill Number: 1645550  02/25/16

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| K M ROWE | 3.00 | at | $860.00 | = | $2,580.00 |
| J Y YECIES | 2.20 | at | $785.00 | = | $1,727.00 |
| Z CHEN | 10.80 | at | $700.00 | = | $7,560.00 |
| M C FAGEN | 23.90 | at | $690.00 | = | $16,491.00 |
| A M EVANS | 45.70 | at | $580.00 | = | $26,506.00 |
| C I WEINREB | 68.60 | at | $580.00 | = | $39,788.00 |
| N P STABILE | 43.80 | at | $740.00 | = | $32,412.00 |
| A LORING | 56.40 | at | $455.00 | = | $25,662.00 |
| B R GIFFORD | 7.60 | at | $215.00 | = | $1,634.00 |
| S A D'ADDESE | 2.50 | at | $225.00 | = | $562.50 |

Current Fees $503,875.00

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---|
| Computerized Legal Research - Lexis | $1,347.53 |
| Computerized Legal Research - Westlaw | $443.26 |
| Courier Service/Messenger Service- Off Site | $286.00 |
| Document Retrieval | $1,953.80 |
| Duplication - In House | $1,707.80 |
| Document Production - In House | $185.70 |
| Meals - Business | $481.86 |
| Meals (100%) | $1,679.61 |
| Audio and Web Conference Services | $2,175.00 |
| Travel - Airfare | $648.00 |
| Travel - Ground Transportation | $181.55 |
| Travel - Telephone & Fax | $37.90 |
| Travel - Train Fare | $264.00 |

Current Expenses $11,392.01

**Total Amount of This Invoice** $515,267.01

**Prior Balance Due** $480,000.42

**Total Balance Due Upon Receipt** $995,267.43