# EXHIBIT C

**DISBURSEMENT SUMMARY**
**JANUARY 1, 2016 THROUGH JANUARY 31, 2016**

| | |
|---|---:|
| Computerized Research, Corporate Service Fees & PACER Charges | $ 3,744.59 |
| Duplication – In House | $1,707.80 |
| Courier Service | $286.00 |
| Document Production – In House | $185.70 |
| Meals (100%) | $1,679.61 |
| Meals – Business | $481.86 |
| Audio and Web Conference Services | $2,175.00 |
| Travel – Airfare | $648.00 |
| Travel – Ground Transportation | $181.55 |
| Travel – Telephone & Fax | $37.90 |
| Travel – Train Fare | $264.00 |
| **TOTAL** | **$11,392.01** |