# EXHIBIT D



| | |
|---|---|
| NORTEL NETWORKS INC. CREDITORS COMMITTEE<br>ATTN: JOHN DOLITTLE<br>2221 LAKESIDE BOULEVARD<br>RICHARDSON, TX  75082 | Invoice Number       1645550<br>Invoice Date          02/25/16<br>Client Number         687147<br>Matter Number           0001 |

Re: CHAPTER 11

FOR PROFESSIONAL SERVICES RENDERED THROUGH  01/31/16 :

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | | Value |
|---|---|---|
| 11/04/15 | Document Production - In House REQUESTOR: A LORING; DESCRIPTION: COLOR COPIES; QUANTITY: 826; DATE ORDERED: 11/4/15 | $82.60 |
| 11/15/15 | Document Production - In House REQUESTOR: A LORING; DESCRIPTION: COLOR COPIES; QUANTITY: 518; DATE ORDERED: 11/15/15 | $51.80 |
| 11/24/15 | Document Production - In House REQUESTOR: B GIFFORD; DESCRIPTION: COLOR COPIES; QUANTITY: 417; DATE ORDERED: 11/24/15 | $41.70 |
| 12/14/15 | Travel - Airfare  VENDOR: AMERICAN EXPRESS INVOICE#: 279572 DATE: 12/14/2015 NAME: BOTTER DAVID H TICKET #: 0670069017 DEPARTURE DATE: 12/15/2015 ROUTE: UNKNOWN | $32.00 |
| 12/14/15 | Travel - Airfare  VENDOR: AMERICAN EXPRESS INVOICE#: 279572 DATE: 12/14/2015 NAME: BOTTER DAVID H TICKET #: | $324.00 |

| Date | Description | Amount |
|---|---|---|
| | 5145553038 DEPARTURE DATE: 12/15/2015 ROUTE: NYP.WIL NYP Business Class | |
| 12/17/15 | Document Production - In House REQUESTOR: A LORING; DESCRIPTION: COLOR COPIES; QUANTITY: 96; DATE ORDERED: 12/17/15 | $9.60 |
| 12/17/15 | Travel - Airfare  VENDOR: AMERICAN EXPRESS INVOICE#: 281908 DATE: 12/17/2015<br>NAME: BOTTER DAVID H TICKET #: 0670195192 DEPARTURE DATE: 12/22/2015 ROUTE: UNKNOWN | $32.00 |
| 12/17/15 | Travel - Airfare  VENDOR: AMERICAN EXPRESS INVOICE#: 281908 DATE: 12/17/2015<br>NAME: BOTTER DAVID H TICKET #: 5093560948 DEPARTURE DATE: 12/22/2015 ROUTE: NYP WIL NYP Business Class | $228.00 |
| 12/22/15 | Travel - Airfare  VENDOR: AMERICAN EXPRESS INVOICE#: 283411 DATE: 12/22/2015<br>NAME: BOTTER DAVID H TICKET #: 0670291536 DEPARTURE DATE: 12/22/2015 ROUTE: UNKNOWN | $32.00 |
| 01/05/16 | Audio and Web Conference Services VENDOR: TELCONF LLC INVOICE#: 01001-01001-16 DATE: 1/5/2016 Teleconference charges | $2,175.00 |
| 01/06/16 | Duplication - In House  Photocopy - User # 990100, NY, 668 page(s) | $66.80 |
| 01/06/16 | Duplication - In House  Photocopy - User # 990100, NY, 1465 page(s) | $146.50 |
| 01/07/16 | Document Retrieval  USAGE FROM: 10/1-12/31/15 - VARIOUS COURT VENDOR: PACER SERVICE CENTER; INVOICE#: 2503192-Q42015; DATE: 1/7/2016 | $1,953.80 |
| 01/07/16 | Meals (100%)  1/7/16 - ANITA GOMEZ VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800397; DATE: 1/7/2016 Committee call - 10 people | $140.99 |
| 01/07/16 | Meals (100%)  1/7/16 - ANITA GOMEZ VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800397; DATE: 1/7/2016 Allocation appeal brief meeting - 12 people | $283.08 |
| 01/12/16 | Duplication - In House  Photocopy - User # 990100, NY, 4575 page(s) | $457.50 |
| 01/12/16 | Courier Service/Messenger Service- Off Site  VENDOR: CITY EXPEDITOR INC INVOICE#: 55266 DATE: 1/17/2016 SENDER'S NAME:  ; JOB NUMBER: 994535; PICKUP: 1 Bryant Park; | $286.00 |

