# EXHIBIT E

**SUMMARY OF ATTORNEYS AND LEGAL ASSISTANTS**

**RENDERING SERVICES DURING THE PERIOD**

**JANUARY 1, 2016 THROUGH JANUARY 31, 2016**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | 2015 Hourly Billing Rate | 2016 Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|---|
| David H. Botter | Partner for 14 years; Admitted in 1990; Financial Restructuring Department | $1,150 | $1,220 | 46.50 | $56,730.00 |
| Fred S. Hodara | Partner for 27 years; Admitted in 1982; Financial Restructuring Department | $1,250 | $1,325 | 81.40 | $107,855.00 |
| Robert A. Johnson | Partner for 19 years; Admitted in 1988; Litigation Department | $975 | $1,050 | 137.70 | $144,585.00 |
| Abid Qureshi | Partner for 8 years; Admitted in 1995; Financial Restructuring Department | $1,095 | $1,175 | 23.90 | $28,082.50 |
| Brad M. Kahn | Partner as of January 1, 2016; Admitted in 2008; Financial Restructuring Department | $775 | $900 | 13.00 | $11,700.00 |
| Kevin M. Rowe | Senior Counsel for 15 years; Admitted in 1985; Tax Department | $810 | $860 | 3.00 | $2,580.00 |
| Jacqueline Y. Yecies | Counsel for 3 years; Admitted in 2009; Litigation Department | $710 | $785 | 2.20 | $1,727.00 |
| Julius Chen | Counsel for 2 years; Admitted in 2010; Litigation Department | $625 | $700 | 10.80 | $7,560.00 |
| Matthew C. Fagen | Associate for 4 years; Admitted in 2014; Financial Restructuring Department | $565 | $690 | 23.90 | $16,491.00 |

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | 2015 Hourly Billing Rate | 2016 Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|---|
| Anne M. Evans | Associate for 3 years; Admitted in 2014; Litigation Department | $495 | $580 | 45.70 | $26,506.00 |
| Nicholas P. Stabile | Associate for 3 years; Admitted in 2010; Litigation Department | $655 | $740 | 43.80 | $32,412.00 |
| Carly Weinreb | Associate for 3 years; Admitted in 2014; Litigation Department | $495 | $580 | 68.60 | $39,788.00 |
| Anthony Loring | Associate for 1 year; Not Yet Admitted; Financial Restructuring Department | $430 | $455 | 56.40 | $25,662.00 |
| Sarah D'Addese | Legal Assistant for 4 years; Financial Restructuring Department | $210 | $225 | 2.50 | $562.50 |
| Brian Gifford | Legal Assistant for 2 years; Litigation Department | $210 | $215 | 7.60 | $1,634.00 |

Total Amount of Fees:     **$503,875.00**

Total Number of Hours:    **567.00**

Blended Hourly Rate:      **$888.67**