# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>Nortel Networks Inc. et al.,[1]<br><br>　　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>(Jointly Administered)<br><br>**Hearing Date: TBD** |

## NOTICE OF TWENTY-EIGHTH INTERIM FEE APPLICATION REQUEST

Name of Applicant:　　　　　　　　　Akin Gump Strauss Hauer & Feld LLP

Authorized to Provide
Professional Services to:　　　　　　　Official Committee of Unsecured Creditors

Date of Retention:　　　　　　　　　　March 5, 2009, *Nunc Pro Tunc* to January 22, 2009

Period for which compensation
and reimbursement is sought:　　　　　November 1, 2015 through January 31, 2016[2]

Amount of Compensation sought as
actual, reasonable and necessary:　　　$1,580,544.50

Amount of Expense Reimbursement sought
as actual, reasonable and necessary:　　$33,163.80

This is (a)n: _X_ interim　　____ final application

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567); and Nortel Networks (CALA) Inc. (4226).

[2] Akin Gump Strauss Hauer & Feld LLP's November and December 2015 and January 2016 monthly fee applications are incorporated herein by reference.

Summary of Fee Applications for Compensation Period:

| Date Filed Docket No. | Period Covered | Requested | | Approved | | Holdback Fees Requested |
| --- | --- | --- | --- | --- | --- | --- |
| | | Fees | Expenses | Fees (80%) | Expenses (100%) | Fees (20%) |
| Date Filed: 01/08/16 Docket No. 16461 | 11/1/15 – 11/30/15 | $754,134.50 | $15,133.27 | $603,307.60 | $15,133.27 | $150,826.90 |
| Date Filed: 02/03/16 Docket No. 16515 | 12/1/15 – 12/31/15 | $322,535.00 | $6,638.52 | $258,028.00 | $6,638.52 | $64,507.00 |
| Date Filed: 02/29/16 Docket No. TBD | 1/1/16 – 1/31/16 | $503,875.00 | $11,392.01 | Pending Obj. deadline $403,100.00 | Pending Obj. deadline $11,392.01 | $100,775.00 |
| TOTALS: | | $1,580,544.50 | $33,163.80 | $1,264,435.60[3] | $33,163.80[4] | $316,108.90 |

Summary of any Objections to Fee Applications: None.

Dated: February 29, 2016
    New York, New York

/s/ Fred S. Hodara
Fred S. Hodara (*pro hac vice*)
David H. Botter (*pro hac vice*)
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, NY 10036
Telephone: (212) 872-1000

Co-Counsel to the Official Committee of Unsecured Creditors of Nortel Networks Inc., *et al.*

---

[3] The total amount reflected in this column includes amounts pending approval.

[4] The total amount reflected in this column includes amounts pending approval.

2