**Exhibit B**

# Invoice

The Official Unsecured Creditors Committee for Nortel Networks Inc
c/o Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, New York  10036
United States of America

Ashurst LLP
Broadwalk House
5 Appold Street
London
EC2A 2HA

Tel  +44 (0)20 7638 1111
Fax +44 (0)20 7638 1112
www.ashurst.com

Our VAT No.: GB 108 2136 48



**Interim** (S)

VAT Invoice Date: **29 February 2016**   Our Ref: **GDB/CCN01.00001**   Invoice No.: **404989**

|  | VAT GBP | VAT Rate (%) | Fees and Disbursements GBP |
|---|---|---|---|
| **Re: BANKRUPTCY** |  |  |  |
| **To our professional fees** (NT) | 0.00 | 0.00 | 10,031.00 |
| For the period to 31 January 2016, in connection with the above matter. |  |  |  |
| (Please see attached) |  |  |  |
| Document Production (NT) | 0.00 | 0.00 | 19.98 |
|  | 0.00 |  | 10,050.98 |
|  |  | VAT | 0.00 |
|  |  | Total | 10,050.98 |
|  |  | **Balance Due** | **10,050.98** |

The fees and disbursements the subject of this invoice may include fees and disbursements due to another member of the Ashurst Group.
**Payment Details**
NatWest - 15 Bishopsgate, London, EC2P 2AP - **Account No.:** 00404268
**Sort Code: 50-00-00** - **Swift Code:** NWBKGB2L - **IBAN Code:** GB12NWBK50000000404268

Please note: Remittance advices should be sent electronically to remittances@ashurst.com

Please quote reference 404989 when settling this invoice
**Payment Terms: 21 days**

**Legal services are 100% foreign source**

AUSTRALIA  BELGIUM  CHINA  FRANCE  GERMANY  HONG KONG SAR  INDONESIA (ASSOCIATED OFFICE)  ITALY  JAPAN  PAPUA NEW GUINEA
SAUDI ARABIA  SINGAPORE  SPAIN  SWEDEN  UNITED ARAB EMIRATES  UNITED KINGDOM  UNITED STATES OF AMERICA

Ashurst LLP is a limited liability partnership registered in England and Wales under number OC330252 and is part of the Ashurst Group. It is a law firm authorised and regulated by the Solicitors Regulation Authority of England and Wales under number 468653. A list of members of Ashurst LLP and their professional qualifications is open to inspection at its registered office Broadwalk House, 5 Appold Street, London EC2A 2HA or at the address above. The term 'partner' in relation to Ashurst LLP is used to refer to a member of Ashurst LLP or to an employee or consultant with equivalent standing and qualifications. The Ashurst Group has an office in each of the places listed above.



The Official Unsecured Creditors Committee
Re: BANKRUPTCY
GDB/GDB/CCN01.00001
For the period: to 31/01/2016

| Role | Name | Hours | Amount | Code |
|---|---|---|---|---|
| Partner | Giles Boothman | 0.80 | 676.00 | (C0012) |
| | | **0.80** | **676.00** | |
| Senior Associate | Antonia Croke | 2.80 | 1,666.00 | (C0007) |
| | | 2.00 | 1,190.00 | (C0012) |
| | | **4.80** | **2,856.00** | |
| Senior Associate | Drew Sainsbury | 2.40 | 1,428.00 | (C0007) |
| | | 2.00 | 1,190.00 | (C0012) |
| | | **4.40** | **2,618.00** | |
| Senior Associate | Lindsey Roberts | 2.20 | 1,199.00 | (C0003) |
| | | 1.50 | 817.50 | (C0007) |
| | | **3.70** | **2,016.50** | |
| Senior Associate | Sophie Law | 2.40 | 1,056.00 | (C0007) |
| | | 0.30 | 132.00 | (C0012) |
| | | **2.70** | **1,188.00** | |
| Trainee | Tom Durkin | 0.50 | 102.50 | (C0012) |
| | | **0.50** | **102.50** | |
| Trainee | Kelly Trueman | 2.80 | 574.00 | (C0003) |
| | | **2.80** | **574.00** | |
| | **Total** | **19.70** | **10,031.00** | |

