## Exhibit C

## DISBURSEMENT SUMMARY

## JANUARY 01, 2016 THROUGH JANUARY 31, 2016

| | |
|---|---:|
| Document Production | £19.98 |
| **TOTAL** | **£19.98** |