Exhibit D

**Disbursements Detailed Breakdown**

Document Production      Printing - 333 pages @ 0.06p                                                                19.98