Exhibit E

## SUMMARY OF ATTORNEYS AND LEGAL ASSISTANTS RENDERING SERVICES DURING THE PERIOD JANUARY 01, 2016 THROUGH JANUARY 31, 2016

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested (£) |
|---|---|---|---|---|
| Giles Boothman | Partner for 14 years; Admitted in 1993 in England and Wales; Restructuring and Special Situations Group, London | £845 | 0.80 | 676.00 |
| Antonia Croke | Associate for 9 years; Admitted in 2007 in New South Wales; Australia Dispute Resolution Group, London | £595 | 4.80 | 2,856.00 |
| Drew Sainsbury | Associate for 8 years; Admitted in 2007 in England and Wales; Restructuring and Special Situations Group, London | £595 | 4.40 | 2,618.00 |
| Lindsey Roberts | Associate for 5 years; Admitted in 2011 in England and Wales; Dispute Resolution Group, London | £545 | 3.70 | 2,016.50 |
| Sophie Law | Associate for 4 years; Admitted in 2012 in England and Wales; Dispute Resolution Group, London | £440 | 2.70 | 1,188.00 |
| Tom Durkin | Trainee Solicitor; Restructuring and Special Situations Group, London | £205 | 0.50 | 102.50 |
| Kelly Trueman | Trainee Solicitor; Dispute Resolution Group, London | £205 | 2.80 | 574.00 |
| TOTAL | | | 19.70 | 10,031.00 |

## COMPENSATION BY PROJECT CATEGORY
## JANUARY 01, 2016 THROUGH JANUARY 31, 2016

| Project Category | Total Hours | Total Fees (£) |
| --- | --- | --- |
| Ashurst Fee Application / Monthly Billing Reports | 5.00 | 1,773.00 |
| Creditors Committee Meetings | 9.10 | 4,967.50 |
| General Claims Analysis/Claims Objections | 5.60 | 3,290.50 |
| **TOTAL** | **19.70** | **10,031.00** |