**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: ) | Chapter 11 |
| ) | Case No. 09-10138 (KG) |
| Nortel Networks Inc., et al.,[1] ) | Jointly Administered |
| ) |  |
| Debtors. ) | **Hearing Date:** TBD |
| ) |  |

# NOTICE OF TWENTY-EIGHTH INTERIM FEE APPLICATION REQUEST

| | |
|---|---|
| Name of Applicant: | Ashurst LLP |
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors |
| Date of Retention: | March 5, 2009 (nunc pro tunc to January 30, 2009) |
| Period for which Compensation and Reimbursement is sought: | November 1, 2015 through January 31, 2016 |
| Amount of Compensation sought as actual, reasonable and necessary | £38,122.50 (US $53,371.50)[2] |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | £105.18 (US $147.25)[3] |

This is (a)n:  X  interim ___ final application.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems, Inc. (9769); Nortel Altsystems International, Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567); and Nortel Networks (CALA) Inc. (4226).

[2] The amount stated in parenthesis is for informational purposes only and reflects the international foreign exchange rate of £1 to US $1.40 as published by Bloomberg.com on the date of this application.

[3] The amount stated in parenthesis is for informational purposes only and reflects the international foreign exchange rate of £1 to US $1.40 as published by Bloomberg.com on the date of this application.

1

46526762

Summary of Fee Applications for Compensation Period:

| Date Filed Docket No. | Period Covered | Requested | | Approved | | Holdback Fees Requested |
|---|---|---|---|---|---|---|
| | | Fees | Expenses | Fees (80%) | Expenses (100%) | Fees (20%) |
| Date Filed: 12/21/2015 Docket No. 16407 | 11/01/2015 – 11/30/2015 | £15,843.00 | £46.64 | £12,674.40 | £46.64 | £3,168.60 |
| Date Filed: 01/29/2016 Docket No. 16499 | 12/01/2015 – 12/31/2015 | £12,248.50 | £38.56 | £9,798.80 | £38.56 | £2,449.70 |
| Date Filed: 03/01/2016 Docket No. TBD | 01/01/2016 – 01/31/2016 | £10,031.00 | £19.98 | Pending Obj deadline 03/22/2016 £8,024.80 | Pending Obj deadline 03/22/2016 £19.98 | £2,006.20 |
| **TOTALS:** | | £38,122.50 | £105.18 | £30,498.00 | £105.18 | £7,624.50 |

Summary of any Objections to Fee Applications:  None.

Dated:    March 1, 2016
          London, United Kingdom

_____
**Giles Boothman**
ASHURST LLP
Broadwalk House
5 Appold Street
London EC2A 2HA
Telephone:  +44 (0)20 7638 1111
Facsimile:  +44 (0)20 7638 1112

European Counsel to the Official Committee of Unsecured Creditors of Nortel Networks Inc., *et al.*