# EXHIBIT A

## NORTEL NETWORKS INC., *et al*.
### CASE NO. 09-10138 (KG)

Professional Fees and Expenses
Monthly Fee Application

| Applicant & Docket No. | Time Period Covered | Fees & Expenses Requested in Application | Fees & Expenses Allowed/Awarded | Date Application Filed | Objection Deadline |
|---|---|---|---|---|---|
| Whiteford, Taylor & Preston LLC<br><br>[Docket No. 16526] | 1/1/16 - 1/31/16 | $52,559.50 (Fees)<br><br>$2,307.70 (Expenses) | $42,047.60 (Fees @ 80%)<br><br>$2,307.70 (Expenses @ 100%) | 2/8/2016 | 2/29/2016 |