# EXHIBIT A

**CUMULATIVE COMPENSATION BY PROJECT
CATEGORY FOR APPLICATION PERIOD**

Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

February 1, 2016 through February 29, 2016

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

# HOURS/BILLABLE AMOUNTS BY PROJECT
## John Ray-Nortel

**Name:** John J. Ray, III

**Working Dates:** Start Date 2/1/16 — End Date 2/29/16

**Enter Billing Rate/Hr:** 735.00

| Project No. | Project Name | Hours/Minutes Worked | Billing Rate | Billing Amount |
|---|---|---|---|---|
| 1 | MOR, required monthly/period disclosures, Schedule Admendments, Form 26 | 0.5 | $735.00 | $367.50 |
| 2 | Contracts - assumption/rejection analysis & support, Executory contract review | | | |
| 3 | Claims Matters | 0.8 | $735.00 | $588.00 |
| 4 | Preparation & presentation of financial and other information; cash/expense management; analysis of proposed transactions; assist with business processes | | | |
| 5 | Asset Sales or Other Transactional Support | | | |
| 6 | IT Infrastructure / Data Support | | | |
| 7 | Litigation Support; Attendance and testimony at hearings; Investigation matters at the request of counsel | 27.1 | $735.00 | $19,918.50 |
| 8 | Creditor Meetings; Various administrative matters (Tax, Financial, Board, Employee) | | | |
| 9 | Development of Plan of Reorganization; Disclosure Statement | | | |
| 10 | Non-Working Travel | | | |
| 11 | Fee Application | 6.0 | $735.00 | $4,410.00 |
| | **Hours/Billing Amount for Period:** | **34.4** | | **$25,284.00** |

**Nortel TIME SHEET** 34.4

John Ray

| Enter Date | Description | Professional | Project No. (1-11) | Enter Start Time Hour (1-23) | Enter Start Time Minutes (1-59) | Enter End Time Hour (1-23) | Enter End Time Minutes (1-59) | Hours/ Minutes Worked |
|---|---|---|---|---|---|---|---|---|
| 2/1/16 | Prepare Dec-Jan fee app | John Ray | 11 | 1 | 0 | 4 | 45 | 3.8 |
| 2/2/16 | Review and file Dec-Jan fee app | John Ray | 11 | 1 | 0 | 1 | 10 | 0.2 |
| 2/4/16 | Review and comment on reply brief | John Ray | 7 | 1 | 0 | 6 | 20 | 5.3 |
| 2/5/16 | Further comment and revision to reply brief | John Ray | 7 | 1 | 0 | 6 | 30 | 5.5 |
| 2/5/16 | Review of bonds brief | John Ray | 7 | 1 | 0 | 2 | 0 | 1.0 |
| 2/8/16 | Review of CCC response to bonds cross appeal | John Ray | 7 | 1 | 0 | 2 | 30 | 1.5 |
| 2/9/16 | Review of status of employee claims reconciliation | John Ray | 3 | 1 | 0 | 1 | 50 | 0.8 |
| 2/10/16 | Further review of draft reply brief and comment | John Ray | 7 | 1 | 0 | 4 | 30 | 3.5 |
| 2/12/16 | Review of revised reply brief | John Ray | 7 | 1 | 0 | 3 | 30 | 2.5 |
| 2/14/16 | Review of counter party briefs served | John Ray | 7 | 1 | 0 | 6 | 30 | 5.5 |
| 2/17/16 | SNMP matter | John Ray | 7 | 1 | 0 | 1 | 45 | 0.8 |
| 2/22/16 | Call with Cleary re allocation and pending litigation | John Ray | 7 | 1 | 0 | 2 | 0 | 1.0 |
| 2/22/16 | Prepare quarterly fee app | John Ray | 11 | 1 | 0 | 2 | 45 | 1.8 |
| 2/23/16 | Review and file quarterly fee app | John Ray | 11 | 1 | 0 | 1 | 10 | 0.2 |
| 2/25/16 | Call with Cleary re pending litigation | John Ray | 7 | 1 | 0 | 1 | 30 | 0.5 |
| 2/29/16 | Review of MOR | John Ray | 1 | 1 | 0 | 1 | 30 | 0.5 |