# EXHIBIT B

**EXPENSE SUMMARY/DETAIL**

Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

February 1, 2016 through February 29, 2016

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

**Nortel Networks, Inc.**

**EXPENSE SUMMARY**
**February 1, 2016 through February 28, 2016**

**John Ray**

| Expense Category | | Total Expenses |
|---|---|---|
| Travel – Airline | $ | 200.00 |
| Travel – Lodging | | 690.00 |
| Travel – Transportation | | 86.03 |
| Travel – Meals | | 50.00 |
| Parking | | 31.50 |
| | | |
| TOTAL | $ | 1,057.53 |
| | | |

John Ray Time and Expense--Nortel

PERIOD: February 1, 2016 through February 28, 2016

| Date | Description | Air | Lodging | Transportation | Meals | Parking | Professional |
|---|---|---|---|---|---|---|---|
| 2/29/16 | Flight to New York | $ 200.00 | | | | | John Ray |
| 2/29/16 | Car service | | | $ 86.03 | | | John Ray |
| 2/29/16 | Dinner | | | | $ 50.00 | | John Ray |
| 2/29/16 | Hotel | | $ 600.00 | | | | John Ray |
| 2/29/16 | Hotel tax | | $ 90.00 | | | | John Ray |
| 3/3/16 | Parking | | | | | $ 31.50 | John Ray |