UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
In re                                                          :    Chapter 11
                                                               :    Case No. 09-10138 (KG)
                                                               :    (Jointly Administered)
**NORTEL NETWORKS, INC., <u>et al.</u>,**[1]                   :
                                                               :
         **Debtors.**                                          :
---------------------------------------------------------------x

**FIRST SUPPLEMENTAL VERIFIED STATEMENT OF QUINN EMANUEL
URQUHART & SULLIVAN, LLP PURSUANT TO BANKRUPTCY RULE 2019**

Pursuant to Rule 2019(a) of the Federal Rules of Bankruptcy Procedure ("<u>Bankruptcy Rule 2019</u>"), Quinn Emanuel Urquhart & Sullivan, LLP ("<u>Quinn Emanuel</u>") and Pinckney, Urban, Weidinger & Joyce LLC ("<u>Pinckney</u>," and, together with Quinn Emanuel, "<u>Counsel</u>"), co-counsel to Solus Alternative Asset Management LP ("<u>Solus</u>") and PointState Capital LP ("<u>PointState</u>") in the above-captioned cases, hereby makes the following first supplemental verified statement (the "<u>First Supplemental Statement</u>"):

1.      Quinn Emanuel is a law firm that maintains offices at, among other locations, 51 Madison Avenue 22nd Floor, New York, New York 10010.

2.      Pinckney is a law firm that maintains offices at 3711 Kennett Pike, Suite 210, Greenville, Delaware 19807.

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769),Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortea Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).

3. Counsel filed the Verified Statement Of Quinn Emanuel Urquhart & Sullivan LLP Pursuant To Bankruptcy Rule 2019 on July 15, 2015 [ECF No. 14030] (the "<u>Initial Statement</u>").

4. Counsel is filing this First Supplemental Statement to update the information contained in the Initial Statement.

5. As of the date of this First Supplemental Statement, Counsel represents Solus and PointState in the chapter 11 cases of the above-captioned debtors. Solus and PointState hold claims against or act as advisors or investment managers to funds and/or accounts that hold claims against certain of the Debtors' estates. In accordance with Bankruptcy Rule 2019 and based upon information provided to Counsel by Solus and PointState, set forth below is a list of the names, addresses and the nature and amount of all disclosable economic interests held by Solus and PointState and the funds and accounts they act as advisors or investment managers of in relation to the Debtors as of March 8, 2016.

| NAME AND ADDRESS OF CREDITOR | NATURE AND AMOUNT OF CLAIMS |
|---|---|
| Solus<br>410 Park Avenue<br>New York, NY 10022 | - $103,435,000 of 7.875% Senior Notes due 2026 issued by issued by Nortel Networks Limited f/k/a Northern Telecom Limited ("<u>NNL</u>") and Nortel Networks Capital Corporation f/k/a Northern Telecom Capital Corporation ("<u>NNCC</u>");<br>- Approximately $22,200,000 of general unsecured claims against Nortel Networks, Inc. |
| PointState Capital LP<br>40 W 57th St<br>New York, NY 10019 | - $32,320,000 of 7.875% Senior Notes due 2026 issued by NNL and NNCC; |

6. Solus retained Quinn Emanuel in or about February 2014; PointState retained Quinn Emanuel in or about February 2016.

7. Quinn Emanuel does not represent or purport to represent any entities other than Solus and PointState in connection with the Debtors' chapter 11 cases.

8. Upon information and belief, Counsel does not hold any claims against, or interests in, the Debtors.

9. The undersigned verifies, under penalty of perjury, that this First Supplemental Statement is true and correct to the best of his knowledge and belief.

10. Nothing contained in this First Supplemental Statement should be construed as a limitation upon, or waiver of, any rights of Solus or PointState to assert, file and/or amend its claims in accordance with applicable law and any orders entered in these cases.

11. Counsel reserves the right to revise, supplement, and amend this First Supplemental Statement in accordance with the requirements set forth in Bankruptcy Rule 2019.

Respectfully submitted,

Dated: Wilmington, DE
March 8, 2016

 */s/ Joanne P. Pinckney*
Joanne P. Pinckney (DE No. 3344)
**PINCKNEY, URBAN, WEIDINGER & JOYCE LLC**
3711 Kennett Pike, Suite 210
Greenville, DE 19807
(302) 504 1497 (Telephone)

-and-

Susheel Kirpalani
James C. Tecce
**QUINN, EMANUEL, URQUHART & SULLIVAN LLP**
52 Madison Avenue, 22nd Floor
(212) 849-7000 (Telephone)
New York, New York 10010

*Counsel to Solus Alternative Asset Management LP and PointState Capital LP*

3