# **<u>EXHIBIT B</u>**

```
*********************************************************************************************Page 30 of (32)
                                         WHITEFORD, TAYLOR & PRESTON    THRU 02/29/16
BILLING ATTORNEY: 01762  CHRISTOPHER M. SAMIS    DETAILED   BILLING REPORT    AS OF 3/7/2016 11:52:56 AM
                                         PROFORMA NUMBER: 476033         LAST DATE BILLED 02/19/16

CLIENT 091281           OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
                        NORTEL NETWORKS, INC.
MATTER 00001            NORTEL
CASE ID
```

| INDEX | DATE | REFER-# | CODE | CTRL-# | TKPR | | AMOUNT | |
|---|---|---|---|---|---|---|---|---|
| | | | 10 | | | PHOTOCOPIES | | 2.00 |
| 4486206 | 02/05/16 | | 101 | | 01762 | DLS DISCOVERY - COURIER EXPENSE- JUDGE GROSS X2 | 24.00 | |
| 4486208 | 02/19/16 | | 101 | | 01762 | DLS DISCOVERY - COURIER EXPENSE-RUSH DELIVERY | 7.50 | |
| | | | | | *101 | COURIER EXPENSE | | 31.50 |
| 4486207 | 02/19/16 | | 44 | | 01762 | COPIES DLS DISCOVERY - COURIER EXPENSE- COPY/PRINT; ENVELOPE; PDF EMAILED TO CLIENT; POSTAGE; HAND DELIVERY W BANKRUPTCY SERVICE; PRINTING ON LABEL STOCK | 87.99 | |
| 4486212 | 02/29/16 | | 44 | | 01762 | DLS DISCOVERY - COPIES-COPY/PRINT; POSTAGE; ENVELOPE; PRINTING ON LABEL STOCK; PDF EMAILED TO CLIENT; HAND DELIVERY W BANKRUPTCY SERVICE | 56.19 | |
| | | | | | *44 | COPIES | | 144.18 |
| | | | | | | *TOTAL DISBURSEMENTS* | 177.68 | |