# Exhibit B

**EXPENSE SUMMARY**

Nortel Networks, Inc., *et al.*
(Case No. 09-10138 (KG))

February 1, 2016 through February 29, 2016

| **Expense Category** | **Service Provider (if applicable)** | **Total Expenses** |
|---|---|---|
| Transcripts | | $659.50 |
| Photos/Art/Spec Duplicating | Out of Office | 3,161.99 |
| Travel | | 88.00 |
| Meals | | 6.50 |
| Messenger Services | | 95.00 |
| Courier/Delivery Service | | 1,694.51 |
| In-House Duplicating | | 63.10 |
| Postage | | 122.11 |
| Facsimile | | 751.25 |
| Pacer | | 29.50 |
| Conference Calls | | 30.00 |
| Paralegal Overtime | | 11.00 |
| **Total Expenses** | | **$6,712.86** |

**COST ENTRIES**

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1392697 | 12/22/15 | B | 659.90 | Transcripts - WILCOX & FETZER, LTD - TRANSCRI OF ARGUMENT ON CROSS-MOTIONS FOR PARTIAL SUMMARY JUDGMENT - 12/22/15 | 506 | 961 | 215086 |
| 1393942 | 02/01/16 | B | 1,701.17 | Photos/Art/Spec Duplicating-Out of Office - D DISCOVERY - BANKRUPTCY SERVICE - 2/1/16 | 510 | 684 | 215303 |
| 1393941 | 02/02/16 | B | 1,355.22 | Photos/Art/Spec Duplicating-Out of Office - D DISCOVERY - BANKRUPTCY SERVICE - 2/2/16 | 510 | 684 | 215302 |
| 1393943 | 02/05/16 | B | 105.60 | Photos/Art/Spec Duplicating-Out of Office - D DISCOVERY | 510 | 684 | 215304 |
| 1387793 | 01/07/16 | B | 88.00 | Travel - AMERICAN EXPRESS - D. ABBOTT - WILMINGTON TO NYC - 1/14/16 | 511 | 000 | 214710 |
| 1392154 | 02/18/16 | B | 6.50 | Meals - A. Remming- REIMBURSEMENT OF COSTS FOR WORKING DINNER - 2/18/16 | 512 | 961 | 215081 |
| 1389336 | 02/01/16 | B | 5.00 | Messenger Service - to YCST | 513S | 684 | |
| 1389342 | 02/02/16 | B | 5.00 | Messenger Service - to Trustee | 513S | 684 | |
| 1389343 | 02/02/16 | B | 5.00 | Messenger Service - to Sullivan Hazeltine | 513S | 684 | |
| 1389350 | 02/02/16 | B | 5.00 | Messenger Service - to USDC | 513S | 684 | |
| 1389363 | 02/02/16 | B | 5.00 | Messenger Service - to Trustee | 513S | 684 | |
| 1389377 | 02/02/16 | B | 5.00 | Messenger Service - to USBC | 513S | 684 | |
| 1389414 | 02/03/16 | B | 5.00 | Messenger Service - to USBC | 513S | 684 | |
| 1389393 | 02/03/16 | B | 5.00 | Messenger Service - to USDC | 513S | 961 | |
| 1389427 | 02/05/16 | B | 5.00 | Messenger Service - to USBC | 513S | 684 | |
| 1392513 | 02/08/16 | B | 5.00 | Messenger Service - to USBC | 513S | 684 | |
| 1392542 | 02/09/16 | B | 5.00 | Messenger Service - to USBC | 513S | 684 | |
| 1392552 | 02/10/16 | B | 5.00 | Messenger Service - to UST | 513S | 684 | |
| 1392560 | 02/10/16 | B | 5.00 | Messenger Service - to USBC | 513S | 684 | |
| 1392564 | 02/10/16 | B | 5.00 | Messenger Service - to Cole Schotz | 513S | 684 | |
| 1392568 | 02/10/16 | B | 5.00 | Messenger Service - to Trustee | 513S | 684 | |
| 1392661 | 02/17/16 | B | 5.00 | Messenger Service - to USBC | 513S | 684 | |
| 1392664 | 02/18/16 | B | 5.00 | Messenger Service - to Trustee | 513S | 684 | |
| 1392674 | 02/18/16 | B | 5.00 | Messenger Service - to USBC | 513S | 684 | |
| 1392685 | 02/19/16 | B | 5.00 | Messenger Service - to USBC | 513S | 684 | |

