## CERTIFICATE OF SERVICE

I, Tamara K. Minott, certify that I am not less than 18 years of age, and that service of the foregoing **Eighty-Sixth Interim Application Of Morris, Nichols, Arsht & Tunnell LLP, As Delaware And General Bankruptcy Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period February 1, 2016 Through February 29, 2016** was caused to be made on March 9, 2016, in the manner indicated upon the entities identified below.

Dated: March 9, 2016  
      Wilmington, DE

*/s/ Tamara K. Minott*  
Tamara K. Minott (No. 5643)

**VIA HAND DELIVERY**

Christopher M. Samis, Esq.  
L. Katherine Good, Esq.  
Whiteford Taylor & Preston LLC  
The Renaissance Center  
405 N. King Street, Suite 500  
Wilmington, DE 19801  
(Counsel for Official Committee  
Of Unsecured Creditors)

**VIA HAND DELIVERY & EMAIL**

Mark Kenney, Esq.  
Office of the U.S. Trustee  
844 King Street  
Suite 2207, Lockbox 35  
Wilmington, DE 19801-3519  
Email: Mark.Kenney@usdoj.gov  
(Trustee)

**VIA FIRST CLASS MAIL & EMAIL**

Judith Scarborough CPA/ABV CVA  
Master, Sidlow & Associates, P.A.  
2002 West 14th Street  
Wilmington, DE 19806  
Email: jscarborough@mastersidlow.com

**VIA FIRST CLASS MAIL**

Nortel Networks, Inc.  
Attn: Accounts Payable  
P.O. Box 13010  
RTP, NC 27709  
(Debtor)

Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer & Feld LLP  
One Bryant Park  
New York, NY 10036  
(Counsel for Official Committee  
Of Unsecured Creditors)

4089920.51