07 March 2016

To:  The Office of the Clerk

The United States Bankruptcy Court for the District of Delaware

824 Market Street

Wilmington, Delaware

19801

CC:

Cleary Gottlieb Steen & Hamilton LPP

One Liberty Plaza

New York, New York

10006

Attn:  Lisa M. Schweitzer

CC:

Morris, Nichols, Arsht & Tunnell LPP

1201 North Market Street,

P. O. Box 1347

Wilmington, Deleware

19899-1347

Name of the court:    In the United States Bankruptcy Court for the District of Delaware

Debtor:   Nortel Networks Inc.

Case  09 – 10138-KG    doc.   16554    filed 02/19/16

Name of claimant,   Robert Paul Smith   Hired 17 Feb. 1975, laid off without Severance on 18 March 2009, Continuous Service.

Mailing address:   Robert Paul Smith, 3408 Stallion Ct., Raleigh, NC 27613

Phone  (919) 848-1366 home number      No FAX line is available.

Payroll Employee ID    000942      Global ID  0200672

Claim number 4062  for  $89,939.20

07 March 2016

Your Honor:

My name is Robert Paul Smith and I was a Nortel Employee that was hired in February 1975 and was laid off in March 2009. Because the layoff date was after the January 2009 announcement that Nortel was going to file for Bankruptcy Protection I was not paid my Severance amount due when I left their employment. The letter this week said I was not entitled to such compensation and to this I strongly disagree with the statements made by the staff that processed my claim.

I did file claim number 4062 in the amount of $89,939.20 and the letter of objection from the Nortel Legal staff mention in this objection has stated in Exhibit A that "Based on careful review of the Debtors' Books and Records, their Schedules, and the proofs of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing by any of the Debtors to the claimant with respect to such claim and none of the Debtors in these chapter 11 chases is liable for the claim."

Based on this statement it sounds as if they could not find my name with the files that Nortel provided the courts. The attachments I have included in this letter show that I was receiving a paycheck from this firm and was a legal full time employee. The only off thing was that I did have two employee numbers, one under the old system and one under the new system. I have provided both number on my cover to this letter. My social security number has never been changed and was found in both systems.

I strongly disagree with these statements found in the objection dated 19 Feb 2016 and I am asking that Your Honor in this hearing to remove my name off of this objection list found in Exhibit A and place me back on the road to some level of recovery that I am legally entitled too for the Severance payments I never received.

I have included a photo copy of my last check I received paying me for my vacation that I received after that layoff occurred. This is proof that I was a long term employee and that I should be removed from this Letter of Objection that is attached and that claim 4062 should move forward to the final ruling for distribution of the funds that I am owed.

Thank you.

Robert Paul Smith

3408 Stallion Ct.

Raleigh, NC   27613

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

----------------------------------- X
                                    :
*In re*                             :  Chapter 11
                                    :
Nortel Networks Inc., *et al.*,[1]  :  Case No. 09-10138(KG)
                                    :
              Debtors.              :  Jointly Administered
                                    :
                                    :
                                    :  Hearing date: March 22, 2016 at 10:00 a.m. (ET)
                                    :  Responses due: March 11, 2016 at 4:00 p.m. (ET)
----------------------------------- X

**DEBTORS' FORTIETH OMNIBUS OBJECTION (SUBSTANTIVE) TO CERTAIN
CLAIMS PURSUANT TO 11 U.S.C. § 502, FED. R. BANKR. P. 3007
AND DEL. L.R. 3007-1 (NO-BASIS CLAIMS, INSUFFICIENT DOCUMENTATION
CLAIMS, NO-BASIS 503(b)(9) CLAIMS, NO-BASIS DEFERRED COMPENSATION
CLAIMS, NO-BASIS PENSION CLAIMS, NO-BASIS RETIREE CLAIMS, NO-BASIS
401(k) CLAIMS, NO-BASIS EQUITY CLAIMS, REDUNDANT CLAIMS, MODIFY AND
ALLOW CLAIMS, RECLASSIFY AND ALLOW CLAIMS AND WRONG DEBTOR
CLAIMS)**

**TO THE CLAIMANTS LISTED IN EXHIBITS A-B ATTACHED TO THIS
OBJECTION:**

- **CLAIMANTS' RIGHTS MAY BE AFFECTED BY THIS OBJECTION
  AND BY ANY FUTURE OBJECTION(S) THAT MAY BE FILED BY THE
  DEBTORS.**

- **THE RELIEF SOUGHT HEREIN IS WITHOUT PREJUDICE TO THE
  DEBTORS' RIGHTS TO PURSUE FURTHER SUBSTANTIVE OR
  NON-SUBSTANTIVE OBJECTIONS AGAINST THE CLAIMS LISTED
  IN EXHIBITS A-B.**

- **CLAIMANTS RECEIVING THIS OBJECTION SHOULD LOCATE
  THEIR NAMES AND CLAIMS IN EXHIBITS A-B.**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

