# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

## Minute Entry

### Hearing Information:

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | NORTEL NETWORKS INC., ET AL. | | |
| **Case Number:** | 09-10138-KG | **Chapter:** | 11 |
| **Date / Time / Room:** | FRIDAY, MARCH 11, 2016 11:00 AM   CRT#3, 6TH FL. | | |
| **Bankruptcy Judge:** | KEVIN GROSS | | |
| **Courtroom Clerk:** | SHERRY SCARUZZI | | |
| **Reporter / ECR:** | AL LUGANO | | |

### Matters:

1) TELEPHONIC HEARING RE: DISCOVERY DISPUTE BETWEEN DEBTORS AND SNMP ADV. 11-53454
   **R / M #:**   0 / 0

2) **ADV: 1-11-53454**
   **SNMP Research International, Inc. vs Nortel Networks Inc.**
   TELEPHONIC DISCOVERY DISPUTE
   **R / M #:**   378 / 0

### Appearances:

SEE ATTACHED COURT SIGN-IN-SHEET

### Proceedings:

TELEPHONIC  HEARING HELD. AGENDA ITEMS:
#1 - Motion Granted - Judge Gross will issue an order.