# Court Conference

**U.S. Bankruptcy Court-Delaware**
**Confirmed Telephonic Appearance Schedule**
**Honorable Kevin Gross (Nortel Trial Only)**
**Courtroom**

Calendar Date: 03/11/2016
Calendar Time: 11:00 AM ET

*Amended Calendar 03/10/2016 02:52 PM*

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7486290 | Derek C. Abbott | (302) 351-9357 | Morris Nichols Arsht & Tunnell LLP | Debtor, Nortel Networks Inc / LIVE |
| | | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7487153 | Elihu E. Allinson | (302) 428-8191 | Sullivan Hazeltine Allinson, LLC | Creditor, Avaya / LIVE |
| | | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7478867 | Peg A. Brickley | (215) 462-0953 | Dow Jones & Co. | Interested Party, Peg Brickley / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7483997 | David Dean | 410-528-2972 | Cole Schotz P.C. | Plaintiff(s), SNMP / LIVE |
| | | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7486939 | David H. Herrington | (212) 225-2000 | Cleary Gottlieb Steen & Hamilton | Debtor, Nortel Networks Inc. / LIVE |
| | | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7490904 | Fred S. Hodara ANTHONY LOPA SUB | 212-872-8040 | Akin Gump Strauss Hauer & Feld LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7487289 | Charles Huberty DAVID DEAN | (212) 837-6045 | Hughes Hubbard & Reed | Interested Party, Hughes Hubbard & Reed, LLP / LISTEN ONLY |

Angel Orozco ext. 176

Copyright © 2016 CourtCall, LLC. All Rights Reserved.

| | | | | | | Plaintiff(s), SNMP / LIVE |
|---|---|---|---|---|---|---|
| Nortel Networks Inc., et al. and Ernst & Young Inc, As Monitor & foreign Represent | 09-10138 | Hearing | 7483979 | Norman L. Pernick | (302) 651-2000 | Cole Schotz P.C. | |
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7486305 | Andrew R. Remming | (302) 658-9200 | Morris Nichols Arsht & Tunnell LLP | Debtor, Nortel Networks Inc. / LIVE |
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7487440 | Lisa M. Schweitzer | (212) 225-2629 | Cleary Gottlieb Steen & Hamilton | Debtor, Nertel Networks Inc. / LIVE |
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7487163 | Benjamin Stern | (617) 305-2022 | Holland & Knight LLP | Creditor, Avaya, Inc. / LIVE |
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7487144 | William Sullivan | 302-428-8191 | Sullivan Hazeltine Allinson, LLC | Creditor, Avaya / LIVE |
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 (11-5345 4) | Hearing | 7475856 | Mary Caloway | (302) 552-4209 | Buchanan, Ingersoll & Rooney, P.C. | Debtor, Nortel Networks Inc., & Ernst & Young et al. As Monitor & Foreign Represent / LIVE |
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 (11-5345 4) | Hearing | 7486384 | Jaime Chapman | (302) 571-5732 | Young, Conaway Stargatt & Taylor, LLP | Administrator(s), Joint Administrators / LIVE |
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 (11-5345 4) | Hearing | 7475880 | Laura Hall | (212) 610-7300 | Allen & Overy, LLP | Debtor, Nortel Networks / LIVE |
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 (11-5345 4) | Hearing | 7475892 | Paul Keller | (212) 318-3212 | Norton Rose Fulbright US LLP | Debtor, Nortel Networks / LIVE |
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 (11-5345 4) | Hearing | 7467488 | Christopher M. Samis | (302) 357-3266 | Whiteford, Taylor & Preston LLC | Creditor, Official Committee of Unsecured Creditors / LIVE |