Ethan K. Kim
2102 Castleburg Dr.
Apex, NC 27523
(919) 363-4184
kimks96@gmail.com

March 7, 2016

The Office of the Clerk
The United States Bankruptcy Court for the District of Delaware
824 Market Street
Wilmington, Delaware 19801

cc/
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, New York 10006
Attn: Lisa M. Schweitzer

Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street, P.O. Box 1347
Wilmington, Delaware 19899-1347
Attn: Derek C. Abbott

To Whom It May Concern:

**Title of the Objection: Significantly reduced claim in the Omnibus Objection**

**Name of the court: The United States Bankruptcy Court for the District of Delaware**
**Name of the Debtors: Nortel Networks Inc (6332)**
**Case Number: 09-10138-KG**
**Name of the claimant: Ethan K. Kim**
**Claim Number: 7307**

I hereby contest this Objection based upon my analysis with other claims openly accessible at http://dm.epiq11.com/NNI/Claim as this Omnibus Objection has significantly reduced my original claim compared to others.

It is my understanding that I provided all required supporting document and other reference claims have the same method in calculating the claim amount.

I request to have my modified claim re-reviewed and seek either a higher adjusted claim or a clear explanation how this was calculated.

Sincerely,

*[signature: Ethan K. Kim]*

Ethan K. Kim

Comparison of selected claims showing the original claim and the modified claim

| Claim # | Name | Item | Amount | Years | Award item | Award amount | Award percentage |
|---|---|---|---|---|---|---|---|
| 7307 | Ethan Kim | Severance pay | $25,844.70 | 15 | Administrative | $3,091.86 | |
| | | Health benefit | $3,343.73 | | Priority | $1,062.09 | |
| | | | | | Unsecured | $19,064.45 | |
| | | Total | $29,188.43 | | Total | $23,218.40 | 79.55% |
| 814 | Susana E. Paz | Severance pay | $20,518.65 | 15 | Administrative | $606.53 | |
| | | | | | Priority | $1,679.62 | |
| | | | | | Unsecured | $35,113.45 | |
| | | Total | $20,518.65 | | Total | $37,399.60 | 182.27% |
| 7549 | Darek Chwedczuk | Severance pay | $39,505.40 | 19 | Administrative | $5,540.01 | |
| | | | | | Priority | $1,422.54 | |
| | | | | | Unsecured | $35,160.47 | |
| | | Total | $39,505.40 | | Total | $42,123.02 | 106.63% |
| 8386 | Blanche Healy | Severance pay | $26,291.07 | 16 | Administrative | $3,092.60 | |
| | | | | | Priority | $1,117.80 | |
| | | | | | Unsecured | $23,281.47 | |
| | | Total | $26,291.07 | | Total | $27,491.87 | 104.57% |
| 8443 | Patricia George | Severance pay | $58,590.56 | 29 | Administrative | $439.09 | |
| | | Health benefit | $1,749.02 | | Priority | $1,234.93 | |
| | | | | | Unsecured | $60,539.45 | |
| | | Total | $60,339.58 | | Total | $62,213.47 | 103.11% |
| 8748 | David Young | Severance pay | $94,036.80 | 39 | Administrative | $5,287.80 | |
| | | Health benefit | $10,662.34 | | Priority | $1,387.47 | |
| | | | | | Unsecured | $90,894.62 | |
| | | Total | $104,699.14 | | Total | $97,569.89 | 93.19% |