March 11, 2016

To:
The Office of the Clerk
The United States Bankruptcy Court for the District of Delaware
824 Market Street
Wilmington, Deleware 19801

CC:
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, New York 10006
Attn: Lisa M. Schweitzer

Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street, P.O. Box 1347
Wilmington, Delaware 19899-1347
Attn: Derek C. Abbott

Re:
Response to Omnibus Objection
Case 09-10138-KG
Doc 16556, Filed 02/19/16
Claim for LEITH TESSY, 157 CEDAR ST, LEXINGTON, MA 02421

To whom it may concern,

Following my conversation on March 11, 2016 with Louis Litner of Cleary Gottlieb Steen & Hamilton LLP, I am sending this letter to contest this objection. The amount in question is $405,000 which relates to my severance amount as per my contract with Nortel Networks (this was filed with my proof of claim).

In 2010, I was Nortel's representative in its Joint Venture based in Seoul, South Korea ("LG-Nortel"). There were in total 6 Nortel "expats" remaining in the Joint Venture at the time the business was sold to Ericsson. 3 of the Nortel expats were immediately eligible for Severance as their status with Ericsson was just a 3 month employment agreement for transition purposes. The remaining 3 individuals were retained as "contractors" by Ericcson, for whom there was no confirmation of guaranteed employment – the contract was for up to a year, however Ericsson did not port over the individuals' seniority and provide other job protections, as they did with the thousands of other employees who moved to Ericsson through the sale of Nortel's other businesses. In fact, the agreement enabled Ericsson, upon 3 months' notice, to terminate the contractors at will. Of the 3 individuals in this situation, I was told there was no role for me after about 8-9 months, while the other 2 employees were offered full-time roles with Ericsson, and made bona fide employees of Ericsson. I was the only employee caught up in this (i.e., was not offered a permanent role with Ericsson and for whom Nortel incorrectly deemed me ineligible for severance). I am thus relying on my employee contract with Nortel to secure the severance amounts due to me.

Thank you for your consideration,

Leith Tessy
157 Cedar Street
Lexington, MA
(781)879-6750