**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------X

|  |  |  |
|---|---|---|
| *In re* | : | Chapter 11 |
|  | : |  |
| Nortel Networks Inc., *et al.*,[1] | : | Case No. 09-10138 (KG) |
|  | : |  |
| Debtors. | : | Jointly Administered |
|  | : |  |
|  | : | **RE: D.I.'s 24, 195, 371, 686, 1046, 1367, 2191, 2349, 2830, 3744, 4027, 4258, 4388, 4464, 5069, 5666, 5875, 5915, 6951, 7359 8028, 9263, 10425 and 11204** |

--------------------------------------------------------- X

**TWENTY-FOURTH SUPPLEMENTAL DECLARATION OF JAMES L. BROMLEY
IN SUPPORT OF APPLICATION AUTHORIZING EMPLOYMENT AND
RETENTION OF CLEARY GOTTLIEB STEEN & HAMILTON LLP
AS COUNSEL FOR DEBTORS AND DEBTORS IN POSSESSION**

I, JAMES L. BROMLEY, do hereby declare as follows:

1.      I am a member of the firm of Cleary Gottlieb Steen & Hamilton LLP ("Cleary Gottlieb" or the "Firm") which maintains an office for the practice of law, among other places, at One Liberty Plaza, New York, New York 10006.  I am an attorney at law admitted to practice before the courts of the State of New York, the United States Court of Appeals – Second, Third and Ninth Circuits, and the United States District Courts for the District of New Jersey and the Eastern and Southern Districts of New York.

2.      I submit this declaration (the "Twenty-Fourth Supplemental Declaration") to supplement the Application For an Order Authorizing Employment and Retention of Cleary

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

Gottlieb Steen & Hamilton LLP <u>Nunc</u> <u>Pro</u> <u>Tunc</u> to the Petition Date [D.I. 24] (the

"<u>Application</u>")[2], filed on January 14, 2009 (the "<u>Petition Date</u>"), the declaration of James L.

Bromley in support of and annexed as Exhibit A to the Application (the "<u>Initial Declaration</u>"),

the Supplemental Declaration of James L. Bromley in support of the Application [D.I. 195] (the

"<u>First Supplemental Declaration</u>"), filed on February 2, 2009, the Second Supplemental

Declaration of James L. Bromley in support of the Application [D.I. 371] (the "<u>Second</u>

<u>Supplemental Declaration</u>"), filed on February 25, 2009, the Third Supplemental Declaration of

James L. Bromley in support of the Application [D.I. 686] (the "<u>Third Supplemental</u>

<u>Declaration</u>") filed on May 1, 2009, the Fourth Supplemental Declaration of James L. Bromley

in support of the Application [D.I. 1046] (the "<u>Fourth Supplemental Declaration</u>") filed on July

8, 2009, the Fifth Supplemental Declaration of James L. Bromley in support of the Application

[D.I. 1367] (the "<u>Fifth Supplemental Declaration</u>") filed on August 24, 2009, the Sixth

Supplemental Declaration of James L. Bromley in support of the Application [D.I. 2191] (the

"<u>Sixth Supplemental Declaration</u>") filed on December 22, 2009, the Seventh Supplemental

Declaration of James L. Bromley in support of the Application [D.I. 2349] (the "<u>Seventh</u>

<u>Supplemental Declaration</u>") filed on January 26, 2010, the Eighth Supplemental Declaration of

James L. Bromley in support of the Application [D.I. 2830] (the "<u>Eighth Supplemental</u>

<u>Declaration</u>"), filed on April 2, 2010, the Ninth Supplemental Declaration of James L. Bromley

in support of the Application [D.I. 3744] (the "<u>Ninth Supplemental Declaration</u>"), filed on July

28, 2010, the Tenth Supplemental Declaration of James L. Bromley in support of the Application

[D.I. 4027] (the "<u>Tenth Supplemental Declaration</u>"), filed on September 27, 2010, the Eleventh

Supplemental Declaration of James L. Bromley in support of the Application [D.I. 4258] (the

---

[2]    Capitalized terms used but not defined herein have the meanings ascribed to them in the Application.

"Eleventh Supplemental Declaration"), filed on November 8, 2010, the Twelfth Supplemental

Declaration of James L. Bromley in support of the Application [D.I. 4388] (the "Twelfth

Supplemental Declaration"), filed on November 22, 2010, the Thirteenth Supplemental

Declaration of James L. Bromley in support of the Application [D.I. 4464] (the "Thirteenth

Supplemental Declaration"), filed on December 2, 2010, the Fourteenth Supplemental

Declaration of James L. Bromley in support of the Application [D.I. 5069] (the "Fourteenth

Supplemental Declaration"), filed on March 4, 2011, the Fifteenth Supplemental Declaration of

James L. Bromley in support of the Application [D.I. 5666] (the "Fifteenth Supplemental

Declaration"), filed on June 13, 2011, the Sixteenth Supplemental Declaration of James L.

