## **CERTIFICATE OF SERVICE**

I, Tamara K. Minott, certify that I am not less than 18 years of age, and that service of the foregoing **Twenty-Fourth Supplemental Declaration Of James L. Bromley In Support Of Application Authorizing Employment And Retention Of Cleary Gottlieb Steen & Hamilton LLP As Counsel For Debtors And Debtors In Possession** was caused to be made on March 14, 2016, in the manner indicated upon the entities identified on the attached service list.

Date: March 14, 2016

*/s/ Tamara K. Minott*
Tamara K. Minott (No. 5643)

9912478.1