# **EXHIBIT B**

**Smith Proof of Claim**

| United States Bankruptcy Court for the District of Delaware<br>Nortel Networks Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5075<br>New York, NY 10150-5075 | | **PROOF OF CLAIM** |
|---|---|---|
| In Re:<br>Nortel Networks Inc., et al.<br>Debtors. | Chapter 11<br>Case No. 09-10138 (KG)<br>Jointly Administered | Filed: USBC - District of Delaware<br>Nortel Networks Inc., Et Al.<br>09-10138 (KG)    0000004062 |
| Name of Debtor Against Which Claim is Held<br>**NORTEL NETWORKS INC** | Case No. of Debtor<br>**09-10138 (KG)** | |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503. A separate claim form must be used for claims asserted under 11 U.S.C. § 503(b)(9).

THIS SPACE IS FOR COURT USE ONLY

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)
NNI (MERGE2.DBF,Txnum2) Txnum2 #: 4000103353*****
SMITH, ROBERT PAUL
3408 STALLION CT
RALEIGH, NC 27613

phone (919) 848-1366

Telephone number:            Email Address:

☑ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

Name and address where payment should be sent (if different from above)

**SAME AS ABOVE**

Telephone number:            Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are filing a claim against any of the Canadian Debtors for the same claim herein in their creditor protection proceedings pending in Canada.

1. Amount of Claim as of Date Case Filed: $ **89,939.20**

   If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.
   If all or part of your claim is entitled to priority, complete Item 5.

   ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges.

2. Basis for Claim: **SEVERENCE PACKAGE NOT RECEIVED (EX-EMPLOYEE)**
   (See instruction #2 on reverse side.)

3. Last four digits of any number by which creditor identifies debtor: **1475**
   3a. Debtor may have scheduled account as: _____
   (See instruction #3a on reverse side.)

4. Secured Claim (See instruction #4 on reverse side.)
   Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

   Nature of property or right of setoff:  ☐ Real Estate  ☐ Motor Vehicle  ☐ Other
   Describe: _____

   Value of Property: $_____  Annual Interest Rate _____%

   Amount of arrearage and other charges as of time case filed included in secured claim, if any:

   $_____  Basis for perfection: _____

   Amount of Secured Claim: $_____  Amount Unsecured: $_____

5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.

   Specify the priority of the claim:

   ☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

   ☑ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).

   ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

   ☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).

   ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

   ☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

   Amount entitled to priority:

   $ **10,950 SALARY + SEVERENCE**

6. Credits: The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. Documents: Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. *(See definition of "redacted" on reverse side.)*
**DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.**
If the documents are not available, please explain:

FOR COURT USE ONLY

**FILED / RECEIVED**

**SEP 2 8 2009**

**EPIQ BANKRUPTCY SOLUTIONS, LLC**

| Date:<br>**24 Sept.**<br>**2009** | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br>**Robert Paul Smith** |
|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

29 June 2009

United States Bankruptcy Court for the District of Delaware
Nortel Networks Inc. Claims Processing
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P. O. Box 5075
New York, NY 10150.5075

Basis for Claim for Robert Paul Smith

Standard notification Period 60 days or 8 weeks X 40 hours per week.
320 hours X $48.88      $15,641.60

Severance Period 38 weeks
1,520 hours X $48.88     $74,297.60


TOTAL                    $89,939.20


Robert Paul Smith
GID 0200672
3408 Stallion Ct.
Raleigh, NC.
27613
919.848.1366 phone



← REMOVE DOCUMENT ALONG THIS PERFORATION →

| Employee | | | Emp ID | Social Security | Status | Exemptions/Allowances | | Number |
|---|---|---|---|---|---|---|---|---|
| ROBERT P SMITH | | | 000942 | XXX-XX-0471 | Single | US-0/0 $200 | NC-0/0 | 95059845 |

| Code | Paygroup | Division | Department | Period Start | Period End | Pay Date |
|---|---|---|---|---|---|---|
| NN-US | 1RA | 540 | 1440 | 03/24/09 | 03/24/09 | 03/24/09 |

