## EXHIBIT C

**Kim Proof of Claim**

| United States Bankruptcy Court for the District of Delaware<br>Nortel Networks Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5075<br>New York, NY 10150-5075 | **PROOF OF CLAIM** |
|---|---|

| In Re:<br>Nortel Networks Inc., et al.<br>　　　　　　　　Debtors. | Chapter 11<br>Case No. 09-10138 (KG)<br>Jointly Administered |
|---|---|

Filed: USBC - District of Delaware
Nortel Networks Inc., Et Al.
09-10138 (KG)        0000007307

| Name of Debtor Against Which Claim is Held | Case No. of Debtor |
|---|---|
| Nortel Networks Inc. | 09 - 10138 |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503. A separate claim form must be used for claims asserted under 11 U.S.C. § 503(b)(9).

**Name and address of Creditor:** (and name and address where notices should be sent if different from Creditor)

Ethan K. Kim
2102 Castleburg Dr.
Apex, NC 27523

919-363-4184        kimks96@gmail.com
Telephone number:        Email Address:

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
    (If known)

Filed on: _____

Name and address where payment should be sent (if different from above)

Telephone number:        Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are filing a claim against any of the Canadian Debtors for the same claim herein in their creditor protection proceedings pending in Canada.

1. Amount of Claim as of Date Case Filed: $ **29,188.43**

    If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.
    If all or part of your claim is entitled to priority, complete Item 5.

    ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges.

2. Basis for Claim: **Severance benefit**
    (See instruction #2 on reverse side.)

3. Last four digits of any number by which creditor identifies debtor: **9190 (Emp. Id)**
    3a. Debtor may have scheduled account as: _____
        (See instruction #3a on reverse side.)

4. **Secured Claim** (See instruction #4 on reverse side.)
   Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

   Nature of property or right of setoff: ☐ Real Estate    ☐ Motor Vehicle    ☐ Other
   Describe: _____
   Value of Property: $ _____ Annual Interest Rate _____ %
   Amount of arrearage and other charges as of time case filed included in secured claim, if any:
   $ _____ Basis for perfection: _____
   Amount of Secured Claim: $ _____ Amount Unsecured: $ _____

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

   Specify the priority of the claim:

   ☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
   ☒ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
   ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
   ☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
   ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
   ☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

   Amount entitled to priority:

   $ **10,950**

6. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. *(See definition of "redacted" on reverse side.)*
**DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.**
If the documents are not available, please explain:

**FOR COURT USE ONLY**

FILED / RECEIVED
JUN 21 2010
EPIQ BANKRUPTCY SOLUTIONS, LLC

| Date:<br><br>6/17/10 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br><br>Ethan K. Kim |
|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

# Severance Benefit Claim Details for Ethan Kim

Source: "Nortel Networks Severance Allowance Plan - Summary Plan Description 2010"
(As amended effective: Jan 1, 2010)

Hourly salary: $43.0745

1) 15 weeks Severance Pay:
   $43.0745 * 40 (hours) * 15 (weeks) = $25,844.70

2) Health benefit & Life insurance benefit during the severance period:
   $11,591.58 per year * 15 /52 (weeks) = $3,343.73

**Total claim amount: $29,188.43**

Supporting document:
   1) Termination notification
   2) 2010 Flex Benefit Confirmation Statement
   3) Pay stub

I. EMPLOYEE DATA

Notice Date:   April 22, 2010

| | |
|---|---|
| Employee: Ethan Kim | Employee Number: 0269190 |
| Continuous Service Date: 1999/09/13 | Severance Eligibility Date: 1999/09/13 |
| Employment Termination Date: 2010/06/21 | Severance Stop Date: 2010/10/04 |
| Employee Home Address:<br><br>2102 CASTLEBURG DR<br>APEX<br>NC     27523 | Severance Period (for employees with at least 6 months of service): 15<br>(Number of Weeks to Commence Following Termination Date) |

