# **EXHIBIT D**

**Thompson Proof of Claim**

| United States Bankruptcy Court for the District of Delaware | | PROOF OF CLAIM |
|---|---|---|
| Nortel Networks Inc. Claims Processing<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5075<br>New York, NY 10150-5075 | | |

| In Re:<br>Nortel Networks Inc., et al.<br>Debtors. | Chapter 11<br>Case No. 09-10138 (KG)<br>Jointly Administered | Filed: USBC - District of Delaware<br>Nortel Networks Inc., Et Al.<br>09-10138 (KG)          0000001454 |
|---|---|---|
| Name of Debtor Against Which Claim is Held<br>Nortel Networks Inc. | Case No. of Debtor<br>09-10138 | |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

THIS SPACE IS FOR COURT USE ONLY

Name and address of Creditor : (and name and address where notices should be sent if different from Creditor)

Geoffrey O. Thompson

158 Paseo Ct.

Mountain View, CA  94043-5286    USA

Telephone number:  +1.650.938.2582       Email Address:  thompson@ieee.org

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim
Number:_____
(If known)

Filed on: _____

Name and address where payment should be sent (if different from above)

Same as Above.

Telephone number:                           Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

1. Amount of Claim as of Date Case Filed: $ 40,425.00

   If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.
   If all or part of your claim is entitled to priority, complete Item 5.

   ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges.

2. Basis for Claim: Severance entitlement per termination documentation (attached)
   (See instruction #2 on reverse side.)

3. Last four digits of any number by which creditor identifies debtor: 0158
   3a. Debtor may have scheduled account as: GID 4710158         Geoffrey O. Thompson
       (See instruction #3a on reverse side.)

4. Secured Claim (See instruction #4 on reverse side.)
   Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

   Nature of property or right of setoff:   ☐ Real Estate    ☐ Motor Vehicle    ☐ Other
   Describe: _____
   Value of Property: $_____ Annual Interest Rate _____%

   Amount of arrearage and other charges as of time case filed included in secured claim, if any:

   $_____ Basis for perfection: _____

   Amount of Secured Claim: $_____ Amount Unsecured: $_____

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

   Specify the priority of the claim:

   ☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

   ☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).

   ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

   ☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).

   ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

   ☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(____).

   Amount entitled to priority:

   $_____

6. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. *(See definition of "redacted" on reverse side.)*
   DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
   If the documents are not available, please explain:

| Date:<br><br>6/29/2009 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br><br>*(signature)* | FOR COURT USE ONLY<br><br>FILED / RECEIVED<br><br>JUL 0 1 2009<br><br>EPIQ BANKRUPTCY SOLUTIONS, LLC |
|---|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

LAYOFF NOTICE
Pg 4

I. EMPLOYEE DATA

| Notice Date: April 1, 2009 | |
|---|---|
| Employee: Geoffrey Thompson | Employee Number: 4710158 |
| Continuous Service Date: 1988/06/06 | Severance Eligibility Date: 1988/06/06 |
| Employment Termination Date: 2009/05/31 | Severance Stop Date: 2009/11/22 |
| Employee Home Address:<br><br>158 PASEO COURT<br>MOUNTAIN VIEW<br>CA    94043 | Severance Period (for employees with at least 6 months of service): 25<br>(Number of Weeks) to Commence Following Termination Date |
| HR Contact: Nortel HR Shared Services<br>         Mail Stop 570/02/OC2<br>         PO Box 13010<br>         4001 E. Chapel Hill-Nelson Hwy<br>         Research Triangle Park, NC 27709-3010<br>         1-800-676-4636 |  |

| Employee | | Emp ID | Social Security | Status | Exemptions/Allowances | Number |
|---|---|---|---|---|---|---|
| GEOFFREY O THOMPSON | | 505760 | XXX-XX-2645 | Single | US-0/0 $250  CA-0/0 $180 | D081452 |
| Code | Paygroup | Division | Department | | Period Start  Period End | Pay Date |
| NN-US | 1RA | 260 | 0000 | | 05/29/09  05/29/09 | 05/29/09 |

| Earnings | Rate | Units | Current | Year To Date |
|---|---|---|---|---|
| Regular Pay | 77.0000 | 21.00 | 1617.00 | 37191.00 |

OTHER INFORMATION
REDACTED

NORTEL NETWORKS, INC.  -  4001 E. Chapel Hill-Nelson Hwy  Research Triangle Park,  NC  27709-3010

© 2006 ADP, Inc.

REDACTED COPY OF LAST PAY STUB
(ENLARGED)

TO ESTABLISH WEEKLY PAY RATE
FOR SEVERANCE

Nortel Creditor Claim for Severance

Geoffrey O. Thompson
Global ID: 4710158

| | |
|---|---|
| Continuous Service Date: | 06/06/88 |
| Severance Eligibility Date: | 06/06/88 |
| Employee Notice Date: | 04/01/09 |
| Employment Termination Date: | 05/31/09 |
| Severance Stop Date: | 11/22/09 |

Last week of regular pay
(to establish weekly amount)
    05/29/09    $1,617
Severance pay weeks
    06/05/09    $1,617
    06/12/09    $1,617
    06/19/09    $1,617
    06/26/09    $1,617
    07/03/09    $1,617
    07/10/09    $1,617
    07/17/09    $1,617
    07/24/09    $1,617
    07/31/09    $1,617
    08/07/09    $1,617
    08/14/09    $1,617
    08/21/09    $1,617
    08/28/09    $1,617
    09/04/09    $1,617
    09/11/09    $1,617
    09/18/09    $1,617
    09/25/09    $1,617
    10/02/09    $1,617
    10/09/09    $1,617
    10/16/09    $1,617
    10/23/09    $1,617
    10/30/09    $1,617
    11/06/09    $1,617
    11/13/09    $1,617
    11/20/09    $1,617
Severance Total    $40,425

Amount owed is gross pay before any withholding for US or state taxes
Please remit owed amount to:
    Geoffrey O. Thompson
    158 Paseo Ct.
    Mountain View, CA 94043-5286
    <thompson@ieee.org>

Geoffrey O. Thompson
158 Paseo Ct
Mountain View, CA 94043-5286


Nortel Networks Inc. Claims Processing
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5075
New York, NY 10150-5075


(Copy to:)
Cleary Gottlieb Steen & Hamilton LLP
(Attn: James Bromley & Lisa Schweitzer)
One Liberty Plaza
New York, NY 10006

**PRIORITY MAIL**
UNITED STATES POSTAL SERVICE®

Apply Priority Mail Postage Here

Geoffrey O. Thompson
158 Paseo Ct
Mountain View, CA 94043-5286





U.S. POSTAGE
PAID
MOUNTAIN VIEW, CA
94041
JUN 28, 05
AMOUNT
$5.65
00021105-08

1006
10150



United States Postal Service®
**DELIVERY CONFIRMATION**™

0309 1140 0000 4904 0731

Nortel Networks Inc. Claims Processing
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5075
New York, NY 10150-5075