# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| ------------------------------------------------------------ X | Chapter 11 |
| *In re* : | Case No. 09-10138 (KG) |
| Nortel Networks Inc., *et al.*,[1] : | Jointly Administered |
| Debtors. : | **Re: D.I. 16625** |
| ------------------------------------------------------------ X |  |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on March 17, 2016, a copy of the **Debtors' Omnibus Reply to Responses to Debtors' Fortieth and Forty-First Omnibus Objections (Substantive) to Certain Claims** was served in the manner indicated upon the individuals identified below.

**Via First Class Mail**

Ethan K. Kim
2102 Castleburg Dr.
Apex, NC 27523

Robert Paul Smith
3408 Stallion Ct.
Raleigh, NC 27613

Geoffrey Thompson
158 Paseo Ct.
Mountain View, CA 94043

Fred S. Hodara
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036

**Via Hand Delivery**

Mark S. Kenney
Office of the U.S. Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

Christopher Samis
L. Katherine Good
Whiteford Taylor & Preston LLC
The Renaissance Centre
405 North King Street, Suite 500
Wilmington, DE 19801

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Contact information for the Debtors and their petitions are available at http://chapter11.epiqsystems.com/nortel.

| | |
|---|---|
| Dated: March 17, 2016<br>Wilmington, DE | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>James L. Bromley (admitted *pro hac vice*)<br>Lisa M. Schweitzer (admitted *pro hac vice*)<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone:  (212) 225-2000<br>Facsimile:  (212) 225-3999<br><br>- and -<br><br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>       */s/ Tamara K. Minott*       <br>Eric D. Schwartz (No. 3134)<br>Derek C. Abbott (No. 3376)<br>Andrew R. Remming (No. 5120)<br>Tamara K. Minott (No. 5643)<br>1201 North Market Street, 16th Floor<br>Wilmington, DE  19899-1347<br>Telephone:  (302) 658-9200<br>Facsimile:  (302) 658-3989<br><br>*Counsel for the Debtors and Debtors in Possession* |