IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X   Chapter 11
:
*In re*                                                      :   Case No. 09-10138 (KG)
:
Nortel Networks Inc., *et al.*,[1]                           :   Jointly Administered
:
                Debtors.             :
:
------------------------------------------------------------X

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON MARCH 22, 2016 AT 10:00 A.M. (EASTERN TIME)**

By permission of chambers, any party wishing to participate telephonically must make arrangements through CourtCall **at least one hour prior to the hearing**. CourtCall has been made aware of this extended deadline. CourtCall will not accept reservations after the extended deadline has passed without permission of chambers. Please do not contact chambers prior to the expiration of the extended deadline.

**UNCONTESTED MATTERS WITH CERTIFICATE OF NO OBJECTION**

1. Debtors' Thirty-Ninth Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (No-Basis Claims, Insufficient Documentation Claims, No-Basis 503(b)(9) Claims, No-Basis Deferred Compensation Claims, No-Basis Pension Claims, No-Basis Retiree Claims, No-Basis 401(k) Claims, No-Basis Equity Claims and Redundant Claims) (D.I. 16553, Filed 2/19/16).

   Objection Deadline: March 11, 2016 at 4:00 p.m. (ET).

   Responses Received:

   (a) Pension Benefit Guaranty Corporation's Joinder in Debtors' Thirty-Ninth, Fortieth, and Forty-First Omnibus Objections (Substantive) to, *Inter Alia*, Claims in Exhibits A that are No-Basis Pension Claims (Dkt. Nos. 16553, 16554 and 16556) (D.I. 16615, Filed 3/10/16).

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

Related Pleading:

(a) Certificate of No Objection Regarding Debtors' Thirty-Ninth Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (No-Basis Claims, Insufficient Documentation Claims, No-Basis 503(b)(9) Claims, No-Basis Deferred Compensation Claims, No-Basis Pension Claims, No-Basis Retiree Claims, No-Basis 401(k) Claims, No-Basis Equity Claims and Redundant Claims) (D.I. 16624, Filed 3/16/16); and

(b) Proposed Form of Order.

Status: There have been no objections and a CNO has been filed.

2. Debtors' Motion Pursuant to Bankruptcy Rule 9019 for Entry of an Order Approving the Stipulation Resolving Claims with Various Hain Entities (D.I. 16597, Filed 3/1/16).

Objection Deadline: March 15, 2016 at 4:00 p.m. (ET).

Responses Received: None.

Related Pleading:

(a) Certificate of No Objection Regarding Debtors' Motion Pursuant to Bankruptcy Rule 9019 for Entry of an Order Approving the Stipulation Resolving Claims with Various Hain Entities (D.I. 16623, Filed 3/16/16); and

(b) Proposed Form of Order.

Status: There have been no objections and a CNO has been filed.

**CONTESTED MATTERS GOING FORWARD**

3. Debtors' Fortieth Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (No-Basis Claims, Insufficient Documentation Claims, No-Basis 503(b)(9) Claims, No-Basis Deferred Compensation Claims, No-Basis Pension Claims, No-Basis Retiree Claims, No-Basis 401(k) Claims, No-Basis Equity Claims, Redundant Claims, Modify and Allow Claims, Reclassify and Allow Claims and Wrong Debtor Claims) (D.I. 16554, Filed 2/19/16).

Objection Deadline: March 11, 2016 at 4:00 p.m. (ET).

Responses Received:

(a) Objection to Debtors' Fortieth Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (No-Basis Claims, Insufficient Documentation Claims, No-Basis 503(b)(9) Claims, No-Basis Deferred Compensation Claims, No-Basis Pension Claims, No-Basis Retiree Claims, No-Basis 401(k) Claims, No-Basis Equity Claims,

      Redundant Claims, Modify and Allow Claims, Reclassify and Allow Claims and Wrong Debtor Claims) Filed by Robert Paul Smith (D.I. 16614, Filed 3/10/16); and

(b)    Pension Benefit Guaranty Corporation's Joinder in Debtors' Thirty-Ninth, Fortieth, and Forty-First Omnibus Objections (Substantive) to, *Inter Alia*, Claims in Exhibits A that are No-Basis Pension Claims (Dkt. Nos. 16553, 16554 and 16556) (D.I. 16615, Filed 3/10/16).

Related Pleading:

(a)    Debtors' Omnibus Reply to Responses to Debtors' Fortieth and Forty-First Omnibus Objections (Substantive) to Certain Claims (D.I. 16625, Filed 3/17/2016).

Status: The hearing on this matter will go forward.

4.    Debtors' Forty-First Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (No-Basis Deferred Compensation Claims, No-Basis Pension Claims, Modify and Allow Claims, Reclassify and Allow Claims, Wrong Debtor Claims and Redundant Claims) (D.I. 16556, Filed 2/19/16).

Objection Deadline:  March 11, 2016 at 4:00 p.m. (ET).

Responses Received:

(a)    Individual Creditor (Geoffrey O. Thompson) Response and Objection to Debtors Forty First Omnibus Objection (Substantive) to Certain Claims as Put Forth in Document 16556 (D.I. 16611, Filed 3/9/16);

(b)    Pension Benefit Guaranty Corporation's Joinder in Debtors' Thirty-Ninth, Fortieth, and Forty-First Omnibus Objections (Substantive) to, *Inter Alia*, Claims in Exhibits A that are No-Basis Pension Claims (Dkt. Nos. 16553, 16554 and 16556) (D.I. 16615, Filed 3/10/16);

(c)    Objection to Omnibus Objection to Claim Filed by Ethan K Kim (D.I. 16617, Filed 3/11/16); and

(d)    Response to Omnibus Objection to Claims Filed by Leith Tessy (D.I. 16618, Filed 3/14/16).

Related Pleading:

(a)    Debtors' Omnibus Reply to Responses to Debtors' Fortieth and Forty-First Omnibus Objections (Substantive) to Certain Claims (D.I. 16625, Filed 3/17/2016).

<u>Status</u>: The hearing on this matter will go forward. The hearing on the Objection with respect to response (d) has been adjourned to the hearing scheduled for April 19, 2016 at 10:00 a.m. (ET) and a revised form of order noting the adjournment will be handed up at the hearing.

| | |
|---|---|
| Dated: March 18, 2016<br>Wilmington, DE | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>James L. Bromley (admitted *pro hac vice*)<br>Lisa M. Schweitzer (admitted *pro hac vice*)<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone: (212) 225-2000<br>Facsimile: (212) 225-3999<br><br>- and –<br><br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Tamara K. Minott*<br>Eric D. Schwartz (No. 3134)<br>Derek C. Abbott (No. 3376)<br>Andrew R. Remming (No. 5120)<br>Tamara K. Minott (No. 5643)<br>1201 North Market Street<br>Wilmington, DE  19899-1347<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989<br><br>*Counsel for the Debtors and Debtors in Possession* |