**Exhibit B**

4833-0390-4303.1

**Nortel Networks, Inc.**
**Expenses**

| Employee | Description | Transaction Date | Expenses |
|---|---|---|---|
| Beakey III,Andrew M (US011131290) | Lodge: Nortel tax meetings in Raleigh (2 nights)\\BYZWFK | 9/3/2015 | $479.72 |
| Trombley,Tarryn Kate Gurney (US012890877) | Mileage: Mileage to Nortel\\EY Office and Norte | 12/23/2015 | $7.02 |
| AMERICAN EXPRESS PURCHASING CARD (USA008 | Voucher: E2224332 Inv.#AMEX201512310011 COURSAFETYKFEUZPF | 12/31/2015 | $35.00 |
| Scott,James E (US011119307) | Air: Booking Fee\\XFGPWQ | 1/6/2016 | $7.00 |
| Scott,James E (US011119307) | Air: Flights to New York\\XFGPWQ | 1/6/2016 | $243.20 |
| Scott,James E (US011119307) | Lodge: Booking Fee\\DKASNT | 1/8/2016 | $5.00 |
| Scott,James E (US011119307) | Dinner: Dinner while in NY - Bodega Negra | 1/11/2016 | $27.41 |
| Wood,Jeffrey T (US013081390) | Mileage: Cleary Meetings\\Home to Airport | 1/11/2016 | $7.02 |
| Wood,Jeffrey T (US013081390) | Taxi: Cleary Meetings\\Airport to Cleary Office | 1/11/2016 | $50.38 |
| Wood,Jeffrey T (US013081390) | Air: Cleary Meetings\\GPCXSF | 1/12/2016 | $238.00 |
| Wood,Jeffrey T (US013081390) | Brkft: Breakfast meeting with Jim Scott, Andy Beaky and Jeff Wood | 1/12/2016 | $49.80 |
| Wood,Jeffrey T (US013081390) | Dinner: Cleary Meetings | 1/12/2016 | $9.39 |
| Wood,Jeffrey T (US013081390) | Lodge: Cleary Meetings\\GPCXSF | 1/12/2016 | $310.86 |
| Trozzo,Roseann (US010961420) | Mass Trans: Travel to NJ for meeting with Jennie DeVincenzo's regarding whithholding tax \\NYC to Metropark | 1/12/2016 | $21.50 |
| Wood,Jeffrey T (US013081390) | Mileage: Cleary Meetings\\Airport to home | 1/12/2016 | $7.02 |
| Wood,Jeffrey T (US013081390) | Parking: Cleary Meetings | 1/12/2016 | $24.00 |
| Scott,James E (US011119307) | Parking: Parking at Airport 2 days | 1/12/2016 | $24.00 |
| Scott,James E (US011119307) | Taxi: Executive Car Service\\Airport to Hotel | 1/12/2016 | $56.24 |
| Scott,James E (US011119307) | Dinner: Dinner while out of town | 1/13/2016 | $1.69 |
| Scott,James E (US011119307) | Dinner: Marriott Downtown Bill's Bar & Burger Dinner to discuss and prep for Nortel meeting with Cleary on January 12, 2016 Attendees: Jim Scott (EY); Jeff Wood (EY) and Andy Beakey (EY) | 1/13/2016 | $145.52 |
| Scott,James E (US011119307) | Lodge: Marriott Downtown - Jan. 11 - 12, 2016\\XFGPWC | 1/13/2016 | $301.86 |
| Trozzo,Roseann (US010961420) | Mass Trans: Travel to NJ for meeting with Jennie DeVincenzo's regarding whithholding tax \\NYC- Metropark | 1/13/2016 | $21.50 |
| Wood,Jeffrey T (US013081390) | Mileage: Cleary Meetings\\client to office and back | 1/13/2016 | $17.28 |
| Scott,James E (US011119307) | Air: Booking Fee\\DFCWZV | 1/14/2016 | $35.00 |
| Trozzo,Roseann (US010961420) | Mass Trans: Travel to NJ for meeting with Jennie DeVincenzo's regarding whithholding tax\\NYC-Metropark | 1/14/2016 | $21.50 |
| Gentile,Matthew Donald (US012548056) | Mileage: The business purpose of this expense was to travel to a client location for meetings. \\EY office; RTP | 1/20/2016 | $15.12 |
| | | **Totals** | **$2,162.03** |

* All Airfare is booked at economy class.