# EXHIBIT A

## NORTEL NETWORKS INC., *et al*.
### CASE NO. 09-10138 (KG)

Professional Fees and Expenses
Monthly Fee Application

| Applicant & Docket No. | Time Period Covered | Fees & Expenses Requested in Application | Fees & Expenses Allowed/Awarded | Date Application Filed | Objection Deadline |
|---|---|---|---|---|---|
| Cassels Brock & Blackwell LLP [Docket No. 16575] | 12/1/15 - 12/31/15 | CDN$60,760.00 (Fees)<br><br>CDN$128.22 (Expenses) | CDN$48,608.00 (Fees @ 80%)<br><br>CDN$128.22 (Expenses @ 100%) | 2/25/16 | 3/17/16 |