# EXHIBIT A

## NORTEL NETWORKS INC., *et al.*
## CASE NO. 09-10138 (KG)

Professional Fees and Expenses
Monthly Fee Application

| Applicant & Docket No. | Time Period Covered | Fees & Expenses Requested in Application | Fees & Expenses Allowed/Awarded | Date Application Filed | Objection Deadline |
|---|---|---|---|---|---|
| Berkeley Research Group, LLC<br><br>[Docket No. 16582] | 1/1/16 - 1/31/16 | $79,954.50 (Fees)<br><br>$0.00 (Expenses) | $63,963.60 (Fees @ 80%)<br><br>$0.00 (Expenses @ 100%) | 2/26/16 | 3/17/16 |