# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| NORTEL NETWORKS INC., *et al.*,[1] | : | Case No. 09-10138 (KG) |
| Debtors. | : | Jointly Administered |
| | : | **Hearing Date and Time: April 19, 2016 at 10:00 a.m. (ET)** |
| | : | **Response Deadline: April 4, 2016 at 4:00 p.m. (ET)** |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that, on March 21, 2016, Liquidity Solutions, Inc. ("Movant"), filed its *Motion of Liquidity Solutions, Inc. for Entry of Order (a) Authorizing and Directing Debtor, Nortel Networks Inc., to Make Interim Distributions on Allowed Administrative, Priority and Unsecured Claims or (b) Converting Cases to Chapter 7 Pursuant to Section 1112(b) of the Bankruptcy Code* (the "Motion").

Objections, if any, to the relief requested in the Motion must be filed with the United States Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **April 4, 2016 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the objection upon the undersigned counsel to the Movant so as to be received **no later than April 4, 2016 at 4:00 p.m. (ET)**.

PLEASE TAKE FURTHER NOTICE THAT A HEARING ON THE MOTION WILL BE HELD ON **APRIL 19, 2016 AT 10:00 A.M. (ET)** BEFORE THE HONORABLE KEVIN GROSS, UNITED STATES BANKRUPTCY COURT JUDGE, IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 6TH FLOOR, COURTROOM #3, WILMINGTON, DELAWARE 19801.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: March 21, 2016
Wilmington, Delaware

**ANDREWS KURTH LLP**

/s/ *Paul N. Silverstein*
Paul N. Silverstein (*pro hac vice* pending)
Jeremy B. Reckmeyer (*pro hac vice* pending)
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 850-2800
Email: paulsilverstein@andrewskurth.com
    jeremyreckmeyer@andrewskurth.com

*Counsel to Liquidity Solutions, Inc.*