# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

### *Hearing Information:*

| | |
|---:|:---|
| **Debtor:** | NORTEL NETWORKS INC., ET AL. |
| **Case Number:** | 09-10138-KG    **Chapter:**  11 |
| **Date / Time / Room:** | TUESDAY, MARCH 22, 2016 10:00 AM   CRT#3, 6TH FL. |
| **Bankruptcy Judge:** | KEVIN GROSS |
| **Courtroom Clerk:** | SHERRY SCARUZZI |
| **Reporter / ECR:** | GINGER MACE |

### *Matter:*

OMNIBUS HEARING

**R / M #:**   16,631 / 0

### *Appearances:*

SEE ATTACHED COURT SIGN-IN-SHEET

### *Proceedings:*

HEARING HELD. AGENDA ITEMS:

#1 - CNO Filed and Order Signed

#2 - CNO Filed and Order Signed

#3 - Revised ORDER SIGNED

#4 - Revised ORDER SIGNED