# SIGN-IN-SHEET

**CASE NAME:** Nortel Networks, Inc.  
**CASE NO.:** 09-10138 (KG)  
**COURTROOM LOCATION:** 3  
**DATE:** 3/22/16

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Matthew Fagen | Akin Gump | Official Comm Unsec Creds. |
| Chris Samis | Whiteford Taylor | " |
| Matias Murrell | PBGC | PBGC |
| Derek Abbott | MNAT | Debtors |
| Phil Cantwell | Cleary | " |
| Mary Cilia | Greylock | " |

# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Kevin Gross (Nortel Trial Only)
### Courtroom

Calendar Date: 03/22/2016
Calendar Time: 10:00 AM ET

2nd Revision 03/22/2016 06:48 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7508285 | Joseph Badtke-Berkow | (212) 610-6417 | Allen & Overy, LLP | Monitor, Ernst & Young / LIVE |
| | | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7505680 | David Botter | (212) 872-1055 | Akin Gump Strauss Hauer & Feld LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7505812 | Peg A. Brickley | (215) 462-0953 | Dow Jones & Co. | Interested Party, Peg Brickley / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7508348 | Esther Chung | (646) 855-6705 | Bank of America | Interested Party, Bank of America / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7508284 | Kathleen Murphy | (302) 552-4214 | Buchanan, Ingersoll & Rooney, P.C. | Monitor, Ernst & Young / LIVE |
| | | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7508873 | Jason B. Sanjana | (212) 588-8890 | Reorg Research, Inc. | Movant, Reorg Research Inc. / LISTEN ONLY |

Copyright © 2016 CourtCall, LLC. All Rights Reserved.