# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | Ref. Docket No. 16591 |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                                            ) ss.:
COUNTY OF NEW YORK )

TIM CONKLIN, being duly sworn, deposes and says:

1. I am employed as a Senior Case Manager by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, 12th Floor, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On March 16, 2016, I caused to be served a personalized "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e) (2) or (4)" (the "Personalized Transfers"), a sample of which is annexed hereto as <u>Exhibit A</u>, by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Tim Conklin_____
Tim Conklin

Sworn to before me this
22nd day of March, 2016
*/s/ Regina Amporfro*_____
Notary Public, State of New York
No. 01AM6064508
Qualified in Queens County
Commission Expires September 24, 2017

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

**EXHIBIT A**

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Address Service Requested

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President

NNI TRFNTC (ADDRESS2, ADRKEYID3) 4

To: BAR(23) MAILID *** 000104302754 ***



DELTA NETWORKS INTERNATIONAL LTD-MACAO
DELTA PRODUCTS CORPORATION FREMONT
OFFICE
YAO CHOU / SENIOR VICE PRESIDENT
4405 CUSHING PARKWAY
FREMONT, CA 94538

THE REMAINDER OF THIS PAGE
INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NORTEL NETWORKS INC., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:   BAR(23) MAILID *** 000104302754 ***       NNI TRFNTC (ADDRESS2, ADRKEYID3) 4



DELTA NETWORKS INTERNATIONAL LTD-MACAO
DELTA PRODUCTS CORPORATION FREMONT OFFICE
YAO CHOU / SENIOR VICE PRESIDENT
4405 CUSHING PARKWAY
FREMONT, CA 94538

DELTA NETWORKS INTERNATIONAL LTD-MACAO
COMMERCIAL OFFSHORE - VICTOR CHENG/PRES.
FLAT Q, 17/F., EDIFICIO CENTRO COM.
CHENG FENG, 336-342 ALAMEDA DR.
CARLOS D'ASSUMPCAO
MACAO

Please note that your claim # 269 in the above referenced case and in the amount of $28,512.40 has been transferred (unless previously expunged by court order)

DELTA NETWORKS, INC.
TRANSFEROR: DELTA NETWORKS INTERNATIONAL
VICTOR CHENG
NO. 256, YANGGUANG STREET, NEIHU
TAIPEI
 R.O.C.

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

   UNITED STATES BANKRUPTCY COURT
   DISTRICT OF DELAWARE
   824 NORTH MARKET STREET, 3RD FLOOR
   WILMINGTON, DE 19801

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER       16591       in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  03/16/2016           David D. Bird, Clerk of Co

                /s/ Tim Conklin
                _____
                EPIQ BANKRUPTCY SOLUTIONS, LLC
                as claims agent for the debtor(s).

 FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on March 16, 2016.

Epiq Bankruptcy Solutions, LLC  
PO BOX 4470  
Beaverton, OR 97076-4470  

Legal Documents Enclosed  
Please direct to the attention  
of the Addressee,  

Address Service Requested  
Legal Department or President  

NNI TRFNTC (MERGE2, TXNUM2) 4000000268  

To:    BAR(23) MAILID *** 000104302752 ***



DELTA NETWORKS INTERNATIONAL LTD-MACAO  
COMMERCIAL OFFSHORE - VICTOR CHENG/PRES.  
FLAT Q, 17/F., EDIFICIO CENTRO COM.  
CHENG FENG, 336-342 ALAMEDA DR.  
CARLOS D'ASSUMPCAO  
 MACAO  


THE REMAINDER OF THIS PAGE  
INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:   BAR(23) MAILID *** 000104302752 ***    NNI TRFNTC (MERGE2, TXNUM2) 4000000268



DELTA NETWORKS INTERNATIONAL LTD-MACAO
COMMERCIAL OFFSHORE - VICTOR CHENG/PRES.
FLAT Q, 17/F., EDIFICIO CENTRO COM.
CHENG FENG, 336-342 ALAMEDA DR.
CARLOS D'ASSUMPCAO
 MACAO

