## EXHIBIT A

## NORTEL NETWORKS INC., *et al*.
## CASE NO. 09-10138 (KG)

Professional Fees and Expenses
Monthly Fee Application

| Applicant & Docket No. | Time Period Covered | Fees & Expenses Requested in Application | Fees & Expenses Allowed/Awarded | Date Application Filed | Objection Deadline |
|---|---|---|---|---|---|
| Akin Gump Strauss Hauer & Feld LLP  [Docket No. 16595] | 1/1/16 - 1/31/16 | $503,875.00 (Fees)  $11,392.01 (Expenses) | $403,100.00 (Fees @ 80%)  $11,392.01 (Expenses @ 100%) | 2/29/16 | 3/21/16 |