## EXHIBIT A

## NORTEL NETWORKS INC., *et al*.
## CASE NO. 09-10138 (KG)

Professional Fees and Expenses
Monthly Fee Application

| Applicant & Docket No. | Time Period Covered | Fees & Expenses Requested in Application | Fees & Expenses Allowed/Awarded | Date Application Filed | Objection Deadline |
|---|---|---|---|---|---|
| Cassels Brock & Blackwell LLP [Docket No. 16592] | 1/1/16 - 1/31/16 | CDN$70,630.50 (Fees) CDN$228.73 (Expenses) | CDN$56,504.40 (Fees @ 80%) CDN$228.73 (Expenses @ 100%) | 2/29/16 | 3/21/16 |