## Exhibit B

## EXPENSE SUMMARY[1]
Nortel Networks Inc., *et al.*
(Case No. 09-10138 (KG))

February 1, 2016 through February 29, 2016

| **Expense Category** | | **Total Expenses** |
|---|---|---:|
| Travel – Transportation | | $-49.65 |
| Travel – Meals | | 6.15 |
| Mailing & Shipping Charges | | 275.52 |
| Duplicating Charges (at $0.10/page) | | 951.80 |
| Color Duplicating Charges (at $0.65/page) | | 15.60 |
| Legal Research | Lexis | 2,126.84 |
| | Westlaw | 1,741.95 |
| | PACER | 1.00 |
| Late Work – Meals | | 790.09 |
| Late Work – Transportation | | 2,933.69 |
| Conference Meals | | 2,121.02 |
| Other | | 327.81 |
| Expert Expenses | | 149,294.25 |
| **Grand Total Expenses** | | **$160,536.07** |

---

[1] Note: This Application includes certain expenses incurred during a period related to a previously submitted fee application, but not entered into the Cleary Gottlieb accounting system until the period covered by this Application.

| | | |
|---|---|---|
| **EXPENSE SUMMARY** | | **In re Nortel Networks Inc., et al.** |
| **February 1, 2016 through February 29, 2016** | | **(Case No. 09-10138 (KG))** |

Note: This Application includes certain expenses incurred during a period related to a previously submitted fee application but not entered into the Cleary Gottlieb accounting system until the period covered by this Application.

| Date | Amount | Narrative |
|---|---|---|
| **Travel - Transportation**[1] | | |
| 12/9/2015 | 45.00 | TRAVEL - TRANSPORTATION - Cantwell Trip to Delaware (booking fee) |
| 12/15/2015 | 10.00 | TRAVEL - TRANSPORTATION - Cantwell Trip to Delaware (ride within Delaware) |
| 1/12/2016 | 55.95 | TRAVEL - TRANSPORTATION - Wood Ernst & Young) Trip to New York (ride to airport - authorized by Schweitzer) |
| 1/13/2016 | -783.85 | TRAVEL - TRANSPORTATION - Refund Credit |
| 1/15/2016 | 63.75 | TRAVEL - TRANSPORTATION - Kennedy (MNAT) Trip to New York (ride to airport - authorized by Bromley) |
| 1/20/2016 | 268.00 | TRAVEL - TRANSPORATION - Gallagher Trip to Delaware (roundtrip train ticket) |
| 1/20/2016 | 45.00 | TRAVEL - TRANSPORTATION - Gallagher Trip to Delaware (booking fee) |
| 1/20/2016 | 45.00 | TRAVEL - TRANSPORTATION - Schweitzer Trip to Delaware (booking fee) |
| 1/20/2016 | 268.00 | TRAVEL - TRANSPORTATION - Schweitzer Trip to Delaware (roundtrip train ticket) |
| 1/22/2016 | 25.11 | TRAVEL - TRANSPORTATION - Gallagher Trip to Delaware (ride to train station) |
| 1/22/2016 | 156.85 | TRAVEL - TRANSPORTATION - Schweitzer Trip to Delaware (ride from train station) |
| 1/25/2016 | -638.00 | TRAVEL - TRANSPORTATION - Refund Credit |
| 1/28/2016 | 47.25 | TRAVEL - TRANSPORTATION - Sheridan Trip to Pennsylvania (booking fee) |
| 1/28/2016 | 99.00 | TRAVEL - TRANSPORTATION - Sheridan Trip to Pennsylvania (one-way train ticket) |
| 1/29/2016 | 175.00 | TRAVEL - TRANSPORTATION - Sheridan Trip to Pennsylvania (one-way train ticket) |
| 1/29/2016 | 23.29 | TRAVEL - TRANSPORTATION - Sheridan Trip to Pennsylvania (ride within Pennslyvania/New Jersey) |
| 1/29/2016 | 45.00 | TRAVEL - TRANSPORTATION - Sheridan Trip to Pennsylvania (ride within Pennsylvania/New Jersey) |
| **TOTAL:** | **-49.65** | |
| **Travel - Meals** | | |
| 1/29/2016 | 6.15 | TRAVEL - MEALS - Sheridan Trip to Pennsylvania |
| **TOTAL:** | **6.15** | |
| **Mailing & Shipping Charges** | | |
| 11/25/2015 | 6.85 | SHIPPING CHARGES Inv#: 524407987  Track#: 645646000000 |
| 12/1/2015 | 18.86 | SHIPPING CHARGES Inv#: 524548955  Track#: 541171000000 |
| 12/1/2015 | 23.71 | SHIPPING CHARGES Inv#: 524688988  Track#: 645646000000 |
| 12/3/2015 | 8.94 | SHIPPING CHARGES Inv#: 524688988  Track#: 645646000000 |
| 12/3/2015 | 13.04 | SHIPPING CHARGES Inv#: 524688988  Track#: 781852000000 |
| 12/4/2015 | 33.08 | SHIPPING CHARGES Inv#: 524852646  Track#: 645646000000 |
| 12/4/2015 | 37.47 | SHIPPING CHARGES Inv#: 524994859  Track#: 645646000000 |

