# Exhibit A

## The Mergis Group
### Summary of Professionals

Nortel Networks, Inc. et al.
For the period of February 1, 2016 through February 29, 2016

| Professional | Position | Title / Role of Professional |
|---|---|---|
| Timothy C. Ross | Officer | Chief Financial Officer and Corporate Secretary - Management responsibility for all business and finance functions supporting the U.S. Principal Officer in the company operation and liquidation; direct responsibilities include, operating budget oversight, treasury management, general accounting and controls, tax, information technology, human resources, real estate management, and foreign subsidiary wind down. Employee Benefits and Pension Investment Committee member. |
| William D. Cozart | Non-Officer | Associate - General accounting control oversight, debtor financial reporting (MOR, Form 26, etc.), general accounting control oversight, finance systems administration & controls, accounts receivable and billing, bank account reconciliations. |
| Kim Ponder | Non-Officer | Associate - General accounting & finance services for accounts payable, payment processing for normal course, intercompany, and professional, claims and litigation settlement disbursement processing, statutory reporting management & oversight. |

# Exhibit B

## The Mergis Group
## Summary of Projects and Project Descriptions

Nortel Networks, Inc. et al.
For the period of February 1, 2016 through February 29, 2016

| Project | Project Description |
|---|---|
| Administrative | Administrative matters related to the Debtors engagement.  Includes board meetings, staff meetings, preparation of  miscellaneous statements, surveys, and schedules, miscellaneous document review and execution, electronic minute book maintenance, and office and general case management activities. |
| Bankruptcy Reporting | Assist the Debtors with bankruptcy reporting requirements.  Includes the financial reporting preparation & management review of the Monthly Operating Report (MOR), Form 26, Ordinary Course Professionals Report (OCP), US Trustee Fee Report, and related matters for the US Trustee. |
| Cash Management | Support the Debtors with cash flow management activities.  Includes treasury systems management and controls, bank service contract oversight, cash flow planning and analysis, accountability for cash flow budget achievement,  and cash reporting to estate constituents. |
| Claims Administration | Assist the Debtors with claims matters.  Includes claims database systems and controls, data maintenance,  analysis and validation, communications, distribution process planning, and claims settlement / distribution execution. |
| Compensation Application | Activities relating to the professional time tracking  and preparation of the compensation application. |
| Discovery | Activities driven by requests directed to Nortel Networks Inc. in support of the business divestiture proceeds allocation litigation. Includes data / document extraction and analysis, preparation & presentation of findings, interface with legal counsel,  and participate in court hearings. |
| Electronic Data and Document Preservation | Support the Debtors with the preservation of electronic data and hard copy documents.  Includes  governance and maintenance in compliance with court retention requirements and associated vendor service contract oversight. |
| Entity Liquidation and Wind Down | Assist the Debtors with the liquidation, wind down and/or deregistration of Nortel Networks, Inc. and its subsidiaries and branches (foreign and domestic).Includes the development and execution of step plans to ensure local law and U.S. Bankruptcy Court compliance in areas such as intercompany settlements, debt forgiveness, tax clearance certificates, final account balances;  compliance with local and U.S. statutory, tax, financial and other governmental reporting requirements; repatriation of subsidiary or branch cash to parent;  and coordinate with and support local accounting and legal professionals in conjunction with of all of the above. |

# Exhibit B

## The Mergis Group
### Summary of Projects and Project Descriptions

Nortel Networks, Inc. et al.
For the period of February 1, 2016 through February 29, 2016

| Project | Project Description |
|---|---|
| Finance and General Accounting | Assist the Debtors with finance and general accounting operations in compliance with US GAAP. Includes statutory financial reporting preparation & review, month and year end close processing, finance systems & controls, journal entry preparation, management review, and posting, account reconciliations, balance sheet analysis, and normal course accounts receivable and payable administration . |
| Human Resources | Support the Debtors in Human Resources matters. Includes development and execution of Debtors benefit plan termination (health and welfare, 401K, etc.), plan regulatory compliance oversight and reporting (audits, plan boards & committees, etc.)  vendor services contract management and oversight, human resource related communications, and HR systems and data maintenance and reporting. |
| Information Technology Operations | Assist the Debtors with the maintenance and support of the Nortel Networks, Inc. residual company information technology infrastructure operations. Includes vendor services and contract oversight, data extraction, back-up, and recovery, and infrastructure problem resolution support. |
| Insurance & Risk Management | Assist the Debtors with insurance and risk management activities.   Includes tracking and periodic management review of Debtors insurance coverage; ensuring compliance with established policies, leases, and contracts.  Provide service oversight to agent/broker contract. |
| Plan of Reorganization | Assist the Debtors with the preparation of the plan of reorganization and associated disclosure statement.  Includes financial analysis and Debtors review. |
| Professional Fee Applications | Assist the Debtors with the payment administration of engaged professionals.  Includes financial recording of professional fee applications to Debtors' books and records, reconciliation to Omnibus Fee Order to Debtors' books and records, fee disbursement based on Certificate of No Objection (CNO) , and associated year end regulatory reporting. |
| Real Estate Management | Assist the Debtors with lease and real estate matters.  Includes property management vendor contract oversight,  property management budget achievement accountability and associated financial planning & analysis, lease and sub-lease management / governance, and property marketing activities. |
| Residual Business Operations | Assist the Debtors in the resolution of outstanding residual business operations matters. Includes activities relating to residual business services customer, vendor, and/or buyer contracts and associated receivables, payables, and/or inventory,  regulatory and government required business reporting surveys and schedules, and review and action of service of process notifications. |

# Exhibit B

## The Mergis Group
## Summary of Projects and Project Descriptions

Nortel Networks, Inc. et al.
For the period of February 1, 2016 through February 29, 2016

| Project | Project Description |
|---|---|
| Tax Matters | Assist the Debtors with tax matters.   Includes vendor service contract oversight, financial analysis support and management review of federal, state, and local Tax returns, claims, and audits, and authorization of tax related matters (annual report filings, settlements, etc.) . |
| Travel | Authorized travel to support Debtors projects. |

# Exhibit C

## The Mergis Group
## Summary of Fees and Expenses

Nortel Networks, Inc. et al.
For the period of February 1, 2016 through February 29, 2016

|  | Fees | Expenses | Total |
|---|---|---|---|
| For the period of February 1, 2016 through February 29, 2016 | $ 187,935.00 | $ 279.62 | $ 188,214.62 |

Exhibit C                                                                                                                                      Page 5 of 16

