# EXHIBIT A

## NORTEL NETWORKS INC., *et al*.
## CASE NO. 09-10138 (KG)

Professional Fees and Expenses
Monthly Fee Application

| Applicant & Docket No. | Time Period Covered | Fees & Expenses Requested in Application | Fees & Expenses Allowed/Awarded | Date Application Filed | Objection Deadline |
|---|---|---|---|---|---|
| Whiteford, Taylor & Preston LLC  [Docket No. 16609] | 2/1/16 - 2/29/16 | $91,469.00 (Fees)  $177.68 (Expenses) | $73,175.20 (Fees @ 80%)  $177.68 (Expenses @ 100%) | 3/8/2016 | 3/28/2016 |