## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------- X
                           :

*In re*

Nortel Networks Inc., *et al.*,[1]

                    Debtors.

------------------------------------------------------- X

| | |
|---|---|
| Chapter 11 | |
| Case No. 09-10138 (KG) | |
| Jointly Administered | |
| **Re: D.I. 16655** | |

### NOTICE OF SERVICE

        PLEASE TAKE NOTICE that on March 30, 2016, a copy of the **Report by the Mergis Group of Staffing and Compensation Earned and Expenses Incurred for the Period of February 1, 2016 Through February 29, 2016** was served in the manner indicated upon the individuals identified below.

**Via Hand Delivery**

Mark Kenney
Office of the U.S. Trustee
844 King St.
Suite 2207, Lockbox 35
Wilmington, DE 19801

Christopher M. Samis
L. Katherine Good
Whiteford Taylor & Preston LLC
405 N. King St.
Wilmington, DE 19801

**Via First Class Mail**

Nortel Netowrks Inc.
Attn: Accounts Payable
PO Box 13010
RTP, NC 27709

Fred S. Hodara
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Contact information for the Debtors and their petitions are available at http://chapter11.epiqsystems.com/nortel.

Dated: March 31, 2016          CLEARY GOTTLIEB STEEN & HAMILTON LLP
Wilmington, DE                 James L. Bromley (admitted *pro hac vice*)
                               Lisa M. Schweitzer (admitted *pro hac vice*)
                               One Liberty Plaza
                               New York, New York 10006
                               Telephone:  (212) 225-2000
                               Facsimile:  (212) 225-3999

                               - and -

                               MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                               _____*/s/ Tamara K. Minott*_____
                               Eric D. Schwartz (No. 3134)
                               Derek C. Abbott (No. 3376)
                               Andrew R. Remming (No. 5120)
                               Tamara K. Minott (No. 5643)
                               1201 North Market Street, 16th Floor
                               Wilmington, DE  19899-1347
                               Telephone:  (302) 658-9200
                               Facsimile:  (302) 658-3989

                               *Counsel for the Debtors and Debtors in Possession*