**Exhibit B**

# Invoice

Ashurst LLP
Broadwalk House
5 Appold Street
London
EC2A 2HA

The Official Unsecured Creditors Committee for Nortel Networks Inc
c/o Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, New York  10036
United States of America

Tel  +44 (0)20 7638 1111
Fax +44 (0)20 7638 1112
www.ashurst.com

Our VAT No.: GB 108 2136 48



**Interim** (S)

VAT Invoice Date: **29 March 2016**     Our Ref: **GDB/CCN01.00001**     Invoice No.: **406135**

|  | VAT GBP | VAT Rate (%) | Fees and Disbursements GBP |
|---|---|---|---|
| **Re: BANKRUPTCY** | | | |
| **To our professional fees** (NT) | 0.00 | 0.00 | 47,487.00 |
| For the period to 29 February 2016, in connection with the above matter. | | | |
| (Please see attached). | | | |
| Document Production (NT) | 0.00 | 0.00 | 15.90 |
| | 0.00 | | 47,502.90 |
| VAT | | | 0.00 |
| Total | | | 47,502.90 |
| **Balance Due** | | | **47,502.90** |

The fees and disbursements the subject of this invoice may include fees and disbursements due to another member of the Ashurst Group.

**Payment Details**
NatWest - 15 Bishopsgate, London, EC2P 2AP - **Account No.:** 00404268
**Sort Code:** 50-00-00 - **Swift Code:** NWBKGB2L - **IBAN Code:** GB12NWBK50000000404268

**Please note:** Remittance advices should be sent electronically to remittances@ashurst.com

Please quote reference 406135 when settling this invoice
**Payment Terms: 21 days**

**Legal services are 100% foreign source**

AUSTRALIA  BELGIUM  CHINA  FRANCE  GERMANY  HONG KONG SAR  INDONESIA (ASSOCIATED OFFICE)  ITALY  JAPAN  PAPUA NEW GUINEA
SAUDI ARABIA  SINGAPORE  SPAIN  SWEDEN  UNITED ARAB EMIRATES  UNITED KINGDOM  UNITED STATES OF AMERICA

Ashurst LLP is a limited liability partnership registered in England and Wales under number OC330252 and is part of the Ashurst Group. It is a law firm authorised and regulated by the Solicitors Regulation Authority of England and Wales under number 468653. A list of members of Ashurst LLP and their professional qualifications is open to inspection at its registered office Broadwalk House, 5 Appold Street, London EC2A 2HA or at the address above. The term 'partner' in relation to Ashurst LLP is used to refer to a member of Ashurst LLP or to an employee or consultant with equivalent standing and qualifications. The Ashurst Group has an office in each of the places listed above.



The Official Unsecured Creditors Committee
Re: BANKRUPTCY
GDB/GDB/CCN01.00001
For the period: to 29/02/2016

| | | | | |
|---|---|---:|---:|---|
| Partner | Giles Boothman | 5.00 | 4,225.00 | (C0012) |
| | | **5.00** | **4,225.00** | |
| Partner | Angela Pearson | 2.50 | 1,987.50 | (C0012) |
| | | **2.50** | **1,987.50** | |
| Partner | Marcus Fink | 3.30 | 2,508.00 | (C0012) |
| | | **3.30** | **2,508.00** | |
| Partner | Pierre-Emmanuel Fender | 0.50 | 365.00 | (C0012) |
| | | **0.50** | **365.00** | |
| Senior Associate | Antonia Croke | 3.50 | 2,082.50 | (C0007) |
| | | 12.80 | 7,616.00 | (C0012) |
| | | **16.30** | **9,698.50** | |
| Senior Associate | Andy Wright | 12.30 | 7,011.00 | (C0012) |
| | | **12.30** | **7,011.00** | |
| Senior Associate | Drew Sainsbury | 1.10 | 654.50 | (C0007) |
| | | 21.20 | 12,614.00 | (C0012) |
| | | **22.30** | **13,268.50** | |
| Senior Associate | Lindsey Roberts | 1.10 | 599.50 | (C0003) |
| | | 0.80 | 436.00 | (C0007) |
| | | 12.60 | 6,867.00 | (C0012) |
| | | **14.50** | **7,902.50** | |
| Junior Associate | Francois Wyon | 1.50 | 480.00 | (C0012) |
| | | **1.50** | **480.00** | |
| Trainee | Kelly Trueman | 0.20 | 41.00 | (C0012) |
| | | **0.20** | **41.00** | |
| | **Total** | **78.40** | **47,487.00** | |

