**Exhibit C**

DISBURSEMENT SUMMARY

**FEBRUARY 01, 2016 THROUGH FEBRUARY 29, 2016**

| Document Production | £15.90 |
|---|---|
| **TOTAL** | **£15.90** |