**Exhibit D**

**Disbursements Detailed Breakdown**

Document Production  - 265 A4 sheets at £0.06p per page                                                                                                    15.90

**Exhibit E**

# SUMMARY OF ATTORNEYS AND LEGAL ASSISTANTS RENDERING SERVICES DURING THE PERIOD FEBRUARY 01, 2016 THROUGH FEBRUARY 29, 2016

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested (£) |
|---|---|---|---|---|
| Giles Boothman | Partner for 14 years; Admitted in 1993 in England and Wales; Restructuring and Special Situations Group, London | £845 | 5.00 | 4,225.00 |
| Angela Pearson | Partner for 8 years; Admitted in 1991 in England and Wales; Dispute Resolution Group, London | £795 | 2.50 | 1,987.50 |
| Marcus Fink | Partner for 3 years; Admitted in 2001 in England and Wales; Employment, Incentives and Pensions Group, London | £760 | 3.30 | 2,508.00 |
| Pierre-Emmanuel Fender | Partner for 2 years; Admitted in 2003 in France, Dispute Resolution Group, Paris | £730 | 0.50 | 365.00 |
| Antonia Croke | Associate for 9 years; Admitted in 2007 in New South Wales; Australia Dispute Resolution Group, London | £595 | 16.3 | 9,698.50 |
| Drew Sainsbury | Associate for 9 years; Admitted in 2007 in England and Wales; Restructuring and Special Situations Group, London | £595 | 22.30 | 13,268.50 |
| Andy Wright | Associate for 7 years; Admitted in 2009 in England and Wales; Employment, Incentives and Pensions Group, London | £570 | 12.30 | 7,011.00 |
| Lindsey Roberts | Associate for 5 years; Admitted in 2011 in England and Wales; Dispute Resolution Group, London | £545 | 14.50 | 7,902.50 |
| Francois Wyon | Avocat à la Cour; Admitted in 2015 in France; Dispute Resolution Group, Paris | £320 | 1.50 | 480.00 |
| Kelly Trueman | Trainee Solicitor; Dispute Resolution Group, London | £205 | 0.20 | 41.00 |

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested (£) |
|---|---|---|---|---|
| **TOTAL** | | | 78.40 | 47,487.00 |

## COMPENSATION BY PROJECT CATEGORY
## FEBRUARY 01, 2016 THROUGH FEBRUARY 29, 2016

| Project Category | Total Hours | Total Fees (£) |
| --- | --- | --- |
| Ashurst Fee Application / Monthly Billing Reports | 1.10 | 599.50 |
| Creditors Committee Meetings | 5.40 | 3,173.00 |
| General Claims Analysis/Claims Objections | 71.90 | 43,714.50 |
| **TOTAL** | **78.40** | **47,487.00** |