## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X

*In re*

Nortel Networks Inc., *et al.*,[1]

               Debtors.

---------------------------------------------------------X

Chapter 11

Case No. 09-10138 (KG)

Jointly Administered

**Objection Deadline: April 11, 2016 at 4:00 p.m.**


**REPORT BY THE MERGIS GROUP OF STAFFING AND COMPENSATION EARNED AND EXPENSES INCURRED FOR THE PERIOD OF JANUARY 1, 2016 THROUGH JANUARY 31, 2016.**

Exhibit A:     Summary of Professionals
Exhibit B:     Summary of Projects and Project Descriptions
Exhibit C:     Summary of Fees and Expenses
Exhibit D:     Summary of Time by Professional
Exhibit E:     Summary of Fees by Project
Exhibit F:     Time Description Detail by Project
Exhibit G:     Summary of Expenses by Category
Exhibit H:     Expense Detail

The Mergis Group ("Mergis") hereby submits this Monthly Staffing Report and Compensation Report (the "Report") for the period, January 1, 2016 through January 31, 2016, describing the name and functions of assigned personnel and for compensation and reimbursement of costs and Expenses received pursuant to its engagement by an order of the Bankruptcy Court entered on May 17, 2013 [D.I. No. 10555].

Mergis' fees for this period are $177,930.50.  Mergis incurred no expenses during this period.

---

[1]     The US Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel/.

Dated:  March 30, 2016
       Raleigh, North Carolina

THE MERGIS GROUP

Brandi Privette

*Practice Director*

3

**See Attached for Exhibits A through H**

# Exhibit A

## The Mergis Group
## Summary of Professionals

Nortel Networks, Inc. et al.
For the period of January 1, 2016 through January 31, 2016

| Professional | Position | Title / Role of Professional |
| --- | --- | --- |
| Timothy C. Ross | Officer | Chief Financial Officer and Corporate Secretary - Management responsibility for all business and finance functions supporting the U.S. Principal Officer in the company operation and liquidation; direct responsibilities include, operating budget oversight, treasury management, general accounting and controls, tax, information technology, human resources, real estate management, and foreign subsidiary wind down. Employee Benefits and Pension Investment Committee member. |
| William D. Cozart | Non-Officer | Associate - General accounting control oversight, debtor financial reporting (MOR, Form 26, etc.), general accounting control oversight, finance systems administration & controls, accounts receivable and billing, bank account reconciliations. |
| Kim Ponder | Non-Officer | Associate - General accounting & finance services for accounts payable, payment processing for normal course, intercompany, and professional, claims and litigation settlement disbursement processing, statutory reporting management & oversight. |

# Exhibit B

## The Mergis Group
## Summary of Projects and Project Descriptions

Nortel Networks, Inc. et al.
For the period of January 1, 2016 through January 31, 2016

| Project | Project Description |
|---|---|
| Administrative | Administrative matters related to the Debtors engagement. Includes board meetings, staff meetings, preparation of miscellaneous statements, surveys, and schedules, miscellaneous document review and execution, electronic minute book maintenance, and office and general case management activities. |
| Bankruptcy Reporting | Assist the Debtors with bankruptcy reporting requirements. Includes the financial reporting preparation & management review of the Monthly Operating Report (MOR), Form 26, Ordinary Course Professionals Report (OCP), US Trustee Fee Report, and related matters for the US Trustee. |
| Cash Management | Support the Debtors with cash flow management activities. Includes treasury systems management and controls, bank service contract oversight, cash flow planning and analysis, accountability for cash flow budget achievement, and cash reporting to estate constituents. |
| Claims Administration | Assist the Debtors with claims matters. Includes claims database systems and controls, data maintenance, analysis and validation, communications, distribution process planning, and claims settlement / distribution execution. |
| Compensation Application | Activities relating to the professional time tracking and preparation of the compensation application. |
| Discovery | Activities driven by requests directed to Nortel Networks Inc. in support of the business divestiture proceeds allocation litigation. Includes data / document extraction and analysis, preparation & presentation of findings, interface with legal counsel, and participate in court hearings. |
| Electronic Data and Document Preservation | Support the Debtors with the preservation of electronic data and hard copy documents. Includes governance and maintenance in compliance with court retention requirements and associated vendor service contract oversight. |
| Entity Liquidation and Wind Down | Assist the Debtors with the liquidation, wind down and/or deregistration of Nortel Networks, Inc. and its subsidiaries and branches (foreign and domestic).Includes the development and execution of step plans to ensure local law and U.S. Bankruptcy Court compliance in areas such as intercompany settlements, debt forgiveness, tax clearance certificates, final account balances; compliance with local and U.S. statutory, tax, financial and other governmental reporting requirements; repatriation of subsidiary or branch cash to parent; and coordinate with and support local accounting and legal professionals in conjunction with of all of the above. |
| Finance and General Accounting | Assist the Debtors with finance and general accounting operations in compliance with US GAAP. Includes statutory financial reporting preparation & review, month and year end close processing, finance systems & controls, journal entry preparation, management review, and posting, account reconciliations, balance sheet analysis, and normal course accounts receivable and payable administration . |

# Exhibit B

## The Mergis Group
## Summary of Projects and Project Descriptions

Nortel Networks, Inc. et al.
For the period of January 1, 2016 through January 31, 2016

| Project | Project Description |
|---|---|
| Human Resources | Support the Debtors in Human Resources matters. Includes development and execution of Debtors benefit plan termination (health and welfare, 401K, etc.), plan regulatory compliance oversight and reporting (audits, plan boards & committees, etc.) vendor services contract management and oversight, human resource related communications, and HR systems and data maintenance and reporting. |
| Information Technology Operations | Assist the Debtors with the maintenance and support of the Nortel Networks, Inc. residual company information technology infrastructure operations. Includes vendor services and contract oversight, data extraction, back-up, and recovery, and infrastructure problem resolution support. |
| Insurance & Risk Management | Assist the Debtors with insurance and risk management activities. Includes tracking and periodic management review of Debtors insurance coverage; ensuring compliance with established policies, leases, and contracts. Provide service oversight to agent/broker contract. |
| Plan of Reorganization | Assist the Debtors with the preparation of the plan of reorganization and associated disclosure statement. Includes financial analysis and Debtors review. |
| Professional Fee Applications | Assist the Debtors with the payment administration of engaged professionals. Includes financial recording of professional fee applications to Debtors' books and records, reconciliation to Omnibus Fee Order to Debtors' books and records, fee disbursement based on Certificate of No Objection (CNO) , and associated year end regulatory reporting. |
| Real Estate Management | Assist the Debtors with lease and real estate matters. Includes property management vendor contract oversight,  property management budget achievement accountability and associated financial planning & analysis, lease and sub-lease management / governance, and property marketing activities. |
| Residual Business Operations | Assist the Debtors in the resolution of outstanding residual business operations matters. Includes activities relating to residual business services customer, vendor, and/or buyer contracts and associated receivables, payables, and/or inventory,  regulatory and government required business reporting surveys and schedules, and review and action of service of process notifications. |
| Tax Matters | Assist the Debtors with tax matters.  Includes vendor service contract oversight, financial analysis support and management review of federal, state, and local Tax returns, claims, and audits, and authorization of tax related matters (annual report filings, settlements, etc.) . |
| Travel | Authorized travel to support Debtors projects. |

