# EXHIBIT A

**CUMULATIVE COMPENSATION BY PROJECT
CATEGORY FOR APPLICATION PERIOD**

Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

March 1, 2016 through March 31, 2016

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

# HOURS/BILLABLE AMOUNTS BY PROJECT
## John Ray-Nortel

**Name:** John J. Ray, III

| | Start Date | End Date |
|---|---|---|
| **Working Dates:** | 3/1/16 | 3/31/16 |

**Enter Billing Rate/Hr:** 735.00

| Project No. | Project Name | Hours/Minutes Worked | Billing Rate | Billing Amount |
|---|---|---|---|---|
| 1 | MOR, required monthly/period disclosures, Schedule Admendments, Form 26 | | | |
| 2 | Contracts - assumption/rejection analysis & support, Executory contract review | | | |
| 3 | Claims Matters | 2.1 | $735.00 | $1,543.50 |
| 4 | Preparation & presentation of financial and other information; cash/expense management; analysis of proposed transactions; assist with business processes | | | |
| 5 | Asset Sales or Other Transactional Support | | | |
| 6 | IT Infrastructure / Data Support | | | |
| 7 | Litigation Support; Attendance and testimony at hearings; Investigation matters at the request of counsel | 42.9 | $735.00 | $31,531.50 |
| 8 | Creditor Meetings; Various administrative matters (Tax, Financial, Board, Employee) | | | |
| 9 | Development of Plan of Reorganization; Disclosure Statement | | | |
| 10 | Non-Working Travel | 9.0 | $367.50 | $3,307.50 |
| 11 | Fee Application | 3.8 | $735.00 | $2,793.00 |
| | **Hours/Billing Amount for Period:** | **57.8** | | **$39,175.50** |

## Nortel TIME SHEET          57.8
John Ray

| Enter Date | Description | Professional | Project No. (1-11) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 3/1/16 | Review of material in advance of meeting with Cleary and Chilmark related to allocation litigation | John Ray | 7 | 3.5 |
| 3/1/16 | Prepare February 2016 fee app | John Ray | 11 | 3.0 |
| 3/2/16 | Meeting with Cleary and Chilmark related to allocation litigation | John Ray | 7 | 5.5 |
| 3/2/16 | Meeting with Cleary and Chilmark and bond advisors related to chapter 11 case | John Ray | 7 | 3.0 |
| 3/3/16 | Review, edit, file February 2016 fee app | John Ray | 11 | 0.8 |
| 3/8/16 | Call with Cleary and Chilmark related to allocation update on various matters | John Ray | 7 | 1.5 |
| 3/9/16 | Update related to employee claims process | John Ray | 3 | 1.3 |
| 3/10/16 | Review of documents related to employee claims process | John Ray | 3 | 0.8 |
| 3/14/16 | Review materials related to allocation litigation | John Ray | 7 | 3.5 |
| 3/15/16 | Review materials related to allocation litigation | John Ray | 7 | 3.5 |
| 3/17/16 | Communication with RLKS re 40 and 41st omnibus reply | John Ray | 7 | 0.5 |
| 3/17/16 | Further communication related to allocation | John Ray | 7 | 2.8 |
| 3/21/16 | Prepare for meetings with Cleary and other parties related to allocation | John Ray | 7 | 5.0 |
| 3/21/16 | Flight to NY | John Ray | 10 | 4.5 |
| 3/21/16 | Meetings at Cleary re allocation | John Ray | 7 | 9.0 |
| 3/22/16 | Flight back from NY meetings | John Ray | 10 | 4.5 |
| 3/23/16 | Update from Cleary re further communications from EMEA re allocation | John Ray | 7 | 0.8 |
| 3/28/16 | Call with trade consortium | John Ray | 7 | 1.0 |
| 3/29/16 | Call with Bonds re allocation discussions | John Ray | 7 | 1.0 |
| 3/31/16 | Call with Akin re various updates | John Ray | 7 | 1.0 |
| 3/31/16 | Comments on SUR reply brief | John Ray | 7 | 1.3 |