# EXHIBIT B

**EXPENSE SUMMARY/DETAIL**

Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

March 1, 2016 through March 31, 2016

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

**Nortel Networks, Inc.**

**EXPENSE SUMMARY**
**March 1, 2016 through March 31 2016**

**John Ray**

| Expense Category | | Total Expenses |
|---|---|---|
| Travel – Airline | | $    526.20 |
| Travel – Lodging | | 1,196.00 |
| Travel – Transportation | | 250.00 |
| Travel – Meals | | 55.40 |
| Parking | | 37.00 |
| TOTAL | $ | 2,064.60 |
| | | |

John Ray Time and Expense--Nortel

PERIOD: March 1, 2016 through March 31 2016

| Date | Description | Air | Lodging | Transportation | Meals | Parking | Professional |
|---|---|---|---|---|---|---|---|
| 3/21/16 | Round trip air, coach, car from airport and dinner | $ 526.20 | | $ 125.00 | $ 35.40 | | John Ray |
| 3/21/16 | Hotel with tax | | $ 598.00 | | | | John Ray |
| 3/22/16 | Hotel with tax | | $ 598.00 | | | | John Ray |
| 3/23/16 | Car to airport and meal | | | $ 125.00 | $ 20.00 | | John Ray |
| 3/23/16 | Parking | | | | | $ 37.00 | John Ray |