# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Nortel Networks Inc., *et al.*, [1] | Case No. 09-10138 (KG) |
| | (Jointly Administered) |
| Debtors. | |

## CERTIFICATE OF SERVICE

I, Kathleen A. Murphy, do hereby certify that on the 4th day of April, 2016, I caused copies of the *Statement and Reservation of Rights of The Monitor and The Canadian Debtors Regarding Motion of Liquidity Solutions, Inc. For Entry of an Order Authorizing and Directing Interim Distributions or Converting Cases to Chapter 7* to be served upon the parties identified on the attached service list via the manner indicated.

/s/ Kathleen A. Murphy
Kathleen A. Murphy (No. 5215)

**Via Electronic and First Class Mail**

Paul N. Silverstein
Jeremy B. Reckmeyer
ANDREWS KURTH LLP
450 Lexington Avenue
New York, New York 10017
Email: paulsilverstein@andrewskurth.com
         jeremyreckmeyer@andrewskurth.com

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); CoreTek, Inc. (5722); Nortel Networks Applications Management Solutions Inc. (2846); Nortel Networks Optical Components Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226) (collectively, the "**U.S. Debtors**").