## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------X
:
In re                          :        Chapter 11
                              :        Case No. 09-10138 (KG)
Nortel Networks Inc., et al.,[1]     :        Jointly Administered
                              :
               Debtors     :        <u>Objection Deadline</u>: **April 25, 2016 at 4:00 p.m. (ET)**
                              :        <u>Hearing Date</u>: **Scheduled only if necessary**
-------------------------------------------------------X

### EIGHTY-FIFTH MONTHLY APPLICATION OF AKIN GUMP STRAUSS HAUER & FELD LLP, CO-COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR INTERIM ALLOWANCE OF COMPENSATION AND FOR THE REIMBURSEMENT OF EXPENSES FOR SERVICES RENDERED <u>DURING THE PERIOD FROM FEBRUARY 1, 2016 THROUGH FEBRUARY 29, 2016</u>

This is a(n):   __ X __ monthly _____ interim _____ final application.

Name of Applicant:    <u>Akin Gump Strauss Hauer & Feld LLP                 </u>

Authorized to Provide
Professional Services to:  <u>Official Committee of Unsecured Creditors          </u>

Date of Retention:  <u>March 5, 2009 (nunc pro tunc to January 22, 2009)       </u>

Period for which Compensation
and Reimbursement is sought:  <u>February 1, 2016 through February 29, 2016        </u>

Amount of Compensation sought as
actual, reasonable, and necessary:    <u>$492,991.50                   </u>

Amount of Expense Reimbursement sought
as actual, reasonable, and necessary:  <u>$7,814.20                     </u>

The total time expended during this Compensation Period for the preparation of Akin Gump's Eighty-Third and Eighty-Fourth Monthly Fee Applications was 32.80 hours and the corresponding compensation is $18,108.50.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567); and Nortel Networks (CALA) Inc. (4226).

**Prior Fee Applications:**

| Time Period | Fees Requested | Expenses Requested | Status |
|---|---|---|---|
| 01/22/09 – 02/28/09 (First Monthly Fee Application) | $1,002,466.75 | $14,994.50 | On July 17, 2009, this Court entered an order (Docket No. 1103) awarding Akin Gump 100% of the fees and expenses requested in the First Monthly Fee Application.  Akin Gump has received 100% of the fees and 100% of the expenses requested in the First Monthly Fee Application. |
| 03/01/09 – 03/31/09 (Second Monthly Fee Application) | $866,587.25 | $14,080.55 | On July 17, 2009, this Court entered an order (Docket No. 1103) awarding Akin Gump 100% of the fees and expenses requested in the Second Monthly Fee Application.  Akin Gump voluntarily agreed to reduce the expenses requested by $1,459.22.  Akin Gump has received 100% of the fees and 100% of the expenses requested in the Second Monthly Fee Application. |
| 04/01/09 – 04/30/09 (Third Monthly Fee Application) | $919,594.75 | $22,201.07 | On July 17, 2009, this Court entered an order (Docket No. 1103) awarding Akin Gump 100% of the fees and expenses requested in the Third Monthly Fee Application.  Akin Gump has received 100% of the fees and 100% of the expenses requested in the Third Monthly Fee Application. |
| 05/01/09 – 05/31/09 (Fourth Monthly Fee Application) | $766,765.75 | $54,512.10 | On September 30, 2009, this Court entered an order (Docket No. 1582) awarding Akin Gump 100% of the fees and expenses requested in the Fourth Monthly Fee Application.  Akin Gump has received 100% of the fees and 100% of the expenses requested in the Fourth Monthly Fee |

| Time Period | Fees Requested | Expenses Requested | Status |
|---|---|---|---|
| | | | Application. |
| 06/01/09 – 06/30/09 (Fifth Monthly Fee Application) | $962,202.75 | $25,000.85 | On September 30, 2009, this Court entered an order (Docket No. 1582) awarding Akin Gump 100% of the fees and expenses requested in the Fifth Monthly Fee Application. Akin Gump has received 100% of the fees and 100% of the expenses requested in the Fifth Monthly Fee Application. |
| 07/01/09 – 07/31/09 (Sixth Monthly Fee Application) | $1,042,206.00 | $24,587.92 | On September 30, 2009, this Court entered an order (Docket No. 1582) awarding Akin Gump 100% of the fees and expenses requested in the Sixth Monthly Fee Application. Akin Gump has received 100% of the fees and 100% of the expenses requested in the Sixth Monthly Fee Application. |
| 08/01/09 – 08/31/09 (Seventh Monthly Fee Application) | $653,999.00 | $44,610.63 | On December 15, 2009, this Court entered an order (Docket No. 2143) awarding Akin Gump 100% of the fees and expenses requested in the Seventh Monthly Fee Application. Akin Gump has received 100% of the fees and 100% of the expenses requested in the Seventh Monthly Fee Application. |
| 09/01/09 – 09/30/09 (Eighth Monthly Fee Application) | $1,103,982.50 | $24,753.35 | On December 15, 2009, this Court entered an order (Docket No. 2143) awarding Akin Gump 100% of the fees and expenses requested in the Eighth Monthly Fee Application. Akin Gump has received 100% of the fees and 100% of the expenses requested in the Eighth Monthly Fee Application. |

| Time Period | Fees Requested | Expenses Requested | Status |
|---|---|---|---|
| 10/01/09 – 10/31/09 (Ninth Monthly Fee Application) | $1,036,266.50 | $35,745.59 | On December 15, 2009, this Court entered an order (Docket No. 2143) awarding Akin Gump 100% of the fees and expenses requested in the Ninth Monthly Fee Application. Akin Gump has received 100% of the fees and 100% of the expenses requested in the Ninth Monthly Fee Application. |
| 11/01/09 – 11/30/09 (Tenth Monthly Fee Application) | $1,008,811.00 | $40,388.57 | On March 17, 2010, this Court entered an order (Docket No. 2730) awarding Akin Gump 100% of the fees and expenses requested in the Tenth Monthly Fee Application. Akin Gump has received 100% of the fees and 100% of the expenses requested in the Tenth Monthly Fee Application. |
| 12/01/09 – 12/31/09 (Eleventh Monthly Fee Application) | $1,003,203.75 | $40,839.88 | On March 17, 2010, this Court entered an order (Docket No. 2730) awarding Akin Gump 100% of the fees and expenses requested in the Eleventh Monthly Fee Application. Akin Gump has received 100% of the fees and 100% of the expenses requested in the Eleventh Monthly Fee Application. |
| 01/01/10 – 01/31/10 (Twelfth Monthly Fee Application) | $638,879.75 | $34,184.80 | On March 17, 2010, this Court entered an order (Docket No. 2370) awarding Akin Gump 100% of the fees and expenses requested in the Twelfth Monthly Fee Application. Akin Gump has received 100% of the fees and 100% of the expenses requested in the Twelfth Monthly Fee Application. |

| Time Period | Fees Requested | Expenses Requested | Status |
|---|---|---|---|
| 02/01/10 – 02/28/10 (Thirteenth Monthly Fee Application) | $636,531.00 | $26,874.51 | On June 24, 2010, this Court entered an order (Docket No. 3217) awarding Akin Gump 100% of the fees and expenses requested in the Thirteenth Monthly Fee Application.  Akin Gump has received 100% of the fees and 100% of the expenses requested in the Thirteenth Monthly Fee Application. |
| 03/01/10 – 03/31/10 (Fourteenth Monthly Fee Application) | $958,619.25 | $20,735.21 | On June 24, 2010, this Court entered an order (Docket No. 3217) awarding Akin Gump 100% of the fees and expenses requested in the Fourteenth Monthly Fee Application.  Akin Gump has received 100% of the fees and 100% of the expenses requested in the Fourteenth Monthly Fee Application. |
| 04/01/10 – 04/30/10 (Fifteenth Monthly Fee Application) | $608,880.50 | $23,821.31 | On June 24, 2010, this Court entered an order (Docket No. 3217) awarding Akin Gump 100% of the fees and expenses requested in the Fifteenth Monthly Fee Application.  Akin Gump has received 100% of the fees and 100% of the expenses requested in the Fifteenth Monthly Fee Application. |
| 05/01/10 – 05/31/10 (Sixteenth Monthly Fee Application) | $633,157.50 | $28,308.46 | On September 30, 2010, this Court entered an order (Docket No. 4048) awarding Akin Gump 100% of the fees and expenses requested in the Sixteenth Monthly Fee Application.  Akin Gump has received 100% of the fees and 100% of the expenses requested in the Sixteenth Monthly Fee Application. |

| Time Period | Fees Requested | Expenses Requested | Status |
|---|---|---|---|
| 06/01/10 – 06/30/10 (Seventeenth Monthly Fee Application) | $591,154.50 | $13,375.36 | On September 30, 2010, this Court entered an order (Docket No. 4048) awarding Akin Gump 100% of the fees and expenses requested in the Seventeenth Monthly Fee Application.  Akin Gump has received 100% of the fees and 100% of the expenses requested in the Seventeenth Monthly Fee Application. |
| 07/01/10 – 07/31/10 (Eighteenth Monthly Fee Application) | $405,934.00 | $11,538.54 | On September 30, 2010, this Court entered an order (Docket No. 4048) awarding Akin Gump 100% of the fees and expenses requested in the Eighteenth Monthly Fee Application.  Akin Gump has received 100% of the fees and 100% of the expenses requested in the Eighteenth Monthly Fee Application. |
| 08/01/10 – 08/31/10 (Nineteenth Monthly Fee Application) | $720,036.50 | $19,953.51 | On December 15, 2010, this Court entered an order (Docket No. 4605) awarding Akin Gump 100% of the fees and expenses requested in the Nineteenth Monthly Fee Application.  Akin Gump has received 100% of the fees and 100% of the expenses requested in the Nineteenth Monthly Fee Application. |
| 09/01/10 – 09/30/10 (Twentieth Monthly Fee Application) | $613,100.25 | $26,293.55 | On December 15, 2010, this Court entered an order (Docket No. 4605) awarding Akin Gump 100% of the fees and expenses requested in the Twentieth Monthly Fee Application.  Akin Gump has received payment of 100% of the fees and 100% of the expenses requested in the Twentieth Monthly Fee Application. |

| Time Period | Fees Requested | Expenses Requested | Status |
|---|---|---|---|
| 10/01/10 – 10/31/10 (Twenty-First Monthly Fee Application) | $673,206.00 | $15,082.70 | On December 15, 2010, this Court entered an order (Docket No. 4605) awarding Akin Gump 100% of the fees and expenses requested in the Twenty-First Monthly Fee Application. Akin Gump has received 100% of the fees and 100% of the expenses requested in the Twenty-First Monthly Fee Application. |
| 11/01/10 – 11/30/10 (Twenty-Second Monthly Fee Application) | $791,081.50 | $25,964.65 | On March 23, 2011, this Court entered an order (Docket No. 5156) awarding Akin Gump 100% of the fees and expenses requested in the Twenty-Second Monthly Fee Application. Akin Gump has received 100% of the fees and expenses requested in the Twenty-Second Monthly Fee Application. |
| 12/01/10 – 12/31/10 (Twenty-Third Monthly Fee Application) | $475,468.75 | $26,719.94 | On March 23, 2011, this Court entered an order (Docket No. 5156) awarding Akin Gump 100% of the fees and expenses requested in the Twenty-Third Monthly Fee Application. Akin Gump has received payment of 100% of the fees and expenses requested in the Twenty-Third Monthly Fee Application. |
| 01/01/11 – 01/31/11 (Twenty-Fourth Monthly Fee Application) | $451,106.50 | $8,338.24 | On March 23, 2011, this Court entered an order (Docket No. 5156) awarding Akin Gump 100% of the fees and expenses requested in the Twenty-Fourth Monthly Fee Application. Akin Gump has received payment of 100% of the fees and expenses requested in the Twenty-Fourth Monthly Fee Application. |

