## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Nortel Networks Inc. et al.,[1] | ) Case No. 09-10138 (KG) |
| | ) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) **Obj. Deadline: April 25, 2016 at 4:00 p.m. (ET)** |

### NOTICE OF EIGHTY-FIFTH MONTHLY FEE APPLICATION OF AKIN GUMP STRAUSS HAUER & FELD LLP, CO-COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR INTERIM ALLOWANCE OF COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR SERVICES RENDERED DURING THE PERIOD FROM FEBRUARY 1, 2016 THROUGH FEBRUARY 29, 2016

PLEASE TAKE NOTICE that the Official Committee of Unsecured Creditors (the "Committee") has today filed the attached **Eighty-Fifth Monthly Application of Akin Gump Strauss Hauer & Feld LLP, Co-Counsel for the Official Committee of Unsecured Creditors, for Interim Allowance of Compensation and for the Reimbursement of Expenses for Services Rendered During the Period from February 1, 2016 through February 29, 2016** (the "Application") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Court").

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Application must be made in accordance with the Administrative Order Pursuant to 11 U.S.C. §§ 105(a) and 331, Fed. R. Bankr. P. 2016 and Del. Bankr. L.R. 2016-2 Establishing Procedures for Interim Compensation and Reimbursement of Fees and Expenses for Professionals and Official

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); and Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).

Committee Members (the "<u>Administrative Order</u>") entered February 4, 2009 [Docket No. 222],

and must be filed with the Clerk of the Court, and be served upon and received by: (i) the above

captioned debtors and debtors in possession (the "<u>Debtors</u>"), Nortel Networks Inc., P.O. Box

13010, RTP, North Carolina 27709 (Attn:  Accounts Payable); (ii) counsel to the Debtors, Cleary

Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, New York 10006 (Attn:  James

L. Bromley, Esq.); (iii) co-counsel to the Debtors, Morris, Nichols, Arsht & Tunnell LLP, 1201

North Market Street, P.O. Box 1347, Wilmington, Delaware 19899-1347 (Attn:   Derek C.

Abbott, Esq.); (iv) counsel to the Official Committee of Unsecured Creditors, Akin Gump

Strauss Hauer & Feld LLP, One Bryant Park, New York, New York 10036, (Attn:  Fred S.

Hodara, Esq.); (v) co-counsel to the Official Committee of Unsecured Creditors, Whiteford,

Taylor & Preston LLC, The Renaissance Centre, 405 North King Street, Suite 500, Wilmington,

Delaware 19801 (Attn:   Christopher M. Samis, Esq.); (vi) the Office of the United States

Trustee, District of Delaware, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware

19801 (Attn:  Mark Kenney, Esq.); and (vii) the Fee Examiner appointed in the above-captioned

chapter 11 cases, Master, Sidlow & Associates, P.A., 2002 West 14th Street, Wilmington,

Delaware 19806 (Attn: Judith Scarborough) (collectively, the "<u>Notice Parties</u>"), so as to be

<u>received</u> no later than **April 25, 2016 at 4:00 p.m. (ET)** (the "<u>Objection Deadline</u>").  Only those

objections that are timely filed, served and received will be considered by the Court.

PLEASE TAKE FURTHER NOTICE that if no objections are received by the

Notice Parties prior to the Objection Deadline, in accordance with the Administrative Order the

Applicant may be paid certain fees and expenses pursuant to the terms of the Administrative

Order without further notice or hearing.  If an objection is properly filed and served and such

objection is not otherwise resolved, or the Court determines that a hearing should be held in

respect of the Application, a hearing will be held at a time convenient to the Court.  Only those objections made in writing and timely filed, served and received in accordance with the Administrative Order will be considered by the Court at the hearing.

Dated:  April 4, 2016
      Wilmington, Delaware

                     */s/ Katherine Good*
                     Christopher M. Samis (No. 4909)
                     L. Katherine Good (No. 5101)
                     Chantelle D. McClamb (No. 5978)
                     WHITEFORD, TAYLOR & PRESTON LLC
                     The Renaissance Centre
                     405 North King Street, Suite 500
                     Wilmington, Delaware 19801
                     Telephone: (302) 353-4144
                     Facsimile: (302) 661-7950

                     -and-

                     Fred S. Hodara, Esq.
                     AKIN GUMP STRAUSS HAUER & FELD LLP
                     One Bryant Park
                     New York, New York 10036
                     Telephone:  (212) 872-1000
                     Facsimile:  (212) 872-1002

                     *Counsel to the Official Committee of Unsecured Creditors of Nortel Networks Inc., et al.*