# EXHIBIT B

## COMPENSATION BY PROJECT CATEGORY
## FEBRUARY 1, 2016 THROUGH FEBRUARY 1, 2016

| Project Category | Total Hours | Total Fees |
|---|---|---|
| General Case Administration | 1.10 | $674.50 |
| Akin Gump Fee Applications/Monthly Billing Reports | 33.00 | $18,246.50 |
| Analysis of Other Professionals' Fee Applications/Reports | 3.20 | $2,276.50 |
| Retention of Professionals | 0.10 | $132.50 |
| Creditors' Committee Meetings | 31.90 | $26,136.50 |
| Court Hearings | 6.80 | $3,433.00 |
| Financial Reports and Analysis | 0.10 | $132.50 |
| General Claims Analysis/Claims Objections | 33.80 | $32,011.00 |
| Canadian Proceedings/Matters | 2.70 | $3,219.00 |
| Labor Issues/Employee Benefits | 24.60 | $25,612.50 |
| Intercompany Analysis | 416.80 | $380,662.00 |
| Committee Website | 1.00 | $455.00 |
| **TOTAL** | **555.10** | **$492,991.50** |



| | |
|---|---|
| NORTEL NETWORKS INC. CREDITORS COMMITTEE<br>ATTN: JOHN DOLITTLE<br>2221 LAKESIDE BOULEVARD<br>RICHARDSON, TX  75082 | Invoice Number    1650346<br>Invoice Date       03/28/16<br>Client Number      687147<br>Matter Number        0001 |

Re: CHAPTER 11

FOR PROFESSIONAL SERVICES RENDERED THROUGH  02/29/16 :

MATTER SUMMARY OF TIME BILLED BY TASK :

| | | HOURS | VALUE |
|---|---|---|---|
| 0002 | General Case Administration | 1.10 | $674.50 |
| 0003 | Akin Gump Fee Application/Monthly Billing Reports | 33.00 | $18,246.50 |
| 0004 | Analysis of Other Professionals Fee Applications/Reports | 3.20 | $2,276.50 |
| 0006 | Retention of Professionals | 0.10 | $132.50 |
| 0007 | Creditors Committee Meetings | 31.90 | $26,136.50 |
| 0008 | Court Hearings | 6.80 | $3,433.00 |
| 0009 | Financial Reports and Analysis | 0.10 | $132.50 |
| 0012 | General Claims Analysis/Claims Objections | 33.80 | $32,011.00 |
| 0014 | Canadian Proceedings/Matters | 2.70 | $3,219.00 |
| 0019 | Labor Issues/Employee Benefits | 24.60 | $25,612.50 |
| 0029 | Intercompany Analysis | 416.80 | $380,662.00 |
| 0030 | Committee Website | 1.00 | $455.00 |
| | TOTAL | 555.10 | $492,991.50 |

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| 02/11/16 | AL | 0002 | Correspondence re: letter to Court re: document disposal. | 0.50 |
| 02/15/16 | FSH | 0002 | Review statement of creditor re: document retention issue. | 0.10 |
| 02/18/16 | FSH | 0002 | Examine letter re: document retention. | 0.10 |
| 02/18/16 | AL | 0002 | Correspondence re: letter re: document disposal. | 0.40 |
| 02/01/16 | AL | 0003 | Draft December fee application. | 0.40 |
| 02/02/16 | FSH | 0003 | Review draft of December fee application (.6); correspond with M. Fagen re: same (.1). | 0.70 |
| 02/02/16 | AL | 0003 | Compile fee application for filing (1.1); review January prebill for confidentiality and privilege (1.9); correspond with M. Fagen re: same (.2). | 3.20 |
| 02/03/16 | FSH | 0003 | Review January pre-bill for confidentiality and privilege. | 0.30 |
| 02/03/16 | AL | 0003 | Review prebill for confidentiality and privilege. | 1.90 |
| 02/08/16 | FSH | 0003 | Examine court's fee order. | 0.10 |
| 02/08/16 | AL | 0003 | Review fee application for confidentiality and privilege (.4); correspondence re: fee application (.3); circulate interim omnibus fee order (.1). | 0.80 |
| 02/09/16 | AL | 0003 | Review prebill for confidentiality and privilege. | 2.60 |
| 02/10/16 | AL | 0003 | Revise prebill for confidentiality and privilege. | 1.60 |
| 02/11/16 | AL | 0003 | Review prebill for confidentiality and privilege (.1); correspondence with M. Fagen re: same (.1). | 0.20 |
| 02/16/16 | FSH | 0003 | Communicate with B. Kahn re: fee application. | 0.10 |
| 02/16/16 | AL | 0003 | Correspondence re: prebill. | 0.40 |
| 02/17/16 | MCF | 0003 | Review and comment on draft prebill re: confidentiality and privilege. | 0.80 |
| 02/18/16 | MCF | 0003 | Review of prebill re: confidentiality and privilege (.8); correspond with A. Loring re: same (.1). | 0.90 |
| 02/19/16 | AL | 0003 | Review prebill for confidentiality and privilege. | 0.40 |
| 02/22/16 | MCF | 0003 | Communications with committee member re: reimbursement application. | 0.20 |
| 02/22/16 | AL | 0003 | Review pre-bill for confidentiality and privilege (.2); correspondence re: same (.2). | 0.40 |
| 02/23/16 | DKB | 0003 | Confer with A. Loring re: preparation of monthly fee schedules (.1); review the prebill (.5); draft January schedules (2.8); correspond with M. Fagen re: status (.1). | 3.50 |
| 02/23/16 | AL | 0003 | Review prebill for confidentiality and privilege (.6); correspondence re: same (.2); draft January fee application (1.2); correspondence re: same (.1); confer with D. Krasa-Berstell re: same (.1). | 2.20 |
| 02/24/16 | MCF | 0003 | Review and revise bill for confidentiality and privilege. | 0.70 |
| 02/24/16 | AL | 0003 | Draft fee application for January 2016. | 0.10 |
| 02/25/16 | MCF | 0003 | Review and edit bill re: confidentiality and privilege (.5) and communications re: same (.1). | 0.60 |
| 02/25/16 | AL | 0003 | Draft January 2016 Fee Application. | 2.50 |
| 02/26/16 | MCF | 0003 | Review January fee app and schedules and comment on same (1.2); communications with A. Loring re: same (.2). | 1.40 |
| 02/26/16 | AL | 0003 | Revise monthly fee application for January 2016 (1.2); correspondence with Canadian counsel re: same (.1); draft twenty-eighth interim fee application (.5); correspondence with M. Fagen re: same (.2). | 2.00 |
| 02/27/16 | MCF | 0003 | Work on January fee application. | 0.50 |
| 02/28/16 | MCF | 0003 | Work on January fee application (.4); email same to F. Hodara (.1). | 0.50 |
| 02/29/16 | FSH | 0003 | Work on January fee app (.7); confer with M. Fagen re: same (.1); review interim fee app (.1); confer with A. Loring re: same (.1); correspond with B. Kahn re: fee app (.1). | 1.10 |
| 02/29/16 | MCF | 0003 | Work on finalizing January fee application (.5) and interim fee application (.3) and communications re: same (.3); confer with F. Hodara re: same (.1). | 1.20 |
| 02/29/16 | AL | 0003 | Draft fee application (1.6); confer with F. Hodara re: same (.1). | 1.70 |

