# EXHIBIT C

**DISBURSEMENT SUMMARY**
**FEBRUARY 1, 2016 THROUGH FEBRUARY 29, 2016**

| | |
|---|---:|
| Computerized Research, Corporate Service Fees & PACER Charges | $934.38 |
| Duplication – In House | $642.90 |
| Duplication – Off Site | $10.00 |
| Courier Service | $93.49 |
| Document Production – In House | $46.80 |
| Meals (100%) | $1,086.38 |
| Meals – Business | $140.05 |
| Audio and Web Conference Services | $4,800.00 |
| Travel – Ground Transportation | $60.20 |
| **TOTAL** | **$7,814.20** |