# EXHIBIT D



| | |
|---|---|
| NORTEL NETWORKS INC. CREDITORS COMMITTEE<br>ATTN: JOHN  DOLITTLE<br>2221 LAKESIDE BOULEVARD<br>RICHARDSON, TX  75082 | Invoice Number   1650346<br>Invoice Date       03/28/16<br>Client Number       687147<br>Matter Number         0001 |

Re: CHAPTER 11

FOR PROFESSIONAL SERVICES RENDERED THROUGH  02/29/16 :

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | | Value |
|---|---|---|
| 01/20/16 | Duplication - Off Site  VENDOR: DAVID H. BOTTER INVOICE#: 1130525202190001 DATE: 2/19/2016 Hotel - Duplicating, 01/20/16, Printing charges at hotel re: Nortel work., Windsor Court Hotel | $10.00 |
| 01/29/16 | Courier Service/Messenger Service- Off Site  VENDOR: UNITED PARCEL SERVICE INVOICE#: 000002E52E056A DATE: 1/30/2016 TRACKING #: 1Z02E52E4455712026; PICKUP DATE: 01/29/2016; SENDER: David Botter/jm; RECEIVER: Unknown - David H. Botter; | $1.40 |
| 01/29/16 | Courier Service/Messenger Service- Off Site  VENDOR: UNITED PARCEL SERVICE INVOICE#: 000002E52E056A DATE: 1/30/2016 TRACKING #: 1Z02E52E4455712026; PICKUP DATE: 01/29/2016; SENDER: David Botter/jm; RECEIVER: Unknown - David H. Botter; | $3.65 |
| 01/29/16 | Courier Service/Messenger Service- Off Site  VENDOR: UNITED PARCEL SERVICE INVOICE#: | $13.19 |

| Date | Description | Amount |
|---|---|---|
| 01/29/16 | 000002E52E056A DATE: 1/30/2016 TRACKING #: 1Z02E52E4455712026; PICKUP DATE: 01/29/2016; SENDER: David Botter/jm; RECEIVER: Unknown - David H. Botter; Courier Service/Messenger Service- Off Site  VENDOR: UNITED PARCEL SERVICE INVOICE#: 000002E52E056A DATE: 1/30/2016 TRACKING #: 1Z02E52E4455712026; PICKUP DATE: 01/29/2016; SENDER: David Botter/jm; RECEIVER: Unknown - David H. Botter; | $16.00 |
| 02/01/16 | Computerized Legal Research - Westlaw User: WEINREB,CARLY Date: 2/1/2016 AcctNumber: 1000193694 ConnectTime: 0.0 | $295.65 |
| 02/02/16 | Travel - Ground Transportation VENDOR: ANTHONY LORING INVOICE#: 1116168102052202 DATE: 2/5/2016 Taxi/Car Service/Public Transport, 02/02/16, Late taxi home after working on preparing the Nortel Fee Application., Uber | $19.44 |
| 02/02/16 | Computerized Legal Research - Westlaw User: EVANS,ANNIE Date: 2/2/2016 AcctNumber: 1000193694 ConnectTime: 0.0 | $126.71 |
| 02/02/16 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: 1663MK  CUI; Charge Type: DOCUMENT PRINTING; Quantity: 1.0 | $13.50 |
| 02/02/16 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: 1663MK  CUI; Charge Type: SINGLE DOCUMENT RETRIEVAL; Quantity: 1.0 | $21.60 |
| 02/02/16 | Computerized Legal Research - Lexis Service: SHEPARD'S SERVICE; Employee: 1663MK  CUI; Charge Type: LEGAL CITATION SERVICES; Quantity: 1.0 | $6.98 |
| 02/02/16 | Meals (100%)  VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 2315284 DATE: 2/7/2016 Anthony Loring - Fresh Basil's - 02/02/2016 | $26.99 |
| 02/03/16 | Duplication - In House  Photocopy - User # 990100, NY, 143 page(s) | $14.30 |
| 02/03/16 | Duplication - In House  Photocopy - User # 990100, NY, 2032 page(s) | $203.20 |
| 02/04/16 | Computerized Legal Research - Westlaw User: WEINREB,CARLY Date: 2/4/2016 AcctNumber: 1000193694 ConnectTime: 0.0 | $126.71 |
| 02/04/16 | Meals (100%)  2/4/16: A. Gomez VENDOR: RESTAURANT | $227.55 |

