# EXHIBIT E

**SUMMARY OF ATTORNEYS AND LEGAL ASSISTANTS
RENDERING SERVICES DURING THE PERIOD
FEBRUARY 1, 2016 THROUGH FEBRUARY 29, 2016**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | 2016 Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| David H. Botter | Partner for 14 years; Admitted in 1990; Financial Restructuring Department | $1,220 | 48.00 | $58,560.00 |
| Fred S. Hodara | Partner for 27 years; Admitted in 1982; Financial Restructuring Department | $1,325 | 82.60 | $109,445.00 |
| Robert A. Johnson | Partner for 19 years; Admitted in 1988; Litigation Department | $1,050 | 122.90 | $129,045.00 |
| Brad M. Kahn | Partner as of January 1, 2016; Admitted in 2008; Financial Restructuring Department | $900 | 17.50 | $15,750.00 |
| Karol Kepchar | Partner for 17 years; Admitted in 1992; Intellectual Property Department | $890 | 1.20 | $1,068.00 |
| Abid Qureshi | Partner for 8 years; Admitted in 1995; Financial Restructuring Department | $1,175 | 19.50 | $22,912.50 |
| Bruce Simonetti | Partner for 11 years; Admitted in 1995; Tax Department | $1,000 | 6.30 | $6,300.00 |
| Kevin M. Rowe | Senior Counsel for 15 years; Admitted in 1985; Tax Department | $860 | 4.40 | $3,784.00 |
| Julius Chen | Counsel for 2 years; Admitted in 2010; Litigation Department | $700 | 18.80 | $13,160.00 |
| Jacqueline Y. Yecies | Counsel for 3 years; Admitted in 2009; Litigation Department | $785 | 2.20 | $1,727.00 |
| Anne M. Evans | Associate for 3 years; Admitted in 2014; Litigation Department | $580 | 47.30 | $27,434.00 |

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | 2016 Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| Matthew C. Fagen | Associate for 4 years; Admitted in 2014; Financial Restructuring Department | $690 | 20.10 | $13,869.00 |
| Anthony Loring | Associate for 1 year; Not Yet Admitted; Financial Restructuring Department | $455 | 47.50 | $21,612.50 |
| Nicholas P. Stabile | Associate for 3 years; Admitted in 2010; Litigation Department | $740 | 48.20 | $35,668.00 |
| Carly Weinreb | Associate for 3 years; Admitted in 2014; Litigation Department | $580 | 43.60 | $25,288.00 |
| Daniel Vira | Senior Attorney for 5 years; Admitted in 1992; Tax Department | $550 | 3.80 | $2,090.00 |
| Karin Arnold | Legal Assistant for 4 Months; Litigation Department | $325 | 2.00 | $650.00 |
| Sarah D'Addese | Legal Assistant for 3 years; Financial Restructuring Department | $225 | 2.80 | $630.00 |
| Brian Gifford | Legal Assistant for 2 years; Litigation Department | $215 | 12.90 | $2,773.50 |
| Dagmara Krasa-Berstell | Legal Assistant for 25 years; Financial Restructuring Department | $350 | 3.50 | $1,225.00 |

Total Amount of Fees:      **$492,991.50**
Total Number of Hours:    **555.10**
Blended Hourly Rate:       **$888.11**