# EXHIBIT A

# HOURS/BILLABLE AMOUNTS BY PROJECT
# NORTEL NETWORKS, INC.

**Name:** RLKS Executive Solutions LLC

|  | Start Date | End Date |
|---|---|---|
| **Working Dates:** | 2/1/2016 | 2/29/2016 |
| **Enter Billing Rate/Hr:** | 590.00 | |

| Project No. | Project Name | Hours/Minutes Worked | Billing Rate | Billing Amount |
|---|---|---|---|---|
| 1 | NNI Document and eData Preservation Projects | 163.10 | $590.00 | $96,229.00 |
| 2 | Facility Document Inventory & Evacuation Review | 188.50 | $590.00 | $111,215.00 |
| 3 | Human Resources - Employee Related Projects | 9.80 | $590.00 | $5,782.00 |
| 4 | Fee Apps | 43.80 | $590.00 | $25,842.00 |
| 5 | Non-working travel | 161.00 | $295.00 | $47,495.00 |
| 6 | Claims Administration, Reconciliation & Resolution | 471.90 | $590.00 | $278,421.00 |
| 7 | Tax/Finance Matters and Budget Projects | 14.80 | $590.00 | $8,732.00 |
| 8 | Misc Debtor Issues and Communications | | | |
| 9 | Analyst Support and Case Modeling | 211.80 | $590.00 | $124,962.00 |
| | **Hours/Billing Amount for Period:** | **1,264.70** | | **$698,678.00** |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 2/1/2016 | Server security updates, patches, virus / malware definitions, space reclamation, troubleshooting errors | Brandon Bangerter | 1 | 4.7 |
| 2/1/2016 | Data searches on IM stored material | Felicia Buenrostro | 1 | 5.7 |
| 2/1/2016 | zrtps0st emc clarion disk error investigation | Raj Perubhatla | 1 | 2.2 |
| 2/1/2016 | SAP BW user account locked out troubleshooting | Raj Perubhatla | 1 | 2.8 |
| 2/2/2016 | NetBackup monitoring and policy changes, tape preparations, and restarts and storage reclamation | Brandon Bangerter | 1 | 3.8 |
| 2/2/2016 | Data searches on IM stored material | Felicia Buenrostro | 1 | 5.5 |
| 2/2/2016 | IT Infrastructure monitoring | Raj Perubhatla | 1 | 3.2 |
| 2/3/2016 | Security updates and server maintenance / NetBackup monitoring and policy configuration changes | Brandon Bangerter | 1 | 4.8 |
| 2/4/2016 | On site IT support | Raj Perubhatla | 1 | 8.7 |
| 2/5/2016 | Server decommission motion support | Raj Perubhatla | 1 | 4.5 |
| 2/5/2016 | On site IT support | Raj Perubhatla | 1 | 1.2 |
| 2/8/2016 | Security updates and server maintenance / NetBackup monitoring and policy configuration changes | Brandon Bangerter | 1 | 5.3 |
| 2/9/2016 | Security updates and server maintenance / password changes / Hardware support and space issues | Brandon Bangerter | 1 | 4.2 |
| 2/9/2016 | Correspondence - Nortel Invoices | Kathryn Schultea | 1 | 1.5 |
| 2/9/2016 | IT Support for Discovery | Raj Perubhatla | 1 | 1.5 |
| 2/9/2016 | IT Invoices | Raj Perubhatla | 1 | 0.5 |
| 2/9/2016 | IT Infrastructure monitoring | Raj Perubhatla | 1 | 5.5 |
| 2/10/2016 | On site IT support | Raj Perubhatla | 1 | 3.7 |
| 2/11/2016 | Data searches on IM stored material | Felicia Buenrostro | 1 | 3.0 |
| 2/11/2016 | On site IT support | Raj Perubhatla | 1 | 4.5 |
| 2/12/2016 | Security updates and server maintenance / NetBackup monitoring and policy configuration changes | Brandon Bangerter | 1 | 2.7 |
| 2/12/2016 | Data searches on IM stored material | Felicia Buenrostro | 1 | 1.0 |
| 2/12/2016 | Livelink troubleshooting | Raj Perubhatla | 1 | 5.7 |
| 2/12/2016 | IT Infrastructure monitoring | Raj Perubhatla | 1 | 2.2 |
| 2/15/2016 | Troubleshooting Livelink errors and DB issues / server restarts and maintenance / NetBackup monitoring | Brandon Bangerter | 1 | 3.4 |
| 2/15/2016 | SAP BW Test instance on zrtph0n1 troubleshooting | Raj Perubhatla | 1 | 3.7 |
| 2/16/2016 | Livelink issues troubleshooting; server maintenance and resolving disk space / NetBackup restarts | Brandon Bangerter | 1 | 4.5 |
| 2/17/2016 | On site IT support | Raj Perubhatla | 1 | 4.7 |
| 2/18/2016 | On site IT support | Raj Perubhatla | 1 | 4.2 |
| 2/19/2016 | SAP BW troubleshooting, testing / password issues and fixes / colo rack layout and power requirements | Brandon Bangerter | 1 | 3.8 |
| 2/19/2016 | Data searches on IM stored material | Felicia Buenrostro | 1 | 4.3 |
| 2/19/2016 | SAP BW troubleshooting for password issues | Raj Perubhatla | 1 | 5.5 |
| 2/22/2016 | Server maintenance; patch security updates; NetBackup monitoring offsite jobs and restarts | Brandon Bangerter | 1 | 4.4 |
| 2/22/2016 | IT Infrastructure monitoring | Raj Perubhatla | 1 | 6.2 |
| 2/23/2016 | Livelink issues troubleshooting; server maintenance and resolving disk space / NetBackup restarts | Brandon Bangerter | 1 | 3.7 |
| 2/23/2016 | Fixed Assets to RF retained equipment matching | Raj Perubhatla | 1 | 1.2 |
| 2/24/2016 | Data searches on IM stored material | Felicia Buenrostro | 1 | 2.5 |
| 2/24/2016 | Fixed Assets to RF retained equipment matching | Raj Perubhatla | 1 | 2.2 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 2/25/2016 | Data searches on IM stored material | Felicia Buenrostro | 1 | 3.0 |
| 2/25/2016 | On site IT support | Raj Perubhatla | 1 | 0.8 |
| 2/26/2016 | QuickBooks server support | Raj Perubhatla | 1 | 2.2 |
| 2/26/2016 | IT Infrastructure monitoring | Raj Perubhatla | 1 | 5.2 |
| 2/29/2016 | Security updates and server maintenance / NetBackup monitoring and policy configuration changes | Brandon Bangerter | 1 | 5.4 |
| 2/29/2016 | Data searches on IM stored material | Felicia Buenrostro | 1 | 3.0 |
| 2/29/2016 | QuickBooks server support | Raj Perubhatla | 1 | 0.8 |
| 2/1/2016 | Review and correspondence - draft lease letter | Kathryn Schultea | 2 | 0.8 |
| 2/2/2016 | Follow up calls to EE regarding disposal motion and other matters | Kathryn Schultea | 2 | 2.0 |
| 2/2/2016 | Correspondence - DC move valuation questions and follow-up | Kathryn Schultea | 2 | 0.5 |
| 2/2/2016 | Correspondence - Disposal objections on Apps/Servers | Kathryn Schultea | 2 | 1.5 |
| 2/2/2016 | GWRTP DC Move: Colocation agreement support | Raj Perubhatla | 2 | 2.8 |
| 2/2/2016 | GWRTP DC Move: Move transport valuation | Raj Perubhatla | 2 | 2.2 |
| 2/3/2016 | Data room support/evacuation | Daniel Tollefsen | 2 | 4.4 |
| 2/3/2016 | Follow up calls to EE regarding disposal motion | Kathryn Schultea | 2 | 1.5 |
| 2/4/2016 | Reviewing items at RTP for storage, destruction, etc. / Troubleshooting N1 SAP server for hardware issue | Brandon Bangerter | 2 | 8.4 |
| 2/4/2016 | Conf. Call re property at RTP | Kathryn Schultea | 2 | 0.5 |
| 2/4/2016 | Correspondence - Document Retention - Genband Agreement | Kathryn Schultea | 2 | 0.8 |
