# EXHIBIT B

# EXHIBIT B
**EXPENSE SUMMARY**

**Nortel Networks Inc., et al.**
(Case No. 09-10138 (KG))

**RLKS Executive Solutions**
**February 1 - 29, 2016**

| Expense Category | Total Expenses |
|---|---|
| Travel – Airline (at economy fare booking) | $ 12,164.08 |
| Travel – Lodging | 7,585.76 |
| Travel – Transportation | 2,880.86 |
| Travel – Meals | 1,089.46 |
| Office Expenses | - |
| TOTAL | $ 23,720.16 |
| | |

## Nortel Expense Report
**PERIOD:** February 1 - 29, 2016

| Date | Description | Air | Lodging | Transportation | Meals | Office Expenses | Professional | Comments on Meals/Transportation |
|---|---|---|---|---|---|---|---|---|
| 2/3/2016 | Travel to Client site | $437.10 | $225.87 | $87.76 | | | Brandon Bangerter | Economy airfare; one night hotel; Avis rental car |
| 2/3/2016 | Travel to Client Site - Raleigh | $426.09 | $225.87 | $61.70 | | | Daniel Tollefsen | Economy Airfare; One night hotel; Car Rental |
| 2/3/2016 | Travel to client site | $437.10 | $225.87 | $92.00 | $11.59 | | Raj Perubhatla | Economy airfare; car to airport; one night client stay; meals |
| 2/4/2016 | RTP stay | | $225.87 | | $108.10 | | Brandon Bangerter | One night hotel; lunch - $18.61(RP,BB); dinner - $89.49(RP,BB) |
| 2/4/2016 | Travel from Client Site - Raleigh | $426.09 | | $31.57 | | | Daniel Tollefsen | Economy Airfare; Airport Parking |
| 2/4/2016 | Client site stay | | $225.87 | | | | Raj Perubhatla | one night hotel stay |
| 2/5/2016 | Travel from Client site | $437.10 | | $46.00 | $41.90 | | Brandon Bangerter | Economy airfare; airport parking; lunch - $19.74(RP,BB); dinner - $22.16(RP,BB) |
| 2/5/2016 | Travel from client site | $437.10 | | $92.00 | | | Raj Perubhatla | Economy airfare; car from airport to home |
| 2/9/2016 | Travel to Client site | $377.10 | $248.57 | $91.14 | | | Brandon Bangerter | Economy airfare; one night hotel; Avis rental car |
| 2/9/2016 | Travel to Client Site - Raleigh | $377.10 | $271.27 | | | | Daniel Tollefsen | Economy Airfare; One Night Hotel Stay |
| 2/9/2016 | Travel to client site | $377.10 | $248.57 | $92.00 | $10.51 | | Raj Perubhatla | Economy airfare; car to airport; one night client stay; meals |
| 2/10/2016 | RTP stay | | $248.57 | | $105.61 | | Brandon Bangerter | One night hotel; lunch - $27.89(RP,DT,BB); dinner - $77.72(RP,BB) |
| 2/10/2016 | Client Site | | $271.27 | | | | Daniel Tollefsen | One Night Hotel Stay |
| 2/10/2016 | Client site stay | | $248.57 | | | | Raj Perubhatla | one night hotel stay |
| 2/11/2016 | Travel from Client site | $377.10 | | $46.00 | $52.25 | | Brandon Bangerter | Economy airfare; airport parking; lunch - $29.24(RP,DT,BB); dinner - $23.01(RP,BB) |
| 2/11/2016 | Travel from Client Site - Raleigh | $377.10 | | $43.49 | | | Daniel Tollefsen | Economy Airfare; Airport Parking |
| 2/11/2016 | Travel from client site | $377.10 | | $92.00 | | | Raj Perubhatla | Economy airfare; car from airport to home |
| 2/15/2016 | Travel to Client Site | $437.10 | $156.72 | $153.69 | $7.48 | | Mary Cilia | A-Economy Airfare; T- Car Service from Home to Airport and Avis Rental Car; M-D=$7.48 |
| 2/15/2016 | Travel to client site | $322.10 | | $145.47 | $11.59 | | Raj Perubhatla | Economy airfare; car to airport;(note: mid flight cancellation and return to IAH - weather related in NC); car from airport to home; meals |
| 2/16/2016 | Travel to Client site | $382.10 | $248.57 | $84.03 | | | Brandon Bangerter | Economy airfare; one night hotel; Avis rental car |
| 2/16/2016 | Travel from Houston to Raleigh | $237.10 | $271.27 | $210.85 | | | Felicia Buenrostro | Economy airfare; One night hotel stay; Car service to airport |
