# EXHIBIT A

# HOURS/BILLABLE AMOUNTS BY PROJECT
# NORTEL NETWORKS, INC.

**Name:** RLKS Executive Solutions LLC

**Working Dates:** Start Date 3/1/2016   End Date 3/31/2016
**Enter Billing Rate/Hr:** 590.00

| Project No. | Project Name | Hours/Minutes Worked | Billing Rate | Billing Amount |
|---|---|---|---|---|
| 1 | NNI Document and eData Preservation Projects | 158.60 | $590.00 | $93,574.00 |
| 2 | Facility Document Inventory & Evacuation Review | 333.40 | $590.00 | $196,706.00 |
| 3 | Human Resources - Employee Related Projects | 0.80 | $590.00 | $472.00 |
| 4 | Fee Apps | 37.10 | $590.00 | $21,889.00 |
| 5 | Non-working travel | 207.30 | $295.00 | $61,153.50 |
| 6 | Claims Administration, Reconciliation & Resolution | 464.50 | $590.00 | $274,055.00 |
| 7 | Tax/Finance Matters and Budget Projects | 12.60 | $590.00 | $7,434.00 |
| 8 | Misc Debtor Issues and Communications | 2.80 | $590.00 | $1,652.00 |
| 9 | Analyst Support and Case Modeling | 145.00 | $590.00 | $85,550.00 |
| | **Hours/Billing Amount for Period:** | **1,362.10** | | **$742,485.50** |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 3/1/2016 | NetBackup monitoring and policy changes, tape preparations, and restarts and storage reclamation | Brandon Bangerter | 1 | 3.8 |
| 3/1/2016 | EE file review and policy searches for discovery | Kathryn Schultea | 1 | 2.3 |
| 3/1/2016 | IT Infrastructure monitoring | Raj Perubhatla | 1 | 3.8 |
| 3/2/2016 | On site IT support | Raj Perubhatla | 1 | 8.6 |
| 3/2/2016 | Troubleshooting SSL Cert issues on the websites | Raj Perubhatla | 1 | 1.4 |
| 3/3/2016 | On site IT support | Raj Perubhatla | 1 | 7.3 |
| 3/4/2016 | Troubleshooting LiveLink errors / service restarts / searches for Corporate policies and procedures | Brandon Bangerter | 1 | 5.2 |
| 3/4/2016 | Policy research for discovery | Kathryn Schultea | 1 | 1.5 |
| 3/4/2016 | IT Infrastructure monitoring | Raj Perubhatla | 1 | 3.5 |
| 3/4/2016 | Employee document searching | Raj Perubhatla | 1 | 0.8 |
| 3/7/2016 | Server security updates, patches, virus / malware definitions, space reclamation, troubleshooting errors | Brandon Bangerter | 1 | 4.8 |
| 3/7/2016 | IT Billing issue clarification with Level3 | Raj Perubhatla | 1 | 1.3 |
| 3/7/2016 | Oracle data backups | Raj Perubhatla | 1 | 4.6 |
| 3/7/2016 | IT Software inventory | Raj Perubhatla | 1 | 2.2 |
| 3/8/2016 | On site IT support | Raj Perubhatla | 1 | 8.3 |
| 3/10/2016 | On site IT support | Raj Perubhatla | 1 | 6.2 |
| 3/12/2016 | NetBackup monitoring and policy changes for offsite backup | Brandon Bangerter | 1 | 2.3 |
| 3/14/2016 | NetBackup monitoring and policy changes / restarts / catalog cleanup for offsite backup | Brandon Bangerter | 1 | 3.2 |
| 3/14/2016 | IT Infrastructure monitoring | Raj Perubhatla | 1 | 3.7 |
| 3/15/2016 | On site IT support | Raj Perubhatla | 1 | 8.5 |
| 3/16/2016 | On site IT support | Raj Perubhatla | 1 | 6.2 |
| 3/17/2016 | Security updates and server maintenance / NetBackup monitoring and policy configuration changes | Brandon Bangerter | 1 | 2.8 |
| 3/18/2016 | Monitoring NetBackup jobs, policy changes and restarts / server troubleshooting | Brandon Bangerter | 1 | 1.3 |
| 3/18/2016 | IT Infrastructure monitoring | Raj Perubhatla | 1 | 7.4 |
| 3/21/2016 | Server maintenance; patch security updates; NetBackup monitoring offsite jobs and restarts | Brandon Bangerter | 1 | 4.6 |
| 3/21/2016 | IT Infrastructure monitoring | Raj Perubhatla | 1 | 5.8 |
| 3/22/2016 | On site IT support | Raj Perubhatla | 1 | 5.5 |
| 3/23/2016 | On site IT support | Raj Perubhatla | 1 | 2.2 |
| 3/24/2016 | On site IT support | Raj Perubhatla | 1 | 7.5 |
| 3/25/2016 | Security updates and server maintenance / NetBackup monitoring and policy configuration changes | Brandon Bangerter | 1 | 3.8 |
| 3/25/2016 | IT Infrastructure monitoring | Raj Perubhatla | 1 | 1.7 |
| 3/28/2016 | Monitoring NetBackup jobs, policy changes and restarts / server troubleshooting | Brandon Bangerter | 1 | 2.3 |
| 3/28/2016 | IT Infrastructure monitoring | Raj Perubhatla | 1 | 4.3 |
| 3/29/2016 | Data searches for investigation / troubleshooting SAP BW servers | Brandon Bangerter | 1 | 1.8 |
| 3/29/2016 | On site IT support | Raj Perubhatla | 1 | 4.3 |
| 3/30/2016 | QuickBooks troubleshooting / server maintenance / NetBackup monitoring and fixes | Brandon Bangerter | 1 | 3.5 |
| 3/30/2016 | On site IT support | Raj Perubhatla | 1 | 4.3 |
| 3/31/2016 | UKA server NIC speed troubleshooting / backups prior to move, NetBackup policy updates and space | Brandon Bangerter | 1 | 4.2 |
| 3/31/2016 | IM log review for destruction of tapes per court order | Kathryn Schultea | 1 | 1.8 |
| 3/1/2016 | Data room support/evacuation | Daniel Tollefsen | 2 | 7.3 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 3/1/2016 | Correspondence - BPP Review for NNI | Kathryn Schultea | 2 | 0.2 |
| 3/1/2016 | GWRP DC Move: 2nd Fiber circuit coordination | Raj Perubhatla | 2 | 1.2 |
| 3/2/2016 | Reviewing items at RTP for storage, destruction, etc. / Identifying spares, racking servers for move | Brandon Bangerter | 2 | 8.4 |
| 3/2/2016 | Data room support/evacuation | Daniel Tollefsen | 2 | 3.6 |
| 3/2/2016 | Onsite at NNI - packing up facility in various areas | Felicia Buenrostro | 2 | 7.0 |
| 3/2/2016 | Onsite at NNI - Walk thru NNI building | Kathryn Schultea | 2 | 3.0 |
| 3/2/2016 | Facility document inventory of Nortel Facility Management department. | Leticia Barrios | 2 | 1.5 |
| 3/3/2016 | Data Center clean up / Racking and re-cabling servers and switches / sorting equipment | Brandon Bangerter | 2 | 7.7 |
| 3/3/2016 | Data room support/evacuation | Daniel Tollefsen | 2 | 4.3 |
| 3/3/2016 | Onsite at NNI - packing up facility in various areas | Felicia Buenrostro | 2 | 5.0 |
| 3/3/2016 | Correspondence - UKA server location | Kathryn Schultea | 2 | 0.4 |
| 3/4/2016 | Correspondence - Ring-Fence Servers at NNI | Kathryn Schultea | 2 | 0.6 |
| 3/4/2016 | GWRP DC Move: 2nd Fiber circuit coordination and troubleshooting with Level3 | Raj Perubhatla | 2 | 3.7 |
| 3/6/2016 | GWRP DC Move: 2nd Fiber circuit coordination and troubleshooting with Level3 | Raj Perubhatla | 2 | 1.7 |
| 3/7/2016 | Review and follow-up Lexis Nexis invoice | Kathryn Schultea | 2 | 0.3 |
| 3/8/2016 | Locating spare servers, moving into new racks, additional rack clean up in preparation for move | Brandon Bangerter | 2 | 8.3 |
| 3/9/2016 | Reconfiguring servers, switches, cabling / UKA hardware conference call on move and shutdown | Brandon Bangerter | 2 | 8.7 |
| 3/9/2016 | Follow up calls from/to EEs | Kathryn Schultea | 2 | 0.3 |
