# EXHIBIT B

# EXHIBIT B
**EXPENSE SUMMARY**

**Nortel Networks Inc., et al.**
(Case No. 09-10138 (KG))

**RLKS Executive Solutions**
**March 1 - 31, 2016**

| Expense Category | Total Expenses |
|---|---|
| Travel – Airline (at economy fare booking) | $  15,081.50 |
| Travel – Lodging | 13,773.00 |
| Travel – Transportation | 4,910.00 |
| Travel – Meals | 2,460.14 |
| Office Expenses | 12.99 |
| TOTAL | $  36,237.63 |
|  |  |

## Nortel Expense Report
**PERIOD:** March 1 - 31, 2016

| Date | Description | Air | Lodging | Transportation | Meals | Office Expenses | Professional | Comments on Meals/Transportation |
|---|---|---|---|---|---|---|---|---|
| 3/1/2016 | Travel to Client site | $377.10 | $248.57 | $90.42 | | | Brandon Bangerter | Economy airfare; one night hotel; Avis rental car |
| 3/1/2016 | On Client Site - Raleigh | | $248.57 | $61.70 | | | Daniel Tollefsen | One night hotel stay; Car rental - Team |
| 3/1/2016 | Travel to Raleigh | $382.10 | $248.57 | $149.75 | | | Felicia Buenrostro | Economy airfare; One night hotel stay; Car service to airport |
| 3/1/2016 | Travel to Client Site - RTP | $382.10 | $248.57 | | | | Leticia Barrios | Economy airfare; One night hotel stay |
| 3/1/2016 | Travel to client site | $377.10 | $248.57 | $92.00 | $12.53 | | Raj Perubhatla | Economy airfare; car to airport; one night client stay; meals |
| 3/2/2016 | RTP stay | | $248.57 | | $29.82 | | Brandon Bangerter | One night hotel; lunch - $29.82(RP,DT,BB) |
| 3/2/2016 | On Client Site - Raleigh | | $248.57 | $61.70 | $252.73 | | Daniel Tollefsen | One night hotel stay; Car rental - team; dinner (252.73 - KS/FB/LB/DT/RP/BB) |
| 3/2/2016 | Raleigh | | $248.57 | | | | Felicia Buenrostro | One night hotel stay |
| 3/2/2016 | Travel to Raleigh | $326.10 | $248.57 | $115.25 | | | Kathryn Schultea | Economy airfare; One night hotel stay; Car service to airport; |
| 3/2/2016 | RTP Stay | | $248.57 | | | | Leticia Barrios | One night hotel stay |
| 3/2/2016 | Client site stay | | $248.57 | | | | Raj Perubhatla | one night hotel stay; |
| 3/3/2016 | Travel from Client site | $377.10 | | $48.00 | $19.13 | | Brandon Bangerter | Economy airfare; airport parking; dinner - $19.13(RP,BB) |
| 3/3/2016 | Travel from Client Site - Raleigh | $377.10 | | $120.98 | $75.29 | | Daniel Tollefsen | Economy airfare; Car rental - Team (61.70); Parking (59.28); Meal (75.29 - KS/FB/DT) |
| 3/3/2016 | Travel from Raleigh | $382.10 | | | | | Felicia Buenrostro | Economy airfare |
| 3/3/2016 | Travel from Raleigh | $326.10 | | $131.65 | $94.66 | | Kathryn Schultea | Economy airfare; One night hotel stay; Dinner (KS, FB, LB - $31.55 each); Car service from airport |
| 3/3/2016 | Travel from Client Site - RTP | $382.10 | | | | | Leticia Barrios | Economy airfare |
| 3/3/2016 | Travel from client site | $377.10 | | $92.00 | | | Raj Perubhatla | Economy airfare; car from airport to home |
| 3/7/2016 | Travel to Client site | $324.60 | $234.39 | $179.01 | | | Brandon Bangerter | Economy airfare; one night hotel; Avis rental car |
