UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ) | CHAPTER 11 |
| ) | |
| Nortel Networks Inc.,et. al., ) | CASE No.: 09-10138 (KG) |
| Debtors. ) | |
| ) | Jointly Administered |
| ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

    I am authorized to practice in this court pursuant to Local Rule 9010-1(e)(iii), and I appear in this case as counsel for Network Engineering, Inc. for the limited purpose of litigating its proof of claim.

Date: April 6, 2016

Respectfully submitted,
/s/ Evan A. McCormick
Evan A. McCormick,
OBA No. 30639
1900 NW Expressway, Suite 450
50 Penn Place
Oklahoma City, OK 73118
Phone: (405)840-5151
Fax: (405)840-5183
emccormick@50pennlaw.com

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that, on this 6th day of April, 2016, after reviewing the Court's ECF records, that all persons required to be served with a copy of the foregoing Creditor's Notice of Change of Address were so served.

/s/ Evan A. McCormick
Evan A. McCormick