UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| Nortel Networks Inc.,et. al., | ) | CASE No.: 09-10138 (KG) |
| Debtors. | ) | |
| | ) | Jointly Administered |
| | ) | |

### CREDITOR'S NOTICE OF CHANGE OF ADDRESS

Notice is hereby given to amend the Court's records to reflect a change of address for the creditor, Network Engineering, Inc., as stated below:

**Address as Listed:**
3010 LBJ Freeway Suite 350
Dallas, TX 75234-2714

**New Address:**
c/o Robert Morgan, Jr.
1900 NW Expressway, Suite 450
50 Penn Place
Oklahoma City, OK 73118

Respectfully submitted,
/s/ Evan A. McCormick
1900 NW Expressway, Suite 450
50 Penn Place
Oklahoma City, OK 73118
Phone: (405)840-5151
Fax: (405)840-5183
emccormick@50pennlaw.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 6th day of April, 2016, after reviewing the Court's ECF records, that all persons required to be served with a copy of the foregoing Creditor's Notice of Change of Address were so served.

/s/ Evan A. McCormick
Evan A. McCormick