**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------X
:
*In re* : Chapter 11
:
Nortel Networks Inc., *et al.*, : Case No. 09-10138 (KG)
:
Debtors. : Jointly Administered
:
---------------------------------------------------------X

**OMNIBUS HEARING ORDER**

      **IT IS HEREBY ORDERED,** that the following omnibus hearing dates have been scheduled in the above-referenced cases:

| DATE | TIME |
|---|---|
| July 12, 2016 | 10:00 a.m. (Eastern Time) |
| July 26, 2016 | 11:00 a.m. (Eastern Time) |
| August 16, 2016 | 11:00 a.m. (Eastern Time) |
| August 30, 2016 | 10:00 a.m. (Eastern Time) |
| September 13, 2016 | 10:00 a.m. (Eastern Time) |
| September 27, 2016 | 10:00 a.m. (Eastern Time) |
| October 13, 2016 | 10:00 a.m. (Eastern Time) |
| October 27, 2016 | 10:00 a.m. (Eastern Time) |
| November 8, 2016 | 10:00 a.m. (Eastern Time) |
| November 22, 2016 | 10:00 a.m. (Eastern Time) |
| December 6, 2016 | 10:00 a.m. (Eastern Time) |
| December 20, 2016 | 10:00 a.m. (Eastern Time) |