### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X
:
*In re*                                             :          Chapter 11
:
Nortel Networks Inc., *et al.*,               :          Case No. 09-10138 (KG)
:
                        Debtors.       :          Jointly Administered
:
------------------------------------------------------------X

### OMNIBUS HEARING ORDER

**IT IS HEREBY ORDERED,** that the following omnibus hearing dates have been scheduled in the above-referenced cases:

| DATE | TIME |
| --- | --- |
| July 12, 2016 | 10:00 a.m. (Eastern Time) |
| July 26, 2016 | 11:00 a.m. (Eastern Time) |
| August 16, 2016 | 11:00 a.m. (Eastern Time) |
| August 30, 2016 | 10:00 a.m. (Eastern Time) |
| September 13, 2016 | 10:00 a.m. (Eastern Time) |
| September 27, 2016 | 10:00 a.m. (Eastern Time) |
| October 13, 2016 | 10:00 a.m. (Eastern Time) |
| October 27, 2016 | 10:00 a.m. (Eastern Time) |
| November 8, 2016 | 10:00 a.m. (Eastern Time) |
| November 22, 2016 | 10:00 a.m. (Eastern Time) |
| December 6, 2016 | 10:00 a.m. (Eastern Time) |
| December 20, 2016 | 10:00 a.m. (Eastern Time) |

**Dated: April 8th, 2016**
**Wilmington, Delaware**

**KEVIN GROSS**
**UNITED STATES BANKRUPTCY JUDGE**