## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| *In re* | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
|  | Ref. Docket No. 16647, 16663-16666 and 16671-16675 |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                                          ) ss.:
COUNTY OF NEW YORK   )

TIM CONKLIN, being duly sworn, deposes and says:

1.  I am employed as a Senior Case Manager by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, 12th Floor, New York, NY 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On April 6, 2016, I caused to be served a personalized "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e) (2) or (4)" (the "Personalized Transfers"), a sample of which is annexed hereto as Exhibit A, by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on Exhibit B.

3.  All envelopes utilized in the service of the foregoing contained the following legend:  "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                              */s/ Tim Conklin*_____
                                                              Tim Conklin

Sworn to before me this
8th day of April, 2016
*/s/ Regina Amporfro*_____
Notary Public, State of New York
No. 01AM6064508
Qualified in Queens County
Commission Expires September 24, 2017

---

[1]      The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

# EXHIBIT A

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Address Service Requested

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



NNI TRFNTC (MERGE2, TXNUM2) 4000115915

To:      BAR(23) MAILID *** 000104484558 ***

CONTRARIAN FUNDS, LLC
TRANSFEROR: HAVERKAMP, LAWRENCE C
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:

HAVERKAMP, LAWRENCE C
PO BOX 2497
OREGON CITY, OR 97045-0211

Please note that your claim # 2143 in the above referenced case and in the amount of $3,641.00 allowed at $39,032.00 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000104484558 ***          NNI TRFNTC (MERGE2, TXNUM2) 4000115915



CONTRARIAN FUNDS, LLC
TRANSFEROR: HAVERKAMP, LAWRENCE C
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

No action is required if you do not object to the transfer of your claim.  However  **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER          16647          in your objection.  If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  04/06/2016                 David D. Bird, Clerk of Co

                                  /s/ Tim Conklin

                                  EPIQ BANKRUPTCY SOLUTIONS, LLC

                                  as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  April 6, 2016.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Address Service Requested

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



NNI TRFNTC (MERGE2, TXNUM2) 4000111205

To:     BAR(23) MAILID *** 000104484550 ***

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: ANDREW, LLC.
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

# THE REMAINDER OF THIS PAGE
# INTENTIONALLY LEFT BLANK

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**

**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or otehwise being assigned the claim.

To:       BAR(23) MAILID *** 000104484550 ***              NNI TRFNTC (MERGE2, TXNUM2) 4000111205



CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: ANDREW, LLC.
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Please note that your claim # 5904-04 in the above referenced case and in the amount of
$1,299.60 allowed at $1,299.00 has been transferred (unless previously expunged by court order)

CORRE OPPORTUNITIES II MASTER FUND, LP
TRANSFEROR: CORRE OPPORTUNITIES FUND, L.
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

No action is required if you do not object to the transfer of your claim. However   **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER       16671             in your objection. If you file an objection, a hearing will be scheduled.   **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  04/06/2016                              David D. Bird, Clerk of Co

                                             /s/ Tim Conklin

                                             EPIQ BANKRUPTCY SOLUTIONS, LLC

                                             as claims agent for the debtor(s).

    FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  April 6, 2016.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Address Service Requested

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



NNI TRFNTC (MERGE2, TXNUM2) 4000113328

To:     BAR(23) MAILID *** 000104484553 ***



CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: GENBAND USA LLC
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

# THE REMAINDER OF THIS PAGE
# INTENTIONALLY LEFT BLANK

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or otehwise being assigned the claim.

To:     BAR(23) MAILID *** 000104484553 ***          NNI TRFNTC (MERGE2, TXNUM2) 4000113328



CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: GENBAND USA LLC
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Please note that your claim # 1637-04 in the above referenced case and in the amount of $2,761.00 allowed at $2,761.00 has been transferred (unless previously expunged by court order)

CORRE OPPORTUNITIES II MASTER FUND, LP
TRANSFEROR: CORRE OPPORTUNITIES FUND, L.
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER          16672          in your objection.  If you file an objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  04/06/2016                                David D. Bird, Clerk of Co

                                                /s/ Tim Conklin
                                                _____

                                                EPIQ BANKRUPTCY SOLUTIONS, LLC

                                                as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  April 6, 2016.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Legal Documents Enclosed
Please direct to the attention
of the Addressee,

