# EXHIBIT A

**Nortel Networks, Inc, et al.**
**(Case No. 09-10138 (KG))**

**CHILMARK PARTNERS, LLC**
**February 1, 2016 - February 29, 2016**

**Summary of Services Rendered by Project**

| Project Code | Nature of Services | February 2016 Hours |
|---|---|---|
| 1 | Asset Analysis and Recovery | 9.0 |
| 2 | Business Operations / General Corporate / Real Estate | - |
| 3 | Projections/Business Plan/Corporate wind-down | - |
| 4 | Analysis of Historical Results | - |
| 5 | Meetings with Debtor's Counsel | - |
| 6 | Committee Matters and Creditor Meetings | - |
| 7 | Claims Administration and Analysis | 3.0 |
| 8 | Intercompany Transactions/Balances | - |
| 9 | Intellectual Property | - |
| 10 | Employee Benefits / Pension | - |
| 11 | Fee Applications Preparation | - |
| 12 | Tax Issues | - |
| 13 | Hearings | - |
| 14 | Litigation / Adversary Proceedings | 110.0 |
| 15 | Travel | - |
| 16 | Plan of Reorganization / Disclosure Statement | - |
| **TOTAL** | | **122.0** |

**Summary of Services Rendered by Professional**

| Name | February 2016 Hours |
|---|---|
| Michael Kennedy, Member | 117.0 |
| Aaron Taylor, Member | - |
| Matthew Rosenberg, Managing Director | 5.0 |
| Paul Huettner, Analyst | - |
| Jamie Ellis, Analyst | - |
| James Elish, Analyst | - |
| **TOTAL** | **122.0** |

**Nortel Networks, Inc**
February 1, 2016 - February 29, 2016 Time Detail
Chilmark Partners, LLC
<u>Michael Kennedy</u>

| Date | Description of Work | February 2016 Hours | Code |
|---|---|---:|---:|
| 2/1/2016 | Calls, communications re: claims litigation matters | 4.0 | 14 |
| 2/1/2016 | Follow-up analysis and prepare other material re: litigation | 2.0 | 14 |
| 2/2/2016 | Calls, communications re: claims litigation matters | 5.0 | 14 |
| 2/3/2016 | Calls, communications re: allocation litigation matters and strategy | 3.0 | 14 |
| 2/5/2016 | Review material from management re: 2016 planning | 1.0 | 14 |
| 2/5/2016 | Calls, drafting and review re: appeal matters | 5.0 | 14 |
| 2/6/2016 | Calls, drafting and review re: appeal matters | 3.0 | 14 |
| 2/6/2016 | Review draft briefs, follow-up with US counsel | 2.0 | 14 |
| 2/8/2016 | Calls, communications re: allocation litigation matters and strategy | 2.0 | 14 |
| 2/8/2016 | Review material from management re: data request | 2.0 | 14 |
| 2/8/2016 | Review draft briefs, follow-up with US counsel | 3.0 | 14 |
| 2/9/2016 | Calls, communications re: claims litigation matters | 3.0 | 14 |
| 2/9/2016 | Calls, communications re: litigation matters with other professionals | 3.0 | 14 |
| 2/9/2016 | Review draft briefs, follow-up with US counsel | 1.0 | 14 |
| 2/10/2016 | Follow-up analysis and prepare other material re: litigation | 4.0 | 14 |
| 2/10/2016 | Calls, communications re: allocation litigation matters and strategy | 3.0 | 14 |
| 2/11/2016 | Review draft briefs, follow-up with US counsel | 4.0 | 14 |
| 2/11/2016 | Calls, communications re: claims litigation matters | 3.0 | 14 |
| 2/12/2016 | Review draft briefs, follow-up with US counsel | 5.0 | 14 |
| 2/13/2016 | Calls, communications re: claims litigation matters | 1.0 | 14 |
| 2/13/2016 | Review draft briefs, follow-up with US counsel | 3.0 | 14 |
| 2/15/2016 | Calls, communications re: allocation litigation matters and strategy | 5.0 | 14 |
| 2/16/2016 | Calls, communications re: claims litigation matters | 4.0 | 14 |
| 2/17/2016 | Calls, communications re: allocation litigation matters and strategy | 2.0 | 14 |
| 2/17/2016 | Follow-up calls and communications with other professionals | 3.0 | 14 |
| 2/17/2016 | Follow-up analysis and prepare other material re: litigation | 2.0 | 14 |
| 2/18/2016 | Review material from Canada bomdholder appaeal | 3.0 | 14 |
| 2/18/2016 | Review and analysis of Monitors claim report | 1.0 | 1 |
| 2/18/2016 | Review Monitor cash forecast | 2.0 | 1 |
| 2/19/2016 | Communications w/ management re: claims & asset recovery | 2.0 | 1 |
| 2/19/2016 | Prepare and review analysis re: allocation litigation | 3.0 | 14 |
| 2/23/2016 | Calls, communications re: allocation litigation matters and strategy | 2.0 | 14 |
| 2/23/2016 | Follow-up analysis and prepare other material re: litigation | 5.0 | 14 |
| 2/24/2016 | Calls with creditor representatives | 1.0 | 7 |
| 2/24/2016 | Calls, communications re: allocation litigation matters and strategy | 3.0 | 14 |
| 2/25/2016 | Calls with creditor representatives | 2.0 | 7 |
| 2/25/2016 | Calls, communications re: allocation litigation matters and strategy | 4.0 | 14 |
| 2/26/2016 | Review RM Report | 2.0 | 1 |
| 2/26/2016 | Prepare and review analysis re: allocation litigation | 3.0 | 14 |
| 2/29/2016 | Calls and communications w/ management re: claims & asset recovery | 2.0 | 1 |
| 2/29/2016 | Review material from management re: data request | 4.0 | 14 |
| **February 2016 Total** | | **117.0** | |

**Nortel Networks, Inc**
February 1, 2016 - February 29, 2016 Time Detail
Chilmark Partners, LLC
Matthew Rosenberg

| Date | Description of Work | February 2016 Hours | Code |
|---|---|---|---|
| 2/2/2016 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 2/8/2016 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 2/16/2016 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 2/17/2016 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 2/24/2016 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| | **February 2016 Total** | **5.0** | |