**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------X
:
*In re*                                                                                     :        Chapter 11
:
:        Case No. 09-10138 (KG)
Nortel Networks Inc., *et al.*,[1]                                              :
:        (Jointly Administered)
                                    Debtors.                                     :
:
---------------------------------------------------------------X

**NOTICE OF RESCHEDULED HEARING DATE FROM
JUNE 14, 2016 AT 10:00 A.M. (ET) TO JUNE 14, 2016 AT 2:00 P.M. (ET)**

      PLEASE TAKE NOTICE that the hearing previously scheduled for June 14, 2016 at 10:00 a.m. (ET) has been rescheduled in these cases to **June 14, 2016 at 2:00 p.m. (ET)**.

      PLEASE TAKE FURTHER NOTICE THAT THE HEARING WILL BE HELD BEFORE THE HONORABLE KEVIN GROSS, UNITED STATES BANKRUPTCY JUDGE, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 6TH FLOOR, COURTROOM #3, WILMINGTON, DELAWARE 19801.

Dated:  April 8, 2016
       Wilmington, Delaware

                                              CLEARY GOTTLIEB STEEN & HAMILTON LLP
                                              James L. Bromley (admitted *pro hac vice*)
                                              Lisa M. Schweitzer (admitted *pro hac vice*)
                                              One Liberty Plaza
                                              New York, New York 10006
                                              Telephone:  (212) 225-2000
                                              Facsimile:  (212) 225-3999

                                                         - and -

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

- 2 -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Tamara K. Minott*
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Andrew R. Remming (No. 5120)
Tamara K. Minott (No. 5643)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19801

*Counsel for the Debtors*
*and Debtors in Possession*

2936031.14