# Exhibit B

## EXPENSE SUMMARY

Nortel Networks, Inc., *et al.*
(Case No. 09-10138 (KG))

March 1, 2016 through March 31, 2016

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Transcripts | | $505.70 |
| Photos/Art/Spec Duplicating | Out of Office | 967.66 |
| Messenger Services | | 210.00 |
| Courier/Delivery Service | | 162.30 |
| Computer Research | Westlaw | 41.80 |
| In-House Duplicating | | 8.90 |
| Postage | | 115.64 |
| Facsimile | | 22.50 |
| Pacer | | 194.20 |
| Conference Calls | | 156.79 |
| **Total Expenses** | | **$2,385.49** |

Nortel Networks, Inc.  
63989-DIP  
DATE: 04/11/16 09:36:05

PRO FORMA  397860   AS OF 03/31/16

INVOICE#  ******

## COST ENTRIES

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1396672 | 01/22/16 | B | 505.70 | Transcripts - WILCOX & FETZER, LTD TRANSCRIPT 1/22/16 | 506 | 322 | 215649 |
| 1398231 | 03/14/16 | B | 967.66 | Photos/Art/Spec Duplicating-Out of Office - D DISCOVERY - BANKRUPTCY SERVICE - 3/14/16 | 510 | 684 | 215852 |
| 1395895 | 02/22/16 | B | 5.00 | Messenger Service - to UST | 513S | 684 | |
| 1395929 | 02/23/16 | B | 5.00 | Messenger Service - to Trustee | 513S | 684 | |
| 1395932 | 02/24/16 | B | 5.00 | Messenger Service - to Trustee | 513S | 684 | |
| 1395943 | 02/24/16 | B | 5.00 | Messenger Service - to Whiteford Taylor | 513S | 684 | |
| 1395944 | 02/24/16 | B | 5.00 | Messenger Service - to USBC | 513S | 684 | |
| 1395960 | 02/25/16 | B | 5.00 | Messenger Service - to Trustee | 513S | 684 | |
| 1395961 | 02/25/16 | B | 5.00 | Messenger Service - to Whiteford Taylor | 513S | 684 | |
| 1395962 | 02/25/16 | B | 5.00 | Messenger Service - to Whiteford Taylor | 513S | 684 | |
| 1395970 | 02/25/16 | B | 5.00 | Messenger Service - to Whiteford Taylor | 513S | 546 | |
| 1395971 | 02/25/16 | B | 5.00 | Messenger Service - to Trustee | 513S | 546 | |
| 1395981 | 02/26/16 | B | 5.00 | Messenger Service - to USBC | 513S | 971 | |
| 1395982 | 02/26/16 | B | 5.00 | Messenger Service - to Whiteford Taylor | 513S | 684 | |
| 1395991 | 02/26/16 | B | 5.00 | Messenger Service - to Trustee | 513S | 546 | |
| 1395992 | 02/26/16 | B | 5.00 | Messenger Service - to Farnan | 513S | 594 | |
| 1395997 | 02/29/16 | B | 5.00 | Messenger Service - to Trustee | 513S | 684 | |
| 1396008 | 02/29/16 | B | 5.00 | Messenger Service - to Trustee | 513S | 684 | |
| 1396015 | 02/29/16 | B | 5.00 | Messenger Service - to Whiteford Taylor | 513S | 684 | |
| 1396016 | 02/29/16 | B | 5.00 | Messenger Service - to Trustee | 513S | 684 | |
| 1396105 | 03/04/16 | B | 5.00 | Messenger Service - to Trustee | 513S | 684 | |
| 1396107 | 03/04/16 | B | 5.00 | Messenger Service - to Trustee | 513S | 322 | |
| 1397993 | 03/08/16 | B | 5.00 | Messenger Service - to USBC | 513S | 684 | |
| 1398006 | 03/09/16 | B | 5.00 | Messenger Service - to Trustee | 513S | 684 | |
| 1398010 | 03/09/16 | B | 5.00 | Messenger Service - to USBC | 513S | 684 | |
| 1398020 | 03/09/16 | B | 5.00 | Messenger Service - to Trustee | 513S | 684 | |
| 1398030 | 03/10/16 | B | 5.00 | Messenger Service - to USBC | 513S | 684 | |

