IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
-----------------------------------------------------------------x
                                                                 :
In re                                                            :   Chapter 11
                                                                 :
NORTEL NETWORKS INC., et al.,¹                                   :   Case No. 09-10138 (KG)
                                                                 :
                                Debtors.                         :   Jointly Administered
                                                                 :
                                                                 :   Related to D.I. 16638
                                                                 :   Hearing Date and Time: May 24, 2016 at 10:00 a.m. ET
                                                                 :   Objection Deadline: April 25, 2016 at 4:00 p.m. ET
-----------------------------------------------------------------x
```

**CERTIFICATION OF COUNSEL AND NOTICE OF ADJOURNMENT OF HEARING REGARDING MOTION OF LIQUIDITY SOLUTIONS, INC. FOR ENTRY OF ORDER (A) AUTHORIZING AND DIRECTING DEBTOR, NORTEL NETWORKS INC., TO MAKE INTERIM DISTRIBUTIONS ON ALLOWED ADMINISTRATIVE, PRIORITY AND UNSECURED CLAIMS OR (B) CONVERTING CASES TO CHAPTER 7 PURSUANT TO SECTION 1112(b) OF THE BANKRUPTCY CODE**

1. On March 21, 2016, Liquidity Solutions, Inc. ("LSI") filed its Motion for Entry of Order (a) Authorizing and Directing Debtor, Nortel Networks Inc., to Make Interim Distributions on Allowed Administrative, Priority and Unsecured Claims or (b) Converting Cases to Chapter 7 Pursuant to Section 1112(b) of the Bankruptcy Code [Docket No. 16638] (the "Motion").

2. The hearing (the "Hearing") on the Motion originally was scheduled to occur on April 19, 2016 at 10:00 a.m. (ET), with responses, if any, to the relief requested in the Motion due no later than April 4, 2016 at 4:00 p.m. (ET).

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

3.     The Hearing has been adjourned to **May 24, 2016 at 10:00 a.m. (ET)**. Responses, if any, to the relief requested in the Motion must be filed with the United States Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 on or before, and served upon undersigned counsel to LSI so as to be received no later than, **April 25, 2016 at 4:00 p.m. (ET)**. LSI's replies to any such responses shall be filed on or before **May 2, 2016 at 4:00 p.m. (ET)**.

4.     A telephonic status conference will be held with respect to the Motion on **April 19, 2016 at 10:00 a.m. (ET)** before The Honorable Kevin Gross, at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom No. 3, Wilmington, Delaware 19801. To attend, parties must contact CourtCall at (888) 882-6878 and provide such information as is required by CourtCall.

Dated:  April 11, 2016

Respectfully submitted,

**ANDREWS KURTH LLP**

/s/ *Paul N. Silverstein*
Paul N. Silverstein (NYS Bar PS 5098)
Jeremy B. Reckmeyer (NYS Bar JR 7536)
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 850-2800
Facsimile: (212) 850-2929

*Counsel to Liquidity Solutions, Inc.*