# Exhibit B

**NORTEL EXHIBIT B - EXPENSE DETAILS PERIOD MARCH 1, 2016 THROUGH MARCH 31, 2016**

| Date | Professional | Cost Type | Description | Amount |
|------|--------------|-----------|-------------|--------|
|      |              |           |             |        |