IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- X
: 
In re: : Chapter 11
: 
NORTEL NETWORKS INC., *et al.*,[1] : Case No. 09-10138 (KG)
: 
Debtors. : Jointly Administered
: 
: **Ref. Docket No. 16708**
---------------------------------------------------------------------- X

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that the court-appointed administrators and authorized foreign representatives (collectively, the "Joint Administrators") for certain Nortel entities located in Europe, the Middle East, and Africa, in proceedings under the *Insolvency Act 1986* pending before the High Court of Justice of England and Wales, hereby withdraw the *Joinder with Reservation of Rights of the Joint Administrators in Statement, Request for Joint Hearing, and Reservation of Rights of the Monitor and the Canadian Debtors Regarding Motion of Liquidity Solutions, Inc. for Entry of an Order Authorizing and Directing Interim Distributions or Converting Cases to Chapter 7* [Docket No. 16708].

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); CoreTek, Inc. (5722); Nortel Networks Applications Management Solutions Inc. (2846); Nortel Networks Optical Components Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567); Nortel Networks (CALA) Inc. (4226).

Dated: April 12, 2016
      Wilmington, Delaware

      YOUNG CONAWAY STARGATT & TAYLOR, LLP

      /s/ *Jaime Luton Chapman*
      Edwin J. Harron (No. 3396)
      John T. Dorsey (No. 2988)
      Jaime Luton Chapman (No. 4936)

      Rodney Square
      1000 North King Street
      Wilmington, Delaware 19801
      Telephone:  302-571-6600
      Fax:  302-571-1253

      – and –

      HUGHES HUBBARD & REED LLP

      Derek J.T. Adler (admitted *pro hac vice*)
      Gabrielle Glemann (admitted *pro hac vice*)
      Charles H. Huberty (admitted *pro hac vice*)

      One Battery Park Plaza
      New York, New York 10004
      Telephone:  212-837-6000
      Fax:  212-422-4726

      *Counsel for the Joint Administrators*