**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| | Case No. 09-10138 (KG) |
| NORTEL NETWORKS INC., *et al.*, | Jointly Administered |
| Debtors.[1] | **Re:  D.I. 16638, 16681, 16709** |
| | **Hearing Date:  May 24, 2016** |

**JOINDER WITH RESERVATION OF RIGHTS OF THE JOINT ADMINISTRATORS
IN STATEMENT, REQUEST FOR JOINT HEARING, AND RESERVATION OF
RIGHTS OF THE MONITOR AND THE CANADIAN DEBTORS
REGARDING MOTION OF LIQUIDITY SOLUTIONS, INC.
FOR ENTRY OF AN ORDER AUTHORIZING AND DIRECTING INTERIM
<u>DISTRIBUTIONS OR CONVERTING CASES TO CHAPTER 7</u>**

The court-appointed administrators and authorized foreign representatives

(collectively, the "<u>Joint Administrators</u>")[2] for certain Nortel entities located in Europe, the

Middle East, and Africa (collectively, the "<u>EMEA Debtors</u>")[3] in proceedings under the

*Insolvency Act 1986*, pending before the High Court of Justice of England and Wales, by and

---

[1]    The debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, are:  Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); CoreTek, Inc. (5722); Nortel Networks Applications Management Solutions Inc. (2846); Nortel Networks Optical Components Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567); Nortel Networks (CALA) Inc. (4226).

[2]    The Joint Administrators in the English proceedings for all of the EMEA Debtors, with the exception of Nortel Networks (Ireland) Limited ("NNIR"), are:  Alan Robert Bloom, Christopher John Wilkinson Hill, Alan Michael Hudson, and Stephen John Harris.  The Joint Administrators in the English proceedings for NNIR are:  Alan Robert Bloom and David Martin Hughes.  Stephen Taylor has been appointed as an additional administrator for Nortel Networks S.A. ("NNSA") to represent NNSA's interests to the extent they conflict with the interests of the other eighteen EMEA Debtors.  NNSA is represented by separate counsel in connection with such conflict matters, and the present Joinder is not made on its behalf.

[3]    The EMEA Debtors are:  Nortel Networks UK Limited; NNIR; Nortel GmbH; Nortel Networks (Austria) GmbH; Nortel Networks AB; Nortel Networks B.V.; Nortel Networks Engineering Service Kft; Nortel Networks France S.A.S.; Nortel Networks Hispania, S.A.; Nortel Networks International Finance & Holding B.V.; Nortel Networks N.V.; Nortel Networks Oy; Nortel Networks Polska Sp. z.o.o.; Nortel Networks Portugal S.A.; Nortel Networks Romania SRL; Nortel Networks S.p.A.; Nortel Networks Slovensko, s.r.o.; Nortel Networks, s.r.o.

through their undersigned counsel, respectfully submit this joinder (the "Joinder") to the

Statement, Request for Joint Hearing, and Reservation of Rights of the Monitor and the Canadian

Debtors [D.I. 16681] (the "Statement"), submitted in response to the Motion of Liquidity

Solutions, Inc. for Entry of an Order (A) Authorizing and Directing Debtor, Nortel Networks,

Inc., to Make Interim Distributions on Allowed Administrative, Priority and Unsecured Claims

or (B) Converting Cases to Chapter 7 Pursuant to Section 1112(b) of the Bankruptcy Code

[D.I. 16638] (the "Motion").

The Joint Administrators hereby join, adopt, and incorporate by reference each of

the statements and arguments set forth in the Statement, as if set forth fully herein.

The Joint Administrators reserve the right to supplement or amend this Joinder

and to appear and be heard on any issue at all hearings and conferences in connection with the

Motion.

*[Remainder of page intentionally left blank.]*

WHEREFORE, the Joint Administrators respectfully request that this Court (i) adjourn the Motion (and the time to file objections) *sine die* and without prejudice, (ii) in the alternative, direct that the Motion be heard jointly with the Ontario Superior Court of Justice (Commercial List), and (iii) grant such other and further relief as it deems just and proper.

Dated: Wilmington, Delaware
        April 12, 2016

YOUNG CONAWAY STARGATT & TAYLOR, LLP

By:    */s/ Jaime Luton Chapman*
        Edwin J. Harron (No. 3396)
        John T. Dorsey (No. 2988)
        Jaime Luton Chapman (No. 4936)

Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone:  302-571-6600
Fax:  302-571-1253

– and –

HUGHES HUBBARD & REED LLP

Derek J.T. Adler (admitted *pro hac vice*)
Gabrielle Glemann (admitted *pro hac vice*)
Charles H. Huberty (admitted *pro hac vice*)

One Battery Park Plaza
New York, New York 10004
Telephone:  212-837-6000
Fax:  212-422-4726

*Counsel for the Joint Administrators*