# United States Bankruptcy Court

District of Delaware

<u>In re:</u> **Nortel Networks, Inc.**   <u>Case No.:</u> **09-10138**

(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

**<u>Hain Capital Holdings, LLC</u>**           **<u>Hain Capital Holdings, LTD</u>**
                                             Name of Transferor

Court Claim #: <u>multiple: see attached schedule 1</u>
Claim Amount: <u>see attached schedule 1</u>

Name and Address where notices to transferee should be sent
**Hain Capital Holdings, LLC**
**301 Route 17, 7th Floor**
**Rutherford, NJ  07070**
**Attn: Amanda Rapoport**
Phone: **(201) 896 - 6100**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

**HAIN CAPITAL HOLDINGS, LTD**                **HAIN CAPITAL HOLDINGS, LLC**

By: _/s/ Robert J Koltai_                     By: _/s/ Robert J Koltai_
Name:  Robert Koltai                          Name:  Robert Koltai
Title:    Manager                             Title:    Manager

Date: <u>4/14/2016</u>                        Date: <u>4/14/2016</u>

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| Original Creditor | Claim Amount | Proof of claim Number | Schedule Number |
|---|---|---|---|
| HAIN CAPITAL HOLDINGS, LTD | $131,148.07 | 178 | 100504940 |
| HAIN CAPITAL HOLDINGS, LTD | $69,638.52 | 225 | 101019210 |
| HAIN CAPITAL HOLDINGS, LTD | $41,529.86 | 335 | n/a |
| HAIN CAPITAL HOLDINGS, LTD | $9,040.84 | 336 | n/a |
| HAIN CAPITAL HOLDINGS, LTD | $25,648.69 | 693 | n/a |
| HAIN CAPITAL HOLDINGS, LTD | $52,753.52 | 1628 | 101022780 |
| HAIN CAPITAL HOLDINGS, LTD | $52,741.01 | 1744 | 100564820 |
| HAIN CAPITAL HOLDINGS, LTD | $50,271.95 | 2380 | 100768560 |
| HAIN CAPITAL HOLDINGS, LTD | $23,802.70 | 2844 | 100555630 |
| HAIN CAPITAL HOLDINGS, LTD | $105,817.06 | 4502 | n/a |
| HAIN CAPITAL HOLDINGS, LTD | $85,336.80 | 4731 | 101020410 |
| HAIN CAPITAL HOLDINGS, LTD | $35,815.77 | 5450 | 101020770 |
| HAIN CAPITAL HOLDINGS, LTD | $66,327.01 | 5610 | n/a |
| HAIN CAPITAL HOLDINGS, LTD | $48,307.15 | 6099 | n/a |
| HAIN CAPITAL HOLDINGS, LTD | $85,154.91 | 6122 | n/a |
| HAIN CAPITAL HOLDINGS, LTD | $69,330.30 | 6674 | 515014090 |
| HAIN CAPITAL HOLDINGS, LTD | $56,925.97 | 6894 | n/a |
| HAIN CAPITAL HOLDINGS, LTD | $80,176.72 | 7170 | n/a |
| HAIN CAPITAL HOLDINGS, LTD | $74,232.76 | 7354 | n/a |
| HAIN CAPITAL HOLDINGS, LTD | $63,918.11 | 7446 | n/a |
| HAIN CAPITAL HOLDINGS, LTD | $48,000.00 | 7806 | 100304220 |
| HAIN CAPITAL HOLDINGS, LTD | $53,164.67 | 8296 | n/a |
| HAIN CAPITAL HOLDINGS, LTD | $92,289.84 | 8305 | n/a |
| HAIN CAPITAL HOLDINGS, LTD | $56,630.48 | 8403 | n/a |
| HAIN CAPITAL HOLDINGS, LTD | $122,874.17 | 8439 | n/a |