# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| ------------------------------------------------------X | Chapter 11 |
| *In re* | Case No. 09-10138 (KG) |
| Nortel Networks Inc., *et al.*,[1] | (Jointly Administered) |
|  | **Re: D.I. 16722** |
| Debtors. |  |
| ------------------------------------------------------X |  |

## NOTICE OF SERVICE

      PLEASE TAKE NOTICE that on April 14, 2016, a copy of the **Debtors' Reply to Response to Debtors' Forty-First Omnibus Objection (Substantive) to Certain Claims** was served, in the manner indicated, upon the individuals identified on the attached service list.

| | |
|---|---|
| Dated: April 14, 2016<br>    Wilmington, DE | CLEARY GOTTLIEB STEEN & HAMILTOM LLP<br>James L. Bromley (admitted *pro hac vice*)<br>Lisa M. Schweitzer (admitted *pro hac vice*)<br>One Liberty Plaza<br>New York, NY 10006<br>Telephone: (212) 225-2000<br>Facsimile: (212) 225-3999<br><br>-and-<br><br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>    */s/ Tamara K. Minott*<br>Eric D. Schwartz (No. 3134)<br>Derek C. Abbott (No. 3376)<br>Andrew R. Remming (No. 5120)<br>Tamara K. Minott (No. 5643)<br>1201 North Market Street<br>Wilmington, DE  19899-1347 |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

Telephone: (302) 658-9200
Facsimile: (302) 425-4663

*Counsel for the Debtors and Debtors in Possession*

**Via First Class Mail**

Ken Coleman Esq
Allen & Overy LLP
1221 Avenue of the Americas
New York, NY 10020

Derek Adler
Neil Oxford
Fara Tabatabai
Charles Huberty
Hughes Hubbard & Reed LLP
One Battery Park
New York, NY 10004

Fred S. Hodara Esq.
David H. Botter Esq.
Akin Gump
One Bryant Park
New York, NY 10036

Thomas R. Kreller
Milbank Tweed Hadley & McLoy LLP
601 South Figueroa St., Suite 3000
Los Angeles, CA 90017

Leith Tessy
157 Cedar St.
Lexington, MA 02421

**Via Hand Delivery**

James Patton
Edwin Harron
John Dorsey
Jamie Luton Chapman
Young Conaway Stargatt & Taylor LLP
1000 N. King St.
Wilmington, DE 19801

Mark Kenney, Esq.
Office of the U.S. Trustee
844 King Street
Suite 2207 Lockbox 35
Wilmington, DE 19801-3519

Laura Davis Jones
Timothy P. Cairns
Peter Keane
Pachulski Stang
919 N. Market Street; 17th Floor
Wilmington, DE 19899-8705

Mary F. Caloway Esq.
Kathleen Murphy Esq.
Buchanan Ingersoll & Rooney
1105 N. Market Street
Suite 1900
Wilmington, DE 19801-1228

Christopher M. Samis, Esq.
L. Katherine Good, Esq.
Whiteford Taylor & Preston LLC
The Renaissance Center
405 N. King Street, Suite 500
Wilmington, DE 19801