IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ----------------------------------------------------------X | : | Chapter 11 |
| *In re* | : | Case No. 09-10138 (KG) |
| Nortel Networks Inc., *et al.*,[1] | : | Jointly Administered |
| Debtors. | : | |
| ----------------------------------------------------------X | : | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON APRIL 19, 2016 AT 10:00 A.M. (EASTERN TIME)**

By permission of chambers, any party wishing to participate telephonically must make arrangements through CourtCall **at least one hour prior to the hearing**. CourtCall has been made aware of this extended deadline. CourtCall will not accept reservations after the extended deadline has passed without permission of chambers. Please do not contact chambers prior to the expiration of the extended deadline.

**TELEPHONIC STATUS CONFERENCE**

1.  Motion of Liquidity Solutions, Inc. for Entry of Order (A) Authorizing and Directing Debtor, Nortel Networks Inc., to Make Interim Distributions on Allowed Administrative, Priority and Unsecured Claims or (B) Converting Cases to Chapter 7 Pursuant to Section 1112(b) of the Bankruptcy Code (D.I. 16638, Filed 3/21/16).

    Objection Deadline: April 4, 2016 at 4:00 p.m. (ET). Extended to April 25, 2016 at 4:00 p.m. (ET).

    Responses Received:

    (a)  Statement, Request for Joint Hearing, and Reservation of Rights of the Monitor and the Canadian Debtors Regarding Motion of Liquidity Solutions, Inc. for Entry of Order Authorizing and Directing Interim Distributions or Converting Cases to Chapter 7 (D.I. 16681, Filed 4/4/16); and

    (b)  Joinder and Reservation of Rights of the Joint Administrators in Statement, Request for Joint Hearing, and Reservation of Rights of the Monitor and the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

Canadian Debtors Regarding Motion of Liquidity Solutions, Inc. for Entry of Order Authorizing and Directing Interim Distributions or Converting Cases to Chapter 7 (D.I. 16713, Filed 4/12/16).

Related Pleading:

(a) Certification of Counsel and Notice of Adjournment of Hearing Regarding Motion of Liquidity Solutions, Inc. for Entry of Order (A) Authorizing and Directing Debtor, Nortel Networks Inc., to Make Interim Distributions on Allowed Administrative, Priority and Unsecured Claims or (B) Converting Cases to Chapter 7 Pursuant to Section 1112(b) of the Bankruptcy Code (D.I. 16709, Filed 4/11/16).

Status: This matter will go forward solely as a telephonic status conference. The hearing on this matter has been adjourned to the hearing scheduled for May 24, 2016 at 10:00 a.m. (ET).

**CONTESTED MATTER GOING FORWARD**

2. Debtors' Forty-First Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (No-Basis Deferred Compensation Claims, No-Basis Pension Claims, Modify and Allow Claims, Reclassify and Allow Claims, Wrong Debtor Claims and Redundant Claims) (D.I. 16556, Filed 2/19/16).

Objection Deadline: March 11, 2016 at 4:00 p.m. (ET).

Remaining Responses Received:

(a) Response to Omnibus Objection to Claims Filed by Leith Tessy (D.I. 16618, Filed 3/14/16).

Related Pleading:

(a) Debtors' Omnibus Reply to Responses to Debtors' Fortieth and Forty-First Omnibus Objections (Substantive) to Certain Claims (D.I. 16625, Filed 3/17/2016);

(b) Order Granting Debtors' Forty-First Omnibus Objection (Substantive) to Certain Claims (No-Basis Deferred Compensation Claims, No-Basis Pension Claims, Modify and Allow Claims, Reclassify and Allow Claims, Wrong Debtor Claims and Redundant Claims) (D.I. 16642, Entered 3/22/16); and

(c) Debtors' Reply to Response to Debtors' Forty-First Omnibus Objection (Substantive) to Certain Claims (D.I. 16722, Filed 4/14/16).

Status: The hearing on this matter will go forward.

| | |
|---|---|
| Dated: April 15, 2016<br>Wilmington, DE | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>James L. Bromley (admitted *pro hac vice*)<br>Lisa M. Schweitzer (admitted *pro hac vice*)<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone: (212) 225-2000<br>Facsimile: (212) 225-3999<br><br>- and -<br><br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Tamara K. Minott*<br>Eric D. Schwartz (No. 3134)<br>Derek C. Abbott (No. 3376)<br>Andrew R. Remming (No. 5120)<br>Tamara K. Minott (No. 5643)<br>1201 North Market Street<br>Wilmington, DE 19899-1347<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989<br><br>*Counsel for the Debtors and Debtors in Possession* |