# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X

In re                                          :     Chapter 11

Nortel Networks Inc., et al.,[1]               :     Case No. 09-10138 (KG)

        Debtors.                             :     Jointly Administered

---------------------------------------------------------X

## NOTICE OF WITHDRAWAL OF PROOF(S) OF CLAIM

McLarens Canada hereby withdraws its proof(s) of claim with prejudice in the above-captioned cases (Proof of Claim No. 7291).

Dated: Edmonton, AB
      April 4, 2016

                                                McLarens Canada

                                                _____
                                                Amanda Vella
                                                5083 Windermere Blvd. SW, Suite 101
                                                Edmonton, AB  T6W oJ5
                                                Tel. 780-930-5369
                                                Fax 780-930-5193
                                                Amanda.vella@scm.ca

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.