United States Bankruptcy Court

For the District Of Delaware

---

Nortel Networks, Inc. et al                                  Chapter 11

                                                             Case No.  09-10138

Debtor

---

# NOTICE OF WITHDRAWAL OF NOTICE OF TRANSFER

Please take notice that the Notice of Transfer of **POC # 693** under the related Doc. #16719, by Hain Capital Group LLC. is hereby withdrawn.

By/s/Robert Koltai

Hain Capital Group. LLC (201) 896-6100