**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

-------------------------------------------------------X
                         :

*In re*                          :

Nortel Networks Inc., *et al.*,[1]     :

           Debtors.       :

                          :
-------------------------------------------------------X

Chapter 11

Case No. 09-10138 (KG)

Jointly Administered

**RE: D.I. 16556, 16642**

## FIRST SUPPLEMENTAL ORDER GRANTING DEBTORS' FORTY-FIRST OMNIBUS OBJECTION (SUBSTANTIVE) TO CERTAIN CLAIMS PURSUANT TO 11 U.S.C. § 502, FED. R. BANKR. P. 3007 AND DEL. L.R. 3007-1 (NO-BASIS DEFERRED COMPENSATION CLAIMS, NO-BASIS PENSION CLAIMS, MODIFY AND ALLOW CLAIMS, RECLASSIFY AND ALLOW CLAIMS, WRONG DEBTOR CLAIMS AND REDUNDANT CLAIMS)

Upon the Debtors' Forty-First Omnibus Objection (Substantive) to Certain Claims

Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (No-Basis Deferred

Compensation Claims, No-Basis Pension Claims, Modify and Allow Claims, Reclassify and

Allow Claims, Wrong Debtor Claims and Redundant Claims) (the "Objection")[2] filed by Nortel

Networks Inc. and certain of its affiliates, as debtors and debtors-in-possession in the

above-captioned cases (collectively, the "Debtors"), requesting an order pursuant to section 502

of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 modifying, reclassifying,

and allowing or disallowing the claims identified in Exhibit A attached thereto; and upon the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

[2] Capitalized terms used, but not otherwise defined, herein shall have the meanings set forth in the Objection.

Declaration of John J. Ray, III in Support of the Debtors' Forty-First Omnibus Objection

(Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and

Del. L.R. 3007-1 (No-Basis Deferred Compensation Claims, No-Basis Pension Claims, Modify

and Allow Claims, Reclassify and Allow Claims, Wrong Debtor Claims and Redundant Claims),

attached to the Objection as Exhibit B; and upon all other documentation filed in connection with

the Objection and the claims, including certain claims identified in Exhibit A of the Objection;

and adequate notice of the Objection having been given as set forth in the Objection; and it

appearing that no other or further notice is required; and the Court having jurisdiction to consider

the Objection and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and the

Court having determined that consideration of the Objection is a core proceeding pursuant to 28

U.S.C. § 157(b)(2); and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

1.      The Objection is **GRANTED** with respect to Claim No. 7294 held by Leith

Tessy.  Claim No. 7294 is hereby reduced and allowed for the Modified Claim Amount

identified in Exhibit A to the Objection.

2.      All responses to the Objection are overruled to the extent they have not been

withdrawn, waived or otherwise resolved.

3.      The Debtors, the Debtors' claims agent, Epiq Bankruptcy Solutions, LLC, and the

Clerk of this Court are authorized to take all actions necessary and appropriate to give effect to

this order.

4.     This Court shall retain jurisdiction over any and all issues arising from or related to the implementation and interpretation of this order.

Dated: April 19, 2016
Wilmington, Delaware

THE HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE