# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

## Minute Entry

### *Hearing Information:*

|  |  |  |  |
|---:|:---|---:|:---|
| **Debtor:** | NORTEL NETWORKS INC., ET AL. | | |
| **Case Number:** | 09-10138-KG | **Chapter:** | 11 |
| **Date / Time / Room:** | TUESDAY, APRIL 19, 2016 10:00 AM   CRT#3, 6TH FL. | | |
| **Bankruptcy Judge:** | KEVIN GROSS | | |
| **Courtroom Clerk:** | SHERRY SCARUZZI | | |
| **Reporter / ECR:** | GINGER MACE | | |

### *Matters:*

1) OMNIBUS HEARING
   **R / M #:**   16,725 / 0

2) **ADV: 1-11-53454**
   **SNMP Research International, Inc. vs Nortel Networks Inc.**
   Telephonic Status Conference - Liquidity Solutions, Inc. -
   **R / M #:**   399 / 0

3) **ADM: 09-11972-KG**
   OMNIBUS HEARING
   **R / M #:**   0 / 0

### *Appearances:*

SEE ATTACHED COURT SIGN-IN-SHEET

### *Proceedings:*

HEARING HELD. AGENDA ITEMS:
#1 - Telephonic Status Conference - Motion of Liquidity Solutions, Inc. - The hearing on this motion has been continued to 5/24/16 @ 10:00 a.m. - Mr. Silverstein should revise his motion by 4/25/16, responses due by 5/13/16; Mr. Silverstein reply by 5/20/16; Parties should continue to talk;

#2 - Contested - Debtors' Forty-First Omnibus Objection (Substantive) to Certain Claims - Claim Denied - ORDER SIGNED

#3 - 3rd party claims - Under Advisement, Judge will issue ruling.