# SIGN-IN-SHEET

**CASE NAME:** Nortel Networks, Inc.
**CASE NO.:** 09-10138 (KG)
**COURTROOM LOCATION:** 3
**DATE:** 4/19/16

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Derek Adler | Hughes Hubbard & Reed | EMEA Debtors |
| Charles Hubbard | " | " |
| Derek Abbott | Morris Nichols | US Debtors |
| Andrew Remming | " | " |
| Phil Contanail | " | " |
| Lisa Schweitzer | Cleary Gottlieb | " |
| Fred Hodara | Akin Gump | Committee |
| Robert Johnson | " | " |
| Katherine Good | Whiteford Taylor | " |
| Scott Leonhardt | Rosner Law Group | Liquidity Solutions, Inc. |
| Leith Tessy | Pro Se | Pro Se |
| Mary Caloway | Buchanan Ingersoll & Rooney | E&Y, as Monitor |
| Jaime Chapman | YCST | EMEA Debtors |
| William Sullivan | Sullivan Hazeltine Allinson | Avaya |

# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Kevin Gross (Nortel Trial Only)
### Courtroom

Calendar Date: 04/19/2016
Calendar Time: 10:00 AM ET

Amended Calendar 04/19/2016 06:23 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7562145 | Peg A. Brickley | (215) 462-0953 | Dow Jones & Co. | Interested Party, Dow Jones & Co. / LISTEN ONLY |
| | | Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7560129 | Mary H. Cilia | (713) 682-1228 | RLKS Executive Solutions | Debtor, Nortel Networks / LIVE |
| | | Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7556962 | David Dean | 410-528-2972 | Cole Schotz P.C. | Client, SNMP Research / LISTEN ONLY |
| | | Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7560093 | Matthew C. Fagen | (212) 872-8051 | Akin Gump Strauss Hauer & Feld LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7557105 | Gregory Flasser | (302) 429-4270 | Bayard P.A. | Interested Party, UK Pension Trust / LIVE |
| | | Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7510997 | Kimberly B. Gianis | (203) 862-8250 | Contrarian Capital Management | Interested Party, Contrarian Capital Management / LISTEN ONLY |

Peggy Drasal ext. 802

Page 1 of 4

Copyright © 2016 CourtCall, LLC. All Rights Reserved.

| Case | Type | Name | Phone | Firm | Party | Representing |
|---|---|---|---|---|---|---|
| 09-10138 | Hearing | 7562217 Margot Gianis | (212) 225-2386 | Cleary Gottlieb Steen and Hamilton | Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | Debtor, Nortel Networks Inc. / LISTEN ONLY |
| 09-10138 | Hearing | 7551828 Daniel Guyder | (212) 756-1132 | Allen & Overy, LLP | Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | Monitor, Ernst & Young Inc., As Monitor & Foreign Represent / LIVE |
| 09-10138 | Hearing | 7557889 Andrew Hanrahan | (212) 728-8170 ext. 8638 | Willkie Farr & Gallagher LLP | Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | Interested Party, UK Pension Trust / LIVE |
| 09-10138 | Hearing | 7557950 Peter J. Keane | (302) 778-6401 | Pachulski Stang Ziehl & Jones | Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | Debtor, Nortel Networks Inc. / LIVE |
| 09-10138 | Hearing | 7560742 Andrew LeBlanc | (212) 530-5000 | Milbank, Tweed, Hadley & McCloy, LLP | Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | Representing, Ad Hoc Committee of Bond Holders / LIVE |
| 09-10138 | Hearing | 7560242 Phillip Lis | (302) 571-6710 | Herbert Smith | Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | Representing, Joint Adminstrators / LISTEN ONLY |
| 09-10138 | Hearing | 7552728 Daniel A. Lowenthal | (212) 336-2720 | Patterson Belknap Webb & Tyler | Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | Creditor, Law Debenture Trust Company of New York / LIVE |
| 09-10138 | Hearing | 7560754 Thomas Matz | (212) 530-5885 | Milbank, Tweed, Hadley & McCloy, LLP | Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | Representing, Ad Hoc Committee of Bond Holders / LISTEN ONLY |
| 09-10138 | Hearing | 7560202 Selinda A. Melnik | (302) 468-5650 | DLA Piper US, LLP | Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | Creditor, Canadian Creditors Committee / LISTEN ONLY |

| Case | Proceeding | CaseName | CCID | Name | Phone | Firm | Party/Status |
|---|---|---|---|---|---|---|---|
| 09-10138 | Hearing | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 7557868 | Brian E. O'Connor | 212-728-8000 | Willkie Farr & Gallagher LLP | Interested Party, UK Pension Trust / LIVE |
| 09-10138 | Hearing | Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 7560234 | Caroline Parker-Beaudrias | (212) 837-6000 | Hughes Hubbard & Reed LLP (New York) | Representing, Joint Adminstrators / LISTEN ONLY |
| 09-10138 | Hearing | Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 7551905 | Steven D. Pohl | (617) 856-8594 | Brown Rudnick LLP | Creditor, Nortel Trade Claim Consortium / LIVE |
| 09-10138 | Hearing | Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 7547581 | Jeremy Reckmeyer | (212) 850-2851 | Andrews Kurth LLP | Creditor, Liquidity Solution / LIVE |
| 09-10138 | Hearing | Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 7558185 | Jonathan Rehm | (212) 525-0875 | Jonathan Rehm - In Pro Per/Pro Se | Creditor, Matt Doheny / LISTEN ONLY |
| 09-10138 | Hearing | Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent Matz | 7561189 | Susan L. Saltzstein | (212) 735-4132 | Skadden Arps Slate Meagher & Flom (New York) | Interested Party, Stephen Taylor Conflicts Administrator for Nortel Networks SA / LISTEN ONLY |
| 09-10138 | Hearing | Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 7557217 | Jason B. Sanjana | (212) 588-8890 | Reorg Research, Inc. | Interested Party, Reorg Research, Inc. / LISTEN ONLY |
| 09-10138 | Hearing | Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent Matz | 7561257 | Jeffrey M. Schlerf | (302) 622-4212 | Fox Rothschild LLP | Creditor, Nortel Trade Claim Consortium / LIVE |
| 09-10138 | Hearing | Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 7547571 | Paul Silverstein | (212) 850-2800 | Andrews Kurth LLP | Creditor, Liquidity Solution / LIVE |

| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7559441 | Julia M. Winters | (212) 617-6592 | Bloomberg LP | Interested Party, Bloomberg LP / LISTEN ONLY |

Copyright © 2016 CourtCall, LLC. All Rights Reserved.

Peggy Drasal ext. 802