# EXHIBIT A

**Nortel Networks, Inc, et al.**
**(Case No. 09-10138 (KG))**

**CHILMARK PARTNERS, LLC**
**March 1, 2016 - March 31, 2016**

**Summary of Services Rendered by Project**

| Project Code | Nature of Services | March 2016 Hours |
|---|---|---|
| 1 | Asset Analysis and Recovery | 15.0 |
| 2 | Business Operations / General Corporate / Real Estate | - |
| 3 | Projections/Business Plan/Corporate wind-down | - |
| 4 | Analysis of Historical Results | - |
| 5 | Meetings with Debtor's Counsel | - |
| 6 | Committee Matters and Creditor Meetings | - |
| 7 | Claims Administration and Analysis | 9.0 |
| 8 | Intercompany Transactions/Balances | - |
| 9 | Intellectual Property | - |
| 10 | Employee Benefits / Pension | - |
| 11 | Fee Applications Preparation | - |
| 12 | Tax Issues | - |
| 13 | Hearings | - |
| 14 | Litigation / Adversary Proceedings | 154.0 |
| 15 | Travel | 16.0 |
| 16 | Plan of Reorganization / Disclosure Statement | - |
| | **TOTAL** | 194.0 |

**Summary of Services Rendered by Professional**

| Name | March 2016 Hours |
|---|---|
| Michael Kennedy, Member | 189.0 |
| Aaron Taylor, Member | - |
| Matthew Rosenberg, Managing Director | 5.0 |
| Paul Huettner, Analyst | - |
| Jamie Ellis, Analyst | - |
| James Elish, Analyst | - |
| **TOTAL** | 194.0 |

**Nortel Networks, Inc**
March 1, 2016 - March 31, 2016 Time Detail
Chilmark Partners, LLC
<u>Michael Kennedy</u>

| Date | Description of Work | March 2016 Hours | Code |
|---|---|---|---|
| 3/1/2016 | Review and update material from management re: data request | 4.0 | 14 |
| 3/1/2016 | Travel to NY | 4.0 | 15 |
| 3/1/2016 | Calls, communications re: allocation litigation matters and strategy | 2.0 | 14 |
| 3/2/2016 | Review and update material from management re: data request | 1.0 | 14 |
| 3/2/2016 | Pre-meeting review and meetings with creditor parties | 7.0 | 14 |
| 3/2/2016 | Calls w/ management re: data request | 1.0 | 14 |
| 3/2/2016 | Travel to Chicago | 4.0 | 15 |
| 3/3/2016 | Review cash flash report | 1.0 | 1 |
| 3/3/2016 | Review and update material from management re: data request | 3.0 | 14 |
| 3/3/2016 | Calls, communications re: allocation litigation matters and strategy | 5.0 | 14 |
| 3/4/2016 | Review and update material from management re: data request | 2.0 | 14 |
| 3/7/2016 | Review and update material from management re: data request | 2.0 | 14 |
| 3/7/2016 | Calls, communications re: allocation litigation matters and strategy | 3.0 | 14 |
| 3/7/2016 | Review and update material from management re: data request | 2.0 | 14 |
| 3/8/2016 | Calls, communications re: allocation litigation matters and strategy | 7.0 | 14 |
| 3/9/2016 | Follow-up analysis and prepare other material re: litigation | 6.0 | 14 |
| 3/10/2016 | Calls, communications re: allocation litigation matters and strategy | 3.0 | 14 |
| 3/10/2016 | Follow-up analysis and prepare other material re: litigation | 3.0 | 14 |
| 3/11/2016 | Review and analysis of Monitors CCAA filings | 3.0 | 1 |
| 3/11/2016 | Review court filings re: allocation litigation | 4.0 | 14 |
| 3/12/2016 | Review draft briefs, follow-up with US counsel | 1.0 | 14 |
| 3/14/2016 | Calls, analysis and communications with Cleary & local counsel re: allocation appeal | 6.0 | 14 |
| 3/14/2016 | Follow-up analysis and prepare other material re: litigation | 3.0 | 14 |
| 3/15/2016 | Review Monitor cash forecast | 1.0 | 1 |
| 3/15/2016 | Calls, communications re: allocation litigation matters and strategy | 7.0 | 14 |
| 3/15/2016 | Follow-up analysis and prepare other material re: litigation | 2.0 | 14 |
| 3/16/2016 | Calls & communications with management re: post-petition payments | 1.0 | 1 |
| 3/16/2016 | Calls and communications with creditor representatives | 4.0 | 7 |
| 3/16/2016 | Calls, communications re: allocation litigation matters and strategy | 3.0 | 14 |
| 3/17/2016 | Calls, communications re: allocation litigation matters and strategy | 6.0 | 14 |
| 3/18/2016 | Calls, communications re: allocation litigation matters and strategy | 5.0 | 14 |
| 3/18/2016 | Calls and communications w/ management re: claims & asset recovery | 4.0 | 1 |
| 3/21/2016 | Calls and communications w/ management re: claims & asset recovery | 2.0 | 1 |
| 3/21/2016 | Calls, communications re: claims litigation matters | 3.0 | 14 |
| 3/21/2016 | Travel to New York | 4.0 | 15 |
| 3/21/2016 | Meetings re: allocation litigation matters and strategy | 3.0 | 14 |
| 3/22/2016 | Meetings with counsel and Ray re: litigation matters, claims and strategy | 3.0 | 14 |
| 3/22/2016 | Meeting with various parties, follow-up with US counsel & review of material/analysis | 8.0 | 14 |
| 3/23/2016 | Meeting with various parties, follow-up with US counsel & review of material/analysis | 7.0 | 14 |
| 3/23/2016 | Follow-up analysis and prepare other material re: litigation | 3.0 | 14 |
| 3/23/2016 | Travel to Chicago | 4.0 | 15 |
| 3/24/2016 | Review cash flash report & cash forecast | 1.0 | 1 |
| 3/24/2016 | Calls, communications re: allocation litigation matters and strategy | 3.0 | 14 |
| 3/25/2016 | Calls, communications re: allocation litigation matters and strategy | 7.0 | 14 |
| 3/28/2016 | Calls, analysis and review re: LSI motion | 5.0 | 14 |
| 3/28/2016 | Calls, communications re: discussion of creditor call | 1.0 | 14 |
| 3/28/2016 | Calls and communications with creditor representatives | 2.0 | 7 |
| 3/29/2016 | Calls, communications re: allocation litigation matters and strategy | 6.0 | 14 |
| 3/29/2016 | Follow-up analysis and prepare other material re: litigation | 3.0 | 14 |
| 3/30/2016 | Calls, communications re: allocation litigation matters and strategy | 5.0 | 14 |
| 3/31/2016 | Review draft briefs, follow-up with US counsel | 4.0 | 14 |
| 3/31/2016 | Calls and communications with creditor representatives | 3.0 | 7 |
| 3/31/2016 | Review RM Report & cash flash report | 2.0 | 1 |
| | **March 2016 Total** | **189.0** | |

**Nortel Networks, Inc**
March 1, 2016 - March 31, 2016 Time Detail
Chilmark Partners, LLC
Matthew Rosenberg

| Date | Description of Work | March 2016 Hours | Code |
|---|---|---|---|
| 3/3/2016 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 3/9/2016 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 3/15/2016 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 3/17/2016 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 3/31/2016 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| **March 2016 Total** | | **5.0** | |