# EXHIBIT B

**EXPENSE DETAIL**

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

March 1, 2016 Through March 31, 2016

| Professional | Trip Date | Description | | Amount |
|---|---|---|---|---|
| Mike Kennedy | 3/1/16-3/2/16 | Flight to New York, NY | $ | 997.33 |
| Mike Kennedy | 3/1/16-3/2/16 | Hotel (one night) | $ | 379.79 |
| Mike Kennedy | 3/1/16-3/2/16 | Ground Transportation | $ | 165.00 |
| Mike Kennedy | 3/1/16-3/2/16 | Breakfast | $ | 10.00 |
| Mike Kennedy | 3/1/16-3/2/16 | Dinner | $ | 50.00 |
| Mike Kennedy | 3/21/16-2/23/16 | Flight to New York, NY | $ | 997.33 |
| Mike Kennedy | 3/21/16-2/23/16 | Hotel (two nights) | $ | 1,000.00 |
| Mike Kennedy | 3/21/16-2/23/16 | Ground Transportation | $ | 209.00 |
| Mike Kennedy | 3/21/16-2/23/16 | Breakfast | $ | 10.00 |
| Mike Kennedy | 3/21/16-2/23/16 | Breakfast | $ | 10.00 |
| Mike Kennedy | 3/21/16-2/23/16 | Breakfast | $ | 15.00 |
| Mike Kennedy | 3/21/16-2/23/16 | Dinner | $ | 50.00 |
| Chilmark | 3/31/2016 | Conference Calls | $ | 20.68 |
| **Total Expenses** | | | **$** | **3,914.13** |

Note:  All airfare is being charged at a coach class rate.