# EXHIBIT A

Fee and Employment Applications

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|-----------|-----------|------|-------------|-------|-------|--------|
| Gray | William | 01/02/2016 | Review fee applications | 0.4 | 378.00 | 13508911 |
| Collins | Allan | 02/02/2016 | attention to fee application; | 1.8 | 495.00 | 13500618 |
| Collins | Allan | 03/02/2016 | attention to fee application; | 1.6 | 440.00 | 13500658 |
| Gray | William | 03/02/2016 | Review filings; work on appeal briefs | 4.1 | 3,874.50 | 13508916 |
| Collins | Allan | 04/02/2016 | attention to fee application; | 1.8 | 495.00 | 13502926 |
| Gray | William | 04/02/2016 | Work on reply appeal briefs | 3.4 | 3,213.00 | 13508934 |
| Collins | Allan | 05/02/2016 | attention to fee application; | 1.8 | 495.00 | 13500627 |
| Collins | Allan | 08/02/2016 | attention to fee application (2.5); multiple conversations with A. Bauer regarding same (0.3); | 2.8 | 770.00 | 13500583 |
| Bauer | Alison D. | 08/02/2016 | Attention to January fee application issues (0.7); confer with A. Collins regarding same (0.3); | 1.0 | 865.00 | 13500772 |
| Bauer | Alison D. | 09/02/2016 | Attention to January fee application issues (1.0); internal communications regarding same (0.2); | 1.2 | 1,038.00 | 13502241 |
| Collins | Allan | 09/02/2016 | attention to fee application (2.2); multiple conversations with A. Bauer regarding 2016 rates (0.2); | 2.4 | 660.00 | 13502922 |
| Collins | Allan | 10/02/2016 | attention to fee application; | 0.8 | 220.00 | 13505708 |
| Collins | Allan | 11/02/2016 | attention to fee application; | 2.6 | 715.00 | 13508001 |
| Gray | William | 12/02/2016 | Review fee applications | 0.4 | 378.00 | 13508976 |
| Collins | Allan | 12/02/2016 | attention to fee application; | 1.8 | 495.00 | 13513792 |
| Collins | Allan | 16/02/2016 | attention to fee application; | 1.5 | 412.50 | 13513815 |
| Gray | William | 16/02/2016 | Attention to fee application issues particularly with regard to currency restatements | 0.8 | 756.00 | 13526126 |
| Collins | Allan | 17/02/2016 | attention to fee application (2.8); multiple emails regarding CNO (0.3); | 3.1 | 852.50 | 13521172 |
| Gray | William | 17/02/2016 | Review fee application | 0.4 | 378.00 | 13526141 |
| Collins | Allan | 19/02/2016 | attention to quarterly fee application (2.0); attention to January fee application (1.6); | 3.6 | 990.00 | 13521175 |
| Gray | William | 19/02/2016 | Review appeal pleadings | 1.7 | 1,606.50 | 13526157 |
| Bauer | Alison D. | 22/02/2016 | Various conferences with Accounting Department and A. Collins regarding January fee application and quarterly fee application | 1.1 | 951.50 | 13522400 |
| Collins | Allan | 22/02/2016 | attention to fee application (2.9); confer with A. Bauer regarding same (0.3); | 3.2 | 880.00 | 13527744 |
| Collins | Allan | 23/02/2016 | attention to fee application; | 1.7 | 467.50 | 13527745 |
| Bauer | Alison D. | 24/02/2016 | Review and revise monthly fee application | 1.2 | 1,038.00 | 13527170 |
| Gray | William | 24/02/2016 | Review fee application changes | 0.3 | 283.50 | 13527608 |
| Collins | Allan | 24/02/2016 | attention to fee application (2.8); multiple calls and emails with B. Yu regarding same (0.4); | 3.2 | 880.00 | 13552057 |
| Collins | Allan | 25/02/2016 | attention to monthly and quarterly fee applications; | 4.2 | 1,155.00 | 13536497 |
| Gray | William | 26/02/2016 | Work on quarterly fee application | 0.7 | 661.50 | 13531926 |
| Bauer | Alison D. | 26/02/2016 | communications with A. Collins and attention to filing of quarterly fee application | 0.5 | 432.50 | 13532778 |
| Collins | Allan | 26/02/2016 | attention to quarterly fee application (4.1); confer with B. Yu regarding same (0.2); | 4.3 | 1,182.50 | 13536498 |
| Bauer | Alison D. | 29/02/2016 | Communications with all timekeepers for next month's fee application | 0.2 | 173.00 | 13535631 |
