# __EXHIBIT B__

**Nortel**
**February 2016 Disbursements**

| | | | |
|---|---|---|---|
| 801 Copies | 17/02/2016 | 87.90 | 1 Copies |
| 808 Laser Printing | 01/02/2016 | 7.30 | 1 Laser Printing |
| 808 Laser Printing | 02/02/2016 | 1.00 | 1 Laser Printing |
| 808 Laser Printing | 03/02/2016 | 3.60 | 1 Laser Printing |
| 808 Laser Printing | 04/02/2016 | 0.50 | 1 Laser Printing |
| 808 Laser Printing | 08/02/2016 | 4.20 | 1 Laser Printing |
| 808 Laser Printing | 08/02/2016 | 57.70 | 1 Laser Printing |
| 808 Laser Printing | 09/02/2016 | 8.20 | 1 Laser Printing |
| 808 Laser Printing | 10/02/2016 | 8.20 | 1 Laser Printing |
| 808 Laser Printing | 10/02/2016 | 0.20 | 1 Laser Printing |
| 808 Laser Printing | 11/02/2016 | 26.70 | 1 Laser Printing |
| 808 Laser Printing | 12/02/2016 | 0.30 | 1 Laser Printing |
| 808 Laser Printing | 16/02/2016 | 27.80 | 1 Laser Printing |
| 808 Laser Printing | 18/02/2016 | 0.70 | 1 Laser Printing |
| 808 Laser Printing | 18/02/2016 | 1.60 | 1 Laser Printing |
| 808 Laser Printing | 23/02/2016 | 0.10 | 1 Laser Printing |
| 4801 Duplicating | 16/02/2016 | 1.60 | 1 Duplicating |
| 4808 Laser Printing | 08/02/2016 | 0.10 | 1 Laser Printing |
| 4808 Laser Printing | 19/02/2016 | 0.80 | 1 Laser Printing |
| 4808 Laser Printing | 24/02/2016 | 1.90 | 1 Laser Printing |
| 4808 Laser Printing | 24/02/2016 | 0.90 | 1 Laser Printing |
| 4808 Laser Printing | 24/02/2016 | 0.10 | 1 Laser Printing |
| 4808 Laser Printing | 24/02/2016 | 0.10 | 1 Laser Printing |
| 4808 Laser Printing | 24/02/2016 | 0.10 | 1 Laser Printing |
| 4808 Laser Printing | 24/02/2016 | 0.10 | 1 Laser Printing |
| 4808 Laser Printing | 24/02/2016 | 0.10 | 1 Laser Printing |
| 4808 Laser Printing | 24/02/2016 | 0.10 | 1 Laser Printing |
| | | **$ 241.90** | |
| | | | |
| 811 Binding Charges | 17/02/2016 | 8.57 | 1 Binding Charges |
| | | | 2 Feb-17-16, F Calamusa, Binding Charges, x4, EB |
| 844 Exhibit Tabs | 17/02/2016 | 4.28 | 1 Exhibit Tabs |
| | | | 2 Feb-17-16, F Calamusa, Exhibit Tabs, x24, EB |
| | | **$ 12.85** | |
| | | | |
| 885 On Line Research Charges - Quicklaw | 04/02/2016 | 3.57 | 1 On Line Research Charges - Quicklaw |
| 885 On Line Research Charges - Quicklaw | 09/02/2016 | 13.56 | 1 On Line Research Charges - Quicklaw |
| 885 On Line Research Charges - Quicklaw | 12/02/2016 | 2.14 | 1 On Line Research Charges - Quicklaw |
| 887 On Line Research Charges -WestlaweCarswell Incl. | 09/02/2016 | 203.49 | 1 On Line Research Charges -WestlaweCarswell Incl. |
| | | **$ 222.76** | |
| | | | |
| | | **$ 477.51** | |