# **<u>EXHIBIT B</u>**

```
*****************************************************************************************Page 1 of (2)
                                             WHITEFORD, TAYLOR & PRESTON     THRU 03/31/16
BILLING ATTORNEY: 01762  CHRISTOPHER M. SAMIS  DETAILED  BILLING REPORT       AS OF 4/13/2016 3:35:08 PM
                                             PROFORMA NUMBER: 476033         LAST DATE BILLED 04/08/16
```

| | | | | | | |
|---|---|---|---|---|---|---|
| CLIENT 091281 | | OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF | | | | |
| | | NORTEL NETWORKS, INC. | | | | |
| MATTER 00001 | | NORTEL | | | | |
| CASE ID | | | | | | |

| INDEX | DATE | REFER-# | CODE | CTRL-# | TKPR | | AMOUNT | |
|---|---|---|---|---|---|---|---|---|
| | | | 10 | | | PHOTOCOPIES | | .10 |
| 4554714 | 03/16/16 | | 43 | | 01762 | BRIAN P. GAFFIGAN, OFFICIAL COURT REPORTER - TRANSCRIPTS/DEPOSITIONS-COURT REPORTER FOR ORAL ARGUMENT HEARING | 44.10 | |
| | | | *43 | | | TRANSCRIPTS/DEPOSITIONS | | 44.10 |
| 4554717 | 03/25/16 | | 101 | | 01762 | DLS DISCOVERY - COURIER EXPENSE-SERVICE-MORRIS NICHOLS | 5.00 | |
| 4554719 | 03/30/16 | | 101 | | 01762 | DLS DISCOVERY - COURIER EXPENSE-EXPEDITED RUSH-JUDGE GROSS X2 | 48.00 | |
| | | | *101 | | | COURIER EXPENSE | | 53.00 |
| 4554713 | 03/10/16 | | 44 | | 01762 | COPIES DLS DISCOVERY - COPIES, PDF, MAILING AND HAND DELIVERY | 60.59 | |
| 4554711 | 03/10/16 | | 44 | | 01762 | COPIES DLS DISCOVERY - COPIES, PDF, MAILING AND HAND DELIVERY | 73.91 | |
| 4554712 | 03/10/16 | | 44 | | 01762 | COPIES DLS DISCOVERY - COPIES, PDF, MAILING AND HAND DELIVERY | 169.95 | |
| 4554710 | 03/10/16 | | 44 | | 01762 | COPIES DLS DISCOVERY - COPIES, PDF, MAILING AND HAND DELIVERY | 83.79 | |
| 4554718 | 03/30/16 | | 44 | | 01762 | COPIES DLS DISCOVERY - TABS CUSTOM; RING BINDERS; TABS; PRINT B/W FRO TIFF; PUNCH PAPER FOR BINDERS | 124.66 | |
| 4554722 | 03/31/16 | | 44 | | 01762 | DLS DISCOVERY - COPIES-COPY/PRINT; ENVELOPE; POSTAGE; HAND DELIVERY W BANKRUPTCY SERVICE; PRINTING LABEL STOCK; PDF EMAILED TO CLIENT | 84.39 | |
| 4554723 | 03/31/16 | | 44 | | 01762 | DLS DISCOVERY - COPIES-COPY/PRINT; ENVELOPE; POSTAGE; PRINTING LABEL STOCK; | 358.60 | |
| 4554725 | 03/31/16 | | 44 | | 01762 | DLS DISCOVERY - COPIES-COPY/PRINT; PDF EMAILED TO CLIENT; ENVELOPE; POSTAGE; HAND DELIVERY W BANKRUPTCY SERVICE; PRINTING LABEL STOCK | 90.07 | |
| 4554721 | 03/31/16 | | 44 | | 01762 | DLS DISCOVERY - COPIES-COPY/PRINT; ENVELOPE; POSTAGE; HAND DELIVERY W BANKRUPTCY SERVICE; PRINTING LABEL STOCK; PDF EMAILED TO CLIENT | 82.59 | |

```
**************************************************************************************************Page 2 of (2)
                                              WHITEFORD, TAYLOR & PRESTON    THRU 03/31/16
BILLING ATTORNEY: 01762   CHRISTOPHER M. SAMIS  DETAILED   BILLING REPORT    AS OF 4/13/2016 3:35:08 PM
                                              PROFORMA NUMBER: 476033        LAST DATE BILLED 04/08/16
```

| CLIENT 091281 | OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF |
| --- | --- |
| | NORTEL NETWORKS, INC. |
| MATTER 00001 | NORTEL |
| CASE ID | |

| INDEX | DATE | REFER-# | CODE | CTRL-# | TKPR | | AMOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 4554724 | 03/31/16 | | 44 | | 01762 | DLS DISCOVERY - COPIES-PRINT B/W FROM TIFF; VELO BINDING; PUNCH PAPER | 50.02 |
| 4554720 | 03/31/16 | | 44 | | 01762 | DLS DISCOVERY - COPIES-COPY/PRINT; ENVELOPE; POSTAGE; HAND DELIVERY W BANKRUPTCY SERVICE; PRINTING LABEL STOCK; PDF EMAILED TO CLIENT | 84.39 |
| | | | *44 | | | COPIES | 1,262.96 |
| | | | | | | *TOTAL DISBURSEMENTS* | 1,360.16 |