**Nortel Networks Inc., et al**

**Berkeley Research Group, LLC**

**Exhibit A: Time Detail**



For the Period 2/1/2016 through 2/29/2016

| Date | Professional | Hours | Description |
|---|---|---|---|
| **01. Asset Acquisition/Disposition** | | | |
| 2/5/2016 | J. Hyland | 2.8 | Analyzed proceeds allocation recoveries with various assumptions. |
| 2/5/2016 | J. Hyland | 2.6 | Continued analyzing proceeds allocation recoveries with various assumptions. |
| 2/5/2016 | A. Cowie | 0.8 | Analyzed the UCC's proceeds allocation reply brief. |
| 2/5/2016 | C. Kearns | 0.3 | Read draft appeal reply brief. |
| 2/8/2016 | J. Hyland | 1.9 | Reviewed Monitor's response for leave to appeal the post petition interest. |
| 2/8/2016 | J. Hyland | 0.8 | Reviewed CCC response re: post petition interest leave to appeal in Canada. |
| 2/8/2016 | J. Hyland | 0.4 | Reviewed UKPC response re: post petition interest leave to appeal in Canada. |
| 2/11/2016 | J. Hyland | 2.3 | Reviewed the Committee's proceeds allocation reply brief. |
| 2/15/2016 | J. Hyland | 2.7 | Reviewed US Debtors' Reply and Cross Appeal Response Brief. |
| 2/17/2016 | J. Hyland | 2.9 | Reviewed Joint Administrator's reply brief for third party claim. |
| 2/17/2016 | J. Hyland | 2.4 | Reviewed Committee's proceeds allocation appeal reply brief. |
| 2/22/2016 | J. Hyland | 2.9 | Analyzed proceeds allocation from each party-in-interests' expert. |
| 2/22/2016 | J. Hyland | 2.6 | Continued analyzing proceeds allocation estimates from each party-in-interests' expert. |
| 2/23/2016 | J. Hyland | 2.9 | Analyzed proceeds allocation from various proceeds allocation experts. |
| 2/23/2016 | J. Hyland | 2.8 | Reviewed prior proceeds allocation expert reports. |
| 2/24/2016 | J. Hyland | 2.8 | Analyzed assets and claims by estate for proceeds allocation. |
| 2/25/2016 | J. Hyland | 1.0 | Reviewed Appellant's Reply Brief in Further Support of Appeal regarding a claim. |
| 2/26/2016 | J. Hyland | 2.9 | Analyzed proceeds allocation based upon various assumptions. |

