IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

_____
                                                      )

In re:                                                     )        Chapter 11
                                                      )

Nortel Networks Inc., *et al.*,            )        Case No. 09-10138 (KG)
                                                      )
                                                      )
                         Debtors.         )        Jointly Administered

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

      Pursuant to Local Rule 9010-1(b) and the attached certification, counsel moves the admission *pro hac vice* of Paul N. Silverstein, Esq. of Andrews Kurth LLP to represent Liquidity Solutions, Inc., in the above-captioned cases.

                                                                    */s/ Frederick B. Rosner*
                                                                    Frederick B. Rosner (#3995)
                                                                    THE ROSNER LAW GROUP LLC
                                                                    824 N. Market Street, Suite 810
                                                                    Wilmington, DE 19801

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

      Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 3/25/14. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

                                                                   */s/ Paul N. Silverstein*
                                                                    Paul N. Silverstein
                                                                    ANDREWS KURTH LLP
                                                                    450 Lexington Avenue
                                                                    New York, NY 10017
                                                                    Telephone:  (212) 850-2800

### ORDER GRANTING MOTION

      IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

**Dated: April 20th, 2016**                                     **KEVIN GROSS**
   **Wilmington, Delaware**                                **UNITED STATES BANKRUPTCY JUDGE**

{00018102. }