# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Bankr. Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | **Ref. Docket No. 16725** |
| SNMP Research International, Inc. | |
| and | |
| SNMP Research, Inc., | Adv. Proc. No. 11-53454 (KG) |
| Plaintiffs, | |
| v. | |
| Nortel Networks Inc., *et al.,* | |
| and | |
| Avaya Inc., | |
| Defendants. | |
| Nortel Networks Inc., *et al.*, | Chapter 15 |
| Third Party Plaintiffs | Case No. 09-11972 |
| and | Jointly Administered |
| v. | |
| Nortel Networks UK Limited, *et al.,* | |
| Third Party Defendants | |

---

[1]       In addition to Nortel Networks Inc., the debtors in these Chapter 11 cases are: Nortel Networks Capital Corporation, Nortel Altsystems Inc., Nortel Altsystems International Inc., Xros, Inc., Sonoma Systems, Qtera Corporation, CoreTek, Inc., Nortel Networks Applications Management Solutions Inc., Nortel Networks Optical Components Inc., Nortel Networks HPOCS Inc., Architel Systems (U.S.) Corporation, Nortel Networks International Inc., Northern Telecom International Inc., Nortel Networks Cable Solutions Inc. and Nortel Networks (CALA) Inc. Additional information regarding the U.S. Debtors can be found in their respective Chapter 11 petitions, which are available at http://chapter11.epiqsystems.com/nortel.

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                          ) ss.:
COUNTY OF NEW YORK  )

KONSTANTINA HAIDOPOULOS, being duly sworn, deposes and says:

1.  I am employed as a Senior Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On April 15, 2016, I caused to be served the "Notice of Amended Agenda of Matters Scheduled for Hearing on April 19, 2016 at 10:00 A.M. (Eastern Time)," dated April 15, 2016 [Docket No. 16725 in the Main Case No. 09-10138], by causing true and correct copies to be:

    i.  enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit A, and

    ii.  delivered via facsimile to those parties listed on the annexed Exhibit B.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Konstantina Haidopoulos

Sworn to before me this
21st day of April, 2016

_____
Notary Public

PANAGIOTA MANATAKIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01MA6221096
COMM. EXP. APRIL 26, 20

