# rivadeneira ♦ colombara ♦ zegers
ABOGADOS

April 6th, 2016, Santiago, Chile

Mrs.
Bankruptcy Court of the District of Delaware
824 N Market St,
3rd Floor
Wilmington, DE 19801
<u>United States</u>

    Our Client, Algeciras Holding, has its address in Av. Libertad N°1405, office 1601, Viña del Mar, CHILE; and Cotelsa Inc. is not part of Algeciras Holding.

    For that reason, we are sending you back the documents that you sent to Cotelsa Inc, because our client hasn't any relationship with them.

    Best regards,

*[signature]*

Ricardo Gebauer Kosornal
Attorney at Law
rivadeneira ♦ colombara ♦ zegers
Santa Lucía #330, Piso 5
Santiago - Chile
Tel: (56-2) 29138000
Fax: (56-2) 26391035
www.rcz.cl