**IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Nortel Networks Inc., *et al.*,[1]<br><br>　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>Jointly Administered |

### NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that the appearance of James P. Barabas of Allen & Overy LLP is hereby withdrawn as counsel for Ernst & Young Inc., the court-appointed monitor of Nortel Networks Corporation and certain of its direct and indirect subsidiaries in proceedings under Canada's *Companies' Creditors Arrangement Act*, R.S.C. 1985, c. C-36, as amended, pending before the Ontario Superior Court of Justice (Commercial List).

[*Intentionally left blank*]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. ( 4181 ), Sonoma Systems (2073 ), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567), and Nortel Networks (CALA) Inc. (4226).

The Monitor continues to be represented by Buchanan Ingersoll & Rooney PC and Allen & Overy LLP.

| | |
|---|---|
| Dated: April 26, 2016<br>Wilmington, Delaware | **BUCHANAN INGERSOLL & ROONEY PC**<br><br>/s/   Kathleen A. Murphy<br>Mary F. Caloway (No. 3059)<br>Kathleen A. Murphy (No. 5215)<br>919 North Market Street, Suite 1500<br>Wilmington, Delaware 19801<br>(302) 552-4200 (telephone)<br>(302) 552-4295 (facsimile)<br>mary.caloway@bipc.com<br>kathleen.murphy@bipc.com<br><br>- and –<br><br>**ALLEN & OVERY LLP**<br><br>Ken Coleman<br>Daniel J. Guyder<br>1221 Avenue of the Americas<br>New York, NY  10020<br>(212) 610-6300 (telephone)<br>(212) 610-6399 (facsimile)<br>ken.coleman@allenovery.com<br>daniel.guyder@allenovery.com<br><br>*Attorneys for Ernst & Young Inc., as Monitor*<br>*and Foreign Representative of the Canadian Debtors* |