# EXHIBIT A

## NORTEL NETWORKS INC., *et al*.
## CASE NO. 09-10138 (KG)

Professional Fees and Expenses
Monthly Fee Application

| Applicant & Docket No. | Time Period Covered | Fees & Expenses Requested in Application | Fees & Expenses Allowed/Awarded | Date Application Filed | Objection Deadline |
|---|---|---|---|---|---|
| Ashurst LLP  [Docket No. 16660] | 2/1/16 - 2/29/16 | £47,487.00 (Fees)  £15.90 (Expenses) | £37,989.60 (Fees @ 80%)  £15.90 (Expenses @ 100%) | 3/31/16 | 4/21/16 |