## EXHIBIT A

## NORTEL NETWORKS INC., *et al*.
## CASE NO. 09-10138 (KG)

Professional Fees and Expenses
Monthly Fee Application

| Applicant & Docket No. | Time Period Covered | Fees & Expenses Requested in Application | Fees & Expenses Allowed/Awarded | Date Application Filed | Objection Deadline |
|---|---|---|---|---|---|
| Akin Gump Strauss Hauer & Feld LLP  [Docket No. 16687] | 2/1/16 - 2/29/16 | $492,991.50 (Fees)  $7,814.20 (Expenses) | $394,393.20 (Fees @ 80%)  $7,814.20 (Expenses @ 100%) | 4/4/16 | 4/25/16 |