## **Exhibit B**

4815-9624-1456.1

**Nortel Networks, Inc.**
**Expenses**

| Employee | Description | Transaction Date | Expenses |
|---|---|---|---|
| Kennedy,Diana Lynn (US012436403) | Mileage: Round trip mileage from EY office to Nortel office for meetings with Jeff Wood.\\EY office and Nortel | 2/19/2016 | $24.30 |
| Gentile,Matthew Donald (US012548056) | Mileage: The origin was the EY Office and the destination was Research Triangle Park.\\EY Office; RTP | 2/17/2016 | $15.12 |
| Scott,James E (US011119307) | Mileage: Miles to Nortel (2016)\\Raleigh - Norte | 2/9/2016 | $14.58 |
| Beakey III,Andrew M (US011131290) | Lodge: Went to NC to TY15 planning; 1 night \\E2232282 | 9/3/2015 | $141.95 |
| Oliver,Angel L. (US013748562) | Taxi: Went to Iselin, NJ to meet with Jennie DeVincenzo to meet regarding the matrix we are building for Raj to create a payroll database from.\\Airport to Iselin, NJ office | 1/21/2016 | $59.00 |
| Oliver,Angel L. (US013748562) | Dinner: Went to Iselin, NJ to meet with Jennie DeVincenzo to meet regarding the matrix we are building for Raj to create a payroll database from. | 1/19/2016 | $35.96 |
| Oliver,Angel L. (US013748562) | Lodge: Went to Iselin, NJ to meet with Jennie DeVincenzo to meet regarding the matrix we are building for Raj to create a payroll database from; 1 night.\\266052672 | 1/19/2016 | $172.50 |
| Lowery,Kristie L (US011686190) | Lunch: Nortel meeting in Raleigh NC on Forms 1099 1/20.  Working meeting and discussion on Forms 1099 and how to be compliant with global and domestic Forms 1099 reporting once distribution is approved.  Attendees: Kathryn Schultea - President RLKS; Raj Paributer - Developer RLKS, Brandon B - Developer RLKS, Letitcia Barrios - RLKS, Felicia Buenestro - RLKS, Mary Csicilia - RLKS, Daniel Tollefson - RLKS, David Ponster - RLKS, Jennie Devincenzo - Sr Manager EY, Rebecca Mills - Sr EY; Kristie Lowery - EY Partner | 1/20/2016 | $171.71 |
| Lowery,Kristie L (US011686190) | Brkft: Nortel meeting in Raleigh NC on Forms 1099 1/20.  Breakfast in Raleigh with Rebecca Mills and Kristie Lowery. | 1/20/2016 | $9.61 |
| Lowery,Kristie L (US011686190) | Misc: Nortel meeting in Raleigh NC on Forms 1099 1/20.  Waters and drinks for team | 1/20/2016 | $16.00 |
| DeVincenzo,Jennie Harrison (US011772771) | Brkft: Trip to Raleigh to meet with Nortel team at the request of Kathy Schultea to discuss the gross to net database and project status and the 1099 options. | 1/20/2016 | $20.61 |

**Nortel Networks, Inc.**
**Expenses**

| Employee | Description | Transaction Date | Expenses |
|---|---|---|---|
| DeVincenzo,Jennie Harrison (US011772771) | Air: Trip to Raleigh to meet with Nortel team at the request of Kathy Schultea to discuss the gross to net database and project status and the 1099 options.\\OGTRNA | 1/14/2016 | $7.00 |
| DeVincenzo,Jennie Harrison (US011772771) | Air: Trip to Raleigh to meet with Nortel team at the request of Kathy Schultea to discuss the gross to net database and project status and the 1099 options.\\OGTRNA | 1/14/2016 | $408.65 |
| DeVincenzo,Jennie Harrison (US011772771) | Tolls: Trip to Raleigh to meet with Nortel team at the request of Kathy Schultea to discuss the gross to net database and project status and the 1099 options.\\Roundtrip home to airport and back home | 1/20/2016 | $12.60 |
| DeVincenzo,Jennie Harrison (US011772771) | Mileage: Trip to Raleigh to meet with Nortel team at the request of Kathy Schultea to discuss the gross to net database and project status and the 1099 options.\\roundtrip home to airport and back home | 1/20/2016 | $23.76 |
| DeVincenzo,Jennie Harrison (US011772771) | Parking: Trip to Raleigh to meet with Nortel team at the request of Kathy Schultea to discuss the gross to net database and project status and the 1099 options. | 1/20/2016 | $33.00 |
| | | Totals | $1,166.35 |

All airfair was scheduled at economy class.