**Exhibit B**

# Invoice

Ashurst LLP
Broadwalk House
5 Appold Street
London
EC2A 2HA

Tel +44 (0)20 7638 1111
Fax +44 (0)20 7638 1112
www.ashurst.com

The Official Unsecured Creditors Committee for Nortel Networks Inc
c/o Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, New York  10036
United States of America

Our VAT No.: GB 108 2136 48



**Interim (S)**

VAT Invoice Date: **28 April 2016**    Our Ref: **GDB/CCN01.00001**    Invoice No.: **408479**

|  | VAT GBP | VAT Rate (%) | Fees and Disbursements GBP |
|---|---|---|---|
| **Re: BANKRUPTCY** |  |  |  |
| **To our professional fees** (NT) | 0.00 | 0.00 | 12,868.00 |
| For the period to 31 March 2016, in connection with the above matter. |  |  |  |
| (Please see attached) |  |  |  |
| Document Production (NT) | 0.00 | 0.00 | 18.00 |
|  | 0.00 |  | 12,886.00 |
|  | VAT |  | 0.00 |
|  | Total |  | 12,886.00 |
|  | Balance Due |  | 12,886.00 |

The fees and disbursements the subject of this invoice may include fees and disbursements due to another member of the Ashurst Group.

**Payment Details**
NatWest - 15 Bishopsgate, London, EC2P 2AP - **Account No.:** 00404268
**Sort Code:** 50-00-00 - **Swift Code:** NWBKGB2L - **IBAN Code:** GB12NWBK50000000404268

| Please note: Remittance advices should be sent electronically to remittances@ashurst.com |
|---|

Please quote reference 408479 when settling this invoice
**Payment Terms: 21 days**

**Legal services are 100% foreign source**

AUSTRALIA  BELGIUM  CHINA  FRANCE  GERMANY  HONG KONG SAR  INDONESIA (ASSOCIATED OFFICE)  ITALY  JAPAN  PAPUA NEW GUINEA
SAUDI ARABIA  SINGAPORE  SPAIN  SWEDEN  UNITED ARAB EMIRATES  UNITED KINGDOM  UNITED STATES OF AMERICA

Ashurst LLP is a limited liability partnership registered in England and Wales under number OC330252 and is part of the Ashurst Group. It is a law firm authorised and regulated by the Solicitors Regulation Authority of England and Wales under number 468653. A list of members of Ashurst LLP and their professional qualifications is open to inspection at its registered office Broadwalk House, 5 Appold Street, London EC2A 2HA or at the address above. The term 'partner' in relation to Ashurst LLP is used to refer to a member of Ashurst LLP or to an employee or consultant with equivalent standing and qualifications. The Ashurst Group has an office in each of the places listed above.



The Official Unsecured Creditors Committee
Re: BANKRUPTCY
GDB/GDB/CCN01.00001
For the period: to 31/03/2016
Prebill Number:1039868

| Role | Name | Hours | Amount | Code |
|---|---|---:|---:|---|
| Partner | Giles Boothman | 0.30 | 253.50 | (C0012) |
| | | **0.30** | **253.50** | |
| Partner | Angela Pearson | 0.80 | 636.00 | (C0012) |
| | | **0.80** | **636.00** | |
| Partner | Marcus Fink | 0.70 | 532.00 | (C0012) |
| | | **0.70** | **532.00** | |
| Senior Associate | Antonia Croke | 2.20 | 1,309.00 | (C0007) |
| | | 1.50 | 892.20 | (C0012) |
| | | **3.70** | **2,201.50** | |
| Senior Associate | Andy Wright | 1.40 | 798.00 | (C0012) |
| | | **1.40** | **798.00** | |
| Senior Associate | Drew Sainsbury | 2.70 | 1,606.50 | (C0007) |
| | | 0.20 | 119.00 | (C0012) |
| | | **2.90** | **1,725.50** | |
| Senior Associate | Lindsey Roberts | 4.10 | 2,234.50 | (C0003) |
| | | 3.30 | 1,798.50 | (C0007) |
| | | 2.30 | 1,253.50 | (C0012) |
| | | **9.70** | **5,286.50** | |
| Trainee | Kelly Trueman | 3.20 | 656.00 | (C0012) |
| | | **3.20** | **656.00** | |
| Trainee | James Powell | 3.80 | 779.00 | (C0012) |
| | | **3.80** | **779.00** | |
| | **Total** | **26.50** | **12,868.00** | |

