**Exhibit C**

**DISBURSEMENT SUMMARY**

**MARCH 01, 2016 THROUGH MARCH 31, 2016**

| Document Production | £18.00 |
|---|---|
| **TOTAL** | **£18.00** |