**Exhibit D**

**Disbursements Detailed Breakdown**

**Document Production 300 sheets @ 0.06p**                                                                18.00