**Exhibit E**

# SUMMARY OF ATTORNEYS AND LEGAL ASSISTANTS RENDERING SERVICES DURING THE PERIOD MARCH 01, 2016 THROUGH MARCH 31, 2016

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested (£) |
|---|---|---|---|---|
| Giles Boothman | Partner for 14 years; Admitted in 1993 in England and Wales; Restructuring and Special Situations Group, London | £845 | 0.30 | 253.50 |
| Angela Pearson | Partner for 8 years; Admitted in 1991 in England and Wales; Dispute Resolution Group, London | £795 | 0.80 | 636.00 |
| Marcus Fink | Partner for 3 years; Admitted in 2001 in England and Wales; Employment, Incentives and Pensions Group, London | £760 | 0.70 | 532.00 |
| Antonia Croke | Associate for 9 years; Admitted in 2007 in New South Wales; Australia Dispute Resolution Group, London | £595 | 3.70 | 2,201.50 |
| Drew Sainsbury | Associate for 9 years; Admitted in 2007 in England and Wales; Restructuring and Special Situations Group, London | £595 | 2.90 | 1,725.50 |
| Andy Wright | Associate for 7 years; Admitted in 2009 in England and Wales; Employment, Incentives and Pensions Group, London | £570 | 1.40 | 798.00 |
| Lindsey Roberts | Associate for 5 years; Admitted in 2011 in England and Wales; Dispute Resolution Group, London | £545 | 9.70 | 5,286.50 |
| Kelly Trueman | Trainee Solicitor; Dispute Resolution Group, London | £205 | 3.20 | 656.00 |
| James Powell | Trainee Solicitor; Dispute Resolution Group, London | £205 | 3.80 | 779.00 |
| **TOTAL** | | | **26.50** | **12,868.00** |

## COMPENSATION BY PROJECT CATEGORY
## MARCH 01, 2016 THROUGH MARCH 31, 2016

| Project Category | Total Hours | Total Fees (£) |
|---|---|---|
| Ashurst Fee Application / Monthly Billing Reports | 11.10 | 3,669.50 |
| Creditors Committee Meetings | 8.20 | 4,714.00 |
| General Claims Analysis/Claims Objections | 7.20 | 4,484.50 |
| **TOTAL** | **26.50** | **12,868.00** |