**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re ) | |
| ) | Chapter 11 |
| Nortel Networks Inc., et al., [1] ) | Case No. 09-10138 (KG) |
| ) | Jointly Administered |
| Debtors. ) | |
| ) | Re: Docket No. 289 |
| ) | |

**TENTH SUPPLEMENTAL DECLARATION OF FRED S. HODARA
IN CONNECTION WITH THE APPLICATION OF THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS OF NORTEL NETWORKS
INC., ET AL. TO RETAIN AND EMPLOY AKIN GUMP STRAUSS HAUER &
FELD LLP AS CO-COUNSEL, NUNC PRO TUNC TO JANUARY 22, 2009**

**FRED S. HODARA**, hereby declares:

1.  I am an attorney at law admitted to practice in the State of New York and in the United States District Courts for the Southern and Eastern Districts of New York. I am a member of the firm of Akin Gump Strauss Hauer & Feld LLP ("Akin Gump"), which firm maintains offices at One Bryant Park, New York, New York 10036.

2.  I am familiar with the matters set forth herein and make this supplemental declaration (the "Supplemental Declaration") in connection with the Application (the "Application") of the Official Committee of Unsecured Creditors (the "Committee") of Nortel Networks Inc., et al. (collectively, the "Debtors") to retain and employ Akin Gump, as co-counsel, nunc pro tunc to January 22, 2009 (Docket No. 289), and to update my initial declaration, dated

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Alteon Websystems, Inc. (9769); Alteon Websystems International, Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567); and Nortel Networks (CALA) Inc. (4226).

1

February 13, 2009, submitted in connection therewith, first supplemental declaration, dated March 20, 2009 (Docket No. 505), second supplemental declaration, dated May 6, 2009 (Docket No. 706), third supplemental declaration, dated July 10, 2009 (Docket No. 1063), fourth supplemental declaration, dated November 2, 2009 (Docket No. 1807), fifth supplemental declaration, dated February 16, 2010 (Docket No. 2424), sixth supplemental declaration, dated July 7, 2011 (Docket No. 5899), seventh supplemental declaration, dated August 29, 2011 (Docket No. 6253), eighth supplemental declaration, dated November 15, 2011 (Docket No. 6781), and ninth supplemental declaration, dated June 19, 2013 (Docket No. 10939) (collectively, the "Prior Declarations").

3.  On January 22, 2009 (the "Committee Formation Date"), pursuant to section 1102 of title 11 of the United States Code (the "Bankruptcy Code"), the United States Trustee for the District of Delaware (the "U.S. Trustee") appointed the Committee. The Committee currently consists of three members: Pension Benefit Guaranty Corporation; Law Debenture Trust Company of New York, as indenture trustee; and The Bank of New York Mellon, as indenture trustee. On the Committee Formation Date, the Committee selected Akin Gump to serve as co-counsel to the Committee pursuant to section 1103(a) of the Bankruptcy Code.

4.  In preparing this Supplemental Declaration, through my colleagues, I caused to be submitted to Akin Gump's computerized client and conflict database (the "Conflict Database")[2] additional entities not included in Schedule 1 to the Prior Declarations.[3] A copy of the list of the

---

[2] The Conflict Database maintained by Akin Gump is designed to include every matter on which the firm is now and has been engaged, by which entity the firm is now or has been engaged and, in each instance, the identity of related parties and adverse parties and certain of the attorneys in the firm that are knowledgeable about the matter. It is the policy of Akin Gump that no new matter may be accepted or opened within the firm without completing and submitting to those charged with maintaining the computer Conflict Database the information necessary to check each such matter for conflicts, including the identity of the prospective client, the matter, and related and adverse parties. Accordingly, Akin Gump maintains and systematically updates this system in the regular course of business of the firm, and it is the regular practice of the firm to make and maintain these records.

