IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Nortel Networks Inc., *et al.*, | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | **Re: Docket No. 16784** |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE      :
                       : SS.
NEW CASTLE COUNTY      :

I, L. Katherine Good, Esquire, being duly sworn according to law, depose and state that I am employed as Counsel with the law firm of Whiteford, Taylor & Preston LLC, and that on May 3, 2016, I caused the *Tenth Supplemental Declaration of Fred S. Hodara in Connection with the Application of the Official Committee of Unsecured Creditors of Nortel Networks Inc., et al. to Retain and Employ Akin Gump Strauss Hauer & Feld LLP as Co-Counsel, Nunc Pro Tunc to January 22, 2009* [Docket No. 16784] to be served on the parties listed on **Exhibit A** hereto via first-class mail.

Dated: May 3, 2016

*/s/ Katherine Good*
L. Katherine Good (No. 5101)
WHITEFORD, TAYLOR & PRESTON LLC
The Renaissance Centre
405 North King Street, Suite 500
Wilmington, Delaware 19801
Telephone: (302) 353-4144
Facsimile: (302) 661-7950
Email: kgood@wtplaw.com

SWORN TO AND SUBSCRIBED before me this 3rd day of May, 2016

*/s/ Christine M. McAllister*
Notary Public

[Notary Seal: CHRISTINE M. MCALLISTER, MY COMMISSION EXPIRES April 6, 2020, NOTARY PUBLIC, STATE OF DELAWARE]