# EXHIBIT A

**CUMULATIVE COMPENSATION BY PROJECT
CATEGORY FOR APPLICATION PERIOD**

Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

April 1, 2016 through April 30, 2016

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

## HOURS/BILLABLE AMOUNTS BY PROJECT
## John Ray-Nortel

**Name:** John J. Ray, III

**Working Dates:** Start Date 4/1/16   End Date 4/29/16

**Enter Billing Rate/Hr:** 735.00

| Project No. | Project Name | Hours/Minutes Worked | Billing Rate | Billing Amount |
|---|---|---|---|---|
| 1 | MOR, required monthly/period disclosures, Schedule Admendments, Form 26 | | | |
| 2 | Contracts - assumption/rejection analysis & support, Executory contract review | | | |
| 3 | Claims Matters | | | |
| 4 | Preparation & presentation of financial and other information; cash/expense management; analysis of proposed transactions; assist with business processes | | | |
| 5 | Asset Sales or Other Transactional Support | | | |
| 6 | IT Infrastructure / Data Support | | | |
| 7 | Litigation Support; Attendance and testimony at hearings; Investigation matters at the request of counsel | 54.3 | $735.00 | $39,910.50 |
| 8 | Creditor Meetings; Various administrative matters (Tax, Financial, Board, Employee) | | | |
| 9 | Development of Plan of Reorganization; Disclosure Statement | | | |
| 10 | Non-Working Travel | 4.5 | $367.50 | $1,653.75 |
| 11 | Fee Application | 3.8 | $735.00 | $2,793.00 |
| | **Hours/Billing Amount for Period:** | **62.6** | | **$44,357.25** |

## Nortel TIME SHEET

**62.6**

John Ray

| Enter Date | Description | Professional | Project No. (1-11) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 4/1/16 | Prepare March fee application | John Ray | 11 | 3.8 |
| 4/4/16 | Travel to Wilmington for hearings in DC | John Ray | 10 | 4.5 |
| 4/5/16 | Attend allocation appeal hearing | John Ray | 7 | 3.0 |
| 4/6/16 | Attend SNMP hearing | John Ray | 7 | 1.0 |
| 4/10/16 | Comment on documents prepared by Cleary | John Ray | 7 | 3.3 |
| 4/11/16 | Further comment on Cleary document | John Ray | 7 | 2.8 |
| 4/12/16 | Call with Akin re allocation | John Ray | 7 | 1.5 |
| 4/13/16 | Call re review of allocation positions with Cleary | John Ray | 7 | 1.3 |
| 4/15/16 | Call with trade group and Cleary re pending matters | John Ray | 7 | 1.0 |
| 4/18/16 | Review of budget for 2016 (3.8) and winddown; call with Chilmark re same (1.0) | John Ray | 7 | 4.8 |
| 4/19/16 | Call with Cleary re allocation litigation | John Ray | 7 | 1.0 |
| 4/20/16 | Follow up review of documents from Cleary re litigation | John Ray | 7 | 3.5 |
| 4/21/16 | Review revised document to convey to Judge Farnam | John Ray | 7 | 2.3 |
| 4/25/16 | Call with Akin re allocation | John Ray | 7 | 1.3 |
| 4/25/16 | Follow up call with Cleary related to next steps re allocation matter | John Ray | 7 | 1.0 |
| 4/26/16 | Review claims status | John Ray | 7 | 3.8 |
| 4/26/16 | Call with Cleary re allocation and claims matters | John Ray | 7 | 1.0 |
| 4/26/16 | Further claims review | John Ray | 7 | 3.5 |
| 4/26/16 | Call with Milbank and Cleary re allocation matter | John Ray | 7 | 1.0 |
| 4/26/16 | Call with akin re LSI motion | John Ray | 7 | 1.3 |
| 4/27/16 | Review materials related to budget, claims and liabilities | John Ray | 7 | 5.0 |
| 4/28/16 | Call with LSI proponents | John Ray | 7 | 1.0 |
| 4/28/16 | Call with Cleary re LSI motion | John Ray | 7 | 0.8 |
| 4/28/16 | Review of issues and terms related to intra US estate claims and other matters | John Ray | 7 | 5.3 |
| 4/29/16 | Further review of intra estate matters re allocation | John Ray | 7 | 3.8 |