# EXHIBIT B

**EXPENSE SUMMARY/DETAIL**

Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

April 1, 2016 through April 30, 2016

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

**Nortel Networks, Inc.**

**EXPENSE SUMMARY**
**April 1, 2016 through April 30 2016**

**John Ray**

| Expense Category | | Total Expenses |
|---|---|---|
| Travel – Airline | | $ 295.35 |
| Travel – Lodging | | 600.00 |
| Travel – Transportation | | 200.00 |
| Travel – Meals | | - |
| Parking | | 32.00 |
| TOTAL | | $ 1,127.35 |
| | | |

John Ray Time and Expense--Nortel

PERIOD: April 1, 2016 through April 30 2016

| Date | Description | Air | Lodging | Transportation | Meals | Parking | Professional |
|---|---|---|---|---|---|---|---|
| 4/4/16 | Airfare | $ 295.35 | | | | | John Ray |
| 4/5/16 | Hoel | | $ 300.00 | | | | John Ray |
| 4/4/16 | Hotel | | $ 300.00 | | | | John Ray |
| 4/4/16 | Transport to Dupont Hotel from airport | | | $ 100.00 | | | John Ray |
| 4/6/16 | Transportation to airport | | | $ 100.00 | | | John Ray |
| 4/6/16 | Airport Parking | | | | | $ 32.00 | John Ray |