**See Attached for Exhibits A through H**

# Exhibit A

## The Mergis Group
### Summary of Professionals

Nortel Networks, Inc. et al.
For the period of March 1, 2016 through March 31, 2016

| Professional | Position | Title / Role of Professional |
|---|---|---|
| Timothy C. Ross | Officer | Chief Financial Officer and Corporate Secretary - Management responsibility for all business and finance functions supporting the U.S. Principal Officer in the company operation and liquidation; direct responsibilities include, operating budget oversight, treasury management, general accounting and controls, tax, information technology, human resources, real estate management, and foreign subsidiary wind down. Employee Benefits and Pension Investment Committee member. |
| William D. Cozart | Non-Officer | Associate - General accounting control oversight, debtor financial reporting (MOR, Form 26, etc.), general accounting control oversight, finance systems administration & controls, accounts receivable and billing, bank account reconciliations. |
| Kim Ponder | Non-Officer | Associate - General accounting & finance services for accounts payable, payment processing for normal course, intercompany, and professional, claims and litigation settlement disbursement processing, statutory reporting management & oversight. |

# Exhibit B

## The Mergis Group
### Summary of Projects and Project Descriptions

Nortel Networks, Inc. et al.
For the period of March 1, 2016 through March 31, 2016

| Project | Project Description |
|---|---|
| Administrative | Administrative matters related to the Debtors engagement.  Includes board meetings, staff meetings, preparation of miscellaneous statements, surveys, and schedules, miscellaneous document review and execution, electronic minute book maintenance, and office and general case management activities. |
| Bankruptcy Reporting | Assist the Debtors with bankruptcy reporting requirements.  Includes the financial reporting preparation & management review of the Monthly Operating Report (MOR), Form 26, Ordinary Course Professionals Report (OCP), US Trustee Fee Report, and related matters for the US Trustee. |
| Cash Management | Support the Debtors with cash flow management activities.  Includes treasury systems management and controls, bank service contract oversight, cash flow planning and analysis, accountability for cash flow budget achievement,  and cash reporting to estate constituents. |
| Claims Administration | Assist the Debtors with claims matters.  Includes claims database systems and controls, data maintenance,  analysis and validation, communications, distribution process planning, and claims settlement / distribution execution. |
| Compensation Application | Activities relating to the professional time tracking  and preparation of the compensation application. |
| Discovery | Activities driven by requests directed to Nortel Networks Inc. in support of the business divestiture proceeds allocation litigation. Includes data / document extraction and analysis, preparation & presentation of findings, interface with legal counsel,  and participate in court hearings. |
| Electronic Data and Document Preservation | Support the Debtors with the preservation of electronic data and hard copy documents.  Includes  governance and maintenance in compliance with court retention requirements and associated vendor service contract oversight. |
| Entity Liquidation and Wind Down | Assist the Debtors with the liquidation, wind down and/or deregistration of Nortel Networks, Inc. and its subsidiaries and branches (foreign and domestic).Includes the development and execution of step plans to ensure local law and U.S. Bankruptcy Court compliance in areas such as intercompany settlements, debt forgiveness, tax clearance certificates, final account balances;  compliance with local and U.S. statutory, tax, financial and other governmental reporting requirements; repatriation of subsidiary or branch cash to parent;  and coordinate with and support local accounting and legal professionals in conjunction with of all of the above. |
| Finance and General Accounting | Assist the Debtors with finance and general accounting operations in compliance with US GAAP.  Includes statutory financial reporting preparation & review, month and year end close processing, finance systems & controls, journal entry preparation, management review, and posting, account reconciliations, balance sheet analysis, and normal course accounts receivable and payable administration . |

# Exhibit B

## The Mergis Group
## Summary of Projects and Project Descriptions

Nortel Networks, Inc. et al.
For the period of March 1, 2016 through March 31, 2016

| Project | Project Description |
| --- | --- |
| Human Resources | Support the Debtors in Human Resources matters.  Includes development and execution of Debtors benefit plan termination (health and welfare, 401K, etc.), plan regulatory compliance oversight and reporting (audits, plan boards & committees, etc.)  vendor services contract management and oversight, human resource related communications, and HR systems and data maintenance and reporting. |
| Information Technology Operations | Assist the Debtors with the maintenance and support of the Nortel Networks, Inc. residual company information technology infrastructure operations.  Includes vendor services  and contract oversight, data extraction, back-up, and recovery, and infrastructure problem resolution support. |
| Insurance & Risk Management | Assist the Debtors with insurance and risk management activities.   Includes tracking and periodic management review of Debtors insurance coverage; ensuring compliance with established policies, leases, and contracts.  Provide service oversight to agent/broker contract. |
| Plan of Reorganization | Assist the Debtors with the preparation of the plan of reorganization and associated disclosure statement.  Includes financial analysis and Debtors review. |
| Professional Fee Applications | Assist the Debtors with the payment administration of engaged professionals.  Includes financial recording of professional fee applications to Debtors' books and records, reconciliation to Omnibus Fee Order to Debtors' books and records, fee disbursement based on Certificate of No Objection (CNO) , and associated year end regulatory reporting. |
| Real Estate Management | Assist the Debtors with lease and real estate matters.  Includes property management vendor contract oversight,  property management budget achievement accountability and associated financial planning & analysis, lease and sub-lease management / governance, and property marketing activities. |
| Residual Business Operations | Assist the Debtors in the resolution of outstanding residual business operations matters.  Includes activities relating to residual business services customer, vendor, and/or buyer contracts and associated receivables, payables, and/or inventory,  regulatory and government required business reporting surveys and schedules, and review and action of service of process notifications. |
| Tax Matters | Assist the Debtors with tax matters.   Includes vendor service contract oversight, financial analysis support and management review of federal, state, and local Tax returns, claims, and audits, and authorization of tax related matters (annual report filings, settlements, etc.) . |
| Travel | Authorized travel to support Debtors projects. |

# Exhibit C

## The Mergis Group
## Summary of Fees and Expenses

Nortel Networks, Inc. et al.
For the period of March 1, 2016 through March 31, 2016

| | Fees | Expenses | Total |
|---|---|---|---|
| For the period of March 1, 2016 through March 31, 2016 | $ 199,903.00 | $ 1,908.34 | $ 201,811.34 |

Exhibit C

Page 1 of 1

# Exhibit D

## The Mergis Group
## Summary of Time by Professional

Nortel Networks, Inc. et al.
For the period of March 1, 2016 through March 31, 2016

| Professional | Position | Title / Role of Professional | Hours |
|---|---|---|---|
| Timothy C. Ross | Officer | Chief Financial Officer and Corporate Secretary - Management responsibility for all business and finance functions supporting the U.S. Principal Officer in the company operation and liquidation; direct responsibilities include, operating budget oversight, treasury management, general accounting and controls, tax, information technology, human resources, real estate management, and foreign subsidiary wind down. Employee Benefits and Pension Investment Committee member. | 176.50 |
| William D. Cozart | Non-Officer | Associate - General accounting control oversight, debtor financial reporting (MOR, Form 26, etc.), general accounting control oversight, finance systems administration & controls, accounts receivable and billing, bank account reconciliations. | 175.50 |
| Kim Ponder | Non-Officer | Associate - General accounting & finance services for accounts payable, payment processing for normal course, intercompany, and professional, claims and litigation settlement disbursement processing, statutory reporting management & oversight. | 182.50 |

