**EXHIBIT A**

**Nortel Networks Inc., Bankruptcy Case No. 09-10138 (KG)**

**Summary of Fees and Expenses for the Period**
**From November 1, 2015 through January 31, 2016, unless otherwise specified**

**Hearing: May 10, 2016 at 10:00 a.m. (ET)**

Akin Gump Strauss Hauer & Feld LLP ("Akin Gump")

A.     Notice Of Twenty-Eighth Interim Fee Application Request (D.I. 16596, Filed 2/29/16).

     1.     Eighty-Second Monthly Application Of Akin Gump Strauss Hauer & Feld LLP, Co-Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For The Reimbursement Of Expenses For Services Rendered During The Period From November 1, 2015 Through November 30, 2015 (D.I. 16460, Filed 1/8/16);

     2.     Certification Of No Objection Regarding Eighty-Second Monthly Application Of Akin Gump Strauss Hauer & Feld LLP, Co-Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For The Reimbursement Of Expenses For Services Rendered During The Period From November 1, 2015 Through November 30, 2015 [Docket No. 16460] (No Order Required) (D.I. 16511, Filed 2/1/16);

     3.     Eighty-Third Monthly Application Of Akin Gump Strauss Hauer & Feld LLP, Co-Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For The Reimbursement Of Expenses For Services Rendered During The Period From December 1, 2015 Through December 31, 2015 (D.I. 16515, Filed 2/3/16);

     4.     Certification Of No Objection Regarding Eighty-Third Monthly Application Of Akin Gump Strauss Hauer & Feld LLP, Co-Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For The Reimbursement Of Expenses For Services Rendered During The Period From December 1, 2015 Through December 31, 2015 [Docket No. 16515] (No Order Required) (D.I.16573, Filed 2/25/16);

     5.     Eighty-Fourth Monthly Application Of Akin Gump Strauss Hauer & Feld LLP, Co-Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For The Reimbursement Of Expenses For Services Rendered During The Period From January 1, 2016 Through January 31, 2016 (D.I. 16595, Filed 2/29/16);

     6.     Certification Of No Objection Regarding Eighty-Fourth Monthly Application Of Akin Gump Strauss Hauer & Feld LLP, Co-Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For The

Reimbursement Of Expenses For Services Rendered During The Period From January 1, 2016 Through January 31, 2016 [Docket No. 16595] (No Order Required) (D.I. 16645, Filed 3/23/16); and

7.      Fee Examiner's Final Report Regarding Twenty-Eighth Interim Fee Application Of Akin Gump Strauss Hauer & Feld LLP (D.I. 16686, Filed 4/4/16).

<u>Ashurst LLP</u>

B.      Notice Of Twenty-Eighth Interim Fee Application Request (D.I. 16599, Filed 3/1/16).

1.      Eighty-Second Monthly Application Of Ashurst LLP, European Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From November 1, 2015 Through November 30, 2015 (D.I. 16407, Filed 12/21/15);

2.      Certification Of No Objection Regarding Eighty-Second Monthly Application Of Ashurst LLP, European Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From November 1, 2015 Through November 30, 2015  [Docket No. 16407] (No Order Required) (D.I. 16478, Filed 1/14/16);

3.      Eighty-Third Monthly Application Of Ashurst LLP, European Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From December 1, 2015 Through December 31, 2015 (D.I. 16499, Filed 1/29/16);

4.      Certification Of No Objection Regarding Eighty-Third Monthly Application Of Ashurst LLP, European Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From December 1, 2015 Through December 31, 2015 [Docket No. 16499] (No Order Required) (D.I. 16568, Filed 2/23/16);

5.      Eighty-Fourth Monthly Application Of Ashurst LLP, European Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From January 1, 2016 Through January 31, 2016 (D.I. 16598, Filed 3/1/16);

6.      Certification Of No Objection Regarding Eighty-Fourth Monthly Application Of Ashurst LLP, European Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of

Expenses For Services Rendered During The Period From January 1, 2016 Through January 31, 2016 [Docket No. 16598] (No Order Required) (D.I. 16646, Filed 3/24/16); and

7.     Fee Examiner's Final Report Regarding Twenty-Eighth Interim Fee Application Of Ashurst LLP (D.I. 16682, Filed 4/4/16).

