**Nortel Networks Inc., et al**

**Berkeley Research Group, LLC**

**Exhibit A: Time Detail**



For the Period 3/1/2016 through 3/31/2016

| Date | Professional | Hours | Description |
|---|---|---|---|
| **01. Asset Acquisition/Disposition** | | | |
| 3/4/2016 | J. Hyland | 2.0 | Reviewed updated proceeds allocation assumptions. |
| 3/7/2016 | C. Kearns | 0.8 | Reviewed parameters of appeal outcomes requested by Counsel. |
| 3/8/2016 | J. Hyland | 2.9 | Analyzed updated proceeds allocation scenarios. |
| 3/8/2016 | J. Hyland | 2.6 | Continued analyzing updated proceeds allocation scenarios. |
| 3/9/2016 | J. Hyland | 2.9 | Analyzed proceeds allocation assumptions. |
| 3/9/2016 | J. Hyland | 2.8 | Continued analyzing proceeds allocation assumptions. |
| 3/9/2016 | J. Hyland | 0.4 | Conducted call with D. Botter (Counsel) re: proceeds allocation. |
| 3/9/2016 | J. Hyland | 0.3 | Conducted call with D. Botter (Counsel) re: proceeds allocation. |
| 3/10/2016 | J. Hyland | 2.5 | Reviewed proceeds allocation analyses. |
| 3/10/2016 | J. Hyland | 2.4 | Continued reviewing proceeds allocation analyses. |
| 3/15/2016 | J. Hyland | 2.6 | Reviewed proceeds allocation calculation and assumptions. |
| 3/15/2016 | J. Hyland | 0.8 | Participated in call with Counsel re: proceeds allocation calculation and assumptions. |
| 3/16/2016 | J. Hyland | 0.2 | Reviewed Goodman's letter and Monitor's response re: dormant entities. |
| 3/17/2016 | C. Kearns | 0.5 | Reviewed allocation issues re: Canada CCAA applicants and related. |
| 3/18/2016 | J. Hyland | 1.2 | Analyzed proceeds allocation matter for updated allocation assumptions. |
| 3/21/2016 | J. Hyland | 2.8 | Analyzed proceeds allocation assumptions for UCC discussions. |
| 3/21/2016 | J. Hyland | 1.7 | Continued analyzing proceeds allocation assumptions for UCC discussions. |
| 3/25/2016 | J. Hyland | 1.4 | Analyzed proceeds allocation calculations. |
| 3/25/2016 | J. Hyland | 0.1 | Reviewed the Committee's response to Judge Stark re: appellate argument. |

