IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> Nortel Networks Inc., *et al.*,[1] <br><br> Debtors. | ) Chapter 11 <br> ) <br> ) Case No. 09-10138 (KG) <br> ) (Jointly Administered) <br> ) <br> ) <br> ) |

**SUPPLEMENTAL DECLARATION OF CHRISTOPHER M.
SAMIS IN SUPPORT OF APPLICATION TO RETAIN AND EMPLOY
WHITEFORD, TAYLOR & PRESTON LLC AS SUCCESSOR CO-COUNSEL TO
THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF NORTEL
NETWORKS INC., *ET AL.*, *NUNC PRO TUNC* TO NOVEMBER 17, 2014**

STATE OF DELAWARE    )
                     ) SS:
COUNTY OF NEW CASTLE )

I, Christopher M. Samis, being duly sworn, deposes and says:

1. I am an attorney admitted to practice in the State of Delaware and before this Court, and a Partner in the law firm of Whiteford, Taylor & Preston LLC[2] ("WTP"). WTP is a law firm with 11 offices and its Wilmington, Delaware office is located at The Renaissance Centre, Suite 500, 405 N. King Street, Wilmington, Delaware 19801.

2. I submit this supplemental declaration in further support of the *Application of the Official Committee of Unsecured Creditors of Nortel Networks Inc., et al., to Retain and Employ*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).

[2] Whiteford, Taylor & Preston LLC operates as Whiteford Taylor and Preston LLP in jurisdictions outside of Delaware. For the avoidance of any doubt, the Committee seeks to employ both Whiteford, Taylor & Preston LLC and Whiteford Taylor & Preston LLP.

*Whiteford, Taylor & Preston LLC as Successor Co-Counsel Nunc Pro Tunc to November 17, 2014* [Docket No. 14967] (the "Application").[3]

3. Unless otherwise stated in this supplemental declaration, I have personal knowledge of the facts hereinafter set forth. To the extent that any information disclosed herein requires amendment or modification upon WTP's completion of further analysis or as additional creditor information becomes available to WTP, a further supplemental declaration will be submitted to the Court.

4. On January 13, 2105, the Court entered the *Order Granting Application of the Official Committee of Unsecured Creditors of Nortel Networks Inc., et al. to Retain and Employ Whiteford, Taylor & Preston LLC as Successor Co-Counsel, Nunc Pro Tunc to November 17, 2014* [Docket No. 15040]. Subsequent to the entry of the Order, WTP conducted a supplemental conflict search with regard to interested and/or potentially interested parties that had either (i) entered an appearance in these chapter 11 cases, (ii) transferees of claims; (iii) parties involved in transactions pursuant to Bankruptcy Code section 363; (iv) parties identified in Bankruptcy Rule 2019 statements filed by other parties in these cases; (v) parties to adversary proceedings related to these cases; (vii) parties who filed statements pursuant to Schedule 13D of the Securities Exchange Act of 1934; and (viii) professionals retained by the Debtors or Committee (the "Additional Potential Parties in Interest").[4] In connection with this supplemental conflict check, I became aware that certain clients of WTP, former clients of WTP and/or affiliates thereof may be parties in interest in these chapter 11 cases.

---

[3] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Application.

[4] A list of the Additional Potential Parties in Interest is attached hereto as Exhibit 1 and is based on a list provided to WTP by counsel to the Debtors.

5. Attached hereto as <u>Exhibit 2</u> is a supplemental list of the clients and affiliates thereof that may be parties in interest in these chapter 11 cases and which WTP currently represents in matters unrelated to these chapter 11 cases. Attached hereto as <u>Exhibit 3</u> is a supplemental list of clients and affiliates thereof that may be parties in interest in these chapter 11 cases and that have been represented by WTP in the past five years in matters unrelated to these chapter 11 cases. Both <u>Exhibit 2</u> and <u>Exhibit 3</u> supplement the Samis Declaration which was filed with the Application.

