# EXHIBIT A

## NORTEL NETWORKS INC., *et al*.
## CASE NO. 09-10138 (KG)

Professional Fees and Expenses
Monthly Fee Application

| Applicant & Docket No. | Time Period Covered | Fees & Expenses Requested in Application | Fees & Expenses Allowed/Awarded | Date Application Filed | Objection Deadline |
|---|---|---|---|---|---|
| Whiteford, Taylor & Preston LLC  [Docket No. 16735] | 3/1/16 - 3/31/16 | $60,867.50 (Fees)  $1,360.16 (Expenses) | $48,694.00 (Fees @ 80%)  $1,360.16 (Expenses @ 100%) | 4/19/2016 | 5/9/2016 |