# **<u>EXHIBIT B</u>**

```
*********************************************************************************************Page 19 of (21)
                                             WHITEFORD, TAYLOR & PRESTON    THRU 04/30/16
BILLING ATTORNEY: 01762  CHRISTOPHER M. SAMIS   DETAILED  BILLING REPORT    AS OF 5/9/2016 3:01:59 PM
                                             PROFORMA NUMBER: 512743        LAST DATE BILLED 04/08/16

CLIENT 091281            OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
                         NORTEL NETWORKS, INC.
MATTER 00001             NORTEL
CASE ID
```

***DISBURSEMENTS ***

| INDEX | DATE | REFER-# | CODE | CTRL-# | TKPR | | AMOUNT | |
|---|---|---|---|---|---|---|---|---|
| | | | 10 | | | PHOTOCOPIES | | 3.20 |
| | | | 06 | | | FEDERAL EXPRESS | | 92.36 |
| 4652975 | 04/01/16 | | 108 | | 01762 | KATIE GOOD - MEALS-SNACKS FOR NORTEL HEARING PREP | 81.08 | |
| | | | *108 | | | MEALS | | 81.08 |
| 4652973 | 04/21/16 | | 44 | | 01762 | DLS DISCOVERY - COPIES-COPY/PRINT; POSTAGE; ENVELOPE; HAND DELIVERY W BANKRUPTCY SERVICE; PRINTING ON LABEL STOCK; PDF EMAILED TO CLIENT | 104.67 | |
| 4652972 | 04/21/16 | | 44 | | 01762 | DLS DISCOVERY - COPIES-COPY MEDIUM LIT.; PUNCH PAPER; TABS CUSTOM; SLIPSHEET/DOC BREAK; COIL BINDING | 91.06 | |

```
*********************************************************************************************Page 20 of (21)
                                                WHITEFORD, TAYLOR & PRESTON      THRU 04/30/16
BILLING ATTORNEY: 01762  CHRISTOPHER M. SAMIS   DETAILED   BILLING REPORT        AS OF 5/9/2016 3:01:59 PM
                                                PROFORMA NUMBER: 512743          LAST DATE BILLED 04/08/16


CLIENT 091281             OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
                          NORTEL NETWORKS, INC.
MATTER 00001              NORTEL
CASE ID

INDEX      DATE      REFER-#   CODE    CTRL-#  TKPR                                           AMOUNT

    4652974 04/21/16           44              01762   DLS DISCOVERY - COPIES-COPY/PRINT;      74.54
                                                       ENVELOPE; PDF EMAILED TO CLIENT; POSTAGE;
                                                       HAND DELIVERY W BANKRUPTCY SERVICE
                                               *44     COPIES                                                270.27

                                                       *TOTAL DISBURSEMENTS*       446.91
```