# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 ) |
| Nortel Networks Inc., et al.,[1] | ) Case No. 09-10138 (KG) ) (Jointly Administered) ) |
| Debtors. | ) Re: Docket No. 16796 ) |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE     )
                      ) SS.
NEW CASTLE COUNTY     )

I, Christopher M. Samis, Esquire, being duly sworn according to law, deposes and says that I am a Partner with the law firm of Whiteford, Taylor & Preston LLC, and that I caused the *Supplemental Declaration of Christopher M. Samis in Support of Application to Retain and Employ Whiteford, Taylor & Preston LLC as Successor Co-Counsel to the Official Committee of Unsecured Creditors of Nortel Networks Inc., et al., Nunc Pro Tunc to November 17, 2014* [Docket No. 16796] to be served via first-class mail on the parties listed on Exhibit A on the 10th day of May, 2016:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).

Dated: May 11, 2016

WHITEFORD, TAYLOR & PRESTON LLC

_____
Christopher M. Samis (No. 4909)
The Renaissance Centre
405 N. King Street, Suite 500
Wilmington, DE 19801
Telephone:     (302) 353-4144
Facsimile:     (302) 661-7950
Email:         csamis@wtplaw.com

SWORN TO AND SUBSCRIBED
before me this 11th day of May, 2016

_____
Notary Public

*[Notary Seal: COURTNEY J. MOSULY, MY COMMISSION EXPIRES OCT. 13, 2017, NOTARY PUBLIC, STATE OF DELAWARE]*