# Exhibit B

**EXPENSE SUMMARY**

Nortel Networks, Inc., *et al.*
(Case No. 09-10138 (KG))

April 1, 2016 through April 30, 2016

| **Expense Category** | **Service Provider (if applicable)** | **Total Expenses** |
|---|---|---:|
| Court Costs | | $100.00 |
| Transcripts | | 1,990.10 |
| Travel | | 285.00 |
| Meals | | 84.00 |
| Messenger Services | | 150.00 |
| Courier/Delivery Service | | 1,014.44 |
| Secretarial Overtime | | 60.00 |
| In-House Duplicating | | 11.10 |
| Postage | | 86.50 |
| Pacer | | 211.70 |
| Conference Calls | | 436.00 |
| **Total Expenses** | | **$4,428.84** |

**COST ENTRIES**

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1405669 | 04/01/16 | B | 100.00 | Court Costs - USDC-DE - PRO HAC FEES FOR 4 ATTYS - 4/1/16 | 503 | 000 | 216786 |
| 1401465 | 04/05/16 | B | 1,018.80 | Transcripts - HAWKINS REPORTING SERVICE - TRANSCRIPT OF HEARING - 4/5/16 | 506 | 322 | 216317 |
| 1401466 | 04/05/16 | B | 371.25 | Transcripts - HAWKINS REPORTING SERVICE - TRANSCRIPT OF HEARING - 4/5/16 | 506 | 322 | 216318 |
| 1402906 | 04/19/16 | B | 140.25 | Transcripts - DIAZ DATA SERVICES - TRANSCRIPT OF PROCEEDING - 4/19/16 | 506 | 684 | 216455 |
| 1403343 | 04/22/16 | B | 459.80 | Transcripts - DIAZ DATA SERVICES - DAILY TRANSCRIPT - 4/22/16 | 506 | 684 | 216550 |
| 1404895 | 04/05/16 | B | 222.00 | Travel - ROADRUNNER EXPRESS INC. - PASSENGER: MARGO GIANIS - PICKUP: FEDERAL COURT - DROPOF WILMINGTON TRAIN STATION - 4/5/16 | 511 F: | 000 | 216720 |
| 1404896 | 04/05/16 | B | 63.00 | Travel - ROADRUNNER EXPRESS INC. - PASSENGER: MARGO GIANIS - PICKUP: MNAT; DROPOFF: WILMINGTON TRAIN STATION - 4/5/16 | 511 | 000 | 216720 |
| 1400364 | 04/04/16 | B | 84.00 | Meals - URBAN CAFE, LLC - SNACK FOR 14 PEOPLE 4/4/16 | 512 | 971 | 216167 |
| 1402663 | 04/01/16 | B | 5.00 | Messenger Service - to Trustee | 513S | 684 | |
| 1402681 | 04/01/16 | B | 5.00 | Messenger Service - to Trustee | 513S | 684 | |
| 1402692 | 04/04/16 | B | 5.00 | Messenger Service - to USDC | 513S | 684 | |
| 1402710 | 04/04/16 | B | 5.00 | Messenger Service - to USBC | 513S | 684 | |
| 1402718 | 04/05/16 | B | 5.00 | Messenger Service - to Farnan | 513S | 684 | |
| 1402719 | 04/05/16 | B | 5.00 | Messenger Service - to Whiteford Taylor | 513S | 684 | |
| 1402720 | 04/05/16 | B | 5.00 | Messenger Service - to Trustee | 513S | 684 | |
| 1402732 | 04/05/16 | B | 5.00 | Messenger Service - to Trustee | 513S | 684 | |
| 1402778 | 04/08/16 | B | 5.00 | Messenger Service - to Trustee | 513S | 684 | |
| 1402815 | 04/11/16 | B | 5.00 | Messenger Service - to Whiteford | 513S | 684 | |
| 1402816 | 04/11/16 | B | 5.00 | Messenger Service - to Trustee | 513S | 684 | |
| 1402828 | 04/12/16 | B | 5.00 | Messenger Service - to Trustee | 513S | 684 | |
| 1402849 | 04/13/16 | B | 5.00 | Messenger Service - to USBC | 513S | 971 | |
| 1402864 | 04/14/16 | B | 5.00 | Messenger Service - to Trustee | 513S | 684 | |
| 1402870 | 04/14/16 | B | 5.00 | Messenger Service - to YCST | 513S | 684 | |
| 1402871 | 04/14/16 | B | 5.00 | Messenger Service - to Trustee | 513S | 684 | |

