# EXHIBIT C

**DISBURSEMENT SUMMARY**
**MARCH 1, 2016 THROUGH MARCH 31, 2016**

| | |
|---|---:|
| Computerized Research, Corporate Service Fees & PACER Charges | $1,322.57 |
| Duplication – In House | $770.80 |
| Duplication – Off Site | $674.26 |
| Courier Service | $19.21 |
| Meals (100%) | $2,052.94 |
| Meals – Business | $169.42 |
| Reference Material | $2,663.95 |
| Audio and Web Conference Services | $2,392.50 |
| Travel – Ground Transportation | $154.87 |
| Travel – Parking | $44.00 |
| Travel – Train Fare | $1,972.00 |
| **TOTAL** | **$12,236.52** |