# EXHIBIT D

...



**Akin Gump**
Strauss Hauer & Feld LLP

| | |
|---|---|
| NORTEL NETWORKS INC. CREDITORS COMMITTEE | Invoice Number  1655677 |
| ATTN: JOHN DOLITTLE | Invoice Date  04/29/16 |
| 2221 LAKESIDE BOULEVARD | Client Number  687147 |
| RICHARDSON, TX  75082 | Matter Number  0001 |

Re: CHAPTER 11

FOR PROFESSIONAL SERVICES RENDERED THROUGH  03/31/16 :

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | | Value |
|---|---|---|
| 03/01/16 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: GIFFORD BRIAN; Charge Type: LA DOCUMENT ACCESS; Quantity: 7.0 | $144.90 |
| 03/02/16 | Duplication - In House Photocopy - Serna, Daniela, NY, 3006 page(s) | $300.60 |
| 03/03/16 | Meals (100%) 3/3/16 - ANITA GOMEZ VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800407; DATE: 3/3/2016 - Committee meeting 8 people | $216.66 |
| 03/04/16 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: GIFFORD BRIAN; Charge Type: LA DOCUMENT ACCESS; Quantity: 8.0 | $165.60 |
| 03/04/16 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: MARSEILLE SARAH-LYNN; Charge Type: LA DOCUMENT ACCESS; Quantity: 6.0 | $124.20 |
| 03/05/16 | Audio and Web Conference Services VENDOR: TELCONF LLC INVOICE#: 03001-01001-16 DATE: 3/5/2016 | $2,392.50 |

| Date | Description | Amount |
|---|---|---|
| | TelConf services | |
| 03/07/16 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: GIFFORD BRIAN; Charge Type: LA DOCUMENT ACCESS; Quantity: 12.0 | $248.40 |
| 03/08/16 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: GIFFORD BRIAN; Charge Type: LA DOCUMENT ACCESS; Quantity: 3.0 | $62.10 |
| 03/08/16 | Computerized Legal Research - Lexis Service: MATTHEW BENDER SERVICE; Employee: GIFFORD BRIAN; Charge Type: LA DOCUMENT ACCESS; Quantity: 1.0 | $86.40 |
| 03/09/16 | Duplication - In House Photocopy - User # 990100, NY, 89 page(s) | $8.90 |
| 03/09/16 | Travel - Ground Transportation VENDOR: ANTHONY LORING INVOICE#: 1159392303141901 DATE: 3/14/2016<br>Taxi/Car Service/Public Transport, 03/09/16, Taxi home after working late in office on Nortel case., Uber | $20.64 |
| 03/09/16 | Computerized Legal Research - Westlaw User: LORING,ANTHONY Date: 3/9/2016 AcctNumber: 1000193694 ConnectTime: 0.0 | $137.18 |
| 03/09/16 | Travel - Train Fare VENDOR: AMERICAN EXPRESS INVOICE#: 341915 DATE: 3/9/2016<br>NAME: CHEN ZE WEN JULIUS TICKET #: 0673392248 DEPARTURE DATE: 03/25/2016 ROUTE: UNKNOWN | $32.00 |
| 03/09/16 | Travel - Train Fare VENDOR: AMERICAN EXPRESS INVOICE#: 341915 DATE: 3/9/2016<br>NAME: CHEN ZE WEN JULIUS TICKET #: 5129577166 DEPARTURE DATE: 03/25/2016 ROUTE: WAS NYP WAS | $357.00 |
| 03/10/16 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: GIFFORD BRIAN; Charge Type: LA DOCUMENT ACCESS; Quantity: 1.0 | $20.70 |
| 03/10/16 | Meals (100%) 3/10/16 - ANITA GOMEZ<br>VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800409; DATE: 3/10/2016 - Committee meeting 8 people | $173.11 |
| 03/11/16 | Duplication - In House Photocopy - User # 990100, NY, 942 page(s) | $94.20 |
| 03/11/16 | Duplication - Off Site VENDOR: XACT DATA DISCOVERY/XDD (43- | $118.51 |

