# EXHIBIT E

**SUMMARY OF ATTORNEYS AND LEGAL ASSISTANTS
RENDERING SERVICES DURING THE PERIOD
MARCH 1, 2016 THROUGH MARCH 31, 2016**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | 2016 Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| David H. Botter | Partner for 14 years; Admitted in 1990; Financial Restructuring Department | $1,220 | 65.30 | $79,666.00 |
| Fred S. Hodara | Partner for 27 years; Admitted in 1982; Financial Restructuring Department | $1,325 | 94.10 | $124,682.50 |
| Robert A. Johnson | Partner for 19 years; Admitted in 1988; Litigation Department | $1,050 | 152.80 | $160,440.00 |
| Brad M. Kahn | Partner as of January 1, 2016; Admitted in 2008; Financial Restructuring Department | $900 | 47.20 | $42,480.00 |
| Karol Kepchar | Partner for 17 years; Admitted in 1992; Intellectual Property Department | $890 | 2.20 | $1,958.00 |
| Abid Qureshi | Partner for 8 years; Admitted in 1995; Financial Restructuring Department | $1,175 | 47.90 | $56,282.50 |
| Kevin M. Rowe | Senior Counsel for 15 years; Admitted in 1985; Tax Department | $860 | 7.70 | $6,622.00 |
| Julius Chen | Counsel for 2 years; Admitted in 2010; Litigation Department | $700 | 17.60 | $12,320.00 |
| Jacqueline Y. Yecies | Counsel for 3 years; Admitted in 2009; Litigation Department | $785 | 2.40 | $1,884.00 |
| Anne M. Evans | Associate for 3 years; Admitted in 2014; Litigation Department | $580 | 16.00 | $9,280.00 |
| Matthew C. Fagen | Associate for 4 years; Admitted in 2014; Financial Restructuring Department | $690 | 30.65 | $21,148.50 |

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | 2016 Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| Anthony Loring | Associate for 1 year; Not Yet Admitted; Financial Restructuring Department | $455 | 86.60 | $39,403.00 |
| Nicholas P. Stabile | Associate for 3 years; Admitted in 2010; Litigation Department | $740 | 26.80 | $19,832.00 |
| Carly Weinreb | Associate for 3 years; Admitted in 2014; Litigation Department | $580 | 17.30 | $10,034.00 |
| Francisco Alvarez | Legal Assistant for 1 year; Financial Restructuring Department | $225 | 1.40 | $315.00 |
| Sarah D'Addese | Legal Assistant for 3 years; Financial Restructuring Department | $225 | 4.00 | $900.00 |
| Brian Gifford | Legal Assistant for 2 years; Litigation Department | $215 | 18.00 | $3,870.00 |
| Dagmara Krasa-Berstell | Legal Assistant for 25 years; Financial Restructuring Department | $350 | 42.80 | $14,980.00 |
| Daniela Serna | Legal Assistant for 1 year; Litigation Department | $215 | 2.00 | $430.00 |
| Tracy Southwell | Legal Assistant for 20 years; Financial Restructuring Department | $350 | 47.60 | $16,660.00 |

Total Amount of Fees:      **$623,187.50**
Total Number of Hours:     **730.35**
Blended Hourly Rate:       **$853.27**