IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NORTEL NETWORKS INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>(Jointly Administered) |

### AFFIDAVIT OF WILLIAM W. WELLER, PARALEGAL

STATE OF DELAWARE    :
                     : SS:
NEW CASTLE COUNTY    :

I, William W. Weller, certify that I am, and at all times during the service, have been an employee of Morris James LLP, not less than 18 years of age and not a party to the matter concerning which service was made. I certify further that on May 13, 2016, I caused to be served:

**STATEMENT AND RESERVATION OF RIGHTS OF LAW DEBENTURE TRUST COMPANY OF NEW YORK, AS INDENTURE TRUSTEE FOR THE NNCC NOTES, WITH RESPECT TO SUPPLEMENT TO MOTION OF LIQUIDITY SOLUTIONS, INC. FOR ENTRY OF ORDER (A) AUTHORIZING AND DIRECTING DEBTOR, NORTEL NETWORKS INC., TO MAKE INTERIM DISTRIBUTIONS ON ALLOWED ADMINISTRATIVE, PRIORITY AND UNSECURED CLAIMS OR (B) CONVERTING CASES TO CHAPTER 7 PURSUANT TO SECTION 1112(b) OF THE BANKRUPTCY CODE**

Service was completed upon counsel for Liquidity Solutions, Inc., as indicated on the attached service list, and also upon all other parties registered to receive notice through the Court's CM/ECF system for the above-captioned case.

Dated: May 13, 2016

_____
William W. Weller

SWORN AND SUBSCRIBED before me this 13th day of May, 2016.

_____
Notary Public
My commission expires: _____

8563121/

**VIA HAND DELIVERY**
Frederick B. Rosner, Esq.
The Rosner Law Group LLC
824 North Market Street, Suite 810
Wilmington, DE 19801
[Counsel for Liquidity Solutions, Inc.]

**VIA FIRST CLASS MAIL**
Paul N. Silverstein, Esq.
Jeremy B. Reckmeyer, Esq.
Andrews Kurth LLP
450 Lexington Avenue
New York, NY 10017
[Counsel for Liquidity Solutions, Inc.]