**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>NORTEL NETWORKS, INC., *et al.*,[1]<br><br>                                    Debtors. | Chapter 11<br><br>Case No. 09-10138-KG<br>(Jointly Administered)<br><br>**Re:  D.I. 16638, 16759 and 16808** |

**JOINDER OF THE BANK OF NEW YORK MELLON, AS INDENTURE TRUSTEE, TO THE RESPONSE OF THE *AD HOC* GROUP OF BONDHOLDERS IN OPPOSITION TO THE MOTION AND SUPPLEMENT OF LIQUIDITY SOLUTIONS, INC. FOR ENTRY OF ORDER (A) AUTHORIZING AND DIRECTING NORTEL NETWORKS, INC., TO MAKE INTERIM DISTRIBUTIONS ON ALLOWED ADMINISTRATIVE, PRIORITY AND UNSECURED CLAIMS OR (B) CONVERTING CASES TO CHAPTER 7 PURSUANT TO SECTION 1112(B) OF THE BANKRUPTCY CODE**

The Bank of New York Mellon, as indenture trustee (in such capacity, "BNYM"),[2] hereby joins in, and adopts the arguments set forth in, the response [Docket No. 16808] (the "Response") of the *ad hoc* group of bondholders in opposition to the motion and supplement of Liquidity Solutions, Inc. ("LSI") for an order (a) directing the U.S. Debtors to make interim distributions to certain creditors or (b) converting these Chapter 11 cases to Chapter 7.

Without limiting the scope of this joinder, BNYM observes that as noted in the Response, LSI's request for an interim distribution to general unsecured creditors (*other than* the

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Nortel Networks Inc. (6332), NNCC (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), and Nortel Networks Cable Solutions Inc. (0567) (collectively, the "U.S. Debtors").

[2] BNYM serves as the indenture trustee under (a) that certain Indenture dated as of July 5, 2006 among Nortel Networks Limited ("NNL") as issuer, Nortel Networks Corporation ("NNC") and Nortel Networks Inc. ("NNI") as guarantors, and BNYM as indenture trustee and (b) that certain Indenture dated as of March 28, 2007 among NNC as issuer, NNL and NNI as guarantors, and BNYM as indenture trustee (as each indenture may have been amended, modified or supplemented).  As of the commencement of these chapter 11 cases, the outstanding principal amount of the notes for which BNYM is the indenture trustee was approximately $4 billion.

bondholders) from the U.S. Debtors' cash on hand is based on the flawed premise that Nortel Networks Inc. allegedly might not be liable for the bond guarantee claims.  LSI is wrong.  In fact, this Court has already allowed the bondholders' guarantee claims in full, and has ruled that the bondholders are entitled to distributions on account of those allowed guarantee claims in their full amount.  This Court's rulings are, of course, consistent with the Supreme Court's holding in *Ivanhoe Building & Loan Association v. Orr*, 295 U.S. 243 (1935).

      BNYM reserves the right to assert any further arguments in opposition to LSI's motion and supplement during or prior to the hearing thereon.

Dated:   May 13, 2016

*/s/ Michael R. Lastowski*
Michael R. Lastowski (DE 3892)
Christopher M. Winter (DE 4163)
DUANE MORRIS LLP
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801-1659
Email:  cmwinter@duanemorris.com
          mlastowski@duanemorris.com

- and -

VEDDER PRICE P.C.
Michael J. Riela
1633 Broadway, 47th Floor
New York, NY 10019
Telephone:  212-407-7700
Email:  mriela@vedderprice.com

*Attorneys for The Bank of New York Mellon, as Indenture Trustee*