UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NORTEL NETWORKS INC., *et al.*, | : | Case No. 09-10138 (KG) |
| | : | |
| Debtors. | : | Jointly Administered |
| | : | |
| | : | **Related Dkt Nos. 16638, 16759** |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**RESERVATION OF RIGHTS OF STEPHEN TAYLOR, CONFLICTS ADMINISTRATOR FOR NORTEL NETWORKS S.A., IN RESPONSE TO MOTION OF LIQUIDITY SOLUTIONS, INC. TO COMPEL INTERIM DISTRIBUTIONS OR CONVERT CASE TO CHAPTER 7**

Stephen Taylor, Conflicts Administrator for Nortel Networks S.A. (In Administration) ("NNSA"), hereby responds to the motion of Liquidity Solutions, Inc. (the "Movant") to compel interim distributions or convert (D.I. 16638), as supplemented by the movant's additional filing on April 25, 2016 (D.I. 16759) (together, the "Motion"), and states as follows:

1.  NNSA is a Nortel entity that is the subject of administration proceedings in the United Kingdom and secondary liquidation proceedings in France.

2.  NNSA was a "Selling Debtor" in the prior global sales of the Nortel operating businesses and the subsequent sale of the Nortel residual patent and intellectual property portfolio sales. NNSA is a party in interest in these cases, as it asserts substantial rights in and to the escrowed sales proceeds (the "Sale Proceeds") that resulted from such sales and, in the parlance of these cases, holds a "key" to the "lockbox" that contains the Sale Proceeds. NNSA is an appellant in the pending appeals from the Court's May 5, 2015 allocation ruling.

3.  In the April 25 supplement to the Motion, the Movant clarified that it intends to proceed on May 25, 2016 on one aspect of its motion, its request to compel the U.S. debtor

entities to make interim distributions from their cash on hand.  The Movant further clarified that it has adjourned all proceedings with respect to its additional requests in the Motion to compel interim distributions of the Sale Proceeds or convert the U.S. Debtors' Chapter 11 cases.

4. NNSA takes no position with respect to the Movant's request to compel distributions from the U.S. Debtors' cash on hand.

5. NNSA reserves all rights to respond and be heard on the Movant's additional requests for relief, if and when the same are rescheduled, and further requests that it be included in all discussions among the parties regarding potential terms of resolution of the Motion.

Dated: Wilmington, Delaware
May 13, 2016

*/s/ Robert A. Weber*
Robert A. Weber (I.D. No. 4013)
SKADDEN, ARPS, SLATE, MEAGHER &
  FLOM LLP
920 North King Street
Wilmington, Delaware 19899-0636
Telephone: (302) 651-3000

- and –

George A. Zimmerman (admitted *pro hac vice*)
Susan L. Saltzstein (admitted *pro hac vice*)
SKADDEN, ARPS, SLATE, MEAGHER &
  FLOM LLP
Four Times Square
New York, New York 10036-6522
Telephone: (212) 735-3000

*Attorneys for Appellant Stephen Taylor, Conflicts Administrator for Nortel Networks S.A. (In Administration)*