## CERTIFICATE OF SERVICE

I, Robert A. Weber, hereby certify that on May 13, 2016, I caused the foregoing **Reservation Of Rights Of Stephen Taylor, Conflicts Administrator For Nortel Networks S.A., In Response To Motion Of Liquidity Solutions, Inc. To Compel Interim Distributions Or Convert Case To Chapter 7** to be served on the parties listed on Exhibit A attached hereto, by United States first class mail, unless otherwise indicated thereon.

　　　　　　　　　　　　　　　　　　　*/s/ Robert A. Weber*
　　　　　　　　　　　　　　　　　　　Robert A. Weber

## **EXHIBIT A**

Laura Davis Jones, Esq.
Peter J. Keane, Esq.
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
PO Box 8705
Wilmington, Delaware 19899-8705

Dennis F. Dunne, Esq.
Albert A. Pisa, Esq.
Andrew M. Leblanc, Esq.
Atara Miller, Esq.
Milbank, Tweed, Hadley & Mc Cloy LLP
1 Chase Manhattan Plaza
New York, New York 10005-1413

Thomas R. Kreller, Esq.
Milbank, Tweed, Hadley & Mc Cloy LLP
601 S. Figueroa Street, 30th Floor
Los Angeles, California 90017

Michael R. Lastowski, Esq.
Christopher M. Winter, Esq.
DUANE MORRIS LLP
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801-1659

Michael J. Riela, Esq.
Vedder Price P.C.
1633 Broadway, 47th Floor
New York, NY 10019

Christopher M. Samis, Esq.
Whiteford, Taylor & Preston LLC
The Renaissance Centre
405 North King Street, Suite 500
Wilmington, Delaware 19801

Fred S. Hodara, Esq.
David H. Botter, Esq.
Abid Qureshi, Esq.
Brad M. Kahn, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036

Howard Zelbo, Esq.
James L. Bromley, Esq.
Jeffrey A. Rosenthal, Esq.
Lisa M. Schweitzer, Esq.
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, New York 10006

Eric D. Schwartz, Esq.
Derek C. Abbott, Esq.
Andrew R. Remming, Esq.
Tamara K. Minot, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19801

Stephen M. Miller, Esq.
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306

Daniel A. Lowenthal, Esq.
Brian P. Guiney, Esq.
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036-6710

Mark S. Kenney
Office of the U.S. Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

James L. Patton, Esq.
Edwin J. Harron, Esq.
John T. Dorsey, Esq.
Jaime Luton Chapman, Esq.
Patrick A. Jackson, Esq.
Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 North King Street
Wilmington, Delaware 19801

2

| | |
|---|---|
| William R. Maguire, Esq.<br>Derek J.T. Adler, Esq.<br>Neil J. Oxford, Esq.<br>Hughes Hubbard & Reed LLP<br>One Battery Park Plaza<br>New York, New York 10004 | Fox Rothschild LLP<br>Jeffrey M. Schlerf<br>Citizens Bank Center<br>919 North Market Street, Suite 300<br>Wilmington, DE 19801 |
| Katten Muchin Rosenman LLP<br>Craig A. Barbarosh<br>David A. Crichlow<br>Karen B. Dine<br>575 Madison Avenue<br>New York, NY 10022-2585 | DLA Piper LLP<br>Richard F. Hans<br>Timothy Hoeffner<br>Jason D. Gerstein<br>1251 Avenue of the Americas<br>New York, NY 10020-1104 |
| Chipman Brown Cicero & Cole, LLP<br>William E. Chipman, Jr.<br>Mark D. Olivere<br>1007 North Orange Street, Suite 1110<br>Wilmington, DE 19801 | DLA Piper LLP<br>Selinda A. Melnik<br>1201 N. Market Street, Suite 2100<br>Wilmington, DE 19801 |
| Willkie Farr & Gallagher LLP<br>Brian E. O'Connor<br>Sameer Advani<br>Weston T. Eguchi<br>787 Seventh Avenue<br>New York, NY 10019-6099 | Mary F. Caloway (No. 3059)<br>Kathleen A Murphy (No. 5215)<br>BUCHANAN INGERSOLL & ROONEY PC<br>919 North Market Street, Suite 1500<br>Wilmington, Delaware 19801 |
| Bayard, P.A.<br>Charlene D. Davis<br>Justin R. Alberto<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE 19899 | Ken Coleman, Esq.<br>Jacob S. Pultman, Esq.<br>Laura R. Hall, Esq.<br>ALLEN & OVERY LLP<br>1221 Avenue of the Americas<br>New York, New York 10020 |
| Brown Rudnick LLP<br>Steven D. Pohl<br>One Financial Center<br>Boston, MA 02111 | |
| Brown Rudnick LLP<br>Edward S. Weisfelner<br>Bennett S. Silverberg<br>Seven Times Square<br>New York, NY 10036 | |