# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re*: | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| | (Jointly Administered) |
| Debtors. | RE: Docket No. 16807 |

## AFFIDAVIT OF
## TAMMY R. ROGERS, PARALEGAL

STATE OF DELAWARE:
SS:
NEW CASTLE COUNTY:

I, Tammy R. Rogers, certify that I am, and at all times during the service, have been, an employee of Buchanan Ingersoll & Rooney PC, not less than 18 years of age and not a party to the matter concerning which service was made on May 13, 2016. I certify further that copies of the following document were caused to be served upon the parties identified on the attached list via first class and electronic mail:

**LIMITED OBJECTION OF THE MONITOR AND THE CANADIAN DEBTORS TO THE SUPPLEMENT TO MOTION OF LIQUIDITY SOLUTIONS, INC. FOR ENTRY OF AN ORDER AUTHORIZING AND DIRECTING INTERIM DISTRIBUTIONS OR CONVERTING CASES TO CHAPTER 7**

_____
Tammy R. Rogers

SWORN AND SUBSCRIBED before me this 16th day of May 2016.

KATHLEEN A. MURPHY
ATTORNEY AT LAW
Admitted by the Supreme Court of Delaware
to practice law in Delaware and authorized to perform
notarial acts pursuant to Title 29, Delaware Code, Chapter 43

_____
NOTARY

---

[1] The debtors in the chapter 11 cases, along with the last four digits of each such debtor's tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); CoreTek, Inc. (5722); Nortel Networks Applications Management Solutions Inc. (2846); Nortel Networks Optical Components Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226) (collectively, the "**US Debtors**")

**Via Electronic and First Class Mail**

Paul N. Silverstein
Jeremy B. Reckmeyer
ANDREWS KURTH LLP
450 Lexington Avenue
New York, New York 10017
Email:  paulsilverstein@andrewskurth.com
        jeremyreckmeyer@andrewskurth.com