# Exhibit A

NORTEL EXHIBIT A - TIME DETAILS PERIOD APRIL 1, 2016 THROUGH APRIL 30, 2016

| Task Code | Task Code Description | Professional | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Brown, Coley P | 4/13/2016 | Weekly employee claims call with R. Eckenrod and L. Lipner of Cleary and M. Cilia of RLKS. | 1.0 | 550 | $ 550.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Brown, Coley P | 4/20/2016 | Weekly employee claims call with R. Eckenrod and L. Lipner of Cleary and M. Cilia of RLKS. | 1.0 | 550 | $ 550.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Brown, Coley P | 4/27/2016 | Weekly employee claims call with R. Eckenrod and L. Lipner of Cleary and M. Cilia of RLKS. | 1.0 | 550 | $ 550.00 |
| 6 | Retention and Fee Applications | Brown, Coley P | 4/12/2016 | Reviewed and updated monthly fee application documents and exhibits. | 2.0 | 550 | $ 1,100.00 |
| 6 | Retention and Fee Applications | Lukenda, James | 4/11/2016 | Nortel - call with Huron director re reporting  fee app prep  claims status | 0.1 | 750 | $ 75.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 4/12/2016 | Updated various employee claims analyses based on review of supporting documents. | 1.0 | 550 | $ 550.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 4/13/2016 | Updated various employee claims analyses based on review. | 0.6 | 550 | $ 330.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 4/13/2016 | Analyzed employee claims database and updated underlying analyses. | 1.8 | 550 | $ 990.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 4/15/2016 | Reconciled employee claims analysis against claims database | 1.1 | 550 | $ 605.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 4/15/2016 | Updated various employee claims analyses based on review. | 1.4 | 550 | $ 770.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 4/15/2016 | Updated employee claims analysis based on revised Nortel notes. | 1.5 | 550 | $ 825.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 4/18/2016 | Analyzed employee claims and updated analysis accordingly. | 1.3 | 550 | $ 715.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 4/18/2016 | Updated employee claims analysis based on comments from Cleary. | 1.4 | 550 | $ 770.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 4/19/2016 | Reviewed and updated employee claims analyses per comments from counsel. | 1.4 | 550 | $ 770.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 4/19/2016 | Reviewed employee claims files provided by M. Cilia of RLKS and documented notes. | 1.5 | 550 | $ 825.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 4/20/2016 | Prepared employee claims analysis and provided to Cleary for review. | 0.7 | 550 | $ 385.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 4/21/2016 | Worked with M. Cilia of RLKS to review employee claims for analysis. | 0.7 | 550 | $ 385.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 4/21/2016 | Updated employee claims analysis and circulated to working team. | 1.0 | 550 | $ 550.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 4/22/2016 | Reconciled employee claims analysis and provided comments to Epiq. | 1.0 | 550 | $ 550.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 4/22/2016 | Reviewed and updated underlying employee claims analysis. | 1.4 | 550 | $ 770.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 4/25/2016 | Reviewed and updated employee claims analysis. | 1.5 | 550 | $ 825.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 4/25/2016 | Analyzed employee claims report and updated analyses accordingly. | 1.6 | 550 | $ 880.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 4/26/2016 | Analyzed employee claims and related documents. | 1.3 | 550 | $ 715.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 4/26/2016 | Updated various employee claims analyses based on review of supporting documents. | 1.6 | 550 | $ 880.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 4/27/2016 | Reviewed employee claim documents and documented notes. | 1.0 | 550 | $ 550.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 4/27/2016 | Corresponded with A. Tsai of Epiq on employee claims register. | 1.3 | 550 | $ 715.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 4/28/2016 | Updated employee claims documents analysis. | 1.4 | 550 | $ 770.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 4/28/2016 | Analyzed employee claims database and updated underlying analyses. | 1.6 | 550 | $ 880.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 4/29/2016 | Updated employee claims analysis and documented notes regarding the same. | 1.2 | 550 | $ 660.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 4/29/2016 | Corresponded with A. Tsai and B. Hunt of Epiq regarding claims register. | 1.6 | 550 | $ 880.00 |
| 16 | Unsecured Claim Analysis | Lukenda, James | 4/6/2016 | Nortel - review article on case status  forward to Huron director | 0.2 | 750 | $ 150.00 |