# **EXHIBIT A**

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Gray | William | 02/03/2016 | Review quarterly fee application | 0.3 | 283.50 | 13555812 |
| Collins | Allan | 03/03/2016 | attention to fee application; | 1.4 | 385.00 | 13614684 |
| Collins | Allan | 04/03/2016 | attention to fee application; | 1.3 | 357.50 | 13614471 |
| Collins | Allan | 11/03/2016 | attention to fee application; | 1.7 | 467.50 | 13564590 |
| Collins | Allan | 14/03/2016 | attention to fee application; | 2.6 | 715.00 | 13564589 |
| Collins | Allan | 15/03/2016 | attention to fee application; | 1.9 | 522.50 | 13564588 |
| Collins | Allan | 16/03/2016 | attention to fee application; | 2.9 | 797.50 | 13569351 |
| Collins | Allan | 21/03/2016 | attention to fee application; | 2.5 | 687.50 | 13576696 |
| Collins | Allan | 22/03/2016 | attention to fee application; | 1.6 | 440.00 | 13576669 |
| Collins | Allan | 24/03/2016 | attention to fee application; | 2.1 | 577.50 | 13584629 |
| Collins | Allan | 28/03/2016 | attention to fee application; | 1.4 | 385.00 | 13593147 |
| Collins | Allan | 29/03/2016 | attention to fee application; | 1.8 | 495.00 | 13607266 |
| Collins | Allan | 30/03/2016 | attention to fee application; | 3.2 | 880.00 | 13593141 |
| Bauer | Alison D. | 31/03/2016 | Review and revise monthly fee application | 1.1 | 951.50 | 13591165 |
| Collins | Allan | 31/03/2016 | attention to fee application; | 2.8 | 770.00 | 13593132 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Slavens | Adam | 01/03/2016 | reviewing financial information from monitor's reports; | 4.8 | 2,784.00 | 13540551 |
| Gray | Andrew | 02/03/2016 | considering strategic issues relating to the allocation dispute and related email (0.8); | 0.8 | 512.00 | 13543978 |
| Gray | William | 02/03/2016 | Work on allocation issues and subordination issues; work on appeal issues | 2.1 | 1,984.50 | 13555810 |
| Gray | William | 03/03/2016 | Work on appeal issues and inter-company allocation issues | 1.7 | 1,606.50 | 13555819 |
| Gray | William | 04/03/2016 | Work on inter-company claims and allocation issues | 0.7 | 661.50 | 13555825 |
| Gray | William | 07/03/2016 | Follow-up regarding equitable subordination and appeal issues | 0.6 | 567.00 | 13562312 |
| Gray | William | 08/03/2016 | Review pleadings; work on appeal issues | 1.8 | 1,701.00 | 13562314 |
| Gray | William | 09/03/2016 | Work on appeal issues | 1.3 | 1,228.50 | 13562337 |
| DeMarinis | Tony | 09/03/2016 | review and analysis of appeal filings and multi-party submissions; | 2.3 | 1,943.50 | 13571256 |
| Slavens | Adam | 10/03/2016 | reviewing CCAA case court documents re motions returnable March 10, 2016, and March 18, 2016 (1.7); email correspondence with L. Schweitzer and S. Bomhof re same (0.2); | 1.9 | 1,102.00 | 13557099 |
| Gray | Andrew | 10/03/2016 | reviewing CCAA court materials (0.6); reviewing appeal materials for the US proceeding (1.7); | 2.3 | 1,472.00 | 13594930 |
| Gray | William | 14/03/2016 | Work on appeal review; review filings | 1.4 | 1,323.00 | 13579959 |
| Slavens | Adam | 15/03/2016 | telephone call with A. Warner re motion for leave to appeal (0.2); preparing reporting email to Cleary team and Torys team re same (0.4); office conference with S. Bomhof re same (0.2); telephone call with A. Gray re same (0.2); reviewing letter from the Court of Appeal re same (0.1); | 1.1 | 638.00 | 13564443 |
