# **<u>EXHIBIT B</u>**

**Nortel**
**March 2016 Disbursements**

| Code | Description | Date | Amount | Detail |
|---|---|---|---:|---|
| 303 | Taxi & Travel | 18/03/2016 | $ 6.60 | Taxi & Travel Slavens, Adam; Taxi/Car Service - 330 University court |
| 801 | Copies | 15/03/2016 | 28.40 | Copies |
| 801 | Copies | 16/03/2016 | 0.70 | Copies |
| 808 | Laser Printing | 02/03/2016 | 0.30 | Laser Printing |
| 808 | Laser Printing | 02/03/2016 | 0.30 | Laser Printing |
| 808 | Laser Printing | 10/03/2016 | 0.10 | Laser Printing |
| 808 | Laser Printing | 11/03/2016 | 27.00 | Laser Printing |
| 808 | Laser Printing | 15/03/2016 | 10.00 | Laser Printing |
| 808 | Laser Printing | 17/03/2016 | 1.10 | Laser Printing |
| 808 | Laser Printing | 18/03/2016 | 1.00 | Laser Printing |
| 808 | Laser Printing | 18/03/2016 | 0.20 | Laser Printing |
| 808 | Laser Printing | 22/03/2016 | 0.60 | Laser Printing |
| 808 | Laser Printing | 28/03/2016 | 3.00 | Laser Printing |
| 808 | Laser Printing | 29/03/2016 | 0.40 | Laser Printing |
| 808 | Laser Printing | 31/03/2016 | 27.20 | Laser Printing |
| 4808 | Laser Printing | 16/03/2016 | 0.70 | Laser Printing |
| 4808 | Laser Printing | 31/03/2016 | 1.90 | Laser Printing |
| 4808 | Laser Printing | 31/03/2016 | 0.10 | Laser Printing |
| 4808 | Laser Printing | 31/03/2016 | 0.10 | Laser Printing |
| 4808 | Laser Printing | 31/03/2016 | 0.10 | Laser Printing |
| | | | **$ 103.20** | |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 23/03/2016 | $ 10.53 | On Line Research Charges -WestlaweCarswell Incl. |
| | | | **$ 120.33** | |