**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ------------------------------------------------------x | **Chapter 11** |
| *In re*               : | **Case No. 09-10138 (KG)** |
|                : | **(Jointly Administered)** |
| **NORTEL NETWORKS, INC., <u>et al.</u>,**   : | |
|                : | |
| **Debtors.<sup>1</sup>**       : | **Related ECF Nos.:  16811** |
| ------------------------------------------------------x | |

### <u>NOTICE OF SERVICE</u>

I, Joanne P. Pinckney, hereby certify that on the 13th day of May, 2016, a copy of the

*Limited Objection Of Solus Alternative Asset Management LP And Pointstate Capital LP To*

*Motion Of Liquidity Solutions Inc. For Entry Of Order (A) Authorizing And Directing Debtor,*

*Nortel Networks Inc., To Make Interim Distributions On Allowed Administrative, Priority And*

*Unsecured Claims Or (B) Converting Cases To Chapter 7 Pursuant To Section 1112(B) Of*

*Bankruptcy Code* was served upon all parties receiving notice via CM/ECF, and upon the

person(s) listed on the attached service list via first-class mail, postage pre-paid:

Dated: May 16, 2016            PINCKNEY, WEIDINGER, URBAN
                                      & JOYCE LLC
                                ***/s/ Joanne P. Pinckney***
                                Joanne P. Pinckney, Esq. (DE No. 3344)
                                3711 Kennett Pike, Suite 210
                                Greenville, DE 19807
                                Telephone: (302) 504-1497

                                Co-*Counsel to Counsel to Solus Alternative Asset*
                                *Management LP and PointState Capital LP*

---

<sup>1</sup>    The Debtors, along with the last four digits of each Debtor's tax identification number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769),Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortea Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).

**VIA FIRST CLASS MAIL**

Paul N. Silverstein, Esq.
Jeremy B. Reckmeyer, Esq.
ANDREWS KURTH LLP
450 Lexington Avenue
New York, NY 10017