**See Attached for Exhibits A through H**

# Exhibit A

## The Mergis Group
### Summary of Professionals

Nortel Networks, Inc. et al.
For the period of April 1, 2016 through April 30, 2016

| Professional | Position | Title / Role of Professional |
|---|---|---|
| Timothy C. Ross | Officer | Chief Financial Officer and Corporate Secretary - Management responsibility for all business and finance functions supporting the U.S. Principal Officer in the company operation and liquidation; direct responsibilities include, operating budget oversight, treasury management, general accounting and controls, tax, information technology, human resources, real estate management, and foreign subsidiary wind down. Employee Benefits and Pension Investment Committee member. |
| William D. Cozart | Non-Officer | Associate - General accounting control oversight, debtor financial reporting (MOR, Form 26, etc.), general accounting control oversight, finance systems administration & controls, accounts receivable and billing, bank account reconciliations. |
| Kim Ponder | Non-Officer | Associate - General accounting & finance services for accounts payable, payment processing for normal course, intercompany, and professional, claims and litigation settlement disbursement processing, statutory reporting management & oversight. |

# Exhibit B

## The Mergis Group
## Summary of Projects and Project Descriptions

Nortel Networks, Inc. et al.
For the period of April 1, 2016 through April 30, 2016

| Project | Project Description |
|---|---|
| Administrative | Administrative matters related to the Debtors engagement. Includes board meetings, staff meetings, preparation of miscellaneous statements, surveys, and schedules, miscellaneous document review and execution, electronic minute book maintenance, and office and general case management activities. |
| Bankruptcy Reporting | Assist the Debtors with bankruptcy reporting requirements. Includes the financial reporting preparation & management review of the Monthly Operating Report (MOR), Form 26, Ordinary Course Professionals Report (OCP), US Trustee Fee Report, and related matters for the US Trustee. |
| Cash Management | Support the Debtors with cash flow management activities. Includes treasury systems management and controls, bank service contract oversight, cash flow planning and analysis, accountability for cash flow budget achievement, and cash reporting to estate constituents. |
| Claims Administration | Assist the Debtors with claims matters. Includes claims database systems and controls, data maintenance, analysis and validation, communications, distribution process planning, and claims settlement / distribution execution. |
| Compensation Application | Activities relating to the professional time tracking and preparation of the compensation application. |
| Discovery | Activities driven by requests directed to Nortel Networks Inc. in support of the business divestiture proceeds allocation litigation. Includes data / document extraction and analysis, preparation & presentation of findings, interface with legal counsel, and participate in court hearings. |
| Electronic Data and Document Preservation | Support the Debtors with the preservation of electronic data and hard copy documents. Includes governance and maintenance in compliance with court retention requirements and associated vendor service contract oversight. |
| Entity Liquidation and Wind Down | Assist the Debtors with the liquidation, wind down and/or deregistration of Nortel Networks, Inc. and its subsidiaries and branches (foreign and domestic).Includes the development and execution of step plans to ensure local law and U.S. Bankruptcy Court compliance in areas such as intercompany settlements, debt forgiveness, tax clearance certificates, final account balances; compliance with local and U.S. statutory, tax, financial and other governmental reporting requirements; repatriation of subsidiary or branch cash to parent; and coordinate with and support local accounting and legal professionals in conjunction with of all of the above. |
| Finance and General Accounting | Assist the Debtors with finance and general accounting operations in compliance with US GAAP. Includes statutory financial reporting preparation & review, month and year end close processing, finance systems & controls, journal entry preparation, management review, and posting, account reconciliations, balance sheet analysis, and normal course accounts receivable and payable administration . |

# Exhibit B

## The Mergis Group
**Summary of Projects and Project Descriptions**

Nortel Networks, Inc. et al.
For the period of April 1, 2016 through April 30, 2016

| Project | Project Description |
|---|---|
| Human Resources | Support the Debtors in Human Resources matters. Includes development and execution of Debtors benefit plan termination (health and welfare, 401K, etc.), plan regulatory compliance oversight and reporting (audits, plan boards & committees, etc.) vendor services contract management and oversight, human resource related communications, and HR systems and data maintenance and reporting. |
| Information Technology Operations | Assist the Debtors with the maintenance and support of the Nortel Networks, Inc. residual company information technology infrastructure operations. Includes vendor services and contract oversight, data extraction, back-up, and recovery, and infrastructure problem resolution support. |
| Insurance & Risk Management | Assist the Debtors with insurance and risk management activities. Includes tracking and periodic management review of Debtors insurance coverage; ensuring compliance with established policies, leases, and contracts. Provide service oversight to agent/broker contract. |
| Plan of Reorganization | Assist the Debtors with the preparation of the plan of reorganization and associated disclosure statement. Includes financial analysis and Debtors review. |
| Professional Fee Applications | Assist the Debtors with the payment administration of engaged professionals. Includes financial recording of professional fee applications to Debtors' books and records, reconciliation to Omnibus Fee Order to Debtors' books and records, fee disbursement based on Certificate of No Objection (CNO), and associated year end regulatory reporting. |
| Real Estate Management | Assist the Debtors with lease and real estate matters. Includes property management vendor contract oversight, property management budget achievement accountability and associated financial planning & analysis, lease and sub-lease management / governance, and property marketing activities. |
| Residual Business Operations | Assist the Debtors in the resolution of outstanding residual business operations matters. Includes activities relating to residual business services customer, vendor, and/or buyer contracts and associated receivables, payables, and/or inventory, regulatory and government required business reporting surveys and schedules, and review and action of service of process notifications. |
| Tax Matters | Assist the Debtors with tax matters. Includes vendor service contract oversight, financial analysis support and management review of federal, state, and local Tax returns, claims, and audits, and authorization of tax related matters (annual report filings, settlements, etc.) . |
| Travel | Authorized travel to support Debtors projects. |

# Exhibit C

## The Mergis Group
### Summary of Fees and Expenses

Nortel Networks, Inc. et al.
For the period of April 1, 2016 through April 30, 2016

|  | Fees | Expenses | Total |
|---|---|---|---|
| For the period of April 1, 2016 through April 30, 2016 | $ 178,211.00 | $ 2.30 | $ 178,213.30 |

Exhibit C                                                                                                                                Page 1 of 1

