**Nortel Networks Inc., et al**

**Berkeley Research Group, LLC**

**Exhibit A: Time Detail**



For the Period 4/1/2016 through 4/30/2016

| Date | Professional | Hours | Description |
|---|---|---|---|
| **01. Asset Acquisition/Disposition** | | | |
| 4/1/2016 | C. Kearns | 0.5 | Reviewed status of proceeds allocation estate discussions with Counsel. |
| 4/3/2016 | C. Kearns | 0.5 | Reviewed latest proposal and related analyses from Counsel. |
| 4/4/2016 | J. Hyland | 2.9 | Analyzed proceeds allocation positions by estate. |
| 4/4/2016 | A. Cowie | 2.8 | Analyzed proposed global term sheet documents. |
| 4/4/2016 | J. Hyland | 2.5 | Continued analyzing proceeds allocation positions by estate. |
| 4/4/2016 | A. Cowie | 2.4 | Continued to analyze proposed global term sheet documents. |
| 4/4/2016 | J. Borow | 1.4 | Reviewed mediation proposals and responses. |
| 4/6/2016 | A. Cowie | 2.2 | Analyzed global settlement term sheet document. |
| 4/6/2016 | J. Borow | 1.7 | Reviewed mediation proposals and responses. |
| 4/7/2016 | C. Kearns | 0.3 | Reviewed markup from Cleary on various intra-estate allocation issues. |
| 4/8/2016 | A. Cowie | 1.9 | Analyzed draft global settlement term sheet documents. |
| 4/11/2016 | A. Cowie | 2.1 | Analyzed draft global settlement documents. |
| 4/11/2016 | A. Cowie | 1.8 | Continued to analyze draft global settlement documents. |
| 4/11/2016 | J. Hyland | 1.7 | Reviewed proceeds allocation scenario. |
| 4/11/2016 | J. Borow | 0.7 | Reviewed proposals relating to mediation sessions. |
| 4/12/2016 | J. Hyland | 2.9 | Reviewed proceeds allocation calculation and issues. |
| 4/12/2016 | J. Borow | 2.4 | Reviewed issues relating to mediation proposals and presentation to UCC. |
| 4/12/2016 | J. Hyland | 2.0 | Summarized proceeds allocation matters for Counsel. |
| 4/12/2016 | J. Hyland | 1.6 | Prepared side agreement true-up analysis for proceeds allocation. |
| 4/12/2016 | J. Borow | 1.2 | Met with Counsel re: mediation settlement proposal issues. |

Berkeley Research Group, LLC

Invoice for the 4/1/2016 - 4/30/2016 Period

| Date | Professional | Hours | Description |
|---|---|---|---|
| **01. Asset Acquisition/Disposition** | | | |
| 4/12/2016 | J. Hyland | 1.2 | Participated in call with F. Hodara (Counsel) re: proceeds allocation calculation and issues. |
| 4/12/2016 | A. Cowie | 1.1 | Participated in call with M. Kennedy (Chilmark) and M. Sandberg (FTI) in regard to draft settlement. |
| 4/12/2016 | J. Hyland | 1.1 | Participated in call with M. Kennedy (Chilmark), M. Spragg and M. Sandberg (FTI) re: proceeds allocation assumptions and calculations. |
| 4/12/2016 | C. Kearns | 0.8 | Reviewed possible allocation scenario and impact of side letters as requested by Counsel. |
| 4/13/2016 | J. Hyland | 2.5 | Analyzed terms and conditions for proceeds allocation re: estates' discussion. |
| 4/13/2016 | C. Kearns | 1.0 | Participated in call with F. Hodara (Counsel), J. Bromley (Cleary) and J. Ray to discuss status of issues among the major estates. |
| 4/13/2016 | C. Kearns | 0.8 | Reviewed and commented on framework for discussion items among the estates and provided comments to Counsel. |
| 4/13/2016 | J. Hyland | 0.1 | Replied to a proceeds allocation inquiry from a Committee member. |
| 4/14/2016 | C. Kearns | 0.2 | Emailed with Counsel re: appeal process status. |
| 4/18/2016 | A. Cowie | 2.8 | Analyzed draft settlement term sheet creditor recoveries. |
| 4/18/2016 | C. Kearns | 0.2 | Emailed with Counsel re: status of estate proceeds allocation discussions. |
| 4/19/2016 | J. Hyland | 0.6 | Conducted call with M. Sandberg (FTI) re: proceeds allocation. |
| 4/21/2016 | J. Hyland | 2.8 | Reviewed various allocation position from estates. |
