# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Nortel Networks Inc., <u>et al.</u>,[1] | ) Case No. 09-10138 (KG) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) Hearing Date: TBD |

## NOTICE OF FOURTH INTERIM FEE APPLICATION REQUEST

| | |
|---|---|
| Name of Applicant: | Berkeley Research Group, LLC |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | July 9, 2015, *Nunc Pro Tunc* to June 1, 2015 |
| Period for which compensation and reimbursement is sought: | February 1, 2016 through April 30, 2016[2] |
| Amount of Compensation sought as actual, reasonable and necessary: | $405,002.00 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $0.00 |

This is (a)n: _X_ interim    ____ final application

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567); and Nortel Networks (CALA) Inc. (4226).

[2] Berkeley Research Group, LLC's February, March and April 2016 monthly fee applications are incorporated herein by reference.

Summary of Fee Applications for Compensation Period:

| Date Filed Docket No. | Period Covered | Fees | Expenses | Fees -80% | Expenses (100%) | Fees -20% |
|---|---|---|---|---|---|---|
| Date Filed 04/19/2016 Docket No. 16736 | 02/01/2016 to 02/29/2016 | $81,876.00 | $0.00 | $65,500.80 | $0.00 | $16,375.20 |
| Date Filed 05/06/2016 Docket No. 16795 | 03/01/2016 to 03/31/2016 | $149,661.00 | $0.00 | $119,728.80 | $0.00 | $29,932.20 |
| Date Filed 05/18/2016 Docket No. 16821 | 04/01/2016 to 04/40/2016 | $173,465.00 | $0.00 | $138,772.00 | $0.00 | $34,693.00 |
| **TOTALS:** | | $405,002.00 | $0.00 | $324,001.60 | $0.00 | $81,000.40 |

Summary of any Objections to Fee Applications:  None.

Dated: May 19, 2016
       New York, NY

/s/ Jay Borow
Jay Borow
BERKELEY RESEARCH GROUP, LLC
104 West 40th Street
16th floor
New York, NY  10018
Telephone:  (212) 782-1411
Facsimile:  (212) 782-1479

Financial Advisor to the Official Committee of Unsecured Creditors of Nortel Networks Inc., *et al.*