IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ------------------------------------------------------------X | : | Chapter 11 |
| *In re* | : | Case No. 09-10138 (KG) |
| Nortel Networks Inc., *et al.*,[1] | : | Jointly Administered |
| Debtors. | : | |
| ------------------------------------------------------------X | : | |

NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON MAY 24, 2016 AT 10:00 A.M. (EASTERN TIME)

**THE HEARING HAS BEEN CANCELLED AT THE DIRECTION OF THE COURT**

By permission of chambers, any party wishing to participate telephonically must make arrangements through CourtCall **at least one hour prior to the hearing**. CourtCall has been made aware of this extended deadline. CourtCall will not accept reservations after the extended deadline has passed without permission of chambers. Please do not contact chambers prior to the expiration of the extended deadline.

## ADJOURNED MATTERS

1.  Debtors' Twenty-Second Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (No Liability Claims, Reduce and Allow Claims, Redundant Claims, Wrong Debtor Claims and No-Basis 503(b)(9) Claims) (D.I. 7183, Filed 2/7/12).

    Objection Deadline: February 23, 2012 at 4:00 p.m. (ET). Extended for Coface North America Insurance Company, Jaco Electronics, Inc. and Monarch Master Funding LTD regarding Claim Nos. 392, 6820, and 7076 to August 16, 2016 at 4:00 p.m. (ET).

    Remaining Responses Received:

    (a) Informal Response of Coface North America Insurance Company, Jaco Electronics, Inc., and Monarch Master Funding LTD Regarding Claim Nos. 392, 6820, and 7076.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

Related Pleading:

(a) Order Granting Debtors' Twenty-Second Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (No Liability Claims, Reduce And Allow Claims, Redundant Claims, Wrong Debtor Claims And No-Basis 503(b)(9) Claims) (D.I. 7354, Entered 3/8/12);

(b) First Supplemental Order Granting Debtors' Twenty-Second Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (No Liability Claims, Reduce And Allow Claims, Redundant Claims, Wrong Debtor Claims And No-Basis 503(b)(9) Claims) (D.I. 7430, Entered 3/22/12);

(c) Second Supplemental Order Granting Debtors' Twenty-Second Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (No Liability Claims, Reduce and Allow Claims, Redundant Claims, Wrong Debtor Claims and No-Basis 503(b)(9) Claims) (D.I. 7559, Entered 4/18/12);

(d) Third Supplemental Order Granting Debtors' Twenty-Second Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (No Liability Claims, Reduce and Allow Claims, Redundant Claims, Wrong Debtor Claims and No-Basis 503(b)(9) Claims) (D.I. 7626, Entered 5/9/12);

(e) Fourth Supplemental Order Granting Debtors' Twenty-Second Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (No Liability Claims, Reduce and Allow Claims, Redundant Claims, Wrong Debtor Claims and No-Basis 503(b)(9) Claims) (D.I. 8273, Entered 8/22/12); and

(f) Order Approving Stipulation Resolving Claims With Various ASM Entities (D.I.16406, Entered 12/21/15).

Status: The hearing on the Objection with respect to response (b) has been adjourned to the hearing scheduled for August 30, 2016 at 10:00 a.m. (ET).

2. Motion of Liquidity Solutions, Inc. for Entry of Order (A) Authorizing and Directing Debtor, Nortel Networks Inc., to Make Interim Distributions on Allowed Administrative, Priority and Unsecured Claims or (B) Converting Cases to Chapter 7 Pursuant to Section 1112(b) of the Bankruptcy Code (D.I. 16638, Filed 3/21/16).

Objection Deadline: April 4, 2016 at 4:00 p.m. (ET). Extended to May 27, 2016 for the U.S. Debtors and the Official Committee of Unsecured Creditors.

Responses Received:

(a)    Statement, Request for Joint Hearing, and Reservation of Rights of the Monitor and the Canadian Debtors Regarding Motion of Liquidity Solutions, Inc. for Entry of Order Authorizing and Directing Interim Distributions or Converting Cases to Chapter 7 (D.I. 16681, Filed 4/4/16);

(b)    Joinder and Reservation of Rights of the Joint Administrators in Statement, Request for Joint Hearing, and Reservation of Rights of the Monitor and the Canadian Debtors Regarding Motion of Liquidity Solutions, Inc. for Entry of Order Authorizing and Directing Interim Distributions or Converting Cases to Chapter 7 (D.I. 16713, Filed 4/12/16);

(c)    Statement and Reservation of Rights of Law Debenture Trust Company of New York, as Indenture Trustee for the NNCC Notes, with Respect to Supplement to Motion of Liquidity Solutions, Inc. for Entry of Order (A) Authorizing and Directing Debtor, Nortel Networks Inc., to Make Interim Distributions on Allowed Administrative, Priority and Unsecured Claims or (B) Converting Cases to Chapter 7 Pursuant to Section 1112(b) of the Bankruptcy Code (D.I. 16806, Filed 5/13/16);

