IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
: 
*In re* : Chapter 11
:
NORTEL NETWORKS INC., *et al.*,[1] : Case No. 09-10138 (KG)
:
              Debtors. : Jointly Administered
:
: **Related to D.I. 16638,**
: **Hearing Date and Time: June 6, 2016 at 10:00 a.m. ET**
:
---------------------------------------------------------------x

**CERTIFICATION OF COUNSEL AND NOTICE OF ADJOURNMENT OF HEARING REGARDING MOTION OF LIQUIDITY SOLUTIONS, INC. FOR ENTRY OF ORDER (A) AUTHORIZING AND DIRECTING DEBTOR, NORTEL NETWORKS INC., TO MAKE INTERIM DISTRIBUTIONS ON ALLOWED ADMINISTRATIVE, PRIORITY AND UNSECURED CLAIMS OR (B) CONVERTING CASES TO CHAPTER 7 PURSUANT TO SECTION 1112(b) OF THE BANKRUPTCY CODE**

      1.      On March 21, 2016, Liquidity Solutions, Inc. ("LSI") filed its Motion for Entry of Order (a) Authorizing and Directing Debtor, Nortel Networks Inc., to Make Interim Distributions on Allowed Administrative, Priority and Unsecured Claims or (b) Converting Cases to Chapter 7 Pursuant to Section 1112(b) of the Bankruptcy Code [Docket No. 16638] (the "Original Motion").

      2.      On April 25, 2016, LSI filed its Supplement to Motion of Liquidity Solutions, Inc. for Entry of Order (A) Authorizing and Directing Debtor, Nortel Networks Inc., to Make Interim Distributions on Allowed Administrative, Priority and Unsecured Claims or (B) Converting

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

NYC:360431.1

Cases to Chapter 7 Pursuant to Section 1112(B) of the Bankruptcy Code [Docket No. 16759] (the "<u>Supplement</u>" and, together with the Original Motion, as supplemented, the "<u>Motion</u>").

3. The hearing (the "<u>Hearing</u>") on the Motion originally was scheduled to occur on April 19, 2016 at 10:00 a.m. (ET). The Hearing was initially adjourned to May 24, 2016 at 10:00 a.m. (ET). The Hearing has been adjourned to June 6, 2016 at 10:00 a.m. (ET).

Dated: May 20, 2016

Respectfully submitted,

**ANDREWS KURTH LLP**

/s/ *Paul N. Silverstein*
Paul N. Silverstein (NYS Bar PS 5098)
Jeremy B. Reckmeyer (NYS Bar JR 7536)
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 850-2800
Facsimile: (212) 850-2929

*Counsel to Liquidity Solutions, Inc.*