## EXHIBIT A

**NORTEL NETWORKS INC., *et al*.**
**CASE NO. 09-10138 (KG)**

Professional Fees and Expenses
Monthly Fee Application

| Applicant & Docket No. | Time Period Covered | Fees & Expenses Requested in Application | Fees & Expenses Allowed/Awarded | Date Application Filed | Objection Deadline |
|---|---|---|---|---|---|
| Ashurst LLP<br><br>[Docket No. 16771] | 3/1/16 - 3/31/16 | £12,868.00 (Fees)<br><br>£18.00 (Expenses) | £10,294.40 (Fees @ 80%)<br><br>£18.00 (Expenses @ 100%) | 4/29/16 | 5/19/16 |