# EXHIBIT A

**Nortel Networks, Inc, et al.**
**(Case No. 09-10138 (KG))**

**CHILMARK PARTNERS, LLC**
**April 1, 2016 - April 30, 2016**

<u>**Summary of Services Rendered by Project**</u>

| Project Code | Nature of Services | April 2016 Hours |
|:---:|:---|---:|
| 1 | Asset Analysis and Recovery | 37.5 |
| 2 | Business Operations / General Corporate / Real Estate | - |
| 3 | Projections/Business Plan/Corporate wind-down | - |
| 4 | Analysis of Historical Results | - |
| 5 | Meetings with Debtor's Counsel | - |
| 6 | Committee Matters and Creditor Meetings | - |
| 7 | Claims Administration and Analysis | 18.5 |
| 8 | Intercompany Transactions/Balances | - |
| 9 | Intellectual Property | - |
| 10 | Employee Benefits / Pension | - |
| 11 | Fee Applications Preparation | - |
| 12 | Tax Issues | - |
| 13 | Hearings | - |
| 14 | Litigation / Adversary Proceedings | 110.0 |
| 15 | Travel | 8.0 |
| 16 | Plan of Reorganization / Disclosure Statement | - |
| | **TOTAL** | 174.0 |

<u>**Summary of Services Rendered by Professional**</u>

| Name | April 2016 Hours |
|:---|---:|
| Michael Kennedy, Member | 166.0 |
| Aaron Taylor, Member | - |
| Matthew Rosenberg, Managing Director | 8.0 |
| Paul Huettner, Analyst | - |
| Jamie Ellis, Analyst | - |
| James Elish, Analyst | - |
| **TOTAL** | 174.0 |

