# EXHIBIT B

**EXPENSE DETAIL**

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

April 1, 2016 Through April 30, 2016

| Professional | Trip Date | Description | Amount |
|---|---|---|---|
| Mike Kennedy | 4/4/16-4/5/16 | Flight to Philadelphia, PA | $ 981.28 |
| Mike Kennedy | 4/4/16-4/5/16 | Hotel (one night) | $ 350.00 |
| Mike Kennedy | 4/4/16-4/5/16 | Ground Transportation | $ 222.50 |
| Mike Kennedy | 4/4/16-4/5/16 | Dinner (two people) | $ 100.00 |
| Chilmark | 4/30/2016 | Conference Calls | $ 36.01 |
| **Total Expenses** | | | **$ 1,689.79** |

Note: All airfare is being charged at a coach class rate.