

# IN THE UNITED STATES DISTRICT COURT
## FOR DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* Nortel Networks Inc., *et al.*, Debtors.[1] | C.A. No. 15-624-LPS <br><br> Bankruptcy Case No. 09-10138 (KG) |
| Nortel Networks Inc., *et al.*, <br>     Appellants and Contingent Cross-Appellees, <br> v. <br> Ernst & Young Inc., as Monitor and Foreign Representative of the Canadian Debtors, *et al.*, <br>     Appellees and Contingent Cross-Appellants. | Appeals from the Bankruptcy Court <br> Civil Action No. 15-624 (LPS) <br> Civil Action No. 15-586 (LPS) <br> Civil Action No. 15-622 (LPS) <br> Civil Action No. 15-623 (LPS) <br> Civil Action No. 15-627 (LPS) <br> Civil Action No. 15-628 (LPS) <br> Civil Action No. 15-635 (LPS) <br> Civil Action No. 15-636 (LPS) <br> Civil Action No. 15-699 (LPS) <br> Misc. Action No. 15-196 (LPS) <br> Misc. Action No. 15-197 (LPS) <br> CONSOLIDATED APPEALS |

## ORDER

At Wilmington, this 23rd day of May 2016, for the reasons set forth in the Memorandum Opinion (D.I. 124) issued on May 19, 2016, IT IS HEREBY ORDERED THAT:

1. These appeals and contingent cross-appeals are CERTIFIED for direct appeal to the United States Court of Appeals for the Third Circuit pursuant to 28 U.S.C. § 158(d)(2)(A)(i) & (iii) and 28 U.S.C. § 158(d)(2)(B)(i) (upon the Court's own motion).

2. The Clerk of the Court is directed to serve this Order, accompanied by a copy of the Memorandum Opinion, on the parties to the Consolidated Appeals in the manner required

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).

for service of a notice of appeal under Rule 8003(c)(1) of the Federal Rules of Bankruptcy Procedure.

                                                                HONORABLE LEONARD P. STARK
                                                                UNITED STATES DISTRICT JUDGE