**Exhibit B**

# Invoice

Ashurst LLP
Broadwalk House
5 Appold Street
London
EC2A 2HA

Tel +44 (0)20 7638 1111
Fax +44 (0)20 7638 1112
www.ashurst.com

Our VAT No.: GB 108 2136 48

The Official Unsecured Creditors Committee for Nortel Networks Inc
c/o Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, New York  10036
United States of America



**Interim** (S)

VAT Invoice Date: **24 May 2016**          Our Ref: **GDB/CCN01.00001**                Invoice No.: **409834**

| | VAT GBP | VAT Rate (%) | Fees and Disbursements GBP |
|---|---|---|---|
| **Re: BANKRUPTCY** | | | |
| **To our professional fees** (NT) | 0.00 | 0.00 | 11,038.00 |
| Document Production (NT) | 0.00 | 0.00 | 4.32 |
| **Disbursements:** (NT) | | | |
| Experts Fees: | 0.00 | 0.00 | 10,800.00 |
| *Lane Clark & Peacock LLP - £10,800.00 (Due but not yet paid)* | | | |
| Fares | 0.00 | 0.00 | 44.88 |
| | 0.00 | | 21,887.20 |
| | | VAT | 0.00 |
| | | Total | 21,887.20 |
| | | **Balance Due** | **21,887.20** |

The fees and disbursements the subject of this invoice may include fees and disbursements due to another member of the Ashurst Group.

**Payment Details**

NatWest - 15 Bishopsgate, London, EC2P 2AP - **Account No.:** 00404268
**Sort Code: 50-00-00 - Swift Code:** NWBKGB2L - **IBAN Code:** GB12NWBK50000000404268

**Please note: Remittance advices should be sent electronically to remittances@ashurst.com**

Please quote reference 409834 when settling this invoice
**Payment Terms: 21 days**

**Legal services are 100% foreign source**

AUSTRALIA  BELGIUM  CHINA  FRANCE  GERMANY  HONG KONG SAR  INDONESIA (ASSOCIATED OFFICE)  ITALY  JAPAN  PAPUA NEW GUINEA
SAUDI ARABIA  SINGAPORE  SPAIN  SWEDEN  UNITED ARAB EMIRATES  UNITED KINGDOM  UNITED STATES OF AMERICA

Ashurst LLP is a limited liability partnership registered in England and Wales under number OC330252 and is part of the Ashurst Group. It is a law firm authorised and
regulated by the Solicitors Regulation Authority of England and Wales under number 468653. A list of members of Ashurst LLP and their professional qualifications is
open to inspection at its registered office Broadwalk House, 5 Appold Street, London EC2A 2HA or at the address above. The term 'partner' in relation to Ashurst LLP is
used to refer to a member of Ashurst LLP or to an employee or consultant with equivalent standing and qualifications. The Ashurst Group has an office in each of the
places listed above.



The Official Unsecured Creditors Committee
Re: BANKRUPTCY
GDB/GDB/CCN01.00001
For the period: to 30/04/2016
Prebill Number:1047242

| | | | | |
|---|---|---|---|---|
| Partner | Angela Pearson | 0.50 | 397.50 | (C0012) |
| | | **0.50** | **397.50** | |
| | | | | |
| Senior Associate | Andy Wright | 0.10 | 57.00 | (C0012) |
| | | **0.10** | **57.00** | |
| | | | | |
| Senior Associate | Drew Sainsbury | 1.50 | 892.50 | (C0007) |
| | | 1.80 | 1,071.00 | (C0012) |
| | | **3.30** | **1,963.50** | |
| | | | | |
| Senior Associate | Lindsey Roberts | 2.20 | 1,199.00 | (C0003) |
| | | 5.00 | 2,725.00 | (C0007) |
| | | 7.30 | 3,978.50 | (C0012) |
| | | **14.50** | **7,902.50** | |
| | | | | |
| Trainee | James Powell | 3.30 | 676.50 | (C0012) |
| | | 0.20 | 41.00 | (C0012) |
| | | **3.50** | **717.50** | |
| | | | | |
| | **Total** | **21.90** | **11,038.00** | |

