**Exhibit C**

**DISBURSEMENT SUMMARY**

**APRIL 01, 2016 THROUGH APRIL 30, 2016**

| | |
|---|---:|
| Document Production | £4.32 |
| Retained Professionals and Experts' Fees | £10,800.00 |
| Travel Expenses - Ground Transportation | £44.88 |
| **TOTAL** | **£10,849.20** |