**Exhibit D**

## Disbursements Detailed Breakdown

**Document Production 72 pages @ 0.06p**  4.32

**Experts Fees (Consultancy)**

11/04/2016   VENDOR: Lane Clarke & Peacock LLP; INVOICE#: FN31802; DATE: 11/04/2016 - Professional services rendered   **10,800.00**

**Fares, Courier Charges and Incidental Expenses (Taxis)**

31/03/2016   2016VENDOR: BRUNEL CARRIAGE PLC; INVOICE#: BC/339637; DATE: 31/03/2016 - taxi charges 22/3/16 re. Appold St to Nightingale Square   **44.88**