**Exhibit E**

**SUMMARY OF ATTORNEYS AND LEGAL ASSISTANTS**
**RENDERING SERVICES DURING THE PERIOD**
**APRIL 01, 2016 THROUGH APRIL 30, 2016**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested (£) |
|---|---|---|---|---|
| Angela Pearson | Partner for 8 years; Admitted in 1991 in England and Wales; Dispute Resolution Group, London | £795 | 0.50 | 397.50 |
| Drew Sainsbury | Associate for 9 years; Admitted in 2007 in England and Wales; Restructuring and Special Situations Group, London | £595 | 3.30 | 1,963.50 |
| Andy Wright | Associate for 7 years; Admitted in 2009 in England and Wales; Employment, Incentives and Pensions Group, London | £570 | 0.10 | 57.00 |
| Lindsey Roberts | Associate for 5 years; Admitted in 2011 in England and Wales; Dispute Resolution Group, London | £545 | 14.50 | 7,902.50 |
| James Powell | Trainee Solicitor; Dispute Resolution Group, London | £205 | 3.50 | 717.50 |
| **TOTAL** | | | **21.90** | **11,038.00** |

## COMPENSATION BY PROJECT CATEGORY
## APRIL 01, 2016 THROUGH APRIL 30, 2016

| Project Category | Total Hours | Total Fees (£) |
|---|---|---|
| Ashurst Fee Application / Monthly Billing Reports | 5.50 | 1,875.50 |
| Creditors Committee Meetings | 6.50 | 3,617.50 |
| General Claims Analysis/Claims Objections | 9.90 | 5,545.00 |
| **TOTAL** | **21.90** | **11,038.00** |