# **<u>EXHIBIT A</u>**

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Collins | Allan | 01/04/2016 | attention to fee application; | 1.9 | 522.50 | 13614099 |
| Collins | Allan | 04/04/2016 | attention to fee application; | 1.2 | 330.00 | 13611658 |
| Gray | William | 04/04/2016 | Review quarterly fee application issues | 0.8 | 756.00 | 13625518 |
| Bauer | Alison D. | 05/04/2016 | attention to response to Fee examiners preliminary report (.7); confer with T. Minot and A. Collins (.3) | 1.0 | 865.00 | 13599804 |
| Collins | Allan | 05/04/2016 | attention to fee application (2.1); confer with T. Minott and A. Bauer regarding same (0.3); | 2.4 | 660.00 | 13611655 |
| Gray | William | 05/04/2016 | Review Fee Examiner's report and confer with Fee Examiner attorney regarding same (0.5); prepare Fee Examiner's response regarding currency exchange issues (1.9); | 2.4 | 2,268.00 | 13625525 |
| Collins | Allan | 05/04/2016 | assist with preparation of response to fee examiner; | 1.7 | 467.50 | 13634324 |
| Bauer | Alison D. | 06/04/2016 | attention to response to Fee examiners preliminary report and internal conferences regarding same; | 0.5 | 432.50 | 13603198 |
| Collins | Allan | 06/04/2016 | attention to fee application (2.0); attention to response to fee examiner (2.8); multiple conversations with A. Bauer and W. Gray regarding same (0.4); | 5.2 | 1,430.00 | 13606598 |
| Gray | William | 06/04/2016 | Conferences regarding currency exchange issues (0.4); further discussion with Fee Examiner's attorney (0.2); prepare response to Fee Examiner statement regarding change in currency exchange rates (1.6); | 2.2 | 2,079.00 | 13625531 |
| Collins | Allan | 07/04/2016 | attention to fee application; | 1.6 | 440.00 | 13614595 |
| Gray | William | 07/04/2016 | Prepare response to Fee Examiner's attorney | 1.5 | 1,417.50 | 13625540 |
| Bauer | Alison D. | 08/04/2016 | edits to response to Fee examiners preliminary report | 0.4 | 346.00 | 13609794 |
| Collins | Allan | 08/04/2016 | attention to fee application and response to fee examiner; | 3.8 | 1,045.00 | 13611656 |
| Gray | William | 08/04/2016 | Work on response to Fee Examiner objection | 1.2 | 1,134.00 | 13625555 |
| Bauer | Alison D. | 11/04/2016 | Conferences with W. Gray | 0.3 | 259.50 | 13611000 |
| Collins | Allan | 11/04/2016 | attention to fee application and response to fee examiner; | 4.6 | 1,265.00 | 13611661 |
| Gray | William | 11/04/2016 | Conference with Fee Examiner regarding currency exchange approaches (0.3); confer with A. Bauer regarding response to fee examiner (0.3); work on compromise of fees to adjust commencement of revised exchange rate (1.8); | 2.4 | 2,268.00 | 13625583 |
| Bauer | Alison D. | 12/04/2016 | Attention to discussions with fee examiner | 0.2 | 173.00 | 13614280 |
| Collins | Allan | 12/04/2016 | attention to fee application and response to fee examiner; | 3.4 | 935.00 | 13620133 |
| Gray | William | 12/04/2016 | Telephone conference with J. Scarborough regarding Fee Examiner's report (0.2); revise response to Fee Examiner's question (1.7); prepare and get authority for revised fee application (0.5); | 2.4 | 2,268.00 | 13625589 |
| Gray | William | 12/04/2016 | Review twenty-first quarterly fee application | 0.4 | 378.00 | 13625593 |
| Bauer | Alison D. | 13/04/2016 | Revise letter to fee examiner | 0.3 | 259.50 | 13616467 |
| Collins | Allan | 13/04/2016 | attention to fee application and response to fee examiner; | 4.3 | 1,182.50 | 13619837 |
| Gray | William | 13/04/2016 | Prepare and file Fee Examiner's response | 1.0 | 945.00 | 13625596 |
| Collins | Allan | 15/04/2016 | attention to fee application; | 2.3 | 632.50 | 13634260 |
| Gray | William | 18/04/2016 | Work on fee application | 0.5 | 472.50 | 13646637 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Collins | Allan | 19/04/2016 | attention to fee application; | 3.8 | 1,045.00 | 13631256 |
