# EXHIBIT B

**Nortel**
**April 2016 Disbursements**

| | | | | |
|---|---|---|---|---|
| 303 Taxi & Travel | 26/04/2016 | $ | 6.88 | Taxi & Travel |
| | | | | Slavens, Adam; Taxi/Car Service - 330 University |
| | | | | attend at court |
| 801 Copies | 27/04/2016 | | 2.00 | Copies |
| 808 Laser Printing | 22/04/2016 | | 2.60 | Laser Printing |
| 808 Laser Printing | 25/04/2016 | | 4.20 | Laser Printing |
| 808 Laser Printing | 26/04/2016 | | 12.50 | Laser Printing |
| 808 Laser Printing | 26/04/2016 | | 7.70 | Laser Printing |
| 808 Laser Printing | 27/04/2016 | | 0.60 | Laser Printing |
| 808 Laser Printing | 27/04/2016 | | 5.50 | Laser Printing |
| 808 Laser Printing | 28/04/2016 | | 3.00 | Laser Printing |
| 808 Laser Printing | 28/04/2016 | | 0.20 | Laser Printing |
| 808 Laser Printing | 28/04/2016 | | 28.80 | Laser Printing |
| 808 Laser Printing | 29/04/2016 | | 0.20 | Laser Printing |
| 808 Laser Printing | 29/04/2016 | | 31.20 | Laser Printing |
| 4808 Laser Printing | 13/04/2016 | | 0.80 | Laser Printing |
| 4808 Laser Printing | 19/04/2016 | | 0.80 | Laser Printing |
| 4808 Laser Printing | 26/04/2016 | | 0.90 | Laser Printing |
| 4808 Laser Printing | 27/04/2016 | | 1.90 | Laser Printing |
| 4808 Laser Printing | 27/04/2016 | | 0.90 | Laser Printing |
| | | $ | 103.80 | |
| 885 On Line Research Charges - Quicklaw | 28/04/2016 | | 104.73 | On Line Research Charges - Quicklaw |
| 885 On Line Research Charges - Quicklaw | 29/04/2016 | | 38.50 | On Line Research Charges - Quicklaw |
| 887 On Line Research Charges -WestlaweCarswell Incl. | 28/04/2016 | | 25.99 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 On Line Research Charges -WestlaweCarswell Incl. | 29/04/2016 | | 65.84 | On Line Research Charges -WestlaweCarswell Incl. |
| | | $ | 235.06 | |
| | | $ | 345.74 | |