# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| Nortel Networks Inc., <u>et al.</u>,[1] | ) Case No. 09-10138 (KG) |
|  | ) |
| Debtors. | ) (Jointly Administered) |
|  | ) |
|  | ) **Hearing Date: TBD** |

## SIXTH INTERIM APPLICATION OF WHITEFORD, TAYLOR & PRESTON LLC FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE <u>PERIOD FROM FEBRUARY 1, 2016 THROUGH APRIL 30, 2016</u>

| | |
|---|---|
| Name of Applicant: | <u>Whiteford, Taylor & Preston LLC</u> |
| Authorized to Provide Professional Services to: | <u>Official Committee of Unsecured Creditors</u> |
| Date of Retention: | <u>January 13, 2015, *nunc pro tunc* to November 17, 2014</u> |
| Period for which compensation and reimbursement are sought: | <u>February 1, 2016 through April 30, 2016</u> |
| Amount of Compensation sought as actual, reasonable, and necessary: | <u>$202,460.50</u> |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | <u>$1,984.75</u> |

This is a(n):  __ monthly     <u>X</u>  interim     __ final

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567); and Nortel Networks (CALA) Inc. (4226).

## SUMMARY OF FEE APPLICATIONS FOR COMPENSATION PERIOD
## FEBRUARY 1, 2016 THROUGH APRIL 30, 2016

| Date Filed | | Requested | | Approved/ Pending Approval | | Holdback Fees Requested Fees |
|---|---|---|---|---|---|---|
| | | | | (80%) | (100%) | |
| Docket No. 16609 Date Filed: 3/8/16 | 2/1/16 - 2/29/16 | $91,469.00 | $177.68 | $73,175.20 | $177.68 | $18,293.80 |
| Docket No. 16735 Date Filed: 4/19/16 | 3/1/16 - 3/31/16 | $60,867.50 | $1,360.16 | $48,694.00 | $1,360.16 | $12,173.50 |
| Docket No. 16802 Date Filed: 5/10/16 | 4/1/16 - 4/30/16 | $50,124.00 | $446.91 | $40,099.20 *(Pending obj. deadline of 5/31/16)* | $446.91 *(Pending obj. deadline of 5/31/16)* | $10,024.80 |
| **TOTALS:** | | $202,460.50 | $1,984.75 | $161,968.40[2] | $1,984.75[3] | $40,492.10 |

Summary of Any Objections to Fee Applications: None

---

[2] The total amount reflected in this column includes amounts pending approval.
[3] The total amount reflected in this column includes amounts pending approval.

2

3

Dated: May 26, 2016
    Wilmington, Delaware

*/s/ Katherine Good*
Christopher M. Samis (No. 4909)
L. Katherine Good (No. 5101)
Chantelle D. McClamb (No. 5978)
Whiteford, Taylor & Preston LLC
The Renaissance Centre
405 North King Street, Suite 500
Wilmington, Delaware 19801
Telephone: (302) 353-4144
Facsimile: (302) 661-7950

-and-

Fred S. Hodara, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, New York 10036
Telephone:  (212) 872-1000
Facsimile:  (212) 872-1002

*Co-Counsel to the Official Committee of Unsecured Creditors of Nortel Networks Inc., et al.*