**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>Nortel Networks Inc., et al.,[1]<br><br>　　　　Debtors. | ) <br>) Chapter 11 <br>) Case No. 09-10138 (KG) <br>) Jointly Administered <br>) <br>) **Hearing Date:** TBD <br>) |

## NOTICE OF TWENTY-NINTH INTERIM FEE APPLICATION REQUEST

| | |
|---|---|
| Name of Applicant: | Ashurst LLP |
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors |
| Date of Retention: | March 5, 2009 (nunc pro tunc to January 30, 2009) |
| Period for which Compensation and Reimbursement is sought: | February 1, 2015 through April 30, 2016 |
| Amount of Compensation sought as actual, reasonable and necessary | £71,393.00 (US $104,947.71)[2] |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | £10,883.10 (US $15,998.16)[3] |

This is (a)n:  X  interim ___ final application.

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems, Inc. (9769); Nortel Altsystems International, Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567); and Nortel Networks (CALA) Inc. (4226).

[2]   The amount stated in parenthesis is for informational purposes only and reflects the international foreign exchange rate of £1 to US $1.47 as published by Bloomberg.com on the date of this application.

[3]   The amount stated in parenthesis is for informational purposes only and reflects the international foreign exchange rate of £1 to US $1.47 as published by Bloomberg.com on the date of this application.

1

48828228

Summary of Fee Applications for Compensation Period:

| Date Filed Docket No. | Period Covered | Requested | | Approved | | Holdback Fees Requested |
|---|---|---|---|---|---|---|
| | | Fees | Expenses | Fees (80%) | Expenses (100%) | Fees (20%) |
| Date Filed: 03/31/2016 Docket No. 16660 | 02/01/2016 – 02/29/2016 | £47,487.00 | £15.90 | £37,989.60 | £15.90 | £9,497.40 |
| Date Filed: 04/29/2016 Docket No. 16771 | 03/01/2016 – 03/31/2016 | £12,868.00 | £18.00 | £10,294.40 | £18.00 | £2,573.60 |
| Date Filed: 05/25/2016 Docket No. 16847 | 04/01/2016 – 04/30/2016 | £11,038.00 | £10,849.20 | Pending Obj deadline 06/15/2016 £8,830.40 | Pending Obj deadline 06/15/2016 £10,849.20 | £2,207.60 |
| **TOTALS:** | | £71,393.00 | £10,883.10 | £57,114.40 | £10,883.10 | £14,278.60 |

Summary of any Objections to Fee Applications:  None.

Dated:    May 26, 2016
         London, United Kingdom

_____
**Giles Boothman**
ASHURST LLP
Broadwalk House
5 Appold Street
London EC2A 2HA
Telephone:  +44 (0)20 7638 1111
Facsimile:  +44 (0)20 7638 1112

European Counsel to the Official Committee of Unsecured Creditors of Nortel Networks Inc., *et al.*

2

48828228