# EXHIBIT B



## CASSELS BROCK
L A W Y E R S

Cassels Brock & Blackwell LLP
2100, Scotia Plaza
40 King Street West
Toronto, ON Canada M5H 3C2
T  416 869 5300
F  416 360 8877

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF NORTEL NETWORKS INC
C/O AKIN GUMP STRAUSS HAUER & FELD LLP
ATTN: FRED HODARA
ONE BRYANT PARK
NEW YORK, NY  10036 USA

**INVOICE #1988660**
HST/GST #: R121379572

| Date | Matter Number | Lawyer |
|---|---|---|
| May 26, 2016 | 46992-00001 | Michael Wunder |

### The Official Committee of Unsecured Creditors
### Re: Nortel Networks Inc., et al.

| | |
|---|---|
| Professional Fees | $  62,875.00 |
| Disbursements | 255.00 |
| **Total Amount Due** | **$  63,130.00** CDN |

**Cassels Brock & Blackwell LLP**

Per: _____
Michael Wunder

**Wire Transfer:**
Bank of Nova Scotia
44 King St. West, Toronto, ON  M5H 1H1
Swift Code:  NOSCCATT
Bank ID:  002  Transit: 47696
CAD Funds Bank Account : 00739-11
ABA Routing #: 026 002 532
Reference: Please include the lawyer's name and the
invoice number

**Credit Card:**
Payments are accepted via telephone, email or fax.
We accept
American Express, MasterCard or Visa (please circle
one).
Card No.

_____
Expiry Date: _____ Amount:
_____

Cardholder Name:
_____

Signature:
_____

CASSELS BROCK & BLACKWELL LLP                        Invoice # 1988660
The Official Committee of Unsecured Creditors          Matter # 46992-00001
Re: Nortel Networks Inc, et al.

**Invoice Detail**

**TO PROFESSIONAL SERVICES RENDERED up to and including 02/29/2016**

| Date | ID | TASK | Narrative | Hours |
|------|------|------|-----------|-------|
| 2/1/2016 | RSK | 31 | Attend Court hearing regarding approval of IP address sale and Dunn claims procedure. | 0.9 |
| 2/1/2016 | RSK | 31 | Review of correspondence from counsel for Dunn regarding cross-motion. | 0.3 |
| 2/1/2016 | MWU | 31 | Confer with Cassels team regarding Canadian court hearing. | 0.2 |
| 2/1/2016 | MWU | 12 | Review U.S. court ruling regarding SNMP claims litigation. | 0.3 |
| 2/2/2016 | RSK | 29 | Telephone attendance with trade claims consortium lawyer regarding Canadian allocation issues. | 0.3 |
| 2/2/2016 | RSK | 29 | Review of SNMP claims court decision. | 0.3 |
| 2/2/2016 | RSK | 31 | Email report to Akin Gump on address sale by Canadian debtors and Dunn claims process motions. | 0.3 |
| 2/2/2016 | RSK | 31 | Exchange email correspondence with Monitor's Canadian counsel regarding Dunn claims process. | 0.2 |
| 2/2/2016 | MWU | 31 | Review report to UCC advisors regarding Canadian court hearing. | 0.1 |
| 2/3/2016 | RSK | 31 | Exchange email correspondence with M. Wunder regarding status and Canadian reports to UCC. | 0.2 |
| 2/4/2016 | RSK | 7 | Participated in Committee call. | 0.6 |
| 2/4/2016 | MWU | 29 | Review and analyze allocation litigation appeal briefs, and assess Canadian issues for Canadian allocation appeal litigation. | 1.9 |
| 2/5/2016 | RSK | 29 | Review of U.S. appeal draft reply briefs of UCC and bondholders. | 1.5 |
| 2/6/2016 | RSK | 29 | Review of U.S. appeal draft reply brief of U.S. debtors. | 0.8 |
| 2/8/2016 | GBS | 31 | Consider Canadian litigation appeal issues. | 0.2 |
| 2/8/2016 | RSK | 31 | Review correspondence from counsel for Wilmington Trust regarding Canadian PPI appeal. | 0.2 |
| 2/8/2016 | RSK | 31 | Review of Canadian court order regarding Dunn claims productions. | 0.2 |
| 2/8/2016 | RSK | 31 | Review of responses filed by Monitor, UKPC and CCC to application for leave to appeal the Bondholder PPI decision to the SCC. | 2.4 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

