# EXHIBIT C

## DISBURSEMENT SUMMARY
## FEBRUARY 1 TO FEBRUARY 29, 2016
### (All Amounts in Canadian Dollars)

| | |
|---|---|
| <u>Non-Taxable Disbursements</u> | |
| Copies | $ 158.60 |
| Binding, Tabs, Disks, etc | $ 12.85 |
| Library Computer Searches | $ 57.00 |
| Travel/Ground Transportation | $ 26.55 |
| **Total Non-Taxable Disbursements** | **$ 255.00 CDN.** |