# EXHIBIT D

CASSELS BROCK & BLACKWELL LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 1988660  
Matter # 46992-00001

## Disbursement Details:

| Date | Narrative | Quantity | Amount |
|---|---|---|---|
| 2/1/2016 | Copies | 15 | 1.50 |
| 2/1/2016 | Copies | 3 | 0.30 |
| 2/1/2016 | Copies | 2 | 0.20 |
| 2/1/2016 | Library Computer Searches - Westlaw searches | 1 | 57.00 |
| 2/3/2016 | Copies | 6 | 0.60 |
| 2/3/2016 | Copies | 6 | 0.60 |
| 2/3/2016 | Copies | 6 | 0.60 |
| 2/3/2016 | Copies | 4 | 0.40 |
| 2/3/2016 | Copies | 6 | 0.60 |
| 2/8/2016 | Copies | 7 | 0.70 |
| 2/8/2016 | Copies | 2 | 0.20 |
| 2/8/2016 | Copies | 93 | 9.30 |
| 2/8/2016 | Copies | 90 | 9.00 |
| 2/8/2016 | Copies | 2 | 0.20 |
| 2/8/2016 | Copies | 22 | 2.20 |
| 2/8/2016 | Copies | 3 | 0.30 |
| 2/8/2016 | Copies | 4 | 0.40 |
| 2/8/2016 | Copies | 113 | 11.30 |
| 2/8/2016 | Copies | 125 | 12.50 |
| 2/8/2016 | Copies | 4 | 0.40 |
| 2/8/2016 | Copies | 3 | 0.30 |
| 2/8/2016 | Copies | 4 | 0.40 |
| 2/8/2016 | Copies | 2 | 0.20 |
| 2/8/2016 | Copies | 20 | 2.00 |
| 2/8/2016 | Copies | 5 | 0.50 |
| 2/8/2016 | Copies | 5 | 0.50 |
| 2/8/2016 | Copies | 2 | 0.20 |
| 2/8/2016 | Copies | 4 | 0.40 |
| 2/9/2016 | Copies | 1 | 0.10 |
| 2/9/2016 | Copies | 1 | 0.10 |
| 2/9/2016 | Copies | 1 | 0.10 |
| 2/9/2016 | Copies | 1 | 0.10 |
| 2/9/2016 | Copies | 1 | 0.10 |
| 2/9/2016 | Copies | 1 | 0.10 |
| 2/9/2016 | Copies | 22 | 2.20 |
| 2/9/2016 | Copies | 20 | 2.00 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 1988660  
Matter # 46992-00001

| Date | Narrative | Quantity | Amount |
|---|---|---|---|
| 2/9/2016 | Copies | 2 | 0.20 |
| 2/9/2016 | Copies | 74 | 7.40 |
| 2/9/2016 | Binding, Tabs, Disks, etc | 1 | 9.60 |
| 2/9/2016 | Copies | 5 | 0.50 |
| 2/10/2016 | Copies | 19 | 1.90 |
| 2/10/2016 | Copies | 12 | 1.20 |
| 2/11/2016 | Copies | 2 | 0.20 |
| 2/11/2016 | Copies | 30 | 3.00 |
| 2/11/2016 | Copies | 34 | 3.40 |
| 2/11/2016 | Copies | 35 | 3.50 |
| 2/11/2016 | Copies | 21 | 2.10 |
| 2/11/2016 | Copies | 2 | 0.20 |
| 2/11/2016 | Copies | 30 | 3.00 |
| 2/11/2016 | Copies | 3 | 0.30 |
| 2/11/2016 | Copies | 2 | 0.20 |
| 2/11/2016 | Copies | 1 | 0.10 |
| 2/11/2016 | Copies | 2 | 0.20 |
| 2/11/2016 | Copies | 4 | 0.40 |
| 2/11/2016 | Copies | 12 | 1.20 |
| 2/11/2016 | Copies | 12 | 1.20 |
| 2/12/2016 | Copies | 2 | 0.20 |
| 2/12/2016 | Copies | 14 | 1.40 |
| 2/12/2016 | Copies | 10 | 1.00 |
| 2/12/2016 | Copies | 16 | 1.60 |
| 2/12/2016 | Copies | 2 | 0.20 |
| 2/12/2016 | Copies | 9 | 0.90 |
| 2/12/2016 | Copies | 13 | 1.30 |
| 2/12/2016 | Copies | 7 | 0.70 |
| 2/12/2016 | Copies | 8 | 0.80 |
| 2/12/2016 | Copies | 3 | 0.30 |
| 2/12/2016 | Copies | 23 | 2.30 |
| 2/12/2016 | Copies | 2 | 0.20 |
| 2/16/2016 | Copies | 7 | 0.70 |
| 2/16/2016 | Copies | 10 | 1.00 |
| 2/17/2016 | Copies | 7 | 0.70 |
| 2/17/2016 | Copies | 9 | 0.90 |
| 2/17/2016 | Copies | 11 | 1.10 |
| 2/17/2016 | Copies | 11 | 1.10 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP                        Invoice # 1988660
The Official Committee of Unsecured Creditors        Matter # 46992-00001
Re: Nortel Networks Inc, et al.

