# EXHIBIT E

## SUMMARY OF LAWYERS AND PARALEGALS
## RENDERING SERVICES DURING THE PERIOD
## FEBRUARY 1, 2016 THROUGH FEBRUARY 29, 2016
### (All Amounts in Canadian Dollars)

| Name | Title | Department | Province of Bar Admission/Year | Hours | Rate | Billed Value |
|---|---|---|---|---|---|---|
| Geoffrey B. Shaw | Partner | Advocacy | Ontario - 1986 | 0.20 | $945.00 | $189.00 |
| Hilary Fender | Associate | Financial Restructuring | Ontario – 2015 | 6.50 | $390.00 | $2,535.00 |
| Michael Wunder | Partner | Financial Restructuring | Ontario - 1990 | 40.10 | $835.00 | $33,483.50 |
| Ryan Jacobs | Partner | Financial Restructuring | Ontario - 2011 | 5.80 | $850.00 | $4,930.00 |
| Shayne Kukulowicz | Partner | Financial Restructuring | Ontario - 1990 | 23.50 | $925.00 | $21,737.50 |
|  |  |  |  |  |  |  |
| TOTAL |  |  |  | 76.10 |  | $62,875.00 |

**Note**: Cassels Brock & Blackwell LLP provides information regarding a change in its hourly billing rates effective February 1, 2016 as more particularly set out on the immediately following page.

# SUMMARY OF LAWYERS AND PARALEGALS HOURLY RATES
## REFLECTING CHANGES EFFECTIVE FEBRUARY 1, 2016
### (All Amounts in Canadian Dollars)

| Name | Title | Department | Province of Bar Admission/Year | Hourly Billing Rate Before February 1, 2015 | Hourly Billing Rate After February 1, 2015 |
|---|---|---|---|---|---|
| Christopher Selby | Associate | Advocacy | Ontario - 2014 | $390.00 | $395.00 |
| Geoffrey B. Shaw | Partner | Advocacy | Ontario - 1986 | $945.00 | $945.00 |
| Hilary Fender | Associate | Financial Restructuring | Ontario - 2015 | $175.00 | $390.00 |
| Jane Dietrich | Partner | Financial Restructuring | Ontario - 2004 | $660.00 | $695.00 |
| J.D. Timothy Pinos | Partner | Advocacy | Ontario - 1980 | $965.00 | $965.00 |
| Kristin Taylor | Partner | Employment/Labour | Ontario - 1995 | $850.00 | $850.00 |
| Michael Wunder | Partner | Financial Restructuring | Ontario - 1990 | $810.00 | $835.00 |
| Monique Sassi | Associate | Financial Restructuring | Ontario - 2013 | $395.00 | $420.00 |
| Rose Plue | Law Clerk | Advocacy | | $320.00 | $320.00 |
| Ryan Jacobs | Partner | Financial Restructuring | Ontario - 2011 | $785.00 | $850.00 |
| Shayne Kukulowicz | Partner | Financial Restructuring | Ontario - 1990 | $910.00 | $925.00 |
| Stefanie Holland | Associate | Advocacy | Ontario - 2010 | $450.00 | $475.00 |
| Stephanie Waugh | Law Clerk | Financial Restructuring | | $200.00 | $200.00 |
| | Articling Students | | | $175.00 | $175.00 |
| | Summer Students | | | $125.00 | $125.00 |

**Note:** Lawyers who did not bill any time for the period February 1, 2015 to January 31, 2016 are not listed on this chart.