# EXHIBIT B

Legal*27365398.2



## CASSELS BROCK
LAWYERS

Cassels Brock & Blackwell LLP
2100, Scotia Plaza
40 King Street West
Toronto, ON Canada M5H 3C2
T  416 869 5300
F  416 360 8877

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF NORTEL NETWORKS INC
C/O AKIN GUMP STRAUSS HAUER & FELD LLP
ATTN: FRED HODARA
ONE BRYANT PARK
NEW YORK, NY  10036 USA

**INVOICE #1988661**
HST/GST #: R121379572

| Date | Matter Number | Lawyer |
|---|---|---|
| **May 26, 2016** | **46992-00001** | **Michael Wunder** |

**The Official Committee of Unsecured Creditors**
**Re: Nortel Networks Inc., et al.**

| | |
|---|---|
| Professional Fees | $  71,002.00 |
| Disbursements | 205.94 |
| **Total Amount Due** | **$  71,207.94 CDN** |

**Cassels Brock & Blackwell LLP**

Per: _____
Michael Wunder

**Wire Transfer:**
Bank of Nova Scotia
44 King St. West, Toronto, ON  M5H 1H1
Swift Code:  NOSCCATT
Bank ID:  002  Transit: 47696
CAD Funds Bank Account : 00739-11
ABA Routing #: 026 002 532
Reference: Please include the lawyer's name and the invoice number

**Credit Card:**
Payments are accepted via telephone, email or fax.
We accept
American Express, MasterCard or Visa (please circle one).
Card No.
_____
Expiry Date: _____ Amount: _____
_____
Cardholder Name:
_____
Signature:
_____

CASSELS BROCK & BLACKWELL LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 1988661

Matter # 46992-00001

## Invoice Detail

### TO PROFESSIONAL SERVICES RENDERED up to and including 03/31/2016

| Date | ID | TASK | Narrative | Hours |
|---|---|---|---|---|
| 3/1/2016 | RSK | 12 | Review documents and correspondence regarding bondholder fees and related claim issues. | 0.7 |
| 3/1/2016 | RSK | 31 | Review email correspondence regarding SNMP Canadian claims partial summary judgment motion. | 0.3 |
| 3/2/2016 | RSK | 29 | Review email correspondence regarding U.S. appeal oral argument. | 0.3 |
| 3/2/2016 | RSK | 12 | Review of bondholder claims issues. | 0.4 |
| 3/2/2016 | RSK | 31 | Review of SNMP Canadian litigation pleadings. | 0.6 |
| 3/2/2016 | MWU | 12 | Email correspondence with Akin Gump and Canadian counsel for Monitor regarding Canadian claims issues and documents, and related disclosure issues. | 0.4 |
| 3/2/2016 | MWU | 12 | Analysis regarding Canadian estate claims issues and related documents and court orders. | 2.4 |
| 3/2/2016 | MWU | 29 | Multiple email correspondence with allocation core parties regarding appeal hearings. | 0.2 |
| 3/2/2016 | MWU | 31 | Confer with S. Kukulowicz regarding Canadian case status and action items. | 0.2 |
| 3/2/2016 | MWU | 12 | Email correspondence with Canadian counsel for NNI regarding Canadian claims issues, and review documents and court filings regarding same. | 1.1 |
| 3/3/2016 | RSK | 7 | Preparation for Canadian case presentations (0.4) and participated in Committee call (0.4). | 0.8 |
| 3/3/2016 | RSK | 29 | Email correspondence with Canadian counsel for bondholders regarding fee disclosure claims issues. | 0.2 |
| 3/3/2016 | MWU | 7 | Attend on UCC call. | 0.4 |
| 3/3/2016 | MWU | 12 | Review Canadian estate Monitor's reports and other court filings and analysis of Canadian claims and estate distribution issues. | 1.8 |
| 3/3/2016 | RJA | 7 | Participate in Committee call. | 0.4 |
| 3/4/2016 | RSK | 29 | Review of U.S. reply briefs in allocation appeal proceedings. | 1.1 |
| 3/4/2016 | RSK | 29 | Exchange email correspondence with counsel for Canadian bondholders regarding UKPC requests. | 0.3 |
| 3/4/2016 | MWU | 12 | Review documents and court reports regarding Canadian pension claims. | 0.9 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

