# EXHIBIT C

## DISBURSEMENT SUMMARY
## MARCH 1 TO MARCH 31, 2016
### (All Amounts in Canadian Dollars)

<u>Non-Taxable Disbursements</u>

| | |
|---|---|
| Copies | $ 127.00 |
| Binding, Tabs, Disks, etc | $ 12.92 |
| Delivery / Courier | $ 8.00 |
| Library Computer Searches | $ 38.00 |
| Telephone / Long Distance/Conference Calls | $ 3.21 |
| Travel/Ground Transportation | $ 16.81 |
| **Total Non-Taxable Disbursements** | **$ 205.94 CDN.** |