# EXHIBIT D

Case 09-10138-MFW    Doc 16858-5    Filed 05/27/16    Page 2 of 4
-11-

CASSELS BROCK & BLACKWELL LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 1988661

Matter # 46992-00001

## Disbursement Details:

| Date | Narrative | Quantity | Amount |
|---|---|---:|---:|
| 3/1/2016 | Copies | 11 | 1.10 |
| 3/1/2016 | Copies | 5 | 0.50 |
| 3/1/2016 | Copies | 15 | 1.50 |
| 3/2/2016 | Copies | 2 | 0.20 |
| 3/2/2016 | Copies | 2 | 0.20 |
| 3/2/2016 | Copies | 3 | 0.30 |
| 3/2/2016 | Copies | 4 | 0.40 |
| 3/2/2016 | Copies | 1 | 0.10 |
| 3/2/2016 | Copies | 2 | 0.20 |
| 3/2/2016 | Copies | 7 | 0.70 |
| 3/2/2016 | Copies | 2 | 0.20 |
| 3/2/2016 | Copies | 5 | 0.50 |
| 3/2/2016 | Copies | 7 | 0.70 |
| 3/3/2016 | Copies | 31 | 3.10 |
| 3/3/2016 | Copies | 1 | 0.10 |
| 3/3/2016 | Copies | 5 | 0.50 |
| 3/3/2016 | Copies | 3 | 0.30 |
| 3/3/2016 | Copies | 3 | 0.30 |
| 3/3/2016 | Copies | 3 | 0.30 |
| 3/3/2016 | Copies | 1 | 0.10 |
| 3/3/2016 | Copies | 2 | 0.20 |
| 3/3/2016 | Copies | 2 | 0.20 |
| 3/3/2016 | Copies | 3 | 0.30 |
| 3/3/2016 | Copies | 3 | 0.30 |
| 3/3/2016 | Copies | 2 | 0.20 |
| 3/3/2016 | Copies | 5 | 0.50 |
| 3/3/2016 | Copies | 5 | 0.50 |
| 3/3/2016 | Copies | 2 | 0.20 |
| 3/3/2016 | Copies | 2 | 0.20 |
| 3/3/2016 | Copies | 2 | 0.20 |
| 3/3/2016 | Copies | 25 | 2.50 |
| 3/3/2016 | Copies | 59 | 5.90 |
| 3/3/2016 | Copies | 25 | 2.50 |
| 3/3/2016 | Copies | 1 | 0.10 |
| 3/3/2016 | Copies | 12 | 1.20 |
| 3/3/2016 | Copies | 124 | 12.40 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

| | | | |
|---|---|---|---|
| CASSELS BROCK & BLACKWELL LLP | | Invoice # 1988661 | |
| The Official Committee of Unsecured Creditors | | | |
| Re: Nortel Networks Inc, et al. | | Matter # 46992-00001 | |

