# EXHIBIT E

## SUMMARY OF LAWYERS AND PARALEGALS
## RENDERING SERVICES DURING THE PERIOD
## MARCH 1, 2016 THROUGH MARCH 31, 2016
### (All Amounts in Canadian Dollars)

| Name | Title | Department | Province of Bar Admission/Year | Hours | Rate | Billed Value |
|---|---|---|---|---|---|---|
| Geoffrey B. Shaw | Partner | Advocacy | Ontario - 1986 | 5.80 | $945.00 | $5,481.00 |
| Hilary Fender | Associate | Financial Restructuring | Ontario - 2015 | 2.00 | $390.00 | $780.00 |
| Michael Wunder | Partner | Financial Restructuring | Ontario - 1990 | 36.90 | $835.00 | $30,811.50 |
| Ryan Jacobs | Partner | Financial Restructuring | Ontario - 2011 | 3.70 | $850.00 | $3,145.00 |
| Shayne Kukulowicz | Partner | Financial Restructuring | Ontario - 1990 | 27.90 | $925.00 | $25,807.50 |
| Stephanie Voudouris | Associate | Advocacy | Ontario - 2014 | 12.60 | $395.00 | $4,977.00 |
| | | | | | | |
| TOTAL | | | | 88.90 | | $ 71,002.00 |