# EXHIBIT B

## COMPENSATION BY PROJECT CATEGORY

## APRIL 1, 2016 THROUGH APRIL 30, 2016

| Project Category | Total Hours | Total Fees |
|---|---|---|
| General Case Administration | 0.30 | $397.50 |
| Akin Gump Fee Applications/Monthly Billing Reports | 22.90 | $12,346.00 |
| Analysis of Other Professionals' Fee Applications/Reports | 4.30 | $2,652.50 |
| Retention of Professionals | 121.00 | $45,541.00 |
| Creditors' Committee Meetings | 49.20 | $43,317.00 |
| Court Hearings | 35.90 | $35,646.00 |
| Financial Reports and Analysis | 0.70 | $643.50 |
| General Claims Analysis/Claims Objections | 147.50 | $138,759.50 |
| Canadian Proceedings/Matters | 10.10 | $11,114.00 |
| Labor Issues/Employee Benefits | 87.30 | $59,602.50 |
| Travel | 10.20 | $11,342.50 |
| Intercompany Analysis | 233.10 | $235,162.50 |
| **TOTAL** | **722.50** | **$596,524.50** |



NORTEL NETWORKS INC. CREDITORS COMMITTEE
ATTN: JOHN  DOLITTLE
2221 LAKESIDE BOULEVARD
RICHARDSON, TX  75082

| | |
|---|---|
| Invoice Number | 1659521 |
| Invoice Date | 05/20/16 |
| Client Number | 687147 |
| Matter Number | 0001 |

Re: CHAPTER 11

FOR PROFESSIONAL SERVICES RENDERED THROUGH  04/30/16 :

MATTER SUMMARY OF TIME BILLED BY TASK :

| | | HOURS | VALUE |
|---|---|---|---|
| 0002 | General Case Administration | 0.30 | $397.50 |
| 0003 | Akin Gump Fee Application/Monthly Billing Reports | 22.90 | $12,346.00 |
| 0004 | Analysis of Other Professionals Fee Applications/Reports | 4.30 | $2,652.50 |
| 0006 | Retention of Professionals | 121.00 | $45,541.00 |
| 0007 | Creditors Committee Meetings | 49.20 | $43,317.00 |
| 0008 | Court Hearings | 35.90 | $35,646.00 |
| 0009 | Financial Reports and Analysis | 0.70 | $643.50 |
| 0012 | General Claims Analysis/Claims Objections | 147.50 | $138,759.50 |
| 0014 | Canadian Proceedings/Matters | 10.10 | $11,114.00 |
| 0019 | Labor Issues/Employee Benefits | 87.30 | $59,602.50 |
| 0025 | Travel | 10.20 | $11,342.50 |
| 0029 | Intercompany Analysis | 233.10 | $235,162.50 |
| | TOTAL | 722.50 | $596,524.50 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE                                          Page 2
Bill Number: 1659521                                                             05/20/16

| Date | Tkpr | Task | | Hours |
|------|------|------|---|-------|
| 04/12/16 | FSH | 0002 | Call re administrative issue (.2) and correspondence re same (.1). | 0.30 |
| 04/01/16 | FSH | 0003 | Work on February fee application. | 0.50 |
| 04/01/16 | MCF | 0003 | Review and revise February fee application and exhibits (1.9) and correspondence re same (.2). | 2.10 |
| 04/01/16 | AL | 0003 | Draft fee application. | 0.20 |
| 04/04/16 | AL | 0003 | Prepare fee application for filing (1.0); review fee examiner final report (.2). | 1.20 |
| 04/06/16 | AL | 0003 | Review prebill for confidentiality and privilege. | 1.50 |
| 04/07/16 | AL | 0003 | Review prebill for confidentiality and privilege. | 2.10 |
| 04/08/16 | AL | 0003 | Review prebill for confidentiality and privilege. | 3.20 |
| 04/11/16 | FSH | 0003 | Review March time and expenses. | 0.40 |
| 04/13/16 | AL | 0003 | Review and revise prebill for confidentiality and privilege. | 3.00 |
| 04/14/16 | AL | 0003 | Correspondence re review of prebill for confidentiality and privilege. | 0.10 |
| 04/18/16 | AL | 0003 | Correspondence re March prebill. | 0.10 |
| 04/20/16 | FSH | 0003 | Review expenses. | 0.20 |
| 04/20/16 | AL | 0003 | Review prebill for confidentiality and privilege. | 0.30 |
| 04/22/16 | AL | 0003 | Review prebill for confidentiality and privilege. | 0.60 |
| 04/27/16 | FSH | 0003 | Examine draft interim fee order. | 0.30 |
| 04/27/16 | MCF | 0003 | Review and edit draft March fee application (1.4) and communications with A. Loring re same (.2). | 1.60 |
| 04/27/16 | AL | 0003 | Draft March fee application and schedules. | 3.70 |
| 04/27/16 | FBA | 0003 | Assemble March 2016 schedules for A. Loring. | 0.70 |
| 04/29/16 | AL | 0003 | Draft March fee application. | 1.10 |
| 04/01/16 | FSH | 0004 | Review fee application (.2) and email to M. Fagen re same (.1). | 0.30 |
| 04/04/16 | AL | 0004 | Correspondence re fee examiner reports for other professionals. | 0.30 |
| 04/05/16 | AL | 0004 | Review fee applications of other professionals (1.3); correspondence re same (.5). | 1.80 |
| 04/06/16 | AL | 0004 | Correspondence re fee applications of other professionals. | 0.10 |
| 04/11/16 | FSH | 0004 | Review examiner reports re fee applications. | 0.30 |
| 04/15/16 | AL | 0004 | Review fee application of professionals. | 0.40 |
| 04/26/16 | AL | 0004 | Review fee application of other professionals. | 0.90 |
| 04/29/16 | FSH | 0004 | Examine fee applications. | 0.20 |
| 04/01/16 | TS | 0006 | Review of conflict reports for 2019 parties re updating retention declaration (2.0); analysis of parties and affiliations, including research (4.5); prepare summary of same (1.0). | 7.50 |
| 04/01/16 | DKB | 0006 | Review conflicts reports (2.4); analyze conflicts data (1.5); update summary chart (1.5); communications re above (.2); confer with attorney re status (.2). | 5.80 |
| 04/04/16 | TS | 0006 | Review of conflict reports for 2014 parties re updating retention declaration (1.3); analysis of parties and affiliations, including research (4.2); prepare summary of same (1.0); confer with D. Krasa-Berstell re project (.2). | 6.70 |
| 04/04/16 | DKB | 0006 | Review conflicts reports (2.5); analyze conflicts data (1); update summary chart (1.5); confer with T. Southwell re conflicts review (.2); confer with attorney re status (.2). | 5.40 |
| 04/05/16 | TS | 0006 | Review of conflict reports for 2014 parties re updating retention declaration (1.8); research and analysis of parties and affiliations (4.0); prepare summary of same (1.0); correspondence re project (.2). | 7.00 |
| 04/05/16 | DKB | 0006 | Review conflicts reports (3); analyze conflicts data (2); update summary chart (1.3). | 6.30 |
| 04/06/16 | TS | 0006 | Review of conflict reports for 2019 parties re updating retention declaration (.7); analysis of parties and affiliations, including research (2.3); prepare summary of same (.5); correspondence re project (.2). | 3.70 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE                                               Page 3
Bill Number: 1659521                                                                   05/20/16

