# EXHIBIT C

# DISBURSEMENT SUMMARY

## APRIL 1, 2016 THROUGH APRIL 30, 2016

| | |
|---|---:|
| Computerized Research, Corporate Service Fees & PACER Charges | $2,704.16 |
| Document Retrieval | $542.90 |
| Duplication – In House | $0.10 |
| Meals (100%) | $1,247.19 |
| Meals – Business | $641.93 |
| Audio and Web Conference Services | $3,915.00 |
| Travel – Auto (mileage) | $22.46 |
| Travel – Ground Transportation | $469.44 |
| Travel – Lodging (Hotel, Apt, Other) | $1,994.90 |
| Travel – Parking | $44.00 |
| Travel – Train Fare | $1,826.00 |
| **TOTAL** | **$13,408.08** |