# EXHIBIT D



| | |
|---|---|
| NORTEL NETWORKS INC. CREDITORS COMMITTEE<br>ATTN: JOHN DOLITTLE<br>2221 LAKESIDE BOULEVARD<br>RICHARDSON, TX  75082 | Invoice Number    1659521<br>Invoice Date         05/20/16<br>Client Number      687147<br>Matter Number          0001 |

Re: CHAPTER 11

FOR PROFESSIONAL SERVICES RENDERED THROUGH  04/30/16 :

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | | Value |
|---|---|---|
| 04/03/16 | Travel - Ground Transportation VENDOR: ROBERT A. JOHNSON INVOICE#: 1190855304070006 DATE: 4/7/2016<br>Taxi/Car Service/Public Transport, 04/03/16, Taxi ride from office to home re: preparation for hearing in Wilmington., Uber | $42.67 |
| 04/03/16 | Travel - Ground Transportation VENDOR: ABID QURESHI INVOICE#: 1194071004081803 DATE: 4/8/2016<br>Taxi/Car Service/Public Transport, 04/03/16, Late taxi cab from OBP to home after working on Nortel matter., Uber | $21.03 |
| 04/03/16 | Travel - Train Fare  VENDOR: ABID QURESHI INVOICE#: 1194071004081803 DATE: 4/8/2016<br>Rail Fare, 04/03/16, Train fare from NY to DE (actual trip April 4th) for Nortel hearing., Amtrak Business Fare | $188.00 |
| 04/03/16 | Meals - Business  VENDOR: MATTHEW C. FAGEN INVOICE#: 1208782804201801 DATE: 4/20/2016<br>Breakfast, 04/03/16, Weekend working meal, Trycaviar.com Corner, Matthew | $20.08 |

| Date | Description | Amount |
|---|---|---|
| 04/03/16 | Fagen<br>Meals - Business  VENDOR: MATTHEW C. FAGEN INVOICE#: 1208782804201801 DATE: 4/20/2016<br>Lunch, 04/03/16, Weekend working meal, Think Coffee, Matthew Fagen | $20.72 |
| 04/03/16 | Travel - Train Fare  VENDOR: AMERICAN EXPRESS INVOICE#: 359985 DATE: 4/3/2016<br>NAME: BOTTER DAVID H TICKET #: 0674381820 DEPARTURE DATE: 04/04/2016 ROUTE: UNKNOWN | $32.00 |
| 04/04/16 | Travel - Train Fare  VENDOR: ROBERT A. JOHNSON INVOICE#: 1190855304070006 DATE: 4/7/2016<br>Rail Fare, 04/04/16, Amtrak ticket purchase re: attendance of the Allocation Appeal Hearing in Wilmington., Amtrak Business Fare | $188.00 |
| 04/04/16 | Travel - Lodging (Hotel, Apt, Other) VENDOR: ROBERT A. JOHNSON INVOICE#: 1190855304070006 DATE: 4/7/2016<br>Hotel - Lodging, 04/04/16, Hotel stay at the Dupont re: attendance for allocation Appeal Hearing in Wilmington., Hotel Dupont | $438.90 |
| 04/04/16 | Travel - Ground Transportation VENDOR: ABID QURESHI INVOICE#: 1194071004081803 DATE: 4/8/2016<br>Taxi/Car Service/Public Transport, 04/04/16, Taxi cab from home to Penn Station for travel to Nortel hearing in DE., Uber | $17.54 |
| 04/04/16 | Travel - Train Fare  VENDOR: ABID QURESHI INVOICE#: 1194071004081803 DATE: 4/8/2016<br>Rail Fare, 04/04/16, Train fare from DE to NY after attending Nortel hearing., Amtrak Business Fare | $188.00 |
| 04/04/16 | Meals - Business  VENDOR: ABID QURESHI INVOICE#: 1194071004081803 DATE: 4/8/2016<br>Hotel - Dinner, 04/04/16, Working dinner during preparation for allocation appeal oral argument., Sheraton Suites Wilmington, Abid Qureshi | $30.00 |
| 04/04/16 | Travel - Auto (mileage)  VENDOR: Z.W. JULIUS CHEN INVOICE#: 1193199304111304 DATE: 4/11/2016<br>Mileage, 04/04/16, Nortel argument, Google Maps | $22.46 |
| 04/04/16 | Meals - Business  VENDOR: Z.W. JULIUS CHEN INVOICE#: 1193199304111304 DATE: 4/11/2016<br>Breakfast, 04/04/16, Nortel argument/Breakfast on train, Faber Store | $5.48 |

