# EXHIBIT E

**SUMMARY OF ATTORNEYS AND LEGAL ASSISTANTS**

**RENDERING SERVICES DURING THE PERIOD**

**APRIL 1, 2016 THROUGH APRIL 30, 2016**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | 2016 Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| David H. Botter | Partner for 14 years; Admitted in 1990; Financial Restructuring Department | $1,220 | 38.45 | $46,909.00 |
| Fred S. Hodara | Partner for 27 years; Admitted in 1982; Financial Restructuring Department | $1,325 | 89.80 | $118,985.00 |
| Robert A. Johnson | Partner for 19 years; Admitted in 1988; Litigation Department | $1,050 | 118.60 | $124,530.00 |
| Brad M. Kahn | Partner as of January 1, 2016; Admitted in 2008; Financial Restructuring Department | $900 | 37.60 | $33,840.00 |
| Bruce E. Simonetti | Partner for 11 years; Admitted in 1995; Tax Department | $1,000 | 23.10 | $23,100.00 |
| Abid Qureshi | Partner for 8 years; Admitted in 1995; Financial Restructuring Department | $1,175 | 51.80 | $60,865.00 |
| Rachel E. Albanese | Senior Counsel for 4 years; Admitted in 2001; Financial Restructuring Department | $875 | 2.70 | $2,362.50 |
| Eric D. Field | Senior Counsel for 3 years; Admitted in 1998; Labor Department | $965 | 2.50 | $2,412.50 |
| Kevin M. Rowe | Senior Counsel for 15 years; Admitted in 1985; Tax Department | $860 | 5.80 | $4,988.00 |
| Julius Chen | Counsel for 2 years; Admitted in 2010; Litigation Department | $700 | 14.35 | $10,045.00 |

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | 2016 Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| Jacqueline Y. Yecies | Counsel for 3 years; Admitted in 2009; Litigation Department | $785 | 9.30 | $7,300.50 |
| Anne M. Evans | Associate for 3 years; Admitted in 2014; Litigation Department | $580 | 1.40 | $812.00 |
| Matthew C. Fagen | Associate for 4 years; Admitted in 2014; Financial Restructuring Department | $690 | 57.40 | $39,606.00 |
| Anthony Loring | Associate for 1 year; Not Yet Admitted; Financial Restructuring Department | $455 | 60.90 | $27,709.50 |
| Nicholas P. Stabile | Associate for 3 years; Admitted in 2010; Litigation Department | $740 | 8.30 | $6,142.00 |
| Carly Weinreb | Associate for 3 years; Admitted in 2014; Litigation Department | $580 | 6.80 | $3,944.00 |
| Richard R. Williams Jr. | Associate for 3 years; Admitted in 2014; Litigation Department | $580 | 15.80 | $9,164.00 |
| Daniel Vira | Senior Attorney for 5 years; Admitted in 1992; Tax Department | $550 | 61.50 | $33,825.00 |
| Francisco Alvarez | Legal Assistant for 1 year; Financial Restructuring Department | $225 | 1.70 | $382.50 |
| Sarah D'Addese | Legal Assistant for 3 years; Financial Restructuring Department | $225 | 3.00 | $675.00 |
| Ciaran G. Essex | Research Specialist for 1 year | $230 | 1.40 | $322.00 |
| Dagmara Krasa-Berstell | Legal Assistant for 25 years; Financial Restructuring Department | $350 | 51.20 | $17,920.00 |

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | 2016 Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| Tracy Southwell | Legal Assistant for 20 years; Financial Restructuring Department | $350 | 59.10 | $20,685.00 |

Total Amount of Fees: **$596,524.50**

Total Number of Hours: 722.50

Blended Hourly Rate: **$825.63**