# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Nortel Networks Inc. et al.,[1] | ) Case No. 09-10138 (KG) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Hearing Date: TBD** |

## NOTICE OF TWENTY-NINTH INTERIM FEE APPLICATION REQUEST

Name of Applicant:               Akin Gump Strauss Hauer & Feld LLP

Authorized to Provide
Professional Services to:        Official Committee of Unsecured Creditors

Date of Retention:               March 5, 2009, *Nunc Pro Tunc* to January 22, 2009

Period for which compensation
and reimbursement is sought:     February 1, 2016 through April 30, 2016[2]

Amount of Compensation sought as
actual, reasonable and necessary:   $1,712,703.50

Amount of Expense Reimbursement sought
as actual, reasonable and necessary:   $33,458.80

This is (a)n:  _X_  interim       ____ final application

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567); and Nortel Networks (CALA) Inc. (4226).

[2] Akin Gump Strauss Hauer & Feld LLP's February, March, and April 2016 monthly fee applications are incorporated herein by reference.

Summary of Fee Applications for Compensation Period:

| Date Filed Docket No. | Period Covered | Requested | | Approved | | Holdback Fees Requested |
| --- | --- | --- | --- | --- | --- | --- |
| | | Fees | Expenses | Fees (80%) | Expenses (100%) | Fees (20%) |
| Date Filed: 04/04/16 Docket No. 16687 | 2/1/16 – 2/29/16 | $492,991.50 | $7,814.20 | $394,393.20 | $7,814.20 | $98,598.30 |
| Date Filed: 05/12/16 Docket No. 16805 | 3/1/16 – 3/31/16 | $623,187.50 | $12,236.52 | Pending Obj. deadline $498,550.00 | Pending Obj. deadline $12,236.52 | $124,637.50 |
| Date Filed: 05/27/16 Docket No. TBD | 4/1/16 – 4/30/16 | $596,524.50 | $13,408.08 | Pending Obj. deadline $477,219.60 | Pending Obj. deadline $13,408.08 | $119,304.90 |
| **TOTALS:** | | **$1,712,703.50** | **$33,458.80** | **$1,370,162.80**[3] | **$33,458.80**[4] | **$342,540.70** |

Summary of any Objections to Fee Applications:  None.

Dated: May 27, 2016
     New York, New York

           /s/ Fred S. Hodara
          Fred S. Hodara (*pro hac vice*)
          David H. Botter (*pro hac vice*)
          AKIN GUMP STRAUSS HAUER & FELD LLP
          One Bryant Park
          New York, NY 10036
          Telephone:  (212) 872-1000

          Co-Counsel to the Official Committee of Unsecured
          Creditors of Nortel Networks Inc., *et al*.

---

[3] The total amount reflected in this column includes amounts pending approval.

[4] The total amount reflected in this column includes amounts pending approval.