# EXHIBIT B



## CASSELS BROCK
L A W Y E R S

Cassels Brock & Blackwell LLP
2100, Scotia Plaza
40 King Street West
Toronto, ON Canada M5H 3C2
T  416 869 5300
F  416 360 8877

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF NORTEL NETWORKS INC
C/O AKIN GUMP STRAUSS HAUER & FELD LLP
ATTN: FRED HODARA
ONE BRYANT PARK
NEW YORK, NY  10036 USA

**INVOICE #1988797**
HST/GST #: R121379572

| Date | Matter Number | Lawyer |
|------|---------------|--------|
| **May 30, 2016** | **46992-00001** | **Michael Wunder** |

### The Official Committee of Unsecured Creditors
### Re: Nortel Networks Inc., et al.

Professional Fees          $  67,598.50
Disbursements                    112.25

**Total Amount Due**        **$  67,710.75** CDN

Cassels Brock & Blackwell LLP

Per: _____
Michael Wunder

**Wire Transfer:**
Bank of Nova Scotia
44 King St. West, Toronto, ON  M5H 1H1
Swift Code:  NOSCCATT
Bank ID:  002  Transit: 47696
CAD Funds Bank Account : 00739-11
ABA Routing #: 026 002 532
Reference: Please include the lawyer's name and the
invoice number

**Credit Card:**
Payments are accepted via telephone, email or fax.
We accept
American Express, MasterCard or Visa (please circle
one).
Card No.
_____
Expiry Date: _____ Amount:
_____
Cardholder Name:
_____
Signature:
_____

-2-

CASSELS BROCK & BLACKWELL LLP                           Invoice # 1988797
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                              Matter # 46992-00001

**Invoice Detail**

**TO PROFESSIONAL SERVICES RENDERED up to and including 04/30/2016**

| Date | ID | TASK | Narrative | Hours |
|------|-----|------|-----------|-------|
| 4/1/2016 | MWU | 31 | Email correspondence with NNI's Canadian counsel regarding Canadian leave for appeal application of Canadian allocation decision. | 0.1 |
| 4/1/2016 | MWU | 29 | Review draft allocation documents, and email correspondence with UCC advisors. | 1.7 |
| 4/1/2016 | MWU | 12 | Review analysis regarding claims and creditor recoveries. | 1.1 |
| 4/1/2016 | MWU | 29 | Review court filings by allocation parties to prepare for U.S. appeal hearing and arguments for Canadian appeal. | 1.8 |
| 4/4/2016 | RSK | 29 | Review draft allocation terms and U.S. debtors' comments. | 1.9 |
| 4/4/2016 | MWU | 29 | Review and analyze allocation issues and proposals. | 1.8 |
| 4/4/2016 | MWU | 29 | Review court filings to prepare for U.S. allocation appeal court hearing. | 1.1 |
| 4/5/2016 | RSK | 8 | Attend to U.S. allocation appeal hearing (telephonically). | 3 |
| 4/5/2016 | MWU | 8 | Attend to U.S. Appeal Court hearing regarding allocation decision (telephonically). | 3 |
| 4/6/2016 | RSK | 31 | Review email correspondence between Akin Gump and Cassels regarding SNMP Canadian claims summary judgment motion. | 0.2 |
| 4/6/2016 | RSK | 29 | Exchange email correspondence with Akin Gump and review of U.S. appeal demonstrative. | 0.3 |
| 4/6/2016 | MWU | 29 | Review NNI exhibit from allocation appeal hearing, and consider same for use in Canadian allocation appeal. | 0.5 |
| 4/6/2016 | MWU | 12 | Review correspondence from Canadian counsel for Monitor regarding SNMP Canadian claims litigation, correspondence with Akin Gump regarding same, and review motion record for partial summary judgment. | 1.4 |
| 4/7/2016 | RSK | 7 | Participate in Committee meeting. | 0.8 |
| 4/7/2016 | MWU | 7 | Attend on UCC call. | 0.8 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

