# EXHIBIT C

Legal*27504893.2

## DISBURSEMENT SUMMARY
## APRIL 1 TO APRIL 30, 2016
## (All Amounts in Canadian Dollars)

<u>Non-Taxable Disbursements</u>

| | |
|---|---|
| Copies | $ 96.80 |
| Binding, Tabs, Disks, etc | $ 8.97 |
| Telephone / Long Distance/Conference Calls | $ 6.48 |
| Total Non-Taxable Disbursements | **$ 112.25 CDN.** |