# EXHIBIT D

CASSELS BROCK & BLACKWELL LLP                    Invoice # 1988797
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                          Matter # 46992-00001

## Disbursement Details:

| Date | Narrative | Quantity | Amount |
|------|-----------|---------:|-------:|
| 4/4/2016 | Copies | 9 | 0.90 |
| 4/4/2016 | Copies | 7 | 0.70 |
| 4/4/2016 | Copies | 9 | 0.90 |
| 4/4/2016 | Copies | 2 | 0.20 |
| 4/4/2016 | Copies | 9 | 0.90 |
| 4/6/2016 | Copies | 3 | 0.30 |
| 4/6/2016 | Copies | 8 | 0.80 |
| 4/6/2016 | Copies | 4 | 0.40 |
| 4/6/2016 | Copies | 5 | 0.50 |
| 4/6/2016 | Copies | 2 | 0.20 |
| 4/6/2016 | Copies | 3 | 0.30 |
| 4/6/2016 | Copies | 2 | 0.20 |
| 4/6/2016 | Copies | 3 | 0.30 |
| 4/6/2016 | Copies | 6 | 0.60 |
| 4/7/2016 | Copies | 2 | 0.20 |
| 4/7/2016 | Copies | 1 | 0.10 |
| 4/7/2016 | Copies | 1 | 0.10 |
| 4/7/2016 | Copies | 2 | 0.20 |
| 4/7/2016 | Copies | 11 | 1.10 |
| 4/7/2016 | Copies | 9 | 0.90 |
| 4/7/2016 | Copies | 14 | 1.40 |
| 4/7/2016 | Copies | 36 | 3.60 |
| 4/7/2016 | Binding, Tabs, Disks, etc | 1 | 8.97 |
| 4/8/2016 | Copies | 11 | 1.10 |
| 4/11/2016 | Copies | 64 | 6.40 |
| 4/12/2016 | Copies | 2 | 0.20 |
| 4/12/2016 | Copies | 7 | 0.70 |
| 4/12/2016 | Copies | 9 | 0.90 |
| 4/12/2016 | Copies | 12 | 1.20 |
| 4/13/2016 | Copies | 2 | 0.20 |
| 4/13/2016 | Copies | 2 | 0.20 |
| 4/13/2016 | Copies | 4 | 0.40 |
| 4/13/2016 | Copies | 7 | 0.70 |
| 4/13/2016 | Copies | 2 | 0.20 |
| 4/14/2016 | Copies | 4 | 0.40 |
| 4/14/2016 | Copies | 10 | 1.00 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP                    Invoice # 1988797
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                    Matter # 46992-00001

| Date | Narrative | Quantity | Amount |
|------|-----------|----------|--------|
| 4/19/2016 | Copies | 2 | 0.20 |
| 4/19/2016 | Copies | 9 | 0.90 |
| 4/20/2016 | Copies | 2 | 0.20 |
| 4/20/2016 | Copies | 18 | 1.80 |
| 4/20/2016 | Copies | 37 | 3.70 |
| 4/20/2016 | Copies | 11 | 1.10 |
| 4/21/2016 | Copies | 1 | 0.10 |
| 4/21/2016 | Copies | 6 | 0.60 |
| 4/21/2016 | Copies | 5 | 0.50 |
| 4/21/2016 | Copies | 1 | 0.10 |
| 4/21/2016 | Copies | 4 | 0.40 |
| 4/21/2016 | Copies | 6 | 0.60 |
| 4/22/2016 | Copies | 11 | 1.10 |
| 4/22/2016 | Copies | 26 | 2.60 |
| 4/22/2016 | Copies | 11 | 1.10 |
| 4/22/2016 | Copies | 4 | 0.40 |
| 4/22/2016 | Copies | 1 | 0.10 |
| 4/22/2016 | Copies | 12 | 1.20 |
| 4/22/2016 | Copies | 15 | 1.50 |
| 4/22/2016 | Copies | 2 | 0.20 |
| 4/22/2016 | Copies | 12 | 1.20 |
| 4/22/2016 | Copies | 12 | 1.20 |
| 4/22/2016 | Copies | 88 | 8.80 |
| 4/26/2016 | Copies | 2 | 0.20 |
| 4/26/2016 | Copies | 2 | 0.20 |
| 4/26/2016 | Copies | 2 | 0.20 |
| 4/27/2016 | Copies | 2 | 0.20 |
| 4/27/2016 | Copies | 2 | 0.20 |
| 4/27/2016 | Copies | 10 | 1.00 |
| 4/27/2016 | Copies | 7 | 0.70 |
| 4/27/2016 | Copies | 2 | 0.20 |
| 4/27/2016 | Copies | 3 | 0.30 |
| 4/27/2016 | Copies | 21 | 2.10 |
| 4/27/2016 | Copies | 2 | 0.20 |
| 4/27/2016 | Copies | 7 | 0.70 |
| 4/27/2016 | Copies | 2 | 0.20 |
| 4/27/2016 | Copies | 15 | 1.50 |
| 4/27/2016 | Copies | 2 | 0.20 |
| 4/28/2016 | Copies | 14 | 1.40 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP                          Invoice # 1988797
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                       Matter # 46992-00001

| Date | Narrative | Quantity | Amount |
|------|-----------|----------|--------|
| 4/28/2016 | Copies | 3 | 0.30 |
| 4/28/2016 | Copies | 2 | 0.20 |
| 4/28/2016 | Copies | 8 | 0.80 |
| 4/28/2016 | Copies | 2 | 0.20 |
| 4/28/2016 | Copies | 24 | 2.40 |
| 4/28/2016 | Copies | 2 | 0.20 |
| 4/28/2016 | Copies | 2 | 0.20 |
| 4/28/2016 | Copies | 3 | 0.30 |
| 4/28/2016 | Copies | 8 | 0.80 |
| 4/28/2016 | Copies | 2 | 0.20 |
| 4/28/2016 | Copies | 4 | 0.40 |
| 4/28/2016 | Copies | 5 | 0.50 |
| 4/28/2016 | Copies | 3 | 0.30 |
| 4/28/2016 | Copies | 4 | 0.40 |
| 4/28/2016 | Copies | 2 | 0.20 |
| 4/28/2016 | Copies | 2 | 0.20 |
| 4/28/2016 | Copies | 127 | 12.70 |
| 4/29/2016 | Telephone  - Bell Conferencing Inc. | 1 | 6.48 |
| 4/29/2016 | Copies | 28 | 2.80 |
| 4/29/2016 | Copies | 9 | 0.90 |
| 4/29/2016 | Copies | 31 | 3.10 |
| 4/29/2016 | Copies | 15 | 1.50 |
| 4/29/2016 | Copies | 7 | 0.70 |
| | **Total** | | **$  112.25** |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.