# EXHIBIT E

### SUMMARY OF LAWYERS AND PARALEGALS
### RENDERING SERVICES DURING THE PERIOD
### APRIL 1, 2016 THROUGH APRIL 30, 2016
### (All Amounts in Canadian Dollars)

| Name | Title | Department | Province of Bar Admission/Year | Hours | Rate | Billed Value |
|---|---|---|---|---|---|---|
| Geoffrey B. Shaw | Partner | Advocacy | Ontario - 1986 | 0.50 | $945.00 | $472.50 |
| Hilary Fender | Associate | Financial Restructuring | Ontario - 2015 | 18.20 | $390.00 | $7,098.00 |
| Michael Wunder | Partner | Financial Restructuring | Ontario - 1990 | 46.30 | $835.00 | $38,660.50 |
| Shayne Kukulowicz | Partner | Financial Restructuring | Ontario - 1990 | 23.10 | $925.00 | $21,367.50 |
|  |  |  |  |  |  |  |
| TOTAL |  |  |  | 88.10 |  | $ 67,598.50 |