<sub>
</sub>

# EXHIBIT A

# HOURS/BILLABLE AMOUNTS BY PROJECT
# NORTEL NETWORKS, INC.

**Name:** RLKS Executive Solutions LLC

**Working Dates:** Start Date **4/1/2016** End Date **4/30/2016**
**Enter Billing Rate/Hr:** 590.00

| Project No. | Project Name | Hours/Minutes Worked | Billing Rate | Billing Amount |
|---|---|---|---|---|
| 1 | NNI Document and eData Preservation Projects | 117.30 | $590.00 | $69,207.00 |
| 2 | Facility Document Inventory & Evacuation Review | 481.20 | $590.00 | $283,908.00 |
| 3 | Human Resources - Employee Related Projects | 1.30 | $590.00 | $767.00 |
| 4 | Fee Apps | 36.00 | $590.00 | $21,240.00 |
| 5 | Non-working travel | 176.00 | $295.00 | $51,920.00 |
| 6 | Claims Administration, Reconciliation & Resolution | 531.80 | $590.00 | $313,762.00 |
| 7 | Tax/Finance Matters and Budget Projects | 30.50 | $590.00 | $17,995.00 |
| 8 | Misc Debtor Issues and Communications | | | |
| 9 | Analyst Support and Case Modeling | 85.90 | $590.00 | $50,681.00 |
| | **Hours/Billing Amount for Period:** | **1,460.00** | | **$809,480.00** |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 4/1/2016 | NetBackup monitoring and policy changes, tape preparations, and restarts and storage reclamation | Brandon Bangerter | 1 | 2.8 |
| 4/4/2016 | Server security updates, patches, virus / malware definitions, space reclamation, troubleshooting errors | Brandon Bangerter | 1 | 4.6 |
| 4/4/2016 | IT Infrastructure monitoring | Raj Perubhatla | 1 | 3.3 |
| 4/5/2016 | Correspondence - Iron Mountain request - electronic tape media | Kathryn Schultea | 1 | 0.4 |
| 4/6/2016 | Review reports from IM for tape destruction | Kathryn Schultea | 1 | 2.0 |
| 4/7/2016 | IT Infrastructure monitoring | Raj Perubhatla | 1 | 1.2 |
| 4/8/2016 | NetBackup monitoring and policy updates / job restarts | Brandon Bangerter | 1 | 1.3 |
| 4/8/2016 | IT Infrastructure monitoring | Raj Perubhatla | 1 | 5.7 |
| 4/9/2016 | Server security updates, patches, virus / malware definitions, space reclamation, troubleshooting errors | Brandon Bangerter | 1 | 1.8 |
| 4/9/2016 | Troubleshooting issues from new circuit switch and finding an alternate solution | Raj Perubhatla | 1 | 4.2 |
| 4/11/2016 | Security updates and server maintenance / NetBackup monitoring and policy configuration changes | Brandon Bangerter | 1 | 2.7 |
| 4/11/2016 | IT Infrastructure monitoring | Raj Perubhatla | 1 | 6.2 |
| 4/12/2016 | EE file review and policy searches for discovery | Kathryn Schultea | 1 | 2.0 |
| 4/12/2016 | Tape storage review | Kathryn Schultea | 1 | 0.8 |
| 4/12/2016 | On site IT support | Raj Perubhatla | 1 | 4.2 |
| 4/13/2016 | Review Invoice for tape storage | Kathryn Schultea | 1 | 0.7 |
| 4/13/2016 | On site IT support | Raj Perubhatla | 1 | 5.3 |
| 4/14/2016 | On site IT support | Raj Perubhatla | 1 | 2.6 |
| 4/15/2016 | Reviewing support contract and hardware coverage / NetBackup updates to policies and space issues | Brandon Bangerter | 1 | 5.3 |
| 4/21/2016 | Server maintenance; patch security updates; NetBackup monitoring offsite jobs and restarts | Brandon Bangerter | 1 | 5.3 |
| 4/21/2016 | Unix Server Support | Raj Perubhatla | 1 | 4.2 |
| 4/22/2016 | Monitoring NetBackup jobs, policy changes and restarts / server troubleshooting | Brandon Bangerter | 1 | 3.8 |
| 4/22/2016 | IT Infrastructure monitoring | Raj Perubhatla | 1 | 5.8 |
| 4/22/2016 | Unix Server Support call | Raj Perubhatla | 1 | 0.7 |
| 4/23/2016 | Nortel website security maintenance | Raj Perubhatla | 1 | 5.7 |
| 4/25/2016 | Security updates and server maintenance / NetBackup monitoring and policy configuration changes | Brandon Bangerter | 1 | 4.4 |
| 4/25/2016 | QuickBooks server prep | Raj Perubhatla | 1 | 8.2 |
| 4/26/2016 | IM log review for destruction of tapes per court order | Kathryn Schultea | 1 | 1.0 |
| 4/28/2016 | Troubleshooting SAP servers / tracking down network links / reconfiguration and testing | Brandon Bangerter | 1 | 5.4 |
| 4/28/2016 | On site IT support | Raj Perubhatla | 1 | 4.2 |
| 4/29/2016 | Security updates and server maintenance / NetBackup monitoring and policy configuration changes | Brandon Bangerter | 1 | 5.3 |
| 4/29/2016 | IT Infrastructure monitoring | Raj Perubhatla | 1 | 2.2 |
| 4/30/2016 | Monitoring NetBackup jobs, policy changes and restarts / server troubleshooting | Brandon Bangerter | 1 | 1.3 |
| 4/30/2016 | IT Infrastructure monitoring | Raj Perubhatla | 1 | 2.7 |
| 4/1/2016 | Correspondence - DC move and clear-out paper work | Kathryn Schultea | 2 | 2.0 |
| 4/1/2016 | GWRTP DC Move: Contracts with vendors coordination | Raj Perubhatla | 2 | 7.7 |
| 4/2/2016 | GWRTP DC Move: Support for backups | Raj Perubhatla | 2 | 3.7 |
| 4/3/2016 | GWRTP DC Move: Datacenter cleanup coordination | Raj Perubhatla | 2 | 2.8 |
| 4/4/2016 | Correspondence - RTP vendor move matters | Kathryn Schultea | 2 | 1.3 |
| 4/4/2016 | Correspondence - Recycler cleanup discussion | Kathryn Schultea | 2 | 1.3 |
| 4/4/2016 | Correspondence - Review Genband walk-thru summary report | Kathryn Schultea | 2 | 0.3 |
| 4/4/2016 | GWRTP DC Move: Contracts with vendors coordination | Raj Perubhatla | 2 | 5.7 |
| 4/5/2016 | Reviewing items at RTP for storage, destruction, etc. / Identifying spares, racking servers for move | Brandon Bangerter | 2 | 8.3 |
| 4/5/2016 | Meeting with Network engineer and transition to new circuit at site / troubleshooting | Brandon Bangerter | 2 | 3.5 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 4/5/2016 | Data room support/evacuation | Daniel Tollefsen | 2 | 4.9 |
| 4/5/2016 | Correspondence - Data Foundry Application | Kathryn Schultea | 2 | 0.7 |
| 4/5/2016 | Correspondence - Site Engineer Proposals | Kathryn Schultea | 2 | 0.3 |
| 4/5/2016 | Correspondence - Office conversion to the new internet connection | Kathryn Schultea | 2 | 0.5 |
| 4/5/2016 | Correspondence - Raleigh Recycler's insurance | Kathryn Schultea | 2 | 0.8 |
| 4/5/2016 | GWRTP DC Move: Contracts with vendors coordination | Raj Perubhatla | 2 | 2.7 |
| 4/5/2016 | Office conversion to the new Level 3 internet connection preparation | Raj Perubhatla | 2 | 2.3 |
| 4/5/2016 | Coordination to remove IT equipment by Raleigh Metal recycling | Raj Perubhatla | 2 | 3.5 |
