# EXHIBIT B

# EXHIBIT B
**EXPENSE SUMMARY**

**Nortel Networks Inc., et al.**
(Case No. 09-10138 (KG))

**RLKS Executive Solutions**
April 1 - 30, 2016

| Expense Category | Total Expenses |
|---|---|
| Travel – Airline (at economy fare booking) | $ 12,976.10 |
| Travel – Lodging | 12,412.80 |
| Travel – Transportation | 4,109.50 |
| Travel – Meals | 1,586.33 |
| Office Expenses | 289.91 |
| TOTAL | $ 31,374.64 |
| | |

## Nortel Expense Report

**PERIOD:** April 1 - 30, 2016

| Date | Description | Air | Lodging | Transportation | Meals | Office Expenses | Professional | Comments on Meals/Transportation |
|---|---|---|---|---|---|---|---|---|
| 4/4/2016 | Travel to Client site | $224.10 | $237.22 | $134.38 | | | Brandon Bangerter | Economy airfare; one night hotel; Avis rental car |
| 4/4/2016 | Travel to Client Site - Raleigh | $312.60 | $233.81 | $177.03 | | | Daniel Tollefsen | Economy airfare; One night hotel stay; Car rental (82.33); Airport parking (94.70) |
| 4/4/2016 | Travel to client site | $499.60 | $244.79 | $92.00 | $11.69 | | Raj Perubhatla | Economy airfare; car to airport; one night client stay; Dinner |
| 4/5/2016 | RTP stay | | $248.57 | | $59.31 | | Brandon Bangerter | One night hotel; lunch - $28.53(RP,DT,BB); dinner - $30.78 |
| 4/5/2016 | On Client Site - Raleigh | | $233.81 | $82.33 | | | Daniel Tollefsen | One night hotel stay; Car rental |
| 4/5/2016 | Client site stay | | $244.79 | | $49.00 | | Raj Perubhatla | one night hotel stay; Dinner |
| 4/6/2016 | RTP stay | | $248.57 | | $122.20 | | Brandon Bangerter | One night hotel; lunch - $17.86(RP,BB); dinner - $104.34(RP,BB) |
| 4/6/2016 | On Client Site - Raleigh | | $233.81 | $82.34 | | | Daniel Tollefsen | One night hotel stay; Car rental |
| 4/6/2016 | Client site stay | | $244.79 | | | | Raj Perubhatla | one night hotel stay; |
| 4/7/2016 | Travel from Client site | $224.10 | | $64.80 | $55.23 | | Brandon Bangerter | Economy airfare; airport parking; lunch - $19.74(RP,BB) dinner - $35.49 |
| 4/7/2016 | On Client Site - Raleigh | | $233.81 | $82.34 | | | Daniel Tollefsen | One night hotel stay; Car rental |
| 4/7/2016 | Travel from client site | $499.60 | | $92.00 | $24.65 | | Raj Perubhatla | Economy airfare; dinner; car from airport to home |
| 4/8/2016 | Travel from Client Site - Raleigh | $312.60 | | $82.34 | | | Daniel Tollefsen | Economy airfare; Car rental |
| 4/11/2016 | Travel to Client site | $429.10 | $248.57 | $147.85 | | | Brandon Bangerter | Economy airfare; one night hotel; Avis rental car |
| 4/11/2016 | Travel to Client Site - Raleigh | $369.10 | $259.92 | $103.65 | | | Daniel Tollefsen | Economy airfare; One night hotel stay; Car rental (44.37); Airport parking (59.28) |
| 4/11/2016 | Travel to Client Site - RTP | $316.10 | $271.27 | $113.50 | | | Leticia Barrios | Economy airfare; One night hotel stay; car service to airport |
| 4/11/2016 | Travel to client site | $429.10 | $248.57 | $92.00 | | | Raj Perubhatla | Economy airfare; car to airport; one night client stay |
