# Exhibit A

**COMPENSATION BY PROJECT CATEGORY**

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

February 1, 2016 through April 30, 2016

| Project Category | Total Hours | Total Fees |
|---|---:|---:|
| Fee/Employment Application - US | 9.60 | $4,389.00 |
| Wanland | 0.10 | $68.50 |
| Litigation | 7.00 | $5,026.00 |
| **TOTAL** | **16.70** | **$9,483.50** |

Client: 105185 / Nortel Networks, Inc.
Matter: 105185.0000189 / Fee/Employment Application

Proforma 993935
5/27/2016

| Index | Date | ID | Name | Title | Hours | Amount | Narrative |
|---|---|---|---|---|---|---|---|
| 14293062 | 2/26/2016 | 2444 | Perales, Olegario | Specialist | 2.50 | 612.50 | Prepare sixty-eighth interim fee application for November 1, 2015 through January 31, 2016. |
| 14295064 | 2/26/2016 | 2444 | Perales, Olegario | Specialist | 1.50 | 367.50 | Prepare twenty-seventh quarterly application. |
| 14295068 | 2/26/2016 | 2444 | Perales, Olegario | Specialist | 1.20 | 294.00 | Draft sixty-eighth interim spreadsheet file for Ms. Scarborough (Fee Examiner). |
| 14295073 | 2/26/2016 | 2444 | Perales, Olegario | Specialist | 0.20 | 49.00 | Prepare order approving fees for November 2015 through January 2016 fee statements. |
| 14296824 | 2/28/2016 | 1830 | Almy, Monique D. | Partner | 2.50 | 1,825.00 | Review and revise 68th interim for November, December, and January (0.5); review Fee Examiner Spreadsheet for November, December, and January (1.5); review and revise 27th Quarterly (0.4); review Exhibit A Order (0.1). |
| 14303181 | 2/29/2016 | 1830 | Almy, Monique D. | Partner | 1.70 | 1,241.00 | Review and finalize filing of 68th interim for November, December, and January (0.6); review and finalize Fee Examiner Spreadsheet for November, December, and January (0.8); review and finalize 27th Quarterly (0.2); review and finalize Exhibit A Order (0.1). |
|  |  |  |  |  | **9.60** | **$4,389.00** | **Professional Services Total** |

Client: 105185 / Nortel Networks, Inc.  
Matter: 105185.0000202 / Litigation

Proforma 993936 & 1001919  
5/27/2016

| Index | Date | ID | Name | Title | Hours | Amount | Narrative |
|---|---|---|---|---|---|---|---|
| 14269008 | 2/11/2016 | 6634 | Jackson, Sean | Counsel | 0.70 | 462.00 | Review VTech letter submission to Bankruptcy Court (0.2); finalize revised hit count report and provide same to Mr. Abramic (0.5). |
| 14255219 | 2/12/2016 | 1474 | Supko, Mark M. | Partner | 0.50 | 440.00 | Review letter from VTech to Judge Gross re impact of disposal order on documents requested through third-party subpoena (0.2); correspondence with Messrs. Cantwell and Jackson re same (0.2); consult with Mr. Jackson re same (0.1). |
| 14269036 | 2/12/2016 | 6634 | Jackson, Sean | Counsel | 0.80 | 528.00 | Prepare for and conduct conference call with Mr. Abramic re discovery requested of Nortel by VTech and VTech's motion filed with the Bankruptcy Court re Nortel's proposed document disposal. |
| 14283840 | 2/17/2016 | 6634 | Jackson, Sean | Counsel | 0.90 | 594.00 | Prepare for and participate in conference call with Messrs. Cantwell and Abramic re VTech objection to Nortel's proposed document disposal (0.7); review and provide comments to draft letter to Judge Gross re same (0.2). |
| 14283844 | 2/18/2016 | 6634 | Jackson, Sean | Counsel | 0.30 | 198.00 | Call with Recommind re review of documents containing VTech search terms. |
| 14367969 | 3/17/2016 | 6634 | Jackson, Sean | Counsel | 1.20 | 792.00 | Review and provide update to Mr. Supko re status of third party subpoenas. |
| 14400148 | 4/4/2016 | 1474 | Supko, Mark M. | Partner | 0.20 | 176.00 | Review joint status report from Spherix v. VTech case (0.1); consult with Mr. Jackson re status of third-party discovery (0.1). |
| 14426044 | 4/4/2016 | 6634 | Jackson, Sean | Counsel | 0.20 | 132.00 | Check status of Spherix v. VTech litigation (0.1); email Mr. Supko re same (0.1). |
| 14440299 | 4/14/2016 | 6634 | Jackson, Sean | Counsel | 0.30 | 198.00 | Email correspondence with Mr. Supko providing update on status of litigations for which Nortel was served a third party subpoena. |

**5.10   $3,520.00 Professional Services Total**

Client: 105185 / Nortel Networks, Inc.  Proforma 993938
Matter: 105185.0000206 / Litigation  5/27/2016

| Index | Date | ID | Name | Title | Hours | Amount | Narrative |
|---|---|---|---|---|---|---|---|
| 14301004 | 2/16/2016 | 302 | Regan, James J. | Partner | 0.70 | 714.00 | Exchange emails with Ms. Almy re appeal status and mediation. |
| | | | | | **0.70** | **$714.00** | **Professional Services Total** |

Client: 105185 / Nortel Networks, Inc.  Proforma 1000085
Matter: 105185.0000121 / Wanland  5/27/2016

| Index | Date | ID | Name | Title | Hours | Amount | Narrative |
|---|---|---|---|---|---|---|---|
| 14323334 | 3/2/2016 | 3245 | Burton, Emma K. | Counsel | 0.10 | 68.50 | Confer with Ms. Almy re matter status and next steps. |
| | | | | | **0.10** | **$68.50** | **Professional Services Total** |