# Exhibit B

**EXPENSE SUMMARY**

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

February 1, 2016 through April 30, 2016

| **Expense Category** | **Service Provider if Applicable** | **Total Expenses** |
|---|---|---:|
| Electronic Discovery | Advanced Discovery, LLC | $717.30 |
| **TOTAL** | | **$717.30** |

Client: 105185 / Nortel Networks, Inc.                                                                                              Proforma Expenses
                                                                                                                                    5/27/2016

| Index | Date | ID | Name | Title | Code | Category | Amount | Narrative | Proforma | Matter |
|---|---|---|---|---|---|---|---|---|---|---|
| 7307260 | 2/22/2016 | 302 | Regan, James J. | Partner | 158 | Electronic Discovery | 253.06 | Electronic Discovery CAM/Matter - Vendor: Advanced Discovery, LLC - Monthly hosting and user license fees. Inv# B167472 Date: 12/31/2015 | 993937 | 105185.0000205 |
| 7331667 | 4/5/2016 | 302 | Regan, James J. | Partner | 158 | Electronic Discovery | 232.12 | Electronic Discovery CAM/Matter - Vendor: Advanced Discovery, LLC - Monthly hosting and user license. Inv# B173713 Date: 02/29/2016 | 1001907 | 105185.0000205 |
| 7338349 | 4/21/2016 | 302 | Regan, James J. | Partner | 158 | Electronic Discovery | 232.12 | Electronic Discovery CAM/Matter - Vendor: Advanced Discovery, LLC - Monthly hosting and user license fees. Inv# B176655 Date: 03/31/2016 | 1001907 | 105185.0000205 |

**Total Disbursements   $717.30**