Form 210A (10/06)

# United States Bankruptcy Court
# District Of Delaware

In re:    Nortel Networks Inc.,
         (Jointly Administered Under Case No. 09-10138)

**NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or **deemed filed** under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to **Rule 3001(e)(2)**, Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferee:
 **Fair Harbor Capital, LLC**
 As assignee of Shaw, Richelle F.

Name of Transferor:
 **Shaw, Richelle F.**

Name and Address where notices to transferee should be sent:

**Fair Harbor Capital, LLC**
**Ansonia Finance Station**
**PO Box 237037**
**New York, NY  10023**

Court Claim # (if known):  8009
Amount of Claim:  $13,927.47
Date Claim Filed:

Name and Address of Transferor:

Shaw, Richelle F.
1400 School House Road
Richmond, VA  23231

Phone:   212 967 4035
Last Four Digits of Acct #:      n/a

Phone:
Last Four Digits of Acct. #:    n/a

Name and Address where transferee payments should be sent (if different from above):

Phone:         n/a
Last Four Digits of Acct #:      n/a

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:        /s/*Fredric Glass*                                     Date:    May 31, 2016
    Transferee/Transferee's Agent
*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# United States Bankruptcy Court
# District Of Delaware

**In re:**    Nortel Networks Inc.,
        (Jointly Administered Under Case No. 09-10138)

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

**Claim No.  8009 (if known)**
was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on May 31, 2016.

Name of Transferee:
  **Fair Harbor Capital, LLC**
**as** assignee of Shaw, Richelle F.

Name of Alleged Transferor:
    **Shaw, Richelle F.**

**Fair Harbor Capital, LLC**
**Ansonia Finance Station**
**PO Box 237037**
**New York, NY  10023**

Name and Address of Alleged Transferor:

    Shaw, Richelle F.
    1400 School House Road
    Richmond, VA  23231

### ~DEADLINE TO OBJECT TO TRANSFER~

The transferor of claim named above is advised the this Notice of Transfer of Claim Other than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objection must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____                                    _____
                                                                                        Clerk of the Court

SHAW, RICHELLE F. ("Assignor"), transfers and assigns unto Fair Harbor Capital, LLC with an address at 1841 Broadway Suite 1007, New York, NY 10023, its successors and assigns ("Assignee"), pursuant to the terms of a PARTIAL ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), **the $13,927.47 Administrative portion and $0.00 Priority portion** of Assignor's right, title, and interest in, to and under the claim of Assignor as set forth in the Agreement against Nortel Networks Inc, et al. (the "Debtor"), in the aggregate amount of $13,927.47, representing the Administrative and Priority claims of Assignor pending against the Debtor in the United States Bankruptcy Court, District of Delaware, jointly administered as Case No. 09-10138, et al.

IN WITNESS WHEREOF, Assignor has signed below as of the 25 day of May, 2016.

SHAW, RICHELLE F.

By: _Richelle Shaw_     Richelle Shaw / Assignor
Signature                Print Name/Title

Fair harbor Capital, LLC

By: _[signature]_
Fred Glass
Victor Knox

_Stacy L Murr_
Stacy Lynn Murr
NOTARY PUBLIC
Commonwealth of Virginia
Reg. # 7524445
My Commission Expires Sept. 30, 2016

Witnessed: 24 May 2016