**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------X
: 
*In re*   :   Chapter 11
:
Nortel Networks Inc., *et al.*,[1]   :   Case No. 09-10138 (KG)
:
          Debtors.   :   Jointly Administered
:
:   **Hearing Date: TBD**
:   **Objections Due:  June 20, 2016 at 4:00 p.m. (ET)**
---------------------------------------------------------------X

**FOURTH MONTHLY (FOR THE PERIOD SEPTEMBER 1, 2013 THROUGH DECEMBER 31, 2013) AND FINAL APPLICATION OF EUGENE F. COLLINS AS SPECIAL IRISH COUNSEL TO THE DEBTORS AND DEBTORS-IN-POSSESSION, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD JUNE 13, 2011 THROUGH DECEMBER 31, 2013**

| | |
|---|---|
| Name of Applicant: | Eugene F. Collins |
| Authorized to Provide Professional Services to: | Debtors |
| Date of Retention: | <u>August 8, 2011 nunc pro tunc</u> to June 13, 2011 |
| Interim period for which compensation and reimbursement is sought: | September 1, 2013 Through December 31, 2013 |
| Final period for which compensation and reimbursement is sought: | June 13, 2011 Through December 31, 2013 |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems, Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

Amount of interim
compensation sought as
actual, reasonable and
necessary:                           €17,639.00 ($21,570.73)[2]

Amount of final
compensation
sought as actual,
reasonable and necessary:            €76,639.00 ($101,260.70)

Amount of interim
expenses sought as actual,
reasonable and necessary:            €2,774.77 ($3,393.33)

Amount of final expenses
sought as actual, reasonable
and necessary:                       €68,882.19($94,413.75)

                                      x    final application

This is an  x  interim

If this is not the first application filed, disclose the following for each prior application:

| DATE FILED | PERIOD COVERED | REQUESTED FEES/EXPENSES | APPROVED FEES/EXPENSES |
|---|---|---|---|
| 8/30/2011 | 14 June 2011-31 | €18,791.82 ($27,032.03) | €18,791.82 ($27,032.03) |

---

2  For the purpose of this interim application the exchange rate has been set at €1 to $1.2229 being the applicable exchange rate on 19 December 2014 according to the Irish Times.

|  | July 2011 |  |  |
|---|---|---|---|
| 11/18/2011 | 1 August 2011-31 October 2011 | €86,972.05($119,786.60) | €86,972.05 ($119,786.60) |
| 8/21/2012 | 1 November 2011-31 July 2012 | €19,235.05($23,759.14) | €19,235.05($23,759.14) |

**CUMULATIVE COMPENSATION BY PROFESSIONAL**

Nortel Networks Inc., *et al.*
(Case No. 09-10138 (KG))

September 1, 2013 through December 31, 2013.

| Name of Professional Person | Position of the Applicant and Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours for Final Period | Total Fees for Final Period |
|---|---|---|---|---|
| Doug Smith | Partner | €400 ($489.16) | 18.2 | €7,280.00 ($8,913.72) |
| Sharon McCaffrey | Partner | €350 ($428.01) | 1 | €350 ($428.01) |
| Joy Compton | Partner | €350 ($428.01) | 10 | €3,500.00 ($4,280.15) |
| Donal Dunne | Associate | €300 ($366.87) | 21.6 | €6,500 ($7,948.85) |
| **Total** |  |  | **50.80** | **€17,630.00 ($21,570.73)** |

**CUMULATIVE COMPENSATION BY PROFESSIONAL**

Nortel Networks Inc., *et al.*
(Case No. 09-10138 (KG))

