# Exhibit A

**CUMULATIVE COMPENSATION BY PROJECT CATEGORY**

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

September 1, 2013 through December 31, 2013.

| Project Category | Total Hours for Final Period | Total Fees for Final Period |
|---|---|---|
| **Company Law issues** | 29.2 | €11,139.00 ($13,621.88) |
| **Depositions** | 21.6 | €6,500 ($7,948.85) |
| **TOTAL** | 50.8 | €17,639.00 ($21,570.73) |

| | | | | |
|---|---|---|---|---|
| 18-Sep-13 | Doug Smith | 03:00 | €1,200.00 | Reviewing decisions of High and Supreme Courts regarding Foreign Tribunals Evidence Act and Rules of Court and preparing email to Matt Gurgeal. |
| 19-Sep-13 | Doug Smith | 00:30 | €200.00 | Reviewing email from Matt Gurgeal. |
| 23-Sep-13 | Donal Dunne | 00:36 | €180.00 | Conference call with Matt Gurgeal/Ann-Marie Beisler/Aidan Redmond/Bernard Dunleavy. |
| 23-Sep-13 | Donal Dunne | 00:12 | €60.00 | Draft application to issue letters rogatory. |
| 23-Sep-13 | Donal Dunne | 00:12 | €60.00 | Companies Office searches against Orla Fitzpatrick. |
| 23-Sep-13 | Donal Dunne | 00:36 | €180.00 | Various emails from Matthew Gurgeal. |
| 23-Sep-13 | Doug Smith | 02:00 | €800.00 | Reviewing email from Matt Gurgeal and attachments including proposed application to the US courts. |
| 23-Sep-13 | Doug Smith | 02:00 | €800.00 | Review of possible application to the Irish Courts under Foreign Tribunal's Evidence Act and call with Matthew Gurgeal to discuss possible application. |
| 23-Sep-13 | Doug Smith | 00:30 | €200.00 | Conference call to review possible application under Foreign Tribunal's Evidence Act. |

| 25-Sep-13 | Donal Dunne | 00:06 | €30.00 | Review Order 36 of the Rules of the Superior Courts re draft Ex Parte Application. |
| 25-Sep-13 | Donal Dunne | 01:12 | €360.00 | Review draft letter rogatory, draft letter to Kennedy Fitzgerald Solicitors and email to Matthew Gurgeal. |
| 26-Sep-13 | Donal Dunne | 00:12 | €60.00 | Emails to Matthew Gurgeal and Bernard Dunleavy, fax and email to Kennedy Fitzgerald Solicitors. |
| 26-Sep-13 | Donal Dunne | 00:12 | €60.00 | Telephone calls to Bernard Dunleavy and Kennedy Fitzgerald Solicitors. |
| 27-Sep-13 | Donal Dunne | 00:12 | €60.00 | Telephone discussions with Sinead Curtis of Kennedy Fitzgerald Solicitors and Bernard Dunleavy. |
| 27-Sep-13 | Donal Dunne | 00:36 | €180.00 | Emails to Matthew Gurgeal. |
| 27-Sep-13 | Donal Dunne | 00:18 | €90.00 | Further review of draft letter rogatory. |
| 30-Sep-13 | Donal Dunne | 00:36 | €180.00 | Reviewing emails from Matthew Gurgeal and draft letter rogatory. |
| 02-Oct-13 | Donal Dunne | 00:42 | €210.00 | Reviewing draft Order and letter rogatory and considering issues under Order 39 of the Rules of the Superior Courts. |
| 02-Oct-13 | Donal Dunne | 00:12 | €60.00 | Telephone discussions with Sinead Curtis of Kennedy Fitzgerald Solicitors, Bernard Dunleavy and Michael Carrigan. |
| 02-Oct-13 | Donal Dunne | 00:18 | €90.00 | Letter to Sinead Curtis and email to Bernard Dunleavy. |
| 02-Oct-13 | Donal Dunne | 01:06 | €330.00 | Draft Grounding Affidavit for Ex Parte Court Application. |
| 03-Oct-13 | Donal Dunne | 00:36 | €180.00 | Amend draft Grounding Affidavit and Ex Parte Application and email letter to Bernard Dunleavy. |
| 04-Oct-13 | Donal Dunne | 00:24 | €120.00 | Emails to Cleary Gottleib New York and London and to Bernard Dunleavy. |
| 04-Oct-13 | Donal Dunne | 00:12 | €60.00 | Telephone calls to Bernard Gogarty and Michael Irvine regarding potential role as examiner. |
| 07-Oct-13 | Donal Dunne | 00:06 | €30.00 | Reviewing email from Nathan Horst. |
| 07-Oct-13 | Donal Dunne | 00:12 | €60.00 | Emails to Nathan Horst and Bernard Dunleavy. |
| 07-Oct-13 | Donal Dunne | 00:12 | €60.00 | Telephone call from Bernard Dunleavy regarding time and date for Ex Parte Application. |
| 09-Oct-13 | Donal Dunne | 00:36 | €180.00 | Emails to Matthew Gurgeal and Bernard Dunleavy regarding service of proposed application. |
| 09-Oct-13 | Donal Dunne | 00:18 | €90.00 | Review Canadian motion seeking letter rogatory and Grounding Affidavit. |
| 10-Oct-13 | Donal Dunne | 00:24 | €120.00 | Further review of Canadian motion and Affidavit and amend Grounding Affidavit to refer to Canadian documents. |
| 14-Oct-13 | Donal Dunne | 00:06 | €30.00 | Email from Bernard Dunleavy. |
| 14-Oct-13 | Donal Dunne | 00:18 | €90.00 | Emails to Bernard Dunleavy, Doug Smith and Matthew Gurgeal. |
| 15-Oct-13 | Donal Dunne | 00:06 | €30.00 | Email from Matthew Gurgeal. |
| 18-Oct-13 | Donal Dunne | 00:06 | €30.00 | Email from Nathan Horst regarding counsel and pro hac vice. |
| 18-Oct-13 | Donal Dunne | 00:12 | €60.00 | Emails to Nathan Horst and Matthew Gurgeal. |

