# **Exhibit B**

**CUMULATIVE EXPENSE SUMMARY**

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))
September 1, 2013 through December 31, 2013.

| Expense Category | Total Expenses for Final Period |
|---|---|
| **Company Law Issues** | €54.02 ($66.05) |
| **Depositions** | €2720.75 ($ 3,327.18) |
| **TOTAL** | €2,774.77 ($3,393.23) |

| Outlay | Total Expenses for Final Period |
|---|---|
| **Lawlink** | €7.87 ($9.62) |
| **Commissioner's Fees** | €12.00 ($14.67) |
| **Couriers** | €34.15 ($41.76) |
| **Meridian Services Limited (Tracing Services)** | €140.00 ($171.20) |
| **Bernard Dunleavy BL (Counsel)** | €2,580.75 ($3,155.98 |
| **TOTAL** | €2,774.77 ($3,393.23) |