## Exhibit B

**Nortel Networks, Inc.**

**Expenses**

| Employee | Description | Transaction Date | Expenses |
|---|---|---|---|
| Long,Charles A (US011485081) | RentalCar: Nortel BPP Audit Defense - Durham Co | 3/3/2016 | $24.00 |
| Long,Charles A (US011485081) | Misc: Nortel BPP Audit Defense - Durham Co.; tip for parking | 3/3/2016 | $5.00 |
| Long,Charles A (US011485081) | RentalCar: Nortel BPP Audit Defense - Durham Co.\\931680404 | 3/3/2016 | $57.24 |
| Long,Charles A (US011485081) | RentalCar: Nortel BPP Audit Defense - Durham Co | 3/3/2016 | $7.00 |
| Long,Charles A (US011485081) | Lodge: Nortel BPP Audit Defense - Durham Co. (1 night in Raleigh)\\THSXFT | 3/3/2016 | $133.05 |
| Long,Charles A (US011485081) | Dinner: Nortel BPP Audit Defense - Durham Co. - self & Brad Sparks | 3/2/2016 | $34.00 |
| Long,Charles A (US011485081) | Air: Nortel BPP Audit Defense - Durham Co.\\THSXFT | 2/29/2016 | $3.95 |
| Long,Charles A (US011485081) | Parking: Nortel BPP Audit Defense - Durham Co | 3/2/2016 | $16.00 |
| Long,Charles A (US011485081) | Misc: Nortel BPP Audit Defense - Durham Co | 3/3/2016 | $4.50 |
| Gentile,Matthew Donald (US012548056) | Mileage: The business purpose of this expense was to travel to a client location.  The origin was Raleigh and the destination was Research Triangle Park.\\Raleigh; RTP | 3/10/2016 | $15.12 |
| Gentile,Matthew Donald (US012548056) | Mileage: The business purpose of this expense was to travel to a client location.  The origin was Raleigh and the destination was Research Triangle Park.\\Raleigh; RTP | 3/11/2016 | $15.12 |
| Scott,James E (US011119307) | Mileage: Miles to Nortel\\Raleigh - Nortel | 3/10/2016 | $14.58 |
| Sparks,Bradley Thomas (US012327357) | Lodge: State Tax Compliance planning trip for Nortel\\SXGPVA | 2/25/2016 | $3.95 |
| Scott,James E (US011119307) | Mileage: Miles to Nortel\\Raleigh - Durham | 3/18/2016 | $14.04 |
| Sparks,Bradley Thomas (US012327357) | Lodge: State Tax Compliance Planning for Nortel (1 night in Raleigh)\\SXGPVA | 3/3/2016 | $133.05 |
| Kennedy,Diana Lynn (US012436403) | Mileage: Excess mileage from EY office to Nortel office for meetings with Jeff Wood.\\EY office and Nortel | 3/16/2016 | $27.00 |
| Trozzo,Roseann (US010961420) | Mass Trans: Nortel Meeting with Jennie\\TO From NYC to Metropark office | 2/25/2016 | $21.50 |
| | | | |
| | | **Totals** | $529.10 |