**Exhibit B**

4844-1533-0610.1

**Nortel Networks, Inc.**
**Expenses**

| Employee | Description | Transaction Date | Expenses |
|---|---|---|---|
| Beakey III,Andrew M (US011131290) | Parking: Nortel meetings - airport parking for 3 days | 2/19/2016 | $104.00 |
| Lowery,Kristie L (US011686190) | Mileage: Mileage to Cary NC from Charlotte NC - Roundtrip for status meeting with EY and RLKS team\\Charlotte to Cary, NC RT | 4/19/2016 | $200.88 |
| Lowery,Kristie L (US011686190) | Misc: Waters for Nortel meeting in Raleigh | 4/19/2016 | $8.73 |
| Lowery,Kristie L (US011686190) | Brkft: Breakfast on way from Charlotte to Raleigh for Nortel meeting:  Lowery - Partner, Heroy - Sr Mgr, Mills - Senior | 4/19/2016 | $30.00 |
| Mills,Rebecca Hinson (US013300310) | Lunch: Working lunch during VTC meeting working session for Nortel employment tax workplan regroup - with Jennie DeVincenzo in NJ office.  Lunch for Kristie Lowery and Rebecca Mills. | 3/23/2016 | $26.19 |
| Mills,Rebecca Hinson (US013300310) | Mileage: Raleigh trip to and from Nortel (road trip from Charlotte to Raleigh, including lunch pick up)\\TO and from Nortel | 1/20/2016 | $99.36 |
| Beakey III,Andrew M (US011131290) | Lodge: Tax meetings in New York City for 2 nights with RLKS and Cleary attorneys to discuss 2016 tax issues\\IBJFYD | 1/14/2016 | $301.86 |
| Beakey III,Andrew M (US011131290) | Taxi: Nortel tax meetings\\Marriott hotel to Newark airport | 1/13/2016 | $125.00 |
| Beakey III,Andrew M (US011131290) | Taxi: Nortel tax meetings \\Newark airport to Marriott hotel | 1/11/2016 | $125.00 |
| Beakey III,Andrew M (US011131290) | Air: Tax on Airline fee for Tax meetings with RLKS and Cleary attorneys to discuss 2016 tax issues | 1/12/2016 | $0.62 |
| Beakey III,Andrew M (US011131290) | Air:  Airline fee for Tax meetings with RLKS and Cleary attorneys to discuss 2016 tax issues | 1/12/2016 | $7.00 |
| Beakey III,Andrew M (US011131290) | Tolls: Tax meetings with RLKS and Cleary Attorneys to discuss 2016 tax issues | 1/11/2016 | $10.00 |
| Beakey III,Andrew M (US011131290) | Tolls: Nortel meeting\\home to airport | 1/11/2016 | $10.00 |
| Beakey III,Andrew M (US011131290) | Air: Nortel meeting - airline transaction fee\\IBJFYD | 1/6/2016 | $7.00 |
| Beakey III,Andrew M (US011131290) | Air: Nortel meeting\\IBJFYD | 1/6/2016 | $1,139.15 |
| Beakey III,Andrew M (US011131290) | Mileage: Nortel meeting\\home to airport | 1/11/2016 | $37.80 |
| Beakey III,Andrew M (US011131290) | Parking: Nortel tax meetings with RLKS and Cleary attorneys to discuss 2016 tax issues - parking | 1/13/2016 | $78.00 |
| Beakey III,Andrew M (US011131290) | Mileage: Tax meetings with RLKS and Cleary Attorneys to discuss 2016 tax issues\\home to airport | 1/11/2016 | $37.80 |
| Beakey III,Andrew M (US011131290) | Tolls: Tax meetings with RLKS and Cleary Attorneys to discuss 2016 tax issues tolls\\home to airport | 1/11/2016 | $14.00 |

**Nortel Networks, Inc.**
**Expenses**

| Employee | Description | Transaction Date | Expenses |
|---|---|---|---|
| Wood,Jeffrey T (US013081390) | Mileage: \\Client to office and back | 4/14/2016 | $14.04 |
| Trombley,Tarryn Kate Gurney (US01289087) | Mileage: Mileage above normal commute to Nortel to work on tax compliance and consulting engagement. 32 miles total. \\Home and Nortel (RTP) | 4/14/2016 | $17.28 |
| Kennedy,Diana Lynn (US012436403) | Mileage: Mileage to Nortel office to work on-site for meeting with Jeff W and to access files.\\EY office and Nortel | 4/19/2016 | $21.60 |
| Sparks,Bradley Thomas (US012327357) | Mileage: Trip to Nortel to meet on state compliance planning\\Charlotte NC office to Nortel in Raleigh, NC area | 4/20/2016 | $162.00 |
| | | **Totals** | **$2,577.31** |

Air expenses have been booked at economy class.