# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| Nortel Networks Inc., <u>et al.</u>,[1] | ) Case No. 09-10138 (KG) |
| Debtors. | ) Jointly Administered |
|  | ) **Hearing Date: To Be Determined** |

**TWENTY-NINTH QUARTERLY FEE APPLICATION OF ERNST & YOUNG LLP FOR COMPENSATION FOR SERVICES RENDERED AS INDIRECT TAX SERVICE ADVISOR TO THE DEBTORS AND DEBTORS-IN-POSSESSION FOR THE PERIOD OF JANUARY 1, 2016 THROUGH APRIL 30, 2016**

E&Y LLP hereby submits its twenty-ninth quarterly fee application request (the "<u>Request</u>") for the period January 1, 2016 through and including April 30, 2016 (the "<u>Compensation Period</u>").

| E&Y LLP seeks approval of the following fee application: **Fee Application Filing Date** | **Period Covered By Application** | **Total Fees Requested** | **Total Expenses Requested** | **Certification of No Objection Filing Date, Docket No.** | **Amount of Fees Allowed (80%)** | **Amount of Expenses Allowed (100%)** | **Amount of Holdback Fees Sought** |
|---|---|---|---|---|---|---|---|
| 03/18/16 | 1/1/16 – 1/31/16 | $426,445.50 | $2,162.03 | 4/11/16 [16710] | $341,156.40 | $2,162.03 | $85,289.10 |
| 4/28/16 | 2/1/16 – 2/29/16 | $357,363.50 | 1,166.35 | 5/19/16 [16824] | $285,890.80 | $1,166.35 | $71,472.70 |
| 5/31/16 | 3/1/16 – 3/31/16 | $299,585.50 | $529.10 | N/A | $239,668.40 | $529.10 | $59,917.10 |
| 5/31/16 | 4/1/16 – 4/30/16 | $513,440.00 | $2,577.31 | N/A | $410,752.00 | $2,577.31 | $102,688.00 |
| **TOTAL** |  | **$1,596,834.50** | **$6,434.79** |  | **$1,277,467.60** | **$6,434.79** | **$319,366.90** |

---

[1] Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

E&Y LLP seeks interim approval of the full amount of the fees and expenses requested in the above-referenced fee application and payment by the Debtors of the amount requested in such fee application in full.

WHEREFORE, E&Y LLP respectfully requests that the Court enter the order enter the order attached hereto as Exhibit A and grant E&Y LLP such other and further relief as is just and proper.

Dated: May 31, 2016                     Respectfully submitted,

/s/ Joanne Lee
Joanne Lee
Foley & Lardner LLP
321 N. Clark Street, Suite 2800
Chicago, IL 60654
Tel. 312.832.4500
jlee@foley.com

## COMPENSATION BY PROFESSIONAL
## THROUGH APRIL 30, 2016

| Professional | Position | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Abbott, Douglas J. | Partner | $700 | 103.0 | $72,100.00 |
| Adams, Elizabeth Trimble | Staff | $225 | 138.1 | $31,072.50 |
| Barreiro Lebron, Ramon L. | Staff | $225 | 1.5 | $337.50 |
| Beakey III, Andrew M. | Partner | $700 | 34.6 | $21,420.00 |
| Breton, Kristina | Senior | $365 | 218.0 | $79,570.00 |
| Cannataro, Francis A. | Staff | $225 | 0.5 | $112.50 |
| Carroll, Kara Ruth | Staff | $225 | 212.4 | $47,790.00 |
| Carver, Gregory | National Partner | $750 | 18.0 | $13,500.00 |
| Chock, Judith C.L. | Senior Manager | $600 | 4.1 | $2,460.00 |
| Clark, Randy | Manager | $510 | 16.2 | $8,262.00 |
| Claud-White, Jennifer Ryan | Staff | $225 | 72.3 | $16,267.5 |
| Cohen, Samuel | Senior Manager | $600 | 0.6 | $360.00 |
| Coulter, Tanner J. | Senior Manager | $600 | 1.0 | $600.00 |
| Danowitz, Steven M. | Manager | $510 | 1.0 | $510.00 |
| Davidson, Garrett M. | Manager | $510 | 52.4 | $26,724.00 |
| De la Rosa, Anabel | Senior | $365 | 2.0 | $730.00 |
| Dean, Emily | Senior | $365 | 16.8 | $6,132.00 |
| DeVincenzo, Jennie Harrison | Senior Manager | $600 | 117.5 | $68,700.00 |
| Doyle, Kaitlin Frances | Staff | $225 | 9.9 | $2,227.50 |
| Dunkel, Brian J. | Manager | $510 | 4.9 | $2,499.00 |
| Flagg, Nancy A. | National Executive Director | $750 | 1.1 | $825.00 |
| Forgey, Cody M. | Senior | $365 | 16.5 | $6,022.50 |
| Gargus, Vernon Keith | Partner | $700 | 0.5 | $350.00 |
| Gentile, Matthew Donald | Senior Manager | $600 | 194.0 | $116,400.00 |
| Gouri, Amit | Senior Manager | $600 | 1.5 | $900.00 |
| Graham, Eric G. | Staff | $225 | 56.9 | $12,802.50 |

