IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Nortel Networks Inc. et al.,[1]<br><br>　　　　　　　　　　Debtors. | ) Chapter 11<br>)<br>) Case No. 09-10138 (KG)<br>)<br>) (Jointly Administered)<br>)<br>) **Hearing Date: TBD**<br>) |

## NOTICE OF NINTH INTERIM FEE APPLICATION REQUEST

Name of Applicant:　　　　　　　　　　Cassels Brock & Blackwell LLP

Authorized to Provide
Professional Services to:　　　　　　　　Official Committee of Unsecured Creditors

Date of Retention:　　　　　　　　　　March 17, 2014, *Nunc Pro Tunc* to March 4, 2014

Period for which compensation
and reimbursement is sought:　　　　　February 1, 2016 through April 30, 2016[2]

Amount of Compensation sought as
actual, reasonable and necessary:　　　CDN. $201,475.50 Equivalent to USD $154,148.90[3]

Amount of Expense Reimbursement sought
as actual, reasonable and necessary:　　CDN. $573.19 Equivalent to USD $438.55[3]

This is (a)n: _X_ interim　　_____ final application

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567); and Nortel Networks (CALA) Inc. (4226).

[2] Cassels Brock & Blackwell LLP's February, 2016, March, 2016 and April, 2016 monthly fee applications are incorporated herein by reference.

[3] Reuters Exchange Rate on May 30, 2016 was CDN. $1.00 : U.S. $0.7651

Legal*27368440.1

Summary of Fee Applications for Compensation Period:

| Date Filed Docket No. | Period Covered | Requested | | Approved | | Holdback Fees Requested |
| --- | --- | --- | --- | --- | --- | --- |
| | | Fees | Expenses | Fees (80%) | Expenses (100%) | Fees (20%) |
| Date Filed: 5/26/16 Docket No. 16856 | 2/1/16 – 2/29/16 | $62,875.00 | $255.00 | $50,300.00 Pending Obj. Deadline June 16, 2016 | $255.00 Pending Obj. Deadline June 16, 2016 | $12,575.00 |
| Date Filed: 5/27/16 Docket No. 16858 | 3/1/16 - 3/31/16 | $71,002.00 | $205.94 | $56,801.60 Pending Obj. Deadline June 17, 2016 | $205.94 Pending Obj. Deadline June 17, 2016 | $14,200.40 |
| Date Filed: 5/30/16 Docket No. 16861 | 4/1/16 - 4/30/16 | $67,598.50 | $112.25 | $54,078.80 Pending Obj. Deadline June 21, 2016 | $112.25 Pending Obj. Deadline June 21, 2016 | $13,519.70 |
| TOTALS: | All amounts in CDN.$ | $201,475.50 | $573.19 | $161,180.40[4] | $573.19[5] | $40,295.10 |

Summary of any Objections to Fee Applications: None.

Dated: May 31, 2016
       Toronto, Ontario

*/s/ Michael J. Wunder*

Michael J. Wunder
CASSELS BROCK & BLACKWELL LLP
Suite 2100, Scotia Plaza
40 King Street West
Toronto, Ontario M5H 3C2
(416) 869-5300
Canadian Counsel to the Official Committee of Unsecured Creditors of Nortel Networks Inc., *et al.*

---

[4] The total amount reflected in this column includes amounts pending approval.

[5] The total amount reflected in this column includes amounts pending approval.

Legal*27368440.1