# EXHIBIT A

## NORTEL NETWORKS INC., *et al*.
## CASE NO. 09-10138 (KG)

Professional Fees and Expenses
Monthly Fee Application

| Applicant & Docket No. | Time Period Covered | Fees & Expenses Requested in Application | Fees & Expenses Allowed/Awarded | Date Application Filed | Objection Deadline |
|---|---|---|---|---|---|
| Whiteford, Taylor & Preston LLC  [Docket No. 16802] | 4/1/16 - 4/30/16 | $50,124.00 (Fees)  $446.91 (Expenses) | $40,099.20 (Fees @ 80%)  $446.91 (Expenses @ 100%) | 5/10/2016 | 5/31/2016 |