## UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

### *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | NORTEL NETWORKS INC., ET AL. | | |
| **Case Number:** | 09-10138-KG | **Chapter:** | 11 |
| **Date / Time / Room:** | WEDNESDAY, JUNE 01, 2016 09:30 AM   CRT#3, 6TH FL. | | |
| **Bankruptcy Judge:** | KEVIN GROSS | | |
| **Courtroom Clerk:** | SHERRY SCARUZZI | | |
| **Reporter / ECR:** | BRANDON MCCARTHY | | |

### *Matters:*

1) **ADV: 1-11-53454**

   **SNMP Research International, Inc. vs Nortel Networks Inc.**

   TELEPHONIC STATUS CONFERENCE

   **R / M #:**    419 /  0

2) TELEPHONIC STATUS CONFERENCE IN ADV. 11-53454

   **R / M #:**    16,850 /  0

### *Appearances:*

   SEE ATTACHED COURT SIGN-IN-SHEET

### *Proceedings:*

   HEARING HELD. AGENDA ITEMS:

   #1 - Extension Motion - All Briefs to be in by July 1, Granted 3 month Final Extension;
   Scheduling Order to be submitted; If there is a problem with Scheduling, get me on the
   phone;