# Court Conference

Calendar Date: 06/01/2016

Calendar Time: 09:30 AM ET

# U.S. Bankruptcy Court-Delaware

## Confirmed Telephonic Appearance Schedule

## Honorable Kevin Gross (Nortel Trial Only)

## Courtroom

*Amended Calendar 06/01/2016 05:34 AM*

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7643577 | Derek C. Abbott | (302) 351-9357 | Morris Nichols Arsht & Tunnell LLP | Debtor, Nortel Networks Inc / LIVE |
| | | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7641104 | Nick Bassett | (212) 530-5000 | Milbank, Tweed, Hadley & McCloy, LLP | Representing, Ad Hoc Group of Bondholders / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7642026 | Peg A. Brickley | (215) 462-0953 | Dow Jones & Co. | Interested Party, Peg Brickley / LISTEN ONLY |
| | | Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7633445 | Richard S. Busch | (615) 259-3456 | King & Ballow Law Offices | Client, SNMP Research / LIVE |
| | | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7633337 | Jeffrey Case | (865) 579-0527 | SNMP | Interested Party, SNMP / LIVE |
| | | Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7633324 | David Dean | 410-528-2972 | Cole Schotz P.C. | Client, SNMP Research / LIVE |
| | | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7641450 | David Harrington | (212) 225-2266 | Cleary Gottlieb Steen & Hamilton | Debtor, Nortel Networks Inc. / LIVE |

Peggy Drasal ext. 802

Copyright © 2016 CourtCall, LLC. All Rights Reserved.

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7635953 | Selinda A. Melnik | (302) 468-5650 | DLA Piper US, LLP | Creditor, Canadian Creditors Commitee / LISTEN ONLY |
| | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7633318 | Norman L. Pernick | (302) 651-2001 | Cole Schotz P.C. | Plaintiff(s), SNMP / LIVE |
| | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7641424 | Andrew R. Remming | (302) 658-9200 | Morris Nichols Arsht & Tunnell LLP | Debtor, Nortel Networks Inc. / LIVE |
| | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7641433 | Lisa M. Schweitzer | (212) 225-2629 | Cleary Gottlieb Steen & Hamilton | Debtor, Nortel Networks Inc. / LIVE |
| | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7634641 | Benjamin Stern | (617) 305-2022 | Holland & Knight LLP | Creditor, Avaya, Inc. / LIVE |
| | Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7638618 | William Sullivan | 302-428-8191 | Sullivan Hazeltine Allinson, LLC | Creditor, Avaya / LIVE |
| | Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7641156 | Angelo Thalassinos | (212) 588-8890 | Reorg Research, Inc. | Interested Party, Reorg Research, Inc. / LISTEN ONLY |
| | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7642336 | Andrew M. Thau | (212) 915-1232 | Cantor Fitzgerald | Interested Party, Cantor Fitzgerald / LISTEN ONLY |
| | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7633410 | John L. Wood | (865) 292-2503 | Egerton, McAfee, Armistead & Davis | Interested Party, SNMP / LIVE |
| | Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 (11-5345 4) | Hearing | 7639207 | Matthew C. Fagen | (212) 872-8051 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Official Committee of Unsecured Creditors / LISTEN ONLY |
| | | | | | | | | |


Copyright © 2016 CourtCall, LLC. All Rights Reserved.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 (11-53454) | Hearing | 7637338 | Charles Huberty | (212) 837-6045 | Hughes Hubbard & Reed | Interested Party, Hughes Hubbard & Reed, LLP / LIVE |
| | Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 (11-53454) | Hearing | 7639191 | Robert Johnson | 212-872-1077 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Official Committee of Unsecured Creditors / LIVE |
| | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 (11-53454) | Hearing | 7641372 | Paul Keller | (212) 318-3212 | Norton Rose Fulbright US LLP | Defendant(s), Nortel Networks Inc. et al / LIVE |
| | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 (11-53454) | Hearing | 7641354 | Kathleen Murphy | (302) 552-4214 | Buchanan, Ingersoll & Rooney, P.C. | Defendant(s), Nortel Networks Inc. et al / LIVE |
| | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 (11-53454) | Hearing | 7639175 | Christopher M. Samis | (302) 357-3266 | Whiteford, Taylor & Preston LLC | Creditor, Official Committee of Unsecured Creditors / LIVE |



Copyright © 2016 CourtCall, LLC. All Rights Reserved.