United States Bankruptcy Court
  for the District of Delaware
824 N Market Street
Wilmington DE 19801

05/24/2016

Attn: Clerk of the Court

RE: Case # 09-10138-KG Nortel Networks Inc.

I, Brad Lee Henry, ask to be removed from any and all mailing list in regards to Case number 09-10138-KG Nortel Networks Inc.

Thank you:

Brad Lee Henry
11596 West Sierra Dawn Blvd Lot 386
Surprise AZ 85378

*[signature]*