IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X  Chapter 11
:
*In re*                                                  :  Case No. 09-10138 (KG)
:
Nortel Networks Inc., *et al.*,[1]                       :  Jointly Administered
:
Debtors.                                                 :
:
---------------------------------------------------------X

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON JUNE 6, 2016 AT 10:00 A.M. (EASTERN TIME)**

By permission of chambers, any party wishing to participate telephonically must make arrangements through CourtCall **at least one hour prior to the hearing**. CourtCall has been made aware of this extended deadline. CourtCall will not accept reservations after the extended deadline has passed without permission of chambers. Please do not contact chambers prior to the expiration of the extended deadline.

**CONTESTED MATTER GOING FORWARD**

1. Motion of Liquidity Solutions, Inc. for Entry of Order (A) Authorizing and Directing Debtor, Nortel Networks Inc., to Make Interim Distributions on Allowed Administrative, Priority and Unsecured Claims or (B) Converting Cases to Chapter 7 Pursuant to Section 1112(b) of the Bankruptcy Code (D.I. 16638, Filed 3/21/16).

    Objection Deadline: April 4, 2016 at 4:00 p.m. (ET). Extended to May 27, 2016 for the Official Committee of Unsecured Creditors. Extended to June 1, 2016 for the U.S. Debtors.

    Responses Received:

    (a) Statement, Request for Joint Hearing, and Reservation of Rights of the Monitor and the Canadian Debtors Regarding Motion of Liquidity Solutions, Inc. for Entry of Order Authorizing and Directing Interim Distributions or Converting Cases to Chapter 7 (D.I. 16681, Filed 4/4/16);

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

(b) Joinder and Reservation of Rights of the Joint Administrators in Statement, Request for Joint Hearing, and Reservation of Rights of the Monitor and the Canadian Debtors Regarding Motion of Liquidity Solutions, Inc. for Entry of Order Authorizing and Directing Interim Distributions or Converting Cases to Chapter 7 (D.I. 16713, Filed 4/12/16);

(c) Statement and Reservation of Rights of Law Debenture Trust Company of New York, as Indenture Trustee for the NNCC Notes, with Respect to Supplement to Motion of Liquidity Solutions, Inc. for Entry of Order (A) Authorizing and Directing Debtor, Nortel Networks Inc., to Make Interim Distributions on Allowed Administrative, Priority and Unsecured Claims or (B) Converting Cases to Chapter 7 Pursuant to Section 1112(b) of the Bankruptcy Code (D.I. 16806, Filed 5/13/16);

(d) Limited Objection of the Monitor and the Canadian Debtors to the Supplement to Motion of Liquidity Solutions, Inc. for Entry of an Order Authorizing and Directing Interim Distributions or Converting Cases to Chapter 7 (D.I. 16807, Filed 5/13/16);

(e) Response of the *Ad Hoc* Group of Bondholders in Opposition to the Motion and Supplement of Liquidity Solutions, Inc. for Entry of Order (A) Authorizing and Directing Debtor, Nortel Networks Inc., to Make Interim Distributions on Allowed Administrative, Priority and Unsecured Claims or (B) Converting Cases to Chapter 7 Pursuant to Section 1112(b) of the Bankruptcy Code (D.I. 16808, Filed 5/13/16);

(f) Joinder of the Bank of New York Mellon, as Indenture Trustee, to the Response of the *Ad Hoc* Group of Bondholders in Opposition to the Motion and Supplement of Liquidity Solutions, Inc. for Entry of Order (A) Authorizing and Directing Debtor, Nortel Networks Inc., to Make Interim Distributions on Allowed Administrative, Priority and Unsecured Claims or (B) Converting Cases to Chapter 7 Pursuant to Section 1112(b) of the Bankruptcy Code (D.I. 16810, Filed 5/13/16)

(g) Limited Objection of Solus Alternative Asset Management LP and PointState Capital LP to Motion of Liquidity Solutions, Inc. for Entry of Order (A) Authorizing and Directing Debtor, Nortel Networks Inc., to Make Interim Distributions on Allowed Administrative, Priority and Unsecured Claims or (B) Converting Cases to Chapter 7 Pursuant to Section 1112(b) of the Bankruptcy Code (D.I. 16811, Filed 5/13/16);

(h) Reservation of Rights of Stephen Taylor, Conflicts Administrator for Nortel Networks S.A., in Response to Motion of Liquidity Solutions, Inc. to Compel Interim Distributions or Convert Case to Chapter 7 (D.I. 16812, Filed 5/13/16);

(i) Response and Reservation of Rights of the Trade Claims Consortium of Nortel Networks Inc., et al. with Respect to Response of the *Ad Hoc* Group of Bondholders in Opposition to the Motion and Supplement of Liquidity Solutions,

Inc. for Entry of Order (A) Authorizing and Directing Debtor, Nortel Networks Inc., to Make Interim Distributions on Allowed Administrative, Priority and Unsecured Claims or (B) Converting Cases to Chapter 7 Pursuant to Section 1112(b) of the Bankruptcy Code (D.I. 16829, Filed 5/20/16); and

(j) Response of the Debtors to Motion of Liquidity Solutions, Inc. for Entry of an Order Authorizing and Directing Interim Distributions or Converting Cases to Chapter 7 [D.I. 16638] and Supplement [D.I. 16759] (D.I. 16877, Filed 6/1/16).

Related Pleading:

(a) Certification of Counsel and Notice of Adjournment of Hearing Regarding Motion of Liquidity Solutions, Inc. for Entry of Order (A) Authorizing and Directing Debtor, Nortel Networks Inc., to Make Interim Distributions on Allowed Administrative, Priority and Unsecured Claims or (B) Converting Cases to Chapter 7 Pursuant to Section 1112(b) of the Bankruptcy Code (D.I. 16709, Filed 4/11/16);

(b) Supplement to Motion of Liquidity Solutions, Inc. for Entry of Order (A) Authorizing and Directing Debtor, Nortel Networks Inc., to Make Interim Distributions on Allowed Administrative, Priority and Unsecured Claims or (B) Converting Cases to Chapter 7 Pursuant to Section 1112(b) of the Bankruptcy Code (D.I. 16759, Filed 4/25/16); and

(c) Certification of Counsel and Notice of Adjournment of Hearing Regarding Motion of Liquidity Solutions, Inc. for Entry of Order (A) Authorizing and Directing Debtor, Nortel Networks Inc., to Make Interim Distributions on Allowed Administrative, Priority and Unsecured Claims or (B) Converting Cases to Chapter 7 Pursuant to Section 1112(b) of the Bankruptcy Code (D.I. 16830, Filed 5/20/16).

Status: The hearing on this matter will go forward.

Dated: June 2, 2016       CLEARY GOTTLIEB STEEN & HAMILTON LLP
Wilmington, DE            James L. Bromley (admitted *pro hac vice*)
                          Lisa M. Schweitzer (admitted *pro hac vice*)
                          One Liberty Plaza
                          New York, New York 10006
                          Telephone:  (212) 225-2000
                          Facsimile:  (212) 225-3999

                          - and -

                          MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                          */s/ Tamara K. Minott*
                          Eric D. Schwartz (No. 3134)
                          Derek C. Abbott (No. 3376)

Andrew R. Remming (No. 5120)
Tamara K. Minott (No. 5643)
1201 North Market Street
Wilmington, DE  19899-1347
Telephone:  (302) 658-9200
Facsimile:  (302) 658-3989

*Counsel for the Debtors and Debtors in Possession*