**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------x
*In re*

NORTEL NETWORKS, INC., <u>et al.</u>,[1]

      Debtors.
---------------------------------------------------------------x

**Chapter 11**
**Case No. 09-10138 (KG)**
**(Jointly Administered)**

## SECOND SUPPLEMENTAL VERIFIED STATEMENT OF QUINN EMANUEL URQUHART & SULLIVAN, LLP PURSUANT TO BANKRUPTCY RULE 2019

Pursuant to Rule 2019(a) of the Federal Rules of Bankruptcy Procedure ("<u>Bankruptcy Rule 2019</u>"), Quinn Emanuel Urquhart & Sullivan, LLP ("<u>Quinn Emanuel</u>") and Pinckney, Weidinger, Urban & Joyce LLC ("<u>Pinckney</u>," and, together with Quinn Emanuel, "<u>Counsel</u>"), co-counsel to Solus Alternative Asset Management LP ("<u>Solus</u>") and PointState Capital LP ("<u>PointState</u>") in the above-captioned cases, hereby make the following first supplemental verified statement (the "<u>Second Supplemental Statement</u>"):

1.      Quinn Emanuel is a law firm that maintains offices at, among other locations, 51 Madison Avenue 22nd Floor, New York, New York 10010.

2.      Pinckney is a law firm that maintains offices at 3711 Kennett Pike, Suite 210, Greenville, DE 19807.

3.      Counsel filed the Verified Statement of Quinn Emanuel Urquhart & Sullivan LLP Pursuant to Bankruptcy Rule 2019 on July 15, 2015 [ECF No. 14030] (the "<u>Initial

---

[1]     The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769),Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortea Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).

<u>Statement</u>") and the first supplemental verified statement to the Initial Statement on March 8, 2016 [ECF No. 16608] (together with the Initial Statement, the "<u>Rule 2019 Statement</u>").

4.      Counsel is filing this Second Supplemental Statement to update the information contained in the Rule 2019 Statement.

5.      As of the date of this Second Supplemental Statement, Counsel represents Solus and PointState in the chapter 11 cases of the above-captioned debtors.  Solus and PointState hold claims against or act as advisors or investment managers to funds and/or accounts that hold claims against certain of the Debtors' estates.  In accordance with Bankruptcy Rule 2019 and based upon information provided to Counsel by Solus and PointState, set forth below is a list of the names, addresses and the nature and amount of all disclosable economic interests held by Solus and PointState and the funds and accounts they act as advisors or investment managers of in relation to the Debtors as of June 3, 2016.

| NAME AND ADDRESS OF CREDITOR | NATURE AND AMOUNT OF CLAIMS |
|---|---|
| Solus<br>410 Park Avenue<br>New York, NY 10022 | ▪ $103,435,000.00 of 7.875% Senior Notes due 2026 issued by issued by Nortel Networks Limited f/k/a Northern Telecom Limited ("<u>NNL</u>") and Nortel Networks Capital Corporation f/k/a Northern Telecom Capital Corporation ("<u>NNCC</u>");<br><br>▪ Approximately $23,812,917.49 of general unsecured claims against Nortel Networks, Inc. |
| PointState Capital LP<br>40 West 57th St<br>New York, NY 10019 | ▪ $34,500,000.00 of 7.875% Senior Notes due 2026 issued by NNL and NNCC;<br><br>▪ $85,000,000.00 of 1.75% Senior Convertible Notes due 2012 issued by Nortel Networks Corporation ("<u>NNC</u>");<br><br>$10,000,000.00 of 2.125% Senior Convertible Notes due 2014 issued by NNC; |

|  | ▪ $1,805,000.00 of 10.125% Senior Notes due 2013 issued by NNL; |
|  | ▪ $21,281,000.00 of 10.75% Senior Notes due 2016 issued by NNL; |
|  | ▪ $10,000,000.00 of 6.875% Notes due 2023 issued by NNL. |

6.      Solus retained Quinn Emanuel in or about February 2014; PointState retained Quinn Emanuel in or about February 2016.

7.      Quinn Emanuel does not represent or purport to represent any entities other than Solus and PointState in connection with the Debtors' chapter 11 cases.

8.      Upon information and belief, Counsel does not hold any claims against, or interests in, the Debtors.

9.      The undersigned verifies, under penalty of perjury, that this Second Supplemental Statement is true and correct to the best of his knowledge and belief.

10.      Nothing contained in this Second Supplemental Statement should be construed as a limitation upon, or waiver of, any rights of Solus or PointState to assert, file and/or amend its claims in accordance with applicable law and any orders entered in these cases.

11.      Counsel reserves the right to revise, supplement, and amend this Second Supplemental Statement in accordance with the requirements set forth in Bankruptcy Rule 2019.

Respectfully submitted,

Dated: June 3, 2016

/s/ *Joanne P. Pinckney*
    Joanne Pileggi Pinckney
    Seton C. Mangine

**PINCKNEY, WEIDINGER, URBAN & JOYCE LLC**
(302) 504 1497 (Telephone)
3711 Kennett Square, Suite 210, Greenville,
Delaware  19807

-and-

Susheel Kirpalani
James C. Tecce
**QUINN, EMANUEL, URQUHART & SULLIVAN
LLP**
52 Madison Avenue, 22nd Floor
(212) 849-7000 (Telephone)
New York, New York  10010

*Counsel to Solus Alternative Asset
Management LP and PointState Capital LP*