IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X   Chapter 11
*In re*                                                        :
                                                               :   Case No. 09-10138 (KG)
Nortel Networks Inc., *et al.*,                                :
                                                               :   Jointly Administered
                              Debtors.                         :
                                                               :   Related to Docket No. 16886
---------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE    )
                     ) SS
NEW CASTLE COUNTY    )

      I, Pauline Z. Ratkowiak, being duly sworn according to law, depose and state that I am employed by Cole Schotz P.C., and that on June 3, 2016, I caused a copy of **SNMP Research's Limited Objection to Proposed Order and Agreement Presented in the Response of the Debtors to Motion of Liquidity Solutions, Inc. for Entry of an Order Authorizing and Directing Interim Distributions or Coverting Cases to Chapter 7 [d.i. 16638] and Supplement [D.I. 16759]** to be served via First-Class Mail on the parties listed on the attached service list.

                                                                           Pauline Z. Ratkowiak, Paralegal
                                                                          COLE SCHOTZ P.C.
                                                                          500 Delaware Avenue, Suite 1410
                                                                          Wilmington, DE 19801
                                                                          (302) 652-3131

SWORN TO AND SUBSCRIBED before me
this 3rd day of June, 2016

*Mary E. VanDermark*
NOTARY PUBLIC

   **Mary E. VanDermark**
 **Notary Public State of Delaware**
 **My Commission Expires August 5, 2017**

## SERVICE LIST

Mark Kenney, Esquire
Office of the United States Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801-3519

Mary F. Caloway, Esquire
Kathleen A. Murphy, Esquire
Buchanan Ingersoll & Rooney
919 N. Market Street, Suite 1500
Wilmington, DE 19801-3046

Ken Coleman, Esquire
Jacob S. Pultman, Esquire
Allen & Overy LLP
1221 Avenue of the Americas
New York, NY 10020

James L. Patton, Esquire
Edwin J. Harron, Esquire
Jaime L. Chapman, Esquire
John T. Dorsey, Esquire
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

Derek J.T. Adler, Esquire
Gabrielle Glemann, Esquire
Charles H. Huberty, Esquire
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004

Laura David Jones, Esquire
Peter Keane, Esquire
Pachulski Stang
919 N. Market Street, 17th Floor
PO Box 8705
Wilmington, DE 19899-8705

Dennis F. Dunne, Esquire
Andrew M. Leblanc, Esquire
Atara Miller, Esquire
Milbank, Tweed, Hadley & McCloy LLP
28 Liberty Street
New York, NY 10005-1413

Michael R. Lastowski, Esquire
Christopher M. Winter, Esquire
Duane Morris LLP
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801-1659

Michael J. Riela, Esquire
Vedder Price P.C.
1633 Broadway, 47th Floor
New York, NY 10019

Joanne P. Pinckney, Esquire
Pinckney, Urban, Weidinger & Joyce LLC
3711 Kennett Pike, Suite 210
Greenville, DE 19807

James C. Tecce, Esquire
Quinn, Emanuel, Urquhart & Sullivan LLP
52 Madison Avenue, 22nd Floor
New York, NY 10010

Robert A. Weber, Esquire
Skadden, Arps, Slate, Meagher & Flom LLP
920 North King Street
Wilmington, DE 19899-0636

George A. Zimmerman, Esquire
Susan L. Saltzstein, Esquire
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036-6522

Jeffrey M. Schlerf, Esquire
L. John Bird, Esquire
Fox Rothschild LLP
Citizens Bank Center
919 North Market Street, Suite 300
Wilmington, DE 19801

Steven D. Pohl, Esquire
Brown Rudnick LLP
One Financial Center
Boston, MA 02111

Derek C. Abbot, Esq.
Andrew R. Remming, Esq.
Tamara Minott, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19801

James L. Bromley, Esquire
Jeffrey A. Rosenthal, Esquire
Lisa M. Schweitzer, Esquire
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

Fred S. Hodara, Esquire
David H. Botter Esquire
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036

Christopher M. Samis, Esquire
L. Katherine Good, Esquire
Chantelle D. McClamb, Esquire
Whiteford, Taylor & Preston LLC
The Renaissance Centre
405 North King Street, Suite 500
Wilmington, DE 19801

Stephen M. Miller, Esquire
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801

Daniel A. Lowenthal, Esquire
Brian P. Guiney, Esquire
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036-6710

Paul N. Silverstein, Esquire
Jeremy B. Reckmeyer, Esquire
Andrews Kurth LLP
450 Lexington Avenue
New York, NY 10017