**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

------------------------------------------------------------ X
: 
*In re*   :   Chapter 11
:
Nortel Networks Inc., *et al.*,   :   Case No. 09-10138 (KG)
:
Debtors.[1]   :   Jointly Administered
:
:   **RE: Docket Nos. 16638, 16759 & 16877**
:
:
------------------------------------------------------------ X

**STATEMENT OF THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS OF NORTEL NETWORKS, INC.,
ET AL. IN SUPPORT OF DEBTORS' PROPOSED RESOLUTION
OF MOTION OF LIQUIDITY SOLUTIONS, INC. FOR ENTRY OF AN
ORDER AUTHORIZING AND DIRECTING INTERIM DISTRIBUTIONS OR
CONVERTING CASES TO CHAPTER 7 [D.I. 16638] AND SUPPLEMENT [D.I. 16759]**

The Official Committee of Unsecured Creditors (the "Committee") of Nortel Networks, Inc. ("NNI") and certain of its affiliates, as debtors and debtors in possession (collectively, the "Debtors"), hereby files this statement (the "Statement") in support of the Debtors' proposed consensual resolution of the *Motion of Liquidity Solutions, Inc. ("LSI") for Entry of Order (A) Authorizing and Directing Debtor, Nortel Networks, Inc., to Make Interim Distributions on Allowed Administrative, Priority and Unsecured Claims or (B) Converting Cases to Chapter 7 Pursuant to Section 1112(b) of the Bankruptcy Code* [Docket No. 16638] (the "Original Motion") and *Supplement to Motion of Liquidity Solutions, Inc. for Entry of Order (A) Authorizing and*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. ("NNI") (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).

*Directing Debtor, Nortel Networks, Inc., to Make Interim Distributions on Allowed Administrative, Priority and Unsecured Claims or (B) Converting Cases to Chapter 7 Pursuant to Section 1112(b) of the Bankruptcy Code* [Docket No. 16759] (the "Supplement" and, together with the Original Motion, the "Motions") through entry of the proposed consensual order (the "Proposed Consensual Order") attached as Exhibit A to the *Response of the Debtors to Motion of Liquidity Solutions, Inc. for Entry of an Order Authorizing and Directing Interim Distributions or Converting Cases to Chapter 7 [D.I. 16638] and Supplement [D.I. 16759]* [Docket No. 16877] (the "Response").[2]  In support of entry of the Proposed Consensual Order, the Committee respectfully states as follows:

**STATEMENT**

The Committee supports the interim distribution set forth in the Proposed Consensual Order.  In light of the duration of these chapter 11 cases and the lengthy wait for distributions, the Committee has given serious and thoughtful consideration to interim distribution mechanisms, and believes that an interim distribution mechanism that can get cash into the hands of creditors while not prejudicing any groups of creditors or the Debtors' estates is appropriate and in the best interests of creditors.  The distribution mechanism in the Proposed Consensual Order meets these requirements as a pragmatic and feasible way to make an interim distribution to U.S. creditors.   Specifically, following numerous discussions with the Debtors and LSI since the filing of the Motions, the Committee believes that the Debtors can satisfy all administrative, priority, and secured claims against NNI that (i) are scheduled as undisputed, non-contingent and liquidated (where no subsequent claim has been filed) or (ii) were allowed by Court order or under a Court-approved claims procedure on or before June 1, 2016, without causing prejudice to

---

[2] Capitalized terms used herein but not otherwise defined shall have the meaning ascribed to such terms in the Response.

any of the Debtors' unsecured creditors, and just as importantly, to the Debtors' estates in seeking to bring these chapter 11 cases to conclusion.  Moreover, approval of the limited relief embodied in the Proposed Consensual Order will spare the Debtors and their estates from the additional expense and distraction that would result from litigating the other forms of relief requested in the Motions and the significant prejudice that would result if the Motions were granted in full.[3]  Accordingly, the Committee believes that the requested limited distribution to holders of allowed administrative, priority and secured claims from NNI's cash on hand is warranted at this time.

---

[3] The Committee reserves the right to amend and/or supplement this Statement or file a formal response to the Motions, including to the extent the relief set forth in the Proposed Consensual Order is not granted or any party in interest seeks alternative relief from the Court.

**CONCLUSION**

WHEREFORE, the Committee respectfully requests that the Court (i) enter the Proposed Consensual Order and (ii) grant such other and further relief as may be just, proper, and equitable.

Dated: June 3, 2016
      Wilmington, Delaware

By: */s/ Christopher M. Samis*
Christopher M. Samis (No. 4909)
Whiteford, Taylor & Preston LLC
The Renaissance Centre
405 North King Street, Suite 500
Wilmington, DE 19801
Telephone: (302) 353-4144

-and-

Fred S. Hodara (admitted *pro hac vice*)
David H. Botter (admitted *pro hac vice*)
Abid Qureshi (admitted *pro hac vice*)
Brad M. Kahn (admitted *pro hac vice*)
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036
Telephone: (212) 872-1000

*Co-counsel to the Official Committee of Unsecured Creditors*