# EXHIBIT A

# HOURS/BILLABLE AMOUNTS BY PROJECT
# NORTEL NETWORKS, INC.

**Name:** RLKS Executive Solutions LLC

|  | Start Date | End Date |
| --- | --- | --- |
| **Working Dates:** | 5/1/2016 | 5/31/2016 |
| **Enter Billing Rate/Hr:** | 590.00 | |

| Project No. | Project Name | Hours/Minutes Worked | Billing Rate | Billing Amount |
| --- | --- | --- | --- | --- |
| 1 | NNI Document and eData Preservation Projects | 64.10 | $590.00 | $37,819.00 |
| 2 | Facility Document Inventory & Evacuation Review | 559.80 | $590.00 | $330,282.00 |
| 3 | Human Resources - Employee Related Projects | 1.50 | $590.00 | $885.00 |
| 4 | Fee Apps | 39.00 | $590.00 | $23,010.00 |
| 5 | Non-working travel | 200.00 | $295.00 | $59,000.00 |
| 6 | Claims Administration, Reconciliation & Resolution | 470.50 | $590.00 | $277,595.00 |
| 7 | Tax/Finance Matters and Budget Projects | 26.20 | $590.00 | $15,458.00 |
| 8 | Misc Debtor Issues and Communications | | | |
| 9 | Analyst Support and Case Modeling | 84.20 | $590.00 | $49,678.00 |
| | **Hours/Billing Amount for Period:** | **1,445.30** | | **$793,727.00** |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 5/1/2016 | Monitoring NetBackup jobs, policy changes and restarts | Brandon Bangerter | 1 | 1.6 |
| 5/4/2016 | On site IT support | Raj Perubhatla | 1 | 6.3 |
| 5/5/2016 | Correspondence and review of details for tape storage | Kathryn Schultea | 1 | 1.3 |
| 5/6/2016 | NetBackup monitoring and policy updates / job restarts | Brandon Bangerter | 1 | 2.2 |
| 5/6/2016 | Correspondence - Tape Storage Invoice (Recall) | Kathryn Schultea | 1 | 0.6 |
| 5/7/2016 | NetBackup monitoring and policy updates / job restarts | Brandon Bangerter | 1 | 1.6 |
| 5/9/2016 | Server security updates, patches, virus / malware definitions, space reclamation, troubleshooting errors | Brandon Bangerter | 1 | 4.3 |
| 5/11/2016 | Troubleshooting SAP servers / replacing hardware / updating IP ILO configuration on servers | Brandon Bangerter | 1 | 5.6 |
| 5/11/2016 | On site IT support | Raj Perubhatla | 1 | 4.7 |
| 5/13/2016 | Security updates and server maintenance / NetBackup monitoring and policy and catalog changes | Brandon Bangerter | 1 | 3.7 |
| 5/14/2016 | Finalizing backups / monitoring / testing prior to move | Brandon Bangerter | 1 | 1.8 |
| 5/16/2016 | Correspondence - Nortel - Iron Mountain | Kathryn Schultea | 1 | 0.8 |
| 5/18/2016 | Troubleshooting phone issues with 8X8 / final items packing to Houston | Brandon Bangerter | 1 | 2.7 |
| 5/21/2016 | Starting servers and testing applications for accessibility / troubleshooting | Brandon Bangerter | 1 | 3.3 |
| 5/24/2016 | Working Travel to client site: troubleshoot clearcase servers | Raj Perubhatla | 1 | 2.5 |
| 5/26/2016 | Fiber connectivity issue troubleshooting / power issues with several of the racks | Brandon Bangerter | 1 | 5.4 |
| 5/27/2016 | Relocating servers from one rack to another to minimize overage of power in certain racks | Brandon Bangerter | 1 | 3.3 |
| 5/27/2016 | ClearCase server support | Raj Perubhatla | 1 | 1.2 |
| 5/30/2016 | Tracking power usage and overconsumption with Data Foundry / troubleshooting connectivity | Brandon Bangerter | 1 | 1.8 |
| 5/31/2016 | Troubleshooting network outage in RTP on Level 3 new circuit / identifying root cause and solution | Brandon Bangerter | 1 | 2.4 |
| 5/31/2016 | Relocation and configuration of server into another rack due to power consumption issues | Brandon Bangerter | 1 | 1.7 |
| 5/31/2016 | IT Infrastructure support: troubleshooting Level 3 | Raj Perubhatla | 1 | 5.3 |
| 5/1/2016 | GWRTP DC Move: Application configuration for Colo | Raj Perubhatla | 2 | 8.7 |
| 5/2/2016 | Locating spare servers, moving into new racks, additional rack clean up in preparation for move | Brandon Bangerter | 2 | 5.8 |
| 5/2/2016 | Onsite at NNI - packing up facility in various areas | Felicia Buenrostro | 2 | 6.0 |
| 5/2/2016 | Onsite at NNI - Walk thru NNI building | Kathryn Schultea | 2 | 2.5 |
| 5/2/2016 | GWRTP DC Move: Application configuration for Colo | Raj Perubhatla | 2 | 5.5 |
| 5/3/2016 | Reconfiguring servers, switches, cabling, and other hardware in racks for move out of data center | Brandon Bangerter | 2 | 10.3 |
| 5/3/2016 | Data room support/evacuation | Daniel Tollefsen | 2 | 10.7 |
| 5/3/2016 | Onsite at NNI - packing up facility in various areas | Felicia Buenrostro | 2 | 8.0 |
| 5/3/2016 | Onsite - Correspondence - Abandoned Space Walk thru | Kathryn Schultea | 2 | 1.0 |
| 5/3/2016 | Onsite - Mtg. with T. Ross re: various case and facility related matters | Kathryn Schultea | 2 | 1.5 |
| 5/3/2016 | Data Room Support/Evacuation | Leticia Barrios | 2 | 9.7 |
| 5/3/2016 | GWRTP DC Move: Move prep | Raj Perubhatla | 2 | 9.7 |
| 5/3/2016 | GWRTP DC Move: Application configuration for Colo | Raj Perubhatla | 2 | 2.2 |
| 5/4/2016 | Mirror drive copies on all servers / packing NNI hard drives for move / identification of spares for move | Brandon Bangerter | 2 | 11.1 |
| 5/4/2016 | Data room support/evacuation | Daniel Tollefsen | 2 | 10.6 |
| 5/4/2016 | Onsite at NNI - packing up facility in various areas | Felicia Buenrostro | 2 | 6.0 |
| 5/4/2016 | Conf. Call Park Point Lease | Kathryn Schultea | 2 | 1.0 |
| 5/4/2016 | Data Room Support/Evacuation | Leticia Barrios | 2 | 6.8 |
| 5/4/2016 | GWRTP DC Move: Application configuration for Colo | Raj Perubhatla | 2 | 4.2 |
