# EXHIBIT B

# EXHIBIT B
## EXPENSE SUMMARY

**Nortel Networks Inc., et al.**
(Case No. 09-10138 (KG))

**RLKS Executive Solutions**
**May 1 - 31, 2016**

| Expense Category | Total Expenses |
|---|---|
| Travel – Airline (at economy fare booking) | $ 12,471.20 |
| Travel – Lodging | 10,961.33 |
| Travel – Transportation | 4,284.33 |
| Travel – Meals | 1,864.98 |
| Office Expenses | 3,577.11 |
| TOTAL | $ 33,158.95 |
| | |

## Nortel Expense Report
**PERIOD:** May 1 - 31, 2016

| Date | Description | Air | Lodging | Transportation | Meals | Office Expenses | Professional | Comments on Meals/Transportation |
|---|---|---|---|---|---|---|---|---|
| 5/2/2016 | Travel to Client site | $316.10 | $237.22 | $131.83 | $21.77 | | Brandon Bangerter | Economy airfare; one night hotel; Avis rental car; lunch - $21.77(RP,BB) |
| 5/2/2016 | Travel to Client Site - Raleigh | $267.10 | $244.03 | $109.40 | | | Daniel Tollefsen | Economy airfare; One night hotel stay; Car rental (46.27); Airport parking (63.13) |
| 5/2/2016 | Travel to client | $297.10 | $244.03 | $20.00 | | | David Kantorczyk | Economy Airfare; One night hotel; Parking @ IAH |
| 5/2/2016 | Travel to Raleigh | $297.10 | $237.22 | $215.74 | | | Felicia Buenrostro | Economy airfare; One night hotel stay; Car service to airport; car rental |
| 5/2/2016 | Travel to Raleigh | $498.60 | $221.33 | $110.85 | $330.30 | | Kathryn Schultea | Economy airfare; One night hotel stay; Car service to airport; Dinner - (KS, FB, LB, DT, BB, RP, MC, DK $41.29 each) |
| 5/2/2016 | Travel to Client Site - RTP | $297.10 | $237.22 | $105.00 | | | Leticia Barrios | Economy airfare; One night hotel stay; Car to airport |
| 5/2/2016 | Travel to Client Site | $297.10 | $225.87 | $180.26 | $29.94 | | Mary Cilia | A-Economy Airfare; T - Car Service from Home Office to Airport and Avis Rental Car; M-L=$29.94 |
| 5/2/2016 | Travel to client site | $226.60 | $236.08 | $92.00 | | | Raj Perubhatla | Economy airfare; car to airport; one night client stay |
| 5/3/2016 | RTP stay | | $237.22 | | $168.75 | | Brandon Bangerter | One night hotel; lunch - $19.74(RP,BB); dinner - $149.01(RP,DT,MC,BB) |
| 5/3/2016 | On Client Site - Raleigh | | $276.94 | $46.27 | | | Daniel Tollefsen | One night hotel stay; Car rental |
| 5/3/2016 | RTP Stay | | $276.94 | $20.00 | $11.68 | | David Kantorczyk | One night hotel; Dinner 11.68; Parking @ IAH |
| 5/3/2016 | Raleigh | | $237.22 | $108.24 | | | Felicia Buenrostro | One night hotel stay; car rental |
| 5/3/2016 | Travel from Raleigh | $498.60 | | $110.85 | | | Kathryn Schultea | Economy airfare; Car service from airport |
| 5/3/2016 | RTP Stay | | $237.22 | | | | Leticia Barrios | One night hotel stay |
| 5/3/2016 | Client Stay | | $259.92 | $66.50 | $17.63 | | Mary Cilia | T - Avis Rental Car; M-L=$17.63 |
| 5/3/2016 | Client site stay | | $236.08 | | | | Raj Perubhatla | one night hotel stay; |
| 5/4/2016 | RTP stay | | $237.22 | | $67.28 | | Brandon Bangerter | One night hotel; lunch - $44.71(RP,DT,MC,BB); dinner - $22.57(DT,BB) |
| 5/4/2016 | On Client Site - Raleigh | | $254.24 | $46.27 | | | Daniel Tollefsen | One night hotel stay; Car rental |
| 5/4/2016 | Travel from client | $297.10 | | $20.00 | | | David Kantorczyk | Economy Airfare; Parking @ IAH |
| 5/4/2016 | Travel from Raleigh | $297.10 | | $215.74 | | | Felicia Buenrostro | Economy airfare; Car rental; car from airport |
| 5/4/2016 | Travel from Client Site - RTP | $297.10 | | $105.00 | | | Leticia Barrios | Economy airfare; Car from airport |
