# SIGN-IN-SHEET

**CASE NAME:** Nortel Networks, Inc.
**CASE NO.:** 09-10138 (KG)
**COURTROOM LOCATION:** 3
**DATE:** 6/6/16

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| David Dean | Cole Schotz | SNMP |
| Nicholas Brannick | " | " |
| Peter Keane | PSZJ | Ad Hoc Group of Bondholders |
| Justin Alberto | Bayard | OKPC |
| Stephen Miller | Morris James LLP | Law Debenture of New York, Indenture Trustee |
| Robert Lushn | Skadden Arps | NNSA |
| John Bird | Fox Rothschild | Nortel Trade Claims Consortium |
| Robert Johnson | Akin Gump | US Creditors' Committee |
| Bruce Kahn | (") | (") |
| Thos Samis | Whiteford Taylor | (") |
| Kathleen Murphy | Buchanan Ingersoll | Monitor |
| Derek Abbott | MNAT | Debtors |
| Lisa Schweitzer | Cleary | " |
| Vincent Marriott | Pension Benefit Guaranty Corp. | Pension Benefit Guaranty Corp |

John Roy — witness

# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Kevin Gross (Nortel Trial Only)
### Courtroom

Calendar Date: 06/06/2016
Calendar Time: 10:00 AM ET

Amended Calendar 06/06/2016 06:58 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7648132 | Nick Bassett | (212) 530-5000 | Milbank, Tweed, Hadley & McCloy, LLP | Representing, Ad Hoc Group of Bondholders / LIVE |
| | | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7649670 | Peg A. Brickley | (215) 462-0953 | Dow Jones & Co. | Interested Party, Peg Brickley / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7650918 | Jeffrey L Caress | (201) 968-0001 | Liquidity Solutions, Inc. | Creditor, Liquidity Solutions, Inc. / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7650091 | Jeffrey Case | (865) 579-0527 | SNMP | Interested Party, SNMP / LIVE |
| | | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7651039 | Karen B. Dine | (212) 940-8772 | Katten Muchin Rosenman LLP | Creditor, Wilmington Trust / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7651092 | Daniel Guyder | (212) 756-1132 | Allen & Overy, LLP | Monitor, Ernst & Young Inc., As Monitor & Foreign Represent / LIVE |
| | | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7652526 | Jerry Hall | (202) 625-3646 | Katten Muchin Rosenman LLP | Creditor, Wilmington Trust / LISTEN ONLY |

| Case Name | Case # | Proceeding | ID | Name | Phone | Firm | Representing |
|---|---|---|---|---|---|---|---|
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7652614 | Taylor Harrison | (212) 390-7831 | Merger Market | Interested Party, Taylor Harrison / LISTEN ONLY |
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7648682 | Daniel S. Holzman | (212) 849-7000 | Quinn Emanuel Urquhart & Sullivan, LLP | Creditor, Soulus and PointState / LIVE |
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7647798 | Charles Huberty | (212) 837-6045 | Hughes Hubbard & Reed | Interested Party, Hughes Hubbard & Reed / LIVE |
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7648143 | Andrew LeBlanc | (212) 530-5000 | Milbank, Tweed, Hadley & McCloy, LLP | Representing, Ad Hoc Committee of Bond Holders / LIVE |
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7646814 | Daniel A. Lowenthal | (212) 336-2720 | Patterson Belknap Webb & Tyler | Creditor, Law Debenture Trust Company of New York / LIVE |
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7652541 | Selinda A. Melnik | (302) 468-5650 | DLA Piper US, LLP | Creditor, Canadian Creditors Committee / LISTEN ONLY |
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7647840 | Brian E. O'Connor | 212-728-8000 | Willkie Farr & Gallagher LLP | Interested Party, UK Pension Trust / LIVE |
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & Foreign Represent | 09-10138 | Hearing | 7645994 | Steven D. Pohl | (617) 856-8594 | Brown Rudnick LLP | Creditor, The Trade Claim Consortium / LIVE |
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7647601 | Jeremy Reckmeyer | (212) 850-2851 | Andrews Kurth LLP | Creditor, Liquidity Solution / LIVE |
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7650304 | Jason B. Sanjana | (212) 588-8890 | Reorg Research, Inc. | Interested Party, Reorg Research, Inc. / LISTEN ONLY |

| Party | Case | Type | ID | Name | Phone | Firm | Role |
|---|---|---|---|---|---|---|---|
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7647587 | Paul Silverstein | (212) 850-2800 | Andrews Kurth LLP | Creditor, Liquidity Solution / LIVE |
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7649889 | Adam M. Slavens | (416) 865-7333 | Tory's LLP | Interested Party, Nortel Networks Inc. / LIVE |
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7649133 | James Tecce | (212) 849-7199 | Quinn Emanuel Urquhart & Sullivan, LLP | Interested Party, Solus Alternative Asset Managment LP, Pointestate Capital / LIVE |
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7627302 | Andrew M. Thau | (212) 915-1232 | Cantor Fitzgerald | Interested Party, Cantor Fitzgerald / LISTEN ONLY |
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7633338 | Amer Tiwana | (646) 616-3052 | Cowen and Company | Interested Party, Cowen and Company / LISTEN ONLY |
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7652530 | Julia M. Winters | (212) 617-6592 | Bloomberg LP | Interested Party, Bloomberg LP / LISTEN ONLY |
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7650082 | John L. Wood | (865) 292-2503 | Egerton, McAfee, Armistead & Davis | Interested Party, SNMP / LIVE |
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7652633 | Michael J. Wunder | (416) 860-6484 | Cassels Brock & Blackwell LLP | Creditor, Official Committee of Unsecured Creditors / LISTEN ONLY |
| Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 (11-5345 4) | Hearing | 7650462 | Matthew C. Fagen | (212) 872-8051 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Official Committee of Unsecured Creditors / LISTEN ONLY |