**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Nortel Networks, Inc., *et al.* | ) | |
| | ) | Case No. 09-10138 (KG) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |
| | ) | |
| _____ | ) | |

**CERTIFICATION OF UNITED STATES GOVERNMENT**
**<u>ATTORNEY GARTH D. WILSON</u>**

I, Garth D. Wilson, am an attorney representing the Pension Benefit Guaranty Corporation ("PBGC"), a creditor in these cases. The PBGC is a United States Government corporation that administers and enforces the pension plan termination program established under Title IV of the Employee Retirement Income Security Act of 1974 ("ERISA"), *as amended*, 29 U.S.C. §§ 1301-1461 (2012 & Supp. II 2014). I certify that I am a member in good standing of the bars of the District of Columbia and the State of Illinois, of good moral character and not subject to pending disciplinary proceedings.

I further state that I will be bound by the rules of this Court and submit to the jurisdiction of this Court for disciplinary purposes.

*This space intentionally left blank*

I certify under penalty of perjury that the foregoing is true and correct.

Dated:  June 6, 2016               Respectfully submitted,

<u>/s/ Garth D. Wilson</u>
Garth D. Wilson (DC Bar No. 424922)
Attorney
PENSION BENEFIT GUARANTY
CORPORATION
Office of the Chief Counsel
1200 K Street, N.W.
Washington, D.C. 20005-4026
Phone: (202) 326-4020, ext. 3503
Fax: (202) 326-4112
E-mail: wilson.garth@pbgc.gov &
            efile@pbgc.gov