# CERTIFICATE OF SERVICE

I hereby certify, that on this 6th day of June 2016, the *Notice of Appearance and Request for Electronic Notice for United States Government Attorney Garth D. Wilson* and the *Certification of United States Government Attorney Garth D. Wilson* were served by the Court's CM/ECF system or by Federal Express on the following:

| | |
|---|---|
| Derek C. Abbot, Esq.<br>Eric D. Schwartz, Esq.<br>Thomas F. Driscoll, Esq.<br>Tamara K. Minott<br>Andrew R. Remming<br>Morris, Nichols, Arsht & Tunnell, LLP<br>1201 N. Market Street<br>Wilmington, DE 19899-1347<br>**via CM/ECF** | Nora K Abularach<br>J. Anne Marie Beisler<br>Elizabeth C. Block<br>James L. Bromley<br>Danni Byam<br>Cleary Gottlieb Steen & Hamilton LLP<br>One Liberty Plaza<br>New York, NY 10006<br>**via CM/ECF** |
| Elihu Ezekiel Allinson, III<br>Sullivan Hazeltine Allinson LLC<br>901 North Market Street<br>Suite 1300<br>Wilmington, DE 19801<br>**via CM/ECF** | Sheila R. Block<br>Scott A. Bomhof<br>James Gotowiec<br>Andrew Gray<br>Molly Reynolds<br>Torys LLP<br>79 Wellington Street West<br>30th Floor<br>Box 270 TD Centre<br>Toronto, ON M5K 1N2<br>Canada<br>**via Federal Express** |
| Mary Caloway<br>Mona A. Parikh<br>Peter James Duhig<br>Buchanan Ingersoll & Rooney PC<br>919 North Market Street<br>Suite 1500<br>Wilmington, DE 19801-1228<br>**via CM/ECF** | Kevin M. Capuzzi<br>Jennifer R. Hoover<br>Sarah R. Stafford<br>Benesch Friedlander Coplan & Aronoff LLP<br>222 Delaware Avenue, Suite 801<br>Wilmington, DE 19801-1611<br>**via CM/ECF** |

**CERTIFICATE OF SERVICE**

I hereby certify, that on this 6th day of June 2016, the *Notice of Appearance and Request for Electronic Notice for United States Government Attorney Garth D. Wilson* and the *Certification of United States Government Attorney Garth D. Wilson* were served by the Court's CM/ECF system or by Federal Express on the following:

| | |
|---|---|
| Derek C. Abbot, Esq.<br>Eric D. Schwartz, Esq.<br>Thomas F. Driscoll, Esq.<br>Tamara K. Minott<br>Andrew R. Remming<br>Morris, Nichols, Arsht & Tunnell, LLP<br>1201 N. Market Street<br>Wilmington, DE 19899-1347<br>**via CM/ECF** | Nora K Abularach<br>J. Anne Marie Beisler<br>Elizabeth C. Block<br>James L. Bromley<br>Danni Byam<br>Cleary Gottlieb Steen & Hamilton LLP<br>One Liberty Plaza<br>New York, NY 10006<br>**via CM/ECF** |
| Elihu Ezekiel Allinson, III<br>Sullivan Hazeltine Allinson LLC<br>901 North Market Street<br>Suite 1300<br>Wilmington, DE 19801<br>**via CM/ECF** | Sheila R. Block<br>Scott A. Bomhof<br>James Gotowiec<br>Andrew Gray<br>Molly Reynolds<br>Torys LLP<br>79 Wellington Street West<br>30th Floor<br>Box 270 TD Centre<br>Toronto, ON M5K 1N2<br>Canada<br>**via Federal Express** |
| Mary Caloway<br>Mona A. Parikh<br>Peter James Duhig<br>Buchanan Ingersoll & Rooney PC<br>919 North Market Street<br>Suite 1500<br>Wilmington, DE 19801-1228<br>**via CM/ECF** | Kevin M. Capuzzi<br>Jennifer R. Hoover<br>Sarah R. Stafford<br>Benesch Friedlander Coplan & Aronoff LLP<br>222 Delaware Avenue, Suite 801<br>Wilmington, DE 19801-1611<br>**via CM/ECF** |

