# EXHIBIT A

**NORTEL NETWORKS INC., *et al*.**
**CASE NO. 09-10138 (KG)**

Professional Fees and Expenses
Monthly Fee Application

| Applicant & Docket No. | Time Period Covered | Fees & Expenses Requested in Application | Fees & Expenses Allowed/Awarded | Date Application Filed | Objection Deadline |
|---|---|---|---|---|---|
| Akin Gump Strauss Hauer & Feld LLP<br><br>[Docket No. 16805] | 3/1/16 - 3/31/16 | $623,187.50 (Fees)<br><br>$12,236.52 (Expenses) | $498,550.00 (Fees @ 80%)<br><br>$12,236.52 (Expenses @ 100%) | 5/12/16 | 6/1/16 |