# Exhibit A

**NORTEL EXHIBIT A - TIME DETAILS PERIOD MAY 1, 2016 THROUGH MAY 31, 2016**

| Task Code | Task Code Description | Professional | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Brown, Coley P | 5/4/2016 | Weekly employee claims call with M. Livingston and R. Eckenrod of Cleary and M. Cilia of RLKS. | 0.5 | 550 | $ 275.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Brown, Coley P | 5/11/2016 | Weekly employee claims call with M. Livingston and R. Eckenrod of Cleary and M. Cilia of RLKS. | 0.5 | 550 | $ 275.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Brown, Coley P | 5/18/2016 | Weekly employee claims call with M. Livingston and R. Eckenrod of Cleary and M. Cilia of RLKS. | 0.5 | 550 | $ 275.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Brown, Coley P | 5/25/2016 | Weekly employee claims call with M. Livingston and R. Eckenrod of Cleary and M. Cilia of RLKS. | 0.5 | 550 | $ 275.00 |
| 6 | Retention and Fee Applications | Brown, Coley P | 5/16/2016 | Reviewed and updated monthly fee application documents and exhibits. | 2.0 | 550 | $ 1,100.00 |
| 6 | Retention and Fee Applications | Brown, Coley P | 5/18/2016 | Reviewed and updated quarterly fee application documents and exhibits. | 1.0 | 550 | $ 550.00 |
| 6 | Retention and Fee Applications | Lukenda, James | 5/13/2016 | Nortel - review and sign-off monthly fee application | 0.3 | 750 | $ 225.00 |
| 6 | Retention and Fee Applications | Lukenda, James | 5/18/2016 | Nortel - review and sign-off - quarterly fee application  clearance to CB | 0.3 | 750 | $ 225.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 5/2/2016 | Reviewed and updated claims analysis based on supporting detail provided by Cleary. | 1.5 | 550 | $ 825.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 5/4/2016 | Updated various employee claims analyses based on review of supporting documents. | 0.5 | 550 | $ 275.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 5/5/2016 | Reviewed and updated employee claims analysis. | 1.2 | 550 | $ 660.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 5/5/2016 | Updated employee claims documents analysis. | 1.3 | 550 | $ 715.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 5/6/2016 | Updated underlying employee claims analysis based on comments from M. Cilia of RLKS. | 1.4 | 550 | $ 770.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 5/6/2016 | Corresponded with Cleary and RLKS regarding certain employee claim matters and analyses. | 1.5 | 550 | $ 825.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 5/9/2016 | Analyzed employee claims and updated analysis accordingly. | 1.0 | 550 | $ 550.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 5/9/2016 | Analyzed various employee claims and updated analyses accordingly. | 1.4 | 550 | $ 770.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 5/10/2016 | Updated various employee claims analyses based on review. | 0.8 | 550 | $ 440.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 5/10/2016 | Reconciled employee claims against the claims register and updated analysis. | 0.8 | 550 | $ 440.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 5/11/2016 | Analyzed employee claims database and updated underlying analyses. | 0.8 | 550 | $ 440.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 5/11/2016 | Prepared employee claims analysis and provided to Cleary for review. | 1.1 | 550 | $ 605.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 5/11/2016 | Reconciled employee claims against the claims register and updated analysis. | 1.6 | 550 | $ 880.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 5/12/2016 | Updated employee claims analysis based on comments from Cleary. | 1.0 | 550 | $ 550.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 5/12/2016 | Reconciled employee claims against the claims register and updated analysis. | 1.9 | 550 | $ 1,045.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 5/13/2016 | Updated employee claims analysis based on revised Nortel notes. | 0.9 | 550 | $ 495.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 5/13/2016 | Updated employee claims analysis based on documentation provided by Cleary. | 1.5 | 550 | $ 825.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 5/16/2016 | Reconciled employee claims analysis against claims database | 0.8 | 550 | $ 440.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 5/17/2016 | Reviewed and updated employee claims analyses per comments from counsel. | 1.0 | 550 | $ 550.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 5/17/2016 | Worked with M. Cilia of RLKS to review employee claims for analysis. | 1.1 | 550 | $ 605.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 5/17/2016 | Analyzed employee claims report and updated analyses accordingly. | 1.2 | 550 | $ 660.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 5/18/2016 | Updated employee claims analysis and circulated to working team. | 1.1 | 550 | $ 605.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 5/18/2016 | Investigated certain employee claims matters per request from Cleary. | 1.4 | 550 | $ 770.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 5/19/2016 | Analyzed employee claims and related documents. | 1.2 | 550 | $ 660.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 5/19/2016 | Updated various employee claims analyses based on review of supporting documents. | 1.2 | 550 | $ 660.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 5/19/2016 | Analyzed employee claims database and updated underlying analyses. | 1.3 | 550 | $ 715.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 5/20/2016 | Updated employee claims analysis and documented notes regarding the same. | 1.3 | 550 | $ 715.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 5/23/2016 | Worked with A. Tsai and B. Hunt of Epiq to update the claims register for certain items. | 1.4 | 550 | $ 770.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 5/23/2016 | Analyzed underlying claims information and updated analyses accordingly. | 1.5 | 550 | $ 825.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 5/24/2016 | Reconciled employee claims analysis and provided comments to Epiq. | 1.1 | 550 | $ 605.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 5/24/2016 | Reviewed correspondence regarding certain claims and documented notes accordingly. | 1.5 | 550 | $ 825.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 5/24/2016 | Reconciled employee claims against the claims register and updated analysis. | 1.5 | 550 | $ 825.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 5/25/2016 | Updated various employee claims analyses based on review. | 0.8 | 550 | $ 440.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 5/25/2016 | Reviewed employee claim documents and documented notes. | 1.2 | 550 | $ 660.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 5/26/2016 | Reviewed and updated underlying employee claims analysis. | 1.1 | 550 | $ 605.00 |

**NORTEL EXHIBIT A - TIME DETAILS PERIOD MAY 1, 2016 THROUGH MAY 31, 2016**

| Task Code | Task Code Description | Professional | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 16 | Unsecured Claim Analysis | Brown, Coley P | 5/26/2016 | Corresponded with A. Tsai and B. Hunt of Epiq regarding claims register. | 1.3 | 550 | $ 715.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 5/27/2016 | Corresponded with A. Tsai of Epiq on employee claims register. | 1.2 | 550 | $ 660.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 5/27/2016 | Reviewed and updated employee claims analysis and documented notes accordingly. | 1.3 | 550 | $ 715.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 5/27/2016 | Reconciled employee claims against the claims register and updated analysis. | 1.5 | 550 | $ 825.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 5/31/2016 | Reviewed employee claims files provided by M. Cilia of RLKS and documented notes. | 1.0 | 550 | $ 550.00 |
| 16 | Unsecured Claim Analysis | Lukenda, James | 5/9/2016 | Nortel - file update re articles on status | 0.2 | 750 | $ 150.00 |