# Exhibit B

**NORTEL EXHIBIT B - EXPENSE DETAILS PERIOD MAY 1, 2016  THROUGH MAY 31, 2016**

| Date | Professional | Cost Type | Description | Amount |
|------|-------------|-----------|-------------|--------|
|      |             |           |             |        |