# EXHIBIT A

**CUMULATIVE COMPENSATION BY PROJECT
CATEGORY FOR APPLICATION PERIOD**

Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

May 1, 2016 through May 31, 2016


[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

# HOURS/BILLABLE AMOUNTS BY PROJECT
## John Ray-Nortel

**Name:** John J. Ray, III

**Working Dates:** Start Date 5/2/16  End Date 5/31/16

**Enter Billing Rate/Hr:** 770.00

| Project No. | Project Name | Hours/Minutes Worked | Billing Rate | Billing Amount |
|---|---|---|---|---|
| 1 | MOR, required monthly/period disclosures, Schedule Admendments, Form 26 | 0.5 | $770.00 | $385.00 |
| 2 | Contracts - assumption/rejection analysis & support, Executory contract review | | | |
| 3 | Claims Matters | | | |
| 4 | Preparation & presentation of financial and other information; cash/expense management; analysis of proposed transactions; assist with business processes | | | |
| 5 | Asset Sales or Other Transactional Support | | | |
| 6 | IT Infrastructure / Data Support | | | |
| 7 | Litigation Support; Attendance and testimony at hearings; Investigation matters at the request of counsel | 52.6 | $770.00 | $40,502.00 |
| 8 | Creditor Meetings; Various administrative matters (Tax, Financial, Board, Employee) | | | |
| 9 | Development of Plan of Reorganization; Disclosure Statement | | | |
| 10 | Non-Working Travel | | | |
| 11 | Fee Application | 6.3 | $770.00 | $4,851.00 |
| | **Hours/Billing Amount for Period:** | **59.4** | | **$45,738.00** |

## Nortel TIME SHEET

**John Ray**

**59.4**

| Enter Date | Description | Professional | Project No. (1-11) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 5/2/16 | Call re term sheet with Cleary and Chilmark | John Ray | 7 | 1.0 |
| 5/2/16 | Review motion filed in Canada re Calgary employees | John Ray | 7 | 0.3 |
| 5/2/16 | Term sheet review re allocation | John Ray | 7 | 2.5 |
| 5/2/16 | Prepare April fee app | John Ray | 11 | 2.2 |
| 5/3/16 | SNMP matter; update | John Ray | 7 | 1.0 |
| 5/3/16 | Letter to Stark; review re Canada decision | John Ray | 7 | 0.5 |
| 5/3/16 | Review of budget matters and positions re tax matters | John Ray | 7 | 3.5 |
| 5/3/16 | Prepare April fee app | John Ray | 11 | 1.5 |
| 5/4/16 | Edit April fee app and file | John Ray | 11 | 0.3 |
| 5/7/16 | Review of letter to Judge Stark re certification | John Ray | 7 | 0.3 |
| 5/8/16 | Further comment on letter to Stark re certification | John Ray | 7 | 0.3 |
| 5/8/16 | Review Canada application for leave to appeal | John Ray | 7 | 0.5 |
| 5/9/16 | SNMP matter; review of EMEA motion | John Ray | 7 | 1.8 |
| 5/11/16 | LSI motion; review of revised motion | John Ray | 7 | 2.5 |
| 5/12/16 | Allocation matters; review of alternative term sheet | John Ray | 7 | 2.3 |
| 5/12/16 | Review of materials related to allocation | John Ray | 7 | 4.5 |
| 5/12/16 | LSI motion implementation related to distributions | John Ray | 7 | 1.3 |
| 5/13/16 | Review revised term sheet | John Ray | 7 | 2.0 |
| 5/16/16 | Review updated material for allocation dispute | John Ray | 7 | 4.5 |
| 5/19/16 | LSI motion matters; review materials; communicate with Cleary | John Ray | 7 | 0.3 |
| 5/19/16 | Reviw and revise April MOR | John Ray | 1 | 0.5 |
| 5/19/16 | Review letter to Judge Stark re SNMP | John Ray | 7 | 0.5 |
| 5/20/16 | SNMP litigation update | John Ray | 7 | 0.8 |
| 5/23/16 | Further matters related to SNMP litigation | John Ray | 7 | 0.8 |
| 5/23/16 | Prepare and file quarterly fee app | John Ray | 11 | 2.3 |
| 5/24/16 | Mediation matters; prepare for meetings | John Ray | 7 | 6.0 |
| 5/25/16 | Mediation matters; further prepare for meetings | John Ray | 7 | 6.0 |
| 5/26/16 | Review EY statement of work | John Ray | 7 | 0.3 |
| 5/31/16 | Review EMEA contribution claim appeal | John Ray | 7 | 0.3 |
| 5/31/16 | Work related to LSI motion | John Ray | 7 | 1.3 |
| 5/31/16 | Further prep for mediation | John Ray | 7 | 7.5 |