# EXHIBIT A

## NORTEL NETWORKS INC., *et al*.
## CASE NO. 09-10138 (KG)

Professional Fees and Expenses
Monthly Fee Application

| Applicant & Docket No. | Time Period Covered | Fees & Expenses Requested in Application | Fees & Expenses Allowed/Awarded | Date Application Filed | Objection Deadline |
|---|---|---|---|---|---|
| Berkeley Research Group, LLC<br><br>[Docket No. 16821] | 4/1/16 - 4/30/16 | $173,465.00 (Fees)<br><br>$0.00 (Expenses) | $138,772.00 (Fees @ 80%)<br><br>$0.00 (Expenses @ 100%) | 5/18/16 | 6/8/16 |