# Exhibit A

The Twelfth Amendment to the Statement of Work Under the Tax Services Agreement



**EY**
Building a better
working world

May 17, 2016

Mr. Timothy Ross
Chief Financial Officer and Corporate Secretary
c/o Nortel Networks, Inc.
4001 East Chapel Hill Nelson Hwy
Research Triangle Park, NC 27709

Dear Tim:

This letter is the 12th amendment (the "12th Amendment") to the Statement of Work dated March 1, 2011 for tax operations outsourcing and other variable services (as amended, the "SOW") entered into pursuant to the Master Tax Services Agreement dated March 1, 2011, as amended ("Agreement"), between Nortel Networks Inc. ("NNI"), its U.S. debtor affiliates listed in Appendix A of the SOW, and Nortel Networks India International Inc., (collectively, "you", the "Client", the "Company," or "Nortel") and Ernst & Young LLP ("EY" or "we") for the provision of certain tax services (the "Services") to the Client. Pursuant to this 12th Amendment, the parties agree to the following modifications in the term of the SOW and Scope of services.

Except as modified by this 12th Amendment, all terms and conditions of the original SOW shall continue in full force and effect and be unaffected by this 12th Amendment.

**Additional Services**

As of May 17, 2016 and contingent upon this 12th Amendment taking effect pursuant to the Bankruptcy Court Order entered on July 22, 2011, (the "Order") EY will provide the Client with the Services described herein. This 12th Amendment will define additional Services not heretofore covered by the SOW, which would otherwise fall into the category of "Out-of-Scope Services" as described in the SOW.

These Services (as well as any other Services covered by the SOW) may be modified from time to time by mutual written consent of the parties in accordance with the Order.

*Out-of-Scope Services*

The Out-of-Scope Services described below are, notwithstanding use of the term "will" in the descriptions set forth below, subject to written approval by the Company (which may be by e-mail) prior to proceeding. Any such approval shall also state a range of estimated fees to be incurred.

**North Carolina Alternative Apportionment**

EY will provide the following state and local tax consulting Services to Client related to renewing the previously obtained North Carolina Secretary of Revenue Administrative

4849-9588-9454.1



Decisions granting alternative apportionment (collectively, the "Decisions"). For tax year 2017 and subsequent years while Client remains eligible under applicable law, renewal requests will be made to extend the use of the alternative apportionment methodology, along with a request to extend the carryforward period for Client's net economic loss/net operating loss carryforwards (the "Renewals"). The specific Services include:

1. Providing technical advice, in memorandum format, addressing the applicable state and local rules related to the permissibility and timing of an extension of the method contained within the Decisions;
2. Meeting with the North Carolina Department of Revenue to communicate Client's fact pattern and seek agreement on an approach to securing Renewals of the Decisions;
3. Providing technical submissions and follow-up communications, including meetings as needed, to the North Carolina Department of Revenue in respect of the Renewals.

**FEES**

The General Terms of the Agreement address our fees and expenses generally.

Client shall pay EY's fees for the Services described in this 12th Amendment and reimburse reasonable expenses incurred in connection with the Services described in this 12th Amendment, subject to and in accordance with Bankruptcy Court approval. These fees will be billed on a monthly basis using the rates set forth below:

| Professional | Rate per Hour |
|---|---|
| Partner / Principal/ Executive Director – National | $750 |
| Partner / Principal/ Executive Director – Other | $700 |
| Senior Manager | $600 |
| Manager | $510 |
| Senior | $365 |
| Staff | $225 |

You shall also pay any value-added taxes (VAT), sales taxes, and other indirect taxes incurred in connection with the delivery of the above Services, including any such taxes and related administrative costs that result from billing arrangements specifically requested by you.

This letter does not modify any portion of the SOW not specifically addressed herein, and all other provisions of the SOW are applicable hereto.

We appreciate the opportunity to be of continued service to you. If you have any questions regarding the matters discussed in this letter, please contact James E. Scott at (919) 981-2886.

4849-9588-9454.1



Please indicate your acceptance of the above arrangements by signing and returning the enclosed copy of this letter.

Very truly yours,

*Ernst & Young LLP*

**Nortel Networks Inc. and its U.S. debtor affiliates listed in Appendix A of the SOW
Nortel Networks India International Inc.**

By: _____
Mr. Timothy Ross
CFO and Corporate Secretary

4849-9588-9454.1