## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | Ref. Docket Nos. 16835-16838 & 16867 |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                             ) ss.:
COUNTY OF NEW YORK    )

TIM CONKLIN, being duly sworn, deposes and says:

1. I am employed as a Senior Case Manager by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, 12ᵗʰ Floor, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 6, 2016, I caused to be served a personalized "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e) (2) or (4)" (the "Personalized Transfers"), a sample of which is annexed hereto as Exhibit A, by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                      */s/ Tim Conklin*_____
                                      Tim Conklin

Sworn to before me this
14ᵗʰ day of June, 2016
*/s/ Regina Amporfro*_____
Notary Public, State of New York
No. 01AM6064508
Qualified in Queens County
Commission Expires September 24, 2017

---

[1]      The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

# EXHIBIT A

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Address Service Requested

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



NNI TRFNTC (MERGE2, TXNUM2) 4000115967

To:     BAR(23) MAILID *** 000106523765 ***



FAIR HARBOR CAPITAL, LLC
TRANSFEROR: SHAW, RICHELLE F.
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**

**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form,    **transferor**    refers to the claimant who is selling or otherwise assigning its claim. While    **transferee**    refers to the party who is purchasing or othewise being assigned the claim.

To:


SHAW, RICHELLE F.
1400 SCHOOL HOUSE RD
RICHMOND, VA 23231


Please note that your claim # 8009 in the above referenced case and in the amount of

$13,988.00 allowed at $13,927.47 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000106523765 ***          NNI TRFNTC (MERGE2, TXNUM2) 4000115967



FAIR HARBOR CAPITAL, LLC
TRANSFEROR: SHAW, RICHELLE F.
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023


No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER          16867          in your objection.  If you file an objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  06/06/2016                          David D. Bird, Clerk of Co


                                          /s/ Tim Conklin
                                          _____
                                          EPIQ BANKRUPTCY SOLUTIONS, LLC

                                          as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  June 6, 2016.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Legal Documents Enclosed
Please direct to the attention
of the Addressee,

Address Service Requested

Legal Department or President



NNI TRFNTC (MERGE2, TXNUM2) 4000000643

To:     BAR(23) MAILID *** 000106523754 ***



GUTIERREZ, JORGE
6309 KIT CREEK RD.
MORRISVILLE, NC 27560

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
### BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or otehwise being assigned the claim.

To:     BAR(23) MAILID *** 000106523754 ***          NNI TRFNTC (MERGE2, TXNUM2) 4000000643



GUTIERREZ, JORGE
6309 KIT CREEK RD.
MORRISVILLE, NC 27560

Please note that your claim # 644 in the above referenced case and in the amount of
$21,914.40 allowed at $24,544.27 has been transferred (unless previously expunged by court order)

HAIN CAPITAL HOLDINGS, LLC
TRANSFEROR: GUTIERREZ, JORGE
ATTN: AMANDA RAPOPORT
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER        16836        in your objection.  If you file an objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  06/06/2016                              David D. Bird, Clerk of Co

                                             /s/ Tim Conklin

                                             EPIQ BANKRUPTCY SOLUTIONS, LLC

                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  June 6, 2016.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Legal Documents Enclosed
Please direct to the attention
of the Addressee,

Address Service Requested

Legal Department or President



NNI TRFNTC (MERGE2, TXNUM2) 4000115963

To:    BAR(23) MAILID *** 000106523761 ***



HAIN CAPITAL HOLDINGS, LLC
TRANSFEROR: GUTIERREZ, JORGE
ATTN: AMANDA RAPOPORT
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**

**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form,   **transferor**   refers to the claimant who is selling or otherwise assigning its claim.  While   **transferee**   refers to the party who is purchasing or othewise being assigned the claim.

To:

GUTIERREZ, JORGE
6309 KIT CREEK RD.
MORRISVILLE, NC 27560

Please note that your claim # 644 in the above referenced case and in the amount of
$21,914.40 allowed at $24,544.27 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000106523761 ***            NNI TRFNTC (MERGE2, TXNUM2) 4000115963



HAIN CAPITAL HOLDINGS, LLC
TRANSFEROR: GUTIERREZ, JORGE
ATTN: AMANDA RAPOPORT
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST,**
**WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER        16836                in your objection.  If you file an
objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS**
**AS THE CLAIMANT.**

Date:  06/06/2016                          David D. Bird, Clerk of Co

/s/ Tim Conklin

EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  June 6, 2016.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Legal Documents Enclosed
Please direct to the attention
of the Addressee,

Address Service Requested

Legal Department or President



NNI TRFNTC (MERGE2, TXNUM2) 4000115964

To:      BAR(23) MAILID *** 000106523762 ***

HAIN CAPITAL HOLDINGS, LLC
TRANSFEROR: JAUCH, THOMAS E.
ATTN: AMANDA RAPOPORT
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**

**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form,    **transferor**    refers to the claimant who is selling or otherwise assigning its claim.  While    **transferee**    refers to the party who is purchasing or othewise being assigned the claim.

