# **<u>EXHIBIT B</u>**

```
*******************************************************************************************Page 25 of (26)
                                         WHITEFORD, TAYLOR & PRESTON      THRU 05/31/16
BILLING ATTORNEY: 01762  CHRISTOPHER M. SAMIS   DETAILED   BILLING REPORT  AS OF 6/8/2016 1:30:22 PM
                                         PROFORMA NUMBER: 530984          LAST DATE BILLED 06/03/16
```

| | |
|---|---|
| CLIENT 091281 | OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF |
| | NORTEL NETWORKS, INC. |
| MATTER 00001 | NORTEL |
| CASE ID | |

***DISBURSEMENTS ***

| INDEX | DATE | REFER-# | CODE | CTRL-# | TKPR | | AMOUNT | |
|---|---|---|---|---|---|---|---|---|
| | | | 10 | | | PHOTOCOPIES | | 1.30 |
| 4808277 | 05/18/16 | | 43 | | 01762 | HAWKINS REPORTING SERVICE - TRANSCRIPTS/DEPOSITIONS-NORTEL APPEAL ORAL ARGUMENT TRANSCRIPT (DAY 2) | 371.25 | |
| 4808276 | 05/18/16 | | 43 | | 01762 | HAWKINS REPORTING SERVICE - TRANSCRIPTS/DEPOSITIONS-NORTEL APPEAL ORAL ARGUMENT TRANSCRIPT (DAY 1) | 1,018.80 | |
| | | | | | *43 | TRANSCRIPTS/DEPOSITIONS | | 1,390.05 |
| 4808274 | 05/17/16 | | 44 | | 01762 | DLS DISCOVERY - COPIES-COPY/PRINT; ENVELOPE; PDF EMAILED TO CLIENT; PRINTING ON LABEL STOCK; POSTAGE; HAND DELIVERY W BANKRUPTCY SERVICE | 90.31 | |

```
**************************************************************************************************Page 26 of (26)
                                              WHITEFORD, TAYLOR & PRESTON      THRU 05/31/16
BILLING ATTORNEY: 01762  CHRISTOPHER M. SAMIS  DETAILED   BILLING REPORT       AS OF 6/8/2016 1:30:22 PM
                                              PROFORMA NUMBER: 530984          LAST DATE BILLED 06/03/16
```

| CLIENT 091281 | OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF |
|---|---|
| | NORTEL NETWORKS, INC. |
| MATTER 00001 | NORTEL |
| CASE ID | |

| INDEX | DATE | REFER-# | CODE | CTRL-# | TKPR | | AMOUNT |
|---|---|---|---|---|---|---|---|
| 4808273 | 05/17/16 | | 44 | | 01762 | DLS DISCOVERY - COPIES-PRINT B/W FROM TIFF; TABS CUSTOM; PUNCH PAPER; RING BINDERS; PACER CHARGES | 167.83 |
| 4808275 | 05/17/16 | | 44 | | 01762 | DLS DISCOVERY - COPIES-COPY/PRINT; ENVELOPE; PDF EMAILED TO CLIENT; PRINTING ON LABEL STOCK; POSTAGE; HAND DELIVERY W BANKRUPTCY SERVICE | 83.84 |
| 4808279 | 05/18/16 | | 44 | | 01762 | COPIES DLS DISCOVERY - COPIES | 107.98 |
| 4808280 | 05/19/16 | | 44 | | 01762 | COPIES DLS DISCOVERY - COPIES | 23.11 |
| 4808278 | 05/20/16 | | 44 | | 01762 | COPIES DLS DISCOVERY - COPY/PRINT; ENVELOPE; PRINTING ON LABEL STOCK; PDF EMAILED TO CLIENT; POSTAGE; HAND DELIVERY W BANKRUPTCY COURT | 120.07 |
| | | | *44 | | | COPIES | 593.14 |

*TOTAL DISBURSEMENTS*        1,984.49