IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Case No. 09-10138(KG) |
| | ) | (Jointly Administered) |
| | ) | |
| NORTEL NETWORKS, INC., et al., | ) | Chapter 11 |
| | ) | |
| | ) | Courtroom 3 |
| | ) | 824 Market Street |
| Debtors. | ) | Wilmington, Delaware |
| | ) | |
| | ) | June 1, 2016 |
| | ) | 9:27 a.m. |
| | ) | |
| SNMP RESEARCH INTERNATIONAL, INC., | ) | |
| | ) | |
| and | ) | Adv. No. 11-53454(KG) |
| | ) | |
| SNMP RESEARCH, INC., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| NORTEL NETWORKS, INC., et al., | ) | |
| | ) | |
| and | ) | |
| | ) | |
| AVAYA, INC., | ) | |
| | ) | |
| Defendants. | ) | |

TRANSCRIPT OF PROCEEDINGS
BEFORE THE HONORABLE JUDGE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE

TELEPHONIC APPEARANCES:

For Debtors:          Cleary Gottlieb Steen & Hamilton
                      BY: DAVID HARRINGTON, ESQ.
                      BY: LISA M. SCHWEITZER, ESQ.
                      (212) 225-2266

ECRO:                 BRANDON MCCARTHY

Transcription Service: DIAZ TRANSCRIPTION SERVICES
                       331 Schuylkill Street
                       Harrisburg, Pennsylvania 17110
                       (717) 233-6664
                       www.diazdata.com

Proceedings recorded by electronic sound recording;
transcript produced by transcription service

```
TELEPHONIC APPEARANCES:
(Continued)

For the Debtor:            Morris Nichols Arsht & Tunnell
                           BY:   DEREK C. ABBOTT, ESQ.
                           BY:   ANDREW R. REMMING, ESQ.
                           302-658-9200

For Defendant, Nortel
Networks, Inc., et al.:    Norton Rose Fulbright US, LLP
                           BY:   PAUL KELLER, ESQ.
                           212-318-3212

                           Buchanan Ingersol & Rooney, PC
                           BY:   KATHLEEN MURPHY, ESQ.
                           302-552-4214

For Ad Hoc Group of
Bondholders:               Milbank Tweed Hadley & McCloy, LLP
                           BY: NICK BASSETT, ESQ.
                           212-530-5000

For SNMP Research:         King Ballow Law Offices
                           BY: RICHARD S. BUSCH, ESQ.
                           615-259-3456

                           Cole Schotz PC
                           BY:   DAVID DEAN, ESQ.
                           410-528-2972
                           BY:   NORMAN PERNICK, ESQ.
                           302-651-2001

                           Egerton McAlee Armstead & Davis
                           BY: JOHN L. WOOD, ESQ.
                           865-292-2503

For SNMP:                  SNMP
                           BY:   JEFFREY CASE
                           865-579-0527

For Official Committee
Of Unsecured Creditors:    Akin Gump Strauss Hauer & Feld LLP
                           BY: MATTHEW C. FEAGAN, ESQ.
                           212-872-8051
                           BY: ROBERT JOHNSON, ESQ.
                           212-872-1077

                           Whiteford Taylor & Preston, LLC
                           BY: CHRISTOPHER M. SAMIS, ESQ.
                           302-357-3266
```

TELEPHONIC APPEARANCES:
(Continued)

For Canadian Creditors
Committee:                      DLA Piper, US, LLP
                                BY:  SELINDA A. MELNIK, ESQ.
                                302-468-5650

For Creditor Avaya Inc.: Holland & Knight LLP
                                BY:  BENJAMIN STERN, ESQ.
                                617-305-2022

                                Sullivan Hazeltine Alinson, LLC
                                BY:  WILLIAM SULLIVAN, ESQ.
                                302-428-8191


For Interested Party:           Dow Jones & Co.
                                BY:  Peg A. Brickley
                                215-462-0953

                                Reorg Research, Inc.
                                BY: ANGELO THALASSINOS
                                212-568-8890

                                Cantor Fitzgerald
                                ANDREW M. THAU
                                212-915-1232

                                Hughes Hubbard & Reed
                                BY: CHARLES HUBERTY, ESQ.
                                212-837-6045

1

1  WILMINGTON, DELAWARE, WEDNESDAY, JUNE 1, 2015, 9:27 A.M.

2           THE COURT:  Good morning, Counsel.  Judge Gross

3  is on the telephone and I know you've written to me and I am

4  prepared to hear you.  I've read the letters, so I'm

5  certainly familiar with the positions you're taking.  And

6  let me just -- let me see if I can be of help here in

7  clarifying the Summary Judgment Ruling.  And when I refer to

8  Nortel, I mean Nortel Networks, Inc., and the other U.S.

9  entities.  And when I refer to SNMP, it means the

10  Plaintiffs.

11           The Court did not authorize the sale of SNMP

12  software to any of the business line purchasers.  Nortel did

13  not own the software, and hence, could not sell it.  The

14  Summary Judgment papers made it clear to the Court that

15  Nortel did transfer the software to business line

16  purchasers.  The question the Court could not answer on

17  Summary Judgment is did Nortel receive anything for the

18  transfer of SNMP software?  Did Nortel profit from the

19  transfer of SNMP software to business line purchasers?  If

20  the answer is no, that is the end of the profits claim.  And

21  it is SNMP's burden to prove profit.

22           I don't know if that helps Nortel to better

23  understand the Summary Judgment Ruling or if Nortel needs to

24  seek further clarification.

25           MR. HARRINGTON:  Your Honor, this is David

1   Harrington for Nortel.  And thank you for providing that

2   perspective.  From Nortel's perspective -- and can Your

3   Honor hear me okay?

4              THE COURT:  Yes, I hear you fine, Mr. Harrington,

5   thank you.

6              MR. HARRINGTON:  Okay, very good.  From Nortel's

7   perspective, we were focused on a purchase price paid for

8   the assets sold in the business line sales.  And that

9   purchase price was expressly stated to be for the assets for

10  the property that Nortel was selling.  And that's stated in

11  the Sale Agreement and it's reflected in the Sale Orders.

12             As Your Honor has just confirmed and also

13  confirmed in the ruling, those assets that the purchase

14  price proceeds were combined and were by definition, only

15  the Debtors' property.  They couldn't have been anybody

16  else's property.  So the purchase price proceeds would --

17  could not be a target for a profit claim.  So that's what we

18  have sought to establish.  And from what the Court said in

19  their ruling, and from what Your Honor said just now, we

20  understand that to be the case.

21             THE COURT:  Well, if that is the case, then the

22  profits claim is over.  But I couldn't tell from the Summary

23  Judgment papers whether, in fact, the transfer of SNMP

24  software was somehow -- whether Nortel received any

25  remuneration from that transfer.

1              MR. HARRINGTON:  And it -- the way that -- and we

2    appreciate that, Your Honor.  And the way we understood that

3    is was there some separate evidence other than the Sale

4    Agreements, the Sale Orders, the recitation of what the

5    purchase price paid in the sales was for, all of which says

6    it's only Debtors' property not any third party's property,

7    including SNMP.  So that record is clear.

8              And what we understood Your Honor to be saying is

9    maybe there is something else.  Maybe there is some,

10   essentially a side agreement where the seller said -- I'm

11   sorry, the buyers said, of course, our purchase price is not

12   -- is only for your property, but separately, we'd like you

13   to transfer software only to SNMP and we'll, you know, pay

14   you for that.  That didn't happen.  And I believe SNMP

15   acknowledges that that did not happen.  So that question was

16   left hanging out there.

17             But again, the purchase price proceeds cannot

18   possibly be for anything but Debtors' property.  And so they

19   can't be for the property of SNMP or the property of any

20   other third party.  And that record is established as a

21   matter of law.  So, of course, as Your Honor, I believe is

22   now aware, the Canadian Court ruled in exactly the same way

23   and did dismiss the property claim.

24             THE COURT:  That's right.  Well, let me hear from

25   SNMP on this.

1          MR. DEAN:  Well thank you, Your Honor.  This is

2    David Dean of Cole Schotz on behalf of SNMP.

3          THE COURT:  Good morning, Mr. Dean.

4          MR. DEAN:  Good morning, Your Honor, thank you

5    for hearing from us today.  Our perspective on the Court's

6    ruling was that SNMP had a little bit of work to do to show

7    that the value -- there was value given to the Debtors from

8    the sale of the SNMP software.  And at the close of

9    discovery, we expect to be prepared to overcome the burden

10   that the Court placed on us in the ruling.  And in doing so,

11   we are going to be prepared to show that when our software

12   was transferred as part of the sale, that without the

13   software being transferred, Nortel could not have sold

14   functioning products.  The buyers were paying good money for

15   product that worked.  And without the improper transfer of

16   our software, which is a matter of admission by the Debtors,

17   they would not have been able to achieve the purchase, the

18   level of purchase price that they did.

19         Now from an expert standpoint, once we overcome

20   that initial burden and overcome Summary Judgment to show

21   that there was at least some value in the transfer of the

22   software that the Debtors received from the purchase, we

23   will then present expert testimony to rebut what we

24   anticipate will be the Debtors' position that there was

25   minimal value for the software because the buyers had to

1  obtain a separate license from SNMP to use the software.

2          So our theory of this case is not that there was

3  value in the software because -- or not value in the

4  software because the purchasers did not pay Nortel

5  separately because they had the license to us.  I mean, we

6  understand that there was no assignment of our License

7  Agreement and that purchasers had to do a separate License

8  Agreement with us to use the software properly, but Avaya

9  did not get a License Agreement from us and they used the

10  software improperly for many years before we just entered

11  into a Settlement Agreement with them.  They didn't seem to

12  care about that.  But more to the point, without our

13  software, Nortel could not have transferred functioning,

14  working products which goes directly to what the buyers

15  would have paid for the assets when they could not have

16  gotten functioning product at the time of the sale.

17          And so we believe that we will be able to show

18  that.  We've already showed it with respect to certain

19  products.  And we think once we do that, we will overcome

20  our initial burden of proof to show that there was at least

21  some value in the transfer of our software to the purchase

22  prices that the Nortel entities received.

23          MR. HARRINGTON:  Your Honor, unless Your Honor

24  has a question for SNMP counsel, I would like to respond to

25  that.

1           THE COURT:  Yes.

2           MR. HARRINGTON:  Okay.  The Copyright Statute

3  doesn't talk about some value.  And there was no value that

4  was in any event paid to Nortel.  The Copyright Statute

5  refers to profits directly attributable to the software.

6  And as Your Honor said, that wouldn't have to be used, we're

7  talking about the purchase price.  Did the purchase price,

8  some portion of it, was paid for software for a property

9  that did not belong to Nortel?  And in the matter of the

10  Sale Agreement and the Sale Orders, that couldn't be more

11  unambiguous.  That the only thing the purchase price paid

12  for is the property of the Debtors.

13           Now the value argument is really SNMP's sort of

14  economic realities argument which Your Honor also addressed.

15  And as Your Honor pointed out, that the problem with SNMP's

16  economic realities argument is that it requires the Court to

17  assume that the purchasers in a business line sale, pay

18  twice for the SNMP software.  First, with a purchase and pay

19  for Nortel's property.  And second, when they pay SNMP for

20  the right to use the SNMP property.  And, Your Honor, says

21  the Court is unwilling to make such an unrealistic economic

22  assumption.  And went on to say, again most, if not all of

23  the business line sales purchasers who wanted to use the

24  SNMP software, paid SNMP for the use.

25           Let me just pause on that.  SNMP's counsel just

1  said that Avaya didn't have an agreement in place.  It

2  absolutely did.  It had an Accession Agreement.  And it

3  continued to extend that Accession Agreement with SNMP.

4  They extended it together.  When Avaya discovered anything

5  new, they added it.  When they discovered things that they

6  actually weren't using, they took it away.  That was

7  extended several times.

8          So as of -- in connection with the sale, Avaya

9  absolutely understood that it needed an agreement with SNMP

10 and it entered into one and it compensated SNMP.  The only

11 reason that fell apart, had nothing to do with Nortel.  It

12 had to with the fact that separately, Avaya had its own

13 separate license with SNMP.  It had nothing to do with

14 Nortel.  And SNMP at some point emerged that Avaya wasn't

15 paying what SNMP thought it should be paying under that

16 separate license.  That blew up and with it, it blew up the

17 continued extension of the Extension Agreement in connection

18 with Nortel.

19         But for Avaya as well and for every single one of

20 the buyers who understood that they would be using SNMP

21 software, they did exactly what the Court described.  They

22 certainly didn't compensate and/or pay any part of the

23 purchase price to Nortel for property belonging to SNMP.  In

24 fact, the Sale Agreement expressly excluded that.

25         And Your Honor went on to say the cases SNMP

1  cites in support of its profit argument are not like the

2  situation present here in which the Sale Orders provided

3  that Nortel was not selling SNMP software.  That's a direct

4  quote and it's absolutely right.  The Sale Orders provided

5  that Nortel was not selling SNMP software.  That when it

6  sold its assets and it received a purchase price in

7  exchange, that was for Debtors' property.  It had to be.  It

8  couldn't be for anything else.

9           So SNMP's sort of fall back economic realities

10  value argument, that doesn't work either.  Just as Justice

11  Newbould ruled in rejecting SNMP's arguments across the

12  board that the purchase price is for Debtors' property, not

13  for anything else.

14           THE COURT:  So let me ask you this, Mr.

15  Harrington.  What is it you want me to do at this point and

16  how does it impact discovery?

17           MR. HARRINGTON:  Well, what we would like the

18  Court to do is clarify it as to the purchase price paid for

19  these business line sales.  That the purchase price cannot

20  be attributable to SNMP's property or any other third

21  parties property.  And therefore, that purchase price

22  proceeds cannot be the subject of a profits claim.

23           THE COURT:  Okay.  Does it impact discovery?

24           MR. HARRINGTON:  Well, Your Honor, I think once

25  we -- that ruling is made, it will impact discovery.  We're

1   not, in fact, trying to resist discovery on the basis of

2   saying, well, we're going to seek clarification and when we

3   get it, that will end the discovery disputes.  It will, if

4   Your Honor does provide a clarification that we believe

5   would be appropriate.  But in the meantime, we've been

6   dealing with discovery and I'm happy to address that when we

7   turn to that.  But we're not asking the Court or they would

8   say you don't need to move forward with discovery in the

9   meantime.

10          We'd like if we can tee up a prompt Clarification

11  Motion and an argument date, if that would be helpful, and

12  hopefully, get a ruling.  And again, we'll very much

13  streamline this case.  And I think also, we'll put the

14  parties in a framework where, I would hope, we could sit

15  down and actually reach a resolution.  But right now, the

16  differing interpretations of the Court's ruling is making

17  that impossible.

18          THE COURT:  Okay.  Mr. Dean, anything from you on

19  this?

20          MR. DEAN:  Yes, a couple of points, Your Honor.

21  Number one, just factually, Mr. Harrington mentioned that

22  Avaya and SNMP were parties to an Accession Agreement at the

23  time of the sale and that was actually not true.  So I

24  wanted to make that point for the record.

25          Number two, I want to address this economic

1    realities argument that Mr. Harrington says we are renewing

2    again.  The economic realities argument that the Court cast

3    doubt on in the decision is not the same argument that I am

4    raising today about the functionality of the product and

5    asking what a buyer would have paid for the asset, had the

6    product not worked.  The economic reality argument that we

7    made was the argument that you have a transfer of software

8    at the same time as a transfer of all of the Debtors'

9    assets, and therefore, we have a sale of the software,

10   making this a direct profit case.  That was the argument

11   that we advanced at the Summary Judgment Hearing that the

12   Court cast doubt on.

13          The argument that I am advising the Court of

14   today that we also made in our Summary Judgment papers, but

15   it wasn't heavily focused on was that without the

16   functionality of the product that was created by the

17   transfer of the software, the buyers would have paid

18   something much less than they would have paid and that's the

19   value in the software to the purchase price.

20          So I just wanted to distinguish the economic

21   realities issue which was something entirely separate than

22   the functionality issue that we're discussing right now.

23          Now we don't think that this argument has

24   anything to do with the discovery and this is why.  I want

25   to just take a moment to clarify and explain, emphasize, the

1    type of claims that are involved in this case.  We've got

2    two different, entirely different types of profit claims.

3    So when the Court said, well, if Mr. Harrington's right that

4    there was no value in the purchase price, then the profit

5    claim goes away.  The Court only decided one category of

6    profit claims in this case.  But this adversary proceeding

7    involves the Debtors unauthorized use of our software during

8    the pre-sale period.  And also, the unauthorized transfer

9    and disclosure of our software during the after sale.

10            The Court's decision on Summary Judgment only

11    addressed the profit with respect to the transfer or sale

12    based claims.  They did not address our separate, entirely

13    separate profit claims with respect to the Debtors

14    unauthorized sale of the product that were unlicensed prior

15    to the sale.

16            So I wanted to let the Court know that regardless

17    of how you may rule on a Motion to Clarify the ruling

18    denying the Debtors' Motion for Summary Judgment, it has

19    zero impact on a major profit claim that we have against the

20    Debtors for the unauthorized pre-sale use of our software.

21            THE COURT:  Well I agree, I did not address that.

22            MR. HARRINGTON:  Yes, Your Honor.  This is David

23    Harrington again.  You're -- that's absolutely right.  We

24    did not ask the Court to address that.  We asked the Court

25    to address SNMP's nefarious claim for $200,000 plus in

1    connection with the sale -- actually, $100 million it was.

2    I left out a couple -- a few zeros.

3              THE COURT:  Yes.

4              MR. HARRINGTON:  In connection with the purchase

5    price sales proceeds.  They're like oh, well, you got a

6    billion dollars, some portion of that must be for our

7    property, and therefore, give us $200 million.  And again,

8    that's absolutely wrong.  No portion of that, not a dollar

9    was paid for property that belonged to anybody other than

10   the Debtors.

11             Yeah, let me -- Your Honor, let me just briefly

12   address the Avaya Accession Agreement that I'm -- that we

13   just heard being told to Court that claims evidence was

14   false or untrue.

15             The Avaya Agreement was being discussed prior to

16   the closing in the enterprise sale, including an email from

17   Avaya as of the -- it appears in the Proposed Agreement and

18   we're going to be paying the ███████ to use your software.

19   That was before closing.  The agreement was executed

20   promptly after closing and Avaya paid SNMP the agreed sum of

21   ██████ to use SNMP software.  That agreement was then

22   extended many, many times.  So Avaya absolutely understood

23   before closing, that it would be paying SNMP directly for

24   SNMP software.  It did not say it was paying Nortel anything

25   to get the right to use SNMP software.

1          THE COURT:  All right.  Well, let me ask then on

2    the motion or Motions for Clarification if, in fact, SNMP is

3    going to seek clarification, have you discussed a briefing

4    schedule on that?

5          MR. HARRINGTON:  We haven't, Your Honor, but we'd

6    be happy to do that and I think we could tee this up with an

7    opening paper within a couple of weeks.

8          THE COURT:  Okay.  Why don't you discuss it and

9    send a stipulation to me.  And if you don't agree, of

10   course, then I will address that.

11         MR. HARRINGTON:  Okay, thank you, Your Honor.

12         THE COURT:  All right.  But I do understand the

13   arguments.  And I think -- and I do think clarification will

14   be helpful.  Now, let's talk about, I guess, the second

15   subject we have today to discuss is the extension that Avaya

16   -- that SNMP is seeking.  Is that right, Mr. Dean?

17         MR. DEAN:  Yes, Your Honor, just let me address

18   the first --

19         THE COURT:  Oh, address, I'm sorry, address what?

20         MR. DEAN:  The extension request.  I didn't know

21   if you wanted me or Mr. Harrington to go first.

22         THE COURT:  Oh, I think you should go first, Mr.

23   Dean, yes.

24         MR. DEAN:  All right, thank you, Your Honor.

25   Well, as the Court has seen in the letters, the dispute that

1   has been presented to the Court today through the submission

2   of the Status Report is the appropriate amount of time by

3   which to extend the Scheduling Order deadline.  SNMP has

4   requested a six month extension of the July 8 initial expert

5   deadline and the corresponding deadlines that follow.

6           The U.S. Debtors have taken the position that an

7   extension of no more than two months is proper at this time.

8   And just so the Court knows, and we said this in our letter,

9   we were initially prepared to agree to consensually

10  stipulate to a four month extension with the U.S. Debtors,

11  but when the U.S. Debtors would not agree to that, and then

12  introduced on May 23, when we had a meeting to confer about

13  the Status Reports, the discovery dispute that centers

14  around the Motion to Clarify, we decided that we believe six

15  months is appropriate because we wanted to build in time to

16  resolve this dispute, as well as, to do our expert reports

17  following the receipt of the documents that we're going to

18  need from Debtors.

19          So under the present circumstances, Your Honor,

20  we think a six month extension is justified.  And the reason

21  why we're asking for six months now as opposed to just

22  taking the Debtors' offer for two months and then living to

23  fight another day and then possibly getting three or four

24  months later, if the parties are working hard is because

25  getting a realistic extension up front is critical for the

1   planning of the expert reports that we anticipate proposing,

2   as opposed to getting a shorter extension now with a

3   possibility of getting another one later.

