# **EXHIBIT A**

| NAME[*] | ADDRESS | **NATURE AND AMOUNT OF DISCLOSABLE ECONOMIC INTEREST** |
|---|---|---|
| Aristeia Capital, L.L.C. | One Greenwich Plaza Third Floor Greenwich, CT  06830 | $111,172,000 of Floating Rate Notes due 2011<br><br>$7,500,000 of 10.75% Senior Notes due 2016 |
| Citadel Advisors LLC | 131 South Dearborn Street Chicago, IL 60603 | $1,000,000 of 1.75% Senior Convertible Notes due 2012<br><br>$16,600,000 of 2.125% Senior Convertible Notes due 2014<br><br>$18,000,000 of 10.125% Senior Notes due 2013<br><br>$22,000,000 of 10.75% Senior Notes due 2016<br><br>$37,600,000 of Floating Rate Notes due 2011 |
| Davidson Kempner Capital Management LP | 520 Madison Avenue 30th Floor New York, NY 10022 | $25,000,000 of 1.75% Senior Convertible Notes due 2012<br><br>$13,248,000 of 2.125% Senior Convertible Notes due 2014<br><br>$104,350,000 of 10.75% Senior Notes due 2016<br><br>$19,000,000 of Floating Rate Notes due 2011 |

---

[*] Each named member of the Bondholder Group either holds claims or acts as investment manager or advisor to funds and/or accounts that hold claims against the Debtors' estates arising from the purchase of the Bonds.

| NAME[*] | ADDRESS | **NATURE AND AMOUNT OF DISCLOSABLE ECONOMIC INTEREST** |
|---|---|---|
| Elliott Associates | 40 West 57th Street<br>New York, NY 10019 | $185,766,000 of 1.75% Senior Convertible Notes due 2012<br><br>$113,727,000 of 2.125% Senior Convertible Notes due 2014<br><br>$246,649,000 of 10.125% Senior Notes due 2013<br><br>$212,166,000 of 10.75% Senior Notes due 2016<br><br>$192,872,500 of Floating Rate Notes due 2011 |
| Fir Tree Partners Inc. | 505 Fifth Avenue<br>New York, NY 10017 | $7,290,000 of 10.125% Senior Notes due 2013<br><br>$58,903,000 of 10.75% Senior Notes due 2016 |
| Grantham, Mayo, Van Otterloo & Co., LLC | 40 Rowes Wharf<br>Boston, MA 02110 | $56,500,000 of 10.125% Senior Notes due 2013<br><br>$66,000,000 of 10.75% Senior Notes due 2016<br><br>$116,750,000 of Floating Rate Notes due 2011 |
| GS Investment Strategies, LLC | 200 West Street<br>34th Floor<br>New York, NY 10282 | $124,577,000 of 1.75% Senior Convertible Notes due 2012<br><br>$48,170,000 of 2.125% Senior Convertible Notes due 2014<br><br>$8,893,000 of 10.125% Senior Notes due 2013<br><br>$27,565,000 of Floating Rate Notes due 2011 |

| NAME[*] | ADDRESS | NATURE AND AMOUNT OF DISCLOSABLE ECONOMIC INTEREST |
|---|---|---|
| Halcyon Asset Management LLC | 477 Madison Avenue 8th Floor New York, NY, 10022 | $18,771,000 of 1.75% Senior Convertible Notes Due 2012<br><br>$64,783,000 of 2.125% Senior Convertible Notes due 2014<br><br>$8,434,000 of 10.125% Senior Notes due 2013<br><br>$25,966,000 of 10.75% Senior Notes due 2016<br><br>$3,638,000 of Floating Rate Notes due 2011 |
| HBK Capital Management | 2101 Cedar Springs Road Suite 700 Dallas, TX 75201 | $5,000,000 of 1.75% Senior Convertible Notes Due 2012<br><br>$11,000,000 of 2.125% Senior Convertible Notes due 2014<br><br>$18,000,000 of 10.125% Senior Notes due 2013<br><br>$74,750,000 of 10.75% Senior Notes due 2016<br><br>$80,250,000 of Floating Rate Notes due 2011 |
| King Street Capital Management, L.P. | 65 East 55th Street 30th Floor New York, NY 10022 | $131,500,000 of Floating Rate Notes due 2011<br><br>$6,000,000 of 6.875% Notes due 2023 |
| Oak Hill Advisors L.P. | 1114 Avenue of the Americas New York, NY 10036 | $90,978,000 of 10.75% Senior Notes due 2016 |

| NAME[*] | ADDRESS | NATURE AND AMOUNT OF DISCLOSABLE ECONOMIC INTEREST |
|---|---|---|
| Och-Ziff Capital Management | 9 West 57th Street 39th Floor New York, NY 10019 | $29,518,000 of 1.75% Senior Convertible Notes due 2012<br><br>$55,407,000 of 2.125% Senior Convertible Notes due 2014<br><br>$88,295,000 of 10.125% Senior Notes due 2013<br><br>$136,491,000 of 10.75% Senior Notes due 2016 |
| Owl Creek Asset Management, L.P. | 640 Fifth Avenue 20th Floor New York, NY 10019 | $5,700,000 of 1.75% Senior Convertible Notes Due 2012<br><br>$40,644,000 of 2.125% Senior Convertible Notes due 2014<br><br>$23,800,000 of 10.125% Senior Notes due 2013<br><br>$20,300,000 of 10.75% Senior Notes due 2016<br><br>$7,000,000 of Floating Rate Notes due 2011 |
| PointState Capital | 40 W. 57th Street 25th Floor New York, NY 10019 | $85,000,000 of 1.75% Senior Convertible Notes Due 2012<br><br>$10,000,000 of 2.125% Senior Convertible Notes due 2014<br><br>$1,805,000 of 10.125% Senior Notes due 2013<br><br>$21,281,000 of 10.75% Senior Notes due 2016<br><br>$10,000,000 of 6.875% Notes due 2023<br><br>$34,500,000 of 7.875% Notes due 2026 |

| NAME[*] | ADDRESS | NATURE AND AMOUNT OF DISCLOSABLE ECONOMIC INTEREST |
|---|---|---|
| Quantum Partners LP | 888 7th Avenue<br>32nd Floor<br>New York, NY 10106 | $39,000,000 of 1.75% Senior Convertible Notes due 2012<br><br>$115,123,000 of 2.125% Senior Convertible Notes due 2014<br><br>$28,500,000 of 10.75% Senior Notes due 2016<br><br>$87,075,000 of Floating Rate Notes due 2011 |
| Solus Alternative Asset Management LP | 410 Park Avenue<br>11th Floor<br>New York, NY 10022 | $103,435,000 of 7.875% Notes due 2026<br><br>Approximately $23,812,917.49 of General Unsecured Claims Against NNI |
| Stone Lion Capital Partners L.P. | 555 Fifth Avenue<br>18th Floor<br>New York, NY 10017 | $2,000,000 of 1.75% Senior Convertible Notes due 2012<br><br>$6,687,000 of 2.125% Senior Convertible Notes due 2014<br><br>$25,898,000 of 10.125% Senior Notes due 2013<br><br>$3,469,000 of 10.75% Senior Notes due 2016<br><br>$19,876,000 of Floating Rate Notes due 2011<br><br>Approximately $18,300,000 of General Unsecured Claims Against Canadian Debtors |
| Tenor Capital Management | 1180 Avenue of the Americas<br>Suite 1940<br>New York, NY 10036 | $10,000,000 of Floating Rate Notes due 2011 |