| Date | Description | Amount |
|---|---|---|
| | DESTINATION: 9 Kodiak Drive Woodbury; DATE: 01/12/2016 | |
| 01/13/16 | Duplication - In House  Photocopy - User # 990100, NY, 338 page(s) | $33.80 |
| 01/13/16 | Meals (100%)  VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 2298095 DATE: 1/17/2016 Carly Weinreb - The Red Flame Diner Coffee House - 01/13/2016 | $20.63 |
| 01/14/16 | Meals (100%)  1/14/16 - ANITA GOMEZ VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800398; DATE: 1/14/2016 Committee call - 11 people | $207.73 |
| 01/19/16 | Duplication - In House  Photocopy - User # 990100, NY, 276 page(s) | $27.60 |
| 01/20/16 | Computerized Legal Research - Westlaw User: GIFFORD,BRIAN Date: 1/20/2016 AcctNumber: 1000193694 ConnectTime: 0.0 | $47.47 |
| 01/20/16 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: GIFFORD  BRIAN; Charge Type: LA DOCUMENT ACCESS; Quantity: 36.0 | $745.20 |
| 01/20/16 | Travel - Telephone & Fax  VENDOR: DAVID H. BOTTER INVOICE#: 1111017002042004 DATE: 2/4/2016 Wifi, 01/20/16, Fee for in-flight use of internet re: work on Nortel., GogoAir.com | $18.95 |
| 01/21/16 | Duplication - In House  Photocopy - Gifford, Brian, NY, 764 page(s) | $76.40 |
| 01/21/16 | Duplication - In House  Photocopy - User # 990100, NY, 3230 page(s) | $323.00 |
| 01/21/16 | Travel - Ground Transportation VENDOR: ROBERT A. JOHNSON INVOICE#: 1101292701261801 DATE: 1/26/2016 Taxi/Car Service/Public Transport, 01/21/16, Taxi ride from Akin NY's office to home re: working late at the office preparing for SNMP Hearing., UBER | $70.02 |
| 01/21/16 | Meals (100%)  1/15/16 - ANTHONY LORING VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800399; DATE: 1/21/2016 Mediation update meeting - 8 people | $140.99 |
| 01/21/16 | Meals (100%)  1/19/16 - JOHNSON ROBERT VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800399; DATE: 1/21/2016 Allocation appeal response brief drafting meeting. | $143.39 |

| Date | Description | Amount |
|---|---|---|
| 01/21/16 | Meals (100%)  1/21/16 - AMITA GOMEZ VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800399; DATE: 1/21/2016 Committee call - 8 people. | $195.43 |
| 01/21/16 | Travel - Telephone & Fax  VENDOR: DAVID H. BOTTER INVOICE#: 1111017002042004 DATE: 2/4/2016 Wifi, 01/21/16, Fee for in-flight use of internet re: work on Nortel., GogoAir.com | $18.95 |
| 01/22/16 | Meals - Business  VENDOR: MATTHEW C. FAGEN INVOICE#: 1097818301221904 DATE: 1/22/2016 Lunch, 01/22/16, Allocation meeting lunch - 11 people; Matthew Fagen, Fred Hodara, David Botter, Abid Qureshi, Robert Johnson, Brad Kahn, Anthony Loring, Nicholas Stabile, Carly Weinreb, Annie Evans, Julius Chen | $470.00 |
| 01/22/16 | Travel - Train Fare  VENDOR: ROBERT A. JOHNSON INVOICE#: 1101292701261801 DATE: 1/26/2016 Rail Fare, 01/22/16, Amtrak ticket purchase re: travel to Wilmington for Hearing on SNMP adversary proceeding., Amtrak  Business Class | $108.00 |
| 01/22/16 | Travel - Train Fare  VENDOR: ROBERT A. JOHNSON INVOICE#: 1101292701261801 DATE: 1/26/2016 Rail Fare, 01/22/16, Amtrak ticket purchase re: travel from Wilmington for Hearing on SNMP adversary proceeding., Amtrak Business Class | $156.00 |
| 01/25/16 | Travel - Ground Transportation VENDOR: ROBERT A. JOHNSON INVOICE#: 1101292701261801 DATE: 1/26/2016 Taxi/Car Service/Public Transport, 01/25/16, Taxi ride from Akin NY's office to Jersey City, NJ re: working late at the office on allocation Reply Brief., UBER | $64.54 |
| 01/25/16 | Computerized Legal Research - Westlaw User: WEINREB,CARLY Date: 1/25/2016 AcctNumber: 1000193694 ConnectTime: 0.0 | $25.70 |
| 01/25/16 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: 1663MK  CUI; Charge Type: DOCUMENT PRINTING; Quantity: 2.0 | $27.00 |
| 01/25/16 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: 1663MK  CUI; Charge Type: SINGLE DOCUMENT RETRIEVAL; Quantity: 2.0 | $43.20 |
| 01/25/16 | Computerized Legal Research - Lexis | $13.95 |