The Official Unsecured Creditors Committ
Re: BANKRUPTCY
GDB/GDB/CCN01.00001
For the period: to 31/01/2016

## C0003     Ashurst Fee Application/Monthly Billing Reports

|  |  | Time (Decimal) | Agreed Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Senior Associate** | | | | |
| LROBER | Lindsey Roberts | 2.20 | 545.00 | 1,199.00 |
| **Trainee** | | | | |
| KTRUEM | Kelly Trueman | 2.80 | 205.00 | 574.00 |
| | | | Total | 1,773.00 |

## Detailed Time Breakdown

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 04/01/2016 | Lindsey Roberts | LETT | Emails to/from Akin and fee examiner re query | 0.20 | 545.00 | 109.00 |
| 12/01/2016 | Lindsey Roberts | REVI | Review of interim fee application report | 0.30 | 545.00 | 163.50 |
| 13/01/2016 | Lindsey Roberts | LETT | Emails to/from Billing re December fee/expense estimates; email to B Kahn re the same | 0.20 | 545.00 | 109.00 |
| 28/01/2016 | Kelly Trueman | LETT | Preparation of the monthly fee application and email to Credit Control re: the same | 1.20 | 205.00 | 246.00 |
| 28/01/2016 | Lindsey Roberts | REVI | Review and mark up of draft invoice | 0.20 | 545.00 | 109.00 |
| 28/01/2016 | Lindsey Roberts | REVI | Review and mark up of Exhibit B to 27th Interim Fee Order; email to C McClamb re the same | 0.60 | 545.00 | 327.00 |
| 29/01/2016 | Kelly Trueman | LETT | Checking/reviewing Nortel Fee Application (December 2015) and liaising with Costs-Billings re: the same | 1.30 | 205.00 | 266.50 |
| 29/01/2016 | Kelly Trueman | LETT | Finalising Monthly Fee Application (December 2015) and email to Matthew Fagan re: the same | 0.30 | 205.00 | 61.50 |
| 29/01/2016 | Lindsey Roberts | REVI | Review and mark up of draft fee application | 0.40 | 545.00 | 218.00 |
| 29/01/2016 | Lindsey Roberts | LETT | Email re cashiers re fee/expenses payment amounts | 0.30 | 545.00 | 163.50 |
| | | | | | | 1,773.00 |

**C0007**     **Creditors Committee Meetings**

|  |  | Time (Decimal) | Agreed Rate (GBP /hour) | Amount |
|---|---|---:|---:|---:|
| **Senior Associate** | | | | |
| ACROKE | Antonia Croke | 2.80 | 595.00 | 1,666.00 |
| DSAINS | Drew Sainsbury | 2.40 | 595.00 | 1,428.00 |
| LROBER | Lindsey Roberts | 1.50 | 545.00 | 817.50 |
| **Associate** | | | | |
| SLAW | Sophie Law | 2.40 | 440.00 | 1,056.00 |
| | | | Total | 4,967.50 |

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---:|---:|---:|
| 07/01/2016 | Antonia Croke | LETT | Review agenda for UCC call; emails SLAW and LROBER re same | 0.30 | 595.00 | 178.50 |
| 07/01/2016 | Drew Sainsbury | READ | Reading ahead of call with UCC committee | 1.00 | 595.00 | 595.00 |
| 07/01/2016 | Drew Sainsbury | PHON | Attended call with UCC committee | 0.80 | 595.00 | 476.00 |
| 07/01/2016 | Sophie Law | LETT | ACROKE re committee call; attend UCC call; summary email to ACROKE and LROBER re same | 1.30 | 440.00 | 572.00 |
| 13/01/2016 | Drew Sainsbury | LETT | Materials ahead of UCC call | 0.10 | 595.00 | 59.50 |
| 14/01/2016 | Drew Sainsbury | READ | Materials ahead of call with UCC | 0.50 | 595.00 | 297.50 |
| 14/01/2016 | Sophie Law | ATTD | Review docs in advance of and attend UCC call; drft summary email to ACROKE and LROBER re same | 1.10 | 440.00 | 484.00 |
| 18/01/2016 | Antonia Croke | LETT | Review emails re UCC call and materials | 0.50 | 595.00 | 297.50 |
| 21/01/2016 | Antonia Croke | LETT | Attend UCC call | 0.50 | 595.00 | 297.50 |
| 21/01/2016 | Antonia Croke | READ | Review Agenda and materials for UCC call | 1.00 | 595.00 | 595.00 |
| 26/01/2016 | Antonia Croke | LETT | Review email re UCC call | 0.10 | 595.00 | 59.50 |
| 28/01/2016 | Antonia Croke | LETT | Review agenda and emails re UCC call; emails LROBER re same | 0.40 | 595.00 | 238.00 |
| 28/01/2016 | Lindsey Roberts | LETT | Email to ACROKE re UCC call | 0.10 | 545.00 | 54.50 |
| 28/01/2016 | Lindsey Roberts | REVI | Review of materials for UCC call | 0.50 | 545.00 | 272.50 |
| 28/01/2016 | Lindsey Roberts | PHON | Attend UCC call | 0.90 | 545.00 | 490.50 |