Nortel Networks, Inc.  
63989-DIP  
DATE: 03/09/16 09:23:46

PRO FORMA   596009           AS OF 02/29/16

INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1391906 | 02/01/16 | B | 76.45 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 215031 |
| 1395231 | 02/05/16 | B | 68.85 | Courier/Delivery Service - CITIZENS BANK - USPS.COM - SUNDAY SHIPPING - 2/5/16 | 514 | 000 | 215487 |
| 1390497 | 02/05/16 | B | 33.25 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 214888 |
| 1390146 | 02/05/16 | B | 12.72 | Courier/Delivery Service | 514 | 322 | 214858 |
| 1390147 | 02/05/16 | B | 23.63 | Courier/Delivery Service | 514 | 322 | 214858 |
| 1390148 | 02/05/16 | B | 23.64 | Courier/Delivery Service | 514 | 322 | 214858 |
| 1390149 | 02/05/16 | B | 12.72 | Courier/Delivery Service | 514 | 322 | 214858 |
| 1390150 | 02/05/16 | B | 26.54 | Courier/Delivery Service | 514 | 322 | 214858 |
| 1390151 | 02/05/16 | B | 27.36 | Courier/Delivery Service | 514 | 322 | 214858 |
| 1390206 | 02/05/16 | B | 18.84 | Courier/Delivery Service | 514 | 322 | 214858 |
| 1390207 | 02/05/16 | B | 22.87 | Courier/Delivery Service | 514 | 322 | 214858 |
| 1390208 | 02/05/16 | B | 26.54 | Courier/Delivery Service | 514 | 322 | 214858 |
| 1390209 | 02/05/16 | B | 23.64 | Courier/Delivery Service | 514 | 322 | 214858 |
| 1390210 | 02/05/16 | B | 23.63 | Courier/Delivery Service | 514 | 322 | 214858 |
| 1390211 | 02/05/16 | B | 23.63 | Courier/Delivery Service | 514 | 322 | 214858 |
| 1390200 | 02/05/16 | B | 18.84 | Courier/Delivery Service | 514 | 322 | 214858 |
| 1390201 | 02/05/16 | B | 26.12 | Courier/Delivery Service | 514 | 322 | 214858 |
| 1390202 | 02/05/16 | B | 26.54 | Courier/Delivery Service | 514 | 322 | 214858 |
| 1390203 | 02/05/16 | B | 27.66 | Courier/Delivery Service | 514 | 322 | 214858 |
| 1390204 | 02/05/16 | B | 26.54 | Courier/Delivery Service | 514 | 322 | 214858 |
| 1390205 | 02/05/16 | B | 23.63 | Courier/Delivery Service | 514 | 322 | 214858 |
| 1390194 | 02/05/16 | B | 25.33 | Courier/Delivery Service | 514 | 322 | 214858 |
| 1390195 | 02/05/16 | B | 23.63 | Courier/Delivery Service | 514 | 322 | 214858 |
| 1390196 | 02/05/16 | B | 18.84 | Courier/Delivery Service | 514 | 322 | 214858 |
| 1390197 | 02/05/16 | B | 23.64 | Courier/Delivery Service | 514 | 322 | 214858 |
| 1390198 | 02/05/16 | B | 26.43 | Courier/Delivery Service | 514 | 322 | 214858 |
| 1390199 | 02/05/16 | B | 18.84 | Courier/Delivery Service | 514 | 322 | 214858 |
| 1390188 | 02/05/16 | B | 18.84 | Courier/Delivery Service | 514 | 322 | 214858 |
| 1390189 | 02/05/16 | B | 18.84 | Courier/Delivery Service | 514 | 322 | 214858 |
| 1390190 | 02/05/16 | B | 23.63 | Courier/Delivery Service | 514 | 322 | 214858 |
| 1390191 | 02/05/16 | B | 23.63 | Courier/Delivery Service | 514 | 322 | 214858 |
| 1390192 | 02/05/16 | B | 26.43 | Courier/Delivery Service | 514 | 322 | 214858 |
| 1390193 | 02/05/16 | B | 27.66 | Courier/Delivery Service | 514 | 322 | 214858 |
| 1390182 | 02/05/16 | B | 18.84 | Courier/Delivery Service | 514 | 322 | 214858 |
| 1390183 | 02/05/16 | B | 26.43 | Courier/Delivery Service | 514 | 322 | 214858 |
| 1390184 | 02/05/16 | B | 26.54 | Courier/Delivery Service | 514 | 322 | 214858 |
| 1390185 | 02/05/16 | B | 23.64 | Courier/Delivery Service | 514 | 322 | 214858 |

```
Nortel Networks, Inc.                    PRO FORMA  396009         AS OF 02/29/16                         INVOICE#  ******
63989-DIP
DATE: 03/09/16 09:23:46


INDEX      DATE      STAT    AMOUNT    DESCRIPTION                                              CODE   TKPER   VOUCHER
1390186   02/05/16    B        26.54   Courier/Delivery Service                                  514    322    214858
1390187   02/05/16    B        18.84   Courier/Delivery Service                                  514    322    214858
1390176   02/05/16    B        23.63   Courier/Delivery Service                                  514    322    214858