## Exhibit A

**No-Basis Claims, Insufficent Documentation Claims, No-Basis 503(B)(9) Claims, No-Basis Deferred Compensation Claims, No-Basis Pension Claims, No-Basis Retiree Claims, No-Basis 401(k) Claims. No-Basis Equity Claims and Redundant Claims**

### Claim to be Expunged

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount Claimed | Reason for Disallowance |
|---|---|---|---|
| SMITH, ROBERT PAUL<br>3408 STALLION CT<br>RALEIGH, NC 27613 | 1475<br>7/6/09<br>NO DEBTOR | - (S)<br>- (A)<br>$89,939.20 (P)<br>- (U)<br>$89,939.20 (T) | This claim asserts liability for termination benefits.<br><br>Based on careful review of the Debtors' Books and Records, their Schedules, and the proofs of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing by any of the Debtors to the claimant with respect to such claim and none of the Debtors in these chapter 11 cases is liable for the claim. |
| SMITH, ROBERT PAUL<br>3408 STALLION CT<br>RALEIGH, NC 27613 | 4062<br>9/28/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$10,950.00 (P)<br>$78,989.20 (U)<br>$89,939.20 (T) | This claim asserts liability for termination benefits.<br><br>Based on careful review of the Debtors' Books and Records, their Schedules, and the proofs of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing by any of the Debtors to the claimant with respect to such claim and none of the Debtors in these chapter 11 cases is liable for the claim. |
| SPECK, BRUCE A<br>121 AUGUSTA CT<br>JUPITER, FL 33458 | 7366<br>7/30/10<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$476,000.00 (U)<br>$476,000.00 (T) | This claim asserts liability for termination benefits.<br><br>Based on careful review of the Debtors' Books and Records, their Schedules, and the proofs of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing by any of the Debtors to the claimant with respect to such claim and none of the Debtors in these chapter 11 cases is liable for the claim. |
| SPECK, BRUCE A.<br>121 AUGUSTA CT.<br>JUPITER, FL 33458 | 7917<br>8/25/11<br>NO DEBTOR | - (S)<br>- (A)<br>$60,000.00 (P)<br>- (U)<br>$60,000.00 (T) | Claim is related to ownership of equity interest in the Canadian Debtors, and therefore fails to meet the standard for prima facie validity. |
| WADFORD, DEBORAH B.<br>319 SHERRON RD.<br>DURHAM, NC 27703 | 8340<br>8/13/12<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$35,772.99 (U)<br>$35,772.99 (T) | This claim asserts liability for termination benefits.<br><br>Based on careful review of the Debtors' Books and Records, their Schedules, and the proofs of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing by any of the Debtors to the claimant with respect to such claim and none of the Debtors in these chapter 11 cases is liable for the claim. |



*Handwritten notes: 18 Mch 2009 LAID off. 2009*

REMOVE DOCUMENT ALONG THIS PERFORATION

| Employee | | | Emp ID | Social Security | Status | Exemptions/Allowances | | Number |
|---|---|---|---|---|---|---|---|---|
| ROBERT P SMITH | | | 000942 | XXX-XX-0471 | Single | US-0/0 $200 NC-0/0 | | 95059845 |
| Code | | Paygroup | Division | Department | | Period Start | Period End | Pay Date |
| NN-US | | 1RA | 540 | 1440 | | 03/24/09 | 03/24/09 | 03/24/09 |

| Earnings | Rate | Units | Current | Year To Date | | Current | Year To Date |
|---|---|---|---|---|---|---|---|
| Regular Pay | - | - | | 24637.16 | W2 Gross Wages | 10765.06 | 31782.11 |
| Vacation Pay | 48.8832 | 242.00 | 11829.73 | 11829.73 | | | |
| Group Term Life > $50000 | - | - | | 61.92 | | | |
| Total Gross | | | 11829.73 | 36528.81 | | | |

| Taxes | Current | Year To Date |
|---|---|---|
| Federal Income Tax | 2691.27 | 8017.80 |
| Social Security (FICA) | 733.45 | 2173.98 |
| Federal Medicare | 171.53 | 508.43 |
| North Carolina Income Tax | 646.00 | 2061.00 |
| Total | 4242.25 | 12761.21 |

| PreTax Deductions | Current | Year To Date |
|---|---|---|
| Pretax Medical Plan | - | 852.25 |
| Pretax DVH Plan | - | 188.51 |
| Pretax STD | - | 43.82 |
| Pretax LTD | - | 30.10 |
| 401K Unmatched | 354.89 | 1094.01 |
| Spousal Health Care Access Fee | - | 350.00 |
| 401K Matched-Option D | 709.78 | 2188.01 |
| Total | 1064.67 | 4746.70 |

| AfterTax Deductions | Current | Year To Date |
|---|---|---|
| Voluntary AD&D | - | 19.74 |
| Life Insurance | - | 268.87 |
| Dependent Life Ins. Spouse | - | 21.98 |
| Dependent Life Ins. Child | - | 3.85 |
| UW Triangle (NC) | - | 28.00 |
| Group Term Life Offset | - | 61.92 |
| Total | 0.00 | 404.36 |

| Net Pay | 6522.81 |
|---|---|

*Handwritten notes in left margin: GID 0200672*

*Handwritten notes in right margin: 19 MARCH 2009 → 21 April 09 is 30 days. 30.xx VACATION DAYS Being paid after layoff 25 MARCH 2009*