Bromley in support of the Application [D.I. 5875] (the "Sixteenth Supplemental Declaration"),

filed on July 5, 2011, the Seventeenth Supplemental Declaration of James L. Bromley in support

of the Application [D.I. 5915] (the "Seventeenth Supplemental Declaration"), filed on July 8,

2011, the Eighteenth Supplemental Declaration of James L. Bromley in support of the

Application [D.I. 6951] (the "Eighteenth Supplemental Declaration"), filed on December 9,

2011, the Nineteenth Supplemental Declaration of James L. Bromley in support of the

Application [D.I. 7359] (the "Nineteenth Supplemental Declaration"), filed on March 9, 2012,

the Twentieth Supplemental Declaration of James L. Bromley in support of the Application [D.I.

8028] (the "Twentieth Supplemental Declaration"), filed on July 20, 2012, the Twenty-First

Supplemental Declaration of James L. Bromley in support of the Application [D.I. 9263] (the

"Twenty-First Supplemental Declaration"), filed on January 11, 2013, the Twenty-Second

Supplemental Declaration of James L. Bromley in support of the Application [D.I. 10425] (the

"Twenty-Second Supplemental Declaration"), filed on May 2, 2013, and the Twenty-Third

Supplemental Declaration of James L. Bromley in support of the Application [D.I. 11204] (the "Twenty-Third Supplemental Declaration").

3.       As set forth in the Initial Declaration, in order to ensure compliance with the requirements of chapter 11 of the United States Code (the "Bankruptcy Code") and the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") regarding the retention of professionals by the Debtors, Cleary Gottlieb undertook to determine whether Cleary Gottlieb had any conflicts or other relationships that might cause it not to be disinterested or to hold or represent an interest adverse to the Debtors.  Specifically, I directed a list (the "Conflicts Check List"), attached to the Initial Declaration as Exhibit I, of (i) entities affiliated with or related to the Debtors, (ii) professionals retained by the Debtors in these chapter 11 proceedings, (iii) key creditors of the Debtors and their respective counsel, and (iv) certain other parties in interest in these chapter 11 cases and their respective counsel be submitted to the Firm's Records Department.  Cleary Gottlieb's Records Department ran a computerized check of each of these persons or entities against the Firm's client database (the "Client Database") to determine which persons or entities, if any, Cleary Gottlieb currently represents ("Current Clients") or has represented in three years prior to the Petition Date ("Former Clients").  A list of Current Clients matching those entities on the Conflicts Check List is attached to the Initial Declaration as Exhibit II.  A list of Former Clients matching those entities on the Conflicts Check List is attached to the Initial Declaration as Exhibit III.

4.       As set forth in the Application, Cleary Gottlieb has updated and will continue to update periodically its conflicts review during the pendency of these chapter 11 cases to ensure that no conflicts or other disqualifying circumstances exist or arise.

5.      In connection with the twenty-fourth such periodic review, I directed the Firm's Records Department to run a computerized check of (i) persons or entities that have filed Notices of Appearance in these chapter 11 cases as of March 11, 2016 but were not included in prior periodic reviews, and (ii) certain other parties in interest against the Firm's Client Database to determine which person or entities, if any, are Current Clients or Former Clients of Cleary Gottlieb.

6.      I am submitting this Twenty-Fourth Supplemental Declaration to disclose that in matters wholly unrelated to these chapter 11 proceedings, Cleary Gottlieb currently represents Party AB, previously disclosed as a Former Client in the Twenty-First Supplemental Declaration, Party AD, certain affiliates of Party AE, Party AF, Party AG, Party AH Party AI,  and Party AJ, each of which Cleary Gottlieb understands to be a current holder of debt securities guaranteed by Nortel Networks Inc.[3]  Cleary Gottlieb formerly represented Party AK, Party AL and Party AM, each in matters wholly unrelated to these proceedings.

7.      Cleary Gottlieb believes that its representations of Party AB, Party AD, certain affiliates of Party AE, Party AF, Party AG, Party AH, Party AI and Party AJ, and the former representations of Party AK, Party AL and Party AM, are not adverse to the Firm's representation of the Debtors in the above-captioned bankruptcy cases.  Except as otherwise disclosed, in the event that any adversary proceeding is required to be commenced as to Party AB, Party AD, Party AE, Party AF, Party AG, Party AH, Party AI, or Party AJ, the Debtors will retain co-counsel or special counsel to handle such matters.

---

[3] Cleary Gottlieb is not permitted to disclose the identities of the certain other parties in interest referenced in this paragraph for confidentiality reasons related to the Debtors' business.  If and when Cleary Gottlieb is permitted to disclose such information, Cleary Gottlieb will do so by filing a supplemental declaration with the court pursuant to Bankruptcy Rule 2014.  Cleary Gottlieb will disclose such information in confidence to the Office of the United States Trustee for the District of Delaware (the "US Trustee") if requested to do so.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 14, 2016.

_____
JAMES L. BROMLEY