| Earnings | Rate | Units | Current | Year To Date | | Current | Year To Date |
|---|---|---|---|---|---|---|---|
| Regular Pay | - | - | - | 24637.16 | W2 Gross Wages | 10765.06 | 31782.11 |
| Vacation Pay | 48.8832 | 242.00 | 11829.73 | 11829.73 | | | |
| Group Term Life > $50000 | - | - | - | 61.92 | | | |
| Total Gross | | | 11829.73 | 36523.81 | | | |

| Taxes | Current | Year To Date |
|---|---|---|
| Federal Income Tax | 2691.27 | 8017.80 |
| Social Security (FICA) | 733.45 | 2173.98 |
| Federal Medicare | 171.53 | 508.43 |
| North Carolina Income Tax | 646.00 | 2061.00 |
| Total | 4242.25 | 12761.21 |

| PreTax Deductions | Current | Year To Date |
|---|---|---|
| Pretax Medical Plan | - | 852.25 |
| Pretax DVH Plan | - | 188.51 |
| Pretax STD | - | 43.82 |
| Pretax LTD | - | 30.10 |
| 401K Unmatched | 354.89 | 1094.01 |
| Spousal Health Care Access Fee | - | 350.00 |
| 401K Matched-Option D | 709.78 | 2188.01 |
| Total | 1064.67 | 4746.70 |

| AfterTax Deductions | Current | Year To Date |
|---|---|---|
| Voluntary AD&D | - | 19.74 |
| Life Insurance | - | 268.87 |
| Dependent Life Ins. Spouse | - | 21.98 |
| Dependent Life Ins. Child | - | 3.85 |
| UW Triangle (NC) | - | 28.00 |
| Group Term Life Offset | - | 61.92 |
| Total | 0.00 | 404.36 |

Net Pay  6522.81

*Handwritten annotations:*
- GID 0200672
- 19 MARCH 2009 → 29 April 09 vs 30 days.
- 30.xx VACATION DAYS
- Being paid after layoff
- 25 MARCH 2009

NORTEL NETWORKS, INC. - 4001 E. Chapel Hill-Nelson Hwy  Research Triangle Park, NC  27709-3010

**HR SHARED SERVICES U.S. - TERMINATION NOTIFICATION**
**PROBUSINESS / SAP INFORMATION**

EMPLOYEE NAME: **Robert Smith**

GLOBAL ID: **0200672**

TERMINATION EFFECTIVE DATE: **2009/03/18**

ENTITY: **540**    DEPT: **1440**

BENEFITS END DATE: **2009/03/31**

EMPLOYEE STATUS:  Full Time: **F**
                 Part Time:

CONTINUOUS SERVICE DATE : **1975/02/17**

LOCATION : **D17**

EMPLOYEE ADDRESS:

LOCATION DESCRIPTION: **NC3**

**3408 STALLION CT**
**RALEIGH**
**NC 27613**

---

SAP ACTION CODE : **84**

SAP SEPARATION REASON CODE: **33**
SAP SEPARTION REASON DESCRIPTION: **Work force reduction**

---

Vacation accrual ends on Employee's Termination Date and Employee will be paid any accrued, unused vacation pursuant to policy following the Termination Date.

Outstanding dollars owed (as currently known):  Total amount to be deducted $_____without prejudice to subsequent revision or other collection methods.

EMPLOYEE DATA

Notice Date: 3/18/2009

| | |
|---|---|
| Employee: Robert Smith | Employee Number: 0200672 |
| Continuous Service Date: 1975/02/17 | Severance Eligibility Date: 1975/02/17 |
| Employment Termination Date: 2009/03/18 | Severance Stop Date: 2009/12/09 |
| Employee Home Address:<br><br>3408 STALLION CT<br>RALEIGH<br>NC     27613 | Severance Period (for employees with at least 6 months of service): 38<br>(Number of Weeks) to Commence Following Termination Date |

HR Contact: Nortel HR Shared Services
          Mail Stop 570/02/0C2
          PO Box 13010
          4001 E. Chapel Hill-Nelson Hwy
          Research Triangle Park, NC  27709-3010
          1-800-676-4636



R. PAUL & DEBORAH SMITH
3408 Stallion Court, Raleigh, NC 27613

United States Bankruptcy Court
Nortel Networks Inc. Claims Processing
c/o Epiq Bankruptcy Solutions, LLC
FDR Station
P.O. Box 5075
New York, N.Y.
10150-5075