HR Contact: Nortel HR Shared Services
    Mail Stop 570/02/0C2
    PO Box 13010
    4001 E. Chapel Hill-Nelson Hwy
    Research Triangle Park, NC  27709-3010
    1-800-676-4636

## HR SHARED SERVICES U.S. - TERMINATION NOTIFICATION
## PROBUSINESS / SAP INFORMATION

EMPLOYEE NAME: **Ethan Kim**

TERMINATION EFFECTIVE DATE: **2010/06/21**

BENEFITS END DATE: **2010/06/30**

CONTINUOUS SERVICE DATE : **1999/09/13**

EMPLOYEE ADDRESS:

**2102 CASTLEBURG DR**
**APEX**
**NC 27523**

GLOBAL ID: **0269190**

ENTITY: **540**    DEPT: **8792**

EMPLOYEE STATUS:  Full Time: **F**
                                       Part Time:

LOCATION : **570**

LOCATION DESCRIPTION: **GWRTP**

SAP ACTION CODE : **84**

SAP SEPARATION REASON CODE: **33**
SAP SEPARTION REASON DESCRIPTION: **Work force reduction**

**WITHHOLDINGS & AMOUNTS OWED**
Nortel will withhold any and all applicable federal, state, or local tax from any monies or monetary equivalents paid. In addition, Nortel may, to the extent permitted by law, deduct from any payment provided to Employee any amounts (including, but not limited to, any advance, loans, overpayment, excess commissions or other monies including the monetary equivalent of equipment not returned to Nortel) that Nortel has determined that Employee owes Nortel without prejudice to subsequent revision or other collection methods.

NORTEL

## United States Benefits Confirmation Statement

This confirms your Benefits selections and costs, which take effect 01/01/2010. These selections remain in effect through 12/31/2010 unless your eligibility changes or you make changes due to a Status Change. If any information on this Confirmation Statement is not accurate, please call HR Shared Services at ESN 355-9351, 919-905-9351 or toll-free at 1-800-676-4636 immediately.

This also confirms that, as part of your ongoing participation in Nortel's compensation and benefit programs, you agree to disclosure of personal information by Nortel and its plan and program administrators and custodians to third parites, as required, to facilitate administration and reporting.

| | |
|---|---|
| Name: | Kwang-Soo Kim |
| Global ID: | 0269190 |
| Date of Birth: | 05/05/1965 |
| Pay Frequency: | US Bi-weekly |
| Benefits Earnings: | [redacted] |
| Events | Annual Enrollment |
| Event Date: | 10/28/2009 |
| Prepared On: | 06/11/2010 |

### Total Cost Summary

This summary is for Benefits that are already approved. If any coverage is pending, your costs may change later when approval is received. **Please make sure your dependent information (listed on the next page) is accurate.**

#### CONFIRMED BEFORE-TAX SELECTIONS

| Benefit/Option | Coverage Level | Employee Cost Per Pay Period | Employee Cost Per Year | Nortel Cost Per Year |
|---|---|---|---|---|
| **Medical Care** | | | | |
| 80/60 PPO, Anthem | EE & Family | $ 93.78 | $2,438.28 | 10,181.86 |
| **Dental/Vision/Hearing Care** | | | | |
| COMP | EE & Family | $ 14.18 | $ 368.68 | $ 776.88 |
| **Health Care Reimbursement Account** | | | | |
| Health Care Reimbursement Acct | | $ 57.69 | $1,500.00 | |
| **Dependent Care Reimbursement** | | | | |
| | | $ 0.00 | $ 0.00 | |
| **Short-Term Disability** | | | | |
| 662/3%of Coverage Amount Shown | | $ 0.00 | $ 0.00 | $ 367.38 |
| **Long-Term Disability** | | | | |
| 55% of Coverage Amount Shown | | $ 0.00 | $ 0.00 | $ 206.18 |
| **Total Cost of Your Before-Tax Selections:** | | $ 165.65 | $4,306.96 | [redacted]532.3 |