DELTA NETWORKS INTERNATIONAL LTD-MACAO
DELTA PRODUCTS CORPORATION FREMONT OFFICE
YAO CHOU / SENIOR VICE PRESIDENT
4405 CUSHING PARKWAY
FREMONT, CA 94538

Please note that your claim # 269 in the above referenced case and in the amount of
$28,512.40 has been transferred (unless previously expunged by court order)

DELTA NETWORKS, INC.
TRANSFEROR: DELTA NETWORKS INTERNATIONAL
VICTOR CHENG
NO. 256, YANGGUANG STREET, NEIHU
TAIPEI
 R.O.C.

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
824 NORTH MARKET STREET, 3RD FLOOR
WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER    16591    in your objection.  If you file an objection, a hearing will be scheduled.   **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  03/16/2016         David D. Bird, Clerk of Co

/s/ Tim Conklin
_____
EPIQ BANKRUPTCY SOLUTIONS, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  March 16, 2016.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Legal Documents Enclosed
Please direct to the attention
of the Addressee,

Address Service Requested

Legal Department or President

NNI TRFNTC (MERGE2, TXNUM2) 4000115913

To:  BAR(23) MAILID *** 000104302753 ***



DELTA NETWORKS, INC.
TRANSFEROR: DELTA NETWORKS INTERNATIONAL
VICTOR CHENG
NO. 256, YANGGUANG STREET, NEIHU
TAIPEI
 R.O.C.

THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NORTEL NETWORKS INC., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or otehwise being assigned the claim.

To:

| | |
|---|---|
| DELTA NETWORKS INTERNATIONAL LTD-MACAO<br>COMMERCIAL OFFSHORE - VICTOR CHENG/PRES.<br>FLAT Q, 17/F., EDIFICIO CENTRO COM.<br>CHENG FENG, 336-342 ALAMEDA DR.<br>CARLOS D'ASSUMPCAO<br>MACAO | DELTA NETWORKS INTERNATIONAL LTD-MACAO<br>DELTA PRODUCTS CORPORATION FREMONT OFFICE<br>YAO CHOU / SENIOR VICE PRESIDENT<br>4405 CUSHING PARKWAY<br>FREMONT, CA 94538 |

Please note that your claim # 269 in the above referenced case and in the amount of $28,512.40 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000104302753 ***      NNI TRFNTC (MERGE2, TXNUM2) 4000115913



DELTA NETWORKS, INC.
TRANSFEROR: DELTA NETWORKS INTERNATIONAL
VICTOR CHENG
NO. 256, YANGGUANG STREET, NEIHU
TAIPEI
R.O.C.

No action is required if you do not object to the transfer of your claim. However **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
824 NORTH MARKET STREET, 3RD FLOOR
WILMINGTON, DE 19801

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER      16591      in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/16/2016                    David D. Bird, Clerk of Co

/s/ Tim Conklin
_____
EPIQ BANKRUPTCY SOLUTIONS, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on March 16, 2016.

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| DELTA NETWORKS INTERNATIONAL LTD-MACAO | COMMERCIAL OFFSHORE - VICTOR CHENG/PRES., FLAT Q, 17/F., EDIFICIO CENTRO COM., CHENG FENG, 336-342 ALAMEDA DR., CARLOS D'ASSUMPCAO  MACAO |
| DELTA NETWORKS INTERNATIONAL LTD-MACAO | DELTA PRODUCTS CORPORATION FREMONT, OFFICE, YAO CHOU / SENIOR VICE PRESIDENT, 4405 CUSHING PARKWAY, FREMONT, CA 94538 |
| DELTA NETWORKS, INC. | TRANSFEROR: DELTA NETWORKS INTERNATIONAL, VICTOR CHENG, NO. 256, YANGGUANG STREET, NEIHU, TAIPEI  R.O.C. |

**Total Creditor Count 3**

CLEARY GOTTLIEB STEEN & HAMILTON LLP
JAMES L. BROMLEY, ESQ.
ONE LIBERTY PLAZA
NEW YORK, NY 10006