| EXPENSE SUMMARY | | | In re Nortel Networks Inc., et al. |
|---|---|---|---|
| February 1, 2016 through February 29, 2016 | | | (Case No. 09-10138 (KG)) |

| Date | Amount | Narrative |
|---|---|---|
| 12/9/2015 | 13.04 | SHIPPING CHARGES Inv#: 525454743  Track#: 781894000000 |
| 12/10/2015 | 31.85 | SHIPPING CHARGES Inv#: 656039731  Track#: 645646000000 |
| 12/24/2015 | 40.44 | SHIPPING CHARGES Inv#: 527309156  Track#: 645646000000 |
| 1/5/2016 | 12.91 | SHIPPING CHARGES Inv#: 528196045  Track#: 645646000000 |
| 1/13/2016 | 10.40 | SHIPPING CHARGES Inv#: 528964327  Track#: 645646000000 |
| 1/29/2016 | 24.93 | SHIPPING CHARGES Inv#: 530764396  Track#: 645646000000 |
| **TOTAL:** | **275.52** | |
| | | |
| **Duplicating Charges (@ $0.10/page)** | | |
| | | |
| 2/1/2016 | 2.50 | NY DUPLICATING XEROX |
| 2/3/2016 | 0.10 | NY DUPLICATING |
| 2/3/2016 | 5.90 | NY DUPLICATING XEROX |
| 2/4/2016 | 510.80 | NY DUPLICATING |
| 2/4/2016 | 0.30 | NY DUPLICATING XEROX |
| 2/4/2016 | 0.40 | NY DUPLICATING XEROX |
| 2/4/2016 | 1.00 | NY DUPLICATING XEROX |
| 2/4/2016 | 1.40 | NY DUPLICATING XEROX |
| 2/4/2016 | 2.80 | NY DUPLICATING XEROX |
| 2/4/2016 | 13.80 | NY DUPLICATING XEROX |
| 2/8/2016 | 11.30 | NY DUPLICATING XEROX |
| 2/8/2016 | 12.50 | NY DUPLICATING XEROX |
| 2/9/2016 | 37.10 | NY DUPLICATING |
| 2/9/2016 | 0.10 | NY DUPLICATING XEROX |
| 2/9/2016 | 0.20 | NY DUPLICATING XEROX |
| 2/9/2016 | 0.30 | NY DUPLICATING XEROX |
| 2/9/2016 | 0.30 | NY DUPLICATING XEROX |
| 2/9/2016 | 0.40 | NY DUPLICATING XEROX |
| 2/9/2016 | 0.40 | NY DUPLICATING XEROX |
| 2/9/2016 | 0.40 | NY DUPLICATING XEROX |
| 2/9/2016 | 0.40 | NY DUPLICATING XEROX |
| 2/9/2016 | 0.50 | NY DUPLICATING XEROX |
| 2/9/2016 | 0.50 | NY DUPLICATING XEROX |
| 2/9/2016 | 0.70 | NY DUPLICATING XEROX |
| 2/9/2016 | 0.70 | NY DUPLICATING XEROX |
| 2/9/2016 | 0.70 | NY DUPLICATING XEROX |
| 2/9/2016 | 0.70 | NY DUPLICATING XEROX |
| 2/9/2016 | 0.80 | NY DUPLICATING XEROX |
| 2/9/2016 | 0.90 | NY DUPLICATING XEROX |
| 2/9/2016 | 1.20 | NY DUPLICATING XEROX |