# Exhibit D

## The Mergis Group
## Summary of Time by Professional

Nortel Networks, Inc. et al.
For the period of February 1, 2016 through February 29, 2016

| Professional | Position | Title / Role of Professional | Hours |
|---|---|---|---|
| Timothy C. Ross | Officer | Chief Financial Officer and Corporate Secretary - Management responsibility for all business and finance functions supporting the U.S. Principal Officer in the company operation and liquidation; direct responsibilities include, operating budget oversight, treasury management, general accounting and controls, tax, information technology, human resources, real estate management, and foreign subsidiary wind down. Employee Benefits and Pension Investment Committee member. | 172.00 |
| William D. Cozart | Non-Officer | Associate - General accounting control oversight, debtor financial reporting (MOR, Form 26, etc.), general accounting control oversight, finance systems administration & controls, accounts receivable and billing, bank account reconciliations. | 161.00 |
| Kim Ponder | Non-Officer | Associate - General accounting & finance services for accounts payable, payment processing for normal course, intercompany, and professional, claims and litigation settlement disbursement processing, statutory reporting management & oversight. | 169.50 |

**Hours for the period of January 1, 2015 through January 31, 2015** — **502.50**

   Billing Rate — $ 374.00

**Fees for the period of January 1, 2015 through January 31, 2015** — **$ 187,935.00**

# Exhibit E

## The Mergis Group
## Summary of Fees by Project

Nortel Networks, Inc. et al.
For the period of February 1, 2016 through February 29, 2016

| Project | Project Description | Hours | Fees |
|---|---|---|---|
| Administrative | Administrative matters related to the Debtors engagement.  Includes board meetings, staff meetings, preparation of  miscellaneous statements, surveys, and schedules, miscellaneous document review and execution, electronic minute book maintenance, and office and general case management activities. | - | $ - |
| Bankruptcy Reporting | Assist the Debtors with bankruptcy reporting requirements.  Includes the financial reporting preparation & management review of the Monthly Operating Report (MOR), Form 26, Ordinary Course Professionals Report (OCP), US Trustee Fee Report, and related matters for the US Trustee. | 16.50 | $ 6,171.00 |
| Cash Management | Support the Debtors with cash flow management activities.  Includes treasury systems management and controls, bank service contract oversight, cash flow planning and analysis, accountability for cash flow budget achievement,  and cash reporting to estate constituents. | 49.50 | $ 18,513.00 |
| Claims Administration | Assist the Debtors with claims matters.  Includes claims database systems and controls, data maintenance,  analysis and validation, communications, distribution process planning, and claims settlement / distribution execution. | 24.50 | $ 9,163.00 |
| Compensation Application | Activities relating to the professional time tracking  and preparation of the compensation application. | 11.50 | $ 4,301.00 |
| Discovery | Activities driven by requests directed to Nortel Networks Inc. in support of the business divestiture proceeds allocation litigation. Includes data / document extraction and analysis, preparation & presentation of findings, interface with legal counsel,  and participate in court hearings. | 5.00 | $ 1,870.00 |
| Electronic Data and Document Preservation | Support the Debtors with the preservation of electronic data and hard copy documents.  Includes  governance and maintenance in compliance with court retention requirements and associated vendor service contract oversight. | 10.50 | $ 3,927.00 |
| Entity Liquidation and Wind Down | Assist the Debtors with the liquidation, wind down and/or deregistration of Nortel Networks, Inc. and its subsidiaries and branches (foreign and domestic).Includes the development and execution of step plans to ensure local law and U.S. Bankruptcy Court compliance in areas such as intercompany settlements, debt forgiveness, tax clearance certificates, final account balances;  compliance with local and U.S. statutory, tax, financial and other governmental reporting requirements; repatriation of subsidiary or branch cash to parent;  and coordinate with and support local accounting and legal professionals in conjunction with of all of the above. | 3.00 | $ 1,122.00 |
| Finance and General Accounting | Assist the Debtors with finance and general accounting operations in compliance with US GAAP.  Includes statutory financial reporting preparation & review, month and year end close processing, finance systems & controls, journal entry preparation, management review, and posting, account reconciliations, balance sheet analysis, and normal course accounts receivable and payable administration . | 211.50 | $ 79,101.00 |
| Human Resources | Support the Debtors in Human Resources matters.  Includes development and execution of Debtors benefit plan termination (health and welfare, 401K, etc.), plan regulatory compliance oversight and reporting (audits, plan boards & committees, etc.)  vendor services contract management and oversight, human resource related communications, and HR systems and data maintenance and reporting. | 32.00 | $ 11,968.00 |
| Information Technology Operations | Assist the Debtors with the maintenance and support of the Nortel Networks, Inc. residual company information technology infrastructure operations.  Includes vendor services  and contract oversight, data extraction, back-up, and recovery, and infrastructure problem resolution support. | 13.50 | $ 5,049.00 |

# Exhibit E

## The Mergis Group
## Summary of Fees by Project

Nortel Networks, Inc. et al.
For the period of February 1, 2016 through February 29, 2016

| Project | Project Description | Hours | Fees |
|---|---|---|---|
| Insurance & Risk Management | Assist the Debtors with insurance and risk management activities. Includes tracking and periodic management review of Debtors insurance coverage; ensuring compliance with established policies, leases, and contracts. Provide service oversight to agent/broker contract. | 0.50 | $ 187.00 |
| Plan of Reorganization | Assist the Debtors with the preparation of the plan of reorganization and associated disclosure statement. Includes financial analysis and Debtors review. | - | $ - |
| Professional Fee Applications | Assist the Debtors with the payment administration of engaged professionals. Includes financial recording of professional fee applications to Debtors' books and records, reconciliation to Omnibus Fee Order to Debtors' books and records, fee disbursement based on Certificate of No Objection (CNO), and associated year end regulatory reporting. | 9.00 | $ 3,366.00 |
| Real Estate Management | Assist the Debtors with lease and real estate matters. Includes property management vendor contract oversight, property management budget achievement accountability and associated financial planning & analysis, lease and sub-lease management / governance, and property marketing activities. | 44.00 | $ 16,456.00 |
| Residual Business Operations | Assist the Debtors in the resolution of outstanding residual business operations matters. Includes activities relating to residual business services customer, vendor, and/or buyer contracts and associated receivables, payables, and/or inventory, regulatory and government required business reporting surveys and schedules, and review and action of service of process notifications. | 12.50 | $ 4,675.00 |
| Tax Matters | Assist the Debtors with tax matters. Includes vendor service contract oversight, financial analysis support and management review of federal, state, and local Tax returns, claims, and audits, and authorization of tax related matters (annual report filings, settlements, etc.) . | 59.00 | $ 22,066.00 |
| Travel | Authorized travel to support Debtors projects. | - | $ - |
| **For the period of February 1, 2016 through February 29, 2016** | | **502.50** | **$ 187,935.00** |