The Official Unsecured Creditors Committ
Re: BANKRUPTCY
GDB/GDB/CCN01.00001
For the period: to 29/02/2016
Prebill Number:1032635

**Matter: CCN01.00001 - BANKRUPTCY**

<u>**C0003**</u>     <u>**Ashurst Fee Application/Monthly Billing Reports**</u>

|  | Time (Decimal) | Agreed Rate (GBP /hour) | Amount |
|---|---|---|---|
| **Senior Associate** | | | |
| LROBER    Lindsey Roberts | 1.10 | 545.00 | 599.50 |
| | | Total | 599.50 |

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/02/2016 | Lindsey Roberts | LETT | Emails internally and to B Kahn re: January fee estimates | 0.20 | 545.00 | 109.00 |
| 29/02/2016 | Lindsey Roberts | LETT | Emails re filing of monthly and interim fee application; Emails to/from Kelly re the same. | 0.40 | 545.00 | 218.00 |
| 29/02/2016 | Lindsey Roberts | LETT | Review and comment on draft monthly fee application and draft interim fee application | 0.50 | 545.00 | 272.50 |
| | | | | | | 599.50 |

Matter: CCN01.00001 - BANKRUPTCY

## C0007    Creditors Committee Meetings

| | | Time (Decimal) | Agreed Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Senior Associate** | | | | |
| ACROKE | Antonia Croke | 3.50 | 595.00 | 2,082.50 |
| DSAINS | Drew Sainsbury | 1.10 | 595.00 | 654.50 |
| LROBER | Lindsey Roberts | 0.80 | 545.00 | 436.00 |
| | | | Total | 3,173.00 |

### Detailed Time Breakdown

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 04/02/2016 | Antonia Croke | LETT | Emails LROBER re UCC call | 0.10 | 595.00 | 59.50 |
| 04/02/2016 | Antonia Croke | ATTD | Attend UCC call | 0.40 | 595.00 | 238.00 |
| 04/02/2016 | Antonia Croke | READ | Review agenda, minutes and supporting docs for UCC call | 0.40 | 595.00 | 238.00 |
| 11/02/2016 | Antonia Croke | ATTD | Attend UCC call | 0.50 | 595.00 | 297.50 |
| 11/02/2016 | Antonia Croke | LETT | Review Agenda for UCC call, previous minutes and SNMP motion and order | 0.50 | 595.00 | 297.50 |
| 11/02/2016 | Lindsey Roberts | READ | Brief review of agenda for UCC call | 0.20 | 545.00 | 109.00 |
| 18/02/2016 | Antonia Croke | READ | Review Agenda, previous Minutes and supporting docs for UCC call | 0.40 | 595.00 | 238.00 |
| 18/02/2016 | Lindsey Roberts | PHON | Attend UCC call (in-part) | 0.60 | 545.00 | 327.00 |
| 18/02/2016 | Drew Sainsbury | INTD | UCC call | 0.90 | 595.00 | 535.50 |
| 25/02/2016 | Antonia Croke | READ | Review agenda for UCC call; mins of previous call; summary of Judge Gross appeals; and SNMP scheduling order and appellants reply brief | 0.70 | 595.00 | 416.50 |
| 25/02/2016 | Antonia Croke | ATTD | Attend UCC call | 0.40 | 595.00 | 238.00 |
| 25/02/2016 | Antonia Croke | LETT | Emails Drew/Lindsey re UCC call | 0.10 | 595.00 | 59.50 |
| 25/02/2016 | Drew Sainsbury | LETT | Emails to ACROKE, L Roberts re call | 0.20 | 595.00 | 119.00 |
| | | | | | | 3,173.00 |