# Exhibit C

## The Mergis Group
## Summary of Fees and Expenses

Nortel Networks, Inc. et al.
For the period of January 1, 2016 through January 31, 2016

|  | Fees | Expenses | Total |
|---|---|---|---|
| For the period of January 1, 2016 through January 31, 2016 | $ 177,930.50 | $       - | $ 177,930.50 |

Exhibit C                                                                                                                    Page 1 of 1

# Exhibit D

## The Mergis Group
## Summary of Time by Professional

Nortel Networks, Inc. et al.
For the period of January 1, 2016 through January 31, 2016

| Professional | Position | Title / Role of Professional | Hours |
|---|---|---|---|
| Timothy C. Ross | Officer | Chief Financial Officer and Corporate Secretary - Management responsibility for all business and finance functions supporting the U.S. Principal Officer in the company operation and liquidation; direct responsibilities include, operating budget oversight, treasury management, general accounting and controls, tax, information technology, human resources, real estate management, and foreign subsidiary wind down. Employee Benefits and Pension Investment Committee member. | 164.25 |
| William D. Cozart | Non-Officer | Associate - General accounting control oversight, debtor financial reporting (MOR, Form 26, etc.), general accounting control oversight, finance systems administration & controls, accounts receivable and billing, bank account reconciliations. | 154.00 |
| Kim Ponder | Non-Officer | Associate - General accounting & finance services for accounts payable, payment processing for normal course, intercompany, and professional, claims and litigation settlement disbursement processing, statutory reporting management & oversight. | 157.50 |

| | | |
|---|---|---|
| Hours for the period of January 1, 2016 through January 31, 2016 | | 475.75 |
| Billing Rate | | $ 374.00 |
| Fees for the period of January 1, 2016 through January 31, 2016 | | $ 177,930.50 |

# Exhibit E

## The Mergis Group
## Summary of Fees by Project

Nortel Networks, Inc. et al.
For the period of January 1, 2016 through January 31, 2016

| Project | Project Description | Hours | | Fees |
|---|---|---|---|---|
| Administrative | Administrative matters related to the Debtors engagement. Includes board meetings, staff meetings, preparation of miscellaneous statements, surveys, and schedules, miscellaneous document review and execution, electronic minute book maintenance, and office and general case management activities. | - | $ | - |
| Bankruptcy Reporting | Assist the Debtors with bankruptcy reporting requirements. Includes the financial reporting preparation & management review of the Monthly Operating Report (MOR), Form 26, Ordinary Course Professionals Report (OCP), US Trustee Fee Report, and related matters for the US Trustee. | 19.00 | $ | 7,106.00 |
| Cash Management | Support the Debtors with cash flow management activities. Includes treasury systems management and controls, bank service contract oversight, cash flow planning and analysis, accountability for cash flow budget achievement, and cash reporting to estate constituents. | 34.00 | $ | 12,716.00 |
| Claims Administration | Assist the Debtors with claims matters. Includes claims database systems and controls, data maintenance, analysis and validation, communications, distribution process planning, and claims settlement / distribution execution. | 39.50 | $ | 14,773.00 |
| Compensation Application | Activities relating to the professional time tracking and preparation of the compensation application. | 10.00 | $ | 3,740.00 |
| Discovery | Activities driven by requests directed to Nortel Networks Inc. in support of the business divestiture proceeds allocation litigation. Includes data / document extraction and analysis, preparation & presentation of findings, interface with legal counsel, and participate in court hearings. | 2.50 | $ | 935.00 |
| Electronic Data and Document Preservation | Support the Debtors with the preservation of electronic data and hard copy documents. Includes governance and maintenance in compliance with court retention requirements and associated vendor service contract oversight. | 3.50 | $ | 1,309.00 |
| Entity Liquidation and Wind Down | Assist the Debtors with the liquidation, wind down and/or deregistration of Nortel Networks, Inc. and its subsidiaries and branches (foreign and domestic).Includes the development and execution of step plans to ensure local law and U.S. Bankruptcy Court compliance in areas such as intercompany settlements, debt forgiveness, tax clearance certificates, final account balances; compliance with local and U.S. statutory, tax, financial and other governmental reporting requirements; repatriation of subsidiary or branch cash to parent; and coordinate with and support local accounting and legal professionals in conjunction with of all of the above. | 2.50 | $ | 935.00 |
| Finance and General Accounting | Assist the Debtors with finance and general accounting operations in compliance with US GAAP. Includes statutory financial reporting preparation & review, month and year end close processing, finance systems & controls, journal entry preparation, management review, and posting, account reconciliations, balance sheet analysis, and normal course accounts receivable and payable administration . | 218.50 | $ | 81,719.00 |
| Human Resources | Support the Debtors in Human Resources matters. Includes development and execution of Debtors benefit plan termination (health and welfare, 401K, etc.), plan regulatory compliance oversight and reporting (audits, plan boards & committees, etc.) vendor services contract management and oversight, human resource related communications, and HR systems and data maintenance and reporting. | 4.50 | $ | 1,683.00 |
| Information Technology Operations | Assist the Debtors with the maintenance and support of the Nortel Networks, Inc. residual company information technology infrastructure operations. Includes vendor services and contract oversight, data extraction, back-up, and recovery, and infrastructure problem resolution support. | 2.00 | $ | 748.00 |
| Insurance & Risk Management | Assist the Debtors with insurance and risk management activities. Includes tracking and periodic management review of Debtors insurance coverage; ensuring compliance with established policies, leases, and contracts. Provide service oversight to agent/broker contract. | 0.50 | $ | 187.00 |