| Time Period | Fees Requested | Expenses Requested | Status |
|---|---|---|---|
| 02/01/11 – 02/28/11 (Twenty-Fifth Monthly Fee Application) | $504,764.00 | $16,131.39 | On June 21, 2011, this Court entered an order (Docket No. 5781) awarding Akin Gump 100% of the fees and expenses requested in the Twenty-Fifth Monthly Fee Application.  Akin Gump has received payment of 100% of the fees and expenses requested in the Twenty-Fifth Monthly Fee Application. |
| 03/01/11 – 03/31/11 (Twenty-Sixth Monthly Fee Application) | $869,471.50 | $26,728.17 | On June 21, 2011, this Court entered an order (Docket No. 5781) awarding Akin Gump 100% of the fees and expenses requested in the Twenty-Sixth Monthly Fee Application.  Akin Gump has received payment of 100% of the fees and expenses requested in the Twenty-Sixth Monthly Fee Application. |
| 04/01/11 – 04/30/11 (Twenty-Seventh Monthly Fee Application) | $712,988.00 | $29,194.82 | On June 21, 2011, this Court entered an order (Docket No. 5781) awarding Akin Gump 100% of the fees and expenses requested in the Twenty-Seventh Monthly Fee Application.  Akin Gump has received payment of 100% of the fees and expenses requested in the Twenty-Seventh Monthly Fee Application. |
| 05/01/11 – 05/31/11 (Twenty-Eighth Monthly Fee Application) | $626,244.00 | $26,511.30 | On September 21, 2011, this Court entered an order (Docket No. 6444) awarding Akin Gump 100% of the fees and expenses requested in the Twenty-Eighth Monthly Fee Application.  Akin Gump has received payment of 100% of the fees and expenses requested in the Twenty-Eighth Monthly Fee Application. |

| Time Period | Fees Requested | Expenses Requested | Status |
|---|---|---|---|
| 06/01/11 – 06/30/11 (Twenty-Ninth Monthly Fee Application) | $1,127,196.00 | $34,887.34 | On September 21, 2011, this Court entered an order (Docket No. 6444) awarding Akin Gump 100% of the fees and expenses requested in the Twenty-Ninth Monthly Fee Application. Akin Gump has received payment of 100% of the fees and expenses requested in the Twenty-Ninth Monthly Fee Application. |
| 07/01/11 – 07/31/11 (Thirtieth Monthly Fee Application) | $539,191.50 | $25,627.16 | On September 21, 2001, this Court entered an order (Docket No. 6444) awarding Akin Gump 100% of the fees and expenses requested in the Thirtieth Monthly Fee Application. Akin Gump has received payment of 100% of the fees and expenses requested in the Thirtieth Monthly Fee Application. |
| 08/01/11 – 08/31/11 (Thirty-First Monthly Fee Application) | $589,812.00 | $14,229.01 | On December 14, 2011, this Court entered an order (Docket No. 6979) awarding Akin Gump 100% of the fees and expenses requested in the Thirty-First Monthly Fee Application. Akin Gump has received payment of 100% of the fees and expenses requested in the Thirty-First Monthly Fee Application. |
| 09/01/11 – 09/30/11 (Thirty-Second Monthly Fee Application) | $849,769.00 | $32,935.82 | On December 14, 2011, this Court entered an order (Docket No. 6979) awarding Akin Gump 100% of the fees and expenses requested in the Thirty-Second Monthly Fee Application. Akin Gump has received payment of 100% of the fees and expenses requested in the Thirty-Second Monthly Fee Application. |

| Time Period | Fees Requested | Expenses Requested | Status |
|---|---|---|---|
| 10/01/11 – 10/31/11<br><br>(Thirty-Third Monthly Fee Application) | $482,721.00 | $84,772.59 | On December 14, 2011, this Court entered an order (Docket No. 6979) awarding Akin Gump 100% of the fees and expenses requested in the Thirty-Third Monthly Fee Application.  Akin Gump has received payment of 100% of the fees and expenses requested in the Thirty-Third Monthly Fee Application. |
| 11/01/11 – 11/30/11<br><br>(Thirty-Fourth Monthly Fee Application) | $233,453.50 | $27,620.69 | On March 21, 2012, this Court entered an order (Docket No. 7721) awarding Akin Gump 100% of the fees and expenses requested in the Thirty-Fourth Monthly Fee Application.  Akin Gump has received payment of 100% of the fees and expenses requested in the Thirty-Fourth Monthly Fee Application. |
| 12/01/11 – 12/31/11<br><br>(Thirty-Fifth Monthly Fee Application) | $251,080.50 | $5,490.47 | On March 21, 2012, this Court entered an order (Docket No. 7721) awarding Akin Gump 100% of the fees and expenses requested in the Thirty-Fifth Monthly Fee Application.  Akin Gump has received payment of 100% of the fees and expenses requested in the Thirty-Fifth Monthly Fee Application. |
| 01/01/12 – 01/31/12<br><br>(Thirty-Sixth Monthly Fee Application) | $239,269.00 | $10,346.13 | On March 21, 2012, this Court entered an order (Docket No. 7721) awarding Akin Gump 100% of the fees and expenses requested in the Thirty-Sixth Monthly Fee Application.  Akin Gump has received payment of 100% of the fees and expenses requested in the Thirty-Sixth Monthly Fee Application. |

| Time Period | Fees Requested | Expenses Requested | Status |
|---|---|---|---|
| 02/01/12 – 02/29/12<br><br>(Thirty-Seventh Monthly Fee Application) | $196,766.50 | $8,361.89 | On June 21, 2012, this Court entered an order (Docket No. 7889) awarding Akin Gump 100% of the fees and expenses requested in the Thirty-Seventh Monthly Fee Application.  Akin Gump has received payment of 100% of the fees and expenses requested in the Thirty-Seventh Monthly Fee Application. |
| 03/01/12 – 03/31/12<br><br>(Thirty-Eighth Monthly Fee Application) | $364,445.00 | $11,844.42 | On June 21, 2012, this Court entered an order (Docket No. 7889) awarding Akin Gump 100% of the fees and expenses requested in the Thirty-Eighth Monthly Fee Application.  Akin Gump has received payment of 100% of the fees and expenses requested in the Thirty-Eighth Monthly Fee Application. |
| 04/01/12 – 04/30/12<br><br>(Thirty-Ninth Monthly Fee Application) | $333,028.50 | $13,255.10 | On June 21, 2012, this Court entered an order (Docket No. 7889) awarding Akin Gump 100% of the fees and expenses requested in the Thirty-Ninth Monthly Fee Application.  Akin Gump has received payment of 100% of the fees and expenses requested in the Thirty-Ninth Monthly Fee Application. |
| 05/01/12 – 05/31/12<br><br>(Fortieth Monthly Fee Application) | $299,488.25 | $19,390.37 | On September 19, 2012, this Court entered an order (Docket No. 8524) awarding Akin Gump 100% of the fees and expenses requested in the Fortieth Monthly Fee Application.  Akin Gump has received payment of 100% of the fees and expenses requested in the Fortieth Monthly Fee Application. |

10

| Time Period | Fees Requested | Expenses Requested | Status |
|---|---|---|---|
| 06/01/12 – 06/30/12 (Forty-First Monthly Fee Application) | $331,780.50 | $9,789.88 | On September 19, 2012, this Court entered an order (Docket No. 8524) awarding Akin Gump 100% of the fees and expenses requested in the Forty-First Monthly Fee Application.  Akin Gump has received payment of 100% of the fees and expenses requested in the Forty-First Monthly Fee Application. |
| 07/01/12 – 07/31/12 (Forty-Second Monthly Fee Application) | $309,930.00 | $12,934.63 | On September 19, 2012, this Court entered an order (Docket No. 8524) awarding Akin Gump 100% of the fees and expenses requested in the Forty-Second Monthly Fee Application.  Akin Gump has received payment of 100% of the fees and expenses requested in the Forty-Second Monthly Fee Application. |
| 08/01/12 – 08/31/12 (Forty-Third Monthly Fee Application) | $428,364.50 | $14,344.19 | On December 17, 2012, this Court entered an order (Docket No. 9133) awarding Akin Gump 100% of the fees and expenses requested in the Forty-Third Monthly Fee Application.  Akin Gump has received payment of 100% of the fees and expenses requested in the Forty-Third Monthly Fee Application. |
| 09/01/12 – 09/30/12 (Forty-Fourth Monthly Fee Application) | $344,142.25 | $17,131.51 | On December 17, 2012, this Court entered an order (Docket No. 9133) awarding Akin Gump 100% of the fees and expenses requested in the Forty-Fourth Monthly Fee Application.  Akin Gump has received payment of 100% of the fees and expenses requested in the Forty-Fourth Monthly Fee Application. |

| Time Period | Fees Requested | Expenses Requested | Status |
|---|---|---|---|
| 10/01/12 – 10/31/12 (Forty-Fifth Monthly Fee Application) | $488,818.00 | $11,236.71 | On December 17, 2012, this Court entered an order (Docket No. 9133) awarding Akin Gump 100% of the fees and expenses requested in the Forty-Fifth Monthly Fee Application.  Akin Gump has received payment of 100% of the fees and expenses requested in the Forty-Fifth Monthly Fee Application. |
| 11/01/12 – 11/30/12 (Forty-Sixth Monthly Fee Application) | $291,414.25 | $19,178.36 | On March 26, 2013, this Court entered an order (Docket No. 9787) awarding Akin Gump 100% of the fees and expenses requested in the Forty-Sixth Monthly Fee Application.  Akin Gump has received payment of 100% of the fees and expenses requested in the Forty-Sixth Monthly Fee Application. |
| 12/01/12 – 12/31/12 (Forty-Seventh Monthly Fee Application) | $359,824.00 | $11,341.06 | On March 26, 2013, this Court entered an order (Docket No. 9787) awarding Akin Gump 100% of the fees and expenses requested in the Forty-Seventh Monthly Fee Application.  Akin Gump has received payment of 100% of the fees and expenses requested in the Forty-Seventh Monthly Fee Application. |
| 01/01/13 – 01/31/13 (Forty-Eighth Monthly Fee Application) | $581,792.00 | $28,010.59 | On March 26, 2013, this Court entered an order (Docket No. 9787) awarding Akin Gump 100% of the fees and expenses requested in the Forty-Eighth Monthly Fee Application.  Akin Gump has received payment of 100% of the fees and expenses requested in the Forty-Eighth Monthly Fee Application. |

| Time Period | Fees Requested | Expenses Requested | Status |
|---|---|---|---|
| 02/01/13 – 02/28/13 (Forty-Ninth Monthly Fee Application) | $393,022.50 | $33,952.44 | On June 25, 2013, this Court entered an order (Docket No. 11027) awarding Akin Gump 100% of the fees and expenses requested in the Forty-Ninth Monthly Fee Application.  Akin Gump has received payment of 100% of the fees and expenses requested in the Forty-Ninth Monthly Fee Application. |
| 03/01/13 – 03/31/13 (Fiftieth Monthly Fee Application) | $512,510.00 | $72,799.10 | On June 25, 2013, this Court entered an order (Docket No. 11027) awarding Akin Gump 100% of the fees and expenses requested in the Fiftieth Monthly Fee Application.  Akin Gump has received payment of 100% of the fees and expenses requested in the Fiftieth Monthly Fee Application. |
| 04/01/13 – 04/30/13 (Fifty-First Monthly Fee Application | $738,253.00 | $140,827.13 | On June 25, 2013, this Court entered an order (Docket No. 11027) awarding Akin Gump 100% of the fees and expenses requested in the Fifty-First Monthly Fee Application.[2]  Akin Gump has received payment of 100% of the fees and expenses requested in the Fifty-First Monthly Fee Application. |

---

[2] Akin Gump agreed to a voluntary reduction of $12,069.00 of fees and $448.00 in expenses incurred during the period covered by the Fifty-First Monthly Fee Application pursuant to an agreement with the Office of the United States Trustee.