| Date | Tkpr | Task | Description | Hours |
|---|---|---|---|---|
| 02/01/16 | FSH | 0004 | Examine fee applications for confidentiality and privilege. | 0.20 |
| 02/02/16 | AL | 0004 | Review BRG fee application for confidentiality and privilege. | 0.90 |
| 02/05/16 | FSH | 0004 | Examine fee applications of other professionals. | 0.20 |
| 02/25/16 | MCF | 0004 | Review BRG fee app (.1); emails re: same (.2). | 0.30 |
| 02/25/16 | AL | 0004 | Review BRG January fee application. | 0.50 |
| 02/29/16 | FSH | 0004 | Examine fee applications (.2); correspond with A. Loring re: same (.1). | 0.30 |
| 02/29/16 | MCF | 0004 | Review fee apps of other parties (.4); emails re: same/filing (.2). | 0.60 |
| 02/29/16 | AL | 0004 | Correspondence re: BRG fee application. | 0.20 |
| 02/16/16 | FSH | 0006 | Review declaration of professional. | 0.10 |
| 02/03/16 | FSH | 0007 | Review and comment on committee call agenda (.1); communications with M. Fagen, R. Johnson re: agenda items (.1); examine M. Fagen analysis of decision for committee call (.1); communications with A. Qureshi, R. Johnson, M. Fagen, D. Botter re: presentations on committee call (.1). | 0.40 |
| 02/03/16 | DHB | 0007 | Email communications re: committee meeting agenda (.1) and discussion of same (.1). | 0.20 |
| 02/03/16 | MCF | 0007 | Draft agenda for committee call (.2); emails re: same (.2); email to committee (.1) prepare for presentation for next day committee call (.3). | 0.80 |
| 02/03/16 | AL | 0007 | Prepare committee call agenda (.3); prepare for committee call (1.1). | 1.40 |
| 02/04/16 | FSH | 0007 | Communications with R. Johnson, A. Qureshi re: presentations for committee (.1); final prepare for same (.3); participate in same (.4). | 0.80 |
| 02/04/16 | RAJ | 0007 | Attend committee call. | 0.40 |
| 02/04/16 | AQ | 0007 | Attend committee call. | 0.40 |
| 02/04/16 | DHB | 0007 | Prepare for committee call (.2); attend same (.4). | 0.60 |
| 02/04/16 | BMK | 0007 | Prepare for committee call (.2); attend committee call (.4). | 0.60 |
| 02/04/16 | MCF | 0007 | Prepare for (.4) and participate in (.4) committee call. | 0.80 |
| 02/04/16 | AME | 0007 | Attend committee Call with F. Hodara, D. Botter, A. Qureshi, B. Kahn, M. Fagen, and A. Loring. | 0.40 |
| 02/04/16 | AL | 0007 | Prepare for committee call (.4); attend same (.4). | 0.80 |
| 02/10/16 | FSH | 0007 | Communications with M. Fagen re: committee call agenda. | 0.10 |
| 02/10/16 | MCF | 0007 | Emails re: committee call agenda (.2); finalize same (.1) and send to committee (.1). | 0.40 |
| 02/10/16 | AL | 0007 | Draft agenda and minutes for committee call (.5); prepare for committee call (.4). | 0.90 |
| 02/11/16 | FSH | 0007 | Communications with A. Qureshi and R. Johnson re: committee meeting (.1); prepare for same (.2); attend same (.5). | 0.80 |
| 02/11/16 | RAJ | 0007 | Attend committee call (.5); post-call discussion with D. Botter and B. Kahn (.3). | 0.80 |
| 02/11/16 | AQ | 0007 | Attend professionals meeting re: committee call (.3); attend committee call (.5). | 0.80 |
| 02/11/16 | DHB | 0007 | Attend committee call (.5) and follow-up (.3). | 0.80 |
| 02/11/16 | BMK | 0007 | Attend committee call (0.5); follow up to same (partial) (0.1). | 0.60 |
| 02/11/16 | AME | 0007 | Attend committee Call with F. Hodara, A. Qureshi, D. Botter, R. Johnson, B. Kahn, and A. Loring. | 0.50 |
| 02/11/16 | AL | 0007 | Prepare for committee call (.7); attend same (.5). | 1.20 |
| 02/12/16 | AL | 0007 | Draft committee call minutes. | 0.20 |
| 02/16/16 | AL | 0007 | Draft agenda for committee Call. | 0.30 |
| 02/17/16 | FSH | 0007 | Review draft committee call agenda (.1) and communications with A. Loring, R. Johnson re: same (.1). | 0.20 |
| 02/17/16 | MCF | 0007 | Review and comment on committee call agenda (.1); review and comment on minutes (.1); emails re: same (.1); revise same (.1); email committee re: same (.2); prepare presentation for next day committee call (.6). | 1.20 |
| 02/17/16 | AL | 0007 | Draft committee call agenda (.6); prepare for committee call (.2). | 0.80 |
| 02/18/16 | FSH | 0007 | Review committee call agenda (.1) and final prepare for presentation to committee and related matters (.3); attend committee call (.8). | 1.20 |
| 02/18/16 | RAJ | 0007 | Attend committee call (.8); and prepare for same (.1). | 0.90 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE                                                Page 4
Bill Number: 1650346                                                                    03/28/16

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| 02/18/16 | DHB | 0007 | Prepare for committee call (.4); attend same (.8); follow up emails (.1). | 1.30 |
| 02/18/16 | BMK | 0007 | Participate in committee call. | 0.80 |
| 02/18/16 | MCF | 0007 | Prepare presentation for (.3) and participate in (.8) committee call. | 1.10 |
| 02/18/16 | CIW | 0007 | Attend committee call (.8); prepare for same (.3). | 1.10 |
| 02/18/16 | AL | 0007 | Prepare for committee call (.7); attend same (.8). | 1.50 |
| 02/24/16 | FSH | 0007 | Communications with M. Fagen re: committee call agenda (.1); finalization of same (.1). | 0.20 |
| 02/24/16 | DHB | 0007 | Review committee call agenda and emails re: same (.1) and prepare for committee call (.1). | 0.20 |
| 02/24/16 | MCF | 0007 | Review and revise presentation for committee (1.4); review and revise draft committee call agenda (.2); emails re: same (.2) and send same to committee (.2). | 2.00 |
| 02/24/16 | AL | 0007 | Prepare for committee conference call (.3); draft agenda for same (.4). | 0.70 |
| 02/25/16 | RAJ | 0007 | Attend committee conference call (.4); post-call discussion with D. Botter (.1). | 0.50 |
| 02/25/16 | DHB | 0007 | Prepare for committee conference call (.2); attend same (.4); follow-up re: same (.1). | 0.70 |
| 02/25/16 | BMK | 0007 | Participate in committee conference call. | 0.40 |
| 02/25/16 | MCF | 0007 | Prepare for (.3) and attend (.4) committee call and emails re: same (.2). | 0.90 |
| 02/25/16 | AME | 0007 | Attend committee conference call with D. Botter, R. Johnson, B. Kahn, M. Fagen, and A. Loring. | 0.40 |
| 02/25/16 | CIW | 0007 | Review correspondence from team in advance of committee call. | 0.20 |
| 02/25/16 | AL | 0007 | Prepare for committee conference call (.2); attend same (.4). | 0.60 |
| 02/01/16 | FSH | 0008 | Examine info re: court matters. | 0.10 |
| 02/01/16 | SAD | 0008 | Review docket for updates and pull substantive pleadings (.1); send to M. Fagen (.1). | 0.20 |
| 02/02/16 | SAD | 0008 | Review docket for updates; pull substantive pleadings; send to M. Fagen. | 0.10 |
| 02/03/16 | SAD | 0008 | Review docket for updates and pull substantive pleadings (.1); send to M. Fagen (.1). | 0.20 |
| 02/04/16 | SAD | 0008 | Review docket for updates and pull substantive pleadings (.1); send to M. Fagen (.1). | 0.20 |
| 02/05/16 | FSH | 0008 | Examine agenda for upcoming hearing. | 0.10 |
| 02/05/16 | AL | 0008 | Correspondence re: hearing scheduled for 2-9-16. | 0.30 |
| 02/05/16 | SAD | 0008 | Review docket for updates; pull substantive pleadings; send to M. Fagen. | 0.10 |
| 02/08/16 | FSH | 0008 | Communications with M. Fagen re: upcoming hearing. | 0.10 |
| 02/08/16 | MCF | 0008 | Communications re: hearing. | 0.30 |
| 02/08/16 | SAD | 0008 | Review docket for updates and pull substantive pleadings (.1); send to M. Fagen (.1). | 0.20 |
| 02/09/16 | SAD | 0008 | Review docket for updates and send to M. Fagen. | 0.10 |
| 02/10/16 | FSH | 0008 | Communications with A. Loring re: upcoming hearing. | 0.10 |
| 02/10/16 | SAD | 0008 | Review docket for updates and send to M. Fagen. | 0.10 |
| 02/11/16 | SAD | 0008 | Review docket for updates and send to M. Fagen. | 0.10 |
| 02/12/16 | SAD | 0008 | Review docket for updates and send to M. Fagen. | 0.10 |
| 02/16/16 | SAD | 0008 | Review docket for updates and send to M. Fagen. | 0.10 |
| 02/17/16 | DHB | 0008 | Review hearing agenda (.1) and emails re: same (.1). | 0.20 |
| 02/17/16 | SAD | 0008 | Review docket for updates and pull substantive pleadings (.1); send to M. Fagen (.1). | 0.20 |
| 02/18/16 | AME | 0008 | Correspondence with R. Johnson and C. Weinreb re: follow-up from committee Call. | 0.30 |
| 02/18/16 | SAD | 0008 | Review docket for updates and send to M. Fagen. | 0.10 |
| 02/19/16 | FSH | 0008 | Examine scheduling change (.1); communications with A. Loring and D. Botter re: claims hearings (.1). | 0.20 |
| 02/19/16 | DHB | 0008 | Review hearing agenda (.1); emails re: same (.1). | 0.20 |
| 02/19/16 | AL | 0008 | Review hearing agenda/cancellation (.3); correspondence re: same (.2). | 0.50 |
| 02/22/16 | SAD | 0008 | Review docket for updates and pull substantive pleadings (.1); send to | 0.20 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE                                     Page 5
Bill Number: 1650346                                                         03/28/16