| Date | Description | Amount |
|---|---|---|
| 02/04/16 | ASSOCIATES; INVOICE#: 2033800401; DATE: 2/4/2016 - Committee call - 8 people Meals (100%) 2/4/16: A. Loring VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800401; DATE: 2/4/2016 - Allocation Appellate brief meeting - 8 people | $197.39 |
| 02/05/16 | Audio and Web Conference Services VENDOR: TELCONF LLC INVOICE#: 02001-01001-16 DATE: 2/5/2016 Telconf charges | $3,262.50 |
| 02/05/16 | Audio and Web Conference Services VENDOR: TELCONF LLC INVOICE#: 02001-01001-16 DATE: 2/5/2016 Telconf charges | $1,537.50 |
| 02/08/16 | Travel - Ground Transportation VENDOR: ROBERT A. JOHNSON INVOICE#: 1124182902122004 DATE: 2/12/2016 Taxi/Car Service/Public Transport, 02/08/16, Taxi ride home re: late night working on appellate brief., Uber | $40.76 |
| 02/08/16 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: STABILE NICHOLAS; Charge Type: DOCUMENT PRINTING; Quantity: 2.0 | $27.00 |
| 02/08/16 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: STABILE NICHOLAS; Charge Type: SINGLE DOCUMENT RETRIEVAL; Quantity: 3.0 | $64.80 |
| 02/08/16 | Meals (100%) VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 2321779 DATE: 2/14/2016 Carly Weinreb - The Red Flame Diner Coffee House - 02/08/2016 | $17.91 |
| 02/10/16 | Duplication - In House Photocopy - User # 990100, NY, 588 page(s) | $58.80 |
| 02/10/16 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: GIFFORD BRIAN; Charge Type: LA DOCUMENT ACCESS; Quantity: 2.0 | $41.40 |
| 02/10/16 | Document Production - In House REQUESTOR: A LORING; DESCRIPTION: COLOR COPIES; QUANTITY: 468; DATE ORDERED: 2/10/16 | $46.80 |
| 02/10/16 | Meals (100%) VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 2321779 DATE: 2/14/2016 Brad Kahn - Mi Nidito - 02/10/2016 | $25.12 |
| 02/11/16 | Computerized Legal Research - Westlaw User: EVANS,ANNIE Date: 2/11/2016 | $42.24 |

| Date | Description | Amount |
|---|---|---|
| | AcctNumber: 1000193694 ConnectTime: 0.0 | |
| 02/11/16 | Meals (100%) 2/10/16 - Anita Gomez VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800402; DATE: 2/11/2016 - Allocation Appellate brief meeting - 4 people | $65.00 |
| 02/11/16 | Meals (100%) 2/11/16 - Anthony Loring VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800402; DATE: 2/11/2016 - Committee call - 8 people | $173.66 |
| 02/12/16 | Duplication - In House Photocopy - User # 990100, NY, 3666 page(s) | $366.60 |
| 02/12/16 | Computerized Legal Research - Westlaw User: EVANS,ANNIE Date: 2/12/2016 AcctNumber: 1000193694 ConnectTime: 0.0 | $42.24 |
| 02/12/16 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: GIFFORD BRIAN; Charge Type: LA DOCUMENT ACCESS; Quantity: 2.0 | $41.40 |
| 02/12/16 | Courier Service/Messenger Service- Off Site VENDOR: CITY EXPEDITOR INC INVOICE#: 55975 DATE: 2/14/2016 SENDER'S NAME: ; JOB NUMBER: 1005455; PICKUP: One Bryant Park 41st Floor; DESTINATION: 88 Leanord Street Apt. 712 Cooper; DATE: 02/12/2016 | $59.25 |
| 02/18/16 | Meals (100%) 2/18/16 - ANITA GOMEZ VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800404; DATE: 2/18/2016 - Committee call - 8 people | $176.38 |
| 02/19/16 | Meals - Business VENDOR: FRED S. HODARA INVOICE#: 1131948302192001 DATE: 2/19/2016 Lunch, 02/19/16, Lunch meeting to discuss Nortel issues (3 people), Blue Fin | $140.05 |
| 02/24/16 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: 1663MK CUI; Charge Type: DOCUMENT PRINTING; Quantity: 2.0 | $27.00 |
| 02/24/16 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: 1663MK CUI; Charge Type: SINGLE DOCUMENT RETRIEVAL; Quantity: 2.0 | $43.20 |
| 02/24/16 | Computerized Legal Research - Lexis Service: SHEPARD'S SERVICE; Employee: 1663MK CUI; Charge Type: LEGAL CITATION SERVICES; Quantity: 2.0 | $13.95 |
| 02/25/16 | Meals (100%) 2/25/16 - ANITA | $176.38 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  Page 5
Bill Number: 1650346  03/28/16

GOMEZ
VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800406; DATE: 2/25/2016 - Committee Call - 8 people

| | |
|---|---:|
| Current Expenses | $7,814.20 |
| **Total Amount of This Invoice** | **$500,805.70** |
| **Prior Balance Due** | $730,600.91 |
| **Total Balance Due Upon Receipt** | $1,231,406.61 |