| 2/5/2016 | Data Center clean up / Racking and re-cabling servers and switches / sorting equipment | Brandon Bangerter | 2 | 6.8 |
| 2/5/2016 | Correspondence - application retention | Kathryn Schultea | 2 | 0.8 |
| 2/5/2016 | GWRTP site cleanup coordination and support | Raj Perubhatla | 2 | 2.2 |
| 2/8/2016 | Correspondence - review of property lease matters | Kathryn Schultea | 2 | 0.8 |
| 2/8/2016 | GWRTP DC Move: Move transport valuation for move insurance | Raj Perubhatla | 2 | 8.2 |
| 2/9/2016 | Correspondence - Prep for Gateway Center call | Kathryn Schultea | 2 | 0.8 |
| 2/10/2016 | Reconfiguring servers, switches, cabling, and other hardware in racks for move out of data center | Brandon Bangerter | 2 | 8.1 |
| 2/10/2016 | Data room support/evacuation | Daniel Tollefsen | 2 | 9.8 |
| 2/10/2016 | Conf. Call - Gateway Center | Kathryn Schultea | 2 | 1.0 |
| 2/10/2016 | Correspondence - DC move questions and follow-up | Kathryn Schultea | 2 | 1.5 |
| 2/10/2016 | GWRTP DC Move: Level3 2nd circuit onsite install coordination | Raj Perubhatla | 2 | 2.2 |
| 2/10/2016 | GWRTP DC Move: Equipment identification and valuation for move | Raj Perubhatla | 2 | 2.2 |
| 2/11/2016 | Troubleshooting server issues after power up / testing connectivity / Racking servers in preparation | Brandon Bangerter | 2 | 7.3 |
| 2/11/2016 | Data room support/evacuation | Daniel Tollefsen | 2 | 6.2 |
| 2/11/2016 | Correspondence - review of abandonment motion | Kathryn Schultea | 2 | 0.7 |
| 2/11/2016 | GWRTP DC Move: Equipment identification and valuation for move | Raj Perubhatla | 2 | 3.7 |
| 2/12/2016 | Correspondence - various lease matters | Kathryn Schultea | 2 | 0.5 |
| 2/12/2016 | GWRTP DC Move: Level3 circuit installation call | Raj Perubhatla | 2 | 0.5 |
| 2/14/2016 | GWRTP DC Move: Level3 circuit troubleshooting | Raj Perubhatla | 2 | 4.2 |
| 2/15/2016 | Correspondence - Follow-up on transition and site wind down matters | Kathryn Schultea | 2 | 3.5 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 2/15/2016 | Correspondence - on lease matters for RTP | Kathryn Schultea | 2 | 0.3 |
| 2/16/2016 | GWRTP DC Move: Equipment identification and valuation for move and discussions with Maintech | Raj Perubhatla | 2 | 3.7 |
| 2/17/2016 | Cleaning, organizing data room / racking and configuring servers / troubleshooting errors / replacing h/w | Brandon Bangerter | 2 | 8.3 |
| 2/17/2016 | Onsite at NNI - facility clean-out | Felicia Buenrostro | 2 | 7.0 |
| 2/17/2016 | Onsite - Genband Park Point Sublease Mtg. | Kathryn Schultea | 2 | 0.3 |
| 2/17/2016 | Onsite - IT move discussion and related follow-up | Kathryn Schultea | 2 | 1.5 |
| 2/17/2016 | Onsite at NNI - Meeting with T. Ross on various NNI matters | Kathryn Schultea | 2 | 1.0 |
| 2/17/2016 | Onsite at NNI - Follow up calls to EE regarding disposal motion | Kathryn Schultea | 2 | 1.3 |
| 2/17/2016 | GWRTP DC Move: Fixed Assets recon for IT equipment | Raj Perubhatla | 2 | 2.2 |
| 2/18/2016 | Server issues / troubleshooting servers, replacing hardware, racking and configuring servers | Brandon Bangerter | 2 | 7.1 |
| 2/18/2016 | Onsite at NNI - facility clean-out | Felicia Buenrostro | 2 | 6.0 |
| 2/18/2016 | GWRTP DC Move: Fixed Assets recon for IT equipment | Raj Perubhatla | 2 | 3.2 |
| 2/19/2016 | Follow up calls to EE regarding disposal motion | Kathryn Schultea | 2 | 0.3 |
| 2/19/2016 | Correspondence - IT move discussion and related follow-up | Kathryn Schultea | 2 | 1.7 |
| 2/19/2016 | GWRTP DC: Move coordination with Subtenants | Raj Perubhatla | 2 | 1.7 |
| 2/22/2016 | Follow up calls to EE regarding disposal motion | Kathryn Schultea | 2 | 0.3 |
| 2/22/2016 | Conf. Call with T. Ross re various case matters | Kathryn Schultea | 2 | 0.5 |
| 2/22/2016 | Correspondence - Gateway Center lease followup | Kathryn Schultea | 2 | 0.8 |
| 2/22/2016 | Correspondence - IT tapes destruction | Kathryn Schultea | 2 | 0.7 |
| 2/22/2016 | GWRTP DC Move: Transportation quote | Raj Perubhatla | 2 | 2.2 |
| 2/23/2016 | Data room support/evacuation | Daniel Tollefsen | 2 | 4.4 |
| 2/23/2016 | Correspondence - database and servers discussion | Kathryn Schultea | 2 | 1.5 |
| 2/23/2016 | GWRTP DC Move: 2nd circuit install with Level3 troubleshooting | Raj Perubhatla | 2 | 1.7 |
| 2/24/2016 | Server issues / troubleshooting servers, replacing hardware, racking and configuring servers | Brandon Bangerter | 2 | 3.2 |
| 2/24/2016 | Data room support/evacuation | Daniel Tollefsen | 2 | 6.3 |
| 2/24/2016 | Correspondence - document disposal update | Kathryn Schultea | 2 | 1.3 |
| 2/25/2016 | Server moves / cleaning up racks and switches in preparation for move / server troubleshooting | Brandon Bangerter | 2 | 8.8 |
| 2/25/2016 | Data room support/evacuation | Daniel Tollefsen | 2 | 3.3 |
| 2/25/2016 | Conf. Call with T. Ross re: IT move update | Kathryn Schultea | 2 | 0.3 |
| 2/25/2016 | GWRTP DC Move: Level 3 coordination for 2nd circuit | Raj Perubhatla | 2 | 1.8 |
| 2/25/2016 | GWRTP DC Move: Planning for 3/29 move and coordination | Raj Perubhatla | 2 | 2.2 |
| 2/26/2016 | Server moves into new racks / cleaning up racks and switches in preparation for move | Brandon Bangerter | 2 | 3.1 |
| 2/26/2016 | Correspondence - move out related items | Kathryn Schultea | 2 | 2.0 |
| 2/27/2016 | Correspondence - re requests to pull boxes at IM | Kathryn Schultea | 2 | 0.3 |
| 2/29/2016 | Follow up calls to EE regarding disposal motion | Kathryn Schultea | 2 | 0.3 |
| 2/29/2016 | Follow up calls to EE regarding disposal motion | Kathryn Schultea | 2 | 1.5 |
| 2/2/2016 | Correspondence - LTIP/401K 5500-2015 follow up | Kathryn Schultea | 3 | 0.7 |
| 2/2/2016 | Correspondence - EE Employment Records request | Kathryn Schultea | 3 | 1.0 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 2/4/2016 | Conf. Call - 5500 update | Kathryn Schultea | 3 | 0.2 |
| 2/5/2016 | Correspondence - IRS favorable determination letter | Kathryn Schultea | 3 | 0.7 |
| 2/5/2016 | Correspondence and review of 2016 former NNI EE rates | Kathryn Schultea | 3 | 1.0 |
| 2/5/2016 | Correspondence  and review of returned checks | Kathryn Schultea | 3 | 1.3 |
| 2/10/2016 | Correspondence - 5500 draft review | Kathryn Schultea | 3 | 0.6 |
| 2/11/2016 | Correspondence - update on NNI amendment | Kathryn Schultea | 3 | 0.3 |
| 2/12/2016 | Correspondence and review of NT response and details | Kathryn Schultea | 3 | 0.8 |