| 2/16/2016 | Travel to Raleigh | $393.60 | $237.22 | $127.86 | $320.74 | | Kathryn Schultea | Economy airfare; one night hotel stay; car service to airport; Lunch - (KS, FB, LB, DT, BB, RP $24.45 each); Dinner - (KS, FB, LB, DT, BB, RP $29.00 each) |
| 2/16/2016 | Travel to Client Site - RTP | $392.10 | $271.27 | | | | Leticia Barrios | Economy airfare; One night hotel stay |
| 2/16/2016 | At client site | | $235.65 | $46.19 | $3.20 | | Mary Cilia | T - Avis Rental Car; M-D=$3.20 |
| 2/16/2016 | Client site stay | | $248.57 | $92.00 | $17.39 | | Raj Perubhatla | car to airport for rescheduled flight; one night hotel stay; meals |
| 2/17/2016 | RTP stay | | $248.57 | | $19.74 | | Brandon Bangerter | One night hotel; lunch - $19.74(RP,BB) |
| 2/17/2016 | Raleigh | | $271.27 | | | | Felicia Buenrostro | One night hotel stay |
| 2/17/2016 | Client site | | $237.22 | | $116.92 | | Kathryn Schultea | One night hotel stay; Dinner (KS, FB, LB - $38.97 each) |
| 2/17/2016 | RTP Stay | | $271.27 | | | | Leticia Barrios | One night hotel stay |
| 2/17/2016 | Travel from Client Site | $437.10 | | $153.68 | | | Mary Cilia | A-Economy airfare; T- Avis rental car and car service from airport |
| 2/17/2016 | Client site stay | | $248.57 | | | | Raj Perubhatla | one night hotel stay; |
| 2/18/2016 | Travel from Client site | $382.10 | | $66.00 | $44.53 | | Brandon Bangerter | Economy airfare; airport parking; lunch - $21.52(RP,BB); dinner - $23.01(RP,BB) |
| 2/18/2016 | Travel from Raleigh | $237.10 | | | | | Felicia Buenrostro | Economy airfare |
| 2/18/2016 | Travel from Raleigh | $393.60 | | $150.25 | | | Kathryn Schultea | Economy airfare; Car service from airport |
| 2/18/2016 | Travel from Client Site - RTP | $392.10 | | | | | Leticia Barrios | Economy airfare |
| 2/18/2016 | Travel from client site | $322.10 | | $92.00 | | | Raj Perubhatla | Economy airfare; car from airport to home |
| 2/22/2016 | Travel to Client Site - Raleigh | $423.60 | $237.22 | $49.88 | | | Daniel Tollefsen | Economy Airfare; One Night Hotel; Car Rental |
| 2/23/2016 | Client Site | | $248.57 | $49.88 | | | Daniel Tollefsen | One Night Hotel Stay; Car rental |
| 2/23/2016 | Travel to client site | $437.10 | | $191.50 | $12.53 | | Raj Perubhatla | Economy airfare; car to airport; car from airport for the cancelled flight; meal at the airport |
| 2/24/2016 | Travel to Client site | $437.10 | $248.57 | $90.44 | $82.42 | | Brandon Bangerter | Economy airfare; one night hotel; Avis rental car; dinner - $82.42(BB,RP) |
| 2/24/2016 | Client Site | | $248.57 | $49.88 | | | Daniel Tollefsen | One Night Hotel; Car Rental |
| 2/24/2016 | Travel to client site | | $248.57 | $92.00 | | | Raj Perubhatla | Car to the airport to catch the rescheduled flight to client site; one night hotel stay |
| 2/25/2016 | RTP stay | | $248.57 | | $122.96 | | Brandon Bangerter | One night hotel; lunch - $19.74(RP,BB); dinner - $103.22(BB,RP) |
| 2/25/2016 | Travel from Client Site - Raleigh | $423.60 | | $49.90 | | | Daniel Tollefsen | Economy Airfare; Car Rental |
| 2/25/2016 | Client site stay | | $248.57 | | | | Raj Perubhatla | one night hotel stay; |

Nortel Expense Report
PERIOD: **February 1 - 29, 2016**

| Date | Description | Air | Lodging | Transportation | Meals | Office Expenses | Professional | Comments on Meals/Transportation |
|---|---|---|---|---|---|---|---|---|
| 2/26/2016 | Travel from Client site | $437.10 | | $56.00 | | | Brandon Bangerter | Economy airfare; airport parking |
| 2/26/2016 | Travel from client site | $437.10 | | $92.00 | | | Raj Perubhatla | Economy airfare; car from airport to home |
| 2/29/2016 | Travel to Client Site - Raleigh | $377.10 | $244.78 | $61.70 | | | Daniel Tollefsen | Economy Airfare; One Night Hotel; Car Rental |
| | | | | | | | | |
| | | $ 12,164.08 | $ 7,585.76 | $ 2,880.86 | $ 1,089.46 | $   - | | |