| 3/9/2016 | Correspondence - Extension of Lease | Kathryn Schultea | 2 | 0.2 |
| 3/9/2016 | GWRTP DC Move; Call prep and call with UKA for coordination | Raj Perubhatla | 2 | 1.0 |
| 3/9/2016 | GWRTP DC Move; Prep for the move | Raj Perubhatla | 2 | 6.5 |
| 3/10/2016 | Reconfiguring servers, switches, cabling, and other hardware in racks for move out of data center | Brandon Bangerter | 2 | 8.4 |
| 3/10/2016 | GWRTP DC Move; Prep for the move | Raj Perubhatla | 2 | 1.8 |
| 3/11/2016 | Reconfiguring servers, switches, cabling, and other hardware in racks for move out of data center | Brandon Bangerter | 2 | 5.8 |
| 3/11/2016 | Iron Mountain research | Felicia Buenrostro | 2 | 1.5 |
| 3/11/2016 | GWRTP DC Move; Prep for the move | Raj Perubhatla | 2 | 4.5 |
| 3/14/2016 | Iron Mountain research | Felicia Buenrostro | 2 | 1.0 |
| 3/15/2016 | Cleaning, organizing data room / racking and configuring servers / troubleshooting errors / replacing h/w | Brandon Bangerter | 2 | 8.3 |
| 3/15/2016 | Data room support/evacuation | Daniel Tollefsen | 2 | 4.7 |
| 3/15/2016 | Correspondence and document review - GWRTP/Park Place | Kathryn Schultea | 2 | 1.0 |
| 3/16/2016 | Server issues / troubleshooting servers, replacing hardware, racking and configuring servers | Brandon Bangerter | 2 | 8.2 |
| 3/16/2016 | Data room support/evacuation | Daniel Tollefsen | 2 | 7.8 |
| 3/16/2016 | Onsite at NNI - packing up facility in various areas | Felicia Buenrostro | 2 | 7.0 |
| 3/16/2016 | Onsite - Walk thru RTP with Avaya and Genband | Kathryn Schultea | 2 | 4.5 |
| 3/16/2016 | Onsite - Relocation contract review and various communications | Kathryn Schultea | 2 | 2.8 |
| 3/16/2016 | GWRTP subtenant site walk-through | Raj Perubhatla | 2 | 2.0 |
| 3/17/2016 | Data room support/evacuation | Daniel Tollefsen | 2 | 8.2 |
| 3/17/2016 | Onsite at NNI - packing up facility in various areas | Felicia Buenrostro | 2 | 7.5 |
| 3/17/2016 | Onsite - Subtenant follow-ups and NNI space inside and out walk-thru | Kathryn Schultea | 2 | 5.5 |
| 3/17/2016 | Conf. Call re: GWRTP/Park Place | Kathryn Schultea | 2 | 1.0 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 3/17/2016 | Onsite - Correspondence - Raleigh Recycler's insurance/contract follow-up | Kathryn Schultea | 2 | 1.0 |
| 3/17/2016 | Onsite - Correspondence - NNI phones | Kathryn Schultea | 2 | 0.3 |
| 3/17/2016 | GWRTP Dc move coordination efforts | Raj Perubhatla | 2 | 6.3 |
| 3/18/2016 | Data room support/evacuation | Daniel Tollefsen | 2 | 6.4 |
| 3/18/2016 | Onsite at NNI - packing up facility in various areas | Felicia Buenrostro | 2 | 3.0 |
| 3/18/2016 | Onsite - Termination of Services with CBRE | Kathryn Schultea | 2 | 0.3 |
| 3/19/2016 | Review reports from IM for tape destruction | Kathryn Schultea | 2 | 2.3 |
| 3/21/2016 | Review draft response to Genband walk-thru | Kathryn Schultea | 2 | 0.5 |
| 3/21/2016 | Conf. call - re: Follow up items with move out | Kathryn Schultea | 2 | 1.0 |
| 3/21/2016 | Correspondence - Iron Mountain request - electronic tape media | Kathryn Schultea | 2 | 0.4 |
| 3/21/2016 | Correspondence - GWRTP DC move discussion | Kathryn Schultea | 2 | 0.5 |
| 3/21/2016 | Level 3 circuit troubleshooting and coordination | Raj Perubhatla | 2 | 2.2 |
| 3/22/2016 | Server issues / troubleshooting servers, replacing hardware, racking and configuring servers | Brandon Bangerter | 2 | 8.6 |
| 3/22/2016 | Data room support/evacuation | Daniel Tollefsen | 2 | 5.8 |
| 3/22/2016 | Correspondence - RTP related vendors | Kathryn Schultea | 2 | 0.3 |
| 3/22/2016 | Correspondence - Follow-up to walk-thru of subtenants and removal obligations | Kathryn Schultea | 2 | 0.5 |
| 3/22/2016 | Draft contract review and related follow-up re GWRTP DC cleanup | Kathryn Schultea | 2 | 0.8 |
| 3/22/2016 | GWRTP DC Move: prep for the move | Raj Perubhatla | 2 | 2.7 |
| 3/23/2016 | Server moves / cleaning up racks and switches in preparation for move / server troubleshooting | Brandon Bangerter | 2 | 8.3 |
| 3/23/2016 | Data room support/evacuation | Daniel Tollefsen | 2 | 6.3 |
| 3/23/2016 | Correspondence - Maintech Agreement | Kathryn Schultea | 2 | 0.5 |
| 3/23/2016 | Conf. Call with T. Ross re: IT move update | Kathryn Schultea | 2 | 0.3 |
| 3/23/2016 | Correspondence - Data Foundry New Account Application and SOW | Kathryn Schultea | 2 | 0.5 |
| 3/23/2016 | GWRTP DC Move: prep for the move | Raj Perubhatla | 2 | 5.7 |
| 3/24/2016 | Identifying hardware replacements and locations / troubleshooting servers / Finalizing backup strategy | Brandon Bangerter | 2 | 7.3 |
| 3/24/2016 | Data room support/evacuation | Daniel Tollefsen | 2 | 5.9 |
| 3/24/2016 | Review correspondence - Tenant required work from walk thru follow-up | Kathryn Schultea | 2 | 0.5 |
| 3/24/2016 | Various received and returned correspondence on sublease and evacuation | Kathryn Schultea | 2 | 1.3 |
| 3/25/2016 | Correspondence - Raleigh Recycler's cost proposal for GWRTP DC cleanup | Kathryn Schultea | 2 | 0.3 |
| 3/25/2016 | GWRTP DC Move: Contracts with vendors coordination | Raj Perubhatla | 2 | 5.2 |
| 3/26/2016 | GWRTP DC Move: Coordination with IT consultants for the DC move | Raj Perubhatla | 2 | 2.3 |
| 3/28/2016 | Data room support/evacuation | Daniel Tollefsen | 2 | 4.6 |
| 3/28/2016 | Onsite at NNI - Scanned lease binders | Felicia Buenrostro | 2 | 3.5 |
| 3/28/2016 | Onsite Mtg. re: Debrief - landlord schedule of work discussion | Kathryn Schultea | 2 | 2.0 |
| 3/28/2016 | Onsite - Data Foundry Application | Kathryn Schultea | 2 | 0.8 |
| 3/28/2016 | Onsite - GWRTP DC Move discussion follow-up | Kathryn Schultea | 2 | 1.5 |
| 3/28/2016 | GWRTP DC Move: Contracts with vendors coordination | Raj Perubhatla | 2 | 4.7 |
| 3/29/2016 | Data room support/evacuation | Daniel Tollefsen | 2 | 5.5 |
| 3/29/2016 | Onsite at NNI - Scanned lease binders | Felicia Buenrostro | 2 | 7.0 |
| 3/29/2016 | Onsite - Conf. Call re: RTP related vendors | Kathryn Schultea | 2 | 1.0 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 3/29/2016 | Onsite - Mtg. with T. Ross re: various case and facility related matters | Kathryn Schultea | 2 | 2.5 |
| 3/29/2016 | Onsite - Data Foundry Agreement and W9 | Kathryn Schultea | 2 | 0.8 |
| 3/29/2016 | Onsite - Recycler cleanup discussion | Kathryn Schultea | 2 | 0.7 |
| 3/29/2016 | GWRTP DC Move: Contracts with vendors coordination | Raj Perubhatla | 2 | 3.8 |
| 3/29/2016 | GWRTP DC Move: Coordination with IT consultants for the DC move | Raj Perubhatla | 2 | 1.8 |
| 3/30/2016 | Data room support/evacuation | Daniel Tollefsen | 2 | 6.7 |