| 3/7/2016 | Travel to client site | $324.60 | $234.38 | $92.00 | $11.69 | | Raj Perubhatla | Economy airfare; car to airport; one night client stay; meals |
| 3/8/2016 | RTP stay | | $234.38 | | $117.19 | | Brandon Bangerter | One night hotel; lunch - $19.74(RP,BB); dinner - $97.45(RP,BB) |
| 3/8/2016 | Client site stay | | $234.38 | | | | Raj Perubhatla | one night hotel stay; |
| 3/9/2016 | RTP stay | | $234.38 | | $82.05 | | Brandon Bangerter | One night hotel; lunch - $20.01(RP,BB); dinner - $62.04(RP,BB) |
| 3/9/2016 | Client site stay | | $234.38 | | | | Raj Perubhatla | one night hotel stay; |
| 3/10/2016 | RTP stay | | $234.38 | | $119.30 | | Brandon Bangerter | One night hotel; lunch - $20.45(RP,BB); dinner - $98.85(RP,BB) |
| 3/10/2016 | Client site stay | | $234.38 | | | | Raj Perubhatla | one night hotel stay; |
| 3/11/2016 | Travel from Client site | $324.60 | | $80.00 | $18.49 | | Brandon Bangerter | Economy airfare; airport parking; lunch - $18.49(RP,BB) |
| 3/11/2016 | Travel from client site | $324.60 | | $92.00 | | | Raj Perubhatla | Economy airfare; car from airport to home |
| 3/14/2016 | Travel to Client site | $335.10 | $248.57 | $97.92 | | | Brandon Bangerter | Economy airfare; one night hotel; Avis rental car |
| 3/14/2016 | Travel to Client Site - Raleigh | $316.10 | $259.92 | $176.16 | | | Daniel Tollefsen | Economy airfare; One night hotel stay; Car rental - Team (81.46); Parking (94.70) |
| 3/14/2016 | Travel to client site | $385.10 | $248.57 | $92.00 | $10.51 | | Raj Perubhatla | Economy airfare; car to airport; one night client stay; meals |
| 3/15/2016 | RTP stay | | $248.57 | | $28.39 | | Brandon Bangerter | One night hotel; lunch - $28.39(RP,BB) |
| 3/15/2016 | On Client Site - Raleigh | | $282.62 | $81.47 | $156.60 | | Daniel Tollefsen | One night hotel stay; Car rental - team; dinner - (156.60 - KS/DT/FB/RP/BB) |
| 3/15/2016 | Travel to Raleigh | $237.10 | $248.57 | | | | Felicia Buenrostro | Economy airfare; One night hotel stay |
| 3/15/2016 | Travel to Raleigh | $308.60 | $233.44 | $135.25 | $146.00 | | Kathryn Schultea | Economy airfare; One night hotel stay; Car service to airport; Lunch - (KS, FB, LB, DT, BB, RP $24.33 each) |
| 3/15/2016 | Client site stay | | $248.57 | | | | Raj Perubhatla | one night hotel stay; |
| 3/16/2016 | Travel from Client site | $335.10 | | $48.00 | $63.89 | | Brandon Bangerter | Economy airfare; airport parking; lunch - $41.73(DT,KS,FB,BB); dinner - $22.16(RP,BB) |
| 3/16/2016 | On Client Site - Raleigh | | $362.07 | $81.47 | $116.65 | | Daniel Tollefsen | One night hotel stay; Car rental - Team; Meal (116.65 - KS/DT/FB) |
| 3/16/2016 | Raleigh | | $248.57 | | | | Felicia Buenrostro | One night hotel stay |
| 3/16/2016 | Raleigh | | $233.44 | | | | Kathryn Schultea | One night hotel stay |
| 3/16/2016 | Travel from client site | $385.10 | | $92.00 | $11.08 | | Raj Perubhatla | Economy airfare; car from airport; meals |
| 3/17/2016 | On Client Site - Raleigh | | $203.17 | $81.47 | | | Daniel Tollefsen | One night hotel stay; Car rental - Team; |
| 3/17/2016 | Raleigh | | $248.57 | | | | Felicia Buenrostro | One night hotel stay |