Address Service Requested

Legal Department or President



NNI TRFNTC (MERGE2, TXNUM2) 4000115730

To:      BAR(23) MAILID *** 000104484556 ***

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: JEFFERIES LEVERAGED CREDIT P
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**

**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:    BAR(23) MAILID *** 000104484556 ***        NNI TRFNTC (MERGE2, TXNUM2) 4000115730



CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: JEFFERIES LEVERAGED CREDIT P
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Please note that your claim # 5928-05 in the above referenced case and in the amount of
$81,146.03 allowed at $52,914.00 has been transferred (unless previously expunged by court order)

CORRE OPPORTUNITIES II MASTER FUND, LP
TRANSFEROR: CORRE OPPORTUNITIES FUND, L.
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER    16673    in your objection.  If you file an objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  04/06/2016                        David D. Bird, Clerk of Co

                                        /s/ Tim Conklin
                                        _____
                                        EPIQ BANKRUPTCY SOLUTIONS, LLC
                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  April 6, 2016.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Address Service Requested

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



NNI TRFNTC (MERGE2, TXNUM2) 4000115920

To:     BAR(23) MAILID *** 000104484563 ***



CORRE OPPORTUNITIES II MASTER FUND, LP
TRANSFEROR: CORRE OPPORTUNITIES FUND, L.
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form,    **transferor**   refers to the claimant who is selling or otherwise assigning its claim.  While    **transferee**   refers to the party who is purchasing or othewise being assigned the claim.

To:

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: ANDREW, LLC.
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Please note that your claim # 5904-04 in the above referenced case and in the amount of $1,299.60 allowed at $1,299.00 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000104484563 ***        NNI TRFNTC (MERGE2, TXNUM2) 4000115920



CORRE OPPORTUNITIES II MASTER FUND, LP
TRANSFEROR: CORRE OPPORTUNITIES FUND, L.
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER        16671        in your objection.  If you file an objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  04/06/2016                David D. Bird, Clerk of Co

/s/ Tim Conklin
_____

EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  April 6, 2016.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Address Service Requested

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



NNI TRFNTC (MERGE2, TXNUM2) 4000115921

To:     BAR(23) MAILID *** 000104484564 ***



CORRE OPPORTUNITIES II MASTER FUND, LP
TRANSFEROR: CORRE OPPORTUNITIES FUND, L.
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
### BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form,     **transferor**     refers to the claimant who is selling or otherwise assigning its claim.  While     **transferee**     refers to the party who is purchasing or othewise being assigned the claim.

To:


CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: GENBAND USA LLC
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019


Please note that your claim # 1637-04 in the above referenced case and in the amount of $2,761.00 allowed at $2,761.00 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000104484564 ***        NNI TRFNTC (MERGE2, TXNUM2) 4000115921



CORRE OPPORTUNITIES II MASTER FUND, LP
TRANSFEROR: CORRE OPPORTUNITIES FUND, L.
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019


No action is required if you do not object to the transfer of your claim.  However     **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER        16672        in your objection.  If you file an objection, a hearing will be scheduled.     **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  04/06/2016                                    David D. Bird, Clerk of Co


/s/ Tim Conklin
_____
EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  April 6, 2016.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Legal Documents Enclosed
Please direct to the attention
of the Addressee,

Address Service Requested

Legal Department or President



NNI TRFNTC (MERGE2, TXNUM2) 4000115922

To:      BAR(23) MAILID *** 000104484565 ***



CORRE OPPORTUNITIES II MASTER FUND, LP
TRANSFEROR: CORRE OPPORTUNITIES FUND, L.
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF

### BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim.  While **transferee** refers to the party who is purchasing or otehwise being assigned the claim.

To:

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: JEFFERIES LEVERAGED CREDIT P
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Please note that your claim # 5928-05 in the above referenced case and in the amount of
$81,146.03 allowed at $52,914.00 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000104484565 ***          NNI TRFNTC (MERGE2, TXNUM2) 4000115922



CORRE OPPORTUNITIES II MASTER FUND, LP
TRANSFEROR: CORRE OPPORTUNITIES FUND, L.
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

No action is required if you do not object to the transfer of your claim.  However  **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER          16673          in your objection.  If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  04/06/2016                    David D. Bird, Clerk of Co

                                    /s/ Tim Conklin

                                    _____

                                    EPIQ BANKRUPTCY SOLUTIONS, LLC

                                    as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  April 6, 2016.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Legal Documents Enclosed
Please direct to the attention
of the Addressee,

Address Service Requested

Legal Department or President



NNI TRFNTC (MERGE2, TXNUM2) 4000115923

To:     BAR(23) MAILID *** 000104484566 ***



CORRE OPPORTUNITIES II MASTER FUND, LP
TRANSFEROR: CORRE OPPORTUNITIES QUALIFIE
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
### BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form,    **transferor**    refers to the claimant who is selling or otherwise assigning its claim.  While    **transferee**    refers to the party who is purchasing or othewise being assigned the claim.