Nortel Networks, Inc.  
63989-DIP  
DATE: 04/11/16 09:36:05

PRO FORMA   597860                     AS OF 03/31/16                                                         INVOICE#  ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1398065 | 03/14/16 | B | 5.00 | Messenger Service - to Farnan | 513S | 971 | |
| 1398072 | 03/14/16 | B | 5.00 | Messenger Service - to USDC | 513S | 961 | |
| 1398101 | 03/16/16 | B | 5.00 | Messenger Service - to UST | 513S | 971 | |
| 1398104 | 03/16/16 | B | 5.00 | Messenger Service - to White Taylor | 513S | 971 | |
| 1398132 | 03/17/16 | B | 5.00 | Messenger Service - to Trustee | 513S | 684 | |
| 1398133 | 03/17/16 | B | 5.00 | Messenger Service - to Whiteford | 513S | 684 | |
| 1398139 | 03/18/16 | B | 5.00 | Messenger Service - to USBC | 513S | 684 | |
| 1399253 | 03/21/16 | B | 5.00 | Messenger Service - to Trustee | 513S | 684 | |
| 1399255 | 03/21/16 | B | 5.00 | Messenger Service - to Whiteford Taylor | 513S | 684 | |
| 1399321 | 03/24/16 | B | 5.00 | Messenger Service - to USDC | 513S | 684 | |
| 1399340 | 03/28/16 | B | 5.00 | Messenger Service - to Sullivan Hazeltine | 513S | 684 | |
| 1399341 | 03/28/16 | B | 5.00 | Messenger Service - to YCST | 513S | 684 | |
| 1399375 | 03/29/16 | B | 5.00 | Messenger Service - to Trustee | 513S | 684 | |
| 1399390 | 03/30/16 | B | 5.00 | Messenger Service - to USBC | 513S | 971 | |
| 1399391 | 03/30/16 | B | 5.00 | Messenger Service - to Trustee | 513S | 971 | |
| 1399402 | 03/31/16 | B | 5.00 | Messenger Service - to Trustee | 513S | 594 | |
| 1399413 | 03/31/16 | B | 5.00 | Messenger Service - to Trustee | 513S | 684 | |
| 1396586 | 02/26/16 | B | 85.32 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 215640 |
| 1396602 | 03/04/16 | B | 43.94 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 215641 |
| 1397417 | 03/10/16 | B | 33.04 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 215761 |
| 1398549 | 03/22/16 | B | 22.99 | Computer Research - Westlaw Search Performed by: REMMING,ANDREW | 515 | 000 | |
| 1398550 | 03/23/16 | B | 18.81 | Computer Research - Westlaw Search Performed by: REMMING,ANDREW | 515 | 000 | |
| 1395810 | 02/20/16 | B | 2.40 | Postage | 520 | 684 | |
| 1395813 | 02/22/16 | B | 1.86 | Postage | 520 | 684 | |
| 1395825 | 02/23/16 | B | 7.56 | Postage | 520 | 684 | |
| 1395829 | 02/24/16 | B | 2.40 | Postage | 520 | 684 | |
| 1395836 | 02/25/16 | B | 6.24 | Postage | 520 | 684 | |
| 1395843 | 02/25/16 | B | 4.26 | Postage | 520 | 546 | |
| 1395845 | 02/26/16 | B | 5.58 | Postage | 520 | 684 | |
| 1395848 | 02/26/16 | B | 6.24 | Postage | 520 | 546 | |

```
Nortel Networks, Inc.                                                                                              INVOICE#  ******
63989-DIP                                   PRO FORMA   397860                      AS OF 03/31/16
DATE: 04/11/16 09:36:05
```

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1395852 | 02/27/16 | B | 3.60 | Postage | 520 | 684 | |
| 1395854 | 02/29/16 | B | 3.60 | Postage | 520 | 684 | |
| 1395857 | 02/29/16 | B | 6.24 | Postage | 520 | 684 | |
| 1395875 | 03/04/16 | B | 4.92 | Postage | 520 | 684 | |
| 1397931 | 03/09/16 | B | 4.26 | Postage | 520 | 684 | |
| 1397935 | 03/10/16 | B | 3.72 | Postage | 520 | 684 | |
| 1397951 | 03/16/16 | B | 1.42 | Postage | 520 | 684 | |
| 1397962 | 03/17/16 | B | 33.50 | Postage | 520 | 684 | |
| 1397972 | 03/19/16 | B | 5.58 | Postage | 520 | 684 | |
| 1399230 | 03/29/16 | B | 7.56 | Postage | 520 | 684 | |
| 1399244 | 03/31/16 | B | 3.28 | Postage | 520 | 594 | |
| 1399247 | 03/31/16 | B | 1.42 | Postage | 520 | 684 | |
| 1398234 | 03/09/16 | B | 22.50 | Facsimile - DLS DISCOVERY - FAX BROADCAST - 3/9/16 | 522H | 684 | 215855 |
| 1397509 | 02/29/16 | B | 194.20 | Pacer charges for the month of February | 529 | 000 | |
| 1397476 | 03/17/16 | B | 1.05 | In-House Printing - black & white Call time: 10:45; to | 541 | 961 | |
| 1398176 | 03/21/16 | B | 1.60 | In-House Printing - black & white Call time: 18:38; to | 541 | 961 | |
| 1398235 | 03/22/16 | B | 0.90 | In-House Printing - black & white Call time: 17:58; to | 541 | 961 | |
| 1398236 | 03/22/16 | B | 0.50 | In-House Printing - black & white Call time: 17:58; to | 541 | 961 | |
| 1398351 | 03/23/16 | B | 2.30 | In-House Printing - black & white Call time: 09:35; to | 541 | 961 | |
| 1398352 | 03/23/16 | B | 0.05 | In-House Printing - black & white Call time: 09:35; to | 541 | 961 | |
| 1398353 | 03/23/16 | B | 1.45 | In-House Printing - black & white Call time: 14:16; to | 541 | 961 | |
| 1398506 | 03/24/16 | B | 0.10 | In-House Printing - black & white Call time: 20:11; to | 541 | 961 | |
| 1398507 | 03/24/16 | B | 0.95 | In-House Printing - black & white Call time: 20:11; to | 541 | 961 | |
| 1397178 | 02/25/16 | B | 21.78 | Conference Calls - SOUNDPATH CONFERENCING SERVICES, LLC | 552H | 961 | 215744 |
| 1397179 | 02/26/16 | B | 18.29 | Conference Calls - SOUNDPATH CONFERENCING SERVICES, LLC | 552H | 961 | 215744 |
| 1397180 | 02/26/16 | B | 8.10 | Conference Calls - SOUNDPATH CONFERENCING SERVICES, LLC | 552H | 961 | 215744 |
| 1397200 | 03/02/16 | B | 8.04 | Conference Calls - SOUNDPATH CONFERENCING SERVICES, LLC | 552H | 322 | 215745 |
| 1400694 | 03/29/16 | B | 100.58 | Conference Calls - SOUNDPATH CONFERENCING SERVICES, LLC | 552H | 961 | 216181 |
| | | | 2,385.49 | | | | |