| Gray | William | 29/02/2016 | Review quarterly fee application | 0.3 | 283.50 | 13536396 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Gray | Andrew | 01/02/2016 | preparing for, attending and reporting on motion to approve the sale of IP addresses (1.6); reviewing legal research (0.6) | 2.2 | 1,408.00 | 13485156 |
| Slavens | Adam | 03/02/2016 | reviewing journal sources on insolvency universality re appeal; | 1.9 | 1,102.00 | 13490315 |
| Gray | Andrew | 04/02/2016 | email and reviewing memorandum on transfer pricing issue relating to claims (0.4); | 0.4 | 256.00 | 13495270 |
| Slavens | Adam | 05/02/2016 | reviewing draft form of allocation order and email correspondence re same; | 2.0 | 1,160.00 | 13497032 |
| Gray | William | 05/02/2016 | Work on Nortel reply briefs | 1.8 | 1,701.00 | 13508940 |
| Gray | Andrew | 08/02/2016 | reviewing appeal briefs in the CCAA matter and email regarding appeal timing (1.2); conference call and preparing for conference call on CCAA claims issues (1.0); | 2.2 | 1,408.00 | 13498844 |
| Slavens | Adam | 08/02/2016 | conducting research re timelines for motions for leave to appeal to the Court of Appeal for Ontario; | 1.3 | 754.00 | 13505400 |
| Slavens | Adam | 09/02/2016 | conducting research re timelines for motions for leave to appeal to the Court of Appeal for Ontario; | 4.2 | 2,436.00 | 13505410 |
| Slavens | Adam | 10/02/2016 | conducting research re timelines for motions for leave to appeal to the Court of Appeal for Ontario and preparing chart re same; | 3.9 | 2,262.00 | 13505415 |
| Gray | Andrew | 10/02/2016 | email regarding appeal proceedings in Canada; | 0.1 | 64.00 | 13507142 |
| Slavens | Adam | 11/02/2016 | conducting research re timelines for motions for leave to appeal to the Court of Appeal for Ontario and preparing chart re same; | 2.3 | 1,334.00 | 13507657 |
| Slavens | Adam | 11/02/2016 | reviewing US appeal brief responses and cross-appeals; | 1.2 | 696.00 | 13507689 |
| Gray | William | 11/02/2016 | Review reply appeal briefs | 1.4 | 1,323.00 | 13508974 |
| Gray | William | 12/02/2016 | Work on reply briefs and review | 1.7 | 1,606.50 | 13508975 |
| Slavens | Adam | 12/02/2016 | conducting research re timelines for motions for leave to appeal to the Court of Appeal for Ontario and preparing chart re same; | 3.8 | 2,204.00 | 13510448 |
| Slavens | Adam | 15/02/2016 | reviewing reply briefs filed in US appeal; | 1.7 | 986.00 | 13510455 |
| Slavens | Adam | 16/02/2016 | conducting research re timelines for motions for leave to appeal to the Court of Appeal for Ontario and preparing chart re same (0.2); preparing reporting email to L. Schweitzer re same (0.4); | 0.6 | 348.00 | 13516038 |
| Gray | Andrew | 17/02/2016 | reviewing US appeal briefing (1.4); email regarding Canadian appeal process (0.2); | 1.6 | 1,024.00 | 13516040 |
| Gray | William | 17/02/2016 | Review appeal briefs and appeal brief arguments by debtors filed in the Court of Appeals briefs; | 1.8 | 1,701.00 | 13526140 |
| Gray | Andrew | 18/02/2016 | email regarding claims and appeal issues; | 0.2 | 128.00 | 13518924 |
| Gray | William | 18/02/2016 | Work on appeal brief issues and substantive consolidation research; | 1.8 | 1,701.00 | 13526153 |
| Gray | William | 22/02/2016 | Work on appeal issues | 1.3 | 1,228.50 | 13527596 |
| Nickerson | Susan | 22/02/2016 | email correspondence with Scott Bomhof regarding pension wind up reports; | 0.5 | 327.50 | 13536924 |
| Gray | William | 23/02/2016 | Work on appeal issues and legal research regarding substantive consolidation (1.8); review cross-reply briefs filed in US Appeal (0.8); | 2.6 | 2,457.00 | 13527600 |
| Gray | William | 24/02/2016 | review appeal filings; | 0.6 | 567.00 | 13527607 |
| Gray | William | 25/02/2016 | Work on appeal issues; work on substantive consolidation analysis | 1.7 | 1,606.50 | 13531922 |