Berkeley Research Group, LLC

Invoice for the 2/1/2016 - 2/29/2016 Period

| Date | Professional | Hours | Description |
|---|---|---|---|
| **01. Asset Acquisition/Disposition** | | | |
| 2/26/2016 | J. Hyland | 1.7 | Continued analyzing proceeds allocation based upon various assumptions. |
| **Task Code Total Hours** | | **39.5** | |
| **05. Professional Retention/ Fee Application Preparation** | | | |
| 2/1/2016 | A. Cowie | 0.8 | Reviewed January fee application detail. |
| 2/2/2016 | J. Hyland | 0.4 | Reviewed December 2015 fee application narrative. |
| 2/4/2016 | J. Blum | 0.1 | Prepared December monthly fee application. |
| 2/5/2016 | J. Hyland | 0.3 | Finalized December fee application. |
| 2/5/2016 | J. Blum | 0.1 | Finalized December monthly fee application. |
| 2/11/2016 | J. Hyland | 0.1 | Prepared January monthly fee and expense estimate for counsel. |
| 2/16/2016 | J. Hyland | 0.5 | Reviewed detailed time entries in January monthly fee application. |
| 2/16/2016 | J. Blum | 0.2 | Prepared January monthly fee application. |
| 2/17/2016 | J. Blum | 0.5 | Prepared January monthly fee application. |
| 2/23/2016 | J. Blum | 0.6 | Prepared January monthly fee application. |
| 2/23/2016 | J. Hyland | 0.6 | Reviewed January monthly fee application narrative. |
| 2/24/2016 | J. Hyland | 0.9 | Reviewed January monthly fee application. |
| 2/24/2016 | J. Blum | 0.4 | Prepared January monthly fee application. |
| 2/25/2016 | J. Hyland | 0.5 | Finalized January monthly fee application. |
| 2/25/2016 | J. Blum | 0.4 | Prepared January monthly fee applications. |
| 2/26/2016 | J. Hyland | 0.5 | Reviewed Third Interim fee application. |
| 2/26/2016 | J. Blum | 0.4 | Prepared the Third Interim fee application. |
| 2/29/2016 | J. Hyland | 0.5 | Finalized Third Interim fee application. |
| 2/29/2016 | J. Blum | 0.1 | Finalized the Third Interim fee application. |
| **Task Code Total Hours** | | **7.9** | |
| **08. Interaction/Meetings with Creditors** | | | |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **08. Interaction/Meetings with Creditors** | | | |
| 2/1/2016 | J. Hyland | 0.1 | Conducted call with claimant re: claims base. |
| 2/4/2016 | J. Borow | 0.3 | Met with UCC and professionals to UCC re: allocation process status. |
| 2/4/2016 | J. Hyland | 0.3 | Participated in weekly UCC call with members and professionals re: allocation process status. |
| 2/11/2016 | C. Kearns | 0.5 | Participated in status call with the Committee re: appeal paths in U.S. and Canada. |
| 2/11/2016 | J. Hyland | 0.5 | Participated in weekly UCC call with Committee members and professionals re: appeal paths in U.S. and Canada. |
| 2/18/2016 | J. Borow | 0.8 | Participate in call with UCC and professionals to UCC re: appeal process and related issues. |
| 2/18/2016 | J. Hyland | 0.8 | Participated in weekly UCC call with UCC professionals and members re: appeal process and related issues. |
| 2/18/2016 | J. Borow | 0.6 | Discussed with party in interest re: status of matter. |
| 2/18/2016 | C. Kearns | 0.6 | Participated in portion of call with the Committee on appeal process and related issues. |
| 2/18/2016 | C. Kearns | 0.2 | Participated in follow-up telecom with F. Hodara (Akin) on appeal process and claims resolution. |
| 2/19/2016 | C. Kearns | 0.8 | Met with F. Hodara and D. Botter (Akin) to discuss supporting analyses needed for appellate argument. |
| 2/25/2016 | J. Hyland | 1.3 | Reviewed documents distributed to UCC in preparation for UCC call. |
| 2/25/2016 | C. Kearns | 0.3 | Participated in call with the Committee re: status of appeal and mediation process. |
| 2/25/2016 | J. Borow | 0.3 | Participated in meeting with UCC and professionals to UCC re: status of appeal and mediation process. |
| 2/25/2016 | J. Hyland | 0.3 | Participated in UCC call with Committee members and professionals re: status of appeal and mediation process. |
| **Task Code Total Hours** | | **7.7** | |
| **10. Recovery/SubCon/Lien Analysis** | | | |
| 2/1/2016 | A. Cowie | 1.4 | Prepared analysis of impact on creditor recoveries from Canadian estate expenses. |