**EXHIBIT A**

NORTEL
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| ADAMS, LAURIE | 217 RIDGE CREEK DRIVE MORRISVILLE NC 27560 |
| AIKEN, SANDRA | 3166 TUMP WILKINS ROAD STEM NC 27581 |
| ALDINE INDEPENDENT SCHOOL DISTRICT | ATTN: SUSAN R. FUERTES, ESQ. 14910 ALDINE-WESTFIELD ROAD HOUSTON TX 77032 |
| BELL MICROPRODUCTS INC | ATTN: DAVID L. URANGA 201 MONROE STREET, SUITE 300 MONTGOMERY AL 36104 |
| BENNETT, STEVEN E. | 37052 CHESTNUT STREET NEWARK CA 94560 |
| BERTRAM FREDRICK THOMAS FLETCHER | 35 BROOMHILL COURT CLAYTON NC 27527 |
| BLANK ROME LLP | ATTN: MICHAEL DEBAECKE, ESQ. COUNSEL TO CABLE NEWS NETWORK, INC. 1201 MARKET STREET, SUITE 800 WILMINGTON DE 19801 |
| BOYER, BONNIE J. | 305 W. JUNIPER AVE STERLING VA 20164 |
| BRAD LEE HENRY | 11596 W SIERRA DAWN BLVD LOT 386 SURPRISE AZ 85378 |
| BRENDA L. ROHRBAUGH | 2493 ALSTON DRIVE MARIETTA GA 30062 |
| BRENT E. BEASLEY | 541 AMMONS RD DUNN NC 28334 |
| BROWN MCCAROLL LLP | ATTN: AFTON SANDS-PURYEAR KELL C. MERCER; AFTON SANDS-PURYEAR 111 CONGRESS AVENUE, SUITE 1400 AUSTIN TX 78701 |
| BROWN, REMAJOS | 2353 SWORD DRIVE GARLAND TX 75044 |
| BRUCE FRANCIS | 5506 LAKE ELTON RD. DURHAM NC 27713 |
| CAROL F. RAYMOND | 7962 S.W. 185 STREET MIAMI FL 33157 |
| CAROLINE UNDERWOOD | 2101 EMERSON COOK RD. PITTSBORO NC 27312 |
| CARR, BARBARA | 145 GRECIAN PKWY ROCHESTER NY 14626 |
| CARTER LEDYARD & MILBURN LLP | ATTN: JAMES GADSDEN 2 WALL STREET NEW YORK NY 10005 |
| CHAD SORAINO | 894 HICKORY AVE. HESPERIA CA 92345 |
| CHAMBERS, LOTTIE EDITH | 2716 DALFORD CT. RALEIGH NC 27604 |
| COMMONWEALTH OF VIRGINIA DEPARTMENT OF TAXATION | C/O MARK K. AMES TAX AUTHORITY CONSULTING SERVICES P.C. P.O. BOX 1270 MIDLOTHIAN VA 23113 |
| CULLEN, EMILY D | 100 TELMEW CT CARY NC 27518 |
| CYNTHIA ANN SCHMIDT | P.O. BOX 119 OREGON HOUSE CA 95962 |
| DAVID LITZ | 316 N MANUS DRIVE DALLAS TX 75224 |
| DAVID, DANIEL D. | 2105 POSSUM TROT RD WAKE FOREST NC 27587 |
| DEMEL, ERNEST | 530 W. 55TH STREET, APT. 13K NEW YORK NY 10019 |
| DEWEY & LEBOEUF, LLP | LAWRENCE E. MILLER, ESQ. 125 W 55TH STREET NEW YORK NY 10019 |
| DURANT, FRED | 708 EAST H STREET LEOTI KS 67861 |
| EDWARDS ANGELL PALMER & DODGE LLP | ATTN: STUART M. BROWN 919 NORTH MARKET STREET, SUITE 1500 WILMINGTON DE 19801 |
| EMC CORPORATION | RONALD ROWLAND, ESQ. C/O RECEIVABLE MANAGEMENT SERVICES 307 INTERNATIONAL CIRCLE, SUITE 270 HUNT VALLEY MD 21094 |
| ESTELLE LOGGINS | 6707 LATTA STREET DALLAS TX 75227 |
| EXPORT DEVELOPMENT CANADA | ATTN: DEREK AUSTIN 151 O'CONNOR STREET OTTOWA ON K1A 1K3 CANADA |
| FAIRCLOTH, DEBORAH | 115 WINCHESTER LANE ROCKY POINT NC 28457 |
| FLEXTRONICS INTERNATIONAL | ATTN: STEVEN JACKMAN, VICE PRESIDENT 847 GIBRALTAR DRIVE MILPITAS CA 95035 |
| FRANCHISE TAX BOARD | ATTN: DELAWARE DEPARTMENT OF STATE DIVISION OF CORPORATIONS PO BOX 898 DOVER DE 19903 |
| FRANCIS, BRUCE | 5506 LAKE ELTON ROAD DURHAM NC 27713 |
| FREDDIE WORMSBAKER | 327 LOCUST ST. TWIN FALLS ID 83301 |
| FRIEDLANDER & GORRIS, P.A. | 1201 N. MARKET STREET SUITE 2200 WILMINGTON DE 19801 |
| GAMBOURG & BORSEN LLP | ATTN: ROMAN GAMBOURG, ESQ. COUNSEL TO MERA NETOWRKS THE BRIDGE PLAZA BUILDING 2185 LEMOINE AVENUE, SUITE B4 FORT LEE NJ 07024 |
| GARRETT, GARY W. | 4093 HOGAN DRIVE UNIT 4114 TYLER TX 75709 |
| GERALD R. UTPADEL | 4627 GREENMEADOWS AVENUE TORRANCE CA 90505 |
| GOULD & RATNER LLP | ATTN: CHRISTOPHER J. HORVAY ESQ. 222 N LASALLE ST, STE 800 CHICAGO IL 60601 |
| GRISSOM, CRICKETT | 2580 W. PORTER CREEK AVE. PORTERVILLE CA 93257 |
| GUEVARRA JR., EDWARD | 11007 SCRIPPS RANCH BLVD SAN DIEGO CA 92131 |