**Matter: CCN01.00001 - BANKRUPTCY**

| C0003 | Ashurst Fee Application/Monthly Billing Reports | Time (Decimal) | Agreed Rate (GBP /hour) | Amount |
|---|---|---:|---:|---:|
| **Senior Associate** | | | | |
| LROBER | Lindsey Roberts | 4.10 | 545.00 | 2,234.50 |
| **Trainee** | | | | |
| JAPOWE | James Powell | 3.80 | 205.00 | 779.00 |
| KTRUEM | Kelly Trueman | 3.20 | 205.00 | 656.00 |
| | | | Total | **3,669.50** |

**Matter: CCN01.00001 - BANKRUPTCY**

## C0003    Ashurst Fee Application/Monthly Billing Reports

|  |  |  |  | Time (Decimal) | Agreed Rate (GBP /hour) | Amount |
|---|---|---|---|---|---|---|

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 29/02/2016 | Kelly Trueman | DRFT | Drafting and checking the interim fee application and email to LROBER re the same | 0.50 | 205.00 | 102.50 |
| 29/02/2016 | Kelly Trueman | DRFT | Drafting February fee application including checking and amending draft invoices and liaising with costs - billings re the same | 2.10 | 205.00 | 430.50 |
| 29/02/2016 | Kelly Trueman | LETT | Checking February fee applications and email to LROBER re the same | 0.60 | 205.00 | 123.00 |
| 01/03/2016 | Lindsey Roberts | LETT | With KTRUE re February fee application | 0.30 | 545.00 | 163.50 |
| 22/03/2016 | Lindsey Roberts | LETT | Emails re: pre-bill and fee application | 0.20 | 545.00 | 109.00 |
| 22/03/2016 | Lindsey Roberts | DRFT | Review and mark-up draft invoice for March fee applications | 0.40 | 545.00 | 218.00 |
| 23/03/2016 | Lindsey Roberts | READ | Review of Fee Examiners Preliminary Report | 0.20 | 545.00 | 109.00 |
| 23/03/2016 | Lindsey Roberts | DRFT | Preparing draft fee application for internal meeting with JAPOWE | 0.50 | 545.00 | 272.50 |
| 24/03/2016 | James Powell | INTD | Discussion with LROBER regarding submission of fee applications | 0.10 | 205.00 | 20.50 |
| 24/03/2016 | Lindsey Roberts | READ | Second review and mark-up of the draft invoice for March fee application | 0.60 | 545.00 | 327.00 |
| 24/03/2016 | Lindsey Roberts | INTD | Discussion with JAPOWE re fee application | 0.10 | 545.00 | 54.50 |
| 24/03/2016 | Lindsey Roberts | LETT | Emails to/from WTP re: CNO filing | 0.10 | 545.00 | 54.50 |
| 29/03/2016 | James Powell | LETT | Emails with cashiers to confirm payments received following Interim Applications | 0.10 | 205.00 | 20.50 |
| 29/03/2016 | James Powell | RSCH | Checking dates and docket numbers for orders relating to monthly and interim fee applications | 0.30 | 205.00 | 61.50 |
| 29/03/2016 | James Powell | DRFT | Updating the Monthly Fee Application for February compensation and expenses | 1.80 | 205.00 | 369.00 |
| 29/03/2016 | James Powell | READ | Reviewing instructions for updating and submitting the Monthly Fee Application | 0.30 | 205.00 | 61.50 |
| 29/03/2016 | Lindsey Roberts | INTD | Email to JP re: fee application; emails to/from Cashiers and billing re: the same | 0.30 | 545.00 | 163.50 |
| 30/03/2016 | James Powell | DRFT | Updating Monthly Fee Application for February 2016 | 0.40 | 205.00 | 82.00 |
| 30/03/2016 | Lindsey Roberts | INTD | Discussion with Cashiers re: amendments to invoice | 0.30 | 545.00 | 163.50 |
| 30/03/2016 | Lindsey Roberts | READ | Review of final versions of fee application and associated spreadsheet | 0.20 | 545.00 | 109.00 |
| 30/03/2016 | Lindsey Roberts | DRFT | Review and mark-up draft Nortel fee application | 0.50 | 545.00 | 272.50 |
| 31/03/2016 | James Powell | LETT | Email to Lisa Spencer re. updated invoice for February fees. | 0.10 | 205.00 | 20.50 |
| 31/03/2016 | James Powell | REVI | Reviewing the updated invoice for February fees. Subsequently marking up a further required change. | 0.10 | 205.00 | 20.50 |
| 31/03/2016 | James Powell | LETT | Finalising the February Monthly Fee Application, producing a compiled pdf application, and email to Matthew Fagan re. filing the application with the Court. | 0.60 | 205.00 | 123.00 |
| 31/03/2016 | Lindsey Roberts | LETT | Emails and discussion with costs re further corrections to draft invoice. | 0.40 | 545.00 | 218.00 |