[3] Certain of the entities submitted to Akin Gump's Conflict Database were included in Schedule 1 to the Prior Declarations, though the identities of such entities were redacted for reasons of confidentiality.

parties searched by Akin Gump in connection with preparation of this Supplemental Declaration is annexed hereto as Schedule 1 (collectively, the "Searched Parties"). The entities listed in Schedule 1 to this Supplemental Declaration include: (i) parties who filed notices of appearance; (ii) transferees of claims; (iii) parties involved in transactions pursuant to Bankruptcy Code section 363; (iv) parties identified in Bankruptcy Rule 2014 statements filed by other parties in these cases; (v) parties identified in Bankruptcy Rule 2019 statements filed by other parties in these cases; (vi) parties to adversary proceedings related to these cases; (vii) parties who filed statements pursuant to Schedule 13D of the Securities Exchange Act of 1934; and (viii) professionals retained by the Debtors or Committee.

### Representation of Parties in Interest[4]

5.     Set forth in Schedule 2 annexed hereto is a listing of those parties from Schedule 1 (Searched Parties) of this Supplemental Declaration that Akin Gump either (i) currently represents (the "Current Clients") in matters wholly unrelated to the Debtors' chapter 11 cases or (ii) has in the past represented in matters wholly unrelated to the Debtors' chapter 11 cases. In connection with the services to be rendered to the Committee, Akin Gump will not commence a cause of action against any Current Client with respect to the Debtors' chapter 11 cases, unless Akin Gump receives a waiver from the Current Client allowing Akin Gump to commence such an action. In connection with these chapter 11 cases, to the extent any causes of action are commenced by or against any Current Client, and a waiver letter is not obtained permitting Akin Gump to participate in such action, the Committee will use conflicts counsel to represent the interests of the Debtors' unsecured creditors.

---

[4] Akin Gump does not act as general counsel to any of the parties in interest or related entities described herein.

6.     Set forth in Schedule 3 annexed hereto is a listing of those parties from Schedule 1 (Searched Parties) of this Supplemental Declaration that are currently or have in the past been adverse to clients of Akin Gump in matters wholly unrelated to these chapter 11 cases.

7.     Set forth in Schedule 4 of this Supplemental Declaration is a list of those Searched Parties from Schedule 1 of this Supplemental Declaration that appear in the Conflict Database as currently serving or having served on informal and/or official creditors' committees represented by Akin Gump during the period January 1, 2005 through the present.

### Other Connections and General Disclosures

8.     Akin Gump may have represented in the past and/or may currently or in the future represent entities (other than parties included in the attached exhibits) not currently known to Akin Gump in matters wholly unrelated to the Debtors' chapter 11 cases who may be parties in interest in these cases.  To the extent that Akin Gump discovers any such information or needs to update the information disclosed herein, Akin Gump will disclose such information to the Court, the Debtors and the U.S. Trustee by filing a supplemental declaration pursuant to Bankruptcy Rule 2014.

I hereby declare under penalty of perjury that, based upon the information available to me, the foregoing is true and correct.

Executed on May 2, 2016

_____
Fred S. Hodara

## Schedule 1
## Schedule of Searched Parties

**Parties Who Have Filed Notices of Appearance: May 6, 2013 through April 26, 2016**

Network Engineering, Inc.
Nortel Trade Claim Consortium
Taylor, Stephen, Conflicts Administrator for Nortel Networks SA
Wilmington Trust, National Association

**Transferees of Claims: May 6, 2013 through April 26, 2016**

AAI Blue Mountain Fund PLC
Blackwell Partners, LLC
Blue Mountain Distressed Master Fund, L.P.
Blue Mountain Guadalupe Peak Fund L.P.
Blue Mountain Kicking Horse Fund L.P.
Blue Mountain Timberline Ltd.
Blue Mtn. Credit Alternatives MF L.P.
Blue Mtn. Long/Short Credit MF L.P.
Blue Mtn. Montenvers MF SCA SICAV-SIF
Bowery Acquisition, LLC
Bulldog Investors General Partnership
Coface North America Insurance Co.
Corre Opportunities II Master Fund, LP
Corre Opportunities Qualified Master Fund, LP
CVF Lux Master S.a.r.l.
Delta Networks Inc.
Farallon Capital AA Investors, L.P.
Jefferies Leveraged Credit Products, LLC
Optical NN Holdings, LLC
Regiment Capital Ltd
Ronald J. Kupferman and Scott B. Harper as Indemnification Representatives of the former shareholders of Peopleclick, Inc.
Sierra Liquidity Fund, LLC
Solus Opportunities Fund 1 LP
Solus Opportunities Fund 2 LP
Solus Recovery Fund III Master LP
Sonar Credit Partners III, LLC
The Seaport Group LLC Profit Sharing Plan
The Yield Master Fund I, L.P.
US Debt Recovery XV LP
Valholl Ltd.
VonWin Capital Management, LP
WB Claims Holding Nortel, LLC
XL Re Ltd.