**Hours for the period of January 1, 2015 through January 31, 2015**

534.50

Billing Rate

$    374.00

**Fees for the period of January 1, 2015 through January 31, 2015**

$  199,903.00

# Exhibit E

## The Mergis Group
### Summary of Fees by Project

Nortel Networks, Inc. et al.
For the period of March 1, 2016 through March 31, 2016

| Project | Project Description | Hours | Fees |
|---|---|---|---|
| Administrative | Administrative matters related to the Debtors engagement. Includes board meetings, staff meetings, preparation of miscellaneous statements, surveys, and schedules, miscellaneous document review and execution, electronic minute book maintenance, and office and general case management activities. | - | $ - |
| Bankruptcy Reporting | Assist the Debtors with bankruptcy reporting requirements. Includes the financial reporting preparation & management review of the Monthly Operating Report (MOR), Form 26, Ordinary Course Professionals Report (OCP), US Trustee Fee Report, and related matters for the US Trustee. | 26.50 | $ 10,659.00 |
| Cash Management | Support the Debtors with cash flow management activities. Includes treasury systems management and controls, bank service contract oversight, cash flow planning and analysis, accountability for cash flow budget achievement, and cash reporting to estate constituents. | 42.50 | $ 15,895.00 |
| Claims Administration | Assist the Debtors with claims matters. Includes claims database systems and controls, data maintenance, analysis and validation, communications, distribution process planning, and claims settlement / distribution execution. | 15.00 | $ 5,610.00 |
| Compensation Application | Activities relating to the professional time tracking and preparation of the compensation application. | 10.50 | $ 3,927.00 |
| Discovery | Activities driven by requests directed to Nortel Networks Inc. in support of the business divestiture proceeds allocation litigation. Includes data / document extraction and analysis, preparation & presentation of findings, interface with legal counsel, and participate in court hearings. | 9.00 | $ 3,366.00 |
| Electronic Data and Document Preservation | Support the Debtors with the preservation of electronic data and hard copy documents. Includes governance and maintenance in compliance with court retention requirements and associated vendor service contract oversight. | - | $ - |
| Entity Liquidation and Wind Down | Assist the Debtors with the liquidation, wind down and/or deregistration of Nortel Networks, Inc. and its subsidiaries and branches (foreign and domestic).Includes the development and execution of step plans to ensure local law and U.S. Bankruptcy Court compliance in areas such as intercompany settlements, debt forgiveness, tax clearance certificates, final account balances; compliance with local and U.S. statutory, tax, financial and other governmental reporting requirements; repatriation of subsidiary or branch cash to parent; and coordinate with and support local accounting and legal professionals in conjunction with of all of the above. | 2.50 | $ 935.00 |
| Finance and General Accounting | Assist the Debtors with finance and general accounting operations in compliance with US GAAP. Includes statutory financial reporting preparation & review, month and year end close processing, finance systems & controls, journal entry preparation, management review, and posting, account reconciliations, balance sheet analysis, and normal course accounts receivable and payable administration . | 263.75 | $ 98,642.50 |
| Human Resources | Support the Debtors in Human Resources matters. Includes development and execution of Debtors benefit plan termination (health and welfare, 401K, etc.), plan regulatory compliance oversight and reporting (audits, plan boards & committees, etc.) vendor services contract management and oversight, human resource related communications, and HR systems and data maintenance and reporting. | 2.00 | $ 748.00 |
| Information Technology Operations | Assist the Debtors with the maintenance and support of the Nortel Networks, Inc. residual company information technology infrastructure operations. Includes vendor services and contract oversight, data extraction, back-up, and recovery, and infrastructure problem resolution support. | 14.00 | $ 5,236.00 |
| Insurance & Risk Management | Assist the Debtors with insurance and risk management activities. Includes tracking and periodic management review of Debtors insurance coverage; ensuring compliance with established policies, leases, and contracts. Provide service oversight to agent/broker contract. | 2.50 | $ 935.00 |

## Exhibit E

### The Mergis Group
### Summary of Fees by Project

Nortel Networks, Inc. et al.
For the period of March 1, 2016 through March 31, 2016

| Project | Project Description | Hours | Fees |
|---|---|---|---|
| Plan of Reorganization | Assist the Debtors with the preparation of the plan of reorganization and associated disclosure statement. Includes financial analysis and Debtors review. | - | $ - |
| Professional Fee Applications | Assist the Debtors with the payment administration of engaged professionals. Includes financial recording of professional fee applications to Debtors' books and records, reconciliation to Omnibus Fee Order to Debtors' books and records, fee disbursement based on Certificate of No Objection (CNO) , and associated year end regulatory reporting. | 4.50 | $ 1,683.00 |
| Real Estate Management | Assist the Debtors with lease and real estate matters. Includes property management vendor contract oversight, property management budget achievement accountability and associated financial planning & analysis, lease and sub-lease management / governance, and property marketing activities. | 52.00 | $ 19,448.00 |
| Residual Business Operations | Assist the Debtors in the resolution of outstanding residual business operations matters. Includes activities relating to residual business services customer, vendor, and/or buyer contracts and associated receivables, payables, and/or inventory, regulatory and government required business reporting surveys and schedules, and review and action of service of process notifications. | 3.50 | $ 1,309.00 |
| Tax Matters | Assist the Debtors with tax matters. Includes vendor service contract oversight, financial analysis support and management review of federal, state, and local Tax returns, claims, and audits, and authorization of tax related matters (annual report filings, settlements, etc.) . | 84.25 | $ 31,509.50 |
| Travel | Authorized travel to support Debtors projects. | - | $ - |
| **For the period of March 1, 2016 through March 31, 2016** | | **534.50** | **$ 199,903.00** |

**Exhibit F**

**The Mergis Group**
**Time Description Detail by Project**

Nortel Networks, Inc. et al.
For the period of March 1, 2016 through March 31, 2016