Berkeley Research Group, LLC

C.     Notice Of Third Interim Fee Application Request (D.I. 16593, Filed 2/29/16).

1.     Sixth Monthly Fee Application Of Berkeley Research Group, LLC For Compensation For Services Rendered And Reimbursement Of Expenses As Financial Advisor To The Official Committee of Unsecured Creditors During The Period From November 1, 2015 Through November 30, 2015 (D.I. 16464, Filed 1/11/16);

2.     Certification Of No Objection Regarding Sixth Monthly Fee Application Of Berkeley Research Group, LLC For Compensation For Services Rendered And Reimbursement Of Expenses As Financial Advisor To The Official Committee of Unsecured Creditors During The Period From November 1, 2015 Through November 30, 2015 [Docket No. 16464] (No Order Required) (D.I. 16518, Filed 2/3/16);

3.     Seventh Monthly Fee Application Of Berkeley Research Group, LLC For Compensation For Services Rendered And Reimbursement Of Expenses As Financial Advisor To The Official Committee of Unsecured Creditors During The Period From December 1, 2015 Through December 31, 2015 (D.I. 16522, Filed 2/5/16);

4.     Certification Of No Objection Regarding Seventh Monthly Fee Application Of Berkeley Research Group, LLC For Compensation For Services Rendered And Reimbursement Of Expenses As Financial Advisor To The Official Committee of Unsecured Creditors During The Period From December 1, 2015 Through December 31, 2015 [Docket No. 16522] (No Order Required) (D.I. 16590, Filed 2/29/16);

5.     Eighth Monthly Fee Application Of Berkeley Research Group, LLC For Compensation For Services Rendered And Reimbursement Of Expenses As Financial Advisor To The Official Committee of Unsecured Creditors During The Period From January 1, 2016 Through January 31, 2016 (D.I. 16582, Filed 2/26/16);

6.     Certification Of No Objection Regarding Eighth Monthly Fee Application Of Berkeley Research Group, LLC For Compensation For Services Rendered And Reimbursement Of Expenses As Financial Advisor To The Official Committee of Unsecured Creditors During The Period From January 1, 2016 Through January 31, 2016 [Docket No. 16582] (No Order Required) (D.I. 16637, Filed 3/21/16); and

7.     Fee Examiner's Final Report Regarding Third Interim Fee Application Of Berkeley Research Group, LLC (D.I. 16692, Fled 4/5/16).

<u>Cassels Brock & Blackwell LLP</u>

D.    Notice Of Eighth Interim Fee Application Request (D.I. 16594, Filed 2/29/16).

    1.    Twenty-First Monthly Application Of Cassels Brock & Blackwell LLP Canadian Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From November 1, 2015 To November 30, 2015 (D.I. 16537, Filed 2/10/16);

    2.    Certification of No Objection Regarding Twenty-First Monthly Application Of Cassels Brock & Blackwell LLP Canadian Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From November 1, 2015 To November 30, 2015 (D.I. 16605, Filed 3/4/16);

    3.    Twenty-Second Monthly Application Of Cassels Brock & Blackwell LLP Canadian Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From December 1, 2015 To December 31, 2015 (D.I. 16575, Filed 2/25/16);

    4.    Certification Of No Objection Regarding Twenty-Second Monthly Application Of Cassels Brock & Blackwell LLP Canadian Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From December 1, 2015 To December 31, 2015 (D.I. 16636, Filed 3/21/16);

    5.    Twenty-Third Monthly Application Of Cassels Brock & Blackwell LLP Canadian Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From January 1, 2016 To January 31, 2016 (D.I. 16592, 2/29/16);

    6.    Certification Of No Objection Regarding Twenty-Third Monthly Application Of Cassels Brock & Blackwell LLP Canadian Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From January 1, 2016 To January 31, 2016 (D.I. 16650, Filed 3/25/16); and

    7.    Fee Examiner's Final Report Regarding Notice Of Eighth Interim Fee Application Request Of Cassels Brock & Blackwell LLP (D.I. 16689, Filed 4/5/16).