Berkeley Research Group, LLC

Invoice for the 3/1/2016 - 3/31/2016 Period

| Date | Professional | Hours | Description |
|---|---|---|---|
| **01. Asset Acquisition/Disposition** | | | |
| 3/28/2016 | J. Hyland | 1.4 | Analyzed proceeds allocation presentation for Committee. |
| 3/28/2016 | C. Kearns | 0.6 | Reviewed and analyzed current status of allocation related issues among the core parties. |
| 3/29/2016 | J. Hyland | 2.9 | Reviewed proceeds allocation analysis prepared for the Committee. |
| 3/29/2016 | J. Hyland | 2.8 | Continued reviewing proceeds allocation analysis prepared for the Committee. |
| 3/29/2016 | J. Borow | 1.4 | Reviewed mediator's settlement proposals. |
| 3/29/2016 | J. Borow | 1.2 | Continued review of mediators settlement proposals. |
| 3/29/2016 | J. Borow | 0.9 | Reviewed presentation to UCC re: various mediation proposals. |
| 3/29/2016 | J. Hyland | 0.4 | Reviewed articles on Nortel's proceeds allocation from Counsel. |
| 3/30/2016 | J. Borow | 2.8 | Reviewed presentation to UCC re: mediation issues. |
| 3/30/2016 | J. Hyland | 2.7 | Analyzed proceeds allocation calculations and assumptions for appeal. |
| 3/30/2016 | J. Hyland | 2.5 | Continued analyzing proceeds allocation calculations and assumptions for appeal. |
| 3/31/2016 | J. Hyland | 1.8 | Analyzed proceeds allocation positions. |
| 3/31/2016 | J. Hyland | 0.4 | Reviewed Canadian Debtors' sur-reply appeal brief. |
| **Task Code Total Hours** | | **52.7** | |
| **05. Professional Retention/ Fee Application Preparation** | | | |
| 3/1/2016 | A. Cowie | 0.9 | Analyzed January fee application. |
| 3/9/2016 | J. Borow | 0.8 | Reviewed fee application. |
| 3/10/2016 | J. Hyland | 0.1 | Provided February fee estimate for counsel. |
| 3/14/2016 | J. Blum | 0.8 | Prepared February monthly fee application. |
| 3/15/2016 | J. Blum | 1.1 | Prepared February monthly fee application. |
| 3/17/2016 | A. Cowie | 1.6 | Analyzed February fee application. |
| 3/17/2016 | J. Blum | 0.3 | Prepared the February monthly fee application. |
| **Task Code Total Hours** | | **5.6** | |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **08. Interaction/Meetings with Creditors** | | | |
| 3/3/2016 | J. Hyland | 1.0 | Reviewed UCC documents in regard to allocation proceedings. |
| 3/3/2016 | A. Cowie | 0.9 | Prepared materials for weekly UCC call on litigation proceedings. |
| 3/3/2016 | J. Borow | 0.7 | Discussed with party in interest re: status of matter. |
| 3/3/2016 | C. Kearns | 0.3 | Participated in committee call re: appeal status. |
| 3/3/2016 | J. Borow | 0.3 | Participated in meeting with UCC and professionals to UCC. |
| 3/3/2016 | J. Hyland | 0.3 | Participated in weekly UCC call with UCC members and professionals. |
| 3/10/2016 | J. Borow | 1.0 | Discussion with party in interest re: status of matter. |
| 3/10/2016 | A. Cowie | 0.4 | Prepared presentation materials for weekly UCC call on status of litigation. |
| 3/10/2016 | J. Borow | 0.3 | Participate in meeting with UCC and professionals to UCC. |
| 3/10/2016 | C. Kearns | 0.3 | Participated in call with the Committee re: appeal status. |
| 3/10/2016 | J. Hyland | 0.3 | Participated in UCC call with members and professionals. |
| 3/11/2016 | J. Borow | 0.6 | Discussed with party in interest re: status of the matter. |
| 3/17/2016 | J. Hyland | 1.4 | Prepared for UCC call by reviewing documents distributed to UCC. |
| 3/17/2016 | A. Cowie | 1.3 | Prepared discussion materials for weekly UCC call on litigation status. |
| 3/17/2016 | J. Borow | 0.9 | Participated in weekly meeting with UCC and professionals to UCC. |
| 3/17/2016 | J. Hyland | 0.9 | Participated in weekly UCC call with professionals and members. |
| 3/17/2016 | J. Borow | 0.8 | Analyzed current allocation mediation related documents in preparation for the weekly UCC meeting. |
| 3/17/2016 | J. Hyland | 0.6 | Reviewed emails re: UCC discussion of matter. |
| 3/24/2016 | A. Cowie | 2.8 | Prepared discussion document for weekly UCC call re: LSI interim distribution motion. |
| 3/24/2016 | J. Hyland | 1.3 | Reviewed allocation related documents distributed to UCC from Counsel. |
| 3/24/2016 | J. Borow | 0.9 | Participated in weekly meeting with UCC and professionals to UCC. |
| 3/24/2016 | J. Hyland | 0.9 | Participated in weekly UCC call with UCC members and UCC professionals. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **08. Interaction/Meetings with Creditors** | | | |