6. I do not believe that any single matter is a major engagement that would involve either the billing of fees in excess of one half of one percent (0.5%) of WTP's annual fees billed, or that, in the aggregate for any related group of entities, exceeds one percent (1%) of WTP's annual fees billed. In any event, WTP will not represent any Additional Potential Party in Interest in any facet of these chapter 11 cases.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Date: May 10, 2016

_____
Christopher M. Samis

SWORN TO AND SUBSCRIBED before
me this 10th day of May 2016.

_____
Notary Public

### Exhibit 1 - Potential Parties-in-Interest

*Parties Who Have Filed Notices of Appearance: May 6, 2013 through April 26, 2016*

Network Engineering, Inc.
Nortel Trade Claim Consortium

Taylor, Stephen, Conflicts Administrator for Nortel Networks SA
Wilmington Trust, National Association

*Transferees of Claims: May 6, 2013 through April 26, 2016*

AAI Blue Mountain Fund PLC
Blackwell Partners, LLC
Blue Mountain Distressed Master Fund, L.P.
Blue Mountain Guadalupe Peak Fund L.P.
Blue Mountain Kicking Horse Fund L.P.
Blue Mountain Timberline Ltd.
Blue Mtn. Credit Alternatives MF L.P.
Blue Mtn. Long/Short Credit MF L.P.
Blue Mtn. Montenvers MF SCA SICAV-SIF
Bowery Acquisition, LLC
Bulldog Investors General Partnership
Coface North America Insurance Co.
Corre Opportunities II Master Fund, LP
Corre Opportunities Qualified Master Fund, LP
CVF Lux Master S.a.r.l.
Delta Networks Inc.
Farallon Capital AA Investors, L.P.

Jefferies Leveraged Credit Products, LLC
Optical NN Holdings, LLC
Regiment Capital Ltd
Ronald J. Kupferman and Scott B. Harper as Indemnification Representatives of the former shareholders of Peopleclick, Inc.
Sierra Liquidity Fund, LLC
Solus Opportunities Fund 1 LP
Solus Opportunities Fund 2 LP
Solus Recovery Fund III Master LP
Sonar Credit Partners III, LLC
The Seaport Group LLC Profit Sharing Plan
The Yield Master Fund I, L.P.
US Debt Recovery XV LP
Valholl Ltd.
VonWin Capital Management, LP
WB Claims Holding Nortel, LLC
XL Re Ltd

*Parties to Bankruptcy Code Section 363 Transactions: May 6, 2013 through April 26, 2016*

There were no Bankruptcy Code section 363 transactions commenced from May 6, 2013 through April 26, 2016.

*Parties Identified in 2014 Statements: May 6, 2013 through April 26, 2016*

2256355 Ontario Limited
Addrex Inc.
Alvarion Ltd
Amphenol Corp.
Angelo, Gordon & Co.
Arris Group Inc.
Atkinson, John D.
Aurelius Capital Management
Barrios, Alvio Silvio
Beeline.com, Inc.

Bejar, Martha Helena
Berkeley Research Group
Bernard Dunleavy, B.L.
Bifield, Allan
Blackberry Ltd f/k/a Research in Motion Ltd.
Blackwell Partners LLC
Bloom, Alan Robert
Bockstar Technologies
Brown Rudnick LLP
Buchbinder, David

Buchwald, Robert
Bulldog Investors General Partnership
C.N.A. Insurance
CA, Inc.
Cable One, Inc.
Caesars Entertainment
Cameron, Wilfred J.
Carrasco
CarVal Investors, LLC
Cassels, Brock & Blackwell LLP
Cassidy Turley CPS
Centerbridge Partners, L.P.
Central General Engineering and
 Maintenance Limited
Cequel Communications, LLC d/b/a
 Suddenlink Communications
Charles Schwab Corporation, The
Charter Communications, Inc.
Chico, Juan Jose
Chilmark Partners, LLC
Citadel Investment Group LLC
Coare Brookfield Lakes, LLC
Coca-Cola Company
Cognizant Technology Solutions
 Corporation
Collins, Eugene F.
Commonwealth of Pennsylvania
Constellation Energy Partners LLC
Constellation Technologies LLC
Contrarian Opportunity Fund G.P., L.L.C.
Corre Opportunities Qualified Master Fund, LP
Dell Marketing L.P.
Deutsche Telekom
Drawbridge Special Opportunities Fund LP
DW Investment Management LP
Farallon Capital Management, LLC
Federal Express
Federated U.S. Treasury Cash Reserves,
 Institutional Shares money market fund
First Citizens (Bank)
Flaherty, Lauren
Fortress Investment Group
Fox Rothschild LLP
Franklin Mutual Advisors, LLC
FTI Consulting, Inc.
Gateway Trust