Nortel Networks, Inc.                                     PRO FORMA  599642      AS OF 04/30/16                    INVOICE# ******
63989-DIP
DATE: 05/11/16 16:11:48

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1402872 | 04/14/16 | B | 5.00 | Messenger Service - to Pachulski | 513S | 684 | |
| 1402873 | 04/14/16 | B | 5.00 | Messenger Service - to Whiteford | 513S | 684 | |
| 1402874 | 04/14/16 | B | 5.00 | Messenger Service - to Buchanan | 513S | 684 | |
| 1402885 | 04/15/16 | B | 5.00 | Messenger Service - to USBC | 513S | 684 | |
| 1405075 | 04/19/16 | B | 5.00 | Messenger Service - to USBC | 513S | 961 | |
| 1405090 | 04/19/16 | B | 5.00 | Messenger Service - to USDC | 513S | 684 | |
| 1405099 | 04/19/16 | B | 5.00 | Messenger Service - to Trustee | 513S | 684 | |
| 1405519 | 04/26/16 | B | 5.00 | Messenger Service - to Trustee | 513S | 684 | |
| 1405530 | 04/27/16 | B | 5.00 | Messenger Service - to Trustee | 513S | 971 | |
| 1405532 | 04/27/16 | B | 5.00 | Messenger Service - to USBC | 513S | 971 | |
| 1405533 | 04/27/16 | B | 5.00 | Messenger Service - to Master Sidlow | 513S | 971 | |
| 1405544 | 04/27/16 | B | 5.00 | Messenger Service - to Trustee | 513S | 684 | |
| 1405545 | 04/27/16 | B | 5.00 | Messenger Service - to Sullivan Hazeltine | 513S | 684 | |
| 1405564 | 04/28/16 | B | 5.00 | Messenger Service - to Trustee | 513S | 684 | |
| 1401524 | 04/01/16 | B | 60.64 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 216330 |
| 1401151 | 04/05/16 | B | 31.31 | Courier/Delivery Service | 514 | 322 | 216267 |
| 1401152 | 04/05/16 | B | 31.31 | Courier/Delivery Service | 514 | 322 | 216267 |
| 1401153 | 04/05/16 | B | 31.31 | Courier/Delivery Service | 514 | 322 | 216267 |
| 1401154 | 04/05/16 | B | 41.48 | Courier/Delivery Service | 514 | 322 | 216267 |
| 1401155 | 04/05/16 | B | 40.26 | Courier/Delivery Service | 514 | 322 | 216267 |
| 1401156 | 04/05/16 | B | 31.31 | Courier/Delivery Service | 514 | 322 | 216267 |
| 1401157 | 04/05/16 | B | 41.48 | Courier/Delivery Service | 514 | 322 | 216267 |
| 1401158 | 04/05/16 | B | 29.28 | Courier/Delivery Service | 514 | 322 | 216267 |
| 1401159 | 04/05/16 | B | 29.28 | Courier/Delivery Service | 514 | 322 | 216267 |
| 1401160 | 04/05/16 | B | 40.26 | Courier/Delivery Service | 514 | 322 | 216267 |
| 1403350 | 04/08/16 | B | 560.01 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 216558 |
| 1405911 | 04/14/16 | B | 20.70 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 216825 |
| 1405896 | 04/19/16 | B | 6.90 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 216824 |
| 1403334 | 04/19/16 | B | 18.91 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 216547 |
| 1402210 | 04/06/16 | B | 60.00 | Secretarial Overtime | 516S | 626 | |
| 1402510 | 04/01/16 | B | 3.28 | Postage | 520 | 684 | |
| 1402513 | 04/01/16 | B | 4.26 | Postage | 520 | 684 | |
| 1402523 | 04/05/16 | B | 4.92 | Postage | 520 | 684 | |