| Date | Description | Amount |
|---|---|---|
| | 1685216) INVOICE#: 11-64710 DATE: 3/11/2016<br>Mini books - A. Loring | |
| 03/11/16 | Duplication - Off Site  VENDOR: XACT DATA DISCOVERY/XDD (43-1685216) INVOICE#: 11-64709 DATE: 3/11/2016<br>Mini books - Anthony Loring | $124.99 |
| 03/11/16 | Duplication - Off Site  VENDOR: XACT DATA DISCOVERY/XDD (43-1685216) INVOICE#: 11-64711 DATE: 3/11/2016<br>Mini books - A. Loring | $146.00 |
| 03/11/16 | Computerized Legal Research - Westlaw User: LORING,ANTHONY Date: 3/11/2016 AcctNumber: 1000193694 ConnectTime: 0.0 | $84.47 |
| 03/15/16 | Duplication - In House  Photocopy - User # 990100, NY, 653 page(s) | $65.30 |
| 03/15/16 | Reference Material  VENDOR: STRUT LEGAL INC INVOICE#: 470 DATE: 3/15/2016<br>Creation of hyperlinked version of two appellate briefs per order of the District Court of Delaware. Invoice #: 470; due date: 4/14/16 | $2,663.95 |
| 03/15/16 | Computerized Legal Research - Westlaw User: CHEN,JULIUS Date: 3/15/2016 AcctNumber: 1000532285 ConnectTime: 0.0 | $206.54 |
| 03/16/16 | Duplication - In House  Photocopy - User # 990100, NY, 1714 page(s) | $171.40 |
| 03/17/16 | Meals (100%)  3/17/16 - ANITA GOMEZ<br>VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800410; DATE: 3/17/2016<br>Committee meeting 8 people | $201.07 |
| 03/17/16 | Duplication - Off Site  VENDOR: XACT DATA DISCOVERY/XDD (43-1685216) INVOICE#: 11-64745 DATE: 3/17/2016<br>Mini books (15) | $284.76 |
| 03/18/16 | Duplication - In House  Photocopy - User # 990100, NY, 114 page(s) | $11.40 |
| 03/18/16 | Duplication - In House  Photocopy - User # 990100, NY, 822 page(s) | $82.20 |
| 03/21/16 | Duplication - In House  Photocopy - User # 990100, NY, 367 page(s) | $36.70 |
| 03/21/16 | Travel - Ground Transportation  VENDOR: ANTHONY LORING INVOICE#: 1183723703311905 DATE: 3/31/2016<br>Taxi/Car Service/Public Transport, 03/21/16, Late taxi home after working on Nortel matter., Uber | $20.48 |
| 03/21/16 | Travel - Parking  VENDOR: Z.W. JULIUS CHEN INVOICE#: | $24.00 |

| Date | Description | Amount |
|---|---|---|
| | 1186016004041601 DATE: 4/4/2016 Parking, 03/21/16, Parking at Union Station, USPG, LLC | |
| 03/21/16 | Meals - Business  VENDOR: Z.W. JULIUS CHEN INVOICE#: 1186016004041601 DATE: 4/4/2016 Breakfast, 03/21/16, Breakfast on Amtrak train to NYC, F-0187 Amtrak, Julius Chen | $2.18 |
| 03/21/16 | Meals - Business  VENDOR: Z.W. JULIUS CHEN INVOICE#: 1186016004041601 DATE: 4/4/2016 Breakfast, 03/21/16, Nortel meeting in NYC/ breakfast at train station, McDonald's, Julius Chen | $11.09 |
| 03/21/16 | Meals - Business  VENDOR: Z.W. JULIUS CHEN INVOICE#: 1186016004041601 DATE: 4/4/2016 Lunch, 03/21/16, Nortel meeting in NYC, Planet Smoothie, Julius Chen | $8.66 |
| 03/21/16 | Meals (100%)  VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 2359771 DATE: 3/27/2016 Catering Akin Gump - Maguro Sushi - 03/21/2016 allocation appeal oral argument preparation session - 10 people | $444.43 |
| 03/21/16 | Travel - Ground Transportation VENDOR: ABID QURESHI INVOICE#: 1194071004081803 DATE: 4/8/2016 Taxi/Car Service/Public Transport, 03/21/16, Late taxi cab from OBP to home after working on Nortel matter., NYC Taxi Cab | $9.95 |
| 03/21/16 | Travel - Train Fare  VENDOR: AMERICAN EXPRESS INVOICE#: 350091 DATE: 3/21/2016 NAME: FAGEN MATTHEW C TICKET #: 0673840903 DEPARTURE DATE: 03/22/2016 ROUTE: UNKNOWN | $32.00 |
| 03/21/16 | Travel - Train Fare  VENDOR: AMERICAN EXPRESS INVOICE#: 350091 DATE: 3/21/2016 NAME: FAGEN MATTHEW C TICKET #: 3730574189 DEPARTURE DATE: 03/22/2016 ROUTE: NYP.WIL NYP | $324.00 |
| 03/21/16 | Travel - Train Fare  VENDOR: AMERICAN EXPRESS INVOICE#: 350092 DATE: 3/21/2016 NAME: LORING ANTHONY TICKET #: 0673840904 DEPARTURE DATE: 03/22/2016 ROUTE: UNKNOWN | $32.00 |
| 03/21/16 | Travel - Train Fare  VENDOR: AMERICAN EXPRESS INVOICE#: 350092 DATE: 3/21/2016 NAME: LORING ANTHONY TICKET #: 3730574700 DEPARTURE DATE: 03/22/2016 ROUTE: NYP.WIL NYP | $324.00 |