| Bomhof | Scott A. | 15/03/2016 | reviewing correspondence from Ontario Court of appeal regarding scheduling of leave hearing and exchange emails with Cleary regarding same (.6); telephone call with Cassels and Bennett Jones regarding leave to appeal hearing (.9); telephone call with Goodmans regarding finalizing allocation order (.3); reviewing correspondence between Goodmans and TGF regarding addition of 3 Canadian debtors and analyze same (1.1); prepare for March 18 motion (1.1); office conference with A. Slavens regarding motion for leave to appeal (0.2); | 4.2 | 2,919.00 | 13565095 |
| Silver | Jon | 15/03/2016 | reviewing post-trial briefs for decisions cited by the judges presiding over leave to appeal; | 1.2 | 264.00 | 13565525 |
| Gray | William | 15/03/2016 | Review appeal letter; review court filings | 2.6 | 2,457.00 | 13579965 |
| Gray | Andrew | 15/03/2016 | confer with A. Slavens regarding motion for leave to appeal; | 0.2 | 128.00 | 13635977 |
| Silver | Jon | 16/03/2016 | reviewing post-trial briefs for decisions cited by the judges presiding over leave to appeal; | 0.9 | 198.00 | 13565934 |
| Slavens | Adam | 16/03/2016 | email correspondence with S. Block and S. Bomhof re letter from Court of Appeal; | 0.3 | 174.00 | 13566029 |
| Gray | William | 16/03/2016 | Review court filings (0.3); work on substantive consolidation issue (0.3); | 0.6 | 567.00 | 13579974 |
| Gray | Andrew | 16/03/2016 | reviewing US appeal materials (2.7); reviewing correspondence relating to the CCAA proceedings (0.1); | 2.8 | 1,792.00 | 13593537 |
| Silver | Jon | 17/03/2016 | reviewing post-trial briefs for decisions cited | 4.1 | 902.00 | 13568300 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Slavens | Adam | 17/03/2016 | reviewing post-trial briefs for decisions cited by the judges presiding over leave to appeal; email correspondence with S. Block and S. Bomhof re letter from Court of Appeal (0.3); telephone call with A. Warner re same (0.2); | 0.5 | 290.00 | 13569102 |
| Silver | Jon | 18/03/2016 | reviewing post-trial briefs for decisions cited by the judges presiding over leave to appeal; | 0.4 | 88.00 | 13569253 |
| Slavens | Adam | 18/03/2016 | conducting Canadian legal research re review of cases cited in post-trial closing briefs; | 3.3 | 1,914.00 | 13572170 |
| Slavens | Adam | 20/03/2016 | conducting Canadian legal research re review of cases cited in post-trial closing briefs; | 2.8 | 1,624.00 | 13572178 |
| Silver | Jon | 21/03/2016 | discussing research assignment with A. Slavens; | 0.2 | 44.00 | 13572757 |
| Slavens | Adam | 21/03/2016 | conducting Canadian legal research re review of cases cited in post-trial closing briefs (2.4); preparing reporting email (0.3); confer with J. Silver regarding assignment (0.2); | 2.9 | 1,682.00 | 13574016 |
| Slavens | Adam | 22/03/2016 | conducting Canadian legal research re review of cases cited in post-trial closing briefs; | 3.7 | 2,146.00 | 13576559 |
| Gray | William | 22/03/2016 | Work on appeal issue and review substantive consolidation analysis comparing US and Canadian law | 1.8 | 1,701.00 | 13592271 |
| Silver | Jon | 23/03/2016 | reviewing leave to appeal factums for decisions cited by the judges presiding over leave to appeal; | 0.4 | 88.00 | 13580474 |
| Slavens | Adam | 23/03/2016 | conducting Canadian legal research re review of cases cited in post-trial closing briefs; | 0.8 | 464.00 | 13581922 |
| Gray | William | 23/03/2016 | Review court filings work on substantive consolidation issues and appeal related issues | 2.7 | 2,551.50 | 13592278 |