# Exhibit D

## The Mergis Group
## Summary of Time by Professional

Nortel Networks, Inc. et al.
For the period of April 1, 2016 through April 30, 2016

| Professional | Position | Title / Role of Professional | Hours |
|---|---|---|---|
| Timothy C. Ross | Officer | Chief Financial Officer and Corporate Secretary - Management responsibility for all business and finance functions supporting the U.S. Principal Officer in the company operation and liquidation; direct responsibilities include, operating budget oversight, treasury management, general accounting and controls, tax, information technology, human resources, real estate management, and foreign subsidiary wind down. Employee Benefits and Pension Investment Committee member. | 164.50 |
| William D. Cozart | Non-Officer | Associate - General accounting control oversight, debtor financial reporting (MOR, Form 26, etc.), general accounting control oversight, finance systems administration & controls, accounts receivable and billing, bank account reconciliations. | 160.00 |
| Kim Ponder | Non-Officer | Associate - General accounting & finance services for accounts payable, payment processing for normal course, intercompany, and professional, claims and litigation settlement disbursement processing, statutory reporting management & oversight. | 152.00 |

| | |
|---|---|
| **Hours for the period of January 1, 2015 through January 31, 2015** | **476.50** |
| Billing Rate | $ 374.00 |
| **Fees for the period of January 1, 2015 through January 31, 2015** | **$ 178,211.00** |

# Exhibit E

## The Mergis Group
## Summary of Fees by Project

Nortel Networks, Inc. et al.
For the period of April 1, 2016 through April 30, 2016

| Project | Project Description | Hours | Fees |
|---|---|---|---|
| Administrative | Administrative matters related to the Debtors engagement. Includes board meetings, staff meetings, preparation of miscellaneous statements, surveys, and schedules, miscellaneous document review and execution, electronic minute book maintenance, and office and general case management activities. | - | $ - |
| Bankruptcy Reporting | Assist the Debtors with bankruptcy reporting requirements. Includes the financial reporting preparation & management review of the Monthly Operating Report (MOR), Form 26, Ordinary Course Professionals Report (OCP), US Trustee Fee Report, and related matters for the US Trustee. | 10.00 | $ 3,740.00 |
| Cash Management | Support the Debtors with cash flow management activities. Includes treasury systems management and controls, bank service contract oversight, cash flow planning and analysis, accountability for cash flow budget achievement, and cash reporting to estate constituents. | 50.50 | $ 18,887.00 |
| Claims Administration | Assist the Debtors with claims matters. Includes claims database systems and controls, data maintenance, analysis and validation, communications, distribution process planning, and claims settlement / distribution execution. | 42.00 | $ 15,708.00 |
| Compensation Application | Activities relating to the professional time tracking and preparation of the compensation application. | 9.50 | $ 3,553.00 |
| Discovery | Activities driven by requests directed to Nortel Networks Inc. in support of the business divestiture proceeds allocation litigation. Includes data / document extraction and analysis, preparation & presentation of findings, interface with legal counsel, and participate in court hearings. | 5.50 | $ 2,057.00 |
| Electronic Data and Document Preservation | Support the Debtors with the preservation of electronic data and hard copy documents. Includes governance and maintenance in compliance with court retention requirements and associated vendor service contract oversight. | - | $ - |
| Entity Liquidation and Wind Down | Assist the Debtors with the liquidation, wind down and/or deregistration of Nortel Networks, Inc. and its subsidiaries and branches (foreign and domestic).Includes the development and execution of step plans to ensure local law and U.S. Bankruptcy Court compliance in areas such as intercompany settlements, debt forgiveness, tax clearance certificates, final account balances; compliance with local and U.S. statutory, tax, financial and other governmental reporting requirements; repatriation of subsidiary or branch cash to parent; and coordinate with and support local accounting and legal professionals in conjunction with of all of the above. | 1.50 | $ 561.00 |
| Finance and General Accounting | Assist the Debtors with finance and general accounting operations in compliance with US GAAP. Includes statutory financial reporting preparation & review, month and year end close processing, finance systems & controls, journal entry preparation, management review, and posting, account reconciliations, balance sheet analysis, and normal course accounts receivable and payable administration . | 257.50 | $ 96,305.00 |
| Human Resources | Support the Debtors in Human Resources matters. Includes development and execution of Debtors benefit plan termination (health and welfare, 401K, etc.), plan regulatory compliance oversight and reporting (audits, plan boards & committees, etc.) vendor services contract management and oversight, human resource related communications, and HR systems and data maintenance and reporting. | 1.50 | $ 561.00 |
| Information Technology Operations | Assist the Debtors with the maintenance and support of the Nortel Networks, Inc. residual company information technology infrastructure operations. Includes vendor services and contract oversight, data extraction, back-up, and recovery, and infrastructure problem resolution support. | 6.00 | $ 2,244.00 |
| Insurance & Risk Management | Assist the Debtors with insurance and risk management activities. Includes tracking and periodic management review of Debtors insurance coverage; ensuring compliance with established policies, leases, and contracts. Provide service oversight to agent/broker contract. | - | $ - |

# Exhibit E

## The Mergis Group
### Summary of Fees by Project

Nortel Networks, Inc. et al.
For the period of April 1, 2016 through April 30, 2016

| Project | Project Description | Hours | Fees |
|---|---|---|---|
| Plan of Reorganization | Assist the Debtors with the preparation of the plan of reorganization and associated disclosure statement. Includes financial analysis and Debtors review. | - | $ - |
| Professional Fee Applications | Assist the Debtors with the payment administration of engaged professionals. Includes financial recording of professional fee applications to Debtors' books and records, reconciliation to Omnibus Fee Order to Debtors' books and records, fee disbursement based on Certificate of No Objection (CNO), and associated year end regulatory reporting. | 10.50 | $ 3,927.00 |
| Real Estate Management | Assist the Debtors with lease and real estate matters. Includes property management vendor contract oversight, property management budget achievement accountability and associated financial planning & analysis, lease and sub-lease management / governance, and property marketing activities. | 29.00 | $ 10,846.00 |
| Residual Business Operations | Assist the Debtors in the resolution of outstanding residual business operations matters. Includes activities relating to residual business services customer, vendor, and/or buyer contracts and associated receivables, payables, and/or inventory, regulatory and government required business reporting surveys and schedules, and review and action of service of process notifications. | 4.00 | $ 1,496.00 |
| Tax Matters | Assist the Debtors with tax matters. Includes vendor service contract oversight, financial analysis support and management review of federal, state, and local Tax returns, claims, and audits, and authorization of tax related matters (annual report filings, settlements, etc.) . | 49.00 | $ 18,326.00 |
| Travel | Authorized travel to support Debtors projects. | - | $ - |
| **For the period of April 1, 2016 through April 30, 2016** | | **476.50** | **$ 178,211.00** |