| 4/21/2016 | J. Hyland | 2.0 | Continued reviewing various allocation positions from estates. |
| 4/25/2016 | J. Borow | 1.4 | Reviewed analyses relating to mediation and settlement issues. |
| 4/25/2016 | C. Kearns | 0.8 | Participated in call with F. Hodara (Counsel), J. Bromley (Cleary), M. Kennedy (Chilmark) and J. Ray to discuss status of estate discussions and LSI motion. |
| 4/25/2016 | J. Borow | 0.4 | Participated in call with F. Hodara (Counsel) to discuss preparation of analysis for trade creditors. |
| 4/26/2016 | A. Cowie | 2.6 | Analyzed potential interim distribution. |
| 4/26/2016 | A. Cowie | 1.9 | Continued to analyze potential interim distribution. |
| 4/26/2016 | J. Hyland | 0.2 | Reviewed LSI supplement motion re: interim distributions. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **01. Asset Acquisition/Disposition** | | | |
| 4/27/2016 | A. Cowie | 2.9 | Analyzed potential interim distribution. |
| 4/27/2016 | A. Cowie | 2.7 | Continued to analyze potential interim distribution. |
| 4/28/2016 | A. Cowie | 2.9 | Analyzed interim distribution documents. |
| 4/28/2016 | C. Kearns | 1.0 | Participated in call with F. Hodara (Counsel), J. Bromley (Cleary), M. Kennedy (Chilmark) and J. Ray to discuss status of estate discussions and LSI motion. |
| 4/28/2016 | J. Hyland | 1.0 | Participated on call with J. Bromley (Cleary), M. Kennedy (Chilmark), F. Hodara (Counsel) and Counsel for LSI re: LSI motion for interim distributions. |
| 4/29/2016 | A. Cowie | 1.9 | Analyzed interim distribution related documents. |
| 4/29/2016 | C. Kearns | 0.3 | Reviewed potential framework for distributions among various US Debtors. |
| **Task Code Total Hours** | | **72.7** | |
| **05. Professional Retention/ Fee Application Preparation** | | | |
| 4/8/2016 | A. Cowie | 1.2 | Analyzed March fee application. |
| 4/8/2016 | A. Cowie | 0.6 | Analyzed February fee application. |
| 4/11/2016 | J. Hyland | 0.1 | Provided March fee and expense estimate for Counsel. |
| 4/14/2016 | J. Hyland | 1.0 | Reviewed February fee application. |
| 4/15/2016 | A. Cowie | 0.3 | Analyzed Nortel February fee application. |
| 4/15/2016 | J. Blum | 0.1 | Prepared February monthly fee application. |
| 4/18/2016 | A. Cowie | 0.7 | Reviewed March fee application. |
| 4/18/2016 | J. Blum | 0.3 | Prepared the March monthly fee application. |
| 4/28/2016 | A. Cowie | 2.8 | Reviewed the February fee application. |
| 4/28/2016 | J. Hyland | 1.0 | Reviewed March fee application hours detail. |
| 4/29/2016 | J. Hyland | 0.2 | Reviewed interim application for Counsel for the period ending 1/31/2016. |
| **Task Code Total Hours** | | **8.3** | |
| **06. Attend Hearings/Related Activities** | | | |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **06. Attend Hearings/Related Activities** | | | |
| 4/5/2016 | C. Kearns | 2.6 | Listened in to allocation appeal hearing. |
| 4/5/2016 | J. Hyland | 2.2 | Listened to a portion of the proceeds allocation appeal hearing. |
| 4/5/2016 | J. Borow | 0.9 | Listened to portion of court hearing on proceeds allocation appeal. |
| 4/7/2016 | A. Cowie | 1.1 | Analyzed hearing transcript for issues impacting creditor recoveries. |
| 4/7/2016 | J. Hyland | 0.5 | Reviewed transcript of remainder of proceeds allocation appeal hearing. |
| *Task Code Total Hours* | | 7.3 | |
| **08. Interaction/Meetings with Creditors** | | | |
| 4/4/2016 | J. Borow | 0.6 | Discussed with party in interest re: status of matter. |
| 4/4/2016 | C. Kearns | 0.2 | Participated in call with F. Botter (Counsel) re: status of discussions among core parties. |
| 4/7/2016 | A. Cowie | 1.3 | Analyzed proposed global settlement term sheet calculations in preparation for weekly UCC call. |