(d)    Limited Objection of the Monitor and the Canadian Debtors to the Supplement to Motion of Liquidity Solutions, Inc. for Entry of an Order Authorizing and Directing Interim Distributions or Converting Cases to Chapter 7 (D.I. 16807, Filed 5/13/16);

(e)    Response of the *Ad Hoc* Group of Bondholders in Opposition to the Motion and Supplement of Liquidity Solutions, Inc. for Entry of Order (A) Authorizing and Directing Debtor, Nortel Networks Inc., to Make Interim Distributions on Allowed Administrative, Priority and Unsecured Claims or (B) Converting Cases to Chapter 7 Pursuant to Section 1112(b) of the Bankruptcy Code (D.I. 16808, Filed 5/13/16);

(f)    Joinder of the Bank of New York Mellon, as Indenture Trustee, to the Response of the *Ad Hoc* Group of Bondholders in Opposition to the Motion and Supplement of Liquidity Solutions, Inc. for Entry of Order (A) Authorizing and Directing Debtor, Nortel Networks Inc., to Make Interim Distributions on Allowed Administrative, Priority and Unsecured Claims or (B) Converting Cases to Chapter 7 Pursuant to Section 1112(b) of the Bankruptcy Code (D.I. 16810, Filed 5/13/16)

(g)    Limited Objection of Solus Alternative Asset Management LP and PointState Capital LP to Motion of Liquidity Solutions, Inc. for Entry of Order (A) Authorizing and Directing Debtor, Nortel Networks Inc., to Make Interim Distributions on Allowed Administrative, Priority and Unsecured Claims or (B) Converting Cases to Chapter 7 Pursuant to Section 1112(b) of the Bankruptcy Code (D.I. 16811, Filed 5/13/16); and

(h)   Reservation of Rights of Stephen Taylor, Conflicts Administrator for Nortel Networks S.A., in Response to Motion of Liquidity Solutions, Inc. to Compel Interim Distributions or Convert Case to Chapter 7 (D.I. 16812, Filed 5/13/16).

Related Pleading:

(a)   Certification of Counsel and Notice of Adjournment of Hearing Regarding Motion of Liquidity Solutions, Inc. for Entry of Order (A) Authorizing and Directing Debtor, Nortel Networks Inc., to Make Interim Distributions on Allowed Administrative, Priority and Unsecured Claims or (B) Converting Cases to Chapter 7 Pursuant to Section 1112(b) of the Bankruptcy Code (D.I. 16709, Filed 4/11/16); and

(b)   Supplement to Motion of Liquidity Solutions, Inc. for Entry of Order (A) Authorizing and Directing Debtor, Nortel Networks Inc., to Make Interim Distributions on Allowed Administrative, Priority and Unsecured Claims or (B) Converting Cases to Chapter 7 Pursuant to Section 1112(b) of the Bankruptcy Code (D.I. 16759, Filed 4/25/16).

Status: The hearing on this matter has been adjourned to the hearing scheduled for June 6, 2016 at 10:00 a.m. (ET).

**UNCONTESTED MATTER WITH CERTIFICATE OF NO OBJECTION**

3.   Debtors' Motion Pursuant to Bankruptcy Rule 9019 for Entry of an Order Approving the Stipulation Resolving Claims with Various United States Debt Recovery Entities (D.I. 16786, Filed 5/3/16).

Objection Deadline:  May 17, 2016 at 4:00 p.m. (ET).

Responses Received:  None.

Related Pleading:

(a)   Certificate of No Objection Regarding Debtors' Motion Pursuant to Bankruptcy Rule 9019 for Entry of an Order Approving the Stipulation Resolving Claims with Various United States Debt Recovery Entities (D.I. 16822, Filed 5/18/16); and

(b)   Order Approving the Stipulation Resolving Claims with Various United States Debt Recovery Entities (D.I. 12827, Entered 5/20/16).

Status: An order has been entered regarding this matter. No hearing is necessary.

| | |
|---|---|
| Dated: May 20, 2016<br>Wilmington, DE | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>James L. Bromley (admitted *pro hac vice*)<br>Lisa M. Schweitzer (admitted *pro hac vice*)<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone:  (212) 225-2000<br>Facsimile:  (212) 225-3999<br><br>- and -<br><br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Andrew R. Remming*<br>Eric D. Schwartz (No. 3134)<br>Derek C. Abbott (No. 3376)<br>Andrew R. Remming (No. 5120)<br>Tamara K. Minott (No. 5643)<br>1201 North Market Street<br>Wilmington, DE  19899-1347<br>Telephone:  (302) 658-9200<br>Facsimile:  (302) 658-3989<br><br>*Counsel for the Debtors and Debtors in Possession* |