**Nortel Networks, Inc**
April 1, 2016 - April 30, 2016 Time Detail
Chilmark Partners, LLC
<u>Michael Kennedy</u>

| Date | Description of Work | April 2016 Hours | Code |
|---|---|---|---|
| 4/1/2016 | Calls, communications re: allocation litigation matters and strategy | 7.0 | 14 |
| 4/2/2016 | Calls, communications re: allocation litigation matters and strategy | 3.0 | 14 |
| 4/3/2016 | Calls, communications re: allocation litigation matters and strategy | 2.5 | 14 |
| 4/4/2016 | Review RM Report & Cash Forecast | 2.0 | 1 |
| 4/4/2016 | Travel to DE | 4.0 | 15 |
| 4/4/2016 | Meeting with US counsel re: allocation litigation | 3.0 | 14 |
| 4/5/2016 | Meeting with parties & post-hearing calls/communications re: allocation litigation | 3.0 | 14 |
| 4/5/2016 | Attend court hearing | 5.0 | 14 |
| 4/5/2016 | Travel to Chicago | 4.0 | 15 |
| 4/6/2016 | Review and analysis of Monitors CCAA filings | 3.0 | 1 |
| 4/6/2016 | Calls with creditor representatives re: litigation | 4.0 | 7 |
| 4/6/2016 | Draft, comment and review material re: allocation litigation matters and strategy | 3.0 | 14 |
| 4/7/2016 | Calls with creditor representatives re: litigation | 2.5 | 7 |
| 4/7/2016 | Calls, communications, analysis re: allocation litigation matters and strategy | 5.0 | 14 |
| 4/8/2016 | Calls, communications, analysis re: allocation litigation matters and strategy | 8.0 | 14 |
| 4/11/2016 | Calls, communications, analysis re: allocation litigation matters and strategy | 6.5 | 14 |
| 4/12/2016 | Calls, communications, analysis re: allocation litigation matters and strategy | 4.0 | 14 |
| 4/12/2016 | Calls with creditor representatives re: litigation | 3.0 | 7 |
| 4/13/2016 | Calls, communications, analysis re: allocation litigation matters and strategy | 7.0 | 14 |
| 4/14/2016 | Calls and communications w/ management re: claims & asset recovery | 3.0 | 1 |
| 4/14/2016 | Calls, communications re: allocation litigation matters and strategy | 4.0 | 14 |
| 4/15/2016 | Call with US counsel re: allocation litigation | 2.0 | 14 |
| 4/15/2016 | Follow-up analysis and prepare other material re: litigation | 3.0 | 14 |
| 4/18/2016 | Calls, communications re: claims litigation matters | 5.0 | 14 |
| 4/18/2016 | Calls and communications w/ management re: claims & asset recovery | 1.0 | 1 |
| 4/19/2016 | Calls and communications w/ management re: claims & asset recovery | 2.5 | 1 |
| 4/19/2016 | Review cash flash report | 1.0 | 1 |
| 4/19/2016 | Follow-up calls & communications re: hearing | 3.0 | 14 |
| 4/20/2016 | Draft, comment and review material re: allocation litigation matters and strategy | 4.0 | 14 |
| 4/20/2016 | Review cross-border claims data | 2.0 | 1 |
| 4/20/2016 | Calls & communications with advisors re: claims data | 2.0 | 1 |
| 4/20/2016 | Review and analysis of Monitors CCAA filings | 1.5 | 1 |
| 4/21/2016 | Calls, communications re: allocation litigation matters and strategy | 4.0 | 14 |
| 4/21/2016 | Review Monitor cash forecast | 1.0 | 1 |
| 4/21/2016 | Calls, communications re: allocation litigation matters and strategy | 4.0 | 14 |
| 4/22/2016 | Call with tax professionals | 1.0 | 1 |
| 4/22/2016 | Calls and communications w/ management re: claims & asset recovery | 3.0 | 1 |
| 4/22/2016 | Calls, communications, analysis re: allocation litigation matters and strategy | 3.0 | 14 |
| 4/25/2016 | Review claim motions filed and discuss with counsel | 2.5 | 7 |
| 4/25/2016 | Calls and communications w/ management re: claims & asset recovery | 3.0 | 1 |
| 4/25/2016 | Calls and communications w/ management re: claims & asset recovery | 1.0 | 1 |
| 4/25/2016 | Calls with creditor representatives re: litigation | 2.0 | 7 |
| 4/26/2016 | Pre-call with US counsel re: creditor rep conference calls | 1.0 | 14 |
| 4/26/2016 | Calls and communications w/ management re: claims & asset recovery | 2.5 | 1 |
| 4/26/2016 | Calls with creditor representatives re: litigation | 1.5 | 7 |
| 4/26/2016 | Calls & comunications with advisors re: claims data | 2.0 | 1 |
| 4/26/2016 | Review and analysis of Monitors CCAA filings | 1.0 | 1 |
| 4/27/2016 | Calls, communications, analysis re: allocation litigation matters and strategy | 3.0 | 14 |
| 4/27/2016 | Calls and communications w/ management re: claims & asset recovery | 1.0 | 1 |
| 4/27/2016 | Calls, communications re: allocation litigation matters and strategy | 5.0 | 14 |
| 4/28/2016 | Calls with creditor representatives re: litigation | 1.0 | 7 |
| 4/28/2016 | Calls with creditor representatives re: claims | 2.0 | 7 |
| 4/28/2016 | Calls and communications w/ management re: claims & asset recovery | 2.0 | 1 |
| 4/29/2016 | Calls, communications, analysis re: allocation litigation matters and strategy | 4.0 | 14 |
| 4/29/2016 | Calls and communications w/ management re: claims & asset recovery | 2.0 | 1 |
| **April 2016 Total** | | **166.0** | |

**Nortel Networks, Inc**
April 1, 2016 - April 30, 2016 Time Detail
Chilmark Partners, LLC
<u>Matthew Rosenberg</u>

| Date | Description of Work | April 2016 Hours | Code |
|------|---------------------|------------------|------|
| 4/4/2016 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 4/5/2016 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 4/7/2016 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 4/8/2016 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 4/12/2016 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 4/15/2016 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 4/25/2016 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 4/29/2016 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| | **April 2016 Total** | **8.0** | |