## Matter: CCN01.00001 - BANKRUPTCY

### C0003        Ashurst Fee Application/Monthly Billing Reports

|  | | Time (Decimal) | Agreed Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Senior Associate** | | | | |
| LROBER | Lindsey Roberts | 2.20 | 545.00 | 1,199.00 |
| **Trainee** | | | | |
| JAPOWE | James Powell | 3.30 | 205.00 | 676.50 |
| | | | Total | **1,875.50** |

### Detailed Time Breakdown

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 05/04/2016 | Lindsey Roberts | READ | Review of fee examiner report | 0.20 | 545.00 | 109.00 |
| 12/04/2016 | Lindsey Roberts | INTD | Emails to/from Lester re: March fee/expenses | 0.20 | 545.00 | 109.00 |
| 13/04/2016 | Lindsey Roberts | INTD | Email to JAPOWE re: pre-bill; brief review of pre-bill | 0.30 | 545.00 | 163.50 |
| 14/04/2016 | James Powell | REVI | Reviewing the Nortel pre-bill, marking-up time to be re-allocated | 0.60 | 205.00 | 123.00 |
| 18/04/2016 | Lindsey Roberts | READ | Review and add further comments on draft invoice | 0.40 | 545.00 | 218.00 |
| 21/04/2016 | James Powell | READ | Second review of the Nortel March invoice, marking-up amendments and passing on to billing | 0.30 | 205.00 | 61.50 |
| 26/04/2016 | James Powell | DRFT | Preparing the March monthly fee application | 0.60 | 205.00 | 123.00 |
| 26/04/2016 | Lindsey Roberts | LETT | Emails to/from WTP re: certificates of no objection | 0.20 | 545.00 | 109.00 |
| 27/04/2016 | Lindsey Roberts | LETT | Review and comments on draft invoice | 0.30 | 545.00 | 163.50 |
| 28/04/2016 | James Powell | LETT | Emails to Credit Control to confirm receipt of payments in respect of previous monthly fee applications. | 0.10 | 205.00 | 20.50 |
| 28/04/2016 | James Powell | DRFT | Checking values and confirming the exchange rates for Exhibit B to the 28th interim fee application; email to Chantelle McClamb re the same; Discussion with LROBER re the same | 0.60 | 205.00 | 123.00 |
| 28/04/2016 | James Powell | DRFT | Preparing the Nortel March Monthly Fee Application. | 0.50 | 205.00 | 102.50 |
| 28/04/2016 | Lindsey Roberts | LETT | Review of final fee application | 0.40 | 545.00 | 218.00 |
| 28/04/2016 | Lindsey Roberts | LETT | Diss with JP re Exhibit B filing; Review of track changes in revised draft | 0.20 | 545.00 | 109.00 |
| 29/04/2016 | James Powell | LETT | Emails to Emma Cameron to confirm receipt of payments in respect of previous fee applications | 0.20 | 205.00 | 41.00 |
| 29/04/2016 | James Powell | DRFT | Amending the March fee application in respect of currency exchange rates and previous payments, converting the document to pdf, compiling, and email to Matthew Fagan re. filing with the court | 0.40 | 205.00 | 82.00 |
| | | | | | | 1,875.50 |

**Matter: CCN01.00001 - BANKRUPTCY**

**C0007**      **Creditors Committee Meetings**

| | | Time (Decimal) | Agreed Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Senior Associate** | | | | |
| DSAINS | Drew Sainsbury | 1.50 | 595.00 | 892.50 |
| LROBER | Lindsey Roberts | 5.00 | 545.00 | 2,725.00 |
| | | | Total | **3,617.50** |