| Gray | William | 19/04/2016 | Follow-up on fees and review fee examiner's final report; | 0.8 | 756.00 | 13646642 |
| Collins | Allan | 20/04/2016 | attention to fee application; | 3.3 | 907.50 | 13631258 |
| Collins | Allan | 25/04/2016 | attention to fee application; | 1.5 | 412.50 | 13645367 |
| Collins | Allan | 26/04/2016 | attention to fee application; | 1.7 | 467.50 | 13645439 |
| Bauer | Alison D. | 27/04/2016 | Review and revise monthly fee application | 0.9 | 778.50 | 13641333 |
| Collins | Allan | 27/04/2016 | attention to fee application; | 3.5 | 962.50 | 13645444 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Slavens | Adam | 01/04/2016 | email correspondence with working group re status of motion for leave to appeal; | 0.5 | 290.00 | 13600129 |
| Gray | William | 01/04/2016 | Work on appeal review issues and substantive consolidation issues; | 1.3 | 1,228.50 | 13625506 |
| Gray | William | 08/04/2016 | Work on substantive consolidation issues | 2.3 | 2,173.50 | 13625554 |
| Gray | William | 11/04/2016 | Work on substantive consolidation issues | 1.2 | 1,134.00 | 13625584 |
| Gray | William | 13/04/2016 | Work on substantive consolidation research | 1.6 | 1,512.00 | 13625598 |
| Slavens | Adam | 14/04/2016 | reviewing status of allocation trial order and correspondence from Court of Appeal re same (0.8); telephone call with C. Armstrong re same (0.2); | 1.0 | 580.00 | 13619407 |
| Slavens | Adam | 14/04/2016 | office conference with A. Gray re litigation documents and review of same (0.2); reviewing same (0.7); | 0.9 | 522.00 | 13619417 |
| Gray | Andrew | 14/04/2016 | office conference with A. Slavens regarding litigation documents; | 0.2 | 128.00 | 13686993 |
| Gray | William | 15/04/2016 | Work on substantive consolidation issues | 0.7 | 661.50 | 13625611 |
| Gray | William | 18/04/2016 | Work on appeal issues | 1.3 | 1,228.50 | 13646639 |
| Slavens | Adam | 20/04/2016 | email correspondence with Cleary team and Torys team re status of Canadian appeals; | 0.3 | 174.00 | 13628388 |
| Gray | William | 20/04/2016 | Review appeal issues; | 0.7 | 661.50 | 13646662 |
| Gray | Andrew | 21/04/2016 | reviewing materials and email regarding the trial order (0.3) and the interest appeal (0.3); reviewing trial evidence (1.1); | 1.7 | 1,088.00 | 13631595 |
| Slavens | Adam | 21/04/2016 | reviewing and considering correspondence from Court of Appeal re motion for leave to appeal (0.6); email correspondence with allocation order working group re same (0.5); telephone call with C. Armstrong re same (0.2); email correspondence with Torys team re same (0.4); email correspondence with Torys team and Cassels team re post-petition interest appeal (0.2); reviewing status of allocation trial order (1.9); | 3.8 | 2,204.00 | 13634188 |
| Gray | Andrew | 22/04/2016 | reviewing court materials circulated by the Monitor (0.3); reviewing draft order and related correspondence (0.3); | 0.6 | 384.00 | 13631708 |
| Gray | William | 22/04/2016 | Work on appeal issues | 1.6 | 1,512.00 | 13646685 |
| Slavens | Adam | 27/04/2016 | preparing supplemental motion record re motion for leave to appeal from allocation decision (1.7); coordinating service and filing of same (1.0); | 2.7 | 1,566.00 | 13642123 |
| Gray | Andrew | 27/04/2016 | reviewing file (trial records and legal analysis) in preparation for anticipated next steps (appeal and claims prosecution); | 6.0 | 3,840.00 | 13642149 |
| Gray | Andrew | 28/04/2016 | reviewing trial evidence and submissions and research in preparation for the next steps (appeal and claims); | 3.4 | 2,176.00 | 13645833 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Slavens | Adam | 07/04/2016 | conducting Canadian legal research re appeal factum; | 2.7 | 1,566.00 | 13609768 |