-3-

CASSELS BROCK & BLACKWELL LLP                    Invoice # 1988660
The Official Committee of Unsecured Creditors           Matter # 46992-00001
Re: Nortel Networks Inc, et al.

| Date | ID | TASK | Narrative | Hours |
|------|-----|------|-----------|-------|
| 2/8/2016 | RSK | 31 | Review of material and documents regarding allocation theories. | 0.9 |
| 2/8/2016 | MWU | 31 | Email correspondence with Akin Gump regarding Canadian proceeding litigation. | 0.2 |
| 2/8/2016 | MWU | 29 | Email correspondence with Delaware counsel regarding court hearing. | 0.1 |
| 2/8/2016 | MWU | 29 | Analysis of allocation theories. | 1.1 |
| 2/8/2016 | MWU | 31 | Review and analyze Canadian court filings by multiple parties in connection with leave for appeal application by bondholders to Supreme Court of Canada regarding PPI decision. | 2.2 |
| 2/8/2016 | RJA | 12 | Begin review of response briefs of Monitor, CCC and UKPC to bondholder leave to appeal to SCC regarding post-filing interest. | 2.9 |
| 2/8/2016 | RJA | 12 | Email correspondence with Akin Gump team regarding response briefs of Monitor, CCC and UKPC to bondholder leave to appeal to SCC regarding post-filing interest. | 0.2 |
| 2/9/2016 | MWU | 3 | Complete November 2015 fee application. | 0.6 |
| 2/9/2016 | MWU | 31 | Review responding legal briefs filed in CCAA proceeding regarding leave for appeal application by bondholders regarding the Canadian PPI decision regarding PPI leave application. | 1.2 |
| 2/9/2016 | MWU | 29 | Analysis of allocation theories. | 1.6 |
| 2/10/2016 | RSK | 29 | Review of revised U.S. reply brief for UCC regarding allocation litigation. | 1.4 |
| 2/11/2016 | RSK | 29 | Review of revised reply brief of U.S. debtors for U.S. appeal proceedings. | 0.8 |
| 2/11/2016 | RSK | 7 | Preparation for (0.4) and participated in Committee call (0.7). | 1.1 |
| 2/11/2016 | RSK | 29 | Exchange email correspondence with Akin Gump regarding Nortel allocation issues. | 0.4 |
| 2/11/2016 | MWU | 7 | Attend on UCC call. | 0.7 |
| 2/11/2016 | MWU | 29 | Email correspondence to and from UCC advisors regarding Nortel allocation issues. | 0.3 |
| 2/11/2016 | MWU | 29 | Assist Akin Gump with preparation of UCC responding allocation appeal brief and review of Canadian court orders in connection therewith. | 1.4 |
| 2/11/2016 | RJA | 7 | Participate in weekly Committee call. | 0.7 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

-4-

CASSELS BROCK & BLACKWELL LLP                           Invoice # 1988660
The Official Committee of Unsecured Creditors            Matter # 46992-00001
Re: Nortel Networks Inc, et al.