| Date | Narrative | Quantity | Amount |
|---|---|---|---|
| 2/17/2016 | Travel - MICHAEL WUNDER - TAXI FROM SCOTIA PLAZA TO EGLINTON FOR M.WUNDER ON FEB 11/16 | 1 | 26.55 |
| 2/18/2016 | Copies | 16 | 1.60 |
| 2/18/2016 | Copies | 2 | 0.20 |
| 2/18/2016 | Copies | 28 | 2.80 |
| 2/18/2016 | Copies | 57 | 5.70 |
| 2/18/2016 | Copies | 4 | 0.40 |
| 2/19/2016 | Copies | 36 | 3.60 |
| 2/19/2016 | Copies | 2 | 0.20 |
| 2/19/2016 | Copies | 2 | 0.20 |
| 2/19/2016 | Copies | 3 | 0.30 |
| 2/19/2016 | Copies | 2 | 0.20 |
| 2/19/2016 | Copies | 2 | 0.20 |
| 2/19/2016 | Copies | 11 | 1.10 |
| 2/19/2016 | Binding, Tabs, Disks, etc | 1 | 3.25 |
| 2/22/2016 | Copies | 9 | 0.90 |
| 2/22/2016 | Copies | 9 | 0.90 |
| 2/22/2016 | Copies | 9 | 0.90 |
| 2/22/2016 | Copies | 9 | 0.90 |
| 2/22/2016 | Copies | 11 | 1.10 |
| 2/22/2016 | Copies | 10 | 1.00 |
| 2/22/2016 | Copies | 10 | 1.00 |
| 2/23/2016 | Copies | 2 | 0.20 |
| 2/23/2016 | Copies | 26 | 2.60 |
| 2/23/2016 | Copies | 28 | 2.80 |
| 2/23/2016 | Copies | 2 | 0.20 |
| 2/23/2016 | Copies | 4 | 0.40 |
| 2/23/2016 | Copies | 3 | 0.30 |
| 2/23/2016 | Copies | 2 | 0.20 |
| 2/23/2016 | Copies | 11 | 1.10 |
| 2/24/2016 | Copies | 5 | 0.50 |
| 2/24/2016 | Copies | 13 | 1.30 |
| 2/24/2016 | Copies | 2 | 0.20 |
| 2/24/2016 | Copies | 8 | 0.80 |
| 2/24/2016 | Copies | 6 | 0.60 |
| 2/25/2016 | Copies | 8 | 0.80 |
| 2/25/2016 | Copies | 19 | 1.9 |
| 2/25/2016 | Copies | 14 | 1.4 |
| 2/25/2016 | Copies | 14 | 1.4 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 1988660  
Matter # 46992-00001

| Date | Narrative | Quantity | Amount |
|---|---|---|---|
| 2/25/2016 | Copies | 19 | 1.9 |
| 2/26/2016 | Copies | 15 | 1.5 |
| 2/29/2016 | Copies | 2 | 0.2 |
| 2/29/2016 | Copies | 4 | 0.4 |
| 2/29/2016 | Copies | 4 | 0.4 |
| 2/29/2016 | Copies | 43 | 4.3 |
| 2/29/2016 | Copies | 2 | 0.2 |
| 2/29/2016 | Copies | 3 | 0.3 |
| 2/29/2016 | Copies | 3 | 0.3 |
| 2/29/2016 | Copies | 5 | 0.5 |
| 2/29/2016 | Copies | 5 | 0.5 |
| 2/29/2016 | Copies | 5 | 0.5 |
| 2/29/2016 | Copies | 5 | 0.5 |
| **Total** | | | **255.00** |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.