| | | | | |
|---|---|---|---|---|
| CASSELS BROCK & BLACKWELL LLP | | | | Invoice # 1988661 |
| The Official Committee of Unsecured Creditors | | | | |
| Re: Nortel Networks Inc, et al. | | | | Matter # 46992-00001 |

| Date | ID | TASK | Narrative | Hours |
|---|---|---|---|---|
| 3/7/2016 | MWU | 29 | Email correspondence to and from Akin Gump regarding allocation issues. | 0.3 |
| 3/8/2016 | RSK | 29 | Review of additional U.S. allocation appeal filings. | 1.1 |
| 3/8/2016 | RSK | 31 | Review of SNMP Canadian claims motion materials. | 0.4 |
| 3/9/2016 | RSK | 12 | Review of email correspondence from Goodmans and Akin Gump regarding CRA claims. | 0.3 |
| 3/9/2016 | RSK | 31 | Review of Monitor's Canadian court application to add three additional CCAA debtors. | 0.8 |
| 3/9/2016 | RSK | 31 | Review of Monitor motion for CCAA stay extension and additional relief. | 1.8 |
| 3/9/2016 | RSK | 31 | Review of further SNMP Canadian sealing motion materials and related email correspondence. | 0.4 |
| 3/9/2016 | MWU | 31 | Review correspondence from Canadian counsel for Monitor regarding Canadian court hearing, and email correspondence to and from Akin Gump, Goodmans, and Cassels team regarding same and Canadian tax court motion. | 0.7 |
| 3/9/2016 | RJA | 31 | Review Canadian motion record for multiple Canadian motions. | 1.4 |
| 3/9/2016 | RJA | 31 | Email correspondence with Akin Gump regarding Canadian motion record. | 0.2 |
| 3/10/2016 | HFE | 7 | Attend on UCC weekly status call. | 0.4 |
| 3/10/2016 | RSK | 31 | Review of Monitor's report for Canadian court hearing. | 1.1 |
| 3/10/2016 | RSK | 31 | Telephone attendance with Bennett Jones regarding bondholder fee issues and report to UCC advisors. | 0.4 |
| 3/10/2016 | RSK | 31 | Exchange correspondence with bonds' Canadian counsel regarding UKPC requests for fee treatment. | 0.2 |
| 3/10/2016 | RSK | 31 | Review of Canadian tax court motion record and related email correspondence. | 0.6 |
| 3/10/2016 | RSK | 7 | Participated in Committee call. | 0.4 |
| 3/10/2016 | MWU | 7 | Attend on UCC call. | 0.4 |
| 3/10/2016 | MWU | 31 | Email correspondence with Canadian counsel for Monitor and Akin Gump regarding motion for discovery at tax court. | 0.6 |
| 3/10/2016 | MWU | 31 | Review CCAA stay extension motion record and related material. | 1.8 |
| 3/10/2016 | MWU | 31 | Confer with Cassels team regarding motion to add additional CCAA debtors, and issues regarding Canadian claims. | 0.5 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 1988661