| Date | Narrative | Quantity | Amount |
|---|---|---|---|
| 3/3/2016 | Copies | 2 | 0.20 |
| 3/3/2016 | Copies | 2 | 0.20 |
| 3/4/2016 | Courier Delivery Charges - Blizzard Courier I.D. number: 7418143 - 79 WELLINGTON STREET W. | 1 | 8.00 |
| 3/8/2016 | Copies | 6 | 0.60 |
| 3/8/2016 | Copies | 7 | 0.70 |
| 3/9/2016 | Copies | 3 | 0.30 |
| 3/9/2016 | Copies | 16 | 1.60 |
| 3/9/2016 | Copies | 3 | 0.30 |
| 3/9/2016 | Copies | 7 | 0.70 |
| 3/9/2016 | Copies | 4 | 0.40 |
| 3/9/2016 | Copies | 6 | 0.60 |
| 3/10/2016 | Copies | 182 | 18.20 |
| 3/10/2016 | Copies | 79 | 7.90 |
| 3/10/2016 | Copies | 176 | 17.60 |
| 3/10/2016 | Copies | 3 | 0.30 |
| 3/10/2016 | Copies | 72 | 7.20 |
| 3/10/2016 | Copies | 3 | 0.30 |
| 3/10/2016 | Copies | 2 | 0.20 |
| 3/10/2016 | Binding, Tabs, Disks, etc | 1 | 6.46 |
| 3/10/2016 | Copies | 10 | 1.00 |
| 3/10/2016 | Copies | 1 | 0.10 |
| 3/11/2016 | Copies | 6 | 0.60 |
| 3/11/2016 | Copies | 45 | 4.50 |
| 3/11/2016 | Copies | 2 | 0.20 |
| 3/11/2016 | Copies | 7 | 0.70 |
| 3/11/2016 | Copies | 2 | 0.20 |
| 3/12/2016 | Copies | 2 | 0.20 |
| 3/12/2016 | Copies | 2 | 0.20 |
| 3/14/2016 | Copies | 57 | 5.70 |
| 3/14/2016 | Copies | 3 | 0.30 |
| 3/14/2016 | Copies | 3 | 0.30 |
| 3/14/2016 | Copies | 5 | 0.50 |
| 3/14/2016 | Copies | 2 | 0.20 |
| 3/14/2016 | Copies | 22 | 2.20 |
| 3/14/2016 | Copies | 5 | 0.50 |
| 3/14/2016 | Copies | 3 | 0.30 |
| 3/15/2016 | Copies | 5 | 0.50 |
| 3/15/2016 | Library Computer Searches - Westlaw | 1 | 19.00 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

| | | | |
|---|---|---|---|
| CASSELS BROCK & BLACKWELL LLP | | Invoice # 1988661 | |
| The Official Committee of Unsecured Creditors | | | |
| Re: Nortel Networks Inc, et al. | | Matter # 46992-00001 | |

| Date | Narrative | Quantity | Amount |
|---|---|---|---|
| 3/15/2016 | Telephone - BELL CONFERENCING INC. INV # 111817214 | 1 | 2.31 |
| 3/16/2016 | Copies | 12 | 1.20 |
| 3/16/2016 | Copies | 6 | 0.60 |
| 3/16/2016 | Copies | 3 | 0.30 |
| 3/16/2016 | Copies | 2 | 0.20 |
| 3/16/2016 | Copies | 2 | 0.20 |
| 3/16/2016 | Copies | 3 | 0.30 |
| 3/16/2016 | Copies | 3 | 0.30 |
| 3/16/2016 | Copies | 11 | 1.10 |
| 3/16/2016 | Copies | 7 | 0.70 |
| 3/16/2016 | Copies | 5 | 0.50 |
| 3/16/2016 | Library Computer Searches - Westlaw | 1 | 19.00 |
| 3/17/2016 | Copies | 2 | 0.20 |
| 3/17/2016 | Copies | 2 | 0.20 |
| 3/17/2016 | Binding, Tabs, Disks, etc | 1 | 6.46 |
| 3/17/2016 | Telephone - BELL CONFERENCING INC. INV # 111817214 | 1 | 0.90 |
| 3/18/2016 | Copies | 10 | 1.00 |
| 3/18/2016 | Copies | 11 | 1.10 |
| 3/18/2016 | Travel - MICHAEL WUNDER: TAXI FROM COURT HOUSE TO SCOTIA PLAZA INV # 816 | 1 | 8.85 |
| 3/18/2016 | Travel - MICHAEL WUNDER: TAXI FROM SCOTIA PLAZA TO COURT HOUSE | 1 | 7.96 |
| 3/23/2016 | Copies | 2 | 0.20 |
| 3/23/2016 | Copies | 3 | 0.30 |
| 3/24/2016 | Copies | 2 | 0.20 |
| 3/24/2016 | Copies | 2 | 0.20 |
| 3/28/2016 | Copies | 2 | 0.20 |
| 3/28/2016 | Copies | 13 | 1.30 |
| 3/29/2016 | Copies | 2 | 0.20 |
| 3/29/2016 | Copies | 3 | 0.30 |
| 3/29/2016 | Copies | 4 | 0.40 |
| 3/30/2016 | Copies | 2 | 0.20 |
| 3/30/2016 | Copies | 6 | 0.60 |
| 3/31/2016 | Copies | 8 | 0.80 |
| | **Total** | | **205.94** |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.