| Date | Tkpr | Task | | Hours |
|------|------|------|---|-------|
| 04/06/16 | DKB | 0006 | Review conflicts reports (1); analyze conflicts data (1); update summary chart (.8). | 2.80 |
| 04/07/16 | TS | 0006 | Review of conflict reports for 2014 parties re updating retention declaration (1.5); analysis of parties and affiliations, including research (4.4); prepare summary of same (1.4); correspondence re project (.2). | 7.50 |
| 04/07/16 | DKB | 0006 | Review conflicts reports (2.5); analyze conflicts data (1.5); update summary chart (1.3); confer with team re conflicts research (.3); review additional entities (1.0). | 6.60 |
| 04/08/16 | TS | 0006 | Continue to review conflict reports for 2014 parties re updating retention declaration (1.3); analysis of parties and affiliations, including research (3.5); prepare summary of same (1.5); correspondence re project (.2). | 6.50 |
| 04/08/16 | DKB | 0006 | Review conflicts reports (3); analyze conflicts data (1); update summary chart (.7); confer with team re conflicts research (.2); research additional entities (.6); analyze additional data (1). | 6.50 |
| 04/11/16 | TS | 0006 | Continue to review conflict reports for 2014 parties re updating retention declaration (1.2); analysis of parties and affiliations, including research (3.5); prepare summary of same (1.6); correspondence re project (.2). | 6.50 |
| 04/11/16 | DKB | 0006 | Review conflicts reports (2.5); analyze conflicts data (1); update summary chart (.7); confer with team re conflicts research (.2); research additional entities (1). | 5.40 |
| 04/12/16 | TS | 0006 | Review of conflicts summary (1.5); draft schedules 2 (2.0); 3 (1.5), and 4 (1.5) retention declaration. | 6.50 |
| 04/12/16 | DKB | 0006 | Analyze update conflicts summary chart (1.1); draft schedule 1 for supplemental declaration (2.5); review and revise the above (.5). | 4.10 |
| 04/13/16 | DKB | 0006 | Review additional conflicts reports (2.5); analyze conflicts data (1.2); update summary chart (.7); research additional entities (1.1). | 5.50 |
| 04/14/16 | TS | 0006 | Correspondence re finalizing schedules re update to retention application (.2); review and analyze additional 2014 parties (.8); continue to prepare schedules 2-4 to retention application (2.5); additional research to verify affiliations of parties (.9); proofread schedules (1.2); revise schedules (1.0); review of 1% client list (.2); prepare email to M. Fagen re schedules, conflicts review data, and 1% clients (.4). | 7.20 |
| 04/14/16 | AL | 0006 | Draft 10th supplemental declaration re retention. | 0.50 |
| 04/18/16 | AL | 0006 | Draft 10th supplemental declaration re retention. | 0.50 |
| 04/20/16 | MCF | 0006 | Communications re supplemental declaration. | 0.30 |
| 04/20/16 | AL | 0006 | Review and revise suppplemental declaration re retention. | 1.50 |
| 04/20/16 | FBA | 0006 | Review schedule for supplemental declaration exhibit for A. Loring. | 1.00 |
| 04/21/16 | AL | 0006 | Revise supplemental declaration re retention. | 1.50 |
| 04/22/16 | MCF | 0006 | Begin to review supplemental declaration. | 1.20 |
| 04/25/16 | MCF | 0006 | Work on supplemental declaration. | 3.20 |
| 04/26/16 | DKB | 0006 | Correspondence re review of additional entities for 10th supplemental declaration (.1); review conflicts reports (.6); update summary (.2); confer with attorney re relevant updates to schedules (.2). | 1.10 |
| 04/26/16 | MCF | 0006 | Work on supplemental declaration re retention (.9) and confer with D. Krasa-Berstell re same (.2). | 1.10 |
| 04/29/16 | FSH | 0006 | Review draft supplemental declaration. | 0.40 |
| 04/29/16 | BMK | 0006 | Review supplemental declaration | 0.60 |
| 04/29/16 | MCF | 0006 | Finalize draft supplemental declaration (.4) and communications re same (.2). | 0.60 |
| 04/06/16 | FSH | 0007 | Review Committee call agenda (.1) and communications w/ M. Fagen, B. Kahn re same (.1); analyze issues from hearing for presentation to Committee (.2). | 0.40 |
| 04/06/16 | RAJ | 0007 | Review and comment on draft agenda for Committee call (.2); communications re same (.1); emails with Akin team re Committee call (.2). | 0.50 |
| 04/06/16 | DHB | 0007 | Review Committee call agenda and emails re same. | 0.10 |
| 04/06/16 | MCF | 0007 | Draft agenda for Committee call (.2); communications re same (.2) and | 0.50 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE                                                                    Page 4
Bill Number: 1659521                                                                                        05/20/16

| Date | Tkpr | Task | | Hours |
|------|------|------|---|-------|
| | | | email same to Committee (.1). | |
| 04/06/16 | AL | 0007 | Draft and revise agenda (.7) and minutes for (.3) Committee call; prepare for same (.5). | 1.50 |
| 04/07/16 | FSH | 0007 | Prepare outline for Committee call re hearing and allocation matters (.8); attend same (.9). | 1.70 |
| 04/07/16 | RAJ | 0007 | Prepare for Committee presentation re: allocation appeal (.8); attend Committee call (.9). | 1.70 |
| 04/07/16 | AQ | 0007 | Attend Committee call. | 0.90 |
| 04/07/16 | DHB | 0007 | Prepare for Committee meeting, including review of agenda and discussion materials (.8); attend same (.9). | 1.70 |
| 04/07/16 | BMK | 0007 | Prepare for (.3) and attend (.9) committee call. | 1.20 |
| 04/07/16 | MCF | 0007 | Participate in Committee call. | 0.90 |
| 04/07/16 | CIW | 0007 | Attend weekly Committee call (.9) and prepare for same (.2). | 1.10 |
| 04/07/16 | AL | 0007 | Prepare for (.5) and attend (.9) Committee call. | 1.40 |
| 04/12/16 | FSH | 0007 | Work on Committee call agenda (.1); analyze issues raised by D. Botter, B. Kahn, M. Fagen re same (.1); comment on agenda to finalize same (.1). | 0.30 |
| 04/12/16 | RAJ | 0007 | Emails with Akin team re agenda items for Committee call. | 0.20 |
| 04/12/16 | DHB | 0007 | Review Committee call agenda and emails re same. | 0.10 |
| 04/12/16 | BMK | 0007 | Review Committee call agenda (0.1); emails re: same (0.2). | 0.30 |
| 04/12/16 | MCF | 0007 | Review and revise draft agenda (.2) and emails with team (.2); send to Committee (.2). | 0.60 |
| 04/12/16 | AL | 0007 | Draft agenda for Committee call (.7) correspondence w/ M. Fagen and team re same (.3); prepare for Committee call (1.0). | 2.00 |
| 04/13/16 | FSH | 0007 | Prepare for Committee meeting including outline of presentation (.6); communications w/ BRG, D. Botter, M. Fagen re same (.3); participate in Committee call (1.1); follow-up on items from meeting (.2). | 2.20 |
| 04/13/16 | RAJ | 0007 | Preparations for Committee call re: SNMP issues (.3); attend Committee call (1.1). | 1.40 |
| 04/13/16 | AQ | 0007 | Attend Committee call. | 1.10 |
| 04/13/16 | DHB | 0007 | Prepare for Committee call (.6); attend same (1.1). | 1.70 |
| 04/13/16 | BMK | 0007 | Attend Committee call. | 1.10 |
| 04/13/16 | MCF | 0007 | Prepare for (.8) and participate in (1.1) Committee call. | 1.90 |
| 04/13/16 | NPS | 0007 | Attend Committee Call (1.1); prepare for same (.1). | 1.20 |
| 04/13/16 | AL | 0007 | Prepare for Committee call (1.5); attend same (1.1). | 2.60 |
| 04/20/16 | FSH | 0007 | Review Committee call agenda (.1); correspond w/ A. Loring re same (.1); communications w/ R. Johnson, D. Botter, Cassels re presentations (.2); outline presentation for Committee (.3). | 0.70 |
| 04/20/16 | RAJ | 0007 | Emails with Akin team re Committee agenda and plans for reports to Committee. | 0.30 |
| 04/20/16 | MCF | 0007 | Revise draft agenda for Committee call (.2) and communications re same (.2); send to clients (.1). | 0.50 |
| 04/20/16 | AL | 0007 | Draft agenda for committee call (.7); prepare for same (.4). | 1.10 |
| 04/21/16 | FSH | 0007 | Final prep for Committee meeting (.4); attend same (.8). | 1.20 |
| 04/21/16 | RAJ | 0007 | Committee call (.8); correspondence re same (.1). | 0.90 |
| 04/21/16 | AQ | 0007 | Attend Committee call. | 0.80 |
| 04/21/16 | DHB | 0007 | Prepare for Committee call (.2); attend same (.8). | 1.00 |
| 04/21/16 | BMK | 0007 | Prepare for committee call (0.2); attend same (0.8) | 1.00 |
| 04/21/16 | MCF | 0007 | Prepare for (.2) and participate in (.8) Committee call. | 1.00 |
| 04/21/16 | CIW | 0007 | Attend weekly committee call (.8); prepare for same (.2). | 1.00 |
| 04/21/16 | AL | 0007 | Attend Committee call (partial). | 0.70 |
| 04/27/16 | FSH | 0007 | Review proposed Committee call agenda and analyze issues and presentations for same (.4); communications w/ M. Fagen and R. Johnson re same (2.); finalization of materials for Committee (.2). | 0.80 |
| 04/27/16 | MCF | 0007 | Work on draft agenda and minutes for Committee call (.2); emails re same (.2); work on BRG deck re same (.6); call with BRG re same (.4) and email same to clients (.2). | 1.60 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE                                              Page 5
Bill Number: 1659521                                                                 05/20/16