| Date | Description | Amount |
|---|---|---|
| 04/04/16 | #1378 Amtrak Wilmington, Julius Chen Meals - Business  VENDOR: FRED S. HODARA INVOICE#: 1207292704251604 DATE: 4/25/2016 6 people Dinner, 04/04/16, Dinner on eve of Nortel allocation appeal argument (6 people) La Fia, C. Samis-Committee member, Fred Hodara, Robert Johnson, Julius Chen, David Botter | $245.00 |
| 04/04/16 | Meals - Business  VENDOR: FRED S. HODARA INVOICE#: 1207292704251604 DATE: 4/25/2016 Lunch, 04/04/16, Lunch during Nortel hearing, Loma Coffee, Fred Hodara | $7.00 |
| 04/04/16 | Travel - Ground Transportation VENDOR: FRED S. HODARA INVOICE#: 1207292704251604 DATE: 4/25/2016 Taxi/Car Service/Public Transport, 04/04/16, Cab from train to hotel, Shalom Trans. Limo & Taxi | $15.00 |
| 04/04/16 | Travel - Lodging (Hotel, Apt, Other) VENDOR: FRED S. HODARA INVOICE#: 1207292704251604 DATE: 4/25/2016 Hotel - Lodging, 04/04/16, Hotel stay during District Court hearings, Hotel DuPont | $438.90 |
| 04/04/16 | Travel - Ground Transportation VENDOR: FRED S. HODARA INVOICE#: 1207292704251604 DATE: 4/25/2016 Taxi/Car Service/Public Transport, 04/04/16, Car from Home to train station, Uber | $17.26 |
| 04/04/16 | Travel - Ground Transportation VENDOR: FRED S. HODARA INVOICE#: 1207292704251604 DATE: 4/25/2016 Taxi/Car Service/Public Transport, 04/04/16, Car from train station to Hotel for Chen, R. Johnson, F. Hodara, Uber | $5.75 |
| 04/05/16 | Travel - Train Fare  VENDOR: ROBERT A. JOHNSON INVOICE#: 1190855304070006 DATE: 4/7/2016 Rail Fare, 04/05/16, Amtrak ticket purchase re: return from hearing in Wilmington., Amtrak Business Fare | $188.00 |
| 04/05/16 | Travel - Lodging (Hotel, Apt, Other) VENDOR: ABID QURESHI INVOICE#: 1194071004081803 DATE: 4/8/2016 Hotel - Lodging, 04/05/16, Hotel stay in Delaware during Nortel hearing., Sheraton Suites Wilmington | $239.30 |
| 04/05/16 | Audio and Web Conference Services VENDOR: TELCONF LLC INVOICE#: 04001-01001-16 DATE: 4/5/2016 | $3,915.00 |