-3-

CASSELS BROCK & BLACKWELL LLP                              Invoice # 1988797
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                              Matter # 46992-00001

| Date | ID | TASK | Narrative | Hours |
|---|---|---|---|---|
| 4/7/2016 | MWU | 12 | Email correspondence with Canadian counsel regarding SNMP Canadian claims litigation, correspondence with Akin Gump regarding same, and instructions to associate regarding court attendance. | 1.3 |
| 4/8/2016 | HFE | 31 | Review court filings to prepare for SNMP Canadian claims hearing. | 0.7 |
| 4/8/2016 | RSK | 12 | Review responding motion record of SNMP regarding Canadian claims. | 0.5 |
| 4/8/2016 | MWU | 31 | Review responding motion record and factum of SNMP for SNMP Canadian claims litigation, and correspondence with UCC advisors regarding same. | 1.7 |
| 4/8/2016 | MWU | 3 | Prepare February, 2016 fee account. | 1.8 |
| 4/11/2016 | HFE | 31 | Prepare to attend SNMP Canadian claims summary judgment motion. | 3.2 |
| 4/11/2016 | RSK | 31 | Review SNMP responding factum on partial summary judgment motion. | 0.4 |
| 4/11/2016 | MWU | 12 | Review multiple court filings filed by Monitor/Canadian debtors in connection with SNMP Canadian claims litigation and motion for partial summary judgment, and review multiple legal briefs and case authorities regarding same, and email correspondence with Akin Gump. | 2.3 |
| 4/12/2016 | HFE | 8 | Attend at Nortel SNMP Canadian claims summary judgment motion at Canadian court. | 7.7 |
| 4/12/2016 | MWU | 31 | Review court filings to prepare for SNMP Canadian claims court hearing. | 1.3 |
| 4/12/2016 | MWU | 12 | Meet with and provide instructions to H. Fender regarding court attendance, and multiple email correspondence with Akin regarding U.S. and Canadian claims litigation issues. | 1.1 |
| 4/13/2016 | HFE | 8 | Attend Canadian court hearing for SNMP claims and prepare summary for UCC advisors. | 6.4 |
| 4/13/2016 | RSK | 7 | Participated in Committee call. | 1.1 |
| 4/13/2016 | MWU | 29 | Review and analyze allocation issues and proposals. | 1.4 |
| 4/13/2016 | MWU | 7 | Attend on UCC call. | 1.1 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

-4-

CASSELS BROCK & BLACKWELL LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.

Invoice # 1988797

Matter # 46992-00001

| Date | ID | TASK | Narrative | Hours |
|------|-----|------|-----------|-------|
| 4/13/2016 | MWU | 12 | Review multiple updates from H. Fender from Canadian court motion regarding SNMP Canadian claims litigation, review legal briefs and prepare update report for UCC. | 1.3 |
| 4/14/2016 | MWU | 29 | Review draft documents regarding allocation issues, and Akin Gump comments regarding same. | 0.9 |
| 4/15/2016 | RSK | 31 | Email correspondence regarding Canadian claims litigation. | 0.4 |
| 4/15/2016 | MWU | 31 | Email correspondence with Akin Gump regarding Canadian Appeal proceedings and instructions to H. Fender regarding court update. | 0.3 |
| 4/19/2016 | MWU | 31 | Review and analyze Canadian estate distribution issues. | 1.4 |
| 4/19/2016 | MWU | 31 | Review Canadian court order regarding SNMP Canadian claims litigation. | 0.2 |
| 4/20/2016 | RSK | 31 | Review email correspondence and draft Calgary former employees claim resolution plan. | 0.3 |
| 4/20/2016 | RSK | 31 | Exchange email correspondence with NNI's Canadian counsel regarding Canadian appeal litigation. | 0.4 |
| 4/20/2016 | MWU | 31 | Review correspondence and documentation from Canadian counsel for monitor regarding disallowance of certain claims of terminated Calgary employees, and email correspondence to and from NNI's Canadian counsel regarding same. | 1.2 |
| 4/21/2016 | GBS | 31 | Review correspondence from Ontario Court of Appeal regarding Canadian allocation decision leave application. | 0.3 |
| 4/21/2016 | GBS | 31 | Communications with Cassels team regarding status of Canadian leave application for Canadian allocation decision. | 0.2 |
| 4/21/2016 | HFE | 31 | Review SCC website and report on bondholder Canadian leave to appeal application status. | 0.2 |
| 4/21/2016 | RSK | 31 | Review email correspondence from allocation parties regarding Canadian allocation order. | 0.5 |
| 4/21/2016 | RSK | 7 | Participated on Committee call. | 0.7 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