| 4/5/2016 | Office conversion to the new Level 3 internet connection | Raj Perubhatla | 2 | 3.7 |
| 4/6/2016 | Data Center clean up / Racking and re-cabling servers and switches / sorting equipment | Brandon Bangerter | 2 | 8.4 |
| 4/6/2016 | Data room support/evacuation | Daniel Tollefsen | 2 | 10.3 |
| 4/6/2016 | Correspondence re: Data Foundry Agreement | Kathryn Schultea | 2 | 0.5 |
| 4/6/2016 | GWRTP DC Move: Contracts with vendors coordination | Raj Perubhatla | 2 | 5.5 |
| 4/6/2016 | Office conversion to the new Level 3 internet connection troubleshooting | Raj Perubhatla | 2 | 3.7 |
| 4/7/2016 | Data Center clean up / Racking, re-cabling servers / switches / clearing cables and readying for evacuation | Brandon Bangerter | 2 | 6.7 |
| 4/7/2016 | Data room support/evacuation | Daniel Tollefsen | 2 | 7.8 |
| 4/7/2016 | Correspondence - Smithfield recycling center | Kathryn Schultea | 2 | 0.6 |
| 4/7/2016 | Ominsource visit to confirm the tapes/HDD destruction methods | Raj Perubhatla | 2 | 3.5 |
| 4/7/2016 | Coordination to remove IT equipment by Raleigh Metal recycling | Raj Perubhatla | 2 | 3.5 |
| 4/8/2016 | Correspondence - Annex Room | Kathryn Schultea | 2 | 0.7 |
| 4/8/2016 | GWRTP DC Move: Contracts with vendors coordination | Raj Perubhatla | 2 | 2.2 |
| 4/11/2016 | Meeting and walkthrough of new data center facility | Brandon Bangerter | 2 | 2.1 |
| 4/11/2016 | Correspondence - review inspection reports | Kathryn Schultea | 2 | 0.3 |
| 4/11/2016 | Correspondence - Gateway Building PCA Proposal | Kathryn Schultea | 2 | 0.6 |
| 4/11/2016 | GWRTP DC Move: Contracts with vendors coordination | Raj Perubhatla | 2 | 2.7 |
| 4/12/2016 | Reconfiguring servers, switches, cabling, and other hardware in racks for move out of data center | Brandon Bangerter | 2 | 9.2 |
| 4/12/2016 | Data room support/evacuation | Daniel Tollefsen | 2 | 6.4 |
| 4/12/2016 | Correspondence - Partner Agreement | Kathryn Schultea | 2 | 0.3 |
| 4/12/2016 | Data Room Support/Evacuation | Leticia Barrios | 2 | 10.3 |
| 4/12/2016 | Datacenter cleanup for Raleigh Recycler | Raj Perubhatla | 2 | 5.3 |
| 4/13/2016 | Reconfiguring servers, switches, cabling, and other hardware in racks for move out of data center | Brandon Bangerter | 2 | 8.9 |
| 4/13/2016 | Data room support/evacuation | Daniel Tollefsen | 2 | 10.3 |
| 4/13/2016 | Data Room Support/Evacuation | Leticia Barrios | 2 | 8.7 |
| 4/13/2016 | Datacenter cleanup for Raleigh Recycler | Raj Perubhatla | 2 | 5.2 |
| 4/14/2016 | Locating spare servers, moving into new racks, additional rack clean up in preparation for move | Brandon Bangerter | 2 | 7.6 |
| 4/14/2016 | Data room support/evacuation | Daniel Tollefsen | 2 | 5.3 |
| 4/14/2016 | Correspondence and document review - GWRTP/Park Place | Kathryn Schultea | 2 | 0.3 |
| 4/14/2016 | Correspondence - Ring-Fence Servers at NNI | Kathryn Schultea | 2 | 1.6 |
| 4/14/2016 | Data Room Support/Evacuation | Leticia Barrios | 2 | 8.3 |
| 4/14/2016 | GWRTP DC Move: Contracts with vendors coordination | Raj Perubhatla | 2 | 2.2 |
| 4/14/2016 | Datacenter cleanup for Raleigh Recycler | Raj Perubhatla | 2 | 3.8 |
| 4/15/2016 | Subtenant follow-ups and NNI space | Kathryn Schultea | 2 | 2.0 |
| 4/15/2016 | GWRTP DC Move: Data Foundry Colocation cage build out and power committal analysis and support | Raj Perubhatla | 2 | 6.8 |
| 4/15/2016 | GWRTP DC Move: Troubleshooting backups | Raj Perubhatla | 2 | 2.2 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 4/16/2016 | GWRTP DC Move: Support for backups | Raj Perubhatla | 2 | 4.3 |
| 4/17/2016 | GWRTP DC Move: Troubleshooting backups | Raj Perubhatla | 2 | 2.2 |
| 4/18/2016 | Locating spare servers, moving into new racks, additional rack clean up in preparation for move | Brandon Bangerter | 2 | 8.3 |
| 4/18/2016 | Data room support/evacuation | Daniel Tollefsen | 2 | 10.6 |
| 4/18/2016 | Onsite at NNI - packing up facility in various areas | Felicia Buenrostro | 2 | 8.5 |
| 4/18/2016 | Onsite - facility move out status and inspection | Kathryn Schultea | 2 | 2.6 |
| 4/18/2016 | Correspondence - Elevator inspection reports follow-up | Kathryn Schultea | 2 | 0.8 |
| 4/18/2016 | Correspondence - Zurich Property | Kathryn Schultea | 2 | 0.6 |
| 4/18/2016 | Data Room Support/Evacuation | Leticia Barrios | 2 | 9.7 |
| 4/18/2016 | GWRTP DC Move: prep for the move and site inspection | Raj Perubhatla | 2 | 4.8 |
| 4/18/2016 | GWRTP DC Move: assistance for backups and prep for rack consolidation | Raj Perubhatla | 2 | 3.2 |
| 4/19/2016 | Reconfiguring servers, switches, cabling, and other hardware in racks for move out of data center | Brandon Bangerter | 2 | 6.2 |
| 4/19/2016 | Data room support/evacuation | Daniel Tollefsen | 2 | 9.3 |
| 4/19/2016 | Onsite at NNI - packing up facility in various areas | Felicia Buenrostro | 2 | 9.0 |
| 4/19/2016 | Onsite - Mtg. with T. Ross re: various case and facility related matters | Kathryn Schultea | 2 | 1.5 |
| 4/19/2016 | Onsite - Correspondence - GWRTP DC move discussion | Kathryn Schultea | 2 | 0.8 |
| 4/19/2016 | GWRTP DC Move: prep for the move; Datacenter cleanup | Raj Perubhatla | 2 | 8.8 |
| 4/20/2016 | UK servers / SAN to new racks and troubleshooting / Meeting with packers, movers / bldg. walkthrough | Brandon Bangerter | 2 | 9.3 |
| 4/20/2016 | Data room support/evacuation | Daniel Tollefsen | 2 | 6.4 |
| 4/20/2016 | Onsite at NNI - packing up facility in various areas | Felicia Buenrostro | 2 | 7.0 |
| 4/20/2016 | Onsite - Walk thru RTP with Genband follow up | Kathryn Schultea | 2 | 1.0 |
| 4/20/2016 | Onsite - Avaya Park Point (GWRTP) Sublease | Kathryn Schultea | 2 | 1.0 |
| 4/20/2016 | GWRTP DC Move: Rack consolidation | Raj Perubhatla | 2 | 4.5 |
| 4/20/2016 | GWRTP DC Move: Backups | Raj Perubhatla | 2 | 3.5 |
| 4/21/2016 | Data room support/evacuation | Daniel Tollefsen | 2 | 5.4 |
| 4/21/2016 | Correspondence - UKA server location | Kathryn Schultea | 2 | 0.5 |
| 4/21/2016 | Conf. Call Cleary - RTP & Move Out Issues | Kathryn Schultea | 2 | 0.7 |
| 4/21/2016 | GWRTP DC Move: Backups | Raj Perubhatla | 2 | 4.5 |
| 4/22/2016 | Engagement review - RTP related | Kathryn Schultea | 2 | 1.0 |