| 4/12/2016 | RTP stay | | $271.27 | | $22.90 | | Brandon Bangerter | One night hotel; dinner - $22.90(DT,LB,BB) |
| 4/12/2016 | On Client Site - Raleigh | | $271.27 | $44.37 | $48.50 | | Daniel Tollefsen | One night hotel stay; Car rental; Meal - lunch (48.50 - DT/LB/BB/RP) |
| 4/12/2016 | RTP Stay | | $293.97 | | | | Leticia Barrios | One night hotel stay |
| 4/12/2016 | Client site stay | | $248.57 | | $57.00 | | Raj Perubhatla | one night hotel stay; Dinner |
| 4/13/2016 | RTP stay | | $271.27 | | $193.42 | | Brandon Bangerter | One night hotel; lunch - $36.89(DT,RP,LB,BB); dinner - $156.53(DT,RP,LB,BB) |
| 4/13/2016 | On Client Site - Raleigh | | $271.27 | $44.37 | | | Daniel Tollefsen | One night hotel stay; Car Rental |
| 4/13/2016 | RTP Stay | | $293.97 | | | | Leticia Barrios | One night hotel stay |
| 4/13/2016 | Client site stay | | $248.57 | | | | Raj Perubhatla | one night hotel stay; |
| 4/14/2016 | Travel from Client site | $429.10 | | $66.00 | $88.09 | | Brandon Bangerter | Economy airfare; airport parking; lunch - $33.75(RP,LB,BB); dinner - $54.34(RP,BB) |
| 4/14/2016 | Travel from Client Site - Raleigh | $369.10 | | $44.37 | | | Daniel Tollefsen | Economy airfare; Car rental |
| 4/14/2016 | Travel from Client Site - RTP | $316.10 | | $117.50 | | | Leticia Barrios | Economy airfare; car service from airport |
| 4/14/2016 | Travel from client site | $429.10 | | $92.00 | | | Raj Perubhatla | Economy airfare; car from airport |
| 4/16/2016 | Renewing NNI Web Domains and SSL Certificate | | | | | $ 289.91 | Raj Perubhatla | Renewing NNI Web Domains and SSL Certificate |
| 4/17/2016 | Travel to Client site | $482.10 | $191.82 | $137.15 | | | Brandon Bangerter | Economy airfare; one night hotel; Avis rental car |
| 4/17/2016 | Travel to Client Site - Raleigh | $401.60 | $169.12 | $143.03 | | | Daniel Tollefsen | Economy airfare; One night hotel stay; Car rental (64.12); Airport parking (78.91) |
| 4/17/2016 | Travel to Raleigh | $297.10 | $275.85 | $27.07 | | | Felicia Buenrostro | Economy airfare; One night hotel stay; Car rental |
| 4/17/2016 | Travel to Raleigh | $396.10 | $248.57 | $261.65 | $205.02 | | Kathryn Schultea | Economy airfare; One night hotel stay; Car service to Airport; Parking, Lunch - (KS, FB, LB, DT, $17.31 each); Dinner - (KS, FB, LB, DT- $33.95 each) |
| 4/17/2016 | Travel to Client Site - RTP | $297.10 | $225.85 | | | | Leticia Barrios | Economy airfare; One night hotel stay |
| 4/17/2016 | Travel to client site | $294.60 | $203.17 | $92.00 | $11.69 | | Raj Perubhatla | Economy airfare; car to airport; one night client stay; Dinner |
| 4/18/2016 | RTP stay | | $237.22 | | | | Brandon Bangerter | One night hotel |
| 4/18/2016 | On Client Site - Raleigh | | $208.84 | $64.12 | | | Daniel Tollefsen | One night hotel stay; Car rental |
| 4/18/2016 | Raleigh | | $275.85 | $27.07 | | | Felicia Buenrostro | One night hotel stay; Car rental |