June 13, 2011 Through December 31, 2013

| Name of Professional Person | Position of the Applicant and Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours for Final Period | Total Fees for Final Period |
|---|---|---|---|---|
| Doug Smith | Partner | €400.00 ($489.16) | 111.35 | €45,099.00 ($61,244.43) |
| Sharon McCaffrey | Partner | €350.00 ($428.01) | 44 | €13,250.00 ($16,362.09) |
| Joy Compton | Partner | €350.00 ($428.01) | 10 | €3,500.00 ($4,280.15) |
| Barry O'Neill | Partner | €450.00 ($647.33) | 3.1 | €1,395.00 ($1,979.17) |
| Nicola McGrath | Partner | €400.00 ($550.92) | 1.3 | €520.00 ($716.20) |
| Eileen Grace | Partner | €400.00 ($494.08 | 3.25 | €1,282.00 ($1,583.53) |
| Donal Dunne | Associate | €300.00 ($366.87) | 21.6 | €6,500 ($7,948.85) |
| Jamie Enright | Solicitor | €90.00 ($129.46 | 45.7 | €4,113.00 ($5,783.26) |
| Laura Hannon | Solicitor | €70.00 ($96.41) | 14 | €980.00 ($1,363.03) |
| **Total** | | | **254.30** | **€76,639.00 ($101,260.70)** |

**CUMULATIVE COMPENSATION BY PROJECT CATEGORY**

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

September 1, 2013 through December 31, 2013.

| Project Category | Total Hours for Final Period | Total Fees for Final Period |
|---|---|---|
| **Company Law issues** | 29.2 | €11,139.00 ($13,621.88) |
| **Depositions** | 21.6 | €6,500 ($7,948.85) |
| **TOTAL** | 50.8 | €17,639.00 ($21,570.73) |

**CUMULATIVE COMPENSATION BY PROJECT CATEGORY**

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

June 13, 2011 Through December 31, 2013

| Project Category | Total Hours from the Petition Date | Total Fees from the Petition Date |
|---|---|---|
| **Company Law issues** | 86.405 | €30,271.00 ($37,253.73 |
| **Depositions** | 34.6 | €11,700.00 ($15,110.81) |
| **Litigation Issues** | 58.1 | €20,332.00 ($28,462.08) |
| **Expert Issues** | 19.15 | €7,710.00 ($11,090.84) |
| **Administrative Tasks** | 37.3 | €2,341.00 ($3,250.88) |
|  | 22.9 | €3,115.00 |

| | | |
|---|---|---|
| **Retention** | | ($4,480.93) |
| **TOTAL** | 254.255 | €76,639.00 ($101,260.70) |

## CUMULATIVE EXPENSE SUMMARY

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))
September 1, 2013 through December 31, 2013.

| Expense Category | Total Expenses for Final Period |
|---|---|
| **Company Law Issues** | €542.02 ($66.02) |
| **Depositions** | €2720.75 ($ 3,327.21) |
| **TOTAL** | €2,774.77 ($3,393.23) |

## CUMULATIVE EXPENSE SUMMARY

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))
June 13, 2011 Through December 31, 2013

| Expense Category | Total Expenses from the Petition Date |
|---|---|
| **Company Law Issues** | €162.52 ($198.74) |
| **Depositions** | €2,720.75 ($ 3,327.21) |
| **Stationery** | €7.55 ($10.85) |
| **Courier/Delivery Service** | €121.24 ($168.65) |
| **Expert Evidence** | €65,000.00 |

|  | ($89,524.00) |
|---|---|
| **Photocopying** | €342.43 ($457.23) |
| **Travelling Expenses** | €525.98 ($724.43) |
| **Searching Fee** | €1.72 ($2.12) |
| **TOTAL** | €68,882.19 ($94,413.75) |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------X
:
*In re*                                              :    Chapter 11
:
Nortel Networks Inc., *et al.*,[1]                   :    Case No. 09-10138 (KG)
:
              Debtors.    :    Jointly Administered
:
:    **Hearing Date: TBD**
:    **Objections Due:  June 20, 2016 at 4:00 p.m. (ET)**
---------------------------------------------------------X

**FOURTH MONTHLY (FOR THE PERIOD SEPTEMBER 1, 2013 THROUGH DECEMBER 31, 2013) AND FINAL APPLICATION OF EUGENE F. COLLINS AS SPECIAL IRISH COUNSEL TO THE DEBTORS AND DEBTORS-IN-POSSESSION, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD JUNE 13, 2011 THROUGH DECEMBER 31, 2013**

Eugene F. Collins ("Eugene Collins"), special Irish counsel for Nortel Networks, Inc., and its affiliated debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), submits this application (the "Application") pursuant to 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court of the District of Delaware (the "Local Rules"), the United States Trustee's Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses filed under 11 U.S.C. § 330, effective January