| 21-Oct-13 | Donal Dunne | 00:06 | €30.00 | Email reply to F Byrne regarding traits on Orla Fitzgerald. |
|---|---|---|---|---|
| 21-Oct-13 | Donal Dunne | 00:06 | €30.00 | Emails to F Byrne and Matthew Gurgeal. |
| 23-Oct-13 | Donal Dunne | 00:06 | €30.00 | Email from Matthew Gurgeal. |
| 23-Oct-13 | Doug Smith | 02:48 | €1,120.00 | Review of correspondence and draft documents received to date, discussion with Bernard Dunleavy. |
| 23-Oct-13 | Donal Dunne | 01:06 | €330.00 | Review of draft documents and previous case law. |
| 23-Oct-13 | Donal Dunne | 00:06 | €30.00 | Email reply to Matthew Gurgeal. |
| 23-Oct-13 | Donal Dunne | 00:18 | €90.00 | Telephone discussion with Bernard Dunleavy regarding potential Court application. |
| 31-Oct-13 | Donal Dunne | 00:06 | €30.00 | Emails from Matthew Gurgeal and A Slavens. |
| 31-Oct-13 | Donal Dunne | 00:18 | €90.00 | Emails to Bernard Dunleavy, A Slavens and Matthew Gurgeal. |
| 31-Oct-13 | Doug Smith | 01:00 | €400.00 | Reviewing recent email correspondence. |
| 01-Nov-13 | Donal Dunne | 00:18 | €90.00 | Review Orders of Ontario Court and letters rogatory, emails from A Slavens and email to Bernard Dunleavy. |
| 04-Nov-13 | Donal Dunne | 00:06 | €30.00 | Email from Nathan Horst and draft Declaration of Retention of Barrister. |
| 04-Nov-13 | Donal Dunne | 00:36 | €180.00 | Emails to Nathan Horst, Bernard Dunleavy, Doug Smith and letter from Nathan Horst. |
| 05-Nov-13 | Donal Dunne | 00:48 | €240.00 | Review draft Ex Parte Application, Affidavits and emails from Bernard Dunleavy, A Slavens, Matthew Gurgeal and Doug Smith. |
| 05-Nov-13 | Donal Dunne | 01:06 | €330.00 | Letter to Michael Irvine, emails to Bernard Dunleavy, Matthew Gurgeal, A Slavens and amending Grounding Affidavit. |
| 05-Nov-13 | Donal Dunne | 00:12 | €60.00 | Telephone discussion with Michael Irvine regarding examiner. |
| 05-Nov-13 | Donal Dunne | 00:48 | €240.00 | Conference call with Ina Rozenburg, Doug Smith, Sharon McCaffrey and Joy Compton. |
| 05-Nov-13 | Doug Smith | 02:00 | €800.00 | Preparation and conference call with Ian Rozenburg, Joy Compton, Sharon McCaffrey and Donal Dunne. |
| 05-Nov-13 | Joy Compton | 01:00 | €350.00 | Conference call with Ina Rozenburg, Doug Smith, Sharon McCaffrey and Donal Dunne. |
| 05-Nov-13 | Sharon McCaffrey | 01:00 | €350.00 | Preparation and attendance at conference call with Ian Rozenburg. |
| 06-Nov-13 | Joy Compton | 02:30 | €875.00 | Reviewing declarations of Aidan Redmond and John Hennessy and proof of claim together with draft Court documentation. |
| 07-Nov-13 | Joy Compton | 02:24 | €840.00 | Detailed review of case law and issues relating to parent/subsidiary. |
| 08-Nov-13 | Joy Compton | 01:06 | €385.00 | Reviewing company law issues and structures of parent/subsidiary. |
| 11-Nov-13 | Donal Dunne | 01:30 | €450.00 | Emails from Matthew Gurgeal and A Slavens, draft Ex Parte docket and amend Affidavit, draft Affidavit of Fitness. |
| 11-Nov-13 | Joy Compton | 01:30 | €525.00 | Further review of papers and research. |
| 12-Nov-13 | Doug Smith | 01:00 | €400.00 | Review meeting with Joy Compton. |