4827-1820-9074.1

2

| Professional | Position | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Hamood, Mary | Staff | $225 | 1.0 | $225.00 |
| Harrison IV, George Jackson | Partner | $700 | 2.0 | $1,400.00 |
| Harrison IV, George Jackson* | Senior Partner | $750 | 3.0 | $2,250.00 |
| Heroy, Jessica R. | Senior Manager | $600 | 14.2 | $6,420.00 |
| Higaki, Shiho | Manager | $510 | 39.8 | $20,298.00 |
| Jackson, Stephen F. | National Partner | $750 | 4.0 | $3,000.00 |
| Kennedy, Diana Lynn | Senior Manager | $600 | 95.7 | $57,420.00 |
| Lawrence, Kyle | Manager | $510 | 0.2 | $102.00 |
| Lendino, Morgan Brickley | Senior | $365 | 5.7 | $2,080.50 |
| Long, Charles A. | National Executive Director | $750 | 19.2 | $13,087.50 |
| Lowery, Kristie L. | National Partner | $750 | 53.2 | $35,025.00 |
| Maahs, Kevin D. | Senior | $365 | 41.7 | $15,220.50 |
| Mesler, Mark S. | Partner | $700 | 4.5 | $3,150.00 |
| Mills, Rebecca Hinson | Senior | $365 | 65.2 | $21,425.50 |
| Moore, Meredith M. | Staff | $225 | 0.5 | $112.50 |
| Moore, Meredith M.* | Senior | $365 | 20.7 | $7,555.50 |
| Moss, Robert H. | Staff | $225 | 0.7 | $157.50 |
| Oliver, Angel L. | Senior | $365 | 192.1 | $70,116.50 |
| Oliver, Brandon L. | Staff | $225 | 19.2 | $4,320.00 |
| Parsch, Kazuyo T. | Senior Manager | $600 | 1.3 | $780.00 |
| Peters, Christina M. | National Partner | $750 | 5.0 | $3,750.00 |
| Ponds, Loren C. | Senior Manager | $600 | 33.8 | $20,280.00 |
| Puett, Stephen W. | Partner | $700 | 1.0 | $700 |
| Quigley, Nicholas W. | Manager | $510 | 33.2 | $16,932.00 |
| Quigley, Sean | Staff | $225 | 3.8 | $855.00 |
| Ramos, Marcel | Senior | $365 | 1.0 | $365.00 |
| Rauch, Laura Anne | Senior | $365 | 0.5 | $182.50 |
| Razook, Janel J. | Manager | $510 | 21.6 | $11,016.00 |
| Rodriguez, Nancy Walton | Staff | $225 | 2.6 | $585.00 |

3

| Professional | Position | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Sargent, Amy Johanna | National Executive Director | $750 | 8.5 | $6,375.00 |
| Schmutter, David | Executive Director | $700 | 0.5 | $350.00 |
| Scott, James E. | Partner | $700 | 133.2 | $91,735.00 |
| Shapiro, Ari J. | Staff | $225 | 298.0 | $67,050.00 |
| Sparks, Bradley Thomas | Senior Manager | $600 | 18.5 | $11,100.00 |
| Spyker, Deborah J. | National Executive Director | $750 | 3.0 | $2,250.00 |
| Stern, Hindy R. | Senior Manager | $600 | 0.3 | $180.00 |
| Tarud, Jessica | Staff | $225 | 36.2 | $8,145.00 |
| Trombley, Tarryn Kate Gurney | Manager | $510 | 167.0 | $85,170.00 |
| Trozzo, Roseann | Manager | $510 | 105.1 | $53,601.00 |
| Tufino, Salvatore J. | Executive Director | $700 | 2.5 | $1,750.00 |
| Tufino, Salvatore J.* | National Executive Director | $750 | 3.5 | $2,625.00 |
| Williams, Edward M. | National Partner | $750 | 4.5 | $3,375.00 |
| Wood, Jeffrey T. | Executive Director | $700 | 572.9 | $397,880.00 |
| Wren, Kaitlin Doyle | Staff | $225 | 34.5 | $7,762.50 |
| **TOTAL** | | | **3,369.9** | **$1,596,834.50** |

* Employee received a promotion during the quarterly period.

## COMPENSATION BY PROJECT CATEGORY
## THROUGH APRIL 30, 2016

| Project Category[1] | Total Hours | Total Fees |
|---|---|---|
| Employment Tax | 714.6 | $313,618.50 |
| Federal Compliance | 284.7 | $89,011.50 |
| Federal Consulting | 1,725.9 | $872,279.00 |
| International Compliance | 14.1 | $3,885.00 |
| International Consulting | 200.6 | $103,721.50 |
| State and Local Consulting | 375.1 | $195,920.00 |
| State and Local Compliance | 54.9 | $18,399.00 |
| **TOTAL** | **3,369.9** | **$1,596,834.50** |

## EXPENSE SUMMARY
## THROUGH APRIL 30, 2016

| Expense Category | Total Expenses |
|---|---|
| Air[2] | $2,096.57 |
| Lodging | $1,983.80 |
| Mass Transit | $21.50 |
| Meals | $561.89 |
| Mileage | $807.84 |
| Miscellaneous | $146.33 |
| Parking | $279.00 |
| Rental Car | $88.24 |
| Taxi | $415.62 |
| Tolls | $34.00 |
| **TOTAL** | **$6,434.79** |

---

[1] Two additional categories were added on March and April fee statements which include International Compliance and State and Local Compliance.

[2] All air expenses are coach/economy class.

4

4827-1820-9074.1