| 5/5/2016 | Identifying and moving items into staging area in preparation for move | Brandon Bangerter | 2 | 2.3 |
| 5/5/2016 | Iron Mountain Research | Felicia Buenrostro | 2 | 2.0 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 5/5/2016 | Correspondence - Recycler cleanup discussion | Kathryn Schultea | 2 | 0.5 |
| 5/5/2016 | GWRTP DC Move: DC Prep for the move | Raj Perubhatla | 2 | 5.5 |
| 5/5/2016 | GWRTP DC Move: Application configuration for Colo | Raj Perubhatla | 2 | 3.7 |
| 5/6/2016 | Iron Mountain Research | Felicia Buenrostro | 2 | 1.5 |
| 5/6/2016 | GWRTP DC Move: Application configuration for Colo | Raj Perubhatla | 2 | 8.6 |
| 5/8/2016 | GWRTP DC Move: Application configuration for Colo | Raj Perubhatla | 2 | 6.8 |
| 5/9/2016 | Correspondence review and respond on office move | Kathryn Schultea | 2 | 0.5 |
| 5/9/2016 | GWRTP DC Move: DC Prep for the move | Raj Perubhatla | 2 | 8.3 |
| 5/10/2016 | Data Center clean up / Racking, re-cabling servers / switches / clearing cables and readying for evacuation | Brandon Bangerter | 2 | 8.4 |
| 5/10/2016 | Meeting on final move tasks / listing items / packing up | Brandon Bangerter | 2 | 3.1 |
| 5/10/2016 | Call to discuss Unix servers | Raj Perubhatla | 2 | 0.7 |
| 5/10/2016 | GWRTP DC Move: DC Prep for the move | Raj Perubhatla | 2 | 8.7 |
| 5/11/2016 | Reconfiguring servers, switches, cabling, and other hardware in racks for move out of data center | Brandon Bangerter | 2 | 7.2 |
| 5/11/2016 | Correspondence review and respond on data center move | Kathryn Schultea | 2 | 0.3 |
| 5/11/2016 | GWRTP DC Move: DC Prep for the move | Raj Perubhatla | 2 | 6.4 |
| 5/11/2016 | Call with UKA to coordinate the DC move | Raj Perubhatla | 2 | 0.7 |
| 5/12/2016 | Data Center clean up /  wrapping, packing items and readying for evacuation | Brandon Bangerter | 2 | 5.1 |
| 5/12/2016 | GWRTP DC Move: DC Prep for the move | Raj Perubhatla | 2 | 5.2 |
| 5/12/2016 | GWRTP DC Move: Backups for the move | Raj Perubhatla | 2 | 4.2 |
| 5/13/2016 | Correspondence - Draft RTP Services Letter | Kathryn Schultea | 2 | 0.4 |
| 5/13/2016 | GWRTP DC Move: Backups for the move | Raj Perubhatla | 2 | 8.3 |
| 5/14/2016 | GWRTP DC Move: DC Prep for the move | Raj Perubhatla | 2 | 11.7 |
| 5/15/2016 | GWRTP DC Move: DC Prep for the move | Raj Perubhatla | 2 | 10.3 |
| 5/16/2016 | Powering off servers, removing cables, packing drives / preparation for moving to colo facility | Brandon Bangerter | 2 | 11.8 |
| 5/16/2016 | Data room support/evacuation/Preparation for relocation | Daniel Tollefsen | 2 | 13.8 |
| 5/16/2016 | Correspondence - Draft RTP Services Letter update | Kathryn Schultea | 2 | 0.3 |
| 5/16/2016 | GWRTP DC Move: On site move prep | Raj Perubhatla | 2 | 6.0 |
| 5/17/2016 | Packing and wrapping each rack and loading onto truck / miscellaneous equipment for relocation | Brandon Bangerter | 2 | 12.3 |
| 5/17/2016 | Data room support/evacuation/Preparation for relocation | Daniel Tollefsen | 2 | 13.2 |
| 5/17/2016 | Correspondence - RTP Evacuation Status | Kathryn Schultea | 2 | 0.5 |
| 5/17/2016 | Correspondence - Data Center Relocation to TX | Kathryn Schultea | 2 | 1.0 |
| 5/17/2016 | GWRTP DC Move: Move truck coordination | Raj Perubhatla | 2 | 2.3 |
| 5/18/2016 | Receiving truck and unloading, unpacking equipment in Houston / moving racks onto raised floor area | Brandon Bangerter | 2 | 6.6 |
| 5/18/2016 | Data room support/evacuation | Daniel Tollefsen | 2 | 2.6 |
| 5/18/2016 | Data support - new location | Daniel Tollefsen | 2 | 7.6 |
| 5/18/2016 | GWRTP DC Move: coordination to receive the truck | Raj Perubhatla | 2 | 6.0 |
| 5/18/2016 | GWRTP DC Move: on site at Colocation facility | Raj Perubhatla | 2 | 6.2 |
| 5/19/2016 | Installation and configuration of servers in new location / power, network, fiber cables, etc. | Brandon Bangerter | 2 | 9.2 |
| 5/19/2016 | Data support - new location | Daniel Tollefsen | 2 | 12.3 |
| 5/19/2016 | Correspondence - Re: Data Center Move | Kathryn Schultea | 2 | 1.3 |
| 5/19/2016 | GWRTP DC Move: on site at Colocation facility | Raj Perubhatla | 2 | 9.3 |
| 5/19/2016 | GWRTP DC Move: Troubleshooting SonicWall | Raj Perubhatla | 2 | 1.2 |
| 5/20/2016 | Installation and configuration of servers in new location / power, network, fiber cables, etc. | Brandon Bangerter | 2 | 10.3 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 5/20/2016 | Data support - new location | Daniel Tollefsen | 2 | 12.8 |
| 5/20/2016 | GWRTP DC Move: on site at Colocation facility | Raj Perubhatla | 2 | 12.7 |
| 5/21/2016 | Data support - new location | Daniel Tollefsen | 2 | 8.4 |
| 5/21/2016 | Move related system testing | Kathryn Schultea | 2 | 0.6 |
| 5/21/2016 | GWRTP DC Move: on site at Colocation facility | Raj Perubhatla | 2 | 4.3 |
| 5/21/2016 | GWRTP DC Move: IT Infrastructure configuration and testing | Raj Perubhatla | 2 | 5.3 |
| 5/22/2016 | Correspondence - Dell Sonic Wall Support | Kathryn Schultea | 2 | 0.3 |
| 5/22/2016 | GWRTP DC Move: IT Infrastructure configuration and testing | Raj Perubhatla | 2 | 3.7 |
| 5/23/2016 | Troubleshooting circuit and network connectivity issues / VPN accessibility to servers / cleanup | Brandon Bangerter | 2 | 9.6 |
| 5/23/2016 | Data support - new location | Daniel Tollefsen | 2 | 6.4 |
| 5/23/2016 | Onsite at NNI - packing up facility in various areas | Felicia Buenrostro | 2 | 5.0 |