| 5/4/2016 | Travel from Client Site | $297.10 | | $180.26 | | | Mary Cilia | A-Economy Airfare; T - Avis Rental Car and Car Service from Airport to Home Office; |
| 5/4/2016 | Client site stay | | $236.08 | | $41.00 | | Raj Perubhatla | one night hotel stay; dinner |
| 5/5/2016 | Travel from Client site | $316.10 | | $14.00 | | | Brandon Bangerter | Economy airfare; airport parking |
| 5/5/2016 | Travel from Client Site - Raleigh | $267.10 | | $46.27 | | | Daniel Tollefsen | Economy airfare; Car rental |
| 5/5/2016 | Travel from client site | $226.60 | | $92.00 | $10.43 | $ 128.37 | Raj Perubhatla | Economy airfare; car from airport to home; tape for label maker; lunch |
| 5/9/2016 | Travel to Client site | $226.60 | $237.22 | $126.06 | | | Brandon Bangerter | Economy airfare; one night hotel; Avis rental car |
| 5/9/2016 | Travel to client site | $264.60 | $237.22 | $92.00 | $9.09 | | Raj Perubhatla | Economy airfare; car to airport; one night client stay; dinner |
| 5/10/2016 | RTP stay | | $237.22 | | $107.48 | | Brandon Bangerter | One night hotel; lunch - $20.38(RP,BB); dinner - $87.10(RP,BB) |
| 5/10/2016 | Client site stay | | $237.22 | | | $ 45.99 | Raj Perubhatla | one night hotel stay; AVG Anti-Virus renewal for 2 years |
| 5/11/2016 | RTP stay | | $237.22 | | $16.07 | | Brandon Bangerter | One night hotel; lunch - $9.41; dinner - $6.66 |
| 5/11/2016 | Client site stay | | $237.22 | | $51.94 | | Raj Perubhatla | one night hotel stay;lunch,dinner |
| 5/12/2016 | Travel from Client site | $226.60 | | $60.00 | $13.98 | $ 73.80 | Brandon Bangerter | Economy airfare; airport parking; lunch - $13.98; tape/wrapping material for move |
| 5/12/2016 | Travel from client site | $264.60 | | $92.00 | $31.00 | | Raj Perubhatla | Economy airfare; car from airport to home; lunch |
| 5/15/2016 | Travel to Client site | $209.10 | $188.41 | $133.98 | | | Brandon Bangerter | Economy airfare; one night hotel; Avis rental car |
| 5/15/2016 | Travel to Client Site - Raleigh | $336.60 | $169.12 | $47.35 | | | Daniel Tollefsen | Economy airfare; One night hotel stay; Airport parking |
| 5/15/2016 | Travel to client site | $224.10 | $143.49 | $92.00 | | | Raj Perubhatla | Economy airfare; car to airport; one night client stay |
| 5/16/2016 | RTP stay | | $221.33 | | $42.22 | | Brandon Bangerter | One night hotel; lunch - $21.59(DT,BB); dinner - $20.63(DT,BB) |
| 5/16/2016 | On Client Site - Raleigh | | $198.63 | | | | Daniel Tollefsen | One night hotel stay |
| 5/16/2016 | Travel from client site | $224.10 | | | $40.15 | | Raj Perubhatla | Economy airfare; breakfast; lunch |
| 5/17/2016 | RTP stay | | $232.68 | | $69.13 | | Brandon Bangerter | One night hotel; lunch - $17.59(DT,BB); dinner - $51.54(DT,BB) |
| 5/17/2016 | On Client Site - Raleigh | | $208.84 | | | | Daniel Tollefsen | One night hotel stay |
| 5/18/2016 | Travel from Client site | $209.10 | | $60.00 | | | Brandon Bangerter | Economy airfare; airport parking |
| 5/18/2016 | Travel from Client Site - Raleigh | $336.60 | | | | | Daniel Tollefsen | Economy airfare |
| 5/20/2016 | Office Expense | | | | | $ 2,295.00 | Raj Perubhatla | Purchased SonicWALL Support Contract from DELL |
| 5/22/2016 | Travel to Client site | $500.10 | $188.41 | $84.03 | | | Brandon Bangerter | Economy airfare; one night hotel; Avis rental car |
| 5/23/2016 | RTP stay | | $254.24 | | $27.46 | | Brandon Bangerter | One night hotel; lunch - $27.46 |