| | |
|---|---|
| Nancy G. Everett<br>Winston & Strawn LLP<br>35 W. Wacker Drive<br>Chicago, IL 60601<br>**via CM/ECF** | Shelley A. Kinsella<br>Rafael Xavier Zahralddin-Aravena<br>Jonathan M. Stemerman<br>Eric Michael Sutty<br>Elliott Greenleaf<br>1105 North Market Street<br>17th Floor<br>Wilmington, DE 19801<br>**via CM/ECF** |
| Mark D. Plevin<br>Mark S. Supko<br>Crowell & Moring LLP<br>1001 Pennsylvania Avenue, N.W.<br>Washington, DC 20004-2595<br>**via Federal Express** | Raymond Howard Lemisch<br>Klehr Harrison Harvey Branzburg LLP<br>919 N. Market Street<br>Suite 1000<br>Wilmington, DE 19801<br>**via CM/ECF** |
| Jacob S. Pultman<br>James P. Barabas<br>Joseph Badtke-Berkow<br>Kathleen A. Murphy<br>Ken Coleman<br>Allen & Overy LLP<br>1221 Avenue of the Americas<br>New York, NY 10020<br>**via CM/ECF** | Christopher M. Samis<br>L. Katherine Good<br>Whiteford Taylor & Preston LLC<br>The Renaissance Centre<br>405 North King Street, Suite 500<br>Wilmington, De 19801<br>**via CM/ECF** |
| Rene E. Thorne<br>Jackson Lewis LLP<br>650 Poydras Street<br>Suite 1900<br>New Orleans, LA 70130<br>**via Federal Express** | Derek J.T. Adler<br>Hughes Hubbard & Reed LLP<br>One Battery Park Plaza<br>New York, NY 10004<br>**via Federal Express** |
| James L. Patton<br>Young, Conaway, Stargatt & Taylor<br>Rodney Square<br>1000 N. King Street<br>Wilmington, DE 19801<br>**via CM/ECF** | David H Botter<br>Christine Doniak<br>Matthew C. Fagen<br>Fred S. Hodara<br>Robert A. Johnson<br>Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Park<br>New York, NY 10036<br>**via CM/ECF** |

| | |
|---|---|
| Nancy G. Everett<br>Winston & Strawn LLP<br>35 W. Wacker Drive<br>Chicago, IL 60601<br>**via CM/ECF** | Shelley A. Kinsella<br>Rafael Xavier Zahralddin-Aravena<br>Jonathan M. Stemerman<br>Eric Michael Sutty<br>Elliott Greenleaf<br>1105 North Market Street<br>17th Floor<br>Wilmington, DE 19801<br>**via CM/ECF** |
| Mark D. Plevin<br>Mark S. Supko<br>Crowell & Moring LLP<br>1001 Pennsylvania Avenue, N.W.<br>Washington, DC 20004-2595<br>**via Federal Express** | Raymond Howard Lemisch<br>Klehr Harrison Harvey Branzburg LLP<br>919 N. Market Street<br>Suite 1000<br>Wilmington, DE 19801<br>**via CM/ECF** |
| Jacob S. Pultman<br>James P. Barabas<br>Joseph Badtke-Berkow<br>Kathleen A. Murphy<br>Ken Coleman<br>Allen & Overy LLP<br>1221 Avenue of the Americas<br>New York, NY 10020<br>**via CM/ECF** | Christopher M. Samis<br>L. Katherine Good<br>Whiteford Taylor & Preston LLC<br>The Renaissance Centre<br>405 North King Street, Suite 500<br>Wilmington, De 19801<br>**via CM/ECF** |
| Rene E. Thorne<br>Jackson Lewis LLP<br>650 Poydras Street<br>Suite 1900<br>New Orleans, LA 70130<br>**via Federal Express** | Derek J.T. Adler<br>Hughes Hubbard & Reed LLP<br>One Battery Park Plaza<br>New York, NY 10004<br>**via Federal Express** |
| James L. Patton<br>Young, Conaway, Stargatt & Taylor<br>Rodney Square<br>1000 N. King Street<br>Wilmington, DE 19801<br>**via CM/ECF** | David H Botter<br>Christine Doniak<br>Matthew C. Fagen<br>Fred S. Hodara<br>Robert A. Johnson<br>Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Park<br>New York, NY 10036<br>**via CM/ECF** |

| | |
|---|---|
| Drew G. Sloan<br>Richards, Layton & Finger, P.A.<br>920 N. King Street<br>One Rodney Square<br>Wilmington, DE 19801<br>**via Federal Express** | Ryan Jacobs<br>Shayne Kukulowicz<br>Michael Wunder<br>Cassels Brock & Blackwell LLP<br>Suite 2100, Scotia Plaza<br>40 King Street West<br>Toronto, ON M5H 3C2<br>**via Federal Express** |
| Richard K. Milin<br>Togut Segal & Segal LLP<br>One Penn Plaza<br>Suite 3335<br>New York, NY 10119<br>**via Federal Express** | United States Trustee<br>844 King Street, Room 2207<br>Lockbox #35<br>Wilmington, DE 19899-0035<br>*U.S. Trustee*<br>**via CM/ECF** |

/s/ Garth D. Wilson
Garth D. Wilson
Attorney

| | |
|---|---|
| Drew G. Sloan<br>Richards, Layton & Finger, P.A.<br>920 N. King Street<br>One Rodney Square<br>Wilmington, DE 19801<br>**via Federal Express** | Ryan Jacobs<br>Shayne Kukulowicz<br>Michael Wunder<br>Cassels Brock & Blackwell LLP<br>Suite 2100, Scotia Plaza<br>40 King Street West<br>Toronto, ON M5H 3C2<br>**via Federal Express** |
| Richard K. Milin<br>Togut Segal & Segal LLP<br>One Penn Plaza<br>Suite 3335<br>New York, NY 10119<br>**via Federal Express** | United States Trustee<br>844 King Street, Room 2207<br>Lockbox #35<br>Wilmington, DE 19899-0035<br>*U.S. Trustee*<br>**via CM/ECF** |

/s/ Garth D. Wilson
Garth D. Wilson
Attorney