To:

JAUCH, THOMAS E.
7014 CREEKVIEW DR
PENDLETON, NY 14094

Please note that your claim # 1539 in the above referenced case and in the amount of
$0.00 allowed at $35,508.09 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000106523762 ***          NNI TRFNTC (MERGE2, TXNUM2) 4000115964



HAIN CAPITAL HOLDINGS, LLC
TRANSFEROR: JAUCH, THOMAS E.
ATTN: AMANDA RAPOPORT
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER        16837        in your objection.  If you file an objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  06/06/2016                    David D. Bird, Clerk of Co

/s/ Tim Conklin

EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  June 6, 2016.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



Address Service Requested

NNI TRFNTC (MERGE2, TXNUM2) 4000115962

To:    BAR(23) MAILID *** 000106523760 ***

HAIN CAPITAL HOLDINGS, LLC
TRANSFEROR: KUBITSCHEK, LEO
ATTN: AMANDA RAPOPORT
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:

KUBITSCHEK, LEO
10070 TIMBERSTONE RD.
ALPHARETTA, GA 30022

Please note that your claim # 4798 in the above referenced case and in the amount of $79,486.22 allowed at $83,395.34 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000106523760 ***          NNI TRFNTC (MERGE2, TXNUM2) 4000115962



HAIN CAPITAL HOLDINGS, LLC
TRANSFEROR: KUBITSCHEK, LEO
ATTN: AMANDA RAPOPORT
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

No action is required if you do not object to the transfer of your claim.  However  **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
824 NORTH MARKET STREET, 3RD FLOOR
WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER      16835      in your objection.  If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  06/06/2016                    David D. Bird, Clerk of Co

/s/ Tim Conklin
_____

EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  June 6, 2016.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Address Service Requested

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



NNI TRFNTC (MERGE2, TXNUM2) 4000115965

To:     BAR(23) MAILID *** 000106523763 ***

HAIN CAPITAL HOLDINGS, LLC
TRANSFEROR: MOSTYN, WILLIAM
ATTN: AMANDA RAPOPORT
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

# THE REMAINDER OF THIS PAGE
# INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>NORTEL NETWORKS INC., et al.,<br><br>        Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>Jointly Administered |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
### BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form,    **transferor**    refers to the claimant who is selling or otherwise assigning its claim.  While    **transferee**    refers to the party who is purchasing or othewise being assigned the claim.

To:

MOSTYN, WILLIAM
555 INDIAN CREEK DR
TROPHY CLUB, TX 76262

MOSTYN, WILLIAM
WILLIAM MOSTYN
555 INDIAN CREEK DR
TROPHY CLUB, TX 76262

Please note that your claim # 4184 in the above referenced case and in the amount of
$33,860.21 allowed at $37,391.92 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000106523763 ***          NNI TRFNTC (MERGE2, TXNUM2) 4000115965



HAIN CAPITAL HOLDINGS, LLC
TRANSFEROR: MOSTYN, WILLIAM
ATTN: AMANDA RAPOPORT
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER          16838          in your objection.  If you file an objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  06/06/2016                    David D. Bird, Clerk of Co

                               /s/ Tim Conklin

EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  June 6, 2016.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Legal Documents Enclosed
Please direct to the attention
of the Addressee,

Address Service Requested

Legal Department or President



NNI TRFNTC (MERGE2, TXNUM2) 4000103418

To:     BAR(23) MAILID *** 000106523755 ***



JAUCH, THOMAS E.
7014 CREEKVIEW DR
PENDLETON, NY 14094

# THE REMAINDER OF THIS PAGE
# INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF

### BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form,  **transferor**  refers to the claimant who is selling or otherwise assigning its claim.  While  **transferee**  refers to the party who is purchasing or othewise being assigned the claim.

To:     BAR(23) MAILID *** 000106523755 ***          NNI TRFNTC (MERGE2, TXNUM2) 4000103418



JAUCH, THOMAS E.
7014 CREEKVIEW DR
PENDLETON, NY 14094

Please note that your claim # 1539 in the above referenced case and in the amount of
$0.00 allowed at $35,508.09 has been transferred (unless previously expunged by court order)

HAIN CAPITAL HOLDINGS, LLC
TRANSFEROR: JAUCH, THOMAS E.
ATTN: AMANDA RAPOPORT
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

No action is required if you do not object to the transfer of your claim.  However   **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER       16837         in your objection.  If you file an objection, a hearing will be scheduled.   **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  06/06/2016                          David D. Bird, Clerk of Co

/s/ Tim Conklin

EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s)

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  June 6, 2016.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Address Service Requested

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



NNI TRFNTC (MERGE2, TXNUM2) 4000108984

To:     BAR(23) MAILID *** 000106523757 ***

KUBITSCHEK, LEO
10070 TIMBERSTONE RD.
ALPHARETTA, GA 30022

# THE REMAINDER OF THIS PAGE
# INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**

**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form,    **transferor**    refers to the claimant who is selling or otherwise assigning its claim.  While    **transferee**    refers to the party who is purchasing or othewise being assigned the claim.