4           And just to put a little specificity on this,

5   Your Honor, SNMP's experts are not going to be sent off to

6   do discreet tasks and prepare their own standalone expert

7   reports.  They're instead going to have to work in tandem

8   building off of one another's expertise and reports.

9           Specifically, we anticipate that the source code

10  experts will assist us in determining what products are

11  contained in the SNMP software.  Another expert will opine

12  on the value of the SNMP software in each of the products

13  that the source code expert helps determine are at issue.

14  Then, Your Honor, our financial expert will use that

15  information from those experts in calculating the value of

16  SNMP software to the overall business line purchase prices

17  and the products sold by Nortel without authorization prior

18  to the business line sale.

19          These collective reports, Your Honor, will be

20  used to counter the U.S. Debtor's anticipated expert

21  position that SNMP's entitled to minimal or no profits from

22  Nortel's infringement prior to and as part of the business

23  line sales.  And due to the complexity and integrated nature

24  of these anticipated expert reports, Your Honor, and to make

25  sure that we can actually engage experts under the specific

1  timeframes that we have, which would be difficult if we just

2  interim extensions, giving us a three month extension for

3  example now, followed by another three months later is not

4  the same as giving us a guaranteed six months up front,

5  which is exactly why we're here today.

6          We must -- we believe that we must operate under

7  a guaranteed timeframe, so that we can properly coordinate

8  and set timelines for our experts in this coordinated

9  effort.  But before any of this can be done, we need certain

10 factual discovery from the U.S. Debtors that has yet to be

11 provided.

12         Namely, Your Honor, SNMP needs financial

13 information related to the products sold prior to the

14 business line sales and as part of the business line sales.

15 This information is necessary to determine what products

16 made economic sense to continue to pursue in this

17 litigation, and to determine the extent of SNMP's damages.

18 And as the Debtors have acknowledged, no financial documents

19 have been produced to date, despite the fact that SNMP

20 discovery requests have been pending since last August.  The

21 U.S. Debtors' failure to comply with the discovery

22 obligations, Your Honor, alone warrant the requested

23 extension.

24         And as we've already discussed, but I'll address

25 a lit bit more specifically, the U.S. Debtors' theory on the

1  impact of the profit claim has no impact on their obligation

2  to produce discovery.  And just to put a bow on that

3  particular discussion we were just having, Your Honor, about

4  the various profit claims, even if they win the Motion to

5  Clarify in its entirety, and the transfer or the sale based

6  profit damages claims go away, the financial information

7  that we are requesting and the Court's asserting that we are

8  doing, still relates heavily to the pre-sale profit claims

9  that we still have and that the Court did not rule.  And so

10  nothing that the Court could do in the profit -- in the

11  transfer profit Motion to Clarify would excuse the Debtors

12  from honoring the discovery obligations in this case.

13         Now in addition to the required financial

14  information, we also need additional time as we said in the

15  letter, to complete the searching of the source code servers

16  in the U.S.  And as I mentioned in describing how these

17  experts work together, the purpose of the assertion is to

18  identify what Nortel product contained the SNMP Research

19  software.  This process is necessary for us to determine

20  what Nortel products contained the software that was

21  unlicensed during the post-petition pre-sale period and the

22  business line sales.

23         So the result of these searches may also uncover

24  additional products subject to SNMP claims that we don't

25  even know about yet.  And additional requests for financial

1    information for the Debtor.  This process as we say in the

2    letter, and the Debtors also say in their letter is

3    underway.  And based on the searching process in Canada, we

4    expect it could take several months to be completed,

5    assuming that we get cooperation fully with -- from the

6    Debtors.

7              Now with respect to Avaya, we -- I -- we

8    obviously have good news that we entered into a Settlement

9    Agreement with Avaya.  And the Settlement Agreement resolved

10   the related case against Avaya between SNMP and Avaya

11   related to the separate License Agreement that dealt with

12   Avaya products that Avaya had with one of the Nortel sales

13   that is pending before Judge Andrews, the Magistrate Judge

14   assigned, assisted us in getting a settlement done with

15   Avaya.  That settlement has already resulted in the

16   dismissal with prejudice of the case before Judge Andrews.

17   And we anticipate that as certain conditions are met, it

18   will result in the dismissal with prejudice as to Avaya in

19   about two months.

20             We -- it would make no sense to require SNMP to

21   do substantial work to pursue a profit claim against Avaya,

22   including having to do additional discovery with Avaya that

23   would become moot relating to Avaya's financials, relating

24   to the post-bankruptcy sale profits from their sale of

25   unlicensed Nortel products.  And it would make no sense for

1    Avaya to have to prepare rebuttal reports during the two

2    month period where we are all believing that the case is

3    going to go away against Avaya.

4              So notwithstanding all of the discovery

5    obligations outstanding from the U.S. Debtors, we think that

6    the Settlement Agreement with Avaya, which is a very good

7    thing, warrants an extension as well to prevent SNMP and

8    Avaya from having to prosecute and continue to preserve

9    these claims or risk not having enough time to prosecute

10   them, if the Avaya conditions are not met and Avaya remains

11   in the case.

12             The last point I want to raise, Your Honor, as

13   part of the extension request is our efforts with respect to

14   third parties.  As Your Honor knows, some of these third

15   parties have -- are foreign entities that have no U.S.

16   presence.  Ericsson is one.  The Court may have seen the

17   other day, you probably noted, that we just received within

18   the last week from the Court in Sweden, indicating that

19   Ericsson has responded to the Swedish Courts' request for

20   information from this Court and that we have until August to

21   file a response.  And we have to decide what we're going to

22   do with that, but that's still out there.

23             We handled the issue in subpoena to Ericsson

24   affiliates in the U.S. and they were -- and they have agreed

25   to give us limited cooperation.  So we're hoping that we can

1  coordinate with the U.S. lawyers for Ericsson and hope to

2  avoid a fight in Sweden, but that's still to be determined.

3          With respect to Kapsch, another asset buyer, the

4  Court also signed a letter interrogatory with respect to

5  Kapsch and it was sent to the Court in Austria.  The

6  Austrian Court has yet to respond.  So these foreign Courts

7  do not work with the same speed as this Court does when it

8  comes to letter interrogatories and request for assistance

9  in prosecuting foreign proceedings.

10          We are working with all of the buyers, except for

11  Kapsch because we have not made any contact with them yet.

12  They have no U.S. presence at all and this is the only way

13  that we had to reach them because SNMP is not -- Kapsch is

14  not an existing customer that means we do not have a contact

15  with Kapsch.

16          But with respect to all the buyers, the approach

17  that we took was we wanted to respect the proportionality

18  and the amount of documents that we were requesting from the

19  buyers.  We didn't want to just ask the buyers for

20  everything that the U.S. Debtors were failing to give us in

21  discovery.  So we said let's take this in baby steps.  The

22  first thing we're going to ask the buyers for are a list of

23  the source codes filed in the transfer and a purchase price

24  allocation valuation performed by an outside valuation firm.

25          These are very important documents that our

1   experts need to base his valuation of the SNMP software to

2   the purchase price sales because you have to have a starting

3   point for these valuations or else the expert is put in a

4   position of having to value each and every asset, as opposed

5   to just drilling down to the intellectual property and then

6   drilling down to the SNMP software.

7            So with the exception of Kapsch, we recently got

8   all of these.  We got the last couple in approximately mid-

9   April.  Our expert then evaluated, has started to evaluate

10  these.  And with the first couple, with a Avaya and GENBAND,

11  which we think are probably going to be the two most

12  important, so we started with those first, our expert has

13  told us that the details and evaluation report are not

14  sufficient enough to drill down to the product level.  So

15  they have sent us back to the buyers to request the

16  projections that were prepared by management at the buyer

17  and given to the evaluation firms to support the valuation,

18  so that we can sure up the valuation to make sure that

19  they're credible and usable in the valuation exercise that

20  we're doing.

21            And I just -- I raise these issues because I want

22  the Court to understand the complexity of our efforts to get

23  third party discovery and our appreciation of the

24  proportionality requirements, so we're not just going in to

25  Court having battles among battles with third parties.  In

1  fact, we've been able to resolve everything amicably, but to

2  do it amicably, it takes more time, but it also takes us

3  doing things in baby steps which is what we're doing.

4           And so, in addition to the Avaya settlement and

5  the U.S. Debtors failure to give us virtually any documents

6  in this case, I mean, we say in our letter, the Debtors have

7  given us a grand total of 251 documents in this case.  And

8  those 251 documents consist largely of the sale transaction

9  documents, two lists of the source code files, a bunch of

10 royalty information that we already had, and one email from

11 a lawyer, from a lawyer from SNMP.  That's the extent of the

12 Debtors' production in this case.

13          On the other hand, we produced, you know,

14 thousands, and thousands, and thousands of documents to the

15 Canadian and the U.S. Debtors and given them access to it.

16 And we -- but we have honored all of our discovery

17 obligations in this case.

18          And so, in addition to the U.S. Debtors failure

19 to give us discovery, the structure of the Avaya settlement,

20 we believe our efforts which I think are entirely

21 reasonable, even though it's taken longer than we thought it

22 would with the buyer, also justify the extension requests,

23 Your Honor.  So unless you have any other questions, Judge,

24 that's all I have.

25          THE COURT:  I'll only comment this way, Mr. Dean.

1  The Court is always available to resolve discovery disputes.

2  So if you weren't getting the cooperation that you thought

3  you should from Nortel, a call to the Court and we would

4  address it on a telephone conference, if possible, or in

5  Court, if necessary.  And that's just my observation on the

6  discovery problems that you've focused on here.

7          MR. DEAN:  I appreciate that, Your Honor.  And I

8  think that we're probably going to have to do that soon.

9  The reason why we haven't done it so far is because we were

10 just advised last week that the Debtors have this theory

11 that we're not entitled to documents based on the Motion to

12 Clarify.  When this theory was raised in mid-March by the

13 U.S. Debtors, they told us that they would not withhold

14 documents based on the theory of the Court's ruling and then

15 renewed this theory that we weren't entitled to certain

16 documents in May 23.  So that's the reason why this

17 particular issue hasn't been brought to the Court yet.

18          THE COURT:  All right.  Mr. Harrington, if it's

19 you who's going to be addressing this.

20                      (Laughter)

21          MR. HARRINGTON:  Yes, thank you, Your Honor.  And

22 that last statement I'll address first.  We are still not

23 saying that we are declining to produce discovery to the

24 ruling on the Clarification Motion.  We have been providing

25 discovery and I'll go through that.  So there's nothing

1   different about what we said on May 23.  What we said on May

2   23 is given our different interpretations of the ruling, we

3   think it would make sense to get clarification, both because

4   it would bear on discovery once it's issued and because it

5   would put us in a position to try to resolve the case, you

6   know, but that nothing has changed.

7            And the part of discovery, Your Honor, and where

8   we are, and what has happened really in the last year, SNMP

9   has already made a request that we opposed, for a six month

10  extension back last September, so it was last summer.  And

11  they said they needed it because there may be some VOB's on

12  the U.S. system, U.S. server, the software repository that

13  weren't in Canada.  Okay, fine.  Your Honor granted that.

14  Then later, they requested yet another extension of four

15  months.  So they got ten months of delays.  Now they're

16  coming in and saying, well, we want yet another half a year.

17  So we're talking about close to a year and a half of delays

18  and nothing has changed on the discovery landscape.

19           And I'll go through, Your Honor, where we are on

20  discovery, but just as Your Honor has said, if SNMP is

21  unhappy with what we're able to provide, they should have

22  gone to the Court.  They should have gone to Your Honor

23  really, almost a year ago, certainly half a year ago.  They

24  shouldn't be here in June of 2016, saying let's push back

25  the discovery deadline, so that discovery is not even

1   finished until 2017.  And we don't even file opening

2   dispositive motions until May 15 of 2017, close to a year

3   from now.  There's simply no basis for that.

4           And, Your Honor, I would like to go through where

5   we are in the discovery and what the parties have done.

6           THE COURT:  All right.

7           MR. HARRINGTON:  And there are really two

8   subjects of discovery.  One is, is there any more

9   information about product -- Nortel products that used SNMP

10  software, beyond what's already been provided and provided

11  for from a lot of sources which I'll go through.  And by the

12  way, you know, the vast majority of Nortel products really

13  had nothing to do with SNMP's software but, you know, those

14  that do, information's been provided.

15          First off, Nortel had a group that was

16  responsible for tracking the use of third party software.

17  And, you know, there was a -- it was a dedicated department

18  within Nortel.  And their job with SNMP and with any other

19  third party software supplier was to keep track of which

20  Nortel products were using that software.  We have produced

21  in that group, prepared royalty reports, and they also had a

22  working spreadsheet in which they updated each other and as

23  a group, collected their information about the status of any

24  Nortel product ultimately using third party software.

25          That's -- and that's real time contemporaneous

1  information about the very question that SNMP is asking,

2  which products use our software.  That was collected by

3  people whose job was to answer that very question.  We

4  provided those documents, those spreadsheets.

5          THE COURT:  Was that group in existence post-

6  petition?

7          MR. HARRINGTON:  I think they -- yes, they

8  continued on post-petition.

9          THE COURT:  Okay.

10         MR. HARRINGTON:  And so, that's again, the real

11  time direct evidence.  And, you know, nobody was -- they

12  were just doing their job.  Their job was to provide the

13  best information they could internally and collected that

14  information they could internally, on this very question,

15  you know, where are our products using any third party

16  software?  And we have provided that.

17         Second, the buyers have all, to our knowledge, at

18  least in this case, have all done a kind of searching and

19  inquiry that SNMP has asked to business line buyers, so

20  Avaya, GENBAND, Ericsson.  SNMP went to them and said, you

21  know, tell us what products use our software.  And they have

22  answered that question.  They have done the kind of

23  searches.

24         And one reason that's important is it's the

25  buyers who have the software, who have the products, who

1  have the former Nortel engineers who can actually provide

2  this information.  Because simply looking at all the

3  software files, only tells you that there's a repository

4  that has the software in it.  It doesn't answer the question

5  of whether that software was used in any product.

6              So SNMP has done that with each of the buyers.

7  And if SNMP wasn't content with the process and the

8  responses, they had every ability to do third party

9  discovery and get it through discovery in this case.  They

10  haven't done that, which suggested they're content with what

11  the buyers did.  So that, too, answers this question of

12  which Nortel products used SNMP software.

13              What SNMP is doing beyond all that is really

14  redundant and really not very probative, if it's probative

15  and relevant at all.  And that is there are software

16  containers of the repositories, which are called VOB's,

17  V-O-B-E [sic].

18              THE COURT:  Yes.

19              MR. HARRINGTON:  It's a Video Object Database.

20  And so there's a -- I think we've talked to Your Honor about

21  this before.  There's like a drawer that stores things.  And

22  you can store all kinds of things.  So a VOB may have

23  drawers that there can be software in it.  It may have

24  Nortel software in it.  It may have other third party

25  software in it.

1          So SNMP has said, well let's search these VOB's

2    because, you know, let's see what's in there.  The weakness

3    of that is again, all that that can tell you is that there's

4    a repository that has some software in it.  It doesn't tell

5    you whether that software was used in getting actual

6    product.  And if so, it doesn't tell you which product.  And

7    again, we already have the answers to that question from the

8    best sources available.  But nevertheless, SNMP wanted to do

9    this.  They've already done it up in Canada.  And what

10   they're -- what they want to do with respect to the U.S. is

11   see whether the U.S. has VOB's that Canada doesn't.  And it

12   appears that there may be some VOB's that are still on the

13   U.S. system that were not on the Canadian system when SNMP

14   searched up in Canada.

15          Now this was known to SNMP back last August and

16   this was the basis for SNMP's first request for a six month

17   extension after September which the Court granted and then,

18   of course, that's when they got another four month

19   extension.  So this not new.  This is not a justification to

20   add six more months of delay onto the ten months of delay

21   that they've already sought and obtained.

22          Now SNMP has finally gotten around to moving

23   forward with this process.  As you may remember, SNMP first

24   started trying to hire former Nortel employees and Your

25   Honor rejected that.  But even that, they sent us down that

1  -- started that process long before.  So they could have

2  started properly with people who weren't former Nortel

3  employees.  But here we are, the process is happening, for

4  some reason, rather than searching the VOB's that U.S. has

5  admitted and done them, that hasn't even started yet because

6  SNMP is saying well, let's search all of the VOB's that are

7  duplicates to see if they really are duplicates.  Our, it's

8  called clear cases, the system, our clear case expert tells

9  us there's no reason for that, they clearly are the same,

10  you can tell they're the same.  But that's what SNMP is

11  doing now, so six months, it's been nine months now, fine.

12            Once it searches the actual VOB's that the U.S.

13  has that Canada didn't have, that should take a matter of

14  weeks.  It shouldn't take -- it won't take six months.  And

15  again, SNMP can't use its own delay in getting this process

16  started to come to the Court in June of 2015 and say I know

17  back in September we got an extension so we could do this,

18  but we still really haven't done anything, so give us

19  another half a year.  That just can't be a basis for

20  delaying this case even further.  So that's VOB's searching

21  and that type of question, you know, is what do we know

22  about Nortel products that use SNMP software.

23            The second subject of discovery and Mr. Dean

24  alluded to this is financial information concerning Nortel

25  products that SNMP is seeking to address in its claims.

1           Now Nortel did not record financial information

2    on a per product basis.  They looked at their business in

3    terms of solutions that they offered to their customers.

4    And a solution typically involved a constellation of

5    products.  Not just one product or a component, but a group,

6    a constellation.  And the way they, Nortel recorded their

7    financial information, their performance, their revenues and

8    profits and loss was on a basis that usually involves more

9    than one product.  It was the purview of the profit center.

10   So and it kind of made sense.  That's how they did their

11   business, that's how they offered their products and

12   offerings to customers.  It's not on a per product basis,

13   but on an conclusion basis or also called a profit center

14   basis.

15           So as we've explained to SNMP, but SNMP has said

16   give us financial information on a profit basis.  We've

17   explained it's not -- we don't have it that way.  And they

18   asked Canada, Nortel Canada for it as well and Nortel Canada

19   said it doesn't -- we don't have it, it doesn't exist.  We

20   can't give it to you in this forum and the basis that you're

21   asking.

22           Now what we have done is to say okay, SNMP, just

23   tell us what products you're actually asking about and we'll

24   see if there's anything we can do.  So SNMP gave us that

25   list at the end of April, a little -- just about a month

1    ago.  And what we've done is to look and see if we -- for

2    those products, there are any profit centers that we can see

3    if they match with.  And again, it's not going to be

4    financial information for that product, it's just that that

5    product belongs to a profit center.  And we have every

6    reason to believe that other products would be part of that

7    profit center, too.  So it's actually not sort the

8    appropriate information for what SNMP is trying to do in

9    this case because it is organized on a higher level and

10   includes product that has nothing to do with SNMP's claims.

11          Nevertheless, we've been willing to see what may

12   be out there.  What we have found is that for about five or

13   six products, we were able to find a profit center that they

14   belong to.  And in most cases, that's because in the royalty

15   reports that Nortel provided, those sometimes listed for a

16   particular product, the profit center that it belonged to.

17   So it's kind of happenstance that that correlation was

18   available in the royalty reports and we're happy to take it.

19   But again, it's not going to be information for the product,

20   it's going to be information for a constellation of products

21   that includes other things that SNMP is not requesting.

22          So there's about a half dozen products for which

23   we see him trying to link it to the profit center.  About

24   three of those products, however, are ones that need to be

25   just described in what -- in the information SNMP has given

1    us.  And so we'll be -- we're coming back to SNMP, in fact,

2    today to say, please tell us the basis for the way you're

3    describing these products because it doesn't seem accurate.

4    But even if it's all six products, the information will be

5    about five years of financial information, about five

6    spreadsheets per product.  And so we're talking about 30

7    pages of information, 30 pages of spreadsheets.  And again,

8    you know, for five or six different products, it's five

9    spreadsheets per product.

10            So the financial information that's there is not

11   going to justify a six month extension.  It would take about

12   a day or two to review it, and understand it, and

13   incorporate it.  So there's no way that that can possibly be

14   a basis for a delay.

15            Now, Your Honor, on Avaya, SNMP is saying, well,

16   we entered into this kind of, you know, certain structure

17   with Avaya and because of that, we want to put the Nortel

18   case on hold, you know, as a -- the basic comment, it's

19   really not appropriate or fair to the Debtors to put them on

20   hold, or slow them down, or pose another half year delay

21   just because of the way that SNMP chose to structure a

22   settlement with somebody else.  But it's also worth noting

23   that according to SNMP, they will know by early August,

24   whether the Avaya case is being dismissed or not.

25            Now again, if there's a balance between having

1  them do work for the Avaya case versus putting our case on

2  hold, because of the situation that they've created with

3  Avaya, I think the fairer outcome is how come it didn't

4  work, if they want to be working?.  We don't think there

5  should be an extension at all, but if there was a two month

6  extension, that would put their opening expert reports due

7  on September 8.  So they would have a full month to complete

8  their expert reports as to Avaya and, you know, even with

9  waiting until August to find out whether Avaya is being

10  dismissed or not.

11          So thereto, that cannot possibly justify what

12  they're asking for now, which again, is to move their expert

13  reports all the way to, I believe, it's like December --

14  January.  They want to move their opening expert reports to

15  January of 2017.  It's on the basis that with Avaya, they

16  won't know for sure what's going to happen until August.