| Date | Description | Amount |
|---|---|---|
|  | Service: SHEPARD'S SERVICE; Employee: 1663MK CUI; Charge Type: LEGAL CITATION SERVICES; Quantity: 2.0 |  |
| 01/25/16 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: EVANS ANNIE; Charge Type: LA DOCUMENT ACCESS; Quantity: 8.0 | $165.60 |
| 01/25/16 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: CONTE ELIZABETH; Charge Type: LA DOCUMENT ACCESS; Quantity: 9.0 | $186.30 |
| 01/25/16 | Meals (100%) VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 2313641 DATE: 1/31/2016 Carly Weinreb - The Red Flame Diner Coffee House - 01/25/2016 | $20.63 |
| 01/25/16 | Meals - Business VENDOR: NICHOLAS P. STABILE INVOICE#: 1115583802051903 DATE: 2/5/2016 Dinner, 01/25/16, Meal purchased while working late reviewing and revising appellate brief., Chick-Fil-A, Nicholas Stabile | $11.86 |
| 01/25/16 | Travel - Ground Transportation VENDOR: NICHOLAS P. STABILE INVOICE#: 1115583802051903 DATE: 2/5/2016 Taxi/Car Service/Public Transport, 01/25/16, Taxi home-worked late reviewing and revising appellate brief., NYC Taxi | $11.00 |
| 01/26/16 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: CONTE ELIZABETH; Charge Type: LA DOCUMENT ACCESS; Quantity: 6.0 | $124.20 |
| 01/27/16 | Duplication - In House Photocopy - User # 990100, NY, 3168 page(s) | $316.80 |
| 01/27/16 | Duplication - In House Photocopy - User # 990100, NY, 2594 page(s) | $259.40 |
| 01/27/16 | Computerized Legal Research - Westlaw User: WEINREB,CARLY Date: 1/27/2016 AcctNumber: 1000193694 ConnectTime: 0.0 | $25.70 |
| 01/27/16 | Computerized Legal Research - Westlaw User: EVANS,ANNIE Date: 1/27/2016 AcctNumber: 1000193694 ConnectTime: 0.0 | $42.24 |
| 01/27/16 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: 1663MK CUI; Charge Type: DOCUMENT PRINTING; Quantity: 1.0 | $13.50 |
| 01/27/16 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: 1663MK CUI; Charge Type: | $21.60 |

| Date | Description | Amount |
|---|---|---|
| 01/27/16 | SINGLE DOCUMENT RETRIEVAL; Quantity: 1.0 Computerized Legal Research - Lexis Service: SHEPARD'S SERVICE; Employee: 1663MK  CUI; Charge Type: LEGAL CITATION SERVICES; Quantity: 1.0 | $6.98 |
| 01/28/16 | Meals (100%)  1/22/16 - MATT FAGEN VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800400; DATE: 1/28/2016 Allocation appeal response brief drafting meeting - 8 people. | $108.33 |
| 01/28/16 | Meals (100%)  1/26/16 - KISHA WRIGHT VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800400; DATE: 1/28/2016 Allocation appeal response brief drafting meeting - 8 people. | $155.15 |
| 01/28/16 | Meals (100%)  1/28/16 - ANITA GOMEZ VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800400; DATE: 1/28/2016 Committee meeting - 10 people. | $263.26 |
| 01/29/16 | Computerized Legal Research - Westlaw User: WEINREB,CARLY Date: 1/29/2016 AcctNumber: 1000193694 ConnectTime: 0.0 | $191.98 |
| 01/29/16 | Travel - Ground Transportation VENDOR: ANTHONY LORING INVOICE#: 1116168102052202 DATE: 2/5/2016 Taxi/Car Service/Public Transport, 01/29/16, Late Taxi from OBP to home after working on claims analysis on Nortel., Uber | $35.99 |
| 01/31/16 | Computerized Legal Research - Westlaw User: WEINREB,CARLY Date: 1/31/2016 AcctNumber: 1000193694 ConnectTime: 0.0 | $110.17 |

Current Expenses　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　$11,392.01

**Total Amount of This Invoice**　　　　　　　　　　　　　　　　　　　　　　**$515,267.01**

**Prior Balance Due**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　$480,000.42

**Total Balance Due Upon Receipt**　　　　　　　　　　　　　　　　　　　　　$995,267.43