                                                          **4,967.50**

**C0012**     **General Claims Analysis/Claims Objections**

|  |  | Time (Decimal) | Agreed Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Partner** | | | | |
| GDB | Giles Boothman | 0.80 | 845.00 | 676.00 |
| **Senior Associate** | | | | |
| ACROKE | Antonia Croke | 2.00 | 595.00 | 1,190.00 |
| DSAINS | Drew Sainsbury | 2.00 | 595.00 | 1,190.00 |
| **Associate** | | | | |
| SLAW | Sophie Law | 0.30 | 440.00 | 132.00 |
| **Trainee** | | | | |
| TDURKI | Tom Durkin | 0.50 | 205.00 | 102.50 |
| | | | Total | 3,290.50 |

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 07/01/2016 | Antonia Croke | LETT | Review emails re appellate brief | 0.20 | 595.00 | 119.00 |
| 07/01/2016 | Drew Sainsbury | LETT | F Hodara re update | 0.20 | 595.00 | 119.00 |
| 07/01/2016 | Giles Boothman | READ | Read emails/ catch up | 0.30 | 845.00 | 253.50 |
| 08/01/2016 | Giles Boothman | READ | Emails / agenda/ team | 0.30 | 845.00 | 253.50 |
| 11/01/2016 | Drew Sainsbury | LETT | Email F Hodara | 0.20 | 595.00 | 119.00 |
| 11/01/2016 | Drew Sainsbury | DRFT | Response for GDB | 0.20 | 595.00 | 119.00 |
| 12/01/2016 | Antonia Croke | LETT | Review email re mediation | 0.30 | 595.00 | 178.50 |
| 12/01/2016 | Drew Sainsbury | LETT | To Hodara re City AM article | 0.10 | 595.00 | 59.50 |
| 12/01/2016 | Giles Boothman | SUPE | Fred email re City AM article/ read article/ discuss with Drew | 0.20 | 845.00 | 169.00 |
| 15/01/2016 | Drew Sainsbury | READ | M. Fagan update email | 0.30 | 595.00 | 178.50 |
| 15/01/2016 | Sophie Law | LETT | Various emails from F Hodara at Akin re progress of mediation | 0.30 | 440.00 | 132.00 |
| 18/01/2016 | Antonia Croke | LETT | Review emails re public appellate briefing | 0.30 | 595.00 | 178.50 |
| 18/01/2016 | Antonia Croke | LETT | Review emails re mediation update and progress | 0.70 | 595.00 | 416.50 |
| 18/01/2016 | Antonia Croke | LETT | Review emails re appeal briefs | 0.30 | 595.00 | 178.50 |
| 21/01/2016 | Antonia Croke | LETT | Review emails re public posting on appellate briefing | 0.20 | 595.00 | 119.00 |
| 22/01/2016 | Tom Durkin | RSCH | Time spent reading up on UCC Release of Appellate Briefs | 0.50 | 205.00 | 102.50 |
| 28/01/2016 | Drew Sainsbury | READ | Appeal papers | 1.00 | 595.00 | 595.00 |
| | | | | | | 3,290.50 |