1390177   02/05/16    B        12.72   Courier/Delivery Service                                  514    322    214858
1390178   02/05/16    B        18.84   Courier/Delivery Service                                  514    322    214858
1390179   02/05/16    B        22.40   Courier/Delivery Service                                  514    322    214858
1390180   02/05/16    B        23.64   Courier/Delivery Service                                  514    322    214858
1390181   02/05/16    B        23.63   Courier/Delivery Service                                  514    322    214858
1390170   02/05/16    B        18.84   Courier/Delivery Service                                  514    322    214858
1390171   02/05/16    B        26.54   Courier/Delivery Service                                  514    322    214858
1390172   02/05/16    B        23.63   Courier/Delivery Service                                  514    322    214858
1390173   02/05/16    B        26.54   Courier/Delivery Service                                  514    322    214858
1390174   02/05/16    B        16.40   Courier/Delivery Service                                  514    322    214858
1390175   02/05/16    B        26.54   Courier/Delivery Service                                  514    322    214858
1390164   02/05/16    B        18.84   Courier/Delivery Service                                  514    322    214858
1390165   02/05/16    B        23.63   Courier/Delivery Service                                  514    322    214858
1390166   02/05/16    B        26.54   Courier/Delivery Service                                  514    322    214858
1390167   02/05/16    B        18.84   Courier/Delivery Service                                  514    322    214858
1390168   02/05/16    B        26.54   Courier/Delivery Service                                  514    322    214858
1390169   02/05/16    B        22.57   Courier/Delivery Service                                  514    322    214858
1390158   02/05/16    B        22.87   Courier/Delivery Service                                  514    322    214858
1390159   02/05/16    B        20.43   Courier/Delivery Service                                  514    322    214858
1390160   02/05/16    B        18.84   Courier/Delivery Service                                  514    322    214858
1390161   02/05/16    B        12.72   Courier/Delivery Service                                  514    322    214858
1390162   02/05/16    B        12.72   Courier/Delivery Service                                  514    322    214858
1390163   02/05/16    B        18.84   Courier/Delivery Service                                  514    322    214858
1390152   02/05/16    B        23.63   Courier/Delivery Service                                  514    322    214858
1390153   02/05/16    B        23.64   Courier/Delivery Service                                  514    322    214858
1390154   02/05/16    B        18.84   Courier/Delivery Service                                  514    322    214858
1390155   02/05/16    B        22.87   Courier/Delivery Service                                  514    322    214858
1390156   02/05/16    B        18.84   Courier/Delivery Service                                  514    322    214858
1390157   02/05/16    B        26.54   Courier/Delivery Service                                  514    322    214858
1393190   02/10/16    B        13.80   Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC     514    000    215201
1393339   02/18/16    B         6.90   Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC     514    000    215223
1393656   02/24/16    B        22.51   Courier/Delivery Service                                  514    322    215296
1389178   02/01/16    B         2.84   Postage                                                   520    684
1389180   02/01/16    B         3.28   Postage                                                   520    684
```