NORTEL NETWORKS, INC. - 4001 E. Chapel Hill-Nelson Hwy   Research Triangle Park,   NC   27709-3010

**United States Bankruptcy Court for the District of Delaware**
Nortel Networks Inc. Claims Processing
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5075
New York, NY 10150-5075

| In Re: | Chapter 11 |
|---|---|
| Nortel Networks Inc., et al. | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| Name of Debtor Against Which Claim is Held | Case No. of Debtor |

**PROOF OF CLAIM**

Filed: USBC - District of Delaware
Nortel Networks Inc., Et AL
09-10138 (KG)    0000001475

THIS SPACE IS FOR COURT USE ONLY

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

Robert Paul Smith
3408 Stallion CT
Raleigh, NC 27613
Telephone number: 919.848.1366    Email Address:

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____ (If known)

Filed on: _____

Name and address where payment should be sent (if different from above)

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

Telephone number:    Email Address:

1. **Amount of Claim as of Date Case Filed:** $ 89,939.29

   If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.
   If all or part of your claim is entitled to priority, complete Item 5.

   ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges.

2. **Basis for Claim:** SEVERANCE PACKAGE NOT RECEIVED
   (See instruction #2 on reverse side.)

3. **Last four digits of any number by which creditor identifies debtor:** _____
   3a. Debtor may have scheduled account as: _____
   (See instruction #3a on reverse side.)

4. **Secured Claim** (See instruction #4 on reverse side.)
   Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

   Nature of property or right of setoff:  ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
   Describe: _____
   Value of Property: $_____   Annual Interest Rate _____ %
   Amount of arrearage and other charges as of time case filed included in secured claim, if any:
   $_____   Basis for perfection: _____
   Amount of Secured Claim: $_____   Amount Unsecured: $_____

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

   Specify the priority of the claim:

   ☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

   ☒ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).

   ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

   ☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).

   ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

   ☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

   Amount entitled to priority:

   $_____

6. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See definition of "redacted" on reverse side.)
DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

FOR COURT USE ONLY

FILED / RECEIVED
JUL 06 2009
EPIQ BANKRUPTCY SOLUTIONS, LLC

| Date: 29 June 2009 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. /s/ Robert Smith |
|---|---|

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

29 June 2009

United States Bankruptcy Court for the District of Delaware
Nortel Networks Inc. Claims Processing
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P. O. Box 5075
New York, NY 10150.5075

Basis for Claim for Robert Paul Smith

Standard notification Period 60 days or 8 weeks X 40 hours per week.
320 hours X $48.88        $15,641.60

Severance Period  38 weeks
1,520 hours X $48.88      $74,297.60


TOTAL                     $89,939.20


Robert Paul Smith
GID 0200672
3408 Stallion Ct.
Raleigh, NC.
27613
919.848.1366 phone

## HR SHARED SERVICES U.S. - TERMINATION NOTIFICATION
## PROBUSINESS / SAP INFORMATION

EMPLOYEE NAME: **Robert Smith**

TERMINATION EFFECTIVE DATE: **2009/03/18**

BENEFITS END DATE: **2009/03/31**

CONTINUOUS SERVICE DATE : **1975/02/17**

EMPLOYEE ADDRESS:

**3408 STALLION CT
RALEIGH
NC 27613**

GLOBAL ID: **0200672**

ENTITY: **540**    DEPT: **1440**

EMPLOYEE STATUS:  Full Time: **F**
                                Part Time:

LOCATION : **D17**

LOCATION DESCRIPTION: **NC3**

---

SAP ACTION CODE : **84**

SAP SEPARATION REASON CODE: **33**
SAP SEPARTION REASON DESCRIPTION: **Work force reduction**

---

Vacation accrual ends on Employee's Termination Date and Employee will be paid any accrued, unused vacation pursuant to policy following the Termination Date.

Outstanding dollars owed (as currently known):  Total amount to be deducted $_____without prejudice to subsequent revision or other collection methods.

V1.1

US Workforce Reduction
Page 1 of 8

**EMPLOYEE DATA**

Notice Date: 3/18/2009

Employee: Robert Smith

Employee Number: 0200672

Continuous Service Date: 1975/02/17

Severance Eligibility Date: 1975/02/17

Employment Termination Date: 2009/03/18

Severance Stop Date: 2009/12/09

Employee Home Address:

3408 STALLION CT
RALEIGH
NC    27613

Severance Period (for employees with at least 6 months of service): **38**
(Number of Weeks) to Commence Following Termination Date

HR Contact: Nortel HR Shared Services
Mail Stop 570/02/0C2
PO Box 13010
4001 E. Chapel Hill-Nelson Hwy
Research Triangle Park, NC  27709-3010
1-800-676-4636