#### CONFIRMED AFTER-TAX SELECTIONS

| Benefit/Option | Employee Cost Per Pay Period | Employee Cost Per Year | Nortel Cost Per Year |
|---|---|---|---|
| **Core Employee Life Insurance** | | | |
| 1x Benefits Earnings | $ 0.00 | $ 0.00 | $ 59.28 |
| **Optional Employee Life Insurance** | | | |
| No Optional Coverage | $ 0.00 | $ 0.00 | $ 0.00 |
| **Dependent Life Insurance - Spouse/DP** | | | |
| No Coverage | $ 0.00 | $ 0.00 | $ 0.00 |
| **Dependent Life Insurance - Child(ren)** | | | |
| No Coverage | $ 0.00 | $ 0.00 | $ 0.00 |
| **Accidental Death & Dismemberment** | | | |
| No Optional Coverage | $ 0.00 | $ 0.00 | $ 0.00 |
| **Total Cost of Your After-Tax Selections:** | $ 0.00 | $ 0.00 | [redacted]59.28 |

** If an increase was selected for Optional Life and/or Spousal/DP Life Insurance, a Health Statement must be completed and returned to the address listed on the form within 31 days of the date you made your selections. Once approved for this increased coverage, the higher cost shown will be deducted from your pay check.

View Paychecks - Detail    Case 09-10138-MFW    Doc 16625-3    Filed 03/17/16    Page 7 of 8    Done

Note to financial institutions: This electronic representation of Ethan K Kim's paycheck was provided from NORTEL NETWORKS, INC.'s Payroll WorkCenter system on 6/17/2010.

| Employee | Id | Social Security | Status | Exemptions / Allowances | Numb |
|---|---|---|---|---|---|
| ETHAN K KIM | 533619 | XXX-XX-5186 | Married | US-11/0 NC-13/0 | D2491 |

| Code | Paygroup | | Division | Department | Hire Date | Period Start | Period End | Pay Da |
|---|---|---|---|---|---|---|---|---|
| NN-US | 1RA | | 540 | 9628 | | 05/24/10 | 06/06/10 | 06/04/ |

| Earnings | Rate | Units | Current | YTD | Direct Deposit Accounts | | | Amou |
|---|---|---|---|---|---|---|---|---|
| Regular Pay | 43.0745 | 80.00 | 3445.96 | 37905.56 | Checking - XXXX0863 | | | 2559. |
| Annual Incentive Plan | - | - | - | 2168.00 | | | Current | YT |
| Group Term Life > $50000 | - | - | 2.77 | 30.47 | W2 Gross Wages | | 3076.31 | 35877. |
| Total Gross | | | 3448.73 | 40104.03 | | | | |

Taxes
| | Current | YTD |
|---|---|---|
| Federal Income Tax | 129.40 | 1932.88 |
| Social Security (FICA) | 203.55 | 2373.47 |
| Federal Medicare | 47.61 | 555.09 |
| North Carolina Income Tax | 133.00 | 1585.00 |
| Total | 513.56 | 6446.44 |

PreTax Deductions
| | Current | YTD |
|---|---|---|
| Pretax Medical Plan | 93.78 | 1031.58 |
| Pretax DVH Plan | 14.18 | 155.98 |
| Health Care Spending Account | 57.70 | 634.70 |
| 401K Matched-Option D | 206.76 | 2404.44 |
| Total | 372.42 | 4226.70 |

AfterTax Deductions
| | Current | YTD |
|---|---|---|
| Group Term Life Offset | 2.77 | 30.47 |
| Total | 2.77 | 30.47 |

Net Pay    2559.98

NORTEL NETWORKS, INC. - 4001 E. Chapel Hill-Nelson Hwy Research Triangle Park, NC 27709-3010


ADP National Account Services
Outsourcing for HR, Benefits and Payroll

ETHAN K. KIM
2102 Castleburg Dr.
Apex, NC 27523-5181

RALEIGH NC 275
RESEARCH TRIANGLE REGION
17 JUN 2010 PM 3 L

RECEIVED
JUN 2010

Nortel Networks Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5075
New York, NY 10150-5075