**EXPENSE SUMMARY**  In re Nortel Networks Inc., et al.
February 1, 2016 through February 29, 2016  (Case No. 09-10138 (KG))

| Date | Amount | Narrative |
|---|---|---|
| 2/9/2016 | 1.20 | NY DUPLICATING XEROX |
| 2/9/2016 | 1.20 | NY DUPLICATING XEROX |
| 2/9/2016 | 1.30 | NY DUPLICATING XEROX |
| 2/9/2016 | 1.30 | NY DUPLICATING XEROX |
| 2/9/2016 | 1.30 | NY DUPLICATING XEROX |
| 2/9/2016 | 1.60 | NY DUPLICATING XEROX |
| 2/9/2016 | 1.70 | NY DUPLICATING XEROX |
| 2/9/2016 | 1.80 | NY DUPLICATING XEROX |
| 2/9/2016 | 1.80 | NY DUPLICATING XEROX |
| 2/9/2016 | 2.10 | NY DUPLICATING XEROX |
| 2/9/2016 | 2.30 | NY DUPLICATING XEROX |
| 2/9/2016 | 2.30 | NY DUPLICATING XEROX |
| 2/9/2016 | 3.50 | NY DUPLICATING XEROX |
| 2/9/2016 | 4.60 | NY DUPLICATING XEROX |
| 2/11/2016 | 3.40 | NY DUPLICATING XEROX |
| 2/11/2016 | 3.90 | NY DUPLICATING XEROX |
| 2/11/2016 | 4.20 | NY DUPLICATING XEROX |
| 2/12/2016 | 9.40 | NY DUPLICATING XEROX |
| 2/13/2016 | 27.90 | NY DUPLICATING XEROX |
| 2/13/2016 | 28.00 | NY DUPLICATING XEROX |
| 2/17/2016 | 5.80 | NY DUPLICATING XEROX |
| 2/18/2016 | 0.50 | NY DUPLICATING XEROX |
| 2/18/2016 | 1.00 | NY DUPLICATING XEROX |
| 2/18/2016 | 4.00 | NY DUPLICATING XEROX |
| 2/18/2016 | 7.00 | NY DUPLICATING XEROX |
| 2/18/2016 | 8.50 | NY DUPLICATING XEROX |
| 2/18/2016 | 14.50 | NY DUPLICATING XEROX |
| 2/18/2016 | 15.00 | NY DUPLICATING XEROX |
| 2/18/2016 | 15.50 | NY DUPLICATING XEROX |
| 2/18/2016 | 33.50 | NY DUPLICATING XEROX |
| 2/18/2016 | 41.00 | NY DUPLICATING XEROX |
| 2/22/2016 | 32.40 | NY DUPLICATING XEROX |
| 2/23/2016 | 4.60 | NY DUPLICATING XEROX |
| 2/25/2016 | 1.20 | NY DUPLICATING |
| 2/27/2016 | 53.40 | NY DUPLICATING |
| **TOTAL:** | **951.80** | |
| | | |
| **Color Duplicating/Printing Charges (@ $0.65/page)** | | |
| | | |
| 2/22/2016 | 6.50 | NY COLOR PRINTING |

| EXPENSE SUMMARY | | | In re Nortel Networks Inc., et al. |
| --- | --- | --- | --- |
| February 1, 2016 through February 29, 2016 | | | (Case No. 09-10138 (KG)) |