## Exhibit F

**The Mergis Group**
**Time Description Detail by Project**

Nortel Networks, Inc. et al.
For the period of February 1, 2016 through February 29, 2016

| Project / Date | Professional | Project Work Description | Hours |
|---|---|---|---|
| **Bankruptcy Reporting** | | | |
| 2/16/2016 | Timothy C. Ross | Reviewed and authorized release of Debtors form 26 | 0.50 |
| 2/16/2016 | William D. Cozart | Review and distribute December 31, 2016 Form 26. | 1.00 |
| 2/23/2016 | Timothy C. Ross | Prepared and analyzed Debtors cash receipts and disbursements for the monthly operating report. | 5.00 |
| 2/29/2016 | Timothy C. Ross | Worked Debtors request from MNAT. | 6.00 |
| 2/29/2016 | Timothy C. Ross | Reviewed and authorized Debtors MOR for release to constituents. | 1.00 |
| 2/29/2016 | William D. Cozart | Prepare January 2016 MOR. | 3.00 |
| **Bankruptcy Reporting Total** | | | **16.50** |
| **Cash Management** | | | |
| 2/1/2016 | Kim Ponder | FCB deposit. | 0.50 |
| 2/1/2016 | Timothy C. Ross | Reviewed and authorized Debtors bank deposits. | 0.50 |
| 2/2/2016 | Kim Ponder | VEBA deposit. | 0.50 |
| 2/2/2016 | Timothy C. Ross | Reviewed and authorized Debtors bank deposits. | 0.50 |
| 2/3/2016 | Timothy C. Ross | Reviewed Debtors payment proposal, prepared and analyzed cash flow requirements and executed Treasury funding transactions. | 2.00 |
| 2/3/2016 | Timothy C. Ross | Analyzed cash receipts & disbursements variance to budget and reported results to Debtors constituents. | 3.00 |
| 2/4/2016 | Timothy C. Ross | Reviewed, authorized, and released Debtors disbursements. | 3.00 |
| 2/5/2016 | Timothy C. Ross | Conference call with Chilmark Partners (MK). | 0.50 |
| 2/8/2016 | Kim Ponder | FCB deposit. | 0.50 |
| 2/8/2016 | Timothy C. Ross | Analyzed cash receipts & disbursements variance to budget. | 2.50 |
| 2/9/2016 | Timothy C. Ross | Analyzed cash receipts & disbursements variance to budget. | 2.00 |
| 2/9/2016 | Timothy C. Ross | Worked Debtors cash management matters. | 3.00 |
| 2/10/2016 | Timothy C. Ross | Reviewed and authorized Debtors bank deposits. | 0.50 |
| 2/10/2016 | Timothy C. Ross | Reviewed Debtors payment proposal, prepared and analyzed five week rolling cash flow requirements and executed Treasury funding transactions. | 2.00 |
| 2/10/2016 | Timothy C. Ross | Worked Debtors treasury management matters. | 1.00 |
| 2/11/2016 | Kim Ponder | FCB deposit. | 0.50 |
| 2/11/2016 | Timothy C. Ross | Reviewed and authorized Debtors bank deposits. | 0.50 |
| 2/11/2016 | Timothy C. Ross | Reviewed, authorized, and released Debtors disbursements. | 2.50 |
| 2/11/2016 | Timothy C. Ross | Worked Debtors cash management matters. | 2.00 |
| 2/12/2016 | Kim Ponder | FCB deposit. | 0.50 |
| 2/12/2016 | Timothy C. Ross | Worked Debtors cash management matters. | 2.00 |
| 2/16/2016 | Timothy C. Ross | Reviewed, authorized, and released Debtors foreign subsidiary disbursements. | 0.50 |
| 2/16/2016 | Timothy C. Ross | Worked Debtors cash management matters. | 3.50 |
| 2/17/2016 | Timothy C. Ross | Reviewed Debtors payment proposal, prepared and analyzed five week rolling cash flow requirements and executed Treasury funding transactions. | 2.00 |
| 2/18/2016 | Timothy C. Ross | Reviewed, authorized, and released Debtors disbursements. | 2.50 |
| 2/22/2016 | Kim Ponder | FCB deposit. | 0.50 |
| 2/22/2016 | Timothy C. Ross | Worked actions, and responded to Debtors foreign subsidiary tax professional (EGA). | 1.00 |
| 2/22/2016 | Timothy C. Ross | Reviewed and authorized Debtors bank deposits. | 0.50 |
| 2/23/2016 | Kim Ponder | FCB deposit. | 0.50 |
| 2/24/2016 | Kim Ponder | Prepared Nortel direction letter. | 0.50 |
| 2/24/2016 | Timothy C. Ross | Reviewed Debtors payment proposal, prepared and analyzed five week rolling cash flow requirements and executed Treasury funding transactions. | 2.00 |
| 2/25/2016 | Kim Ponder | FCB and VEBA deposits. | 1.00 |
| 2/25/2016 | Timothy C. Ross | Reviewed and authorized Debtors bank deposits. | 0.50 |
| 2/26/2016 | Kim Ponder | FCB deposit. | 0.50 |
| 2/26/2016 | Timothy C. Ross | Reviewed, authorized, and released Debtors disbursements. | 2.00 |
| 2/29/2016 | Kim Ponder | FCB deposit. | 0.50 |
| 2/29/2016 | Timothy C. Ross | Worked Debtors residual staff transition matter. | 0.50 |
| 2/29/2016 | Timothy C. Ross | Worked Debtors foreign subsidiary banking matters. | 0.50 |
| 2/29/2016 | Timothy C. Ross | Reviewed and authorized Debtors bank deposits. | 0.50 |
| **Cash Management Total** | | | **49.50** |
| **Claims Administration** | | | |
| 2/2/2016 | Kim Ponder | Claims research. | 2.50 |
| 2/5/2016 | Kim Ponder | Received, researched and responded to request for claims data. | 1.00 |
| 2/12/2016 | Kim Ponder | Claims research. | 5.00 |
| 2/18/2016 | Kim Ponder | Claims research. | 1.00 |
| 2/22/2016 | Kim Ponder | Claims research. | 3.00 |
| 2/22/2016 | Timothy C. Ross | Received, reviewed, and responded to Debtors claims reconciliation matter. | 0.50 |
| 2/23/2016 | Kim Ponder | Claims research. | 5.50 |
| 2/24/2016 | Kim Ponder | Claims research. | 4.50 |
| 2/24/2016 | Kim Ponder | Received, researched and responded to request for foreign vendor data. | 1.00 |
| 2/25/2016 | Timothy C. Ross | Received, reviewed, and responded to Debtors claims matters. | 0.50 |
| **Claims Administration Total** | | | **24.50** |
| **Compensation Application** | | | |
| 2/1/2016 | Timothy C. Ross | Received, reviewed, updated and finalized Mergis Staffing & Compensation report with CGSH edits and submitted to MNAT for court filing (December 2015). | 1.50 |
| 2/4/2016 | Timothy C. Ross | Finalized and communicated 2015 and 2016 rate analysis. | 1.00 |
| 2/5/2016 | Kim Ponder | Compensation application preparation re: update of timekeeping records. | 0.50 |
| 2/5/2016 | Timothy C. Ross | Compensation application preparation re: update of timekeeping records. | 0.50 |
| 2/5/2016 | William D. Cozart | Update timekeeping records. | 0.50 |
| 2/11/2016 | William D. Cozart | Update timekeeping records. | 0.50 |