Matter: CCN01.00001 - BANKRUPTCY

## C0012     General Claims Analysis/Claims Objections

| | | Time (Decimal) | Agreed Rate (GBP /hour) | Amount |
|---|---|---:|---:|---:|
| **Partner** | | | | |
| AMP | Angela Pearson | 2.50 | 795.00 | 1,987.50 |
| GDB | Giles Boothman | 5.00 | 845.00 | 4,225.00 |
| MDF | Marcus Fink | 3.30 | 760.00 | 2,508.00 |
| PEF | Pierre-Emmanuel Fender | 0.50 | 730.00 | 365.00 |
| **Senior Associate** | | | | |
| ACROKE | Antonia Croke | 12.80 | 595.00 | 7,616.00 |
| ACW | Andy Wright | 12.30 | 570.00 | 7,011.00 |
| DSAINS | Drew Sainsbury | 21.20 | 595.00 | 12,614.00 |
| LROBER | Lindsey Roberts | 12.60 | 545.00 | 6,867.00 |
| **Junior Associate** | | | | |
| FWYON | Francois Wyon | 1.50 | 320.00 | 480.00 |
| **Trainee** | | | | |
| KTRUEM | Kelly Trueman | 0.20 | 205.00 | 41.00 |
| | | | Total | **43,714.50** |

Matter: CCN01.00001 - BANKRUPTCY

## C0012     General Claims Analysis/Claims Objections

|  |  |  | | Time (Decimal) | Agreed Rate (GBP /hour) | Amount |
|---|---|---|---|---|---|---|

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/02/2016 | Drew Sainsbury | LETT | Emails update from M Fagan and read materials | 0.40 | 595.00 | 238.00 |
| 02/02/2016 | Antonia Croke | LETT | Review Ct order and memo denying EMEA debtors' motion to dismiss US debtors' 3rd party complaint | 0.40 | 595.00 | 238.00 |
| 04/02/2016 | Drew Sainsbury | READ | Reading materials circulated for UCC call | 1.00 | 595.00 | 595.00 |
| 05/02/2016 | Antonia Croke | LETT | Review emails and outline of the draft reply briefs | 0.50 | 595.00 | 297.50 |
| 05/02/2016 | Drew Sainsbury | READ | Materials circulated by R Johnson | 0.20 | 595.00 | 119.00 |
| 08/02/2016 | Drew Sainsbury | READ | Materials for appeal etc | 0.50 | 595.00 | 297.50 |
| 09/02/2016 | Antonia Croke | LETT | Review email re BH's application for leave to appeal canadian ppi decision | 0.10 | 595.00 | 59.50 |
| 10/02/2016 | Drew Sainsbury | LETT | Email from Akin | 0.10 | 595.00 | 59.50 |
| 11/02/2016 | Antonia Croke | LETT | Review email re Debtors' reply brief on allocation | 0.10 | 595.00 | 59.50 |
| 11/02/2016 | Antonia Croke | LETT | Review email re UCC reply brief on allocation | 0.10 | 595.00 | 59.50 |
| 11/02/2016 | Antonia Croke | LETT | Emails re UKP issues | 0.10 | 595.00 | 59.50 |
| 11/02/2016 | Angela Pearson | READ | Review emails and attached materials re EMEA motion + SNMP motion | 0.50 | 795.00 | 397.50 |