# Exhibit E

## The Mergis Group
## Summary of Fees by Project

Nortel Networks, Inc. et al.
For the period of January 1, 2016 through January 31, 2016

| Project | Project Description | Hours | Fees |
|---|---|---|---|
| Plan of Reorganization | Assist the Debtors with the preparation of the plan of reorganization and associated disclosure statement. Includes financial analysis and Debtors review. | - | $ - |
| Professional Fee Applications | Assist the Debtors with the payment administration of engaged professionals. Includes financial recording of professional fee applications to Debtors' books and records, reconciliation to Omnibus Fee Order to Debtors' books and records, fee disbursement based on Certificate of No Objection (CNO) , and associated year end regulatory reporting. | 7.00 | $ 2,618.00 |
| Real Estate Management | Assist the Debtors with lease and real estate matters. Includes property management vendor contract oversight, property management budget achievement accountability and associated financial planning & analysis, lease and sub-lease management / governance, and property marketing activities. | 59.75 | $ 22,346.50 |
| Residual Business Operations | Assist the Debtors in the resolution of outstanding residual business operations matters. Includes activities relating to residual business services customer, vendor, and/or buyer contracts and associated receivables, payables, and/or inventory, regulatory and government required business reporting surveys and schedules, and review and action of service of process notifications. | 42.00 | $ 15,708.00 |
| Tax Matters | Assist the Debtors with tax matters. Includes vendor service contract oversight, financial analysis support and management review of federal, state, and local Tax returns, claims, and audits, and authorization of tax related matters (annual report filings, settlements, etc.) . | 30.50 | $ 11,407.00 |
| Travel | Authorized travel to support Debtors projects. | - | $ - |
| **For the period of January 1, 2016 through January 31, 2016** | | **475.75** | **$ 177,930.50** |

## Exhibit F

### The Mergis Group
### Time Description Detail by Project

Nortel Networks, Inc. et al.
For the period of January 1, 2016 through January 31, 2016

| Project / Date | Professional | Project Work Description | Hours |
|---|---|---|---|
| **Bankruptcy Reporting** | | | |
| 1/14/2016 | Timothy C. Ross | Received, reviewed, and responded to Debtors Counsel (ML) | 0.50 |
| 1/19/2016 | Timothy C. Ross | Prepared and analyzed Debtors cash receipts and disbursements for the monthly operating report. | 1.50 |
| 1/20/2016 | Timothy C. Ross | Prepared and analyzed Debtors cash receipts and disbursements for the monthly operating report. | 2.00 |
| 1/21/2016 | Timothy C. Ross | Prepared Debtors trustee disbursements analysis | 1.00 |
| 1/21/2016 | Timothy C. Ross | Prepared and analyzed Debtors cash receipts and disbursements for the monthly operating report. | 1.50 |
| 1/21/2016 | William D. Cozart | Prepare December 2015 MOR. | 2.50 |
| 1/22/2016 | Timothy C. Ross | Reviewed and authorized Debtors trustee report and payment analysis | 1.00 |
| 1/26/2016 | Timothy C. Ross | Reviewed and authorized the release of the Debtors MOR | 1.00 |
| 1/26/2016 | William D. Cozart | Prepare December MOR. | 1.00 |
| 1/27/2016 | Timothy C. Ross | Received, reviewed, and responded to Debtors Counsel (LL) | 0.50 |
| 1/27/2016 | William D. Cozart | Received, reviewed and responded to correspondence | 0.50 |
| 1/28/2016 | William D. Cozart | Prepare December 2015 Form 26. | 6.00 |
| **Bankruptcy Reporting Total** | | | **19.00** |
| **Cash Management** | | | |
| 1/4/2016 | Timothy C. Ross | Reviewed and authorized Debtors bank deposits. | 0.50 |
| 1/5/2016 | Timothy C. Ross | Reviewed and authorized Debtors bank deposits. | 0.50 |
| 1/6/2016 | Kim Ponder | FCB deposit. | 0.50 |
| 1/6/2016 | Timothy C. Ross | Prepared and analyzed Debtors five week rolling cash flow requirements and executed Treasury funding transactions. | 2.00 |
| 1/7/2016 | Timothy C. Ross | Reviewed and authorized Debtors bank deposits. | 0.50 |
| 1/7/2016 | Timothy C. Ross | Reviewed, authorized, and released Debtors disbursements. | 2.00 |
| 1/8/2016 | Kim Ponder | FCB deposit. | 0.50 |
| 1/8/2016 | Timothy C. Ross | Reviewed and authorized Debtors bank deposits. | 0.50 |
| 1/11/2016 | Kim Ponder | FCB deposit. | 0.50 |
| 1/11/2016 | Timothy C. Ross | Reviewed and authorized Debtors bank deposits. | 0.50 |
| 1/12/2016 | Timothy C. Ross | Worked Debtors foreign subsidiary professional staff banking access issue | 0.50 |
| 1/12/2016 | Timothy C. Ross | Reviewed and authorized Debtors bank deposits. | 0.50 |
| 1/13/2016 | Timothy C. Ross | Reviewed and authorized banking access to Debtors foreign subsidiary professional | 0.50 |
| 1/13/2016 | Timothy C. Ross | Reviewed Debtors payment proposal, prepared and analyzed five week rolling cash flow requirements and executed Treasury funding transactions. | 2.00 |
| 1/14/2016 | Kim Ponder | FCB deposit. | 0.50 |
| 1/14/2016 | Timothy C. Ross | Reviewed, authorized, and released Debtors disbursements. | 2.00 |
| 1/15/2016 | Timothy C. Ross | Worked Debtors treasury management matters | 1.00 |
| 1/15/2016 | Timothy C. Ross | Reviewed and authorized Debtors foreign subsidiary disbursements | 0.50 |
| 1/19/2016 | Kim Ponder | FCB deposit. | 0.50 |
| 1/19/2016 | Timothy C. Ross | Reviewed, authorized, and released Debtors foreign subsidiary disbursements | 0.50 |
| 1/20/2016 | Kim Ponder | FCB deposit. | 0.50 |
| 1/20/2016 | Timothy C. Ross | Reviewed Debtors payment proposal, prepared and analyzed five week rolling cash flow requirements and executed Treasury funding transactions. | 2.00 |
| 1/21/2016 | Kim Ponder | FCB deposit. | 0.50 |
| 1/21/2016 | Timothy C. Ross | Reviewed and authorized Debtors bank deposits. | 0.50 |
| 1/22/2016 | Timothy C. Ross | Reviewed, authorized, and released Debtors disbursements. | 2.00 |
| 1/22/2016 | Timothy C. Ross | Reviewed, authorized, and released Debtors foreign subsidiary disbursements | 0.50 |
| 1/25/2016 | Kim Ponder | FCB deposit. | 0.50 |
| 1/26/2016 | Kim Ponder | VEBA deposit. | 0.50 |
| 1/26/2016 | Timothy C. Ross | Worked treasury management matters with Debtors bank (SW) | 1.00 |
| 1/27/2016 | Timothy C. Ross | Reconciled Debtors cash balances to expected post USTB investment. | 1.00 |
| 1/27/2016 | Timothy C. Ross | Reviewed and authorized Debtors bank deposits. | 0.50 |
| 1/27/2016 | Timothy C. Ross | Reviewed Debtors payment proposal, prepared and analyzed five week rolling cash flow requirements and executed Treasury | 2.00 |
| 1/28/2016 | Kim Ponder | FCB deposit. | 0.50 |
| 1/28/2016 | Timothy C. Ross | Reviewed, authorized, and released Debtors disbursements. | 3.00 |
| 1/28/2016 | Timothy C. Ross | Reviewed and authorized Debtors bank deposits. | 0.50 |
| 1/29/2016 | Timothy C. Ross | Reviewed, authorized, and released Debtors foreign subsidiary disbursements | 1.00 |
| 1/29/2016 | Timothy C. Ross | Transitioned residual staff (DC) duties | 1.00 |
| **Cash Management Total** | | | **34.00** |
| **Claims Administration** | | | |
| 1/5/2016 | Kim Ponder | Researched claims data. | 8.00 |
| 1/5/2016 | Timothy C. Ross | Worked Debtors claims matters | 1.00 |
| 1/6/2016 | Timothy C. Ross | Conference call with Chilmark Partners (MK) | 0.50 |
| 1/6/2016 | Timothy C. Ross | Researched questions/actions from Chilmark conference call | 1.00 |
| 1/7/2016 | Kim Ponder | Researched claims data. | 3.00 |
| 1/7/2016 | Timothy C. Ross | Researched questions/actions from 1/6 Chilmark conference call | 2.00 |
| 1/7/2016 | Timothy C. Ross | Conference call with Chilmark Partners (MK) | 0.50 |
| 1/12/2016 | Kim Ponder | Received, researched and responded to inquiry for claims data. | 1.00 |
| 1/13/2016 | Timothy C. Ross | Worked Chilmark (MK) request | 1.00 |
| 1/14/2016 | Timothy C. Ross | Worked Chilmark (MK) request | 1.00 |
| 1/21/2016 | Kim Ponder | Meeting with RLKS | 0.50 |
| 1/25/2016 | Kim Ponder | Claims research. | 2.50 |
| 1/25/2016 | Timothy C. Ross | Received, reviewed, and actioned Debtors claims matter | 0.50 |
| 1/27/2016 | Kim Ponder | Received, researched and responded to request | 6.50 |
| 1/28/2016 | Kim Ponder | Researched vendor history in connection with claims filed. | 1.00 |
| 1/28/2016 | Kim Ponder | Claims research. | 3.00 |
| 1/29/2016 | Kim Ponder | Claims research. | 6.50 |
| **Claims Administration Total** | | | **39.50** |
| **Compensation Application** | | | |
| 1/7/2016 | Timothy C. Ross | Reconciled November 2015 compensation report issue. | 1.00 |
| 1/8/2016 | Kim Ponder | Compensation application preparation re: update of timekeeping records. | 0.50 |