| Time Period | Fees Requested | Expenses Requested | Status |
|---|---|---|---|
| 05/01/13 – 05/31/13<br><br>(Fifty-Second Monthly Fee Application) | $972,688.00 | $553,338.88 | On December 3, 2013, this Court entered an order (Docket No. 12563) awarding Akin Gump 100% of the fees and expenses with respect to the Fifty-Second Monthly Fee Application.[3]  Akin Gump has received payment of 100% of the fees and expenses requested in the Fifty-Second Monthly Fee Application. |
| 06/01/13 – 06/30/13<br><br>(Fifty-Third Monthly Fee Application) | $761,300.75 | $512,361.66 | On December 3, 2013, this court entered an order (Docket No. 12563) awarding Akin Gump 100% of the fees and expenses requested in the Fifth-Third Monthly Fee Application.  Akin Gump has received payment of 100% of the fees and expenses requested in the Fifty-Third Monthly Fee Application. |
| 07/01/13 – 07/31/13<br><br>(Fifty-Fourth Monthly Fee Application) | $1,411,359.00 | $338,616.76 | On December 3, 2013, this Court entered an order (Docket No. 12563) awarding Akin Gump 100% of the fees and expenses requested in the Fifty-Fourth Monthly Fee Application.  Akin Gump has received payment of 100% of the fees and expenses requested in the Fifty-Fourth Monthly Fee Application. |

---

[3] Akin Gump agreed to a voluntary reduction of $361.80 in expenses incurred during the period covered by the Fifty-Second Monthly Fee Application pursuant to an agreement with the Office of the United States Trustee.

| Time Period | Fees Requested | Expenses Requested | Status |
|---|---|---|---|
| 08/01/13 – 08/31/13 (Fifty-Fifth Monthly Fee Application) | $1,444,528.00 | $147,647.50 | On February 4, 2014, this Court entered an order (Docket No. 12945) awarding Akin Gump 100% of the fees and expenses requested in the Fifty-Fifth Monthly Fee Application.[4] Akin Gump has received payment of 100% of the fees and expenses requested in the Fifty-Fifth Monthly Fee Application. |
| 09/01/13 – 09/30/13 (Fifty-Sixth Monthly Fee Application | $1,992,293.50 | $130,807.62 | On February 4, 2014, this Court entered an order (Docket No. 12945) awarding Akin Gump 100% of the fees and expenses requested in the Fifty-Sixth Monthly Fee Application.[5] Akin Gump has received payment of 100% of the fees and expenses requested in the Fifty-Sixth Monthly Fee Application. |
| 10/01/13 – 10/31/13 (Fifty-Seventh Monthly Fee Application) | $3,314,025.25 | $475,528.36 | On February 4, 2014, this Court entered an order (Docket No. 12945) awarding Akin Gump 100% of the fees and expenses requested in the Fifty-Seventh Monthly Fee Application.  Akin Gump has received payment of 100% of the fees and expenses requested in the Fifty-Seventh Monthly Fee Application. |

---

[4] Akin Gump agreed to a voluntary reduction of $246.00 for fees incurred during the period covered by the Fifty-Fifth Monthly Fee Application pursuant to an agreement with the fee examiner.

[5] Akin Gump agreed to a voluntary reduction of $400.00 in expenses incurred during the period covered by the Fifty-Sixth Monthly Fee Application pursuant to an agreement with the fee examiner.

| Time Period | Fees Requested | Expenses Requested | Status |
|---|---|---|---|
| 11/01/13 – 11/30/13 (Fifty-Eighth Monthly Fee Application) | $2,216,535.00 | $1,069,015.31 | On June 9, 2014, this Court entered an order (Docket No. 13811) awarding Akin Gump 100% of the fees and expenses requested in the Fifty-Eighth Monthly Fee Application.[6] Akin Gump has received payment of 100% of the fees and expenses requested in the Fifth-Eighth Monthly Fee Application. |
| 12/01/13 – 12/31/13 (Fifty-Ninth Monthly Fee Application) | $1,350,565.00 | $471,735.39 | On June 9, 2014, this Court entered an order (Docket No. 13811) awarding Akin Gump 100% of the fees and expenses requested in the Fifty-Ninth Monthly Fee Application. Akin Gump has received payment of 100% of the fees and expenses requested in the Fifty-Ninth Monthly Fee Application. |
| 01/01/14 – 01/31/14 (Sixtieth Monthly Fee Application) | $1,209,901.50 | $45,038.87 | On June 9, 2014, this Court entered an order (Docket No. 13811) awarding Akin Gump 100% of the fees and expenses requested in the Sixtieth Monthly Fee Application. Akin Gump has received payment of 100% of the fees and the expenses requested in the Sixtieth Monthly Fee Application. |

---

[6] Akin Gump voluntarily reduced its request for reimbursement of expenses incurred during the period covered by the Twentieth Interim Fee Application, which covered the period of November 1, 2013 through January 31, 2014, by $105,871.17.

| Time Period | Fees Requested | Expenses Requested | Status |
|---|---|---|---|
| 02/01/14 – 02/28/14 (Sixty-First Monthly Fee Application) | $1,491,141.25 | $571,162.91 | On September 12, 2014, this Court entered an order (Docket No. 14406) awarding Akin Gump 100% of the fees and expenses requested in the Sixty-First Monthly Fee Application.[7]  Akin Gump has received payment of 100% of the fees and the expenses requested in the Sixty-First Monthly Fee Application. |
| 03/01/14 – 03/31/14 (Sixty-Second Monthly Fee Application) | $1,914,075.75 | $50,016.96 | On September 12, 2014, this Court entered an order (Docket No. 14406) awarding Akin Gump 100% of the fees and expenses requested in the Sixty-Second Monthly Fee Application.  Akin Gump has received payment of 100% of the fees and the expenses requested in the Sixty-Second Monthly Fee Application. |
| 04/01/14 – 04/30/14 (Sixty-Third Monthly Fee Application) | $2,078,303.00 | $282,210.64 | On September 12, 2014, this court entered an order (Docket No. 14406) awarding Akin Gump 100% of the fees and expenses requested in the Sixty-Third Monthly Fee Application.  Akin Gump has received payment of 100% of the fees and the expenses requested in the Sixty-Third Monthly Fee Application. |

---

[7] Akin Gump voluntarily reduced its request for fees and expenses incurred during the period covered by the Twenty-First Interim Fee Application, which covered the period February 1, 2014 through April 30, 2014, by $5,954.00 and $9,421.88, respectively.

| Time Period | Fees Requested | Expenses Requested | Status |
|---|---|---|---|
| 05/01/14 – 05/31/14 (Sixty-Fourth Monthly Fee Application) | $2,407,821.50 | $392,244.50 | On November 18, 2014, this court entered an order (Docket No. 14776) awarding Akin Gump 100% of the fees and expenses requested in the Sixty-Fourth Monthly Fee Application.[8] As of the filing of this Application, Akin Gump has received payment of 100% of the fees and expenses requested in the Sixty-Fourth Monthly Fee Application. |
| 06/01/14 – 06/30/14 (Sixty-Fifth Monthly Fee Application) | $1,568,079.75 | $143,381.33 | On November 18, 2014, this court entered an order (Docket No. 14776) awarding Akin Gump 100% of the fees and expenses requested in the Sixty-Fifth Monthly Fee Application.  As of the filing of this Application, Akin Gump has received payment of 100% of the fees and expenses requested in the Sixty-Fifth Monthly Fee Application. |
| 07/01/14 – 07/31/14 (Sixty-Sixth Monthly Fee Application) | $996,193.00 | $106,793.56 | On November 18, 2014, this court entered an order (Docket No. 14776) awarding Akin Gump 100% of the fees and expenses requested in the Sixty-Sixth Monthly Fee Application.  As of the filing of this Application, Akin Gump has received payment of 100% of the fees and expenses requested in the Sixty-Sixth Monthly Fee Application. |

---

[8] Akin Gump voluntarily reduced its request for fees and expenses incurred during the period covered by the Twenty-Second Interim Fee Application, which covered the period May 1, 2014 through July 31, 2014, by $3,163.00 and $13,739.27, respectively.

| Time Period | Fees Requested | Expenses Requested | Status |
|---|---|---|---|
| 08/01/14 – 08/31/14 (Sixty-Seventh Monthly Fee Application) | $706,076.00 | $14,545.56 | On February 18, 2015, this court entered an order (Docket No. 15183) awarding Akin Gump 100% of the fees and expenses requested in the Sixty-Seventh Monthly Fee Application.  As of the filing of this Application, Akin Gump has received payment of 100% of the fees and expenses requested in the Sixty-Seventh Monthly Fee Application. |
| 09/01/14 – 09/30/14 (Sixty-Eighth Monthly Fee Application) | $1,050,182.25 | $9,551.52 | On February 18, 2015, this court entered an order (Docket No. 15183) awarding Akin Gump 100% of the fees and expenses requested in the Sixty-Eighth Monthly Fee Application.  As of the filing of this Application, Akin Gump has received payment of 100% of the fees and expenses requested in the Sixty-Eighth Monthly Fee Application. |
| 10/01/14 – 10/31/14 (Sixty-Ninth Monthly Fee Application) | $387,452.25 | $36,542.80 | On February 18, 2015, this court entered an order (Docket No. 15183) awarding Akin Gump 100% of the fees and expenses requested in the Sixty-Ninth Monthly Fee Application.  As of the filing of this Application, Akin Gump has received payment of 100% of the fees and expenses requested in the Sixty-Ninth Monthly Fee Application. |

| Time Period | Fees Requested | Expenses Requested | Status |
|---|---|---|---|
| 11/01/14 – 11/30/14 <br><br>(Seventieth Monthly Fee Application) | $363,973.50 | $11,859.30 | On May 18, 2015, this court entered an order (Docket No. 15571) awarding Akin Gump 100% of the fees and expenses requested in the Seventieth Monthly Fee Application.  As of the filing of this Application, Akin Gump has received payment of 100% of the fees and expenses requested in the Seventieth Monthly Fee Application. |
| 12/01/14 – 12/31/14 <br><br>(Seventy-First Monthly Fee Application) | $164,380.50 | $5,916.14 | On May 18, 2015, this court entered an order (Docket No. 15571) awarding Akin Gump 100% of the fees and expenses requested in the Seventy-First Monthly Fee Application.  As of the filing of this Application, Akin Gump has received payment of 100% of the fees and expenses requested in the Seventy-First Monthly Fee Application. |
| 01/01/15 – 01/31/15 <br><br>(Seventy-Second Monthly Fee Application) | $183,487.70 | $2,847.69 | On May 18, 2015, this court entered an order (Docket No. 15571) awarding Akin Gump 100% of the fees and expenses requested in the Seventy-Second Monthly Fee Application.  As of the filing of this Application, Akin Gump has received payment of 100% of the fees and expenses requested in the Seventy-Second Monthly Fee Application. |

| Time Period | Fees Requested | Expenses Requested | Status |
|---|---|---|---|
| 02/01/15 – 02/28/15 (Seventy-Third Monthly Fee Application) | $212,070.00 | $7,118.58 | On July 29, 2015, this court entered an order (Docket No. 15969) awarding Akin Gump 100% of the fees and expenses requested in the Seventy-Third Monthly Fee Application.[9] As of the filing of this Application, Akin Gump has received payment of 100% of the fees and expenses requested in the Seventy-Third Monthly Fee Application. |
| 03/01/15 – 03/31/15 (Seventy-Fourth Monthly Fee Application) | $307,102.75 | $6,397.80 | On July 29, 2015, this court entered an order (Docket No. 15969) awarding Akin Gump 100% of the fees and expenses requested in the Seventy-Fourth Monthly Fee Application.  As of the filing of this Application, Akin Gump has received payment of 100% of the fees and expenses requested in the Seventy-Fourth Monthly Fee Application. |
| 04/01/15 – 04/30/15 (Seventy-Fifth Monthly Fee Application) | $134,749.25 | $7,856.55 | On July 29, 2015, this court entered an order (Docket No. 15969) awarding Akin Gump 100% of the fees and expenses requested in the Seventy-Fifth Monthly Fee Application.  As of the filing of this Application, Akin Gump has received payment of 100% of the fees and expenses requested in the Seventy-Fifth Monthly Fee Application. |