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| | | | M. Fagen (.1). | |
| 02/23/16 | MCF | 0008 | Review notice of telephonic hearing (.1); emails re: same (.1). | 0.20 |
| 02/23/16 | AL | 0008 | Correspondence re: SNMP discovery hearing. | 0.30 |
| 02/23/16 | SAD | 0008 | Review docket for updates and pull substantive pleadings (.1); send to M. Fagen (.1). | 0.20 |
| 02/24/16 | AL | 0008 | Attention to hearing schedule (.4); correspondence re: same (.4). | 0.80 |
| 02/24/16 | SAD | 0008 | Review docket for updates and pull substantive pleadings (.1); send to M. Fagen (.1). | 0.20 |
| 02/25/16 | SAD | 0008 | Review docket for updates; pull substantive pleadings; send to M. Fagen. | 0.10 |
| 02/26/16 | AL | 0008 | Review information re: oral argument scheduling (.1); correspondence re: same (.2). | 0.30 |
| 02/26/16 | SAD | 0008 | Review docket for updates and pull substantive pleadings (.1); send to M. Fagen (.1). | 0.20 |
| 02/29/16 | SAD | 0008 | Review docket and circulate. | 0.10 |
| 02/05/16 | FSH | 0009 | Examine MOR. | 0.10 |
| 02/01/16 | FSH | 0012 | Correspond with R. Johnson re: claims procedure motion (.1); communications with M. Fagen re: claims settlements (.1). | 0.20 |
| 02/01/16 | FSH | 0012 | Communications with M. Fagen re: SNMP claims order (.1); communications with A. Loring re: SNMP pleading (.1); review order (.4). | 0.60 |
| 02/01/16 | RAJ | 0012 | Confer with Cleary re: claims procedure motion (.2); review language in proposed order (.4); emails with D. Botter re: same (.1, .1). | 0.80 |
| 02/01/16 | DHB | 0012 | Email communications re: claims procedures. | 0.20 |
| 02/01/16 | AME | 0012 | Correspondence re: order and opinion in SMNP claims litigation (.2). | 0.20 |
| 02/01/16 | AL | 0012 | Analysis of reply briefs in EMEA appeal re: SNMP (.5); correspondence re: same (.2); correspondence re: SNMP subpoenas (.3). | 1.00 |
| 02/02/16 | FSH | 0012 | Analyze issue re: SNMP claims (.2) and correspond with M. Fagen re: same (.2). | 0.40 |
| 02/02/16 | RAJ | 0012 | Telephone call with Debtors' counsel re: motion for revisions to claims procedures (.2); review as-filed motion on claims procedures (.1). | 0.30 |
| 02/02/16 | DHB | 0012 | Email communications re: employee claims correspondence and review of same (.1); email communications re: claim procedures (.1). | 0.20 |
| 02/02/16 | AL | 0012 | Correspondence re: claims inquiry letter and claims procedure motion (.3); review claims (.1). | 0.40 |
| 02/03/16 | FSH | 0012 | Review re: claims issues (.2). Review EMEA brief re: stay appeal re: SNMP claims (.5). | 0.70 |
| 02/03/16 | RAJ | 0012 | Review SNMP adv. docket and pleadings (.6); review briefs of appellees re: order denying Chap. 15 stay to the EMEA debtors (.8, .7). | 2.10 |
| 02/04/16 | RAJ | 0012 | Analyze issues re: SNMP adversary proceeding re: EMEA next steps (.5); review scheduling order and upcoming deadlines (.3). | 0.80 |
| 02/08/16 | FSH | 0012 | Review NNI brief re: SNMP claims on appeal and analyze issues therein (.5); correspond with R. Johnson re: Court ruling on SNMP (.1). | 0.60 |
| 02/08/16 | RAJ | 0012 | Analyze summary judgment decision in SNMP claims adversary proceeding (.6); prepare written analysis of decision and strategic implications (1.6). | 2.20 |
| 02/08/16 | AL | 0012 | Review court decision in SNMP claims adv. proceeding. | 0.50 |
| 02/09/16 | AL | 0012 | Correspondence with team re: claims resolution order. | 0.10 |
| 02/10/16 | FSH | 0012 | Examine response of claimant re: Debtors' objection. | 0.10 |
| 02/10/16 | DHB | 0012 | Review SNMP decision. | 0.50 |
| 02/10/16 | AL | 0012 | Correspondence re: claims settlement procedure (.6); analysis of (.4) and correspondence re: claims objection (.1). | 1.10 |
| 02/11/16 | FSH | 0012 | Review SNMP claims analysis. | 0.10 |
| 02/11/16 | RAJ | 0012 | Review details of SNMP summary judgment decision for report to committee (1.0); telephone call with Debtors' counsel re: SNMP strategy (.2); review discovery schedule (.2). | 1.40 |
| 02/11/16 | DHB | 0012 | Communications re: SNMP claims issues. | 0.10 |