| 2/17/2016 | Conf. Call - Cleary and TR on NT matter | Kathryn Schultea | 3 | 0.5 |
| 2/27/2016 | HR Support | Raj Perubhatla | 3 | 2.7 |
| 2/1/2016 | Fee application work and consolidation | Kathryn Schultea | 4 | 2.5 |
| 2/5/2016 | Fee app tracking | Brandon Bangerter | 4 | 1.0 |
| 2/5/2016 | Fee App | Daniel Tollefsen | 4 | 1.0 |
| 2/5/2016 | Weekly Fee Application Work | Felicia Buenrostro | 4 | 2.0 |
| 2/6/2016 | Weekly Fee Application Work | Leticia Barrios | 4 | 1.0 |
| 2/6/2016 | Fee Application Tracking | Mary Cilia | 4 | 1.0 |
| 2/7/2016 | Fee Apps | Raj Perubhatla | 4 | 1.0 |
| 2/12/2016 | Fee app tracking | Brandon Bangerter | 4 | 1.0 |
| 2/12/2016 | Fee App | Daniel Tollefsen | 4 | 1.0 |
| 2/12/2016 | Weekly Fee Application Work | Felicia Buenrostro | 4 | 2.0 |
| 2/12/2016 | Fee application work and consolidation | Kathryn Schultea | 4 | 1.3 |
| 2/12/2016 | Fee Apps | Raj Perubhatla | 4 | 1.0 |
| 2/13/2016 | Weekly Fee Application Work | Leticia Barrios | 4 | 1.0 |
| 2/13/2016 | Fee Application Tracking | Mary Cilia | 4 | 1.0 |
| 2/18/2016 | Fee Application | David Kantorczyk | 4 | 1.0 |
| 2/19/2016 | Fee app tracking | Brandon Bangerter | 4 | 1.0 |
| 2/19/2016 | Fee App | Daniel Tollefsen | 4 | 1.0 |
| 2/19/2016 | Weekly Fee Application Work | Felicia Buenrostro | 4 | 2.0 |
| 2/19/2016 | Fee Apps | Raj Perubhatla | 4 | 1.0 |
| 2/20/2016 | Weekly Fee Application Work | Leticia Barrios | 4 | 1.0 |
| 2/20/2016 | Fee Application Tracking | Mary Cilia | 4 | 1.0 |
| 2/26/2016 | Fee app tracking | Brandon Bangerter | 4 | 1.0 |
| 2/26/2016 | Fee App | Daniel Tollefsen | 4 | 1.0 |
| 2/26/2016 | Weekly Fee Application Work | Felicia Buenrostro | 4 | 2.0 |
| 2/26/2016 | Fee application work and consolidation | Kathryn Schultea | 4 | 4.0 |
| 2/26/2016 | Fee Apps | Raj Perubhatla | 4 | 1.0 |
| 2/27/2016 | Weekly Fee Application Work | Leticia Barrios | 4 | 1.0 |
| 2/27/2016 | Fee Application Tracking | Mary Cilia | 4 | 1.0 |
| 2/29/2016 | Fee Application | David Kantorczyk | 4 | 1.0 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 2/29/2016 | Weekly Fee Application Work and consolidation | Felicia Buenrostro | 4 | 3.0 |
| 2/29/2016 | Quarterly fee application work and consolidation | Kathryn Schultea | 4 | 3.0 |
| 2/3/2016 | Non-working travel: IAH-RDU | Brandon Bangerter | 5 | 5.0 |
| 2/3/2016 | Non-Working Travel to Client site - Raleigh | Daniel Tollefsen | 5 | 5.0 |
| 2/3/2016 | Non Working travel to Client site | Raj Perubhatla | 5 | 5.0 |
| 2/4/2016 | Non-Working Travel from Client site - Raleigh | Daniel Tollefsen | 5 | 5.0 |
| 2/5/2016 | Non-working travel: RDU-IAH | Brandon Bangerter | 5 | 5.0 |
| 2/5/2016 | Non Working Travel from Client site | Raj Perubhatla | 5 | 5.0 |
| 2/9/2016 | Non-working travel: IAH-RDU | Brandon Bangerter | 5 | 5.0 |
| 2/9/2016 | Non-Working Travel to Client site - Raleigh | Daniel Tollefsen | 5 | 5.0 |
| 2/9/2016 | Non Working travel to Client site | Raj Perubhatla | 5 | 5.0 |
| 2/11/2016 | Non-working travel: RDU-IAH | Brandon Bangerter | 5 | 5.0 |
| 2/11/2016 | Non-Working Travel from Client site - Raleigh | Daniel Tollefsen | 5 | 5.0 |
| 2/11/2016 | Non Working Travel from Client site | Raj Perubhatla | 5 | 5.0 |
| 2/15/2016 | Non-working travel: IAH-RDU | Brandon Bangerter | 5 | 7.0 |
| 2/15/2016 | Non-Working Travel: Houston to Raleigh | Mary Cilia | 5 | 5.0 |
| 2/15/2016 | Non Working travel to Client site and back because of bad weather in Raleigh airport | Raj Perubhatla | 5 | 7.0 |
| 2/16/2016 | Non-working travel: IAH-RDU | Brandon Bangerter | 5 | 5.0 |
| 2/16/2016 | Non-Working travel Houston to Raleigh | Felicia Buenrostro | 5 | 2.5 |
| 2/16/2016 | Non-Working travel Houston to Raleigh | Kathryn Schultea | 5 | 5.0 |
| 2/16/2016 | Non-Working travel (Houston to Raleigh) | Leticia Barrios | 5 | 2.0 |
| 2/16/2016 | Non working travel to client site | Raj Perubhatla | 5 | 5.0 |
| 2/17/2016 | Non-Working Travel: Raleigh to Houston | Mary Cilia | 5 | 5.0 |
| 2/18/2016 | Non-working travel: RDU-IAH | Brandon Bangerter | 5 | 5.0 |
| 2/18/2016 | Non-Working travel Raleigh to Houston | Felicia Buenrostro | 5 | 2.5 |
| 2/18/2016 | Non-Working travel Raleigh to Houston | Kathryn Schultea | 5 | 5.0 |
| 2/18/2016 | Non-Working travel (Raleigh to Houston) | Leticia Barrios | 5 | 2.0 |
| 2/22/2016 | Non-Working Travel to Client site - Raleigh | Daniel Tollefsen | 5 | 5.0 |
| 2/23/2016 | Non-working travel: IAH-RDU | Brandon Bangerter | 5 | 4.0 |
| 2/23/2016 | Non working travel to client site; flight was cancelled | Raj Perubhatla | 5 | 4.0 |
| 2/24/2016 | Non-working travel: IAH-RDU | Brandon Bangerter | 5 | 5.0 |
| 2/24/2016 | Non working travel to client site | Raj Perubhatla | 5 | 5.0 |
| 2/25/2016 | Non-Working Travel from Client site - Raleigh | Daniel Tollefsen | 5 | 5.0 |
| 2/25/2016 | Non Working Travel from Client site | Raj Perubhatla | 5 | 5.0 |
| 2/26/2016 | Non-working travel: RDU-IAH | Brandon Bangerter | 5 | 5.0 |
| 2/29/2016 | Non-Working Travel to Client site - Raleigh | Daniel Tollefsen | 5 | 5.0 |
| 2/1/2016 | Research proofs of claim, reconciliations, general ledger balances and stayed invoice values in order to populate exhibit templates for the upcoming non-employee Omnibus Objections | David Kantorczyk | 6 | 6.0 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 2/1/2016 | Monitor incoming EE email and related follow-up | Felicia Buenrostro | 6 | 0.8 |
| 2/1/2016 | NNI call center monitoring and logging requests and related follow-up | Felicia Buenrostro | 6 | 1.5 |
| 2/1/2016 | Employee Claims Distribution - Finalize address management process flow and analysis. | Leticia Barrios | 6 | 6.5 |
| 2/1/2016 | Claims database updates and related e-mails with EPIQ | Mary Cilia | 6 | 3.4 |
| 2/1/2016 | Read, review, research and respond to various employee inquiries by phone and e-mail | Mary Cilia | 6 | 1.2 |
| 2/1/2016 | Continued claims analysis for next round of employee claims omnibus objections | Mary Cilia | 6 | 5.0 |
| 2/1/2016 | Claims database update for removal of status code DFO | Raj Perubhatla | 6 | 3.7 |
| 2/2/2016 | Research proofs of claim, reconciliations, general ledger balances and stayed invoice values in order to populate exhibit templates for the upcoming non-employee Omnibus Objections | David Kantorczyk | 6 | 7.5 |
| 2/2/2016 | Monitor incoming EE email and related follow-up | Felicia Buenrostro | 6 | 1.3 |
| 2/2/2016 | NNI call center monitoring and logging requests and related follow-up | Felicia Buenrostro | 6 | 1.0 |