| 3/30/2016 | Onsite at NNI - Scanned lease binders | Felicia Buenrostro | 2 | 3.5 |
| 3/30/2016 | Onsite - review and documentation for DC vendors for move and clear out | Kathryn Schultea | 2 | 2.5 |
| 3/30/2016 | GWRTP DC Move: Contracts with vendors coordination | Raj Perubhatla | 2 | 3.7 |
| 3/31/2016 | Data room support/evacuation | Daniel Tollefsen | 2 | 5.9 |
| 3/31/2016 | Correspondence - re: SAP BW matter | Kathryn Schultea | 2 | 0.8 |
| 3/31/2016 | Correspondence - DC move and clear-out paper work | Kathryn Schultea | 2 | 2.4 |
| 3/31/2016 | GWRTP DC Move: Contracts with vendors coordination | Raj Perubhatla | 2 | 4.7 |
| 3/31/2016 | GWRTP DC Move: Planning the next phases and coordination with the external consultants | Raj Perubhatla | 2 | 3.3 |
| 3/2/2016 | Onsite at NNI - Status update with T. Ross and K. Ponder | Kathryn Schultea | 3 | 0.5 |
| 3/19/2016 | NNI staffing report review | Kathryn Schultea | 3 | 0.3 |
| 3/3/2016 | Fee application work and consolidation | Kathryn Schultea | 4 | 2.5 |
| 3/4/2016 | Fee app tracking | Brandon Bangerter | 4 | 1.0 |
| 3/4/2016 | Fee App | Daniel Tollefsen | 4 | 1.0 |
| 3/4/2016 | Weekly Fee Application Work and consolidation | Felicia Buenrostro | 4 | 2.0 |
| 3/4/2016 | Fee Apps | Raj Perubhatla | 4 | 1.0 |
| 3/5/2016 | Weekly Fee Application Work | Leticia Barrios | 4 | 1.0 |
| 3/5/2016 | Fee Application Tracking | Mary Cilia | 4 | 1.0 |
| 3/11/2016 | Fee app tracking | Brandon Bangerter | 4 | 1.0 |
| 3/11/2016 | Fee App | Daniel Tollefsen | 4 | 1.0 |
| 3/11/2016 | Weekly Fee Application Work | Felicia Buenrostro | 4 | 1.0 |
| 3/11/2016 | Fee Apps | Raj Perubhatla | 4 | 1.0 |
| 3/12/2016 | Weekly Fee Application Work | Leticia Barrios | 4 | 1.0 |
| 3/12/2016 | Fee Application Tracking | Mary Cilia | 4 | 1.0 |
| 3/14/2016 | Fee Application | David Kantorczyk | 4 | 1.0 |
| 3/18/2016 | Fee app tracking | Brandon Bangerter | 4 | 1.0 |
| 3/18/2016 | Fee App | Daniel Tollefsen | 4 | 1.0 |
| 3/18/2016 | Weekly Fee Application Work | Felicia Buenrostro | 4 | 1.0 |
| 3/18/2016 | Fee Apps | Raj Perubhatla | 4 | 1.0 |
| 3/19/2016 | Weekly Fee Application Work | Leticia Barrios | 4 | 1.0 |
| 3/19/2016 | Fee Application Tracking | Mary Cilia | 4 | 1.0 |
| 3/22/2016 | Examiner report review and research | Kathryn Schultea | 4 | 0.3 |
| 3/25/2016 | Fee app tracking | Brandon Bangerter | 4 | 1.0 |
| 3/25/2016 | Fee App | Daniel Tollefsen | 4 | 1.0 |
| 3/25/2016 | Weekly Fee Application Work | Felicia Buenrostro | 4 | 1.0 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 3/25/2016 | Fee application work and consolidation | Kathryn Schultea | 4 | 1.3 |
| 3/25/2016 | Fee Apps | Raj Perubhatla | 4 | 1.0 |
| 3/26/2016 | Weekly Fee Application Work | Leticia Barrios | 4 | 1.0 |
| 3/26/2016 | Fee Application Tracking | Mary Cilia | 4 | 1.0 |
| 3/31/2016 | Fee Application | David Kantorczyk | 4 | 1.0 |
| 3/31/2016 | Weekly Fee Application Work and consolidation | Felicia Buenrostro | 4 | 2.0 |
| 3/31/2016 | Fee application work and consolidation | Kathryn Schultea | 4 | 2.0 |
| 3/31/2016 | Weekly Fee Application Work | Leticia Barrios | 4 | 1.0 |
| 3/31/2016 | Fee Apps | Raj Perubhatla | 4 | 1.0 |
| 3/1/2016 | Non-working travel: IAH-RDU | Brandon Bangerter | 5 | 5.0 |
| 3/1/2016 | Non-Working travel Houston to Raleigh | Felicia Buenrostro | 5 | 3.0 |
| 3/1/2016 | Non-Working travel (Houston to Raleigh) | Leticia Barrios | 5 | 2.0 |
| 3/1/2016 | Non working travel to client site | Raj Perubhatla | 5 | 5.0 |
| 3/2/2016 | Non-Working travel Houston to Raleigh | Kathryn Schultea | 5 | 5.0 |
| 3/3/2016 | Non-working travel: RDU-IAH | Brandon Bangerter | 5 | 5.0 |
| 3/3/2016 | Non-Working Travel from Client site - Raleigh | Daniel Tollefsen | 5 | 5.0 |
| 3/3/2016 | Non-Working travel Raleigh to Houston | Felicia Buenrostro | 5 | 2.5 |
| 3/3/2016 | Non-Working travel Raleigh to Houston | Kathryn Schultea | 5 | 5.0 |
| 3/3/2016 | Non-Working travel (Raleigh to Houston) | Leticia Barrios | 5 | 2.0 |
| 3/3/2016 | Non Working Travel from Client site | Raj Perubhatla | 5 | 5.0 |
| 3/7/2016 | Non-working travel: IAH-RDU | Brandon Bangerter | 5 | 5.0 |
| 3/7/2016 | Non working travel to client site | Raj Perubhatla | 5 | 5.0 |
| 3/11/2016 | Non-working travel: RDU-IAH | Brandon Bangerter | 5 | 5.0 |
| 3/11/2016 | Non Working Travel from Client site | Raj Perubhatla | 5 | 5.0 |
| 3/14/2016 | Non-working travel: IAH-RDU | Brandon Bangerter | 5 | 5.0 |
| 3/14/2016 | Non-Working Travel to Client Site - Raleigh | Daniel Tollefsen | 5 | 5.0 |
| 3/14/2016 | Non working travel to client site | Raj Perubhatla | 5 | 5.0 |
| 3/15/2016 | Non-Working travel Houston to Raleigh | Felicia Buenrostro | 5 | 2.5 |
| 3/15/2016 | Non-Working travel Houston to Raleigh | Kathryn Schultea | 5 | 5.0 |
| 3/16/2016 | Non-working travel: RDU-IAH | Brandon Bangerter | 5 | 5.0 |
| 3/16/2016 | Non Working Travel from Client site | Raj Perubhatla | 5 | 5.0 |
| 3/18/2016 | Non-Working Travel from Client site - Raleigh | Daniel Tollefsen | 5 | 5.0 |
| 3/18/2016 | Non-Working travel Raleigh to Houston | Felicia Buenrostro | 5 | 2.5 |
| 3/18/2016 | Non-Working travel Raleigh to Houston | Kathryn Schultea | 5 | 5.0 |
| 3/21/2016 | Non-working travel: IAH-RDU | Brandon Bangerter | 5 | 5.0 |
| 3/21/2016 | Non-Working Travel to Client Site - Raleigh | Daniel Tollefsen | 5 | 5.0 |
| 3/21/2016 | Non-Working Travel: Houston to Wilmington | Mary Cilia | 5 | 5.5 |
| 3/21/2016 | Non working travel to client site | Raj Perubhatla | 5 | 5.0 |
| 3/22/2016 | Non-Working Travel: Wilmington to Houston | Mary Cilia | 5 | 5.5 |
| 3/24/2016 | Non-working travel: RDU-IAH | Brandon Bangerter | 5 | 5.0 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 3/24/2016 | Non-Working Travel from Client site - Raleigh | Daniel Tollefsen | 5 | 5.0 |
| 3/24/2016 | Non Working Travel from Client site | Raj Perubhatla | 5 | 5.0 |
| 3/28/2016 | Non-Working Travel to Client Site - Raleigh | Daniel Tollefsen | 5 | 5.0 |
| 3/28/2016 | Travel to client | David Kantorczyk | 5 | 4.5 |
| 3/28/2016 | Non-Working travel Houston to Raleigh | Felicia Buenrostro | 5 | 3.0 |
| 3/28/2016 | Non-Working travel Houston to Raleigh | Kathryn Schultea | 5 | 5.0 |
| 3/28/2016 | Non-Working Travel:  Houston to Raleigh | Mary Cilia | 5 | 5.0 |
| 3/28/2016 | Non working travel to client site | Raj Perubhatla | 5 | 5.0 |
| 3/30/2016 | Non-Working travel Raleigh to Houston | Felicia Buenrostro | 5 | 3.0 |
| 3/30/2016 | Non-Working travel Raleigh to Houston | Kathryn Schultea | 5 | 5.0 |