## Nortel Expense Report
**PERIOD:** March 1 - 31, 2016

| Date | Description | Air | Lodging | Transportation | Meals | Office Expenses | Professional | Comments on Meals/Transportation |
|---|---|---|---|---|---|---|---|---|
| 3/17/2016 | Raleigh | | $233.44 | | $182.38 | | Kathryn Schultea | One night hotel stay; Lunch - KS, FB, LB $21.00 each) Dinner - (KS, FB, LB, DT, RP, BB $19.89 each) |
| 3/18/2016 | Travel from Client Site - Raleigh | $316.10 | | $81.47 | $31.15 | | Daniel Tollefsen | Economy airfare; Car Rental - Team; Meal (9.65 - FB) Meal (21.50 - DT/KS) |
| 3/18/2016 | Travel from Raleigh | $237.10 | | | | | Felicia Buenrostro | Economy airfare |
| 3/18/2016 | Travel from Raleigh | $308.60 | | $139.25 | | | Kathryn Schultea | Economy airfare; Car service from airport |
| 3/21/2016 | Travel to Client site | $327.60 | $244.78 | $126.06 | | | Brandon Bangerter | Economy airfare; one night hotel; Avis rental car |
| 3/21/2016 | Travel to Client Site - Raleigh | $339.60 | $192.95 | $46.27 | | | Daniel Tollefsen | Economy Airfare; One night hotel stay; Car rental |
| 3/21/2016 | Travel to Bankruptcy Court | $683.10 | $264.40 | $152.32 | $66.75 | | Mary Cilia | A-Economy Airfare (little advance notice); T- Car Service from Home to Airport and Avis Rental Car; M-D=$66.75 |
| 3/21/2016 | Travel to client site | $327.60 | $244.79 | $92.00 | $9.68 | | Raj Perubhatla | Economy airfare; car to airport; one night client stay; meals |
| 3/22/2016 | RTP stay | | $244.79 | | $139.26 | | Brandon Bangerter | One night hotel; lunch - $19.74(RP,BB); dinner - $119.52(RP,BB) |
| 3/22/2016 | On Client Site - Raleigh | | $192.95 | $46.28 | | | Daniel Tollefsen | One night hotel stay; Car rental |
| 3/22/2016 | Travel from Bankruptcy Court | $683.10 | | $183.56 | $9.50 | | Mary Cilia | A-Economy Airfare (little advance notice); T- Avis Rental Car and Car Service from Airport to Home; M-B=$9.50 |
| 3/22/2016 | Client site stay | | $244.79 | | | | Raj Perubhatla | one night hotel stay; |
| 3/23/2016 | RTP stay | | $244.79 | | $26.63 | | Brandon Bangerter | One night hotel; lunch - $17.53(RP,BB); dinner - $9.10 |
| 3/23/2016 | On Client Site - Raleigh | | $192.95 | $46.28 | | | Daniel Tollefsen | One night hotel stay; Car rental |
| 3/23/2016 | Client site stay | | $244.79 | | $66.00 | | Raj Perubhatla | one night hotel stay; dinner (RP,DT) |
| 3/24/2016 | Travel from Client site | $327.60 | | $66.00 | $19.74 | | Brandon Bangerter | Economy airfare; airport parking; lunch - $19.74(RP,BB) |
| 3/24/2016 | Travel from Client Site - Raleigh | $339.60 | | $46.28 | | | Daniel Tollefsen | Economy airfare; Car rental |
| 3/24/2016 | Travel from client site | $327.60 | | $92.00 | | | Raj Perubhatla | Economy airfare; car from airport |
| 3/28/2016 | Travel to Client Site - Raleigh | $282.10 | $192.95 | $77.08 | $135.48 | | Daniel Tollefsen | Economy airfare; One night hotel stay; Car rental - team; dinner - KS/DT/FB (135.48) |