To:

CORRE OPPORTUNITIES QUALIFIED MASTER FND
TRANSFEROR: SONAR CREDIT PARTNERS II, LL
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF AMERICAS, 29TH FLOOR
NEW YORK,, NY 10019

Please note that your claim # 4910-01 in the above referenced case and in the amount of $170,256.42 allowed at $85,185.00 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000104484566 ***          NNI TRFNTC (MERGE2, TXNUM2) 4000115923



CORRE OPPORTUNITIES II MASTER FUND, LP
TRANSFEROR: CORRE OPPORTUNITIES QUALIFIE
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER          16674          in your objection.  If you file an objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  04/06/2016                    David D. Bird, Clerk of Co

/s/ Tim Conklin
_____

EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  April 6, 2016.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Legal Documents Enclosed
Please direct to the attention
of the Addressee,

Address Service Requested

Legal Department or President



NNI TRFNTC (MERGE2, TXNUM2) 4000115924

To:     BAR(23) MAILID *** 000104484567 ***



CORRE OPPORTUNITIES II MASTER FUND, LP
TRANSFEROR: CORRE OPPORTUNITIES QUALIFIE
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

# THE REMAINDER OF THIS PAGE
# INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
### BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:

CORRE OPPORTUNITIES QUALIFIED MASTER FND
TRANSFEROR: JEFFERIES LEVERAGED CREDIT P
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF AMERICAS, 29TH FLOOR
NEW YORK,, NY 10019

Please note that your claim # 5928-06 in the above referenced case and in the amount of $217,275.79 allowed at $141,682.00 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000104484567 ***        NNI TRFNTC (MERGE2, TXNUM2) 4000115924



CORRE OPPORTUNITIES II MASTER FUND, LP
TRANSFEROR: CORRE OPPORTUNITIES QUALIFIE
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

No action is required if you do not object to the transfer of your claim.  However  **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER        16675        in your objection.  If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  04/06/2016                          David D. Bird, Clerk of Co

                                           /s/ Tim Conklin
                                           _____

                                           EPIQ BANKRUPTCY SOLUTIONS, LLC

                                           as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  April 6, 2016.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Address Service Requested

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



NNI TRFNTC (MERGE2, TXNUM2) 4000115729

To:     BAR(23) MAILID *** 000104484555 ***



CORRE OPPORTUNITIES QUALIFIED MASTER FND
TRANSFEROR: JEFFERIES LEVERAGED CREDIT P
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF AMERICAS, 29TH FLOOR
NEW YORK,, NY 10019

# THE REMAINDER OF THIS PAGE
# INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
### BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form,    **transferor**    refers to the claimant who is selling or otherwise assigning its claim.  While    **transferee**    refers to the party who is purchasing or otehwise being assigned the claim.

To:    BAR(23) MAILID *** 000104484555 ***          NNI TRFNTC (MERGE2, TXNUM2) 4000115729



CORRE OPPORTUNITIES QUALIFIED MASTER FND
TRANSFEROR: JEFFERIES LEVERAGED CREDIT P
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF AMERICAS, 29TH FLOOR
NEW YORK,, NY 10019

Please note that your claim # 5928-06 in the above referenced case and in the amount of
$217,275.79 allowed at $141,682.00 has been transferred (unless previously expunged by court order)

CORRE OPPORTUNITIES II MASTER FUND, LP
TRANSFEROR: CORRE OPPORTUNITIES QUALIFIE
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER          16675          in your objection.  If you file an objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  04/06/2016                    David D. Bird, Clerk of Co

/s/ Tim Conklin

EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  April 6, 2016.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Address Service Requested

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



NNI TRFNTC (MERGE2, TXNUM2) 4000115278

To:     BAR(23) MAILID *** 000104484554 ***



CORRE OPPORTUNITIES QUALIFIED MASTER FND
TRANSFEROR: SONAR CREDIT PARTNERS II, LL
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF AMERICAS, 29TH FLOOR
NEW YORK,, NY 10019

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
### BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form,  **transferor**   refers to the claimant who is selling or otherwise assigning its claim.  While   **transferee**   refers to the party who is purchasing or othewise being assigned the claim.