Litigation

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|-----------|------------|------|-------------|-------|-------|--------|
| Gray | William | 26/02/2016 | Work on appeal issues | 1.4 | 1,323.00 | 13531927 |
| Gray | Andrew | 29/02/2016 | conference call regarding claims issue (0.4); reviewing trial decisions (1.3); | 1.7 | 1,088.00 | 13535403 |
| Gray | William | 29/02/2016 | Work on appeal issues | 1.6 | 1,512.00 | 13536397 |

Analysis of Canadian Law

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Silver | Jon | 01/02/2016 | finalizing claim research and memorandum re: appeal; | 2.4 | 528.00 | 13483667 |
| Opolsky | Jeremy | 01/02/2016 | correspondence with Jon Silver re: memo on appeals; | 0.1 | 50.50 | 13484902 |
| Bomhof | Scott A. | 03/02/2016 | reviewing J. Silver memo on intercompany claim issues; | 0.7 | 486.50 | 13494965 |
| Slavens | Adam | 04/02/2016 | conducting Canadian legal research re valuation matters re appeal; | 2.0 | 1,160.00 | 13495013 |
| Bomhof | Scott A. | 05/02/2016 | research regarding Canadian legal issues related to intercompany claims; | 2.1 | 1,459.50 | 13501074 |
| Bomhof | Scott A. | 11/02/2016 | research regarding issues related to pending motion for leave to appeal to Supreme Court of Canada (ppi hearing); | 1.9 | 1,320.50 | 13508993 |
| DeMarinis | Tony | 12/02/2016 | reviewing legal issues in U.S. reply brief of trade claims consortium; | 1.0 | 845.00 | 13513761 |
| DeMarinis | Tony | 16/02/2016 | review and consideration of legal arguments in reply and opposing briefs filed in the U.S. appeal proceedings by the indenture trustee, Pension Benefits Guaranty Corp., noteholders, U.K. pension claimants, conflicts administrator, unsecured creditors committee, and U.S. debtors; | 3.5 | 2,957.50 | 13513769 |
| Bomhof | Scott A. | 16/02/2016 | finalize analysis of timing of leave to appeal applications; | 0.6 | 417.00 | 13514700 |
| DeMarinis | Tony | 18/02/2016 | review and consideration of appeal issues; | 1.5 | 1,267.50 | 13527874 |

Intercompany Analysis

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Slavens | Adam | 03/02/2016 | reviewing research memorandum re intercompany claims matters; | 1.8 | 1,044.00 | 13490314 |
| Slavens | Adam | 04/02/2016 | conducting analysis re intercompany contribution and related claims; | 4.8 | 2,784.00 | 13495010 |
| Slavens | Adam | 05/02/2016 | conducting analysis re intercompany contribution and related claims; | 3.7 | 2,146.00 | 13497038 |
| Slavens | Adam | 16/02/2016 | conducting analysis re intercompany contribution and related claims; | 3.0 | 1,740.00 | 13516059 |
| Slavens | Adam | 17/02/2016 | conducting analysis re intercompany contribution and related claims; | 3.3 | 1,914.00 | 13516080 |
| Slavens | Adam | 22/02/2016 | conducting analysis re intercompany contribution and related claims; | 5.0 | 2,900.00 | 13523006 |
| DeMarinis | Tony | 22/02/2016 | reviewing materials and issues relating to NNI/NNL inter-company debt and treatment of same; | 1.7 | 1,436.50 | 13527905 |
| Slavens | Adam | 23/02/2016 | conducting analysis re intercompany contribution and related claims (1.5); preparing memorandum re same (3.0); | 4.5 | 2,610.00 | 13525273 |
| Slavens | Adam | 24/02/2016 | conducting analysis re intercompany contribution and related claims (2.0); preparing memorandum re same (2.0); | 4.0 | 2,320.00 | 13530709 |
| Slavens | Adam | 26/02/2016 | conducting analysis re intercompany contribution and related claims; | 1.9 | 1,102.00 | 13533189 |
| Slavens | Adam | 28/02/2016 | conducting research re intercompany contribution and related claims; | 2.0 | 1,160.00 | 13535358 |
| Silver | Jon | 29/02/2016 | discussing potential claims with A. Slavens; | 0.5 | 110.00 | 13531705 |
| Slavens | Adam | 29/02/2016 | reviewing CCAA case claims processes and discovery plans; | 3.3 | 1,914.00 | 13535343 |
| Slavens | Adam | 29/02/2016 | conducting research re intercompany contribution and related claims (2.1); discussing same with J. Silver (0.5); | 2.6 | 1,508.00 | 13535345 |