| 2/1/2016 | A. Cowie | 0.7 | Continued to prepare analysis of impact on creditor recoveries from Canadian estate expenses. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **10. Recovery/SubCon/Lien Analysis** | | | |
| 2/2/2016 | A. Cowie | 2.8 | Prepared analysis of impact on creditor recoveries from Canadian estate expenses. |
| 2/2/2016 | A. Cowie | 1.9 | Continued to prepare analysis of impact on creditor recoveries from Canadian estate expenses. |
| 2/3/2016 | A. Cowie | 2.9 | Prepared analysis of impact on creditor recoveries from Canadian estate expenses. |
| 2/3/2016 | J. Hyland | 2.3 | Analyzed creditor recoveries based upon allocation of certain Canadian estate professional fees. |
| 2/3/2016 | A. Cowie | 1.2 | Continued to prepare analysis of impact on creditor recoveries from Canadian estate expenses. |
| 2/11/2016 | J. Hyland | 2.9 | Analyzed potential bond claims recovery calculations. |
| 2/12/2016 | J. Hyland | 2.6 | Continued analyzing potential bond claims recovery calculations. |
| 2/19/2016 | J. Hyland | 2.9 | Reviewed proceeds allocation recovery presentations and analyses. |
| 2/19/2016 | J. Hyland | 2.7 | Continued reviewing proceeds allocation recovery presentations and analyses. |
| 2/22/2016 | A. Cowie | 1.8 | Analyzed creditor recovery scenarios. |
| 2/23/2016 | A. Cowie | 2.2 | Analyzed creditor recovery scenarios. |
| 2/23/2016 | A. Cowie | 1.7 | Continued to analyze creditor recovery scenarios. |
| **Task Code Total Hours** | | **30.0** | |
| **11. Claim Analysis/Accounting** | | | |
| 2/1/2016 | J. Hyland | 0.2 | Reviewed claims analysis on two claimants. |
| 2/2/2016 | J. Hyland | 2.9 | Analyzed NNL claims and their impact on allocation. |
| 2/3/2016 | J. Hyland | 0.2 | Conducted call with M. Fagen (Akin) re: U.S. claims. |
| 2/4/2016 | J. Hyland | 1.5 | Reviewed answering brief of appellees NNI opposing JA's appeal denying motion to enforce the automatic stay. |
| 2/4/2016 | J. Hyland | 1.3 | Reviewed brief of appellees SNMP Research. |
| 2/4/2016 | J. Borow | 0.8 | Analyzed appellees SNMP Research brief. |
| 2/10/2016 | J. Hyland | 2.4 | Reviewed motions related to claim dispute. |
| 2/19/2016 | J. Hyland | 2.5 | Reviewed omnibus claims objections and supporting claim detail. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **11. Claim Analysis/Accounting** | | | |
| 2/19/2016 | J. Hyland | 0.1 | Conducted call with M. Fagen (Akin) re: omnibus claims objections. |
| 2/24/2016 | J. Hyland | 0.5 | Reviewed exhibit for stipulation resolving certain claims. |
| 2/25/2016 | J. Hyland | 2.1 | Analyzed NNI claims pool and unresolved matters. |
| 2/25/2016 | J. Hyland | 0.8 | Reviewed each claim in NNI's stipulation resolving certain claims. |
| 2/25/2016 | J. Hyland | 0.1 | Conducted call with M. Fagen (Akin) regarding claims motion. |
| 2/29/2016 | J. Hyland | 2.8 | Analyzed bondholder claim impact based upon certain assumptions. |
| 2/29/2016 | J. Hyland | 1.4 | Continued analyzing bondholder recovery impact based upon certain assumptions. |
| *Task Code Total Hours* | | **19.6** | |
| **13. Intercompany Transactions/Balances** | | | |
| 2/3/2016 | J. Hyland | 2.1 | Analyzed APAC Restructuring Manager's report for future cash flows. |
| 2/26/2016 | J. Hyland | 1.8 | Analyzed 1/2016 APAC Restructuring Manager's report and potential future cash flows from APAC. |
| *Task Code Total Hours* | | **3.9** | |
| **18. Operating and Other Reports** | | | |
| 2/17/2016 | J. Hyland | 2.8 | Analyzed NNUK's 1/13/2016 Administrators Report. |
| 2/17/2016 | J. Hyland | 1.2 | Continued analyzing NNUK's 1/13/2016 Administrator's Report. |
| *Task Code Total Hours* | | **4.0** | |
| **19. Cash Flow/Cash Management Liquidity** | | | |
| 2/3/2016 | J. Hyland | 2.0 | Analyzed NNL cash and cash forecast. |
| 2/4/2016 | J. Hyland | 0.3 | Reviewed NNL cash forecast as of 1/31/2016. |
| 2/18/2016 | J. Hyland | 2.7 | Analyzed cash and cash forecasts by entity. |
| 2/24/2016 | J. Hyland | 1.1 | Analyzed February 14, 2016 NNL cash forecast. |
| *Task Code Total Hours* | | **6.1** | |
| **Total Hours** | | **118.7** | |