| Claim Name | Address Information |
|---|---|
| HEINBAUGH, ALLAN | 165 BLOSSOM HILL ROAD SPC 14 SAN JOSE CA 95123-5902 |
| HEISLER, SUSAN ANN | 133 ANNA ROAD BOX 194 BLAKESLEE PA 18610 |
| HERBERT PRESTON STANSBURY | 3193 US HIGHWAY 15 STEM NC 27581 |
| HODGES, RICHARD | 12804 PAMPLONA DR WAKE FOREST NC 27587 |
| HOLBROOK, MARY L. | 1181 GREY FOX COURT FOLSOM CA 95630 |
| INTERNAL REVENUE SERVICE | ATTN: CENTRALIZED INSOLVENCY OPERATION PO BOX 7346 PHILADELPHIA PA 19101-7346 |
| JACOBS, WANDA | 801 DUPREE STREET DURHAM NC 27701 |
| JAMES HUNT | 8903 HANDEL LOOP LAND O LAKES FL 34637 |
| JAMES LEE | 1310 RICHMOND STREET EL CERRITO CA 94530 |
| JANETTE M. HEAD | 16 GLENEAGLE DRIVE BEDFORD NH 03110 |
| JD THOMPSON LAW | JUDY T. THOMPSON, ESQ. P.O. BOX 33127 CHARLOTTE NC 28233 |
| JOHN J. ROSSI | 1568 WOODCREST DRIVE WOOSTER OH 44691 |
| JOHN MERCER | 2123 - 14 STREET MOLINE IL 61265 |
| KAUSHIK PATEL | 5665 ARAPAHO RD. #1023 DALLAS TX 75248 |
| KENNETH MURRAY | PO BOX 3043 MCKEESPORT PA 15134 |
| KRAMER LEVIN NAFTALIS FRANKEL LLP | ERNEST S. WECHSLER 1177 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| KUMAR, RAHUL | C-701 NEELACHAL APT. PLOT NO 3 SECTOR 4, DWARKA NEW DELHI 110078 INDIA |
| L.A. COUNTY TREASURER & TAX COLLECTOR | P.O. BOX 54110 LOS ANGELES CA 90054-0110 |
| LAW OFFICE OF VIVIAN HOUGHTON | ATTN: VIVIAN A. HOUGHTON, ESQ. COUNSEL TO MERA NETWORKS 800 WEST STREET WILMINGTON DE 19801 |
| LONG, VERNON | 4929 KELSO LANE GARLAND TX 75043 |
| MADDRY, SHIRLEY | 1607 SUMMIT DRIVE ROCKINGHAM NC 28379-3960 |
| MANN, WENDY BOSWELL | 4913 SUMMIT PLACE DR. NW, APT. 404 WILSON NC 27896 |
| MARILYN DAY | 2020 FOX GLEN DRIVE ALLEN TX 75013 |
| MARILYN GREEN | 1106 BOSTON HOLLOW ROAD ASHLAND CITY TN 37015 |
| MARK A. PHILLIPS | 6117 TREVOR SIMPSON DRIVE LAKE PARK NC 28079 |
| MARK R. JANIS | 193 VIA SODERINI APTOS CA 95003 |
| MARTEL, ROBERT JOSEPH | 200 LIGHTHOUSE LANE APT B3 SWANSBORO NC 28584 |
| MASSENGILL, TERRY D. | 126 KERI DRIVE GARNER NC 27529 |
| MAYER BROWN LLP | ATTN: MELISSA A. MICKEY 71 S. WACKER DRIVE CHICAGO IL 60604-1404 |
| MCCAFFREY, LEAH | 7139 DEBBE DR. DALLAS TX 75252 |
| MCGUIREWOODS LLP | ATTN: JAMES E. VAN HORN 7 SAINT PAUL STREET SUITE 1000 BALTIMORE MD 21202 |
| MD DEPARTMENT OF LABOR LICENSING & REG. | OFFICE OF UNEMPLOYMENT INSURANCE CONTRIBUTIONS DIVISION 1100 N. EUTAW STREET, ROOM 401 SUITE 3000 BALTIMORE MD 21201 |
| MICHAEL P. ALMS | 4944 ELM ISLAND CIRCLE WATERFORD WI 53185 |
| MORRISON, PAUL EDWARD | 2241 COLLEGE AVENUE QUINCY IL 62301 |
| MULLETT, REID | 4224 THAMESGATE CLOSE NORCROSS GA 30092 |
| NAJAM UD DEAN | 6 AUGUSTA DRIVE MILLBURY MA 01527 |
| NEUMANN, JANE | 11730 CO. ROAD 24 WATERTOWN MN 55388 |
| OFFICE OF UNEMPLOYMENT INSURANCE | CONTRIBUTIONS DIVISION MD DEPT. OF LABOR LICENSING & REG. 1100 N. EUTAW STREET, ROOM 401 BALTIMORE MD 21201 |
| OWENBY, DANNY | 2136 SAPELO CT FERNANDINA BEACH FL 32034 |
| PA DEPARTMENT OF LABOR & INDUSTRY | ATTN: DENISE A MERTZ, TAX AGENT READING BANKRUPTCY & COMPLIANCE UNIT 625 CHERRY STREET, ROOM 203 READING PA 19602-1184 |
| PATTERSON HARKAVY | 225 E WORTHINGTON AVE STE 200 CHARLOTTE NC 28203-4886 |
| PAUL WEISS RIFKIND WHARTON & GARRISON | STEPHEN J. SHIMSHAK; MARILYN SOBEL 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064 |
| REED SMITH LLP | ATTN: KURT F. GWYNNE ESQ.,J. CORY FALGOWSKI ESQ. 1201 N MARKET ST, STE 1500 WILMINGTON DE 19801 |
| REESE, KATHLEEN | 200 CARNEGIE DRIVE MILPITAS CA 95035 |