|  |  |  |  |  |  | 3,669.50 |
|---|---|---|---|---|---|---|

**Matter: CCN01.00001 - BANKRUPTCY**

## C0007     Creditors Committee Meetings

| | | Time (Decimal) | Agreed Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Senior Associate** | | | | |
| ACROKE | Antonia Croke | 2.20 | 595.00 | 1,309.00 |
| DSAINS | Drew Sainsbury | 2.70 | 595.00 | 1,606.50 |
| LROBER | Lindsey Roberts | 3.30 | 545.00 | 1,798.50 |
| | | | Total | 4,714.00 |

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/03/2016 | Drew Sainsbury | READ | Materials ahead of call tomorrow | 0.50 | 595.00 | 297.50 |
| 03/03/2016 | Antonia Croke | LETT | Emails LROBER and DS/SLAW re UCC call | 0.20 | 595.00 | 119.00 |
| 03/03/2016 | Antonia Croke | READ | Review Agenda for UCC call, mins of previous call, Canadian corro re BH fees, motion re settlement with Hain Capital and SNMP motion | 0.50 | 595.00 | 297.50 |
| 03/03/2016 | Drew Sainsbury | PHON | UCC call and debrief team | 0.60 | 595.00 | 357.00 |
| 09/03/2016 | Drew Sainsbury | READ | Docs circulated ahead of UCC call | 0.10 | 595.00 | 59.50 |
| 10/03/2016 | Antonia Croke | PHON | Attend UCC call | 0.40 | 595.00 | 238.00 |
| 10/03/2016 | Antonia Croke | READ | Review agenda for UCC call, minutes of previous call, Quinn supplemental statement and ltr to Judge Gross re SNMP | 0.50 | 595.00 | 297.50 |
| 10/03/2016 | Drew Sainsbury | LETT | Emails re UCC call | 0.10 | 595.00 | 59.50 |
| 17/03/2016 | Antonia Croke | READ | Review agenda and materials for UCC call | 0.50 | 595.00 | 297.50 |
| 17/03/2016 | Antonia Croke | LETT | Emails M Fagen re UCC call | 0.10 | 595.00 | 59.50 |
| 17/03/2016 | Drew Sainsbury | LETT | UCC call Agenda | 0.10 | 595.00 | 59.50 |
| 23/03/2016 | Drew Sainsbury | LETT | UCC call Agenda | 0.10 | 595.00 | 59.50 |
| 24/03/2016 | Drew Sainsbury | LETT | Emails re UCC call | 0.10 | 595.00 | 59.50 |
| 24/03/2016 | Lindsey Roberts | READ | Review of UCC call agenda and relevant materials | 0.40 | 545.00 | 218.00 |
| 24/03/2016 | Lindsey Roberts | READ | Attendance on UCC call | 1.00 | 545.00 | 545.00 |
| 29/03/2016 | Drew Sainsbury | LETT | Emails re UCC call | 0.10 | 595.00 | 59.50 |
| 31/03/2016 | Drew Sainsbury | LETT | Emails re UCC and review of attached materials | 1.00 | 595.00 | 595.00 |
| 31/03/2016 | Lindsey Roberts | READ | Review of material in advance of UCC call. | 0.80 | 545.00 | 436.00 |
| 31/03/2016 | Lindsey Roberts | PHON | Attend UCC call. | 1.10 | 545.00 | 599.50 |
| | | | | | | 4,714.00 |

Matter: CCN01.00001 - BANKRUPTCY

## C0012     General Claims Analysis/Claims Objections

|  |  | Time (Decimal) | Agreed Rate (GBP /hour) | Amount |
|---|---|---:|---:|---:|
| **Partner** | | | | |
| AMP | Angela Pearson | 0.80 | 795.00 | 636.00 |
| GDB | Giles Boothman | 0.30 | 845.00 | 253.50 |
| MDF | Marcus Fink | 0.70 | 760.00 | 532.00 |
| **Senior Associate** | | | | |
| ACROKE | Antonia Croke | 1.50 | 595.00 | 892.50 |
| ACW | Andy Wright | 1.40 | 570.00 | 798.00 |
| DSAINS | Drew Sainsbury | 0.20 | 595.00 | 119.00 |
| LROBER | Lindsey Roberts | 2.30 | 545.00 | 1,253.50 |
| | | | Total | **4,484.50** |