**Parties to Bankruptcy Code Section 363 Transactions: May 6, 2013 through April 26, 2016**

There were no Bankruptcy Code section 363 transactions commenced from May 6, 2013 through April 26, 2016.

**Parties Identified in 2014 Statements: May 6, 2013 through April 26, 2016**

2256355 Ontario Limited
Addrex Inc.
Alvarion Ltd
Amphenol Corp.
Angelo, Gordon & Co.
Arris Group Inc.
Atkinson, John D.
Aurelius Capital Management
Barrios, Alvio Silvio
Beeline.com, Inc.
Bejar, Martha Helena
Berkeley Research Group
Bernard Dunleavy, B.L.
Bifield, Allan
Blackberry Ltd f/k/a Research in Motion Ltd.
Blackwell Partners LLC
Bloom, Alan Robert
Bockstar Technologies

6

Brown Rudnick LLP
Buchbinder, David
Buchwald, Robert
Bulldog Investors General Partnership
C.N.A. Insurance
CA, Inc.
Cable One, Inc.
Caesars Entertainment
Cameron, Wilfred J.
Carrasco
CarVal Investors, LLC
Cassels, Brock & Blackwell LLP
Cassidy Turley CPS
Centerbridge Partners, L.P.
Central General Engineering and Maintenance Limited
Cequel Communications, LLC d/b/a Suddenlink Communications
Charles Schwab Corporation, The
Charter Communications, Inc.
Chico, Juan Jose
Chilmark Partners, LLC
Citadel Investment Group LLC
Coare Brookfield Lakes, LLC
Coca-Cola Company
Cognizant Technology Solutions Corporation
Collins, Eugene F.
Commonwealth of Pennsylvania
Constellation Energy Partners LLC
Constellation Technologies LLC
Contrarian Opportunity Fund G.P., L.L.C.
Corre Opportunities Qualified Master Fund, LP
Dell Marketing L.P.
Deutsche Telekom
Drawbridge Special Opportunities Fund LP
DW Investment Management LP
Farallon Capital Management, LLC
Federal Express
Federated U.S. Treasury Cash Reserves, Institutional Shares money market fund
First Citizens (Bank)
Flaherty, Lauren
Fortress Investment Group
Fox Rothschild LLP
Franklin Mutual Advisors, LLC

FTI Consulting, Inc.
Gateway Trust
GDF Suez Energy Resources NA
Giordano, Diane
Glaspell, Clarke
Global IP Law Group, LLC
GoldenTree Asset Management
Gomez, Cristina
Gonzales, Felipe
Gowlings Lafleur Henderson LLP
Green, Christine
GS Investment Strategies, LLC
H.G. Wellington & Co., Inc.
Hall, Christopher John Wilkinson
Harrington, William K.
Harris, Steven John
Hea, Jacqueline C.
Heck, Jeffrey
Herbert Smith Freehills LLP
Hewlett-Packard Indigo BV, a subsidiary of Hewlett-Packard Company
Hok, Inc.
Hudson, Alan Michael
Hughes Hubbard & Reed LLP
I and C SA
Interactive Communications International d/b/a Incomm
Isbel SA
J Mock & Co SA
Kales, Robert Michael
Kapsch AG
Karr, Paul W.
Kenney, Mark
King Street Capital Management L.P.
Kittlitz, Christian
Klauder, David
Konet PR
LaSalle, William J.
Laurential Bank of Canada
Leamy, Jane
Lederfyl SA
Leva, Fabiola
LexisNexis
Linklaters LLP
Longacre Institutional Opportunity Fund
Look, Peter