| Project / Date | Professional | Project Work Description | Hours |
|---|---|---|---|
| **Bankruptcy Reporting** | | | |
| 3/2/2016 | Timothy C. Ross | Conference call with Debtors counsel (JB, LS, DA) and financial consultant (MK) | 0.50 |
| 3/21/2016 | Timothy C. Ross | Prepared and analyzed Debtors cash receipts and disbursements for the monthly operating report. | 5.00 |
| 3/22/2016 | Timothy C. Ross | Cross trained with WDC on Debtors monthly operating report preparation. | 2.00 |
| 3/22/2016 | William D. Cozart | Transition of duties | 3.00 |
| 3/23/2016 | Timothy C. Ross | Prepared Debtors monthly operating report | 3.00 |
| 3/24/2016 | Timothy C. Ross | Prepared Debtors monthly operating report | 2.00 |
| 3/24/2016 | William D. Cozart | Transition of duties | 4.00 |
| 3/25/2016 | William D. Cozart | Transition of duties | 2.50 |
| 3/28/2016 | Timothy C. Ross | Finalized Debtors Monthly Operating Report | 2.00 |
| 3/28/2016 | William D. Cozart | Transition of duties | 2.50 |
| 3/29/2016 | William D. Cozart | Prepare and distribute February 2016 MOR. | 1.00 |
| 3/29/2016 | William D. Cozart | Post December 2015 and January 2016 filed MOR to website. | 1.00 |
| **Bankruptcy Reporting Total** | | | **28.50** |
| **Cash Management** | | | |
| 3/1/2016 | Kim Ponder | VEBA deposit. | 0.50 |
| 3/1/2016 | Timothy C. Ross | Worked Debtors staffing transition | 2.50 |
| 3/1/2016 | Timothy C. Ross | Reviewed and authorized Debtor bank deposits. | 0.50 |
| 3/1/2016 | Timothy C. Ross | Worked Debtors cash management matters | 1.00 |
| 3/2/2016 | Timothy C. Ross | Reviewed Debtors payment proposal, prepared and analyzed cash flow requirements and executed Treasury funding transactions. | 2.00 |
| 3/2/2016 | Timothy C. Ross | Reviewed and authorized Debtors foreign subsidiary disbursements | 0.50 |
| 3/3/2016 | Timothy C. Ross | Reviewed, authorized, and released Debtors disbursements. | 2.00 |
| 3/7/2016 | Timothy C. Ross | Worked Debtors cash management matters | 1.00 |
| 3/9/2016 | Timothy C. Ross | Reviewed Debtors payment proposal, prepared and analyzed cash flow requirements and executed Treasury funding | 2.00 |
| 3/9/2016 | Timothy C. Ross | Worked Debtors cash management matters | 1.00 |
| 3/9/2016 | Timothy C. Ross | Performed banking system maintenance | 0.50 |
| 3/10/2016 | Timothy C. Ross | Received, reviewed, and responded to Debtors foreign subsidiary banking matters | 0.50 |
| 3/10/2016 | Timothy C. Ross | Received, reviewed, and responded to Debtors treasury management matters | 1.00 |
| 3/10/2016 | Timothy C. Ross | Reviewed, authorized, and released Debtors disbursements. | 2.00 |
| 3/14/2016 | Kim Ponder | VEBA deposit. | 0.50 |
| 3/14/2016 | Timothy C. Ross | Reviewed and authorize Debtors foreign subsidiary disbursements | 0.50 |
| 3/15/2016 | Kim Ponder | FCB deposit. | 0.50 |
| 3/15/2016 | Timothy C. Ross | Reviewed and authorized Debtors bank deposits. | 0.50 |
| 3/16/2016 | Timothy C. Ross | Reviewed Debtors payment proposal, prepared and analyzed cash flow requirements and executed Treasury funding transactions. | 2.00 |
| 3/17/2016 | Kim Ponder | VEBA deposit. | 0.50 |
| 3/17/2016 | Timothy C. Ross | Performed Debtors bank access user maintenance | 0.50 |
| 3/17/2016 | Timothy C. Ross | Reviewed, authorized, and released Debtors banking matters | 0.50 |
| 3/18/2016 | Timothy C. Ross | Reviewed, authorized, and released Debtors disbursements. | 2.00 |
| 3/21/2016 | Kim Ponder | FCB deposit. | 0.50 |
| 3/21/2016 | Timothy C. Ross | Reviewed and authorized Debtors bank deposits. | 0.50 |
| 3/22/2016 | Timothy C. Ross | Received, reviewed, and authorized Debtors foreign subsidiary disbursements | 0.50 |
| 3/22/2016 | Timothy C. Ross | Worked Debtors banking matters | 0.50 |
| 3/23/2016 | Timothy C. Ross | Reviewed Debtors payment proposal, prepared and analyzed cash flow requirements and executed Treasury funding transactions. | 2.00 |
| 3/24/2016 | Timothy C. Ross | Reviewed, authorized, and released Debtors disbursements. | 3.00 |
| 3/28/2016 | Kim Ponder | Communication with Delaware Life re: payments. | 0.50 |
| 3/28/2016 | Kim Ponder | FCB deposit. | 0.50 |
| 3/28/2016 | Timothy C. Ross | Prepared and communicated Debtors quarterly intercompany settlement direction letter to bank (BR) | 0.50 |
| 3/28/2016 | Timothy C. Ross | Received, reviewed, and responded to Debtors foreign subsidiary banking matters | 0.50 |
| 3/29/2016 | Timothy C. Ross | Reviewed, authorized, and released Debtors foreign subsidiary disbursements | 0.50 |
| 3/29/2016 | Timothy C. Ross | Reviewed and authorized Debtors bank deposits. | 0.50 |
| 3/30/2016 | Kim Ponder | Conference call with Bank of America. | 1.00 |
| 3/30/2016 | Timothy C. Ross | Reviewed Debtors payment proposal, prepared and analyzed cash flow requirements and executed Treasury funding transactions. | 2.00 |
| 3/31/2016 | Kim Ponder | Meeting with T Ross and bank re: authorization updates. | 1.00 |
| 3/31/2016 | Timothy C. Ross | Meeting with Debtors bank | 1.00 |
| 3/31/2016 | Timothy C. Ross | Reviewed, authorized, and released Debtors disbursements. | 3.00 |
| **Cash Management Total** | | | **42.50** |
| **Claims Administration** | | | |
| 3/3/2016 | Kim Ponder | Meeting with RLKS (L Barrios). | 1.50 |
| 3/9/2016 | Kim Ponder | Received, researched and responded to request for payroll data. | 0.50 |
| 3/9/2016 | Kim Ponder | Received, researched and responded to inquiry for payroll data. | 1.00 |
| 3/14/2016 | Kim Ponder | Received, researched and responded to request for payroll data. | 1.00 |
| 3/15/2016 | Kim Ponder | Claims research. | 4.00 |
| 3/15/2016 | Timothy C. Ross | Researched Debtors affiliate intercompany matter | 1.00 |
| 3/16/2016 | Timothy C. Ross | Conference call with Debtors financial consultant (MK) | 0.50 |
| 3/18/2016 | Timothy C. Ross | Worked Debtors financial consultant (MK) request | 1.50 |
| 3/21/2016 | Timothy C. Ross | Conference call with Debtors financial consultant (MK) | 0.50 |
| 3/23/2016 | Kim Ponder | Received, researched and responded to data request. | 0.50 |
| 3/24/2016 | Timothy C. Ross | Worked Debtors financial consultant request (MK) | 1.00 |
| 3/31/2016 | Timothy C. Ross | Meeting with wind down consultant (MC) | 1.00 |
| **Claims Administration Total** | | | **15.00** |
| **Compensation Application** | | | |
| 3/2/2016 | William D. Cozart | Compensation application preparation re: update of timekeeping records. | 0.50 |
| 3/3/2016 | Timothy C. Ross | Prepared DRAFT Mergis staffing & compensation report for CGSH review | 2.50 |