Chilmark Partners LLC

E.   Twenty-Fourth Quarterly Fee Application Request Of Chilmark Partners, LLC, As Consulting Expert To The Debtors And Debtors-In-Possession, For The Period November 1, 2015 Through January 31, 2016 (D.I. 16580, Filed 2/26/16).

    1.   Sixty-Ninth  Monthly Application Of Chilmark Partners, LLC, As Consulting Expert To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses During The Period From November 1, 2015 Through November 30, 2015 (D.I. 16392, Filed 12/16/15);

    2.   Certificate of No Objection Regarding Sixty-Ninth  Monthly Application Of Chilmark Partners, LLC, As Consulting Expert To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses During The Period From November 1, 2015 Through November 30, 2015 (D.I. 16451, Filed 1/7/16);

    3.   Seventieth Monthly Application Of Chilmark Partners, LLC, As Consulting Expert To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses During The Period From December 1, 2015 Through December 31, 2015 (D.I. 16473, Filed 1/12/16);

    4.   Certificate of No Objection Regarding Seventieth Monthly Application Of Chilmark Partners, LLC, As Consulting Expert To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses During The Period From December 1, 2015 Through December 31, 2015 (D.I. 16517, Filed 2/3/16);

    5.   Seventy-First Monthly Application Of Chilmark Partners, LLC, As Consulting Expert To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses For The Period January 1, 2016 Through January 31, 2016 (D.I. 16576, Filed 2/25/16);

    6.   Certificate of No Objection Regarding Seventy-First Monthly Application Of Chilmark Partners, LLC, As Consulting Expert To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses For The Period January 1, 2016 Through January 31, 2016 (D.I. 16627, Filed 3/17/16); and

    7.   Fee Examiner's Final Report Regarding Twenty-Fourth Quarterly Fee Application Of Chilmark Partners, LLC (D.I. 16691, Filed 4/5/16).

Cleary Gottlieb Steen & Hamilton LLP ("Cleary")

F.    Twenty-Eighth Quarterly Fee Application Request Of Cleary Gottlieb Steen & Hamilton LLP, As Attorneys For Debtors And Debtors-In-Possession, For The Period November 1, 2015 Through January 31, 2016 (D.I. 16571, Filed 2/25/16).

   1.    Eighty-Third Interim Application Of Cleary Gottlieb Steen & Hamilton LLP, As Attorneys For Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period November 1, 2015 Through November 30, 2015 (D.I. 16408, Filed 2/21/15);

   2.    Certificate Of No Objection Regarding Eighty-Third Interim Application Of Cleary Gottlieb Steen & Hamilton LLP, As Attorneys For Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period November 1, 2015 Through November 30, 2015 (D.I. 16476, Filed 1/13/16);

   3.    Eighty-Fourth Interim Application Of Cleary Gottlieb Steen & Hamilton LLP, As Attorneys For Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period December 1, 2015 Through December 30, 2015 (D.I. 16493, Filed 1/26/16);

   4.    Certificate Of No Objection Regarding Eighty-Fourth Interim Application Of Cleary Gottlieb Steen & Hamilton LLP, As Attorneys For Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period December 1, 2015 Through December 30, 2015 (D.I. 16547, Filed 2/17/16);

   5.    Eighty-Fifth Interim Application Of Cleary Gottlieb Steen & Hamilton LLP, As Attorneys For Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period January 1, 2016 Through January 31, 2016 (D.I. 16567, Filed 2/23/16);

   6.    Certificate Of No Objection Regarding Eighty-Fifth Interim Application Of Cleary Gottlieb Steen & Hamilton LLP, As Attorneys For Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period January 1, 2016 Through January 31, 2016 (D.I. 16622, Filed 3/16/16); and

   7.    Fee Examiner's Final Report Regarding Twenty-Eighth Quarterly Fee Application Of Cleary Gottlieb Steen & Hamilton LLP (D.I. 16699, Filed 4/6/16).