| 3/28/2016 | C. Kearns | 0.8 | Met with F. Hodara (Akin) re: discuss status and next steps re: discussions among core parties. |
| 3/28/2016 | J. Borow | 0.5 | Discussed with party in interest re: status of matter. |
| 3/31/2016 | A. Cowie | 2.8 | Prepared presentation for UCC in regard to settlement offer. |
| 3/31/2016 | A. Cowie | 2.6 | Continued to prepare presentation for UCC in regard to settlement offer. |
| 3/31/2016 | C. Kearns | 1.2 | Participated in a call with Counsel (F. Hodara) and Cleary (J. Bromley) to discuss status of discussions among the estates and ongoing related issues. |
| 3/31/2016 | C. Kearns | 1.1 | Participated in call with the Committee re: status of discussions among the estates and appeal process. |
| 3/31/2016 | J. Borow | 1.1 | Participated in meeting with UCC and professionals to UCC. |
| 3/31/2016 | J. Hyland | 1.1 | Participated in weekly UCC call with members and professionals. |
| **Task Code Total Hours** | | **29.4** | |
| **10. Recovery/SubCon/Lien Analysis** | | | |
| 3/1/2016 | J. Hyland | 2.9 | Reviewed creditor recoveries based upon certain assumptions. |
| 3/1/2016 | A. Cowie | 2.7 | Updated presentation on professional fees impact to creditor recoveries through the Canadian estate. |
| 3/1/2016 | J. Hyland | 2.0 | Continued reviewing creditor recoveries based upon certain assumptions. |
| 3/2/2016 | A. Cowie | 2.8 | Updated bondholder professional fees and creditor recoveries report for the UCC. |
| 3/3/2016 | A. Cowie | 2.9 | Updated bondholder professional fees and creditor recoveries report for the UCC. |
| 3/3/2016 | A. Cowie | 2.6 | Continued to updated bondholder professional fees and creditor recoveries report for the UCC. |
| 3/7/2016 | A. Cowie | 2.8 | Analyzed bondholder fees in Canada as against impact to creditor recoveries. |
| 3/8/2016 | A. Cowie | 2.8 | Analyzed bondholder fees in Canada as against impact to creditor recoveries. |
| 3/8/2016 | A. Cowie | 2.4 | Analyzed bondholder fees in Canada as against impact to creditor recoveries. |
| 3/9/2016 | A. Cowie | 2.9 | Analyzed creditor recoveries model under varying assumption sets. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **10. Recovery/SubCon/Lien Analysis** | | | |
| 3/9/2016 | A. Cowie | 2.7 | Continued to analyze creditor recoveries model under varying assumption sets. |
| 3/9/2016 | A. Cowie | 2.4 | Continued to analyze creditor recoveries model under varying assumption sets. |
| 3/11/2016 | A. Cowie | 2.9 | Analyzed creditor recoveries model under varying assumption sets. |
| 3/11/2016 | J. Hyland | 2.9 | Analyzed issue impacting Canadian recoveries. |
| 3/11/2016 | J. Hyland | 2.0 | Continued analyzing issue impacting Canadian recoveries. |
| 3/11/2016 | A. Cowie | 1.2 | Continued to analyze creditor recoveries model under varying assumption sets. |
| 3/12/2016 | J. Hyland | 1.5 | Continued analyzing issue impacting Canadian recoveries. |
| 3/14/2016 | A. Cowie | 2.9 | Analyzed impact on creditor recoveries resulting from inclusion of new CDN filed entities in distribution waterfall. |
| 3/14/2016 | A. Cowie | 2.8 | Continued to analyze impact on creditor recoveries resulting from inclusion of new CDN filed entities in distribution waterfall. |
| 3/14/2016 | A. Cowie | 2.3 | Continued to analyze impact on creditor recoveries resulting from inclusion of new CDN filed entities in distribution waterfall. |
| 3/15/2016 | A. Cowie | 2.9 | Analyzed impact on creditor recoveries resulting from inclusion of new CDN filed entities in distribution waterfall. |
| 3/15/2016 | A. Cowie | 2.1 | Continued to analyze impact on creditor recoveries resulting from inclusion of new CDN filed entities in distribution waterfall. |
| 3/17/2016 | A. Cowie | 1.2 | Analyzed impact of bondholder fees sharing agreement in Canada as to creditor recoveries. |
| 3/21/2016 | A. Cowie | 2.6 | Analyzed interim distribution motion submitted by unsecured claim holder LSI. |
| 3/21/2016 | A. Cowie | 2.2 | Continued to analyze interim distribution motion submitted by unsecured claim holder LSI. |
| 3/21/2016 | A. Cowie | 1.7 | Continued to analyze interim distribution motion submitted by unsecured claim holder LSI. |
| 3/22/2016 | A. Cowie | 2.9 | Analyzed interim distribution motion submitted by unsecured claim holder LSI. |