GDF Suez Energy Resources NA
Giordano, Diane
Glaspell, Clarke
Global IP Law Group, LLC
GoldenTree Asset Management
Gomez, Cristina
Gonzales, Felipe
Gowlings Lafleur Henderson LLP
Green, Christine
GS Investment Strategies, LLC
H.G. Wellington & Co., Inc.
Hall, Christopher John Wilkinson
Harrington, William K.
Harris, Steven John
Hea, Jacqueline C.
Heck, Jeffrey
Herbert Smith Freehills LLP
Hewlett-Packard Indigo BV, a subsidiary of
Hewlett-Packard Company
Hok, Inc.
Hudson, Alan Michael
Hughes Hubbard & Reed LLP
I and C SA
Interactive Communications International
 d/b/a Incomm
Isbel SA
J Mock & Co SA
Kales, Robert Michael
Kapsch AG
Karr, Paul W.
Kenney, Mark
King Street Capital Management L.P.
Kittlitz, Christian
Klauder, David
Konet PR
LaSalle, William J.
Laurential Bank of Canada
Leamy, Jane
Lederfyl SA
Leva, Fabiola
LexisNexis
Linklaters LLP
Longacre Institutional Opportunity Fund
Look, Peter
Luis Fernando Guerra Sanz
Mannheimer Swartling Advokatbrya AB

Manning Global
Marsh Canada Ltd.
Marsh Mclennan Companies
McKinsey & Company, Inc.
Mcomm Group Inc
Mercury America USA Corp
Metaswitch Networks Ltd
Milan, Norberto
Milbank, Tweed, Hadley & McCloy LLP
Molex Incorporated
Monarch Alternative Capital LP
Monarch Capital Partners III LP
Morrison, Paul E.
Napier-Wilson, Diane
National Union Fire Insurance Company
Navigators Syndicate
Nelson, William K.
Newcomm 2000
Norton Rose Fulbright LLP
N-trig Inc., a subsidiary of Microsoft Inc.
Nuance Communications, Inc.
O'Malley, James R.
O'Neal, Lauren
Online 2000 Inc
Optime Consulting Inc
Owens, William A.
Owneby, Danny
Palisades Capital Advisors LLC
Panacio, Michael
Phillips, Layn R.
Powers, Donald
Pritchard, Alan W.
Proctor, Frankie
Proctor, Janie
Quantum Partners LP
Queens Ballpark Company, L.L.C.
Radware Ltd.
Rattray, Stephen A.
Ray, John
Regiment Capital Ltd.
Rerate Limited Inc
Ricaurte, Christopher Simon
Rockstar Consortium Inc. f/k/a Rockstar Bidco LP
Roese, John
Ross, Eric John
Ross, Timothy C.
Roth, John A.
Santoyo, Eduardo
SAP Middle East & North Africa LLC, a subsidiary of SAP SE
Sarkessian, Juliet
SCA IPLA Holdings Inc.
Schepacarter, Richard
Sembrat, Kevin
Silver Point Capital, L.P.
Skadden, Arps, Slate, Meagher & Flom LLP
SL Green Realty Corp.
SNMP Research International Inc.
Southall, Punter
Special Counsel Inc.
State of Michigan, Department of Treasury
Stout, Allen Keith
Suarez, Jorge Humberto
Sumi Trust
SWS Group, Inc.
Tariq, Semra
Taylor, Stephen
Techlaw Solutions, Inc.
Telefonaktiebolaget L M Ericsson (publ)
Tellabs, Inc.
Tenor Capital Management
The Internal Revenue Service
Time Warner Cable
Tinker, Thomas Patrick
TRT NOIP Glenville-Richardson LP
Tyco Electronics
United Business Media LLC dba Everything Channel
United States Debt Recovery, LP
USAA Eagle Real Estate Multi-Sector Operating Partnership, LP
Vedder Price
Ventresca, Anna
Verizon Communications Inc.
Viana, Hector Benjamin
Vinson, Ramona
Vonderweidt, Guy
Wadlow, Jerry
Wendt, Dietmar
West, Michael
Whiteford, Taylor & Preston LLP