Nortel Networks, Inc.  PRO FORMA 599642  AS OF 04/30/16  INVOICE# ******
63989-DIP
DATE: 05/11/16 16:11:48

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1402525 | 04/05/16 | B | 4.92 | Postage | 520 | 684 | |
| 1402546 | 04/08/16 | B | 4.26 | Postage | 520 | 684 | |
| 1402554 | 04/11/16 | B | 5.97 | Postage | 520 | 684 | |
| 1402561 | 04/12/16 | B | 4.08 | Postage | 520 | 684 | |
| 1402571 | 04/14/16 | B | 1.15 | Postage | 520 | 684 | |
| 1402572 | 04/14/16 | B | 33.90 | Postage | 520 | 684 | |
| 1404953 | 04/19/16 | B | 0.46 | Postage | 520 | 684 | |
| 1404957 | 04/19/16 | B | 6.60 | Postage | 520 | 684 | |
| 1404983 | 04/26/16 | B | 6.00 | Postage | 520 | 684 | |
| 1405022 | 04/27/16 | B | 1.36 | Postage | 520 | 684 | |
| 1405031 | 04/28/16 | B | 5.34 | Postage | 520 | 684 | |
| 1401245 | 03/31/16 | B | 211.70 | Pacer charges for the month of March | 529 | 000 | |
| 1399845 | 04/05/16 | B | 3.30 | In-House Printing - black & white Call time: 06:48; to | 541 | 961 | |
| 1399846 | 04/05/16 | B | 1.45 | In-House Printing - black & white Call time: 06:56; to | 541 | 961 | |
| 1399847 | 04/05/16 | B | 0.55 | In-House Printing - black & white Call time: 06:56; to | 541 | 961 | |
| 1399848 | 04/05/16 | B | 1.10 | In-House Printing - black & white Call time: 07:12; to | 541 | 961 | |
| 1399849 | 04/05/16 | B | 2.20 | In-House Printing - black & white Call time: 07:26; to | 541 | 961 | |
| 1399850 | 04/04/16 | B | 2.50 | In-House Printing - color | 542 | 971 | |
| 1401439 | 03/11/16 | B | 37.00 | Conference Calls - COURTCALL - CONFERENCE SERVICES - #7486290 - 3/11/16 | 552H | 322 | 216315 |
| 1401440 | 03/11/16 | B | 44.00 | Conference Calls - COURTCALL - CONFERENCE SERVICES - #7486305 - 3/11/16 | 552H | 961 | 216315 |
| 1401441 | 03/11/16 | B | 44.00 | Conference Calls - COURTCALL - FOR DAVID H. HERRINGTON - #7486939 - 3/11/16 | 552H | 961 | 216315 |
| 1401442 | 03/11/16 | B | 44.00 | Conference Calls - COURTCALL - FOR LISA M. SCHWEITZER - #7487440 - 3/11/16 | 552H | 961 | 216315 |
| 1405687 | 04/05/16 | B | 93.00 | Conference Calls - COURTCALL - CONFERENCE SERVICES - #7529537 - 4/5/16 | 552H | 000 | 216786 |
| 1405688 | 04/05/16 | B | 100.00 | Conference Calls - COURTCALL - CONFERENCE SERVICES - #7529612 - 4/5/16 | 552H | 000 | 216786 |
| 1405699 | 04/19/16 | B | 44.00 | Conference Calls - COURTCALL - CONFERENCE SERVICES - #7560129 - 4/19/16 | 552H | 000 | 216786 |
| 1405700 | 04/19/16 | B | 30.00 | Conference Calls - COURTCALL - CONFERENCE SERVICES - #7562217 - 4/19/16 | 552H | 000 | 216786 |

PRO FORMA  599642          AS OF 04/30/16                    INVOICE#  ******

4,428.84