| Date | Description | Amount |
|---|---|---|
| 03/22/16 | Travel - Ground Transportation VENDOR: ROBERT A. JOHNSON INVOICE#: 1173494603242100 DATE: 3/24/2016 Taxi/Car Service/Public Transport, 03/22/16, Taxi ride from office to home after working on Nortel Brief., Uber | $51.19 |
| 03/22/16 | Meals - Business  VENDOR: MATTHEW C. FAGEN INVOICE#: 1176495803281703 DATE: 3/28/2016 Lunch, 03/22/16, Lunch at hearing for M. Fagen and A. Loring, La Fia Wilmington DE, Matthew Fagen, Anthony Loring | $47.00 |
| 03/22/16 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: 1663MK  CUI; Charge Type: DOCUMENT PRINTING; Quantity: 1.0 | $13.50 |
| 03/22/16 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: 1663MK  CUI; Charge Type: SINGLE DOCUMENT RETRIEVAL; Quantity: 1.0 | $21.60 |
| 03/22/16 | Computerized Legal Research - Lexis Service: SHEPARD'S SERVICE; Employee: 1663MK  CUI; Charge Type: LEGAL CITATION SERVICES; Quantity: 1.0 | $6.98 |
| 03/23/16 | Travel - Ground Transportation VENDOR: ROBERT A. JOHNSON INVOICE#: 1173494603242100 DATE: 3/24/2016 Taxi/Car Service/Public Transport, 03/23/16, Taxi ride from office to home after continued work on Nortel Brief, Uber | $42.66 |
| 03/23/16 | Travel - Ground Transportation VENDOR: ABID QURESHI INVOICE#: 1194071004081803 DATE: 4/8/2016 Taxi/Car Service/Public Transport, 03/23/16, Late taxi cab from OBP to home after working on Nortel matter., NYC Taxi Cab | $9.95 |
| 03/24/16 | Meals (100%)  3/21/16: Anthony Loring VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800412; DATE: 3/24/2016  Oral argument planning session 10 people | $45.73 |
| 03/24/16 | Meals (100%)  3/24/16: Anita Gomez VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800412; DATE: 3/24/2016 Committee meeting 8 people | $173.66 |
| 03/25/16 | Travel - Parking  VENDOR: Z.W. JULIUS CHEN INVOICE#: 1186016004041601 DATE: 4/4/2016 Parking, 03/25/16, Nortel meeting in NYC, USPC, LLC | $20.00 |
| 03/25/16 | Meals - Business  VENDOR: Z.W. | $6.09 |