| Silver | Jon | 24/03/2016 | reviewing leave to appeal factums for decisions cited by the judges presiding over leave to appeal; | 1.5 | 330.00 | 13580476 |
| Slavens | Adam | 24/03/2016 | conducting Canadian legal research re review of cases cited in post-trial closing briefs; | 3.5 | 2,030.00 | 13581931 |
| Gray | William | 25/03/2016 | Review appeal issues; work on substantive consolidation matters in anticipation of Appellate ruling; review notice of leave to appeal issues | 1.4 | 1,323.00 | 13592306 |
| Slavens | Adam | 27/03/2016 | conducting Canadian legal research re review of cases cited in post-trial closing briefs; | 1.5 | 870.00 | 13581941 |
| Silver | Jon | 28/03/2016 | formatting and sending files to US counsel; | 0.2 | 44.00 | 13585791 |
| Slavens | Adam | 28/03/2016 | conducting Canadian legal research re review of cases cited in post-trial closing briefs; | 1.2 | 696.00 | 13587642 |
| Gray | William | 28/03/2016 | Work on substantive consolidation issues and review arguments in advance of US Appeal hearing | 2.2 | 2,079.00 | 13592313 |
| Slavens | Adam | 29/03/2016 | conducting Canadian legal research re review of cases cited in post-trial closing briefs; | 1.3 | 754.00 | 13589899 |
| Slavens | Adam | 30/03/2016 | conducting Canadian legal research re review of cases cited in post-trial closing briefs; | 3.7 | 2,146.00 | 13589897 |
| Gray | William | 31/03/2016 | Work on appeal issues | 1.6 | 1,512.00 | 13592339 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| DeMarinis | Tony | 01/03/2016 | reviewing appellate arguments and materials; | 1.9 | 1,605.50 | 13541897 |
| Slavens | Adam | 02/03/2016 | email correspondence with S. Bomhof re Canadian legal research on allocation matters; | 0.2 | 116.00 | 13540562 |
| DeMarinis | Tony | 11/03/2016 | Canadian law analysis relating to pending allocation ruling appeals; | 1.4 | 1,183.00 | 13571273 |
| Slavens | Adam | 14/03/2016 | conducting Canadian legal research re valuation matters re appeal; | 1.2 | 696.00 | 13564432 |
| Slavens | Adam | 15/03/2016 | conducting Canadian legal research re contractual interpretation matters and intellectual property licenses (4.0); email correspondence with Cleary team re same (0.1); | 4.1 | 2,378.00 | 13564450 |
| Slavens | Adam | 16/03/2016 | conducting Canadian legal research re contractual interpretation matters and intellectual property licenses (4.3); preparing reporting email to Cleary team re same (0.5); | 4.8 | 2,784.00 | 13566025 |
| DeMarinis | Tony | 16/03/2016 | reading factums in the appeal proceedings; | 1.5 | 1,267.50 | 13571377 |
| Slavens | Adam | 17/03/2016 | conducting Canadian legal research re contractual interpretation matters and intellectual property licenses (5.3); preparing reporting email to Cleary team re same (0.6); | 5.9 | 3,422.00 | 13569091 |
| Slavens | Adam | 21/03/2016 | conducting Canadian legal research re contractual interpretation matters and intellectual property licenses; | 3.7 | 2,146.00 | 13574081 |
| DeMarinis | Tony | 21/03/2016 | reviewing recent Canadian law in relation to appellate matters; | 1.2 | 1,014.00 | 13584640 |
| Opolsky | Jeremy | 22/03/2016 | reviewing and revising appeal briefs re: Canadian law issues; | 1.9 | 959.50 | 13575676 |
| Opolsky | Jeremy | 23/03/2016 | correspondence with Cleary Gottlieb re: appeal issues; | 0.3 | 151.50 | 13578157 |
| Slavens | Adam | 25/03/2016 | conducting Canadian legal research re contractual interpretation matters and intellectual property licenses (5.3); preparing reporting email to Cleary team re same (0.6); | 5.9 | 3,422.00 | 13581934 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Slavens | Adam | 01/03/2016 | reviewing CCAA case claims processes and discovery plans; | 2.6 | 1,508.00 | 13540552 |