# Exhibit F

## The Mergis Group
## Time Description Detail by Project

Nortel Networks, Inc. et al.
For the period of April 1, 2016 through April 30, 2016

| Project / Date | Professional | Project Work Description | Hours |
|---|---|---|---|
| **Bankruptcy Reporting** | | | |
| 4/20/2016 | William D. Cozart | Prepare March MOR. | 1.00 |
| 4/21/2016 | Timothy C. Ross | Prepared and analyzed Debtors cash receipts and disbursements for the monthly operating report. | 2.00 |
| 4/21/2016 | William D. Cozart | Prepare March MOR. | 2.00 |
| 4/22/2016 | Timothy C. Ross | Prepared Debtors trustee disbursements analysis. | 1.00 |
| 4/22/2016 | Timothy C. Ross | Prepared and analyzed Debtors cash receipts and disbursements for the monthly operating report. | 2.00 |
| 4/25/2016 | Timothy C. Ross | Reviewed and authorized Debtors trustee report and payment analysis. | 1.00 |
| 4/26/2016 | William D. Cozart | Prepare March MOR. | 1.00 |
| **Bankruptcy Reporting Total** | | | **10.00** |
| **Cash Management** | | | |
| 4/1/2016 | Kim Ponder | FCB deposit. | 0.50 |
| 4/1/2016 | Timothy C. Ross | Worked Debtors cash management matters | 6.00 |
| 4/4/2016 | Kim Ponder | VEBA deposit. | 0.50 |
| 4/4/2016 | Timothy C. Ross | Reviewed, authorized, and released Debtors disbursements | 0.50 |
| 4/4/2016 | Timothy C. Ross | Received, reviewed, and responded to Debtors treasury management matters | 1.00 |
| 4/5/2016 | Timothy C. Ross | Worked Debtors cash management matters | 3.00 |
| 4/6/2016 | Timothy C. Ross | Reviewed Debtors payment proposal, prepared and analyzed cash flow requirements and executed Treasury funding | 2.00 |
| 4/6/2016 | Timothy C. Ross | Worked Debtors cash management matters | 1.00 |
| 4/6/2016 | Timothy C. Ross | Reviewed, authorized, and released Debtors disbursements | 0.50 |
| 4/7/2016 | Timothy C. Ross | Reviewed, authorized, and released Debtors disbursements. | 2.00 |
| 4/8/2016 | Timothy C. Ross | Reviewed and authorized Debtors Bank reconciliations | 2.00 |
| 4/8/2016 | Timothy C. Ross | Reviewed and authorized Debtors bank deposits. | 0.50 |
| 4/11/2016 | Timothy C. Ross | Received, reviewed and responded to Debtors foreign subsidiary banking matters | 0.50 |
| 4/13/2016 | Timothy C. Ross | Reviewed Debtors payment proposal, prepared and analyzed cash flow requirements and executed Treasury funding | 2.00 |
| 4/13/2016 | Timothy C. Ross | Worked Debtors banking matters | 1.00 |
| 4/14/2016 | Timothy C. Ross | Reviewed, authorized, and released Debtors foreign subsidiary disbursements | 0.50 |
| 4/15/2016 | Timothy C. Ross | Reviewed, authorized, and released Debtors disbursements. | 3.00 |
| 4/18/2016 | Timothy C. Ross | Prepared for conference call with Principal Officer | 1.00 |
| 4/18/2016 | Timothy C. Ross | Conference call with Principal Officer | 1.00 |
| 4/19/2016 | Kim Ponder | FCB and VEBA deposits. | 1.00 |
| 4/19/2016 | Timothy C. Ross | Reviewed and authorized Debtors bank deposits. | 0.50 |
| 4/20/2016 | Kim Ponder | FCB deposit. | 0.50 |
| 4/20/2016 | Timothy C. Ross | Reviewed Debtors payment proposal, prepared and analyzed cash flow requirements and executed Treasury funding transactions. | 2.00 |
| 4/20/2016 | Timothy C. Ross | Reviewed and authorized Debtors bank deposits. | 0.50 |
| 4/21/2016 | Timothy C. Ross | Reviewed, authorized, and released Debtors disbursements. | 2.00 |
| 4/22/2016 | Timothy C. Ross | Analyzed cash receipts and disbursement variance to budget / published results to US Principal Officer | 1.50 |
| 4/25/2016 | Kim Ponder | FCB and VEBA deposits. | 1.00 |
| 4/25/2016 | Timothy C. Ross | Reviewed and authorized Debtors bank deposits. | 0.50 |
| 4/25/2016 | Timothy C. Ross | Reviewed, authorized, and release debtors disbursements | 0.50 |
| 4/26/2016 | Kim Ponder | FCB and VEBA deposits. | 1.00 |
| 4/26/2016 | Timothy C. Ross | Prepared Debtors professional fees schedules | 2.00 |
| 4/27/2016 | Timothy C. Ross | Reviewed Debtors payment proposal, prepared and analyzed cash flow requirements and executed Treasury funding transactions. | 2.00 |
| 4/27/2016 | Timothy C. Ross | Prepared for conference call with Debtors counsel (LS), financial advisor (MK), and wind down consultant (KS) | 1.50 |
| 4/28/2016 | Timothy C. Ross | Reviewed, authorized, and released Debtors foreign subsidiary disbursements | 0.50 |
| 4/28/2016 | Timothy C. Ross | Conference call with Debtors counsel (LS), financial advisor (MK), and wind down consultant (KS) | 1.00 |
| 4/28/2016 | Timothy C. Ross | Reviewed, authorized, and released Debtors disbursements. | 3.00 |
| 4/29/2016 | Timothy C. Ross | Worked Debtors foreign subsidiary matters | 1.00 |
| **Cash Management Total** | | | **50.50** |
| **Claims Administration** | | | |
| 4/6/2016 | Timothy C. Ross | Worked Debtors finance professional request (MK) | 1.00 |
| 4/7/2016 | Timothy C. Ross | Worked Debtors finance professional request (MK) | 1.00 |
| 4/19/2016 | Timothy C. Ross | Conference call with Debtors finance advisor (MK) and wind down consultant (KS) RE: GA Allocation model. | 1.00 |
| 4/19/2016 | Timothy C. Ross | Worked Debtors claims matters | 2.00 |
| 4/20/2016 | Kim Ponder | Claims research. | 5.00 |
| 4/20/2016 | Timothy C. Ross | Worked Debtors claims matters | 2.00 |
| 4/21/2016 | Kim Ponder | Claims research. | 4.00 |
| 4/21/2016 | Timothy C. Ross | Worked Debtors claims matters | 2.00 |
| 4/22/2016 | Kim Ponder | Compiled payroll data. | 1.00 |
| 4/22/2016 | Timothy C. Ross | Worked Debtors claims matters | 3.50 |
| 4/25/2016 | Kim Ponder | Received and responded to request for deferred comp data. | 0.50 |
| 4/25/2016 | Timothy C. Ross | Worked Debtors finance professional request (MK) | 4.00 |
| 4/26/2016 | Kim Ponder | Claims research. | 3.00 |
| 4/26/2016 | Timothy C. Ross | Received, reviewed, and responded to Debtors interco matter | 0.50 |
| 4/26/2016 | Timothy C. Ross | Worked Debtors finance professional request (MK) | 2.00 |
| 4/27/2016 | Timothy C. Ross | Worked Debtors finance professional request (MK) | 2.00 |
| 4/28/2016 | Kim Ponder | Received and responded to request for historical data. | 2.00 |
| 4/28/2016 | Timothy C. Ross | Received, researched, and responded to Debtors claims matter | 1.00 |
| 4/28/2016 | Timothy C. Ross | Worked Debtors finance professional request (MK) | 3.00 |
| 4/29/2016 | Timothy C. Ross | Conference call with Debtors financial advisor (MK) | 0.50 |
| 4/29/2016 | Timothy C. Ross | Worked Debtors finance professional request (MK) | 1.00 |
| **Claims Administration Total** | | | **42.00** |
| **Compensation Application** | | | |
| 4/1/2016 | Kim Ponder | Compensation application preparation re: update of timekeeping records. | 0.50 |
| 4/1/2016 | Timothy C. Ross | Compensation application preparation re: update of timekeeping records. | 0.50 |
| 4/1/2016 | William D. Cozart | Compensation application preparation re: update of timekeeping records. | 0.50 |