| 4/7/2016 | C. Kearns | 0.8 | Participated in status call with the Committee regarding appeal process and discussions among the estates. |
| 4/7/2016 | J. Hyland | 0.8 | Participated in weekly UCC call with UCC members and professionals. |
| 4/7/2016 | J. Borow | 0.8 | Participated on call with UCC in regard to case status. |
| 4/12/2016 | A. Cowie | 1.1 | Participated in call with F. Hodara and D. Botter (Counsel) in regard to settlement draft reply. |
| 4/12/2016 | C. Kearns | 1.1 | Participated in call with the F. Hodara, D. Botter and B. Kahn (Counsel) to review issues related to estate discussions. |
| 4/13/2016 | J. Hyland | 2.7 | Reviewed documents distributed to UCC for UCC weekly call. |
| 4/13/2016 | C. Kearns | 1.1 | Participated in call with the Committee re: appeal status as well as discussions among the estates. |
| 4/13/2016 | J. Borow | 1.1 | Participated in meeting with UCC and professionals to UCC re: status of matter. |
| 4/13/2016 | J. Hyland | 1.1 | Participated in weekly UCC call with UCC members and professionals. |
| 4/18/2016 | C. Kearns | 0.2 | Participated in conference call with F. Hodara (Counsel) re: estate discussions. |
| 4/21/2016 | A. Cowie | 1.5 | Prepared discussion materials for weekly UCC call. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **08. Interaction/Meetings with Creditors** | | | |
| 4/21/2016 | C. Kearns | 0.7 | Participated in call with the Committee re: status of estate discussions and appeal process. |
| 4/21/2016 | J. Borow | 0.7 | Participated in meeting with UCC and professionals to UCC re: status of matter. |
| 4/21/2016 | J. Hyland | 0.7 | Participated on weekly UCC call with UCC members and professionals. |
| 4/25/2016 | C. Kearns | 0.4 | Participated in call with F. Hodara (Counsel) to debrief after call with the Debtor and to prepare an analysis for trade creditors. |
| 4/28/2016 | A. Cowie | 0.6 | Prepared discussion points for weekly UCC meeting. |
| 4/28/2016 | J. Borow | 0.3 | Met with UCC and professionals to UCC re: status of matter. |
| 4/28/2016 | C. Kearns | 0.3 | Participated in call with Committee re: discussions among the estates. |
| 4/28/2016 | J. Hyland | 0.3 | Participated in weekly UCC call with UCC members and professionals. |
| 4/28/2016 | C. Kearns | 0.2 | Reviewed material for Committee related to latest analyses requested by Counsel re: LSI and other matters. |
| **Task Code Total Hours** | | **18.6** | |
| **10. Recovery/SubCon/Lien Analysis** | | | |
| 4/4/2016 | C. Kearns | 0.3 | Reviewed updated recovery waterfall requested by Counsel. |
| 4/5/2016 | J. Hyland | 2.9 | Analyzed recoveries based upon appeal hearing positions. |
| 4/5/2016 | J. Hyland | 2.8 | Continued analyzing recoveries based upon appeal hearing positions. |
| 4/8/2016 | J. Hyland | 2.6 | Analyzed creditor recoveries and assumptions. |
| 4/8/2016 | J. Hyland | 2.1 | Continued analyzing creditor recoveries and assumptions. |
| 4/11/2016 | J. Hyland | 2.8 | Prepared assumption recovery calculation for Counsel. |
| 4/11/2016 | J. Hyland | 2.5 | Continued preparing assumption recovery calculation for Counsel. |
| 4/11/2016 | J. Hyland | 2.1 | Continued preparing assumption recovery calculation for Counsel. |
| 4/12/2016 | J. Hyland | 2.9 | Analyzed claims recovery calculations. |
| 4/12/2016 | A. Cowie | 2.9 | Continued to prepare updated creditor recovery model based on draft settlement term sheet. |
| 4/12/2016 | A. Cowie | 2.9 | Prepared updated creditor recovery model based on draft settlement term sheet. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **10. Recovery/SubCon/Lien Analysis** | | | |
| 4/12/2016 | J. Hyland | 1.0 | Continued analyzing claims recovery calculations. |
| 4/13/2016 | A. Cowie | 2.9 | Continued to prepare presentation for the UCC on updated creditor recovery model based on draft settlement term sheet. |