## Detailed Time Breakdown

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 07/04/2016 | Drew Sainsbury | READ | Reading materials ahead of call | 1.50 | 595.00 | 892.50 |
| 07/04/2016 | Lindsey Roberts | READ | Review of materials in advance of UCC call | 0.20 | 545.00 | 109.00 |
| 07/04/2016 | Lindsey Roberts | PHON | Attend UCC call | 0.90 | 545.00 | 490.50 |
| 13/04/2016 | Lindsey Roberts | READ | Review of UCC materials pre-UCC weekly call | 0.30 | 545.00 | 163.50 |
| 13/04/2016 | Lindsey Roberts | PHON | Attend UCC call (including review of additional recovery checks) | 1.50 | 545.00 | 817.50 |
| 21/04/2016 | Lindsey Roberts | read | Review of UCC call agenda and associated materials | 0.40 | 545.00 | 218.00 |
| 21/04/2016 | Lindsey Roberts | PHON | Attend UCC call | 0.80 | 545.00 | 436.00 |
| 28/04/2016 | Lindsey Roberts | LETT | Review UCC call agenda and associated materials | 0.40 | 545.00 | 218.00 |
| 28/04/2016 | Lindsey Roberts | LETT | Attend UCC Call | 0.50 | 545.00 | 272.50 |
| | | | | | | **3,617.50** |

**Matter: CCN01.00001 - BANKRUPTCY**

## C0012      General Claims Analysis/Claims Objections

| | | Time (Decimal) | Agreed Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Partner** | | | | |
| AMP | Angela Pearson | 0.50 | 795.00 | 397.50 |
| **Senior Associate** | | | | |
| ACW | Andy Wright | 0.10 | 570.00 | 57.00 |
| DSAINS | Drew Sainsbury | 1.80 | 595.00 | 1,071.00 |
| LROBER | Lindsey Roberts | 7.30 | 545.00 | 3,978.50 |
| **Trainee** | | | | |
| JAPOWE | James Powell | 0.20 | 205.00 | 41.00 |
| | | | Total | **5,545.00** |

## Detailed Time Breakdown

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 04/04/2016 | Lindsey Roberts | READ | Review of emails re: Global Term Sheet and oral arguments | 0.30 | 545.00 | 163.50 |
| 05/04/2016 | Drew Sainsbury | READ | Reading global term sheet and associated materials | 1.80 | 595.00 | 1,071.00 |
| 05/04/2016 | Lindsey Roberts | READ | Review of Global Term Sheet and US Initial Reactions | 0.60 | 545.00 | 327.00 |
| 05/04/2016 | Lindsey Roberts | PHON | Dial-in to District Court Oral Argument | 3.40 | 545.00 | 1,853.00 |
| 06/04/2016 | James Powell | REVI | Reviewing Nortel news stories | 0.20 | 205.00 | 41.00 |
| 08/04/2016 | Lindsey Roberts | READ | Review of email and transcript of hearing | 0.60 | 545.00 | 327.00 |
| 08/04/2016 | Lindsey Roberts | LETT | Email re: update on status of LSI's motion to compel Interim Distribution | 0.10 | 545.00 | 54.50 |
| 11/04/2016 | Andy Wright | CASE | Reviewing LCP invoice and internal email correspondence re the same | 0.10 | 570.00 | 57.00 |
| 11/04/2016 | Lindsey Roberts | INTD | Emails to/from ACW and follow-up email to AMP | 0.20 | 545.00 | 109.00 |
| 12/04/2016 | Lindsey Roberts | READ | Review of emails on global term sheet and revised proposal | 0.80 | 545.00 | 436.00 |
| 14/04/2016 | Lindsey Roberts | READ | Review of US Debtors response on Global proposal | 0.50 | 545.00 | 272.50 |
| 18/04/2016 | Lindsey Roberts | INTD | Discussion with ACW re: pensions issues | 0.20 | 545.00 | 109.00 |
| 26/04/2016 | Lindsey Roberts | READ | Review and consider email re: LSI motion for interim distribution | 0.20 | 545.00 | 109.00 |
| 26/04/2016 | Lindsey Roberts | READ | Review of emails re: allocation judgment (including attachments) | 0.20 | 545.00 | 109.00 |
| 26/04/2016 | Lindsey Roberts | READ | Review of email re: global term sheet (including attachments) | 0.20 | 545.00 | 109.00 |
| 28/04/2016 | Angela Pearson | READ | Review emails re: global term sheet | 0.50 | 795.00 | 397.50 |
| | | | | | | **5,545.00** |