| Slavens | Adam | 08/04/2016 | conducting Canadian legal research re appeal factum; | 4.4 | 2,552.00 | 13609765 |
| Slavens | Adam | 08/04/2016 | conducting Canadian legal research re comity and cross-border judicial co-operation; | 1.9 | 1,102.00 | 13611694 |
| Slavens | Adam | 10/04/2016 | conducting Canadian legal research re comity and cross-border judicial co-operation; | 2.7 | 1,566.00 | 13611693 |
| Slavens | Adam | 11/04/2016 | conducting Canadian legal research re comity and cross-border judicial co-operation; | 3.6 | 2,088.00 | 13616970 |
| Slavens | Adam | 12/04/2016 | conducting Canadian legal research re comity and cross-border judicial co-operation; | 5.2 | 3,016.00 | 13616985 |
| Slavens | Adam | 13/04/2016 | conducting Canadian legal research re fair market value allocation methodology; | 6.2 | 3,596.00 | 13617018 |
| DeMarinis | Tony | 14/04/2016 | reviewing legal developments pertinent in matter; | 1.0 | 845.00 | 13618195 |
| Slavens | Adam | 14/04/2016 | conducting Canadian legal research re fair market value allocation methodology; | 1.9 | 1,102.00 | 13619413 |
| Slavens | Adam | 15/04/2016 | conducting Canadian legal research re fair market value allocation methodology; | 3.0 | 1,740.00 | 13624178 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Bomhof | Scott A. | 04/04/2016 | telephone calls with D. Murdock and J. Salmas regarding US appeal hearing; | 0.4 | 278.00 | 13598583 |
| Opolsky | Jeremy | 06/04/2016 | correspondence with Scott Bomhof re: Claims issues; | 0.1 | 50.50 | 13603499 |
| Slavens | Adam | 06/04/2016 | conducting analysis re intercompany contribution and related claims; | 2.7 | 1,566.00 | 13609639 |
| Slavens | Adam | 06/04/2016 | reviewing motion materials re SNMP motions; | 2.9 | 1,682.00 | 13609645 |
| DeMarinis | Tony | 07/04/2016 | reviewing materials filed in Canadian proceedings; | 0.5 | 422.50 | 13605078 |
| Bomhof | Scott A. | 07/04/2016 | reviewing SMNP motion material for motion to dismiss and discuss same with Cleary; | 0.5 | 347.50 | 13605324 |
| Opolsky | Jeremy | 07/04/2016 | correspondence re: claims issues; | 0.4 | 202.00 | 13606044 |
| Slavens | Adam | 07/04/2016 | reviewing motion materials re SNMP motions (1.6); email correspondence with working group re same (0.4); | 2.0 | 1,160.00 | 13609752 |
| Bomhof | Scott A. | 11/04/2016 | telephone call with J. Pasqueriello regarding pension plan wind-up reports (.3); reviewing pleadings for April 12 SMNP motion (1.1); | 1.4 | 973.00 | 13612857 |
| Slavens | Adam | 11/04/2016 | reviewing motion materials re SNMP motions; | 1.9 | 1,102.00 | 13616967 |
| DeMarinis | Tony | 13/04/2016 | reviewing court filings in the Canadian proceedings; | 0.8 | 676.00 | 13617281 |
| Bomhof | Scott A. | 14/04/2016 | telephone call with L. Schweitzer and follow up with Goodmans on settling Ontario allocation ruling; | 0.5 | 347.50 | 13617955 |
| Opolsky | Jeremy | 19/04/2016 | reviewing CCAA filings; correspondence with Cleary Gottlieb re: same; | 0.1 | 50.50 | 13626094 |
| Slavens | Adam | 19/04/2016 | reviewing voice message from C. Armstrong re Canadian allocation order; | 0.1 | 58.00 | 13628415 |
| Slavens | Adam | 19/04/2016 | reviewing email correspondence, background information and draft claims resolution plan re claims of Calgary Former Employees; | 0.8 | 464.00 | 13628420 |
| Slavens | Adam | 20/04/2016 | reviewing email correspondence, background information and draft claims resolution plan re claims of Calgary Former Employees (1.8); email correspondence with L. Schweitzer re same (0.3); email correspondence with Cassels team re same (0.2); | 2.3 | 1,334.00 | 13628391 |
| Bomhof | Scott A. | 20/04/2016 | Follow up on settlement of Ontario Allocation Order; review materials related to Calgary Employee claims review process; | 1.2 | 834.00 | 13629092 |