| Date | ID | TASK | Narrative | Hours |
|------|-----|------|-----------|-------|
| 2/12/2016 | RSK | 29 | Review of U.S. appeal reply brief of NNSA conflicts administrator. | 0.5 |
| 2/12/2016 | RSK | 29 | Review of cross-appeal opposition brief of UKPC. | 0.3 |
| 2/12/2016 | RSK | 29 | Review of U.S. appeal reply briefs of Bondholders, U.S. debtors and UCC. | 1.2 |
| 2/12/2016 | RSK | 29 | Review of U.S. appeal reply brief of PBGC. | 0.2 |
| 2/12/2016 | RSK | 29 | Review of U.S. appeal reply brief of Law Debenture. | 0.4 |
| 2/12/2016 | RSK | 29 | Review of U.S. appeal reply brief of Trade Consortium. | 0.8 |
| 2/12/2016 | MWU | 29 | Review and analyze allocation appeal responding briefs. | 1.8 |
| 2/13/2016 | MWU | 29 | Continue review of allocation appeal responding briefs and analyze for Canadian issues for Canadian allocation appeal litigation. | 1.9 |
| 2/16/2016 | RSK | 29 | Further review of U.S. appeal reply briefs and outline arguments for Canadian appeal. | 2.2 |
| 2/16/2016 | MWU | 29 | Continued review and analysis of allocation appeal responding briefs. | 0.8 |
| 2/17/2016 | RSK | 31 | Review of Reply Brief of Bondholders regarding leave to appeal PPI decision to SCC. | 1 |
| 2/17/2016 | RJA | 12 | Review Capstone summary regarding bondholder claims and fee issues. | 0.9 |
| 2/18/2016 | HFE | 8 | Attend Nortel Canadian court hearing and prepare summary for UCC advisors. | 6.5 |
| 2/18/2016 | RSK | 29 | Report to UCC advisors regarding Bondholder Reply for leave to appeal application to Supreme Court of Canada. | 0.2 |
| 2/18/2016 | RSK | 12 | Review email correspondence regarding UKPC claim appeal hearing. | 0.2 |
| 2/18/2016 | RSK | 7 | Participated in Committee call. | 0.9 |
| 2/18/2016 | RSK | 29 | Review of NNUK progress report. | 0.6 |
| 2/18/2016 | MWU | 7 | Attend on UCC call. | 0.9 |
| 2/18/2016 | MWU | 12 | Review Canadian court filings regarding UKPC Canadian claim appeal and confer with H. Fender regarding same and Canadian appeal hearing. | 1.2 |
| 2/18/2016 | MWU | 7 | Review documents and court filings to prepare for UCC call and discussions with UCC advisors. | 0.4 |
| 2/18/2016 | RJA | 7 | Participate in weekly Committee call. | 0.9 |
| 2/18/2016 | RJA | 12 | Email correspondence with Capstone regarding bondholder fee sensitivity analysis. | 0.1 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.

Invoice # 1988660
Matter # 46992-00001

| Date | ID | TASK | Narrative | Hours |
|------|-----|------|-----------|-------|
| 2/18/2016 | RJA | 12 | Email correspondence with H. Fender regarding UKPC claim appeal at Ontario Court of Appeal. | 0.1 |
| 2/19/2016 | RSK | 31 | Review of SNMP Canadian motion for sealing order. | 0.5 |
| 2/19/2016 | RSK | 12 | Review email correspondence from Akin Gump and summary of UKPC claims decision appeal. | 0.3 |
| 2/19/2016 | MWU | 12 | Review Akin Gump update correspondence to UK counsel and status report regarding Canadian claims litigation. | 0.2 |
| 2/19/2016 | MWU | 29 | Review allocation appeal court filings, and analyze issues and arguments for Canadian allocation appeal litigation. | 1.7 |
| 2/21/2016 | MWU | 3 | Prepare January 2016 fee account. | 1.2 |
| 2/22/2016 | RSK | 12 | Review correspondence between counsel for UKPC and Monitor regarding advisor fees and claims. | 0.8 |
| 2/22/2016 | RSK | 12 | Review report from Ashurst regarding UKPC claims. | 0.2 |
| 2/22/2016 | MWU | 31 | Review Canadian motion record for sealing of documents regarding SNMP claims litigation, and forward update report to UCC advisors, and prior SNMP court filings. | 1.3 |
| 2/22/2016 | MWU | 12 | Review summary of issues and status update from UCC UK counsel relating to UKPC claims against Canadian debtors, and related matters. | 0.6 |
| 2/23/2016 | MWU | 31 | Review multiple correspondence between Canadian counsel for Monitor and UKPC, regarding Canadian case issues, and forward to UCC advisors with reporting. | 0.8 |
| 2/23/2016 | MWU | 29 | Review allocation appeal court filings and consider arguments for Canadian allocation appeal proceedings. | 2.3 |
| 2/24/2016 | RSK | 29 | Review summary of U.S. allocation appeal issues from Judge Gross. | 0.2 |
| 2/24/2016 | RSK | 12 | Review of SNMP claims litigation appeal court filings. | 0.2 |
| 2/24/2016 | MWU | 3 | Prepare December 2015 fee application. | 1.7 |
| 2/24/2016 | MWU | 3 | Prepare January 2016 fee account. | 1.4 |
| 2/24/2016 | MWU | 12 | Review SNMP court filings in U.S. and consider Canadian claims implications. | 1.6 |
| 2/25/2016 | MWU | 7 | Attend on UCC call. | 0.4 |
| 2/25/2016 | MWU | 3 | Prepare December 2015 fee application. | 1 |
| 2/25/2016 | MWU | 12 | Review and analyze bond fee agreements and correspondence regarding claim matters. | 1.4 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP                    Invoice # 1988660
The Official Committee of Unsecured Creditors       Matter # 46992-00001
Re: Nortel Networks Inc, et al.