Matter # 46992-00001

| Date | ID | TASK | Narrative | Hours |
|---|---|---|---|---|
| 3/10/2016 | MWU | 31 | Email correspondence with Akin Gump regarding Canadian motions. | 0.3 |
| 3/11/2016 | RSK | 29 | Review of cross-appeal allocation reply briefs. | 2.2 |
| 3/11/2016 | RSK | 29 | Review email correspondence from U.S. counsel regarding U.S. allocation appeal issues. | 0.2 |
| 3/11/2016 | MWU | 31 | Review motion record regarding addition of new CCAA debtors, and discuss issues with S. Kukulowicz. | 0.8 |
| 3/12/2016 | RSK | 29 | Review of BRG analysis of claims issues. | 0.3 |
| 3/13/2016 | MWU | 31 | Review CCAA stay extension motion, and prepare and circulate detailed memo to UCC advisors regarding same. | 1.7 |
| 3/14/2016 | HFE | 31 | Review Canadian motion record for CCAA stay extension and other relief. | 0.8 |
| 3/14/2016 | RSK | 31 | Review of correspondence from UKPC Canadian counsel regarding Monitor's Canadian application to add 3 entities to CCAA proceedings. | 0.3 |
| 3/14/2016 | RSK | 29 | Review of multiple email correspondence with Akin Gump regarding application by Monitor to add 3 Canadian entities. | 0.5 |
| 3/14/2016 | MWU | 31 | Review and analysis of Canadian motion record regarding additional "dormant" debtors, and forward to UCC advisors with reporting, and multiple correspondence to NNI's Canadian counsel regarding same. | 1.4 |
| 3/14/2016 | MWU | 12 | Review BRG claims analysis regarding noteholder group professional fee treatment. | 0.8 |
| 3/14/2016 | MWU | 31 | Review correspondence from UKPC counsel to Monitor's counsel relating to Canadian motion to add CCAA debtors, and multiple correspondence with UCC advisors and NNI's Canadian counsel. | 0.6 |
| 3/14/2016 | MWU | 31 | Review report from BRG regarding CCAA stay extension motion and financial issues. | 0.3 |
| 3/14/2016 | RJA | 31 | Review letter from UKPC Canadian counsel to Monitor regarding new additional CCAA debtors. | 0.4 |
| 3/14/2016 | RJA | 31 | Email correspondence with Akin Gump team regarding Canadian additional debtors motion. | 0.3 |
| 3/15/2016 | GBS | 31 | Review correspondence from Ontario Court of Appeal regarding allocation decision Canadian leave application. | 0.3 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

| | | | | |
|---|---|---|---|---|
| CASSELS BROCK & BLACKWELL LLP<br>The Official Committee of Unsecured Creditors<br>Re: Nortel Networks Inc, et al. | | | | Invoice # 1988661<br><br>Matter # 46992-00001 |

| Date | ID | TASK | Narrative | Hours |
|---|---|---|---|---|
| 3/15/2016 | GBS | 31 | Confer with Cassels team regarding Canadian appeal litigation. | 0.8 |
| 3/15/2016 | SV | 31 | Review Canadian case law, analyze, and prepare memo regarding Canadian allocation appeal issues. | 9.7 |
| 3/15/2016 | RSK | 31 | Review correspondence from Ontario Court of Appeal regarding Canadian allocation decision appeal and related email correspondence regarding status of allocation order. | 1.1 |
| 3/15/2016 | RSK | 29 | Review email correspondence regarding Canadian application by Monitor to add three additional CCAA debtors. | 0.4 |
| 3/15/2016 | MWU | 31 | Prepare for multiple Canadian motions including CCAA stay and other relief and motion to add dormant Canadian Nortel entities as CCAA debtors, including multiple email correspondence to and from UCC advisors, and Canadian counsel for NNI and bonds, and review drafts orders and assess requested relief, and review and consider UKPC correspondence requesting adjournment. | 3.2 |
| 3/16/2016 | GBS | 31 | Review and analyze Canadian case law and prepare memo regarding allocation issues. | 2.8 |
| 3/16/2016 | GBS | 31 | Email communications with Cassels' team regarding Canadian allocation decision leave to appeal. | 0.2 |
| 3/16/2016 | SV | 31 | Continued review and analysis of cases decided by Court of Appeal judges. | 2.9 |
| 3/16/2016 | RSK | 31 | Review summary of Ontario Court of Appeal decisions. | 0.8 |
| 3/16/2016 | RSK | 31 | Review of correspondence from Monitor's Canadian counsel regarding new CCAA applicants and related email correspondence with Canadian counsel. | 0.6 |
| 3/16/2016 | MWU | 31 | Prepare for multiple Canadian motions including review motion records and draft orders, calls and email correspondence with UCC advisors and Canadian counsel for NNI, bonds and Monitor, view multiple correspondence between UKPC and Monitor regarding "Canadian additional debtor" motion and requested adjournment. | 2.8 |
| 3/16/2016 | MWU | 31 | Email correspondence with UCC advisors and Cassels team regarding Canadian proceeding status and issues for multiple upcoming motions. | 0.6 |
| 3/17/2016 | GBS | 31 | Prepare Canadian case updates for UCC call. | 0.6 |

CASSELS BROCK & BLACKWELL LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 1988661