| Date | Tkpr | Task | | Hours |
|------|------|------|--|-------|
| 04/27/16 | AL | 0007 | Draft agenda for Committee call (.7); prepare for same (.6). | 1.30 |
| 04/28/16 | FSH | 0007 | Outline presentations for Committee (.5); participate in Committee call (.4). | 0.90 |
| 04/28/16 | RAJ | 0007 | Attend Committee call (.4); preparations for same (.3). | 0.70 |
| 04/28/16 | AQ | 0007 | Attend Committee call (.4); prepare for same (.2). | 0.60 |
| 04/28/16 | BMK | 0007 | Participate in committee call (.4); prepare for same (.3). | 0.70 |
| 04/28/16 | MCF | 0007 | Prepare for (.4) and participate (.4) Committee call. | 0.80 |
| 04/28/16 | CIW | 0007 | Attend weekly committee call (.4); prepare for same (.3). | 0.70 |
| 04/28/16 | AL | 0007 | Prepare for (.2) and attend (.4) Committee call. | 0.60 |
| 04/01/16 | SAD | 0008 | Review docket for updates and circulate to M. Fagen. | 0.10 |
| 04/04/16 | SAD | 0008 | Review docket for updates and pull substantive pleadings (.1); send to M. Fagen (.1). | 0.20 |
| 04/05/16 | FSH | 0008 | Attend court hearings re allocation and re SNMP. | 4.50 |
| 04/05/16 | RAJ | 0008 | Appear in district court for allocation appeal argument and EMEA appeal re motion to implead in SNMP adversary proceeding. | 5.20 |
| 04/05/16 | AQ | 0008 | Attend District Court oral argument re allocation appeal and SNMP appeal. | 5.20 |
| 04/05/16 | DHB | 0008 | Attend argument of allocation appeal and SNMP appeal (5.2); correspondence re same (1.5). | 6.70 |
| 04/05/16 | SAD | 0008 | Review docket for updates and pull substantive pleadings (.1); send to M. Fagen (.1). | 0.20 |
| 04/06/16 | SAD | 0008 | Review docket for updates and pull substantive pleadings (.1); send to M. Fagen (.1). | 0.20 |
| 04/07/16 | SAD | 0008 | Review docket for updates and pull substantive pleadings (.1); send to M. Fagen (.1). | 0.20 |
| 04/08/16 | AL | 0008 | Attention to updated omnibus hearing dates (.2); correspondence re same (.1). | 0.30 |
| 04/08/16 | SAD | 0008 | Review docket for updates and pull substantive pleadings (.1); send to M. Fagen (.1). | 0.20 |
| 04/11/16 | FSH | 0008 | Review info re omnibus hearing (.1) and confer with A. Loring re same (.1). | 0.20 |
| 04/11/16 | AL | 0008 | Correspondence re hearing transcripts (.2); confer with F. Hodara re hearing dates (.1). | 0.30 |
| 04/11/16 | SAD | 0008 | Review docket for updates and pull substantive pleadings (.1); send to M. Fagen (.1). | 0.20 |
| 04/12/16 | FSH | 0008 | Review upcoming hearing info. | 0.10 |
| 04/12/16 | AL | 0008 | Review docket for updates (.2); correspondence w/ F. Alvarez re same (.4). | 0.60 |
| 04/12/16 | SAD | 0008 | Review docket for updates and circulate to attorneys. | 0.10 |
| 04/13/16 | FSH | 0008 | Examine revised hearing calendar. | 0.10 |
| 04/13/16 | SAD | 0008 | Review docket for updates and pull substantive pleadings. | 0.10 |
| 04/14/16 | SAD | 0008 | Review docket for updates and circulate to attorneys. | 0.10 |
| 04/15/16 | FSH | 0008 | Review info re Court agenda (.1) and communications re same w/ R. Johnson, D. Botter, M. Fagen (.1); analyze hearing matters (.2). | 0.40 |
| 04/15/16 | AL | 0008 | Review agenda for upcoming hearing (.4); correspondence re same (.4); prepare for same (.5). | 1.30 |
| 04/15/16 | SAD | 0008 | Review docket for updates and pull substantive pleadings (.1); send to M. Fagen (.1). | 0.20 |
| 04/18/16 | AL | 0008 | Prepare for next day hearing re EMEA/SNMP. | 1.20 |
| 04/18/16 | SAD | 0008 | Review docket and circulate. | 0.10 |
| 04/19/16 | FSH | 0008 | Prepare for SNMP hearing and LSI status conference (.5); attend same (1.4). | 1.90 |
| 04/19/16 | RAJ | 0008 | Attend hearing on EMEA motion for judgment on the pleadings in SNMP adversary proceeding and status conference on LSI motion to compel. | 1.40 |
| 04/19/16 | DHB | 0008 | Attend hearing telephonically re LSI motion (partial) (.7); emails re same (.1). | 0.80 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE                                                      Page 6
Bill Number: 1659521                                                                         05/20/16

| Date | Tkpr | Task | | Hours |
|------|------|------|------|------|
| 04/19/16 | MCF | 0008 | Attend hearing (partial) (1.2) and emails re same (.2). | 1.40 |
| 04/19/16 | AL | 0008 | Prepare for (.4); and attend telephonically (.9) omnibus hearing (partial). | 1.30 |
| 04/19/16 | SAD | 0008 | Review docket for updates and pull substantive pleadings (.1); send to M. Fagen (.1). | 0.20 |
| 04/20/16 | SAD | 0008 | Review docket for updates and circulate. | 0.10 |
| 04/21/16 | SAD | 0008 | Review docket for updates and circulate. | 0.10 |
| 04/25/16 | SAD | 0008 | Review docket for updates and pull substantive pleadings (.1); send to M. Fagen (.1). | 0.20 |
| 04/26/16 | SAD | 0008 | Review docket for updates and circulate. | 0.10 |
| 04/27/16 | SAD | 0008 | Review docket for updates and pull substantive pleadings (.1); send to M. Fagen (.1). | 0.20 |
| 04/28/16 | SAD | 0008 | Review docket for updates and circulate. | 0.10 |
| 04/29/16 | SAD | 0008 | Review docket for updates and circulate. | 0.10 |
| 04/14/16 | AL | 0009 | Correspondence re company financial status report. | 0.20 |
| 04/15/16 | FSH | 0009 | Review affiliate value report. | 0.10 |
| 04/27/16 | RAJ | 0009 | Analyze March MOR for updated financial data. | 0.40 |
| 04/01/16 | FSH | 0012 | Communications w/ M. Fagen, R. Johnson re SNMP issues and analyze same. | 0.10 |
| 04/01/16 | RAJ | 0012 | Review briefs in SNMP claims adversary proceeding in preparation for appellate argument. | 1.60 |
| 04/02/16 | RAJ | 0012 | Emails re SNMP  claims adversary proceeding. | 0.30 |
| 04/03/16 | MCF | 0012 | Draft objection to motion to compel interim distribution. | 3.80 |
| 04/04/16 | FSH | 0012 | Examine Monitor pleading re LSI (.2) and communications w/ M. Fagen, C. Samis re same (.1). | 0.30 |
| 04/04/16 | RAJ | 0012 | Review appellate papers in SNMP claims adversary proceeding (1.5); review decision denying EMEA motion to enforce stay (.7). | 2.20 |
| 04/04/16 | DHB | 0012 | Brief review of SNMP claims adversary proceeding pleadings. | 0.60 |
| 04/04/16 | MCF | 0012 | Work on objection to interim distribution motion. | 13.50 |
| 04/04/16 | AL | 0012 | Review subpoena in SNMP claims adversary proceeding. | 0.20 |
| 04/05/16 | RAJ | 0012 | Final review of appellate papers before oral argument in EMEA appeal of decision denying stay in SNMP claims adversary proceeding. | 0.70 |
| 04/05/16 | BMK | 0012 | Review and comment on draft objection to LSI motion to compel. | 3.60 |
| 04/05/16 | MCF | 0012 | Drafting objection to interim distribution motion (3.5); emails with B. Kahn re same (.1); review comments and revise (.8). | 4.40 |
| 04/05/16 | AL | 0012 | Review revisions to Objection to LSI motion. | 0.40 |
| 04/06/16 | DHB | 0012 | E-mails re LSI motion and timing. | 0.20 |
| 04/06/16 | BMK | 0012 | Further review and comment on draft objection to LSI motion to compel. | 2.80 |
| 04/06/16 | MCF | 0012 | Review and revise draft LSI objection (2.8) and emails re same (.3). | 3.10 |
| 04/06/16 | AL | 0012 | Research and analyze precedent for response to LSI Interim Distribution Motion. | 3.50 |
| 04/07/16 | FSH | 0012 | Communications with LSI counsel and Cleary re LSI motion. | 0.20 |
| 04/07/16 | RAJ | 0012 | Review Monitor's statement and reservation of rights re LSI motion for interim distribution and/or to convert (.2); emails with Akin team re same (.2). | 0.40 |
| 04/07/16 | DHB | 0012 | Email communications re LSI motion. | 0.30 |
| 04/07/16 | BMK | 0012 | Review and revise draft objection to LSI motion. | 1.70 |
| 04/07/16 | MCF | 0012 | Review research re LSI objection (1.1); edit objection (.8) and send to Akin team (.1). | 2.00 |
| 04/07/16 | AL | 0012 | Conduct research for response to LSI interim distribution motion. | 2.40 |
| 04/08/16 | FSH | 0012 | Communications w/ M.Fagen, A. Loring and Cleary re LSI and updating Committee. | 0.20 |
| 04/08/16 | DHB | 0012 | Review LSI objection (.6); emails re same (.2) and resolution of timing (.1). | 0.90 |
| 04/08/16 | BMK | 0012 | Emails re LSI motion timing. | 0.40 |
| 04/08/16 | AL | 0012 | Review LSI motion (.5); attention to updated hearing schedule for same (.4). | 0.90 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE
Bill Number: 1659521