| Date | Description | Amount |
|---|---|---|
| 04/05/16 | Telconf services Travel - Parking  VENDOR: Z.W. JULIUS CHEN INVOICE#: 1193199304111304 DATE: 4/11/2016 Parking, 04/05/16, Nortel argument/Parking at Union Station, USPG, LLC | $44.00 |
| 04/05/16 | Meals - Business  VENDOR: Z.W. JULIUS CHEN INVOICE#: 1193199304111304 DATE: 4/11/2016 Hotel - Meals - Other, 04/05/16, Nortel argument, Hotel DuPont, Julius Chen | $3.50 |
| 04/05/16 | Meals - Business  VENDOR: Z.W. JULIUS CHEN INVOICE#: 1193199304111304 DATE: 4/11/2016 Hotel - Breakfast, 04/05/16, Nortel argument, Hotel DuPont, Julius Chen | $24.20 |
| 04/05/16 | Travel - Lodging (Hotel, Apt, Other) VENDOR: Z.W. JULIUS CHEN INVOICE#: 1193199304111304 DATE: 4/11/2016 Hotel - Lodging, 04/05/16, Nortel Argument, Hotel DuPont | $438.90 |
| 04/05/16 | Travel - Lodging (Hotel, Apt, Other) VENDOR: DAVID H. BOTTER INVOICE#: 1201974004191804 DATE: 4/19/2016 Hotel - Lodging, 04/05/16, Travel to Delaware to attend Nortel hearing, Hotel DuPont | $438.90 |
| 04/05/16 | Meals - Business  VENDOR: DAVID H. BOTTER INVOICE#: 1201974004191804 DATE: 4/19/2016 Hotel - Breakfast, 04/05/16, Breakfast re: hotel stay for Nortel hearing, Hotel DuPont, David Botter | $23.67 |
| 04/05/16 | Travel - Ground Transportation VENDOR: MATTHEW C. FAGEN INVOICE#: 1208782804201801 DATE: 4/20/2016 Taxi/Car Service/Public Transport, 04/05/16, Late car home, Uber | $19.13 |
| 04/05/16 | Travel - Train Fare  VENDOR: AMERICAN EXPRESS INVOICE#: 361639 DATE: 4/5/2016 NAME: CHEN ZE WEN JULIUS TICKET #: 0674471601 DEPARTURE DATE: 04/04/2016 ROUTE: UNKNOWN | $32.00 |
| 04/05/16 | Travel - Train Fare  VENDOR: AMERICAN EXPRESS INVOICE#: 361639 DATE: 4/5/2016 NAME: CHEN ZE WEN JULIUS TICKET #: 1369533321 DEPARTURE DATE: 04/04/2016 ROUTE: WAS WIL | $18.00 |
| 04/05/16 | Travel - Train Fare  VENDOR: AMERICAN EXPRESS INVOICE#: 362227 DATE: 4/5/2016 | $32.00 |

| Date | Description | Amount |
|---|---|---|
| | NAME: CHEN ZE WEN JULIUS TICKET #: 0674496021 DEPARTURE DATE: 04/04/2016 ROUTE: UNKNOWN | |
| 04/05/16 | Meals (100%)  VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 2367422 DATE: 4/10/2016 Matthew Fagen - Sushi of Gari 46th) - 04/05/2016 Late working meal | $20.52 |
| 04/05/16 | Travel - Ground Transportation VENDOR: FRED S. HODARA INVOICE#: 1207292704251604 DATE: 4/25/2016 Taxi/Car Service/Public Transport, 04/05/16, Car from train to home, Medallion cab | $15.95 |
| 04/05/16 | Travel - Ground Transportation VENDOR: FRED S. HODARA INVOICE#: 1207292704251604 DATE: 4/25/2016 Taxi/Car Service/Public Transport, 04/05/16, Car from hotel to train, T.K. Cab Company | $9.00 |
| 04/05/16 | Meals - Business  VENDOR: FRED S. HODARA INVOICE#: 1207292704251604 DATE: 4/25/2016 Hotel - Breakfast, 04/05/16, Breakfast before District Court hearings, Hotel DuPont, Fred Hodara | $26.00 |
| 04/05/16 | Travel - Train Fare  VENDOR: FRED S. HODARA INVOICE#: 1207292704251604 DATE: 4/25/2016 Rail Fare, 04/05/16, Return train travel after Court, Amtrak Business Fare | $188.00 |
| 04/05/16 | Meals - Business  VENDOR: FRED S. HODARA INVOICE#: 1207292704251703 DATE: 4/25/2016 Lunch, 04/05/16, Lunch for seven Committee members and reps following court hearing, Chelsea Dining Room, Mr. Samis, three Committee members, Fred Hodara, Robert Johnson, David Botter | $161.20 |
| 04/06/16 | Computerized Legal Research - Westlaw User: LORING,ANTHONY Date: 4/6/2016 AcctNumber: 1000193694 ConnectTime: 0.0 | $385.36 |
| 04/06/16 | Travel - Ground Transportation VENDOR: MATTHEW C. FAGEN INVOICE#: 1208782804201801 DATE: 4/20/2016 Taxi/Car Service/Public Transport, 04/06/16, Late car home, Uber | $20.40 |
| 04/06/16 | Travel - Train Fare  VENDOR: AMERICAN EXPRESS INVOICE#: 362548 DATE: 4/6/2016 NAME: BOTTER DAVID H TICKET #: | $20.00 |