-5-

CASSELS BROCK & BLACKWELL LLP                    Invoice # 1988797
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                          Matter # 46992-00001

| Date | ID | TASK | Narrative | Hours |
|------|-----|------|-----------|-------|
| 4/21/2016 | RSK | 31 | Review correspondence from Ontario Court of Appeal regarding requirement of issued Canadian Allocation Order and reported on same to UCC advisors. | 0.5 |
| 4/21/2016 | MWU | 7 | Attend on UCC call. | 0.7 |
| 4/21/2016 | MWU | 31 | Review correspondence from Ontario Court of Appeal regarding application regarding Canadian allocation decision, and confer with Cassels team. | 0.3 |
| 4/21/2016 | MWU | 29 | Review draft documentation regarding allocation issues, and analyze for Canadian estate issues. | 1.4 |
| 4/21/2016 | MWU | 31 | Review draft Canadian court order for allocation decision and consider outstanding issues regarding Court of Appeal letter requesting issued order. | 1 |
| 4/22/2016 | RSK | 31 | Review email correspondence from Canadian counsel for Monitor and UKPC regarding comments on Canadian allocation order. | 0.4 |
| 4/22/2016 | RSK | 31 | Review and forward consolidated U.S. Interests' comments on draft Canadian allocation order and forwarded same to UCC advisors with commentary. | 1.1 |
| 4/22/2016 | RSK | 31 | Conference call with counsel for U.S. debtors and bondholders regarding form of Canadian allocation order. | 0.8 |
| 4/22/2016 | RSK | 31 | Review revised Canadian allocation order from Canadian counsel for UKPC. | 0.2 |
| 4/22/2016 | RSK | 29 | Email correspondence to Akin Gump regarding outstanding issues on Canadian allocation order. | 0.5 |
| 4/22/2016 | RSK | 31 | Exchange email correspondence with counsel for U.S. interests regarding Canadian allocation order and Canadian court hearing. | 0.3 |
| 4/22/2016 | RSK | 31 | Review drafts of Canadian allocation order and summarized issues in dispute. | 0.7 |
| 4/22/2016 | RSK | 31 | Review email correspondence from counsel for Monitor and UKPC regarding process to settle Canadian allocation order and outstanding issues. | 0.4 |
| 4/22/2016 | MWU | 31 | Multiple correspondence to and from Canadian counsel for core parties regarding Canadian allocation order, and review and analyze outstanding issues and prior negotiations. | 1.9 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP                        Invoice # 1988797
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                              Matter # 46992-00001

| Date | ID | TASK | Narrative | Hours |
|------|----|------|-----------|-------|
| 4/22/2016 | MWU | 31 | Email correspondence to and from Akin Gump and Cassels teams regarding negotiations of Canadian allocation order, and correspondence with Canadian counsel for U.S. interests. | 1.2 |
| 4/22/2016 | MWU | 31 | Review correspondence to Canadian court by Canadian counsel for Monitor regarding Canadian allocation order. | 0.4 |
| 4/22/2016 | MWU | 12 | Review documents regarding Canadian terminated employee claims and proposed claims resolution protocol and prepare report for UCC advisors. | 0.8 |
| 4/23/2016 | RSK | 31 | Review consolidated comments provided to Canadian Court regarding Canadian allocation order. | 0.4 |
| 4/23/2016 | RSK | 31 | Review further correspondence to Canadian Court from counsel for UKPC regarding Canadian allocation order. | 0.4 |
| 4/23/2016 | MWU | 12 | Review Canadian motion record regarding former Calgary employee claims resolution protocol and related Monitor's report, and forward report to UCC advisors. | 1.2 |
| 4/24/2016 | RSK | 31 | Exchange correspondence with Canadian counsel regarding status of Canadian allocation order and adjournment of Canadian court hearing. | 0.3 |
| 4/24/2016 | MWU | 31 | Review correspondence from Monitor's Canadian counsel regarding Canadian court attendance and forward update to UCC advisors. | 0.1 |
| 4/25/2016 | RSK | 31 | Call with Canadian counsel regarding draft Canadian allocation order. | 0.3 |
| 4/25/2016 | RSK | 29 | Exchange email correspondence with Akin Gump regarding Canadian allocation order dispute. | 0.3 |
| 4/25/2016 | RSK | 31 | Conference call with Canadian counsel for NNI and bondholders regarding Canadian allocation decision court order. | 0.6 |
| 4/25/2016 | MWU | 31 | Prepare for Canadian court conference regarding Canadian allocation decision order including multiple correspondence to and from Akin Gump and Cassels team, and review multiple correspondence to Canadian court and drafts of Canadian order. | 1.9 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP                          Invoice # 1988797
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                          Matter # 46992-00001