| 4/23/2016 | Correspondence - Nortel/SNMP: Moving servers to Texas | Kathryn Schultea | 2 | 0.8 |
| 4/23/2016 | Conf. Call - Review of Matter SNMP Options | Kathryn Schultea | 2 | 0.8 |
| 4/23/2016 | Correspondence - Nortel/SNMP: Moving servers to Texas | Kathryn Schultea | 2 | 1.3 |
| 4/25/2016 | Onsite at NNI - packing up facility in various areas | Felicia Buenrostro | 2 | 4.0 |
| 4/25/2016 | Correspondence - Abandoned Space | Kathryn Schultea | 2 | 0.3 |
| 4/25/2016 | Data Room Support/Evacuation | Leticia Barrios | 2 | 7.5 |
| 4/26/2016 | Reconfiguring servers, switches, cabling, and other hardware in racks for move out of data center | Brandon Bangerter | 2 | 8.7 |
| 4/26/2016 | Data room support/evacuation | Daniel Tollefsen | 2 | 11.9 |
| 4/26/2016 | Onsite at NNI - packing up facility in various areas | Felicia Buenrostro | 2 | 7.0 |
| 4/26/2016 | Iron Mountain research | Felicia Buenrostro | 2 | 1.5 |
| 4/26/2016 | Correspondence - escalated move matters | Kathryn Schultea | 2 | 1.7 |
| 4/26/2016 | Data Room Support/Evacuation | Leticia Barrios | 2 | 10.0 |
| 4/26/2016 | GWRTP DC Move: mail forwarding solution post 5/16 | Raj Perubhatla | 2 | 5.7 |
| 4/26/2016 | GWRTP DC Move: Backups configuration | Raj Perubhatla | 2 | 4.8 |
| 4/27/2016 | Server moves into new rack / consolidating servers, racks / data room clean up, packing up for move | Brandon Bangerter | 2 | 11.6 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 4/27/2016 | Data room support/evacuation | Daniel Tollefsen | 2 | 6.8 |
| 4/27/2016 | Iron Mountain research | Felicia Buenrostro | 2 | 0.8 |
| 4/27/2016 | Conference call - property management | Kathryn Schultea | 2 | 0.5 |
| 4/27/2016 | Correspondence - facility walkthrough | Kathryn Schultea | 2 | 0.5 |
| 4/27/2016 | Conf. Call with T. Ross and Cleary re: CRAC Units & PE Engagement | Kathryn Schultea | 2 | 1.0 |
| 4/27/2016 | Data Room Support/Evacuation | Leticia Barrios | 2 | 3.7 |
| 4/27/2016 | GWRTP DC Move: Backups for ZIREH0X1 | Raj Perubhatla | 2 | 6.6 |
| 4/27/2016 | GWRTP DC Move: Coordination with IT consultants, colo facility | Raj Perubhatla | 2 | 3.4 |
| 4/27/2016 | GWRTP Facilities tour | Raj Perubhatla | 2 | 0.8 |
| 4/28/2016 | Data room support/evacuation | Daniel Tollefsen | 2 | 3.8 |
| 4/28/2016 | Review correspondence - Tenant required work from walk thru follow-up | Kathryn Schultea | 2 | 0.7 |
| 4/28/2016 | Correspondence - Gateway Building PCA Proposal follow-up | Kathryn Schultea | 2 | 0.6 |
| 4/28/2016 | GWRTP DC Move: Coordination with IT consultants, colo facility | Raj Perubhatla | 2 | 4.7 |
| 4/29/2016 | Follow up on outstanding move matters | Kathryn Schultea | 2 | 0.8 |
| 4/29/2016 | GWRTP DC Move: Contracts with vendors coordination | Raj Perubhatla | 2 | 3.3 |
| 4/29/2016 | GWRTP DC Move: Application configuration for Colo | Raj Perubhatla | 2 | 4.6 |
| 4/30/2016 | GWRTP DC Move: Application configuration for Colo | Raj Perubhatla | 2 | 5.2 |
| 4/11/2016 | Correspondence - Consulting Agreement | Kathryn Schultea | 3 | 0.5 |
| 4/21/2016 | Correspondence - Proof of Employment Request | Kathryn Schultea | 3 | 0.8 |
| 4/1/2016 | Fee app tracking | Brandon Bangerter | 4 | 1.0 |
| 4/1/2016 | Fee App | Daniel Tollefsen | 4 | 1.0 |
| 4/1/2016 | Weekly Fee Application Work and consolidation | Felicia Buenrostro | 4 | 1.0 |
| 4/1/2016 | Fee Apps | Raj Perubhatla | 4 | 1.0 |
| 4/2/2016 | Fee Application Tracking | Mary Cilia | 4 | 1.0 |
| 4/4/2016 | Fee application work and consolidation | Kathryn Schultea | 4 | 2.5 |
| 4/8/2016 | Fee app tracking | Brandon Bangerter | 4 | 1.0 |
| 4/8/2016 | Fee App | Daniel Tollefsen | 4 | 1.0 |
| 4/8/2016 | Weekly Fee Application Work | Felicia Buenrostro | 4 | 1.0 |
| 4/8/2016 | Fee Apps | Raj Perubhatla | 4 | 1.0 |
| 4/9/2016 | Weekly Fee Application Work | Leticia Barrios | 4 | 1.0 |
| 4/9/2016 | Fee Application Tracking | Mary Cilia | 4 | 1.0 |
| 4/15/2016 | Fee app tracking | Brandon Bangerter | 4 | 1.0 |
| 4/15/2016 | Fee App | Daniel Tollefsen | 4 | 1.0 |
| 4/15/2016 | Fee Application | David Kantorczyk | 4 | 1.0 |
| 4/15/2016 | Weekly Fee Application Work | Felicia Buenrostro | 4 | 1.0 |
| 4/15/2016 | Fee Apps | Raj Perubhatla | 4 | 1.0 |
| 4/16/2016 | Weekly Fee Application Work | Leticia Barrios | 4 | 1.0 |
| 4/16/2016 | Fee Application Tracking | Mary Cilia | 4 | 1.0 |
| 4/22/2016 | Fee app tracking | Brandon Bangerter | 4 | 1.0 |
| 4/22/2016 | Fee App | Daniel Tollefsen | 4 | 1.0 |
| 4/22/2016 | Weekly Fee Application Work | Felicia Buenrostro | 4 | 1.0 |
| 4/22/2016 | Fee Apps | Raj Perubhatla | 4 | 1.0 |
| 4/23/2016 | Weekly Fee Application Work | Leticia Barrios | 4 | 1.0 |
| 4/23/2016 | Fee Application Tracking | Mary Cilia | 4 | 1.0 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 4/28/2016 | Fee application work and consolidation | Kathryn Schultea | 4 | 2.5 |
| 4/29/2016 | Fee app tracking | Brandon Bangerter | 4 | 1.0 |
| 4/29/2016 | Fee App | Daniel Tollefsen | 4 | 1.0 |
| 4/29/2016 | Weekly Fee Application Work and consolidation | Felicia Buenrostro | 4 | 1.0 |
| 4/29/2016 | Fee Apps | Raj Perubhatla | 4 | 1.0 |
| 4/30/2016 | Fee application | David Kantorczyk | 4 | 1.0 |
| 4/30/2016 | Weekly Fee Application Work | Leticia Barrios | 4 | 1.0 |
| 4/30/2016 | Fee Application Tracking | Mary Cilia | 4 | 1.0 |
| 4/4/2016 | Non-working travel: IAH-RDU | Brandon Bangerter | 5 | 5.0 |
| 4/4/2016 | Non-Working Travel to Client site - Raleigh | Daniel Tollefsen | 5 | 5.0 |
| 4/4/2016 | Non working travel to client site | Raj Perubhatla | 5 | 5.0 |
| 4/7/2016 | Non Working Travel from Client site | Raj Perubhatla | 5 | 5.0 |
| 4/8/2016 | Non-Working Travel from Client site - Raleigh | Daniel Tollefsen | 5 | 5.0 |
| 4/9/2016 | Non-working travel: RDU-IAH | Brandon Bangerter | 5 | 5.0 |
| 4/11/2016 | Non-working travel: IAH-RDU | Brandon Bangerter | 5 | 5.0 |
| 4/11/2016 | Non-Working Travel to Client site - Raleigh | Daniel Tollefsen | 5 | 5.0 |
| 4/11/2016 | Non-Working travel (Houston to Raleigh) | Leticia Barrios | 5 | 5.0 |
| 4/11/2016 | Non working travel to client site | Raj Perubhatla | 5 | 5.0 |
| 4/14/2016 | Non-working travel: RDU-IAH | Brandon Bangerter | 5 | 5.0 |
| 4/14/2016 | Non-Working Travel from Client site - Raleigh | Daniel Tollefsen | 5 | 5.0 |