# Nortel Expense Report

**PERIOD:** April 1 - 30, 2016

| Date | Description | Air | Lodging | Transportation | Meals | Office Expenses | Professional | Comments on Meals/Transportation |
|---|---|---|---|---|---|---|---|---|
| 4/18/2016 | Raleigh | | $248.57 | $20.00 | $297.23 | | Kathryn Schultea | One night hotel stay; Parking; Breakfast - (KS, DT, LB, FB - $7.91 each); Lunch (KS, FB, LB, DT - $15.36 each); Dinner - (KS, FB, LB, DT, BB - $40.83 each) |
| 4/18/2016 | RTP Stay | | $225.85 | | | | Leticia Barrios | One night hotel stay |
| 4/18/2016 | Client site stay | | $203.17 | | $45.00 | | Raj Perubhatla | one night hotel stay; Dinner |
| 4/19/2016 | RTP stay | | $248.57 | | | | Brandon Bangerter | One night hotel |
| 4/19/2016 | On Client Site - Raleigh | | $219.06 | $64.12 | | | Daniel Tollefsen | One night hotel stay; Car rental |
| 4/19/2016 | Travel from Raleigh | $297.10 | | $146.32 | | | Felicia Buenrostro | Economy airfare; Car service to airport; Car rental |
| 4/19/2016 | Raleigh | | $248.57 | | $110.43 | | Kathryn Schultea | One night hotel stay; Lunch - (KS, FB, LB, DT, BB $22.09 each) |
| 4/19/2016 | Travel from Client Site - RTP | $297.10 | | | | | Leticia Barrios | Economy airfare |
| 4/19/2016 | Client site stay | | $203.17 | | | | Raj Perubhatla | one night hotel stay; |
| 4/20/2016 | Travel from Client site | $482.10 | | $66.00 | | | Brandon Bangerter | Economy airfare; airport parking |
| 4/20/2016 | On Client Site - Raleigh | | $219.06 | $64.12 | | | Daniel Tollefsen | One night hotel stay; Car rental |
| 4/20/2016 | Travel from Raleigh | $396.10 | | $119.25 | | | Kathryn Schultea | Economy airfare; Car service from Airport |
| 4/20/2016 | Travel from client site | $294.60 | | $92.00 | | | Raj Perubhatla | Economy airfare; car from airport |
| 4/21/2016 | Travel from Client Site - Raleigh | $401.60 | | $64.12 | | | Daniel Tollefsen | Economy airfare; Car rental |
| 4/25/2016 | Travel to Client site | $382.10 | $237.22 | $126.06 | | | Brandon Bangerter | Economy airfare; one night hotel; Avis rental car |
| 4/25/2016 | Travel to Client Site - Raleigh | $311.10 | $248.57 | $109.40 | | | Daniel Tollefsen | Economy airfare; One night hotel stay; Car rental (46.27); Airport parking (63.13) |
| 4/25/2016 | Travel to Raleigh | $282.10 | $261.63 | $105.25 | | | Felicia Buenrostro | Economy airfare; One night hotel stay; Car service to airport |
| 4/25/2016 | Travel to Client Site - RTP | $382.10 | $241.63 | | | | Leticia Barrios | Economy airfare; One night hotel stay |
| 4/25/2016 | Travel to client site | $382.10 | $237.22 | $92.00 | $11.69 | | Raj Perubhatla | Economy airfare; car to airport; one night client stay; Dinner |
| 4/26/2016 | RTP stay | | $237.22 | | $73.10 | | Brandon Bangerter | One night hotel; lunch - $17.80(RP,BB); dinner - $55.30(RP,BB) |
| 4/26/2016 | On Client Site - Raleigh | | $259.92 | $46.28 | | | Daniel Tollefsen | One night hotel stay; Car rental |
| 4/26/2016 | Travel from Raleigh | $282.10 | | $119.25 | | | Felicia Buenrostro | Economy airfare; Car service to airport |
| 4/26/2016 | RTP Stay | | $263.06 | | | | Leticia Barrios | One night hotel stay |
| 4/26/2016 | Client site stay | | $237.22 | | | | Raj Perubhatla | one night hotel stay |
| 4/27/2016 | On Client Site - Raleigh | | $259.92 | $46.28 | | | Daniel Tollefsen | One night hotel stay; Car rental |
| 4/27/2016 | Travel from Client Site - RTP | $382.10 | | $117.50 | | | Leticia Barrios | Economy airfare; car service from airport |
| 4/27/2016 | Client site stay | | $237.22 | | | | Raj Perubhatla | one night hotel stay; |
| 4/27/2016 | RTP stay | | $237.22 | | $77.17 | | | One night hotel; lunch - $43.55(RP,DT,LB,BB); dinner - $33.62(RP,DT,BB) |
| 4/28/2016 | Travel from Client site | $382.10 | | $66.00 | $9.41 | | Brandon Bangerter | Economy airfare; airport parking; lunch - $9.41 |
| 4/28/2016 | Travel from Client Site - Raleigh | $311.60 | | $46.28 | | | Daniel Tollefsen | Economy airfare; Car rental |
| 4/28/2016 | Travel from client site | $382.10 | | $92.00 | $13.60 | | Raj Perubhatla | Economy airfare; Lunch; car from airport |
| | | $ 12,976.10 | $ 12,412.80 | $ 4,109.50 | $ 1,586.33 | $ 289.91 | | |