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

30, 1996 (the "U.S. Trustee Guidelines") and the Order Under 11 U.S.C. §§ 105(a) and 331, Fed. R. Bankr. P. 2016 and Del. Bankr. L.R. 2016-2 Establishing Procedures for Interim Compensation and Reimbursement of Fees and Expenses for Professionals and Official Committee Members (D.I. 222) (the "Interim Compensation Procedures Order")[2]. In support of this Application, Jackson Lewis represents as follows:

## JURISDICTION

1. This Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2). Venue in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

## BACKGROUND

2. On January 14, 2009 (the "Petition Date"), the Debtors each filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code. The Debtors continue to operate their businesses and manage their properties as debtors-in-possession pursuant to sections 1107 and 1108 of the Bankruptcy Code. No trustee or examiner has been appointed in the Debtors' jointly administered bankruptcy cases.

3. On January 26, 2009, the United States Trustee for the District of Delaware appointed the Official Committee of Unsecured Creditors.

## EUGENE F. COLLINS RETENTION

4. On August 8, 2011 this Court entered the Order Pursuant to 11 U.S.C. Sections 327(a), 328(a) and 329, Fed. R. Bankr. P.2014 and 2016, and Del. Bankr. L.R. 2014-1 Authorizing Retention and Employment of Eugene F. Collins as Special Irish Counsel in

---

[2] Terms used but not otherwise defined herein have the meanings ascribed to them in the Interim Compensation Procedures Order.

connection with the EMEA claims *nunc pro tunc* to June 13 2011.

## THE INTERIM APPLICATION PERIOD

5.　During the Interim Application Period, Eugene Collins (a) provided professional services to the Debtors and incurred actual fees in the amount of $21,570.73, and (b) incurred actual, reasonable, and necessary expenses totaling $3,525.95.  As of the date of this Application, Eugene Collins has received no payment for the interim fees and expenses requested herein.

6.　Set forth on the foregoing "Compensation by Project Category" is a summary by subject matter categories of the time expended by timekeepers billing time to this case.

**7.**　**Exhibit A** hereto contains logs, sorted by case project category, which show the time recorded by professionals, paraprofessionals and other support staff and descriptions of the services provided in the Interim Period

8.　**Exhibit B** hereto contains a breakdown of disbursements incurred by Eugene during the Interim Period.

## FINAL RELIEF REQUESTED

9.　Eugene Collins seeks allowance of $101,260.70 for actual, reasonable, and necessary legal services rendered to the Debtors during the Final Application Period and $94,413.75 for reimbursement of actual, reasonable, and necessary expenses incurred in connection with rendering such services during the Final Application Period.  With respect to fees and expenses incurred during the Final Application Period, Eugene Collins is requesting that the Debtors be authorized and directed to pay Eugene Collins an amount equal to the sum of the allowed compensation and expense reimbursement during the Final Application Period, less any amounts previously paid by the Debtors.

10. Eugene Collins has endeavored to provide services to the Debtors in the most expeditious and economical manner possible. Tasks have been assigned to attorneys, paralegals, and other support staff at Eugene Collins so that work has been performed by those most familiar with the particular matter or task.

11. No agreement or understanding exists between Eugene Collins and any other person for the sharing of compensation received or to be received for services rendered in or in connection with these cases. Eugene Collins' fees for the Compensation Period are based on the customary compensation charged by comparably skilled professionals in cases other than cases under Title 11.

12. The undersigned has reviewed the requirements of Local Rule 2016-2 and certifies to the best of his information, knowledge and belief that this Application complies with that Rule.

**WHEREFORE**, Eugene Collins respectfully requests the entry of an order, substantially in the form attached hereto as **Exhibit C** (i) granting final allowance of reasonable compensation of $101,260.70 and expenses of $94,413.75 for the actual, reasonable and necessary professional services rendered to the Debtors during the Final Application Period and (ii) granting such other relief as is just and equitable under the circumstances.

Dated: May 31, 2016  
Dublin, Ireland

Eugene F. Collins Solicitors

  */s/ Doug Smith*  
Doug Smith  
Temple Chambers,  
3 Burlington Road,  
Dublin 4,  
Ireland  
Telephone:  353-1-202-6400  
Facsimile:  353-1-667-5200  
*Special Irish Counsel for the Debtors*

8928141.1