| 12-Nov-13 | Joy Compton | 01:30 | €525.00 | Review meeting with Doug Smith and further review and research of issues relating to the subsidiaries. |
|---|---|---|---|---|
| 12-Nov-13 | Doug Smith | 01:00 | €400.00 | Reviewing previous advices given to Cleary Gottleib in relation to directors' obligations. |
| 13-Nov-13 | Doug Smith | 01:00 | €400.00 | Reviewing test of insolvency in Irish law having regard to the factual position in Nortel. |
| 14-Nov-13 | Doug Smith | 00:42 | €280.00 | Telephone discussion with Bernard Dunleavy regarding aspects of potential application to Court. |
| 15-Nov-13 | Donal Dunne | 00:30 | €180.00 | Draft Affidavit and Ex Parte docket and prepare schedules to Court application. |
| 26-Nov-13 | Donal Dunne | 00:18 | €90.00 | Correspondence from Doug Smith, Matthew Gurgeal and J Doherty. |
| 26-Nov-13 | Donal Dunne | 01:18 | €390.00 | Telephone discussions with Bernard Dunleavy, Ciaran Lewis, Cian Ferriter, Brian Kennedy, Darren Murphy, Patrick Leonard and James Doherty. |
| 26-Nov-13 | Doug Smith | 00:42 | €280.00 | Finalising and swearing Affidavit to ground application to the Irish High Court re deposition of Orla Fitzpatrick. |
| 27-Nov-13 | Donal Dunne | 00:06 | €30.00 | Telephone discussion with Ciaran Lewis regarding Court application. |
| 27-Nov-13 | Donal Dunne | 00:06 | €30.00 | Emails from Matthew Gurgeal, Bernard Dunleavy and Doug Smith. |
| 27-Nov-13 | Donal Dunne | 00:06 | €30.00 | Emails to Matthew Gurgeal and Bernard Dunleavy. |
| 03-Dec-13 | Donal Dunne | 00:30 | €180.00 | Review of previous correspondence and telephone discussion with Bernard Dunleavy and C Lewis to confirm client's instructions. |
|  |  | 50.80 | €17,639.00 |  |