| 5/23/2016 | Correspondence - NNI EMEA Equipment Move RTP - Houston | Kathryn Schultea | 2 | 0.8 |
| 5/23/2016 | Correspondence - Follow-up to walk-thru | Kathryn Schultea | 2 | 0.3 |
| 5/23/2016 | Data Room Support/Evacuation | Leticia Barrios | 2 | 2.5 |
| 5/23/2016 | GWRTP DC Move: IT Infrastructure configuration and testing | Raj Perubhatla | 2 | 5.2 |
| 5/24/2016 | Identifying miscellaneous hardware for move / cleanup of data center servers and racks | Brandon Bangerter | 2 | 8.8 |
| 5/24/2016 | Data room support/evacuation | Daniel Tollefsen | 2 | 4.3 |
| 5/24/2016 | Onsite at NNI - Scanning NNI documents to One Drive | Felicia Buenrostro | 2 | 8.0 |
| 5/24/2016 | Onsite - status discussions and facility review | Kathryn Schultea | 2 | 8.5 |
| 5/24/2016 | Data Room Support/Evacuation | Leticia Barrios | 2 | 10.0 |
| 5/24/2016 | GWRTP DC Move: on site cleanup | Raj Perubhatla | 2 | 2.0 |
| 5/24/2016 | GWRTP DC Move: Meetings for valuation and bank download files | Raj Perubhatla | 2 | 1.0 |
| 5/24/2016 | GWRTP DC Move: Troubleshooting Clearcase | Raj Perubhatla | 2 | 2.7 |
| 5/25/2016 | Data room support/evacuation | Daniel Tollefsen | 2 | 10.7 |
| 5/25/2016 | Onsite at NNI - Scanning NNI documents to One Drive | Felicia Buenrostro | 2 | 5.0 |
| 5/25/2016 | Onsite - status discussions and facility review | Kathryn Schultea | 2 | 3.0 |
| 5/25/2016 | Data Room Support/Evacuation | Leticia Barrios | 2 | 3.0 |
| 5/25/2016 | GWRTP DC Move: Quickbooks move | Raj Perubhatla | 2 | 8.7 |
| 5/25/2016 | GWRTP DC Move: Troubleshooting Clearcase; Storage and the servers | Raj Perubhatla | 2 | 3.2 |
| 5/26/2016 | Data room support/evacuation | Daniel Tollefsen | 2 | 8.3 |
| 5/26/2016 | Research Deceased Employee claimants and addresses | Felicia Buenrostro | 2 | 5.0 |
| 5/26/2016 | GWRTP DC Move: Quickbooks move | Raj Perubhatla | 2 | 2.5 |
| 5/26/2016 | GWRTP DC Move: Level3 circuit; coordination for termination of service | Raj Perubhatla | 2 | 1.7 |
| 5/26/2016 | GWRTP DC Move: storage for backups infrastructure | Raj Perubhatla | 2 | 0.7 |
| 5/26/2016 | GWRTP DC Move: Clearcase, ECC server troubleshooting | Raj Perubhatla | 2 | 2.7 |
| 5/27/2016 | Correspondence - facility follow-ups | Kathryn Schultea | 2 | 0.4 |
| 5/27/2016 | Quickbooks server setup and troubleshooting | Raj Perubhatla | 2 | 1.7 |
| 5/31/2016 | Onsite at NNI - packing up facility in various areas | Felicia Buenrostro | 2 | 4.5 |
| 5/23/2016 | Correspondence - CBRE Severance Costs | Kathryn Schultea | 3 | 0.7 |
| 5/23/2016 | Correspondence - Consulting Agreement | Kathryn Schultea | 3 | 0.5 |
| 5/23/2016 | Correspondence - Proof of Employment from former employees | Kathryn Schultea | 3 | 0.3 |
| 5/4/2016 | Fee application work and consolidation | Kathryn Schultea | 4 | 3.0 |
| 5/6/2016 | Fee app tracking | Brandon Bangerter | 4 | 1.0 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 5/6/2016 | Fee App | Daniel Tollefsen | 4 | 1.0 |
| 5/6/2016 | Weekly Fee Application Work and consolidation | Felicia Buenrostro | 4 | 1.5 |
| 5/6/2016 | Fee Apps | Raj Perubhatla | 4 | 1.0 |
| 5/7/2016 | Weekly Fee Application Work | Leticia Barrios | 4 | 1.0 |
| 5/7/2016 | Fee Application Tracking | Mary Cilia | 4 | 1.0 |
| 5/13/2016 | Fee app tracking | Brandon Bangerter | 4 | 1.0 |
| 5/13/2016 | Fee App | Daniel Tollefsen | 4 | 1.0 |
| 5/13/2016 | Weekly Fee Application Work | Felicia Buenrostro | 4 | 1.0 |
| 5/13/2016 | Fee application work and consolidation | Kathryn Schultea | 4 | 3.0 |
| 5/13/2016 | Fee Apps | Raj Perubhatla | 4 | 1.0 |
| 5/14/2016 | Fee Application | David Kantorczyk | 4 | 1.0 |
| 5/14/2016 | Weekly Fee Application Work | Leticia Barrios | 4 | 1.0 |
| 5/14/2016 | Fee Application Tracking | Mary Cilia | 4 | 1.0 |
| 5/20/2016 | Fee app tracking | Brandon Bangerter | 4 | 1.0 |
| 5/20/2016 | Fee App | Daniel Tollefsen | 4 | 1.0 |
| 5/20/2016 | Weekly Fee Application Work | Felicia Buenrostro | 4 | 1.0 |
| 5/20/2016 | Fee Apps | Raj Perubhatla | 4 | 1.0 |
| 5/21/2016 | Weekly Fee Application Work | Leticia Barrios | 4 | 1.0 |
| 5/21/2016 | Fee Application Tracking | Mary Cilia | 4 | 1.0 |
| 5/26/2016 | Fee application work and consolidation | Kathryn Schultea | 4 | 2.5 |
| 5/27/2016 | Fee app tracking | Brandon Bangerter | 4 | 1.0 |
| 5/27/2016 | Fee App | Daniel Tollefsen | 4 | 1.0 |
| 5/27/2016 | Weekly Fee Application Work and consolidation | Felicia Buenrostro | 4 | 1.5 |
| 5/27/2016 | Fee Apps | Raj Perubhatla | 4 | 1.0 |
| 5/28/2016 | Weekly Fee Application Work | Leticia Barrios | 4 | 1.0 |
| 5/28/2016 | Fee Application Tracking | Mary Cilia | 4 | 1.0 |
| 5/31/2016 | Fee application | David Kantorczyk | 4 | 1.0 |
| 5/31/2016 | Quarterly fee application work | Kathryn Schultea | 4 | 3.5 |
| 5/2/2016 | Non-working travel:  IAH-RDU | Brandon Bangerter | 5 | 5.0 |
| 5/2/2016 | Non-Working Travel to Client site - Raleigh | Daniel Tollefsen | 5 | 5.0 |
| 5/2/2016 | Travel to client | David Kantorczyk | 5 | 4.5 |
| 5/2/2016 | Non-Working travel Houston to Raleigh | Felicia Buenrostro | 5 | 5.0 |
| 5/2/2016 | Non-Working travel Houston to Raleigh | Kathryn Schultea | 5 | 5.0 |
| 5/2/2016 | Non-Working travel (Houston to Raleigh) | Leticia Barrios | 5 | 2.0 |
| 5/2/2016 | Non-Working Travel:  Houston to Raleigh | Mary Cilia | 5 | 5.0 |
| 5/2/2016 | Non working travel to client site | Raj Perubhatla | 5 | 5.0 |
| 5/3/2016 | Non-Working travel Raleigh to Houston | Kathryn Schultea | 5 | 5.0 |