## Nortel Expense Report
**PERIOD:** May 1 - 31, 2016

| Date | Description | Air | Lodging | Transportation | Meals | Office Expenses | Professional | Comments on Meals/Transportation |
|---|---|---|---|---|---|---|---|---|
| 5/23/2016 | Travel to Raleigh | $206.10 | $241.63 | $107.50 | | | Felicia Buenrostro | Economy airfare; One night hotel stay; Car service to airport |
| 5/23/2016 | Travel to Raleigh | $367.10 | $241.63 | $110.85 | $162.42 | | Kathryn Schultea | Economy airfare; One night hotel stay; Car service to airport; Lunch - KS, FB, LB -($15.94 each); Dinner - KS, FB, LB ($38.20 each) |
| 5/23/2016 | Travel to Client Site - RTP | $206.10 | $241.63 | $105.00 | | | Leticia Barrios | Economy airfare; One night hotel stay; Car to airport |
| 5/24/2016 | Travel from Client site | $500.10 | | $46.00 | | | Brandon Bangerter | Economy airfare; airport parking |
| 5/24/2016 | Travel from Client Site - Raleigh | $333.10 | $237.22 | $47.35 | | | Daniel Tollefsen | Economy airfare; One night hotel stay; Airport parking |
| 5/24/2016 | Raleigh | | $241.63 | | | | Felicia Buenrostro | One night hotel stay |
| 5/24/2016 | Raleigh | | $241.63 | | $249.73 | | Kathryn Schultea | One night hotel stay; Lunch - KS, BB, FB ($7.31 each); Dinner - KS, FB, LB, RP, DT - $45.56 each) |
| 5/24/2016 | RTP Stay | | $241.63 | | | | Leticia Barrios | One night hotel stay |
| 5/24/2016 | Travel to client site | $416.60 | $237.22 | $92.00 | | | Raj Perubhatla | Economy airfare; car from home to airport |
| 5/25/2016 | Travel to Client Site - Raleigh | | $237.22 | | $51.66 | | Daniel Tollefsen | One night hotel stay; Meal - Dinner (RP/DT) |
| 5/25/2016 | Travel from Raleigh | $206.10 | | $107.50 | | | Felicia Buenrostro | Economy airfare; car from airport |
| 5/25/2016 | Travel from Raleigh | $367.10 | | $110.85 | $68.96 | | Kathryn Schultea | Economy airfare; Car service from airport; Lunch - KS, FB, LB, DT, RP $13.78 each) |
| 5/25/2016 | Travel from Client Site - RTP | $206.10 | | $105.00 | | | Leticia Barrios | Economy airfare; Car from airport |
| 5/25/2016 | Client site stay | | $237.22 | | | | Raj Perubhatla | one night hotel stay; |
| 5/26/2016 | On Client Site - Raleigh | $333.10 | | | $22.39 | | Daniel Tollefsen | Economy airfare; Meal - Lunch (RP/DT) |
| 5/26/2016 | Travel from client site | $416.60 | | $176.03 | | | Raj Perubhatla | Economy airfare; rental car for 2 days;car from airport to home |
| 5/27/2016 | Office Expense | | | | | $ 1,033.95 | Raj Perubhatla | Purchased SuperMicro Storage server for backups |
| 5/31/2016 | On Client Site - Raleigh | $228.10 | $237.22 | $84.00 | | | Daniel Tollefsen | Economy airfare; One night hotel stay; Car rental |
| 5/31/2016 | Travel to Raleigh | $160.60 | $241.63 | $107.50 | | | Felicia Buenrostro | Economy airfare; One night hotel stay; Car service to airport |
| 5/31/2016 | Travel to Raleigh | $348.10 | $241.63 | $155.85 | $202.52 | | Kathryn Schultea | Economy airfare; One night hotel stay; Car service to airport; Car rental ($45 Hertz); Dinner - KS, FB, LB, DT, $50.63 each) |
| 5/31/2016 | Travel to Client Site - RTP | $160.60 | $241.63 | $105.00 | | | Leticia Barrios | Economy airfare; One night hotel stay; Car to airport |
| | | $ 12,471.20 | $ 10,961.33 | $ 4,284.33 | $ 1,864.98 | $ 3,577.11 | | |