To:       BAR(23) MAILID *** 000106523757 ***              NNI TRFNTC (MERGE2, TXNUM2) 4000108984



KUBITSCHEK, LEO
10070 TIMBERSTONE RD.
ALPHARETTA, GA 30022

Please note that your claim # 4798 in the above referenced case and in the amount of
$79,486.22 allowed at $83,395.34 has been transferred (unless previously expunged by court order)

HAIN CAPITAL HOLDINGS, LLC
TRANSFEROR: KUBITSCHEK, LEO
ATTN: AMANDA RAPOPORT
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER        16835              in your objection.  If you file an objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  06/06/2016                                David D. Bird, Clerk of Co

/s/ Tim Conklin

EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  June 6, 2016.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Legal Documents Enclosed
Please direct to the attention
of the Addressee,

Address Service Requested

Legal Department or President



NNI TRFNTC (MERGE2, TXNUM2) 4000107817

To:    BAR(23) MAILID *** 000106523756 ***



MOSTYN, WILLIAM
555 INDIAN CREEK DR
TROPHY CLUB, TX 76262

# THE REMAINDER OF THIS PAGE
# INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
### BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim.  While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:    BAR(23) MAILID *** 000106523756 ***          NNI TRFNTC (MERGE2, TXNUM2) 4000107817



MOSTYN, WILLIAM                                    MOSTYN, WILLIAM
555 INDIAN CREEK DR                                WILLIAM MOSTYN
TROPHY CLUB, TX 76262                              555 INDIAN CREEK DR
                                                   TROPHY CLUB, TX 76262

Please note that your claim # 4184 in the above referenced case and in the amount of
$33,860.21 allowed at $37,391.92 has been transferred (unless previously expunged by court order)

HAIN CAPITAL HOLDINGS, LLC
TRANSFEROR: MOSTYN, WILLIAM
ATTN: AMANDA RAPOPORT
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER        16838        in your objection.  If you file an objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  06/06/2016                        David D. Bird, Clerk of Co

                                         /s/ Tim Conklin
                                         _____
                                         EPIQ BANKRUPTCY SOLUTIONS, LLC

                                         as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  June 6, 2016.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Address Service Requested

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



NNI TRFNTC (MERGE2, TXNUM2) 4000112410

To:    BAR(23) MAILID *** 000106523759 ***

SHAW, RICHELLE F.
1400 SCHOOL HOUSE RD
RICHMOND, VA 23231

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**

**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form,     **transferor**     refers to the claimant who is selling or otherwise assigning its claim.  While     **transferee**     refers to the party who is purchasing or otehwise being assigned the claim.

To:     BAR(23) MAILID *** 000106523759 ***           NNI TRFNTC (MERGE2, TXNUM2) 4000112410



SHAW, RICHELLE F.
1400 SCHOOL HOUSE RD
RICHMOND, VA 23231

Please note that your claim # 8009 in the above referenced case and in the amount of
$13,988.00 allowed at $13,927.47 has been transferred (unless previously expunged by court order)

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: SHAW, RICHELLE F.
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

No action is required if you do not object to the transfer of your claim.  However     **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST,**
**WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER          16867          in your objection.  If you file an
objection, a hearing will be scheduled.     **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS**
**AS THE CLAIMANT.**

Date:  06/06/2016                          David D. Bird, Clerk of Co

                                       /s/ Tim Conklin
                          _____
                          EPIQ BANKRUPTCY SOLUTIONS, LLC

                          as claims agent for the debtor(s).

FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  June 6, 2016.

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| FAIR HARBOR CAPITAL, LLC | TRANSFEROR: SHAW, RICHELLE F., ANSONIA FINANCE STATION, PO BOX 237037, NEW YORK, NY 10023 |
| GUTIERREZ, JORGE | 6309 KIT CREEK RD., MORRISVILLE, NC 27560 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: GUTIERREZ, JORGE, ATTN: AMANDA RAPOPORT, 301 ROUTE 17, 7TH FLOOR, RUTHERFORD, NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: JAUCH, THOMAS E., ATTN: AMANDA RAPOPORT, 301 ROUTE 17, 7TH FLOOR, RUTHERFORD, NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: KUBITSCHEK, LEO, ATTN: AMANDA RAPOPORT, 301 ROUTE 17, 7TH FLOOR, RUTHERFORD, NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: MOSTYN, WILLIAM, ATTN: AMANDA RAPOPORT, 301 ROUTE 17, 7TH FLOOR, RUTHERFORD, NJ 07070 |
| JAUCH, THOMAS E. | 7014 CREEKVIEW DR, PENDLETON, NY 14094 |
| KUBITSCHEK, LEO | 10070 TIMBERSTONE RD., ALPHARETTA, GA 30022 |
| MOSTYN, WILLIAM | 555 INDIAN CREEK DR, TROPHY CLUB, TX 76262 |
| SHAW, RICHELLE F. | 1400 SCHOOL HOUSE RD, RICHMOND, VA 23231 |

**Total Creditor Count 10**

CLEARY GOTTLIEB STEEN & HAMILTON LLP
JAMES L. BROMLEY, ESQ.
ONE LIBERTY PLAZA
NEW YORK, NY 10006