17  Your Honor, that we think is really unwarranted.

18          And then lastly, Your Honor, SNMP said something

19  about there is party discovery.  Well again, it has -- it --

20  we've been at this for a long time.  And Mr. Dean says well,

21  we've been taking baby steps.  Well I think it's time to

22  take grownup steps.  And the argument that they didn't do it

23  right the first time around, means that they need more delay

24  to do it right the second time around.  Again, and be

25  working to the prejudice of the Debtors.

1            And Mr. Dean referred to a notice that SNMP just

2    filed.  Well what that notice says from the Swedish Court,

3    it said, look, SNMP, we have your request for a discovery

4    from Ericsson.  Ericsson imposed your request last November,

5    in November of 2015.  And we haven't heard anything from

6    you, so we're going to close the case unless you respond.

7    So you better respond by August or we're going to close the

8    case.  Do we have the docket exhibit?  So this was the last

9    docket entry on the docket in this case, if Your Honor would

10   like to look at that notice.  So again -- Docket 420.

11           You know, the fact is here we are and SNMP just

12   hasn't responded since last November, can't be a

13   justification for them to say well, let's push everything

14   back for another half a year.

15           So for all that, Your Honor, we think if there's

16   an extension at all, it be no more than two months.  We can

17   talk to the Court in two months and see if there's actually

18   a need for a further extension.  But we sure should not push

19   this case back another half a year based on the current

20   record.

21           THE COURT:  All right.  Thank you, Mr.

22   Harrington.  Any response from you, Mr. Dean?

23           MR. DEAN:  Your Honor, let's take the Ericsson

24   issue first to clarify this because we never got a copy of

25   the response filed by Ericsson, so we had no indication that

1    Ericsson had responded.  As soon as we got a copy of the

2    notice from the Court that were filed on the docket, we

3    followed up with the Court in Sweden, which just a couple of

4    days ago, sent us a copy of the Ericsson response.  So we

5    literally just got a copy of what Ericsson filed in

6    November.  We just never got served with it or we would have

7    done something with it, obviously, much sooner.

8            Let me just address a couple of the points.  I'm

9    not -- I don't plan on getting too much into the weeds about

10   all of the various discovery issues, but a couple things

11   that Mr. Harrington said, I want to just address.

12           You know, first of all, they focused all this

13   time in discussing the VOB searches which we think are

14   entirely appropriate.  I mean, Nortel's position from the

15   beginning of this case has been we don't have anything, go

16   get everything from third parties.  That's not how

17   litigation is supposed to work.  You're supposed to first

18   try to get the information that the parties have and then,

19   only if the parties do not have the information, then go get

20   it from third parties.

21           What Nortel wants is for us to go search VOB's

22   and source codes and get financial information and other

23   information from the buyers as opposed to getting it from

24   the party in this case.  So we don't think that we should

25   have to chase every buyer down to the ends of the earth to

1  do VOB searching and source code searching and get other

2  information that we know that the party in this case, the

3  Defendant in this case had.

4          Now, Mr. Harrington raised the fact that we got

5  one extension filed by another extension, filed by this

6  extension, but the last extension that we got, which was

7  four months, which the Debtors consented to, the reason why

8  we asked for that extension was to give the Debtors time to

9  get us documents.  It's been four months.  The Debtors still

10  have not given us a single document since the last

11  extension.  Not one.  Not a single document since the last

12  four month extension was granted.

13          So for us to ask for a six month extension, which

14  would build in some time to deal with this Motion to

15  Clarify, which by the way, the Debtors do say in their

16  letter, Mr. Harrington says, today that he wasn't -- that

17  he's not going to withhold documents on this basis or that

18  Nortel's not going to withhold documents on the basis of

19  this Motion to Clarify, but their letter specifically says

20  that the resolution of the Motion to Clarify would resolve

21  the discovery disputes.  But to me, I interpret that to mean

22  they think that the discovery disputes are going to be

23  resolved if the Court clarifies the ruling on Summary

24  Judgment, which as we already established today is zero

25  chance that could ever happen because we had entirely

1   separate profit claims.

2           Now we still don't have any of the financials.

3   And we -- I have to tell Your Honor, I'm really glad we had

4   this conference today.  And I really do like these Status

5   Reports because it forces Nortel to tell us things that

6   we've never been told before.  Today's description of the

7   profit center or solution based accounting and the way that

8   the Debtor maintained their financials is the most

9   information and the best description of the extent of the --

10  what Nortel has that we've ever gotten.  And so, we'll take

11  this information and hopefully build on it and try to figure

12  out consulting with our expert, is there a way if the

13  financials that the Debtors have are not specific to every

14  product that we think is at issue in this case.  Is there a

15  way that we can use what they actually do have in a

16  beneficial way to make our case?

17          But until they give us an example, or start

18  giving us what they do have so they can show us what's

19  available, we can't make a logical decision about how we're

20  going to even propose to use the financials that Nortel does

21  have.  Their position is well, we don't have it in exactly

22  the way that you requested it, and so, therefore, we're not

23  giving you anything.  That's their view.  It makes

24  absolutely no sense.  And that might -- that may have worked

25  in Canada because Canada has a very much more restricted

1    discovery process, but it can't work under the Federal Rules

2    of Civil Procedure and it shouldn't work here, Your Honor.

3    They can't just say well we don't have it in exactly the way

4    you asked for it, so therefore, we're not even going to give

5    you anything.  Or you're not entitled to whatever we do have

6    to see if you can make it work.

7            And so the bottom line here, Your Honor, is the

8    Debtors owe us information.  We need the information to do

9    our work.  We still don't have the information.  Based on

10   this theory that they have espoused in their letter and on

11   their conference call leading to the letter, that this

12   Motion to Clarify is going to somehow resolve the discovery

13   dispute.  If the Debtors are not going to promptly give us

14   information, then we're going to take the Court up on its

15   offer and we're going to back here in short order to press

16   them, not only on the production of documents, but also as

17   we mentioned in our letter, the responses to the

18   interrogatories.

19           The Debtors' responses to our discovery requests

20   were literally nothing more than we're not going to answer

21   you, but we're willing to meet and confer about our non-

22   responses.  But they gave us a few responses, but the most

23   important ones, they didn't give us.  The most important

24   interrogatory in the whole case is the first one.  And

25   that's tell us what Nortel products contain the SNMP

1    software.  How is it that SNMP -- the only information we

2    have is from the royalty reports.  What Nortel told us was

3    in the products.  Nortel is the one best suited to tell us

4    what products were in the -- what SNMP software was in what

5    products at the time they were selling the products and at

6    the time of the business line sales, but they haven't told

7    us.  They told us go find this information from the buyers.

8              Well, of course, we had delays and problems

9    asking buyers to do all of these things for us because

10   Nortel hasn't agreed to do it, the party in this case.  And

11   so, yes, third party discovery has taken longer than we

12   thought, but we don't think it's appropriate to say take a

13   grownup step and go press every single buyer for the

14   information that we should be giving you as a party in this

15   case.

16             And so, for all these reasons, Your Honor, we do

17   think that the requested extension, given the fact that the

18   Debtors admit that they still haven't given us the documents

19   that we need is warranted.

20             THE COURT:  All right.

21             MR. HARRINGTON:  Your Honor --

22             THE COURT:  Well let me say this.

23             MR. HARRINGTON:  -- [indiscernible] can I just

24   respond very briefly?

25             THE COURT:  Yes, certainly, Mr. Harrington.

1          MR. HARRINGTON:  One, with respect to Ericsson,

2    SNMP's counsel said they've been in touch with Ericsson, so

3    if Ericsson has responded, you would think they would know

4    that, but they say they're also in touch with the U.S.

5    [indiscernible] armed with Ericsson as they apparently are

6    working to get what they need from Ericsson.  So that,

7    again, cannot justify a delay.

8          With respect to what Mr. Dean just said about

9    interrogatories on the question of what Nortel products use

10   SNMP software, he referred to them as the Rules

11   Interrogatories provide to the document that provides the

12   best answer to that.  Those documents that are the internal

13   work product of the working group that was tasked with this

14   very question when they were doing their jobs for Nortel,

15   why products use certain party software.  That's the best

16   source of information that we're ever going to have and we

17   provided it.

18         And again, when Mr. Dean said, well, you haven't

19   given us anything, we have given them that.  And again,

20   that's absolutely the best information that there is.  And

21   if they somehow think that that's deficient, they could have

22   gone to the Court months ago and made their argument.  I

23   don't know what their argument would be, but they could have

24   brought it to the Court's attention.

25         Again, on the financial information, we don't

1   have the information that they provided, that they've

2   requested.  What we're going to try to do is give some other

3   information that's tangentially related to what they've

4   requested to indulge them.  Again, if they had not been

5   happy with what we told them, they could come to the Court

6   and teed it up and gotten a resolution, rather than waiting

7   until now and saying let's push everything back, so the

8   discovery won't close until 2017 and we don't even put in

9   our opening expert reports between SNMP until January of

10  next year.

11          So, and again, on the Clarification Motion, we

12  haven't said we're not moving forward with discovery, we

13  want to get discovery resolved.  And if that means coming to

14  the Court, then we should be doing that.  Once the Court

15  issues a Clarification Ruling, we think that will cut off

16  any pending disputes related to their profits claim in

17  connection with the sales of the business lines by

18  extinguishing that claim.  But we're not slowing down things

19  in the meantime.

20          And again, if SNMP doesn't like the state of

21  information that Nortel has to provide and thinks somehow

22  there's more or just it is not content, they should be

23  coming to the Court and I think we'd be happy to address

24  those issues with the Court.  But it can't be justification

25  for saying, let's move the entire case off for another half

1  a year, so that we don't get discovery closed until sometime

2  in the spring of 2017, and we don't even tee up opening

3  dispositive motions until almost this time next year.

4         THE COURT:  All right.  Well, I've read the

5  letters and I've certainly heard what you've had to say.  On

6  the Clarification Ruling, I would like regardless of how you

7  decide to structure it, whether it's opening and reply or

8  simultaneous openings or whatever, I'd like all of the

9  briefs to be in by July 1, so that I can then rule very

10  promptly.  So you can talk among yourselves as to, you know,

11  how to structure it and what dates are -- things will be

12  due, but the final replies or reply should be in my hands by

13  July 1.  I think that's a week day.  I don't have my

14  calendar right in front of me, but I believe it is a

15  weekday.

16         Now as far as the extension is concerned, I do

17  believe, and as everyone knows, it's not my place to be

18  critical, but I do believe that SNMP has been derelict in

19  following through with discovery, whether it was the third

20  party interrogatories that were -- that where there was a

21  reply in November that SNMP just found out about and why it

22  didn't pursue what was going on, I don't understand, but

23  certainly, it has been derelict.  And this case is an old

24  case now and it ought to be functioning much better.  And

25  there ought to be more rapidity.

1          I'm going to grant a three month extension,

2   that's a month more than Nortel agreed to or suggested even.

3   It's half the time that SNMP requested, but it will be the

4   final extension.  No one should ask for another extension

5   beyond the three months.  I am here.  If there are discovery

6   disputes, and you ought to meet and confer and discuss

7   discovery, but if there are discovery disputes, send me a

8   letter.  I'll get you on the phone and we'll resolve the

9   discovery disputes promptly.  That's how the case ought to

10  be proceeding and that's how it's going to proceed from this

11  point forward.

12          And SNMP should submit to me, a revised discovery

13  -- or I'm sorry, a revised Scheduling Order which reflects

14  the three month extension.  But I think that is more than

15  sufficient time.  I think it's certainly more than I really

16  feel comfortable doing, but I'm going to do it here.  And

17  the parties will have to live by it and will have to

18  litigate forcefully and aggressively.  So --

19          MR. HARRINGTON:  Thank you, Your Honor.

20          THE COURT:  -- that's the ruling on the

21  extension.  I've told you about the clarification.  And I

22  will get out a very prompt response to the Clarification

23  Motion and keep it a little on the short side, but

24  certainly, I do want to hear from you on your request for

25  clarification, both sides.

1          MR. DEAN:  Your Honor, if we can't agree on the

2    schedule, would you indulge us with a phone call to resolve

3    it?  Because the issue is the U.S. Debtors -- we've already

4    told the U.S. Debtors, we're not going to be the one to file

5    the motion.  That if they want it clarified, then they

6    should file the motion.  So Mr. Harrington mentioned that he

7    wanted to get his filing done in a couple of weeks.  So

8    we're going to press them to get it to the Court much

9    earlier than that, if we're going to have to respond and

10   then give them a reply opportunity.  I just wanted to

11   mention this on the record.  We'll work with the U.S.

12   Debtors to come up with an amenable schedule, but if we're

13   not able to do it, we may need to involve you.

14          THE COURT:  Well, I would say I am available by

15   phone whenever you need me and promptly.  So if there's a

16   problem with scheduling, yes, get me on the phone and we'll

17   talk even tomorrow.

18          MR. DEAN:  Thank you.

19          MR. SULLIVAN:  Your Honor, one more thing.  This

20   is Bill Sullivan.  Good morning, Your Honor.

21          THE COURT:  Yes, Mr. Sullivan, good morning.

22          MR. SULLIVAN:  How are you?

23          THE COURT:  Doing well.  How are you doing?

24          MR. SULLIVAN:  We're doing well as well.  On the

25   phone with me also is Ben Stern.  We both represent Avaya.

1           THE COURT:  Yes.

2           MR. SULLIVAN:  We have not had any position to

3  argue today.  I did want to let you know that we were on the

4  call because somehow both of us got dumped in a couple

5  minutes in and I don't think we were on the record when the

6  call started.

7           THE COURT:  Oh, okay, Mr. Sullivan.  Look, I

8  appreciate your notifying me of your presence.  And I don't

9  know that you have any position with respect to today, but

10 it's good to hear from you.

11          MR. SULLIVAN:  Thank you, Your Honor.

12          THE COURT:  All right.  All right, everyone.

13 With that, we'll stand in recess until I get or if I get a

14 call that you need me further.

15          MR. DEAN:  Thank you, Your Honor.

16          THE COURT:  Good day, everyone.

17          MR. HARRINGTON:  Thank you.

18 (Whereupon, at 10:34 a.m., the hearing was adjourned.)

19

20                    CERTIFICATION

21      I certify that the foregoing is a correct

22 transcript from the electronic sound recording of the

23 proceedings in the above-entitled matter.

24
25 _____      June 2, 2016 ___
26 Traci L. Calaman Transcriber                Date
27 Diaz Transcription Services

| Word | Page:Line |
|------|-----------|
| **a.m**(1) 1:15 4:1 48:18 | |
| **abbott**(1) 2:5 | |
| **ability**(1) 30:8 | |
| **able**(6) 7:17 8:17 25:1 27:21 34:13 47:13 | |
| **about**(32) 8:12 9:3 9:7 13:4 16:14 17:12 20:3 20:25 21:19 27:1 27:17 28:9 28:23 29:1 30:20 33:23 33:25 34:12 34:22 34:23 35:5 35:5 35:6 35:11 36:19 38:9 40:19 41:21 43:8 45:21 46:21 | |
| **aboveentitled** (1) 48:23 | |
| **absolutely**(8) 10:2 10:9 11:4 14:23 15:8 15:22 40:24 43:20 | |
| **access**(1) 25:15 | |
| **accession**(4) 10:2 10:3 12:22 15:12 | |
| **according**(1) 35:23 | |
| **accounting**(1) 40:7 | |
| **accurate**(1) 35:1 | |
| **achieve**(1) 7:17 | |
| **acknowledged**(1) 19:18 | |
| **acknowledges**(1) 6:15 | |
| **across**(1) 11:11 | |
| **actual**(2) 31:5 32:12 | |
| **actually**(10) 10:6 12:15 12:23 15:1 18:25 30:1 33:2 34:7 37:17 40:15 | |
| **add**(1) 31:20 | |
| **addit**(1) 10:5 | |
| **addition**(3) 20:13 25:4 25:18 | |
| **additional**(4) 20:14 20:24 20:25 21:22 | |
| **address**(18) 12:6 12:10 13:2 14:12 14:21 14:24 14:25 15:12 16:10 16:17 16:19 16:19 19:24 26:4 26:22 32:25 38:8 38:11 44:23 | |
| **addressed**(2) 9:14 14:11 | |
| **addressing**(1) 26:19 | |
| **adjourned**(1) 48:18 | |
| **administered**(1) 1:6 | |
| **admission**(1) 7:16 | |
| **admit**(1) 42:18 | |
| **admitted**(1) 32:5 | |
| **adv**(1) 1:20 | |
| **advanced**(1) 13:11 | |
| **adversary**(1) 14:6 | |
| **advised**(1) 26:10 | |
| **advising**(1) 11:11 | |
| **affiliates**(1) 22:24 | |
| **after**(3) 14:9 15:20 31:17 | |
| **again**(16) 6:17 9:22 12:12 13:2 14:23 15:7 29:10 31:3 31:7 32:5 34:3 34:19 35:7 35:25 36:12 36:19 36:24 37:10 43:7 43:18 43:19 43:25 44:4 44:11 44:20 | |
| **against**(4) 14:19 21:10 21:21 22:3 | |
| **aggressively**(1) 46:18 | |
| **ago**(5) 27:23 27:23 34:1 38:4 43:22 | |
| **agree**(5) 14:21 16:9 17:9 17:11 47:1 | |
| **agreed**(5) 12:20 22:24 42:10 46:2 | |
| **agreement**(23) 5:11 6:10 8:7 8:8 8:9 8:11 9:10 10:1 10:2 10:3 10:9 10:17 10:24 12:22 15:12 15:15 15:17 15:19 15:21 21:9 21:9 21:11 22:6 | |
| **agreements**(1) 6:4 | |
| **akin**(1) 2:42 | |
| **al.**(2) 1:8 1:28 | |
| **alinson**(1) 3:13 | |
| **all**(40) 6:5 9:22 13:8 16:1 16:12 16:24 22:2 23:4 23:11 23:12 23:16 24:8 25:16 25:24 26:18 28:6 29:17 29:18 30:2 30:4 30:13 30:15 30:22 31:3 32:6 35:4 36:5 36:13 37:15 37:16 37:23 38:10 38:12 38:12 42:9 42:16 42:20 45:4 45:8 48:12 48:12 | |
| **allocation**(1) 23:24 | |
| **alluded**(1) 32:24 | |
| **almost**(2) 27:23 45:3 | |
| **alone**(1) 19:22 | |
| **already**(11) 8:18 19:24 21:15 25:10 27:9 28:10 31:7 31:9 31:21 39:24 47:3 | |
| **also**(17) 5:12 9:14 12:13 13:14 14:8 20:14 20:23 21:2 23:4 25:2 25:22 28:21 33:13 35:22 41:16 43:4 47:25 | |
| **always**(1) 26:1 | |
| **amenable**(1) 47:12 | |
| **amicably**(2) 25:1 25:2 | |
| **among**(2) 24:25 45:10 | |
| **amount**(1) 17:2 23:16 | |