Nortel Networks, Inc.  
63989-DIP  
DATE: 03/09/16 09:23:46

PRO FORMA 396009           AS OF 02/29/16           INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1389181 | 02/02/16 | B | 14.20 | Postage | 520 | 684 | |
| 1389184 | 02/02/16 | B | 7.14 | Postage | 520 | 684 | |
| 1389187 | 02/02/16 | B | 0.48 | Postage | 520 | 684 | |
| 1389190 | 02/02/16 | B | 4.92 | Postage | 520 | 684 | |
| 1392444 | 02/10/16 | B | 6.90 | Postage | 520 | 684 | |
| 1392448 | 02/10/16 | B | 1.44 | Postage | 520 | 684 | |
| 1392449 | 02/10/16 | B | 0.48 | Postage | 520 | 684 | |
| 1392451 | 02/10/16 | B | 3.60 | Postage | 520 | 684 | |
| 1392478 | 02/18/16 | B | 5.58 | Postage | 520 | 684 | |
| 1392502 | 02/20/16 | B | 2.40 | Postage | 520 | 684 | |
| 1389817 | 01/20/16 | B | 68.85 | Postage - USPS.COM - EXPRESS MAIL SERVICE - M. MADDOX - 1/20/16 | 520H | 000 | 214829 |
| 1393944 | 02/05/16 | B | 693.00 | Facsimile - DLS DISCOVERY - FAX BROADCAST - 2/5/16 | 522H | 684 | 215304 |
| 1393946 | 02/08/16 | B | 58.25 | Facsimile - DLS DISCOVERY - FAX BROADCAST - 2/8/16 | 522H | 684 | 215306 |
| 1390532 | 01/31/16 | B | 29.50 | Pacer charges for the month of January | 529 | 000 | |
| 1393363 | 02/19/16 | B | 11.00 | Paralegal Overtime | 530S | 594 | |
| 1387391 | 02/02/16 | B | 1.25 | In-House Printing - black & white Call time: 11:12; to | 541 | 961 | |
| 1390608 | 02/11/16 | B | 2.65 | In-House Printing - black & white Call time: 12:21; to | 541 | 961 | |
| 1390609 | 02/11/16 | B | 0.60 | In-House Printing - black & white Call time: 12:21; to | 541 | 961 | |
| 1390840 | 02/12/16 | B | 1.05 | In-House Printing - black & white Call time: 18:28; to | 541 | 961 | |
| 1391741 | 02/17/16 | B | 1.10 | In-House Printing - black & white Call time: 15:19; to | 541 | 961 | |
| 1391742 | 02/17/16 | B | 0.05 | In-House Printing - black & white Call time: 15:19; to | 541 | 961 | |
| 1392169 | 02/18/16 | B | 4.05 | In-House Printing - black & white Call time: 20:20; to | 541 | 961 | |
| 1392764 | 02/22/16 | B | 1.50 | In-House Printing - black & white Call time: 09:45; to | 541 | 961 | |
| 1392765 | 02/22/16 | B | 0.05 | In-House Printing - black & white Call time: 09:45; to | 541 | 961 | |
| 1392938 | 02/23/16 | B | 22.00 | In-House Printing - black & white Call time: 11:25; to | 541 | 594 | |
| 1393571 | 02/26/16 | B | 1.50 | In-House Printing - black & white Call time: 09:58; to | 541 | 961 | |
| 1393572 | 02/26/16 | B | 0.05 | In-House Printing - black & white Call time: 09:58; to | 541 | 961 | |
| 1393573 | 02/26/16 | B | 1.45 | In-House Printing - black & white Call time: 17:36; to | 541 | 961 | |
| 1393574 | 02/26/16 | B | 1.55 | In-House Printing - black & white Call time: 19:04; to | 541 | 961 | |
| 1390610 | 02/11/16 | B | 24.25 | In-House Printing - color | 542 | 322 | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Nortel Networks, Inc. | | | | PRO FORMA  596009 | AS OF 02/29/16 | | INVOICE# ****** |
| 63989-DIP | | | | | | | |
| DATE: 03/09/16 09:23:46 | | | | | | | |

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1395233 | 01/22/16 | B | 30.00 | Conference Calls - CITIZENS BANK - COURTCALL CONFERENCE SERVICES - #7393505 - 1/22/16 | 552H | 000 | 215487 |
| | | | 6,712.86 | | | | |