| Date | Amount | Narrative |
| --- | --- | --- |
| 2/22/2016 | 9.10 | NY COLOR PRINTING |
| **TOTAL:** | **15.60** | |
| | | |
| **Legal Research - Lexis** | | |
| | | |
| 1/1/2016 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 1/1/2016 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 1/1/2016 | 0.78 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 1/2/2016 | 0.76 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 1/2/2016 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 1/2/2016 | 0.78 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 1/3/2016 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 1/3/2016 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 1/3/2016 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 1/4/2016 | 0.76 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 1/4/2016 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 1/4/2016 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 1/5/2016 | 0.75 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 1/5/2016 | 0.76 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 1/5/2016 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 1/6/2016 | 0.75 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 1/6/2016 | 0.76 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 1/6/2016 | 0.78 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 1/7/2016 | 0.76 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 1/7/2016 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 1/7/2016 | 0.78 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 1/8/2016 | 0.75 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 1/8/2016 | 0.76 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 1/8/2016 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 1/8/2016 | 9.17 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 1/9/2016 | 0.75 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 1/9/2016 | 2.30 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 1/10/2016 | 0.76 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 1/10/2016 | 2.30 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 1/11/2016 | 0.76 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 1/11/2016 | 2.29 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 1/12/2016 | 0.76 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 1/12/2016 | 2.28 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 1/13/2016 | 0.76 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 1/13/2016 | 2.28 | COMPUTER RESEARCH - LEXIS PUBLISHER |

| EXPENSE SUMMARY | | In re Nortel Networks Inc., et al. |
| --- | --- | --- |
| February 1, 2016 through February 29, 2016 | | (Case No. 09-10138 (KG)) |

| Date | Amount | Narrative |
| --- | --- | --- |
| 1/14/2016 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 1/14/2016 | 2.34 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 1/15/2016 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 1/15/2016 | 2.31 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 1/16/2016 | 0.76 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 1/16/2016 | 2.30 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 1/17/2016 | 0.76 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 1/17/2016 | 2.31 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 1/18/2016 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 1/18/2016 | 2.27 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 1/19/2016 | 0.75 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 1/19/2016 | 2.29 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 1/20/2016 | 0.76 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 1/20/2016 | 2.27 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 1/21/2016 | 8.44 | COMPUTER RESEARCH - LEXIS |
| 1/21/2016 | 16.33 | COMPUTER RESEARCH - LEXIS |
| 1/21/2016 | 26.13 | COMPUTER RESEARCH - LEXIS |
| 1/21/2016 | 54.44 | COMPUTER RESEARCH - LEXIS |
| 1/21/2016 | 65.87 | COMPUTER RESEARCH - LEXIS |
| 1/21/2016 | 75.12 | COMPUTER RESEARCH - LEXIS |
| 1/21/2016 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 1/21/2016 | 1.55 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 1/22/2016 | 0.76 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 1/22/2016 | 1.55 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 1/23/2016 | 0.76 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 1/23/2016 | 1.53 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 1/24/2016 | 0.76 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 1/24/2016 | 1.52 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 1/25/2016 | 200.33 | COMPUTER RESEARCH - LEXIS |
| 1/25/2016 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 1/25/2016 | 1.53 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 1/26/2016 | 25.04 | COMPUTER RESEARCH - LEXIS |
| 1/26/2016 | 0.76 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 1/26/2016 | 1.54 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 1/27/2016 | 0.76 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 1/27/2016 | 1.54 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 1/28/2016 | 0.75 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 1/28/2016 | 1.52 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 1/29/2016 | 25.04 | COMPUTER RESEARCH - LEXIS |
| 1/29/2016 | 104.52 | COMPUTER RESEARCH - LEXIS |

| EXPENSE SUMMARY | | In re Nortel Networks Inc., et al. |
| --- | --- | --- |
| February 1, 2016 through February 29, 2016 | | (Case No. 09-10138 (KG)) |