## Exhibit F

**The Mergis Group**
**Time Description Detail by Project**

Nortel Networks, Inc. et al.
For the period of February 1, 2016 through February 29, 2016

| Project | Date | Professional | Project Work Description | Hours |
|---|---|---|---|---|
| | 2/12/2016 | Kim Ponder | Compensation application preparation re: update of timekeeping records. | 0.50 |
| | 2/12/2016 | Timothy C. Ross | Compensation application preparation re: update of timekeeping records. | 0.50 |
| | 2/15/2016 | Timothy C. Ross | Prepared DRAFT Mergis staffing & compensation report for CGSH review. | 3.00 |
| | 2/19/2016 | Kim Ponder | Compensation application preparation re: update of timekeeping records. | 0.50 |
| | 2/19/2016 | Timothy C. Ross | Compensation application preparation re: update of timekeeping records. | 0.50 |
| | 2/19/2016 | William D. Cozart | Update timekeeping records. | 0.50 |
| | 2/26/2016 | Kim Ponder | Compensation application preparation re: update of timekeeping records. | 0.50 |
| | 2/26/2016 | Timothy C. Ross | Compensation application preparation re: update of timekeeping records. | 0.50 |
| | 2/26/2016 | William D. Cozart | Update timekeeping records. | 0.50 |
| **Compensation Application Total** | | | | **11.50** |

**Discovery**

| | 2/8/2016 | Timothy C. Ross | Received, reviewed, and actioned Debtors employee records related subpoena. | 0.50 |
|---|---|---|---|---|
| | 2/9/2016 | Timothy C. Ross | Received, reviewed, and actioned discover request from counsel (PC). | 0.50 |
| | 2/9/2016 | Timothy C. Ross | Researched request from counsel. | 1.00 |
| | 2/9/2016 | Timothy C. Ross | Conference call with counsel (PC) to discuss request findings. | 0.50 |
| | 2/9/2016 | William D. Cozart | Prepare research regarding historical data. | 2.50 |
| **Discovery Total** | | | | **5.00** |

**Electronic Data and Document Preservation**

| | 2/2/2016 | William D. Cozart | Prepare historical documents for storage. | 1.00 |
|---|---|---|---|---|
| | 2/3/2016 | William D. Cozart | Prepare historical documents for storage. | 3.00 |
| | 2/8/2016 | William D. Cozart | Prepare historical documents for storage. | 2.00 |
| | 2/10/2016 | William D. Cozart | Prepare historical documents for storage. | 1.50 |
| | 2/17/2016 | Timothy C. Ross | Meeting with Debtors property manager (AL, KW) and wind down consultant (KS). | 0.50 |
| | 2/24/2016 | William D. Cozart | Prepare historical documents for storage. | 2.50 |
| **Electronic Data and Document Preservation Total** | | | | **10.50** |

**Entity Liquidation and Wind Down**

| | 2/4/2016 | Timothy C. Ross | Reviewed and certified Debtors board resolution. | 1.00 |
|---|---|---|---|---|
| | 2/11/2016 | Timothy C. Ross | Conference call with Debtors counsel (KH, RR, RE). | 0.50 |
| | 2/23/2016 | Timothy C. Ross | Received, reviewed, and responded to Debtors foreign branch liquidator (SC). | 0.50 |
| | 2/24/2016 | Timothy C. Ross | Received, reviewed, and responded to Debtors counsel (RR). | 0.50 |
| | 2/25/2016 | Timothy C. Ross | Conference call with Debtors counsel (KH, RR, RE). | 0.50 |
| **Entity Liquidation and Wind Down Total** | | | | **3.00** |

**Finance and General Accounting**

| | 2/1/2016 | Kim Ponder | Recorded cash receipts. | 1.00 |
|---|---|---|---|---|
| | 2/1/2016 | Kim Ponder | Month end close. | 2.00 |
| | 2/1/2016 | Kim Ponder | Prepared January bank reconciliations. | 3.50 |
| | 2/1/2016 | Timothy C. Ross | Prepared and submitted residual staff and IT/HR consultant time reports. | 1.00 |
| | 2/1/2016 | Timothy C. Ross | Reviewed and authorized payment for Debtors foreign entity invoices. | 0.50 |
| | 2/1/2016 | Timothy C. Ross | Worked Debtors finance and accounting matters. | 1.50 |
| | 2/1/2016 | William D. Cozart | Transition of Duties. | 5.00 |
| | 2/2/2016 | Kim Ponder | Recorded cash receipts. | 0.50 |
| | 2/2/2016 | Kim Ponder | Normal course payables. | 2.50 |
| | 2/2/2016 | Kim Ponder | Meeting with TRoss and Computershare representative. | 0.50 |
| | 2/2/2016 | Timothy C. Ross | Performed QB maintenance for Debtors foreign subsidiary. | 0.50 |
| | 2/2/2016 | Timothy C. Ross | Worked Debtors finance and accounting matters. | 2.00 |
| | 2/2/2016 | William D. Cozart | Transition of duties. | 3.00 |
| | 2/3/2016 | Kim Ponder | Normal course payables. | 2.00 |
| | 2/3/2016 | Kim Ponder | Research, meeting and communication re: Windstream. | 3.00 |
| | 2/3/2016 | Kim Ponder | Transition of responsibilities. | 2.00 |
| | 2/3/2016 | Timothy C. Ross | Worked Debtors finance and accounting matters. | 1.00 |
| | 2/3/2016 | William D. Cozart | Transition of duties. | 4.00 |
| | 2/4/2016 | Kim Ponder | Normal course payables. | 2.50 |
| | 2/4/2016 | Kim Ponder | January bank reconciliations. | 3.00 |
| | 2/4/2016 | Timothy C. Ross | Reviewed and authorized Debtors residual invoices for payment. | 0.50 |
| | 2/4/2016 | Timothy C. Ross | Worked Debtors finance and accounting matters. | 2.00 |
| | 2/4/2016 | William D. Cozart | Transition of duties. | 4.00 |
| | 2/5/2016 | Kim Ponder | January bank reconciliations. | 1.00 |
| | 2/5/2016 | Kim Ponder | Month end close. | 3.50 |
| | 2/5/2016 | Timothy C. Ross | Worked Debtors finance and accounting matters. | 2.00 |
| | 2/5/2016 | Timothy C. Ross | Cross trained with DC. | 1.50 |
| | 2/5/2016 | William D. Cozart | Transition of Duties. | 3.00 |
| | 2/8/2016 | Kim Ponder | Intercompany billing. | 1.50 |
| | 2/8/2016 | Kim Ponder | Month end close. | 5.00 |
| | 2/8/2016 | Timothy C. Ross | Prepared and submitted residual staffing time report. | 0.50 |
| | 2/8/2016 | William D. Cozart | Transition of duties. | 3.00 |
| | 2/9/2016 | Kim Ponder | Normal course payables. | 2.50 |
| | 2/9/2016 | Kim Ponder | Record bank deposit. | 0.50 |
| | 2/9/2016 | Kim Ponder | Month end close. | 1.00 |
| | 2/9/2016 | Kim Ponder | Normal course payables. | 3.00 |
| | 2/9/2016 | Timothy C. Ross | Reviewed and authorized journal entries for posting. | 1.00 |
| | 2/9/2016 | William D. Cozart | Prepare reconciliations for January. | 3.00 |
| | 2/9/2016 | William D. Cozart | Transition of duties. | 2.50 |
| | 2/10/2016 | Kim Ponder | Month end close. | 7.00 |