| 11/02/2016 | Drew Sainsbury | LETT | R Johnson with draft reply | 0.20 | 595.00 | 119.00 |
| 12/02/2016 | Antonia Croke | LETT | Review emails re reply and cross-appeal briefs | 0.30 | 595.00 | 178.50 |
| 12/02/2016 | Antonia Croke | LETT | Emails/calls I West re Brexit issues impacting Nortel adminstration in the UK | 0.20 | 595.00 | 119.00 |
| 12/02/2016 | Antonia Croke | ATTD | Attend meeting with GDB, MSF, AMP, LROBER and AW re pension claim issues; emails re same | 1.20 | 595.00 | 714.00 |
| 12/02/2016 | Andy Wright | READ | Considering Akin Gump query re. movement of section 75 debt amount of UK Pension Scheme | 0.50 | 570.00 | 285.00 |
| 12/02/2016 | Andy Wright | ATTD | Preparing for and attending internal meeting to discuss Akin Gump query on UK Pension Scheme claim | 1.10 | 570.00 | 627.00 |
| 12/02/2016 | Angela Pearson | INTD | Discusison with LROBER | 0.20 | 795.00 | 159.00 |
| 12/02/2016 | Angela Pearson | READ | Review of internal follow-up emails | 0.30 | 795.00 | 238.50 |
| 12/02/2016 | Angela Pearson | PHON | Telephone conversation to discuss Akin's email re: Trustee's claims | 0.80 | 795.00 | 636.00 |
| 12/02/2016 | Drew Sainsbury | LETT | Email from F Hodara (Akin) | 0.20 | 595.00 | 119.00 |
| 12/02/2016 | Drew Sainsbury | INTD | Emails and attend team meeting (in part only); discuss with L Roberts and GDB | 0.40 | 595.00 | 238.00 |
| 12/02/2016 | Giles Boothman | INTD | Internal brain storming re pension claims points | 1.00 | 845.00 | 845.00 |
| 12/02/2016 | Lindsey Roberts | LETT | Emails re call with Akin team re pension claim follow-up emails to AMP + ACROKE | 0.80 | 545.00 | 436.00 |
| 12/02/2016 | Lindsey Roberts | ATTD | Discussion with AMP in advance of internal meeting re pension query and follow up emails. | 1.00 | 545.00 | 545.00 |
| 12/02/2016 | Marcus Fink | LETT | Review advice provided in relation to s75/UKP claim quantum and discuss with ACW. Discuss with internal Ashurst team. Consider ways of challenging quantum | 2.10 | 760.00 | 1,596.00 |
| 13/02/2016 | Antonia Croke | LETT | Review emails re reply and cross- appeal response briefs | 0.10 | 595.00 | 59.50 |
| 13/02/2016 | Antonia Croke | LETT | Emails re call with Akin re pension issues | 0.20 | 595.00 | 119.00 |
| 14/02/2016 | Lindsey Roberts | LETT | Review previous advice on the pension claims | 1.60 | 545.00 | 872.00 |