## Exhibit F

### The Mergis Group
### Time Description Detail by Project

Nortel Networks, Inc. et al.
For the period of January 1, 2016 through January 31, 2016

| Project | Date | Professional | Project Work Description | Hours |
|---|---|---|---|---|
| | 1/8/2016 | Timothy C. Ross | Compensation application preparation re: update of timekeeping records. | 0.50 |
| | 1/8/2016 | William D. Cozart | Compensation application preparation re: update of timekeeping records. | 0.50 |
| | 1/11/2016 | Timothy C. Ross | Prepared DRAFT Mergis staffing & compensation report for CGSH review | 3.00 |
| | 1/15/2016 | Kim Ponder | Compensation application preparation re: update of timekeeping records. | 0.50 |
| | 1/15/2016 | Timothy C. Ross | Compensation application preparation re: update of timekeeping records. | 0.50 |
| | 1/15/2016 | William D. Cozart | Compensation application preparation re: update of timekeeping records. | 0.50 |
| | 1/22/2016 | Kim Ponder | Compensation application preparation re: update of timekeeping records. | 0.50 |
| | 1/22/2016 | Timothy C. Ross | Compensation application preparation re: update of timekeeping records. | 0.50 |
| | 1/22/2016 | William D. Cozart | Compensation application preparation re: update of timekeeping records. | 0.50 |
| | 1/29/2016 | Kim Ponder | Compensation application preparation re: update of timekeeping records. | 0.50 |
| | 1/29/2016 | Timothy C. Ross | Compensation application preparation re: update of timekeeping records. | 0.50 |
| | 1/29/2016 | William D. Cozart | Compensation application preparation re: update of timekeeping records. | 0.50 |
| **Compensation Application Total** | | | | **10.00** |

### Discovery

| | Date | Professional | Project Work Description | Hours |
|---|---|---|---|---|
| | 1/7/2016 | Timothy C. Ross | Received, reviewed, and responded to Debtors subpoena | 0.50 |
| | 1/7/2016 | Timothy C. Ross | Received, reviewed, and actioned Debtors document disposal questions from Counsel (SJ) | 0.50 |
| | 1/11/2016 | Timothy C. Ross | Received, reviewed, and responded to Debtors Counsel (JS) | 0.50 |
| | 1/13/2016 | Timothy C. Ross | Received, reviewed, and actioned Debtors third party subpoena | 0.50 |
| | 1/27/2016 | Timothy C. Ross | Received, reviewed, and responded to Debtors former employee matter | 0.50 |
| **Discovery Total** | | | | **2.50** |

### Electronic Data and Document Preservation

| | Date | Professional | Project Work Description | Hours |
|---|---|---|---|---|
| | 1/7/2016 | Kim Ponder | Received and responded to request | 0.50 |
| | 1/18/2016 | William D. Cozart | Prepare historical documents for storage. | 2.00 |
| | 1/27/2016 | William D. Cozart | Prepare historical records for storage. | 1.00 |
| **Electronic Data and Document Preservation Total** | | | | **3.50** |

### Entity Liquidation and Wind Down

| | Date | Professional | Project Work Description | Hours |
|---|---|---|---|---|
| | 1/5/2016 | Timothy C. Ross | Received, reviewed, and responded to Debtors foreign branch liquidator | 0.50 |
| | 1/8/2016 | Timothy C. Ross | Received, reviewed, and responded to Debtors foreign subsidiary wind down matters | 0.50 |
| | 1/25/2016 | Timothy C. Ross | Received, reviewed, and responded to Debtors Counsel (RR) | 0.50 |
| | 1/26/2016 | Timothy C. Ross | Received, reviewed, and responded to Debtors foreign branch liquidator (SC) and Debtors counsel (KH, RR) | 0.50 |
| | 1/26/2016 | Timothy C. Ross | Conference call with Debtors Counsel (RE, RR) | 0.50 |
| **Entity Liquidation and Wind Down Total** | | | | **2.50** |