---

[9] Akin Gump voluntarily reduced its request for fees incurred during the period covered by the Twenty-Fifth Interim Fee Application, which covered the period February 1, 2015 through April 30, 2015, by $720.00.

| Time Period | Fees Requested | Expenses Requested | Status |
|---|---|---|---|
| 05/01/15 – 05/31/15 (Seventy-Sixth Monthly Fee Application) | $624,575.75 | $9,509.62 | On November 10, 2015, this court entered an order (Docket No. 16293) awarding Akin Gump 100% of the fees and expenses requested in the Seventy-Sixth Monthly Fee Application.[10]  As of the filing of this Application, Akin Gump has received payment of 100% of the fees and expenses requested in the Seventy-Sixth Monthly Fee Application. |
| 06/01/15 – 06/30/15 (Seventy-Seventh Monthly Fee Application) | $479,393.50 | $10,767.78 | On November 10, 2015, this court entered an order (Docket No. 16293) awarding Akin Gump 100% of the fees and expenses requested in the Seventy-Seventh Monthly Fee Application.  As of the filing of this Application, Akin Gump has received payment of 100% of the fees and expenses requested in the Seventy-Seventh Monthly Fee Application. |
| 07/01/15 – 7/31/15 (Seventy-Eighth Monthly Fee Application) | $605,183.75 | $22,282.27 | On November 10, 2015, this court entered an order (Docket No. 16293) awarding Akin Gump 100% of the fees and expenses requested in the Seventy-Eighth Monthly Fee Application.  As of the filing of this Application, Akin Gump has received payment of 100% of the fees and expenses requested in the Seventy-Eighth Monthly Fee Application. |

---

[10] Akin Gump voluntarily reduced its request for fees incurred during the period covered by the Twenty-Sixth Interim Fee Application, which covered the period May 1, 2015 through July 31, 2015, by $1,455.00.

| Time Period | Fees Requested | Expenses Requested | Status |
|---|---|---|---|
| 08/01/15 – 8/31/15 (Seventy-Ninth Monthly Fee Application) | $315,254.00 | $9,744.56 | On February 8, 2016, this court entered an order (Docket No. 16525) awarding Akin Gump 100% of the fees and expenses requested in the Seventy-Ninth Monthly Fee Application.[11]  As of the filing of this Application, Akin Gump has received payment of 100% of the fees and expenses requested in the Seventy-Ninth Monthly Fee Application. |
| 09/01/15 – 9/30/15 (Eightieth Monthly Fee Application) | $393,656.50 | $6,181.51 | On February 8, 2016, this court entered an order (Docket No. 16525) awarding Akin Gump 100% of the fees and expenses requested in the Eightieth Monthly Fee Application.  As of the filing of this Application, Akin Gump has received payment of 100% of the fees and expenses requested in the Eightieth Monthly Fee Application. |
| 10/01/15 – 10/31/15 (Eighty-First Monthly Fee Application) | $635,394.00 | $8,300.51 | On February 8, 2016, this court entered an order (Docket No. 16525) awarding Akin Gump 100% of the fees and expenses requested in the Eighty-First Monthly Fee Application.  As of the filing of this Application, Akin Gump has received payment of 100% of the fees and expenses requested in the Eighty-First Monthly Fee Application. |

---

[11] Akin Gump voluntarily reduced its request for fees incurred during the period covered by the Twenty-Seventh Interim Application, which covered the period August 1, 2015 through October 31, 2015, by $234.00.  Additionally, Akin Gump corrected an arithmetic error with respect to expenses incurred during the period covered by the Twenty-Seventh Interim Application, which resulted in a $30.00 increase in Akin Gump's request for the reimbursement of such expenses.

| Time Period | Fees Requested | Expenses Requested | Status |
|---|---|---|---|
| 11/01/15 – 11/30/15<br><br>(Eighty-Second Monthly Fee Application) | $754,134.50 | $15,133.27 | Akin Gump filed the Eighty-Second Monthly Fee Application on January 6, 2016 (Docket No. 16448).  On February 1, 2016, Akin Gump filed a certificate of no objection with respect to the Eighty-Second Monthly Fee Application (Docket No. 16511).  As of the filing of this Application, Akin Gump has received 80% of the fees and 100% of the expenses requested in the Eighty-Second Monthly Fee Application. |
| 12/1/15 – 12/31/15<br><br>(Eighty-Third Monthly Fee Application) | $322,535.00 | $6,638.52 | Akin Gump filed the Eighty-Third Monthly Fee Application on February 3, 2016 (Docket No. 16515).  On February 25, 2016, Akin Gump filed a certificate of no objection with respect to the Eighty-Third Monthly Fee Application (Docket No. 16573).  As of the filing of this Application, Akin Gump has received 80% of the fees and 100% of the expenses requested in the Eighty-Third Monthly Fee Application. |
| 1/1/16-1/31/16<br><br>(Eighty-Fourth Monthly Fee Application) | $503,875.00 | $11,392.01 | Akin Gump filed the Eighty-Fourth Monthly Fee Application on February 29, 2016 (Docket No. 16595).  On March 23, 2016, Akin Gump filed a certificate of no objection with respect to the Eighty-Fourth Monthly Fee Application (Docket No. 16645).  As of this filing of this Application, Akin Gump has received payment of 80% of the fees and 100% of the expenses requested in the Eighty-Fourth Monthly Fee Application. |

**SUMMARY OF ATTORNEYS AND LEGAL ASSISTANTS
RENDERING SERVICES DURING THE PERIOD
FEBRUARY 1, 2016 THROUGH FEBRUARY 29, 2016**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | 2016 Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| David H. Botter | Partner for 14 years; Admitted in 1990; Financial Restructuring Department | $1,220 | 48.00 | $58,560.00 |
| Fred S. Hodara | Partner for 27 years; Admitted in 1982; Financial Restructuring Department | $1,325 | 82.60 | $109,445.00 |
| Robert A. Johnson | Partner for 19 years; Admitted in 1988; Litigation Department | $1,050 | 122.90 | $129,045.00 |
| Brad M. Kahn | Partner as of January 1, 2016; Admitted in 2008; Financial Restructuring Department | $900 | 17.50 | $15,750.00 |
| Karol Kepchar | Partner for 17 years; Admitted in 1992; Intellectual Property Department | $890 | 1.20 | $1,068.00 |
| Abid Qureshi | Partner for 8 years; Admitted in 1995; Financial Restructuring Department | $1,175 | 19.50 | $22,912.50 |
| Bruce Simonetti | Partner for 11 years; Admitted in 1995; Tax Department | $1,000 | 6.30 | $6,300.00 |
| Kevin M. Rowe | Senior Counsel for 15 years; Admitted in 1985; Tax Department | $860 | 4.40 | $3,784.00 |
| Julius Chen | Counsel for 2 years; Admitted in 2010; Litigation Department | $700 | 18.80 | $13,160.00 |
| Jacqueline Y. Yecies | Counsel for 3 years; Admitted in 2009; Litigation Department | $785 | 2.20 | $1,727.00 |
| Anne M. Evans | Associate for 3 years; Admitted in 2014; Litigation Department | $580 | 47.30 | $27,434.00 |

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | 2016 Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| Matthew C. Fagen | Associate for 4 years; Admitted in 2014; Financial Restructuring Department | $690 | 20.10 | $13,869.00 |
| Anthony Loring | Associate for 1 year; Not Yet Admitted; Financial Restructuring Department | $455 | 47.50 | $21,612.50 |
| Nicholas P. Stabile | Associate for 3 years; Admitted in 2010; Litigation Department | $740 | 48.20 | $35,668.00 |
| Carly Weinreb | Associate for 3 years; Admitted in 2014; Litigation Department | $580 | 43.60 | $25,288.00 |
| Daniel Vira | Senior Attorney for 5 years; Admitted in 1992; Tax Department | $550 | 3.80 | $2,090.00 |
| Karin Arnold | Legal Assistant for 4 Months; Litigation Department | $325 | 2.00 | $650.00 |
| Sarah D'Addese | Legal Assistant for 3 years; Financial Restructuring Department | $225 | 2.80 | $630.00 |
| Brian Gifford | Legal Assistant for 2 years; Litigation Department | $215 | 12.90 | $2,773.50 |
| Dagmara Krasa-Berstell | Legal Assistant for 25 years; Financial Restructuring Department | $350 | 3.50 | $1,225.00 |

Total Amount of Fees:        **$492,991.50**
Total Number of Hours:       **555.10**
Blended Hourly Rate:         **$888.11**

**COMPENSATION BY PROJECT CATEGORY**
**FEBRUARY 1, 2016 THROUGH FEBRUARY 1, 2016**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| General Case Administration | 1.10 | $674.50 |
| Akin Gump Fee Applications/Monthly Billing Reports | 33.00 | $18,246.50 |
| Analysis of Other Professionals' Fee Applications/Reports | 3.20 | $2,276.50 |
| Retention of Professionals | 0.10 | $132.50 |
| Creditors' Committee Meetings | 31.90 | $26,136.50 |
| Court Hearings | 6.80 | $3,433.00 |
| Financial Reports and Analysis | 0.10 | $132.50 |
| General Claims Analysis/Claims Objections | 33.80 | $32,011.00 |
| Canadian Proceedings/Matters | 2.70 | $3,219.00 |
| Labor Issues/Employee Benefits | 24.60 | $25,612.50 |
| Intercompany Analysis | 416.80 | $380,662.00 |
| Committee Website | 1.00 | $455.00 |
| **TOTAL** | **555.10** | **$492,991.50** |

**DISBURSEMENT SUMMARY**
**FEBRUARY 1, 2016 THROUGH FEBRUARY 29, 2016**

| | |
|---|---:|
| Computerized Research, Corporate Service Fees & PACER Charges | $934.38 |
| Duplication – In House | $642.90 |
| Duplication – Off Site | $10.00 |
| Courier Service | $93.49 |
| Document Production – In House | $46.80 |
| Meals (100%) | $1,086.38 |
| Meals – Business | $140.05 |
| Audio and Web Conference Services | $4,800.00 |
| Travel – Ground Transportation | $60.20 |
| **TOTAL** | **$7,814.20** |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

-------------------------------------------------------X
                              :

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | Case No. 09-10138 (KG) |
| Nortel Networks Inc., <u>et al.</u>,[1] | : | Jointly Administered |
| | : | |
| Debtors. | : | <u>Objection Deadline</u>: **April 25, 2016 at 4:00 p.m. (ET)** |
| | : | <u>Hearing Date</u>: **Scheduled only if necessary** |

-------------------------------------------------------X

### EIGHTY-FIFTH MONTHLY APPLICATION OF AKIN GUMP STRAUSS HAUER & FELD LLP, CO-COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR INTERIM ALLOWANCE OF COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR SERVICES RENDERED DURING THE PERIOD FROM FEBRUARY 1, 2016 THROUGH FEBRUARY 29, 2016

Akin Gump Strauss Hauer & Feld LLP ("<u>Akin Gump</u>" or the "<u>Applicant</u>"), co-counsel to

the Official Committee of Unsecured Creditors (the "<u>Committee</u>") of Nortel Networks Inc.

("<u>NNI</u>"), <u>et al.</u> (collectively, the "<u>Debtors</u>"), hereby submits its eighty-fifth monthly application

(the "<u>Application</u>") pursuant to (i) sections 330 and 331 of title 11 of the United States Code (the

"<u>Bankruptcy Code</u>"), (ii) Rule 2016 of the Federal Rules of Bankruptcy Procedure (the

"<u>Bankruptcy Rules</u>"), (iii) Rule 2016-2 of the Local Rules of Bankruptcy Procedure for the

District of Delaware (the "<u>Local Rules</u>"), (iv) the Administrative Order Pursuant to 11 U.S.C. §§

105(a) and 331, Fed. R. Bankr. P. 2016 and Del. Bankr. L.R. 2016-2 Establishing Procedures for

Interim Compensation and Reimbursement of Fees and Expenses for Professionals and Official

Committee Members entered on February 4, 2009 (the "<u>Administrative Fee Order</u>") and (v) the

Order Appointing Fee Examiner and Establishing Related Procedures for Compensation and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567); and Nortel Networks (CALA) Inc. ("<u>NN CALA</u>") (4226).