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| 02/15/16 | FSH | 0012 | Examine subpoenas re: SNMP claims. | 0.10 |
| 02/17/16 | FSH | 0012 | Analyze issues in SNMP litigation (.2) and communications with R. Johnson re: same (.2); review EMEA brief and motion re same (.2); correspond with M. Fagen re: same (.1). | 0.70 |
| 02/17/16 | RAJ | 0012 | Review issues re: next steps in SNMP claims adversary proceeding (.4); emails with F. Hodara, K. Kepchar re: decision on cross-motions for partial summary judgment (.3). | 0.70 |
| 02/17/16 | KAK | 0012 | Email from R. Johnson re: decision on summary judgment re: SNMP claims (.2); review same (1.0). | 1.20 |
| 02/17/16 | DHB | 0012 | Emails re: claims issues. | 0.10 |
| 02/17/16 | MCF | 0012 | Review EMEA's answer to complaint and motion for judgment on pleadings re: SNMP claims (.6); emails with team re: same (.2). | 0.80 |
| 02/17/16 | AL | 0012 | Review Debtors' omnibus claims objections (1.1); correspondence re: claims settlement procedure motion (.2). | 1.30 |
| 02/18/16 | FSH | 0012 | Review drafts of three sets of omnibus claims objections pleadings and schedules (.5); communications with M. Fagen and A. Loring re: same (.1). | 0.60 |
| 02/18/16 | RAJ | 0012 | Review EMEA answer and motion for judgment on pleadings in SNMP claims adversary proceeding (.5); review developments in omnibus claims objections and procedures (.3). | 0.80 |
| 02/18/16 | MCF | 0012 | Review draft objections to claims (.6) and emails re: same (.4). | 1.00 |
| 02/19/16 | RAJ | 0012 | Emails with Akin team re: omnibus claims objections. | 0.20 |
| 02/19/16 | AL | 0012 | Review party's claims objections. | 0.50 |
| 02/22/16 | DHB | 0012 | Begin review of SNMP claims brief. | 0.40 |
| 02/23/16 | RAJ | 0012 | Emails re: discovery dispute in SNMP adversary proceeding. | 0.20 |
| 02/23/16 | DHB | 0012 | Continue review of SNMP claims issues and briefing (.3); emails re: discovery conference (.1). | 0.40 |
| 02/24/16 | FSH | 0012 | Communications re: SNMP discovery issues, hearing, next steps. | 0.20 |
| 02/24/16 | RAJ | 0012 | Review docket and filings in EMEA appeal of decision not to stay SNMP third-party proceeding (.5); review EMEA motion for judgment on the pleadings (.7); emails re: claims resolution process (.2). | 1.40 |
| 02/24/16 | DHB | 0012 | Email communications re: continuing SNMP issues. | 0.20 |
| 02/24/16 | MCF | 0012 | Review EMEA reply brief re: SNMP 3d party complaint appeal. | 0.40 |
| 02/24/16 | AL | 0012 | Telephone call with Debtors' counsel re: SNMP discovery dispute (.2); correspondence with Akin team re: same (.1); attention to letter to Judge Stark submitted in SNMP proceeding (.1). | 0.40 |
| 02/25/16 | FSH | 0012 | Examine claims info and BRG analysis (.2); review SNMP scheduling order (.1); review JAs appeal brief re: SNMP claims proceeding (.4); examine info re: SNMP claims litigation (.1). | 0.80 |
| 02/25/16 | RAJ | 0012 | Analyze EMEA reply brief in appeal of SNMP order denying enforcement of stay (.7); further analyze opinion of Bankruptcy Court (.6); review discovery schedule and issues (.5); review email and motion record re: Canadian SNMP litigation (.3). | 2.10 |
| 02/25/16 | MCF | 0012 | Review proposed claims settlement details (.4); communications with Cleary re: same (.1) telephone call with J. Hyland re: same (.2). | 0.70 |
| 02/26/16 | FSH | 0012 | Review EMEA request for oral argument re: SNMP claims. | 0.10 |
| 02/26/16 | RAJ | 0012 | Emails re: Solus and Hain Capital claims settlements. | 0.20 |
| 02/26/16 | AL | 0012 | Review EMEA oral argument request re: SNMP claims (.2); correspondence re: same (.2); correspondence re: claims settlement order (.2); analyze claims settlement proposal (.6). | 1.20 |
| 02/29/16 | FSH | 0012 | Analyze issues raised by SNMP claims appeal (.2); correspond with R. Johnson and D. Botter re: same (.2). | 0.40 |
| 02/29/16 | RAJ | 0012 | Analyze strategic issues re: SNMP claims litigation (1.2); correspond with K. Kepchar re: IP issues in SNMP claims proceeding (.1); review SNMP docket (.5). | 1.80 |
| 02/29/16 | AL | 0012 | Correspondence re: oral argument scheduling for EMEA appeal re: SNMP claims. | 0.30 |

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| 02/03/16 | FSH | 0014 | Review report from Canadian court hearing. | 0.10 |
| 02/08/16 | FSH | 0014 | Examine Canadian court matters and communications with Cassels re: same. | 0.30 |
| 02/18/16 | FSH | 0014 | Review info re: Canadian claims litigation (.2); communications with R. Jacobs, D. Botter re: same (.1); examine Ad Hoc motion for leave (.2). | 0.50 |
| 02/19/16 | FSH | 0014 | Examine motion for sealing order in Canadian proceedings. | 0.10 |
| 02/19/16 | FSH | 0014 | Analyze info from Canadian hearing (.2); communications with Ashursts re: same (.1); review responses of UKP, Monitor and CCC re: leave to appeal (.9). | 1.20 |
| 02/19/16 | AL | 0014 | Review Monitor reports re: Canadian proceedings. | 0.40 |
| 02/25/16 | DHB | 0014 | Email communications re: SNMP Canada issues. | 0.10 |
| 02/11/16 | FSH | 0019 | Review research re: UKP claims (.3); communicate with D. Botter and B. Kahn re: same (.1). | 0.40 |
| 02/11/16 | DHB | 0019 | Email communications re: UK claims. | 0.20 |
| 02/12/16 | FSH | 0019 | Communications with Ashursts, D. Botter, B. Kahn re: UK claims issues (.2); analyze same (.4). | 0.60 |
| 02/12/16 | DHB | 0019 | Further emails re: UK claims. | 0.40 |
| 02/13/16 | BES | 0019 | Review of matters relating to UK claims. | 1.20 |
| 02/17/16 | FSH | 0019 | Review EY report re UK proceedings (.4); communications with Ashursts re: same (.1); review materials re: UK claims and related issues (2.3). | 2.80 |
| 02/17/16 | BES | 0019 | Review of materials relating to various UK claims (1.3, 1.9). | 3.20 |
| 02/17/16 | DHB | 0019 | Begin review of materials re: UK claims. | 1.00 |
| 02/17/16 | DZV | 0019 | Review documentation re: UK claims (3.2); prepare emails re: same (0.4); emails with B. Simonetti re: same (0.2). | 3.80 |
| 02/17/16 | BMK | 0019 | Review UK claim issues. | 1.30 |
| 02/18/16 | FSH | 0019 | Review materials for Ashursts meeting re: UK claims (.3); correspond with B. Simonetti, D. Botter re: same (.2); participate in same (.5). | 1.00 |
| 02/18/16 | BES | 0019 | Review of materials relating to UK claims (1.1); telephone call with counsel re: same (0.8). | 1.90 |
| 02/18/16 | DHB | 0019 | Continue review and analysis of UK claims information (1.2); conference call with Ashursts re: same (.5). | 1.70 |
| 02/18/16 | BMK | 0019 | Attend meeting with Akin and Ashurst teams re: UK claims issues (partial). | 0.60 |
| 02/18/16 | MCF | 0019 | Telephone call with Ashursts re: UK claims (partial). | 0.40 |
| 02/18/16 | AL | 0019 | Telephone call with Ashursts re: UK claims. | 0.50 |
| 02/19/16 | FSH | 0019 | Correspond with D. Botter re: UK claim issue (.1); communications with Ashursts re: same (.2); telephone call with Cleary re: same (.9). | 1.20 |
| 02/19/16 | DHB | 0019 | Review UK status report (.7); emails re: same (.1) (.1). | 0.90 |
| 02/23/16 | DHB | 0019 | Consider UK claims issues (.2); emails re: same (.2). | 0.40 |
| 02/26/16 | FSH | 0019 | Review and analyze info from Ashursts re: claims administration (.1) communications between D. Botter and Ashursts re: same (.1); review Ashrursts note re: French proceeding (.1); review reports of JAs and of Conflicts Administrator (.4). | 0.70 |
| 02/29/16 | FSH | 0019 | Communications with Ashursts re: claims analysis (.1); review same (.2). | 0.30 |
| 02/29/16 | DHB | 0019 | Emails re: UK claims issues. | 0.10 |
| 02/01/16 | FSH | 0029 | Communications with A. Qureshi and R. Johnson re: allocation appeal brief and analyze aspects of draft (.5); review advisor decks re: recovery scenarios (1.8); correspond with D. Botter re: proposal and follow up re: same (.5); telephone call with R. Johnson re: same (.2). | 3.00 |
| 02/01/16 | RAJ | 0029 | Edit draft allocation appeal reply brief in allocation appeal (4.2, 2.7, 1.4); correspond with N. Stabile re: next steps (.3); confer with F. Hodara re: discussions with committee (.2); confer with C. Weinreb, A. Evans re: additional research for brief (.3). | 9.10 |
| 02/01/16 | JYY | 0029 | Review allocation correspondence. | 0.20 |
| 02/01/16 | AME | 0029 | Review drafts and revisions of allocation appeal reply brief (2.0); review | 5.60 |