| 2/2/2016 | Correspondence - Colocation Contract Agreements | Kathryn Schultea | 6 | 0.8 |
| 2/2/2016 | Employee Claims Distribution - Developed Address Management Visio document. | Leticia Barrios | 6 | 3.3 |
| 2/2/2016 | Read, review, research and respond to various employee inquiries by phone and e-mail | Mary Cilia | 6 | 2.2 |
| 2/2/2016 | Continued claims analysis for next round of employee claim omnibus objections | Mary Cilia | 6 | 4.8 |
| 2/2/2016 | Continued review and research related to tax withholding information related to claims distributions and related e-mails with D. Tollefsen | Mary Cilia | 6 | 1.1 |
| 2/2/2016 | Review of work and e-mails with D. Kantorczyk and K. Ponder regarding claims to be allowed as filed review project | Mary Cilia | 6 | 2.7 |
| 2/3/2016 | Weekly Nortel Networks outside consultant  claim call including RLKS, Cleary and Huron including preparation and summarization. | David Kantorczyk | 6 | 0.5 |
| 2/3/2016 | Research proofs of claim, reconciliations, general ledger balances and stayed invoice values in order to populate exhibit templates for the upcoming non-employee Omnibus Objections | David Kantorczyk | 6 | 6.5 |
| 2/3/2016 | Monitor incoming EE email and related follow-up | Felicia Buenrostro | 6 | 1.0 |
| 2/3/2016 | NNI call center monitoring and logging requests and related follow-up | Felicia Buenrostro | 6 | 1.5 |
| 2/3/2016 | Research deceased employee claimants and addresses | Felicia Buenrostro | 6 | 3.0 |
| 2/3/2016 | Attend the Nortel Employee Claims Conference Call with Cleary to discuss employee claims. Discussed traded claims processing, Round 10 re-mails, and Omnibus Objections. | Leticia Barrios | 6 | 1.0 |
| 2/3/2016 | Employee Claims Distribution - Enter claimants without record into EV5 and populate residential and last known work addresses. | Leticia Barrios | 6 | 5.7 |
| 2/3/2016 | Read, review, research and respond to various employee inquiries by phone and e-mail | Mary Cilia | 6 | 2.9 |
| 2/3/2016 | Continued claims analysis for next round of employee claims omnibus objections | Mary Cilia | 6 | 4.7 |
| 2/3/2016 | Research and review EPIQ query re:  next round of settlement letters and related e-mails | Mary Cilia | 6 | 2.8 |
| 2/3/2016 | Conference call with Cleary, Huron and RLKS re:  various claims issues and work streams; related prep and follow up | Mary Cilia | 6 | 2.4 |
| 2/4/2016 | Research proofs of claim, reconciliations, general ledger balances and stayed invoice values in order to populate exhibit templates for the upcoming non-employee Omnibus Objections | David Kantorczyk | 6 | 7.0 |
| 2/4/2016 | Monitor incoming EE email and related follow-up | Felicia Buenrostro | 6 | 0.8 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 2/4/2016 | NNI call center monitoring and logging requests and related follow-up | Felicia Buenrostro | 6 | 1.0 |
| 2/4/2016 | Research deceased employee claimants and addresses | Felicia Buenrostro | 6 | 3.0 |
| 2/4/2016 | Correspondence - PBGC data request | Kathryn Schultea | 6 | 1.0 |
| 2/4/2016 | Correspondence - Settlement letters | Kathryn Schultea | 6 | 1.3 |
| 2/4/2016 | Employee Claims Distribution - Enter claimants without record into EV5 and populate residential and last known work addresses. | Leticia Barrios | 6 | 4.3 |
| 2/4/2016 | Read, review, research and respond to various employee inquiries by phone and e-mail | Mary Cilia | 6 | 1.7 |
| 2/4/2016 | Finalize claims analysis for next round of employee claims omnibus objections, related e-mails to Cleary, further revisions based on preliminary comments and conference call to review | Mary Cilia | 6 | 6.8 |
| 2/4/2016 | Review post-petition settlement letter drafts and related e-mails with EPIQ to authorize mailing. | Mary Cilia | 6 | 4.1 |
| 2/5/2016 | Research proofs of claim, reconciliations, general ledger balances and stayed invoice values in order to populate exhibit templates for the upcoming non-employee Omnibus Objections | David Kantorczyk | 6 | 7.0 |
| 2/5/2016 | Monitor incoming EE email and related follow-up | Felicia Buenrostro | 6 | 1.0 |
| 2/5/2016 | NNI call center monitoring and logging requests and related follow-up | Felicia Buenrostro | 6 | 0.5 |
| 2/5/2016 | Correspondence - LTIP Letter | Kathryn Schultea | 6 | 0.5 |
| 2/5/2016 | Correspondence - NNI settlements | Kathryn Schultea | 6 | 1.5 |
| 2/5/2016 | Employee Claims Distribution - Enter claimants without record into EV5 and populate residential and last known work addresses. | Leticia Barrios | 6 | 4.3 |
| 2/5/2016 | Research and updates to employee claims omnibus objection files based on comments from Cleary review and related e-mails to recirculate drafts after splitting into separate objections | Mary Cilia | 6 | 6.6 |
| 2/5/2016 | Read, review, research and respond to various employee inquiries by phone and e-mail | Mary Cilia | 6 | 1.8 |
| 2/6/2016 | Read, review, research and respond to various employee inquiries by phone and e-mail | Mary Cilia | 6 | 0.9 |
| 2/8/2016 | Research proofs of claim, reconciliations, general ledger balances and stayed invoice values in order to populate exhibit templates for the upcoming non-employee Omnibus Objections | David Kantorczyk | 6 | 5.0 |
| 2/8/2016 | Monitor incoming EE email and related follow-up | Felicia Buenrostro | 6 | 2.0 |
| 2/8/2016 | NNI call center monitoring and logging requests and related follow-up | Felicia Buenrostro | 6 | 0.8 |
| 2/8/2016 | Research deceased employee claimants and addresses | Felicia Buenrostro | 6 | 2.0 |
| 2/8/2016 | Read, review, research and respond to various employee inquiries by phone and e-mail | Mary Cilia | 6 | 1.3 |
| 2/8/2016 | Review of work related to next round of non-employee omnibus objections and related e-mails with D. Kantorczyk | Mary Cilia | 6 | 5.2 |
| 2/8/2016 | Research and review related to open non-employee cross-border claims and proposed actions | Mary Cilia | 6 | 4.6 |
| 2/9/2016 | Research proofs of claim, reconciliations, general ledger balances and stayed invoice values in order to populate the master file of "Claims to be allowed as filed" and the exhibit templates for the upcoming non-employee Omnibus Objections | David Kantorczyk | 6 | 4.5 |
| 2/9/2016 | Monitor incoming EE email and related follow-up | Felicia Buenrostro | 6 | 0.8 |
| 2/9/2016 | NNI call center monitoring and logging requests and related follow-up | Felicia Buenrostro | 6 | 1.0 |