| 3/30/2016 | Non Working Travel from Client site | Raj Perubhatla | 5 | 5.0 |
| 3/31/2016 | Non-Working Travel from Client site - Raleigh | Daniel Tollefsen | 5 | 6.8 |
| 3/31/2016 | Travel from Client | David Kantorczyk | 5 | 4.5 |
| 3/31/2016 | Non-Working Travel:  Raleigh to Houston | Mary Cilia | 5 | 5.0 |
| 3/1/2016 | Review, analyze and document for EY allowed foreign vendor claims to determine the nature of payments to be made to foreign payees in connection with the IRS withholding requirements under Chapter 3 of the Internal Revenue Code and FATCA. | David Kantorczyk | 6 | 5.5 |
| 3/1/2016 | Monitor EE emails, log and follow-up | Felicia Buenrostro | 6 | 1.0 |
| 3/1/2016 | NNI call center monitoring and logging requests and related follow-up | Felicia Buenrostro | 6 | 1.5 |
| 3/1/2016 | Correspondence - EE claims inquiry | Kathryn Schultea | 6 | 0.6 |
| 3/1/2016 | Analyze and correspondence re EPIQ details on bulk mailing | Kathryn Schultea | 6 | 3.3 |
| 3/1/2016 | Employee Claims Distribution - Enter 175 claimants without record into EV5 and populate residential and last known work addresses. | Leticia Barrios | 6 | 4.5 |
| 3/1/2016 | Prepare detailed summary of claims for claims trader | Mary Cilia | 6 | 1.3 |
| 3/1/2016 | Review of updated claims reports and related e-mails with EPIQ to make corrections and provide revised reports | Mary Cilia | 6 | 2.8 |
| 3/1/2016 | Review of claims for certain employees per inquiry and related e-mails | Mary Cilia | 6 | 0.7 |
| 3/1/2016 | Read, review, research and respond to various employee inquiries by phone and e-mail | Mary Cilia | 6 | 0.8 |
| 3/1/2016 | Claims updates analysis for newer epiq file | Raj Perubhatla | 6 | 3.2 |
| 3/2/2016 | Review, analyze and document for EY allowed foreign vendor claims to determine the nature of payments to be made to foreign payees in connection with the IRS withholding requirements under Chapter 3 of the Internal Revenue Code and FATCA. | David Kantorczyk | 6 | 5.5 |
| 3/2/2016 | Phone call with EY to discuss IRS withholding requirements under Chapter 3 of the Internal Revenue Code and FATCA, proper documentation needed for support and process for filing year end forms including preparation and summarization. | David Kantorczyk | 6 | 1.0 |
| 3/2/2016 | Weekly Nortel Networks outside consultant  claim call including RLKS, Cleary and Huron including preparation and summarization. | David Kantorczyk | 6 | 0.3 |
| 3/2/2016 | Diligence on Round 11 spreadsheet file for EPIQ. | David Kantorczyk | 6 | 0.7 |
| 3/2/2016 | NNI call center monitoring and logging requests and related follow-up | Felicia Buenrostro | 6 | 1.0 |
| 3/2/2016 | Employee Claims Distribution - Enter 175 claimants without record into EV5 and populate residential and last known work addresses. | Leticia Barrios | 6 | 4.5 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 3/2/2016 | Attend the Nortel Employee Claims Conference Call with Cleary to discuss employee claims. Discussed Round 11 eligible employee claims. | Leticia Barrios | 6 | 1.0 |
| 3/2/2016 | Review of employee claims for Round 11 settlement letters and preparation of template; related e-mails with Cleary | Mary Cilia | 6 | 3.1 |
| 3/2/2016 | E-mails and review of claims re: claims trader settlement | Mary Cilia | 6 | 1.2 |
| 3/2/2016 | Conference call with Cleary, Huron and RLKS re: various claims issues and work streams; related prep and follow up | Mary Cilia | 6 | 1.8 |
| 3/3/2016 | Review, analyze and document for EY allowed foreign vendor claims to determine the nature of payments to be made to foreign payees in connection with the IRS withholding requirements under Chapter 3 of the Internal Revenue Code and FATCA. | David Kantorczyk | 6 | 7.0 |
| 3/3/2016 | NNI call center monitoring and logging requests and related follow-up | Felicia Buenrostro | 6 | 1.0 |
| 3/3/2016 | Employee Claims Distribution - Enter 175 claimants without record into EV5 and populate residential and last known work addresses. | Leticia Barrios | 6 | 5.7 |
| 3/3/2016 | Employee Claims Distribution - provide analysis on expat global employees with claims and home based employees | Leticia Barrios | 6 | 1.5 |
| 3/3/2016 | Review of revised settlement letters related to new claims settlement protocol; revision of template for next round of letters and related e-mails with EPIQ and Cleary | Mary Cilia | 6 | 4.1 |
| 3/3/2016 | Review of revised updated claims report from EPIQ and updates to claims database | Mary Cilia | 6 | 3.7 |
| 3/4/2016 | Phone call with EY to discuss IRS withholding requirements under Chapter 3 of the Internal Revenue Code and FATCA, proper documentation needed for support and process for filing year end forms including preparation and summarization. | David Kantorczyk | 6 | 1.5 |
| 3/4/2016 | Review, analyze and document for EY allowed foreign vendor claims to determine the nature of payments to be made to foreign payees in connection with the IRS withholding requirements under Chapter 3 of the Internal Revenue Code and FATCA. | David Kantorczyk | 6 | 5.5 |
| 3/4/2016 | NNI call center monitoring and logging requests and related follow-up | Felicia Buenrostro | 6 | 1.0 |
| 3/4/2016 | Research Deceased Employee claimants and addresses | Felicia Buenrostro | 6 | 1.0 |
| 3/4/2016 | Employee Claims Distribution - Enter 175 claimants without record into EV5 and populate residential and last known work addresses. | Leticia Barrios | 6 | 3.5 |
| 3/4/2016 | Review and research claims for claims trader settlements and preparation of analysis templates | Mary Cilia | 6 | 7.7 |
| 3/7/2016 | Diligence on Round 11 settlement letters from EPIQ | David Kantorczyk | 6 | 1.5 |
| 3/7/2016 | Review, analyze and document for EY allowed foreign vendor claims to determine the nature of payments to be made to foreign payees in connection with the IRS withholding requirements under Chapter 3 of the Internal Revenue Code and FATCA. | David Kantorczyk | 6 | 5.5 |
| 3/7/2016 | Monitor EE emails regarding disposal motion and related follow-up | Felicia Buenrostro | 6 | 0.5 |
| 3/7/2016 | NNI call center monitoring and logging requests and related follow-up | Felicia Buenrostro | 6 | 0.8 |
| 3/7/2016 | Research Deceased Employee claimants and addresses | Felicia Buenrostro | 6 | 4.0 |
| 3/7/2016 | Correspondence - EE data request | Kathryn Schultea | 6 | 0.8 |
| 3/7/2016 | Employee Claims Distribution - Enter 175 claimants without record into EV5 and populate residential and last known work addresses. | Leticia Barrios | 6 | 7.2 |
| 3/7/2016 | Continued review and research of claims for claims trader settlements and preparation of analysis templates | Mary Cilia | 6 | 4.9 |