| 3/28/2016 | Travel to client | $211.60 | $237.22 | $20.00 | $14.33 | | David Kantorczyk | Economy Airfare; Dinner 14.33; One night hotel; Parking @ IAH |
| 3/28/2016 | Travel to Raleigh | $282.10 | $231.55 | | | | Felicia Buenrostro | Economy airfare; One night hotel stay |
| 3/28/2016 | Travel to Raleigh | $333.60 | $231.55 | $135.25 | $66.64 | | Kathryn Schultea | Economy airfare; One night hotel stay; Car service to airport; Lunch - KS/FB/DT (22.21 each) |
| 3/28/2016 | Travel to Client Site | $224.60 | $168.00 | $179.01 | $53.93 | | Mary Cilia | T - Car Service from Home to Airport and Avis Rental Car; M-L=$31.50; D=$22.43 |
| 3/28/2016 | Travel to client site | $264.60 | $192.95 | $92.00 | $11.69 | | Raj Perubhatla | Economy airfare; car to airport; one night client stay; meals |
| 3/29/2016 | On Client Site - Raleigh | | $223.60 | $77.08 | | | Daniel Tollefsen | One night hotel stay; Car rental - Team |
| 3/29/2016 | At client site | | $271.27 | $20.00 | | | David Kantorczyk | One night hotel; Parking @ IAH |
| 3/29/2016 | Travel from Raleigh | | $231.55 | | | | Felicia Buenrostro | One night hotel stay |
| 3/29/2016 | Raleigh | | $231.55 | | $140.68 | | Kathryn Schultea | One hotel stay; Dinner - KS, FB, DK, DT, RP, MC $23.44 each) |
| 3/29/2016 | At client site | | $201.82 | $71.50 | $14.51 | | Mary Cilia | T - Avis Rental Car; M-L=$14.51 |
| 3/29/2016 | Client site stay | | $192.95 | $89.06 | $10.30 | $12.99 | Raj Perubhatla | one night hotel stay; tools purchase for DC Move; Lunch; Rental Car and Gas |
| 3/30/2016 | On Client Site - Raleigh | | $223.59 | $77.08 | | | Daniel Tollefsen | One night hotel stay; Car rental - Team |
| 3/30/2016 | At client site | | $271.27 | $20.00 | $14.33 | | David Kantorczyk | One night hotel; Dinner 14.33; Parking @ IAH |
| 3/30/2016 | Travel to Raleigh | $282.10 | | | | | Felicia Buenrostro | Economy airfare |
| 3/30/2016 | Travel from Raleigh | $333.60 | | $139.25 | $41.58 | | Kathryn Schultea | Economy airfare; Car service from airport; Lunch - (KS, FB, DT - $13.86 each) |
| 3/30/2016 | At client site | | $201.82 | $71.50 | | | Mary Cilia | T - Avis Rental Car; |
| 3/30/2016 | Travel from client site | $264.60 | | $92.00 | $22.15 | | Raj Perubhatla | Economy airfare; car from airport; meals; Rental Car; Lunch |
| 3/31/2016 | Travel from Client Site - Raleigh | $282.10 | | $140.21 | | | Daniel Tollefsen | Economy airfare; Car rental - Team (77.08); Parking (63.13) |
| 3/31/2016 | Travel from client | $211.60 | | $20.00 | | | David Kantorczyk | Economy Airfare; Parking @ IAH |
| 3/31/2016 | Travel from Client Site | $224.60 | | $179.01 | $17.43 | | Mary Cilia | T - Avis Rental Car and Car Service from Airport to Home; M-L=$17.43 |
| | | $15,081.50 | $13,773.00 | $4,910.00 | $2,460.14 | $12.99 | | |