To:    BAR(23) MAILID *** 000104484554 ***          NNI TRFNTC (MERGE2, TXNUM2) 4000115278



CORRE OPPORTUNITIES QUALIFIED MASTER FND
TRANSFEROR: SONAR CREDIT PARTNERS II, LL
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF AMERICAS, 29TH FLOOR
NEW YORK,, NY 10019


Please note that your claim # 4910-01 in the above referenced case and in the amount of
$170,256.42 allowed at $85,185.00 has been transferred (unless previously expunged by court order)


CORRE OPPORTUNITIES II MASTER FUND, LP
TRANSFEROR: CORRE OPPORTUNITIES QUALIFIE
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019


No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST,**
**WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER          16674                in your objection.  If you file an objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS**
**AS THE CLAIMANT.**

Date:  04/06/2016                          David D. Bird, Clerk of Co

/s/ Tim Conklin

EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  April 6, 2016.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Address Service Requested

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



NNI TRFNTC (MERGE2, TXNUM2) 4000110146

To:    BAR(23) MAILID *** 000104484549 ***

GUBBINS, ANDRES
733 ALHAMBRAS CIR
CORAL GABLES, FL 33134-4807

# THE REMAINDER OF THIS PAGE
# INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
### BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or otehwise being assigned the claim.

To:       BAR(23) MAILID *** 000104484549 ***          NNI TRFNTC (MERGE2, TXNUM2) 4000110146



GUBBINS, ANDRES
733 ALHAMBRAS CIR
CORAL GABLES, FL 33134-4807

Please note that your claim # 6318 in the above referenced case and in the amount of
$29,224.59 allowed at $11,772.00 has been transferred (unless previously expunged by court order)

HAIN CAPITAL HOLDINGS, LLC
TRANSFEROR: GUBBINS, ANDRES
ATTN: AMANDA RAPOPORT
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER        16663            in your objection.  If you file an objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  04/06/2016                              David D. Bird, Clerk of Co

/s/ Tim Conklin

EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  April 6, 2016.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Address Service Requested

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



NNI TRFNTC (MERGE2, TXNUM2) 4000115916

To:     BAR(23) MAILID *** 000104484559 ***



HAIN CAPITAL HOLDINGS, LLC
TRANSFEROR: GUBBINS, ANDRES
ATTN: AMANDA RAPOPORT
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
### BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form,   **transferor**   refers to the claimant who is selling or otherwise assigning its claim.  While   **transferee**   refers to the party who is purchasing or otehwise being assigned the claim.

To:

GUBBINS, ANDRES
733 ALHAMBRAS CIR
CORAL GABLES, FL 33134-4807

Please note that your claim # 6318 in the above referenced case and in the amount of
$29,224.59 allowed at $11,772.00 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000104484559 ***          NNI TRFNTC (MERGE2, TXNUM2) 4000115916



HAIN CAPITAL HOLDINGS, LLC
TRANSFEROR: GUBBINS, ANDRES
ATTN: AMANDA RAPOPORT
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

No action is required if you do not object to the transfer of your claim.  However   **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST,**
**WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER          16663          in your objection.  If you file an objection, a hearing will be scheduled.   **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS**
**AS THE CLAIMANT.**

Date:  04/06/2016                         David D. Bird, Clerk of Co

/s/ Tim Conklin

EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  April 6, 2016.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Address Service Requested

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



NNI TRFNTC (MERGE2, TXNUM2) 4000115918

To:     BAR(23) MAILID *** 000104484561 ***

HAIN CAPITAL HOLDINGS, LLC
TRANSFEROR: HANSON, DANA
ATTN: AMANDA RAPOPORT
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

# THE REMAINDER OF THIS PAGE
# INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form,     **transferor**     refers to the claimant who is selling or otherwise assigning its claim.  While     **transferee**     refers to the party who is purchasing or othewise being assigned the claim.