Canadian CCAA Proceedings/Matters

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|-----------|-----------|------|-------------|-------|-------|--------|
| Slavens | Adam | 01/02/2016 | reviewing CCAA case court documents; | 2.9 | 1,682.00 | 13487952 |
| Opolsky | Jeremy | 03/02/2016 | correspondence with team re: appeal issues; | 0.1 | 50.50 | 13489721 |
| Opolsky | Jeremy | 07/02/2016 | Correspondence with Cleary Gottlieb re: appeal issues; | 0.4 | 202.00 | 13496651 |
| Opolsky | Jeremy | 08/02/2016 | correspondence with Cleary Gottlieb and Torys team re: appeal issues; | 0.3 | 151.50 | 13499643 |
| Bomhof | Scott A. | 08/02/2016 | reviewing responses filed with Supreme Court of Canada on ppi appeal by the Monitor, CCC and UKPT and report on same to Cleary; | 2.4 | 1,668.00 | 13501078 |
| Slavens | Adam | 08/02/2016 | reviewing CCAA case court documents; | 1.3 | 754.00 | 13505396 |
| Slavens | Adam | 08/02/2016 | reviewing court documents re post-petition appeal; | 2.9 | 1,682.00 | 13505398 |
| Slavens | Adam | 10/02/2016 | reviewing voice message from C. Armstrong re Lucescu litigation (0.1); reviewing record re same (0.7); | 0.8 | 464.00 | 13505424 |
| Slavens | Adam | 11/02/2016 | telephone call with C. Armstrong re Lucescu litigation (0.2); email correspondence with C. Armstrong re same (0.1); preparing reporting email to M. Livingston re same (0.5); reviewing prior correspondence and CCAA court documents re same (1.3); | 2.1 | 1,218.00 | 13507655 |
| Bomhof | Scott A. | 12/02/2016 | reviewing reply briefs filed in US appeal by Monitor, Joint Administrator, Conflicts Administrator for NNSA, UKPT, CCC and Bondholders; | 5.0 | 3,475.00 | 13508996 |
| Opolsky | Jeremy | 16/02/2016 | reviewing CCAA filings; | 0.1 | 50.50 | 13514857 |
| Bomhof | Scott A. | 17/02/2016 | reviewing law in US appeal reply briefs; | 3.0 | 2,085.00 | 13514705 |
| Opolsky | Jeremy | 17/02/2016 | correspondence with team re: appeal issues; | 0.1 | 50.50 | 13519564 |
| DeMarinis | Tony | 17/02/2016 | analysis of accumulated appellate materials and legal arguments; | 2.0 | 1,690.00 | 13527861 |
| Bomhof | Scott A. | 18/02/2016 | telephone call with J. Opolsky and reviewing court file regarding status of SNMP claims against the Canadian Debtors (.4); reviewing SCC reply brief filed by Bondholders regarding ppi appeal (.3); | 0.7 | 486.50 | 13516748 |
| Opolsky | Jeremy | 18/02/2016 | call and correspondence with Cleary Gottlieb CCAA claim process; | 0.5 | 252.50 | 13517675 |
| Slavens | Adam | 18/02/2016 | email correspondence with L. Schweitzer, M. Wunder, S. Bomhof and A. Gray re UKP claims appeal (0.2); reviewing record re same (1.0); | 1.2 | 696.00 | 13520836 |
| Opolsky | Jeremy | 19/02/2016 | review of documents filed in Canada proceeding re: claims issues; correspondence with Cleary Gottlieb re: same; | 0.4 | 202.00 | 13519609 |
| Bomhof | Scott A. | 19/02/2016 | reviewing SMNP motion for a sealing order (.4); reviewing US appeal reply briefs and related law (2.0); | 2.4 | 1,668.00 | 13519792 |
| Slavens | Adam | 19/02/2016 | reviewing motion record and related materials re motion returnable March 10, 2016; | 3.8 | 2,204.00 | 13520988 |
| DeMarinis | Tony | 19/02/2016 | reviewing corrected NNI brief (0.4); reading accumulated briefs in U.S. appeal proceedings (1.7); | 2.1 | 1,774.50 | 13527896 |
| Opolsky | Jeremy | 20/02/2016 | review appeal documents; | 3.0 | 1,515.00 | 13521302 |
| Opolsky | Jeremy | 21/02/2016 | reviewing documents re: appeal; | 0.5 | 252.50 | 13529751 |
| Bomhof | Scott A. | 22/02/2016 | reviewing article on Nortel Canadian pension and contact Goodmans to discuss wind-up report (.4); reviewing letters sent by Thornton Grout (UKPT and Goodmans (Monitor) regarding bondholder fee arrangements (.2); | 0.7 | 486.50 | 13521677 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Opolsky | Jeremy | 22/02/2016 | office conference with A. Slavens (.1); reviewing appeal filings; | 1.1 | 555.50 | 13522024 |
| Slavens | Adam | 22/02/2016 | reviewing further correspondence between Goodmans and TGF re bondholders' fees (1.0); office conference with S. Bomhof re same and pension matters (0.1); email correspondence with Cleary team, S. Nickerson and S. Bomhof re same (0.2); reviewing prior email correspondence re same (0.3); | 1.6 | 928.00 | 13523004 |
| Slavens | Adam | 23/02/2016 | email correspondence with L. Schweitzer re further correspondence between Goodmans and TGF re bondholders' fees; | 0.2 | 116.00 | 13525280 |
| Slavens | Adam | 23/02/2016 | reviewing memoranda of argument re post-petition interest appeal; | 2.6 | 1,508.00 | 13525283 |
| Bomhof | Scott A. | 24/02/2016 | reviewing Benefits Canada article on Nortel pension wind-up and contact Goodmans to discuss same; | 0.3 | 208.50 | 13528891 |
| DeMarinis | Tony | 25/02/2016 | correspondence regarding appeal logistics; | 0.1 | 84.50 | 13536567 |
| Slavens | Adam | 29/02/2016 | reviewing financial information from monitor's reports (1.4); preparing email correspondence to L. Schweitzer re same (0.4); | 1.8 | 1,044.00 | 13535348 |