| Claim Name | Address Information |
|---|---|
| RICHARD LYNN ENGLEMAN | 1505 NEVADA DRIVE PLANO TX 75093 |
| ROBERT DALE DOVER | 2509 QUAIL RIDGE RD. MELISSA TX 75454 |
| ROBERT JOSEPH MARTEL | 200 LIGHTHOUSE LANE; APT. B3 SWANSBORO NC 28584 |
| ROBINSON BRADSHAW & HINSON P.A. | ATTN: DAVID M. SCHILLI ESQ.,TY E. SHAFFER ESQ. 101 NORTH TRYON ST, STE 1900 CHARLOTTE NC 28246 |
| RONALD J. ROSE JR. | 26 PHEASANT RUN BALLSTON SPA NY 12020 |
| ROOB, CHAE S. | 8584 CHANHASSEN HILLS DR. SOUTH, CHANHASSEN MN 55317 |
| SANDNER, CHARLES | 1970 N. LESLIE #3779 PAHRUMP NV 89060 |
| SCOTT GENNETT | 16 WILDWOOD DRIVE LAKE GROVE NY 11755 |
| SEC NY REGIONAL OFFICE | ATTN ANDREW CALAMARI BROOKFIELD PLACE STE 400 200 VESEY STREET NEW YORK NY 10281-1022 |
| SECRETARY OF STATE | ATTN: BANKRUPTCY / FRANCHISE TAX DEPT. TOWNSEND BUILDING SUITE 1 401 FEDERAL STREET DOVER DE 19901 |
| SECURITIES & EXCHANGE COMMISSION | SECRETARY OF THE TREASURY 100 F STREET, NE WASHINGTON DC 20549 |
| SEGURA, MANUEL | 215 SHERIDAN APT. #B-43 PERTH AMBOY NJ 08861 |
| SHEPPARD MULLIN RICHTER & HAMPTON LLP | ATTN: CARREN B SHULMAN ESQ,KIMBERLY K SMITH ESQ 30 ROCKEFELLER PLAZA, 24TH FL NEW YORK NY 10112 |
| SPECTRUM GROUP MANAGEMENT LLC | ATTN: DAVID D.R. BULLOCK 1250 BROADWAY, 19TH FLOOR NEW YORK NY 10001 |
| STEWART, MIRIAM L. | 2615 BAILEY'S CROSSROADS RD. BENSON NC 27504 |
| STUTTS, MICHAEL | 1616 HASTINGS BLUFF MCKINNEY TX 75070 |
| THE INTECH GROUP INC. | ATTN: ERNIE HOLLING PRESIDENT 305 EXTON COMMONS EXTON PA 19341 |
| THOMPSON, MICHAEL R. | 564 OLD CANDIA ROAD CANDIA NH 03034 |
| TIM STEELE | POWER OF ATTORNEY FOR WAYNE SCHMIDT P.O. BOX 37 CHRISTOPHER LAKE SK S0J 0N0 CANADA |
| TISHLER & WALK, LTD. | JEFFREY B. ROSE 200 S. WACKER DRIVE, SUITE 3000 CHICAGO IL 60606 |
| TOTMAN, CARMEL TURLINGTON | 3029 MCDADE FARM ROAD RALEIGH NC 27616 |
| UPHOLD, LOIS DIANE | 201 CAMDEN PARK DRIVE GOLDSBORO NC 27530 |
| US DEPARTMENT OF LABOR | FRANCES PERKINS BUILDING 200 CONSTITUTION AVE NW WASHINGTON DC 20210 |
| VEGA, DEBRA | 818 GLENCO ROAD DURHAM NC 27703 |
| VIDMER, CLAUDIA | 213 ORCHARD LANE GLEN ELLYN IL 60137 |
| WACHTELL, LIPTON, ROSEN & KATZ | ATTN: PHILIP MINDLIN, ESQ.; DOUGLAS K. MAYER, ESQ. BENJAMIN M. ROTH, ESQ.; GREGORY E. PESSIN, ESQ; BRIAN M. WALKER, ESQ. COUNSEL TO GOOGLE INC. AND RANGER INC. 51 WEST 52ND STREET NEW YORK NY 10019 |
| WADLOW, JERRY | PO BOX 722 STRATFORD OK 74872 |
| WATSON, THELMA | PO BOX 971 BATH SC 29816 |
| WEIR & PARTNERS LLP | JEFFREY S. CIANCIULLI, ESQ. COUNSEL TO ACME PACKET, INC. 824 MARKET STREET, SUITE 800 WILMINGTON DE 19801-4939 |
| WOLFE, PAUL DOUGLAS | 113 RED DRUM LANE GLOUCESTER NC 28528 |
| WREAD, BRENDA L. | 3408A WATER VISTA PARKWAY LAWRENCEVILLE GA 30044 |
| YATES, KIM M. | 207 TOMATO HILL ROAD LEESBURG FL 34748 |

<div style="text-align:center;border:1px solid black;">

**Total Creditor count  120**

</div>

LEITH TESSY
157 CEDAR STREET
LEXINGTON, MA 02420

ANDREWS KURTH LLP
ATTN: PAUL  N. SILVERSTEIN
450 LEXINGTON AVENUE
NEW YORK, NY 10017

BIFFERATO LLC
IAN CONNOR BIFFERATO, ESQ.; MATTHEW DENN, ESQ;
KEVIN G. COLLINS, ESQ.
COUNSEL TO CREDIT SUISSE STRATEGIC PARTNERS
800 N. KING STREET, PLAZA LEVEL
WILMINGTON, DE 19801

ELLIOTT GREENLEAF
ATTN: RAFAEL X. ZAHRALDDIN-ARAVENA;
SHELLY A. KINSELLA
COUNSEL TO THE OFFICIAL COMMITTEE OF LONG TERM
DISABILITY PLAN PARTICIPANTS
1105 N. MARKET STREET, SUITE 1700
WILMINGTON, DE 19801

LECLAIRRYAN LLP
ROBERT S. MCWHORTER
COUNSEL FOR AVNET INTERNATIONAL (CANADA) LTD.
980 9TH STREET, 16TH FLOOR
SACRAMENTO, CA 95814