**Matter: CCN01.00001 - BANKRUPTCY**

## C0012     General Claims Analysis/Claims Objections

|  |  |  | | Time (Decimal) | Agreed Rate (GBP /hour) | Amount |
|---|---|---|---|---|---|---|

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/03/2016 | Andy Wright | LETT | Email of instruction to LCP re. buy-out estimate for UK pension plan | 0.10 | 570.00 | 57.00 |
| 02/03/2016 | Antonia Croke | LETT | Review emails re appeal oral argument time | 0.20 | 595.00 | 119.00 |
| 07/03/2016 | Antonia Croke | LETT | Emails LROBER/SLAW re handover; email GDB re same | 0.10 | 595.00 | 59.50 |
| 07/03/2016 | Antonia Croke | LETT | Review emails re record on appeal | 0.10 | 595.00 | 59.50 |
| 07/03/2016 | Andy Wright | LETT | Email correspondence with LCP re. paper on cost of buying-out Plan liabilities. | 0.10 | 570.00 | 57.00 |
| 07/03/2016 | Drew Sainsbury | INTD | Handover from A Croke | 0.20 | 595.00 | 119.00 |
| 07/03/2016 | Lindsey Roberts | LETT | Emails to/from ACROKE re handover | 0.20 | 545.00 | 109.00 |
| 08/03/2016 | Antonia Croke | LETT | Review email re opening brief of monitor & canadian debtors | 0.10 | 595.00 | 59.50 |
| 10/03/2016 | Antonia Croke | READ | Review SNMP ltr re witnesses | 0.30 | 595.00 | 178.50 |
| 10/03/2016 | Angela Pearson | READ | Review emails re Quinn supp stmt and Judge Gross letter | 0.30 | 795.00 | 238.50 |
| 11/03/2016 | Antonia Croke | LETT | Review emails re cross-appeal reply briefs | 0.30 | 595.00 | 178.50 |
| 17/03/2016 | Antonia Croke | LETT | Review ltr to Goodmans re Monitor's motion | 0.20 | 595.00 | 119.00 |
| 18/03/2016 | Antonia Croke | READ | Review Canadian Court update | 0.10 | 595.00 | 59.50 |
| 21/03/2016 | Antonia Croke | LETT | Review emails re April 5 hearing | 0.10 | 595.00 | 59.50 |
| 21/03/2016 | Andy Wright | READ | Reviewing LCP report on updated buy-out costs of NNUK Pension Plan and drafting update email to Akin re. the same | 1.10 | 570.00 | 627.00 |
| 21/03/2016 | Marcus Fink | READ | Review LCP update and discuss with ACW | 0.70 | 760.00 | 532.00 |
| 22/03/2016 | Angela Pearson | READ | Review emails re buy-out costs off NNUK Pension Plan | 0.50 | 795.00 | 397.50 |
| 22/03/2016 | Lindsey Roberts | LETT | Emails and motions re Liquidity Solutions motion seeking interim distributions orders | 0.40 | 545.00 | 218.00 |
| 22/03/2016 | Lindsey Roberts | LETT | Emails re: seeking leave to file a sur-reply brief in Canadian proceedings | 0.50 | 545.00 | 272.50 |
| 29/03/2016 | Lindsey Roberts | READ | Email from Akin re: Update on the mediation | 0.10 | 545.00 | 54.50 |
| 29/03/2016 | Lindsey Roberts | READ | Emails from Robert Johnson re: oral argument (including joint status report) | 0.40 | 545.00 | 218.00 |
| 29/03/2016 | Lindsey Roberts | READ | Emails and letter circulated by Akin re: trade claim consortium request to allow telephonic attendance | 0.40 | 545.00 | 218.00 |
| 29/03/2016 | Lindsey Roberts | LETT | Email from M Fagan re: US Debtors motion to leave to file sur brief on cross appeal | 0.10 | 545.00 | 54.50 |
| 30/03/2016 | Andy Wright | LETT | Email correspondence with Akin re. buy-out liabilities | 0.10 | 570.00 | 57.00 |
| 30/03/2016 | Lindsey Roberts | READ | Review email from ACW re: buyout estimate | 0.20 | 545.00 | 109.00 |
| 31/03/2016 | Giles Boothman | READ | Emails re cttee meetings and pensions buy out costs/ team | 0.30 | 845.00 | 253.50 |

                              **4,484.50**