Luis Fernando Guerra Sanz
Mannheimer Swartling Advokatbrya AB
Manning Global
Marsh Canada Ltd.
Marsh Mclennan Companies
McKinsey & Company, Inc.
Mcomm Group Inc
Mercury America USA Corp
Metaswitch Networks Ltd
Milan, Norberto
Milbank, Tweed, Hadley & McCloy LLP
Molex Incorporated
Monarch Alternative Capital LP
Monarch Capital Partners III LP
Morrison, Paul E.
Napier-Wilson, Diane
National Union Fire Insurance Company
Navigators Syndicate
Nelson, William K.
Newcomm 2000
Norton Rose Fulbright LLP
N-trig Inc., a subsidiary of Microsoft Inc.
Nuance Communications, Inc.
O'Malley, James R.
O'Neal, Lauren
Online 2000 Inc
Optime Consulting Inc
Owens, William A.
Owneby, Danny
Palisades Capital Advisors LLC
Panacio, Michael
Phillips, Layn R.
Powers, Donald
Pritchard, Alan W.
Proctor, Frankie
Proctor, Janie
Quantum Partners LP
Queens Ballpark Company, L.L.C.
Radware Ltd.
Rattray, Stephen A.
Ray, John
Regiment Capital Ltd.
Rerate Limited Inc
Ricaurte, Christopher Simon
Rockstar Consortium Inc. f/k/a Rockstar Bidco LP
Roese, John
Ross, Eric John
Ross, Timothy C.
Roth, John A.
Santoyo, Eduardo
SAP Middle East & North Africa LLC, a subsidiary of SAP SE
Sarkessian, Juliet
SCA IPLA Holdings Inc.
Schepacarter, Richard
Sembrat, Kevin
Silver Point Capital, L.P.
Skadden, Arps, Slate, Meagher & Flom LLP
SL Green Realty Corp.
SNMP Research International Inc.
Southall, Punter
Special Counsel Inc.
State of Michigan, Department of Treasury
Stout, Allen Keith
Suarez, Jorge Humberto
Sumi Trust
SWS Group, Inc.
Tariq, Semra
Taylor, Stephen
Techlaw Solutions, Inc.
Telefonaktiebolaget L M Ericsson (publ)
Tellabs, Inc.
Tenor Capital Management
The Internal Revenue Service
Time Warner Cable
Tinker, Thomas Patrick
TRT NOIP Glenville-Richardson LP
Tyco Electronics
United Business Media LLC dba Everything Channel
United States Debt Recovery, LP
USAA Eagle Real Estate Multi-Sector Operating Partnership, LP
Vedder Price
Ventresca, Anna
Verizon Communications Inc.
Viana, Hector Benjamin
Vinson, Ramona
Vonderweidt, Guy
Wadlow, Jerry
Wendt, Dietmar

West, Michael
Whiteford, Taylor & Preston LLP
WideOpen West Finance, LLC a/k/a WOW! Internet, Cable & Phone, Knology, Inc.
Williams, Shakima L.
Wilson, John B.
Wireless Integrated Networks WIN
Wynn, Dion
Zyxel Communications, Inc.

**Parties Identified in 2019 Statements: May 6, 2013 through April 26, 2016**

Angelo, Gordon & Co.
Aristeia Capital, L.L.C.
Aurelius Capital Management, LP
Cameron, Wilfred J.
CarVal Investors, LLC
Centerbridge Partners, L.P.
Davidson Kempner Capital Management LP
DW Investment Management LP
Elliott Associates
Farallon Capital Management, LLC
Fir Tree Partners Inc.
Franklin Mutual Advisors, LLC
GoldenTree Asset Management
Granthum, Mayo, Van Otterloo & Co., LLC
GS Investment Strategies, LLC
Halcyon Asset Management LLC
HBK Capital Management
King Street Capital Management, L.P.
Macquarie Capital (USA), Inc.
Magnetar Capital LLC
Monarch Alternative Capital LP
Napier-Wilson, Dianne
Oak Hill Advisors L.P.
Och-Ziff Capital Management
PointState Capital LP
Quantum Partners LP
Silver Point Capital, LP
Stone Lion Capital Partners L.P.
Tenor Capital Management
Wilson, John B.