**Exhibit F**

**The Mergis Group**
**Time Description Detail by Project**

Nortel Networks, Inc. et al.
For the period of March 1, 2016 through March 31, 2016

| Project | Date | Professional | Project Work Description | Hours |
|---|---|---|---|---|
| | 3/4/2016 | Kim Ponder | Compensation application preparation re:  update of timekeeping records. | 0.50 |
| | 3/4/2016 | Timothy C. Ross | Compensation application preparation re:  update of timekeeping records. | 0.50 |
| | 3/10/2016 | William D. Cozart | Compensation application preparation re:  update of timekeeping records. | 0.50 |
| | 3/11/2016 | Kim Ponder | Compensation application preparation re:  update of timekeeping records. | 0.50 |
| | 3/11/2016 | Timothy C. Ross | Compensation application preparation re:  update of timekeeping records. | 0.50 |
| | 3/18/2016 | Kim Ponder | Compensation application preparation re:  update of timekeeping records. | 0.50 |
| | 3/18/2016 | Timothy C. Ross | Compensation application preparation re:  update of timekeeping records. | 0.50 |
| | 3/18/2016 | William D. Cozart | Compensation application preparation re:  update of timekeeping records. | 0.50 |
| | 3/25/2016 | Kim Ponder | Compensation application preparation re:  update of timekeeping records. | 0.50 |
| | 3/25/2016 | Timothy C. Ross | Compensation application preparation re:  update of timekeeping records. | 0.50 |
| | 3/25/2016 | William D. Cozart | Compensation application preparation re:  update of timekeeping records. | 0.50 |
| | 3/29/2016 | Timothy C. Ross | Received, reviewed, updated and finalized Mergis Staffing & Compensation report with CGSH edits and submitted to MNAT for court filing (February 2016). | 1.00 |
| | 3/30/2016 | Timothy C. Ross | Received, reviewed, updated and finalized Mergis Staffing & Compensation report with CGSH edits and submitted to MNAT for court filing (January 2016). | 1.00 |
| **Compensation Application Total** | | | | **10.50** |

**Discovery**

| | 3/2/2016 | Timothy C. Ross | Received, reviewed, and actioned Debtors subpoena | 0.50 |
|---|---|---|---|---|
| | 3/2/2016 | Timothy C. Ross | Conference call with Debtors counsel (KS, JP) | 0.50 |
| | 3/7/2016 | Timothy C. Ross | Worked research request from Debtors counsel | 2.00 |
| | 3/16/2016 | Timothy C. Ross | Received, reviewed, and actioned Debtors subpoena | 0.50 |
| | 3/18/2016 | Timothy C. Ross | Worked discovery request from Debtors counsel (KS) | 1.50 |
| | 3/22/2016 | Timothy C. Ross | Meeting with Debtors wind down consultant (RP) | 0.50 |
| | 3/23/2016 | Timothy C. Ross | Conference call with Debtors counsel (KS, JP) | 0.50 |
| | 3/23/2016 | William D. Cozart | Respond to request for product code data. | 2.00 |
| | 3/29/2016 | Timothy C. Ross | Researched and responded to Debtors counsel (KS) request | 1.00 |
| **Discovery Total** | | | | **9.00** |

**Entity Liquidation and Wind Down**

| | 3/1/2016 | Timothy C. Ross | Received, reviewed and responded to Debtors foreign branch liquidator (SC) | 0.50 |
|---|---|---|---|---|
| | 3/2/2016 | Timothy C. Ross | Conference call with Debtors foreign subsidiary Counsel (AT) and Debtors Counsel (KH, RE) | 1.00 |
| | 3/11/2016 | Timothy C. Ross | Conference call with Debtors counsel (KH, RR, RE) | 0.50 |
| | 3/24/2016 | Timothy C. Ross | Conference call with Debtors counsel (RE, RR). | 0.50 |
| **Entity Liquidation and Wind Down Total** | | | | **2.50** |

**Finance and General Accounting**

| | 3/1/2016 | Kim Ponder | Normal course payables | 1.00 |
|---|---|---|---|---|
| | 3/1/2016 | Kim Ponder | Posted VEBA deposit. | 0.50 |
| | 3/1/2016 | Kim Ponder | Prepared February 2016 bank reconciliations. | 5.50 |
| | 3/1/2016 | Timothy C. Ross | Reviewed and authorized Debtors foreign subsidiary invoices for payment | 0.50 |
| | 3/1/2016 | Timothy C. Ross | Worked Debtors general accounting matters | 2.00 |
| | 3/1/2016 | William D. Cozart | Research data for check signers. | 1.50 |
| | 3/1/2016 | William D. Cozart | Update online banking security. | 2.50 |
| | 3/1/2016 | William D. Cozart | Transition of duties. | 3.00 |
| | 3/2/2016 | Kim Ponder | Normal course payables | 1.00 |
| | 3/2/2016 | Kim Ponder | Communications and telephone meeting with S. Muthaiah. | 1.00 |
| | 3/2/2016 | Kim Ponder | Month end close. | 4.00 |
| | 3/2/2016 | Timothy C. Ross | Worked Debtors general accounting matters | 2.00 |
| | 3/2/2016 | William D. Cozart | Transition of duties. | 6.00 |
| | 3/2/2016 | William D. Cozart | Prepare reconciliations for February. | 2.50 |
| | 3/3/2016 | Kim Ponder | Prepared February bank reconciliations. | 2.00 |
| | 3/3/2016 | Kim Ponder | Month end close. | 1.00 |
| | 3/3/2016 | William D. Cozart | Prepare documentation regarding resolution of QuickBooks issues. | 2.00 |
| | 3/3/2016 | William D. Cozart | Prepare reconciliations for February. | 2.00 |
| | 3/4/2016 | Kim Ponder | Month end close. | 4.50 |
| | 3/7/2016 | Kim Ponder | Month end close. | 5.00 |
| | 3/7/2016 | Timothy C. Ross | Prepared and submitted residual staff time report. | 0.50 |
| | 3/7/2016 | Timothy C. Ross | Worked Debtors general accounting matters | 2.00 |
| | 3/7/2016 | Timothy C. Ross | Worked Debtors general accounting matters | 1.00 |
| | 3/7/2016 | William D. Cozart | Research and resolve QuickBooks issue. | 3.50 |
| | 3/8/2016 | Kim Ponder | Normal course payables | 1.00 |
| | 3/8/2016 | Kim Ponder | Normal course payables | 1.50 |
| | 3/8/2016 | Kim Ponder | Month end close. | 1.00 |
| | 3/8/2016 | Timothy C. Ross | Worked Debtors general accounting matters | 2.00 |
| | 3/8/2016 | Timothy C. Ross | Meeting with Debtors wind down consultant (RP) | 0.50 |
| | 3/8/2016 | Timothy C. Ross | Residual staffing transition | 2.00 |
| | 3/8/2016 | William D. Cozart | Research and resolve QuickBooks issue. | 3.00 |
| | 3/8/2016 | William D. Cozart | Prepare journal entries for March. | 1.00 |
| | 3/8/2016 | William D. Cozart | Prepare final Tunisia liquidation entries. | 1.00 |
| | 3/8/2016 | William D. Cozart | Transition of duties. | 7.00 |
| | 3/9/2016 | Kim Ponder | Normal course payables | 1.00 |
| | 3/9/2016 | Kim Ponder | Month end close. | 3.50 |
| | 3/9/2016 | Timothy C. Ross | Worked Debtors general accounting matters | 1.00 |
| | 3/9/2016 | Timothy C. Ross | Reviewed and authorized Debtors Bank reconciliations | 2.00 |
| | 3/9/2016 | William D. Cozart | Transition of duties. | 5.50 |
| | 3/9/2016 | William D. Cozart | Prepare research regarding historical transactions. | 4.50 |
| | 3/10/2016 | Kim Ponder | Normal course payables | 3.00 |
| | 3/10/2016 | Kim Ponder | Month end close. | 5.00 |
| | 3/10/2016 | Timothy C. Ross | Worked Debtors staff transition matters | 1.00 |
| | 3/10/2016 | Timothy C. Ross | Reviewed and authorized Debtors residual invoices for payment. | 0.50 |