Crowell & Moring LLP

G.     Twenty-Seventh Quarterly Fee Application Request Of Crowell & Moring LLP, Special Counsel For Debtors And Debtors-In-Possession, For The Period November 1, 2015 Through January 31, 2016 (D.I. 16588, Filed 2/29/16).

     1.     Sixty-Eighth Interim Application Of Crowell & Moring LLP As Special Counsel To Debtors And Debtors-In-Possession For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period November 1, 2015 Through January 31, 2016 (D.I. 16587, Filed 2/29/16);

     2.     Certificate Of No Objection Regarding Sixty-Eighth Interim Application Of Crowell & Moring LLP As Special Counsel To Debtors And Debtors-In-Possession For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period November 1, 2015 Through January 31, 2016 (D.I. 16644, Filed 3/22/16);

     3.     Fee Examiner's Final Report Regarding Twenty-Seventh Quarterly Fee Application Of Crowell & Moring LLP (D.I. 16683, Filed 4/4/16).

Ernst & Young LLP

H.     Twenty-Eighth Quarterly Fee Application Of Ernst & Young LLP For Compensation For Services Rendered As Indirect Tax Service Advisor To The Debtors And Debtors-In-Possession For The Period Of October 1, 2015 Through December 31, 2015 (D.I. 16589, Filed 2/29/16).

     1.     Forty-Fourth Interim Application Of Ernst & Young LLP For Allowance Of Compensation For Services Rendered As Indirect Tax Service Advisor To The Debtors And Debtors-In-Possession For Period Of October 1, 2015 Through October 31, 2015 (D.I. 16370, Filed 12/8/15);

     2.     Certificate Of No Objection Regarding Forty-Fourth Interim Application Of Ernst & Young LLP For Allowance Of Compensation For Services Rendered As Indirect Tax Service Advisor To The Debtors And Debtors-In-Possession For Period Of October 1, 2015 Through October 31, 2015 (D.I. 16430, Filed 12/30/15);

     3.     Forty-Fifth Interim Application Of Ernst & Young LLP For Allowance Of Compensation For Services Rendered As Indirect Tax Service Advisor To The Debtors And Debtors-In-Possession For Period Of November 1, 2015 Through November 30, 2015 (D.I. 16371, Filed 12/8/15);

     4.     Certificate Of No Objection Regarding Forty-Fifth Interim Application Of Ernst & Young LLP For Allowance Of Compensation For Services Rendered As Indirect Tax Service Advisor To The Debtors And Debtors-In-Possession For Period Of November 1, 2015 Through November 30, 2015 (D.I. 16431, Filed 12/30/15);

5.    Forty-Sixth Interim Application Of Ernst & Young LLP For Allowance Of Compensation For Services Rendered As Indirect Tax Service Advisor To The Debtors And Debtors-In-Possession For Period Of December 1, 2015 Through December 31, 2015 (D.I. 16570, Filed 2/24/16);

6.    Certificate Of No Objection Regarding Forty-Sixth Interim Application Of Ernst & Young LLP For Allowance Of Compensation For Services Rendered As Indirect Tax Service Advisor To The Debtors And Debtors-In-Possession For Period Of December 1, 2015 Through December 31, 2015 (D.I. 16628, Filed 3/17/16); and

7.    Fee Examiner's Final Report Regarding Twenty-Eighth Quarterly Fee Application Of Ernst & Young LLP (D.I. 16765, Filed 4/26/16).