| 3/22/2016 | A. Cowie | 2.8 | Continued to analyze interim distribution motion submitted by unsecured claim holder LSI. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **10. Recovery/SubCon/Lien Analysis** | | | |
| 3/22/2016 | C. Kearns | 0.4 | Reviewed and analyzed LSI motion for interim distribution and provided to counsel. |
| 3/23/2016 | A. Cowie | 2.9 | Analyzed interim distribution motion submitted by unsecured claim holder LSI. |
| 3/23/2016 | J. Hyland | 2.9 | Analyzed LSI motion for interim distributions and allocation of proceeds. |
| 3/23/2016 | A. Cowie | 2.8 | Continued to analyze interim distribution motion submitted by unsecured claim holder LSI. |
| 3/23/2016 | J. Hyland | 2.7 | Continued analyzing LSI motion for interim distributions and allocation of proceeds. |
| 3/23/2016 | J. Hyland | 2.5 | Continued analyzing LSI motion for interim distributions and allocation of proceeds. |
| 3/24/2016 | C. Kearns | 0.3 | Reviewed analysis of LSI motion vs our internal analysis requested by counsel. |
| 3/25/2016 | A. Cowie | 2.9 | Responded to question from B. Kahn (Counsel) in regard to estimated creditor recoveries. |
| 3/28/2016 | A. Cowie | 1.3 | Analyzed potential settlement offer in regard to global creditor recoveries. |
| 3/29/2016 | A. Cowie | 2.9 | Analyzed potential settlement offer in regard to global creditor recoveries. |
| 3/29/2016 | A. Cowie | 2.8 | Continued to analyze potential settlement offer in regard to global creditor recoveries. |
| 3/29/2016 | A. Cowie | 2.6 | Continued to analyze potential settlement offer in regard to global creditor recoveries. |
| 3/29/2016 | C. Kearns | 0.3 | Reviewed draft analysis for committee prepared at request of counsel re: core party issues. |
| 3/30/2016 | A. Cowie | 2.9 | Analyzed potential settlement offer in regard to global creditor recoveries. |
| 3/30/2016 | A. Cowie | 2.2 | Continued to analyze potential settlement offer in regard to global creditor recoveries. |
| 3/30/2016 | C. Kearns | 0.3 | Reviewed draft deck for committee requested by counsel re: recovery scenarios. |
| 3/31/2016 | A. Cowie | 2.9 | Prepared creditor recovery model under varying input assumptions. |
| 3/31/2016 | J. Hyland | 1.6 | Reviewed claim recovery analysis for UCC. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **10. Recovery/SubCon/Lien Analysis** | | | |
| 3/31/2016 | C. Kearns | 1.0 | Reviewed various waterfall scenarios requested by Counsel. |
| **Task Code Total Hours** | | **107.0** | |
| **11. Claim Analysis/Accounting** | | | |
| 3/2/2016 | J. Hyland | 2.6 | Analyzed SNMP claim motion distributed to the Committee. |
| 3/3/2016 | J. Hyland | 2.9 | Analyzed claims in each estate. |
| 3/3/2016 | J. Hyland | 2.6 | Continued analyzing claims in each estate. |
| 3/9/2016 | J. Hyland | 0.3 | Reviewed Morris Nichols objection re: SNMP claim. |
| 3/9/2016 | J. Hyland | 0.1 | Reviewed Quinn Emanuel's supplemental 2019 statement. |
| 3/10/2016 | J. Hyland | 0.1 | Reviewed Cole Scholtz's response re: SNMP claim. |
| 3/21/2016 | C. Kearns | 0.4 | Reviewed motion by a creditor for interim distribution and discussed with counsel. |
| 3/22/2016 | C. Kearns | 0.3 | Participated in a call with Akin (F. Hodara) and Brown Rudnick (S. Pohl) to discuss motion for possible interim distribution. |
| 3/24/2016 | J. Hyland | 1.6 | Reviewed SNMP claims motions. |
| 3/30/2016 | J. Hyland | 2.0 | Reviewed analysis and presentation re: bond claims. |
| **Task Code Total Hours** | | **12.9** | |
| **18. Operating and Other Reports** | | | |
| 3/16/2016 | J. Hyland | 2.8 | Reviewed Monitor's Report dated March 9, 2016. |
| 3/16/2016 | J. Hyland | 1.4 | Reviewed motion record of the Monitor dates 3/18/16. |
| **Task Code Total Hours** | | **4.2** | |
| **19. Cash Flow/Cash Management Liquidity** | | | |
| 3/4/2016 | A. Cowie | 0.9 | Analyzed updated global cash details prepared by the Debtors. |
| 3/22/2016 | J. Hyland | 1.8 | Analyzed March 11, 2016 cash summary. |
| **Task Code Total Hours** | | **2.7** | |
| **26. Tax Issues** | | | |
| 3/23/2016 | J. Hyland | 0.3 | Conducted call with K. Rowe (Counsel) re: US tax matters. |

| Date | Professional | Hours | Description |
|---|---|---|---|

**26. Tax Issues**

| | Task Code Total Hours | 0.3 | |
|---|---|---|---|

**Total Hours**     214.8