WideOpen West Finance, LLC a/k/a WOW! Internet, Cable & Phone, Knology, Inc.
Williams, Shakima L.
Wilson, John B.
Wireless Integrated Networks WIN
Wynn, Dion
Zyxel Communications, Inc.

*Parties Identified in 2019 Statements: May 6, 2013 through April 26, 2016*

Angelo, Gordon & Co.
Aristeia Capital, L.L.C.
Aurelius Capital Management, LP
Cameron, Wilfred J.
CarVal Investors, LLC
Centerbridge Partners, L.P.
Davidson Kempner Capital Management LP
DW Investment Management LP
Elliott Associates
Farallon Capital Management, LLC
Fir Tree Partners Inc.
Franklin Mutual Advisors, LLC
GoldenTree Asset Management
Granthum, Mayo, Van Otterloo & Co., LLC
GS Investment Strategies, LLC
Halcyon Asset Management LLC
HBK Capital Management
King Street Capital Management, L.P.
Macquarie Capital (USA), Inc.
Magnetar Capital LLC
Monarch Alternative Capital LP
Napier-Wilson, Dianne
Oak Hill Advisors L.P.
Och-Ziff Capital Management
PointState Capital LP
Quantum Partners LP
Silver Point Capital, LP
Stone Lion Capital Partners L.P.
Tenor Capital Management
Wilson, John B.

*Parties to Adversary Proceedings Initiated May 6, 2013 through April 26, 2016*
There were no adversary proceedings initiated during the period May 6, 2013 through April 26, 2016.

*Parties Who Filed Statements Pursuant to Schedule 13D of theSecurities Exchange Act of 1934: May 6, 2013 through April 26, 2016*
No parties have filed statements pursuant to Schedule 13D of the Securities Exchange Act of 1934 during the period May 6, 2013 through April 26, 2016.

*Professionals Retained by Debtors or Committee: May 6, 2013 through April 26, 2016*
Berkeley Research Group, LLC
CB Richard Ellis-Raleigh, LLC
Cassels Brock & Blackwell LLP
Whiteford Taylor & Preston LLP

# Exhibit 2[1] - Current Clients[2]

## Current Clients

***Parties Who Have Filed Notices of Appearance: May 6, 2013 through April 26, 2013***
Wilmington Trust, National Association and affiliated entities


***Parties Identified in 2014 Statements: May 6, 2013 through April 26, 2016***
CarVal Investors, LLC
Constellation Energy Partners LLC and affiliated entities
Fortress Investment Group
LexisNexis
Monarch Alternative Capital, LP
Silver Point Capital, L.P.

***Parties Identified in 2019 Statements: May 6, 2013 through April 26, 2016***
C.N.A Insurance, and certain affiliates thereof
Davidson Kempner Capital Manager, LP
Fir Tree Partners Inc.
HBK Capital Management

---

[1] Parties that are both current clients and former clients of WTP are listed only on Exhibit 2 – Current Clients.

[2] Due to the similarity of names and certain entities, WTP was not able to determine if all the entities listed herein are actually affiliates of certain clients. However, out of an abundance of caution WTP has listed those entities which is reasonably believes to be affiliates of current clients.

## Exhibit 3 – Former Clients[1]

**Former Clients**

*Parties Identified in 2014 Statements: May 6, 2013 through April 26, 2016*
Hughes Hubbard & Reed LLP

---

[1] Due to the similarity of names and certain entities, WTP was not able to determine if all the entities listed herein are actually affiliates of certain clients. However, out of an abundance of caution WTP has listed those entities which is reasonably believes to be affiliates of former clients.