| Date | Description | Amount |
|---|---|---|
| 03/25/16 | JULIUS CHEN INVOICE#: 1186016004041601 DATE: 4/4/2016 Breakfast, 03/25/16, Nortel meeting in NYC, Amtrak F-0224, Julius Chen Meals - Business  VENDOR: Z.W. | $11.09 |
| 03/25/16 | JULIUS CHEN INVOICE#: 1186016004041601 DATE: 4/4/2016 Breakfast, 03/25/16, Nortel meeting in NYC, McDonald's, Julius Chen Meals (100%)  VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 2359771 DATE: 3/27/2016 Catering Akin Gump - Crave Sandwiches Catering - 03/25/2016 allocation appeal oral argument preparation session - 10 people | $263.61 |
| 03/25/16 | Travel - Train Fare  VENDOR: AMERICAN EXPRESS INVOICE#: 354206 DATE: 3/25/2016 NAME: BOTTER DAVID H TICKET #: 0674058874 DEPARTURE DATE: 04/04/2016 ROUTE: UNKNOWN | $32.00 |
| 03/25/16 | Travel - Train Fare  VENDOR: AMERICAN EXPRESS INVOICE#: 354206 DATE: 3/25/2016 NAME: BOTTER DAVID H TICKET #: 6390594302 DEPARTURE DATE: 04/04/2016 ROUTE: NYP WIL | $264.00 |
| 03/25/16 | Travel - Train Fare  VENDOR: FRED S. HODARA INVOICE#: 1207292704251604 DATE: 4/25/2016 Rail Fare, 03/25/16, Train fare to Wilmington, DE to attend District Court Hearings, Amtrak | $264.00 |
| 03/28/16 | Meals - Business  VENDOR: FRED S. HODARA INVOICE#: 1178886803291404 DATE: 3/29/2016 Lunch, 03/28/16, Lunch with C. Kearns to discuss Nortel, Aureole, Chris Kearns-Capstone, Fred Hodara | $83.31 |
| 03/28/16 | Meals (100%)  VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 2361944 DATE: 4/3/2016 Anthony Loring - A Canaan Sushi - 03/28/2016 | $21.54 |
| 03/28/16 | Travel - Train Fare  VENDOR: AMERICAN EXPRESS INVOICE#: 355502 DATE: 3/28/2016 NAME: CHEN ZE WEN JULIUS TICKET #: 0674138418 DEPARTURE DATE: 04/04/2016 ROUTE: UNKNOWN | $32.00 |
| 03/28/16 | Travel - Train Fare  VENDOR: AMERICAN EXPRESS INVOICE#: 355502 DATE: 3/28/2016 NAME: CHEN ZE WEN JULIUS TICKET #: 3730668505 DEPARTURE DATE: 04/04/2016 ROUTE: WAS WIL | $279.00 |

| | | |
|---|---|---|
| 03/31/16 | Duplication - In House Photocopy - Johnson, Robert, NY, 1 page(s) WAS | $0.10 |
| 03/31/16 | Meals (100%) 3/25/16 - ANTHONY LORING VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800413; DATE: 3/31/2016 - Oral argument prep - 10 people | $189.77 |
| 03/31/16 | Meals (100%) 3/29/16 - MATT FAGEN VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800413; DATE: 3/31/2016 Meeting - 8 people | $150.25 |
| 03/31/16 | Meals (100%) 3/31/16 - GOMEZ ANITA VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800413; DATE: 3/31/2016 - Committee call - 8 people | $173.11 |
| 03/31/16 | Courier Service/Messenger Service- Off Site VENDOR: UNITED PARCEL SERVICE INVOICE#: 000002E52E146A DATE: 4/2/2016 TRACKING #: 1Z02E52E0155559578; PICKUP DATE: 03/31/2016; SENDER: Robert A. Johnson/E.L.; RECEIVER: Whiteford Taylor Pre - Christopher M. Samis; | $18.79 |
| 03/31/16 | Courier Service/Messenger Service- Off Site VENDOR: UNITED PARCEL SERVICE INVOICE#: 000002E52E146A DATE: 4/2/2016 TRACKING #: 1Z02E52E0155559578; PICKUP DATE: 03/31/2016; SENDER: Robert A. Johnson/E.L.; RECEIVER: Whiteford Taylor Pre - Christopher M. Samis; | $0.42 |

| | |
|---|---|
| Current Expenses | $12,236.52 |

| | |
|---|---|
| **Total Amount of This Invoice** | **$635,424.02** |
| **Prior Balance Due** | $816,914.60 |
| **Total Balance Due Upon Receipt** | $1,452,338.62 |