| Slavens | Adam | 03/03/2016 | conducting research re intercompany contribution and related claims; | 1.7 | 986.00 | 13543922 |
| Slavens | Adam | 07/03/2016 | conducting research re intercompany contribution and related claims; | 2.4 | 1,392.00 | 13549160 |
| Slavens | Adam | 11/03/2016 | conducting research re intercompany contribution and related claims; | 1.5 | 870.00 | 13562102 |
| Slavens | Adam | 28/03/2016 | conducting research re intercompany contribution and related claims; | 2.5 | 1,450.00 | 13587644 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Bomhof | Scott A. | 01/03/2016 | exchange messages with A. Slavens regarding fee information for Canadian proceedings and reviewing Monitor's website with respect to same; | 1.1 | 764.50 | 13539208 |
| Bomhof | Scott A. | 02/03/2016 | exchange emails with J. Bromley regarding issues related to U.S. appeal and status of Ontario appeal; | 0.8 | 556.00 | 13539212 |
| Slavens | Adam | 02/03/2016 | reviewing financial information from monitor's reports and preparing model re same; | 3.0 | 1,740.00 | 13540553 |
| Slavens | Adam | 03/03/2016 | reviewing CCAA case claims processes and discovery plans; | 1.7 | 986.00 | 13543756 |
| Slavens | Adam | 03/03/2016 | reviewing financial information from monitor's reports and preparing model re same; | 1.5 | 870.00 | 13543759 |
| Slavens | Adam | 04/03/2016 | reviewing financial information from monitor's reports and preparing model re same; | 2.1 | 1,218.00 | 13546124 |
| Slavens | Adam | 04/03/2016 | reviewing CCAA case claims processes and discovery plans; | 0.7 | 406.00 | 13546136 |
| Slavens | Adam | 04/03/2016 | reviewing CCAA case court documents; | 1.3 | 754.00 | 13546159 |
| Bomhof | Scott A. | 04/03/2016 | reviewing updated law on debt recharacterization and oppression/equitable subordination regarding intercompany claims; | 1.5 | 1,042.50 | 13548009 |
| Bomhof | Scott A. | 07/03/2016 | reviewing and providing comments on professional fee cost summary for CCAA proceedings; | 0.6 | 417.00 | 13548012 |
| Slavens | Adam | 07/03/2016 | reviewing financial information from monitor's reports and preparing model re same (5.0); preparing reporting email to L. Schweitzer re same (0.5); | 5.5 | 3,190.00 | 13549154 |
| Bomhof | Scott A. | 08/03/2016 | telephone call with J. Pasquariello regarding Nortel Canadian pension wind-up reports; | 0.2 | 139.00 | 13553201 |
| Opolsky | Jeremy | 09/03/2016 | reviewing CCAA filings; | 0.1 | 50.50 | 13553796 |
| Slavens | Adam | 09/03/2016 | reviewing CCAA case court documents re motions returnable March 10, 2016, and March 18, 2016 (1.9); email correspondence with S. Bomhof re same (0.2); | 2.1 | 1,218.00 | 13557093 |
| Bomhof | Scott A. | 10/03/2016 | reviewing court materials for march 18 motion regarding stay extension and addition of 3 Nortel debtors; | 1.3 | 903.50 | 13559285 |
| Bomhof | Scott A. | 14/03/2016 | reviewing materials related to motion to add 3 Canadian debtors to proceedings and reviewing letter from TGF to Goodmans with respect to same (.5); telephone call with J. Pasquariello regarding wind-up of Canadian pension plans (.2); reviewing draft appeal materials for Ontario appeal of Allocation Ruling (1.6); | 2.3 | 1,598.50 | 13561078 |