# Exhibit F

## The Mergis Group
## Time Description Detail by Project

Nortel Networks, Inc. et al.
For the period of April 1, 2016 through April 30, 2016

| Project | Date | Professional | Project Work Description | Hours |
|---|---|---|---|---|
| | 4/7/2016 | Timothy C. Ross | Prepared DRAFT Mergis staffing & compensation report for CGSH review | 2.50 |
| | 4/8/2016 | Kim Ponder | Compensation application preparation re: update of timekeeping records. | 0.50 |
| | 4/8/2016 | Timothy C. Ross | Compensation application preparation re: update of timekeeping records. | 0.50 |
| | 4/8/2016 | William D. Cozart | Compensation application preparation re: update of timekeeping records. | 0.50 |
| | 4/15/2016 | Kim Ponder | Compensation application preparation re: update of timekeeping records. | 0.50 |
| | 4/15/2016 | Timothy C. Ross | Compensation application preparation re: update of timekeeping records. | 0.50 |
| | 4/21/2016 | William D. Cozart | Compensation application preparation re: update of timekeeping records. | 0.50 |
| | 4/22/2016 | Kim Ponder | Compensation application preparation re: update of timekeeping records. | 0.50 |
| | 4/22/2016 | Timothy C. Ross | Compensation application preparation re: update of timekeeping records. | 0.50 |
| | 4/29/2016 | Kim Ponder | Compensation application preparation re: update of timekeeping records. | 0.50 |
| | 4/29/2016 | Timothy C. Ross | Compensation application preparation re: update of timekeeping records. | 0.50 |
| | 4/29/2016 | William D. Cozart | Compensation application preparation re: update of timekeeping records. | 0.50 |
| **Compensation Application Total** | | | | **9.50** |

**Discovery**

| | Date | Professional | Project Work Description | Hours |
|---|---|---|---|---|
| | 4/19/2016 | William D. Cozart | Research historical documents. | 4.50 |
| | 4/21/2016 | Timothy C. Ross | Worked Debtors litigation request from CGSH (KS) | 1.00 |
| **Discovery Total** | | | | **5.50** |

**Entity Liquidation and Wind Down**

| | Date | Professional | Project Work Description | Hours |
|---|---|---|---|---|
| | 4/7/2016 | Timothy C. Ross | Conference call with Debtors counsel (KH, RR, RE) | 0.50 |
| | 4/7/2016 | Timothy C. Ross | Worked Debtors entity liquidation matters | 0.50 |
| | 4/26/2016 | Timothy C. Ross | Worked Debtors entity liquidation matters | 0.50 |
| **Entity Liquidation and Wind Down Total** | | | | **1.50** |