| 4/13/2016 | A. Cowie | 2.9 | Prepared presentation for the UCC on updated creditor recovery model based on draft settlement term sheet. |
| 4/13/2016 | A. Cowie | 2.4 | Continued to prepare presentation for the UCC on updated creditor recovery model based on draft settlement term sheet. |
| 4/13/2016 | J. Hyland | 1.2 | Reviewed claim recovery analysis for Counsel. |
| 4/13/2016 | C. Kearns | 0.5 | Reviewed supplemental information for the Committee on the recovery waterfall as requested by Counsel. |
| 4/15/2016 | A. Cowie | 1.9 | Prepared updated recovery model for proposed global settlement terms. |
| 4/19/2016 | J. Hyland | 2.3 | Reviewed claim recoveries based upon various assumptions. |
| 4/19/2016 | J. Hyland | 1.6 | Analyzed recoveries on various claim levels. |
| 4/19/2016 | C. Kearns | 0.2 | Reviewed latest set of Counsel requests re: waterfall, claims and recoveries. |
| 4/21/2016 | A. Cowie | 2.6 | Analyzed public versus non-public creditor recovery information for presentation to trade. |
| 4/21/2016 | A. Cowie | 2.4 | Continued to analyze public versus non-public creditor recovery information for presentation to trade. |
| 4/21/2016 | C. Kearns | 0.6 | Reviewed analysis prepared at request of Counsel related to recovery scenarios considering trade creditor issues. |
| 4/22/2016 | A. Cowie | 2.9 | Analyzed public versus non-public creditor recovery information for presentation to trade. |
| 4/22/2016 | A. Cowie | 2.8 | Continued to analyze public versus non-public creditor recovery information for presentation to trade. |
| 4/22/2016 | C. Kearns | 0.4 | Reviewed draft analysis requested by Counsel regarding US GUC recoveries with and without escrow release. |
| 4/25/2016 | J. Hyland | 2.9 | Analyzed claim recoveries for Counsel. |
| 4/25/2016 | J. Hyland | 2.8 | Continued analyzing claim recoveries for Counsel. |
| 4/25/2016 | J. Hyland | 2.8 | Continued analyzing claim recoveries for Counsel. |
| 4/25/2016 | J. Hyland | 0.4 | Participated on call with F. Hodara (Counsel) re: claim recoveries. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **10. Recovery/SubCon/Lien Analysis** | | | |
| 4/25/2016 | C. Kearns | 0.4 | Reviewed latest turn of analysis requested by Counsel re: GUC recoveries. |
| 4/26/2016 | J. Hyland | 2.9 | Revised claim recovery analysis presentation format for Counsel. |
| 4/26/2016 | J. Hyland | 0.6 | Participated on call with J. Bromley and L. Schweitzer (Cleary), J. Ray, M. Kennedy (Chilmark) and F. Hodara (Counsel) re: claim recovery analysis. |
| 4/26/2016 | J. Hyland | 0.6 | Updated claim recovery analysis. |
| 4/26/2016 | C. Kearns | 0.5 | Reviewed claims and recovery analyses prepared at request of Counsel re: estate discussions. |
| 4/26/2016 | J. Hyland | 0.5 | Revised claim recovery presentation for Counsel. |
| 4/26/2016 | J. Hyland | 0.2 | Conducted call with R. Johnson (Counsel) re: claim recovery analysis. |
| 4/26/2016 | J. Hyland | 0.1 | Conducted call with F. Hodara and R. Johnson (Counsel) re: claim recovery analysis. |
| 4/27/2016 | J. Hyland | 2.9 | Prepared analysis of claim recoveries in the U.S. Estate. |
| 4/27/2016 | A. Cowie | 2.8 | Prepared presentation for the UCC in regard to interim distribution recoveries. |
| 4/27/2016 | J. Hyland | 2.8 | Prepared summary of claim recoveries for the Committee. |
| 4/27/2016 | J. Hyland | 2.7 | Continued preparing summary of claim recoveries for the Committee. |
| 4/29/2016 | J. Hyland | 2.2 | Analyzed claims recoveries based upon assumed recoveries for certain claims. |
| **Task Code Total Hours** | | **83.5** | |
| **11. Claim Analysis/Accounting** | | | |
| 4/6/2016 | A. Cowie | 1.1 | Analyzed updated bond pricing data for Nortel cross border debt. |