| Opolsky | Jeremy | 20/04/2016 | reviewing documents re: Canadian appeal; | 0.1 | 50.50 | 13636244 |
| Bomhof | Scott A. | 21/04/2016 | Review letter from Court of Appeal and follow-up on timing of motion to settle the Ontario Allocation Order; review allocation issues related to Calgary employee claim process; | 1.3 | 903.50 | 13629094 |
| Opolsky | Jeremy | 21/04/2016 | correspondence with Cleary team re: Canadian appeal issues; | 0.1 | 50.50 | 13630222 |
| Slavens | Adam | 21/04/2016 | reviewing email correspondence, background information and draft claims resolution plan re claims of Calgary Former Employees; | 3.0 | 1,740.00 | 13634289 |
| Opolsky | Jeremy | 22/04/2016 | reviewing correspondence re: Canadian appeal; | 0.1 | 50.50 | 13630831 |
| DeMarinis | Tony | 22/04/2016 | reviewing materials served by Monitor in re claims and allocation judgment; | 0.4 | 338.00 | 13634171 |
| Slavens | Adam | 22/04/2016 | telephone calls with C. Armstrong, G. Finlayson and S. Kukulowicz re allocation trial order (1.7); reviewing, commenting on, and considering form of order (3.0); email | 5.5 | 3,190.00 | 13634329 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| | | | correspondence with working group re same (0.8); | | | |
| Slavens | Adam | 22/04/2016 | reviewing email correspondence, background information and draft claims resolution plan re claims of Calgary Former Employees; | 1.9 | 1,102.00 | 13634347 |
| Slavens | Adam | 23/04/2016 | reviewing correspondence to Justice Newbould re allocation trial order (0.5); preparing for chambers appointment re same (1.0); | 1.5 | 870.00 | 13634360 |
| Bomhof | Scott A. | 24/04/2016 | reviewing materials forwarded to Justice Newbould regarding allocation order; | 0.5 | 347.50 | 13632289 |
| Slavens | Adam | 24/04/2016 | telephone call with D.J. Miller re allocation trial order (0.3); email correspondence with C. Armstrong, G. Finlayson and S. Kukulowicz re same (0.5); reviewing, commenting on, and considering form of order (1.5); preparing for chambers appointment re same (0.8); | 3.1 | 1,798.00 | 13634351 |
| Frazer | Mitch | 25/04/2016 | having call with Adam Slavens re the Calgary former employee claims (0.2); receiving e-mails from and to Adam Slavens re same (0.2); reviewing the claim (0.6); | 1.0 | 765.00 | 13636124 |
| Slavens | Adam | 25/04/2016 | telephone calls and email correspondence with C. Armstrong, G. Finlayson and S. Kukulowicz re allocation trial order (1.0); reviewing, commenting on, and considering form of order (1.3); preparing for chambers appointment before Newbould J. re same (1.3); call and email correspondence with M. Frazer (0.4); | 4.0 | 2,320.00 | 13642087 |
| Frazer | Mitch | 26/04/2016 | reviewing Calgary former employee claims; | 0.5 | 382.50 | 13637845 |
| Slavens | Adam | 26/04/2016 | attending chambers appointment before Newbould J. re same (1.0); preparing for same (1.9); preparing reporting email to Cleary team re same (0.2); | 3.1 | 1,798.00 | 13642111 |
| Slavens | Adam | 26/04/2016 | reviewing email correspondence, background information and draft claims resolution plan re claims of Calgary Former Employees; | 2.4 | 1,392.00 | 13642116 |
| Frazer | Mitch | 27/04/2016 | reviewing former Calgary employees claim documents; sending e-mail to Adam Slavens re same; | 1.5 | 1,147.50 | 13640446 |
| Slavens | Adam | 27/04/2016 | reviewing email correspondence, background information and draft claims resolution plan re claims of Calgary Former Employees (1.7); email correspondence with L. Schweitzer re same (0.3); | 2.0 | 1,160.00 | 13642131 |
| Slavens | Adam | 27/04/2016 | organizing research materials re Canadian legal issues; | 2.0 | 1,160.00 | 13642134 |
| Tartick | Bradley | 28/04/2016 | conducting case law research on Section 119 of the Canada Business Corporations Act (1.6); summarizing findings (0.9); meeting with Mitch Frazer; and other related matters (0.4); | 2.9 | 1,131.00 | 13642515 |