| Date | ID | TASK | Narrative | Hours |
|------|-----|------|-----------|-------|
| 2/26/2016 | MWU | 12 | Review SNMP Canadian claims litigation court filings, and analyze sealing issues. | 0.6 |
| 2/26/2016 | MWU | 29 | Review court filings regarding allocation appeals. | 0.8 |
| 2/29/2016 | MWU | 31 | Email correspondence to and from NNI's Canadian counsel regarding Canadian proceeding motions. | 0.2 |
| 2/29/2016 | MWU | 12 | Report to UCC advisors regarding bondholder claims and fee payment issues and correspondence, and further review of agreements and letter correspondence. | 1.7 |
| 2/29/2016 | MWU | 3 | Complete preparation of January 2016 fee account, and fee application. | 1.8 |
| 2/29/2016 | MWU | 3 | Prepare quarterly fee application and forward to Delaware counsel. | 0.5 |
|  |  |  | **Total** | **76.1** |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.

Invoice # 1988660
Matter # 46992-00001

| Name | Title | Department | Province of Bar Admission/Year | Hours | Rate | Billed Value |
|------|-------|-----------|-------------------------------|-------|------|--------------|
| Geoffrey B. Shaw | Partner | Advocacy | Ontario - 1986 | 0.20 | $945.00 | $189.00 |
| Hilary Fender | Associate | Financial Restructuring | Ontario - 2015 | 6.50 | $390.00 | $2,535.00 |
| Michael Wunder | Partner | Financial Restructuring | Ontario - 1990 | 40.10 | $835.00 | $33,483.50 |
| Ryan Jacobs | Partner | Financial Restructuring | Ontario - 2011 | 5.80 | $850.00 | $4,930.00 |
| Shayne Kukulowicz | Partner | Financial Restructuring | Ontario - 1990 | 23.50 | $925.00 | $21,737.50 |
| | | | | | | |
| TOTAL | | | | 76.10 | | $ 62,875.00 |

**TOTAL PROFESSIONAL FEES**                        $  62,875.00

**Non-Taxable Disbursements**

|  |  |
|--|--|
| Copies | 158.60 |
| Binding, Tabs, Disks, etc | 12.85 |
| Library Computer Searches | 57.00 |
| Travel / Ground Transportation | 26.55 |

**Total Disbursements and Tax**                              255.00

**Total Fees, Disbursements & Tax**            $    63,130.00 CDN

CASSELS BROCK & BLACKWELL LLP               Invoice # 1988660
The Official Committee of Unsecured Creditors       Matter # 46992-00001
Re: Nortel Networks Inc, et al.

### Time Summary By Task Code:

| Task Codes | Description | Hours | Fees |
|---|---|---|---|
| 0003 | Cassels Brock Fee Application/Monthly Billing Reports | 8.20 | 6,847.00 |
| 0007 | Creditors Committee Meetings | 6.60 | 5,769.00 |
| 0008 | Court Hearings | 6.50 | 2,535.00 |
| 0012 | General Claims Analysis/Claims Objections | 13.50 | 11,488.50 |
| 0029 | Intercompany Analysis | 27.80 | 24,302.00 |
| 0031 | Canadian Proceedings/Matters | 13.50 | 11,933.50 |
| | | | |
| **TOTAL** | | **76.10** | **$  62,875.00** |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.