Matter # 46992-00001

| Date | ID | TASK | Narrative | Hours |
|---|---|---|---|---|
| 3/17/2016 | GBS | 31 | Email correspondence to and from UCC advisors and Cassels team regarding Canadian motions. | 0.3 |
| 3/17/2016 | GBS | 7 | Attend UCC Committee call. | 0.8 |
| 3/17/2016 | HFE | 7 | Attend on UCC weekly status call. | 0.8 |
| 3/17/2016 | RSK | 31 | Review correspondence from UKPC to the Canadian court regarding Canadian motion to add new CCAA applicants. | 0.2 |
| 3/17/2016 | RSK | 31 | Review correspondence from UKPC Canadian counsel seeking additional information regarding new CCAA applicants and response from Monitor's counsel. | 0.4 |
| 3/17/2016 | RSK | 31 | Review of further email correspondence from Cassels, Akin Gump, Goodmans and others regarding additional debtors motion in CCAA proceedings. | 0.7 |
| 3/17/2016 | MWU | 7 | Prepare multiple reports to UCC regarding Canadian case issues (0.4), and attend on UCC call for same (0.8). | 1.2 |
| 3/17/2016 | MWU | 31 | Review correspondence by multiple parties regarding additional debtor motion and review draft order and revised orders for CCAA motions. | 1.1 |
| 3/17/2016 | MWU | 31 | Multiple calls and email correspondence with UCC advisors and Canadian counsel for NNI, bonds and Monitor regarding "Canadian additional debtor" motion and requested adjournment. | 1.4 |
| 3/17/2016 | MWU | 31 | Email correspondence with UCC advisors regarding Canadian status and issues for upcoming motions. | 0.4 |
| 3/18/2016 | RSK | 31 | Review of orders and endorsements regarding stay extension and new applicants. | 0.2 |
| 3/18/2016 | MWU | 8 | Attend to Canadian court hearing. | 1 |
| 3/18/2016 | MWU | 31 | Reports to UCC advisors and UCC regarding Canadian court hearing, and email correspondence with Akin Gump regarding same. | 0.4 |
| 3/19/2016 | MWU | 31 | Review issued and entered Canadian court orders and endorsements. | 0.2 |
| 3/19/2016 | MWU | 12 | Review summary of claims issues and implications regarding allocation. | 1.4 |
| 3/20/2016 | RSK | 31 | Review email correspondence from Akin Gump regarding CCAA additional debtors motion. | 0.3 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 1988661

Matter # 46992-00001

| Date | ID | TASK | Narrative | Hours |
|---|---|---|---|---|
| 3/21/2016 | RSK | 29 | Review email correspondence regarding U.S. allocation appeal hearing. | 0.3 |
| 3/21/2016 | RSK | 29 | Office conference and exchanged email correspondence with M. Wunder regarding Canadian allocation issues. | 0.4 |
| 3/21/2016 | RSK | 29 | Review Akin Gump email correspondence regarding new CCAA applicants and related issues. | 0.3 |
| 3/21/2016 | MWU | 31 | Analyze issues regarding additional Canadian debtors motion and confer with S. Kukulowicz and email correspondence with UCC advisors regarding same. | 0.7 |
| 3/22/2016 | RSK | 29 | Exchanged email correspondence with Akin Gump regarding U.S. allocation appeal hearing. | 0.3 |
| 3/22/2016 | RSK | 29 | Review U.S. motion record by LSI to compel distributions. | 0.6 |
| 3/22/2016 | MWU | 29 | Multiple correspondence to and from UCC advisors and counsel for allocation parties regarding U.S. allocation litigation. | 0.4 |
| 3/23/2016 | RSK | 29 | Review U.S. debtors' sur-reply brief on U.S. allocation cross appeal. | 0.5 |
| 3/24/2016 | RSK | 7 | Participated in Committee call. | 1 |
| 3/24/2016 | MWU | 7 | Attend on UCC call. | 1 |
| 3/24/2016 | RJA | 7 | Participate in Committee call. | 1 |
| 3/25/2016 | MWU | 29 | Review email correspondence from Akin to UCC regarding US allocation appeal hearing issues, with correspondence to court. | 0.2 |
| 3/28/2016 | RSK | 29 | Review email correspondence from UCC advisors regarding allocation mediation. | 0.1 |
| 3/28/2016 | RSK | 29 | Review correspondence from allocation parties regarding U.S. appeal hearing. | 0.3 |
| 3/28/2016 | MWU | 29 | Review update report regarding allocation mediation. | 0.1 |
| 3/28/2016 | MWU | 29 | Review multiple correspondence filed by multiple core parties regarding allocation appeal court hearing, and court filings regarding procedural matters for appeal. | 0.5 |
| 3/28/2016 | MWU | 29 | Review court filings regarding Canadian allocation decision and consider arguments for appeal for UCC court filings. | 1.3 |
| 3/29/2016 | RSK | 29 | Review opposition brief filed by Monitor and Canadian debtors to U.S. debtors Sur Reply Brief. | 0.3 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