Page 7
05/20/16

| Date | Tkpr | Task | | Hours |
|------|------|------|---|-------|
| 04/11/16 | FSH | 0012 | Examine info re Budihardo claim appeal (.1); analyze SNMP claims adversary proceeding issues (.1) and communications with R. Johnson re same (.1). | 0.30 |
| 04/11/16 | RAJ | 0012 | Review draft objection to LSI motion to compel interim distributions or to convert to Chap. 7. | 0.80 |
| 04/11/16 | AL | 0012 | Review adjournment notice re LSI interim distribution motion (.1); correspondence re same (.1). | 0.20 |
| 04/12/16 | RAJ | 0012 | Review updates re SNMP claims litigation (.3); review Berenblut expert report (.4); email with Akin team re expert issues in SNMP (.2); emails with Cassels re SNMP (.2); review developments re LSI motion for interim distribution (.1). | 1.20 |
| 04/12/16 | AL | 0012 | Review joinder to Statement re LSI interim distributions motion (.2); correspondence w/ team re same (.1); review EMEA pleading in third party complaint to SNMP claims adversary proceeding (.2); correspondence w/ team re same (.1). | 0.60 |
| 04/13/16 | FSH | 0012 | Communicate w/ R. Johnson re analysis on SNMP claims adversary proceeding. | 0.10 |
| 04/13/16 | RAJ | 0012 | Analyze record for SNMP claim including expert reports on damages (1.5); multiple emails re expert witnesses for damages issues in SNMP claim (.4); correspond with N. Stabile re expert witness analysis (.3). | 2.20 |
| 04/13/16 | NPS | 0012 | Communication with R. Johnson re SNMP claims adversary proceeding (.2) and review SNMP reports (.4). | 0.60 |
| 04/13/16 | CGE | 0012 | Research claims information for R. Johnson and N. Stabile. | 1.40 |
| 04/14/16 | FSH | 0012 | Examine expert reports and affidavits re SNMP claims adversary proceeding (1.0); examine EMEA reply brief in same (.3) and communicate w/ R. Johnson and B. Kahn re same (.3); analyze info re claims (.2). | 1.80 |
| 04/14/16 | RAJ | 0012 | Emails among Akin team re SNMP expert witness reports in claims adversary proceeding (.3); review EMEA reply brief in SNMP adversary proceeding seeking judgment on the pleadings (.5); review statements in SNMP summary judgment motion factum (.4). | 1.20 |
| 04/14/16 | DHB | 0012 | Email communications re SNMP claims adversary proceeding. | 0.20 |
| 04/14/16 | AL | 0012 | Review USD reply to omnibus claim objection response (.2); correspondence with team re same (.2); correspondence re EMEA brief in SNMP claims adversary proceeding (.2). | 0.60 |
| 04/15/16 | FSH | 0012 | Review claims info. | 0.20 |
| 04/15/16 | RAJ | 0012 | Multiple emails with Akin team re: upcoming SNMP claims adversary proceeding hearing. | 0.20 |
| 04/18/16 | FSH | 0012 | Review status of SNMP claims adversary proceeding matters for upcoming hearing (.4); correspond w/ A. Loring re same (.1); communications w/ R. Johnson and C. Samis re same (.1); examine information re SNMP expert and communications w/ M. Fagen re same (.3); communicate w/ Cleary, R. Johnson, N. Stabile re same (.9). | 1.80 |
| 04/18/16 | RAJ | 0012 | Analyze affidavits and reports re SNMP damages (2.4); multiple emails with Akin team re same (.3, .2); review underlying documentation (1.1); develop follow-up points for expert witnesses (.7); call with U.S. Debtors' counsel re expert witness issues in SNMP claims adversary proceeding (.9); follow-up correspondence with N. Stabile re SNMP issues (.3); prepare for SNMP hearing (1.2). | 7.10 |
| 04/18/16 | DKB | 0012 | Correspond with R. Albanese re claims precedent research (.1); research precedent (1); prepare set of relevant documents for attorney (.6). | 1.70 |
| 04/18/16 | MCF | 0012 | Emails re claims issues. | 0.30 |
| 04/18/16 | RBA | 0012 | Emails with team re SNMP research (.2); review docket re same (.4). | 0.60 |
| 04/18/16 | NPS | 0012 | Communication with Cleary and R. Johnson re: SNMP claims litigation experts. | 1.20 |
| 04/19/16 | FSH | 0012 | Confer w/ R. Johnson re next steps in SNMP claims litigation (.2); communications w/ R. Johnson re expert and review info re same (.2); | 0.90 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE

Bill Number: 1659521

Page 8

05/20/16

| Date | Tkpr | Task | | Hours |
|------|------|------|---|-------|
| | | | confer w/ R. Johnson and Cleary re outcome of hearing (.2); correspond w/ R. Johnson re claims analysis (.3). | |
| 04/19/16 | RAJ | 0012 | Review filings and analyze issues in SNMP claims adversary proceeding (1.5); analyze issues re pension claim (1.2); further analyze information in for SNMP claim (1.4). | 4.10 |
| 04/19/16 | RBA | 0012 | Review docket re SNMP research (1.2); prepare email summary of same for team (.9). | 2.10 |
| 04/20/16 | FSH | 0012 | Call w/ LSI re pending motion (.4); communications w/ BRG, R. Johnson re same (.2). | 0.60 |
| 04/20/16 | RAJ | 0012 | Investigate facts and documentation relevant to request for interim distribution (1.2); multiple emails with Akin team re prior meeting with TCC and current TCC issues (.3, .4); review public portions of expert reports re cash on hand and distribution scenarios (1.7); emails re discussions with LSI and motion to compel distribution (.4, .2). | 4.20 |
| 04/20/16 | DHB | 0012 | Email communications re LSI motion (.2) and consider issues related thereto (.1). | 0.30 |
| 04/20/16 | BMK | 0012 | Analysis of LSI interim distribution issues. | 0.70 |
| 04/21/16 | FSH | 0012 | Work on interim distribution objection (1.0); review materials re analysis (.2) and communications w/ R. Johnson re same (.1). | 1.30 |
| 04/21/16 | RAJ | 0012 | Analyze transcript of SNMP hearing re EMEA motion for judgment on pleadings in claims adversary proceeding (.5); further analyze public information previously shared with TCC re estate cash and claims (1.3, 1.1); emails with Akin and Cleary teams re public information relevant to interim distribution (.4, .2, .2); call with J. Hyland, A. Cowie (BRG) re preparation of public information relevant to motion for interim distribution (.6); draft summary for F. Hodara re BRG financial analysis and scope of work (.5). | 4.80 |
| 04/21/16 | BMK | 0012 | Review of issues relating to LSI motion to compel. | 1.70 |
| 04/22/16 | FSH | 0012 | Communications w/ B. Kahn re claim issue (.1).  Review info re distributions from BRG and R. Johnson (.4); communications with P. Silverstein, Cleary, BRG re meeting (.4); communications with BRG and R. Johnson re materials (.5). | 1.40 |
| 04/22/16 | RAJ | 0012 | Emails with J. Hyland (BRG) re public information in connection with financial claims analysis (.3, .4); analyze materials in Britven and Green reports relevant to interim distributions (1.4, .5); review and comment on BRG draft analysis (.5, .2); multiple emails with Akin team re same (.3, .2); review Chilmark analysis used in motion for reconsideration (.8). | 4.60 |
| 04/22/16 | AQ | 0012 | Emails re: interim distribution issues. | 0.20 |
| 04/22/16 | DHB | 0012 | Emails re LSI meetings and materials. | 0.40 |
| 04/25/16 | FSH | 0012 | Examine dismissed claim appeal (.1); work on interim distribution analysis (1.2); additional communications with BRG, R. Johnson, B. Kahn (.5). | 1.80 |
| 04/25/16 | RAJ | 0012 | Analyze interim distribution issues (1.4); multiple emails with Akin and BRG team re same (.4, .2); Investigate SNMP damages issues (1.1); investigate other claims damages issues (.7, .2); review and comment on further BRG financial analysis related to LSI motion (.4, 1.2); review LSI supplement to motion (.3); multiple emails with Akin team re same (.4). | 6.30 |
| 04/25/16 | AQ | 0012 | Review and analyze Capstone decks re interim distributions and emails re same (.3); review and analyze emails re same (.2). | 0.50 |
| 04/25/16 | DHB | 0012 | Review and analyze LSI issues. | 0.80 |
| 04/25/16 | BMK | 0012 | Review supplement filed by LSI | 0.80 |
| 04/25/16 | MCF | 0012 | Review LSI supplemental motion (.2) and emails re same (.2). | 0.40 |
| 04/25/16 | AL | 0012 | Review supplemental LSI interim distribution motion. | 0.60 |
| 04/26/16 | FSH | 0012 | Analyze next steps re LSI (.2); review supplement to LSI motion (.3); review communications re LSI (.1); correspond with B. Kahn re same (.1); analyze issues re administrative and priority claims (.9).  Work on | 6.10 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE                                                              Page 9
Bill Number: 1659521                                                                                            05/20/16