| Date | Description | Amount |
|---|---|---|
| 04/06/16 | 0674514342 DEPARTURE DATE: 04/04/2016 ROUTE: UNKNOWN Meals (100%) VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 2367422 DATE: 4/10/2016 Matthew Fagen - Arno - 04/06/2016 Allocation meeting 4 people | $29.11 |
| 04/06/16 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1215048 DATE: 4/20/2016  Vendor: Dial Car Voucher #: A4430436 Date: 04/06/2016 Name: David Botter\|\|Car Service, Vendor: Dial Car Voucher #: A4430436 Date: 04/06/2016 Name: David Botter | $140.18 |
| 04/07/16 | Computerized Legal Research - Westlaw User: LORING,ANTHONY Date: 4/7/2016 AcctNumber: 1000193694 ConnectTime: 0.0 | $179.41 |
| 04/07/16 | Document Retrieval DOCUMENT RETRIEVAL IN VARIOUS COURTS VENDOR: PACER SERVICE CENTER; INVOICE#: 2503192-Q12016; DATE: 4/7/2016 | $542.90 |
| 04/07/16 | Meals (100%) 4/5/16 - KISHA WRIGHT VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800414; DATE: 4/7/2016 Allocation meeting 4 people | $67.77 |
| 04/07/16 | Meals (100%) 4/7/16 - ANITA GOMEZ VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800414; DATE: 4/7/2016 Committee call 8 people | $140.99 |
| 04/12/16 | Meals (100%) VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 2369967 DATE: 4/17/2016 Catering Akin Gump - Crave Sandwiches Catering - 04/12/2016 Allocation meeting 10 people | $202.09 |
| 04/12/16 | Meals (100%) VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 2369967 DATE: 4/17/2016 Catering Akin Gump - Maguro Sushi - 04/12/2016 Allocation meeting 10 people | $318.57 |
| 04/13/16 | Computerized Legal Research - Westlaw User:  Date: 4/13/2016 AcctNumber: 1000193694 ConnectTime: 0.0 | $42.24 |
| 04/13/16 | Computerized Legal Research - Lexis Service: COLLIER SERVICE; Employee: ESSEX CIARAN; Charge Type: LA DOCUMENT ACCESS; Quantity: 4.0 | $345.60 |
| 04/13/16 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: ESSEX CIARAN; Charge Type: LA DOCUMENT ACCESS; | $121.50 |

| Date | Description | Amount |
|---|---|---|
| 04/14/16 | Computerized Legal Research - Westlaw User:  Date: 4/14/2016 AcctNumber: 1000193694 ConnectTime: 0.0 Quantity: 4.0 | $641.85 |
| 04/14/16 | Meals (100%)  4/12/16 - ANTHONY LORING VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800416; DATE: 4/14/2016 Allocation meeting 6 people | $97.44 |
| 04/14/16 | Meals (100%)  4/13/16 - ANITA GOMEZ VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800416; DATE: 4/14/2016 Committee call 8 people | $173.11 |
| 04/18/16 | Travel - Train Fare  VENDOR: ROBERT A. JOHNSON INVOICE#: 1207840904201801 DATE: 4/20/2016 Rail Fare, 04/18/16, Amtrak ticket purchase re: travel to Wilmington for Nortel hearing in SNMP adversary proceeding., Amtrak Business Fare | $188.00 |
| 04/18/16 | Travel - Train Fare  VENDOR: FRED S. HODARA INVOICE#: 1207292704251703 DATE: 4/25/2016 Rail Fare, 04/18/16, Train to Court in Wilmington, DE, Amtrak Business Fare | $188.00 |
| 04/19/16 | Travel - Train Fare  VENDOR: ROBERT A. JOHNSON INVOICE#: 1207840904201801 DATE: 4/20/2016 Rail Fare, 04/19/16, Amtrak ticket purchase re: travel from Wilmington to New York after Nortel hearing in SNMP adversary proceeding., Amtrak Business Fare | $188.00 |
| 04/19/16 | Travel - Train Fare  VENDOR: FRED S. HODARA INVOICE#: 1207292704251604 DATE: 4/25/2016 Rail Fare, 04/19/16, Train fare to return from court, Amtrak Business Fare | $188.00 |
| 04/19/16 | Travel - Ground Transportation VENDOR: FRED S. HODARA INVOICE#: 1207292704251604 DATE: 4/25/2016 Taxi/Car Service/Public Transport, 04/19/16, Taxi to Penn Station, Medallion Cab | $9.95 |
| 04/19/16 | Meals - Business  VENDOR: DANIEL Z. VIRA INVOICE#: 1215483004252302 DATE: 4/25/2016 Dinner, 04/19/16, Overtime meal while working late in office., Abitino's, Dan Vira | $20.69 |
| 04/20/16 | Computerized Legal Research - Lexis | $100.80 |