| Date | ID | TASK | Narrative | Hours |
|------|----|----|-----------|-------|
| 4/26/2016 | RSK | 31 | Provide report to UCC on resolution of Canadian court allocation order. | 0.6 |
| 4/26/2016 | RSK | 31 | Review revised Canadian court order and reconsideration order. | 0.7 |
| 4/26/2016 | RSK | 29 | Email correspondence to Akin Gump regarding Canadian hearing regarding Canadian allocation order. | 0.2 |
| 4/26/2016 | RSK | 8 | Attend Canadian court conference to settle form of Canadian allocation order. | 1.1 |
| 4/26/2016 | MWU | 31 | Review update regarding Canadian court attendance for Canadian allocation order, and review email correspondence from Canadian counsel for Monitor and issued Canadian order. | 0.7 |
| 4/26/2016 | MWU | 29 | Review court filings regarding request for interim distribution for U.S. unsecured creditors. | 0.5 |
| 4/27/2016 | RSK | 29 | Review BRG presentation regarding allocation issues and analysis. | 1.3 |
| 4/27/2016 | RSK | 29 | Review email correspondence and allocation issues summary. | 0.8 |
| 4/27/2016 | MWU | 31 | Review email correspondence from NNI's Canadian counsel to Canadian service list, and related correspondence, regarding filing with Ontario Court of Appeal, and report to UCC advisors. | 0.2 |
| 4/27/2016 | MWU | 12 | Review summary regarding allocation proceeds, and related BRG analysis. | 0.8 |
| 4/28/2016 | RSK | 29 | Review update from Akin Gump regarding LSI interim distribution motion. | 0.2 |
| 4/28/2016 | RSK | 7 | Participated in Committee meeting. | 0.5 |
| 4/28/2016 | MWU | 3 | Work regarding fee approval order and schedules, prepare revised schedule and email correspondence with Whiteford (UCC Delaware counsel). | 0.4 |
| 4/28/2016 | MWU | 7 | Attend on UCC call. | 0.5 |
| 4/29/2016 | MWU | 29 | Analysis of allocation issues and negotiations. | 1.4 |

CASSELS BROCK & BLACKWELL LLP                    Invoice # 1988797
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                        Matter # 46992-00001

| Date | ID | TASK | Narrative | Hours |
|------|-----|------|-----------|-------|
| 4/29/2016 | MWU | 31 | Email correspondence and call with Canadian counsel for NNI regarding Canadian motion for claims resolution plan for former Calgary employees. | 0.3 |
| | | | **Total** | **88.1** |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP

The Official Committee of Unsecured Creditors

Re: Nortel Networks Inc, et al.