| 4/14/2016 | Non-Working travel (Raleigh to Houston) | Leticia Barrios | 5 | 5.0 |
| 4/14/2016 | Non Working Travel from Client site | Raj Perubhatla | 5 | 5.0 |
| 4/17/2016 | Non-working travel: IAH-RDU | Brandon Bangerter | 5 | 5.0 |
| 4/17/2016 | Non-Working Travel to Client site - Raleigh | Daniel Tollefsen | 5 | 5.0 |
| 4/17/2016 | Non-Working travel Houston to Raleigh | Felicia Buenrostro | 5 | 5.0 |
| 4/17/2016 | Non-Working travel Houston to Raleigh | Kathryn Schultea | 5 | 5.0 |
| 4/17/2016 | Non-Working travel (Houston to Raleigh) | Leticia Barrios | 5 | 5.0 |
| 4/17/2016 | Non working travel to client site | Raj Perubhatla | 5 | 5.0 |
| 4/18/2016 | Non-Working Travel: Houston to Wilmington, DE - Flight canceled after eight hours at airport | Mary Cilia | 5 | 5.0 |
| 4/19/2016 | Non-Working travel (Raleigh to Houston) | Leticia Barrios | 5 | 2.0 |
| 4/20/2016 | Non-working travel: RDU-IAH | Brandon Bangerter | 5 | 5.0 |
| 4/20/2016 | Non-Working travel Raleigh to Houston | Felicia Buenrostro | 5 | 2.0 |
| 4/20/2016 | Non-Working travel Raleigh to Houston | Kathryn Schultea | 5 | 5.0 |
| 4/20/2016 | Non Working Travel from Client site | Raj Perubhatla | 5 | 5.0 |
| 4/21/2016 | Non-Working Travel from Client site - Raleigh | Daniel Tollefsen | 5 | 5.0 |
| 4/25/2016 | Non-working travel: IAH-RDU | Brandon Bangerter | 5 | 5.0 |
| 4/25/2016 | Non-Working Travel to Client site - Raleigh | Daniel Tollefsen | 5 | 5.0 |
| 4/25/2016 | Non-Working travel Houston to Raleigh | Felicia Buenrostro | 5 | 5.0 |
| 4/25/2016 | Non-Working travel (Houston to Raleigh) | Leticia Barrios | 5 | 5.0 |
| 4/25/2016 | Non working travel to client site | Raj Perubhatla | 5 | 5.0 |
| 4/26/2016 | Non-Working travel Raleigh to Houston | Felicia Buenrostro | 5 | 2.0 |
| 4/27/2016 | Non-Working travel (Raleigh to Houston) | Leticia Barrios | 5 | 5.0 |
| 4/28/2016 | Non-working travel: RDU-IAH | Brandon Bangerter | 5 | 5.0 |
| 4/28/2016 | Non-Working Travel from Client site - Raleigh | Daniel Tollefsen | 5 | 5.0 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 4/28/2016 | Non Working Travel from Client site | Raj Perubhatla | 5 | 5.0 |
| 4/1/2016 | Review for accuracy remails of Round 8 and Round 9 settlement letters and prepare summary of results. | David Kantorczyk | 6 | 4.0 |
| 4/1/2016 | NNI call center monitoring and logging requests and related follow-up | Felicia Buenrostro | 6 | 0.6 |
| 4/1/2016 | Research Deceased Employee claimants and addresses | Felicia Buenrostro | 6 | 4.0 |
| 4/1/2016 | Correspondence - EE claim distribution processes and work product review | Kathryn Schultea | 6 | 2.5 |
| 4/1/2016 | Employee Claims Distribution - Enter resident addresses for 1,353 employee traded claims into EV5. | Leticia Barrios | 6 | 5.2 |
| 4/1/2016 | Read, review, research and respond to various employee inquiries by phone and e-mail | Mary Cilia | 6 | 1.8 |
| 4/1/2016 | Detailed review of claims to be allowed as filed | Mary Cilia | 6 | 5.5 |
| 4/3/2016 | Review of cross-border claims and related e-mails with EY | Mary Cilia | 6 | 2.3 |
| 4/4/2016 | Review, analyze and document for EY allowed domestic vendor claims to determine the nature of payments to be made to claimants in connection with the IRS withholding and reporting requirements | David Kantorczyk | 6 | 7.0 |
| 4/4/2016 | NNI call center monitoring and logging requests and related follow-up | Felicia Buenrostro | 6 | 0.8 |
| 4/4/2016 | Research Deceased Employee claimants and addresses | Felicia Buenrostro | 6 | 5.0 |
| 4/4/2016 | Employee Claims Distribution - Enter resident addresses for 1,353 employee traded claims into EV5. | Leticia Barrios | 6 | 7.3 |
| 4/4/2016 | Continued detailed review of claims to be allowed as filed | Mary Cilia | 6 | 5.4 |
| 4/4/2016 | Read, review, research and respond to various employee inquiries by phone and e-mail | Mary Cilia | 6 | 1.6 |
| 4/4/2016 | Update claims database and review changes | Mary Cilia | 6 | 2.1 |
| 4/5/2016 | Review, analyze and document for EY allowed domestic vendor claims to determine the nature of payments to be made to claimants in connection with the IRS withholding and reporting requirements | David Kantorczyk | 6 | 7.0 |
| 4/5/2016 | NNI call center monitoring and logging requests and related follow-up | Felicia Buenrostro | 6 | 0.8 |
| 4/5/2016 | Research Deceased Employee claimants and addresses | Felicia Buenrostro | 6 | 5.3 |
| 4/5/2016 | Review and follow-up Lexis Nexis invoice | Kathryn Schultea | 6 | 0.6 |
| 4/5/2016 | Employee Claims Distribution - Enter resident addresses for 1,353 employee traded claims into EV5. | Leticia Barrios | 6 | 7.7 |
| 4/5/2016 | Read, review, research and respond to various employee inquiries by phone and e-mail | Mary Cilia | 6 | 2.2 |
| 4/5/2016 | Continued review and research of claims for claims trader settlements and related e-mails | Mary Cilia | 6 | 3.6 |
| 4/5/2016 | Review of settlement letter re-mails and analysis of potential issues related to source data; related e-mails | Mary Cilia | 6 | 4.3 |
| 4/6/2016 | Review, analyze and document for EY allowed domestic vendor claims to determine the nature of payments to be made to claimants in connection with the IRS withholding and reporting requirements | David Kantorczyk | 6 | 7.0 |
| 4/6/2016 | NNI call center monitoring and logging requests and related follow-up | Felicia Buenrostro | 6 | 0.6 |
| 4/6/2016 | Research Deceased Employee claimants and addresses | Felicia Buenrostro | 6 | 4.5 |
| 4/6/2016 | Employee Claims Distribution - Develop Business Objects report from EV5 with all claimants resident and work address and provide to EY. | Leticia Barrios | 6 | 6.8 |
| 4/6/2016 | Continued review and research of claims for claims trader settlements; negotiations and related e-mails | Mary Cilia | 6 | 3.1 |
| 4/6/2016 | Review of revised updated claims report from EPIQ and updates to claims database | Mary Cilia | 6 | 4.9 |
| 4/6/2016 | Read, review, research and respond to various claimant inquiries by phone and e-mail | Mary Cilia | 6 | 1.8 |
| 4/7/2016 | Review and prepare comments on the current version of the EY withholding spreadsheet template | David Kantorczyk | 6 | 6.0 |