| 5/4/2016 | Travel from client | David Kantorczyk | 5 | 4.5 |
| 5/4/2016 | Non-Working travel Raleigh to Houston | Felicia Buenrostro | 5 | 5.0 |
| 5/4/2016 | Non-Working travel (Raleigh to Houston) | Leticia Barrios | 5 | 2.0 |
| 5/4/2016 | Non-Working Travel:  Raleigh to Houston | Mary Cilia | 5 | 5.0 |
| 5/5/2016 | Non-working travel:  RDU-IAH | Brandon Bangerter | 5 | 5.0 |
| 5/5/2016 | Non-Working Travel from Client site - Raleigh | Daniel Tollefsen | 5 | 5.0 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 5/5/2016 | Non Working Travel from Client site | Raj Perubhatla | 5 | 5.0 |
| 5/9/2016 | Non-working travel:  IAH-RDU | Brandon Bangerter | 5 | 5.0 |
| 5/9/2016 | Non working travel to client site | Raj Perubhatla | 5 | 5.0 |
| 5/12/2016 | Non-working travel:  RDU-IAH | Brandon Bangerter | 5 | 5.0 |
| 5/12/2016 | Non Working Travel from Client site | Raj Perubhatla | 5 | 5.0 |
| 5/15/2016 | Non-working travel:  IAH-RDU | Brandon Bangerter | 5 | 5.0 |
| 5/15/2016 | Non-Working Travel to Client site - Raleigh | Daniel Tollefsen | 5 | 5.0 |
| 5/15/2016 | Non working travel to client site | Raj Perubhatla | 5 | 7.0 |
| 5/16/2016 | Non Working Travel from Client site | Raj Perubhatla | 5 | 5.0 |
| 5/18/2016 | Non-working travel:  RDU-IAH | Brandon Bangerter | 5 | 5.0 |
| 5/18/2016 | Non-Working Travel from Client site - Raleigh | Daniel Tollefsen | 5 | 5.0 |
| 5/22/2016 | Non-working travel:  IAH-RDU | Brandon Bangerter | 5 | 5.0 |
| 5/23/2016 | Non-Working travel Houston to Raleigh | Felicia Buenrostro | 5 | 5.0 |
| 5/23/2016 | Non-Working travel Houston to Raleigh | Kathryn Schultea | 5 | 5.0 |
| 5/23/2016 | Non-Working travel (Houston to Raleigh) | Leticia Barrios | 5 | 5.0 |
| 5/24/2016 | Non-working travel:  RDU-IAH | Brandon Bangerter | 5 | 5.0 |
| 5/24/2016 | Non-Working Travel to Client site - Raleigh | Daniel Tollefsen | 5 | 5.0 |
| 5/24/2016 | Non working travel to client site | Raj Perubhatla | 5 | 2.5 |
| 5/25/2016 | Non-Working travel Raleigh to Houston | Felicia Buenrostro | 5 | 5.0 |
| 5/25/2016 | Non-Working travel Raleigh to Houston | Kathryn Schultea | 5 | 5.0 |
| 5/25/2016 | Non-Working travel (Raleigh to Houston) | Leticia Barrios | 5 | 5.0 |
| 5/26/2016 | Non-Working Travel from Client site - Raleigh | Daniel Tollefsen | 5 | 5.0 |
| 5/26/2016 | Non Working Travel from Client site | Raj Perubhatla | 5 | 2.5 |
| 5/31/2016 | Non-Working Travel to Client site - Raleigh | Daniel Tollefsen | 5 | 5.0 |
| 5/31/2016 | Non-Working travel Houston to Raleigh | Felicia Buenrostro | 5 | 5.0 |
| 5/31/2016 | Non-Working travel Houston to Raleigh | Kathryn Schultea | 5 | 5.0 |
| 5/31/2016 | Non-Working travel (Houston to Raleigh) | Leticia Barrios | 5 | 5.0 |
| 5/2/2016 | Onsite - Follow-up on claims matters and ee data request | Kathryn Schultea | 6 | 1.0 |
| 5/2/2016 | Employee Claims Distribution - Provide claim status for list of Claimants requested by EY. | Leticia Barrios | 6 | 7.3 |
| 5/2/2016 | Read, review, research and respond to various employee inquiries by phone and e-mail | Mary Cilia | 6 | 1.7 |
| 5/3/2016 | Solicit tax forms for the claim's trader's entities for use in determining withholding requirements. Populate the Claim's trader file of individual claims with the gathered information. Organize tax forms for delivery to EY | David Kantorczyk | 6 | 7.0 |
| 5/3/2016 | Correspondence with EY regarding tax forms provided by claims trader | David Kantorczyk | 6 | 1.0 |
| 5/3/2016 | Onsite - Follow up calls from/to EEs | Kathryn Schultea | 6 | 0.8 |
| 5/3/2016 | Meetings re:  claims for omnibus objection and claims to be allowed as filed; related prep and follow up | Mary Cilia | 6 | 4.9 |
| 5/3/2016 | Read, review, research and respond to various employee inquiries by phone and e-mail | Mary Cilia | 6 | 2.2 |
| 5/3/2016 | Finalize draft motion, stipulation and exhibit for claims trader settlement; related research and e-mails | Mary Cilia | 6 | 2.4 |
| 5/4/2016 | Weekly Nortel Networks outside consultant  claim call including RLKS, Cleary and Huron including preparation and summarization. | David Kantorczyk | 6 | 0.3 |
| 5/4/2016 | Populate Omnibus Objection file with tax claim information received from EY. | David Kantorczyk | 6 | 6.0 |
| 5/4/2016 | Attend the Nortel Employee Claims Conference Call with Cleary to discuss employee claims. Team reviewed the Employee Claims Update Report as of 4/13/2016 which contains 379 open claims. | Leticia Barrios | 6 | 1.0 |
| 5/4/2016 | Read, review, research and respond to various employee inquiries by phone and e-mail | Mary Cilia | 6 | 1.7 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 5/4/2016 | Continued follow up re: claims for omnibus objection and claims to be allowed as filed notice | Mary Cilia | 6 | 2.4 |
| 5/4/2016 | Conference call with Cleary, Huron and RLKS re: various claims issues and work streams; related prep and follow up | Mary Cilia | 6 | 1.6 |
| 5/5/2016 | Solicit tax forms for the claim's trader's entities for use in determining withholding requirements. Populate the Claim's trader file of individual claims with the gathered information. Organize tax forms for delivery to EY | David Kantorczyk | 6 | 4.0 |
| 5/5/2016 | Research Deceased Employee claimants and addresses | Felicia Buenrostro | 6 | 3.0 |
| 5/5/2016 | NNI call center monitoring and logging requests and related follow-up | Felicia Buenrostro | 6 | 1.5 |