| Word | Page:Line |
|------|-----------|
| **and**(300) 1:20 1:30 4:3 4:3 4:5 4:7 4:8 4:9 4:13 4:20 5:1 5:2 5:8 5:10 5:11 5:12 5:14 5:18 5:19 6:1 6:1 6:22 6:8 6:13 6:14 6:18 6:20 6:23 7:8 7:10 7:15 7:20 8:7 8:9 8:17 8:19 9:3 9:6 9:9 9:10 9:15 9:18 9:19 9:20 9:22 10:2 10:10 10:10 10:14 10:16 10:19 10:25 11:4 11:6 11:15 11:21 12:2 12:6 12:11 12:12 12:15 12:21 12:22 12:23 13:4 13:9 13:18 13:24 13:25 14:8 14:9 15:7 15:7 15:17 15:20 16:6 16:8 16:9 16:13 16:13 17:5 17:8 17:8 17:11 17:20 17:22 17:23 18:4 18:6 18:8 18:17 18:22 18:23 18:23 18:24 19:8 19:14 19:17 19:18 19:24 20:2 20:5 20:7 20:9 20:9 20:16 20:21 20:25 21:2 21:3 21:9 21:10 21:17 21:25 22:7 22:8 22:10 22:20 22:21 22:24 22:24 23:1 23:5 23:8 23:12 23:18 23:23 24:4 24:5 24:10 24:10 24:13 24:17 24:19 24:21 24:23 25:4 25:4 25:7 25:10 25:14 25:14 25:15 25:15 25:16 25:18 26:3 26:5 26:7 26:14 26:21 26:25 27:4 27:7 27:27 28:7 27:10 27:16 27:17 27:18 28:1 28:4 28:5 28:7 28:20 28:11 28:17 28:18 28:21 28:22 28:25 29:10 29:11 29:12 29:16 29:18 29:20 29:21 29:24 30:7 30:7 30:9 30:14 30:15 30:15 30:20 30:21 31:6 31:6 31:9 31:11 31:15 31:17 31:21 31:24 32:5 32:14 32:16 32:21 32:23 33:4 33:6 33:7 33:8 33:10 33:11 33:17 33:19 33:23 34:1 34:1 34:3 34:5 34:9 34:14 34:18 35:1 35:6 35:7 35:12 35:12 35:17 36:8 36:20 36:22 36:24 37:1 37:5 37:11 37:18 38:18 38:22 38:22 39:1 39:1 40:3 40:4 40:7 40:9 40:10 40:11 40:12 40:24 41:2 41:7 41:10 41:15 41:21 41:24 42:5 42:8 42:10 42:13 42:16 43:16 43:18 43:19 43:20 43:22 44:6 44:6 44:7 44:8 44:11 44:13 44:17 44:21 44:22 44:23 44:25 45:5 45:7 45:11 45:17 45:21 45:23 45:24 45:24 46:6 46:6 46:10 46:12 46:16 46:17 46:18 46:21 46:23 47:9 47:15 47:16 48:5 48:8 | |
| **and/or**(1) 10:22 | |
| **andrew**(2) 2:6 3:28 | |
| **andrews**(2) 21:13 21:16 | |
| **angelo**(1) 3:24 | |
| **another**(15) 17:23 18:3 18:11 19:3 23:3 27:14 27:16 31:18 32:19 35:20 37:14 37:19 39:5 44:25 46:4 | |
| **another's**(1) 18:8 | |
| **answer**(4) 4:16 4:20 29:3 30:4 41:20 43:12 | |
| **answered**(1) 29:22 | |
| **answers**(2) 30:11 31:7 | |
| **anticipate**(4) 7:24 18:1 18:9 21:17 | |
| **anticipated**(2) 18:20 18:24 | |
| **any**(22) 4:12 5:24 6:6 6:19 9:4 10:22 11:20 19:9 23:11 25:5 25:23 28:8 28:18 28:23 29:15 30:5 34:2 37:22 40:2 44:16 48:2 48:9 | |
| **anybody**(2) 5:15 15:9 | |
| **anything**(15) 4:17 6:18 10:4 11:8 11:13 12:18 13:24 15:24 32:18 33:24 37:5 38:15 40:23 41:5 43:19 | |
| **apart**(1) 10:11 | |
| **apparently**(1) 24:8 | |
| **appearances**(3) 1:40 2:1 3:1 | |
| **appears**(2) 15:17 31:12 | |
| **appreciate**(3) 6:2 26:7 48:8 | |
| **appreciation**(1) 24:23 | |
| **approach**(1) 23:16 | |
| **appropriate**(7) 12:5 17:2 17:15 34:8 35:19 38:14 42:12 | |
| **approximately**(1) 24:8 | |
| **april**(2) 24:9 33:25 | |
| **are**(48) 7:11 11:1 13:1 14:1 17:24 18:5 18:10 18:13 20:7 20:7 21:17 22:2 22:10 22:15 23:10 23:22 23:25 24:11 24:13 25:20 26:22 26:23 27:8 27:19 28:5 28:7 29:15 30:16 31:12 32:3 32:9 34:22 34:24 37:11 38:13 39:22 40:13 41:13 43:5 43:12 45:11 46:5 46:7 47:22 47:25 | |
| **argue**(1) 48:3 | |
| **argument**(17) 9:13 9:14 9:16 11:1 11:10 12:11 13:1 13:2 13:13 13:6 13:7 13:10 13:13 13:23 36:22 43:22 43:23 | |
| **arguments**(2) 11:11 16:13 | |
| **armed**(1) 41:3 | |
| **armstead**(1) 2:3 | |
| **around**(4) 17:14 31:22 36:23 36:24 | |
| **arsht**(1) 2:4 | |
| **ask**(7) 11:14 14:24 16:1 23:19 23:22 39:13 46:4 | |
| **asked**(5) 14:24 29:19 33:18 39:8 41:4 | |
| **asking**(8) 12:7 13:5 17:21 29:1 33:21 33:23 36:12 42:9 | |
| **asserting**(1) 20:7 | |
| **assertion**(1) 20:7 | |
| **asset**(3) 13:7 23:3 24:4 | |
| **assets**(6) 5:8 5:9 5:13 8:11 11:6 13:9 | |
| **assigned**(1) 21:14 | |
| **assignment**(1) 8:6 | |
| **assist**(1) 18:10 | |
| **assistance**(1) 23:8 | |
| **associates**(1) 21:14 | |
| **assume**(1) 9:17 | |
| **assuming**(1) 21:5 | |
| **assumption**(1) 9:22 | |

| Word | Page:Line |
|------|-----------|
| **attention**(1) 43:24 | |
| **attributable**(2) 9:5 11:20 | |
| **august**(7) 19:20 22:20 31:15 35:23 36:9 36:16 37:7 | |
| **austria**(1) 23:5 | |
| **austrian**(1) 23:6 | |
| **authorization**(1) 18:17 | |
| **authorize**(1) 4:11 | |
| **available**(5) 26:1 31:8 34:18 40:19 47:14 | |
| **avaya**(44) 3:9 8:8 10:1 10:4 10:8 10:12 10:14 10:19 12:22 15:12 15:15 15:17 15:20 15:22 16:15 21:7 21:9 21:10 21:10 21:12 21:12 21:15 21:18 21:21 21:22 22:1 22:3 22:8 22:10 22:24 24:10 25:4 25:19 29:20 35:15 35:17 35:24 36:1 36:3 36:8 36:9 36:15 47:25 | |
| **avaya's**(1) 21:23 | |
| **avoid**(1) 23:2 | |
| **aware**(1) 6:22 | |
| **away**(4) 10:6 14:5 20:6 22:3 | |
| **baby**(3) 23:21 25:3 36:21 | |
| **back**(11) 19:24 24:15 27:10 27:24 27:25 34:15 32:17 35:1 37:14 37:19 41:15 44:7 | |
| **balance**(1) 35:25 | |
| **ballow**(1) 2:23 | |
| **bankruptcy**(2) 1:1 1:38 | |
| **base**(1) 24:1 | |
| **based**(8) 14:12 20:5 21:3 26:11 26:14 37:19 40:7 | |
| **basic**(1) 35:18 | |
| **basis**(16) 12:1 28:3 31:16 32:19 33:2 33:8 33:12 33:13 33:14 33:16 33:22 35:14 36:15 39:17 39:18 | |
| **bassett**(1) 2:20 | |
| **battles**(2) 24:25 24:25 | |
| **bear**(1) 27:4 | |
| **because**(30) 7:25 8:3 8:4 8:5 17:15 17:24 23:11 23:13 24:2 24:21 26:9 27:3 27:4 27:11 30:2 31:2 32:5 34:9 34:14 35:3 35:17 35:21 36:2 36:3 39:22 39:25 42:5 42:9 47:3 48:4 | |
| **become**(1) 21:23 | |
| **been**(22) 5:15 7:17 12:5 17:1 19:19 19:20 25:1 26:17 26:24 28:10 28:14 32:11 34:11 36:20 36:21 38:15 39:9 40:6 43:2 44:4 45:18 45:23 | |
| **before**(10) 1:37 8:10 15:19 15:23 19:9 21:13 21:16 30:21 32:1 40:6 | |
| **beginning**(1) 38:15 | |
| **behalf**(1) 7:2 | |
| **being**(5) 7:13 15:13 15:15 35:24 36:9 | |
| **believe**(12) 6:14 6:21 8:17 12:4 17:14 19:6 25:20 34:6 36:13 45:14 45:17 45:18 | |
| **believing**(1) 22:2 | |
| **belong**(2) 9:9 34:14 | |
| **belonged**(2) 15:9 34:16 | |
| **belonging**(1) 10:23 | |
| **belongs**(1) 34:5 | |
| **ben**(1) 47:25 | |
| **beneficial**(1) 40:16 | |
| **benjamin**(1) 3:10 | |
| **best**(7) 29:13 31:8 40:9 42:3 43:12 43:15 43:20 | |
| **better**(3) 4:22 37:7 45:24 | |
| **between**(3) 11:20 35:25 44:9 | |
| **beyond**(3) 28:10 30:13 46:5 | |
| **bill**(1) 47:20 | |
| **billion**(1) 15:6 | |
| **bit**(2) 7:6 19:25 | |
| **blew**(2) 10:16 10:16 | |
| **board**(1) 11:12 | |
| **bondholders**(1) 2:19 | |
| **both**(4) 27:3 46:25 47:25 48:4 | |
| **bottom**(1) 41:7 | |
| **bow**(1) 19:22 | |
| **brandon**(1) 1:47 | |
| **brickley**(1) 3:20 | |
| **briefing**(1) 16:3 | |
| **briefly**(2) 15:11 42:24 | |
| **briefs**(1) 45:9 | |
| **brought**(2) 16:7 43:24 | |
| **buchanan**(1) 2:14 | |
| **build**(3) 17:15 39:14 40:11 | |
| **building**(1) 18:8 | |
| **bunch**(1) 25:9 | |
| **burden**(4) 2:17 7:9 7:20 8:20 | |
| **busch**(1) 2:24 | |
| **business**(18) 4:12 4:15 4:19 5:8 9:17 9:23 11:19 18:16 18:18 18:22 19:14 19:14 20:22 29:19 33:2 33:11 42:6 44:17 | |
| **but**(66) 5:22 6:12 6:17 6:18 8:8 8:12 10:19 12:5 12:7 12:15 13:14 14:6 16:5 16:12 17:11 19:9 19:24 22:22 23:2 23:16 25:1 25:2 25:16 27:2 27:6 27:20 28:13 31:8 31:25 32:6 34:12 34:18 35:3 35:4 35:22 36:5 37:18 38:10 39:6 39:19 39:21 40:17 41:1 41:16 41:21 41:22 42:2 42:6 42:12 43:4 43:23 44:18 44:24 45:12 45:14 45:18 45:22 46:3 46:7 46:14 46:16 46:23 47:12 48:9 | |

| Word | Page:Line |
|------|-----------|
| **buyer**(6) 13:5 23:3 24:16 25:22 38:25 42:13 | |
| **buyers**(20) 6:11 7:14 7:25 8:14 10:20 13:17 23:10 23:16 23:19 23:19 23:22 24:15 29:17 29:19 29:25 30:6 30:11 38:23 42:7 42:9 | |
| **calaman**(1) 48:26 | |
| **calculating**(1) 18:15 | |
| **calendar**(1) 45:14 | |
| **call**(6) 26:3 41:11 47:2 48:4 48:6 48:14 | |
| **called**(3) 30:6 32:8 33:13 | |
| **can**(23) 4:6 5:2 12:10 18:25 19:7 19:9 22:25 24:18 30:1 30:22 30:23 31:3 32:10 33:24 35:4 35:13 37:16 40:15 40:18 41:6 42:23 45:9 45:10 | |
| **can't**(10) 6:19 32:15 32:19 33:20 37:12 40:19 41:1 41:3 44:20 47:1 | |
| **canada**(11) 21:3 27:13 31:9 31:11 31:14 32:13 33:18 33:18 33:18 40:25 40:25 | |
| **canadian**(4) 3:4 6:22 25:15 31:13 | |
| **cannot**(5) 6:17 11:19 11:22 36:11 43:7 | |
| **cantor**(1) 3:27 | |
| **care**(1) 8:12 | |
| **case**(45) 1:5 2:38 5:20 5:21 8:2 12:13 13:10 14:1 14:6 20:12 21:10 21:16 22:2 22:11 25:6 25:7 25:12 25:17 27:5 29:18 30:9 32:8 32:20 34:9 35:18 35:24 36:1 36:1 37:6 37:8 37:9 37:19 38:15 38:24 39:2 39:3 40:14 40:16 41:24 42:10 42:15 44:25 45:23 45:24 46:9 | |
| **cases**(3) 10:25 32:8 34:14 | |
| **cast**(2) 13:2 13:12 | |
| **category**(1) 14:5 | |
| **center**(8) 33:9 33:13 34:5 34:7 34:13 34:16 34:23 | |
| **centers**(2) 17:13 34:2 | |
| **certain**(6) 8:18 19:9 21:17 26:15 35:16 43:15 | |
| **certainly**(8) 4:5 10:22 27:23 42:25 45:5 45:23 46:15 46:24 | |
| **certification**(1) 48:20 | |
| **certify**(1) 48:21 | |
| **chance**(1) 39:25 | |
| **changed**(2) 27:6 27:18 | |
| **chapter**(1) 1:8 | |
| **charles**(1) 3:32 | |
| **chase**(1) 38:25 | |
| **chose**(1) 35:21 | |
| **christopher**(1) 2:49 | |
| **circumstances**(1) 17:19 | |
| **cites**(1) 11:1 | |
| **civil**(1) 41:2 | |
| **claim**(12) 4:20 5:17 5:22 6:23 11:22 14:5 14:19 14:25 20:1 21:21 44:16 44:18 | |
| **claims**(14) 14:1 14:2 14:6 14:12 14:13 15:13 20:4 20:6 20:8 20:24 22:9 32:25 34:10 40:1 | |
| **clarification**(15) 4:24 12:2 12:4 12:10 16:2 16:3 16:13 26:24 27:3 44:11 44:15 45:6 46:21 46:22 46:25 | |
| **clarified**(1) 47:5 | |
| **clarifies**(1) 39:23 | |
| **clarify**(12) 11:18 13:25 14:17 17:14 20:5 20:11 26:12 37:24 39:15 39:19 39:20 41:12 | |
| **clarifying**(1) 4:7 | |
| **clear**(4) 4:14 6:7 32:8 32:8 | |
| **clearly**(1) 32:9 | |
| **cleary**(1) 1:42 | |
| **close**(6) 7:8 27:17 28:2 37:6 37:7 44:8 | |
| **closed**(1) 45:1 | |
| **closing**(4) 15:16 15:19 15:20 15:23 | |
| **code**(5) 18:9 18:13 20:15 25:9 39:1 | |
| **codes**(2) 23:23 38:22 | |
| **cole**(2) 2:27 7:2 | |
| **collected**(3) 28:23 29:2 29:13 | |
| **collective**(1) 18:19 | |
| **combined**(1) 5:9 | |
| **come**(4) 32:16 36:3 44:5 47:12 | |
| **comes**(1) 23:3 | |
| **comfortable**(1) 46:16 | |
| **coming**(4) 27:16 35:1 44:13 44:23 | |
| **comment**(2) 25:25 35:18 | |
| **committee**(2) 2:41 3:5 | |
| **compensate**(1) 10:22 | |
| **compensation**(1) 10:10 | |
| **complete**(2) 20:15 36:7 | |
| **completed**(1) 21:4 | |
| **complexity**(2) 18:23 24:22 | |
| **comply**(1) 19:21 | |
| **component**(1) 33:5 | |
| **concerned**(1) 45:16 | |
| **concerning**(1) 32:24 | |
| **conclusion**(1) 33:13 | |
| **conditions**(2) 21:17 22:10 | |
| **confer**(3) 17:12 41:21 46:6 | |
| **conference**(3) 26:4 40:4 41:11 | |
| **confirmed**(2) 5:12 5:13 | |
| **connection**(5) 10:8 10:17 15:1 15:4 44:17 | |

| Word | Page:Line |
|---|---|
| consensually(1) 17:9 | |
| consented(1) 39:7 | |
| consist(1) 25:8 | |
| constellation(3) 33:4 33:6 34:20 | |
| consulting(1) 40:12 | |
| contact(2) 23:11 23:14 | |
| contain(1) 41:25 | |
| contained(3) 18:11 20:18 20:20 | |
| containers(1) 30:16 | |
| contemporaneous(1) 28:25 | |
| content(3) 30:7 30:10 44:22 | |
| continue(2) 19:16 22:8 | |
| continued(5) 2:2 3:2 10:3 10:17 19:8 | |
| cooperation(3) 21:5 22:25 26:2 | |
| coordinate(2) 19:7 23:1 | |
| coordinated(1) 19:8 | |
| copy(4) 37:24 38:1 38:4 38:5 | |
| copyright(2) 9:2 9:4 | |
| correct(1) 48:21 | |
| correlation(1) 34:17 | |
| corresponding(1) 17:5 | |
| could(8) 4:13 4:16 5:17 7:13 8:13 8:15 12:14 16:6 20:10 21:4 29:13 29:14 32:1 32:17 39:25 43:21 43:23 44:5 | |
| couldn't(4) 5:15 5:22 9:10 11:8 | |
| counsel(4) 4:2 8:24 9:25 43:2 | |
| counter(1) 18:20 | |
| couple(10) 12:20 15:2 16:7 24:8 24:10 38:3 38:8 38:10 47:7 48:4 | |
| course(5) 6:11 6:21 16:10 31:18 42:8 | |
| court(90) 1:12 4:2 4:11 4:14 4:16 5:4 5:18 5:21 6:22 6:24 7:3 7:10 9:1 9:16 9:21 10:21 11:14 11:18 11:22 12:7 12:18 13:2 13:12 13:13 14:3 14:5 14:16 14:21 14:24 14:24 15:3 15:13 16:1 16:8 16:12 16:19 16:22 16:25 17:1 17:8 20:9 20:10 21:16 22:18 22:20 23:4 23:5 23:6 23:7 24:22 24:25 25:25 26:1 26:3 26:5 26:17 26:18 27:22 28:6 29:5 29:9 30:18 31:17 32:16 37:2 37:17 37:21 38:2 38:3 39:23 41:14 42:20 42:22 42:25 43:22 44:5 44:14 44:18 45:4 45:14 45:20 45:24 46:20 47:8 47:14 47:21 47:23 48:1 48:7 48:12 48:16 | |
| court's(6) 7:5 12:16 14:10 20:7 26:14 43:24 | |
| courtroom(1) 1:10 | |
| courts(2) 22:19 23:6 | |
| created(2) 13:16 36:2 | |
| credible(1) 24:19 | |
| creditor(1) 3:9 | |
| creditors(2) 2:42 3:4 | |
| critical(1) 17:25 45:18 | |
| current(1) 37:19 | |
| customer(1) 23:14 | |
| customers(2) 33:3 33:12 | |
| cut(1) 44:15 | |
| damages(2) 19:17 20:6 | |
| database(1) 30:19 | |
| date(3) 31:11 19:19 48:26 | |
| dates(1) 45:11 | |
| david(5) 1:43 2:28 4:25 7:2 14:22 | |
| day(5) 17:23 22:17 23:12 45:13 48:16 | |
| days(1) 38:4 | |
| deadlines(3) 17:3 17:5 27:25 | |
| deadlines(1) 17:5 | |
| deal(1) 39:14 | |
| dealing(1) 12:6 | |
| dealt(1) 21:11 | |
| dean(24) 2:28 7:1 7:2 7:3 7:4 12:18 12:20 16:16 16:17 16:20 16:23 16:24 25:25 26:7 32:23 36:20 37:1 37:22 37:23 43:8 43:18 47:1 47:18 48:15 | |
| debtor(3) 2:4 21:1 40:8 | |
| debtor's(1) 18:8 | |
| debtors(33) 1:12 1:42 5:15 6:6 6:18 7:7 7:16 7:22 7:24 9:12 11:7 11:12 13:8 14:7 14:13 14:18 14:20 15:10 17:6 17:10 17:11 17:12 17:22 19:10 19:18 19:21 19:25 20:11 21:2 21:16 22:5 23:20 25:5 25:6 25:12 25:15 25:18 26:10 26:13 35:19 36:22 35:7 39:8 39:9 39:15 40:13 41:13 41:19 42:18 47:3 47:4 47:12 | |
| december(1) 36:13 | |
| decide(2) 22:21 45:7 | |
| decided(2) 14:5 17:14 | |
| decision(3) 13:3 14:10 40:19 | |
| declining(1) 26:23 | |
| dedicated(1) 28:17 | |
| defendant(2) 2:9 39:3 | |
| defendants(1) 1:34 | |
| deficient(1) 43:21 | |
| definition(1) 5:14 | |
| delaware(3) 1:2 1:12 4:1 | |
| delay(7) 31:20 31:20 32:15 35:14 35:20 36:23 43:7 | |
| delaying(1) 32:20 | |
| delays(3) 27:15 27:17 42:8 | |
| denying(1) 14:18 | |
| department(1) 28:17 | |
| derek(1) 2:5 | |