| Date | Amount | Narrative |
| --- | --- | --- |
| 1/29/2016 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 1/29/2016 | 1.53 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 1/30/2016 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 1/30/2016 | 1.54 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 1/31/2016 | 450.74 | COMPUTER RESEARCH - LEXIS |
| 1/31/2016 | 0.76 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 1/31/2016 | 1.54 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 2/4/2016 | 32.66 | COMPUTER RESEARCH - LEXIS |
| 2/4/2016 | 577.04 | COMPUTER RESEARCH - LEXIS |
| 2/6/2016 | 375.62 | COMPUTER RESEARCH - LEXIS |
| **TOTAL:** | **2,126.84** | |
| | | |
| **Legal Research - Westlaw** | | |
| | | |
| 1/25/2016 | 86.23 | COMPUTER RESEARCH - WESTLAW |
| 1/25/2016 | 215.57 | COMPUTER RESEARCH - WESTLAW |
| 1/26/2016 | 25.69 | COMPUTER RESEARCH - WESTLAW |
| 1/26/2016 | 43.11 | COMPUTER RESEARCH - WESTLAW |
| 1/26/2016 | 43.11 | COMPUTER RESEARCH - WESTLAW |
| 1/26/2016 | 129.34 | COMPUTER RESEARCH - WESTLAW |
| 1/28/2016 | 86.23 | COMPUTER RESEARCH - WESTLAW |
| 1/28/2016 | 301.80 | COMPUTER RESEARCH - WESTLAW |
| 1/31/2016 | 43.11 | COMPUTER RESEARCH - WESTLAW |
| 2/1/2016 | 190.31 | COMPUTER RESEARCH - WESTLAW |
| 2/3/2016 | 16.52 | COMPUTER RESEARCH - WESTLAW |
| 2/4/2016 | 25.69 | COMPUTER RESEARCH - WESTLAW |
| 2/4/2016 | 52.70 | COMPUTER RESEARCH - WESTLAW |
| 2/4/2016 | 223.85 | COMPUTER RESEARCH - WESTLAW |
| 2/5/2016 | 86.23 | COMPUTER RESEARCH - WESTLAW |
| 2/5/2016 | 172.46 | COMPUTER RESEARCH - WESTLAW |
| **TOTAL:** | **1,741.95** | |
| | | |
| **Legal Research - PACER** | | |
| | | |
| 2/23/2016 | 1.00 | COMPUTER RESEARCH - PACER |
| **TOTAL:** | **1.00** | |
| | | |
| **Late Work - Meals** | | |
| | | |
| 10/12/2015 | 20.32 | Late Work Meals - Cantwell |

| | | | |
|---|---|---|---|
| **EXPENSE SUMMARY** | | | In re Nortel Networks Inc., et al. |
| February 1, 2016 through February 29, 2016 | | | (Case No. 09-10138 (KG)) |

| Date | Amount | Narrative |
|---|---|---|
| 10/27/2015 | 29.30 | Late Work Meals - Cantwell |
| 11/13/2015 | 26.59 | Late Work Meals - Chang |
| 11/17/2015 | 48.85 | Late Work Meals - Chang |
| 11/23/2015 | 41.57 | Late Work Meals - Chang |
| 12/3/2015 | 44.91 | Late Work Meals - Chang |
| 12/13/2015 | 11.63 | Late Work Meals- Cantwell |
| 1/17/2016 | 18.14 | Late Work Meals - Cantwell |
| 1/20/2016 | 48.83 | Late Work Meals - Rosenthal |
| 1/27/2016 | 26.29 | Late Work Meals - Queen |
| 1/27/2016 | 22.14 | Late Work Meals - Stein |
| 1/29/2016 | 42.57 | Late Work Meals - Rosenthal |
| 1/29/2016 | 48.83 | Late Work Meals - Rosenthal (meal on 1/28/16) |
| 1/29/2016 | 27.43 | Late Work Meals- Gallagher |
| 1/30/2016 | 14.00 | Late Work Meals - Cantwell |
| 1/31/2016 | 26.92 | Late Work Meals - Gianis |
| 2/1/2016 | 41.32 | Late Work Meals - Rosenthal |
| 2/3/2016 | 27.76 | Late Work Meals - Sheridan |
| 2/4/2016 | 48.83 | Late Work Meals - Rosenthal |
| 2/6/2016 | 46.32 | Late Work Meals - Rosenthal |
| 2/9/2016 | 57.49 | Late Work Meals - Rosenthal |
| 2/10/2016 | 48.83 | Late Work Meals - Rosenthal |
| 2/11/2016 | 21.22 | Late Work Meals - Stein |
| **TOTAL:** | **790.09** | |
| | | |
| **Late Work - Transportation** | | |
| | | |
| 11/13/2015 | 19.98 | Late Work Transportation - Chang |
| 11/16/2015 | 21.19 | Late Work Transportation - Chang |
| 11/17/2015 | 21.00 | Late Work Transportation - Cantwell |
| 11/17/2015 | 18.15 | Late Work Transportation - Chang |
| 11/24/2015 | 30.35 | Late Work Transportation - Cantwell |
| 12/3/2015 | 24.54 | Late Work Transportation - Cantwell |
| 1/4/2016 | 48.45 | Late Work Transportation - Cantwell |
| 1/5/2016 | 23.36 | Late Work Transportation - Cantwell |
| 1/6/2016 | 32.86 | Late Work Transportation - Cantwell |
| 1/7/2016 | 23.95 | Late Work Transportation - Cantwell |
| 1/7/2016 | 161.41 | Late Work Transportation - Schweitzer |
| 1/8/2016 | 85.95 | Late Work Transportation - O'Keefe |
| 1/11/2016 | 32.86 | Late Work Transportation - Cantwell |
| 1/11/2016 | 114.31 | Late Work Transportation - Schweitzer |