## Exhibit F

**The Mergis Group**
**Time Description Detail by Project**

Nortel Networks, Inc. et al.
For the period of February 1, 2016 through February 29, 2016

| Date | Professional | Project Work Description | Hours |
|---|---|---|---|
| 2/10/2016 | William D. Cozart | Transition of duties. | 3.00 |
| 2/10/2016 | William D. Cozart | Prepare reconciliations for January. | 2.00 |
| 2/11/2016 | Kim Ponder | Recorded deposit. | 0.50 |
| 2/11/2016 | Kim Ponder | Normal course payables. | 5.00 |
| 2/11/2016 | Kim Ponder | Intercompany billing. | 2.00 |
| 2/11/2016 | Timothy C. Ross | Reviewed and authorized journal entries for posting. | 1.00 |
| 2/11/2016 | Timothy C. Ross | Reviewed and authorized Debtors Bank reconciliations. | 2.50 |
| 2/11/2016 | William D. Cozart | Transition of duties. | 5.00 |
| 2/11/2016 | William D. Cozart | Prepare reconciliations for January. | 2.00 |
| 2/12/2016 | Kim Ponder | Recorded bank deposit. | 0.50 |
| 2/12/2016 | Timothy C. Ross | Reviewed and authorized Debtors residual services invoices for payment. | 0.50 |
| 2/12/2016 | Timothy C. Ross | Investigated Debtors foreign branch balance sheet questions from counsel (RR) with entity accounting professional (BDO). | 1.00 |
| 2/15/2016 | Kim Ponder | Month end close. | 8.00 |
| 2/15/2016 | Timothy C. Ross | Prepared and submitted residual staff time report. | 0.50 |
| 2/15/2016 | Timothy C. Ross | Reviewed and authorized journal entries for posting. | 1.00 |
| 2/15/2016 | Timothy C. Ross | Worked QB technical issues. | 0.50 |
| 2/15/2016 | William D. Cozart | Transition of duties. | 4.00 |
| 2/15/2016 | William D. Cozart | Update master data in QuickBooks. | 1.50 |
| 2/15/2016 | William D. Cozart | Prepare reconciliations for January. | 1.00 |
| 2/16/2016 | Kim Ponder | QuickBooks backup for January month end. | 2.00 |
| 2/16/2016 | Kim Ponder | Prepared January 2016 month end reports from QuickBooks. | 2.50 |
| 2/16/2016 | Kim Ponder | Month end close. | 2.50 |
| 2/16/2016 | Timothy C. Ross | Worked Debtors foreign branch general accounting matters. | 0.50 |
| 2/16/2016 | William D. Cozart | Prepare journal entries for January. | 2.00 |
| 2/16/2016 | William D. Cozart | Transition of duties. | 4.00 |
| 2/17/2016 | Kim Ponder | Normal course payables. | 1.00 |
| 2/17/2016 | Kim Ponder | Normal course payables. | 1.50 |
| 2/17/2016 | Kim Ponder | GL reconciliations. | 1.50 |
| 2/18/2016 | Kim Ponder | Normal course payables. | 3.50 |
| 2/18/2016 | Kim Ponder | Intercompany billing. | 1.50 |
| 2/18/2016 | Timothy C. Ross | Worked Debtors general accounting matters. | 3.00 |
| 2/18/2016 | Timothy C. Ross | Conference call with Debtors counsel (ML). | 0.50 |
| 2/18/2016 | William D. Cozart | Transition of duties. | 2.50 |
| 2/19/2016 | William D. Cozart | Transition of Duties. | 3.00 |
| 2/22/2016 | Kim Ponder | Researched prior Windstream activity and posted deposit of reissued checks. | 1.00 |
| 2/22/2016 | Kim Ponder | Normal course payables. | 1.00 |
| 2/22/2016 | Timothy C. Ross | Prepared and submitted residual staffing time reports. | 0.50 |
| 2/22/2016 | Timothy C. Ross | Worked Debtors general accounting matter. | 1.50 |
| 2/22/2016 | William D. Cozart | Transition of duties. | 2.00 |
| 2/22/2016 | William D. Cozart | Prepare research regarding QuickBooks issue. | 4.00 |
| 2/23/2016 | Kim Ponder | Posted deposit. | 0.50 |
| 2/23/2016 | Kim Ponder | Normal course payables. | 1.00 |
| 2/23/2016 | Kim Ponder | Researched prior Windstream activity and posted deposit of reissued checks. | 0.50 |
| 2/23/2016 | William D. Cozart | Prepare research regarding QuickBooks issue. | 5.00 |
| 2/23/2016 | William D. Cozart | Transition of duties. | 2.00 |
| 2/24/2016 | William D. Cozart | Transition of duties. | 4.00 |
| 2/25/2016 | Kim Ponder | Normal course payables. | 2.50 |
| 2/25/2016 | Kim Ponder | Normal course payables. | 1.00 |
| 2/25/2016 | Kim Ponder | Posted deposits. | 1.00 |
| 2/25/2016 | Timothy C. Ross | Reviewed and authorized Debtors residual invoices for payment. | 0.50 |
| 2/25/2016 | Timothy C. Ross | Worked Debtors foreign subsidiary general accounting matters. | 2.00 |
| 2/25/2016 | William D. Cozart | Transition of duties. | 4.00 |
| 2/25/2016 | William D. Cozart | Prepare research regarding historical transactions. | 1.50 |
| 2/26/2016 | Timothy C. Ross | Worked Debtors foreign subsidiary QuickBooks reporting issue. | 2.50 |
| 2/26/2016 | William D. Cozart | Transition of duties. | 3.00 |
| 2/26/2016 | William D. Cozart | Prepare research regarding QuickBooks issues. | 2.50 |
| 2/29/2016 | Kim Ponder | Posted deposit. | 0.50 |
| 2/29/2016 | Timothy C. Ross | Prepared and submitted Debtors residual staffing time report. | 0.50 |
| 2/29/2016 | William D. Cozart | Transition of duties. | 4.00 |
| 2/29/2016 | William D. Cozart | Research QuickBooks issue. | 1.00 |
| **Finance and General Accounting Total** | | | **211.50** |