| Date | Name | Code | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 15/02/2016 | Antonia Croke | READ | Review pension claim background docs and history of claim | 1.80 | 595.00 | 1,071.00 |
| 15/02/2016 | Andy Wright | PREP | Reviewing pensions advice in preparation for call with Akin on 18 February in relation to pension parties' claims | 1.20 | 570.00 | 684.00 |
| 15/02/2016 | Kelly Trueman | LETT | Email re Nortel Reply Briefs Bundle | 0.20 | 205.00 | 41.00 |
| 15/02/2016 | Lindsey Roberts | LETT | Review of previous pensions advice in preparation for call with Akin | 2.70 | 545.00 | 1,471.50 |
| 16/02/2016 | Antonia Croke | LETT | Emails re Brexit issues for administrations | 0.20 | 595.00 | 119.00 |
| 16/02/2016 | Antonia Croke | READ | Review summary of EMEA pension claims advice; previous emails to Akin and Allocation judgment analysis in preparation for call with Akin re UKP issues | 2.80 | 595.00 | 1,666.00 |
| 16/02/2016 | Andy Wright | INTD | With Lindsey Roberts re. pensions advice on challenging section 75 debt | 0.30 | 570.00 | 171.00 |
| 16/02/2016 | Andy Wright | READ | Reviewing and marking-up draft note on section 75 claim analysis | 0.70 | 570.00 | 399.00 |
| 16/02/2016 | Andy Wright | PHON | Preparing for and attending call with Lane, Clark & Peacock on calculation of section 75 debts, PPF liability figures and movement in UK Pension Plan liabilities since 2009 | 0.60 | 570.00 | 342.00 |
| 16/02/2016 | Drew Sainsbury | INTD | L Roberts re pension advice + follow-up email | 0.30 | 595.00 | 178.50 |
| 16/02/2016 | Drew Sainsbury | PREP | Reading previous advice and preparing thoughts ahead of call with Akin Gump tomorrow. | 2.00 | 595.00 | 1,190.00 |
| 16/02/2016 | Giles Boothman | SUPE | Emails/ prep for call re pensions issues | 0.80 | 845.00 | 676.00 |
| 16/02/2016 | Lindsey Roberts | PHON | Discussion with Drew re comments. | 0.20 | 545.00 | 109.00 |
| 16/02/2016 | Lindsey Roberts | PREP | Preparing internal for Ashurst team note summarising previous advice and emails internally re the same; Diss with ACW re previous advice on Pension Claim and Wyatt Watt letter of 17 December 2009. | 3.80 | 545.00 | 2,071.00 |
| 17/02/2016 | Antonia Croke | LETT | Review NNUK progress report re UKP and email re same | 0.50 | 595.00 | 297.50 |
| 17/02/2016 | Drew Sainsbury | PREP | For call on pension claims | 1.00 | 595.00 | 595.00 |
| 17/02/2016 | Drew Sainsbury | READ | Progress Report and previous ones; discussion with LROBER re the same | 1.50 | 595.00 | 892.50 |
| 17/02/2016 | Drew Sainsbury | DRFT | Advice to Akin re progress report | 0.90 | 595.00 | 535.50 |
| 17/02/2016 | Drew Sainsbury | LETT | Emails with Fred Hodora | 0.50 | 595.00 | 297.50 |
| 17/02/2016 | Drew Sainsbury | SUPE | Trainee re previous progress reports | 0.30 | 595.00 | 178.50 |
| 17/02/2016 | Drew Sainsbury | PREP | Further reading ahead of call | 0.30 | 595.00 | 178.50 |
| 17/02/2016 | Giles Boothman | SUPE | Emails/ prep for call | 1.00 | 845.00 | 845.00 |
| 17/02/2016 | Lindsey Roberts | INTD | Diss with DSAINS; review of email and attached progress report. | 0.40 | 545.00 | 218.00 |
| 18/02/2016 | Antonia Croke | ATTD | Attend call with Akin, GDB, DS, LROBER and AWRIGHT re UKP issues | 0.70 | 595.00 | 416.50 |
| 18/02/2016 | Antonia Croke | LETT | Review emails and progress reports re NNSA French employees claim | 0.50 | 595.00 | 297.50 |
| 18/02/2016 | Andy Wright | PREP | Preparing for and attending call on pension issues; reviewing academic articles, legislation and case law on challenging section 75 debts | 4.50 | 570.00 | 2,565.00 |
| 18/02/2016 | Angela Pearson | READ | Review emails re: pension issue | 0.20 | 795.00 | 159.00 |
| 18/02/2016 | Angela Pearson | INTD | Discussion with LROBER | 0.20 | 795.00 | 159.00 |
| 18/02/2016 | Drew Sainsbury | PREP | For call, reading materials | 2.20 | 595.00 | 1,309.00 |
| 18/02/2016 | Drew Sainsbury | PHON | Follow-up discussion re further Akin call (pensions) | 0.40 | 595.00 | 952.00 |
| 18/02/2016 | Drew Sainsbury | INTD | Akin call (pensions) | 0.70 | 595.00 | 416.50 |
| 18/02/2016 | Drew Sainsbury | READ | Reading NNSA report | 1.80 | 595.00 | 1,071.00 |
| 18/02/2016 | Drew Sainsbury | INTD | Discuss P Emmanuel | 0.30 | 595.00 | 178.50 |
| 18/02/2016 | Drew Sainsbury | LETT | Akin Gump re NNSA | 0.30 | 595.00 | 178.50 |
| 18/02/2016 | Giles Boothman | ATTD | Call with Akin re UK pension party claims | 0.70 | 845.00 | 591.50 |