### Finance and General Accounting

| | Date | Professional | Project Work Description | Hours |
|---|---|---|---|---|
| | 1/4/2016 | Kim Ponder | Normal course payables | 2.00 |
| | 1/4/2016 | Kim Ponder | Month end close. | 6.00 |
| | 1/4/2016 | Timothy C. Ross | Prepared and submitted residual staffing time report. | 0.50 |
| | 1/4/2016 | Timothy C. Ross | Reviewed and authorized Debtors residual invoices for payment. | 1.00 |
| | 1/4/2016 | Timothy C. Ross | Worked Debtors finance and accounting matters | 2.00 |
| | 1/4/2016 | William D. Cozart | Prepare bank reconciliations for December. | 5.00 |
| | 1/4/2016 | William D. Cozart | Process incoming mail. | 1.50 |
| | 1/4/2016 | William D. Cozart | Process cash receipts. | 1.50 |
| | 1/5/2016 | Timothy C. Ross | Reviewed and authorized Debtors foreign subsidiary invoices for payment | 0.50 |
| | 1/5/2016 | Timothy C. Ross | Worked Debtors finance and accounting matters | 2.00 |
| | 1/5/2016 | William D. Cozart | Process cash receipts. | 1.50 |
| | 1/5/2016 | William D. Cozart | Prepare bank reconciliations for December. | 3.50 |
| | 1/5/2016 | William D. Cozart | Prepare journal entries for December close. | 1.00 |
| | 1/5/2016 | William D. Cozart | Prepare reconciliations for December. | 2.00 |
| | 1/6/2016 | Kim Ponder | Normal course payables | 1.50 |
| | 1/6/2016 | Kim Ponder | Month end close. | 5.50 |
| | 1/6/2016 | William D. Cozart | Perform vendor maintenance in QuickBooks. | 1.00 |
| | 1/6/2016 | William D. Cozart | Process cash receipts. | 1.50 |
| | 1/6/2016 | William D. Cozart | Process incoming mail. | 0.50 |
| | 1/6/2016 | William D. Cozart | Prepare December bank reconciliations. | 1.50 |
| | 1/7/2016 | Kim Ponder | Normal course payables | 3.00 |
| | 1/7/2016 | Kim Ponder | Foreign tracker update. | 0.50 |
| | 1/7/2016 | Kim Ponder | Normal course payables | 1.00 |
| | 1/7/2016 | Timothy C. Ross | Worked Debtors finance and accounting matters | 1.50 |
| | 1/7/2016 | William D. Cozart | Prepare bank reconciliations for December. | 2.00 |
| | 1/7/2016 | William D. Cozart | Process incoming mail. | 0.50 |
| | 1/7/2016 | William D. Cozart | Record cash receipts. | 0.50 |
| | 1/8/2016 | Kim Ponder | Month end close. | 6.00 |
| | 1/8/2016 | Timothy C. Ross | Worked Debtors finance and accounting matters | 2.00 |
| | 1/8/2016 | William D. Cozart | Record cash receipts. | 0.50 |
| | 1/8/2016 | William D. Cozart | Process incoming mail. | 0.50 |
| | 1/11/2016 | Kim Ponder | Normal course payables | 1.00 |
| | 1/11/2016 | Kim Ponder | Year end reconciliations and rollover. | 5.50 |
| | 1/11/2016 | Timothy C. Ross | Prepared and submitted Debtors residual staff time report. | 0.50 |
| | 1/11/2016 | Timothy C. Ross | Worked Debtors finance and accounting matters | 2.00 |
| | 1/11/2016 | William D. Cozart | Record cash receipts. | 0.50 |
| | 1/11/2016 | William D. Cozart | Prepare reconciliations for December. | 2.00 |
| | 1/12/2016 | Kim Ponder | Normal course payables | 2.00 |
| | 1/12/2016 | Kim Ponder | Month end close. | 4.50 |
| | 1/12/2016 | Timothy C. Ross | Worked Debtors finance and accounting matters | 2.00 |
| | 1/13/2016 | Kim Ponder | Meeting with T Ross and D Cozart to discuss BW reporting. | 1.50 |
| | 1/13/2016 | Kim Ponder | Year end reconciliations. | 6.50 |
| | 1/13/2016 | Timothy C. Ross | Worked Debtors financial reporting matters | 1.50 |

**Exhibit F**

**The Mergis Group**
**Time Description Detail by Project**

Nortel Networks, Inc. et al.
For the period of January 1, 2016 through January 31, 2016