Reimbursement of Expenses for Professionals and Consideration of Fee Applications (the "Fee

Examiner Order" and, together with the Administrative Fee Order, the "Fee Orders") for interim

allowance of compensation for services rendered in the aggregate amount of $492,991.50 and for

reimbursement of actual and necessary expenses incurred by Akin Gump in connection therewith

in the amount of $7,814.20 for the period from February 1, 2016 through February 29, 2016 (the

"Compensation Period").  In support of this Application, Akin Gump respectfully states as

follows:

**I.      JURISDICTION AND VENUE**

1.      This Court has jurisdiction over the Application pursuant to 28 U.S.C. §§ 157 and

1334.  Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.  This is a core

proceeding pursuant to 28 U.S.C. § 157(b)(2).  The statutory bases for the relief requested herein

are sections 1103 and 330 of the Bankruptcy Code and Bankruptcy Rule 2014.

**II.      BACKGROUND**

2.      On January 14, 2009 (the "Petition Date"), each of the Debtors other than NN

CALA[2] filed a voluntary petition for relief (the "U.S. Proceeding") under chapter 11 of the

Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware (the

"Court").

3.      The Debtors are operating their businesses and managing their properties as

debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  On

January 15, 2009, the Court entered an order for the joint administration of these cases pursuant

to Bankruptcy Rule 1015(b) for procedural purposes only.

---

[2] NN CALA filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code on July 14, 2009.

2

4.      On January 14, 2009, the Debtors' ultimate corporate parent, Nortel Networks Corporation ("NNC"), together with Nortel Networks Limited ("NNL") and certain of their Canadian affiliates (collectively, the "Canadian Debtors") commenced a proceeding (the "Canadian Proceeding") before the Ontario Superior Court of Justice (the "Canadian Court" and, together with the Court, the "Courts") for a plan of compromise or arrangement under Canada's Companies' Creditors Arrangement Act ("CCAA").  The Canadian Debtors continue to operate their businesses and manage their properties under the supervision of the Canadian Court and Ernst & Young Inc. as monitor (the "Monitor").

5.      On January 14, 2009, the High Court of Justice in England (the "U.K. Court") placed nineteen of the Debtors' European affiliates (collectively, the "EMEA Debtors" and, together with the Debtors and the Canadian Debtors, the "Nortel Debtors"), including Nortel Networks U.K. Limited ("NNUK"), into administration (the "European Proceedings" and, together with the U.S. Proceeding and Canadian Proceeding, the "Insolvency Proceedings") under the control of individuals from Ernst & Young LLC (the "Administrators").

6.      On January 22, 2009 (the "Committee Formation Date"), pursuant to section 1102 of the Bankruptcy Code, the United States Trustee for the District of Delaware (the "U.S. Trustee") appointed the Committee.  The Committee currently consists of three members, as follows: (i) Law Debenture Trust Company of New York, as indenture trustee; (ii) Pension Benefit Guaranty Corporation; and (iii) The Bank of New York Mellon, as indenture trustee.  No trustee or examiner has been appointed in these chapter 11 cases.

7.       On March 5, 2009, this Court entered an order authorizing the retention of Akin Gump as co-counsel to the Committee, *nunc pro tunc* to January 22, 2009.

8.      On June 10, 2009, Akin Gump filed its First Interim Fee Application Request for the Period January 22, 2009 through April 30, 2009 (the "First Interim Application").  In its First Interim Application, Akin Gump sought the award and allowance of fees in the amount of $2,788,648.75 and the reimbursement of expenses in the amount of $48,632.74.[3]  On July 17, 2009, this Court entered an order approving 100% of the fees and expenses sought in the First Interim Application and Akin Gump has received payment of such amounts.

9.      On September 10, 2009, Akin Gump filed its Second Interim Fee Application Request for the Period May 1, 2009 through July 31, 2009 (the "Second Interim Application"). In its Second Interim Application, Akin Gump sought the award and allowance of fees in the amount of $2,771,174.50 and the reimbursement of expenses in the amount of $104,100.87.[4]  On September 30, 2009, this Court entered an order approving 100% of the fees and expenses sought in the Second Interim Application and Akin Gump has received payment of such amounts.

10.     On November 24, 2009, Akin Gump filed its Third Interim Fee Application Request for the Period August 1, 2009 through October 31, 2009 (the "Third Interim Application").  In its Third Interim Application, Akin Gump sought the award and allowance of fees in the amount of $2,794,248.00 and the reimbursement of expenses in the amount of

---

[3] The First Interim Application sought the award of fees and expenses for the period from January 22, 2009 through April 30, 2009, as follows: (a) January 22, 2009 through February 28, 2009: $1,002,466.75 of fees and $14,994.50 of expenses; (b) March 1, 2009 through March 31, 2009: $866,587.25 of fees and $14,080.55 of expenses; and (c) April 1, 2009 through April 30, 2009: $919,594.75 of fees and $22,201.07 of expenses.  Following discussions with the U.S. Trustee, Akin Gump agreed to a voluntary reduction of $1,184.16 for expenses incurred during the period covered by the First Interim Application.

[4] The Second Interim Application sought the award of fees and expenses for the period from May 1, 2009 through July 31, 2009, as follows: (a) May 1, 2009 through May 31, 2009: $766,765.75 of fees and $54,512.10 of expenses; (b) June 1, 2009 through June 30, 2009: $962,202.75 of fees and $25,000.85 of expenses; and (c) July 1, 2009 through July 31, 2009: $1,042,206.00 of fees and $24,587.92 of expenses.

$105,109.57.[5]  On December 15, 2009, this Court entered an order approving 100% of the fees and expenses sought in the Third Interim Application and Akin Gump has received payment of such amounts.

11.     On February 24, 2010, Akin Gump filed its Fourth Interim Fee Application Request for the Period November 1, 2009 through January 31, 2010 (the "Fourth Interim Application").[6]  In its Fourth Interim Application, Akin Gump sought the award and allowance of fees in the amount of $2,650,894.50 and the reimbursement of expenses in the amount of $115,413.25.[7]  On March 17, 2010, this Court entered an order approving 100% of the fees and expenses sought in the Fourth Interim Application and Akin Gump has received payment of such amounts.

12.     On May 28, 2010, Akin Gump filed its Fifth Interim Fee Application Request for the Period February 1, 2010 through April 30, 2010 (the "Fifth Interim Application").  In its Fifth Interim Application, Akin Gump sought the award and allowance of fees in the amount of $2,204,030.75 and the reimbursement of expenses in the amount of $71,431.03.[8]  On June 24, 2010, this Court entered an order approving 100% of the fees and expenses sought in the Fifth Interim Application and Akin Gump has received payment of such amounts.

---

[5] The Third Interim Application sought the award of fees and expenses for the period from August 1, 2009 through October 31, 2009, as follows: (a) August 1, 2009 through August 31, 2009: $653,999.00 of fees and $44,610.63 of expenses; (b) September 1, 2009 through September 30, 2009: $1,103,982.50 of fees and $24,753.35 of expenses; and (c) October 1, 2009 through October 31, 2009: $1,036,266.50 of fees and $35,745.59 of expenses.

[6] On March 1, 2010, Akin Gump filed an Amended Notice of Fourth Interim Fee Application Request solely to provide information regarding a change in its hourly billing rates effective January 1, 2010.

[7] The Fourth Interim Application sought the award of fees and expenses for the period from November 1, 2009 through January 31, 2010, as follows: (a) November 1, 2009 through November 30, 2009: $1,008,811.00 of fees and $40,388.57 of expenses; (b) December 1, 2009 through December 31, 2009: $1,003,203.75 of fees and $40,839.88 of expenses; and (c) January 1, 2010 through January 31, 2010: $638,879.75 of fees and $34,184.80 of expenses.

[8] The Fifth Interim Application sought the award of fees and expenses for the period from February 1, 2010 through April 30, 2010, as follows: (a) February 1, 2010 through February 28, 2010: $636,531.00 of fees and $26,874.51 of expenses; (b) March 1, 2010 through March 31, 2010: $958,619.25 of fees and $20,735.21 of expenses; and (c) April 1, 2010 through April 30, 2010: $608,880.50 of fees and $23,821.31 of expenses.

13.     On September 7, 2010, Akin Gump filed its Sixth Interim Fee Application

Request for the Period May 1, 2010 through July 31, 2010 (the "Sixth Interim Application").  In

its Sixth Interim Application, Akin Gump sought the award and allowance of fees in the amount

of $1,630,246.00 and the reimbursement of expenses in the amount of $53,222.36.[9]  On

September 30, 2010, this Court entered an order approving 100% of the fees and expenses

sought in the Sixth Interim Application and Akin Gump has received payment of such amounts.

14.     On November 24, 2010, Akin Gump filed its Seventh Interim Fee Application

Request for the Period August 1, 2010 through October 31, 2010 (the "Seventh Interim

Application").  In its Seventh Interim Application, Akin Gump sought the award and allowance

of fees in the amount of $1,970,342.75 and the reimbursement of expenses in the amount of

$61,329.76.[10]  On December 15, 2010, this Court entered an order approving 100% of the fees

and expenses sought in the Seventh Interim Application and Akin Gump has received payment of

such amounts.

15.     On February 28, 2011, Akin Gump filed its Eighth Interim Fee Application

Request for the Period November 1, 2010 through January 31, 2011 (the "Eighth Interim

Application").  In its Eighth Interim Application, Akin Gump sought the award and allowance of

fees in the amount of $1,717,656.75 and the reimbursement of expenses in the amount of

---

[9] The Sixth Interim Application sought the award of fees and expenses for the period from May 1, 2010 through July 31, 2010, as follows: (a) May 1, 2010 through May 31, 2010: $633,157.50 of fees and $28,308.46 of expenses; (b) June 1, 2010 through June 30, 2010: $591,154.50 of fees and $13,375.36 of expenses; and (c) July 1, 2010 through July 31, 2010: $405,934.00 of fees and $11,538.34 of expenses.

[10] The Seventh Interim Application sought the award of fees and expenses for the period from August 1, 2010 through October 31, 2010, as follows: (a) August 1, 2010 through August 31, 2010: $720,036.50 of fees and $19,953.51 of expenses; (b) September 1, 2010 through September 30, 2010: $613,100.25 of fees and $26,293.55 of expenses; and (c) October 1, 2010 through October 31, 2010: $637,206.00 of fees and $15,082.70 of expenses.

$61,022.83.[11]  On March 23, 2011, this Court entered an order approving 100% of the fees and expenses sought in the Eighth Interim Application and Akin Gump has received payment of such amounts.

16.    On May 27, 2011, Akin Gump filed its Ninth Interim Fee Application Request for the Period February 1, 2011 through April 30, 2011 (the "Ninth Interim Application").  In its Ninth Interim Application, Akin Gump sought the award and allowance of fees in the amount of $2,114,223.50 and the reimbursement of expenses in the amount of $72,054.38.[12]  On June 21, 2011, this Court entered an order approving 100% of the fees and expenses sought in the Ninth Interim Application and Akin Gump has received payment of such amounts.

17.    On August 30, 2011, Akin Gump filed its Tenth Interim Fee Application Request for the Period May 1, 2011 through July 31, 2011 (the "Tenth Interim Application").  In its Tenth Interim Application, Akin Gump sought the award and allowance of fees in the amount of $2,292,631.50 and the reimbursement of expenses in the amount of $87,025.80.[13]  On September 21, 2011, this Court entered an order approving 100% of the fees and expenses sought in the Tenth Interim Application and Akin Gump has received payment of such amounts.