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| | | | relevant research and documents together with drafts (2.9); meet with R. Johnson and C. Weinreb re: same (.3); correspond with N. Stabile re: same (.4). | |
| 02/01/16 | CIW | 0029 | Conduct legal research and draft summary for team (8.8); meet with R. Johnson and A. Evans re: allocation appeal reply brief (0.3). | 9.10 |
| 02/01/16 | NPS | 0029 | Review and summarize caselaw for allocation appellate brief. | 4.90 |
| 02/02/16 | FSH | 0029 | Correspond with D. Botter re: allocation next steps. | 0.30 |
| 02/02/16 | RAJ | 0029 | Review edits and comments from J. Chen to draft allocation appeal brief (.8); review comments from B. Kahn (.3); edits to draft reply brief to reconcile comments (1.5, .8); further edits to draft brief (3.2, 1.7, 2.0); telephone call with A. Qureshi re: further revisions (.5); additional revisions (.6). | 11.40 |
| 02/02/16 | AQ | 0029 | Review and edit draft allocation appeal reply (2.8); telephone call with R. Johnson re: reply (.5). | 3.30 |
| 02/02/16 | BMK | 0029 | Review and comment on draft allocation appeal reply brief. | 1.80 |
| 02/02/16 | JYY | 0029 | Review allocation updates. | 0.10 |
| 02/02/16 | AME | 0029 | Research related to allocation appeal reply brief (2.3); correspond with N. Stabile, C. Weinreb re: same (.2); review B. Kahn and J. Chen comments on draft reply brief (.2); correspondence re: same (.2). | 2.90 |
| 02/02/16 | CIW | 0029 | Conduct legal research and summarize cases re: allocation appeal (3.3); review draft for reply allocation appeals brief (3.3). | 6.60 |
| 02/02/16 | NPS | 0029 | Review and summarize caselaw for allocation appellate brief (3.6); communication with R. Johnson, A. Evans and C. Weinreb re: same (.3). | 3.90 |
| 02/02/16 | ZJC | 0029 | Review and comment on draft of district court allocation appeal reply brief. | 4.40 |
| 02/03/16 | FSH | 0029 | Analyze allocation concept (.6); confer with D. Botter re: same (.1); telephone call with party and D. Botter re: same (.5); communications with D. Botter, A. Qureshi, R. Johnson re: allocation appeal brief (3.0); examine reports re: pending issue (.2); follow-up re: publication of briefs (.1); review draft reply brief and aspects of bankruptcy court decision and case law in connection with same (2.0) and outline comments (2.4). | 8.90 |
| 02/03/16 | RAJ | 0029 | Confer with D. Botter re: allocation mediation issue (.1); analyze additional caselaw for allocation reply brief (2.4, 1.1); emails with litigation team re: additional caselaw (.3, .2); edits to draft brief (2.5). | 6.60 |
| 02/03/16 | AQ | 0029 | Review and analyze comments to draft allocation Reply brief. | 0.70 |
| 02/03/16 | DHB | 0029 | Office conferences with F. Hodara, R. Johnson and A. Loring re: allocation appeal (.1) (.1) (.1); telephone call with party and F. Hodara re: same (.5); work on allocation appeal brief and redraft of same (3.0); begin review of F. Hodara comments to same and emails re: same (.3). | 4.10 |
| 02/03/16 | BMK | 0029 | Review updated draft of allocation appeal reply brief and comments to same. | 0.80 |
| 02/03/16 | JYY | 0029 | Review allocation updates. | 0.10 |
| 02/03/16 | AME | 0029 | Correspondence with Litigation and FRS teams re: allocation appeal meeting (.3); review revised draft of reply brief together with relevant documents and comments from team (1.8). | 2.10 |
| 02/03/16 | CIW | 0029 | Review drafts and comments on allocation appeals reply brief. | 0.60 |
| 02/03/16 | NPS | 0029 | Review and edit allocation appellate brief (3.0); communication with R. Johnson, A. Evans and C. Weinreb re: same (.9). | 3.90 |
| 02/03/16 | ZJC | 0029 | Review updated draft of allocation appeal reply brief. | 0.60 |
| 02/03/16 | AL | 0029 | Prepare for allocation appeal reply brief meeting (.3); confer with D. Botter re: same (.1). | 0.40 |
| 02/04/16 | FSH | 0029 | Communications with Milbank and Cleary re: allocation appeal briefs (.1); correspond with R. Johnson, B. Kahn, D. Botter, A. Qureshi re: briefs (.6); work on committee brief (.6); commence review of bondholder draft and analyze aspects of same (.9); meet with brief team (2.1). | 4.30 |
| 02/04/16 | RAJ | 0029 | Emails with litigation team re: allocation appellate reply brief (.2, .1); | 8.20 |

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| | | | review bondholder group draft reply brief (.7); emails with Debtors' counsel and bondholder group counsel re: reply briefing (.2); meeting with F. Hodara, D. Botter, J. Chen, A. Qureshi re: reply brief (2.1); edits to draft brief (2.8, 1.7); planning for oral argument (.4). | |
| 02/04/16 | AQ | 0029 | Review and analyze comments to allocation appeal reply (.7); team meeting re: reply (partial) (1.4). | 2.10 |
| 02/04/16 | DHB | 0029 | Substantial allocation appeal brief re-writes (4.2); meet with team re: same (2.1). | 6.30 |
| 02/04/16 | BMK | 0029 | Review updated draft of allocation appeal reply brief (1.0) and comments to same (.2). | 1.20 |
| 02/04/16 | KMR | 0029 | Update re: status of the allocation case. | 0.40 |
| 02/04/16 | AME | 0029 | Meet with F. Hodara, D. Botter, A. Qureshi, R. Johnson, J. Chen, N. Stabile, A. Loring re: allocation appeal reply brief drafting (2.1); prepare for meeting (.3); confer and correspond with N. Stabile and C. Weinreb re: appeal reply brief drafting and related tasks (.6); review party reply draft brief (1.2); review team comments to draft reply brief and correspondence re: same (.3). | 4.50 |
| 02/04/16 | CIW | 0029 | Attend team meeting re: allocation appeal reply brief (2.1); review drafts of reply briefs and comments (1.2); conduct legal research for reply brief (2.5). | 5.80 |
| 02/04/16 | NPS | 0029 | Team meeting with F. Hodara, D. Botter, A. Qureshi, R. Johnson, and others re: allocation appellate brief (2.1); review and edit appellate brief (1.4). | 3.50 |
| 02/04/16 | ZJC | 0029 | Review D. Botter and F. Hodara comments on allocation appeal reply brief draft and researching authorities in response (1.5); meeting with Nortel team to discuss reply brief (2.1) | 3.60 |
| 02/04/16 | AL | 0029 | Prepare for meeting on allocation appeal reply brief (.7); attend same (2.1). | 2.80 |
| 02/05/16 | FSH | 0029 | Telephone call with Cassels re: allocation issues (.1); review and edit revised allocation appeal brief (1.8); review comments and issues raised with respect to draft (.5); continue review of bondholder draft (.6). | 3.00 |
| 02/05/16 | RAJ | 0029 | Restructure and revise allocation appeal draft reply brief (2.7, 1.5); analyze additional issues for reply (1.4); multiple emails with litigation team re: analysis and next steps (.4, .3); telephone call with J. Chen re: drafting issues (.2); draft additional sections of brief (1.6). | 8.10 |
| 02/05/16 | AQ | 0029 | Review and analyze revised allocation appeal reply brief and emails re: same. | 1.80 |
| 02/05/16 | DHB | 0029 | Review of multiple drafts and comments of allocation appeal brief (2.0); emails re: same (.3). | 2.30 |
| 02/05/16 | AME | 0029 | Review team comments and revisions to draft reply allocation appeal brief (.4); correspond with litigation team re: same (.4); review revised draft of reply brief together with comments from team (2.0); correspondence re: same (.8). | 3.60 |
| 02/05/16 | CIW | 0029 | Review drafts of allocation appeal reply brief (1.3); conduct legal research for allocation appeal reply brief (0.8); correspond with N. Stabile re: reply brief (0.3). | 2.40 |
| 02/05/16 | NPS | 0029 | Review and edit allocation appellate brief including reviewing caselaw (5.4); communication with R. Johnson and J. Chen re: comments to brief (0.3). | 5.70 |
| 02/05/16 | ZJC | 0029 | Review drafts and additional comments of allocation appeal reply brief (2.1); telephone call with R. Johnson re: same (.2). | 2.30 |
| 02/07/16 | AQ | 0029 | Review and analyze draft party allocation reply. | 1.60 |
| 02/07/16 | DHB | 0029 | Begin review of party allocation reply brief. | 0.50 |
| 02/08/16 | FSH | 0029 | Provide comments on allocation appeal party brief (.1); review party draft and comment thereon (6.4); communications with B. Kahn, D. Botter, R. Johnson re: same (.3). | 6.80 |
| 02/08/16 | RAJ | 0029 | Further analyze and provide comments on bondholder group draft | 8.70 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  
Bill Number: 1650346