| 2/9/2016 | Research deceased employee claimants and addresses | Felicia Buenrostro | 6 | 3.0 |
| 2/9/2016 | Correspondence - Employee claims status update | Kathryn Schultea | 6 | 2.0 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 2/9/2016 | Employee Claims Distribution - Enter claimants without record into EV5 and populate residential and last known work addresses. | Leticia Barrios | 6 | 7.5 |
| 2/9/2016 | Continued research and review of open non-employee cross-border claims and related e-mails | Mary Cilia | 6 | 3.3 |
| 2/9/2016 | Send upload files to R. Perubhatla; related e-mails, calls and revisions | Mary Cilia | 6 | 2.1 |
| 2/9/2016 | Research and respond to Cleary questions re:  employee omnibus objection analysis files; related update e-mail to J. Ray with summary | Mary Cilia | 6 | 4.3 |
| 2/9/2016 | Review of claims trader stipulation order and related e-mails to update claims register and database accordingly | Mary Cilia | 6 | 2.4 |
| 2/10/2016 | Review draft of master file of claims to be allowed filed and draft of the exhibits to the upcoming non-employee Omnibus Objection with Mary Cilia including preparation and summarization | David Kantorczyk | 6 | 3.0 |
| 2/10/2016 | Research proofs of claim, reconciliations, general ledger balances and stayed invoice values in order to populate the master file of "Claims to be allowed as filed" and the exhibit templates for the upcoming non-employee Omnibus Objections | David Kantorczyk | 6 | 2.0 |
| 2/10/2016 | Monitor incoming EE email and related follow-up | Felicia Buenrostro | 6 | 1.3 |
| 2/10/2016 | NNI call center monitoring and logging requests and related follow-up | Felicia Buenrostro | 6 | 0.7 |
| 2/10/2016 | Research deceased employee claimants and addresses | Felicia Buenrostro | 6 | 3.0 |
| 2/10/2016 | Correspondence - Employee gross to net calc status update | Kathryn Schultea | 6 | 1.0 |
| 2/10/2016 | Continued research and review of open non-employee cross-border claims and related e-mails | Mary Cilia | 6 | 2.9 |
| 2/10/2016 | Conference call with D. Kantorczyk re:  claims to be allowed as filed review project; prep and related follow up | Mary Cilia | 6 | 3.8 |
| 2/10/2016 | Read, review, research and respond to various employee inquiries by phone and e-mail | Mary Cilia | 6 | 2.0 |
| 2/10/2016 | Research and preparation of update file re:  employee cross-border claims in preparation for upcoming call with Monitor and related e-mails with Cleary | Mary Cilia | 6 | 4.2 |
| 2/11/2016 | Research proofs of claim, reconciliations, general ledger balances and stayed invoice values in order to populate the master file of "Claims to be allowed as filed" and the exhibit templates for the upcoming non-employee Omnibus Objections | David Kantorczyk | 6 | 6.0 |
| 2/11/2016 | Monitor incoming EE email and related follow-up | Felicia Buenrostro | 6 | 1.3 |
| 2/11/2016 | NNI call center monitoring and logging requests and related follow-up | Felicia Buenrostro | 6 | 0.6 |
| 2/11/2016 | Research deceased employee claimants and addresses | Felicia Buenrostro | 6 | 2.5 |
| 2/11/2016 | Employee Claims Distribution - Enter claimants without record into EV5 and populate residential and last known work addresses. | Leticia Barrios | 6 | 4.3 |
| 2/11/2016 | Read, review, research and respond to various employee inquiries by phone and e-mail | Mary Cilia | 6 | 2.3 |
| 2/11/2016 | Continued research and revision of update file re:  employee cross-border claims in preparation for upcoming call with Monitor and related e-mails with Cleary | Mary Cilia | 6 | 1.9 |
| 2/11/2016 | Further review and research related to claims to be allowed as filed review project | Mary Cilia | 6 | 2.7 |
| 2/11/2016 | Follow up research and calls re:  various claims traders settlements | Mary Cilia | 6 | 3.4 |
| 2/12/2016 | Research proofs of claim, reconciliations, general ledger balances and stayed invoice values in order to populate the master file of "Claims to be allowed as filed" and the exhibit templates for the upcoming non-employee Omnibus Objections | David Kantorczyk | 6 | 4.0 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 2/12/2016 | Correspondence with client and research regarding claims proposed to be on the upcoming non-employee Omnibus Objections | David Kantorczyk | 6 | 3.0 |
| 2/12/2016 | Monitor incoming EE email and related follow-up | Felicia Buenrostro | 6 | 1.3 |
| 2/12/2016 | NNI call center monitoring and logging requests and related follow-up | Felicia Buenrostro | 6 | 1.0 |
| 2/12/2016 | Read, review, research and respond to various employee inquiries by phone and e-mail | Mary Cilia | 6 | 2.6 |
| 2/12/2016 | Continued research and review of open non-employee cross-border claims | Mary Cilia | 6 | 5.2 |
| 2/12/2016 | Further review and research related to claims to be allowed as filed review project | Mary Cilia | 6 | 1.8 |
| 2/15/2016 | Research proofs of claim, reconciliations, general ledger balances and stayed invoice values in order to populate the master file of "Claims to be allowed as filed" and the exhibit templates for the upcoming non-employee Omnibus Objections | David Kantorczyk | 6 | 2.0 |
| 2/15/2016 | Research and summarize the "Cross Border Court to Court Protocol" for cross border claims | David Kantorczyk | 6 | 2.5 |
| 2/15/2016 | Monitor incoming EE email and related follow-up | Felicia Buenrostro | 6 | 0.8 |
| 2/15/2016 | NNI call center monitoring and logging requests and related follow-up | Felicia Buenrostro | 6 | 1.0 |
| 2/15/2016 | Research deceased employee claimants and addresses | Felicia Buenrostro | 6 | 3.0 |
| 2/15/2016 | Correspondence - Claim related issues on foreign and domestic | Kathryn Schultea | 6 | 2.0 |
| 2/15/2016 | Read, review, research and respond to various employee inquiries by phone and e-mail | Mary Cilia | 6 | 1.7 |
| 2/16/2016 | Research proofs of claim, reconciliations, general ledger balances and stayed invoice values in order to populate the master file of "Claims to be allowed as filed" and the exhibit templates for the upcoming non-employee Omnibus Objections | David Kantorczyk | 6 | 4.0 |
| 2/16/2016 | Prepare summary of issues regarding the master file of "Claims to be allowed as filed" and the exhibit templates for the upcoming non-employee Omnibus Objections for Mary Cilia. | David Kantorczyk | 6 | 3.0 |
| 2/16/2016 | Monitor incoming EE email and related follow-up | Felicia Buenrostro | 6 | 2.5 |