| 3/7/2016 | Review drafts of Round 11 settlement letters and related e-mails with Cleary, EPIQ and D. Kantorczyk | Mary Cilia | 6 | 3.3 |
| 3/7/2016 | Read, review, research and respond to various employee inquiries by phone and e-mail | Mary Cilia | 6 | 1.7 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 3/8/2016 | Review, analyze and document for EY allowed foreign vendor claims to determine the nature of payments to be made to foreign payees in connection with the IRS withholding requirements under Chapter 3 of the Internal Revenue Code and FATCA. | David Kantorczyk | 6 | 7.0 |
| 3/8/2016 | Monitor EE emails regarding disposal motion and related follow-up | Felicia Buenrostro | 6 | 0.5 |
| 3/8/2016 | NNI call center monitoring and logging requests and related follow-up | Felicia Buenrostro | 6 | 0.8 |
| 3/8/2016 | Research Deceased Employee claimants and addresses | Felicia Buenrostro | 6 | 3.0 |
| 3/8/2016 | Employee Claims Distribution - Enter resident addresses for 1,353 employee traded claims into EV5. | Leticia Barrios | 6 | 2.5 |
| 3/8/2016 | Read, review, research and respond to various employee inquiries by phone and e-mail | Mary Cilia | 6 | 1.2 |
| 3/8/2016 | Continued review and research of claims for claims trader settlements and preparation of analysis templates; related calls and e-mail | Mary Cilia | 6 | 5.6 |
| 3/9/2016 | Weekly Nortel Networks outside consultant claim call including RLKS, Cleary and Huron including preparation and summarization. | David Kantorczyk | 6 | 0.3 |
| 3/9/2016 | Review, analyze and document for EY allowed foreign vendor claims to determine the nature of payments to be made to foreign payees in connection with the IRS withholding requirements under Chapter 3 of the Internal Revenue Code and FATCA. | David Kantorczyk | 6 | 2.5 |
| 3/9/2016 | Research proofs of claim, reconciliations, general ledger balances and stayed invoice values in order to populate exhibit templates for the upcoming non-employee Omnibus Objection | David Kantorczyk | 6 | 4.5 |
| 3/9/2016 | Monitor EE emails regarding disposal motion and related follow-up | Felicia Buenrostro | 6 | 0.5 |
| 3/9/2016 | NNI call center monitoring and logging requests and related follow-up | Felicia Buenrostro | 6 | 1.0 |
| 3/9/2016 | Research Deceased Employee claimants and addresses | Felicia Buenrostro | 6 | 3.0 |
| 3/9/2016 | Review material in prep for - EPIQ discussion | Kathryn Schultea | 6 | 1.0 |
| 3/9/2016 | Conf. Call re: Epic invoice de-duplication | Kathryn Schultea | 6 | 0.5 |
| 3/9/2016 | Employee Claims Distribution - Enter resident addresses for 1,353 employee traded claims into EV5. | Leticia Barrios | 6 | 5.7 |
| 3/9/2016 | Attend the Nortel Employee Claims Conference Call with Cleary to discuss employee claims. Discussed Round 11 eligible employee claims. | Leticia Barrios | 6 | 1.0 |
| 3/9/2016 | Read, review, research and respond to various employee inquiries by phone and e-mail | Mary Cilia | 6 | 2.4 |
| 3/9/2016 | Continued review and research of claims for claims trader settlements and preparation of analysis templates; related calls and e-mail | Mary Cilia | 6 | 6.2 |
| 3/9/2016 | Conference call with Cleary, Huron and RLKS re: various claims issues and work streams; related prep and follow up | Mary Cilia | 6 | 1.1 |
| 3/9/2016 | Research response to omnibus objection; related e-mails and review of information provided | Mary Cilia | 6 | 1.5 |
| 3/10/2016 | Research proofs of claim, reconciliations, general ledger balances and stayed invoice values in order to populate exhibit templates for the upcoming non-employee Omnibus Objection | David Kantorczyk | 6 | 3.5 |
| 3/10/2016 | Review, analyze and document for EY allowed foreign vendor claims to determine the nature of payments to be made to foreign payees in connection with the IRS withholding requirements under Chapter 3 of the Internal Revenue Code and FATCA. | David Kantorczyk | 6 | 3.0 |
| 3/10/2016 | Diligence list of schedules and claims to be included in claim trader's settlement. | David Kantorczyk | 6 | 0.5 |
| 3/10/2016 | Monitor EE emails regarding disposal motion and related follow-up | Felicia Buenrostro | 6 | 0.6 |
| 3/10/2016 | NNI call center monitoring and logging requests and related follow-up | Felicia Buenrostro | 6 | 1.0 |
| 3/10/2016 | Research Deceased Employee claimants and addresses | Felicia Buenrostro | 6 | 4.0 |
| 3/10/2016 | Correspondence - Omnibus objections | Kathryn Schultea | 6 | 0.5 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 3/10/2016 | Employee Claims Distribution - Enter resident addresses for 1,353 employee traded claims into EV5. | Leticia Barrios | 6 | 8.3 |
| 3/10/2016 | Continued review and research of claims for claims trader settlements and preparation of analysis templates; related calls and e-mails | Mary Cilia | 6 | 6.3 |
| 3/10/2016 | Research responses to omnibus objections; related e-mails, conference call and review of information provided | Mary Cilia | 6 | 2.3 |
| 3/10/2016 | Read, review, research and respond to various employee inquiries by phone and e-mail | Mary Cilia | 6 | 1.9 |
| 3/10/2016 | Follow up on non-employee cross-border claims and related e-mails with Tom Ayres | Mary Cilia | 6 | 1.0 |
| 3/11/2016 | Review, analyze and document for EY allowed foreign vendor claims to determine the nature of payments to be made to foreign payees in connection with the IRS withholding requirements under Chapter 3 of the Internal Revenue Code and FATCA. | David Kantorczyk | 6 | 7.0 |
| 3/11/2016 | NNI call center monitoring and logging requests and related follow-up | Felicia Buenrostro | 6 | 0.8 |
| 3/11/2016 | Research Deceased Employee claimants and addresses | Felicia Buenrostro | 6 | 2.0 |
| 3/11/2016 | Employee Claims Distribution - Enter resident addresses for 1,353 employee traded claims into EV5. | Leticia Barrios | 6 | 5.3 |
| 3/11/2016 | Read, review, research and respond to various employee inquiries by phone and e-mail | Mary Cilia | 6 | 1.8 |
| 3/11/2016 | Research response to omnibus objection; related e-mails and review of information provided | Mary Cilia | 6 | 4.4 |
| 3/11/2016 | Further review and research related to claims to be allowed as filed review project | Mary Cilia | 6 | 2.3 |
| 3/12/2016 | Research responses to omnibus objections; related e-mails and review of information provided | Mary Cilia | 6 | 1.9 |