To:

HANSON, DANA
1581 E DRY CREEK PL
CENTENNIAL, CO 80122

Please note that your claim # 8805 in the above referenced case and in the amount of
$46,691.03 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000104484561 ***          NNI TRFNTC (MERGE2, TXNUM2) 4000115918



HAIN CAPITAL HOLDINGS, LLC
TRANSFEROR: HANSON, DANA
ATTN: AMANDA RAPOPORT
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

No action is required if you do not object to the transfer of your claim.  However     **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
824 NORTH MARKET STREET, 3RD FLOOR
WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER          16665          in your objection.  If you file an objection, a hearing will be scheduled.     **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  04/06/2016                    David D. Bird, Clerk of Co

                              /s/ Tim Conklin

                              EPIQ BANKRUPTCY SOLUTIONS, LLC
                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  April 6, 2016.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Address Service Requested

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



NNI TRFNTC (MERGE2, TXNUM2) 4000115917

To:     BAR(23) MAILID *** 000104484560 ***



HAIN CAPITAL HOLDINGS, LLC
TRANSFEROR: HESTER, BOB
ATTN: AMANDA RAPOPORT
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
### BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form,    **transferor**    refers to the claimant who is selling or otherwise assigning its claim.  While    **transferee**    refers to the party who is purchasing or othewise being assigned the claim.

To:

HESTER, BOB
1219 ELIOT ROAD
FRANKLIN, TN 37064

Please note that your claim # 7694 in the above referenced case and in the amount of
$85,085.44 allowed at $85,085.44 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000104484560 ***          NNI TRFNTC (MERGE2, TXNUM2) 4000115917



HAIN CAPITAL HOLDINGS, LLC
TRANSFEROR: HESTER, BOB
ATTN: AMANDA RAPOPORT
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
824 NORTH MARKET STREET, 3RD FLOOR
WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER          16664          in your objection.  If you file an objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  04/06/2016          David D. Bird, Clerk of Co

/s/ Tim Conklin

EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  April 6, 2016.



Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Legal Documents Enclosed
Please direct to the attention
of the Addressee,

Address Service Requested

Legal Department or President

NNI TRFNTC (MERGE2, TXNUM2) 4000115919

To:      BAR(23) MAILID *** 000104484562 ***



HAIN CAPITAL HOLDINGS, LLC
TRANSFEROR: VAUGHAN, DEBORAH
ATTN: AMANDA RAPOPORT
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

# THE REMAINDER OF THIS PAGE
# INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
### BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:

VAUGHAN, DEBORAH
237 HERBET HILL DRIVE
TIMBERLAKE, NC 27583

Please note that your claim # 8167 in the above referenced case and in the amount of $7,400.00 allowed at $16,696.36 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000104484562 ***          NNI TRFNTC (MERGE2, TXNUM2) 4000115919



HAIN CAPITAL HOLDINGS, LLC
TRANSFEROR: VAUGHAN, DEBORAH
ATTN: AMANDA RAPOPORT
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

No action is required if you do not object to the transfer of your claim. However  **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER          16666          in your objection.  If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  04/06/2016                    David D. Bird, Clerk of Co

                    /s/ Tim Conklin
                    _____
                    EPIQ BANKRUPTCY SOLUTIONS, LLC

                    as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  April 6, 2016.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Legal Documents Enclosed
Please direct to the attention
of the Addressee,

Address Service Requested

Legal Department or President



NNI TRFNTC (MERGE2, TXNUM2) 4000115914

To:     BAR(23) MAILID *** 000104484557 ***

HANSON, DANA
1581 E DRY CREEK PL
CENTENNIAL, CO 80122

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
### BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or otewise being assigned the claim.

To:    BAR(23) MAILID *** 000104484557 ***            NNI TRFNTC (MERGE2, TXNUM2) 4000115914



HANSON, DANA
1581 E DRY CREEK PL
CENTENNIAL, CO 80122

Please note that your claim # 8805 in the above referenced case and in the amount of
$46,691.03 has been transferred (unless previously expunged by court order)

HAIN CAPITAL HOLDINGS, LLC
TRANSFEROR: HANSON, DANA
ATTN: AMANDA RAPOPORT
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
824 NORTH MARKET STREET, 3RD FLOOR
WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER        16665        in your objection.  If you file an objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  04/06/2016                        David D. Bird, Clerk of Co

/s/ Tim Conklin

EPIQ BANKRUPTCY SOLUTIONS, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  April 6, 2016.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President

Address Service Requested



NNI TRFNTC (MERGE2, TXNUM2) 4000104022

To:     BAR(23) MAILID *** 000104484548 ***



HAVERKAMP, LAWRENCE C
PO BOX 2497
OREGON CITY, OR 97045-0211

# THE REMAINDER OF THIS PAGE
# INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form,      **transferor**     refers to the claimant who is selling or otherwise assigning its claim.  While      **transferee**     refers to the party who is purchasing or othewise being assigned the claim.