U.S. Proceedings/Matters

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|-----------|-----------|------|-------------|-------|-------|--------|
| Gray | William | 01/02/2016 | Work on reply appeal papers | 3.3 | 3,118.50 | 13508910 |
| Slavens | Adam | 02/02/2016 | reviewing chapter 11 case court documents; | 2.7 | 1,566.00 | 13487958 |
| Gray | William | 02/02/2016 | Work on reply appeal briefs | 2.7 | 2,551.50 | 13508914 |
| Slavens | Adam | 08/02/2016 | reviewing US appeal brief responses and cross-appeals; | 5.0 | 2,900.00 | 13505395 |
| Gray | William | 08/02/2016 | Work on reply appeal briefs | 2.7 | 2,551.50 | 13508943 |
| Slavens | Adam | 09/02/2016 | reviewing and commenting on draft US reply and response on cross-appeals; | 4.7 | 2,726.00 | 13505406 |
| Bomhof | Scott A. | 09/02/2016 | reviewing and providing comments on draft reply for US appeal; | 1.5 | 1,042.50 | 13506057 |
| Gray | William | 09/02/2016 | Work on reply appeal briefs | 3.6 | 3,402.00 | 13508946 |
| Slavens | Adam | 10/02/2016 | reviewing US appeal materials (1.5); reviewing and commenting on draft US reply and response on cross-appeals (2.5); | 4.0 | 2,320.00 | 13505420 |
| Bomhof | Scott A. | 10/02/2016 | reviewing and providing comments on draft US debtor reply brief for US appeal; | 1.0 | 695.00 | 13508987 |
| Gray | Andrew | 10/02/2016 | reviewing appeal materials for the US proceeding; | 2.6 | 1,664.00 | 13608829 |
| Slavens | Adam | 11/02/2016 | reviewing and commenting on draft US reply and response on cross-appeals; | 3.3 | 1,914.00 | 13507653 |
| Slavens | Adam | 12/02/2016 | reviewing reply briefs filed in US appeal; | 4.0 | 2,320.00 | 13510454 |
| Slavens | Adam | 16/02/2016 | reviewing chapter 11 case court documents; | 0.7 | 406.00 | 13516058 |
| Gray | William | 16/02/2016 | Review briefs filed by Canadian Monitor, UK representatives, pension claimants and others in the US Appellate briefs | 3.7 | 3,496.50 | 13526136 |
| Slavens | Adam | 17/02/2016 | reviewing chapter 11 case court documents; | 1.6 | 928.00 | 13516083 |
| Silver | Jon | 20/02/2016 | document administration; | 0.1 | 22.00 | 13519235 |
| Slavens | Adam | 20/02/2016 | reviewing briefs filed in US appeal; | 1.1 | 638.00 | 13520989 |