PINCKNEY, WEIDINGER, URBAN & JOYCE, LLC
ATTN: JOANNE P. PINCKNEY, ESQ.
COUNSEL TO SOLUS ALTERNATIVE ASSET MANAGEMENT LP
3711 KENNETT PIKE, SUITE 210
GREENVILLE, DE 19807

SAUL EWING LLP
ATTN: JOYCE A. KUHNS
500 E. PRATT STREET, 8TH FLOOR
BALTIMORE, MD 21202

SUMITOMO ELECTRIC
ATTN: CHRIS FINCH CREDIT MANAGER
201 S. ROGERS LANE, STE. 100
RALEIGH, NC 27610

**EXHIBIT B**

| Name | Contact1 | fax |
|---|---|---|
| ACUSHNET COMPANY | ATTN: CREDIT DEPT | 508-979-3913 |
| AKIN GUMP STRAUSS HAUER & FELD LLP | ATTN: FRED S. HODARA ESQ.; RYAN C. JACOBS | 212-872-1002 |
| ALLEN & OVERY LLP | ATTN: KEN COLEMAN ESQ,LISA J.P. KRAIDIN. | 212-610-6399 |
| APC WORKFORCE SOLUTIONS LLC | ATTN: DOUG GOIN CFO | 407-770-6162 |
| ARDENT LAW GROUP, P.C. | ATTN: HUBERT H. KUO ESQ. | 949-863-9783 |
| ARNALL GOLDEN GREGORY LLP | ATTN: DARRYL S. LADDIN ESQ.,FRANK N. | 404-873-8121 |
| ASHBY & GEDDES P.A. | ATTN: RICARDO PALACIO ESQ. | 302-654-2067 |
| ASSISTANT ATTORNEY GENERAL | ATTN: LAURA L. MCCLOUD ESQ. | 615-741-3334 |
| BAKER BOTTS L.L.P. | JUDITH W. ROSS, ESQ. | 214-661-4605 |
| BALLARD SPAHR | ATTN: LESLIE HEILMAN ESQ. | 302-252-4466 |
| BALLARD SPAHR ANDREWS & INGERSOLL LLP | ATTN: DAVID L. POLLACK ESQ.,JEFFREY | 215-864-9473 |
| BALLARD SPAHR LLP | ROBERT MCL. BOOTE, ESQ. | 215-864-8999 |
| BALLARD SPAHR, LLP | TOBEY M. DALUZ, ESQ.; DAVID T. MAY, ESQ. | 302-252-4466 |
| BARTLETT HACKETT FEINBERG P.C. | ATTN: FRANK F. MCGINN ESQ. | 617-422-0383 |
| BAYARD, P.A. | CHARLENE D. DAVIS, ESQ., JUSTIN R. | 302-658-6395 |
| BERNSTEIN, SHUR, SAWYER & NELSON | ATTN: ROBERT J. KEACH, ESQ.; PAUL | 207-774-1127 |
| BIALSON BERGEN & SCHWAB | ATTN: LAWRENCE M. SCHWAB ESQ.,THOMAS | 650-494-2738 |
| BIFFERATO LLC | IAN CONNOR BIFFERATO, ESQ.; MATTHEW | 302-254-5383 |
| BLANK ROME LLP | ATTN: BONNIE GLANTZ FATELL, ESQ.; | 302-425-6464 |
| BOYLAN BROWN | ATTN: DEVIN LAWTON PALMER | 585-238-9012 |
| BRACEWELL & GUILIANI LLP | ATTN: JENNIFER FELDSHER | 212-938-3837 |
| BROWN & CONNERY LLP | ATTN: DONALD K. LUDMAN ESQ. | 856-853-9933 |
| BROWN RUDNICK LLP | EDWARD S. WEISFELNER & BENNETT S. | 212-209-4801 |
| BROWN RUDNICK LLP | STEVEN D. POHL, ESQ. | 617-856-8201 |
| BRYAN CAVE LLP | ATTN: CULLEN K. KUHN ESQ. | 314-552-8869 |
| BRYAN CAVE LLP | ATTN: ERIC S. PREZANT ESQ. | 312-602-5050 |
| BRYAN CAVE LLP | ATTN: MICHELLE MCMAHON ESQ. | 212-541-4630 |
| BUCHALTER NEMER | ATTN: SHAWN M. CHRISTIANSON ESQ. | 415-227-0770 |
| BUCHANAN INGERSOLL & ROONEY PC | ATTN: MARY F. CALOWAY ESQ.,P.J. DUHIG | 302-552-4295 |
| CARTER LEDYARD & MILBURN LLP | ATTN: JAMES GADSDEN | 212-732-3232 |
| CASSELS BROCK & BLACKWELL LLP | ATTN: MICHAEL J. WUNDER, R. SNAYNE KUKULOWICZ, AND | 416-640-3206; 416-640-3189; 416-640-3176 |
| CHADBOURNE & PARKE LLP | ATTN: N. THODORE ZINK JR. ESQ. | 212-541-5369 |
| CHIPMAN BROWN CICERO & COLE, LLP | ATTN: W. CHIPMAN, M. OLIVERE & A. | 302-295-0199 |
| COLE SCHOTZ P.C. | N. PERNICK, S. BHATNAGAR & N. BRANNICK | 302-574-2106 |
| COMMONWEALTH OF PENNSLYVANIA | CAROL E. MOMJIAN | 215-560-2202 |
| CONNOLLY BOVE | ATTN: JEFFREY S. WISLER ESQ.,MARC J. | 302-658-0380 |
| COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP | SAMUEL H. RUDMAN, ESQ.; DAVID A. ROSENFELD, ESQ. | 631-367-1173 |
| COWLES & THOMPSON, PC | ATTN: STEPHEN C. STAPLETON | 214-462-6401 |
| CROSS & SIMON, LLC | CHRISTOPHER P. SIMON, ESQ. | 302-777-4224 |
| CURTIS MALLET-PREVOST COLT & MOSLE LLP | ATTN: STEVEN J. REISMAN ESQ.,JAMES V. | 212-697-1559 |
| DAVIS & KUELTHAU, S.C. | ATTN: RUSSELL S. LONG, ESQ. | 414-278-3656 |