**Parties to Adversary Proceedings Initiated May 6, 2013 through April 26, 2016**

There were no adversary proceedings initiated during the period May 6, 2013 through April 26, 2016.

**Parties Who Filed Statements Pursuant to Schedule 13D of the Securities Exchange Act of 1934: May 6, 2013 through April 26, 2016**

No parties have filed statements pursuant to Schedule 13D of the Securities Exchange Act of 1934 during the period May 6, 2013 through April 26, 2016.

**Professionals Retained by Debtors or Committee: May 6, 2013 through April 26, 2016**

Berkeley Research Group, LLC
Cassels Brock & Blackwell LLP
CB Richard Ellis-Raleigh, LLC
Whiteford Taylor & Preston LLP

## Schedule 2

## Schedule of Searched Parties and/or Certain Related Parties that Akin Gump Currently Represents, or Has in the Past Represented, in Matters Unrelated to these Chapter 11 Cases

**Parties Who Have Filed Notices of Appearance: May 6, 2013 through April 26, 2016**

Akin Gump has in the past represented and currently represents the following companies and/or certain related parties of such companies on matters wholly unrelated to the Debtors' chapter 11 cases:

Wilmington Trust, National Association

**Transferees of Claims: May 6, 2013 through April 26, 2016**

Akin Gump has in the past represented and currently represents the following companies and/or certain related parties of such companies on matters wholly unrelated to the Debtors' chapter 11 cases:

| | |
|---|---|
| AAI Blue Mountain Fund PLC | Bowery Acquisition, LLC |
| Blackwell Partners, LLC | CVF Lux Master S.a.r.l. |
| Blue Mountain Distressed Master Fund, L.P. | Delta Networks Inc. |
| Blue Mountain Guadalupe Peak Fund L.P. | Farallon Capital AA Investors, L.P. |
| Blue Mountain Kicking Horse Fund L.P. | Jefferies Leveraged Credit Products, LLC |
| Blue Mountain Timberline Ltd. | Solus Opportunities Fund 1 LP |
| Blue Mtn. Credit Alternatives MF L.P. | Solus Opportunities Fund 2 LP |
| Blue Mtn. Long/Short Credit MF L.P. | Solus Recovery Fund III Master LP |
| Blue Mtn. Montenvers MF SCA SICAV-SIF | WB Claims Holding Nortel, LLC |

Akin Gump has in the past represented the following companies and/or certain related parties of such companies on matters wholly unrelated to the Debtors' chapter 11 cases:

| | |
|---|---|
| Coface North America Insurance Co. | XL Re Ltd. |
| Regiment Capital Ltd. | |

**Parties Identified in Bankruptcy Rule 2014 Statements: May 6, 2013 through April 26, 2016**

Akin Gump has in the past represented and currently represents the following companies and/or certain related parties of such companies on matters wholly unrelated to the Debtors' chapter 11 cases:

| | |
|---|---|
| Angelo, Gordon & Co. | C.N.A. Insurance |
| Aurelius Capital Management | Caesars Entertainment |
| Blackberry Ltd f/k/a Research in Motion Ltd. | CarVal Investors, LLC |
| | Centerbridge Partners, L.P. |
| Blackwell Partners LLC | Charter Communications, Inc. |

10

Citadel Investment Group LLC
Coca-Cola Company
Constellation Energy Partners LLC
Contrarian Opportunity Fund G.P., L.L.C.
Drawbridge Special Opportunities Fund LP
DW Investment Management LP
Farallon Capital Management, LLC
Fortress Investment Group
FTI Consulting, Inc.
GoldenTree Asset Management
GS Investment Strategies, LLC
King Street Capital Management L.P.
Longacre Institutional Opportunity Fund
Marsh Canada Ltd.
Marsh McLennan Company
Metaswitch Networks Ltd.
Monarch Alternative Capital LP
Monarch Capital Partners III LP
National Union Fire Insurance Company
N-trig Inc.
Quantum Partners LP
Silver Point Capital, LP
Telefonaktiebolaget L M Ericsson (publ)
Time Warner Cable
Tyco Electronics
USAA Eagle Real Estate Multi-Sector Operating Partnership, LP