**Exhibit F**

**The Mergis Group**
**Time Description Detail by Project**

Nortel Networks, Inc. et al.
For the period of March 1, 2016 through March 31, 2016

| Project | Date | Professional | Project Work Description | Hours |
|---|---|---|---|---|
| | 3/10/2016 | Timothy C. Ross | Worked Debtors general accounting matters | 1.00 |
| | 3/10/2016 | William D. Cozart | Transition of duties. | 6.50 |
| | 3/10/2016 | William D. Cozart | Prepare research and reconciliations regarding historical transactions. | 9.00 |
| | 3/11/2016 | Kim Ponder | Posted deposit. | 0.50 |
| | 3/11/2016 | Kim Ponder | Month end close. | 5.00 |
| | 3/11/2016 | Timothy C. Ross | Worked Debtors general accounting matters | 1.00 |
| | 3/14/2016 | Kim Ponder | GL reconciliations. | 5.50 |
| | 3/14/2016 | Timothy C. Ross | Prepared and submitted residual staff time report. | 0.50 |
| | 3/14/2016 | William D. Cozart | Conference call with Debtors wind down consultant RLKS, MC and RP re: Intercompany transactions. | 0.50 |
| | 3/15/2016 | Kim Ponder | Posted cash receipts. | 0.50 |
| | 3/15/2016 | Kim Ponder | Normal course payables | 1.50 |
| | 3/15/2016 | Timothy C. Ross | Worked Debtors general accounting matters | 2.00 |
| | 3/16/2016 | Kim Ponder | QuickBooks backup at February month end. | 2.00 |
| | 3/16/2016 | Kim Ponder | Prepared QuickBooks month end reports. | 3.50 |
| | 3/16/2016 | William D. Cozart | Transition of duties. | 1.50 |
| | 3/16/2016 | William D. Cozart | Prepare research regarding historical transactions. | 12.00 |
| | 3/16/2016 | William D. Cozart | Prepare February journal entries. | 2.00 |
| | 3/16/2016 | William D. Cozart | G&A Cost Allocation call with M. Kennedy Chilmark and T. Ross. | 0.50 |
| | 3/17/2016 | Kim Ponder | Normal course payables | 2.00 |
| | 3/17/2016 | Kim Ponder | Normal course payables | 0.50 |
| | 3/17/2016 | Kim Ponder | GL reconciliations. | 3.50 |
| | 3/17/2016 | Kim Ponder | Posted cash receipt. | 0.50 |
| | 3/17/2016 | Kim Ponder | Month end reporting. | 1.00 |
| | 3/17/2016 | William D. Cozart | Prepare research regarding historical transactions. | 9.50 |
| | 3/17/2016 | William D. Cozart | Update G&A Cost Allocation. | 4.00 |
| | 3/17/2016 | William D. Cozart | Transition of duties. | 2.50 |
| | 3/17/2016 | William D. Cozart | Update G&A Cost Allocation. | 1.00 |
| | 3/18/2016 | Kim Ponder | Intercompany billing. | 0.50 |
| | 3/18/2016 | Timothy C. Ross | Worked Debtors general accounting matters | 1.00 |
| | 3/18/2016 | Timothy C. Ross | Performed intercompany billings | 0.50 |
| | 3/18/2016 | William D. Cozart | Prepare research and reconciliations regarding historical transactions. | 5.50 |
| | 3/18/2016 | William D. Cozart | Transition of duties. | 1.50 |
| | 3/18/2016 | William D. Cozart | Update G&A Cost Allocation. | 1.00 |
| | 3/21/2016 | Kim Ponder | Recorded deposit. | 0.50 |
| | 3/21/2016 | Timothy C. Ross | Prepared and submitted staffing time report. | 0.50 |
| | 3/21/2016 | William D. Cozart | G&A Cost Allocation call with M. Kennedy Chilmark and T. Ross. | 0.50 |
| | 3/21/2016 | William D. Cozart | Update G&A Cost Allocation. | 5.00 |
| | 3/21/2016 | William D. Cozart | Transition of duties. | 2.50 |
| | 3/22/2016 | Timothy C. Ross | Work order billing for IT applications. | 0.50 |
| | 3/22/2016 | William D. Cozart | Prepare research regarding historical transactions. | 2.00 |
| | 3/23/2016 | Kim Ponder | Normal course payables | 1.50 |
| | 3/23/2016 | Kim Ponder | Prepared historical summary of Windstream activity. | 1.00 |
| | 3/23/2016 | William D. Cozart | Prepare research regarding historical transactions. | 4.00 |
| | 3/23/2016 | William D. Cozart | Update G&A Cost Allocation. | 1.50 |
| | 3/23/2016 | William D. Cozart | G&A Cost Allocation call with M. Kennedy Chilmark and T. Ross. | 0.50 |
| | 3/24/2016 | Kim Ponder | Normal course payables | 2.50 |
| | 3/24/2016 | Kim Ponder | Normal course payables | 1.00 |
| | 3/24/2016 | Kim Ponder | QB vendor maintenance. | 0.50 |
| | 3/24/2016 | Kim Ponder | Financial reporting related to transition of duties.. | 2.00 |
| | 3/24/2016 | Timothy C. Ross | Prepared PRELIM intercompany report and settlements | 1.00 |
| | 3/24/2016 | William D. Cozart | Update G&A Cost Allocation. | 3.50 |
| | 3/24/2016 | William D. Cozart | Update signatures on bank accounts. | 0.50 |
| | 3/25/2016 | William D. Cozart | Update G&A cost allocation. | 2.00 |
| | 3/28/2016 | Kim Ponder | Normal course payables | 1.00 |
| | 3/28/2016 | Kim Ponder | Intercompany settlement and posting. | 1.00 |
| | 3/28/2016 | Timothy C. Ross | Prepared PRELIM intercompany report | 3.00 |
| | 3/28/2016 | Timothy C. Ross | Prepared and submitted residual staff time report. | 0.50 |
| | 3/28/2016 | Timothy C. Ross | Reviewed and authorized Debtors invoices for payment. | 0.50 |
| | 3/28/2016 | Timothy C. Ross | Reviewed and authorized Debtors foreign subsidiary invoices for payment. | 0.50 |
| | 3/29/2016 | Kim Ponder | Normal course payables | 1.25 |
| | 3/29/2016 | Kim Ponder | QB vendor maintenance. | 0.50 |
| | 3/29/2016 | Kim Ponder | Meeting with Winddown Consultant (KS) and T Ross re:  accounting duties. | 0.50 |
| | 3/29/2016 | Kim Ponder | Updated intercompany loan table. | 1.00 |
| | 3/29/2016 | Kim Ponder | Compiled foreign service provider data. | 1.00 |
| | 3/29/2016 | Timothy C. Ross | Meeting with Debtors wind down consultant (KS) | 0.50 |
| | 3/29/2016 | William D. Cozart | Prepare and send affiliate balance confirmations. | 1.00 |
| | 3/29/2016 | William D. Cozart | Prepare updates to bank account signatures. | 1.00 |
| | 3/30/2016 | Kim Ponder | Posted deposit. | 0.50 |
| | 3/30/2016 | Kim Ponder | Meeting with RLKS (MC) for transition and QB access. | 2.00 |
| | 3/30/2016 | Kim Ponder | Normal course payables | 1.50 |
| | 3/30/2016 | Kim Ponder | QB vendor maintenance. | 0.50 |
| | 3/30/2016 | Timothy C. Ross | Worked Debtors general accounting matters | 2.00 |
| | 3/30/2016 | Timothy C. Ross | Reviewed and authorized Debtors foreign subsidiary professional invoice (S) | 0.50 |
| | 3/30/2016 | William D. Cozart | Prepare journal entries for March. | 1.00 |
| | 3/30/2016 | William D. Cozart | Update G&A Cost allocation. | 1.00 |
| | 3/30/2016 | William D. Cozart | Prepare research regarding historical transactions. | 1.00 |
| | 3/30/2016 | William D. Cozart | Perform QuickBooks user maintenance. | 1.00 |
| | 3/31/2016 | Kim Ponder | Normal course payables | 3.00 |
| | 3/31/2016 | Kim Ponder | Update foreign exchange rates in QuickBooks. | 1.00 |
| | 3/31/2016 | Kim Ponder | Month end close. | 2.00 |
| | 3/31/2016 | Timothy C. Ross | Reviewed Debtors residual invoice and worked billing issue with vendor. | 0.50 |
| | 3/31/2016 | William D. Cozart | Prepare reconciliations for March. | 2.00 |
| | 3/31/2016 | William D. Cozart | Prepare research regarding historical transactions. | 3.00 |
| | 3/31/2016 | William D. Cozart | Meeting with Debtor consultant M. Cilia and T. Ross to discuss intercompany balances. | 1.00 |
| | 3/31/2016 | William D. Cozart | Update bank signatories. | 0.50 |