<u>Huron Consulting Group</u>

I.    Twenty-Eighth Quarterly Fee Application Request Of Huron Consulting Group As Accounting And Restructuring Consultants For Debtors And Debtors-In-Possession, For The Period November 1, 2015 Through January 31, 2016 (D.I. 16555, Filed 2/19/16).

1.    Eighty-Second Interim Application Of Huron Consulting Group As Accounting And Restructuring Consultant To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period November 1, 2015 Through November 30, 2015 (D.I. 16448, Filed 1/6/16);

2.    Certificate Of No Objection Regarding Eighty-Second Interim Application Of Huron Consulting Group As Accounting And Restructuring Consultant To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period November 1, 2015 Through November 30, 2015 (D.I. 16506, Filed 1/29/16);

3.    Eighty-Third Interim Application Of Huron Consulting Group As Accounting And Restructuring Consultant To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period December 1, 2015 Through December 31, 2015 (D.I. 16474, Filed 1/12/16);

4.    Certificate Of No Objection Regarding Eighty-Third Interim Application Of Huron Consulting Group As Accounting And Restructuring Consultant To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period December 1, 2015 Through December 31, 2015 (D.I. 16516, Filed 2/3/16);

5.    Eighty-Fourth Interim Application Of Huron Consulting Group As Accounting And Restructuring Consultant To Debtors And Debtors-In-Possession, For Allowance Of

Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period January 1, 2016 Through January 31, 2016 (D.I. 16549, Filed 2/17/16);

6.      Certificate Of No Objection Regarding Eighty-Fourth Interim Application Of Huron Consulting Group As Accounting And Restructuring Consultant To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period January 1, 2016 Through January 31, 2016 (D.I. 16613, Filed 3/9/16); and

7.      Fee Examiner's Final Report Regarding Twenty-Eighth Quarterly Fee Application Of Huron Consulting Group (D.I. 16685, Filed 4/4/16).

John Ray

J.      Twenty-Fifth Quarterly Fee Application Of John Ray, As Principal Officer Of Nortel Networks, Inc. And Its Affiliates, For The Period November 1, 2015 Through January 31, 2016 (D.I. 16569, Filed 2/23/16).

1.      Fifty-Second Monthly Application Of John Ray, As Principal Officer Of Nortel Networks, Inc. For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period November 1, 2015 Through November 30, 2015 (D.I. 16363, Filed 12/2/15);

2.      Certificate Of No Objection Regarding Fifty-Second Monthly Application Of John Ray, As Principal Officer Of Nortel Networks, Inc. For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period November 1, 2015 Through November 30, 2015 (D.I. 16426, Filed 12/28/15);

3.      Fifty-Third Monthly Application Of John Ray, As Principal Officer Of Nortel Networks, Inc. For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period December 1, 2015 Through January 31, 2016 (D.I. 16513, Filed 2/2/16);

4.      Certificate Of No Objection Regarding Fifty-Third Monthly Application Of John Ray, As Principal Officer Of Nortel Networks, Inc. For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period December 1, 2015 Through January 31, 2016 (D.I. 16572, Filed 2/25/16); and

5.      Fee Examiner's Final Report Regarding Twenty-Fifth Quarterly Fee Application Of John Ray (D.I. 16684, Filed 4/4/16).

Morris, Nichols, Arsht & Tunnell LLP

K.     Twenty-Eighth Quarterly Fee Application Request Of Morris, Nichols, Arsht & Tunnell LLP, As Delaware And General Bankruptcy Counsel For Debtors And Debtors-In-Possession, For The Period November 1, 2015 Through January 31, 2016 (D.I. 16534, Filed 2/10/16).