| Slavens | Adam | 14/03/2016 | reviewing correspondence from UKPT re motion returnable March 18, 2016 (0.5); email correspondence with Cleary team and Cassels team re same (0.2); | 0.7 | 406.00 | 13564424 |
| Slavens | Adam | 14/03/2016 | reviewing financial information from monitor's reports and preparing model re same (1.6); preparing reporting email to L. Schweitzer re same (0.2); | 1.8 | 1,044.00 | 13564426 |
| Opolsky | Jeremy | 15/03/2016 | correspondence with Cleary Gottlieb re: appeal issues; reviewing appeal documents | 0.8 | 404.00 | 13563612 |
| Slavens | Adam | 15/03/2016 | conference call with G. Finlayson and S. Bomhof re CCAA case matters; | 0.7 | 406.00 | 13564445 |
| Slavens | Adam | 15/03/2016 | conference call with R. Jacobs, M. Wunder and | 0.5 | 290.00 | 13564446 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Slavens | Adam | 15/03/2016 | S. Bomhof re CCAA case matters; reviewing status of allocation judgment and comments of core parties on same; | 2.2 | 1,276.00 | 13564451 |
| DeMarinis | Tony | 15/03/2016 | planning and reviews relating to appeals; | 1.0 | 845.00 | 13571367 |
| Bomhof | Scott A. | 16/03/2016 | follow up calls and emails with A. Slavens, Goodmans and Cassels regarding March 18 motion (1.3); prepare for March 18 motion (1.1); | 2.4 | 1,668.00 | 13565099 |
| Opolsky | Jeremy | 16/03/2016 | reviewing documents re: appeal; reviewing CCAA filings re: SNMP; | 0.5 | 252.50 | 13565670 |
| Slavens | Adam | 16/03/2016 | conference call with M. Wunder and S. Bomhof re CCAA case matters; | 0.2 | 116.00 | 13566023 |
| Slavens | Adam | 16/03/2016 | reviewing correspondence from monitor and UKPT re motion returnable March 18, 2016 (0.7); email correspondence with Cleary team, C. Armstrong, S. Bomhof, Cassels team and Bennett Jones team re same (0.7); reviewing motion record and application record re March 18, 2016 hearing (0.9); | 2.3 | 1,334.00 | 13566024 |
| DeMarinis | Tony | 16/03/2016 | reviewing counsel correspondence exchange between Goodmans and ThorntonGroutFinnigan, and considering information and issues relating to same (0.6); reviewing additional materials and file documents (0.8); | 1.4 | 1,183.00 | 13571374 |
| Opolsky | Jeremy | 17/03/2016 | reviewing filings in the CCAA proceedings; | 0.2 | 101.00 | 13568357 |
| Slavens | Adam | 17/03/2016 | reviewing correspondence from monitor and UKPT re motion returnable March 18, 2016 (0.8); email correspondence with Cleary team, C. Armstrong, S. Bomhof, Cassels team and Bennett Jones team re same (0.8); reviewing motion record and application record re March 18, 2016 hearing (0.8); confer with T. DeMarinis (0.2); | 2.6 | 1,508.00 | 13569095 |
| Bomhof | Scott A. | 17/03/2016 | telephone call with Goodmans and follow up on request for issued allocation order from Ontario Court of Appeal (.6); reviewing all briefings for Ontario motion for leave to appeal (3.1); | 3.7 | 2,571.50 | 13570981 |
| DeMarinis | Tony | 17/03/2016 | counsel correspondence among Monitor and UKPC (0.2); discussion with Adam Slavens and review of information forwarded by same (0.4); reviewing extension motion materials (0.3); | 0.9 | 760.50 | 13571399 |
| DeMarinis | Tony | 18/03/2016 | reviewing materials and issued order from today's hearing (0.2); reviewing prior orders (0.2); | 0.4 | 338.00 | 13571407 |
| Slavens | Adam | 18/03/2016 | attending motion returnable March 18, 2016 (1.0); preparing for same (1.5); preparing reporting email to L. Schweitzer and S. Bomhof re same (0.1); email correspondence with Cassels team and Bennett Jones team re same (0.2); | 2.8 | 1,624.00 | 13572165 |