**Finance and General Accounting**

| | Date | Professional | Project Work Description | Hours |
|---|---|---|---|---|
| | 4/1/2016 | Kim Ponder | Bank reconciliations. | 4.00 |
| | 4/1/2016 | Kim Ponder | Provided details to support budget. | 1.00 |
| | 4/1/2016 | Kim Ponder | Month end close. | 2.50 |
| | 4/1/2016 | William D. Cozart | Update receivables analysis. | 5.50 |
| | 4/1/2016 | William D. Cozart | Prepare correspondence re: Escrow statements. | 1.00 |
| | 4/1/2016 | William D. Cozart | Prepare research regarding historical transactions. | 1.00 |
| | 4/4/2016 | Kim Ponder | Posted cash receipts. | 0.50 |
| | 4/4/2016 | Kim Ponder | Bank reconciliations. | 2.50 |
| | 4/4/2016 | Kim Ponder | Normal course payables | 1.00 |
| | 4/4/2016 | Kim Ponder | Document retention. | 3.50 |
| | 4/4/2016 | Timothy C. Ross | Worked Debtors general accounting matters | 2.00 |
| | 4/4/2016 | William D. Cozart | Update receivables analysis. | 3.50 |
| | 4/4/2016 | William D. Cozart | Prepare research regarding historical transactions. | 3.00 |
| | 4/4/2016 | William D. Cozart | Update G&A cost allocation. | 1.50 |
| | 4/5/2016 | Kim Ponder | Normal course payables | 1.00 |
| | 4/5/2016 | Kim Ponder | Posted deposits. | 0.50 |
| | 4/5/2016 | Kim Ponder | Normal course payables | 1.50 |
| | 4/5/2016 | Kim Ponder | Month end close. | 2.50 |
| | 4/5/2016 | Timothy C. Ross | Prepared and submitted residual staff time report. | 0.50 |
| | 4/5/2016 | Timothy C. Ross | Worked Debtors general accounting matters | 2.00 |
| | 4/5/2016 | William D. Cozart | Update receivables analysis. | 2.00 |
| | 4/5/2016 | William D. Cozart | Update G&A cost allocation. | 2.50 |
| | 4/5/2016 | William D. Cozart | Prepare journal entries for March. | 1.50 |
| | 4/5/2016 | William D. Cozart | Prepare research regarding historical transactions. | 2.00 |
| | 4/6/2016 | Kim Ponder | VEBA bank account reconciliation. | 0.50 |
| | 4/6/2016 | Kim Ponder | Monitored email. | 0.50 |
| | 4/6/2016 | Timothy C. Ross | Worked Debtors general accounting matters | 2.00 |
| | 4/6/2016 | William D. Cozart | Prepare research regarding historical transactions. | 2.00 |
| | 4/6/2016 | William D. Cozart | Update G&A Cost Allocation. | 6.00 |
| | 4/7/2016 | Kim Ponder | Normal course payables | 1.50 |
| | 4/7/2016 | William D. Cozart | Update G&A Cost Allocation. | 4.00 |
| | 4/7/2016 | William D. Cozart | Prepare AP documents for payment. | 1.00 |
| | 4/7/2016 | William D. Cozart | Update QuickBooks backup schedule. | 2.00 |
| | 4/8/2016 | Kim Ponder | Normal course payables | 0.50 |
| | 4/8/2016 | Kim Ponder | Month end close. | 1.00 |
| | 4/8/2016 | Kim Ponder | Contract service reconciliation. | 0.50 |
| | 4/8/2016 | Kim Ponder | Various email correspondence. | 1.50 |
| | 4/8/2016 | Timothy C. Ross | Reviewed and authorized Debtors GL account reconciliations. | 3.50 |
| | 4/8/2016 | Timothy C. Ross | Reviewed and authorized Debtors residual invoices for payment. | 0.50 |
| | 4/8/2016 | William D. Cozart | Update QuickBooks backup schedule. | 4.50 |
| | 4/8/2016 | William D. Cozart | Prepare and process deposit. | 1.00 |
| | 4/8/2016 | William D. Cozart | Update G&A Cost Allocation. | 2.00 |
| | 4/11/2016 | Kim Ponder | GL account reconciliations. | 4.00 |
| | 4/11/2016 | Kim Ponder | Monitored email. | 1.00 |
| | 4/11/2016 | Timothy C. Ross | Prepared and submitted residual staffing time report. | 0.50 |
| | 4/11/2016 | Timothy C. Ross | Worked Debtors general accounting matters | 2.00 |
| | 4/11/2016 | Timothy C. Ross | Reviewed and authorized Debtors foreign subsidiary Invoices for payment | 0.50 |
| | 4/11/2016 | William D. Cozart | Review and troubleshoot QuickBooks backup process. | 2.00 |
| | 4/11/2016 | William D. Cozart | Prepare research regarding historical transactions. | 3.50 |
| | 4/11/2016 | William D. Cozart | Prepare and update reconciliations. | 2.00 |
| | 4/12/2016 | Kim Ponder | Month end close. | 4.00 |
| | 4/12/2016 | Kim Ponder | Normal course payables - invoice approval requests and processing. | 2.00 |
| | 4/12/2016 | Kim Ponder | Various email follow-up. | 2.00 |
| | 4/12/2016 | Timothy C. Ross | Worked Debtors general accounting matters | 3.00 |
| | 4/12/2016 | William D. Cozart | Review and monitor QuickBooks scheduled backups. | 0.50 |

# Exhibit F

## The Mergis Group
## Time Description Detail by Project

Nortel Networks, Inc. et al.
For the period of April 1, 2016 through April 30, 2016