| 4/6/2016 | B. Park | 0.8 | Updated bond prices historical analysis for Counsel. |
| 4/6/2016 | C. Kearns | 0.3 | Emailed with Counsel re: debt trading levels after the appeal hearing. |
| 4/11/2016 | A. Cowie | 2.2 | Analyzed U.S. inter-estate claim with Canada. |
| 4/11/2016 | A. Cowie | 2.1 | Continued to analyze U.S. inter-estate claim with Canada. |
| 4/14/2016 | J. Hyland | 1.5 | Analyzed Canadian claims. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **11. Claim Analysis/Accounting** | | | |
| 4/14/2016 | A. Cowie | 1.4 | Continued to analyze Debtors' periodic report in regard to controlling interest entities. |
| 4/20/2016 | J. Hyland | 2.9 | Analyzed claims detail for a NNI claim. |
| 4/20/2016 | J. Hyland | 0.9 | Continued analyzing claims detail for a NNI claim. |
| 4/21/2016 | J. Hyland | 2.9 | Analyzed assets and claims by estate from public information. |
| 4/21/2016 | J. Hyland | 0.4 | Conducted call with R. Johnson (Counsel) re: assets and claims. |
| 4/22/2016 | J. Hyland | 2.8 | Continued reviewing assets and claims analysis from public information. |
| 4/22/2016 | J. Hyland | 2.7 | Revised assets and claims analysis from public information. |
| 4/22/2016 | J. Hyland | 1.3 | Reviewed assets and claims analysis from public information. |
| 4/25/2016 | A. Cowie | 2.9 | Analyzed public versus non-public creditor recovery information for presentation to trade. |
| 4/25/2016 | A. Cowie | 2.3 | Continued to analyze public versus non-public creditor recovery information for presentation to trade. |
| 4/26/2016 | J. Hyland | 1.6 | Reviewed claims data for the U.S. Estate. |
| 4/27/2016 | J. Borow | 1.2 | Reviewed claims information and related distributable cash. |
| 4/27/2016 | A. Cowie | 0.3 | Participated in call with M. Kennedy (Chilmark) in regard to claims base. |
| 4/27/2016 | J. Hyland | 0.2 | Conducted call with M. Kennedy (Chilmark) re: U.S. claim detail listing. |
| 4/27/2016 | J. Hyland | 0.2 | Participated in call with F. Hodara (Counsel) re: U.S. claims details. |
| 4/27/2016 | A. Cowie | 0.2 | Participated in call with F. Hodara and D. Botter (Counsel) in regard to interim distribution. |
| 4/27/2016 | J. Hyland | 0.1 | Conducted follow-up call with M. Kennedy (Chilmark) re: U.S. claim detail listing. |
| 4/28/2016 | J. Hyland | 2.4 | Analyzed U.S. claims re: claim pools and allowed claims. |
| 4/28/2016 | J. Borow | 1.3 | Reviewed claims information and related distributable cash. |
| 4/29/2016 | J. Hyland | 1.6 | Reviewed claims analysis from Counsel. |
| **Task Code Total Hours** | | **37.6** | |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **18. Operating and Other Reports** | | | |
| 4/4/2016 | A. Cowie | 0.7 | Analyzed monthly restructuring managers report from Nortel Canada. |
| 4/14/2016 | A. Cowie | 2.6 | Analyzed Debtors' periodic value report for controlled entities. |
| 4/26/2016 | J. Hyland | 1.7 | Reviewed February 2016 MOR. |
| **Task Code Total Hours** | | **5.0** | |
| **19. Cash Flow/Cash Management Liquidity** | | | |
| 4/1/2016 | J. Hyland | 2.4 | Analyzed cash balances and forecasts for each major estate. |
| 4/1/2016 | A. Cowie | 0.8 | Analyzed current cash balances by estate. |
| 4/4/2016 | A. Cowie | 0.9 | Analyzed updated global cash report prepared by the Debtors. |
| 4/6/2016 | J. Hyland | 2.0 | Analyzed cash forecasts by estate. |
| 4/18/2016 | A. Cowie | 0.8 | Analyzed updated 4/17/16 global cash balances report prepared by the Debtors. |
| 4/20/2016 | J. Hyland | 1.3 | Analyzed CCAA cash forecast as of 4/17/2016. |
| 4/22/2016 | J. Hyland | 2.5 | Summarized EMEA total cash balances from various dates. |
| **Task Code Total Hours** | | **10.7** | |
| **Total Hours** | | **243.7** | |