| Frazer | Mitch | 28/04/2016 | having call with Adam Slavens re the Calgary former employees claim (0.4); having office conference with Brad Tartick re same (0.4); | 0.8 | 612.00 | 13643780 |
| Bomhof | Scott A. | 28/04/2016 | reviewing Calgary employee claims material and speak to A. Slavens regarding allocation impact of claims; | 1.0 | 695.0 | 13644987 |
| Slavens | Adam | 28/04/2016 | telephone calls and email correspondence with L. Schweitzer, C. Armstrong, M. Frazer and S. | 1.2 | 696.00 | 13645366 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Slavens | Adam | 28/04/2016 | Bomhof re claims of Calgary Former Employees; organizing research materials re Canadian legal issues; | 1.5 | 870.00 | 13645451 |
| Dafoe | Sarah | 28/04/2016 | Noting up CBCA provision (Tartick, B.); | 2.4 | 744.00 | 13654151 |
| Bomhof | Scott A. | 29/04/2016 | reviewing Calgary employee claims determination motion record (.5); telephone call with C. Armstrong regarding impact of Calgary employee claims on allocation (.2); telephone call with A. Slavens and L. Schweitzer regarding allocation issues (.3); | 1.0 | 695.00 | 13646668 |
| Frazer | Mitch | 29/04/2016 | revising the Calgary former employee claims reporting e-mail; having discussion with Brad Tartick re same; sending e-mail to Adam Slavens re same; | 1.1 | 841.50 | 13647145 |
| Slavens | Adam | 29/04/2016 | telephone calls and email correspondence with L. Schweitzer, C. Armstrong, J. Ray, M. Wunder and S. Bomhof re claims of Calgary Former Employees; | 2.0 | 1,160.00 | 13647823 |
| Tartick | Bradley | 29/04/2016 | conducting case law research on Section 119 of the Canada Business Corporations Act; summarizing findings; meeting with Mitch Frazer; and other related matters | 0.7 | 273.00 | 13649761 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Slavens | Adam | 01/04/2016 | preparing for April 5, 2016, appeal hearing; | 5.8 | 3,364.00 | 13600135 |
| Slavens | Adam | 01/04/2016 | reviewing motion materials re April 5, 2016, appeal hearing; | 0.8 | 464.00 | 13600140 |
| Slavens | Adam | 03/04/2016 | preparing for April 5, 2016, appeal hearing; | 4.8 | 2,784.00 | 13600220 |
| Laskin | Aria | 04/04/2016 | coordinating hearing observation between offices and corresponding with counsel; | 0.5 | 135.00 | 13596192 |
| Slavens | Adam | 04/04/2016 | travel from Toronto, Ontario, to Wilmington, Delaware, for April 5, 2016, appeal hearing; | 2.9 | 1,682.00 | 13600320 |
| Slavens | Adam | 04/04/2016 | preparing for April 5, 2016, appeal hearing; | 3.2 | 1,856.00 | 13600321 |
| Laskin | Aria | 05/04/2016 | organizing hearing observation; | 0.5 | 135.00 | 13599466 |
| Slavens | Adam | 05/04/2016 | travel from Wilmington, Delaware, to Toronto, Ontario, following April 5, 2016, appeal hearing; | 2.8 | 1,624.00 | 13600322 |
| Slavens | Adam | 05/04/2016 | attending appeal hearing (3.8); preparing for hearing (0.3); reviewing notes from same (0.9); | 5.0 | 2,900.00 | 13600323 |
| Block | Sheila R. | 05/04/2016 | (Toronto Office):  U.S. appeal; | 3.0 | 2,670.00 | 13607136 |
| Slavens | Adam | 06/04/2016 | telephone call with W. Gray re April 5, 2016 appeal hearing (0.4); reviewing notes re same (0.7); office conferences with S. Bomhof, S. Block, A. Laskin and J. Silver re same (0.5); | 1.6 | 928.00 | 13609624 |
| Gray | William | 06/04/2016 | Confer with A. Slavens regarding appeal hearing (0.4); work on substantive consolidation case law developments particularly Ninth Circuit BAP decision (1.0); | 1.4 | 1,323.00 | 13625536 |
| Bomhof | Scott A. | 06/04/2016 | Internal conference regarding appeal hearing; | 0.5 | 347.50 | 13686991 |
| Laskin | Aria | 06/04/2016 | Internal conference regarding appeal hearing; | 0.5 | 135.00 | 13686992 |