Invoice # 1988660
Matter # 46992-00001

## Disbursement Details:

| Date | Narrative | Quantity | Amount |
|------|-----------|----------|--------|
| 2/1/2016 | Copies | 15 | 1.50 |
| 2/1/2016 | Copies | 3 | 0.30 |
| 2/1/2016 | Copies | 2 | 0.20 |
| 2/1/2016 | Library Computer Searches - Westlaw searches | 1 | 57.00 |
| 2/3/2016 | Copies | 6 | 0.60 |
| 2/3/2016 | Copies | 6 | 0.60 |
| 2/3/2016 | Copies | 6 | 0.60 |
| 2/3/2016 | Copies | 4 | 0.40 |
| 2/3/2016 | Copies | 6 | 0.60 |
| 2/8/2016 | Copies | 7 | 0.70 |
| 2/8/2016 | Copies | 2 | 0.20 |
| 2/8/2016 | Copies | 93 | 9.30 |
| 2/8/2016 | Copies | 90 | 9.00 |
| 2/8/2016 | Copies | 2 | 0.20 |
| 2/8/2016 | Copies | 22 | 2.20 |
| 2/8/2016 | Copies | 3 | 0.30 |
| 2/8/2016 | Copies | 4 | 0.40 |
| 2/8/2016 | Copies | 113 | 11.30 |
| 2/8/2016 | Copies | 125 | 12.50 |
| 2/8/2016 | Copies | 4 | 0.40 |
| 2/8/2016 | Copies | 3 | 0.30 |
| 2/8/2016 | Copies | 4 | 0.40 |
| 2/8/2016 | Copies | 2 | 0.20 |
| 2/8/2016 | Copies | 20 | 2.00 |
| 2/8/2016 | Copies | 5 | 0.50 |
| 2/8/2016 | Copies | 5 | 0.50 |
| 2/8/2016 | Copies | 2 | 0.20 |
| 2/8/2016 | Copies | 4 | 0.40 |
| 2/9/2016 | Copies | 1 | 0.10 |
| 2/9/2016 | Copies | 1 | 0.10 |
| 2/9/2016 | Copies | 1 | 0.10 |
| 2/9/2016 | Copies | 1 | 0.10 |
| 2/9/2016 | Copies | 1 | 0.10 |
| 2/9/2016 | Copies | 1 | 0.10 |
| 2/9/2016 | Copies | 22 | 2.20 |
| 2/9/2016 | Copies | 20 | 2.00 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.

Invoice # 1988660
Matter # 46992-00001

| Date | Narrative | Quantity | Amount |
|------|-----------|----------|--------|
| 2/9/2016 | Copies | 2 | 0.20 |
| 2/9/2016 | Copies | 74 | 7.40 |
| 2/9/2016 | Binding, Tabs, Disks, etc | 1 | 9.60 |
| 2/9/2016 | Copies | 5 | 0.50 |
| 2/10/2016 | Copies | 19 | 1.90 |
| 2/10/2016 | Copies | 12 | 1.20 |
| 2/11/2016 | Copies | 2 | 0.20 |
| 2/11/2016 | Copies | 30 | 3.00 |
| 2/11/2016 | Copies | 34 | 3.40 |
| 2/11/2016 | Copies | 35 | 3.50 |
| 2/11/2016 | Copies | 21 | 2.10 |
| 2/11/2016 | Copies | 2 | 0.20 |
| 2/11/2016 | Copies | 30 | 3.00 |
| 2/11/2016 | Copies | 3 | 0.30 |
| 2/11/2016 | Copies | 2 | 0.20 |
| 2/11/2016 | Copies | 1 | 0.10 |
| 2/11/2016 | Copies | 2 | 0.20 |
| 2/11/2016 | Copies | 4 | 0.40 |
| 2/11/2016 | Copies | 12 | 1.20 |
| 2/11/2016 | Copies | 12 | 1.20 |
| 2/12/2016 | Copies | 2 | 0.20 |
| 2/12/2016 | Copies | 14 | 1.40 |
| 2/12/2016 | Copies | 10 | 1.00 |
| 2/12/2016 | Copies | 16 | 1.60 |
| 2/12/2016 | Copies | 2 | 0.20 |
| 2/12/2016 | Copies | 9 | 0.90 |
| 2/12/2016 | Copies | 13 | 1.30 |
| 2/12/2016 | Copies | 7 | 0.70 |
| 2/12/2016 | Copies | 8 | 0.80 |
| 2/12/2016 | Copies | 3 | 0.30 |
| 2/12/2016 | Copies | 23 | 2.30 |
| 2/12/2016 | Copies | 2 | 0.20 |
| 2/16/2016 | Copies | 7 | 0.70 |
| 2/16/2016 | Copies | 10 | 1.00 |
| 2/17/2016 | Copies | 7 | 0.70 |
| 2/17/2016 | Copies | 9 | 0.90 |
| 2/17/2016 | Copies | 11 | 1.10 |
| 2/17/2016 | Copies | 11 | 1.10 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP                    Invoice # 1988660
The Official Committee of Unsecured Creditors      Matter # 46992-00001
Re: Nortel Networks Inc, et al.