**CASSELS BROCK & BLACKWELL LLP**  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 1988661

Matter # 46992-00001

| Date | ID | TASK | Narrative | Hours |
|---|---|---|---|---|
| 3/29/2016 | RSK | 29 | Review Nortel press coverage and related email correspondence with UCC advisors. | 0.2 |
| 3/29/2016 | MWU | 29 | Email correspondence with UCC advisors regarding US court hearing to discuss allocation appeal hearing procedures. | 0.2 |
| 3/30/2016 | RSK | 29 | Review BRG Nortel claim recovery analysis. | 0.3 |
| 3/30/2016 | RSK | 29 | Review Ashurst email correspondence regarding NNUK pension plan issues. | 0.2 |
| 3/30/2016 | MWU | 29 | Review report regarding UK pension plan, and email correspondence with UCC advisors. | 0.3 |
| 3/31/2016 | RSK | 29 | Analyze Nortel Canada and U.S. allocation distribution issues. | 1.8 |
| 3/31/2016 | RSK | 7 | Participate in Committee call. | 0.9 |
| 3/31/2016 | MWU | 7 | Attend on UCC call. | 0.9 |
| | | | **Total** | **88.9** |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 1988661

Matter # 46992-00001

| Name | Title | Department | Province of Bar Admission/Year | Hours | Rate | Billed Value |
|---|---|---|---|---|---|---|
| Geoffrey B. Shaw | Partner | Advocacy | Ontario - 1986 | 5.80 | $945.00 | $5,481.00 |
| Hilary Fender | Associate | Financial Restructuring | Ontario - 2015 | 2.00 | $390.00 | $780.00 |
| Michael Wunder | Partner | Financial Restructuring | Ontario - 1990 | 36.90 | $835.00 | $30,811.50 |
| Ryan Jacobs | Partner | Financial Restructuring | Ontario - 2011 | 3.70 | $850.00 | $3,145.00 |
| Shayne Kukulowicz | Partner | Financial Restructuring | Ontario - 1990 | 27.90 | $925.00 | $25,807.50 |
| Stephanie Voudouris | Associate | Advocacy | Ontario - 2014 | 12.60 | $395.00 | $4,977.00 |
| TOTAL | | | | 88.90 | | $ 71,002.00 |

**TOTAL PROFESSIONAL FEES**     $ 71,002.00

**Non-Taxable Disbursements**

| | |
|---|---|
| Copies | 127.00 |
| Binding, Tabs, Disks, etc | 12.92 |
| Delivery / Courier | 8.00 |
| Library Computer Searches | 38.00 |
| Telephone / Long Distance/Conference Calls | 3.21 |
| Travel / Ground Transportation | 16.81 |

**Total Disbursements and Tax**     205.94  
**Total Fees, Disbursements & Tax**     $ 71,207.94 CDN

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 1988661

Matter # 46992-00001

**Time Summary By Task Code:**

| Task Codes | Description | Hours | Fees |
|---|---|---|---|
| 0007 | Creditors Committee Meetings | 10.40 | 8,538.00 |
| 0008 | Court Hearings | 1.00 | 835.00 |
| 0012 | General Claims Analysis/Claims Objections | 10.20 | 8,643.00 |
| 0029 | Intercompany Analysis | 15.70 | 14,207.50 |
| 0031 | Canadian Proceedings/Matters | 51.60 | 38,778.50 |
| TOTAL | | 88.9 | $ 71,002.00 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

| CASSELS BROCK & BLACKWELL LLP | Invoice # 1988661 |
| The Official Committee of Unsecured Creditors | |
| Re: Nortel Networks Inc, et al. | Matter # 46992-00001 |