| Date | Tkpr | Task | | Hours |
|------|------|------|---|-------|
| | | | schedule and analyze comments of J. Hyland, R. Johnson (1.0); correspond with C. Kearns re same (.2); correspond with Party re pending matters (.2); correspond with R. Johnson re schedule (.1); call w/ R. Johnson and J. Hyland to finalize same (.2); further correspond with R. Johnson re schedule (.1); review final version (.7) and further calls w/ J. Hyland and R. Johnson re same (.6); conf. call w/ NNI reps re same (.6); correspond w/ BRG, D. Botter, B. Kahn, R. Johnson (.3); communications w/ Committee members re pending issues (.3); communications w/ Cleary, BRG re files (.3). | |
| 04/26/16 | RAJ | 0012 | Review and comment on revised presentations of financial data in connection with objection to LSI motion (.7, .5, .4); calls with J. Hyland (BRG) re financial presentation (.3, .4); confer with F. Hodara re same (.2, .1); draft inserts for financial presentation (.3); call with U.S. Debtors re LSI motion (.6); emails with Akin and BRG re LSI supplement motion (.2); review SNMP claims discovery (2.0); further emails re U.S. Debtors' claims information (.2). | 5.90 |
| 04/27/16 | FSH | 0012 | Review claims data (.3); communications w/ BRG re same (.2); correspondence re same (.2); review BRG draft analysis and provide comments (.8); communications w/ A. Cowie re same (.2); examine M. Fagen comments (.1); call w/ BRG re same (.3); review revised draft (.4); review further revised draft (.1). | 2.60 |
| 04/27/16 | RAJ | 0012 | Analyze information regarding administrative and priority claims (.6); call with BRG, Akin teams re financial analysis (.3); review U.S. Debtors' draft term sheet for interim distribution (.3); multiple emails with Akin and BRG teams re BRG financial analysis (.4, .2); review revised BRG drafts of financial analysis (.2, .1). | 2.90 |
| 04/28/16 | FSH | 0012 | Telephone call w/ NNI and LSI representatives re motion for distribution (.1); analyze issues raised in motion call (.3); memo to Committee re same (.3);  review proposed term sheet for admin and priority claims (.3); communications w/ M. Fagen, R. Johnson, D. Botter, BRG re same (.4); analyze issues and provide comments to Cleary (.5); meet w/ C. Kearns re same (.6). | 2.50 |
| 04/28/16 | RAJ | 0012 | Multiple emails with Akin and BRG teams re draft term sheet to resolve LSI motion (.5); confer with Akin team re LSI issues (.3, .1); call with LSI's counsel and U.S. Debtors' counsel re LSI's motion (1.0); review analysis of other claim issues (1.5); review SNMP deposition transcripts (1.2). | 4.60 |
| 04/28/16 | AQ | 0012 | Telephone call with LSI re interim distribution. | 1.00 |
| 04/28/16 | DHB | 0012 | Email communications re LSI issues (.2); conference call re same (partial) (.6) and follow-up (.1). | 0.90 |
| 04/28/16 | BMK | 0012 | Participate in call re: LSI motion (1.0); prepare for same (.4). | 1.40 |
| 04/28/16 | MCF | 0012 | Review draft claims term sheet (.4); call with LSI (partial) (.8); review email re same (.2). | 1.40 |
| 04/28/16 | AL | 0012 | Prepare for (.5) and attend (1.0) call with P. Silverstein and other professionals. | 1.50 |
| 04/29/16 | NPS | 0012 | Review expert reports re: SNMP claims adversary proceeding (2.9); review record re: same (.3). | 3.20 |
| 04/06/16 | FSH | 0014 | Communications w/ R. Johnson, Cassels re SNMP claims adversary proceeding hearing (.1); review info re same (.1). | 0.20 |
| 04/06/16 | RAJ | 0014 | Review developments in Canadian summary judgment motion on SNMP claim (.5); email with Cassels re same (.1). | 0.60 |
| 04/07/16 | RAJ | 0014 | Emails re: Canadian summary judgment motion in SNMP claims adversary proceeding. | 0.30 |
| 04/08/16 | RAJ | 0014 | Review Canadian motion record for SNMP claims adversary proceeding summary judgment hearing (.8); emails re same (.3). | 1.10 |
| 04/11/16 | RAJ | 0014 | Analyze Monitor arguments in factum for summary judgment denying SNMP claim (1.7); review items in motion record (.6, .3); emails with | 3.50 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE
Bill Number: 1659521

Page 10
05/20/16

| Date | Tkpr | Task | | Hours |
|------|------|------|---|-------|
| | | | Canadian counsel re summary judgment hearing in Canada (.2, .4, .1); review SNMP sealing motion (.2). | |
| 04/15/16 | FSH | 0014 | Review info re Canadian court ruling and communications w/ Cassels re same. | 0.20 |
| 04/20/16 | FSH | 0014 | Communications w/ Cassels re Canadian PPI issue. | 0.10 |
| 04/20/16 | RAJ | 0014 | Multiple emails with Cassels and Akin teams re Canadian appeals. | 0.40 |
| 04/21/16 | RAJ | 0014 | Emails re status of Canadian allocation appeal (.3); review status of competing terms in proposed forms of order (.3). | 0.60 |
| 04/22/16 | FSH | 0014 | Review proposed Canadian allocation order and related correspondence (.3) and analyze issues therein (.2); communications w/ Cassels and D. Botter re same (.2); review proposed revisions from parties (.2)and communications w/ Cassels re same (.1). | 1.00 |
| 04/22/16 | RAJ | 0014 | Review open issues for Canadian allocation order. | 0.30 |
| 04/22/16 | AL | 0014 | Review correspondence on settlement of allocation judgment in Canadian proceeding. | 0.20 |
| 04/25/16 | FSH | 0014 | Communications re rescheduled hearing on Cdn allocation order w/ Cassells (.1); analyze language issue and communications w/ Cassels re same (.1); review employee claims info (.3); further communications w/ Cassels re allocation order (.1). | 0.60 |
| 04/25/16 | AL | 0014 | Correspondence re Canadian hearing re allocation order | 0.10 |
| 04/26/16 | FSH | 0014 | Communications w/ Cassels re session w/ Justice Newbould on order (.1); review final orders (.2). | 0.30 |
| 04/26/16 | RAJ | 0014 | Emails re resolution of final Canadian allocation order. | 0.20 |
| 04/27/16 | FSH | 0014 | Examine Canadian distribution. | 0.10 |
| 04/27/16 | RAJ | 0014 | Review final Canadian allocation judgment and order. | 0.30 |
| 04/06/16 | FSH | 0019 | Review pension claim analysis. | 0.20 |
| 04/18/16 | BES | 0019 | Review of matters relating to pension plan issues. | 1.60 |
| 04/19/16 | BES | 0019 | Review of matters relating to penson plan issues. | 2.70 |
| 04/19/16 | DZV | 0019 | Correspond with B. Simonetti regarding pension plan issues (0.3); research and review law and guidance regarding same (2.9). | 3.20 |
| 04/19/16 | EDF | 0019 | Review email re question re pension plan (.2); draft emails re explanation of pension plan issues (.2). | 0.40 |
| 04/20/16 | BES | 0019 | Review of matters relating to pension plan. | 1.60 |
| 04/20/16 | DZV | 0019 | Correspond with B. Simonetti regarding pension plan issues (0.4); research regarding issues (6.0); emails with B. Siminetti regarding same (0.2); continue with research regarding same (4.0). | 10.60 |
| 04/21/16 | BES | 0019 | Review of matters relating to pension plan. | 2.40 |
| 04/21/16 | DZV | 0019 | Review law regarding pension plan issues (2.0); correspond with B. Simonetti regarding same (0.3); research statutes and case law regarding same(4.7); communications regarding same (0.9). | 7.90 |
| 04/22/16 | BES | 0019 | Review of matters relating to pension plan. | 2.80 |
| 04/22/16 | DZV | 0019 | Research and review legislative history of pension statutes (4.4); confer with B. Simonetti regarding same (0.3); review materials re same (1.4). | 6.10 |
| 04/22/16 | EDF | 0019 | Correspond with D. Vira re pension (1.0); call with client re questions (.2). | 1.20 |
| 04/25/16 | BES | 0019 | Research regarding pension plan (1.8); preparing memorandum regarding same (0.8). | 2.60 |
| 04/25/16 | DZV | 0019 | Prepare draft of memorandum regarding pension plan (6.5); correspond with B. Simonetti regarding same (0.3). | 6.80 |
| 04/26/16 | BES | 0019 | Research re pension matter (2.8); review of memo re same (0.6). | 3.40 |
| 04/26/16 | DZV | 0019 | Prepare draft of pension memorandum (6.3); confer with B. Simonetti regarding same (0.5); prepare summary of relevant cases (4.4); emails with E. Field and B. Simonetti regarding pension issue (0.2). | 11.40 |
| 04/27/16 | BES | 0019 | Preparing memorandum re pension matters. | 2.40 |
| 04/27/16 | DZV | 0019 | Emails with E. Field and B. Simonetti regarding pension matters (0.3); emails with B. Simonetti regarding same (0.3); research regarding pension issues (3.0); continue with preparation of pension memorandum | 11.10 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE                                      Page 11
Bill Number: 1659521                                                         05/20/16