| Date | Description | Amount |
|---|---|---|
| | Service: LEXIS LEGAL SERVICES; Employee: ACKERRAMIREZ REFUGIO; Charge Type: LA DOCUMENT ACCESS; Quantity: 3.0 | |
| 04/20/16 | Computerized Legal Research - Lexis Service: NEXIS SERVICE; Employee: ACKERRAMIREZ REFUGIO; Charge Type: LA DOCUMENT ACCESS; Quantity: 3.0 | $62.10 |
| 04/20/16 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: VIRA DANIEL; Charge Type: LA DOCUMENT ACCESS; Quantity: 11.0 | $227.70 |
| 04/20/16 | Computerized Legal Research - Lexis Service: NEXIS SERVICE; Employee: VIRA DANIEL; Charge Type: LA DOCUMENT ACCESS; Quantity: 5.0 | $103.50 |
| 04/21/16 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: VIRA DANIEL; Charge Type: LA DOCUMENT ACCESS; Quantity: 14.0 | $328.50 |
| 04/21/16 | Computerized Legal Research - Lexis Service: NEXIS SERVICE; Employee: VIRA DANIEL; Charge Type: LA DOCUMENT ACCESS; Quantity: 6.0 | $124.20 |
| 04/21/16 | Meals (100%)  4/21/16 - ANITA GOMEZ VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800417; DATE: 4/21/2016 Committee call 8 people | $173.11 |
| 04/22/16 | Meals - Business  VENDOR: DANIEL Z. VIRA INVOICE#: 1215483004252302 DATE: 4/25/2016 Dinner, 04/22/16, Overtime meal while working late in office., Chop't, Dan Vira | $17.39 |
| 04/25/16 | Meals - Business  VENDOR: DANIEL Z. VIRA INVOICE#: 1221919804291604 DATE: 4/29/2016 Dinner, 04/25/16, Overtime meal while working late., Chop't, Dan Vira | $16.31 |
| 04/25/16 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1215845 DATE: 5/4/2016  Vendor: Dial Car Voucher #: A774698 Date: 04/25/2016 Name: Dan Vira\|\|Car Service, Vendor: Dial Car Voucher #: A774698 Date: 04/25/2016 Name: Dan Vira | $67.79 |
| 04/26/16 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: VIRA DANIEL; Charge Type: LA DOCUMENT ACCESS; Quantity: 2.0 | $41.40 |
| 04/26/16 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: | $67.79 |

| | | |
|---|---|---|
| | 1215845 DATE: 5/4/2016  Vendor: Dial Car Voucher #: A789740 Date: 04/26/2016 Name: Dan Vira\|\|Car Service, Vendor: Dial Car Voucher #: A789740 Date: 04/26/2016 Name: Dan Vira | |
| 04/27/16 | Meals - Business  VENDOR: DANIEL Z. VIRA INVOICE#: 1221919804291604 DATE: 4/29/2016 Dinner, 04/27/16, Overtime meal while working late., Abitino's, Dan Vira | $20.69 |
| 04/27/16 | Meals (100%)  VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 2384764 DATE: 5/1/2016 Matthew Fagen - Akdeniz - 04/27/2016 Late working meal | $24.48 |
| 04/28/16 | Duplication - In House  Photocopy - Johnson, Robert, NY, 1 page(s) | $0.10 |
| | Current Expenses | $13,408.08 |

**Total Amount of This Invoice**                                       $609,932.58

**Total Balance Due Upon Receipt**                                   $1,343,954.90