Invoice # 1988797

Matter # 46992-00001

| Name | Title | Department | Province of Bar | Hours | Rate | Billed Value |
|------|-------|-----------|-----------------|-------|------|--------------|
| Geoffrey B. Shaw | Partner | Advocacy | Ontario - 1986 | 0.50 | $945.00 | $472.50 |
| Hilary Fender | Associate | Financial Restructuring | Ontario - 2015 | 18.20 | $390.00 | $7,098.00 |
| Michael Wunder | Partner | Financial Restructuring | Ontario - 1990 | 46.30 | $835.00 | $38,660.50 |
| Shayne Kukulowicz | Partner | Financial Restructuring | Ontario - 1990 | 23.10 | $925.00 | $21,367.50 |
| | | | | | | |
| **TOTAL** | | | | **88.10** | | **$ 67,598.50** |

**TOTAL PROFESSIONAL FEES**                                     $  67,598.50

**Non-Taxable Disbursements**

    Copies                                                          96.80

    Binding, Tabs, Disks, etc                                8.97

    Telephone / Long Distance/Conference Calls        6.48

**Total Disbursements and Tax**                                     112.25

**Total Fees, Disbursements & Tax**                     $    67,710.75 CDN

CASSELS BROCK & BLACKWELL LLP                    Invoice # 1988797
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                    Matter # 46992-00001

**Time Summary By Task Code:**

| Task Codes | Description | Hours | Fees |
|---|---|---|---|
| 0003 | Cassels Brock Fee Application/Monthly Billing Reports | 2.20 | 1,837.00 |
| 0007 | Creditors Committee Meetings | 6.20 | 5,456.00 |
| 0008 | Court Hearings | 21.20 | 11,796.50 |
| 0012 | General Claims Analysis/Claims Objections | 11.80 | 9,898.00 |
| 0029 | Intercompany Analysis | 18.00 | 15,525.00 |
| 0031 | Canadian Proceedings/Matters | 28.70 | 23,086.00 |
| | | | |
| **TOTAL** | | **88.1** | **$  67,598.50** |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP                    Invoice # 1988797
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                 Matter # 46992-00001

**Disbursement Details:**

| Date | Narrative | Quantity | Amount |
|------|-----------|----------|--------|
| 4/4/2016 | Copies | 9 | 0.90 |
| 4/4/2016 | Copies | 7 | 0.70 |
| 4/4/2016 | Copies | 9 | 0.90 |
| 4/4/2016 | Copies | 2 | 0.20 |
| 4/4/2016 | Copies | 9 | 0.90 |
| 4/6/2016 | Copies | 3 | 0.30 |
| 4/6/2016 | Copies | 8 | 0.80 |
| 4/6/2016 | Copies | 4 | 0.40 |
| 4/6/2016 | Copies | 5 | 0.50 |
| 4/6/2016 | Copies | 2 | 0.20 |
| 4/6/2016 | Copies | 3 | 0.30 |
| 4/6/2016 | Copies | 2 | 0.20 |
| 4/6/2016 | Copies | 3 | 0.30 |
| 4/6/2016 | Copies | 6 | 0.60 |
| 4/7/2016 | Copies | 2 | 0.20 |
| 4/7/2016 | Copies | 1 | 0.10 |
| 4/7/2016 | Copies | 1 | 0.10 |
| 4/7/2016 | Copies | 2 | 0.20 |
| 4/7/2016 | Copies | 11 | 1.10 |
| 4/7/2016 | Copies | 9 | 0.90 |
| 4/7/2016 | Copies | 14 | 1.40 |
| 4/7/2016 | Copies | 36 | 3.60 |
| 4/7/2016 | Binding, Tabs, Disks, etc | 1 | 8.97 |
| 4/8/2016 | Copies | 11 | 1.10 |
| 4/11/2016 | Copies | 64 | 6.40 |
| 4/12/2016 | Copies | 2 | 0.20 |
| 4/12/2016 | Copies | 7 | 0.70 |
| 4/12/2016 | Copies | 9 | 0.90 |
| 4/12/2016 | Copies | 12 | 1.20 |
| 4/13/2016 | Copies | 2 | 0.20 |
| 4/13/2016 | Copies | 2 | 0.20 |
| 4/13/2016 | Copies | 4 | 0.40 |
| 4/13/2016 | Copies | 7 | 0.70 |
| 4/13/2016 | Copies | 2 | 0.20 |
| 4/14/2016 | Copies | 4 | 0.40 |
| 4/14/2016 | Copies | 10 | 1.00 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP                    Invoice # 1988797
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                      Matter # 46992-00001