| 4/7/2016 | NNI call center monitoring and logging requests and related follow-up | Felicia Buenrostro | 6 | 0.0 |
| 4/7/2016 | Research Deceased Employee claimants and addresses | Felicia Buenrostro | 6 | 0.0 |
| 4/7/2016 | Follow up calls from/to EEs | Kathryn Schultea | 6 | 1.5 |
| 4/7/2016 | Employee Claims Distribution - Develop Business Objects report from EV5 with all claimants resident and work address and provide to EY. | Leticia Barrios | 6 | 7.7 |
| 4/7/2016 | Continued review and research of claims for claims trader settlements; negotiations and related e-mails | Mary Cilia | 6 | 3.1 |
| 4/7/2016 | Research and review of documents; follow up related to response to omnibus objection | Mary Cilia | 6 | 3.8 |
| 4/7/2016 | Read, review, research and respond to various claimant inquiries by phone and e-mail | Mary Cilia | 6 | 1.7 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 4/8/2016 | Review and prepare comments on the current version of the EY withholding spreadsheet template | David Kantorczyk | 6 | 3.0 |
| 4/8/2016 | NNI call center monitoring and logging requests and related follow-up | Felicia Buenrostro | 6 | 0.8 |
| 4/8/2016 | Research Deceased Employee claimants and addresses | Felicia Buenrostro | 6 | 5.3 |
| 4/8/2016 | EV5 Employee Claims - Resident and Work Address matter | Kathryn Schultea | 6 | 1.0 |
| 4/8/2016 | Employee Claims Distribution - Develop Business Objects report from EV5 with all claimants resident and work address and provide to EY. | Leticia Barrios | 6 | 4.5 |
| 4/8/2016 | Read, review, research and respond to various claimant inquiries by phone and e-mail | Mary Cilia | 6 | 1.3 |
| 4/8/2016 | Continued detailed review of claims to be allowed as filed | Mary Cilia | 6 | 3.2 |
| 4/10/2016 | Review of claims update file from R. Perubhatla and related database updates | Mary Cilia | 6 | 2.8 |
| 4/10/2016 | Claims updates analysis for newer epiq file | Raj Perubhatla | 6 | 5.7 |
| 4/11/2016 | Review and prepare comments on the current version of the EY withholding spreadsheet template | David Kantorczyk | 6 | 2.5 |
| 4/11/2016 | Review invoice detail on Allowed claim trader's claims for information to populate the EY withholding spreadsheet template. | David Kantorczyk | 6 | 4.5 |
| 4/11/2016 | NNI call center monitoring and logging requests and related follow-up | Felicia Buenrostro | 6 | 0.8 |
| 4/11/2016 | Research Deceased Employee claimants and addresses | Felicia Buenrostro | 6 | 4.5 |
| 4/11/2016 | Continued detailed review of claims to be allowed as filed | Mary Cilia | 6 | 2.7 |
| 4/12/2016 | Review invoice detail on Allowed claim trader's claims for information to populate the EY withholding spreadsheet template. | David Kantorczyk | 6 | 7.0 |
| 4/12/2016 | NNI call center monitoring and logging requests and related follow-up | Felicia Buenrostro | 6 | 0.6 |
| 4/12/2016 | Research Deceased Employee claimants and addresses | Felicia Buenrostro | 6 | 6.6 |
| 4/12/2016 | Correspondence - EE data request | Kathryn Schultea | 6 | 2.5 |
| 4/12/2016 | Read, review, research and respond to various claimant inquiries by phone and e-mail | Mary Cilia | 6 | 2.1 |
| 4/12/2016 | Continued detailed review of claims to be allowed as filed | Mary Cilia | 6 | 4.8 |
| 4/12/2016 | Run employee claims reports and update status report | Mary Cilia | 6 | 3.8 |
| 4/13/2016 | Review invoice detail on Allowed claim trader's claims and other Allowed Trade claims for information to populate the EY withholding spreadsheet template. | David Kantorczyk | 6 | 6.5 |
| 4/13/2016 | Weekly Nortel Networks outside consultant claim call including RLKS, Cleary and Huron including preparation and summarization. | David Kantorczyk | 6 | 0.5 |
| 4/13/2016 | NNI call center monitoring and logging requests and related follow-up | Felicia Buenrostro | 6 | 0.7 |
| 4/13/2016 | Research Deceased Employee claimants and addresses | Felicia Buenrostro | 6 | 6.0 |
| 4/13/2016 | Attend the Nortel Employee Claims Conference Call with Cleary to discuss employee claims. Team reviewed the Employee Claims Update Report as of 4/13/2016 which contains 379 open claims. | Leticia Barrios | 6 | 1.0 |
| 4/13/2016 | Research and review of documents and draft reply; follow up related to response to omnibus objection; conference call and e-mails with R. Eckenrod | Mary Cilia | 6 | 3.4 |
| 4/13/2016 | Read, review, research and respond to various claimant inquiries by phone and e-mail | Mary Cilia | 6 | 2.9 |
| 4/13/2016 | Continued review and research of claims for claims trader settlements; negotiations and related e-mails | Mary Cilia | 6 | 5.7 |
| 4/13/2016 | Conference call with Cleary, Huron and RLKS re: various claims issues and work streams; related prep and follow up | Mary Cilia | 6 | 1.6 |
| 4/14/2016 | Review invoice detail on Allowed claim trader's claims and other Allowed Trade claims for information to populate the EY withholding spreadsheet template including communication with EY. | David Kantorczyk | 6 | 2.0 |
| 4/14/2016 | Review claim transfer documents to identify claim trader's contacts and request appropriate tax forms for use in withholding calculations. | David Kantorczyk | 6 | 5.0 |
| 4/14/2016 | NNI call center monitoring and logging requests and related follow-up | Felicia Buenrostro | 6 | 0.8 |
| 4/14/2016 | Research Deceased Employee claimants and addresses | Felicia Buenrostro | 6 | 4.5 |
| 4/14/2016 | Correspondence - EE claims inquiries and related follow-up | Kathryn Schultea | 6 | 2.5 |
| 4/14/2016 | Follow up related to response to omnibus objection and related e-mails | Mary Cilia | 6 | 1.3 |
| 4/14/2016 | Read, review, research and respond to various claimant inquiries by phone and e-mail | Mary Cilia | 6 | 2.3 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 4/15/2016 | Review claim transfer documents to identify claim trader's contacts and request appropriate tax forms for use in withholding calculations. | David Kantorczyk | 6 | 7.0 |
| 4/15/2016 | NNI call center monitoring and logging requests and related follow-up | Felicia Buenrostro | 6 | 0.5 |
| 4/15/2016 | Research Deceased Employee claimants and addresses | Felicia Buenrostro | 6 | 5.0 |