| 5/5/2016 | Employee Claims Distribution - Provide claim status for list of Claimants requested by EY. | Leticia Barrios | 6 | 8.0 |
| 5/5/2016 | Read, review, research and respond to various claimant inquiries by phone and e-mail | Mary Cilia | 6 | 1.8 |
| 5/5/2016 | Continued research and reconciliation of claims for omnibus objection | Mary Cilia | 6 | 4.7 |
| 5/5/2016 | Follow up research of claims for claims trader settlement | Mary Cilia | 6 | 2.1 |
| 5/6/2016 | Solicit tax forms for the claim's trader's entities for use in determining withholding requirements. Populate the Claim's trader file of individual claims with the gathered information. Organize tax forms for delivery to EY | David Kantorczyk | 6 | 5.0 |
| 5/6/2016 | Research Deceased Employee claimants and addresses | Felicia Buenrostro | 6 | 3.0 |
| 5/6/2016 | NNI call center monitoring and logging requests and related follow-up | Felicia Buenrostro | 6 | 1.5 |
| 5/6/2016 | Meeting with EY - re: NNI employee claims to gross to net distribution model, reviewed state and local tax analysis provided by EY | Kathryn Schultea | 6 | 3.0 |
| 5/6/2016 | Employee Claims Distribution - Provide claim status for list of Claimants requested by EY. | Leticia Barrios | 6 | 4.5 |
| 5/6/2016 | Read, review, research and respond to various claimant inquiries by phone and e-mail | Mary Cilia | 6 | 2.4 |
| 5/6/2016 | Continued research of claims for omnibus objection | Mary Cilia | 6 | 3.8 |
| 5/9/2016 | Review of claims update file from R. Perubhatla and related database updates | Mary Cilia | 6 | 3.4 |
| 5/9/2016 | Claims settlement research and negotiations, related calls and e-mails and documentation of information for stipulation | Mary Cilia | 6 | 3.8 |
| 5/9/2016 | Follow up with EY & Cleary re: tax claims for omnibus objection | Mary Cilia | 6 | 1.4 |
| 5/9/2016 | Read, review, research and respond to various claimant inquiries by phone and e-mail | Mary Cilia | 6 | 2.1 |
| 5/10/2016 | Follow up with EY re: cross-border claims | Mary Cilia | 6 | 1.7 |
| 5/10/2016 | Research and preparation of claims settlement notices | Mary Cilia | 6 | 4.9 |
| 5/10/2016 | Continued review of claims update file from R. Perubhatla and related database updates | Mary Cilia | 6 | 3.2 |
| 5/11/2016 | Conf. Call - Employee Gross to Net Cal - Status Update Call | Kathryn Schultea | 6 | 0.8 |
| 5/11/2016 | Continued research and research of claims for claims trader settlements; negotiations and related e-mails | Mary Cilia | 6 | 2.8 |
| 5/11/2016 | Conference call with Cleary, Huron and RLKS re: various claims issues and work streams; related prep and follow up e-mails | Mary Cilia | 6 | 4.5 |
| 5/11/2016 | E-mails with Cleary re: requested data to respond to motion and related research | Mary Cilia | 6 | 3.4 |
| 5/11/2016 | Follow up research and e-mails re: claims settlement | Mary Cilia | 6 | 1.1 |
| 5/12/2016 | Review Cross Border claims to determine status regarding the next non-employee Omnibus Objection or "Claims To Be Allowed As Filed" listing | David Kantorczyk | 6 | 6.0 |
| 5/12/2016 | Research Deceased Employee claimants and addresses | Felicia Buenrostro | 6 | 7.0 |
| 5/12/2016 | NNI call center monitoring and logging requests and related follow-up | Felicia Buenrostro | 6 | 1.3 |
| 5/12/2016 | Correspondence - Nortel Claim calls | Kathryn Schultea | 6 | 0.8 |
| 5/12/2016 | Employee Claims Distribution - Provide Resident and Work Addresses for Scheduled claimants on initial distribution to EY | Leticia Barrios | 6 | 6.5 |
| 5/12/2016 | Research and preparation of data for Cleary to respond to motion; related e-mails and conference calls | Mary Cilia | 6 | 8.9 |
| 5/12/2016 | Follow up on claims update issues and related e-mails with EPIQ | Mary Cilia | 6 | 1.8 |
| 5/12/2016 | E-mails with claims traders re: settlement discussions | Mary Cilia | 6 | 1.1 |
| 5/12/2016 | Read, review, research and respond to various claimant inquiries by phone and e-mail | Mary Cilia | 6 | 0.8 |
| 5/13/2016 | Review of Admin, Priority and Secured Trade claims to determine if related to any guaranty or joint liability assertions. | David Kantorczyk | 6 | 6.5 |
| 5/13/2016 | Research Deceased Employee claimants and addresses | Felicia Buenrostro | 6 | 4.0 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 5/13/2016 | NNI call center monitoring and logging requests and related follow-up | Felicia Buenrostro | 6 | 1.5 |
| 5/13/2016 | Correspondence - Nortel Discussion Material for conf. call | Kathryn Schultea | 6 | 0.3 |
| 5/13/2016 | Correspondence - Admin Priority Security Claims | Kathryn Schultea | 6 | 0.7 |
| 5/13/2016 | Employee Claims Distribution -  Provide Resident and Work Addresses for Scheduled claimants on initial distribution to EY | Leticia Barrios | 6 | 7.7 |
| 5/13/2016 | Continued research and preparation of data for Cleary to respond to motion; related e-mails and conference calls | Mary Cilia | 6 | 6.2 |
| 5/13/2016 | Conference call with claims trader and follow up research and e-mails re:  claims settlement/' reconciliations | Mary Cilia | 6 | 3.4 |
| 5/13/2016 | Read, review, research and respond to various claimant inquiries by phone and e-mail | Mary Cilia | 6 | 1.7 |
| 5/14/2016 | Continued research and preparation of data for Cleary to respond to motion and related e-mails | Mary Cilia | 6 | 2.7 |