| Word | Page:Line |
|---|---|
| derelict(2) 45:18 45:23 | |
| described(2) 10:21 34:25 | |
| describing(2) 20:16 35:3 | |
| description(2) 40:6 40:9 | |
| despite(1) 19:19 | |
| details(1) 24:13 | |
| determine(4) 18:13 19:15 19:17 20:19 | |
| determined(1) 23:2 | |
| determining(1) 18:10 | |
| diaz(1) 1:49 | |
| did(23) 4:11 4:12 4:15 4:17 4:18 6:15 6:23 7:18 8:4 8:9 9:7 9:9 10:22 14:12 14:21 14:24 15:24 20:9 30:11 33:1 33:10 48:23 | |
| didn't(1) 6:14 8:11 10:1 10:22 16:20 23:19 32:13 36:3 36:22 41:23 45:22 | |
| different(5) 14:2 14:2 27:1 27:2 35:8 | |
| differing(1) 12:16 | |
| difficult(1) 19:1 | |
| direct(3) 11:13 13:10 29:11 | |
| directly(3) 8:14 9:5 15:23 | |
| disclosure(1) 14:9 | |
| discovered(2) 10:4 10:5 | |
| discovery(55) 7:9 11:16 11:23 11:25 12:1 12:3 12:6 12:8 13:24 17:13 19:10 19:20 19:21 20:2 20:12 21:22 22:4 23:21 24:23 25:16 26:1 26:6 26:23 26:25 27:4 27:7 27:18 27:20 27:25 28:5 28:8 30:9 30:9 32:23 36:19 37:3 38:10 39:21 39:22 41:1 41:12 41:19 41:21 44:8 44:12 44:13 45:1 45:19 46:5 46:7 46:7 46:9 46:12 | |
| discreet(1) 18:6 | |
| discuss(3) 16:8 16:15 46:6 | |
| discussed(3) 11:15 16:3 19:24 | |
| discussing(3) 13:22 38:13 | |
| discussion(1) 20:3 | |
| dismiss(1) 6:23 | |
| dismissal(2) 21:16 21:18 | |
| dismissed(2) 35:24 36:10 | |
| dispositive(2) 28:2 45:3 | |
| dispute(4) 16:25 17:13 17:16 41:13 | |
| disputes(4) 12:3 26:1 39:21 39:22 44:16 46:6 46:7 46:9 | |
| distinguish(1) 13:20 | |
| district(1) 13:3 | |
| dla(1) 3:5 | |
| docket(5) 37:8 37:9 37:9 37:10 38:2 | |
| document(3) 39:10 39:11 43:11 | |
| documents(9) 17:17 19:18 23:18 23:25 25:5 25:7 25:8 25:9 25:14 26:11 26:14 26:16 29:4 39:9 39:17 39:18 41:16 42:18 43:12 | |
| does(5) 11:16 11:23 12:4 23:7 40:20 | |
| doesn't(10) 9:3 11:10 30:4 31:4 31:6 31:11 33:19 33:19 35:3 44:20 | |
| doing(14) 7:10 20:8 24:20 25:3 25:5 29:12 30:13 32:11 43:14 44:14 46:16 47:23 47:23 47:24 | |
| dollar(1) 15:8 | |
| dollars(1) 15:6 | |
| don't(27) 4:22 12:8 12:23 16:8 16:9 20:24 28:1 33:17 33:19 36:4 38:9 38:15 38:24 40:2 40:21 41:3 41:9 42:12 43:23 43:25 44:8 45:1 45:2 45:13 45:22 48:5 48:8 | |
| done(15) 19:9 21:14 26:9 35:9 35:18 29:22 30:6 30:10 31:9 32:5 32:18 33:22 34:1 38:7 47:7 | |
| doubt(2) 13:3 13:12 | |
| dow(1) 3:19 | |
| down(6) 12:15 24:5 24:6 24:14 31:25 35:20 38:25 44:18 | |
| dozen(1) 34:22 | |
| drawer(1) 30:21 | |
| drawers(1) 30:23 | |
| drill(1) 24:14 | |
| drilling(2) 24:5 24:6 | |
| due(3) 18:3 23:6 38:6 45:12 | |
| dumped(1) 48:4 | |
| duplicates(2) 32:7 32:7 | |
| during(4) 14:7 14:9 20:21 22:1 | |
| each(4) 18:12 24:4 28:22 30:6 | |
| earlier(1) 47:9 | |
| early(1) 35:23 | |
| earth(1) 38:25 | |
| economic(9) 9:14 9:16 9:21 11:9 12:25 13:2 13:6 13:20 19:16 | |
| ecro(1) 1:47 | |
| effort(1) 19:4 | |
| efforts(3) 22:13 24:22 25:20 | |
| egerton(1) 2:13 | |
| either(1) 11:10 | |
| electronic(2) 1:55 48:22 | |
| else(6) 6:9 11:8 11:13 24:3 35:22 | |
| else's(1) 5:16 | |
| email(2) 15:16 25:10 | |

| Word | Page:Line |
|---|---|
| emerged(1) 10:14 | |
| emphasize(1) 13:25 | |
| employees(2) 31:24 32:3 | |
| end(3) 4:20 12:3 33:25 | |
| ends(1) 38:25 | |
| engage(1) 18:25 | |
| engineers(1) 30:1 | |
| enough(2) 22:9 24:14 | |
| entered(4) 8:10 10:10 21:8 35:16 | |
| enterprise(1) 15:16 | |
| entire(1) 44:25 | |
| entirely(6) 13:21 14:2 14:12 25:20 38:14 39:25 | |
| entirety(1) 20:5 | |
| entities(3) 4:9 8:22 22:15 | |
| entitled(4) 18:21 26:11 26:15 41:5 | |
| entry(1) 37:9 | |
| ericsson(17) 22:16 22:19 22:23 23:1 29:20 37:4 37:4 37:23 37:25 38:1 38:4 38:5 43:1 43:2 43:3 43:5 43:6 | |
| espoused(1) 41:10 | |
| essentially(1) 6:10 | |
| establish(1) 5:18 | |
| established(2) 6:20 39:24 | |
| evaluate(1) 24:9 | |
| evaluated(1) 24:9 | |
| evaluation(2) 24:13 24:17 | |
| even(16) 20:4 20:25 25:2 27:25 28:1 31:25 32:5 32:20 35:4 36:8 40:20 41:4 44:8 45:2 46:2 47:17 | |
| event(1) 9:4 | |
| ever(3) 39:25 40:10 43:16 | |
| every(7) 10:19 24:4 30:8 34:5 38:25 40:13 42:13 | |
| everyone(3) 45:17 48:12 48:16 | |
| everything(5) 23:20 25:1 37:13 38:16 44:7 | |
| evidence(3) 6:3 15:13 29:11 | |
| exactly(5) 6:22 10:21 19:5 40:21 41:3 | |
| example(1) 19:3 40:17 | |
| exception(1) 24:7 | |
| exchange(1) 11:7 | |
| excluded(1) 10:24 | |
| excuse(1) 20:11 | |
| executed(1) 15:19 | |
| exercise(1) 24:19 | |
| exhibit(1) 37:8 | |
| exist(1) 33:19 | |
| existence(1) 29:5 | |
| existing(1) 23:14 | |
| expect(2) 7:9 21:4 | |
| expert(21) 7:19 7:23 17:4 17:16 18:1 18:6 18:15 18:13 18:14 18:20 18:24 24:3 24:9 24:12 32:8 36:6 36:8 36:12 36:14 40:12 44:9 | |
| expertise(1) 18:8 | |
| experts(7) 18:5 18:10 18:15 18:25 19:8 20:17 24:1 | |
| explain(1) 13:25 | |
| explained(3) 13:15 33:17 | |
| explanation(3) 33:16 | |
| expressly(2) 9:19 10:6 | |
| extend(2) 10:3 17:3 | |
| extended(3) 10:4 10:7 15:22 | |
| extension(40) 10:17 10:17 16:15 16:20 17:4 17:7 17:10 17:20 17:25 18:2 19:2 19:23 22:7 22:13 23:2 27:10 27:14 31:17 31:19 32:17 35:11 36:5 36:6 37:16 37:18 39:5 39:5 39:6 39:8 39:11 39:12 39:13 42:17 45:16 46:1 46:4 46:14 46:21 | |
| extensions(1) 19:2 | |
| extent(3) 19:17 25:11 40:9 | |
| extinguishing(1) 44:18 | |
| fact(11) 5:23 10:12 10:24 12:1 16:2 19:19 25:1 35:1 37:11 39:4 42:17 | |
| factual(1) 19:10 | |
| factually(1) 12:21 | |
| failing(1) 13:20 | |
| failure(3) 19:21 25:5 25:18 | |
| fair(1) 35:19 | |
| fairer(1) 36:3 | |
| fall(1) 11:9 | |
| false(1) 15:14 | |
| familiar(1) 4:5 | |
| far(2) 26:9 45:16 | |
| feagan(1) 2:43 | |
| federal(1) 4:1 | |
| feel(1) 46:16 | |
| feld(1) 2:42 | |
| fell(1) 10:11 | |
| few(1) 15:2 41:22 | |
| fight(2) 17:23 23:2 | |
| figure(1) 40:11 | |
| file(4) 22:21 28:1 47:4 47:6 | |
| filed(7) 22:23 37:2 37:25 38:2 38:5 39:5 39:5 | |
| files(2) 25:9 30:3 | |
| filing(1) 47:7 | |
| final(2) 45:12 46:4 | |
| finally(1) 31:22 | |

| Word | Page:Line |
|---|---|
| financial(15) 18:14 19:12 19:18 20:6 20:13 20:25 32:24 33:1 33:7 33:16 34:4 35:5 35:10 38:22 43:25 | |
| financials(5) 21:23 40:2 40:8 40:13 40:20 | |
| find(3) 34:13 36:9 42:7 | |
| fine(3) 5:4 27:13 32:11 | |
| finished(1) 28:1 | |
| firm(1) 23:24 | |
| firms(1) 24:17 | |
| first(16) 9:18 16:18 16:21 16:22 23:22 24:10 24:12 26:22 28:15 31:16 31:23 36:23 37:24 38:12 38:17 41:24 | |
| fitzgerald(1) 3:27 | |
| five(5) 34:12 35:5 35:5 35:8 35:8 | |
| focused(4) 5:7 13:15 26:6 38:12 | |
| follow(1) 17:5 | |
| followed(2) 19:3 38:3 | |
| following(2) 17:17 45:19 | |
| for(112) 1:2 1:42 2:4 2:9 2:18 2:23 2:37 2:41 3:4 3:9 3:19 4:17 5:1 5:7 5:9 5:9 5:17 6:5 6:12 6:14 6:18 6:19 7:5 7:14 7:25 8:10 8:15 8:24 9:8 9:8 9:12 9:18 9:19 9:19 9:24 10:19 10:19 10:23 11:7 11:18 11:12 11:13 11:18 12:24 13:5 14:18 14:20 14:25 15:6 15:9 15:23 16:2 17:21 17:22 19:2 19:8 20:19 20:25 21:1 21:25 22:19 23:1 23:8 23:10 23:19 23:22 24:3 27:9 28:3 28:11 28:16 31:16 31:16 31:23 32:9 32:19 33:18 34:1 34:4 34:8 34:12 34:15 34:19 34:20 34:22 35:2 35:8 35:14 36:1 36:12 36:16 36:20 37:3 37:13 37:14 37:15 37:18 38:21 39:8 39:13 39:13 41:4 42:9 42:13 42:16 43:14 44:25 44:25 46:4 46:24 47:2 43:6 46:10 46:24 48:10 48:22 | |
| forcefully(1) 46:18 | |
| forces(1) 40:5 | |
| foregoing(1) 48:21 | |
| foreign(3) 22:15 23:6 23:9 | |
| former(3) 30:1 31:24 32:2 | |
| forum(1) 33:20 | |
| forward(4) 12:8 31:23 44:12 46:11 | |
| found(2) 34:12 45:21 | |
| four(7) 17:10 17:23 27:14 31:18 39:7 39:9 39:12 | |
| framework(1) 12:14 | |
| from(52) 4:18 5:2 5:6 5:18 5:19 5:22 5:25 6:24 7:5 7:7 7:19 7:22 8:1 8:9 12:18 15:16 17:18 18:15 18:21 19:10 20:12 21:5 21:24 22:5 22:8 22:18 22:20 23:18 25:10 25:11 25:11 26:3 28:3 28:11 31:7 37:2 37:4 37:5 37:22 38:2 38:14 38:16 38:20 38:23 38:23 42:2 42:7 43:6 46:10 46:24 48:10 48:22 | |
| front(3) 17:25 19:4 45:14 | |
| fulbright(1) 2:10 | |
| full(1) 36:7 | |
| fully(1) 21:5 | |
| functionality(3) 13:4 13:16 13:22 | |
| functioning(4) 7:14 8:13 8:16 45:24 | |
| further(4) 4:24 32:20 37:18 48:14 | |
| gave(2) 33:24 41:22 | |
| genband(2) 24:10 29:20 | |
| get(30) 8:9 12:3 12:12 15:25 21:5 24:22 27:3 30:9 38:16 38:18 38:19 38:22 39:1 39:9 43:6 44:13 45:1 46:8 46:22 47:7 47:8 47:16 48:13 48:13 | |
| getting(10) 17:23 17:25 18:3 21:14 26:2 31:5 32:15 38:9 38:23 | |
| give(5) 15:7 22:25 23:20 25:5 25:19 32:18 33:16 33:20 39:8 40:17 41:4 41:13 41:23 44:2 47:10 | |
| given(11) 7:7 24:17 25:7 25:15 27:2 34:25 39:10 42:17 42:18 43:19 43:19 | |
| giving(5) 19:2 19:4 40:18 40:23 42:14 | |
| glad(1) 40:3 | |
| goes(2) 8:14 14:5 | |
| going(40) 7:11 12:2 15:18 16:3 17:17 18:5 18:7 22:3 22:21 23:22 24:11 24:24 26:8 26:19 34:3 34:19 34:20 35:11 36:16 37:6 37:7 39:17 39:18 39:22 40:20 41:4 41:12 41:13 41:14 41:15 41:20 43:16 44:2 45:22 46:1 46:10 46:16 47:14 47:15 47:9 | |
| gone(3) 27:22 27:22 43:22 | |
| good(11) 4:2 5:6 7:3 7:4 7:14 21:8 22:6 47:20 47:21 48:1 48:5 | |
| got(14) 14:1 15:5 24:7 24:8 27:15 31:18 32:17 37:24 38:1 38:5 38:6 39:4 39:6 48:4 | |
| gotten(4) 8:16 37:22 40:10 44:6 | |
| gottlieb(1) 1:42 | |
| grand(1) 25:7 | |
| grant(1) 46:1 | |
| granted(3) 27:13 31:17 39:12 | |
| gross(2) 1:37 4:2 | |
| group(7) 2:18 28:15 28:21 28:23 29:5 33:5 43:13 | |
| grownup(2) 24:22 42:13 | |
| guaranteed(2) 19:4 19:7 | |
| guess(1) 16:14 | |
| gump(1) 2:42 | |

| Word | Page:Line |
|---|---|

**had(28)** 7:6 7:25 8:5 8:7 10:2 10:11 10:12 10:12 10:13 11:7 13:5 17:12 21:12 23:13 25:10 28:13 28:15 28:21 30:8 37:25 38:1 39:3 39:25 40:3 42:8 44:4 45:5 48:2

**hadley(1)** 2:19
**half(10)** 27:16 27:17 27:23 32:19 34:22 35:20 37:14 37:19 44:25 46:3

**hamilton(1)** 1:42
**hand(1)** 25:13
**handled(1)** 22:23
**hands(1)** 45:12
**hanging(1)** 6:16
**happen(4)** 6:14 6:17 36:16 39:25
**happened(1)** 27:8
**happening(1)** 32:3
**happenstance(1)** 34:17
**happy(5)** 12:6 16:6 34:18 44:5 44:23
**hard(1)** 17:24
**harrington(36)** 1:43 4:25 5:1 5:4 5:6 6:1 8:23 9:2 11:15 11:17 11:24 12:21 13:1 14:22 14:23 15:4 16:5 16:11 16:21 26:18 26:21 28:7 29:7 29:10 30:19 37:22 38:11 39:4 39:16 42:21 42:23 42:25 43:1 46:19 47:6 48:17

**harrington's(1)** 14:3
**harrisburg(1)** 1:51
**has(40)** 5:12 8:24 13:23 14:18 16:25 17:1 17:3 19:10 20:1 21:15 22:19 23:6 24:9 24:12 27:6 27:8 27:9 27:18 27:20 29:19 30:4 30:6 31:1 31:4 31:11 31:22 32:4 32:13 33:15 34:10 34:25 36:19 38:15 40:10 40:25 42:11 43:3 44:21 45:18 45:23

**hasn't(4)** 26:17 32:5 37:12 42:10
**hauer(1)** 2:42
**have(101)** 5:15 5:18 7:13 7:17 8:13 8:15 9:6 10:1 13:5 13:7 13:9 13:17 13:18 14:19 16:3 16:15 17:6 18:7 19:1 19:18 19:19 19:20 20:9 21:8 22:1 22:15 22:15 22:16 22:20 22:21 22:24 23:11 23:22 23:14 24:2 24:12 24:15 25:6 25:23 25:24 26:8 26:10 26:24 27:21 27:22 28:5 28:20 29:16 29:17 29:18 29:21 29:22 29:25 29:25 30:1 30:22 30:23 30:24 31:7 32:1 32:13 33:13 33:19 34:3 34:5 34:12 36:7 37:3 37:8 38:6 38:15 38:18 38:19 38:25 39:10 40:2 40:3 40:13 40:15 40:18 40:21 40:21 40:24 41:3 41:5 41:9 41:10 42:2 43:16 43:19 43:21 43:23 44:1 45:13 46:17 46:17 47:9 48:2 48:9

**haven't(9)** 16:5 26:9 30:10 32:18 37:5 42:6 42:18 43:18 44:12

**having(7)** 20:3 21:22 22:8 22:9 24:4 24:25 35:25
**hazeltine(1)** 3:13
**he's(1)** 39:17
**hear(4)** 4:4 5:3 5:4 6:24 46:24 48:10
**heard(5)** 13:13 37:5 48:15
**hearing(5)** 7:3 13:11 48:18
**heavily(2)** 13:15 20:8
**help(1)** 4:6
**helpful(2)** 12:11 16:14
**helps(2)** 4:22 18:13
**hence(1)** 4:13
**here(12)** 4:6 11:2 19:5 26:6 27:24 32:3 37:11 41:2 41:7 41:15 46:5 46:16

**higher(1)** 34:9
**him(1)** 34:23
**hire(1)** 31:24
**his(2)** 24:1 47:7
**hoc(1)** 2:18
**hold(3)** 35:18 35:20 36:2
**holland(1)** 3:9
**honor(6)** 4:25 5:3 5:12 5:19 6:2 6:8 6:21 7:1 7:4 8:23 8:23 9:6 9:14 9:15 9:20 10:25 11:24 12:14 14:22 15:11 16:15 16:11 16:17 16:24 17:19 18:5 18:14 18:19 18:24 19:12 19:22 20:23 22:12 22:14 25:23 26:7 26:21 27:17 27:21 27:22 28:4 30:20 31:25 35:15 36:17 36:18 37:9 37:15 37:23 40:3 41:2 41:7 42:16 42:21 46:19 47:1 47:19 47:20 48:11 48:15

**honorable(1)** 1:37
**honored(1)** 25:16
**honoring(1)** 20:12
**hope(2)** 12:14 23:1
**hopefully(2)** 12:12 40:11
**hoping(1)** 22:25
**how(15)** 11:16 14:17 20:16 33:10 33:11 36:3 38:16 40:19 42:1 45:6 45:11 46:9 46:10 47:22 47:23

**however(1)** 34:24
**hubbard(1)** 3:31
**huberty(1)** 3:32
**hughes(1)** 3:31
**i'd(1)** 45:8
**i'll(7)** 19:24 25:25 25:22 26:25 27:19 28:11 46:8
**i'm(10)** 4:4 6:10 12:6 15:12 16:19 38:8 40:3 46:1 46:13 46:16

**i've(4)** 4:4 45:4 45:5 46:21
**identify(1)** 20:18
**impact(6)** 11:16 11:23 11:25 14:19 20:1 20:1
**important(5)** 23:25 24:12 29:24 41:23 41:23
**imposed(1)** 37:4
**impossible(1)** 12:17
**improper(1)** 7:15
**improperly(1)** 8:10
**inc(9)** 1:8 1:18 1:22 1:28 1:32 2:10 3:9 3:23 4:8
**includes(2)** 34:10 34:21
**including(3)** 6:17 15:16 21:22
**incorporate(1)** 35:13
**indicating(1)** 22:18
**indication(1)** 37:25
**indiscernible(2)** 42:23 43:5
**indulge(2)** 44:4 47:2
**information(47)** 18:15 19:13 19:15 20:6 20:14 21:1 22:20 25:10 28:9 28:23 29:1 29:13 29:14 30:2 32:24 33:1 33:7 33:16 34:4 34:8 34:19 34:20 34:25 35:4 35:5 35:7 35:10 38:18 38:19 38:22 38:23 39:2 40:9 40:11 41:8 41:8 41:9 41:14 42:1 42:7 42:14 43:1 44:21 44:1 44:3 44:21

**information's(1)** 28:14
**infringement(1)** 18:22
**ingersol(1)** 2:14
**initial(5)** 7:20 8:20 17:4
**initially(1)** 17:9
**inquiry(1)** 29:19
**instead(1)** 18:7
**integrated(1)** 18:23
**intellectual(1)** 24:5
**interested(1)** 3:19
**interim(1)** 19:2
**internal(1)** 43:12
**internally(2)** 29:13 29:14
**international(1)** 1:17
**interpret(1)** 39:21
**interpretations(2)** 12:16 27:2
**interrogatories(5)** 23:8 41:18 43:9 43:11 45:20
**interrogatory(2)** 23:4 41:24
**into(5)** 8:11 10:1 21:8 35:16 38:9
**introduced(1)** 17:12
**involve(1)** 47:13
**involved(1)** 14:1 33:4
**involves(2)** 14:7 33:8
**issue(13)** 21:1 23:2 21:12 18:13 22:23 26:17 37:24 40:14 47:3

**issued(1)** 27:4
**issues(4)** 24:21 38:10 44:15 44:24
**it's(34)** 5:11 6:6 11:4 25:21 26:18 27:4 29:24 30:14 30:19 32:7 32:11 33:12 33:17 34:3 34:4 34:7 34:17 34:19 34:20 35:6 35:18 35:22 36:13 36:5 36:21 39:9 42:12 45:7 45:17 46:3 46:10 46:15 48:10