**EXPENSE SUMMARY**  In re Nortel Networks Inc., et al.
**February 1, 2016 through February 29, 2016**  (Case No. 09-10138 (KG))

| Date | Amount | Narrative |
|---|---|---|
| 1/12/2016 | 27.00 | Late Work Transportation - Gallagher |
| 1/12/2016 | 28.62 | Late Work Transportation - Gianis |
| 1/12/2016 | 37.09 | Late Work Transportation - Rosenthal |
| 1/13/2016 | 30.74 | Late Work Transportation - Bromley |
| 1/13/2016 | 36.42 | Late Work Transportation - Gianis |
| 1/13/2016 | 48.72 | Late Work Transportation - McKay |
| 1/13/2016 | 62.52 | Late Work Transportation - Schweitzer |
| 1/14/2016 | 79.16 | Late Work Transportation - Bromley (ride from meeting) |
| 1/14/2016 | 123.13 | Late Work Transportation - Bromley (ride to meeting) |
| 1/14/2016 | 37.98 | Late Work Transportation - Gianis |
| 1/14/2016 | 36.57 | Late Work Transportation - Schweitzer |
| 1/16/2016 | 119.90 | Late Work Transportation - Gianis |
| 1/16/2016 | 92.79 | Late Work Transportation - Schweitzer |
| 1/17/2016 | 25.13 | Late Work Transportation - Cantwell |
| 1/19/2016 | 40.99 | Late Work Transportation - Rosenthal |
| 1/21/2016 | 28.62 | Late Work Transportation - Gianis |
| 1/21/2016 | 42.77 | Late Work Transportation - Hakkenberg |
| 1/22/2016 | 36.42 | Late Work Transportation - Gianis |
| 1/22/2016 | 136.34 | Late Work Transportation - Schweitzer |
| 1/26/2016 | 23.56 | Late Work Transportation - Hakkenberg |
| 1/26/2016 | 97.91 | Late Work Transportation - Schweitzer |
| 1/26/2016 | 13.56 | Late Work Transportation- Stein |
| 1/26/2016 | 12.73 | Late Work Transportation- Stein (ride on 1/25/16) |
| 1/29/2016 | 21.47 | Late Work Transportation - Gallagher |
| 1/29/2016 | 8.00 | Late Work Transportation - Sheridan |
| 1/29/2016 | 12.36 | Late Work Transportation - Stein |
| 1/30/2016 | 28.62 | Late Work Transportation - Gianis |
| 1/30/2016 | 36.96 | Late Work Transportation - Stein |
| 2/1/2016 | 137.43 | Late Work Transportation - Palmer |
| 2/2/2016 | 14.16 | Late Work Transportation - Parthum |
| 2/3/2016 | 12.60 | Late Work Transportation - Sheridan |
| 2/4/2016 | 33.99 | Late Work Transportation - Cantwell |
| 2/4/2016 | 48.72 | Late Work Transportation - McKay |
| 2/4/2016 | 21.33 | Late Work Transportation - Stein |
| 2/5/2016 | 89.84 | Late Work Transportation - O'Keefe |
| 2/5/2016 | 9.08 | Late Work Transportation - Stein |
| 2/8/2016 | 41.32 | Late Work Transportation - Gonzalez |
| 2/8/2016 | 33.91 | Late Work Transportation - Zelbo |
| 2/9/2016 | 32.58 | Late Work Transportation - Gonzalez |
| 2/9/2016 | 44.89 | Late Work Transportation - Rosenthal |