**Human Resources**

| Date | Professional | Project Work Description | Hours |
|---|---|---|---|
| 2/1/2016 | Timothy C. Ross | Conference call with 401K/LTIP Counsel (PO). | 1.00 |
| 2/1/2016 | William D. Cozart | Prepare LTIP 5500. | 3.00 |
| 2/2/2016 | William D. Cozart | Prepare LTIP 5500. | 4.00 |
| 2/3/2016 | William D. Cozart | Prepare LTIP 5500 and SAR. | 1.00 |
| 2/4/2016 | Kim Ponder | Researched plan documents. | 2.00 |
| 2/4/2016 | Timothy C. Ross | Conference call with Debtors counsel (LM) and Wind Down consultant (KS). | 0.50 |
| 2/4/2016 | Timothy C. Ross | Worked Debtors LTIP/401K Plan matters. | 1.00 |
| 2/4/2016 | William D. Cozart | Prepare VEBA 5500. | 4.00 |
| 2/5/2016 | Timothy C. Ross | Worked Debtors LTIP/401K Plan matters. | 1.00 |
| 2/5/2016 | William D. Cozart | Prepare LTIP 5500. | 1.50 |
| 2/5/2016 | William D. Cozart | Prepare VEBA 5500. | 3.00 |
| 2/8/2016 | Timothy C. Ross | Conference call with Debtors counsel (LM). | 0.50 |
| 2/8/2016 | William D. Cozart | Prepare VEBA 5500. | 3.00 |
| 2/10/2016 | Kim Ponder | Received, researched and responded to request for payroll data. | 1.00 |
| 2/10/2016 | Timothy C. Ross | Reviewed DRAFT LTIP Final 5500 and communicated to counsel (LM) and wind down consultant (KS) for review and comment. | 1.00 |

# Exhibit F

## The Mergis Group
## Time Description Detail by Project

Nortel Networks, Inc. et al.
For the period of February 1, 2016 through February 29, 2016

| Project | Date | Professional | Project Work Description | Hours |
|---|---|---|---|---|
| | 2/10/2016 | William D. Cozart | Prepare VEBA 5500. | 1.50 |
| | 2/11/2016 | Timothy C. Ross | Authorized and submitted final LTIP 5500 to DOL. | 0.50 |
| | 2/11/2016 | William D. Cozart | Prepare LTIP Final 5500 for filing. | 0.50 |
| | 2/12/2016 | Timothy C. Ross | Received, reviewed, and responded to Counsel (LM, AK) and wind down consultant (KS). | 0.50 |
| | 2/15/2016 | Timothy C. Ross | Received, reviewed, and responded to Debtors terminated benefit plan matter. | 0.50 |
| | 2/17/2016 | Timothy C. Ross | Conference call with Debtors counsel (LM, AK) and wind down consultant (KS). | 0.50 |
| | 2/29/2016 | Kim Ponder | Received and responded to request for pension benefit data from former employee. | 0.50 |
| **Human Resources Total** | | | | **32.00** |

**Information Technology Operations**

| | 2/1/2016 | Timothy C. Ross | Reviewed and authorized Debtors IT contractor/vendor invoice (s) for payment. | 0.50 |
|---|---|---|---|---|
| | 2/22/2016 | Kim Ponder | Calls to Intuit re: QuickBooks issues. | 2.00 |
| | 2/26/2016 | Kim Ponder | QuickBooks maintenance and testing. | 6.50 |
| | 2/29/2016 | Kim Ponder | QuickBooks maintenance and trouble shooting. | 4.50 |
| **Information Technology Operations Total** | | | | **13.50** |

**Insurance & Risk Management**

| | 2/2/2016 | Timothy C. Ross | Received, reviewed, and responded to communication from Debtors insurance broker. | 0.50 |
|---|---|---|---|---|
| **Insurance & Risk Management Total** | | | | **0.50** |

**Professional Fee Applications**

| | 2/2/2016 | Kim Ponder | Processed fee application filed by Professional. | 0.50 |
|---|---|---|---|---|
| | 2/4/2016 | Kim Ponder | Processed fee application filed by Professional. | 0.50 |
| | 2/5/2016 | Kim Ponder | Reconciled quarterly fee applications. | 2.00 |
| | 2/8/2016 | Kim Ponder | Processed fee applications filed by Professionals. | 1.00 |
| | 2/19/2016 | Kim Ponder | Processed fee application filed by Professional. | 0.50 |
| | 2/24/2016 | Kim Ponder | Processed fee application filed by Professional. | 0.50 |
| | 2/25/2016 | Kim Ponder | Processed fee application filed by Professional. | 0.50 |
| | 2/29/2016 | Kim Ponder | Processed fee applications filed by Professionals. | 1.50 |
| | 2/29/2016 | Kim Ponder | Received and responded to request for historical data. | 2.00 |
| **Professional Fee Applications Total** | | | | **9.00** |