| Date | Name | Type | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 18/02/2016 | Giles Boothman | PREP | Prep for Call with Akin re UK pension party claims/ reading background materials / waiting for call to start | 0.80 | 845.00 | 676.00 |
| 18/02/2016 | Lindsey Roberts | PREP | ATTD on call with Akin to discuss pension issues; follow-up discussion and review of emails re employee claims + progress report | 1.60 | 545.00 | 872.00 |
| 19/02/2016 | Antonia Croke | READ | Review emails re NNSA employee claims; French proceedings; consider update in adminstrator's progress report | 0.70 | 595.00 | 416.50 |
| 19/02/2016 | Antonia Croke | LETT | Review email re reply brief of debtors | 0.10 | 595.00 | 59.50 |
| 19/02/2016 | Andy Wright | LETT | Email correspondence with LCP re. quote for quantifying buy-out costs of UK Pension Plan | 0.10 | 570.00 | 57.00 |
| 19/02/2016 | Andy Wright | READ | Considering issues from Canadian appeal re. UK pension plan guarantees | 1.20 | 570.00 | 684.00 |
| 19/02/2016 | Angela Pearson | LETT | Review emails re: pension issues | 0.30 | 795.00 | 238.50 |
| 19/02/2016 | Drew Sainsbury | INTD | P-E Fender re NNSA | 0.30 | 595.00 | 178.50 |
| 19/02/2016 | Drew Sainsbury | LETT | Advice to Akin re NNSA proceedings | 0.30 | 595.00 | 178.50 |
| 19/02/2016 | Francois Wyon | CASE | RSCH and DRFT draft email for PEF Re. query from London office. | 1.50 | 320.00 | 480.00 |
| 19/02/2016 | Giles Boothman | SUPE | Emails re pension points | 0.20 | 845.00 | 169.00 |
| 19/02/2016 | Marcus Fink | LETT | Review and consider UKPC cross-cross appeal and consider ability to challenge s75. Review ACW and DS emails re the same | 0.90 | 760.00 | 684.00 |
| 19/02/2016 | Pierre-Emmanuel Fender | LETT | Review and check of status of proceedings before Commercial Court of Versailles | 0.50 | 730.00 | 365.00 |
| 22/02/2016 | Antonia Croke | LETT | Emails Drew re Brexit impact on NNUK adminstration | 0.20 | 595.00 | 119.00 |
| 22/02/2016 | Antonia Croke | LETT | Review emails and summary of Canadian C/A consideration of NNL appeal and UKPC cross-cross appeal re NNUK guarantees for pension fund | 0.70 | 595.00 | 416.50 |
| 22/02/2016 | Andy Wright | INTD | Discussion with Marcus Fink re Akin query on Canadian appeals on pension guarantees | 0.40 | 570.00 | 228.00 |
| 22/02/2016 | Andy Wright | LETT | Email advice to Akin re. pension issues arising from Canadian appeal case on pension guarantees | 1.30 | 570.00 | 741.00 |
| 22/02/2016 | Drew Sainsbury | INTD | A Croke, I West re Brexit | 0.20 | 595.00 | 119.00 |
| 22/02/2016 | Drew Sainsbury | DRFT | Note on Brexit consequences, reading on Brexit | 2.50 | 595.00 | 1,487.50 |
| 22/02/2016 | Giles Boothman | SUPE | Emails/ drft re brexit | 0.20 | 845.00 | 169.00 |
| 22/02/2016 | Lindsey Roberts | REVI | Review of emails re Canadian pension guarantee judgment. | 0.20 | 545.00 | 109.00 |
| 23/02/2016 | Antonia Croke | LETT | Review emails with Akin re potential Brexit impact on the UK admin | 0.60 | 595.00 | 357.00 |
| 23/02/2016 | Drew Sainsbury | LETT | Email D Botter re Brexit | 0.20 | 595.00 | 119.00 |
| 23/02/2016 | Drew Sainsbury | INTD | Discuss Brexit with GDB | 0.20 | 595.00 | 119.00 |
| 23/02/2016 | Drew Sainsbury | DRFT | Note for Akin re Brexit | 1.50 | 595.00 | 892.50 |
| 23/02/2016 | Giles Boothman | SUPE | Emails/ drft re brexit/ discuss with Drew re administrators position | 0.30 | 845.00 | 253.50 |
| 23/02/2016 | Lindsey Roberts | LETT | Internal emails re Brexit and impact on administration. | 0.30 | 545.00 | 163.50 |
| 23/02/2016 | Marcus Fink | LETT | review and consider BREXIT email chain | 0.30 | 760.00 | 228.00 |
| 24/02/2016 | Antonia Croke | READ | Consider email from Akin re Brexit issues | 0.10 | 595.00 | 59.50 |
| 24/02/2016 | Andy Wright | LETT | Email correspondence with LCP re. fee quote for providing estimate of buyout liabilities of UK Pension Plan | 0.10 | 570.00 | 57.00 |
| 25/02/2016 | Antonia Croke | LETT | Review email re allocation appeal logistics | 0.10 | 595.00 | 59.50 |
| 25/02/2016 | Antonia Croke | LETT | Review summary re 3rd circuits' mediation procedure | 0.10 | 595.00 | 59.50 |
| 25/02/2016 | Drew Sainsbury | READ | Follow up emails to C Samp. | 0.20 | 595.00 | 119.00 |
| 29/02/2016 | Antonia Croke | READ | Review emails re LCP analysis of buyout of pension claims | 0.40 | 595.00 | 238.00 |
| 29/02/2016 | Andy Wright | LETT | Various emails re estimation of buy-out liabilities of UK pension plan | 0.30 | 570.00 | 171.00 |

| 29/02/2016 | Drew Sainsbury | MISC | Assisting A Wright re LCP quote; emails | 0.30 | 595.00 | 178.50 |

**43,714.50**