| Project | Date | Professional | Project Work Description | Hours |
|---|---|---|---|---|
| | 1/13/2016 | Timothy C. Ross | Worked Debtors finance and accounting matters | 1.00 |
| | 1/13/2016 | William D. Cozart | Record cash receipts. | 1.00 |
| | 1/13/2016 | William D. Cozart | Update Guatemala banking access. | 1.00 |
| | 1/13/2016 | William D. Cozart | Meeting with T. Ross and K. Ponder to discuss BW reporting. | 1.50 |
| | 1/14/2016 | Kim Ponder | Normal course payables | 3.00 |
| | 1/14/2016 | Kim Ponder | Month end close. | 4.00 |
| | 1/14/2016 | Timothy C. Ross | Reviewed and authorized Debtors residual invoices for payment. | 1.00 |
| | 1/14/2016 | Timothy C. Ross | Worked Debtors finance and accounting matters | 2.00 |
| | 1/14/2016 | William D. Cozart | Record cash receipts. | 0.50 |
| | 1/14/2016 | William D. Cozart | Prepare December bank reconciliations. | 2.50 |
| | 1/15/2016 | Kim Ponder | Correspondence with Deloitte-Guatemala. | 1.00 |
| | 1/15/2016 | Kim Ponder | Month end close. | 2.50 |
| | 1/15/2016 | Timothy C. Ross | Worked Debtors finance and accounting matters | 1.00 |
| | 1/15/2016 | William D. Cozart | Record cash receipts. | 0.50 |
| | 1/15/2016 | William D. Cozart | Run QuickBooks month end backup. | 2.00 |
| | 1/15/2016 | William D. Cozart | Close month of December in QuickBooks. | 2.00 |
| | 1/18/2016 | Kim Ponder | Year end reconciliation and reporting. | 8.00 |
| | 1/18/2016 | Timothy C. Ross | Prepared and submitted residual staffing time report. | 0.50 |
| | 1/18/2016 | Timothy C. Ross | Reviewed and authorized Debtors Bank reconciliations | 3.00 |
| | 1/18/2016 | Timothy C. Ross | Worked Debtors finance and accounting matters | 2.00 |
| | 1/18/2016 | William D. Cozart | Prepare Month end QuickBooks backups. | 1.50 |
| | 1/18/2016 | William D. Cozart | Close period in QuickBooks. | 1.50 |
| | 1/18/2016 | William D. Cozart | Prepare reconciliations for December. | 1.00 |
| | 1/19/2016 | Kim Ponder | Year end close. | 2.00 |
| | 1/19/2016 | Kim Ponder | Normal course payables | 2.50 |
| | 1/19/2016 | Kim Ponder | Intercompany invoicing. | 1.00 |
| | 1/19/2016 | Kim Ponder | Normal course payables | 2.00 |
| | 1/19/2016 | Timothy C. Ross | Worked Debtors foreign subsidiary matters | 0.50 |
| | 1/19/2016 | William D. Cozart | Prepare reconciliations for December. | 2.00 |
| | 1/19/2016 | William D. Cozart | Prepare month end QuickBooks reports. | 2.00 |
| | 1/19/2016 | William D. Cozart | Prepare credit memos for Paragon final sublease invoice to apply deposit against invoice. | 0.50 |
| | 1/19/2016 | William D. Cozart | Prepare consolidation for December MOR. | 2.50 |
| | 1/19/2016 | William D. Cozart | Prepare billings for January 2016. | 1.00 |
| | 1/20/2016 | Kim Ponder | Prepared Q4 2015 US Trustee calculation. | 2.00 |
| | 1/20/2016 | Kim Ponder | Year end reporting. | 4.50 |
| | 1/20/2016 | Timothy C. Ross | Created, journalized, and distributed subtenant rent invoices | 4.00 |
| | 1/20/2016 | William D. Cozart | Transition of duties. | 5.50 |
| | 1/20/2016 | William D. Cozart | Record cash receipts. | 0.50 |
| | 1/20/2016 | William D. Cozart | Prepare month end QuickBooks Reports. | 2.00 |
| | 1/21/2016 | Kim Ponder | Normal course payables | 3.50 |
| | 1/21/2016 | Timothy C. Ross | Reviewed and authorized Debtors foreign subsidiary financials and audit report - RE: NTEC 2014-2015. | 1.00 |
| | 1/21/2016 | William D. Cozart | Record cash receipts. | 0.50 |
| | 1/21/2016 | William D. Cozart | Prepare month end QuickBooks Reports. | 2.50 |
| | 1/21/2016 | William D. Cozart | Prepare consolidation for December MOR. | 2.50 |
| | 1/22/2016 | Kim Ponder | Account reconciliations. | 7.00 |
| | 1/22/2016 | Timothy C. Ross | Reviewed and authorized Debtors residual invoices for payment. | 0.50 |
| | 1/22/2016 | William D. Cozart | Prepare billings for January. | 1.00 |
| | 1/22/2016 | William D. Cozart | Transition of duties. | 1.00 |
| | 1/25/2016 | Kim Ponder | Normal course payables | 2.50 |
| | 1/25/2016 | Timothy C. Ross | Prepared, authorized, and submitted residual staff and consultant time reports. | 0.50 |
| | 1/25/2016 | William D. Cozart | Record Cash receipts. | 1.00 |
| | 1/25/2016 | William D. Cozart | Transition of Duties. | 4.00 |
| | 1/26/2016 | William D. Cozart | Record Cash receipts. | 1.00 |
| | 1/26/2016 | William D. Cozart | Prepare research re: historical billings. | 1.00 |
| | 1/26/2016 | William D. Cozart | Transition of duties. | 1.50 |
| | 1/27/2016 | Kim Ponder | Normal course payables | 1.50 |
| | 1/27/2016 | Timothy C. Ross | Reviewed and authorized Debtors foreign subsidiary consultant fees and expenses for payment | 0.50 |
| | 1/27/2016 | William D. Cozart | Record cash receipts. | 1.00 |
| | 1/27/2016 | William D. Cozart | Review and analysis of NTEC payment. | 0.50 |
| | 1/27/2016 | William D. Cozart | Transition of duties. | 2.00 |
| | 1/27/2016 | William D. Cozart | Prepare journal entries for January. | 1.00 |
| | 1/28/2016 | Kim Ponder | Normal course payables | 2.50 |
| | 1/28/2016 | Timothy C. Ross | Worked residual staff reduction transition & cross training plan | 1.50 |
| | 1/28/2016 | William D. Cozart | Meeting with T. Ross | 1.00 |
| | 1/28/2016 | William D. Cozart | Prepare research regarding FX rates in QuickBooks. | 1.00 |
| | 1/29/2016 | Kim Ponder | Transition training. | 1.00 |
| | 1/29/2016 | William D. Cozart | Update QuickBooks currency requirements. | 3.00 |
| | 1/29/2016 | William D. Cozart | Transition of duties. | 3.50 |
| **Finance and General Accounting Total** | | | | **218.50** |

**Human Resources**

| | 1/7/2016 | Timothy C. Ross | Reviewed and executed former employee matter | 0.50 |
|---|---|---|---|---|
| | 1/10/2016 | Timothy C. Ross | Reviewed, reviewed, and responded to Debtors former employee issue | 0.50 |
| | 1/11/2016 | Kim Ponder | Received and responded to request for data. | 0.50 |
| | 1/12/2016 | Timothy C. Ross | Reviewed and executed former employee matter | 0.50 |
| | 1/15/2016 | Timothy C. Ross | Reviewed preliminary 401K / LTIP 5500 | 1.00 |
| | 1/28/2016 | Timothy C. Ross | Follow-up with Debtors wind down professional (KS) | 0.50 |
| | 1/29/2016 | William D. Cozart | Prepare LTIP 5500. | 1.00 |
| **Human Resources Total** | | | | **4.50** |

**Information Technology Operations**

| | 1/11/2016 | Timothy C. Ross | Worked Debtors IT matters | 0.50 |
|---|---|---|---|---|

## Exhibit F

## The Mergis Group
## Time Description Detail by Project

Nortel Networks, Inc. et al.
For the period of January 1, 2016 through January 31, 2016

| Project | Date | Professional | Project Work Description | Hours |
|---------|------|--------------|--------------------------|-------|
| | 1/14/2016 | Kim Ponder | QuickBooks issue resolution. | 0.50 |
| | 1/25/2016 | Timothy C. Ross | Reviewed and authorized IT consultant milestone payments per agreement. | 0.50 |
| | 1/27/2016 | Timothy C. Ross | Worked Debtors IT consultant payment per agreement | 0.50 |
| **Information Technology Operations Total** | | | | **2.00** |

**Insurance & Risk Management**

| | 1/28/2016 | Timothy C. Ross | Worked Debtors insurance matters | 0.50 |
|---|-----------|-----------------|----------------------------------|------|
| **Insurance & Risk Management Total** | | | | **0.50** |

**Professional Fee Applications**

| | 1/6/2016 | Kim Ponder | Processed fee application filed by Professional. | 0.50 |
|---|----------|------------|-------------------------------------------------|------|
| | 1/8/2016 | Kim Ponder | Processed fee applications filed by Professionals. | 1.00 |
| | 1/12/2016 | Kim Ponder | Processed fee application filed by Professional. | 0.50 |
| | 1/20/2016 | Kim Ponder | Processed fee application filed by Professional. | 0.50 |
| | 1/21/2016 | Kim Ponder | Reconciled fee examiner reports to financial records. | 3.50 |
| | 1/22/2016 | Kim Ponder | Processed fee application filed by Professional. | 0.50 |
| | 1/28/2016 | Kim Ponder | Processed fee application filed by Professional. | 0.50 |
| **Professional Fee Applications Total** | | | | **7.00** |