18.    On November 23, 2011, Akin Gump filed its Eleventh Interim Fee Application Request for the Period August 1, 2011 through October 31, 2011 (the "Eleventh Interim

---

[11] The Eighth Interim Application sought the award of fees and expenses for the period from November 1, 2010 through January 31, 2011, as follows: (a) November 1, 2010 through November 30, 2010: $791,081.50 of fees and $25,964.65 of expenses; (b) December 1, 2010 through December 31, 2010: $475,468.75 of fees and $26,719.94 of expenses; and (c) January 1, 2011 through January 31, 2011: $451,106.50 of fees and $8,338.24 of expenses.

[12] The Ninth Interim Application sought the award of fees and expenses for the period from February 1, 2011 through April 30, 2011, as follows: (a) February 1, 2011 through February 28, 2011: $504,764.00 of fees and $16,131.39 of expenses; (b) March 1, 2011 through March 31, 2011: $896,471.50 of fees and $26,728.17 of expenses; and (c) April 1, 2011 through April 30, 2011: $712,988.00 of fees and $29,194.82 of expenses.

[13] The Tenth Interim Application sought the award of fees and expenses for the period from May 1, 2011 through July 31, 2011, as follows: (a) May 1, 2011 through May 31, 2011: $626,244.00 of fees and $26,511.30 of expenses; (b) June 1, 2011 through June 30, 2011: $1,127,196.00 of fees and $34,887.34 of expenses; and (c) July 1, 2011 through July 31, 2011: $539,191.50 of fees and $25,627.16 of expenses.

Application"). In its Eleventh Interim Application, Akin Gump sought the award and allowance of fees in the amount of $1,922,302.00 and the reimbursement of expenses in the amount of $131,937.52.[14] On December 14, 2011, this Court entered an order approving 100% of the fees and expenses sought in the Eleventh Interim Application and Akin Gump has received payment of such amounts.

19.     On February 29, 2012, Akin Gump filed its Twelfth Interim Fee Application Request for the Period November 1, 2011 through January 31, 2012 (the "Twelfth Interim Application"). In its Twelfth Interim Application, Akin Gump sought the award and allowance of fees in the amount of $723,803.00 and the reimbursement of expenses in the amount of $43,457.29.[15] On March 21, 2012, this Court entered an order approving 100% of the fees and expenses sought in the Twelfth Interim Application and Akin Gump has received payment of such amounts.

20.     On May 30, 2012, Akin Gump filed its Thirteenth Interim Fee Application Request for the Period February 1, 2012 through April 30, 2012 (the "Thirteenth Interim Application"). In its Thirteenth Interim Application, Akin Gump sought the award and allowance of fees in the amount of $894,240.00 and the reimbursement of expenses in the amount of $33,461.41.[16] On June 21, 2012, this Court entered an order approving 100% of the

---

[14] The Eleventh Interim Application sought the award of fees and expenses for the period from August 1, 2011 through October 31, 2011, as follows: (a) August 1, 2011 through August 31, 2011: $589,812.00 of fees and $14,229.01 of expenses; (b) September 1, 2011 through September 30, 2011: $849,769.00 of fees and $32,935.82 of expenses; and (c) October 1, 2011 through October 31, 2011: $482,721.00 of fees and $84,772.69 of expenses.

[15] The Twelfth Interim Application sought the award of fees and expenses for the period from November 1, 2011 through January 31, 2012, as follows: (a) November 1, 2011 through November 30, 2011: $233,453.50 of fees and $27,620.69 of expenses; (b) December 1, 2011 through December 31, 2011: $251,080.50 of fees and $5,490.47 of expenses; and (c) January 1, 2012 through January 31, 2012: $239,269.00 of fees and $10,346.13 of expenses.

[16] The Thirteenth Interim Application sought the award of fees and expenses for the period from February 1, 2012 through April 30, 2012, as follows: (a) February 1, 2012 through February 29, 2012: $196,766.50 of fees and $8,361.89 of expenses; (b) March 1, 2012 through March 31, 2012: $364,445.00 of fees and $11,844.42 of expenses; and (c) April 1, 2012 through April 30, 2012: $333,028.50 of fees and $13,255.10 of expenses.

fees and expenses sought in the Thirteenth Interim Application and Akin Gump has received payment of such amounts.

21.    On August 27, 2012, Akin Gump filed its Fourteenth Interim Fee Application Request for the Period May 1, 2012 through July 31, 2012 (the "Fourteenth Interim Application").  In its Fourteenth Interim Application, Akin Gump sought the award and allowance of fees in the amount of $941,204.75 and the reimbursement of expenses in the amount of $41,214.88.[17]  On September 19, 2012, this Court entered an order approving 100% of the fees and expenses sought in the Fourteenth Interim Application and Akin Gump has received payment of such amounts.

22.    On November 20, 2012, Akin Gump filed its Fifteenth Interim Fee Application Request for the Period August 1, 2012 through October 31, 2012 (the "Fifteenth Interim Application").  In its Fifteenth Interim Application, Akin Gump sought the award and allowance of fees in the amount of $1,261,324.75 and the reimbursement of expenses in the amount of $42,732.41.[18]  On December 17, 2012, this Court entered an order approving 100% of the fees and expenses sought in the Fifteenth Interim Application and Akin Gump has received payment of such amounts.

23.    On February 22, 2013, Akin Gump filed its Sixteenth Interim Fee Application Request for the Period November 1, 2012 through January 31, 2013 (the "Sixteenth Interim Application").  In its Sixteenth Interim Application, Akin Gump sought the award and allowance

---

[17] The Fourteenth Interim Application sought the award of fees and expenses for the period from May 1, 2012 through July 31, 2012, as follows: (a) May 1, 2012 through May 31, 2012: $299,488.25 of fees and $19,390.37 of expenses; (b) June 1, 2012 through June 30, 2012: $331,780.50 of fees and $9,789.88 of expenses; and (c) July 1, 2012 through July 31, 2012: $309,936.00 of fees and $12,034.63 of expenses.

[18] The Fifteenth Interim Application sought the award of fees and expenses for the period from August 1, 2012 through October 31, 2012, as follows: (a) August 1, 2012 through August 31, 2012: $428,364.50 of fees and $14,344.19 of expenses; (b) September 1, 2012 through September 30, 2012: $344,142.25 of fees and $17,131.51 of expenses; and (c) October 1, 2012 through October 31, 2012: $488,818.00 of fees and $11,256.71 of expenses.

of fees in the amount of $1,233,030.25 and the reimbursement of expenses in the amount of $58,530.01.[19]  On March 26, 2013, this Court entered an order approving 100% of the fees and expenses sought in the Sixteenth Interim Application and Akin Gump has received payment of such amounts.

24.     On May 29, 2013, Akin Gump filed its Seventeenth Interim Fee Application Request for the Period February 1, 2013 through April 30, 2013 (the "Seventeenth Interim Application").  In its Seventeenth Interim Application, Akin Gump sought the award and allowance of fees in the amount of $1,643,785.50 and the reimbursement of expenses in the amount of $247,578.67.[20]  On June 25, 2013, this Court entered an order approving 100% of the fees and expenses sought in the Seventeenth Interim Application and Akin Gump has received payment of such amounts.[21]

25.     On August 29, 2013, Akin Gump filed its Eighteenth Interim Fee Application Request for the Period May 1, 2013 through July 31, 2013 (the "Eighteenth Interim Application").  In its Eighteenth Interim Application, Akin Gump sought the award and allowance of fees in the amount of $3,145,347.75 and the reimbursement of expenses in the

---

[19] The Sixteenth Interim Application sought the award of fees and expenses for the period from November 1, 2012 through January 31, 2013, as follows: (a) November 1, 2012 through November 30, 2012: $291,414.25 of fees and $19,178.36 of expenses; (b) December 1, 2012 through December 31, 2012: $359,824.00 of fees and $11,341.06 of expenses; and (c) January 1, 2013 through January 31, 2013: $581,792.00 of fees and $28,010.59 of expenses.

[20] The Seventeenth Interim Application sought the award of fees and expenses for the period from February 1, 2013 through April 30, 2013, as follows: (a) February 1, 2013 through February 28, 2013: $393,022.50 of fees and $33,952.44 of expenses; (b) March 1, 2013 through March 31, 2013: $512,510.00 of fees and $72,799.10 of expenses; and (c) April 1, 2013 through April 30, 2013: $738,253.00 of fees and $140,827.13 of expenses.

[21] Akin Gump agreed to a voluntary reduction of $12,069.00 of fees and $448.00 in expenses incurred during the period covered by the Seventeenth Interim Application pursuant to an agreement with the Office of the United States Trustee.

amount of $1,403,955.50.[22]  On December 3, 2013, this Court entered an order approving 100%

of the fees and expenses sought in the Eighteenth Interim Application and Akin Gump has

received payment of such amounts.[23]

26.     On November 27, 2013, Akin Gump filed its Nineteenth Interim Fee Application

Request for the Period August 1, 2013 through October 31, 2013 (the "Nineteenth Interim

Application").  In its Nineteenth Interim Application, Akin Gump sought the award and

allowance of fees in the amount of $6,750,847.25 and the reimbursement of expenses in the

amount of $753,983.27.[24]  On February 4, 2014, this Court entered an order approving 100% of

the fees and expenses sought in the Nineteenth Interim Application and Akin Gump has received

payment of such amounts.[25]

27.     On February 26, 2014, Akin Gump filed its Twentieth Interim Fee Application

Request for the Period November 1, 2013 through January 31, 2014 (the "Twentieth Interim

Application").  In its Twentieth Interim Application, Akin Gump sought the award and allowance

---

[22] The Eighteenth Interim Application sought the award of fees and expenses for the period from May 1, 2013 through July 31, 2013, as follows: (a) May 1, 2013 through May 31, 2013: $972,688.00 of fees and $553,338.88 of expenses; (b) June 1, 2013 through June 30, 2013: $761,300.75 of fees and $512,361.66 of expenses; and (c) July 1, 2013 through July 31, 2013: $1,411,359.00 of fees and $338,616.76 of expenses.

[23] Akin Gump agreed to a voluntary reduction of $4,959.00 of fees incurred during the period covered by the Eighteenth Interim Application pursuant to an agreement with the fee examiner.

[24] The Nineteenth Interim Application sought the award of fees and expenses for the period from August 1, 2013 through October 31, 2013, as follows: (a) August 1, 2013 through August 31, 2013: $1,444,528.00 of fees and $147,647.30 of expenses; (b) September 1, 2013 through September 30, 2013: $1,992,293.50 of fees and $130,807.61 of expenses; and (c) October 1, 2013 through October 31, 2013: $3,314,025.75 of fees and $475,528.36 of expenses.

[25] Akin Gump agreed to a voluntary reduction of $246.00 of fees and $400.00 of expenses incurred during the period covered by the Nineteenth Interim Application pursuant to an agreement with the fee examiner.

of fees in the amount of $4,777,002.00[26] and the reimbursement of expenses[27] in the amount of $1,478,918.00.[28]  On June 9, 2014, this Court entered an order approving 100% of the fees and expenses sought in the Twentieth Interim Application and Akin Gump has received payment of such amounts.

28.     On May 29, 2014, Akin Gump filed its Twenty-First Interim Fee Application Request for the Period February 1, 2014 through April 30, 2014 (the "Twenty-First Interim Application").  In its Twenty-First Interim Application, Akin Gump sought the award and allowance of fees in the amount of $5,483,520.00 and expenses in the amount of $903,390.51.[29] On September 12, 2014, this Court entered an order approving 100% of the fees and expenses sought in the Twenty-First Interim Application and Akin Gump has received payment of such amounts.[30]

---

[26] Akin Gump originally sought the award of $4,776,002.00 in fees in its Twentieth Interim Application.  The fee examiner noted that the sum of Akin Gump's requested monthly fees from November 1, 2013 through January 31, 2014 was $4,777,002.00.  Additionally, the fee examiner noted that a reconciliation of the detailed time descriptions with the total hours charged for the period from November 1, 2013 through January 31, 2014 revealed that Akin Gump's fee request with respect to the Twentieth Interim Application was $538.50 less than the total fees billed during the period from November 1, 2013 through January 31, 2014.  Accordingly, in order to reconcile the amounts, Akin Gump proposed to the fee examiner that the amount requested in the Twentieth Interim Application be revised to $4,777,540.50, and the fee examiner accepted Akin Gump's proposal.