Page 10  
03/28/16

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| | | | allocation appeal reply brief (1.2); review and comment on party draft reply brief (1.7, 1.1); analyze additional caselaw for reply brief (1.4); further edits to draft brief (1.5, 1.3); multiple emails with litigation team re: same (.3, .2). | |
| 02/08/16 | AQ | 0029 | Review and analyze comments to party allocation appeal brief (1.7) and emails re: same (.2). | 1.90 |
| 02/08/16 | DHB | 0029 | Extensive review of Debtors' draft allocation appeal reply brief (2.8); extensive emails with team re: comments thereto (.5) (.1). | 3.40 |
| 02/08/16 | BMK | 0029 | Review and comment on draft allocation appellate reply briefs. | 2.10 |
| 02/08/16 | KMR | 0029 | Review allocation appeal reply briefs. | 1.20 |
| 02/08/16 | AME | 0029 | Research related to reply allocation appeal briefs, draft findings (2.5); correspond with R. Johnson, N. Stabile, C. Weinreb re: same (.5); correspondence with team re: comments to party's draft reply brief (.8). | 3.80 |
| 02/08/16 | CIW | 0029 | Review party's draft allocation appeal reply brief (0.6); review and summarize cases cited in party's draft reply brief (1.3). | 1.90 |
| 02/08/16 | NPS | 0029 | Draft allocation appellate brief (0.5); compile comments to briefs (0.9); summarize caselaw (1.1). | 2.50 |
| 02/09/16 | FSH | 0029 | Review comments of A. Qureshi and R. Johnson to draft Debtor allocation appeal brief and analyze issues raised therein and next steps (1.3); review comments to committee brief (.5); analyze issue and draft re: same (.8); communications with R. Johnson re: edits and further work on same (.5); confer with A. Qureshi re: briefs (.3); confer with party re: pending issues (.3). | 3.70 |
| 02/09/16 | RAJ | 0029 | Edits to allocation appeal reply brief (1.3); analyze caselaw in party draft reply brief (1.0); correspondence with N. Stabile, A. Evans re: briefing issues (.4); develop follow-up points (.3); further analyze issues for reply brief (1.2, .6); further analyze issues re: party reply brief (.8, .5); emails with A. Qureshi (.2); emails with committee member re: reply briefing (.2); further edits to reply brief (1.7, .4). | 8.60 |
| 02/09/16 | AQ | 0029 | Confer with F. Hodara re: comments to draft allocation appeal reply. | 0.30 |
| 02/09/16 | DHB | 0029 | Continue consideration of party' draft allocation appeal brief and issues arising therefrom (.5); further review of bonds draft brief (.4). | 0.90 |
| 02/09/16 | KMR | 0029 | Continue review of draft allocation appeal reply briefs. | 1.50 |
| 02/09/16 | AME | 0029 | Correspond with R. Johnson and N. Stabile re: draft allocation appeal reply brief tasks and revisions (.8); review party draft brief and comments from team (2.5); communicate with N. Stabile, C. Weinreb re: draft reply brief tasks and revisions (.4); review trial record for citations in reply brief (.3); correspond with R. Johnson re: same (.2); review and revise draft reply brief (2.3). | 6.50 |
| 02/09/16 | CIW | 0029 | Review and summarize cases for allocation appeal reply brief (1.8); review Party draft reply brief (2.6); review correspondence from litigation team re: reply brief (0.8). | 5.20 |
| 02/09/16 | NPS | 0029 | Communication with R. Johnson and A. Evans re: allocation appellate brief (0.7); revise same (4.6); communication with A. Evans re: same (0.5); communication with B. Gifford re: cite check (0.2). | 6.00 |
| 02/09/16 | ZJC | 0029 | Review and comment on party draft of district court allocation appeal reply brief. | 4.80 |
| 02/09/16 | BRG | 0029 | Cite-check and edit allocation appeal brief (1.6); correspond with N. Stabile re: same (.1). | 1.70 |
| 02/10/16 | FSH | 0029 | Review materials for meeting re: allocation briefs (.2); attend same with A. Qureshi, R. Johnson, D. Botter, B. Kahn, J. Chen (.8); telephone call with party re: briefs (.7); correspond with R. Johnson, A. Qureshi and D. Botter re: next steps on briefs (.2); work on aspects of brief (.8); communications with D. Botter, B. Kahn re: sale issue (.3); communications with R. Johnson, D. Botter, B. Kahn re: brief issue (.3); review suggested draft revisions and communications re: same with B. Kahn (1.0). | 4.30 |

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| 02/10/16 | RAJ | 0029 | Further analyze Debtors' draft allocation appeal reply brief and comments thereto (1.4, .7); meeting with A. Qureshi, D. Botter, B. Kahn and J. Chen re: party draft brief (.8); telephone call with party counsel to discuss reply briefs (.7); analyze issues for reply brief (1.4); further edits to committee reply brief (2.6, 2.1); review and comment on party draft reply brief (.5); emails from/to party counsel (.1); review and comment on party draft brief (.8); emails with Akin team re: various drafts (.2). | 11.30 |
| 02/10/16 | AQ | 0029 | Confer with team re: comments to party allocation appeal reply (.8); telephone call with party re: draft reply (.7); review and analyze further edits to reply (.5); correspond with R. Johnson re: reply (.2). | 2.20 |
| 02/10/16 | DHB | 0029 | Review allocation appeal brief comments to prepare for internal meeting (.8); internal senior team meeting re: same (.8); follow-up call with party re: same (.7); emails re: continuing comments (.2) (.3) and drafting changes (.3); begin review of party's new draft (.5). | 3.60 |
| 02/10/16 | BMK | 0029 | Attend meeting re: allocation appellate brief (.8) and telephone call with party re: same (.7); review draft appellate reply briefs (1.8). | 3.30 |
| 02/10/16 | JYY | 0029 | Review correspondence re: allocation appeal reply brief and updates re: same. | 0.30 |
| 02/10/16 | KMR | 0029 | Continue review of draft allocation appeal briefs. | 1.30 |
| 02/10/16 | AME | 0029 | Review comments and correspondence re: draft allocation appeal reply brief (.3); communicate with N. Stabile and C. Weinreb re: status of reply brief (.3); review and revise draft reply brief, communicate with R. Johnson re: same (2.5). | 3.10 |
| 02/10/16 | CIW | 0029 | Review correspondence from litigation team re: proposed revisions to allocation appeal reply brief. | 0.60 |
| 02/10/16 | NPS | 0029 | Revise allocation appellate brief (3.9) and communication with R. Johnson, A. Evans, and C. Weinreb re: same (.2). | 4.10 |
| 02/10/16 | ZJC | 0029 | Discussion of party allocation appeal reply brief comments with Akin attorneys (.8); review of draft of committee reply brief circulated to committee and party reply brief draft (1). | 1.80 |
| 02/10/16 | BRG | 0029 | Cite-check and edit allocation appeal brief (2.8); correspond with N. Stabile re: same (.1). | 2.90 |
| 02/11/16 | FSH | 0029 | Review revised draft of committee allocation appeal brief and comment on same (2.8); confer with R. Johnson, A. Qureshi re: same (.3); telephone call A. Qureshi re: comments (.1); correspond with R. Johnson, D. Botter re: exchange of briefs (.2); review drafts of other parties (1.3). | 4.70 |
| 02/11/16 | RAJ | 0029 | Further analyze draft briefs of all allocation appellants (1.3); analyze issues for reply brief (1.5); multiple emails and short telephonic calls with Akin team re: cite-checking (.3, .2); review record on appeal for specific factual assertions (.7, .4); correspond with C. Weinreb re: record on appeal (.2); telephone call with Delaware counsel C. Samis re: appellate briefing (.2); telephone call and emails with party counsel re: reply briefing (.1, .1, .2); review party draft brief (.4); further edits to committee brief (1.3). | 6.90 |
| 02/11/16 | AQ | 0029 | Review and analyze party allocation appeal brief (.4); telephone call with party re: Reply (.2); review and analyze revised party Reply (.9); review and analyze draft Reply (.5); review and analyze draft party Reply (.3); correspond with R. Johnson re: Reply (.2); telephone call with F. Hodara re: comments (.1). | 2.60 |
| 02/11/16 | DHB | 0029 | Review new draft of party allocation reply brief (1.2); communications re: party brief (.1); review party draft brief (.8). | 2.10 |
| 02/11/16 | BMK | 0029 | Review of allocation reply brief and comments to same (1.3); review of draft reply briefs from other parties (1.6). | 2.90 |
| 02/11/16 | AME | 0029 | Correspond with F. Hodara, A. Qureshi, D. Botter, R. Johnson, B. Kahn, A. Loring about allocation appeal reply brief (.3); review and revise draft reply brief, including conduct citechecking for reply brief (3.0); | 4.60 |