| 2/16/2016 | NNI call center monitoring and logging requests and related follow-up | Felicia Buenrostro | 6 | 2.0 |
| 2/16/2016 | Correspondence - follow-up re Lexis Nexis project | Kathryn Schultea | 6 | 0.7 |
| 2/16/2016 | Correspondence - Individual Claim issues | Kathryn Schultea | 6 | 0.8 |
| 2/16/2016 | Employee Claims Distribution - On site and researched process to capture address management.  Discussed with Kim Ponder and Deb Parker.  Prepare presentation, work flow for meeting with EY and RLKS team members. | Leticia Barrios | 6 | 4.3 |
| 2/16/2016 | Read, review, research and respond to various employee inquiries by phone and e-mail | Mary Cilia | 6 | 2.9 |
| 2/16/2016 | E-mails and conference call with Cleary re: open employee cross-border claims and upcoming call with Monitor; related prep and follow up | Mary Cilia | 6 | 2.1 |
| 2/16/2016 | Review and comment on employee omnibus objection draft exhibits from EPIQ | Mary Cilia | 6 | 5.3 |
| 2/17/2016 | Research proofs of claim, reconciliations, general ledger balances and stayed invoice values in order to populate the master file of "Claims to be allowed as filed" and the exhibit templates for the upcoming non-employee Omnibus Objections | David Kantorczyk | 6 | 6.5 |
| 2/17/2016 | Weekly Nortel Networks outside consultant  claim call including RLKS, Cleary and Huron including preparation and summarization. | David Kantorczyk | 6 | 0.3 |
| 2/17/2016 | Monitor incoming EE email and related follow-up | Felicia Buenrostro | 6 | 0.7 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 2/17/2016 | NNI call center monitoring and logging requests and related follow-up | Felicia Buenrostro | 6 | 0.5 |
| 2/17/2016 | Onsite - Conf. Call Employee Gross to Net Calculation - Status update | Kathryn Schultea | 6 | 1.8 |
| 2/17/2016 | On site RLKS claims distribution meeting to discuss project roles and responsibilities. | Leticia Barrios | 6 | 1.5 |
| 2/17/2016 | Employee Claims Distribution - On site and researched process to capture address management. Discussed with Kim Ponder and Deb Parker.  Prepare presentation, work flow for meeting with EY and RLKS team members. | Leticia Barrios | 6 | 4.3 |
| 2/17/2016 | Attend the Nortel Employee Claims Conference Call with Cleary to discuss employee claims. Discussed non-qualified claims allowed and outstanding issues.  Discussed claims traders and statuses on their non-qualified claims. | Leticia Barrios | 6 | 1.0 |
| 2/17/2016 | Conference call with D. Kantorczyk re: status of work streams and next steps; related prep and follow up | Mary Cilia | 6 | 1.3 |
| 2/17/2016 | Conference call with Monitor re:  non-employee cross-border claims; related e-mails, prep and follow up | Mary Cilia | 6 | 1.1 |
| 2/17/2016 | Read, review, research and respond to various employee inquiries by phone and e-mail | Mary Cilia | 6 | 1.4 |
| 2/17/2016 | Conference call with Cleary, Huron and RLKS re:  various claims issues and work streams; related prep and follow up | Mary Cilia | 6 | 1.2 |
| 2/18/2016 | Review, analyze and document for EY allowed foreign vendor claims to determine the nature of payments to be made to foreign payees in connection with the IRS withholding requirements under Chapter 3 of the Internal Revenue Code and FATCA. | David Kantorczyk | 6 | 6.0 |
| 2/18/2016 | Correspondence - Epiq invoice | Kathryn Schultea | 6 | 0.5 |
| 2/18/2016 | Employee Claims Distribution - On site and researched process to capture address management.  Discussed with Kim Ponder and Deb Parker.  Update Employee Claims project plan with notes and comments from meetings. | Leticia Barrios | 6 | 5.5 |
| 2/18/2016 | Review of employee omnibus objection drafts and comments to Cleary | Mary Cilia | 6 | 1.7 |
| 2/18/2016 | E-mails, conference call and related research and file preparation for claims trader settlement | Mary Cilia | 6 | 5.3 |
| 2/18/2016 | Read, review, research and respond to various employee inquiries by phone and e-mail | Mary Cilia | 6 | 1.8 |
| 2/18/2016 | Working travel from Client site - fixed asset listing | Raj Perubhatla | 6 | 3.0 |
| 2/19/2016 | Review, analyze and document for EY allowed foreign vendor claims to determine the nature of payments to be made to foreign payees in connection with the IRS withholding requirements under Chapter 3 of the Internal Revenue Code and FATCA. | David Kantorczyk | 6 | 6.0 |
| 2/19/2016 | NNI call center monitoring and logging requests and related follow-up | Felicia Buenrostro | 6 | 1.7 |
| 2/19/2016 | Employee Claims Distribution - Update Employee Claims project plan with notes and comments from meetings. | Leticia Barrios | 6 | 4.3 |
| 2/19/2016 | Read, review, research and respond to various employee inquiries by phone and e-mail | Mary Cilia | 6 | 2.1 |
| 2/19/2016 | Conference call with Cleary and Monitor re:  employee cross-border claims status; related prep and follow up | Mary Cilia | 6 | 1.2 |
| 2/22/2016 | Review, analyze and document for EY allowed foreign vendor claims to determine the nature of payments to be made to foreign payees in connection with the IRS withholding requirements under Chapter 3 of the Internal Revenue Code and FATCA. | David Kantorczyk | 6 | 4.5 |
| 2/22/2016 | Return call center calls and update information on master spreadsheet. | David Kantorczyk | 6 | 0.3 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 2/22/2016 | Research proofs of claim, reconciliations, general ledger balances and stayed invoice values in order to populate exhibit templates for the upcoming non-employee Omnibus Objections | David Kantorczyk | 6 | 2.0 |
| 2/22/2016 | Monitor incoming EE email and related follow-up | Felicia Buenrostro | 6 | 1.0 |
| 2/22/2016 | NNI call center monitoring and logging requests and related follow-up | Felicia Buenrostro | 6 | 0.8 |
| 2/22/2016 | Research deceased employee claimants and addresses | Felicia Buenrostro | 6 | 2.5 |
| 2/22/2016 | Employee Claims Distribution - Enter claimants without record into EV5 and populate residential and last known work addresses. | Leticia Barrios | 6 | 6.3 |
| 2/22/2016 | E-mails with Cleary re:  claims procedures order and related claims analysis | Mary Cilia | 6 | 3.9 |
| 2/23/2016 | Review, analyze and document for EY allowed foreign vendor claims to determine the nature of payments to be made to foreign payees in connection with the IRS withholding requirements under Chapter 3 of the Internal Revenue Code and FATCA. | David Kantorczyk | 6 | 6.0 |