| 3/14/2016 | Review, analyze and document for EY allowed foreign vendor claims to determine the nature of payments to be made to foreign payees in connection with the IRS withholding requirements under Chapter 3 of the Internal Revenue Code and FATCA. | David Kantorczyk | 6 | 3.0 |
| 3/14/2016 | NNI call center monitoring and logging requests and related follow-up | Felicia Buenrostro | 6 | 0.8 |
| 3/14/2016 | Research Deceased Employee claimants and addresses | Felicia Buenrostro | 6 | 4.0 |
| 3/14/2016 | Research responses to omnibus objections; related e-mails and review of information provided | Mary Cilia | 6 | 9.6 |
| 3/14/2016 | Read, review, research and respond to various employee inquiries by phone and e-mail | Mary Cilia | 6 | 1.7 |
| 3/15/2016 | Review, analyze and document for EY allowed foreign vendor claims to determine the nature of payments to be made to foreign payees in connection with the IRS withholding requirements under Chapter 3 of the Internal Revenue Code and FATCA. | David Kantorczyk | 6 | 3.0 |
| 3/15/2016 | NNI call center monitoring and logging requests and related follow-up | Felicia Buenrostro | 6 | 0.6 |
| 3/15/2016 | Research Deceased Employee claimants and addresses | Felicia Buenrostro | 6 | 4.5 |
| 3/15/2016 | Employee Claims Distribution - Enter resident addresses for 1,353 employee traded claims into EV5. | Leticia Barrios | 6 | 5.3 |
| 3/15/2016 | Research responses to omnibus objections; related e-mails and review of information provided | Mary Cilia | 6 | 5.5 |
| 3/15/2016 | Follow up on non-employee cross-border claims and related e-mails with Tom Ayres and claimants | Mary Cilia | 6 | 2.9 |
| 3/16/2016 | Review, analyze and document for EY allowed foreign vendor claims to determine the nature of payments to be made to foreign payees in connection with the IRS withholding requirements under Chapter 3 of the Internal Revenue Code and FATCA. | David Kantorczyk | 6 | 4.5 |
| 3/16/2016 | Weekly Nortel Networks outside consultant claim call including RLKS, Cleary and Huron including preparation and summarization. | David Kantorczyk | 6 | 0.5 |
| 3/16/2016 | NNI call center monitoring and logging requests and related follow-up | Felicia Buenrostro | 6 | 0.6 |
| 3/16/2016 | Onsite - Follow-up on claims matters and ee data request | Kathryn Schultea | 6 | 1.5 |
| 3/16/2016 | Attend the Nortel Employee Claims Conference Call with Cleary to discuss employee claims. Discussed non-qualified claims allowed and outstanding issues. Discussed claims traders and statuses on their non-qualified claims. | Leticia Barrios | 6 | 1.0 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 3/16/2016 | Employee Claims Distribution - Enter resident addresses for 1,353 employee traded claims into EV5. | Leticia Barrios | 6 | 4.3 |
| 3/16/2016 | Research responses to omnibus objections; related e-mails and review of information provided; review and comment on Declaration and Response | Mary Cilia | 6 | 6.4 |
| 3/16/2016 | Read, review, research and respond to various employee inquiries by phone and e-mail | Mary Cilia | 6 | 0.9 |
| 3/16/2016 | Conference call with Cleary, Huron and RLKS re: various claims issues and work streams; related prep and follow up | Mary Cilia | 6 | 1.6 |
| 3/17/2016 | NNI call center monitoring and logging requests and related follow-up | Felicia Buenrostro | 6 | 0.8 |
| 3/17/2016 | Onsite - Correspondence - Individual Claim issues | Kathryn Schultea | 6 | 1.0 |
| 3/17/2016 | Employee Claims Distribution - Enter resident addresses for 1,353 employee traded claims into EV5. | Leticia Barrios | 6 | 6.0 |
| 3/17/2016 | Conference call with Tom Ayres and claimant re: non-employee cross border claim; related prep and follow up | Mary Cilia | 6 | 1.2 |
| 3/17/2016 | Research responses to omnibus objections; related e-mails and review of information provided; further review and comment on Declaration and Response | Mary Cilia | 6 | 2.3 |
| 3/17/2016 | Update post-petition settlement matrix and claims database from EPIQ report | Mary Cilia | 6 | 2.5 |
| 3/18/2016 | NNI call center monitoring and logging requests and related follow-up | Felicia Buenrostro | 6 | 0.8 |
| 3/18/2016 | Employee Claims Distribution - Enter resident addresses for 1,353 employee traded claims into EV5. | Leticia Barrios | 6 | 5.5 |
| 3/18/2016 | Read, review, research and respond to various employee inquiries by phone and e-mail | Mary Cilia | 6 | 1.4 |
| 3/18/2016 | Preparation and gathering of documents for omnibus objection hearing in support of declaration and in preparation for potential cross-examination | Mary Cilia | 6 | 2.9 |
| 3/20/2016 | Research and respond to inquiry by Cleary related to upcoming omnibus objection hearing | Mary Cilia | 6 | 1.8 |
| 3/21/2016 | NNI call center monitoring and logging requests and related follow-up | Felicia Buenrostro | 6 | 0.5 |
| 3/21/2016 | Research Deceased Employee claimants and addresses | Felicia Buenrostro | 6 | 3.0 |
| 3/21/2016 | Employee Claims Distribution - Enter 175 claimants without record into EV5 and populate residential and last known work addresses. | Leticia Barrios | 6 | 6.3 |
| 3/21/2016 | Research and respond to claimants that made inquiries regarding the omnibus objections as requested by MNAT | Mary Cilia | 6 | 1.2 |
| 3/21/2016 | Research and respond to claims questions posed by claims trader | Mary Cilia | 6 | 1.8 |
| 3/21/2016 | Read, review, research and respond to various employee inquiries by phone and e-mail | Mary Cilia | 6 | 1.7 |
| 3/22/2016 | NNI call center monitoring and logging requests and related follow-up | Felicia Buenrostro | 6 | 0.5 |
| 3/22/2016 | Research Deceased Employee claimants and addresses | Felicia Buenrostro | 6 | 3.0 |
| 3/22/2016 | Review Cornerstone valuation report and appendix | Kathryn Schultea | 6 | 2.8 |
| 3/22/2016 | Employee Claims Distribution - Enter resident addresses for 1,353 employee traded claims into EV5. | Leticia Barrios | 6 | 4.7 |
| 3/22/2016 | Review of documents in preparation for hearing; meeting at MNAT offices and omnibus objection hearing; research and respond to late inquiry re: omnibus objection; | Mary Cilia | 6 | 2.9 |
| 3/22/2016 | Read, review, research and respond to various employee inquiries by phone and e-mail | Mary Cilia | 6 | 1.6 |
| 3/23/2016 | NNI call center monitoring and logging requests and related follow-up | Felicia Buenrostro | 6 | 0.6 |
| 3/23/2016 | Research Deceased Employee claimants and addresses | Felicia Buenrostro | 6 | 3.0 |
| 3/23/2016 | Employee Claims Distribution - Enter 175 claimants without record into EV5 and populate residential and last known work addresses. | Leticia Barrios | 6 | 3.5 |