To:      BAR(23) MAILID *** 000104484548 ***          NNI TRFNTC (MERGE2, TXNUM2) 4000104022



HAVERKAMP, LAWRENCE C
PO BOX 2497
OREGON CITY, OR 97045-0211

Please note that your claim # 2143 in the above referenced case and in the amount of
$3,641.00 allowed at $39,032.00 has been transferred (unless previously expunged by court order)

CONTRARIAN FUNDS, LLC
TRANSFEROR: HAVERKAMP, LAWRENCE C
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

No action is required if you do not object to the transfer of your claim.  However      **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST,
WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER          16647          in your objection.  If you file an objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS
AS THE CLAIMANT.**

Date:  04/06/2016                    David D. Bird, Clerk of Co

                        /s/ Tim Conklin

                        EPIQ BANKRUPTCY SOLUTIONS, LLC

                        as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  April 6, 2016.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Address Service Requested

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



NNI TRFNTC (MERGE2, TXNUM2) 4000111839

To:      BAR(23) MAILID *** 000104484551 ***

HESTER, BOB
1219 ELIOT ROAD
FRANKLIN, TN 37064

# THE REMAINDER OF THIS PAGE
# INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
### BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:    BAR(23) MAILID *** 000104484551 ***        NNI TRFNTC (MERGE2, TXNUM2) 4000111839



HESTER, BOB
1219 ELIOT ROAD
FRANKLIN, TN 37064

Please note that your claim # 7694 in the above referenced case and in the amount of
$85,085.44 allowed at $85,085.44 has been transferred (unless previously expunged by court order)

HAIN CAPITAL HOLDINGS, LLC
TRANSFEROR: HESTER, BOB
ATTN: AMANDA RAPOPORT
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER        16664        in your objection.  If you file an objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  04/06/2016                David D. Bird, Clerk of Co

                /s/ Tim Conklin
                _____

                EPIQ BANKRUPTCY SOLUTIONS, LLC

                as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  April 6, 2016.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Legal Documents Enclosed
Please direct to the attention
of the Addressee,

Address Service Requested

Legal Department or President



NNI TRFNTC (MERGE2, TXNUM2) 4000113220

To:     BAR(23) MAILID *** 000104484552 ***

VAUGHAN, DEBORAH
237 HERBET HILL DRIVE
TIMBERLAKE, NC 27583

# THE REMAINDER OF THIS PAGE
# INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**

**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form,    **transferor**    refers to the claimant who is selling or otherwise assigning its claim.  While    **transferee**    refers to the party who is purchasing or otehwise being assigned the claim.

To:      BAR(23) MAILID *** 000104484552 ***          NNI TRFNTC (MERGE2, TXNUM2) 4000113220



VAUGHAN, DEBORAH
237 HERBET HILL DRIVE
TIMBERLAKE, NC 27583

Please note that your claim # 8167 in the above referenced case and in the amount of
$7,400.00 allowed at $16,696.36 has been transferred (unless previously expunged by court order)

HAIN CAPITAL HOLDINGS, LLC
TRANSFEROR: VAUGHAN, DEBORAH
ATTN: AMANDA RAPOPORT
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST,**
**WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER        16666              in your objection.  If you file an
objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS**
**AS THE CLAIMANT.**

Date:  04/06/2016                          David D. Bird, Clerk of Co

                                         /s/ Tim Conklin

                                         EPIQ BANKRUPTCY SOLUTIONS, LLC

                                         as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  April 6, 2016.