| DENTONS CANADA LLP | KENNETH KRAFT | 416-979-1234 |
|---|---|---|
| DLA PIPER LLP (US) | ATTN: RICHARD M. KREMEN ESQ.,DALE K. | 410-580-3001 |
| DLA PIPER LLP (US) | ATTN: SELINDA A. MELNIK | 302-394-2341 |
| DRINKER BIDDLE & REATH LLP | ATTN: HOWARD A. COHEN, ESQ. | 302-467-4201 |
| DRINKER BIDDLE & REATH LLP | ATTN: ROBERT K. MALONE, ESQ. | 973-360-9831 |
| DUANE MORRIS LLP | MICHAEL R. LASTOWSKI, ESQ.; SUMMER L. | 302-657-4901 |
| ELLIOTT GREENLEAF | ATTN: RAFAEL X. ZAHRALDDIN-ARAVENA; | 302-384-9399 |
| FOX ROTHSCHILD LLP | JEFFREY M. SCHLERF, ESQ. | 302-656-8920 |
| FPL LAW DEPARTMENT | ATTN: RACHEL S. BUDKE ESQ. | 561-691-7103 |
| FREEBORN & PETERS LLP | ATTN: AARON L. HAMMER ESQ. | 312-360-6995 |
| FULBRIGHT & JAWORSKI LLP | ATTN: DAVID A. ROSENZWEIG ESQ. | 212-318-3400 |
| GIBBONS P.C. | ATTN: DAVID N. CRAPO ESQ. | 973-639-6244 |
| GIBSON DUNN | JANET WEISS, ESQ. | 212-351-4035 |
| GOODMANS LLP | ATTN: CHRIS ARMSTRONG | 416-979-1234 |
| GOWLING LAFLEUR HENDERSON | ATTN: JENNIFER STAM; DERRICK TAY | 416-862-7661 |
| GUSSIE H. ANDERSON | | 877-276-1232 |
| HAHN LOESER & PARKS LLP | ATTN: ALAN S. KOPIT ESQ.,CHRISTOPHER W. | 216-241-2824 |
| HERBERT SMITH | ATTN: STEPHEN GALE | 44-0-20-7098-4878 |
| HINCKLEY ALLEN & SNYDER LLP | ATTN: JENNIFER V. DORAN ESQ. | 617-345-9020 |
| HP COMPANY | ATTN: RAMONA NEAL ESQ. | 208-396-3958 |
| HUGHES HUBBARD & REED LLP | CHARLES HUBERTY, DEREK ADLER AND FARA TABATABAI | 212-422-4726; 212-299-6269; 212-299-6045 |
| HUNTON & WILLIAMS | ATTN: LYNNETTE R. WARMAN | 214-740-7181 |
| IBM CORPORATION/IBM CREDIT LLC | ATTN: BANKRUPTCY COORDINATOR | 845-491-5032 |
| J. SCOTT DOUGLASS ESQ. | | 713-227-7497 |
| JONES DAY | ATTN: JEFFREY B. ELLMAN ESQ.,ROBBIN S. | 404-581-8330 |
| KATTEN MUCHIN ROSENMAN LLP | ATTN: CRAIG BARBAROSH; DAVID CRICHLOW; | 212-940-8776 |
| KATTEN MUCHIN ROSENMAN LLP | ATTN: DUSTIN P. BRANCH ESQ. | 310-788-4471 |
| KELLEY DRYE & WARREN LLP | ATTN: HOWARD S. STEEL ESQ. | 212-808-7897 |
| KELLEY DRYE & WARREN LLP | KRISTIN S. ELLIOTT, ESQ. | 212-808-7897 |
| KLEE TUCHIN BOGDANOFF & STERN LLP | ATTN: EDWARD T. ATTANASIO ESQ. | 310-407-9090 |
| KLEHR HARRISON | ATTN: JOANNE B. WILLS ESQ. | 302-426-9193 |
| LANDIS RATH & COBB LLP | ADAM G. LANDIS, ESQ.; KERRI K. MUMFORD, | 302-467-4450 |
| LATHROP & GAGE LLP | ATTN: STEPHEN K. DEXTER ESQ. | 720-931-3201 |
| LECLAIRRYAN LLP | ROBERT S. MCWHORTER | 916-449-9694 |
| LEWIS AND ROCA LLP | ATTN: SCOTT K. BROWN ESQ. | 602-734-3866 |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | ATTN: DAVID G. AELVOET ESQ. | 210-226-4308 |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | ATTN: ELIZABETH WELLER ESQ. | 469-221-5002 |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | ATTN: JOHN P. DILLMAN ESQ. | 713-844-3503 |
| LOWENSTEIN SANDLER PC | ATTN: VINCENT A. D'AGOSTINO ESQ. | 973-597-2400 |
| LOWENSTEIN SANDLER PC | JOHN SHERWOOD, ESQ.; IRA M. LEVEE, ESQ. | 973-597-2400 |
| MAGNOZZI & KYE, LLP | ATTN: AMISH R. DOSHI, ESQ. | 631-923-2860 |
| MAYER BROWN LLP | ATTN: BRIAN TRUST, ESQ.; THOMAS M. | 212-262-1910 |
| MCGUIREWOODS LLP | ATTN: DAVID I. SWAN ESQ.,KENNETH M. | 703-712-5050 |