Akin Gump has in the past represented the following companies and/or certain related parties of such companies on matters wholly unrelated to the Debtors' chapter 11 cases:

CA, Inc.
Cassidy Turley CPS
Charles Schwab Corporation
Commonwealth of Pennsylvania
Dell Marketing L.P.
Deutsche Telekom
Federal Express
First Citizens Bank
Fox Rothschild LLP
Franklin Mutual Advisors, LLC
Gateway Trust
GDF Suez Energy Resources NA
Gowlings Lafleur Henderson LLP
Hewlett-Packard Indigo BV
Hok, Inc.
Hughes Hubbard & Reed LLP
LexisNexis
Linklaters LLP
Mannheimer Swartling Advokatbrya AB
McKinsey & Company, Inc.
Molex Incorporated
Norton Rose Fulbright LLP
Regiment Capital Ltd.
SAP Middle East & North Africa LLC
Skadden, Arps, Slate, Meagher & Flom LLP
State of Michigan, Department of Treasury
SWS Group, Inc.
Tenor Capital Management
Verizon Communications, Inc.

**Parties Identified in Bankruptcy Rule 2019 Statements: May 6, 2013 through April 26, 2016**

Akin Gump has in the past represented and currently represents the following companies and/or certain related parties of such companies on matters wholly unrelated to the Debtors' chapter 11 cases:

Angelo, Gordon & Co.
Aristeia Capital, L.L.C.
Aurelius Capital Management, LP
CarVal Investors, LLC
Centerbridge Partners, L.P.
Davidson Kempner Capital Management LP
DW Investment Management LP
Elliott Associates
Farallon Capital Management, LLC
Fir Tree Partners Inc.
GoldenTree Asset Management
Granthum, Mayo Van Otterloo & Co., LLC

| | |
|---|---|
| GS Investment Strategies, LLC | Oak Hill Advisors L.P. |
| Halcyon Asset Management LLC | Och-Ziff Capital Management |
| HBK Capital Management | PointState Capital LP |
| King Street Capital Management, L.P. | Quantum Partners LP |
| Macquarie Capital (USA), Inc. | Silver Point Capital, LP |
| Magnetar Capital LLC | Stone Lion Capital Partners L.P. |
| Monarch Alternative Capital LP | |

Akin Gump has in the past represented the following companies and/or certain related parties of such companies on matters wholly unrelated to the Debtors' chapter 11 cases:

| | |
|---|---|
| Franklin Mutual Advisors, LLC | Tenor Capital Management |

**Professionals Retained by Debtors or Committee: May 6, 2013 through April 26, 2016**

Akin Gump has in the past represented Whiteford Taylor & Preston LLP and/or certain related parties on matters wholly unrelated to the Debtors' chapter 11 cases.

Akin Gump has in the past represented CB Richard Ellis-Raleigh, LLC and/or certain related parties on matters wholly unrelated to the Debtors' chapter 11 cases.

## Schedule 3

**Schedule of Searched Parties and/or Certain Related Parties that are Currently, or Have in the Past Been, Adverse to Clients of Akin Gump**