**Exhibit F**

**The Mergis Group**
**Time Description Detail by Project**

Nortel Networks, Inc. et al.
For the period of March 1, 2016 through March 31, 2016

| Project | Date | Professional | Project Work Description | Hours |
|---|---|---|---|---|
| | 3/31/2016 | William D. Cozart | Update receivables analysis. | 1.50 |
| **Finance and General Accounting Total** | | | | **263.75** |

**Human Resources**

| | Date | Professional | Project Work Description | Hours |
|---|---|---|---|---|
| | 3/9/2016 | Kim Ponder | Received and responded to SSA request for payroll data. | 0.50 |
| | 3/14/2016 | Timothy C. Ross | Reviewed and authorized H&W Trust refund deposits. | 0.50 |
| | 3/18/2016 | Timothy C. Ross | Reviewed and authorized H&W Trust refund deposits. | 0.50 |
| | 3/28/2016 | Kim Ponder | Received, researched and responded to DHS request. | 0.50 |
| **Human Resources Total** | | | | **2.00** |

**Information Technology Operations**

| | Date | Professional | Project Work Description | Hours |
|---|---|---|---|---|
| | 3/1/2016 | Timothy C. Ross | Worked Debtors IT matters | 0.50 |
| | 3/3/2016 | Timothy C. Ross | Worked Debtors IT matters | 0.50 |
| | 3/7/2016 | Kim Ponder | QuickBooks troubleshooting and maintenance. | 3.00 |
| | 3/8/2016 | Kim Ponder | QuickBooks troubleshooting and maintenance | 3.00 |
| | 3/17/2016 | Timothy C. Ross | Worked Debtors IT matters | 1.00 |
| | 3/21/2016 | Kim Ponder | Resolved QuickBooks reporting issue. | 1.50 |
| | 3/23/2016 | Timothy C. Ross | Worked Debtors IT matters | 0.50 |
| | 3/29/2016 | Timothy C. Ross | Worked IT related request from Debtors wind down consultant (RP) | 0.50 |
| | 3/29/2016 | Timothy C. Ross | Worked Debtors IT matters | 1.50 |
| | 3/30/2016 | Timothy C. Ross | Reviewed and executed Debtors data retention matters | 1.00 |
| | 3/30/2016 | Timothy C. Ross | Worked Debtors new vendor/payee setup | 0.50 |
| **Information Technology Operations Total** | | | | **14.00** |

**Insurance & Risk Management**

| | Date | Professional | Project Work Description | Hours |
|---|---|---|---|---|
| | 3/22/2016 | Timothy C. Ross | Conference call with Debtors insurance professional (SK) | 1.00 |
| | 3/29/2016 | Timothy C. Ross | Prepared materials and responded to Debtors insurance broker request | 1.00 |
| | 3/30/2016 | Timothy C. Ross | Follow-up with Debtors insurance broker (SK, MP) | 0.50 |
| **Insurance & Risk Management Total** | | | | **2.50** |

**Professional Fee Applications**

| | Date | Professional | Project Work Description | Hours |
|---|---|---|---|---|
| | 3/4/2016 | Kim Ponder | Processed fee applications filed by Professionals. | 1.00 |
| | 3/8/2016 | Kim Ponder | Processed fee application filed by Professional. | 0.50 |
| | 3/9/2016 | Kim Ponder | Processed fee applications filed by Professionals. | 1.50 |
| | 3/9/2016 | Timothy C. Ross | Conference call with Debtors service professional (JK), Counsel (LS, ML) and Wind down consultant (KS) | 0.50 |
| | 3/18/2016 | Kim Ponder | Processed fee application filed by Professional. | 0.50 |
| | 3/31/2016 | Kim Ponder | Processed fee application filed by Professional. | 0.50 |
| **Professional Fee Applications Total** | | | | **4.50** |