1.     Eighty-Third Interim Application Of Morris, Nichols, Arsht & Tunnell LLP, As Delaware And General Bankruptcy Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period November 1, 2015 Through November 30, 2015 (D.I. 16381, Filed 12/11/15);

2.     Certificate of No Objection Regarding Eighty-Third Interim Application Of Morris, Nichols, Arsht & Tunnell LLP, As Delaware And General Bankruptcy Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period November 1, 2015 Through November 30, 2015 (D.I. 16449, Filed 1/6/16);

3.     Eighty-Fourth Interim Application Of Morris, Nichols, Arsht & Tunnell LLP, As Delaware And General Bankruptcy Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period December 1, 2015 Through December 31, 2015 (D.I. 16453, Filed 1/8/16);

4.     Certificate Of No Objection Regarding Eighty-Fourth Interim Application Of Morris, Nichols, Arsht & Tunnell LLP, As Delaware And General Bankruptcy Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period December 1, 2015 Through December 31, 2015 (D.I. 16510, Filed 2/1/16);

5.     Eighty-Fifth Interim Application Of Morris, Nichols, Arsht & Tunnell LLP, As Delaware And General Bankruptcy Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period Janaury 1, 2015 Through January 31, 2016 (D.I. 16530, Filed 2/9/16);

6.     Certificate Of No Objection Regarding Eighty-Fifth Interim Application Of Morris, Nichols, Arsht & Tunnell LLP, As Delaware And General Bankruptcy Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period Janaury 1, 2015 Through January 31, 2016 (D.I. 16600, Filed 3/1/16); and

7.     Fee Examiner's Final Report Regarding Twenty-Eighth Quarterly Fee Application Of Morris, Nichols, Arsht & Tunnell LLP (D.I. 16698, Filed 4/5/16).

RLKS Executive Solutions, LLC

L.    Twenty-Third Quarterly Fee Application Request Of RLKS Executive Solutions LLC, As Consultants To The Debtors And Debtors-In-Possession, For The Period November 1, 2015 Through January 31, 2016 (D.I. 16584, Filed 2/29/16).

    1.    Fifty-Fifth Monthly Application Of RLKS Executive Solutions LLC, As Consultants To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period November 1, 2015 Through November 30, 2015 (D.I. 16360, Filed 12/2/15);

    2.    Certificate Of No Objection Regarding Fifty-Fifth Monthly Application Of RLKS Executive Solutions LLC, As Consultants To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period November 1, 2015 Through November 30, 2015  (D.I. 16427, Filed 12/28/15);

    3.    Fifty-Sixth Monthly Application Of RLKS Executive Solutions LLC, As Consultants To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period December 1, 2015 Through December 31, 2015 (D.I. 16447, Filed 1/5/16);

    4.    Certificate Of No Objection Regarding Fifty-Sixth Monthly Application Of RLKS Executive Solutions LLC, As Consultants To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period December 1, 2015 Through December 31, 2015 (D.I. 16495, Filed 1/27/16);

    5.    Fifty-Seventh Monthly Application Of RLKS Executive Solutions LLC, As Consultants To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period January 1, 2016 Through January 31, 2016 (D.I. 16578, Filed 2/26/16);

    6.    Certificate Of No Objection Regarding Fifty-Seventh Monthly Application Of RLKS Executive Solutions LLC, As Consultants To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period January 1, 2016 Through January 31, 2016 (D.I. 16634, Filed 3/18/16); and

    7.    Fee Examiner's Final Report Regarding Twenty-Third Quarterly Fee Application Of RLKS Executive Solutions LLC (D.I. 16690, Filed 4/5/16).

## Torys LLP

M.  Twenty-First Quarterly Fee Application Of Torys LLP, As Special Canadian Counsel To Debtors And Debtors-In-Possession For The Period November 1, 2015 Through Janaury 31, 2016 (D.I. 16581, Filed 2/26/16).