| Opolsky | Jeremy | 21/03/2016 | reviewing correspondence re: Appeals; | 0.1 | 50.50 | 13573586 |
| Bomhof | Scott A. | 21/03/2016 | reviewing issued orders regarding CCAA extension and addition of new debtors (.4); telephone call with D. Abbott and make arrangements for dial-in for U.S. appeal (.4); reviewing motion to convert U.S. proceeding into a chapter 7 (.4); | 1.2 | 834.00 | 13574864 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Bomhof | Scott A. | 22/03/2016 | reviewing US appeal filings and follow up on request for telephonic link for US appeal; | 0.5 | 347.50 | 13582927 |
| DeMarinis | Tony | 22/03/2016 | searching and reviewing information on claims in the Canadian proceedings; | 1.0 | 845.00 | 13584647 |
| Bomhof | Scott A. | 23/03/2016 | reviewing note-up of Canadian law for US appeal sur-reply brief; | 0.9 | 625.50 | 13582933 |
| Slavens | Adam | 29/03/2016 | reviewing CCAA case court materials; | 0.4 | 232.00 | 13589893 |

U.S. Proceedings/Matters

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Slavens | Adam | 02/03/2016 | reviewing chapter 11 case court documents; | 1.2 | 696.00 | 13543732 |
| Slavens | Adam | 07/03/2016 | reviewing email correspondence re US appeal process; | 0.3 | 174.00 | 13549158 |
| Slavens | Adam | 08/03/2016 | reviewing US appeal briefs; | 1.6 | 928.00 | 13554682 |
| Slavens | Adam | 12/03/2016 | reviewing US appeal briefs; | 2.0 | 1,160.00 | 13562103 |
| Slavens | Adam | 14/03/2016 | reviewing US appeal briefs; | 2.5 | 1,450.00 | 13564428 |
| DeMarinis | Tony | 14/03/2016 | review and consideration of materials filed in the U.S. appellate proceedings | 2.0 | 1,690.00 | 13571363 |
| Slavens | Adam | 21/03/2016 | email correspondence with S. Bomhof and Cleary team re April 5, 2016 appeal (0.3); making arrangements re same (0.8); | 1.1 | 638.00 | 13574032 |
| Slavens | Adam | 22/03/2016 | reviewing and commenting on draft sur-reply re appeal; | 2.6 | 1,508.00 | 13576544 |
| Slavens | Adam | 22/03/2016 | email correspondence with S. Bomhof and Cleary team re April 5, 2016 appeal (0.2); making arrangements re same (0.6); | 0.8 | 464.00 | 13576558 |
| Slavens | Adam | 22/03/2016 | reviewing US appeal briefs; | 1.0 | 580.00 | 13576569 |
| Laskin | Aria | 23/03/2016 | reviewing submissions for American proceedings; | 1.2 | 324.00 | 13580781 |
| Slavens | Adam | 23/03/2016 | reviewing and commenting on draft sur-reply re appeal; | 4.8 | 2,784.00 | 13581812 |
| Slavens | Adam | 23/03/2016 | reviewing email correspondence re April 5, 2016, appeal hearing; | 0.3 | 174.00 | 13581815 |
| Slavens | Adam | 23/03/2016 | reviewing motion re filing of sur-reply; | 0.5 | 290.00 | 13581842 |
| Slavens | Adam | 24/03/2016 | reviewing email correspondence re April 5, 2016, appeal hearing; | 0.3 | 174.00 | 13581930 |
| Slavens | Adam | 28/03/2016 | reviewing email correspondence re April 5, 2016, appeal hearing; | 0.3 | 174.00 | 13587645 |
| Slavens | Adam | 29/03/2016 | telephonic court hearing re April 5, 2016, appeal hearing (0.4); reviewing email correspondence re same (0.3); | 0.7 | 406.00 | 13587665 |
| Slavens | Adam | 29/03/2016 | reviewing motion materials re appeal matters; | 0.7 | 406.00 | 13589889 |
| Slavens | Adam | 29/03/2016 | reviewing chapter 11 case court materials; | 1.6 | 928.00 | 13589894 |
| Slavens | Adam | 30/03/2016 | preparing for April 5, 2016, appeal hearing; | 2.3 | 1,334.00 | 13589910 |
| Slavens | Adam | 31/03/2016 | preparing for April 5, 2016, appeal hearing; | 7.0 | 4,060.00 | 13592620 |