| Project | Date | Professional | Project Work Description | Hours |
|---|---|---|---|---|
| | 4/12/2016 | William D. Cozart | Prepare research regarding historical transactions. | 3.50 |
| | 4/12/2016 | William D. Cozart | Prepare and update reconciliations. | 4.00 |
| | 4/13/2016 | Kim Ponder | Normal course payables. | 1.50 |
| | 4/13/2016 | Kim Ponder | Normal course payables | 1.50 |
| | 4/13/2016 | Kim Ponder | Month end close. | 6.00 |
| | 4/13/2016 | Timothy C. Ross | Worked Debtors general accounting matters | 3.00 |
| | 4/13/2016 | William D. Cozart | Review and monitor QuickBooks backup. | 0.50 |
| | 4/13/2016 | William D. Cozart | Review and update reconciliations. | 3.50 |
| | 4/13/2016 | William D. Cozart | Prepare research regarding historical transactions. | 4.00 |
| | 4/14/2016 | Kim Ponder | Normal course payables | 2.00 |
| | 4/14/2016 | Kim Ponder | Intercompany settlement. | 0.50 |
| | 4/14/2016 | Kim Ponder | Month end backup of QB and compilation of reports. | 4.00 |
| | 4/14/2016 | Timothy C. Ross | Reviewed and authorized Debtors residual invoice(s) for payment. | 0.50 |
| | 4/14/2016 | Timothy C. Ross | Worked Debtors general accounting matters | 1.00 |
| | 4/14/2016 | Timothy C. Ross | Prepared ME Interco balancing and reporting | 5.00 |
| | 4/14/2016 | William D. Cozart | Review and monitor QuickBooks backup. | 0.50 |
| | 4/14/2016 | William D. Cozart | Prepare research regarding historical transactions. | 2.50 |
| | 4/14/2016 | William D. Cozart | Update reconciliations. | 2.00 |
| | 4/15/2016 | Kim Ponder | GL reconciliations. | 6.00 |
| | 4/15/2016 | William D. Cozart | Review and monitor QuickBooks backup. | 0.50 |
| | 4/18/2016 | Kim Ponder | GL reconciliations. | 2.50 |
| | 4/18/2016 | Kim Ponder | Posted intercompany cash transactions. | 0.50 |
| | 4/18/2016 | Kim Ponder | Received and responded to various emails. | 0.50 |
| | 4/18/2016 | Timothy C. Ross | Prepared and submitted residual staffing time report. | 0.50 |
| | 4/18/2016 | Timothy C. Ross | Reviewed and authorized Debtors branch professional invoice(s) for payment | 0.50 |
| | 4/18/2016 | William D. Cozart | Review and release GTQ tax transaction. | 0.50 |
| | 4/18/2016 | William D. Cozart | Review and monitor QuickBooks backup. | 1.00 |
| | 4/18/2016 | William D. Cozart | Update reconciliations. | 2.00 |
| | 4/19/2016 | Kim Ponder | Normal course payables | 3.00 |
| | 4/19/2016 | Kim Ponder | Normal course payables | 1.00 |
| | 4/19/2016 | Timothy C. Ross | Reviewed and authorized foreign subsidiary professional invoices for payment | 0.50 |
| | 4/19/2016 | William D. Cozart | Review and monitor QuickBooks backup. | 0.50 |
| | 4/20/2016 | Kim Ponder | Posted cash receipts. | 0.50 |
| | 4/20/2016 | William D. Cozart | Update QuickBooks daily backup schedule. | 1.00 |
| | 4/20/2016 | William D. Cozart | Prepare consolidation for March MOR. | 3.00 |
| | 4/21/2016 | Kim Ponder | Normal course payables | 1.00 |
| | 4/21/2016 | Kim Ponder | QB vendor maintenance. | 0.50 |
| | 4/21/2016 | Kim Ponder | Intercompany billing. | 1.00 |
| | 4/21/2016 | Timothy C. Ross | Worked Debtors general accounting matters | 1.00 |
| | 4/21/2016 | William D. Cozart | Review and monitor QuickBooks daily backups. | 0.50 |
| | 4/21/2016 | William D. Cozart | Update G&A Cost allocation. | 2.00 |
| | 4/22/2016 | Kim Ponder | Prepared Q1 2016 US Trustee fee calculation. | 2.00 |
| | 4/22/2016 | Kim Ponder | Historical document management. | 4.00 |
| | 4/25/2016 | Kim Ponder | Posted cash receipts. | 0.50 |
| | 4/25/2016 | Kim Ponder | Performed analysis for allocation model. | 5.50 |
| | 4/25/2016 | Kim Ponder | Budget. | 1.50 |
| | 4/25/2016 | Timothy C. Ross | Prepared and submitted staff time report. | 0.50 |
| | 4/25/2016 | William D. Cozart | Monitor QuickBooks backups. | 0.50 |
| | 4/25/2016 | William D. Cozart | Prepare data for G&A cost allocation. | 4.50 |
| | 4/26/2016 | Kim Ponder | Normal course payables | 1.50 |
| | 4/26/2016 | Kim Ponder | Prepared package re: Nortel Puerto Rico. | 0.50 |
| | 4/26/2016 | William D. Cozart | Monitor QuickBooks backups. | 0.50 |
| | 4/26/2016 | William D. Cozart | Prepare data for G&A cost allocation. | 6.50 |
| | 4/27/2016 | Kim Ponder | Allocation reconciliation. | 1.00 |
| | 4/27/2016 | Kim Ponder | Posted cash receipts. | 0.50 |
| | 4/27/2016 | Kim Ponder | Prepared US Trustee package. | 0.50 |
| | 4/27/2016 | Kim Ponder | Normal course payables | 1.50 |
| | 4/27/2016 | Kim Ponder | Historical document management. | 4.00 |
| | 4/27/2016 | William D. Cozart | Monitor QuickBooks backup. | 0.50 |
| | 4/27/2016 | William D. Cozart | Prepare data for G&A cost allocation. | 6.00 |
| | 4/28/2016 | Kim Ponder | Normal course payables | 3.50 |
| | 4/28/2016 | Kim Ponder | Provided detail for allocation. | 1.00 |
| | 4/28/2016 | Kim Ponder | Historical document management. | 1.50 |
| | 4/28/2016 | William D. Cozart | Monitor QuickBooks backup. | 0.50 |
| | 4/28/2016 | William D. Cozart | Prepare data for G&A cost allocation. | 4.50 |
| | 4/28/2016 | William D. Cozart | Prepare research regarding historical transactions. | 2.00 |
| | 4/29/2016 | Kim Ponder | Month end close. | 4.00 |
| | 4/29/2016 | Kim Ponder | Received and responded to various emails. | 1.00 |
| | 4/29/2016 | Timothy C. Ross | Reviewed and authorized Debtors residual invoices for payment. | 1.00 |
| | 4/29/2016 | Timothy C. Ross | Worked Debtors general accounting matters | 3.00 |
| | 4/29/2016 | William D. Cozart | Monitor QuickBooks backup. | 0.50 |
| | 4/29/2016 | William D. Cozart | Prepare research regarding historical transactions. | 5.00 |
| | 4/29/2016 | William D. Cozart | Prepare updates to G&A Cost Allocation. | 2.00 |
| | 4/30/2016 | Kim Ponder | Updated FX rates in QB. | 0.50 |
| **Finance and General Accounting Total** | | | | **257.50** |

**Human Resources**

| | Date | Professional | Project Work Description | Hours |
|---|---|---|---|---|
| | 4/5/2016 | Timothy C. Ross | Reviewed and authorized Debtors terminated benefit plan refund deposits | 0.50 |
| | 4/20/2016 | Timothy C. Ross | Reviewed and authorized benefit trust refunds | 0.50 |
| | 4/25/2016 | Timothy C. Ross | Reviewed and authorized Debtor benefit plan refunds for deposit to trust. | 0.50 |
| **Human Resources Total** | | | | **1.50** |

**Information Technology Operations**

# Exhibit F

## The Mergis Group
### Time Description Detail by Project

Nortel Networks, Inc. et al.
For the period of April 1, 2016 through April 30, 2016

| Project | Date | Professional | Project Work Description | Hours |
|---|---|---|---|---|
| | 4/1/2016 | Timothy C. Ross | Received, reviewed, and responded to Debtors IT related matters | 1.00 |
| | 4/5/2016 | Kim Ponder | Prepared package re: data vendor. | 0.50 |
| | 4/5/2016 | Timothy C. Ross | Worked Debtors IT matters | 1.00 |
| | 4/6/2016 | Kim Ponder | Correspondence with and payment initiation to new vendor. | 0.50 |
| | 4/12/2016 | Timothy C. Ross | Received, reviewed, and responded to Debtors IT matters (RP) | 0.50 |
| | 4/13/2016 | Timothy C. Ross | Received, reviewed, and responded to Debtors IT matters | 0.50 |
| | 4/15/2016 | Timothy C. Ross | Received, reviewed, and executed revised agreement | 1.00 |
| | 4/20/2016 | Timothy C. Ross | Worked Debtors IT matters | 0.50 |
| | 4/27/2016 | Timothy C. Ross | Worked Debtors IT matters | 0.50 |
| **Information Technology Operations Total** | | | | **6.00** |