| Date | Narrative | Quantity | Amount |
|------|-----------|----------|--------|
| 2/17/2016 | Travel - MICHAEL WUNDER - TAXI FROM SCOTIA PLAZA TO EGLINTON FOR M.WUNDER ON FEB 11/16 | 1 | 26.55 |
| 2/18/2016 | Copies | 16 | 1.60 |
| 2/18/2016 | Copies | 2 | 0.20 |
| 2/18/2016 | Copies | 28 | 2.80 |
| 2/18/2016 | Copies | 57 | 5.70 |
| 2/18/2016 | Copies | 4 | 0.40 |
| 2/19/2016 | Copies | 36 | 3.60 |
| 2/19/2016 | Copies | 2 | 0.20 |
| 2/19/2016 | Copies | 2 | 0.20 |
| 2/19/2016 | Copies | 3 | 0.30 |
| 2/19/2016 | Copies | 2 | 0.20 |
| 2/19/2016 | Copies | 2 | 0.20 |
| 2/19/2016 | Copies | 11 | 1.10 |
| 2/19/2016 | Binding, Tabs, Disks, etc | 1 | 3.25 |
| 2/22/2016 | Copies | 9 | 0.90 |
| 2/22/2016 | Copies | 9 | 0.90 |
| 2/22/2016 | Copies | 9 | 0.90 |
| 2/22/2016 | Copies | 9 | 0.90 |
| 2/22/2016 | Copies | 11 | 1.10 |
| 2/22/2016 | Copies | 10 | 1.00 |
| 2/22/2016 | Copies | 10 | 1.00 |
| 2/23/2016 | Copies | 2 | 0.20 |
| 2/23/2016 | Copies | 26 | 2.60 |
| 2/23/2016 | Copies | 28 | 2.80 |
| 2/23/2016 | Copies | 2 | 0.20 |
| 2/23/2016 | Copies | 4 | 0.40 |
| 2/23/2016 | Copies | 3 | 0.30 |
| 2/23/2016 | Copies | 2 | 0.20 |
| 2/23/2016 | Copies | 11 | 1.10 |
| 2/24/2016 | Copies | 5 | 0.50 |
| 2/24/2016 | Copies | 13 | 1.30 |
| 2/24/2016 | Copies | 2 | 0.20 |
| 2/24/2016 | Copies | 8 | 0.80 |
| 2/24/2016 | Copies | 6 | 0.60 |
| 2/25/2016 | Copies | 8 | 0.80 |
| 2/25/2016 | Copies | 19 | 1.9 |
| 2/25/2016 | Copies | 14 | 1.4 |
| 2/25/2016 | Copies | 14 | 1.4 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP                    Invoice # 1988660
The Official Committee of Unsecured Creditors         Matter # 46992-00001
Re: Nortel Networks Inc, et al.

| Date | Narrative | Quantity | Amount |
|------|-----------|----------|--------|
| 2/25/2016 | Copies | 19 | 1.9 |
| 2/26/2016 | Copies | 15 | 1.5 |
| 2/29/2016 | Copies | 2 | 0.2 |
| 2/29/2016 | Copies | 4 | 0.4 |
| 2/29/2016 | Copies | 4 | 0.4 |
| 2/29/2016 | Copies | 43 | 4.3 |
| 2/29/2016 | Copies | 2 | 0.2 |
| 2/29/2016 | Copies | 3 | 0.3 |
| 2/29/2016 | Copies | 3 | 0.3 |
| 2/29/2016 | Copies | 5 | 0.5 |
| 2/29/2016 | Copies | 5 | 0.5 |
| 2/29/2016 | Copies | 5 | 0.5 |
| 2/29/2016 | Copies | 5 | 0.5 |
| | **Total** | | **255.00** |