**Disbursement Details:**

| <u>Date</u> | <u>Narrative</u> | <u>Quantity</u> | <u>Amount</u> |
|---|---|---|---|
| 3/1/2016 | Copies | 11 | 1.10 |
| 3/1/2016 | Copies | 5 | 0.50 |
| 3/1/2016 | Copies | 15 | 1.50 |
| 3/2/2016 | Copies | 2 | 0.20 |
| 3/2/2016 | Copies | 2 | 0.20 |
| 3/2/2016 | Copies | 3 | 0.30 |
| 3/2/2016 | Copies | 4 | 0.40 |
| 3/2/2016 | Copies | 1 | 0.10 |
| 3/2/2016 | Copies | 2 | 0.20 |
| 3/2/2016 | Copies | 7 | 0.70 |
| 3/2/2016 | Copies | 2 | 0.20 |
| 3/2/2016 | Copies | 5 | 0.50 |
| 3/2/2016 | Copies | 7 | 0.70 |
| 3/3/2016 | Copies | 31 | 3.10 |
| 3/3/2016 | Copies | 1 | 0.10 |
| 3/3/2016 | Copies | 5 | 0.50 |
| 3/3/2016 | Copies | 3 | 0.30 |
| 3/3/2016 | Copies | 3 | 0.30 |
| 3/3/2016 | Copies | 3 | 0.30 |
| 3/3/2016 | Copies | 1 | 0.10 |
| 3/3/2016 | Copies | 2 | 0.20 |
| 3/3/2016 | Copies | 2 | 0.20 |
| 3/3/2016 | Copies | 3 | 0.30 |
| 3/3/2016 | Copies | 3 | 0.30 |
| 3/3/2016 | Copies | 2 | 0.20 |
| 3/3/2016 | Copies | 5 | 0.50 |
| 3/3/2016 | Copies | 5 | 0.50 |
| 3/3/2016 | Copies | 2 | 0.20 |
| 3/3/2016 | Copies | 2 | 0.20 |
| 3/3/2016 | Copies | 2 | 0.20 |
| 3/3/2016 | Copies | 25 | 2.50 |
| 3/3/2016 | Copies | 59 | 5.90 |
| 3/3/2016 | Copies | 25 | 2.50 |
| 3/3/2016 | Copies | 1 | 0.10 |
| 3/3/2016 | Copies | 12 | 1.20 |
| 3/3/2016 | Copies | 124 | 12.40 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

-12-

| | | | |
|---|---|---|---|
| CASSELS BROCK & BLACKWELL LLP | | Invoice # 1988661 | |
| The Official Committee of Unsecured Creditors | | | |
| Re: Nortel Networks Inc, et al. | | Matter # 46992-00001 | |