| Date | Tkpr | Task | | Hours |
|------|------|------|--------------------------|------|
| | | | (7.5). | |
| 04/27/16 | EDF | 0019 | Review case re pension (.6); draft email to D. Vira re same (.3). | 0.90 |
| 04/28/16 | BES | 0019 | Prepare memorandum re pension matters. | 3.60 |
| 04/28/16 | DZV | 0019 | Review draft of pension memorandum (1.7); follow-up research regarding same (2.7). | 4.40 |
| 04/04/16 | FSH | 0025 | Non-productive travel time to Delaware for Court hearing (actual time - 1.30). | 0.65 |
| 04/04/16 | RAJ | 0025 | Travel to Wilmington for hearing (non-working portion)(actual time 1.60). | 0.80 |
| 04/04/16 | AQ | 0025 | Non-productive travel NY to DE (actual time 2.50). | 1.25 |
| 04/04/16 | DHB | 0025 | Non-productive travel to Wilmington (actual time - 1.50). | 0.75 |
| 04/04/16 | ZJC | 0025 | Non-productive travel to Wilmington, DE for oral argument preparation session and oral argument (1.5). | 0.75 |
| 04/05/16 | FSH | 0025 | Non-productive travel time on return from Delaware (actual time - 1.30). | 0.65 |
| 04/05/16 | RAJ | 0025 | Non-productive travel from Wilmington after hearing (non-working portion)(actual time - .80). | 0.40 |
| 04/05/16 | AQ | 0025 | Non-productive travel DE to NY (actual time - 2.30). | 1.15 |
| 04/05/16 | ZJC | 0025 | Non-productive travel from hearing in Delaware to Washington, DC (actual time - 2.2). | 1.10 |
| 04/19/16 | FSH | 0025 | Non-productive travel time to and from Delaware for hearing (actual time 3.60). | 1.80 |
| 04/19/16 | RAJ | 0025 | Travel to/from Wilmington for court hearing (non-working portion only)(actual time 1.80). | 0.90 |
| 04/01/16 | FSH | 0029 | Communications w/ M. Fagen, R. Johnson, A. Qureshi re allocation hearing prep arrangements (.4); review Debtors' draft surreply (.3) and work on Akin edits (.2); work on allocation document (1.4) and communications w/ US parties re same (.8); review final reply (.1); communications re BRG re allocation analysis (.1) and review same (.1). | 3.40 |
| 04/01/16 | RAJ | 0029 | Review and provide comments on Debtors' draft reply brief on motion for leave to file allocation appeal sur-reply (.4); prepare for allocation appeal oral argument (1.8, 1.0); calls with J. Rosenthal (Cleary) re oral argument (.3, .1, .4); call with Committee member re oral argument (.5); multiple emails with Akin team re oral argument issues (.5, .4); review BRG analysis of potential outcomes (.4); review multiple emails re same (.2); emails re Debtors' appellate argument outline (.3). | 6.30 |
| 04/01/16 | AQ | 0029 | Review and analyze allocation document and related emails (.5); review and analyze case law cited in allocation appellate briefing (4.8); review and analyze Cleary argument outline (.2). | 5.50 |
| 04/01/16 | DHB | 0029 | Review draft allocation appeal sur-reply (.3) and emails re same (.1); emails re continuing mediation discussions (.2). | 0.60 |
| 04/01/16 | BMK | 0029 | Analysis of allocation updates (1.6); emails re: same (0.3); review of issues re: appellate argument and outlines (1.4); review sur-reply response (0.3). | 3.60 |
| 04/01/16 | KMR | 0029 | Continued review of allocation updates. | 0.50 |
| 04/01/16 | AL | 0029 | Review allocation document (1.2); review sur-reply response in allocation appeal (.5). | 1.70 |
| 04/02/16 | FSH | 0029 | Commence review of NNI allocation appeal oral argument outline (.3); communications w/ A. Qureshi, R. Johnson, D. Botter, B. Kahn re same (.5); review allocation document and analyze issues therein and next steps (1.1). | 1.90 |
| 04/02/16 | RAJ | 0029 | Review Debtors' draft allocation appeal oral argument outline (.6); multiple emails with Akin team re same (.4, .3, .1); revise and provide comments to Debtors' draft (1.5); emails with J. Chen re same (.1); analyze allocation document (1.2) and multiple emails with Akin and BRG teams re same (.3). | 4.50 |
| 04/02/16 | AQ | 0029 | Review and analyze appellate briefing in preparation for allocation appeal argument. | 1.70 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE
Bill Number: 1659521

Page 12
05/20/16

| Date | Tkpr | Task | | Hours |
|------|------|------|---|-------|
| 04/02/16 | DHB | 0029 | Further extensive emails re allocation document (.5); allocation appeal timing (.3); review allocation document and consider same (.8); extensive emails re same (.4). | 2.00 |
| 04/02/16 | BMK | 0029 | Initial review of revised allocation document (1.0); emails re: same (.2). | 1.20 |
| 04/02/16 | ZJC | 0029 | Review Cleary allocation appeal argument outline and offer comments. | 1.60 |
| 04/03/16 | FSH | 0029 | Review Cleary comments on allocation appeal outline (.2); analyze issues (.4); communications w/ parties, BRG, D. Botter, R. Johnson re foregoing and re court hearing (1.2). | 1.80 |
| 04/03/16 | RAJ | 0029 | Multiple emails with Cleary and Akin teams re allocation appeal oral argument (.5, .3, .4); analyze issues re standard of review (1.2); correspond with A. Qureshi re oral argument preparations (.3, .2); work re allocation of argument time (.6); review appellees' briefs in preparation for oral argument (1.4); emails with counsel for Trade Claims Consortium (.2, .1); review appellate argument outlines (.5); coordinate details with C. Samis (.3); emails with Committee member re oral argument preparations (.1). | 6.10 |
| 04/03/16 | AQ | 0029 | Call with Cleary re allocation appeal argument (.8); draft and revise appeal argument outline (1.4); review and analyze case law cited in appellate briefs (2.7); review and analyze appellate briefing (1.3); communications with team re argument (.3); draft and revise responses to likely questions re fair and equitable (1.8). | 8.30 |
| 04/03/16 | DHB | 0029 | Review materials and consider additional questions for moot session for allocation appeal argument (2.2); begin review of Cleary comments to allocation document (.3); emails re same and argument (.3). | 2.80 |
| 04/03/16 | CIW | 0029 | Correspond with R. Johnson re prep for allocation appeal oral argument. | 0.10 |
| 04/04/16 | FSH | 0029 | Correspond w/ D. Botter re allocation document (.3); review other allocation appeal argument outlines (.8); analyze aspects of allocation document (4.); communications w/ Committee re same (.1); communications w/ Committee members re argument (.8); correspond w/ A. Qureshi, R. Johnson re coordination of parties (.5); correspond w/ C. Samis, R. Johnson, A. Qureshi, D. Botter re logistics for argument (.4); review info from BRG (.1); correspond w/ A. Qureshi, J. Chen, C. Samis, R. Johnson, D. Botter on finalization of argument, moot court, analysis and other preparation (5.7). | 9.10 |
| 04/04/16 | RAJ | 0029 | Review allocation opinion in preparation for appeal oral argument (.6); confer with Debtors' counsel re oral argument (.3, .1); correspond with A. Qureshi re preparations for argument (.2, .5); review outlines of appellate arguments (.5); prepare questions for moot court (.6); emails with Cleary team re specific points in oral argument (.2); confer with Committee member re oral argument (.2, .6, .1); participate in moot court sessions (3.5). | 7.40 |
| 04/04/16 | AQ | 0029 | Review and analyze case law and pleadings in preparation for allocation appeal argument (4.8); confer with Cleary and Milbank re argument (.6); draft and revise oral argument outline (2.7); correspond with team re run through of oral argument and potential questions (3.5); meet with Committee member re preparation for oral argument and run through of Committee member argument (.6). | 12.20 |
| 04/04/16 | DHB | 0029 | Continue review of allocation document and comments to same (.5); work with team re argument prep and moot of Abid Qureshi and Committee member arguments (7.5). | 8.00 |
| 04/04/16 | BMK | 0029 | Further review and analysis of allocation document. | 1.50 |
| 04/04/16 | JYY | 0029 | Review correspondence regarding allocation document and appeal. | 0.10 |
| 04/04/16 | KMR | 0029 | Review revised draft allocation document. | 0.50 |
| 04/04/16 | AME | 0029 | Review correspondence re: allocation appeal oral argument and mediation. | 0.30 |
| 04/04/16 | NPS | 0029 | Revise allocation case summaries (.6) and communication with R. Johnson re: same (.2). | 0.80 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE                                          Page 13
Bill Number: 1659521                                                             05/20/16