| Date | Narrative | Quantity | Amount |
|------|-----------|----------|--------|
| 4/19/2016 | Copies | 2 | 0.20 |
| 4/19/2016 | Copies | 9 | 0.90 |
| 4/20/2016 | Copies | 2 | 0.20 |
| 4/20/2016 | Copies | 18 | 1.80 |
| 4/20/2016 | Copies | 37 | 3.70 |
| 4/20/2016 | Copies | 11 | 1.10 |
| 4/21/2016 | Copies | 1 | 0.10 |
| 4/21/2016 | Copies | 6 | 0.60 |
| 4/21/2016 | Copies | 5 | 0.50 |
| 4/21/2016 | Copies | 1 | 0.10 |
| 4/21/2016 | Copies | 4 | 0.40 |
| 4/21/2016 | Copies | 6 | 0.60 |
| 4/22/2016 | Copies | 11 | 1.10 |
| 4/22/2016 | Copies | 26 | 2.60 |
| 4/22/2016 | Copies | 11 | 1.10 |
| 4/22/2016 | Copies | 4 | 0.40 |
| 4/22/2016 | Copies | 1 | 0.10 |
| 4/22/2016 | Copies | 12 | 1.20 |
| 4/22/2016 | Copies | 15 | 1.50 |
| 4/22/2016 | Copies | 2 | 0.20 |
| 4/22/2016 | Copies | 12 | 1.20 |
| 4/22/2016 | Copies | 12 | 1.20 |
| 4/22/2016 | Copies | 88 | 8.80 |
| 4/26/2016 | Copies | 2 | 0.20 |
| 4/26/2016 | Copies | 2 | 0.20 |
| 4/26/2016 | Copies | 2 | 0.20 |
| 4/27/2016 | Copies | 2 | 0.20 |
| 4/27/2016 | Copies | 2 | 0.20 |
| 4/27/2016 | Copies | 10 | 1.00 |
| 4/27/2016 | Copies | 7 | 0.70 |
| 4/27/2016 | Copies | 2 | 0.20 |
| 4/27/2016 | Copies | 3 | 0.30 |
| 4/27/2016 | Copies | 21 | 2.10 |
| 4/27/2016 | Copies | 2 | 0.20 |
| 4/27/2016 | Copies | 7 | 0.70 |
| 4/27/2016 | Copies | 2 | 0.20 |
| 4/27/2016 | Copies | 15 | 1.50 |
| 4/27/2016 | Copies | 2 | 0.20 |
| 4/28/2016 | Copies | 14 | 1.40 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP                          Invoice # 1988797
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                        Matter # 46992-00001

| Date | Narrative | Quantity | Amount |
|------|-----------|----------|--------|
| 4/28/2016 | Copies | 3 | 0.30 |
| 4/28/2016 | Copies | 2 | 0.20 |
| 4/28/2016 | Copies | 8 | 0.80 |
| 4/28/2016 | Copies | 2 | 0.20 |
| 4/28/2016 | Copies | 24 | 2.40 |
| 4/28/2016 | Copies | 2 | 0.20 |
| 4/28/2016 | Copies | 2 | 0.20 |
| 4/28/2016 | Copies | 3 | 0.30 |
| 4/28/2016 | Copies | 8 | 0.80 |
| 4/28/2016 | Copies | 2 | 0.20 |
| 4/28/2016 | Copies | 4 | 0.40 |
| 4/28/2016 | Copies | 5 | 0.50 |
| 4/28/2016 | Copies | 3 | 0.30 |
| 4/28/2016 | Copies | 4 | 0.40 |
| 4/28/2016 | Copies | 2 | 0.20 |
| 4/28/2016 | Copies | 2 | 0.20 |
| 4/28/2016 | Copies | 127 | 12.70 |
| 4/29/2016 | Telephone  - Bell Conferencing Inc. | 1 | 6.48 |
| 4/29/2016 | Copies | 28 | 2.80 |
| 4/29/2016 | Copies | 9 | 0.90 |
| 4/29/2016 | Copies | 31 | 3.10 |
| 4/29/2016 | Copies | 15 | 1.50 |
| 4/29/2016 | Copies | 7 | 0.70 |
| | **Total** | | **$  112.25** |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.