| 4/15/2016 | Employee Claims Distribution - Review Employee Claimant address list from EY and answer questions. | Leticia Barrios | 6 | 4.5 |
| 4/15/2016 | Research and prepare updated claims status summary for M. Kennedy and related e-mails | Mary Cilia | 6 | 2.9 |
| 4/15/2016 | Read, review, research and respond to various claimant inquiries by phone and e-mail | Mary Cilia | 6 | 1.3 |
| 4/15/2016 | Continued review and research of claims for claims trader settlements; negotiations and related e-mails | Mary Cilia | 6 | 4.2 |
| 4/16/2016 | Research and review of open claims; negotiations and related e-mails | Mary Cilia | 6 | 4.7 |
| 4/18/2016 | Review claim transfer documents to identify claim trader's contacts and request appropriate tax forms for use in withholding calculations. | David Kantorczyk | 6 | 7.0 |
| 4/18/2016 | Correspondence re: Epiq | Kathryn Schultea | 6 | 1.5 |
| 4/18/2016 | Review of documents and preparation for hearing on omnibus objection reply | Mary Cilia | 6 | 2.4 |
| 4/18/2016 | Research and review of open claims; negotiations | Mary Cilia | 6 | 1.7 |
| 4/19/2016 | Preparation for and meeting with EY for update on claims and calculations | Brandon Bangerter | 6 | 2.6 |
| 4/19/2016 | Review claim transfer documentation for contacts and verification of the legal name of the current claim owner. Solicit tax forms for the claim's trader's entities for use in determining withholding requirements. Populate the Claim's trader file of individual claims with the gathered information and summarize the results. | David Kantorczyk | 6 | 7.0 |
| 4/19/2016 | Employee Claims Distribution - Prepare for EY Presentation and team meeting. | Leticia Barrios | 6 | 4.3 |
| 4/19/2016 | Omnibus objection hearing by conference call and related prep | Mary Cilia | 6 | 2.9 |
| 4/19/2016 | Read, review, research and respond to various claimant inquiries by phone and e-mail | Mary Cilia | 6 | 1.3 |
| 4/19/2016 | Continued detailed review of claims to be allowed as filed | Mary Cilia | 6 | 3.6 |
| 4/20/2016 | Review claim transfer documentation for contacts and verification of the legal name of the current claim owner. Solicit tax forms for the claim's trader's entities for use in determining withholding requirements. Populate the Claim's trader file of individual claims with the gathered information and summarize the results. | David Kantorczyk | 6 | 7.0 |
| 4/20/2016 | Attend the Nortel Employee Claims Conference Call with Cleary to discuss employee claims traders and the status of each. | Leticia Barrios | 6 | 1.0 |
| 4/20/2016 | Employee Claims Distribution - add claim status and amounts to employee claimant report for EY. | Leticia Barrios | 6 | 8.3 |
| 4/20/2016 | Conference call with Cleary, Huron and RLKS re: various claims issues and work streams; related prep and follow up | Mary Cilia | 6 | 1.7 |
| 4/20/2016 | Research and analysis for Cleary re: claims trader claims | Mary Cilia | 6 | 3.6 |
| 4/20/2016 | Research and update cross-border claims update for J. Ray | Mary Cilia | 6 | 2.8 |
| 4/20/2016 | Continued review and research of claims for claims trader settlements; negotiations and related e-mails | Mary Cilia | 6 | 3.1 |
| 4/20/2016 | Research and prepare updated claims status summary for Cleary related to Milbank request | Mary Cilia | 6 | 2.2 |
| 4/21/2016 | Review claim transfer documentation for contacts and verification of the legal name of the current claim owner. Solicit tax forms for the claim's trader's entities for use in determining withholding requirements. Populate the Claim's trader file of individual claims with the gathered information and summarize the results. | David Kantorczyk | 6 | 4.0 |
| 4/21/2016 | Review and summarize claim file for use by M. Cilia | David Kantorczyk | 6 | 3.0 |
| 4/21/2016 | NNI call center monitoring and logging requests and related follow-up | Felicia Buenrostro | 6 | 1.0 |
| 4/21/2016 | Research Deceased Employee claimants and addresses | Felicia Buenrostro | 6 | 6.0 |
| 4/21/2016 | Employee Claims Distribution - add claim status and amounts to employee claimant report for EY. | Leticia Barrios | 6 | 8.0 |
| 4/21/2016 | Continued research and preparation of updated claims status summary for Cleary related to Milbank request | Mary Cilia | 6 | 1.3 |
| 4/21/2016 | Review and documentation of undocketed settlements | Mary Cilia | 6 | 1.8 |
| 4/21/2016 | Read, review, research and respond to various claimant inquiries by phone and e-mail | Mary Cilia | 6 | 2.8 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 4/22/2016 | Review claim transfer documentation for contacts and verification of the legal name of the current claim owner. Solicit tax forms for the claim's trader's entities for use in determining withholding requirements. Populate the Claim's trader file of individual claims with the gathered information and summarize the results. | David Kantorczyk | 6 | 6.0 |
| 4/22/2016 | NNI call center monitoring and logging requests and related follow-up | Felicia Buenrostro | 6 | 1.0 |
| 4/22/2016 | Research Deceased Employee claimants and addresses | Felicia Buenrostro | 6 | 7.8 |
| 4/22/2016 | Correspondence - EE Claim related matters and status follow-up | Kathryn Schultea | 6 | 2.5 |
| 4/22/2016 | Employee Claims Distribution - add claim status and amounts to employee claimant report for EY. | Leticia Barrios | 6 | 4.5 |
| 4/22/2016 | Continued research and preparation of updated claims status summary for Cleary related to Milbank request | Mary Cilia | 6 | 2.2 |
| 4/22/2016 | Read, review, research and respond to various claimant inquiries by phone and e-mail | Mary Cilia | 6 | 2.4 |
| 4/22/2016 | Continued review and research of claims for claims trader settlements; negotiations and related e-mails | Mary Cilia | 6 | 1.9 |
| 4/25/2016 | Review claim transfer documentation for contacts and verification of the legal name of the current claim owner. Solicit tax forms for the claim's trader's entities for use in determining withholding requirements. Populate the Claim's trader file of individual claims with the gathered information and summarize the results. | David Kantorczyk | 6 | 5.0 |
| 4/25/2016 | Work on "Claims to be allowed as filed" file | David Kantorczyk | 6 | 1.0 |