| 5/14/2016 | Read, review, research and respond to various claimant inquiries by phone and e-mail | Mary Cilia | 6 | 0.4 |
| 5/16/2016 | Review Cross Border claims to determine status regarding the next non-employee Omnibus Objection or "Claims To Be Allowed As Filed" listing | David Kantorczyk | 6 | 7.0 |
| 5/16/2016 | Research Deceased Employee claimants and addresses | Felicia Buenrostro | 6 | 7.0 |
| 5/16/2016 | NNI call center monitoring and logging requests and related follow-up | Felicia Buenrostro | 6 | 1.5 |
| 5/16/2016 | Employee Claims Distribution - Pull W2 reports from Pro-Business on international and HR Virtual Site claimants. | Leticia Barrios | 6 | 5.5 |
| 5/16/2016 | Read, review, research and respond to various claimant inquiries by phone and e-mail | Mary Cilia | 6 | 1.9 |
| 5/16/2016 | Continued review and research of claims for claims trader settlements; negotiations and related e-mails | Mary Cilia | 6 | 3.2 |
| 5/16/2016 | Continued research and reconciliation of claims for omnibus objection | Mary Cilia | 6 | 4.6 |
| 5/17/2016 | Review Cross Border claims to determine status regarding the next non-employee Omnibus Objection or "Claims To Be Allowed As Filed" listing | David Kantorczyk | 6 | 7.0 |
| 5/17/2016 | Research Deceased Employee claimants and addresses | Felicia Buenrostro | 6 | 6.3 |
| 5/17/2016 | NNI call center monitoring and logging requests and related follow-up | Felicia Buenrostro | 6 | 1.0 |
| 5/17/2016 | Employee Claims Distribution - Pull W2 reports from Pro-Business on international and HR Virtual Site claimants. | Leticia Barrios | 6 | 7.3 |
| 5/17/2016 | Read, review, research and respond to various claimant inquiries by phone and e-mail | Mary Cilia | 6 | 1.3 |
| 5/17/2016 | Continued review and research of claims for claims trader settlements; negotiations and related e-mails | Mary Cilia | 6 | 5.8 |
| 5/17/2016 | Follow up e-mails and responses re:  real estate claims for omnibus objection | Mary Cilia | 6 | 1.1 |
| 5/17/2016 | Continued research and preparation of data for Cleary to respond to motion and related e-mails | Mary Cilia | 6 | 1.4 |
| 5/18/2016 | Review Cross Border claims to determine status regarding the next non-employee Omnibus Objection or "Claims To Be Allowed As Filed" listing | David Kantorczyk | 6 | 6.0 |
| 5/18/2016 | Weekly Nortel Networks outside consultant  claim call including RLKS, Cleary and Huron including preparation/summarization | David Kantorczyk | 6 | 0.3 |
| 5/18/2016 | Research Deceased Employee claimants and addresses | Felicia Buenrostro | 6 | 6.0 |
| 5/18/2016 | NNI call center monitoring and logging requests and related follow-up | Felicia Buenrostro | 6 | 1.2 |
| 5/18/2016 | Correspondence and follow-up review on distribution related matters | Kathryn Schultea | 6 | 3.5 |
| 5/18/2016 | Attend the Nortel Employee Claims Conference Call with Cleary to discuss employee claims traders and the status of each. | Leticia Barrios | 6 | 1.0 |
| 5/18/2016 | Continued review and research of claims trader settlements; negotiations and related e-mails | Mary Cilia | 6 | 3.3 |
| 5/18/2016 | Read, review, research and respond to various claimant inquiries by phone and e-mail | Mary Cilia | 6 | 1.8 |
| 5/18/2016 | Conference call with Cleary, Huron and RLKS re:  various claims issues and work streams; related prep and follow up e-mails | Mary Cilia | 6 | 2.0 |
| 5/18/2016 | Follow up e-mails re:  cross-border claims, claims settlements, claims for omnibus objections and claims to be allowed as filed | Mary Cilia | 6 | 1.6 |
| 5/19/2016 | Review and revise Omnibus Objection file | David Kantorczyk | 6 | 6.0 |
| 5/19/2016 | Populate EY withholding template with tax information gathered from claims traders and detailed claim information | David Kantorczyk | 6 | 2.0 |
| 5/19/2016 | Research Deceased Employee claimants and addresses | Felicia Buenrostro | 6 | 5.0 |
| 5/19/2016 | NNI call center monitoring and logging requests and related follow-up | Felicia Buenrostro | 6 | 0.8 |
| 5/19/2016 | Correspondence - gross to net and review status of project | Kathryn Schultea | 6 | 2.3 |
| 5/19/2016 | Employee Claims Distribution - Pull W2 reports from Pro-Business on international and HR Virtual Site claimants. | Leticia Barrios | 6 | 7.0 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 5/19/2016 | Continued review and research of claims for claims trader settlements; negotiations and related e-mails | Mary Cilia | 6 | 2.3 |
| 5/19/2016 | Read, review, research and respond to various claimant inquiries by phone and e-mail | Mary Cilia | 6 | 2.7 |
| 5/19/2016 | Follow up e-mails and claims research/reconciliation re:  cross-border claims | Mary Cilia | 6 | 3.2 |
| 5/20/2016 | Populate EY withholding template with tax information gathered from claims traders and detailed claim information | David Kantorczyk | 6 | 6.0 |
| 5/20/2016 | Research Deceased Employee claimants and addresses | Felicia Buenrostro | 6 | 5.0 |
| 5/20/2016 | NNI call center monitoring and logging requests and related follow-up | Felicia Buenrostro | 6 | 1.5 |
| 5/20/2016 | Nortel calls follow-up | Kathryn Schultea | 6 | 1.5 |
| 5/20/2016 | Employee Claims Distribution - add claim status and amounts to employee claimant report for EY. | Leticia Barrios | 6 | 5.3 |
| 5/20/2016 | Read, review, research and respond to various claimant inquiries by phone and e-mail | Mary Cilia | 6 | 2.4 |