**its(7)** 10:12 11:1 11:6 20:5 32:15 32:25 41:14
**january(3)** 36:14 36:15 44:9
**jeffrey(1)** 2:38
**jobs(1)** 43:14
**john(1)** 2:34
**johnson(1)** 2:45
**jointly(1)** 1:9
**jones(1)** 3:19
**judge(7)** 1:37 1:38 4:2 21:13 21:13 21:16 25:23
**judgment(4)** 4:17 4:14 4:17 4:23 5:23 7:20 13:11 13:14 14:10 14:18 39:24

**july(3)** 17:4 45:9 45:13
**june(4)** 1:14 4:1 27:24 32:16
**just(48)** 4:6 5:12 5:19 8:10 9:25 9:25 11:10 12:21 13:20 13:25 15:11 15:13 16:17 17:8 17:21 18:4 19:1 20:2 20:3 22:17 23:19 23:25 24:21 24:24 26:10 27:20 27:20 29:12 32:19 33:5 33:22 33:25 34:4 34:5 35:21 37:11 38:3 38:6 38:8 38:11 41:3 42:23 43:8 44:22 45:21 47:10

**justice(1)** 1:10
**justification(3)** 31:19 37:13 44:24
**justified(1)** 17:20
**justify(4)** 25:22 35:11 36:11 43:7
**kapsch(6)** 23:3 23:5 23:11 23:13 23:15 24:7
**kathleen(1)** 2:11
**keep(2)** 28:19 46:23
**keller(1)** 2:11
**kevin(1)** 1:37
**kind(5)** 29:18 29:22 33:10 34:17 35:16
**kinds(1)** 30:22
**king(1)** 2:23
**knight(1)** 3:9
**know(32)** 4:3 4:22 6:13 14:16 16:20 20:25 25:13 27:6 28:12 28:13 28:17 29:11 29:15 29:21 31:2 32:21 32:21 35:8 35:16 35:18 35:23 36:8 36:16 37:11 38:12 39:2 43:3 43:23 45:10 48:3 48:9

**knowledge(1)** 29:17
**known(1)** 31:15
**knows(3)** 17:8 22:14 45:17

**landscape(1)** 27:18
**largely(1)** 25:8
**last(16)** 19:20 22:12 22:18 24:8 26:10 26:22 27:8 27:10 27:10 31:15 37:4 37:8 37:12 39:6 39:10 39:11
**lastly(1)** 36:18
**later(4)** 17:24 18:3 19:3 27:14
**laughter(1)** 26:20
**law(2)** 2:23 6:21
**lawyer(2)** 25:11 25:11
**lawyers(1)** 23:1
**leading(1)** 41:11
**least(3)** 7:21 8:20 29:18
**left(2)** 6:16 15:2
**less(1)** 13:18
**let(13)** 4:6 4:6 6:24 9:25 11:14 14:16 15:11 15:11 16:1 16:17 38:8 42:22 48:3
**let's(10)** 16:14 23:21 27:24 31:1 31:2 32:6 37:13 37:23 44:7 44:25
**letter(13)** 17:8 20:15 21:2 21:22 23:4 23:8 23:5 25:6 39:16 39:19 41:10 41:11 41:17 46:8
**letters(3)** 4:4 16:25 45:5
**level(3)** 7:18 24:14 34:9
**license(8)** 8:1 8:5 8:6 8:7 9:9 10:13 10:16 21:11
**like(14)** 6:12 8:4 11:1 11:17 12:10 15:5 28:4 30:21 36:13 37:10 40:4 44:20 45:6 45:8
**limited(1)** 22:25
**line(16)** 4:12 4:15 4:19 5:8 9:17 9:23 11:19 11:16 18:18 18:23 19:14 19:14 20:22 29:19 41:7 42:6
**lines(1)** 44:17
**link(1)** 34:17
**lisa(1)** 1:44
**list(2)** 23:22 33:25
**listed(1)** 34:15
**lists(1)** 25:9
**lit(1)** 19:25
**literally(2)** 38:5 41:20
**litigate(1)** 46:18
**litigation(2)** 19:17 38:17
**little(7)** 7:6 18:4 33:25 46:23
**live(1)** 46:17
**living(1)** 17:22
**llc(2)** 2:48 3:13
**llp(5)** 2:10 2:19 2:42 3:5 3:9
**logical(1)** 40:19
**long(2)** 32:1 36:20
**look(23)** 22:5 42:11
**look(4)** 34:1 37:3 37:10 48:7
**looked(1)** 33:2
**looking(1)** 30:2
**loss(1)** 33:8
**lot(1)** 28:11
**made(9)** 4:14 11:25 13:7 13:14 19:16 23:11 27:9 33:10 43:22
**magistrate(1)** 21:13
**maintained(1)** 40:8
**major(1)** 14:19
**majority(1)** 28:12
**made(10)** 9:21 12:24 18:24 21:20 21:25 24:18 27:3 40:16 40:19 41:6
**makes(1)** 40:23
**making(2)** 12:16 13:10
**management(1)** 16:6
**many(3)** 8:10 15:22 15:22
**market(1)** 1:11
**match(1)** 34:3
**matter(5)** 6:21 7:16 9:9 32:13 48:23
**matthew(1)** 2:43
**may(17)** 14:17 17:12 20:23 22:16 26:16 27:1 27:1 27:11 28:2 30:22 30:23 30:24 31:12 31:23 34:11 40:24 47:13
**maybe(2)** 6:9 6:9
**mcalee(1)** 2:33
**mccarthy(1)** 1:47
**mccloy(1)** 2:19
**mean(5)** 4:8 8:5 25:6 38:14 39:21
**means(4)** 4:9 23:14 36:23 44:13
**meantime(3)** 12:5 12:9 44:19
**meet(2)** 41:21 46:6
**meeting(1)** 17:12
**melnik(1)** 3:6
**mention(1)** 47:13
**mentioned(4)** 12:21 20:16 41:17 47:6
**met(2)** 21:17 24:8
**mid(1)** 24:8
**mid-march(1)** 26:12
**might(1)** 40:24
**milbank(1)** 2:19
**million(2)** 15:7 15:7
**minimal(2)** 7:25 18:21
**minutes(1)** 48:5

**moment(1)** 13:25
**money(1)** 7:14
**month(17)** 17:4 17:10 17:20 19:2 22:2 27:9 31:16 31:18 33:25 35:11 36:5 36:7 39:12 39:13 46:1 46:2 46:14
**months(22)** 17:7 17:15 17:21 17:22 17:24 19:3 19:4 21:4 21:19 27:15 27:15 31:20 31:20 32:11 32:11 32:14 37:16 37:17 39:7 39:9 43:22 46:5
**moot(1)** 21:23
**more(18)** 8:12 9:10 17:7 19:25 25:2 28:8 31:20 33:8 36:23 37:16 40:25 41:20 44:22 45:22 46:2 46:14 46:15 47:19
**morning(5)** 4:2 7:3 7:4 47:20 47:21
**morris(1)** 2:4
**most(6)** 9:22 24:11 34:14 40:8 41:22 41:23
**motion(17)** 12:11 14:17 14:18 16:2 17:14 20:4 20:11 26:11 26:24 39:14 39:19 39:20 41:12 44:11 46:23 47:5 47:6
**motions(3)** 16:2 28:2 45:3
**move(4)** 12:8 16:2 36:14 44:25
**moving(2)** 31:22 44:12
**much(7)** 12:12 13:18 38:7 38:9 40:25 45:24 47:8
**murphy(1)** 2:15
**must(3)** 15:6 19:6 19:6
**namely(1)** 19:12
**nate(1)** 18:23
**necessary(3)** 19:15 20:19 26:5
**need(14)** 12:18 17:18 19:9 20:14 24:1 34:24 36:23 37:18 41:8 42:19 43:6 47:13 47:15 48:14
**needed(2)** 10:9 27:11
**needs(2)** 4:23 19:12
**nefarious(1)** 14:25
**networks(4)** 1:8 1:28 2:10 4:8
**never(3)** 37:24 38:6 40:6
**nevertheless(3)** 31:8 34:11
**new(2)** 10:5 31:19
**newbould(1)** 11:11
**news(1)** 21:8
**next(2)** 44:10 45:3
**nichols(1)** 2:4
**nick(1)** 2:20
**nobody(1)** 29:11
**non(1)** 41:21
**norman(1)** 2:30
**nortel(64)** 1:8 1:28 2:9 4:8 4:8 4:12 4:15 4:17 4:18 4:22 4:23 5:1 5:10 5:24 7:13 8:4 8:13 8:22 9:4 9:9 10:11 10:14 10:18 10:23 11:3 11:5 15:24 18:17 20:18 20:20 21:12 21:25 26:3 28:9 28:12 28:15 28:18 28:20 28:24 30:1 30:12 30:24 31:24 32:22 32:22 32:24 33:1 33:6 33:18 33:18 34:15 35:17 38:21 40:5 40:10 40:20 41:25 42:2 42:10 43:9 43:14 44:21 46:2
**nortel's(6)** 5:2 5:6 9:19 18:22 38:14 39:6
**norton(1)** 2:17
**not(89)** 4:11 4:13 4:13 4:16 5:17 6:6 6:11 6:15 7:13 7:17 8:2 8:3 8:4 8:9 8:13 8:15 9:9 9:22 11:1 11:3 11:5 11:12 12:1 12:7 12:23 13:3 13:6 14:12 14:21 14:24 15:8 15:24 17:11 18:5 19:3 20:9 22:9 22:10 23:7 23:11 23:13 23:14 23:24 24:13 24:24 26:11 26:13 26:22 27:25 30:14 31:13 31:19 31:19 31:23 33:5 33:12 33:17 34:3 34:7 34:19 34:21 35:10 35:19 35:24 36:10 37:18 38:9 38:16 38:19 39:1 39:17 39:18 40:13 40:22 41:4 41:5 41:13 41:16 41:20 44:4 44:12 44:18 44:25 45:17 47:4 47:13 48:2
**noted(1)** 22:17
**nothing(9)** 10:11 10:13 20:10 26:25 27:6 27:18 28:13 34:10 41:20
**notice(4)** 37:1 37:2 37:10 38:2
**notifying(1)** 14:8
**noting(1)** 35:22
**notwithstanding(1)** 22:4
**november(5)** 37:4 37:5 37:12 38:6 45:21
**now(29)** 5:19 6:22 7:19 9:13 12:15 13:22 13:23 16:14 17:21 18:2 19:3 20:13 21:7 27:15 28:3 31:15 31:22 32:11 32:11 32:13 33:22 35:15 35:25 36:12 39:4 40:2 44:7 45:16 45:24
**number(2)** 12:21 12:25
**object(1)** 30:19
**obligation(1)** 20:1
**obligations(4)** 19:22 20:12 22:5 25:17
**observation(1)** 26:5
**obtain(1)** 8:1
**obtained(1)** 21:8
**obviously(3)** 21:18 38:7
**off(5)** 18:5 18:8 28:15 44:15 44:25
**offer(2)** 17:22 42:15
**offered(2)** 33:3 33:11
**offerings(1)** 33:12
**offices(1)** 2:23
**official(1)** 2:41

# WORDS — SOME.1

okay(11) 3:3 5:6 9:2 11:23 12:18 16:8 16:11 27:13 29:9 33:22 48:7

old(1) 45:23
once(6) 7:19 8:19 11:24 27:4 32:12 44:14
one(21) 10:10 10:19 11:22 11:24 12:12 22:16 25:10 28:8 29:24 33:5 33:9 39:5 39:11 41:24 42:3 43:1 46:4 47:4 47:19
ones(3) 34:24 41:23
only(14) 5:14 6:6 6:12 6:13 9:11 10:10 14:5 14:10 23:12 25:25 30:3 38:19 41:16 42:1
onto(1) 31:20
opening(7) 16:7 28:1 36:6 36:14 44:9 45:2 45:7
operate(1) 19:6
opine(1) 18:11
opportunity(1) 47:10
opposed(5) 17:21 18:2 24:4 27:9 38:23
order(3) 17:3 41:15 46:13
orders(5) 5:1 6:4 9:10 11:2 11:4
organized(1) 34:9
other(16) 4:8 6:3 6:20 11:20 15:9 22:17 25:13 28:18 28:22 30:24 34:6 34:21 44:9 45:2 45:7 44:2
ought(5) 45:24 45:25 46:6 46:9
our(11) 4:21 11:7 7:11 7:16 8:2 8:6 8:12 8:20 8:21 13:14 14:7 14:9 14:20 15:6 17:8 17:16 18:14 19:8 22:13 23:25 24:9 24:22 24:23 25:6 25:16 25:20 27:2 29:15 29:17 29:21 32:7 32:8 44:9
out(9) 6:16 9:15 15:2 22:22 34:12 36:9 40:12 45:21 46:22
outcome(1) 36:3
outside(1) 23:24
outstanding(1) 22:5
over(1) 5:22
overall(1) 18:16
overcome(4) 7:9 7:19 7:20 8:19
owe(1) 41:8
own(4) 4:13 10:12 18:6 32:15
pages(2) 35:7
paid(13) 5:7 6:5 8:15 9:4 9:8 9:11 9:24 11:18 13:5 13:17 13:18 15:9 15:20
paper(1) 16:7
papers(3) 4:14 5:23 13:14
part(7) 7:12 10:22 18:22 19:14 22:13 27:7 34:6
particular(3) 20:3 26:17 34:16
parties(13) 11:21 12:14 17:17 22:14 22:15 24:25 28:5 38:16 38:18 38:20 46:4 46:17
party(7) 3:19 6:20 24:23 28:16 28:19 28:24 29:15 30:8 30:24 36:19 38:24 39:2 42:10 42:11 42:14 43:15 45:20
party's(1) 6:6
paul(1) 2:11
pause(1) 9:25
pay(6) 6:13 8:4 9:17 9:18 9:19 10:22
paying(6) 7:14 10:15 10:15 15:18 15:23 15:24
peg(1) 3:20
pending(3) 19:20 21:13 44:16
pennsylvania(1) 1:51
people(2) 29:3 32:2
per(4) 33:2 33:12 35:6 35:9
performance(1) 33:7
performed(1) 23:24
period(3) 14:8 20:21 22:2
pernick(1) 2:30
perspective(4) 5:2 5:2 5:7 7:5
petition(1) 29:6
phone(5) 46:8 47:2 47:15 47:16 47:25
piper(1) 3:5
place(2) 10:1 45:17
placed(1) 7:10
plaintiffs(2) 1:24 4:10
plan(1) 38:9
planning(1) 18:1
please(1) 35:2
plus(1) 14:25
point(7) 8:12 10:14 11:15 12:24 12:23 24:3 46:11
pointed(1) 9:15
points(2) 12:20 38:8
portion(3) 9:18 15:6 15:8
pose(1) 35:20
position(9) 7:24 17:6 18:21 24:4 27:5 38:14 40:21 48:2 48:9
positions(1) 4:5
possibility(1) 18:3
possible(1) 26:4
possibly(4) 6:18 17:23 35:13 36:11
post(1) 29:5
post-bankruptcy(1) 21:24
post-petition(2) 20:21 29:8

pre-sale(4) 14:8 14:20 20:8 20:21
prejudice(3) 21:16 21:18 36:25
prepare(2) 21:16 22:1
prepared(6) 4:4 7:9 7:11 17:9 24:16 28:21
presence(3) 22:16 23:12 48:8
present(3) 7:23 11:2 17:19
presented(1) 17:1
preserve(1) 22:8
press(3) 41:15 42:13 47:8
preston(1) 2:48
prevent(1) 22:7
price(22) 5:7 5:9 5:14 5:16 6:5 6:11 6:17 7:18 9:7 9:7 9:11 10:23 11:6 11:12 11:18 11:19 11:21 13:19 14:4 15:5 23:23 24:2
prices(3) 8:22 18:16
prior(5) 14:14 15:15 18:17 18:22 19:13
probably(3) 22:17 24:11 26:8
probative(2) 30:14 30:14
problem(2) 9:15 47:16
problems(2) 26:6 42:8
procedure(1) 41:2
proceed(1) 46:10
proceeding(2) 14:6 46:10
proceedings(4) 1:36 1:55 23:9 48:23
proceeds(5) 5:14 5:16 6:17 11:22 15:5
process(9) 20:19 21:1 21:3 30:7 31:23 32:1 32:3 32:15 41:1
produce(2) 20:2 26:23
produced(1) 1:56 19:19 25:13 28:20
product(26) 7:15 8:16 13:4 13:6 13:16 14:14 20:18 24:14 28:9 28:24 30:5 31:6 31:6 33:2 33:5 33:9 33:12 34:4 34:5 34:10 34:16 34:19 35:6 35:9 40:14 41:20 41:21 42:3 42:4 42:5 42:5 43:9 43:15
production(2) 25:12 41:16
products(41) 7:14 8:14 8:19 18:10 18:12 18:17 19:3 19:15 20:20 20:24 21:12 21:25 22:9 28:12 28:17 29:2 29:15 29:21 29:25 30:12 32:2 32:25 33:5 33:11 33:23 34:2 34:6 34:13 34:20 34:22 34:24 35:3 35:4 35:8 35:4
profit(29) 4:18 4:21 5:17 11:1 13:10 14:2 14:4 14:6 14:11 14:13 14:19 20:1 20:4 20:6 20:8 20:10 20:11 21:21 33:9 33:13 33:16 34:2 34:5 34:7 34:13 34:16 34:23 40:1 40:7
profits(8) 4:20 5:22 9:5 11:22 18:21 21:24 33:8
projections(1) 24:16
prompt(2) 12:10 46:22
promptly(5) 9:11 43:10 45:10 46:9 47:15
proof(1) 8:20
proper(1) 17:7
properly(3) 8:8 19:7 32:2
property(22) 5:5 5:11 5:16 6:6 6:6 6:12 6:18 6:19 6:23 9:8 9:12 9:19 9:20 10:23 11:7 11:12 11:12 11:21 15:7 15:9 24:5
proportionality(2) 23:17 24:24
propose(1) 40:20
proposed(1) 15:17
proposing(1) 18:1
prosecute(2) 22:8 22:9
prosecuting(1) 23:9
prove(1) 4:21
provide(6) 12:4 27:21 29:12 30:1 43:11 44:21
provided(11) 11:2 17:14 19:11 28:10 28:10 28:14 29:4 29:16 34:15 43:17 44:1
provides(1) 43:11
providing(2) 5:1 26:24
purchase(27) 5:7 5:9 5:13 5:16 6:5 6:11 6:17 7:17 7:18 7:22 8:21 9:7 9:7 9:11 9:18 10:23 11:6 11:12 11:18 11:21 13:19 14:4 15:14 15:16 18:16 23:23 24:2
purchasers(7) 4:12 4:16 4:19 8:4 8:7 9:17 9:23
purpose(1) 20:17
pursue(3) 19:16 21:21 45:22
purview(1) 33:9
push(4) 27:24 37:13 37:18 44:7
put(9) 12:13 18:4 20:2 24:3 27:5 35:17 35:19 36:6 44:8
putting(1) 36:1

question(13) 4:16 6:15 8:24 29:1 29:3 29:14 29:22 30:4 30:11 31:7 32:21 43:9 43:14
questions(1) 35:23
quote(1) 11:4
raise(2) 12:12 24:21
raised(2) 26:12 39:4
raising(1) 13:4
rapidity(1) 45:25
rather(2) 32:4 44:6
reach(2) 12:15 23:13
read(2) 4:4 45:4
real(2) 28:25 29:10
realistic(1) 17:25
realities(6) 9:14 9:16 11:9 13:1 13:2 13:21
reality(1) 13:6

really(14) 9:13 27:8 27:23 28:7 28:12 30:13 30:14 32:7 32:18 35:19 36:17 40:3 40:4 46:15
reason(9) 10:11 17:20 26:9 26:16 29:24 32:4 32:9 34:6 39:7
reasonable(1) 25:21
reasons(1) 42:16
rebut(1) 7:23
rebuttal(1) 22:1
receipt(1) 17:17
receive(1) 4:17
received(5) 5:24 7:22 8:22 11:6 22:17
recently(1) 24:7
recess(1) 48:1
recitation(1) 6:4
record(7) 6:7 6:20 12:24 33:1 37:20 47:11 48:5
recorded(2) 1:55 33:6
recording(2) 1:55 48:22
redundant(1) 30:14
reed(1) 3:31
refer(2) 4:17 43:10
referred(2) 37:1 43:10
refers(1) 9:5
reflected(1) 5:11
reflects(1) 46:13
regardless(2) 14:16 45:6
rejected(1) 31:25
rejecting(1) 11:11
related(5) 11:3 21:10 21:11 44:3 44:16
relate(1) 20:8
relating(2) 21:23 21:23
relevant(1) 30:15
remains(1) 22:10
remember(1) 31:23
remming(1) 2:6
remuneration(1) 5:25
renewed(1) 26:15
renewing(1) 13:1
reorg(1) 3:23
replies(1) 45:12
reply(4) 45:7 45:12 45:21 47:10
report(2) 17:2 24:13
reports(18) 17:13 17:16 18:1 18:7 18:8 18:19 18:24 22:1 28:15 34:15 34:18 36:8 36:13 36:14 40:5 42:2 44:9
repositories(1) 30:16
repository(3) 27:12 30:3 31:4
represent(1) 47:25
request(10) 16:20 22:13 22:19 23:8 24:15 27:9 31:6 37:3 37:4 46:24
requested(8) 17:4 19:22 27:14 40:22 42:17 44:2 44:4 46:3
requesting(3) 20:7 23:18 34:21
requests(4) 19:20 20:25 25:22 41:19
require(1) 21:20
required(1) 20:13
requirements(1) 24:24
requires(1) 9:16
research(3) 12:15 39:20 44:6
resist(1) 12:1
resolution(3) 12:15 39:20 44:6
resolve(5) 17:16 25:1 26:1 27:5 39:20 41:12 46:8
resolved(3) 21:9 39:23 44:13
respect(13) 8:18 14:11 14:13 21:7 22:13 23:3 23:4 23:16 23:17 31:10 43:1 43:8 48:9
respond(6) 8:24 23:6 37:6 37:7 42:24 47:9
responded(4) 22:19 37:12 38:1 43:3
response(5) 22:21 37:12 37:25 38:4 46:22
responses(5) 30:8 41:17 41:19 41:22 41:22
responsible(1) 28:16
restricted(1) 40:25
result(2) 20:3 21:18
resulted(1) 21:15
revenues(1) 33:7
review(1) 35:12
revised(2) 46:12 46:13
richard(1) 2:24
right(22) 6:24 9:20 11:4 12:15 13:22 14:3 14:23 15:25 16:1 16:12 16:16 16:24 26:18 28:6 36:23 36:24 37:21 42:20 45:4 45:14 45:14 48:12 48:12
risk(1) 22:9
robert(1) 2:45
rooney(1) 2:14
rose(1) 3:2:10
royalty(5) 25:10 28:21 34:14 34:18 42:2
rule(3) 14:17 20:9 45:9
ruled(1) 6:22 11:11
rules(2) 41:1 43:10
ruling(17) 4:7 4:23 5:13 5:19 7:6 7:10 11:25 12:12 12:16 16:14 26:24 26:24 27:2 39:23 44:15 45:6 46:20