**EXPENSE SUMMARY**  In re Nortel Networks Inc., et al.
February 1, 2016 through February 29, 2016  (Case No. 09-10138 (KG))

| Date | Amount | Narrative |
|---|---|---|
| 2/9/2016 | 9.67 | Late Work Transportation - Stein |
| 2/10/2016 | 28.62 | Late Work Transportation - Gianis |
| 2/10/2016 | 137.43 | Late Work Transportation - Palmer |
| 2/10/2016 | 44.89 | Late Work Transportation - Rosenthal |
| 2/11/2016 | 9.63 | Late Work Transportation - Stein |
| 2/12/2016 | 28.62 | Late Work Transportation - Gianis |
| 2/12/2016 | 30.35 | Late Work Transportation - Hakkenberg |
| 2/12/2016 | 30.74 | Late Work Transportation - Lobacheva |
| 2/12/2016 | 31.79 | Late Work Transportation - Queen |
| 2/12/2016 | 56.43 | Late Work Transportation - Rosenthal |
| 2/12/2016 | 9.69 | Late Work Transportation - Stein |
| 2/13/2016 | 11.54 | Late Work Transportation - Stein |
| **TOTAL:** | **2,933.69** | |
| | | |
| **Conference Meals** | | |
| | | |
| 1/12/2016 | 152.42 | Conference Meals (10 attendees) |
| 1/12/2016 | 52.26 | Conference Meals (6 attendees) |
| 1/13/2016 | 60.97 | Conference Meals (7 attendees) |
| 1/13/2016 | 160.05 | Conference Meals (7 attendees) |
| 1/14/2016 | 283.08 | Conference Meals (20 attendees) |
| 1/14/2016 | 304.85 | Conference Meals (20 attendees) |
| 1/14/2016 | 713.13 | Conference Meals (20 attendees) |
| 1/14/2016 | 144.26 | Conference Meals (5 attendees) |
| 1/14/2016 | 250.00 | Conference Meals (5 attendees) |
| **TOTAL:** | **2,121.02** | |
| | | |
| **Other** | | |
| | | |
| 1/31/2016 | 11.98 | Computer Research - Vendor: CourtAlert.Com, Inc. |
| 2/1/2016 | 315.83 | Outside Duplicating |
| **TOTAL:** | **327.81** | |
| | | |
| **Expert Expenses** | | |
| | | |
| 3/7/2016 | 17,934.50 | Expert Expense (Details to be provided under seal to the Court, the Office of the US Trustee, and the Fee Examiner pursuant to the Order Modifying the Application of Local Rules 2014-1(C) and 2016-2(F) [D.I. 9584] and the Order Appointing Fee Examiner and Establishing Related Procedures for Compensation and Reimbursement of Expenses for Professionals and Consideration of Fee Applications [D.I. 11082].) |

**EXPENSE SUMMARY**            **In re Nortel Networks Inc., et al.**
**February 1, 2016 through February 29, 2016**            **(Case No. 09-10138 (KG))**

| Date | Amount | Narrative |
|---|---|---|
| 3/16/2016 | 131,359.75 | Expert Expense (Details to be provided under seal to the Court, the Office of the US Trustee, and the Fee Examiner pursuant to the Order Modifying the Application of Local Rules 2014-1(C) and 2016-2(F) [D.I. 9584] and the Order Appointing Fee Examiner and Establishing Related Procedures for Compensation and Reimbursement of Expenses for Professionals and Consideration of Fee Applications [D.I. 11082].) |
| **TOTAL:** | **149,294.25** | |
| | | |
| | | |
| **GRAND TOTAL:** | **160,536.07** | |
| | | |

[1] Consistent with Cleary Gottlieb's normal procedure in the present case, Cleary Gottlieb is seeking reimbursement for only the value of standard class train and airplane fares.