**Real Estate Management**

| | 2/1/2016 | Kim Ponder | Prepare packages re: Gateway lease termination. | 1.00 |
|---|---|---|---|---|
| | 2/1/2016 | Timothy C. Ross | Reviewed, commented, executed, and mailed RTP Landlord legal letter prepared by Debtors Counsel. | 1.00 |
| | 2/1/2016 | Timothy C. Ross | Finalized and communicated 2015 tax and utility true results to subtenants. | 1.00 |
| | 2/2/2016 | Kim Ponder | Received and responded to request for historical data. | 1.00 |
| | 2/2/2016 | Timothy C. Ross | Finalized and communicated 2015 tax and utility true results to subtenants. | 1.00 |
| | 2/5/2016 | Timothy C. Ross | Conducted RTP evacuation status updated meeting and walkthrough with CBRE (KE). | 2.00 |
| | 2/8/2016 | Timothy C. Ross | Worked Debtors property management matters. | 1.00 |
| | 2/8/2016 | Timothy C. Ross | Received, researched and responded to Debtors landlord query. | 1.00 |
| | 2/8/2016 | Timothy C. Ross | Reviewed and authorized Debtors utility transition notices to service providers. | 0.50 |
| | 2/9/2016 | Kim Ponder | Received and responded to inquiry re: Richardson property. | 0.50 |
| | 2/9/2016 | Timothy C. Ross | Received, reviewed, and responded to Debtors landlord (MG). | 0.50 |
| | 2/10/2016 | Timothy C. Ross | Received, reviewed, and executed BOS and created invoice in QB. | 1.00 |
| | 2/10/2016 | Timothy C. Ross | Conference call with Debtors council (pm, ml), wind down consultant (ks), property manager (al). | 1.00 |
| | 2/10/2016 | Timothy C. Ross | Received, reviewed, and responded to Debtors subtenant. | 1.00 |
| | 2/12/2016 | Kim Ponder | Received and responded to request from GPT re: utility transfer. | 0.50 |
| | 2/12/2016 | Timothy C. Ross | Conducted RTP evacuation status updated meeting and walkthrough with CBRE (KE). | 2.00 |
| | 2/15/2016 | Timothy C. Ross | Prepared subtenant rental income and invoicing. | 3.50 |
| | 2/16/2016 | Timothy C. Ross | Prepared Rent roll for RTP and Richardson properties. | 1.00 |
| | 2/16/2016 | Timothy C. Ross | Prepared Glenville landlord profit sharing per agreement. | 1.00 |
| | 2/17/2016 | Timothy C. Ross | Worked Debtors property management matters. | 1.00 |
| | 2/17/2016 | Timothy C. Ross | Meeting with Debtors subtenant (DC, JR), property manager (AL, KW) and wind down consultant (KS). | 1.00 |
| | 2/17/2016 | Timothy C. Ross | Meeting with Debtors subtenant (BB), property manager (AL, KW) and wind down consultant (KS). | 1.00 |
| | 2/17/2016 | Timothy C. Ross | Meeting with Debtors property manager (AL, KW). | 0.50 |
| | 2/18/2016 | Timothy C. Ross | Worked Debtors property management matters. | 0.50 |
| | 2/18/2016 | Timothy C. Ross | Worked Debtors property management matters. | 0.50 |
| | 2/19/2016 | Timothy C. Ross | Conducted RTP evacuation status updated meeting and walkthrough with CBRE (KE). | 4.00 |
| | 2/19/2016 | Timothy C. Ross | Received, researched, and responded to Debtors subtenant. | 1.00 |
| | 2/19/2016 | Timothy C. Ross | Received, reviewed, and executed agreement. | 0.50 |
| | 2/19/2016 | William D. Cozart | RTP evacuation status walkthrough with CBRE (KE). | 3.00 |
| | 2/22/2016 | Kim Ponder | Corresponded with GPT and Cushman Wakefield. | 0.50 |
| | 2/22/2016 | Timothy C. Ross | Received, reviewed, and responded to Debtors Counsel (PM). | 1.00 |
| | 2/22/2016 | Timothy C. Ross | Received, researched, and responded to Debtors subtenant. | 1.00 |
| | 2/22/2016 | Timothy C. Ross | Conference call with Debtors wind down consultant (KS). | 0.50 |
| | 2/23/2016 | Timothy C. Ross | Worked Debtors property management matters. | 0.50 |
| | 2/23/2016 | Timothy C. Ross | Conference call with Debtors property manager (AL). | 0.50 |
| | 2/23/2016 | Timothy C. Ross | Conference call with Glenville property landlord (MG). | 0.50 |
| | 2/25/2016 | Timothy C. Ross | Worked Debtors equipment disposition. | 1.00 |
| | 2/26/2016 | Timothy C. Ross | Conducted RTP evacuation status updated meeting and walkthrough with CBRE (KE, AL). | 2.00 |
| | 2/26/2016 | William D. Cozart | RTP evacuation status walkthrough with CBRE (KE). | 2.00 |
| **Real Estate Management Total** | | | | **44.00** |

**Residual Business Operations**

| | 2/2/2016 | Timothy C. Ross | Received vendor PO and created invoice. | 1.50 |
|---|---|---|---|---|

## Exhibit F

**The Mergis Group**
**Time Description Detail by Project**

Nortel Networks, Inc. et al.
For the period of February 1, 2016 through February 29, 2016

| Project | Date | Professional | Project Work Description | Hours |
|---|---|---|---|---|
| | 2/2/2016 | Timothy C. Ross | Worked matter raised by Debtors Counsel (LS). | 1.50 |
| | 2/3/2016 | Timothy C. Ross | Prepared direction letter to Computershare. | 1.00 |
| | 2/3/2016 | Timothy C. Ross | Prepared reserve analysis and authorized payment of professional fees for payment. | 1.00 |
| | 2/3/2016 | Timothy C. Ross | Meeting with Wells Fargo (LS). | 1.00 |
| | 2/8/2016 | Timothy C. Ross | Analyzed and prepared license pricing response. | 1.00 |
| | 2/9/2016 | Timothy C. Ross | Follow-up communication with Debtors counsel (PM,LS). | 0.50 |
| | 2/10/2016 | Timothy C. Ross | Received, reviewed, and provided comments. | 1.00 |
| | 2/17/2016 | Timothy C. Ross | Meeting with Debtors wind down consultant (KS). | 1.00 |
| | 2/23/2016 | Timothy C. Ross | Received, reviewed, and responded to Debtors service of process notification (S). | 0.50 |
| | 2/23/2016 | Timothy C. Ross | Worked Debtors investment matter. | 1.00 |
| | 2/25/2016 | Timothy C. Ross | Received, reviewed, and responded to Debtors service of process notification (s). | 0.50 |
| | 2/26/2016 | Timothy C. Ross | Reviewed and actioned Debtors service of process notification (s). | 0.50 |
| | 2/26/2016 | Timothy C. Ross | Follow-up with on Debtors royalty license matter. | 0.50 |
| **Residual Business Operations Total** | | | | **12.50** |