**Real Estate Management**

| | 1/4/2016 | Timothy C. Ross | Researched and responded to Debtors Glenville property landlord rent payment questions | 1.00 |
|---|----------|-----------------|----------------------------------------------------------------------------------------|------|
| | 1/4/2016 | Timothy C. Ross | Worked Debtors property management matters | 1.00 |
| | 1/5/2016 | Timothy C. Ross | Worked Debtors collections | 0.50 |
| | 1/5/2016 | Timothy C. Ross | Worked Debtors property management matters | 0.50 |
| | 1/5/2016 | Timothy C. Ross | Meeting with Debtors property manager (AL) | 1.00 |
| | 1/6/2016 | Timothy C. Ross | Received, reviewed, and responded to Debtors sub-tenant | 0.50 |
| | 1/6/2016 | Timothy C. Ross | Performed a property walkthrough with Debtors property manager | 1.00 |
| | 1/6/2016 | Timothy C. Ross | Worked action items taken from 1/5 meeting with Debtors property manager | 2.50 |
| | 1/8/2016 | Timothy C. Ross | Worked Debtors property management matters | 1.00 |
| | 1/8/2016 | Timothy C. Ross | Follow-up with Debtors sub-tenant | 0.50 |
| | 1/11/2016 | Timothy C. Ross | Worked Debtors property RTP property management matters | 2.00 |
| | 1/12/2016 | Timothy C. Ross | Prepared Debtors lease assumption delay financial impact analysis. | 1.00 |
| | 1/12/2016 | Timothy C. Ross | Prepared for meeting with Debtors subtenant | 2.00 |
| | 1/12/2016 | Timothy C. Ross | Received, reviewed, and responded to Debtors property management matters | 0.50 |
| | 1/12/2016 | Timothy C. Ross | Meeting with Debtors subtenant (Genband), property manager (AL), IT consultant (RP) | 1.00 |
| | 1/13/2016 | Timothy C. Ross | Prepared minutes from meeting with Debtors subtenant | 1.00 |
| | 1/13/2016 | Timothy C. Ross | Worked Debtors property management matters | 1.00 |
| | 1/14/2016 | Timothy C. Ross | Prepared CBRE cost reduction sharing targets and YTD analysis of actuals. | 1.00 |
| | 1/15/2016 | Kim Ponder | Prepared packages for subtenants. | 4.00 |
| | 1/15/2016 | Timothy C. Ross | Prepared and analyzed Glennville landlord profit sharing DRAFT. | 3.00 |
| | 1/15/2016 | Timothy C. Ross | Reviewed and executed Debtors property management matters | 1.00 |
| | 1/18/2016 | Timothy C. Ross | Walkthrough of RTP site with Debtors property manager (AL, KE) and Wind Down Consultant (KS) | 1.50 |
| | 1/19/2016 | Timothy C. Ross | Meeting with Debtors subtenant (Avaya), wind down consultant (KS), and property manager (AL) | 1.00 |
| | 1/19/2016 | Timothy C. Ross | Prepared subtenant rental income for invoicing. | 2.50 |
| | 1/19/2016 | Timothy C. Ross | Prepared Rent roll for RTP and Richardson properties. | 1.50 |
| | 1/20/2016 | Kim Ponder | Follow-up regarding delivery of communication to Genband. | 0.50 |
| | 1/20/2016 | Timothy C. Ross | Meeting with Debtors subtenant (Sodexo), wind down consultant (KS), and property manager (AL) | 1.00 |
| | 1/21/2016 | Timothy C. Ross | Prepared and analyzed 2014 tenant operating expenses (taxes & utilities) true-up | 4.00 |
| | 1/22/2016 | Timothy C. Ross | Corrected and reissued Debtors subtenant invoice | 0.50 |
| | 1/22/2016 | Timothy C. Ross | Worked Debtors subtenant collection matters | 0.50 |
| | 1/25/2016 | Timothy C. Ross | Prepared and analyzed 2014 tenant operating expenses (taxes & utilities) true-up | 4.50 |
| | 1/26/2016 | Kim Ponder | Compiled Q4 2015 profit sharing package. | 3.50 |
| | 1/26/2016 | Timothy C. Ross | Received, reviewed, and executed Debtors property management matters | 0.75 |
| | 1/26/2016 | Timothy C. Ross | Worked Debtors property management matters | 1.50 |
| | 1/27/2016 | Timothy C. Ross | Received, reviewed, executed Hilldrup quote/po and set up PO in QB | 1.00 |
| | 1/27/2016 | Timothy C. Ross | Finalized and communicated the Glennville property landlord profit sharing analysis | 2.00 |
| | 1/27/2016 | Timothy C. Ross | Worked Debtors property management matters | 0.50 |
| | 1/28/2016 | Kim Ponder | Received and responded to request for utility data. | 0.50 |
| | 1/28/2016 | Timothy C. Ross | Conference call with Glenville property landlord representative (AN) | 0.50 |
| | 1/28/2016 | Timothy C. Ross | Received, reviewed, and executed Debtors property management matters | 1.00 |
| | 1/28/2016 | Timothy C. Ross | Worked Debtors property management matters | 1.00 |
| | 1/29/2016 | Timothy C. Ross | Meeting with Debtors property manager (AL) | 1.00 |
| | 1/29/2016 | Timothy C. Ross | Meeting with Debtor property manager (AL, KE) | 2.00 |
| **Real Estate Management Total** | | | | **59.75** |

**Residual Business Operations**

| | 1/4/2016 | Timothy C. Ross | Worked Debtors residual business matters | 0.50 |
|---|----------|-----------------|------------------------------------------|------|
| | 1/4/2016 | Timothy C. Ross | Received, reviewed, and responded to Debtors foreign subsidiary matters | 0.50 |
| | 1/6/2016 | Timothy C. Ross | Worked Debtors collection | 0.50 |
| | 1/6/2016 | William D. Cozart | Update G&A Cost Allocation. | 3.50 |
| | 1/7/2016 | William D. Cozart | Update G&A Cost Allocation. | 5.00 |
| | 1/8/2016 | William D. Cozart | Update G&A Cost Allocation. | 6.50 |
| | 1/11/2016 | William D. Cozart | Update G&A Cost Allocation. | 5.50 |
| | 1/12/2016 | William D. Cozart | Update G&A cost allocation. | 2.00 |
| | 1/13/2016 | William D. Cozart | Update G&A Cost allocation. | 3.50 |
| | 1/14/2016 | William D. Cozart | Update G&A cost allocation. | 3.00 |
| | 1/15/2016 | William D. Cozart | Update G&A Cost Allocation. | 3.00 |
| | 1/18/2016 | Timothy C. Ross | Worked Debtors collection matters | 0.50 |
| | 1/18/2016 | Timothy C. Ross | Meeting with Debtors wind down consultant (KS) | 1.00 |
| | 1/18/2016 | William D. Cozart | Update G&A Cost Allocation. | 2.00 |