[27] Akin Gump originally sought the reimbursement of $1,584,789.57 of expenses, including $1,150,179.67 relating to Retained Professional fees and expenses, in connection with the Twentieth Interim Application.  After correspondence with the fee examiner, Akin Gump voluntarily reduced its request for expense reimbursement in connection with the Twentieth Interim Application by $105,871.17.

[28] The Twentieth Interim Application sought the award of fees and expenses for the period from November 1, 2013 through January 31, 2014 as follows: (a) November 1, 2013 through November 30, 2013: $2,215,535.00 of fees and $1,069,015.31 of expenses; (b) December 1, 2013 through December 31, 2013: $1,350,565.50 of fees and $470,735,39 of expenses; (c) January 1, 2014 through January 31, 2014: $1,209,901.50 of fees and $45,038.87 of expenses.

[29] The Twenty-First Interim Application sought the award of fees and expenses for the period from February 1, 2014 through April 30, 2014 as follows: (a) February 1, 2014 through February 28, 2014: $1,491,141.25 of fees and $571,162.91 of expenses; (b) March 1, 2014 through March 31, 2014: $1,914,075.75 of fees and $50,016.96 of expenses; (c) April 1, 2014 through April 30, 2014: $2,078,303 of fees and $282,210.64 of expenses.

[30] Akin Gump voluntarily reduced its request for fees and expenses incurred during the period covered by the Twenty-First Interim Application by $5,954.00 and $9,421.88, respectively.

29.     On August 27, 2014, Akin Gump filed its Twenty-Second Interim Fee Application Request for the Period May 1, 2014 through July 31, 2014 (the "Twenty-Second Interim Application"). In its Twenty-Second Interim Application, Akin Gump sought the award and allowance of fees in the amount of $4,972,094.25 and expenses in the amount of $642,419.48.[31] On November 18, 2014, this Court entered an order approving 100% of the fees and expenses sought in the Twenty-Second Interim Application and Akin Gump has received payment of such amounts.[32]

30.     On November 24, 2014, Akin Gump filed its Twenty-Third Interim Fee Application Request for the Period August 1, 2014 through October 31, 2014 (the "Twenty-Third Interim Application"). In its Twenty-Third Interim Application, Akin Gump sought the award and allowance of fees in the amount of $2,143,683.50 and expenses in the amount of $60,639.88.[33] On February 18, 2015, this Court entered an order approving 100% of the fees and expenses sought in the Twenty-Third Interim Application and Akin Gump has received payment of such amounts.

31.     On February 27, 2015, Akin Gump filed its Twenty-Fourth Interim Fee Application Request for the Period November 1, 2014 through January 31, 2015 (the "Twenty-Fourth Interim Application"). In its Twenty-Fourth Interim Application, Akin Gump sought the award and allowance of fees in the amount of $711,841.50 and expenses in the amount of

---

[31] The Twenty-Second Interim Application sought the award of fees and expenses for the period from May 1, 2014 through July 31, 2014 as follows: (a) May 1, 2014 through May 31, 2014: $2,407,821.50 of fees and $392,244.50 of expenses; (b) June 1, 2014 through June 30, 2014: $1,568,079.75 of fees and $143,381.33 of expenses; (c) July 1, 2014 through July 31, 2014: $996,193.00 of fees and $642,419.48 of expenses.

[32] Akin Gump voluntarily reduced its request for fees and expenses incurred during the period covered by the Twenty-Second Interim Application by $3,163.00 and $13,739.27, respectively.

[33] The Twenty-Third Interim Application sought the award of fees and expenses for the period from August 1, 2014 through October 31, 2014 as follows: (a) August 1, 2014 through August 31, 2014: $706,076.00 of fees and $14,545.56 of expenses; (b) September 1, 2014 through September 30, 2014: $1,050,182.25 of fees and $9,551.52 of expenses; (c) October 1, 2014 through October 31, 2014: $387,425.25 of fees and $36,542.80 of expenses.

$20,623.13.[34]  On May 18, 2015, this Court entered an order approving 100% of the fees and expenses sought in the Twenty-Fourth Interim Application and Akin Gump has received payment of such amounts.

32.    On May 28, 2015, Akin Gump filed its Twenty-Fifth Interim Fee Application Request for the Period February 1, 2015 through April 30, 2015 (the "Twenty-Fifth Interim Application").  In its Twenty-Fifth Interim Application, Akin Gump sought the award and allowance of fees in the amount of $653,922.00 and expenses in the amount of $21,373.93.[35]  On July 29, 2015, this Court entered an order approving 100% of the fees and expenses sought in the Twenty-Fifth Interim Application and Akin Gump has received payment of such amounts.[36]

33.    On August 31, 2015, Akin Gump filed its Twenty-Sixth Interim Fee Application Request for the Period May 1, 2015 through July 31, 2015 (the "Twenty-Sixth Interim Application").  In its Twenty-Sixth Interim Application, Akin Gump sought the award and allowance of fees in the amount of $1,709,153.00 and expenses in the amount of $42,559.67.[37] On November 10, 2015, this Court entered an order approving 100% of the fees and expenses

---

[34] The Twenty-Fourth Interim Application sought the award of fees and expenses for the period from November 1, 2014 through January 31, 2015 as follows: (a) November 1, 2014 through November 30, 2014:  $363,973.50 of fees and $11,859.30 of expenses; (b) December 1, 2014 through December 31, 2014:  $164,380.50 of fees and $5,916.14 of expenses; (c) January 1, 2015 through January 31, 2015:  $183,487.50 of fees and $2,847.69 of expenses.

[35] The Twenty-Fifth Interim Application sought the award of fees and expenses for the period from February 1, 2015 through April 30, 2015 as follows: (a) February 1, 2015 through February 28, 2015:  $212,070.00 of fees and $7,118.58 of expenses; (b) March 1, 2015 through March 31, 2015:  $307,102.75 of fees and $6,397.80 of expenses; (c) April 1, 2015 through April 30, 2015:  $134,749.25 of fees and $7,856.55 of expenses.

[36] Akin Gump voluntarily reduced its request for fees incurred during the period covered by the Twenty-Fifth Interim Application by $720.00.

[37] The Twenty-Sixth Interim Application sought the award of fees and expenses for the period from May 1, 2015 through July 31, 2015 as follows: (a) May 1, 2015 through May 31, 2015:  $624,575.75 of fees and $9,509.62 of expenses; (b) June 1, 2015 through June 30, 2015:  $479,393.50 of fees and $10,767.78 of expenses; (c) July 1, 2015 through July 31, 2015:  $605,183.75 of fees and $22,282.27 of expenses.

sought in the Twenty-Sixth Interim Application and Akin Gump has received payment of such amounts.[38]

34.     On November 30, 2015, Akin Gump filed its Twenty-Seventh Interim Fee Application Request for the Period August 1, 2015 through October 31, 2015 (the "Twenty-Seventh Interim Application").  In its Twenty-Seventh Interim Application, Akin Gump sought the award and allowance of fees in the amount of $1,344,304.50 and expenses in the amount of $24,226.58.[39]  On February 8, 2016, this Court entered an order approving 100% of the fees and expenses sought in the Twenty-Seventh Interim Application and Akin Gump has received payment of such amounts.[40]

35.     On February 29, 2016, Akin Gump filed its Twenty-Eighth Interim Fee Application Request for the Period of November 1, 2015 through January 31, 2016 (the "Twenty-Eighth Interim Application").  In its Twenty-Eighth Interim Application, Akin Gump sought the award and allowance of fees in the amount of $1,580,544.50 and expenses in the amount of $33,163.80.[41]  The Court has not yet scheduled a hearing with respect to the Twenty-Eighth Interim Application.  As of the filing of this Application, Akin Gump has received

---

[38] Akin Gump voluntarily reduced its request for fees incurred during the period covered by the Twenty-Sixth Interim Application by $1,455.00.

[39] The Twenty-Seventh Interim Application sought the award of fees and expenses for the period from August 1, 2015 through October 31, 2015 as follows: (a) August 1, 2015 through August 31, 2015:  $315,254.00 of fees and $9,744.56 of expenses; (b) September 1, 2015 through September 30, 2015:  $393,656.50 of fees and $6,181.51 of expenses; (c) October 1, 2015 through October 31, 2015:  $635,394.00 of fees and $8,300.51 of expenses.

[40] Akin Gump voluntarily reduced its request for fees incurred during the period covered by the Twenty-Seventh Interim Application by $234.00.  Additionally, Akin Gump corrected an arithmetic error with respect to expenses incurred during the period covered by the Twenty-Seventh Interim Application, which resulted in a $30.00 increase in Akin Gump's request for the reimbursement of such expenses.

[41] The Twenty-Eighth Interim Application sought the award of fees and expenses for the period from November 1, 2015 through January 31, 2016 as follows: (a) November 1, 2015 through November 30, 2015: $754,134.50 of fees and $15,133.27 of expenses; (b) December 1, 2015 through December 31, 2015: $322,535.00 of fees and $6,638.52 of expenses; (c) January 1, 2016 through January 31, 2016: $503,875.00 of fees and $11,392.01 of expenses.

payment of 80% of the fees and 100% of the expenses requested in the Twenty-Eighth Interim Application.

### III.    RELIEF REQUESTED

36.    By this Application, Akin Gump seeks (i) interim allowance and award of compensation for the professional services rendered by Akin Gump as attorneys during the Compensation Period in the amount of $492,991.50, representing 533.90 hours of professional services and 21.20 hours of paraprofessional services; and (ii) reimbursement of actual and necessary expenses incurred by Akin Gump during the Compensation Period in connection with the rendition of such professional and paraprofessional services in the amount of $7,814.20.

37.    Pursuant to the Fee Orders, Akin Gump is seeking payment of 80% of its fees ($394,393.20) and 100% of its expenses ($7,814.20) relating to services rendered during the Compensation Period.

38.    Akin Gump has received no payment and no promises for payment from any source for services rendered in connection with these chapter 11 cases other than in accordance with the Fee Orders.  There is no agreement or understanding between the Applicant and any other person (other than members of Akin Gump) for the sharing of compensation to be received for the services rendered in these cases.

39.    As stated in the Affirmation of Fred S. Hodara, Esq. (the "Hodara Affirmation"), annexed hereto as Exhibit A, all of the services for which interim compensation is sought herein were rendered for or on behalf of the Committee solely in connection with these cases.

### IV.    SUMMARY OF SERVICES RENDERED

40.    Akin Gump has rendered professional services to the Committee as requested and as necessary and appropriate in furtherance of the interests of the Debtors' unsecured creditors during the Compensation Period.  The variety and complexity of the issues in these Insolvency

Proceedings and the need to act or respond to issues on an expedited basis in furtherance of the Committee's needs have required the expenditure of substantial time by Akin Gump personnel from several legal disciplines.

41.    In the ordinary course of its practice, Akin Gump maintains written records of the time expended by attorneys and paraprofessionals in the rendition of their professional services. In accordance with the provisions of the Fee Orders, a compilation showing the name of the attorney or paraprofessional, the date on which the services were performed, a description of the services rendered, and the amount of time spent in performing the services for the Committee during the Compensation Period is annexed hereto as Exhibit B.

42.    In the ordinary course of its practice, Akin Gump also maintains records of all actual and necessary out-of-pocket expenses incurred in connection with the rendition of its services, all of which are available for inspection.  A schedule of the categories of expenses and amounts for which reimbursement is requested is annexed hereto as Exhibit C.  A detailed summary of the expenses is attached hereto as Exhibit D.