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| | | | correspond with R. Johnson, N. Stabile, C. Weinreb, B. Gifford, K. Arnold re: same (.5); correspondence with FR and lit teams re: revisions to and comments on draft reply briefs (.8) | |
| 02/11/16 | CIW | 0029 | Search for citations from the factual record and draft language for the allocation appeal reply brief. | 4.10 |
| 02/11/16 | NPS | 0029 | Revise allocation appellate brief (6.0) and communication with R. Johnson, A. Evans and C. Weinreb re: same (.3); communication with M. Gyure and K. Arnold re: same (0.9). | 7.20 |
| 02/11/16 | ZJC | 0029 | Review allocation appeal reply brief and new party draft reply brief. | 1.30 |
| 02/11/16 | BRG | 0029 | Cite check and edit allocation appeal brief (3.7); correspond with N. Stabile, A. Evans and R. Johnson re: same (.3). | 4.00 |
| 02/11/16 | AL | 0029 | Correspondence with C. Weinreb re: allocation issues. | 0.20 |
| 02/11/16 | KA | 0029 | Review, run and edit table of content and table of authority in advance of filing allocation appeal brief. | 2.00 |
| 02/12/16 | FSH | 0029 | Examine comments re: third-party allocation appeal brief (.2); continue review of draft briefs of Appellants and commenting thereon (1.3); communications with party re: same (2.); communications with A. Qureshi, R. Johnson re: same (.4); work on finalization of committee brief, review of comments thereto and of revisions (1.9); emails re: party brief (.5); numerous communications re: finalized and served briefs and next steps (.5). | 5.00 |
| 02/12/16 | RAJ | 0029 | Provide comments to party counsel re: reply allocation appeal brief (.2); review further edits by F. Hodara to reply brief (.4); email re: allocation issues (.1); further edits to committee reply brief (2.8, 2.3); draft email to Debtors' counsel with comments to draft (.3); review and comment on party draft brief (.2); further emails to/from party counsel re: appeals (.3); multiple calls and emails with Akin Litigation team re: issues arising during final cite-checking (.3, .2, .3); coordinate argument logistics with Delaware counsel (.2); review Third Circuit caselaw (1.2); multiple emails re: final briefs served by other parties (.3). | 9.10 |
| 02/12/16 | AQ | 0029 | Final review and edit of allocation appeal reply brief (.9); correspond with R. Johnson re: Reply (.3); emails re: party Reply (.2); emails re: party and Bondholder Reply (.2). | 1.60 |
| 02/12/16 | DHB | 0029 | Review NNSA draft allocation appeal brief (.8); draft comments email to team re: same (.2); review current draft of committee reply (1.2) and changes thereto (.4) (.2); extensive communications re: same (.4); extensive communications re: Debtors' reply (.4). | 3.60 |
| 02/12/16 | BMK | 0029 | Review final draft of allocation appeal reply brief (0.8); review draft party brief (0.3). | 1.10 |
| 02/12/16 | JYY | 0029 | Review allocation appeal reply briefs. | 0.90 |
| 02/12/16 | MCF | 0029 | Overview of allocation apellate briefs served by parties (.6); review and revise cover note re: same (.3) and send to committee (.1). | 1.00 |
| 02/12/16 | AME | 0029 | Review and revise reply brief and prepare for filing (5.0); correspond with R. Johnson, N. Stabile, C. Weinreb, B. Gifford re: same (.3); correspondence with Litigation and FRS teams re: same (.4). | 5.70 |
| 02/12/16 | CIW | 0029 | Revise and prepare allocation appeal reply brief for filing. | 5.10 |
| 02/12/16 | NPS | 0029 | Revise allocation appellate brief (6.0) and communication with R. Johnson, A. Evans and C. Weinreb re: same (.2); communication with B. Gifford re: same (0.3). | 6.50 |
| 02/12/16 | BRG | 0029 | Cite-check and edit allocation appellate reply brief (3.0); draft and edit TOA re: same (.2); correspond with A. Evans, C. Weinreb, N. Stabile, K. Arnold and R. Johnson re: same (1.0). | 4.20 |
| 02/12/16 | AL | 0029 | Correspondence re: allocation appeal reply briefs (.4); review same (.7). | 1.10 |
| 02/13/16 | FSH | 0029 | Commence review of final versions of allocation appeal briefs. | 1.30 |
| 02/14/16 | RAJ | 0029 | Analyze party allocation appeal brief in response to party cross-appeals. | 1.00 |
| 02/15/16 | FSH | 0029 | Correspondence re: allocation appeal briefs (.2); review UKP brief, analyze issues therein (.5) and communications with R. Johnson re: | 1.20 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE    Page 13
Bill Number: 1650346    03/28/16

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| | | | same (.5). | |
| 02/15/16 | RAJ | 0029 | Analyze allocation appellate issues for oral argument (.5); emails from/to F. Hodara re: appeal (.4). | 0.90 |
| 02/15/16 | AME | 0029 | Team correspondence re: allocation appeal reply briefs. | 0.20 |
| 02/16/16 | FSH | 0029 | Analyze issues for allocation appeal oral argument (.6); communications with B. Kahn, D. Botter and R. Johnson re: same (.3); review reply brief (.5). | 1.40 |
| 02/16/16 | RAJ | 0029 | Further analyze allocation appellate issues developed in briefs (.5); multiple emails with Akin team re: appellate issues (.5). | 1.00 |
| 02/16/16 | DHB | 0029 | Review and consider party allocation appeal reply brief (.7); emails re: same and consider arguments related thereto (.4). | 1.10 |
| 02/16/16 | AME | 0029 | Review allocation appellant reply briefs (1.0); team correspondence re: reply briefs (.3). | 1.30 |
| 02/16/16 | CIW | 0029 | Correspond with team members re: allocation appeal reply briefs and oral arguments. | 0.10 |
| 02/17/16 | FSH | 0029 | Follow-up re: posting of allocation appeal briefs (.1); confer with D. Botter re: next steps (.2); prepare outline of reply briefs for committee (.8); review party brief (.7); analyze waiver and jurisdictional issues (.7). | 2.50 |
| 02/17/16 | RAJ | 0029 | Emails with Akin team re: allocation appellate briefs and next steps. | 0.20 |
| 02/17/16 | DHB | 0029 | Email communications re: posting of allocation appeal briefs (.1); office conference with F. Hodara re: appellate argument (.2); continue review of briefs (2.2). | 2.50 |
| 02/17/16 | JYY | 0029 | Review correspondence re: allocation appeal. | 0.10 |
| 02/17/16 | CIW | 0029 | Review allocation cross appeal brief. | 0.30 |
| 02/18/16 | FSH | 0029 | Respond to inquiry of creditor re: allocation issue (.1); telephone call C. Kearns re: pending issues (.2); emails with M. Fagen re: posting of allocation appeal briefs (.1); review briefs for follow-up issues (1.8). | 2.20 |
| 02/18/16 | RAJ | 0029 | Correspondence re: allocation appellate research. | 0.20 |
| 02/18/16 | DHB | 0029 | Review reports on Swift guarantee appeal and emails re: same (.4); emails re: same (.1); continue review of allocation appeal briefing and consider next steps (.7). | 1.20 |
| 02/18/16 | CIW | 0029 | Review allocation appeal reply briefs filed by other parties. | 0.50 |
| 02/19/16 | FSH | 0029 | Outline next steps and other issues for allocation meeting with D. Botter and C. Kearns (.3); correspond with D. Botter re: same (.2); meet with C. Kearns and D. Botter re: hearing, issues (1.5); communications with M. Fagen, C. Samis re: posting (.1); examine corrections to party brief (.1); communications party re: inquiry re: allocation (.4). | 2.60 |
| 02/19/16 | DHB | 0029 | Review reports re: Canadian allocation appellate arguments (.3); emails re: same (.1); meet with F. Hodara and C. Kearns re: appellate arguments (partial) (1.0); conference call with party re: same (.8); emails re: appellate argument (.2); continue review of portions of brief and consider oral argument issues (.6). | 3.00 |
| 02/19/16 | JYY | 0029 | Review correspondence re: allocation appeals. | 0.10 |
| 02/19/16 | MCF | 0029 | Emails re: public posting of allocation appellate briefs. | 0.20 |
| 02/19/16 | AME | 0029 | Attention to docket alerts re: allocation appeal reply briefs. | 0.20 |
| 02/22/16 | AQ | 0029 | Emails re: allocation appeal. | 0.20 |
| 02/23/16 | RAJ | 0029 | Emails with Ashurst and Akin teams re: issues in allocation dispute (.3); emails re: preparation for oral argument of appeal (.2). | 0.50 |
| 02/24/16 | FSH | 0029 | Communications with D. Botter, and B. Kahn re: mediation. | 0.10 |
| 02/24/16 | RAJ | 0029 | Multiple emails with Akin team re: mediation process (.3); review research materials on allocation appellate issues (.5, .3); multiple emails with Akin / WTP teams re: same (.2, .1); review prior appellate decisions (1.8). | 3.20 |
| 02/24/16 | DHB | 0029 | Review C. Samis chart re: allocation appeal and emails re: same (.4) (.1); review and consider emails re: same (.5). | 1.00 |
| 02/24/16 | AME | 0029 | Team correspondence re: Third Circuit appeals chart. | 0.20 |
| 02/24/16 | AL | 0029 | Review precedent in allocation appeal. | 0.50 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE                                            Page 14
Bill Number: 1650346                                                                03/28/16