| 2/23/2016 | Return call center calls and update information on master spreadsheet. | David Kantorczyk | 6 | 0.3 |
| 2/23/2016 | Monitor incoming EE email and related follow-up | Felicia Buenrostro | 6 | 0.8 |
| 2/23/2016 | NNI call center monitoring and logging requests and related follow-up | Felicia Buenrostro | 6 | 1.5 |
| 2/23/2016 | Research deceased employee claimants and addresses | Felicia Buenrostro | 6 | 3.0 |
| 2/23/2016 | Employee Claims Distribution - Enter claimants without record into EV5 and populate residential and last known work addresses. | Leticia Barrios | 6 | 3.5 |
| 2/23/2016 | Review of draft claims trader stipulation and related e-mails responding to questions from Cleary | Mary Cilia | 6 | 2.3 |
| 2/23/2016 | Read, review, research and respond to various employee inquiries by e-mail | Mary Cilia | 6 | 0.9 |
| 2/23/2016 | Review and respond to e-mails from D. Kantorczyk re:  claims distribution tax withholding project | Mary Cilia | 6 | 0.8 |
| 2/24/2016 | Review, analyze and document for EY allowed foreign vendor claims to determine the nature of payments to be made to foreign payees in connection with the IRS withholding requirements under Chapter 3 of the Internal Revenue Code and FATCA. | David Kantorczyk | 6 | 6.0 |
| 2/24/2016 | Monitor incoming EE email and related follow-up | Felicia Buenrostro | 6 | 1.3 |
| 2/24/2016 | NNI call center monitoring and logging requests and related follow-up | Felicia Buenrostro | 6 | 1.0 |
| 2/24/2016 | Research deceased employee claimants and addresses | Felicia Buenrostro | 6 | 2.7 |
| 2/24/2016 | Correspondence - Epiq discussion | Kathryn Schultea | 6 | 0.8 |
| 2/24/2016 | Read, review, research and respond to various employee inquiries by e-mail | Mary Cilia | 6 | 0.6 |
| 2/24/2016 | Research and update exhibit for claims trader settlement; circulate draft stipulation; related e-mails | Mary Cilia | 6 | 4.2 |
| 2/25/2016 | Review, analyze and document for EY allowed foreign vendor claims to determine the nature of payments to be made to foreign payees in connection with the IRS withholding requirements under Chapter 3 of the Internal Revenue Code and FATCA. | David Kantorczyk | 6 | 6.5 |
| 2/25/2016 | Return call center calls and update information on master spreadsheet. | David Kantorczyk | 6 | 0.3 |
| 2/25/2016 | Monitor incoming EE email and related follow-up | Felicia Buenrostro | 6 | 0.8 |
| 2/25/2016 | NNI call center monitoring and logging requests and related follow-up | Felicia Buenrostro | 6 | 1.0 |
| 2/25/2016 | Research deceased employee claimants and addresses | Felicia Buenrostro | 6 | 3.0 |
| 2/25/2016 | Review and prepare analysis of claims being settled in claims trader settlement for Akin per request from Cleary | Mary Cilia | 6 | 2.9 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 2/25/2016 | Read, review and respond to various e-mails re:  claims trader settlements and various other claims issues | Mary Cilia | 6 | 1.7 |
| 2/25/2016 | EPIQ Claims duplicates analysis | Raj Perubhatla | 6 | 3.2 |
| 2/26/2016 | Review, analyze and document for EY allowed foreign vendor claims to determine the nature of payments to be made to foreign payees in connection with the IRS withholding requirements under Chapter 3 of the Internal Revenue Code and FATCA. | David Kantorczyk | 6 | 4.0 |
| 2/26/2016 | Pro forma Nortel_1042 Reporting Spreadsheet for review by EY | David Kantorczyk | 6 | 3.0 |
| 2/26/2016 | Monitor incoming EE email and related follow-up | Felicia Buenrostro | 6 | 0.8 |
| 2/26/2016 | NNI call center monitoring and logging requests and related follow-up | Felicia Buenrostro | 6 | 0.6 |
| 2/26/2016 | Review of updated claims report from EPIQ and related e-mail | Mary Cilia | 6 | 1.6 |
| 2/29/2016 | Review, analyze and document for EY allowed foreign vendor claims to determine the nature of payments to be made to foreign payees in connection with the IRS withholding requirements under Chapter 3 of the Internal Revenue Code and FATCA. | David Kantorczyk | 6 | 6.0 |
| 2/29/2016 | NNI call center monitoring and logging requests and related follow-up | Felicia Buenrostro | 6 | 0.7 |
| 2/29/2016 | Correspondence - Epiq query | Kathryn Schultea | 6 | 0.7 |
| 2/29/2016 | Employee Claims Distribution - Enter claimants without record into EV5 and populate residential and last known work addresses. | Leticia Barrios | 6 | 4.3 |
| 2/29/2016 | Read, review, research and respond to various employee inquiries by phone and e-mail | Mary Cilia | 6 | 2.9 |
| 2/29/2016 | Update claims status reports based on recent court orders and settlements | Mary Cilia | 6 | 5.1 |
| 2/29/2016 | EPIQ Claims duplicates analysis | Raj Perubhatla | 6 | 3.7 |
| 2/29/2016 | Claims updates | Raj Perubhatla | 6 | 1.3 |
| 2/2/2016 | Conf Call - EY - tax matters | Kathryn Schultea | 7 | 0.4 |
| 2/2/2016 | EY tax update call JS,JW,DA,KS | Richard Lydecker | 7 | 0.4 |
| 2/2/2016 | Research tax issues | Richard Lydecker | 7 | 0.3 |
| 2/8/2016 | Correspondence - Nortel tax withholding matters | Kathryn Schultea | 7 | 1.5 |
| 2/12/2016 | Current research projects | Richard Lydecker | 7 | 1.0 |
| 2/12/2016 | Call on research and other tax projects JS,JW,AB | Richard Lydecker | 7 | 0.6 |
| 2/16/2016 | Review EY statements | Kathryn Schultea | 7 | 0.4 |
| 2/17/2016 | Onsite - Nortel withholding tax matters meeting with EY | Kathryn Schultea | 7 | 0.8 |
| 2/19/2016 | Withholding tax procedures | Richard Lydecker | 7 | 0.8 |
| 2/19/2016 | Call on research, projects, fees JS,JW,DA | Richard Lydecker | 7 | 0.5 |
| 2/22/2016 | Meeting on EY follow-up items | Kathryn Schultea | 7 | 1.3 |
| 2/24/2016 | Fixed asset review | Kathryn Schultea | 7 | 1.0 |
| 2/25/2016 | Conf. Call - BPP review for NNI | Kathryn Schultea | 7 | 1.0 |
| 2/25/2016 | Correspondence follow-up re property taxes | Kathryn Schultea | 7 | 0.5 |
| 2/25/2016 | EY June invoices/correspondence | Richard Lydecker | 7 | 0.5 |
| 2/26/2016 | Conf. Call with EY and follow-up with RL on property tax matters | Kathryn Schultea | 7 | 1.5 |
| 2/26/2016 | Correspondence re Property Taxes follow-up | Kathryn Schultea | 7 | 0.8 |
| 2/26/2016 | Conference call JW,AB,KS and related follow-up on property tax matters | Richard Lydecker | 7 | 1.5 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 2/1/2016 | Review of supporting domestic tax documentation for solicitation for distribution | Daniel Tollefsen | 9 | 7.5 |