| 3/23/2016 | Read, review, research and respond to various employee inquiries by e-mail | Mary Cilia | 6 | 1.2 |
| 3/23/2016 | Update claims status reports and claims database based on recent court orders and settlements | Mary Cilia | 6 | 4.8 |
| 3/24/2016 | NNI call center monitoring and logging requests and related follow-up | Felicia Buenrostro | 6 | 0.8 |
| 3/24/2016 | Research Deceased Employee claimants and addresses | Felicia Buenrostro | 6 | 4.0 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 3/24/2016 | Employee Claims Distribution - Enter 175 claimants without record into EV5 and populate residential and last known work addresses. | Leticia Barrios | 6 | 5.3 |
| 3/24/2016 | Update claims status reports and claims database based on recent court orders and settlements | Mary Cilia | 6 | 8.3 |
| 3/25/2016 | Confirm proper recordation of recently "Ordered" Settlements and Omnibus Objections on the EPIQ website | David Kantorczyk | 6 | 1.0 |
| 3/25/2016 | NNI call center monitoring and logging requests and related follow-up | Felicia Buenrostro | 6 | 0.6 |
| 3/25/2016 | Research Deceased Employee claimants and addresses | Felicia Buenrostro | 6 | 4.0 |
| 3/25/2016 | Read, review, research and respond to various employee inquiries by e-mail | Mary Cilia | 6 | 3.9 |
| 3/26/2016 | Confirm proper recordation of recently "Ordered" Settlements and Omnibus Objections on the EPIQ website | David Kantorczyk | 6 | 3.0 |
| 3/28/2016 | Confirm proper recordation of recently "Ordered" Settlements and Omnibus Objections on the EPIQ website | David Kantorczyk | 6 | 2.0 |
| 3/28/2016 | NNI call center monitoring and logging requests and related follow-up | Felicia Buenrostro | 6 | 1.0 |
| 3/28/2016 | Employee Claims Distribution - Enter resident addresses for 1,353 employee traded claims into EV5. | Leticia Barrios | 6 | 5.3 |
| 3/28/2016 | Read, review, research and respond to various employee inquiries by e-mail | Mary Cilia | 6 | 2.6 |
| 3/29/2016 | Confirm proper recordation of recently "Ordered" Settlements and Omnibus Objections on the EPIQ website | David Kantorczyk | 6 | 4.5 |
| 3/29/2016 | Revise claimant data Ey tax withholding template. | David Kantorczyk | 6 | 4.0 |
| 3/29/2016 | NNI call center monitoring and logging requests and related follow-up | Felicia Buenrostro | 6 | 0.8 |
| 3/29/2016 | Onsite - Claim related issues | Kathryn Schultea | 6 | 1.3 |
| 3/29/2016 | Employee Claims Distribution - Enter resident addresses for 1,353 employee traded claims into EV5. | Leticia Barrios | 6 | 6.7 |
| 3/29/2016 | Meetings in Raleigh re: intercompany project update; claims to be allowed as filed; open non-employee claims; related prep and follow up | Mary Cilia | 6 | 5.6 |
| 3/29/2016 | Conference call with claims trader re: claims settlement; related prep and follow up | Mary Cilia | 6 | 2.2 |
| 3/30/2016 | Revise the master "Claims to be allowed as filed file for review by Mary Cilia | David Kantorczyk | 6 | 3.5 |
| 3/30/2016 | Revise Ey tax withholding template and deliver claimant tax forms to EY. | David Kantorczyk | 6 | 2.0 |
| 3/30/2016 | Weekly Nortel Networks outside consultant claim call including RLKS, Cleary and Huron including preparation and summarization. | David Kantorczyk | 6 | 0.5 |
| 3/30/2016 | Phone conference with EY to review and discuss the process and requirements regarding taxes for claim's distributions including preparation and follow up. | David Kantorczyk | 6 | 1.5 |
| 3/30/2016 | Review for accuracy remails of Round 8 and Round 9 settlement letters. | David Kantorczyk | 6 | 3.0 |
| 3/30/2016 | NNI call center monitoring and logging requests and related follow-up | Felicia Buenrostro | 6 | 1.0 |
| 3/30/2016 | Correspondence - Individual Claim issues | Kathryn Schultea | 6 | 1.5 |
| 3/30/2016 | Employee Claims Distribution - Enter resident addresses for 1,353 employee traded claims into EV5. | Leticia Barrios | 6 | 4.5 |
| 3/30/2016 | Attend the Nortel Employee Claims Conference Call with Cleary to discuss employee claims. Reviewed traded claim companies and summary amounts for each. | Leticia Barrios | 6 | 1.0 |
| 3/30/2016 | Read, review, research and respond to various employee inquiries by phone and e-mail | Mary Cilia | 6 | 1.9 |
| 3/30/2016 | Conference call with Cleary, Huron and RLKS re: various claims issues and work streams; related prep and follow up | Mary Cilia | 6 | 1.7 |
| 3/30/2016 | Review of issues related to settlement letter re-mail and outline of project work for D. Kantorczyk; preparation of base files for the project | Mary Cilia | 6 | 3.4 |
| 3/31/2016 | Review for accuracy remails of Round 8 and Round 9 settlement letters. | David Kantorczyk | 6 | 6.0 |
| 3/31/2016 | Employee Claims Distribution - Enter resident addresses for 1,353 employee traded claims into EV5. | Leticia Barrios | 6 | 4.3 |
| 3/31/2016 | Read, review, research and respond to various employee inquiries by phone and e-mail | Mary Cilia | 6 | 1.4 |
| 3/1/2016 | Correspondence - re: NNI fees | Kathryn Schultea | 7 | 0.7 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 3/3/2016 | Onsite at NNI - EY onsite Mtg. and property reviews | Kathryn Schultea | 7 | 4.0 |
| 3/8/2016 | Correspondence - Intercompany | Kathryn Schultea | 7 | 0.3 |
| 3/11/2016 | Review SOW/12th Amendment and related follow-up | Kathryn Schultea | 7 | 0.4 |
| 3/14/2016 | Conf. Call - Weekly Update | Kathryn Schultea | 7 | 0.6 |
| 3/14/2016 | EY update call JS,JW,KS,DA,AB | Richard Lydecker | 7 | 0.6 |
| 3/18/2016 | Onsite - Conf. Call re: Property tax follow up discussion | Kathryn Schultea | 7 | 1.3 |
| 3/18/2016 | Onsite - Conf. Call re: NC Ruling | Kathryn Schultea | 7 | 0.5 |
| 3/18/2016 | Onsite - Conf. Call re: Weekly Update | Kathryn Schultea | 7 | 1.0 |
| 3/18/2016 | Call tax projects JS,JW,DA,AB | Richard Lydecker | 7 | 0.5 |
| 3/23/2016 | Correspondence - TX Tax status | Kathryn Schultea | 7 | 0.4 |
| 3/25/2016 | Correspondence - EY Draft invoices for review | Kathryn Schultea | 7 | 0.5 |
| 3/25/2016 | February EY billing review | Richard Lydecker | 7 | 0.8 |
| 3/25/2016 | Tax update call DA,JS,JW,AB | Richard Lydecker | 7 | 0.3 |
| 3/31/2016 | Conf. Call re: Nortel Durham County PPT audit | Kathryn Schultea | 7 | 0.7 |
| 3/11/2016 | Claims objection research in SAP and Business Objects | Brandon Bangerter | 8 | 1.5 |
| 3/14/2016 | Claims objection research in SAP and Business Objects | Brandon Bangerter | 8 | 1.3 |
| 3/1/2016 | Review of supporting foreign tax documentation for solicitation for distribution | Daniel Tollefsen | 9 | 2.9 |