**EXHIBIT B**

NORTEL
**SERVICE LIST**

| Claim Name | Address Information |
|---|---|
| CONTRARIAN FUNDS, LLC | TRANSFEROR: HAVERKAMP, LAWRENCE C, ATTN: ALISA MUMOLA, 411 WEST PUTNAM AVENUE, SUITE 425, GREENWICH, CT 06830 |
| CORRE OPPORTUNITIES FUND, L.P. | TRANSFEROR: ANDREW, LLC., ATTN: CLAIMS PROCESSING (BANKRUPTCY), 1370 AVENUE OF THE AMERICAS, 29TH FLOOR, NEW YORK, NY 10019 |
| CORRE OPPORTUNITIES FUND, L.P. | TRANSFEROR: GENBAND USA LLC, ATTN: CLAIMS PROCESSING (BANKRUPTCY), 1370 AVENUE OF THE AMERICAS, 29TH FLOOR, NEW YORK, NY 10019 |
| CORRE OPPORTUNITIES FUND, L.P. | TRANSFEROR: JEFFERIES LEVERAGED CREDIT P, ATTN: CLAIMS PROCESSING (BANKRUPTCY), 1370 AVENUE OF THE AMERICAS, 29TH FLOOR, NEW YORK, NY 10019 |
| CORRE OPPORTUNITIES II MASTER FUND, LP | TRANSFEROR: CORRE OPPORTUNITIES FUND, L., ATTN: CLAIMS PROCESSING (BANKRUPTCY), 1370 AVENUE OF THE AMERICAS, 29TH FLOOR, NEW YORK, NY 10019 |
| CORRE OPPORTUNITIES II MASTER FUND, LP | TRANSFEROR: CORRE OPPORTUNITIES FUND, L., ATTN: CLAIMS PROCESSING (BANKRUPTCY), 1370 AVENUE OF THE AMERICAS, 29TH FLOOR, NEW YORK, NY 10019 |
| CORRE OPPORTUNITIES II MASTER FUND, LP | TRANSFEROR: CORRE OPPORTUNITIES FUND, L., ATTN: CLAIMS PROCESSING (BANKRUPTCY), 1370 AVENUE OF THE AMERICAS, 29TH FLOOR, NEW YORK, NY 10019 |
| CORRE OPPORTUNITIES II MASTER FUND, LP | TRANSFEROR: CORRE OPPORTUNITIES QUALIFIE, ATTN: CLAIMS PROCESSING (BANKRUPTCY), 1370 AVENUE OF THE AMERICAS, 29TH FLOOR, NEW YORK, NY 10019 |
| CORRE OPPORTUNITIES II MASTER FUND, LP | TRANSFEROR: CORRE OPPORTUNITIES QUALIFIE, ATTN: CLAIMS PROCESSING (BANKRUPTCY), 1370 AVENUE OF THE AMERICAS, 29TH FLOOR, NEW YORK, NY 10019 |
| CORRE OPPORTUNITIES QUALIFIED MASTER FND | TRANSFEROR: SONAR CREDIT PARTNERS II, LL, ATTN: CLAIMS PROCESSING (BANKRUPTCY), 1370 AVENUE OF AMERICAS, 29TH FLOOR, NEW YORK,, NY 10019 |
| CORRE OPPORTUNITIES QUALIFIED MASTER FND | TRANSFEROR: JEFFERIES LEVERAGED CREDIT P, ATTN: CLAIMS PROCESSING (BANKRUPTCY), 1370 AVENUE OF AMERICAS, 29TH FLOOR, NEW YORK,, NY 10019 |
| GUBBINS, ANDRES | 733 ALHAMBRAS CIR, CORAL GABLES, FL 33134-4807 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: GUBBINS, ANDRES, ATTN: AMANDA RAPOPORT, 301 ROUTE 17, 7TH FLOOR, RUTHERFORD, NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: HANSON, DANA, ATTN: AMANDA RAPOPORT, 301 ROUTE 17, 7TH FLOOR, RUTHERFORD, NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: HESTER, BOB, ATTN: AMANDA RAPOPORT, 301 ROUTE 17, 7TH FLOOR, RUTHERFORD, NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: VAUGHAN, DEBORAH, ATTN: AMANDA RAPOPORT, 301 ROUTE 17, 7TH FLOOR, RUTHERFORD, NJ 07070 |
| HANSON, DANA | 1581 E DRY CREEK PL, CENTENNIAL, CO 80122 |
| HAVERKAMP, LAWRENCE C | PO BOX 2497, OREGON CITY, OR 97045-0211 |
| HESTER, BOB | 1219 ELIOT ROAD, FRANKLIN, TN 37064 |
| VAUGHAN, DEBORAH | 237 HERBET HILL DRIVE, TIMBERLAKE, NC 27583 |

**Total Creditor Count 20**

CLEARY GOTTLIEB STEEN & HAMILTON LLP
JAMES L. BROMLEY, ESQ.
ONE LIBERTY PLAZA
NEW YORK, NY 10006