| | | |
|---|---|---|
| MEYERS LAW GROUP P.C. | ATTN: MERLE C. MEYERS ESQ.,MICHELE | 415-362-7515 |
| MILBANK TWEED HADLEY & MCCLOY LLP | ATTN: DENNIS F. DUNNE ESQ.,THOMAS R. | 212-530-5219 |
| MISSOURI DEPT OF REVENUE | ATTN: SHERYL L. MOREAU ESQ. | 573-751-7232 |
| MONARCH ALTERNATIVE CAPITAL LP | ATTN: ANDREW HERENSTEIN | 866-741-2505 |
| MONZACK MERSKY MCLAUGHLIN AND BROWDER P.A. | ATTN: RACHEL B. MERSKY ESQ. | 302-656-2769 |
| MORRIS JAMES LLP | ATTN: BRETT D. FALLON ESQ. | 302-571-1750 |
| MORRIS JAMES LLP | ATTN: MICHAEL J. CUSTER ESQ. | 302-571-1750 |
| MUNICIPAL OPERATIONS | ATTN: MAX TAYLOR ASST. CITY ATTY. | 720-913-3180 |
| Network Engineering Inc. | c/o Evan A McCormick Esquire | 405-840-5183 |
| NIXON PEABODY LLP | ATTN: LOUIS J. CISZ, III | 415-984-8300 |
| NORTON ROSE | ATTN: TONY REYES | 416-216-3930 |
| NOSSAMAN LLP | ATTN: ROBERT S. MCWHORTER ESQ. | 916-442-0382 |
| OFFICE OF THE U.S. TRUSTEE | ATTN: MARK KENNEY | 302-573-6497 |
| ORRICK HERRINGTON & SUTCLIFFE LLP | ATTN: RANIERO D'AVERSA JR ESQ,LAURA D | 212-506-5151 |
| PA SENIOR DEPUTY ATTY GEN | ATTN: CAROL E. MOMJIAN ESQ. | 215-560-2202 |
| PACHULSKI STANG | ATTN: LAURA DAVIS JONES,TIMOTHY P. | 302-652-4400 |
| PATTERSON BELKNAP WEBB & TYLER LLP | ATTN: DANIEL A. LOWENTHAL; BRIAN P. | 212-336-2222 |
| PENSION BENEFIT GUARANTY CORP | ATTN: VICENTE MATIAS MURRELL ESQ. | 202-326-4112 |
| PEPPER HAMILTON LLP | ATTN: DAVID B STRATTON ESQ,LEIGH-ANNE M RAPORT ESQ | 302-421-8390 |
| PEPPER HAMILTON LLP | ATTN: HENRY JAFFE ESQ. | 302-421-8390 |
| PEPPER HAMILTON LLP | EVELYN J. MELTZER, ESQ. | 302-421-8390 |
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP | ATTN: ELIZABETH BANDA ESQ. | 817-860-6509 |
| PINCKNEY, WEIDINGER, URBAN & JOYCE, LLC | ATTN: JOANNE P. PINCKNEY, ESQ. | 302-655-5213 |
| POLSINELLI PC | ATTN: CHRISTOPHER A WARD ESQ,JUSTIN K | 302-252-0921 |
| POST & SCHELL P.C. | ATTN: BRIAN W. BISIGNANI ESQ. | 717-731-1985 |
| POYNER SPRUILL LLP | ATTN: SHANNON E. HOFF | 704-342-5264 |
| PRYOR CASHMAN LLP. | ATTN: RONALD S. BEACHER, ESQ. | 212-515-6959 |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | SUSHEEL KIRPALANI, ESQ., JAMES C. TECCE, | 212-849-7100 |
| RAY QUINNEY & NEBEKER P.C. | ATTN: STEPHEN C. TINGEY, ESQ. | 801-532-7543 |
| RIDDELL WILLIAMS P.S. | ATTN: JOSEPH E. SHICKICH JR. ESQ. | 206-389-1708 |
| ROPES & GRAY LLP | ATTN: MARK I. BANE,ANNE H. PAK | 212-596-9090 |
| ROPES & GRAY LLP | JAMES M. WILTON, ESQ. | 617-951-7050 |
| SAUL EWING LLP | ATTN: JOYCE A. KUHNS | 410-332-8964 |
| SEC NY REGIONAL OFFICE | ATTN: ALISTAR BAMBACH | 212-336-1348 |
| SECRETARY OF TREASURY | | 302-739-5635 |
| SIRLIN GALLOGLY & LESSER, P.C. | ATTN: DANA S. PLON ESQ. | 215-864-9669 |
| SKADDEN ARPS SLATE MEAGHER & FLOM LLP | ATTN: ROBERT A. WEBER | 302-651-3001 |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | ATTN: GEORGE A. ZIMMERMAN, ESQ. | 212-735-2000 |
| SMITH ANDERSON BLOUNT DORSETT MITCHELL & JERNIGAN | LLP, ATTN: AMOS U. PRIESTER IV ESQ. | 919-821-6800 |
| STEMPEL BENNETT CLAMAN & HOCHBERG P.C. | ATTN: EDMOND P. O'BRIEN ESQ. | 212-681-4041 |