Amphenol Corp.
Angelo, Gordon & Co.
Arris Group Inc.
Beeline.com, Inc.
Blackberry Ltd f/k/a Research in Motion Ltd.
Blackwell Partners, LLC
Bowery Acquisition, LLC
C.N.A. Insurance
CA, Inc.
Coca-Cola Company
Caesars Entertainment
CarVal Investors, LLC
Cassidy Turley CPS
CB Richard Ellis-Raleigh, LLC
Centerbridge Partners, L.P.
Charles Schwab Corporation
Charter Communications, Inc.
Coface North America Insurance Co.
Cognizant Technology Solutions Corporation
Commonwealth of Pennsylvania
Constellation Energy Partners LLC
Contrarian Opportunity Fund G.P., L.L.C.
Corre Opportunities II Master Fund, LP
Corre Opportunities Qualified Master Fund, LP
CVF Lux Master S.a.r.l.
Davidson Kempner Capital Management LP
Dell Marketing L.P.
Deutsche Telekom
Elliott Associates
Farallon Capital AA Investors, L.P.
Farallon Capital Management, LLC
Federal Express
Federated U.S. Treasury Cash Reserves, Institutional Shares Money Market Fund
Fir Tree Partners Inc.
First Citizens Bank
Fortress Investment Group
Franklin Mutual Advisors, LLC
FTI Consulting, Inc.
Gateway Trust

GDF Suez Energy Resources NA
GS Investment Strategies, LLC
HBK Capital Management
Hewlett-Packard Indigo BV
Interactive Communications International d/b/a Incomm
Jefferies Leveraged Credit Products, LLC
King Street Capital Management, L.P.
Macquarie Capital (USA), Inc.
Magnetar Capital LLC
Mannheimer Swartling Advokatbrya AB
Marsh Canada Ltd.
Marsh McLennan Company
McKinsey & Company, Inc.
Molex Incorporated
Monarch Alternative Capital LP
Monarch Capital Partners III LP
N-trig Inc.
National Union Fire Insurance Company
Norton Rose Fulbright LLP
Nuance Communications, Inc.
Oak Hill Advisors L.P.
Och-Ziff Capital Management
Quantum Partners LP
Regiment Capital Ltd.
SAP Middle East & North Africa LLC
Silver Point Capital, LP
Skadden, Arps, Slate, Meagher & Flom LLP
SL Green Realty Corp.
Solus Opportunities Fund 1 LP
Solus Opportunities Fund 2 LP
Solus Recovery Fund III Master LP
Special Counsel Inc.
State of Michigan, Department of Treasury
Sumi Trust
SWS Group, Inc.
Telefonaktiebolaget L M Ericsson (publ)
The Internal Revenue Service
Thomas Patrick Tinker
Time Warner Cable
Tyco Electronics

USAA Eagle Real Estate Multi-Sector
  Operating Partnership, LP
Verizon Communications, Inc.
VonWin Capital Management, LP

WB Claims Holding Nortel, LLC
Whiteford, Taylor & Preston LLP
Wilmington Trust, National Association
XL Re Ltd.

**Schedule 4**

**Schedule of Searched Parties that are Currently Serving, or Have in the Past Served, on Other Informal and/or Official Creditors' Committees Represented by Akin Gump**

Aristeia Capital, L.L.C.
Aurelius Capital Management, LP
Bowery Acquisition, LLC
Caesars Entertainment
CarVal Investors, LLC
Centerbridge Partners, L.P.
Coca-Cola Company
Contrarian Opportunity Fund G.P., L.L.C.
CVF Lux Master S.a.r.l.
Davidson Kempner Capital Management LP
DW Investment Management LP
Elliott Associates
Farallon Capital AA Investors, L.P.
Farallon Capital Management, LLC
Federated U.S. Treasury Cash Reserves, Institutional Shares Money Market Fund
Fir Tree Partners Inc.
Franklin Mutual Advisors, LLC
GS Investment Strategies, LLC

Hewlett-Packard Indigo BV
Jefferies Leveraged Credit Products, LLC
King Street Capital Management, L.P.
Longacre Institutional Opportunity Fund
Marsh Canada Ltd.
Marsh McLennan Company
Monarch Alternative Capital LP
Monarch Capital Partners III LP
National Union Fire Insurance Company
Och-Ziff Capital Management
Quantum Partners LP
Silver Point Capital, LP
Solus Opportunities Fund 1 LP
Solus Opportunities Fund 2 LP
Solus Recovery Fund III Master LP
Stone Lion Capital Partners L.P.
Verizon Communications, Inc.
WB Claims Holding Nortel, LLC
Wilmington Trust, National Association