**Real Estate Management**

| | Date | Professional | Project Work Description | Hours |
|---|---|---|---|---|
| | 3/1/2016 | Kim Ponder | Prepared package for delivery to Ericsson. | 0.50 |
| | 3/1/2016 | Timothy C. Ross | Worked Debtors property management matters | 0.50 |
| | 3/2/2016 | Kim Ponder | Financial review and preparation of final accounting for Richardson property. | 2.00 |
| | 3/2/2016 | Timothy C. Ross | Worked property management matters | 1.00 |
| | 3/2/2016 | Timothy C. Ross | Meeting with Debtors subtenant (BW) | 0.50 |
| | 3/3/2016 | Kim Ponder | Meeting with RLKS, EY and T Ross. | 4.00 |
| | 3/3/2016 | Timothy C. Ross | Meeting with Debtors wind down consultant (KS) | 0.50 |
| | 3/7/2016 | Timothy C. Ross | Worked Debtors foreign subsidiary matters | 0.50 |
| | 3/7/2016 | Timothy C. Ross | Worked Debtors property management matters | 1.00 |
| | 3/8/2016 | Kim Ponder | Received and responded to communication from GPT/Cushman re: GDF Suez transition. | 0.50 |
| | 3/8/2016 | Timothy C. Ross | Received, reviewed, and responded to Debtors foreign subsidiary matters | 0.50 |
| | 3/8/2016 | Timothy C. Ross | Conference call with Debtors property manager (AL) | 0.50 |
| | 3/9/2016 | Timothy C. Ross | Prepared subtenant rental income reconciliation and invoicing. | 2.00 |
| | 3/10/2016 | Timothy C. Ross | Received, reviewed, and responded to Debtors foreign subsidiary property management matters | 0.50 |
| | 3/10/2016 | Timothy C. Ross | Prepared Rent roll for RTP property. | 0.50 |
| | 3/10/2016 | Timothy C. Ross | Meeting with Debtors property manager (AL) | 1.00 |
| | 3/11/2016 | Timothy C. Ross | Worked Debtors property management issues | 0.50 |
| | 3/11/2016 | Timothy C. Ross | Conducted RTP evacuation status updated meeting and walkthrough with CBRE (KE). | 2.00 |
| | 3/11/2016 | Timothy C. Ross | Worked Debtors property management matters | 1.50 |
| | 3/14/2016 | Timothy C. Ross | Conference call with Debtors wind down consultant (KS) | 0.50 |
| | 3/14/2016 | Timothy C. Ross | Worked Debtors property management matters | 1.50 |
| | 3/15/2016 | Timothy C. Ross | Finalized Glenville landlord profit sharing analysis | 1.00 |
| | 3/15/2016 | Timothy C. Ross | Finalized final settlement statement analysis with Glenville landlord | 1.00 |
| | 3/16/2016 | Kim Ponder | Compiled Q1 2016 profit sharing package. | 4.00 |
| | 3/16/2016 | Timothy C. Ross | Worked Debtors property management matters | 0.50 |
| | 3/16/2016 | Timothy C. Ross | Worked Debtors property management matters | 0.50 |
| | 3/16/2016 | Timothy C. Ross | Meeting with Debtors subtenants (DC, JR), property manager (AL, KE), and wind down consultant (KS, RP) | 2.00 |
| | 3/16/2016 | Timothy C. Ross | Meeting with Debtors subtenants (BB, MM), property manager (AL), and wind down consultant (KS, RP) | 1.50 |
| | 3/16/2016 | Timothy C. Ross | Debrief meeting with Debtors property manager (AL0 and Wind Down consultant (KS) | 1.00 |
| | 3/17/2016 | Kim Ponder | Received and responded to request for utility data from Cushman Wakefield. | 0.50 |
| | 3/17/2016 | Timothy C. Ross | Meeting with property manager (KL), and wind down consultant (KS) | 2.00 |
| | 3/17/2016 | Timothy C. Ross | Conference call with Debtors counsel (PM), property manager (AL), and wind down consultant (KS) | 1.00 |
| | 3/18/2016 | Kim Ponder | Prepared RTP vendor site contact list. | 1.00 |
| | 3/21/2016 | Timothy C. Ross | Received, researched, and prepared response to Debtors landlord (JR) | 1.00 |
| | 3/21/2016 | Timothy C. Ross | Received, reviewed, and responded to Debtors property management matters | 0.50 |
| | 3/21/2016 | Timothy C. Ross | Conference call with Debtors property manager (AL) and wind down consultant (KS) | 1.00 |
| | 3/22/2016 | Kim Ponder | Compiled Richardson settlement documentation package. | 2.00 |
| | 3/22/2016 | Timothy C. Ross | Finalized Glenville settlement statement analysis to landlord | 1.00 |
| | 3/23/2016 | Kim Ponder | Updated Glenville documentation package. | 0.50 |

**Exhibit F**

**The Mergis Group**
**Time Description Detail by Project**

Nortel Networks, Inc. et al.
For the period of March 1, 2016 through March 31, 2016

| Project | Date | Professional | Project Work Description | Hours |
|---|---|---|---|---|
| | 3/23/2016 | Timothy C. Ross | Conference call with Debtors counsel (PM) | 0.50 |
| | 3/23/2016 | Timothy C. Ross | Conference call with Debtors wind down consultant (KS) | 0.50 |
| | 3/23/2016 | Timothy C. Ross | Communicated Glenville settlement statement analysis to landlord | 0.50 |
| | 3/24/2016 | Timothy C. Ross | Conference call with Debtors property manager (AL) | 0.50 |
| | 3/28/2016 | Kim Ponder | Communication with Cushman Wakefield re: utility transfer. | 0.50 |
| | 3/28/2016 | Timothy C. Ross | Conference call with Debtors Counsel (SH, PM, CC), Wind Down Consultant (KS), and Property Manager (AL) | 1.00 |
| | 3/29/2016 | Kim Ponder | Meeting with Property Manager (AL), Wind down Consultant (KS-RP) and T Ross re: RTP site duties. | 1.00 |
| | 3/29/2016 | Timothy C. Ross | Meeting with Debtors wind down consultant (KS, RP) and property manager (AL) | 1.00 |
| | 3/29/2016 | Timothy C. Ross | Worked Debtors property management matters | 0.50 |
| | 3/30/2016 | Kim Ponder | Coordination of meetings with utility providers. | 0.50 |
| | 3/31/2016 | Timothy C. Ross | Reviewed and executed Debtors services agreement | 0.50 |
| **Real Estate Management Total** | | | | **52.00** |

**Residual Business Operations**

| Project | Date | Professional | Project Work Description | Hours |
|---|---|---|---|---|
| | 3/1/2016 | Timothy C. Ross | Worked Debtors residual business matters with counsel (LL) | 0.50 |
| | 3/1/2016 | Timothy C. Ross | Reviewed and executed Debtors license & royalty matter | 0.50 |
| | 3/7/2016 | Timothy C. Ross | Worked Debtors residual contract/consultant agreement | 0.50 |
| | 3/7/2016 | Timothy C. Ross | Worked Debtors residual business matters | 0.50 |
| | 3/8/2016 | Timothy C. Ross | Worked Debtors residual business matters | 1.00 |
| | 3/22/2016 | Timothy C. Ross | Received, reviewed, and responded to Debtors service of process notification (s) | 0.50 |
| **Residual Business Operations Total** | | | | **3.50** |