    1.  Fifty-Sixth Monthly Application Of Torys LLP, As Special Canadian Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period November 1, 2015 Through November 30, 2015 (D.I. 16452, Filed 1/7/16);

    2.  Certificate Of No Objection Regarding Fifty-Sixth Monthly Application Of Torys LLP, As Special Canadian Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period November 1, 2015 Through November 30, 2015 (D.I. 16503, Filed 1/29/16);

    3.  Fifty-Seventh Monthly Application Of Torys LLP, As Special Canadian Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period December 1, 2015 Through December 31, 2015 (D.I. 16497, Filed 1/27/16);

    4.  Certificate Of No Objection Regarding Fifty-Seventh Monthly Application Of Torys LLP, As Special Canadian Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period December 1, 2015 Through December 31, 2015 (D.I. 16548, Filed 2/17/16);

    5.  Fifty-Eighth Monthly Application Of Torys LLP, As Special Canadian Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period January 1, 2016 Through January 31, 2016 (D.I. 16577, Filed 2/25/16);

    6.  Certificate Of No Objection Regarding Fifty-Eighth Monthly Application Of Torys LLP, As Special Canadian Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period January 1, 2016 Through January 31, 2016 (D.I. 16626, Filed 3/17/16); and

    7.  Fee Examiner's Final Report Regarding Twenty-First Quarterly Fee Application Of Torys LLP (D.I. 16734, Filed 4/19/16).

## Whiteford, Taylor & Preston LLC

N.  Fifth Interim Application Of Whiteford, Taylor & Preston LLC For Allowance Of Compensation For Services Rendered And For Reimbursement Of Expenses As Co-Counsel

To The Official Committee Of Unsecured Creditors For The Period From November 1, 2015 Through January 31, 2016 (D.I. 16545, Filed 2/17/16).

1.      Eleventh Monthly And Interim Application Of Whiteford, Taylor & Preston LLC For Allowance Of Compensation For Services Rendered And For Reimbursement Of Expenses As Co-Counsel To The Official Committee Of Unsecured Creditors For The Period From November 1, 2015 Through November 30, 2015 (D.I. 16433, Filed 12/30/15);

2.      Certificate Of No Objection Regarding Eleventh Monthly And Interim Application Of Whiteford, Taylor & Preston LLC For Allowance Of Compensation For Services Rendered And For Reimbursement Of Expenses As Co-Counsel To The Official Committee Of Unsecured Creditors For The Period From November 1, 2015 Through November 30, 2015 (D.I. 16486, Filed 1/21/16);

3.      Twelfth Monthly And Interim Application Of Whiteford, Taylor & Preston LLC For Allowance Of Compensation For Services Rendered And For Reimbursement Of Expenses As Co-Counsel To The Official Committee Of Unsecured Creditors For The Period From December 1, 2015 Through December 31, 2015 (D.I. 16487, Filed 1/22/16);

4.      Certificate Of No Objection Regarding Twelfth Monthly And Interim Application Of Whiteford, Taylor & Preston LLC For Allowance Of Compensation For Services Rendered And For Reimbursement Of Expenses As Co-Counsel To The Official Committee Of Unsecured Creditors For The Period From December 1, 2015 Through December 31, 2015 (D.I. 16544, Filed 2/16/16);

5.      Thirteenth Monthly And Interim Application Of Whiteford, Taylor & Preston LLC For Allowance Of Compensation For Services Rendered And For Reimbursement Of Expenses As Co-Counsel To The Official Committee Of Unsecured Creditors For The Period From January 1, 2016 Through January 31, 2016 (D.I. 16526, Filed 2/8/16);

6.      Certificate Of No Objection Regarding Thirteenth Monthly And Interim Application Of Whiteford, Taylor & Preston LLC For Allowance Of Compensation For Services Rendered And For Reimbursement Of Expenses As Co-Counsel To The Official Committee Of Unsecured Creditors For The Period From January 1, 2016 Through January 31, 2016 (D.I. 16601, Filed 3/2/16); and

7.      Fee Examiner's Final Report Regarding Fifth Interim Fee Application Of Whiteford, Taylor & Preston LLC (D.I. 16700, Filed 4/6/16).