**Professional Fee Applications**

| | Date | Professional | Project Work Description | Hours |
|---|---|---|---|---|
| | 4/5/2016 | Kim Ponder | Processed fee applications filed by Professionals. | 1.50 |
| | 4/8/2016 | Kim Ponder | Processed fee applications filed by Professionals including fee examiner adjustments. | 1.00 |
| | 4/18/2016 | Kim Ponder | Processed fee application filed by Professional. | 0.50 |
| | 4/18/2016 | Kim Ponder | Reconciled Nov'15-Jan'16 Fee Examiner reports to open AP balances. | 4.00 |
| | 4/19/2016 | Kim Ponder | Processed fee applications filed by Professionals including fee examiner adjustments. | 2.00 |
| | 4/26/2016 | Kim Ponder | Processed fee application filed by Professional. | 0.50 |
| | 4/27/2016 | Kim Ponder | Processed fee examiner adjustments. | 0.50 |
| | 4/29/2016 | Kim Ponder | Processed fee application filed by Professional. | 0.50 |
| **Professional Fee Applications Total** | | | | **10.50** |

**Real Estate Management**

| | Date | Professional | Project Work Description | Hours |
|---|---|---|---|---|
| | 4/1/2016 | Kim Ponder | Telephone call with PSNC (B Smith). | 0.50 |
| | 4/5/2016 | Kim Ponder | Correspondence with Cushman Wakefield. | 0.50 |
| | 4/5/2016 | Timothy C. Ross | Received, reviewed, and responded to Debtors former property landlord | 1.00 |
| | 4/5/2016 | Timothy C. Ross | Worked Debtors property management matters | 0.50 |
| | 4/6/2016 | Kim Ponder | Compiled historical utility data per CBRE request. | 1.00 |
| | 4/7/2016 | Kim Ponder | Conference call with Duke Energy (M Shipley) and T Ross. | 0.50 |
| | 4/7/2016 | Timothy C. Ross | Conference call with Debtors property utility service provider (MS) | 0.50 |
| | 4/7/2016 | Timothy C. Ross | Meeting with Debtors property manager (AL) | 1.00 |
| | 4/8/2016 | Timothy C. Ross | Meeting with Debtors property manager (KE) | 1.00 |
| | 4/8/2016 | Timothy C. Ross | Reviewed and authorized Debtors property management matters | 0.50 |
| | 4/12/2016 | Timothy C. Ross | Worked Debtors property management matters | 1.50 |
| | 4/12/2016 | Timothy C. Ross | Worked Debtors property management matters | 1.00 |
| | 4/12/2016 | Timothy C. Ross | Worked Debtors property management matters | 0.50 |
| | 4/12/2016 | Timothy C. Ross | Reviewed and responded to Debtors property management matters | 1.50 |
| | 4/12/2016 | Timothy C. Ross | Conference call with Debtors counsel (PM) and property manager (AL) | 0.50 |
| | 4/13/2016 | Timothy C. Ross | Meeting with Debtors subtenant (BW) | 0.50 |
| | 4/13/2016 | Timothy C. Ross | Received, reviewed, and responded to Debtors property management matters | 0.50 |
| | 4/18/2016 | Timothy C. Ross | Worked Debtors property management matters | 1.00 |
| | 4/18/2016 | Timothy C. Ross | Prepared rent roll for RTP. | 0.50 |
| | 4/18/2016 | Timothy C. Ross | Prepared subtenant rental income and invoicing. | 3.00 |
| | 4/19/2016 | Timothy C. Ross | Worked Debtors property management matters | 4.00 |
| | 4/20/2016 | Kim Ponder | Communication with GPT re: City of Richardson. | 0.50 |
| | 4/20/2016 | Timothy C. Ross | Meeting with Debtors subtenant (DC, JR), property manager (AL) and wind down consultant (KS) | 1.00 |
| | 4/20/2016 | Timothy C. Ross | Meeting with Debtors subtenant (MM), property manager (AL) and wind down consultant (KS) | 1.00 |
| | 4/21/2016 | Timothy C. Ross | Worked Debtors property management matters | 0.50 |
| | 4/25/2016 | Timothy C. Ross | Follow-up on various property management matters | 1.00 |
| | 4/26/2016 | Timothy C. Ross | Reviewed and executed Debtors property management matters | 0.50 |
| | 4/27/2016 | Timothy C. Ross | Worked Debtors property management matters | 1.00 |
| | 4/27/2016 | Timothy C. Ross | Conference call with Debtors counsel (SH, CC), property manager (AL) and wind down consultant (KS) | 0.50 |
| | 4/27/2016 | Timothy C. Ross | Reviewed and executed Debtors property management matters | 0.50 |
| | 4/27/2016 | Timothy C. Ross | Meeting with Debtors property manager (AL) and wind down consultants (RP, BB) | 1.00 |
| **Real Estate Management Total** | | | | **29.00** |

**Residual Business Operations**

| | Date | Professional | Project Work Description | Hours |
|---|---|---|---|---|
| | 4/6/2016 | Timothy C. Ross | Prepared Debtors reserve analysis and reviewed/authorized associated professional invoices | 1.00 |
| | 4/6/2016 | Timothy C. Ross | Worked Debtors residual business matters | 1.00 |
| | 4/18/2016 | Timothy C. Ross | Worked Debtors residual business matters | 0.50 |
| | 4/19/2016 | Kim Ponder | Attended meeting with T Ross. | 1.00 |
| | 4/22/2016 | Kim Ponder | Prepared documentation package. | 0.50 |
| **Residual Business Operations Total** | | | | **4.00** |

**Tax Matters**

| | Date | Professional | Project Work Description | Hours |
|---|---|---|---|---|
| | 4/1/2016 | Timothy C. Ross | Updated foreign bank account daily balances | 0.50 |
| | 4/5/2016 | Timothy C. Ross | Worked Debtors tax matters | 0.50 |
| | 4/6/2016 | Kim Ponder | Provided reporting data requested by EY. | 0.50 |
| | 4/6/2016 | Timothy C. Ross | Updated foreign bank account daily balances | 0.50 |
| | 4/7/2016 | Timothy C. Ross | Researched and responded to Debtors tax request | 1.00 |
| | 4/7/2016 | William D. Cozart | Prepare schedules for EY research. | 1.00 |
| | 4/8/2016 | Timothy C. Ross | Worked Debtors tax matters | 0.50 |
| | 4/11/2016 | Timothy C. Ross | Updated foreign bank account daily balances | 0.50 |
| | 4/11/2016 | Timothy C. Ross | Follow-up on Debtors tax matter | 0.50 |
| | 4/11/2016 | William D. Cozart | Prepare 2015 tax schedules. | 0.50 |
| | 4/12/2016 | Timothy C. Ross | Reviewed and authorized Debtors tax matters | 0.50 |
| | 4/13/2016 | Timothy C. Ross | Worked Debtors tax matters | 0.50 |
| | 4/13/2016 | Timothy C. Ross | Reviewed and authorized Debtors tax matters | 0.50 |
| | 4/14/2016 | Kim Ponder | Prepared analysis per EY request. | 2.00 |