| Date | Narrative | Quantity | Amount |
|---|---|---|---|
| 3/3/2016 | Copies | 2 | 0.20 |
| 3/3/2016 | Copies | 2 | 0.20 |
| 3/4/2016 | Courier Delivery Charges - Blizzard Courier I.D. number: 7418143 - 79 WELLINGTON STREET W. | 1 | 8.00 |
| 3/8/2016 | Copies | 6 | 0.60 |
| 3/8/2016 | Copies | 7 | 0.70 |
| 3/9/2016 | Copies | 3 | 0.30 |
| 3/9/2016 | Copies | 16 | 1.60 |
| 3/9/2016 | Copies | 3 | 0.30 |
| 3/9/2016 | Copies | 7 | 0.70 |
| 3/9/2016 | Copies | 4 | 0.40 |
| 3/9/2016 | Copies | 6 | 0.60 |
| 3/10/2016 | Copies | 182 | 18.20 |
| 3/10/2016 | Copies | 79 | 7.90 |
| 3/10/2016 | Copies | 176 | 17.60 |
| 3/10/2016 | Copies | 3 | 0.30 |
| 3/10/2016 | Copies | 72 | 7.20 |
| 3/10/2016 | Copies | 3 | 0.30 |
| 3/10/2016 | Copies | 2 | 0.20 |
| 3/10/2016 | Binding, Tabs, Disks, etc | 1 | 6.46 |
| 3/10/2016 | Copies | 10 | 1.00 |
| 3/10/2016 | Copies | 1 | 0.10 |
| 3/11/2016 | Copies | 6 | 0.60 |
| 3/11/2016 | Copies | 45 | 4.50 |
| 3/11/2016 | Copies | 2 | 0.20 |
| 3/11/2016 | Copies | 7 | 0.70 |
| 3/11/2016 | Copies | 2 | 0.20 |
| 3/12/2016 | Copies | 2 | 0.20 |
| 3/12/2016 | Copies | 2 | 0.20 |
| 3/14/2016 | Copies | 57 | 5.70 |
| 3/14/2016 | Copies | 3 | 0.30 |
| 3/14/2016 | Copies | 3 | 0.30 |
| 3/14/2016 | Copies | 5 | 0.50 |
| 3/14/2016 | Copies | 2 | 0.20 |
| 3/14/2016 | Copies | 22 | 2.20 |
| 3/14/2016 | Copies | 5 | 0.50 |
| 3/14/2016 | Copies | 3 | 0.30 |
| 3/15/2016 | Copies | 5 | 0.50 |
| 3/15/2016 | Library Computer Searches - Westlaw | 1 | 19.00 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

| | CASSELS BROCK & BLACKWELL LLP | | Invoice # 1988661 |
| | The Official Committee of Unsecured Creditors | | |
| | Re: Nortel Networks Inc, et al. | | Matter # 46992-00001 |

| **Date** | **Narrative** | **Quantity** | **Amount** |
|---|---|---|---|
| 3/15/2016 | Telephone - BELL CONFERENCING INC. INV # 111817214 | 1 | 2.31 |
| 3/16/2016 | Copies | 12 | 1.20 |
| 3/16/2016 | Copies | 6 | 0.60 |
| 3/16/2016 | Copies | 3 | 0.30 |
| 3/16/2016 | Copies | 2 | 0.20 |
| 3/16/2016 | Copies | 2 | 0.20 |
| 3/16/2016 | Copies | 3 | 0.30 |
| 3/16/2016 | Copies | 3 | 0.30 |
| 3/16/2016 | Copies | 11 | 1.10 |
| 3/16/2016 | Copies | 7 | 0.70 |
| 3/16/2016 | Copies | 5 | 0.50 |
| 3/16/2016 | Library Computer Searches - Westlaw | 1 | 19.00 |
| 3/17/2016 | Copies | 2 | 0.20 |
| 3/17/2016 | Copies | 2 | 0.20 |
| 3/17/2016 | Binding, Tabs, Disks, etc | 1 | 6.46 |
| 3/17/2016 | Telephone - BELL CONFERENCING INC. INV # 111817214 | 1 | 0.90 |
| 3/18/2016 | Copies | 10 | 1.00 |
| 3/18/2016 | Copies | 11 | 1.10 |
| 3/18/2016 | Travel - MICHAEL WUNDER: TAXI FROM COURT HOUSE TO SCOTIA PLAZA INV # 816 | 1 | 8.85 |
| 3/18/2016 | Travel - MICHAEL WUNDER: TAXI FROM SCOTIA PLAZA TO COURT HOUSE | 1 | 7.96 |
| 3/23/2016 | Copies | 2 | 0.20 |
| 3/23/2016 | Copies | 3 | 0.30 |
| 3/24/2016 | Copies | 2 | 0.20 |
| 3/24/2016 | Copies | 2 | 0.20 |
| 3/28/2016 | Copies | 2 | 0.20 |
| 3/28/2016 | Copies | 13 | 1.30 |
| 3/29/2016 | Copies | 2 | 0.20 |
| 3/29/2016 | Copies | 3 | 0.30 |
| 3/29/2016 | Copies | 4 | 0.40 |
| 3/30/2016 | Copies | 2 | 0.20 |
| 3/30/2016 | Copies | 6 | 0.60 |
| 3/31/2016 | Copies | 8 | 0.80 |
| | **Total** | | **205.94** |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.