| Date | Tkpr | Task | | Hours |
|------|------|------|---|-------|
| 04/04/16 | ZJC | 0029 | Final moot court and preparation session for oral argument. | 3.80 |
| 04/04/16 | AL | 0029 | Correspondence re allocation appeal oral argument logistics. | 0.20 |
| 04/05/16 | FSH | 0029 | Final preparation for allocation appellate hearing (.8); meet w/ counsel in advance of same at District Court (.9); conferences w/ NNI, Committee members re allocation document (1.0); confer w/ other parties re same (.3); meet w/ Committee members and representatives re allocation hearing outcome and related matters (1.3); confer w/ A. Qureshi and R. Johnson re hearing (.3); communications w/ D. Botter re same (.1). | 4.70 |
| 04/05/16 | RAJ | 0029 | Final preparations for allocation appeal oral argument (1.0); correspond with Akin team re allocation argument prior to hearing (.7); correspond with Akin, C. Samis, Committee member re reactions to allocation hearing (1.3); confer with F. Hodara, A. Qureshi re reporting to committee (.3). | 3.30 |
| 04/05/16 | AQ | 0029 | Final review and analysis of case law and pleadings and argument outline in preparation for allocation appeal argument (6.3); confer with F. Hodara and R. Johnson and with Committee member regarding argument (.3); confer with Cleary regarding argument (.3). | 6.90 |
| 04/05/16 | KMR | 0029 | Continue review of allocation documents (.7); attend part of allocation oral argument in district court appeal of allocation decision (1.5). | 2.20 |
| 04/05/16 | MCF | 0029 | Attend oral argument in allocation appeals (3.0) and coordinate logistics (.3). | 3.30 |
| 04/05/16 | CIW | 0029 | Dial in to allocation appeal oral argument (3.0); phone call re oral argument (0.1); correspond with N. Stabile and R. Johnson re same (0.1). | 3.20 |
| 04/05/16 | NPS | 0029 | Attend allocation appellate argument (partial). | 1.30 |
| 04/05/16 | ZJC | 0029 | Attending and discussing district court hearing on appeal of allocation decision. | 6.80 |
| 04/05/16 | AL | 0029 | Correspond w/ M. Fagen re allocation issues (.2); review news stories on allocation appeal (.2); analyze allocation document (.5); attend telephonically allocation appeal oral arguments (partial) (2). | 2.90 |
| 04/06/16 | FSH | 0029 | Communications w/ D. Botter re allocation document and analyze same (.5); communications w/ B. Kahn re allocation motion (.2); review MOR and other info in connection with same (.2); communications w/ Cleary, Chilmark re allocation (1.4). | 2.30 |
| 04/06/16 | RAJ | 0029 | Review notes of oral argument on allocation appeal (.7); analyze new relevant decision (.4) and emails re same (.1); emails with Debtors' counsel re oral argument (.3); follow-up communications with Akin team re oral argument (.4); review press reports re appeal (.8). | 2.70 |
| 04/06/16 | DHB | 0029 | Meet with J. Ray re allocation document issues (.4); emails with team re same (.3). | 0.70 |
| 04/06/16 | BMK | 0029 | Review and analysis of allocation document and related issues. | 1.60 |
| 04/06/16 | JYY | 0029 | Review updates regarding allocation appeal. | 0.10 |
| 04/06/16 | AME | 0029 | Confer with C. Weinreb re: update on allocation appeal oral argument. | 0.30 |
| 04/06/16 | CIW | 0029 | Phone call with A. Evans re Nortel allocation appeal oral argument. | 0.30 |
| 04/07/16 | FSH | 0029 | Review allocation data from BRG (.1). Communications with J. Chen, R. Johnson re allocation appeal certification (.2) and analyze (.1). | 0.40 |
| 04/07/16 | RAJ | 0029 | Analyze appellate rules re direct certification (.7); multiple emails among Akin team re appellate issues (.6); review additional press coverage of pending appeal (.3); follow-up email to Committee re appeal (.1). | 1.70 |
| 04/07/16 | DHB | 0029 | Emails re 3rd Circuit certification of allocation appeal. | 0.10 |
| 04/07/16 | BMK | 0029 | Review and analyze of allocation appeal issues | 1.40 |
| 04/07/16 | JYY | 0029 | Review updates regarding allocation appeal. | 0.10 |
| 04/07/16 | KMR | 0029 | Update re: status of the allocation case. | 0.70 |
| 04/07/16 | AME | 0029 | Review transcript of allocation appeal oral argument. | 0.60 |
| 04/07/16 | ZJC | 0029 | Respond to inquiry regarding certification of district court appeal to | 0.30 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE                                  Page 14
Bill Number: 1659521                                                      05/20/16

| Date | Tkpr | Task | | Hours |
|------|------|------|---|-------|
| | | | Third Circuit at current stage of allocation proceedings. | |
| 04/07/16 | AL | 0029 | Review articles re allocation appeal (.2); attention to allocation appeal oral argument transcript (.1). | 0.30 |
| 04/08/16 | FSH | 0029 | Examine analyses re allocation. | 0.20 |
| 04/08/16 | RAJ | 0029 | Analyze caselaw re allocation issues on appeal (.4); review transcript of hearing (.7). | 1.10 |
| 04/11/16 | FSH | 0029 | Follow-up from allocation appeal hearing (.3); review allocation document comments and outline issues (1.1); communications with Cleary, BRG, D. Botter, B. Kahn re same (.4); correspondence with M. Fagen, D. Botter re allocation document (.2). | 2.00 |
| 04/11/16 | RAJ | 0029 | Emails re allocation document and revisions. | 0.30 |
| 04/11/16 | AQ | 0029 | Review and analyze allocation document (.2) and comments to same (.2). | 0.40 |
| 04/11/16 | DHB | 0029 | Begin review of allocation document (.5); emails re same (.1). | 0.60 |
| 04/11/16 | BMK | 0029 | Review and analysis of allocation document. | 1.90 |
| 04/11/16 | JYY | 0029 | Review update regarding allocation discussions. | 0.10 |
| 04/11/16 | MCF | 0029 | Review allocation document (.6); email to Committee re same (.3). | 0.90 |
| 04/11/16 | AL | 0029 | Review allocation document (.2); correspondence re same (.1). | 0.30 |
| 04/12/16 | FSH | 0029 | Communications with BRG, B. Kahn, D. Botter re allocation document (.3); communications with Cleary re same (.1); work on allocation document and analyze issues therein in preparation for meeting on same (1.3); attend meeting with BRG, D. Botter, B. Kahn (1.3). Follow-up analysis on issues raised therein re process (.4). Meet with A. Qureshi re procedural issue (.2). Further analysis of same (.4). | 4.00 |
| 04/12/16 | RAJ | 0029 | Analyze proposed allocation document and comments (.4); participate in portion of conference call with Akin and BRG teams re same (.5); review emails re creditor recoveries in various scenarios (.2). | 1.10 |
| 04/12/16 | AQ | 0029 | Review and analyze BRG recovery analysis (.2) and emails re same (.1); confer with F. Hodara regarding potential allocation litigation issues (.2); confer with J. Yecies re related research issues (.2). | 0.70 |
| 04/12/16 | DHB | 0029 | Further review and specific comments to allocation document (1.0); call with professionals re same (1.3). | 2.30 |
| 04/12/16 | BMK | 0029 | Analysis of allocation document (0.6); call with Akin and BRG re: same (1.3); review same (0.5). | 2.40 |
| 04/12/16 | JYY | 0029 | Confer with A. Qureshi regarding allocation research project (.2); confer with C. Weinreb in relation to same (.2); preliminary research regarding allocation appeal issues (1.6). | 2.00 |
| 04/12/16 | MCF | 0029 | Meeting with Akin and BRG re allocation discussions, status (1.1) and mark up same (.7). | 1.80 |
| 04/12/16 | AME | 0029 | Correspond with J. Yecies re: allocation mediation and appeal research. | 0.20 |
| 04/12/16 | CIW | 0029 | Phone call with J. Yecies re allocation research project. | 0.20 |
| 04/12/16 | AL | 0029 | Call w/ BRG and Akin team to discuss allocation document (1.2); prepare for same (.5); revise same based on team meeting (1.0). | 2.70 |
| 04/13/16 | FSH | 0029 | Review comments to allocation document (.3); review items for call w/ NNI (.2); participate in call w/ NNI (1.0); correspond w/ M. Fagen re edits (.1); review recovery analysis and confer w/ BRG re same (.6); correspond w/ M. Fagen re same (.1); communications w/ Committee members, BRG, D. Botter re foregoing (.7). | 3.00 |
| 04/13/16 | RAJ | 0029 | Emails with Akin and BRG teams re allocation scenarios. | 0.30 |
| 04/13/16 | AQ | 0029 | Review and analyze BRG presentation on allocation scenarios. | 0.30 |
| 04/13/16 | DHB | 0029 | Review consolidated comments to allocation document (.3); attend call with Debtors re same (.9); follow-up re same (.1); review BRG analysis (.4) and emails re same (.2); consider additional issues arising from allocation document discussions (.4); emails with F. Hodara re same (.1). | 2.40 |
| 04/13/16 | BMK | 0029 | Review of allocation document (.8); participate in call with Cleary re: same (.9). | 1.70 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE                                          Page 15
Bill Number: 1659521                                                             05/20/16