| 4/25/2016 | Read, review, research and respond to various claimant inquiries by phone and e-mail | Mary Cilia | 6 | 1.6 |
| 4/25/2016 | Continued review and research of claims for claims trader settlements; negotiations and related e-mails | Mary Cilia | 6 | 3.3 |
| 4/25/2016 | Continued detailed review of claims to be allowed as filed | Mary Cilia | 6 | 5.9 |
| 4/25/2016 | Initial review of priority and administrative claims for J. Ray | Mary Cilia | 6 | 1.7 |
| 4/26/2016 | Review and preparation for discussion of "Claims to be allowed as filed" file with M Cilia | David Kantorczyk | 6 | 1.5 |
| 4/26/2016 | Review claim transfer documentation for contacts and verification of the legal name of the current claim owner. Solicit tax forms for the claim's trader's entities for use in determining withholding requirements. Populate the Claim's trader file of individual claims with the gathered information and summarize the results. | David Kantorczyk | 6 | 5.5 |
| 4/26/2016 | Correspondence - Nortel Claims Data | Kathryn Schultea | 6 | 2.0 |
| 4/26/2016 | Correspondence - Omnibus objections | Kathryn Schultea | 6 | 0.5 |
| 4/26/2016 | Read, review, research and respond to various claimant inquiries by phone and e-mail | Mary Cilia | 6 | 1.5 |
| 4/26/2016 | Continued review of priority and administrative claims for J. Ray, M. Kennedy and Cleary; related e-mails and calls; follow up research and responses | Mary Cilia | 6 | 5.3 |
| 4/26/2016 | Additional research and revisions to claims trader file for Cleary; related e-mails and calls | Mary Cilia | 6 | 2.8 |
| 4/26/2016 | Prepare exhibit for first notice of claims to be allowed as filed and circulate for review and approval | Mary Cilia | 6 | 2.9 |
| 4/27/2016 | Weekly Nortel Networks outside consultant claim call including RLKS, Cleary and Huron including preparation and summarization. | David Kantorczyk | 6 | 1.0 |
| 4/27/2016 | Review claim transfer documentation for contacts and verification of the legal name of the current claim owner. Solicit tax forms for the claim's trader's entities for use in determining withholding requirements. Populate the Claim's trader file of individual claims with the gathered information and summarize the results. | David Kantorczyk | 6 | 2.0 |
| 4/27/2016 | Revise tax claim objection file and transmit to EY. | David Kantorczyk | 6 | 3.0 |
| 4/27/2016 | Revise Real Estate claim file for transmission to Cleary | David Kantorczyk | 6 | 2.0 |
| 4/27/2016 | NNI call center monitoring and logging requests and related follow-up | Felicia Buenrostro | 6 | 0.7 |
| 4/27/2016 | Research Deceased Employee claimants and addresses | Felicia Buenrostro | 6 | 6.0 |
| 4/27/2016 | Attend the Nortel Employee Claims Conference Call with Cleary to discuss employee claims. Discussed non-qualified claims allowed and outstanding issues. Discussed claims traders and statuses on their non-qualified claims. | Leticia Barrios | 6 | 1.0 |
| 4/27/2016 | Research and analysis on employee claims that have not responded to or rejected settlement offers | Mary Cilia | 6 | 6.5 |
| 4/27/2016 | Read, review, research and respond to various claimant inquiries by e-mail | Mary Cilia | 6 | 1.7 |
| 4/27/2016 | Conference call with Cleary, Huron and RLKS re: various claims issues and work streams; related prep and follow up | Mary Cilia | 6 | 1.9 |
| 4/27/2016 | Follow up research and analysis for Cleary re: priority and administrative claims | Mary Cilia | 6 | 1.8 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 4/27/2016 | Additional research and revisions to claims trader file for Cleary; related e-mails and calls | Mary Cilia | 6 | 1.2 |
| 4/28/2016 | Revise Real Estate claim file and transmit to Cleary | David Kantorczyk | 6 | 3.0 |
| 4/28/2016 | NNI call center monitoring and logging requests and related follow-up | Felicia Buenrostro | 6 | 1.0 |
| 4/28/2016 | Research Deceased Employee claimants and addresses | Felicia Buenrostro | 6 | 6.5 |
| 4/28/2016 | Correspondence - Follow-up on claims matters and ee data request | Kathryn Schultea | 6 | 1.3 |
| 4/28/2016 | Employee Claims Distribution - Prepare solicitation documents with EY. | Leticia Barrios | 6 | 8.0 |
| 4/28/2016 | Research and follow up for Cleary re: secured claims | Mary Cilia | 6 | 1.2 |
| 4/28/2016 | Read, review, research and respond to various claimant inquiries by phone and e-mail | Mary Cilia | 6 | 1.6 |
| 4/28/2016 | Review of non-employee claims for omnibus objection | Mary Cilia | 6 | 4.8 |
| 4/29/2016 | Review claim transfer documentation for contacts and verification of the legal name of the current claim owner. Solicit tax forms for the claim's trader's entities for use in determining withholding requirements. Populate the Claim's trader file of individual claims with the gathered information and summarize the results. Summarize results and transmit to M Cilia | David Kantorczyk | 6 | 7.0 |
| 4/29/2016 | NNI call center monitoring and logging requests and related follow-up | Felicia Buenrostro | 6 | 0.8 |
| 4/29/2016 | Research Deceased Employee claimants and addresses | Felicia Buenrostro | 6 | 5.0 |
| 4/29/2016 | Review, comment, and follow-up on solicitation procedures | Kathryn Schultea | 6 | 2.0 |
| 4/29/2016 | Employee Claims Distribution - Prepare solicitation documents with EY. | Leticia Barrios | 6 | 5.5 |
| 4/29/2016 | Review and update claims settlement letter file from EPIQ updates and begin drafting notice files | Mary Cilia | 6 | 7.6 |
| 4/29/2016 | Read, review, research and respond to various claimant inquiries by phone and e-mail | Mary Cilia | 6 | 1.1 |
| 4/2/2016 | Telecon JW,JS,DA,AB project review/action | Richard Lydecker | 7 | 1.0 |
| 4/3/2016 | E-mail KS re tax/accounting issue | Richard Lydecker | 7 | 0.5 |
| 4/6/2016 | Correspondence - EY Draft invoices for review and follow-up discussion | Kathryn Schultea | 7 | 1.3 |
| 4/6/2016 | NNI Budget draft review | Kathryn Schultea | 7 | 0.8 |
| 4/8/2016 | Conf. Call - Weekly Update | Kathryn Schultea | 7 | 0.8 |
| 4/8/2016 | GA Cost Allocation matter | Kathryn Schultea | 7 | 0.3 |
| 4/9/2016 | Document review and action re tax/accounting issue | Richard Lydecker | 7 | 0.8 |
| 4/10/2016 | EY call JS,JW,AB,DA 2014 compliance and o/s projects | Richard Lydecker | 7 | 0.6 |