| 5/20/2016 | Conference call with EY re;  cross-border claims and related research/reconciliation of claims and follow up e-mails | Mary Cilia | 6 | 5.9 |
| 5/23/2016 | Populate EY withholding template with tax information gathered from claims traders and detailed claim information | David Kantorczyk | 6 | 6.5 |
| 5/23/2016 | Correspondence - Employee Gross to Net Calc - Status Update | Kathryn Schultea | 6 | 1.3 |
| 5/23/2016 | Read, review, research and respond to various claimant inquiries by phone and e-mail | Mary Cilia | 6 | 2.8 |
| 5/23/2016 | Follow up e-mails and research re:  real estate claims for omnibus objection | Mary Cilia | 6 | 1.4 |
| 5/23/2016 | Testing of remote connections and claims database updates | Mary Cilia | 6 | 3.9 |
| 5/23/2016 | Claims Database updates | Raj Perubhatla | 6 | 3.2 |
| 5/24/2016 | Populate EY withholding template with tax information gathered from claims traders and detailed claim information | David Kantorczyk | 6 | 6.5 |
| 5/24/2016 | Review of rejections and non-responses to prior employee settlement offers and documentation of recommendations | Mary Cilia | 6 | 4.7 |
| 5/24/2016 | Read, review, research and respond to various claimant inquiries by phone and e-mail | Mary Cilia | 6 | 1.8 |
| 5/24/2016 | Continued research and preparation of data for Cleary to respond to motion | Mary Cilia | 6 | 3.3 |
| 5/25/2016 | Populate EY withholding template with tax information gathered from claims traders and detailed claim information | David Kantorczyk | 6 | 4.2 |
| 5/25/2016 | Historical claim analysis in preparation for settlement discussions. | David Kantorczyk | 6 | 2.5 |
| 5/25/2016 | Weekly Nortel Networks outside consultant  claim call including RLKS, Cleary and Huron including preparation/summarization | David Kantorczyk | 6 | 0.3 |
| 5/25/2016 | Onsite - Conf. Cal Employee Gross to Net Calc. - Status Update | Kathryn Schultea | 6 | 1.0 |
| 5/25/2016 | Attend the Nortel Employee Claims Conference Call with Cleary to discuss employee claims. Discussed non-qualified claims allowed and outstanding issues.  Discussed claims traders and statuses on their non-qualified claims. | Leticia Barrios | 6 | 1.0 |
| 5/25/2016 | Continued review and research of claims for claims trader settlements; negotiations and related e-mails | Mary Cilia | 6 | 3.8 |
| 5/25/2016 | Follow up e-mails related to motion requesting payment of administrative and priority claims | Mary Cilia | 6 | 1.8 |
| 5/25/2016 | Conference call with Cleary, Huron and RLKS re:  various claims issues and work streams; related prep and follow up e-mails | Mary Cilia | 6 | 2.3 |
| 5/25/2016 | Read, review, research and respond to various claimant inquiries by phone and e-mail | Mary Cilia | 6 | 0.9 |
| 5/26/2016 | Historical claim analysis in preparation for settlement discussions. | David Kantorczyk | 6 | 3.0 |
| 5/26/2016 | Populate EY withholding template with tax information gathered from claims traders and detailed claim information | David Kantorczyk | 6 | 4.0 |
| 5/26/2016 | NNI call center monitoring and logging requests and related follow-up | Felicia Buenrostro | 6 | 1.0 |
| 5/26/2016 | Correspondence - Re: distribution for EE group | Kathryn Schultea | 6 | 0.3 |
| 5/26/2016 | Change Gross to Net Project work plan to include new 2016 distribution dates. | Leticia Barrios | 6 | 8.0 |
| 5/26/2016 | Review of settlement notices and revisions of related exhibits re:  Cleary guidance | Mary Cilia | 6 | 5.3 |
| 5/26/2016 | Read, review, research and respond to various claimant inquiries by phone and e-mail | Mary Cilia | 6 | 1.8 |
| 5/26/2016 | Continued research and preparation of data for Cleary to respond to motion | Mary Cilia | 6 | 2.2 |
| 5/27/2016 | Populate EY withholding template with tax information gathered from claims traders and detailed claim information | David Kantorczyk | 6 | 5.0 |
| 5/27/2016 | Research Deceased Employee claimants and addresses | Felicia Buenrostro | 6 | 3.0 |
| 5/27/2016 | NNI call center monitoring and logging requests and related follow-up | Felicia Buenrostro | 6 | 2.5 |
| 5/27/2016 | Correspondence - Update on LSI motion status/draft response | Kathryn Schultea | 6 | 0.5 |
| 5/27/2016 | Correspondence - re: Solicitation Material | Kathryn Schultea | 6 | 0.7 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 5/27/2016 | Employee Claims Distribution - Prepare solicitation documents with EY. | Leticia Barrios | 6 | 5.0 |
| 5/27/2016 | Continued research and preparation of data for Cleary to respond to motion | Mary Cilia | 6 | 2.4 |
| 5/27/2016 | Read, review, research and respond to various claimant inquiries by phone and e-mail | Mary Cilia | 6 | 1.7 |
| 5/27/2016 | Preparation of exhibits for employee omnibus claims objection | Mary Cilia | 6 | 4.6 |
| 5/30/2016 | Populate EY withholding template with tax information gathered from claims traders and detailed claim information | David Kantorczyk | 6 | 7.0 |
| 5/30/2016 | Populate EY withholding template with tax information gathered from claims traders and detailed claim information | David Kantorczyk | 6 | 7.0 |
| 5/31/2016 | Change Gross to Net Project work plan to include new 2016 distribution dates. | Leticia Barrios | 6 | 3.3 |
| 5/31/2016 | Reconciliation of claims for Cleary re:  allowed admin and priority claims; documentation and related e-mails | Mary Cilia | 6 | 2.8 |