said(21) 5:18 5:19 6:10 6:11 9:6 10:1 14:3 17:8 20:14 23:21 27:1 27:11 27:20 29:20 31:1 33:15 33:19 36:18 37:3 38:11 43:2 43:8 43:18 44:2
sale(28) 4:11 5:11 5:11 6:3 6:4 7:8 7:12 8:16 9:10 9:10 9:17 10:8 10:24 11:2 11:4 12:23 13:9 14:9 14:11 14:14 14:15 15:1 15:16 18:18 20:5 21:24 21:24 25:8
sales(13) 5:8 6:5 9:23 11:19 15:5 18:23 19:14 19:14 20:22 21:12 24:2 42:6 44:17
same(7) 6:22 13:3 13:8 19:4 23:7 32:9 32:10
samis(1) 2:49
say(18) 9:22 10:25 12:8 15:24 21:1 21:2 25:6 32:16 33:22 35:2 37:13 39:15 41:3 42:12 42:22 43:4 45:5 47:14
saying(9) 6:8 12:2 26:23 27:16 27:24 32:6 35:15 44:7 44:25
says(7) 6:5 9:20 13:1 36:20 37:2 39:16 39:19
schedule(3) 16:4 47:2 47:12
scheduling(3) 17:3 46:13 47:16
schotz(2) 2:27 7:2
schuylkill(1) 1:50
schweitzer(1) 1:44
search(3) 31:1 32:6 38:21
searched(1) 31:14
searches(4) 20:23 29:23 32:12 38:13
searching(7) 20:15 21:3 29:18 32:4 32:20 39:1 39:1
second(5) 9:19 16:14 29:17 32:23 36:24
see(11) 4:6 31:2 31:11 32:7 33:24 34:1 34:2 34:11 34:23 37:17 41:6
seek(3) 4:24 12:2 16:3
seeking(2) 16:16 32:25
seem(2) 8:11 35:3
seen(2) 16:25 22:16
selinda(1) 3:6
sell(1) 4:13
seller(1) 6:10
selling(4) 5:10 11:3 11:5 42:5
send(2) 16:9 46:7
sense(6) 19:16 21:20 21:25 27:3 33:10 40:24
sent(5) 18:5 23:5 24:15 31:25 38:4
separate(10) 6:3 8:1 8:7 10:13 10:16 13:21 14:12 14:13 21:11 40:1
separately(3) 6:12 8:5 10:12
september(4) 27:10 31:17 32:17 36:7
served(1) 38:6
server(1) 27:12
servers(1) 20:15
service(2) 1:49 1:56
services(1) 1:49
set(1) 19:8
settlement(9) 8:11 21:8 21:9 21:14 21:15 22:6 25:4 25:19 35:22
several(2) 10:7 21:4
short(3) 4:10 6:19 18:2
shorter(1) 18:2
should(16) 10:15 16:22 26:3 27:21 27:22 32:13 36:5 37:18 38:24 42:14 44:14 44:22 45:12 46:4 46:12 47:6
shouldn't(3) 27:24 32:14 41:2
showed(1) 8:18
sic(1) 30:17
side(6) 6:10 46:23
sides(1) 46:25
signed(1) 23:4
simply(2) 28:3 30:2
simultaneous(1) 45:8
since(4) 19:20 37:12 39:10 39:11
singe(4) 19:19 39:10 39:11 42:13
sit(1) 12:14
situation(2) 11:9 29:6
six(15) 17:4 17:14 17:20 17:21 19:4 27:9 31:16 31:20 32:11 32:14 34:13 35:4 35:8 35:11 39:13
slow(1) 35:20
slowly(1) 44:18
snmp(106) 1:17 1:22 2:23 2:37 2:37 4:9 4:11 4:18 4:19 5:23 6:7 6:13 6:14 6:19 6:25 7:2 7:6 7:8 8:1 8:24 9:18 9:19 9:20 9:24 9:24 10:3 10:9 10:10 10:13 10:14 10:15 10:20 10:23 10:25 11:3 11:5 11:22 15:20 15:21 15:23 15:24 15:25 16:2 16:16 17:3 18:11 18:12 18:16 19:12 19:19 20:18 20:24 21:10 21:20 21:23 23:1 24:1 24:6 25:11 27:8 27:24 28:26 29:1 29:20 29:20 30:6 30:7 30:12 32:15 32:15 32:22 32:10 32:15 32:22 32:25 33:15 33:15 33:22 34:2 34:5 34:21 34:25 35:1 35:3 35:23 36:18 37:1 37:3 37:17 41:6 41:25 27:22 43:9 44:3 46:12
snmp's(15) 4:21 9:13 9:15 9:25 11:9 11:11 11:20 14:25 18:5 18:21 19:17 28:13 31:16 34:10 43:2

| Word | Page:Line |
|---|---|
| **software**(71) | 4:12 4:13 4:15 4:18 4:19 5:24 6:13 7:8 7:11 7:13 7:16 7:22 7:25 8:1 8:3 8:4 8:8 8:10 8:13 8:21 9:5 9:8 9:18 9:24 10:21 11:3 11:5 13:7 13:9 13:17 13:19 14:7 14:9 14:20 15:18 15:21 15:24 15:25 18:11 18:12 18:16 20:19 20:20 24:1 24:6 27:12 28:10 28:13 28:16 28:19 28:20 28:24 29:16 29:21 29:25 30:3 30:4 30:5 30:12 30:15 30:23 30:24 30:25 31:4 31:5 32:22 42:1 42:4 43:10 43:15 |
| **sold**(5) | 5:8 7:13 11:6 18:17 19:13 |
| **solution**(2) | 33:4 40:7 |
| **solutions**(1) | 33:3 |
| **some**(15) | 6:3 6:9 7:21 8:21 9:3 9:8 10:14 15:6 22:14 27:11 31:4 31:12 32:4 39:14 44:2 |
| **somebody**(1) | 35:22 |
| **somehow**(5) | 35:24 41:12 43:21 44:21 48:4 |
| **something**(5) | 6:9 13:18 13:21 36:18 38:7 |
| **sometime**(1) | 45:1 |
| **sometimes**(1) | 34:15 |
| **soon**(2) | 26:8 38:1 |
| **sooner**(1) | 38:7 |
| **sorry**(3) | 6:11 16:19 46:13 |
| **sort**(3) | 9:13 11:9 34:7 |
| **sought**(2) | 5:18 31:21 |
| **sound**(2) | 1:55 48:22 |
| **source**(8) | 18:9 18:13 20:15 23:23 25:9 38:22 39:1 43:16 |
| **sources**(2) | 28:11 31:8 |
| **specific**(2) | 18:25 40:13 |
| **specifically**(3) | 18:9 19:25 39:19 |
| **specificity**(1) | 18:4 |
| **speed**(1) | 23:7 |
| **spreadsheet**(1) | 28:22 |
| **spreadsheets**(4) | 29:4 35:6 35:7 35:9 |
| **spring**(1) | 49:7 |
| **stand**(1) | 48:13 |
| **standalone**(1) | 18:6 |
| **standpoint**(1) | 7:19 |
| **start**(1) | 40:17 |
| **started**(8) | 24:9 24:12 31:24 32:1 32:2 32:5 32:16 |
| **starting**(1) | 24:2 |
| **state**(1) | 44:20 |
| **stated**(2) | 5:9 5:10 |
| **statement**(1) | 36:22 |
| **states**(2) | 1:1 1:38 |
| **status**(4) | 17:2 17:13 28:23 40:4 |
| **statute**(2) | 9:2 9:4 |
| **steen**(1) | 1:42 |
| **step**(1) | 42:13 |
| **steps**(4) | 23:21 35:2 36:21 36:22 |
| **stern**(2) | 3:10 47:25 |
| **still**(11) | 20:8 20:9 22:22 23:2 26:22 31:12 32:18 39:9 40:2 41:9 42:18 |
| **stipulate**(1) | 17:10 |
| **stipulation**(1) | 16:9 |
| **store**(1) | 30:22 |
| **stores**(1) | 30:21 |
| **strauss**(1) | 2:42 |
| **streamline**(1) | 12:13 |
| **street**(2) | 1:11 1:50 |
| **structure**(5) | 25:19 35:16 35:21 45:7 45:11 |
| **subject**(4) | 11:22 16:12 20:24 32:23 |
| **subjects**(1) | 28:8 |
| **submission**(1) | 17:1 |
| **submit**(1) | 46:12 |
| **subpoena**(1) | 22:23 |
| **substantial**(1) | 21:21 |
| **such**(1) | 9:21 |
| **sufficient**(2) | 24:14 46:15 |
| **suggested**(2) | 30:10 46:2 |
| **suited**(1) | 42:3 |
| **sullivan**(10) | 3:13 3:14 47:19 47:20 47:21 47:22 47:24 48:2 48:7 48:11 |
| **sum**(1) | 15:20 |
| **summary**(11) | 4:7 4:14 4:17 4:23 5:22 7:20 13:11 13:14 14:10 14:18 39:23 |
| **summer**(1) | 27:10 |
| **supplier**(1) | 28:19 |
| **support**(2) | 11:1 24:17 |
| **supposed**(2) | 38:17 38:17 |
| **sure**(5) | 18:25 24:18 24:18 36:16 37:18 |
| **sweden**(3) | 22:18 23:2 38:3 |
| **swedish**(2) | 22:19 37:2 |
| **system**(4) | 27:12 31:13 31:13 32:8 |
| **take**(13) | 13:25 21:4 23:15 32:12 32:14 34:18 35:11 36:22 37:23 40:10 41:14 42:12 |
| **taken**(3) | 17:6 25:21 42:11 |
| **takes**(2) | 25:2 25:2 |
| **taking**(3) | 4:5 17:22 36:21 |
| **talk**(5) | 9:3 16:14 37:17 45:10 47:17 |
| **talked**(1) | 10:20 |
| **talking**(3) | 9:7 27:11 35:6 |
| **tandem**(1) | 18:7 |

| Word | Page:Line |
|---|---|
| **tangentially**(1) | 44:3 |
| **target**(1) | 5:17 |
| **tasked**(1) | 43:13 |
| **tasks**(1) | 18:6 |
| **taylor**(1) | 2:48 |
| **tee**(3) | 12:10 16:6 45:2 |
| **teed**(1) | 44:6 |
| **telephone**(2) | 4:3 26:4 |
| **telephonic**(3) | 1:40 2:1 3:1 |
| **tell**(12) | 5:22 29:21 31:3 31:4 31:6 32:10 33:23 35:2 40:3 40:5 41:25 42:3 |
| **tells**(2) | 30:3 32:8 |
| **ten**(2) | 27:15 31:20 |
| **terms**(1) | 33:3 |
| **testimony**(1) | 7:23 |
| **thalassinos**(1) | 3:24 |
| **than**(16) | 6:3 13:18 13:21 15:9 17:7 25:21 32:4 33:9 37:16 41:20 42:11 44:6 46:2 46:14 46:15 47:9 |
| **thank**(13) | 5:1 5:5 7:1 7:4 16:11 16:24 26:21 37:21 46:19 47:18 48:11 48:15 48:17 |
| **that**(301) | 4:14 4:20 4:22 5:1 5:8 5:10 5:13 5:20 5:21 5:25 6:1 6:2 6:2 6:7 6:14 6:14 6:15 6:15 6:15 6:20 7:6 7:7 7:10 7:11 7:12 7:15 7:18 7:20 7:21 7:22 7:24 8:2 8:6 8:7 8:12 8:17 8:18 8:19 8:20 8:22 8:25 9:3 9:6 9:9 9:10 9:11 9:15 9:16 9:17 9:25 10:1 10:3 10:5 10:6 10:9 10:10 10:11 10:12 10:14 10:16 10:20 10:24 11:3 11:5 11:5 11:7 11:10 11:12 11:19 11:21 11:25 12:3 12:4 12:6 12:7 12:11 12:17 12:21 12:21 12:23 12:24 13:1 13:2 13:3 13:6 13:7 13:10 13:11 13:11 13:13 13:14 13:15 13:16 13:22 13:23 14:1 14:3 14:14 14:16 14:19 14:21 14:24 15:6 15:8 15:9 15:12 15:12 15:13 15:19 15:21 15:23 16:4 16:6 16:10 16:15 16:16 16:16 16:25 17:5 17:6 17:11 17:13 17:14 17:17 18:1 18:9 18:13 18:14 18:14 18:17 18:21 19:1 19:6 19:7 19:10 19:11 19:13 19:13 19:17 19:18 19:19 19:20 19:21 19:22 19:25 19:25 20:4 20:4 20:5 20:5 20:6 20:7 20:9 20:10 20:10 20:11 |
| **that**(301) | 20:14 20:15 20:15 20:16 20:17 20:17 20:18 20:20 20:21 20:21 20:23 21:1 21:1 21:2 21:3 21:5 21:9 21:10 21:11 21:12 21:13 21:15 21:16 21:18 21:24 22:1 22:2 22:4 22:5 22:6 22:10 22:11 22:12 22:13 22:16 22:16 22:18 22:18 22:19 22:22 22:23 22:24 23:1 23:3 23:5 23:5 23:7 23:10 23:12 23:16 23:16 23:17 23:18 23:18 23:19 23:20 23:21 23:22 23:22 23:23 23:24 24:2 24:3 24:5 24:6 24:7 24:8 24:10 24:11 24:13 24:14 24:15 24:15 24:16 24:18 24:20 24:22 24:23 24:24 24:25 25:3 25:5 25:6 25:8 25:9 25:9 25:10 25:16 25:17 25:18 25:19 25:20 25:22 25:25 25:25 26:1 26:2 26:3 26:6 26:10 26:12 26:14 26:16 26:17 26:18 26:23 26:24 27:2 27:5 27:7 27:8 27:12 27:12 27:21 27:22 27:25 28:5 28:6 28:11 28:12 28:16 28:23 29:1 29:5 29:9 29:10 29:12 29:17 29:22 29:23 29:25 30:1 30:4 30:4 30:6 30:7 30:7 30:11 30:16 30:18 31:2 31:7 31:10 31:11 31:12 31:13 31:16 31:17 31:20 32:3 32:4 32:6 32:8 32:9 32:12 32:12 32:16 32:23 33:6 33:9 33:9 33:20 33:25 34:7 34:14 34:16 34:18 34:19 34:24 34:25 35:2 35:2 35:3 35:5 35:10 35:15 35:17 35:19 35:24 36:1 36:3 36:13 36:15 36:16 36:22 36:23 36:24 36:25 37:2 37:5 37:6 37:7 37:8 37:8 37:17 37:19 37:21 37:23 38:2 38:3 38:4 38:8 38:10 38:13 38:14 38:18 38:18 38:19 38:19 38:23 38:24 38:25 39:2 39:2 39:3 39:4 39:6 39:7 39:7 39:9 39:10 39:11 39:15 39:15 39:16 39:18 39:19 39:20 39:21 39:22 39:23 40:2 40:4 40:4 40:7 40:8 40:9 40:9 40:11 40:13 40:20 40:21 40:22 40:24 40:24 |
| **that**(42) | 40:24 41:10 41:11 42:1 42:14 42:17 42:18 42:19 43:4 43:6 43:11 43:12 43:12 43:13 43:16 43:19 43:20 43:21 44:1 44:1 44:13 44:14 44:15 44:18 44:21 45:1 45:9 45:18 45:20 45:21 46:3 46:14 47:5 47:6 47:9 48:3 48:13 48:14 48:14 48:21 |
| **that's**(36) | 5:10 5:17 6:24 11:13 14:23 15:8 22:22 23:2 25:11 25:24 26:5 26:16 28:25 28:25 29:10 29:24 31:18 32:10 32:20 33:10 33:11 34:14 35:10 38:16 40:23 41:25 43:15 43:20 43:21 44:3 45:13 46:2 46:9 46:10 46:20 |
| **thau**(1) | 3:28 |

| Word | Page:Line |
|---|---|
| **the**(301) | 1:1 1:2 1:37 2:4 4:2 4:2 4:3 4:4 4:5 4:7 4:8 4:9 4:11 4:11 4:12 4:13 4:13 4:14 4:15 4:16 4:16 4:17 4:18 4:20 4:20 4:20 4:23 5:4 5:8 5:8 5:9 5:10 5:11 5:11 5:13 5:13 5:15 5:16 5:18 5:20 5:21 5:21 5:22 5:23 6:1 6:2 6:3 6:4 6:4 6:5 6:10 6:17 6:19 6:19 6:22 6:22 6:23 6:24 7:3 7:5 7:7 7:7 7:7 7:8 7:8 7:9 7:10 7:10 7:12 7:12 7:14 7:15 7:16 7:17 7:17 7:21 7:21 7:22 7:22 7:24 7:25 7:25 8:1 8:3 8:3 8:4 8:5 8:8 8:9 8:12 8:14 8:15 8:16 8:16 8:21 8:21 8:22 9:1 9:2 9:4 9:5 9:7 9:7 9:9 9:9 9:10 9:11 9:11 9:12 9:12 9:13 9:15 9:16 9:17 9:18 9:20 9:21 9:21 9:23 9:23 9:24 10:8 10:10 10:12 10:16 10:17 10:20 10:21 10:22 10:24 10:25 11:1 11:2 11:14 11:11 11:12 11:14 11:17 11:18 11:19 11:22 11:23 12:1 12:3 12:5 12:7 12:8 12:13 12:15 12:16 12:18 12:22 12:23 12:24 13:2 13:2 13:3 13:4 13:4 13:5 13:13 13:13 13:13 13:14 13:15 13:16 13:17 13:17 13:18 13:19 13:19 13:20 13:22 13:24 13:25 14:1 14:4 14:14 14:17 14:18 14:19 14:21 14:24 14:25 14:7 14:8 14:9 14:10 14:11 14:13 14:14 14:14 14:15 14:17 15:1 15:3 15:4 15:10 15:12 15:15 15:16 15:16 15:17 15:17 15:18 15:19 15:20 15:25 16:1 16:2 16:8 16:12 16:12 16:14 16:15 16:18 16:19 16:20 16:22 16:25 16:25 17:1 17:1 17:2 17:12 17:13 17:14 17:15 17:16 17:16 17:17 17:18 17:19 17:20 17:22 17:24 17:25 18:1 18:12 18:12 18:12 18:13 18:15 18:16 18:17 18:18 18:20 18:22 18:23 18:25 19:4 19:10 19:13 19:13 19:14 19:17 19:18 19:19 19:20 19:21 19:22 19:25 19:25 20:1 20:4 20:4 20:5 20:5 20:6 20:7 20:8 20:9 20:10 20:10 20:11 20:12 20:13 |
| **the**(301) | 20:14 20:15 20:15 20:16 20:17 20:17 20:18 20:20 20:21 20:21 20:23 21:1 21:1 21:2 21:3 21:5 21:9 21:10 21:11 21:12 21:13 21:15 21:16 21:18 21:24 22:1 22:2 22:4 22:5 22:6 22:10 22:11 22:12 22:13 22:16 22:16 22:18 22:18 22:19 22:22 22:23 22:24 23:1 23:3 23:5 23:5 23:7 23:10 23:12 23:16 23:16 23:17 23:18 23:18 23:19 23:20 23:21 23:22 23:22 23:23 23:24 24:2 24:3 24:5 24:6 24:7 24:8 24:10 24:11 24:13 24:14 24:15 24:15 24:16 24:18 24:20 24:22 24:23 24:24 24:25 25:3 25:5 25:6 25:8 25:9 25:9 25:10 25:16 25:17 25:18 25:19 25:20 25:22 25:25 25:25 26:1 26:2 26:3 26:6 26:10 26:12 26:14 26:16 26:17 26:18 26:23 26:24 27:2 27:5 27:7 27:8 27:12 27:12 27:21 27:22 27:25 28:5 28:6 28:11 28:12 28:16 28:23 29:1 29:5 29:9 29:10 29:12 29:17 29:22 29:23 29:25 30:1 30:4 30:4 30:6 30:7 30:7 30:11 30:16 30:18 31:2 31:7 31:10 31:11 31:12 31:13 31:16 31:17 31:20 32:3 32:4 32:6 32:8 32:9 32:12 32:12 32:16 32:23 33:6 33:9 33:9 33:20 33:25 34:1 34:7 34:14 34:16 34:18 34:19 34:24 34:25 35:2 35:3 35:4 35:5 35:10 35:15 35:17 35:19 35:24 36:1 36:3 36:13 36:15 36:16 36:22 36:23 36:24 36:25 37:2 37:5 37:6 37:7 37:8 37:8 37:17 37:19 37:21 37:23 38:2 38:3 38:4 38:8 38:10 38:13 38:14 38:18 38:18 38:19 38:19 38:23 38:24 38:25 39:2 39:2 39:3 39:4 39:6 39:7 39:7 39:9 39:10 39:11 39:15 39:15 39:16 39:18 39:19 39:20 39:21 39:22 39:23 40:2 40:4 40:4 40:7 40:8 40:9 40:9 40:11 40:13 40:20 40:21 40:22 40:24 40:24 |
| **the**(23) | 5:21 7:23 14:4 15:21 16:1 16:10 17:11 17:22 17:23 18:14 24:5 24:9 26:24 27:14 31:17 36:18 38:18 38:19 41:14 44:14 45:9 47:5 47:10 |
| **theory**(7) | 8:2 15:25 26:10 26:12 26:14 26:15 41:10 |
| **there**(34) | 6:3 6:9 6:16 7:7 7:21 7:24 8:2 8:6 8:20 9:3 14:4 22:22 27:11 28:7 28:8 28:17 30:15 30:23 31:2 31:12 34:2 34:12 35:10 36:4 36:5 36:19 40:12 40:14 43:20 45:25 46:5 46:7 |
| **there's**(15) | 26:25 28:3 30:3 30:20 30:21 31:3 32:9 33:24 34:22 35:13 35:25 37:15 37:17 44:22 47:15 |
| **therefore**(5) | 11:21 13:9 15:7 40:22 41:4 |