**Tax Matters**

| | Date | Professional | Project Work Description | Hours |
|---|---|---|---|---|
| | 2/1/2016 | Timothy C. Ross | Reviewed and responded to Debtors foreign subsidiary tax matters. | 0.50 |
| | 2/3/2016 | Kim Ponder | Provided year end data to EY. | 1.00 |
| | 2/8/2016 | Timothy C. Ross | Follow-up with counsel (RE) on Debtors foreign subsidiary tax matters. | 0.50 |
| | 2/8/2016 | Timothy C. Ross | Received, reviewed, and responded to Debtors principal officer. | 0.50 |
| | 2/8/2016 | Timothy C. Ross | Meeting with Debtors tax professional (JS, JW). | 0.50 |
| | 2/9/2016 | Kim Ponder | Processed estimated tax requisitions. | 1.00 |
| | 2/10/2016 | Timothy C. Ross | Received, reviewed, and actioned Debtors foreign subsidiary DRAFT service agreement with counsel. | 0.50 |
| | 2/12/2016 | Kim Ponder | Reviewed and notarized POA for audit. | 0.50 |
| | 2/12/2016 | Timothy C. Ross | Reviewed and authorized Debtors payment request for tax professional. | 0.50 |
| | 2/12/2016 | Timothy C. Ross | Worked debtors tax matters. | 0.50 |
| | 2/12/2016 | Timothy C. Ross | Reviewed and authorized Debtors foreign subsidiary tax matters. | 0.50 |
| | 2/12/2016 | Timothy C. Ross | Reviewed and authorized Debtors tax matters. | 0.50 |
| | 2/15/2016 | William D. Cozart | Prepare response and research to questions re: FBAR. | 1.50 |
| | 2/16/2016 | Kim Ponder | Meeting with T Ross, D Cozart, and J Wood re: EY information request. | 1.00 |
| | 2/16/2016 | Timothy C. Ross | Reviewed and authorized Debtors foreign subsidiary tax professional invoices for payment. | 0.50 |
| | 2/16/2016 | Timothy C. Ross | Meeting with residual staff (DC, KP) and Debtors tax professional (JW). | 1.00 |
| | 2/16/2016 | William D. Cozart | Meeting with T. Ross, K. Ponder and EY Jeff Wood to discuss client prepared schedules. | 1.00 |
| | 2/17/2016 | Kim Ponder | Correspondence and coordination of Durham County audit. | 1.00 |
| | 2/17/2016 | Kim Ponder | Coordination of various state tax filings with EY (A Shapiro). | 3.00 |
| | 2/17/2016 | Timothy C. Ross | Worked Debtors foreign subsidiary matters. | 0.50 |
| | 2/17/2016 | Timothy C. Ross | Meeting with Debtors tax professional (JW) and wind down consultant (KS). | 0.50 |
| | 2/17/2016 | William D. Cozart | Prepare 2015 FBAR. | 2.00 |
| | 2/17/2016 | William D. Cozart | Prepare tax schedules for 2015. | 3.00 |
| | 2/17/2016 | William D. Cozart | Research historical transactions. | 3.00 |
| | 2/18/2016 | Kim Ponder | Preparation for Durham County audit. | 2.00 |
| | 2/18/2016 | Timothy C. Ross | Worked Debtors tax matters. | 0.50 |
| | 2/18/2016 | William D. Cozart | Research historical transactions. | 3.50 |
| | 2/18/2016 | William D. Cozart | Prepare tax schedules for 2015. | 2.00 |
| | 2/19/2016 | Kim Ponder | Received, researched and responded to EY request for foreign data. | 2.00 |
| | 2/19/2016 | Kim Ponder | Preparation for Durham County audit. | 5.00 |
| | 2/19/2016 | Timothy C. Ross | Follow-up with Debtors counsel (KH). | 0.50 |
| | 2/19/2016 | Timothy C. Ross | Received, reviewed, and responded to Debtors foreign subsidiary tax matters. | 0.50 |
| | 2/19/2016 | William D. Cozart | Prepare tax schedules for 2015. | 1.50 |
| | 2/22/2016 | Timothy C. Ross | Conference call with Debtors foreign subsidiary tax professionals (PJ, AG) and Debtors counsel (RE). | 0.50 |
| | 2/22/2016 | Timothy C. Ross | Worked Debtors tax matters. | 1.00 |
| | 2/22/2016 | William D. Cozart | Prepare tax schedules for 2015. | 3.00 |
| | 2/23/2016 | William D. Cozart | Update cash report for 2016 FBAR. | 1.00 |
| | 2/24/2016 | Kim Ponder | Prepared for meeting with EY re: property tax audit. | 1.00 |
| | 2/24/2016 | Kim Ponder | Meeting with EY (A Shapiro) re: form preparation. | 0.50 |
| | 2/24/2016 | William D. Cozart | Prepare tax schedules for 2015. | 1.50 |
| | 2/25/2016 | Kim Ponder | Meeting with T Ross, EY and RLKS re: property tax audit including follow up. | 2.00 |
| | 2/25/2016 | Timothy C. Ross | Prepared for conference call with Debtors tax professional (MG, CL, BS), wind down consultants (KS, RP). | 1.00 |
| | 2/25/2016 | Timothy C. Ross | Conference call with Debtors tax professional (MG, CL, BS), wind down consultants (KS, RP). | 1.50 |
| | 2/25/2016 | Timothy C. Ross | Received, reviewed, and executed Debtors tax matters. | 0.50 |
| | 2/25/2016 | William D. Cozart | Prepare tax schedules for 2015. | 2.50 |
| | 2/26/2016 | Kim Ponder | Received and responded to EY questions re: foreign payments. | 0.50 |
| **Tax Matters Total** | | | | **59.00** |

**For the period of February 1, 2016 through February 29, 2016**      **502.50**

## Exhibit G

## The Mergis Group
## Summary of Expenses By Category

### Nortel Networks, Inc. et al.
For the period of February 1, 2016 through February 29, 2016

| Expense Category | Expenses |
|---|---:|
| Airfare | - |
| Lodging | - |
| Meals | - |
| Parking | - |
| Ground Transportation | - |
| Office Expense | 279.62 |
| Professional | - |
| Miscellaneous | - |
| **For the period of February 1, 2016 through February 29, 2016** | **$ 279.62** |

## Exhibit H

## The Mergis Group
### Expense Detail

Nortel Networks, Inc. et al.
For the period of February 1, 2016 through February 29, 2016

| Date (s) Incurred | Name of Professional | Purpose | Location Visited | |
|---|---|---|---|---|
| 02/17/16 | Timothy C. Ross | Copy and preparation of Debtors property site maps. | Local | |
| | **Expense Category** | **Vendor** | | **Expenses** |
| | Airfare | | | - |
| | Lodging | | | - |
| | Meals | | | - |
| | Parking | | | - |
| | Ground Transportation | | | - |
| | Office Expense | FedEx Office | | 166.52 |
| | Professional | | | - |
| | Miscellaneous | | | - |
| | **Total** | | **$** | **166.52** |

| Date (s) Incurred | Name of Professional | Purpose | Location Visited | |
|---|---|---|---|---|
| 02/24/16 | Kim Ponder | File Debtors 2015 1099 forms | Not Applicable | |
| | **Expense Category** | **Vendor** | | **Expenses** |
| | Airfare | | | - |
| | Lodging | | | - |
| | Meals | | | - |
| | Parking | | | - |
| | Ground Transportation | | | - |
| | Office Expense | Staples | | 74.82 |
| | Professional | | | - |
| | Miscellaneous | | | - |
| | **Total** | | **$** | **74.82** |

| Date (s) Incurred | Name of Professional | Purpose | Location Visited | |
|---|---|---|---|---|
| 02/29/16 | Timothy C. Ross | Purchase of High Speed USB 2.0 Cable | Not Applicable | |
| | **Expense Category** | **Vendor** | | **Expenses** |
| | Airfare | | | - |
| | Lodging | | | - |
| | Meals | | | - |
| | Parking | | | - |
| | Ground Transportation | | | - |
| | Office Expense | Amazon.com | | 38.28 |
| | Professional | | | - |
| | Miscellaneous | | | - |
| | **Total** | | **$** | **38.28** |

| Date (s) Incurred | Name of Professional | Purpose | Location Visited | |
|---|---|---|---|---|
| | **Expense Category** | **Vendor** | | **Expenses** |
| | Airfare | | | - |
| | Lodging | | | - |
| | Meals | | | - |
| | Parking | | | - |
| | Ground Transportation | | | - |
| | Office Expense | | | - |
| | Professional | | | - |
| | Miscellaneous | | | - |
| | **Total** | | **$** | **-** |

| | | |
|---|---|---|
| **For the period of February 1, 2016 through February 29, 2016** | **$** | **279.62** |

# Exhibit H

## The Mergis Group
**Expense Detail**

Nortel Networks, Inc. et al.
For the period of February 1, 2016 through February 29, 2016