**Exhibit F**

**The Mergis Group**
**Time Description Detail by Project**

Nortel Networks, Inc. et al.
For the period of January 1, 2016 through January 31, 2016

| Project | Date | Professional | Project Work Description | Hours |
|---|---|---|---|---|
| | 1/22/2016 | Timothy C. Ross | Received, reviewed, and responded to Debtors Counsel (RE) | 0.50 |
| | 1/25/2016 | Timothy C. Ross | Prepared analysis for license agreement pricing | 2.00 |
| | 1/26/2016 | Timothy C. Ross | Worked with CML/Airbus procurement (MM) | 1.50 |
| | 1/26/2016 | Timothy C. Ross | Prepared 2015 license reconciliation against agreement | 1.00 |
| **Residual Business Operations Total** | | | | **42.00** |

**Tax Matters**

| Project | Date | Professional | Project Work Description | Hours |
|---|---|---|---|---|
| | 1/4/2016 | Timothy C. Ross | Worked Debtors foreign subsidiary tax matters | 1.00 |
| | 1/5/2016 | Timothy C. Ross | Worked Debtors foreign branch tax matter | 0.60 |
| | 1/5/2016 | Timothy C. Ross | Received, reviewed, and responded to Debtors foreign subsidiary matters | 0.50 |
| | 1/8/2016 | Timothy C. Ross | Received, reviewed, and responded to Debtors tax matters | 1.00 |
| | 1/11/2016 | Kim Ponder | Received, reviewed and forwarded jurisdiction correspondence to EY. | 0.50 |
| | 1/12/2016 | Timothy C. Ross | Received, reviewed, and responded to Debtors foreign branch matter | 0.50 |
| | 1/13/2016 | William D. Cozart | Review 2015 5500 reporting. | 1.00 |
| | 1/14/2016 | Timothy C. Ross | Received, reviewed, and actioned Debtors tax matters | 0.50 |
| | 1/14/2016 | William D. Cozart | Review 2015 5500 reporting. | 2.00 |
| | 1/15/2016 | Timothy C. Ross | Reviewed and authorized Debtors foreign subsidiary tax matters | 0.50 |
| | 1/19/2016 | Timothy C. Ross | Received, reviewed, and actioned materials from Debtors Counsel (RR) | 1.00 |
| | 1/19/2016 | Timothy C. Ross | Reviewed and authorized Debtors tax matters | 0.50 |
| | 1/21/2016 | Timothy C. Ross | Received and reviewed documentation from Debtors tax professional (JW) and prepared correspondence to Debtors Counsel (KH, RR) - RE: Puerto Rico matter. | 1.00 |
| | 1/22/2016 | Timothy C. Ross | Conference call with Debtors Counsel (KH, RE) and foreign subsidiary tax professionals (PJ, AG) - RE: NTEC Service Tax Refund status update. | 0.75 |
| | 1/22/2016 | William D. Cozart | Update cash report for FBAR. | 2.50 |
| | 1/22/2016 | William D. Cozart | Update 2015 FBAR Schedules. | 3.00 |
| | 1/25/2016 | Timothy C. Ross | Received, reviewed, and responded to Debtors tax professional (AS) | 0.50 |
| | 1/25/2016 | William D. Cozart | Update 2015 FBAR schedules. | 3.00 |
| | 1/26/2016 | Kim Ponder | 2015 tax reporting. | 4.00 |
| | 1/26/2016 | Timothy C. Ross | Received, reviewed, and actioned Debtors foreign subsidiary matter with Debtors Counsel (RE) | 0.75 |
| | 1/26/2016 | William D. Cozart | Meeting with EY: J Woods and G Davidson re: Intercompany analysis. | 0.50 |
| | 1/26/2016 | William D. Cozart | Meeting with EY, G. Davidson re: filing issues. | 0.50 |
| | 1/26/2016 | William D. Cozart | Update 2015 FBAR schedules. | 2.50 |
| | 1/27/2016 | William D. Cozart | Update schedules for 2015 FBAR. | 2.00 |
| **Tax Matters Total** | | | | **30.50** |

For the period of January 1, 2016 through January 31, 2016    475.75

**Exhibit G**

**The Mergis Group**
**Summary of Expenses By Category**

**Nortel Networks, Inc. et al.**
For the period of January 1, 2016 through January 31, 2016

| Expense Category | Expenses |
|---|---|
| Airfare | - |
| Lodging | - |
| Meals | - |
| Parking | - |
| Ground Transportation | - |
| Office Expense | - |
| Professional | - |
| Miscellaneous | - |
| **For the period of January 1, 2016 through January 31, 2016** | $ - |

## Exhibit H

### The Mergis Group
### Expense Detail

Nortel Networks, Inc. et al.
For the period of January 1, 2016 through January 31, 2016

| Date (s) Incurred | Name of Professional | Purpose | | Location Visited | |
|---|---|---|---|---|---|
| | **Expense Category** | **Vendor** | | | **Expenses** |
| | Airfare | | | | - |
| | Lodging | | | | - |
| | Meals | | | | - |
| | Parking | | | | - |
| | Ground Transportation | | | | - |
| | Office Expense | Amazon.com | | | - |
| | Professional | | | | - |
| | Miscellaneous | | | | - |
| | Total | | | $ | - |

| Date (s) Incurred | Name of Professional | Purpose | | Location Visited | |
|---|---|---|---|---|---|
| | **Expense Category** | **Vendor** | | | **Expenses** |
| | Airfare | | | | - |
| | Lodging | | | | - |
| | Meals | | | | - |
| | Parking | | | | - |
| | Ground Transportation | | | | - |
| | Office Expense | | | | - |
| | Professional | | | | - |
| | Miscellaneous | | | | - |
| | Total | | | $ | - |

| Date (s) Incurred | Name of Professional | Purpose | | Location Visited | |
|---|---|---|---|---|---|
| | **Expense Category** | **Vendor** | | | **Expenses** |
| | Airfare | | | | - |
| | Lodging | | | | - |
| | Meals | | | | - |
| | Parking | | | | - |
| | Ground Transportation | | | | - |
| | Office Expense | | | | - |
| | Professional | | | | - |
| | Miscellaneous | | | | - |
| | Total | | | $ | - |

| Date (s) Incurred | Name of Professional | Purpose | | Location Visited | |
|---|---|---|---|---|---|
| | **Expense Category** | **Vendor** | | | **Expenses** |
| | Airfare | | | | - |
| | Lodging | | | | - |
| | Meals | | | | - |
| | Parking | | | | - |
| | Ground Transportation | | | | - |
| | Office Expense | | | | - |
| | Professional | | | | - |
| | Miscellaneous | | | | - |
| | Total | | | $ | - |

| | | | | | |
|---|---|---|---|---|---|
| For the period of January 1, 2016 through January 31, 2016 | | | | $ | - |