43.    Akin Gump respectfully submits that the professional services that it rendered on behalf of the Committee were necessary and appropriate, and have directly contributed to the effective administration of these chapter 11 cases.

44.    The following summary of services rendered during the Compensation Period is not intended to be a detailed description of the work performed, as those day-to-day services and the time expended in performing such services are fully set forth in Exhibit B.  Rather, it is merely an attempt to highlight certain of those areas in which services were rendered to the Committee, as well as to identify some of the problems and issues that Akin Gump was required to address.

17

**Akin Gump Fee Applications/Monthly Billing Reports**

(Fees: $18,246.50; Hours: 33.00)

45.  This subject matter relates to time spent reviewing invoices and drafting monthly and interim fee statements as required under the Fee Orders, including attorney time to ensure that such materials do not improperly disclose highly confidential information related to these chapter 11 cases.  During the Compensation Period, Akin Gump prepared and filed the Eighty-Third Monthly Fee Application, the Eighty-Fourth Monthly Fee Application, and the Twenty-Eighth Interim Application.

**Committee Meetings**

(Fees: $26,136.50; Hours: 31.90)

46.    This subject matter relates to Committee matters and meetings and conference calls with the Committee as a whole, with individual Committee members and with the Committee's other legal and financial advisors.  Akin Gump, together with the other Committee professionals, held four meetings with the Committee during the Compensation Period.  Further, during the Compensation Period, Akin Gump had telephonic conferences with individual Committee members and their respective outside professionals, as well as among the Committee's legal and financial advisors.

47.    Prior to each of its meetings with the Committee, Akin Gump reviewed each pending matter requiring the Committee's attention and all underlying documentation in connection therewith.  Thereafter, Akin Gump discussed each of these matters with the Committee's other professionals, the Committee, as well as individual Committee members.  During these discussions, Akin Gump assisted the Committee in formulating a position with respect to each pending matter.  In addition, Akin Gump prepared and/or assisted the

Committee's other professionals in preparing detailed memoranda for the Committee discussing the status of pertinent matters in these proceedings.

48.     During the Compensation Period, Akin Gump routinely held internal meetings with the professionals assigned to this matter to ensure that Akin Gump was representing the Committee in the most efficient manner at the least cost to these estates.  In addition, Akin Gump coordinated all Committee activities, including attending to member issues and interacting with the Committee's other professionals in setting agendas for the Committee's meetings and conference calls.  Akin Gump also regularly consulted with the Committee's other professionals with respect to documents and other information received from the Debtors, their representatives, and other sources.

49.     Through meetings, telephone conferences, and correspondence, Akin Gump has assisted the Committee in fulfilling its statutory duties to make informed decisions regarding the various issues that have arisen in these chapter 11 cases, to monitor closely the Debtors' management of these proceedings, and to reach independent conclusions on the merits of specific matters.

## General Claims Analysis/Claims Objections

(Fees: $32,011.00; Hours: 33.80)

50.     This subject matter relates to time spent by Akin Gump attorneys reviewing and analyzing issues surrounding the claims that have been filed or asserted in the Debtors' chapter 11 cases.  Immediately before the Compensation Period, the Debtors sought to enter into settlements with certain claims aggregators.  During the Compensation Period, Akin Gump, on behalf of the Committee, analyzed the proposed settlements and discussed such settlements with the Committee and the Committee's other advisors to enable the Committee to make an informed decision with respect to the propriety thereof.  The Committee determined not to object to such

claims settlements, and the Court entered orders approving such settlements during the

Compensation Period [Docket Nos. 16528 & 16579].

51.     Additionally, pursuant to a scheduling order entered by the Court, during the

Compensation Period, on February 16, 2016, the EMEA Debtors filed (i) an answer to the U.S.

Debtors' contingent third-party complaint arising from the SNMP patent-infringement litigation

and (ii) a motion for judgment on the pleadings in connection therewith (collectively, the

"EMEA SNMP Pleadings").[42]  Akin Gump reviewed and analyzed the EMEA SNMP Pleadings

during the Compensation Period and discussed the same with the Committee and the Debtors'

advisors.

### Intercompany Issues

(Fees: $380,662.00; Hours: 416.80)

52.     This subject matter relates to time spent by Akin Gump attorneys reviewing and

analyzing certain intercompany issues arising among the various Nortel entities around the

world, and the impact of such issues on the Nortel Debtors' Insolvency Proceedings, as well as

meetings and communications among parties regarding such issues.  Akin Gump attorneys, along

with the Committee's other professionals, spent considerable time during the Compensation

Period analyzing and examining issues related to the allocation of sale proceeds and discussing

such issues with the Committee and with other parties.

53.     Pursuant to written decisions and orders entered by the U.S. and Canadian Courts,

the allocation dispute was heard jointly by the Courts at the allocation trial, which began on May

12, 2014.  The evidentiary portion of the allocation trial concluded on June 24, 2014, and closing

arguments concluded on September 24, 2014.  On May 12, 2015, the U.S. Court and the

---

[42] SNMP has asserted claims against the Debtors for infringement of certain intellectual property licenses, including in connection with the business line sales that transpired earlier in these chapter 11 cases.

Canadian Court issued decisions (respectively, the "U.S. Allocation Decision" and the "Canadian Allocation Decision" and, collectively, the "Allocation Decisions") allocating the sale proceeds based on a "modified pro-rata" methodology.

54.     Before the Compensation Period, Akin Gump, on behalf of the Committee, filed a joinder with reservation of rights to the Debtors' motion for reconsideration of the U.S. Allocation Decision [Docket No. 15613] and, together with Cassels Brock & Blackwell, the Committee's Canadian counsel, filed a joinder to the Debtors' motion for reconsideration of the Canadian Allocation Decision.  On June 25, 2015, the Courts held a joint hearing regarding the motions for reconsideration of the Allocation Decisions, and on July 6, 2015, the Courts issued decisions with respect to the reconsideration motions, which upheld the "modified pro rata" allocation methodology.   On July 9, 2015, Akin Gump, on behalf of the Committee, filed a notice of appeal of the U.S. Allocation Decision [Docket No. 15846].[43]

55.     The U.S. Allocation Appeals are currently pending before Judge Leonard P. Stark of the United States District Court for the District of Delaware.  During the Compensation Period, Akin Gump, on behalf of the Committee, drafted and finalized the Committee's reply brief in the U.S. Allocation Appeals, which was served on the parties to the U.S. Allocation Appeals on February 12, 2016.

56.     Additionally, during the Compensation Period, Akin Gump discussed allocation issues with the Committee, the Committee's other professionals, and the other parties to the U.S. Allocation Appeals, including in connection with a mediation process.

---

[43] The Committee's notice of appeal was followed by (i) notices of appeal filed by the Debtors, the Bondholder Group, The Bank of New York Mellon, the Pension Benefit Guaranty Corporation, the Trade Claims Consortium and the Conflict Administrator for Nortel Networks S.A. and (ii) protective cross-notices of appeal filed by the Monitor and Canadian Debtors, the EMEA Debtors and the Canadian Creditors Committee (collectively, the "U.S. Allocation Appeals").

## V.      ALLOWANCE OF COMPENSATION

57.      The professional services rendered by Akin Gump required a high degree of

professional competence and expertise so that the numerous issues requiring evaluation and

determination by the Committee could be addressed with skill and dispatch and have, therefore,

required the expenditure of substantial time and effort.  It is respectfully submitted that the

services rendered to the Committee were performed efficiently, effectively and economically,

and the results obtained to date have benefited not only the members of the Committee, but also

the unsecured creditor body as a whole and the Debtors' estates.

58.      The allowance of interim compensation for services rendered and reimbursement

of expenses in bankruptcy cases is expressly provided for in section 331 of the Bankruptcy Code:

> . . . any professional person . . . may apply to the court not more than once every
> 120 days after an order for relief in a case under this title, or more often if the
> court permits, for such compensation for services rendered . . . as is provided
> under section 330 of this title.

11 U.S.C. § 331.  Moreover, this Court has authorized the filing of this Application pursuant to

the Fee Orders.

59.      With respect to the level of compensation, 11 U.S.C. § 330(a)(1)(A) provides, in

pertinent part, that the Court may award to a professional person "reasonable compensation for

actual, necessary services rendered . . . ."  11 U.S.C. § 330(a)(1)(A).  Section 330(a)(3), in turn,

provides that:

> In determining the amount of reasonable compensation to be awarded . . . the
> court shall consider the nature, the extent, and the value of such services, taking
> into account all relevant factors, including –
>
>     (A) the time spent on such services;
>
>     (B) the rates charged for such services;

22

(C) whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title;

(D) whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed;

(E) with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and

(F) whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

11 U.S.C. §330(a)(3). The clear Congressional intent and policy expressed in this statute is to provide for adequate compensation in order to continue to attract qualified and competent bankruptcy practitioners to bankruptcy cases.

60.    The total time spent by Akin Gump attorneys and paraprofessionals during the Compensation Period was 555.10 hours. The work involved, and thus the time expended, was carefully assigned in light of the experience and expertise required for a particular task. Akin Gump believes that the compensation requested in the Application is based on the customary compensation charged by comparably skilled practitioners in cases other than cases under title 11 of the United States Code.

61.    As shown by this application and supporting documents, Akin Gump spent its time economically and without unnecessary duplication of time. Akin Gump's hourly rates are subject to periodic increases (typically in January of each year) in the normal course of its business. Attached hereto as Exhibit E is a schedule of the hours expended by Akin Gump attorneys and paraprofessionals during the Compensation Period, their hourly rates, and the value of their services. In addition, Akin Gump incurred actual out-of-pocket expenses in connection

23

with the rendition of the professional services to the Committee in the sum of $7,814.20 for which Akin Gump respectfully requests reimbursement in full.

62.     The disbursements and expenses have been incurred in accordance with Akin Gump's normal practice of charging clients for expenses clearly related to and required by particular matters.  Akin Gump has endeavored to minimize these expenses to the fullest extent possible.  Expenses for which reimbursement is sought include expenses incurred in prior months, but not previously billed.  This is because expenses are billed in the month processed, which can slightly lag the time of incurrence.

63.     Akin Gump's billing rates do not include charges for photocopying, telephone and facsimile charges, computerized research, travel expenses, "working meals," secretarial overtime, postage and certain other office services, since the needs of each client for such services differ.  Akin Gump believes that it is fairest to charge each client only for the services actually used in performing services for it.  Akin Gump charges $.10 per page for internal duplicating and does not charge for facsimile transmissions.  Akin Gump has negotiated a discounted transactional rate for computer assisted legal research.

64.     No agreement or understanding exists between Akin Gump and any other person for the sharing of any compensation to be received for professional services rendered or to be rendered in connection with these cases.

65.     No prior application has been made in this or in any other Court for the relief requested herein for the Compensation Period.

**WHEREFORE**, Akin Gump respectfully requests that this Court:

(a)    approve the allowance of $492,991.50 for compensation for professional services rendered to the Committee during the period from February 1, 2016 through and including February 29, 2016;

(b)    approve the reimbursement of Akin Gump's out-of-pocket expenses incurred in connection with the rendering of such services during the period from February 1, 2016 through and including February 29, 2016 in the amount of $7,814.20; and

(c)    authorize and direct the Debtors to immediately pay to Akin Gump the amount of $402,207.40 which is equal to the sum of 80% of Akin Gump's fees and 100% of Akin Gump's expenses incurred during the Compensation Period.

Dated:    New York, New York
          April 1, 2016

                              AKIN GUMP STRAUSS HAUER & FELD LLP

                              By: _____
                                  Fred S. Hodara (admitted *pro hac vice*)
                                  A Member of the Firm
                                  One Bryant Park
                                  New York, New York 10036
                                  (212) 872-1000
                                  Co-Counsel to the Official Committee of
                                  Unsecured Creditors