| Date | Tkpr | Task | Description | Hours |
|---|---|---|---|---|
| 02/25/16 | FSH | 0029 | Communications with Cleary, D. Botter re: mediation (.1); review appeal analysis (.3); examine Whiteford note re: Third Circuit procedure (.1). | 0.50 |
| 02/25/16 | RAJ | 0029 | Analyze appellate caselaw in connection with allocation appeal (1.7); multiple emails with Akin and WTP teams re: oral argument (.2, .1, .1); follow up re: analysis of prior appeals (.4); emails with Debtors' counsels re: allocation appeal oral argument (.2). | 2.70 |
| 02/25/16 | DHB | 0029 | Email communications re: mediation (.1); email communications re: allocation appeal oral argument (.1) (.1) (.1). | 0.40 |
| 02/25/16 | JYY | 0029 | Review correspondence and information re: allocation mediation/appeals. | 0.40 |
| 02/25/16 | AME | 0029 | Research and review Judge Gross appeals before Judge Stark (.3); correspond with R. Johnson re: same (.1); telephone call and correspondence with C. Samis re: same (.2); team correspondence re: logistics of allocation appeal oral argument (.3). | 0.90 |
| 02/26/16 | RAJ | 0029 | Analyze valuation materials in preparation for allocation appeal oral argument (1.8, 1.4); telephone call with C. Samis re: appellate briefing and oral argument (.2); telephone call with vendor re: hyperlinked briefs (.2); correspond with B. Gifford re: materials for hyperlinked briefs (.2, .1). | 3.90 |
| 02/26/16 | DHB | 0029 | Review EMEA request for allocation appeal oral argument (.1); email communications re: appellate issues on allocation (.2). | 0.30 |
| 02/26/16 | AME | 0029 | Team correspondence re: logistics for allocation appeal oral argument, hyperlinked briefs. | 0.30 |
| 02/26/16 | BRG | 0029 | Correspond with R. Johnson re: upcoming allocation task. | 0.10 |
| 02/29/16 | FSH | 0029 | Analyze issues raised by party for allocation appeal oral argument (3.6); examine reports re: allocation (.2); communications with party, R. Johnson, A. Qureshi, D. Botter re: allocation appeal oral argument (.3); analyze same (.2). | 4.30 |
| 02/29/16 | RAJ | 0029 | Review appellate caselaw in preparation for allocation appeal oral argument (1.5, 1.3); multiple emails with Akin, WTP, party teams re: oral argument (.3, .2); follow up with vendor re: hyperlinked appellate briefs (.2, .2). | 3.70 |
| 02/29/16 | DHB | 0029 | Email communications re: allocation appellate argument issues and timing (.2) (.2); correspondence with F. Hodara and R. Johnson re: same (.2). | 0.60 |
| 02/29/16 | MCF | 0029 | Review recent articles re: case/allocation. | 0.20 |
| 02/29/16 | AL | 0029 | Review articles re: status of the allocation appeal (.2); correspondence re: same (.1). | 0.30 |
| 02/12/16 | AL | 0030 | Correspondence re: posting of allocation briefs on committee website. | 0.20 |
| 02/18/16 | AL | 0030 | Correspondence re: posting of allocation briefs on committee website. | 0.20 |
| 02/19/16 | AL | 0030 | Prepare briefs for posting of allocation briefs on committee website (.3); correspondence re: same (.3). | 0.60 |

                                                         Total Hours                 555.10

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| F S HODARA | 82.60 | at | $1325.00 | = | $109,445.00 |
| R A JOHNSON | 122.90 | at | $1050.00 | = | $129,045.00 |
| K A KEPCHAR | 1.20 | at | $890.00 | = | $1,068.00 |
| B E SIMONETTI | 6.30 | at | $1000.00 | = | $6,300.00 |
| A QURESHI | 19.50 | at | $1175.00 | = | $22,912.50 |
| D H BOTTER | 48.00 | at | $1220.00 | = | $58,560.00 |
| B M KAHN | 17.50 | at | $900.00 | = | $15,750.00 |
| K M ROWE | 4.40 | at | $860.00 | = | $3,784.00 |
| J Y YECIES | 2.20 | at | $785.00 | = | $1,727.00 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE
Bill Number: 1650346

Page 15
03/28/16

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Z  CHEN | 18.80 | at | $700.00 | = | $13,160.00 |
| M C  FAGEN | 20.10 | at | $690.00 | = | $13,869.00 |
| A M  EVANS | 47.30 | at | $580.00 | = | $27,434.00 |
| C I  WEINREB | 43.60 | at | $580.00 | = | $25,288.00 |
| N P  STABILE | 48.20 | at | $740.00 | = | $35,668.00 |
| A  LORING | 47.50 | at | $455.00 | = | $21,612.50 |
| D Z  VIRA | 3.80 | at | $550.00 | = | $2,090.00 |
| D  KRASA-BERSTELL | 3.50 | at | $350.00 | = | $1,225.00 |
| B R  GIFFORD | 12.90 | at | $215.00 | = | $2,773.50 |
| S A  D'ADDESE | 2.80 | at | $225.00 | = | $630.00 |
| K  ARNOLD | 2.00 | at | $325.00 | = | $650.00 |

Current Fees                                                                                    $492,991.50

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---|
| Computerized Legal Research - Lexis | $300.83 |
| Computerized Legal Research - Westlaw | $633.55 |
| Courier Service/Messenger Service- Off Site | $93.49 |
| Duplication - Off Site | $10.00 |
| Duplication - In House | $642.90 |
| Document Production - In House | $46.80 |
| Meals - Business | $140.05 |
| Meals (100%) | $1,086.38 |
| Audio and Web Conference Services | $4,800.00 |
| Travel - Ground Transportation | $60.20 |

Current Expenses                                                                                $7,814.20

**Total Amount of This Invoice**                                                **$500,805.70**

**Prior Balance Due**                                                                $730,600.91

**Total Balance Due Upon Receipt**                                       $1,231,406.61