| 2/1/2016 | Review and research related to tax withholding information related to claims distributions and related e-mails with R. Perubhatla and D. Tollefsen | Mary Cilia | 9 | 2.8 |
| 2/2/2016 | Review of supporting domestic tax documentation for solicitation for distribution | Daniel Tollefsen | 9 | 7.6 |
| 2/2/2016 | Employee Claims Distribution Modeling - Employee Claims Test Plan development. | Leticia Barrios | 9 | 4.5 |
| 2/3/2016 | Meeting with EY and RLKS team members to discuss NNI employee claims gross to net distribution model. Discussed tax solicitation process, address management, SUI, and W-4 templates. | Leticia Barrios | 9 | 1.0 |
| 2/3/2016 | Employee Claims Distribution Modeling: Prep for the weekly call to discuss SUI file layouts | Raj Perubhatla | 9 | 2.2 |
| 2/3/2016 | Employee Claims Distribution Modeling: Weekly call | Raj Perubhatla | 9 | 1.0 |
| 2/3/2016 | Employee Claims Distribution Modeling: SUI file layout analysis | Raj Perubhatla | 9 | 4.7 |
| 2/4/2016 | Review of supporting domestic tax documentation for solicitation for distribution | Daniel Tollefsen | 9 | 6.3 |
| 2/4/2016 | Employee Claims Distribution Modeling - Employee Claims Test Plan development. | Leticia Barrios | 9 | 3.5 |
| 2/5/2016 | Review of supporting domestic tax documentation for solicitation for distribution | Daniel Tollefsen | 9 | 7.8 |
| 2/6/2016 | Employee Claims Distribution Modeling: Source file analysis and development | Raj Perubhatla | 9 | 4.7 |
| 2/8/2016 | Employee Claims Distribution Modeling - Employee Claims Test Plan development. | Leticia Barrios | 9 | 5.2 |
| 2/9/2016 | Review of supporting domestic tax documentation for solicitation for distribution | Daniel Tollefsen | 9 | 6.3 |
| 2/10/2016 | Employee Claims Distribution Modeling - Employee Claims Test Plan development. | Leticia Barrios | 9 | 5.7 |
| 2/11/2016 | Employee Claims Distribution Modeling - Employee Claims Test Plan development. | Leticia Barrios | 9 | 3.7 |
| 2/12/2016 | Employee Claims Distribution Modeling - Populate the W4 Layout with data for testing purposes.  Assigned state withholdings, additional allowances, and local taxes. | Leticia Barrios | 9 | 5.0 |
| 2/15/2016 | Review of supporting domestic tax documentation for solicitation for distribution | Daniel Tollefsen | 9 | 4.6 |
| 2/15/2016 | Review of work performed by D. Tollefsen related to claims distribution tax withholding project; related analysis and e-mails | Mary Cilia | 9 | 3.2 |
| 2/15/2016 | Employee Claims Distribution Modeling: State Tax module development | Raj Perubhatla | 9 | 4.5 |
| 2/16/2016 | Review of supporting domestic tax documentation for solicitation for distribution | Daniel Tollefsen | 9 | 4.8 |
| 2/16/2016 | RLKS and EY claims distribution modeling meeting to discuss tax solicitation project time line and tasks. | Leticia Barrios | 9 | 1.0 |
| 2/16/2016 | Continued review of work performed by D. Tollefsen related to claims distribution tax withholding project and related e-mails | Mary Cilia | 9 | 1.7 |
| 2/16/2016 | Employee Claims Distribution Modeling: State Tax module development | Raj Perubhatla | 9 | 4.7 |
| 2/17/2016 | Review of supporting domestic tax documentation for solicitation for distribution | Daniel Tollefsen | 9 | 5.3 |
| 2/17/2016 | On site Claims Distribution Modeling meeting with EY and RLKS team members. | Leticia Barrios | 9 | 3.0 |
| 2/17/2016 | Meetings at Nortel offices re: claims distribution tax withholding project; related prep and follow up | Mary Cilia | 9 | 6.3 |
| 2/17/2016 | Employee Claims Distribution Modeling: onsite meeting | Raj Perubhatla | 9 | 2.5 |
| 2/18/2016 | Review of supporting foreign tax documentation for solicitation for distribution | Daniel Tollefsen | 9 | 5.8 |
| 2/18/2016 | Review of documents and follow up e-mails with D. Kantorczyk and EY re:  claims distribution tax withholding project | Mary Cilia | 9 | 3.6 |
| 2/18/2016 | Conference call with D. Tollefsen re: status of work streams and next steps; related prep and follow up | Mary Cilia | 9 | 2.9 |
| 2/19/2016 | Review of supporting foreign tax documentation for solicitation for distribution | Daniel Tollefsen | 9 | 6.6 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 2/19/2016 | Continued review of documents and follow up e-mails with D. Kantorczyk and EY re: claims distribution tax withholding project | Mary Cilia | 9 | 1.9 |
| 2/22/2016 | Review of supporting foreign tax documentation for solicitation for distribution | Daniel Tollefsen | 9 | 7.4 |
| 2/23/2016 | Review of supporting foreign tax documentation for solicitation for distribution | Daniel Tollefsen | 9 | 5.9 |
| 2/23/2016 | Employee Claims Distribution Modeling - SUI file layout & analysis | Leticia Barrios | 9 | 4.7 |
| 2/23/2016 | Employee Claims Distribution Modeling: State Tax module development | Raj Perubhatla | 9 | 4.5 |
| 2/24/2016 | Review of supporting foreign tax documentation for solicitation for distribution | Daniel Tollefsen | 9 | 4.4 |
| 2/24/2016 | Claims Distribution Modeling meeting with EY and RLKS team members.  Discussed project updates and deliverables. | Leticia Barrios | 9 | 1.0 |
| 2/24/2016 | Employee Claims Distribution Modeling - Prepare Test Plan and provide sample data. | Leticia Barrios | 9 | 5.3 |
| 2/24/2016 | Employee Claims Distribution Modeling: Weekly status call prep and call | Raj Perubhatla | 9 | 0.8 |
| 2/25/2016 | Review of supporting foreign tax documentation for solicitation for distribution | Daniel Tollefsen | 9 | 2.2 |
| 2/25/2016 | Employee Claims Distribution Modeling - Provided analysis on Employee last known work addresses from SAP and EV4. | Leticia Barrios | 9 | 6.7 |
| 2/26/2016 | Review of supporting foreign tax documentation for solicitation for distribution | Daniel Tollefsen | 9 | 8.3 |
| 2/26/2016 | Employee Claims Distribution Modeling - Provided analysis on Employee last known work addresses from SAP and EV4. | Leticia Barrios | 9 | 6.3 |
| 2/29/2016 | Review of supporting foreign tax documentation for solicitation for distribution | Daniel Tollefsen | 9 | 6.9 |
| 2/29/2016 | Conference call with D. Kantorczyk re:  claims distribution tax withholding project; related research, prep and follow up | Mary Cilia | 9 | 2.7 |
| 2/29/2016 | Employee Claims Distribution Modeling: State Tax module development | Raj Perubhatla | 9 | 2.8 |
| | | | | |
| | | | | |