| 3/1/2016 | Review documents and prepare agenda and other documents for upcoming conference call with EY and D. Kantorczyk re: claims distribution withholding tax project; related e-mails with D. Kantorczyk | Mary Cilia | 9 | 3.2 |
| 3/2/2016 | Review of supporting foreign tax documentation for solicitation for distribution | Daniel Tollefsen | 9 | 6.8 |
| 3/2/2016 | Meeting with EY and RLKS team members to discuss NNI employee claims gross to net distribution model. Discussed tax solicitation tasks on project plan, W-4 template, and state tax withholding matrix. | Leticia Barrios | 9 | 1.0 |
| 3/2/2016 | Review spreadsheet from EY in preparation of conference call re: claims distribution tax withholding project; conference call and related follow up | Mary Cilia | 9 | 4.8 |
| 3/3/2016 | Follow up e-mails and research related to claims distribution withholding tax project | Mary Cilia | 9 | 2.3 |
| 3/4/2016 | Follow up conference call with EY and D. Kantorczyk re: claims distribution withholding tax project; related prep and follow up | Mary Cilia | 9 | 1.6 |
| 3/7/2016 | Review of supporting foreign tax documentation for solicitation for distribution | Daniel Tollefsen | 9 | 5.8 |
| 3/7/2016 | E-mails and planning transition work plans related to upcoming contractor departure | Mary Cilia | 9 | 2.4 |
| 3/8/2016 | Review of supporting foreign tax documentation for solicitation for distribution | Daniel Tollefsen | 9 | 4.7 |
| 3/8/2016 | Employee Claims Distribution Modeling - Run CallTrack Report on 471 claimants. | Leticia Barrios | 9 | 3.7 |
| 3/8/2016 | Employee Claims Distribution Modeling - Provided analysis on SAP and Pro-Business visa reports for investigation on foreign status. | Leticia Barrios | 9 | 2.3 |
| 3/8/2016 | E-mails, call with R. Perubhatla and planning transition work plans related to upcoming contractor departure; review and update of prior intercompany files for recovery and distribution models | Mary Cilia | 9 | 3.8 |
| 3/9/2016 | Review of supporting foreign tax documentation for solicitation for distribution | Daniel Tollefsen | 9 | 4.9 |
| 3/9/2016 | Meeting with EY and RLKS team members for status call on NNI employee claims gross to net distribution model. | Leticia Barrios | 9 | 1.0 |
| 3/9/2016 | Employee Claims Distribution Modeling: weekly call prep and call | Raj Perubhatla | 9 | 1.0 |
| 3/10/2016 | Review of supporting foreign tax documentation for solicitation for distribution | Daniel Tollefsen | 9 | 5.8 |
| 3/11/2016 | Review, research and respond to e-mails from D. Kantorczyk and EY re: claims distribution tax withholding project | Mary Cilia | 9 | 1.4 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 3/13/2016 | Feb 2016 Intercompany analysis for Model | Raj Perubhatla | 9 | 3.7 |
| 3/14/2016 | Review of supporting foreign tax documentation for solicitation for distribution | Daniel Tollefsen | 9 | 4.3 |
| 3/14/2016 | Dec 2014 v Feb 2016 Interco data comparison | Raj Perubhatla | 9 | 4.2 |
| 3/14/2016 | Intercompany call | Raj Perubhatla | 9 | 0.7 |
| 3/15/2016 | Review of supporting foreign tax documentation for solicitation for distribution | Daniel Tollefsen | 9 | 5.4 |
| 3/15/2016 | Update intercompany accounts file for recovery model, reconcile and research changes; related e-mails with R. Perubhatla, T. Ross and D. Cozart | Mary Cilia | 9 | 3.8 |
| 3/16/2016 | Review of supporting foreign tax documentation for solicitation for distribution | Daniel Tollefsen | 9 | 3.3 |
| 3/16/2016 | Meeting with EY and RLKS team members for status call on NNI employee claims gross to net distribution model. | Leticia Barrios | 9 | 1.0 |
| 3/16/2016 | Continue to update intercompany accounts file for recovery model, reconcile and research changes; document findings | Mary Cilia | 9 | 3.1 |
| 3/17/2016 | Review of supporting foreign tax documentation for solicitation for distribution | Daniel Tollefsen | 9 | 1.8 |
| 3/17/2016 | Continue to update intercompany accounts file for recovery model, reconcile and research changes; document findings | Mary Cilia | 9 | 3.7 |
| 3/17/2016 | E-mails with D. Tollefsen re: claims distribution tax withholding project | Mary Cilia | 9 | 0.6 |
| 3/17/2016 | Employee Claims Distribution Modeling: W4 files | Raj Perubhatla | 9 | 1.7 |
| 3/18/2016 | Continue to update intercompany accounts file for recovery model, reconcile and research changes; document findings | Mary Cilia | 9 | 3.2 |
| 3/21/2016 | Review of supporting foreign tax documentation for solicitation for distribution | Daniel Tollefsen | 9 | 5.9 |
| 3/22/2016 | Review of supporting foreign tax documentation for solicitation for distribution | Daniel Tollefsen | 9 | 3.3 |
| 3/22/2016 | Continue to update intercompany accounts file for recovery model, reconcile and research changes; document findings | Mary Cilia | 9 | 2.3 |
| 3/22/2016 | Employee Claims Distribution Modeling: Call prep and call | Raj Perubhatla | 9 | 1.2 |
| 3/23/2016 | Review of supporting foreign tax documentation for solicitation for distribution | Daniel Tollefsen | 9 | 3.6 |
| 3/23/2016 | Meeting with EY and RLKS team members for status call on NNI employee claims gross to net distribution model. | Leticia Barrios | 9 | 1.0 |
| 3/23/2016 | Continue to update intercompany accounts file for recovery model, reconcile and research changes; document findings | Mary Cilia | 9 | 3.8 |
| 3/25/2016 | Continue to update intercompany accounts file for recovery model, reconcile and research changes; document findings | Mary Cilia | 9 | 2.8 |
| 3/28/2016 | Continue to update intercompany accounts file for recovery model, reconcile and research changes; document findings | Mary Cilia | 9 | 1.3 |
| 3/29/2016 | Review of supporting foreign tax documentation for solicitation for distribution | Daniel Tollefsen | 9 | 2.3 |
| 3/29/2016 | Meetings in Raleigh re: claims distribution tax withholding project update; related prep and follow up | Mary Cilia | 9 | 1.8 |
| 3/30/2016 | Review of supporting foreign tax documentation for solicitation for distribution | Daniel Tollefsen | 9 | 2.4 |
| 3/30/2016 | Meeting with EY and RLKS team members for status call on NNI employee claims gross to net distribution model. Reviewed state withholding defaults and forms. | Leticia Barrios | 9 | 1.0 |
| 3/30/2016 | Finalize update to intercompany accounts file for recovery model, reconcile and research changes; document findings | Mary Cilia | 9 | 4.9 |
| 3/31/2016 | Preparation of summary questions document and other supporting documents for meeting re: intercompany accounts for recovery model; meeting with D. Cozart and T. Ross and related follow up | Mary Cilia | 9 | 7.5 |