| | | |
|---|---|---|
| STEVEN S. HONIGMAN | ATTORNEY FOR SUPERIOR AVIATION BEIJING | 917-591-7364 |
| SULLIVAN HAZELTINE ALLINSON LLC | ATTN: WILLIAM D. SULLIVAN ESQ. | 302-428-8195 |
| SUMITOMO ELECTRIC | ATTN: CHRIS FINCH CREDIT MANAGER | 919-541-8297 |
| SWARTZ CAMPBELL LLC | ATTN: NICHOLAS SKILES ESQ. | 302-656-1434 |
| THE INTERPUBLIC GROUP OF COMPANIES | ATTN: NICHOLAS VIANNA | 212-704-2236 |
| TW TELECOM INC. | ATTN: LINDA BOYLE | 303-566-1010 |
| U.S. DEPT OF JUSTICE CIVIL DIV | ATTN: SETH B. SHAPIRO ESQ. | 202-307-0494 |
| UNISYS CORPORATION | ATTN: JANET FITZPATRICK | 215-986-5721 |
| UNIVERSAL SERVICE ADMINISTRATIVE CO | ATTN: DAVID CAPOZZI,ACTING GENERAL | 202-776-0080 |
| US ATTORNEY'S OFFICE | | 302-573-6431 |
| VEDDER PRICE P.C. | ATTN: MICHAEL L. SCHEIN & MICHAEL J. | 212-407-7799 |
| VEDDER PRICE P.C. | ATTN: DOUGLAS J. LIPKE, ESQ.; ROBERT F. | 312-609-5005 |
| VONBRIESEN & ROPER S.C. | ATTN: RANDALL D. CROCKER ESQ. | 414-238-6532 |
| VORYS, SATER, SEYMOUR AND PEASE LLP | TIFFANY STRELOW COBB, ESQ. | 614-719-4663 |
| WERB & SULLIVAN | ATTN: DUANE D. WERB ESQ. | 302-652-1111 |
| WHITEFORD TAYLOR & PRESTON LLC | CHRISTOPHER M. SAMIS AND L. KATHERINE | 302-661-7950 |
| WICK PHILLIPS GOULD & MARTIN, LLP | ANDREW M. GOULD, ESQ. | 214-692-6255 |
| WILLKIE FARR & GALLAGHER LLP | ATTN: ALAN J. LIPKIN ESQ.,JEREMY E. | 212-728-8111 |
| WILLKIE FARR & GALLAGHER LLP | MARC ABRAMS, ESQ.; BRIAN E. O'CONNOR, ESQ; | 212-728-9251; 212-728-9587; 212-728-9170 |
| WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP | ATTN: MARK G. LEDWIN ESQ. | 914-323-7001 |
| WOLFF & SAMSON PC | ATTN: ROBERT E. NIES ESQ. | 973-530-2212 |
| WOMBLE CARLYLE SANDRIDGE & RICE, PLLC | STEVEN K. KORTANEK, ESQ.; MATTHEW P. | 302-252-4330 |
| YOUNG CONAWAY | ATTN: JAMES L. PATTON AND EDWIN J. | 302-571-1253 |

| FIRM | CONTACT | FAX |
|---|---|---|
| EGERTON, MCAFEE, ARMISTEAD & DAVIS, P.C. | ATTN: JOHN L. WOOD | 865-525-5293 |
| HOLLAND AND KNIGHT LLP | ATTN: JOSHUA KRUMHOLZ & JOHN J. MONAGHAN | 617-523-6850 |
| HOLLAND AND KNIGHT LLP | ATTN: BARBRA RACHEL PARLIN | 212-385-9010 |
| KING & BALLOW LAW OFFICES | ATTN: RICHARD S. BUSCH, ESQ. | 865-525-5293 |