**Tax Matters**

| Project | Date | Professional | Project Work Description | Hours |
|---|---|---|---|---|
| | 3/1/2016 | William D. Cozart | Update cash report for 2016 FBAR. | 1.00 |
| | 3/2/2016 | Timothy C. Ross | Reviewed and authorized state level franchise tax/fees for payment. | 0.50 |
| | 3/3/2016 | Timothy C. Ross | Meeting with tax professionals (BS, CL, MG, JS) and wind down consultant (KS, RP) | 3.50 |
| | 3/8/2016 | Kim Ponder | Meeting with T Ross and RLKS (Raj). | 0.50 |
| | 3/8/2016 | Timothy C. Ross | Reviewed materials and prepared for BPT listing review meeting. | 1.00 |
| | 3/8/2016 | Timothy C. Ross | Received, reviewed, and responded to Debtors foreign subsidiary tax professional (PS) | 1.00 |
| | 3/8/2016 | Timothy C. Ross | Received, reviewed, and responded to Debtors foreign subsidiary tax matters | 0.50 |
| | 3/9/2016 | Kim Ponder | Web filing of franchise tax reports and tax extensions. | 1.00 |
| | 3/10/2016 | Timothy C. Ross | Worked Debtors tax matters | 0.50 |
| | 3/10/2016 | Timothy C. Ross | Meeting with Debtors tax professionals (JW, JS) | 0.50 |
| | 3/11/2016 | Kim Ponder | Compiled year end tax data per EY request. | 1.00 |
| | 3/11/2016 | Timothy C. Ross | Reviewed and executed Debtors tax extension documents. | 0.50 |
| | 3/11/2016 | Timothy C. Ross | Meeting with Debtors tax professional (MG) | 0.50 |
| | 3/11/2016 | Timothy C. Ross | Worked Debtors tax reporting issue | 0.50 |
| | 3/11/2016 | Timothy C. Ross | Reviewed and authorized Debtors foreign tax matters | 0.50 |
| | 3/14/2016 | Kim Ponder | Meeting with EY (A Shapiro) to file 2015 tax return extensions. | 1.00 |
| | 3/14/2016 | Timothy C. Ross | Worked Debtors foreign subsidiary matters | 1.00 |
| | 3/14/2016 | Timothy C. Ross | Reviewed and executed Debtors tax matters | 0.50 |
| | 3/15/2016 | Timothy C. Ross | Cross train and transition with DC | 2.00 |
| | 3/15/2016 | Timothy C. Ross | Received, reviewed, and responded to Debtors counsel (RRO and Tax professional (JW) | 1.00 |
| | 3/15/2016 | Timothy C. Ross | Reviewed and authorized Debtors tax matters | 0.50 |
| | 3/16/2016 | Timothy C. Ross | Worked Debtors tax matters | 0.50 |
| | 3/18/2016 | Kim Ponder | Conference call with EY, RLKS and T Ross. | 0.50 |
| | 3/18/2016 | Kim Ponder | Prepared analysis requested by EY. | 3.00 |
| | 3/18/2016 | Timothy C. Ross | Meeting with Debtors tax professional (JS, JW, BS, CL, MG), wind down consultant (KS) | 1.00 |
| | 3/18/2016 | Timothy C. Ross | Meeting with Debtors tax professional (JS, JW), wind down consultant (KS) | 0.50 |
| | 3/21/2016 | Kim Ponder | Prepared analysis requested by EY. | 5.50 |
| | 3/22/2016 | Kim Ponder | Prepared analysis requested by EY. | 8.00 |
| | 3/22/2016 | Timothy C. Ross | Received, reviewed, and responded to Debtors foreign subsidiary tax professional and Debtors counsel | 0.50 |
| | 3/22/2016 | Timothy C. Ross | Researched Debtors tax professional (JW) request | 1.00 |
| | 3/22/2015 | William D. Cozart | Prepare schedules for 2015 return. | 3.00 |
| | 3/23/2016 | Kim Ponder | Prepared analysis requested by EY. | 4.50 |
| | 3/23/2016 | Timothy C. Ross | Conference call with Debtors foreign subsidiary tax professional (AG, PJ) and Debtors counsel (RE) | 0.50 |
| | 3/24/2016 | Kim Ponder | Prepared analysis requested by EY. | 2.00 |
| | 3/24/2016 | Timothy C. Ross | Updated foreign bank balances | 0.50 |
| | 3/25/2016 | Kim Ponder | Prepared analysis requested by EY. | 7.50 |
| | 3/25/2016 | William D. Cozart | Prepare schedules for 2015 Tax Information Request. | 3.00 |
| | 3/28/2016 | Kim Ponder | Prepared analysis requested by EY. | 4.00 |
| | 3/28/2016 | Timothy C. Ross | Updated foreign bank account daily balances | 0.50 |
| | 3/28/2016 | William D. Cozart | Prepare 2015 tax schedules. | 5.50 |
| | 3/29/2016 | Kim Ponder | Prepared analysis per EY request. | 1.75 |
| | 3/29/2016 | Timothy C. Ross | Reviewed and authorized Debtors tax matters | 0.50 |
| | 3/29/2016 | William D. Cozart | Prepare 2015 tax schedules. | 4.00 |
| | 3/30/2016 | Kim Ponder | Follow up on tax reporting information requests. | 2.00 |
| | 3/30/2016 | Timothy C. Ross | Updated foreign bank account daily balances | 0.50 |
| | 3/30/2016 | William D. Cozart | Prepare 2015 tax schedules. | 4.00 |
| | 3/31/2016 | Kim Ponder | Conference call with EY, RLKS and T Ross. | 0.50 |
| | 3/31/2016 | Timothy C. Ross | Conference call with Debtors tax professional (CL, BS, JW, MG) and wind down consultant (KS) | 0.50 |
| | 3/31/2016 | Timothy C. Ross | Reviewed and executed Debtors tax matters | 0.50 |
| | 3/31/2016 | Timothy C. Ross | Researched and responded to Debtors tax professional request (JW) | 1.00 |
| | 3/31/2016 | Timothy C. Ross | Updated foreign bank account daily balances | 0.50 |
| **Tax Matters Total** | | | | **84.25** |

**For the period of March 1, 2016 through March 31, 2016**                                                        **534.50**

**Exhibit G**

**The Mergis Group**
**Summary of Expenses By Category**

**Nortel Networks, Inc. et al.**
For the period of March 1, 2016 through March 31, 2016

| Expense Category | Expenses |
|---|---|
| Airfare | - |
| Lodging | - |
| Meals | - |
| Parking | - |
| Ground Transportation | - |
| Office Expense | 1,908.34 |
| Professional | - |
| Miscellaneous | - |
| **For the period of March 1, 2016 through March 31, 2016** | **$    1,908.34** |

# Exhibit H

## The Mergis Group
## Expense Detail

Nortel Networks, Inc. et al.
For the period of March 1, 2016 through March 31, 2016

| Date (s) Incurred | Name of Professional | Purpose | | Location Visited | |
|---|---|---|---|---|---|
| 03/02/16 | Kim Ponder | QuickBooks Subscription Renewal | | Online Purchase | |
| | **Expense Category** | **Vendor** | | | **Expenses** |
| | Airfare | | | | - |
| | Lodging | | | | - |
| | Meals | | | | - |
| | Parking | | | | - |
| | Ground Transportation | | | | - |
| | Office Expense | Intuit | | | 1,458.37 |
| | Professional | | | | - |
| | Miscellaneous | | | | - |
| | Total | | | $ | 1,458.37 |

| Date (s) Incurred | Name of Professional | Purpose | | Location Visited | |
|---|---|---|---|---|---|
| 02/29/16 | Timothy C. Ross | Purchase of High Speed USB 2.0 Cable | | Online Purhcase | |
| | **Expense Category** | **Vendor** | | | **Expenses** |
| | Airfare | | | | - |
| | Lodging | | | | - |
| | Meals | | | | - |
| | Parking | | | | - |
| | Ground Transportation | | | | - |
| | Office Expense | B&H | | | 449.97 |
| | Professional | | | | - |
| | Miscellaneous | | | | - |
| | Total | | | $ | 449.97 |

| Date (s) Incurred | Name of Professional | Purpose | | Location Visited | |
|---|---|---|---|---|---|
| | | | | | |
| | **Expense Category** | **Vendor** | | | **Expenses** |
| | Airfare | | | | - |
| | Lodging | | | | - |
| | Meals | | | | - |
| | Parking | | | | - |
| | Ground Transportation | | | | - |
| | Office Expense | | | | - |
| | Professional | | | | - |
| | Miscellaneous | | | | - |
| | Total | | | $ | - |

| Date (s) Incurred | Name of Professional | Purpose | | Location Visited | |
|---|---|---|---|---|---|
| | **Expense Category** | **Vendor** | | | **Expenses** |
| | Airfare | | | | - |
| | Lodging | | | | - |
| | Meals | | | | - |
| | Parking | | | | - |
| | Ground Transportation | | | | - |
| | Office Expense | | | | - |
| | Professional | | | | - |
| | Miscellaneous | | | | - |
| | Total | | | $ | - |

| For the period of March 1, 2016 through March 31, 2016 | | | | $ | 1,908.34 |
|---|---|---|---|---|---|