## Exhibit F

## The Mergis Group
### Time Description Detail by Project

Nortel Networks, Inc. et al.
For the period of April 1, 2016 through April 30, 2016

| Project | Date | Professional | Project Work Description | Hours |
|---|---|---|---|---|
| | 4/14/2016 | Timothy C. Ross | Reviewed and executed Debtors tax matters | 0.50 |
| | 4/14/2016 | Timothy C. Ross | Reviewed and authorized Debtors foreign subsidiary tax matters | 0.50 |
| | 4/14/2016 | William D. Cozart | Prepare schedules for EY. | 3.00 |
| | 4/15/2016 | William D. Cozart | Prepare research regarding historical Fixed Assets transactions. | 7.50 |
| | 4/18/2016 | Kim Ponder | Communications re: Form 1042S forms. | 0.50 |
| | 4/18/2016 | William D. Cozart | Prepare research regarding historical fixed assets transactions. | 4.50 |
| | 4/19/2016 | Kim Ponder | Online filing of CALA annual report. | 0.50 |
| | 4/19/2016 | Timothy C. Ross | Reviewed and authorized Debtors tax matters | 0.50 |
| | 4/19/2016 | William D. Cozart | Prepare research regarding historical assets transactions. | 3.00 |
| | 4/20/2016 | Kim Ponder | Prepared analysis requested by EY. | 1.50 |
| | 4/20/2016 | Timothy C. Ross | Meeting with Debtors tax professional (JW), wind down consultant (KS) and financial advisor (MK) | 1.00 |
| | 4/20/2016 | William D. Cozart | Prepare research regarding historical asset transactions. | 3.00 |
| | 4/21/2016 | Kim Ponder | Prepared analysis per EY request. | 0.50 |
| | 4/21/2016 | William D. Cozart | Prepare research regarding historical asset transactions. | 3.00 |
| | 4/25/2016 | Kim Ponder | Notarized POA requested by Durham County. | 0.50 |
| | 4/25/2016 | Timothy C. Ross | Reviewed and executed Debtors tax matter | 0.50 |
| | 4/25/2016 | William D. Cozart | Prepare schedules for EY. | 3.00 |
| | 4/26/2016 | Timothy C. Ross | Conference call with Debtors foreign subsidiary tax professional (PJ), Counsel (AZB), and Debtors counsel (KH) | 0.50 |
| | 4/27/2016 | William D. Cozart | Prepare schedules for EY. | 1.50 |
| | 4/28/2016 | Timothy C. Ross | Received, reviewed, and responded to Debtors foreign subsidiary tax matters | 0.50 |
| | 4/28/2016 | William D. Cozart | Review Guatemala tax filing. | 1.00 |
| | 4/29/2016 | Kim Ponder | Received and responded to EY information requests. | 1.50 |
| | 4/29/2016 | Timothy C. Ross | Researched and responded to Debtors tax matters | 1.00 |
| **Tax Matters Total** | | | | **49.00** |

For the period of April 1, 2016 through April 30, 2016     476.50

**Exhibit G**

**The Mergis Group
Summary of Expenses By Category**

**Nortel Networks, Inc. et al.**
For the period of April 1, 2016 through April 30, 2016

| **Expense Category** | **Expenses** |
|---|---:|
| Airfare | - |
| Lodging | - |
| Meals | - |
| Parking | - |
| Ground Transportation | - |
| Office Expense | 2.30 |
| Professional | - |
| Miscellaneous | - |
| **For the period of April 1, 2016 through April 30, 2016** | $ 2.30 |

# Exhibit H

## The Mergis Group
### Expense Detail

Nortel Networks, Inc. et al.
For the period of April 1, 2016 through April 30, 2016

| Date (s) Incurred | Name of Professional | Purpose | Location Visited | |
|---|---|---|---|---|
| 04/17/16 | Kim Ponder | Postage - Mailing Form 1042S to Canadian Vendors | Local | |
| | **Expense Category** | **Vendor** | | **Expenses** |
| | Airfare | | | - |
| | Lodging | | | - |
| | Meals | | | - |
| | Parking | | | - |
| | Ground Transportation | | | - |
| | Office Expense | US Post Office | | 2.30 |
| | Professional | | | - |
| | Miscellaneous | | | - |
| | Total | | $ | 2.30 |

| Date (s) Incurred | Name of Professional | Purpose | Location Visited | |
|---|---|---|---|---|
| | **Expense Category** | **Vendor** | | **Expenses** |
| | Airfare | | | - |
| | Lodging | | | - |
| | Meals | | | - |
| | Parking | | | - |
| | Ground Transportation | | | - |
| | Office Expense | | | - |
| | Professional | | | - |
| | Miscellaneous | | | - |
| | Total | | $ | - |

| Date (s) Incurred | Name of Professional | Purpose | Location Visited | |
|---|---|---|---|---|
| | **Expense Category** | **Vendor** | | **Expenses** |
| | Airfare | | | - |
| | Lodging | | | - |
| | Meals | | | - |
| | Parking | | | - |
| | Ground Transportation | | | - |
| | Office Expense | | | - |
| | Professional | | | - |
| | Miscellaneous | | | - |
| | Total | | $ | - |

| Date (s) Incurred | Name of Professional | Purpose | Location Visited | |
|---|---|---|---|---|
| | **Expense Category** | **Vendor** | | **Expenses** |
| | Airfare | | | - |
| | Lodging | | | - |
| | Meals | | | - |
| | Parking | | | - |
| | Ground Transportation | | | - |
| | Office Expense | | | - |
| | Professional | | | - |
| | Miscellaneous | | | - |
| | Total | | $ | - |

| | | | | |
|---|---|---|---|---|
| For the period of April 1, 2016 through April 30, 2016 | | | $ | 2.30 |