| Date | Tkpr | Task | | Hours |
|------|------|------|------|------|
| 04/13/16 | JYY | 0029 | Meet with R. Williams regarding allocation research (.6); correspond with C. Carty in relation to same (.3); review preliminary research from R. Williams (.9); review related materials from C. Carty and Research team (.4). | 2.20 |
| 04/13/16 | KMR | 0029 | Review allocation document (.6); participated in call re same (.8). | 1.40 |
| 04/13/16 | MCF | 0029 | Call with U.S. Debtor reps re status (.8); review and revise comments to allocation document (.4). | 1.20 |
| 04/13/16 | RRW | 0029 | Meet w/ J. Yecies re: allocation research assignment (0.6); legal research and analysis re: same (7.3). | 7.90 |
| 04/13/16 | CIW | 0029 | Correspond with J. Yecies and R. Williams re allocation research assignment. | 0.10 |
| 04/14/16 | FSH | 0029 | Examine allocation document issues (.4); outline issues in filed pleadings relating to allocation issues (.2); and communications w/ R. Johnson, B. Kahn re same (.2). | 0.80 |
| 04/14/16 | JYY | 0029 | Review allocation research from R. Williams (1.0); review cases in relation to same (1.0); review and edit research summary (1.1). | 3.10 |
| 04/14/16 | RRW | 0029 | Legal research and analysis re: allocation/ procedural issues (3.3); draft memo re: same (4.6). | 7.90 |
| 04/18/16 | FSH | 0029 | Work on allocation document issues (.4); call w/ S. Pohl re same (.2); call w/ J. Bromley (.4); confer w/ D. Botter re same (.4); follow-up w/ S. Pohl re same (.1); analyze issues (.2); memo to working group re foregoing (.3); confer w/ C. Kearns re same (.2); analyze issues raised by BRG (.6). | 2.80 |
| 04/18/16 | RAJ | 0029 | Multiple emails with Akin and BRG teams re allocation issues and scenarios. | 0.50 |
| 04/18/16 | AQ | 0029 | Emails regarding allocation document (.2); review and analyze BRG waterfall analysis re allocation (.2). | 0.40 |
| 04/18/16 | DHB | 0029 | Office conferences with F. Hodara re allocation document (.4); email communications with senior team re same (.2). | 0.60 |
| 04/19/16 | FSH | 0029 | Communications w/ BRG and D. Botter re analysis (.1); analyze issues therein (.2); correspond w/ R. Johnson re same (.2). | 0.50 |
| 04/19/16 | RAJ | 0029 | Multiple emails among Akin and BRG re allocation scenarios and financial analysis (.4); review allocation document (.3); review transcript of allocation oral argument (1.2). | 1.90 |
| 04/19/16 | AQ | 0029 | Emails re allocation documents. | 0.20 |
| 04/19/16 | DHB | 0029 | Emails with team re allocation document (.1) and consider same (.1). | 0.20 |
| 04/19/16 | JYY | 0029 | Correspond with R. Williams regarding allocation issue research. | 0.10 |
| 04/19/16 | MCF | 0029 | Emails re allocation scenarios. | 0.30 |
| 04/20/16 | FSH | 0029 | Examine allocation document. | 1.30 |
| 04/20/16 | DHB | 0029 | Email re allocation document. | 0.20 |
| 04/20/16 | BMK | 0029 | Review of allocation document (0.8); emails re: same (0.3). | 1.10 |
| 04/20/16 | JYY | 0029 | Review allocation case updates. | 0.10 |
| 04/20/16 | MCF | 0029 | Review document re allocation scenarios (.4) and communications re same (.2). | 0.60 |
| 04/21/16 | FSH | 0029 | Review information fordiscussion re potential allocation (.5); communications w/ Cleary, R. Johnson, BRG, D. Botter, B. Kahn re same (.6). | 1.10 |
| 04/21/16 | AQ | 0029 | Review and analyze research memo and case law regarding allocation/ procedural issues. | 1.30 |
| 04/21/16 | JYY | 0029 | Review allocation case updates. | 0.30 |
| 04/22/16 | RAJ | 0029 | Analyze transcript of allocation appellate argument. | 1.50 |
| 04/22/16 | AQ | 0029 | Review and analyze emails and related proposed order re: Canadian allocation decision. | 0.30 |
| 04/22/16 | DHB | 0029 | Email correspondence re Canadian allocation order. | 0.50 |
| 04/22/16 | JYY | 0029 | Review allocation updates. | 0.10 |
| 04/24/16 | JYY | 0029 | Review correspondence regarding allocation document. | 0.10 |
| 04/25/16 | FSH | 0029 | Review updated allocation presentation from BRG (.3); communications | 2.70 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE                                    Page 16
Bill Number: 1659521                                                        05/20/16

| Date | Tkpr | Task | | Hours |
|------|------|------|---|-------|
| | | | w/ BRG re same (.5); communications w/ D. Botter re call w/ NNI (.1); review allocation document issues and related materials for call w/ NNI (.5); communications w/ B. Kahn, R. Johnson re same (.2); participate in call w/ NNI (.8); follow-up call w/ BRG (.3). | |
| 04/25/16 | RAJ | 0029 | Analyze allocation document (.4); attend call with Debtors re same (.8); follow-up meeting with Akin team and call with BRG team re same (.3). | 1.50 |
| 04/25/16 | BMK | 0029 | Analysis of allocation document (0.5); call with Debtor professionals re: same (0.8); communications with Akin team (0.3). | 1.60 |
| 04/25/16 | JYY | 0029 | Review correspondence regarding allocation document. | 0.10 |
| 04/25/16 | MCF | 0029 | Attend call with U.S. Debtors re allocation (.8); communications re same (.3). | 1.10 |
| 04/26/16 | RAJ | 0029 | Emails re allocation document. | 0.10 |
| 04/26/16 | AQ | 0029 | Review and analyze revised Canadian allocation Order and emails re same (.2); review and analyze emails re interim distribution litigation (.2). | 0.40 |
| 04/26/16 | JYY | 0029 | Review updates regarding allocation discussions. | 0.20 |
| 04/26/16 | CIW | 0029 | Read correspondence from team members re Canadian allocation order. | 0.10 |
| 04/27/16 | JYY | 0029 | Review allocation discussion updates. | 0.50 |
| 04/27/16 | AL | 0029 | Review Canadian allocation order. | 0.60 |
| 04/28/16 | FSH | 0029 | Update status of allocation mediation discussions (.3); review allocation document for call w/ party (.3); call party re same (.2); call Cleary re same (.2); follow-up w/ party (.1); analyze next steps (.3). | 1.40 |
| 04/28/16 | RAJ | 0029 | Review allocation document (.2); confer with Akin team re mediation issues (.1). | 0.30 |
| 04/28/16 | AQ | 0029 | Emails regarding allocation document (.1) and review and analyze same (.1). | 0.20 |
| 04/28/16 | KMR | 0029 | Review allocation document. | 0.50 |
| 04/29/16 | RAJ | 0029 | Review allocation document (.4); multiple emails re same (.2). | 0.60 |
| 04/29/16 | AQ | 0029 | Review and analyze allocation document (.2); emails regarding same (.1). | 0.30 |
| 04/29/16 | BMK | 0029 | Review and comment on intra-estate allocation issues (1.3); emails re: same (0.3). | 1.60 |
| 04/30/16 | JYY | 0029 | Review update from Canadian counsel re allocation order. | 0.10 |

Total Hours                                                                   722.50

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|------------|-------|---|------|---|-------|
| F S  HODARA | 89.80 | at | $1325.00 | = | $118,985.00 |
| R A  JOHNSON | 118.60 | at | $1050.00 | = | $124,530.00 |
| B E  SIMONETTI | 23.10 | at | $1000.00 | = | $23,100.00 |
| A  QURESHI | 51.80 | at | $1175.00 | = | $60,865.00 |
| D H  BOTTER | 38.45 | at | $1220.00 | = | $46,909.00 |
| B M  KAHN | 37.60 | at | $900.00 | = | $33,840.00 |
| K M  ROWE | 5.80 | at | $860.00 | = | $4,988.00 |
| R  ALBANESE | 2.70 | at | $875.00 | = | $2,362.50 |
| E D  FIELD | 2.50 | at | $965.00 | = | $2,412.50 |
| J Y  YECIES | 9.30 | at | $785.00 | = | $7,300.50 |
| Z  CHEN | 14.35 | at | $700.00 | = | $10,045.00 |
| M C  FAGEN | 57.40 | at | $690.00 | = | $39,606.00 |
| R R  WILLIAMS, JR. | 15.80 | at | $580.00 | = | $9,164.00 |
| A M  EVANS | 1.40 | at | $580.00 | = | $812.00 |
| C I  WEINREB | 6.80 | at | $580.00 | = | $3,944.00 |
| N P  STABILE | 8.30 | at | $740.00 | = | $6,142.00 |
| A  LORING | 60.90 | at | $455.00 | = | $27,709.50 |
| D Z  VIRA | 61.50 | at | $550.00 | = | $33,825.00 |
| T  SOUTHWELL | 59.10 | at | $350.00 | = | $20,685.00 |

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| D  KRASA-BERSTELL | 51.20 | at | $350.00 | = | $17,920.00 |
| S A  D'ADDESE | 3.00 | at | $225.00 | = | $675.00 |
| F B  ALVAREZ | 1.70 | at | $225.00 | = | $382.50 |
| C G  ESSEX | 1.40 | at | $230.00 | = | $322.00 |

Current Fees                                                                                    $596,524.50

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---|
| Computerized Legal Research - Lexis | $1,455.30 |
| Computerized Legal Research - Westlaw | $1,248.86 |
| Document Retrieval | $542.90 |
| Duplication - In House | $0.10 |
| Meals - Business | $641.93 |
| Meals (100%) | $1,247.19 |
| Audio and Web Conference Services | $3,915.00 |
| Travel - Auto (mileage) | $22.46 |
| Travel - Ground Transportation | $469.44 |
| Travel - Lodging (Hotel, Apt, Other) | $1,994.90 |
| Travel - Parking | $44.00 |
| Travel - Train Fare | $1,826.00 |

Current Expenses                                                                                $13,408.08

**Total Amount of This Invoice**                                                     **$609,932.58**

**Total Balance Due Upon Receipt**                                         **$1,343,954.90**