| 4/11/2016 | Correspondence - EY property review updates | Kathryn Schultea | 7 | 0.5 |
| 4/13/2016 | Correspondence - Durham County Visit - Logistics | Kathryn Schultea | 7 | 1.0 |
| 4/13/2016 | Correspondence - Intercompany | Kathryn Schultea | 7 | 0.6 |
| 4/15/2016 | Conf. Call - Weekly Update | Kathryn Schultea | 7 | 0.8 |
| 4/15/2016 | Review SOW/12th Amendment and related follow-up | Kathryn Schultea | 7 | 0.8 |
| 4/17/2016 | EY call JS,JW,AB Cleary issues with tax compliance | Richard Lydecker | 7 | 0.7 |
| 4/18/2016 | Onsite - Durham County Visit | Kathryn Schultea | 7 | 1.3 |
| 4/18/2016 | Correspondence - GA Cost Allocation Prep | Kathryn Schultea | 7 | 0.8 |
| 4/19/2016 | Onsite - Conf. Call - Nortel North Carolina Ruling | Kathryn Schultea | 7 | 0.5 |
| 4/19/2016 | Onsite - Mtg. with EY re: Employee Tax and Claims; State and Local Taxes | Kathryn Schultea | 7 | 3.5 |
| 4/19/2016 | Onsite - Conf. Call - GA Cost Allocation Master and related discussions | Kathryn Schultea | 7 | 2.0 |
| 4/20/2016 | Onsite - Meeting with EY property tax follow up | Kathryn Schultea | 7 | 1.0 |
| 4/20/2016 | Onsite - Meeting with Tim re: budget and client related matters | Kathryn Schultea | 7 | 1.5 |
| 4/21/2016 | Correspondence - Balance sheet | Kathryn Schultea | 7 | 0.5 |
| 4/21/2016 | Correspondence - Tax/Claim related matters | Kathryn Schultea | 7 | 1.3 |
| 4/24/2016 | EY call JS,JW,DA,AB project and action items, compliance | Richard Lydecker | 7 | 0.5 |
| 4/24/2016 | Tax reg/adequate documentation | Richard Lydecker | 7 | 0.8 |
| 4/25/2016 | Conf. Call with T. Ross - re: Costs | Kathryn Schultea | 7 | 0.5 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 4/25/2016 | Correspondence - Property tax follow up discussion with EY | Kathryn Schultea | 7 | 0.5 |
| 4/27/2016 | Registration summary matter and related follow-up | Kathryn Schultea | 7 | 1.0 |
| 4/27/2016 | EE Claim info file review and follow-up | Kathryn Schultea | 7 | 1.8 |
| 4/28/2016 | Conf. Call with T. Ross re: Professional Fees and related review of materials | Kathryn Schultea | 7 | 1.5 |
| 4/28/2016 | Correspondence - GA Cost Allocation | Kathryn Schultea | 7 | 0.5 |
| 4/28/2016 | Correspondence - Hawaii Tax Withholding | Kathryn Schultea | 7 | 0.5 |
| 4/1/2016 | Review of supporting foreign tax documentation for solicitation for distribution | Daniel Tollefsen | 9 | 7.3 |
| 4/4/2016 | Review of supporting foreign tax documentation for solicitation for distribution | Daniel Tollefsen | 9 | 5.6 |
| 4/5/2016 | Review of supporting foreign tax documentation for solicitation for distribution | Daniel Tollefsen | 9 | 2.3 |
| 4/5/2016 | Review of documentation of supporting executory contracts documentation for distribution | Daniel Tollefsen | 9 | 3.4 |
| 4/6/2016 | Meeting with EY and RLKS team members to discuss NNI employee claims gross to net distribution model. Scheduled an on site meeting in Raleigh and agenda for meeting with team leads (Solicitation, States, Localities, and Foreign Claimants). | Leticia Barrios | 9 | 1.0 |
| 4/6/2016 | Employee Claims Distribution Modeling: weekly call prep and call | Raj Perubhatla | 9 | 0.8 |
| 4/7/2016 | Review of documentation of supporting executory contracts documentation for distribution | Daniel Tollefsen | 9 | 3.3 |
| 4/8/2016 | Review of documentation of supporting executory contracts documentation for distribution | Daniel Tollefsen | 9 | 6.2 |
| 4/8/2016 | Review, research and respond to e-mails from D. Kantorczyk and EY re: claims distribution tax withholding project | Mary Cilia | 9 | 3.6 |
| 4/11/2016 | Review of supporting foreign tax documentation for solicitation for distribution | Daniel Tollefsen | 9 | 5.5 |
| 4/11/2016 | Review, research and respond to e-mails from D. Kantorczyk and EY re: claims distribution tax withholding project; | Mary Cilia | 9 | 5.6 |
| 4/12/2016 | Review of documentation of supporting executory contracts documentation for distribution | Daniel Tollefsen | 9 | 4.8 |
| 4/13/2016 | Meeting with EY and RLKS team members for status call on NNI employee claims gross to net distribution model. Discussed resident and work addresses given to EY and answered questions. | Leticia Barrios | 9 | 1.0 |
| 4/14/2016 | Preparation of claims trader template file for claims distribution tax withholding project and related call and e-mails with D. Kantorczyk and various claims traders | Mary Cilia | 9 | 5.6 |
| 4/19/2016 | Review of supporting foreign tax documentation for solicitation for distribution | Daniel Tollefsen | 9 | 1.3 |
| 4/19/2016 | Meeting with EY and RLKS team members for status call on NNI employee claims gross to net distribution model. Reviewed claimant population state, local, and Foreign state and local taxes. | Leticia Barrios | 9 | 2.5 |
| 4/19/2016 | Review, research and respond to e-mails from D. Kantorczyk and EY re: claims distribution tax withholding project; | Mary Cilia | 9 | 2.4 |
| 4/19/2016 | Employee Claims Distribution Modeling: On site meeting | Raj Perubhatla | 9 | 2.7 |
| 4/20/2016 | Review of documentation of supporting executory contracts documentation for distribution | Daniel Tollefsen | 9 | 4.3 |
| 4/22/2016 | Review, research and respond to e-mails from D. Kantorczyk and EY re: claims distribution tax withholding project; | Mary Cilia | 9 | 2.1 |
| 4/22/2016 | Employee Claims Distribution Modeling: Employee claimant review | Raj Perubhatla | 9 | 2.7 |
| 4/25/2016 | Review of documentation of supporting executory contracts documentation for distribution | Daniel Tollefsen | 9 | 3.3 |
| 4/26/2016 | Review, research and respond to e-mails from D. Kantorczyk and EY re: claims distribution tax withholding project; | Mary Cilia | 9 | 1.4 |
| 4/27/2016 | Review of documentation of supporting executory contracts documentation for distribution | Daniel Tollefsen | 9 | 3.2 |
| 4/27/2016 | Meeting with EY and RLKS team members for status call on NNI employee claims gross to net distribution model. | Leticia Barrios | 9 | 1.0 |
| 4/27/2016 | Employee Claims Distribution Modeling: Status call | Raj Perubhatla | 9 | 0.7 |
| 4/28/2016 | Review of documentation of supporting executory contracts documentation for distribution | Daniel Tollefsen | 9 | 2.3 |