| 5/31/2016 | Continued preparation of exhibits for employee omnibus claims objections | Mary Cilia | 6 | 5.3 |
| 5/31/2016 | Continued review and research of claims for claims trader settlements; negotiations and related e-mails | Mary Cilia | 6 | 1.4 |
| 5/3/2016 | Review tax scenarios | Richard Lydecker | 7 | 1.0 |
| 5/3/2016 | Call re scenarios JS,JW,DA,AB | Richard Lydecker | 7 | 0.8 |
| 5/4/2016 | Correspondence and further communication - Durham County Property Tax Audit | Kathryn Schultea | 7 | 0.6 |
| 5/4/2016 | Set up programs and document bank reconciliation process, reconcile bank accounts and work through related issues | Mary Cilia | 7 | 2.6 |
| 5/5/2016 | Correspondence - Data Storage & Destruction - 2016 Budget | Kathryn Schultea | 7 | 0.8 |
| 5/5/2016 | Continued documentation of  bank reconciliation process, reconciliation of bank accounts and work through related issues | Mary Cilia | 7 | 2.4 |
| 5/6/2016 | Finalize April bank reconciliations and documentation of process | Mary Cilia | 7 | 2.2 |
| 5/6/2016 | EY Update call JS,JW,AB,DA | Richard Lydecker | 7 | 0.8 |
| 5/13/2016 | Conf. Call - Nortel Call re: EY Tax Analysis | Kathryn Schultea | 7 | 1.5 |
| 5/13/2016 | Correspondence - Nortel Registration Summary | Kathryn Schultea | 7 | 0.6 |
| 5/13/2016 | Call on Taxes and budget | Raj Perubhatla | 7 | 1.5 |
| 5/13/2016 | Review/analyze distribution models | Richard Lydecker | 7 | 0.8 |
| 5/13/2016 | Call on distributions MK,AB,DA,KS,LS,JS,TR,JR,JW | Richard Lydecker | 7 | 1.5 |
| 5/16/2016 | Conf. Call - Nortel/EY - Registration Summary | Kathryn Schultea | 7 | 1.0 |
| 5/16/2016 | Correspondence - re: NC Tax Agreement | Kathryn Schultea | 7 | 1.3 |
| 5/16/2016 | Correspondence - re: NC Ruling Amendment | Kathryn Schultea | 7 | 0.8 |
| 5/16/2016 | Correspondence - DOF Outline | Kathryn Schultea | 7 | 0.6 |
| 5/16/2016 | Conf. Call - Nortel Call re: EY Tax | Kathryn Schultea | 7 | 0.5 |
| 5/16/2016 | Correspondence - Nortel Information Request for registration | Kathryn Schultea | 7 | 0.3 |
| 5/16/2016 | Tax call JS,KS,JW,AB | Richard Lydecker | 7 | 0.5 |
| 5/17/2016 | Correspondence - Foreign Vendor Payments | Kathryn Schultea | 7 | 0.3 |
| 5/19/2016 | Correspondence - NC Ruling Amendment/12th Amendment | Kathryn Schultea | 7 | 0.5 |
| 5/19/2016 | Correspondence - MOR review | Kathryn Schultea | 7 | 0.5 |
| 5/20/2016 | Conf. Call - Weekly Update | Kathryn Schultea | 7 | 0.4 |
| 5/26/2016 | Correspondence - Nortel / EY re: Tax Planning, DOF, Settlements | Kathryn Schultea | 7 | 0.8 |
| 5/26/2016 | Update call DA,JS,JW,AB | Richard Lydecker | 7 | 0.5 |
| 5/27/2016 | Set up of computer related to server moves and related call w/ R. Perubhatla | Mary Cilia | 7 | 1.1 |
| 5/2/2016 | Review of documentation of supporting executory contracts documentation for distribution | Daniel Tollefsen | 9 | 3.8 |
| 5/2/2016 | Review work and e-mails re:  claims distribution tax withholding project and prepare for meeting | Mary Cilia | 9 | 2.8 |
| 5/3/2016 | Meetings re: claims distribution tax withholding project; related prep and follow up e-mails | Mary Cilia | 9 | 3.4 |
| 5/4/2016 | Meeting with EY and RLKS team members to discuss NNI employee claims gross to net distribution model.  Scheduled an on site meeting in Raleigh and agenda for meeting with team leads (Solicitation, States, Localities, and Foreign Claimants). | Leticia Barrios | 9 | 1.0 |
| 5/5/2016 | Data room support/evacuation | Daniel Tollefsen | 9 | 4.4 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 5/6/2016 | Meeting with EY and RLKS team members to discuss NNI employee claims gross to net distribution model.  Reviewed state and local tax analysis provided by EY. | Leticia Barrios | 9 | 1.0 |
| 5/12/2016 | Review of documentation of supporting executory contracts documentation for distribution | Daniel Tollefsen | 9 | 7.6 |
| 5/13/2016 | Review of documentation of supporting executory contracts documentation for distribution | Daniel Tollefsen | 9 | 7.9 |
| 5/15/2016 | Data room support/evacuation/Preparation for relocation | Daniel Tollefsen | 9 | 8.6 |
| 5/18/2016 | Meeting with EY and RLKS team members for status call on NNI employee claims gross to net distribution model.  Reviewed claimant population state, local, and Foreign state and local taxes. | Leticia Barrios | 9 | 1.0 |
| 5/22/2016 | Employee Claims Distribution Modeling: File analysis | Raj Perubhatla | 9 | 4.2 |
| 5/25/2016 | Meeting with EY and RLKS team members for status call on NNI employee claims gross to net distribution model. | Leticia Barrios | 9 | 1.0 |
| 5/25/2016 | Follow up e-mails re:  employee claims distributions | Mary Cilia | 9 | 1.1 |
| 5/26/2016 | Working Travel from client site: Employee Distribution Modeling | Raj Perubhatla | 9 | 2.5 |
| 5/27/2016 | Read, review and respond to e-mails re:  tax solicitation for claims distributions | Mary Cilia | 9 | 1.2 |
| 5/27/2016 | Employee Claims Distribution Modeling: File analysis | Raj Perubhatla | 9 | 5.7 |
| 5/28/2016 | Employee Claims Distribution Modeling: File analysis & Development | Raj Perubhatla | 9 | 8.7 |
| 5/29/2016 | Employee Claims Distribution Modeling: File analysis & Development | Raj Perubhatla | 9 | 10.3 |
| 5/30/2016 | Employee Claims Distribution Modeling: File analysis & Development | Raj Perubhatla | 9 | 5.3 |
| 5/31/2016 | Employee Claims Distribution Modeling: File analysis & Development | Raj Perubhatla | 9 | 2.7 |