| Word | Page:Line |
|---|---|
| **thereto**(1) | 36:11 |
| **these**(18) | 11:19 18:19 18:24 20:16 20:23 22:9 22:14 23:6 23:25 24:8 24:10 24:21 31:1 35:3 40:4 42:9 42:16 |
| **they**(94) | 5:15 6:18 7:17 7:18 8:5 8:9 8:11 8:15 9:19 10:4 10:5 10:5 10:6 10:10 10:20 10:21 10:21 12:7 13:18 14:12 20:4 22:24 22:24 23:12 24:15 26:13 26:13 27:11 27:11 27:14 27:15 27:21 27:22 27:23 28:21 28:22 29:7 29:7 29:11 29:13 29:14 29:21 29:22 30:8 30:9 31:10 31:18 31:23 32:1 32:9 32:12 33:2 33:3 33:6 33:10 33:11 33:17 34:3 34:13 35:23 36:4 36:7 36:14 36:15 36:22 36:23 38:12 39:22 40:15 40:17 40:18 40:18 41:3 41:10 41:22 41:23 42:5 42:6 42:7 42:18 42:19 43:13 43:14 43:21 43:23 44:1 44:4 44:5 44:22 47:5 47:5 |
| **they're**(9) | 15:5 18:7 24:19 27:15 30:10 31:10 32:10 36:12 43:4 |
| **thing**(4) | 9:12 12:7 23:22 47:19 |
| **things**(10) | 10:5 25:3 30:21 30:22 34:21 38:10 40:5 42:9 44:18 45:11 |
| **think**(35) | 8:19 11:24 12:13 13:23 16:6 16:13 16:13 16:22 17:20 22:5 24:11 25:20 26:8 27:3 29:7 30:20 36:3 36:4 36:17 36:21 37:15 38:13 38:24 39:22 40:14 42:12 42:17 43:21 44:15 44:23 45:13 46:14 46:15 48:5 |
| **thinks**(1) | 44:21 |
| **third**(17) | 6:6 6:20 11:20 22:14 22:14 24:23 24:25 28:16 28:19 28:24 29:15 30:8 30:24 38:16 38:20 42:11 |
| **this**(90) | 4:25 6:25 7:1 8:2 11:14 11:15 12:13 12:19 12:25 13:10 13:23 13:24 14:1 14:6 14:6 14:22 16:6 17:7 17:8 17:16 18:4 19:8 19:9 19:15 19:16 20:12 20:19 21:1 22:20 23:7 23:12 23:21 25:6 25:7 25:12 25:17 25:25 26:10 26:12 26:15 26:16 26:19 29:14 29:18 30:2 30:9 30:11 30:21 31:9 31:15 31:16 31:19 31:19 31:23 32:15 32:17 32:20 32:24 33:20 34:9 35:16 36:20 37:8 37:9 37:19 37:24 38:12 38:15 38:24 39:2 39:3 39:5 39:14 39:17 39:19 40:4 40:11 40:14 41:10 41:17 42:10 42:14 42:22 42:23 43:5 43:23 45:13 45:25 46:10 47:11 47:19 |
| **those**(12) | 5:13 18:15 24:12 25:8 28:13 29:4 29:4 34:2 34:15 34:24 43:12 44:24 |
| **though**(1) | 25:21 |
| **thought**(6) | 4:2 10:15 25:21 26:2 42:12 |
| **thousands**(3) | 25:14 25:14 25:14 |
| **three**(7) | 17:23 19:2 19:3 34:24 46:1 46:5 46:14 |
| **through**(7) | 17:1 26:25 27:19 28:4 28:11 30:9 45:19 |
| **time**(23) | 6:16 12:23 13:8 17:2 17:17 17:15 20:14 22:9 39:8 39:14 42:5 42:6 45:3 46:3 46:15 |
| **timeframe**(1) | 19:7 |
| **timeframes**(1) | 19:1 |
| **timelines**(1) | 19:8 |
| **times**(2) | 10:7 15:22 |
| **today**(12) | 7:5 13:4 13:14 16:15 17:1 19:5 35:2 39:16 39:24 40:4 48:3 48:9 |
| **today's**(1) | 40:6 |
| **together**(2) | 10:4 20:17 |
| **told**(10) | 15:13 24:13 26:13 40:6 42:2 42:6 42:7 44:5 46:21 47:4 |
| **tomorrow**(1) | 47:17 |
| **too**(3) | 30:11 34:7 38:9 |
| **took**(2) | 10:6 23:17 |
| **total**(1) | 25:7 |
| **touch**(2) | 43:2 43:4 |
| **traci**(1) | 48:26 |
| **track**(1) | 28:19 |
| **tracking**(1) | 28:16 |
| **transaction**(1) | 25:8 |
| **transcriber**(1) | 48:26 |
| **transcript**(3) | 1:36 1:56 48:22 |
| **transcription**(3) | 1:49 1:49 1:56 |
| **transfer**(17) | 4:15 4:18 4:19 5:23 5:25 6:13 7:15 7:21 8:21 13:7 13:8 13:17 14:8 14:11 20:5 20:11 23:23 |
| **transferred**(3) | 7:12 7:13 8:13 |
| **true**(1) | 12:23 |
| **try**(4) | 25:7 35:18 40:11 44:2 |
| **trying**(4) | 12:1 31:24 34:8 34:23 |
| **tunnell**(1) | 2:4 |
| **turn**(1) | 1:27 |
| **tweed**(1) | 2:19 |
| **twice**(1) | 9:18 |
| **two**(13) | 12:25 14:2 17:7 17:22 21:19 22:1 24:11 25:3 28:7 35:2 36:5 37:16 37:17 |
| **type**(2) | 14:1 32:21 |
| **types**(1) | 14:2 |
| **typically**(1) | 33:4 |

| Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|
| u.s(30) 4:8 17:6 17:10 17:11 18:20 19:10 19:21 19:25 20:16 22:5 22:15 22:24 23:1 23:12 23:20 25:5 25:15 25:18 26:13 27:12 27:12 31:10 31:11 31:13 32:4 32:12 43:4 47:3 47:4 47:11 | | well(34) 5:21 6:24 7:1 10:19 11:17 11:24 12:2 14:3 14:21 15:5 16:1 16:25 17:16 22:7 27:16 31:1 32:6 33:18 35:15 36:19 36:20 36:21 37:2 37:13 40:21 41:3 42:8 42:22 43:18 45:4 47:14 47:23 47:24 47:24 | | you(90) 4:4 5:1 5:4 5:5 6:12 6:13 6:14 7:1 7:4 11:14 11:15 12:8 12:18 13:7 14:17 15:5 16:3 16:8 16:9 16:11 16:21 16:22 16:24 22:17 24:2 25:13 25:23 26:2 26:2 26:3 26:19 26:21 27:5 28:12 28:13 28:17 29:11 29:15 29:20 30:3 30:22 31:2 31:3 31:5 |
| ultimately(1) 28:24 | | went(3) 9:22 10:25 29:20 | | 31:6 31:23 32:10 32:24 33:20 35:8 35:16 35:18 36:8 |
| unambiguous(1) 9:11 | | were(25) 5:7 5:14 5:14 7:14 12:22 14:14 17:9 20:3 | | 37:6 37:6 37:7 37:11 37:21 37:22 38:12 40:22 40:23 |
| unauthorized(4) 14:7 14:8 14:14 14:20 | | 22:24 23:18 23:20 24:16 26:9 28:20 29:12 31:13 | | 41:4 41:5 41:6 41:21 42:14 43:3 43:18 45:6 45:10 |
| uncover(1) 20:23 | | 34:13 38:2 41:20 42:4 42:5 43:14 45:20 48:3 48:5 | | 45:10 46:6 46:8 46:19 46:21 46:24 47:2 47:13 47:15 |
| under(5) 10:15 17:19 18:25 19:6 41:1 | | weren't(5) 10:6 26:2 26:15 27:13 32:2 | | 47:18 47:22 47:23 48:3 48:9 48:10 48:11 48:14 |
| understand(7) 4:23 5:20 8:6 16:12 24:22 35:12 45:22 | | what(60) 5:17 5:18 5:19 6:4 6:8 7:23 8:14 10:15 | | 48:15 48:17 |
| understood(5) 6:2 6:8 10:9 10:20 15:22 | | 10:21 11:15 11:17 13:5 16:19 18:10 19:15 20:18 | | you're(7) 4:5 14:23 33:20 33:23 35:2 38:17 41:5 |
| underway(1) 24:19 | | 20:20 22:21 25:3 27:1 27:1 27:8 27:21 28:5 29:21 | | you've(5) 4:3 26:6 45:5 |
| unhappy(1) 27:21 | | 30:10 30:13 31:9 31:10 32:10 32:21 32:22 33:23 | | your(70) 4:25 5:2 5:12 5:19 6:2 6:8 6:12 6:21 7:1 |
| united(2) 1:1 1:38 | | 34:1 34:8 34:11 34:12 34:25 36:11 37:2 38:5 38:21 | | 7:4 8:23 8:23 9:6 9:14 9:15 9:20 10:25 11:24 12:4 |
| unless(3) 8:23 25:23 37:6 | | 40:10 40:15 40:18 41:25 42:2 42:4 42:4 42:4 43:6 | | 12:10 12:22 15:11 15:18 16:5 16:11 16:17 16:24 |
| unlicensed(1) 14:14 20:21 21:25 | | 43:8 43:9 43:23 44:2 44:3 44:5 45:5 45:11 45:22 | | 17:19 18:5 18:14 18:19 18:24 19:12 19:22 20:3 |
| unrealistic(1) 9:21 | | | | 17:20 17:22 17:22 23:1 24:3 26:1 27:13 27:19 |
| unsecured(1) 2:42 | | what's(4) 28:10 31:2 36:16 40:18 | | 27:20 27:22 28:4 30:20 31:24 35:15 36:17 36:18 |
| until(12) 22:20 28:1 28:2 36:9 36:16 40:17 44:7 44:8 | | whatever(2) 41:5 45:8 | | 37:3 37:4 37:9 37:15 37:23 40:3 41:2 41:7 42:16 |
| 44:9 45:1 45:3 48:13 | | when(20) 4:7 4:9 7:11 8:15 9:19 10:4 10:5 11:5 12:2 | | 42:21 46:19 46:24 47:1 47:19 47:20 48:8 48:8 48:11 |
| untrue(1) 15:14 | | 12:6 14:3 17:11 17:12 23:7 26:12 31:13 31:18 43:14 | | 48:15 |
| unwarranted(1) 36:17 | | 43:18 48:5 | | |
| unwilling(1) 9:11 | | | | yourselves(1) 45:10 |
| updated(1) 28:22 | | whenever(1) 47:15 | | zero(2) 14:19 39:24 |
| usable(1) 24:19 | | where(8) 6:10 12:14 22:2 27:7 27:19 28:4 29:15 | | zeros(1) 15:2 |
| use(20) 8:1 8:8 9:20 9:23 9:24 14:7 14:20 15:18 | | whereupon(1) 48:18 | | .june(1) 48:25 |
| 15:21 15:25 18:14 28:16 29:2 29:21 32:15 32:22 | | whether(9) 5:23 5:24 30:5 31:5 31:11 35:24 36:9 | | |
| 40:15 40:20 43:9 43:15 | | 45:7 45:19 | | |
| used(7) 8:9 9:6 18:20 28:1 30:9 30:5 30:12 31:5 | | which(32) 6:5 7:16 8:14 9:14 11:2 13:21 17:3 19:1 | | |
| using(5) 10:6 10:20 28:20 28:24 29:15 | | 19:5 22:6 24:11 25:3 25:20 28:19 28:22 29:2 | | |
| usually(1) 33:8 | | 30:10 30:12 30:16 31:6 31:17 34:22 36:12 38:3 | | |
| v-o-b-e(1) 30:17 | | 38:13 39:6 39:7 39:13 39:15 39:24 46:13 | | |
| valuation(6) 23:24 23:24 24:1 24:17 24:18 24:19 | | | | |
| valuations(1) 24:3 | | whiteford(1) 2:48 | | |
| value(16) 7:7 7:7 7:21 7:25 8:3 8:3 8:21 9:3 9:3 | | who(7) 9:23 10:20 29:25 29:25 29:25 30:1 32:2 | | |
| 9:13 11:10 13:19 14:4 18:12 18:15 24:4 | | who's(1) 26:19 | | |
| various(2) 20:4 38:10 | | whole(1) 41:24 | | |
| vast(1) 28:12 | | whose(1) 29:3 | | |
| vaya(1) 1:32 | | why(9) 13:24 16:8 17:21 19:5 26:9 26:16 39:7 43:15 | | |
| versus(1) 36:1 | | 45:21 | | |
| very(13) 5:6 12:12 22:6 23:25 29:1 29:3 29:14 30:14 | | | | |
| 40:25 42:24 43:14 45:9 46:22 | | will(22) 7:23 7:24 8:17 8:19 11:25 12:3 12:3 16:10 | | |
| video(1) 30:19 | | 16:13 18:10 18:11 18:14 18:19 21:18 35:4 35:23 | | |
| view(1) 40:23 | | 44:15 45:11 46:3 46:17 46:17 46:22 | | |
| virtually(1) 25:5 | | william(1) 3:14 | | |
| vob(3) 30:22 38:13 39:1 | | willing(2) 34:11 41:21 | | |
| vob's(10) 27:11 30:16 31:1 31:11 31:12 32:4 32:6 | | wilmington(2) 1:12 4:1 | | |
| 32:12 32:20 38:21 | | win(1) 20:4 | | |
| waiting(2) 36:9 44:6 | | with(92) 4:5 8:8 8:11 8:18 9:15 9:18 10:3 10:8 10:9 | | |
| want(16) 11:15 12:25 13:24 22:12 23:19 24:21 27:16 | | 10:11 10:12 10:13 10:13 10:16 10:18 12:6 12:8 | | |
| 31:10 35:17 36:4 36:14 38:11 44:13 46:24 47:5 48:3 | | 13:24 14:11 14:13 15:1 15:4 16:6 17:10 18:2 19:21 | | |
| wanted(10) 9:23 12:24 13:20 14:16 16:21 17:15 | | 21:5 21:7 21:9 21:11 21:12 21:14 21:16 21:18 21:22 | | |
| 23:17 31:8 47:7 47:10 | | 22:6 22:13 22:22 23:1 23:3 23:4 23:7 23:10 23:11 | | |
| wants(1) 38:21 | | 23:15 23:16 24:7 24:10 24:10 24:12 24:25 25:22 | | |
| warrant(1) 19:22 | | 27:21 28:13 28:18 30:6 30:7 30:10 31:10 | | |
| warranted(1) 42:19 | | 31:23 32:2 34:3 34:10 35:17 35:22 36:2 36:8 36:15 | | |
| warrants(1) 22:7 | | 38:3 38:6 38:7 39:14 40:12 43:1 43:2 43:4 43:5 43:8 | | |
| was(69) 5:9 5:10 5:24 6:3 6:5 6:15 7:6 7:7 7:12 | | 43:13 44:5 44:12 44:17 44:24 45:19 47:2 47:11 | | |
| 7:21 7:24 8:2 8:6 8:20 9:3 9:4 9:8 10:6 11:3 11:5 | | 47:12 47:16 47:25 48:9 48:13 | | |
| 11:17 12:23 13:7 13:10 13:15 13:16 13:21 14:4 15:1 | | withhold(3) 26:13 39:17 39:18 | | |
| 15:9 15:13 15:15 15:19 15:19 15:21 15:24 20:20 | | within(3) 16:7 22:17 28:18 | | |
| 23:5 23:17 26:12 27:10 28:15 28:17 28:17 28:19 | | without(5) 7:12 7:15 8:12 13:15 18:17 | | |
| 29:2 29:3 29:5 29:11 29:12 30:5 31:5 31:15 31:16 | | won't(3) 32:14 36:16 44:8 | | |
| 31:8 33:9 34:17 36:5 37:8 39:6 39:8 39:12 42:2 42:4 | | wood(1) 2:34 | | |
| 43:13 45:19 45:20 45:22 48:18 | | work(15) 7:6 11:10 18:7 20:17 21:21 23:7 36:1 36:4 | | |
| wasn't(4) 10:14 13:15 30:7 39:16 | | 38:17 41:1 41:2 41:6 41:9 43:13 47:11 | | |
| way(19) 6:1 6:2 6:22 23:12 25:25 28:12 33:6 33:17 | | worked(3) 7:15 13:6 40:24 | | |
| 35:2 35:13 35:21 36:13 39:15 40:7 40:12 40:15 | | working(8) 8:14 17:24 23:10 28:22 36:4 36:25 43:6 | | |
| 40:16 40:22 41:3 | | 43:13 | | |
| we'd(4) 6:12 12:10 16:5 44:23 | | worth(1) 35:22 | | |
| we'll(10) 6:13 12:12 12:13 33:23 35:1 40:10 46:8 | | would(41) 5:16 7:17 8:15 8:24 10:20 11:17 12:5 | | |
| 47:11 47:16 48:13 | | 12:7 12:11 12:14 13:3 13:17 13:18 15:23 17:11 19:1 | | |
| we're(40) 9:6 11:25 12:2 12:7 13:22 15:18 17:17 | | 20:11 21:20 21:23 21:25 25:22 26:3 26:13 27:3 27:4 | | |
| 17:21 19:5 22:21 22:25 23:22 24:20 24:24 25:3 26:8 | | 27:5 28:4 34:6 35:11 36:6 36:7 37:9 38:6 39:14 | | |
| 26:11 27:17 27:21 34:18 35:1 35:6 37:6 37:7 40:19 | | 39:20 43:3 43:3 43:23 45:6 47:2 47:14 | | |
| 40:22 41:4 41:14 41:15 41:20 41:21 43:16 44:2 | | wouldn't(1) 9:6 | | |
| 44:12 44:18 47:4 47:8 47:9 47:12 47:24 | | written(1) 4:3 | | |
| we've(15) 8:18 12:5 14:1 19:24 25:1 30:20 33:15 | | wrong(1) 15:8 | | |
| 33:16 34:1 34:11 36:20 36:21 40:6 40:10 47:3 | | www.diazdata.com(1) 1:53 | | |
| weakness(1) 31:2 | | yeah(1) 15:11 | | |
| wednesday(1) 4:1 | | year(13) 27:8 27:16 27:17 27:23 27:23 28:2 32:19 | | |
| weeds(1) 38:9 | | 35:20 37:14 37:19 44:10 45:1 45:3 | | |
| week(3) 22:18 26:10 45:13 | | years(2) 8:10 35:5 | | |
| weekday(1) 45:15 | | yes(15) 5:4 9:1 12:20 14:22 15:3 16:17 16:23 26:21 | | |
| weeks(3) 16:7 32:14 47:7 | | 29:7 30:18 42:11 42:25 47:16 47:21 48:1 | | |
| | | yet(8) 19:10 20:25 23:6 23:11 26:17 27:14 27:16 32:5 | | |