# Exhibit B

**EXPENSE SUMMARY**

Nortel Networks, Inc., *et al.*
(Case No. 09-10138 (KG))

May 1, 2016 through May 31, 2016

| **Expense Category** | **Service Provider (if applicable)** | **Total Expenses** |
|---|---|---|
| Court Costs | | $596.00 |
| Photos/Art/Spec Duplicating | Out of Office | 357.10 |
| Meals | | 405.14 |
| Messenger Services | | 170.00 |
| Courier/Delivery Service | | 1,703.76 |
| Computer Research | Westlaw | 576.84 |
| Secretarial Overtime | | 76.00 |
| In-House Duplicating | | 7.20 |
| Postage | | 70.87 |
| Facsimile | | 106.00 |
| Pacer | | 79.40 |
| **Total Expenses** | | **$4,148.31** |

**COST ENTRIES**

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1413923 | 05/06/16 | B | 298.00 | Court Costs - CITIZENS BANK - USBC-DE - FILIN FEE - APPEAL - 5/6/16 | 503 | 000 | 217649 |
| 1413913 | 05/16/16 | B | 298.00 | Court Costs - CITIZENS BANK - USBC-DE - FILIN FEE - NOTICE OF APPEAL - 5/16/16 | 503 | 000 | 217649 |
| 1413768 | 05/24/16 | B | 47.01 | Photos/Art/Spec Duplicating-Out of Office - D DISCOVERY - BANKRUPTCY SERVICE - 5/24/16 | 510 | 684 | 217622 |
| 1414118 | 05/26/16 | B | 235.35 | Photos/Art/Spec Duplicating-Out of Office - D DISCOVERY - BANKRUPTCY SERVICE - 5/26/16 | 510 | 594 | 217675 |
| 1413769 | 05/31/16 | B | 74.74 | Photos/Art/Spec Duplicating-Out of Office - D DISCOVERY - BANKRUPTCY SERVICE - 5/31/16 | 510 | 684 | 217623 |
| 1410567 | 04/04/16 | B | 189.30 | Meals - CITIZENS BANK - LUNCH FOR 14 PEOPLE - 4/4/16 | 512 | 000 | 217440 |
| 1410568 | 04/05/16 | B | 9.99 | Meals - CITIZENS BANK - PUREBREAD - 1 BOX LUN - 4/5/16 | 512 | 000 | 217440 |
| 1410573 | 04/05/16 | B | 205.85 | Meals - CITIZENS BANK - MANHATTAN BAGEL - BREAKFAST FOR 14 PEOPLE - 4/5/16 | 512 | 000 | 217440 |
| 1408150 | 05/03/16 | B | 5.00 | Messenger Service - to USBC | 513S | 594 | |
| 1408163 | 05/04/16 | B | 5.00 | Messenger Service - to Trustee | 513S | 684 | |
| 1408186 | 05/05/16 | B | 5.00 | Messenger Service - to Whiteford | 513S | 684 | |
| 1408188 | 05/05/16 | B | 5.00 | Messenger Service - to Trustee | 513S | 684 | |
| 1408208 | 05/06/16 | B | 5.00 | Messenger Service - to USBC | 513S | 684 | |
| 1408243 | 05/10/16 | B | 5.00 | Messenger Service - to USDC | 513S | 684 | |
| 1408305 | 05/12/16 | B | 5.00 | Messenger Service - to Trustee | 513S | 684 | |
| 1408360 | 05/16/16 | B | 5.00 | Messenger Service - to Trustee | 513S | 684 | |
| 1410327 | 05/17/16 | B | 5.00 | Messenger Service - to Whiteford Taylor | 513S | 684 | |
| 1410318 | 05/17/16 | B | 5.00 | Messenger Service - to Trustee | 513S | 684 | |
| 1410350 | 05/18/16 | B | 5.00 | Messenger Service - to Trustee | 513S | 684 | |
| 1410351 | 05/18/16 | B | 5.00 | Messenger Service - to Whiteford Taylor | 513S | 684 | |
| 1410368 | 05/19/16 | B | 5.00 | Messenger Service - to Trustee | 513S | 684 | |
| 1410371 | 05/19/16 | B | 5.00 | Messenger Service - to USBC | 513S | 684 | |
| 1410384 | 05/20/16 | B | 5.00 | Messenger Service - to USBC | 513S | 684 | |
| 1410389 | 05/20/16 | B | 5.00 | Messenger Service - to USDC | 513S | 684 | |
| 1410414 | 05/24/16 | B | 5.00 | Messenger Service - to Trustee | 513S | 684 | |

```
Nortel Networks, Inc.                                        PRO FORMA   401536        AS OF 05/31/16                              INVOICE#  ******
63989-DIP
DATE: 06/14/16 16:06:05
```

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1410426 | 05/24/16 | B | 5.00 | Messenger Service - to Whiteford Taylor | 513S | 684 | |
| 1410440 | 05/25/16 | B | 5.00 | Messenger Service - to Trustee | 513S | 684 | |
| 1410441 | 05/25/16 | B | 5.00 | Messenger Service - to YCST | 513S | 684 | |
| 1410442 | 05/25/16 | B | 5.00 | Messenger Service - to Sullivan | 513S | 684 | |
| 1410447 | 05/25/16 | B | 5.00 | Messenger Service - to Cole Shotz | 513S | 684 | |
| 1410457 | 05/25/16 | B | 5.00 | Messenger Service - to RLF | 513S | 684 | |
| 1410458 | 05/25/16 | B | 5.00 | Messenger Service - to Trustee | 513S | 684 | |
| 1410443 | 05/25/16 | B | 5.00 | Messenger Service - to USBC | 513S | 971 | |
| 1410463 | 05/25/16 | B | 5.00 | Messenger Service - to USBC | 513S | 971 | |
| 1410464 | 05/25/16 | B | 5.00 | Messenger Service - to Trustee | 513S | 971 | |
| 1410476 | 05/26/16 | B | 5.00 | Messenger Service - to USBC | 513S | 971 | |
| 1410466 | 05/26/16 | B | 5.00 | Messenger Service - to Trustee | 513S | 684 | |
| 1410488 | 05/27/16 | B | 5.00 | Messenger Service - to USDC | 513S | 684 | |
| 1410490 | 05/27/16 | B | 5.00 | Messenger Service - to Trustee | 513S | 684 | |
| 1410492 | 05/27/16 | B | 5.00 | Messenger Service - to Trustee | 513S | 684 | |
| 1414731 | 05/31/16 | B | 5.00 | Messenger Service - to Whiteford Taylor | 513S | 684 | |
| 1414732 | 05/31/16 | B | 5.00 | Messenger Service - to Trustee | 513S | 684 | |
| 1407612 | 04/28/16 | B | 59.18 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 217042 |
| 1408567 | 05/05/16 | B | 13.80 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 217191 |
| 1409166 | 05/12/16 | B | 6.90 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 217308 |
| 1410715 | 05/19/16 | B | 20.70 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 217459 |
| 1410734 | 05/26/16 | B | 23.58 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 217466 |
| 1412737 | 05/26/16 | B | 23.57 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 217511 |
| 1413922 | 05/26/16 | B | 68.85 | Courier/Delivery Service - CITIZENS BANK - USPS.COM - A. CONWAY - OVERNIGHT MAIL SERVICE 5/26/16 | 514 - | 000 | 217649 |
| 1410175 | 05/26/16 | B | 18.79 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 217411 |
| 1410685 | 05/26/16 | B | 33.17 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 217441 |
| 1410104 | 05/26/16 | B | 18.79 | Courier/Delivery Service | 514 | 322 | 217410 |
| 1410105 | 05/26/16 | B | 16.36 | Courier/Delivery Service | 514 | 322 | 217410 |
| 1410106 | 05/26/16 | B | 27.59 | Courier/Delivery Service | 514 | 322 | 217410 |
| 1410107 | 05/26/16 | B | 26.47 | Courier/Delivery Service | 514 | 322 | 217410 |
| 1410108 | 05/26/16 | B | 23.57 | Courier/Delivery Service | 514 | 322 | 217410 |
| 1410109 | 05/26/16 | B | 23.57 | Courier/Delivery Service | 514 | 322 | 217410 |
| 1410164 | 05/26/16 | B | 23.58 | Courier/Delivery Service | 514 | 322 | 217410 |

Nortel Networks, Inc.  
63989-DIP  
DATE: 06/14/16 16:06:05

PRO FORMA  401536    AS OF 05/31/16    INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1410165 | 05/26/16 | B | 18.79 | Courier/Delivery Service | 514 | 322 | 217410 |
| 1410158 | 05/26/16 | B | 26.47 | Courier/Delivery Service | 514 | 322 | 217410 |
| 1410159 | 05/26/16 | B | 27.30 | Courier/Delivery Service | 514 | 322 | 217410 |
| 1410160 | 05/26/16 | B | 26.47 | Courier/Delivery Service | 514 | 322 | 217410 |
| 1410161 | 05/26/16 | B | 18.79 | Courier/Delivery Service | 514 | 322 | 217410 |
| 1410162 | 05/26/16 | B | 18.79 | Courier/Delivery Service | 514 | 322 | 217410 |
| 1410163 | 05/26/16 | B | 22.81 | Courier/Delivery Service | 514 | 322 | 217410 |
| 1410152 | 05/26/16 | B | 26.47 | Courier/Delivery Service | 514 | 322 | 217410 |
| 1410153 | 05/26/16 | B | 23.58 | Courier/Delivery Service | 514 | 322 | 217410 |
| 1410154 | 05/26/16 | B | 26.47 | Courier/Delivery Service | 514 | 322 | 217410 |
| 1410155 | 05/26/16 | B | 23.57 | Courier/Delivery Service | 514 | 322 | 217410 |
| 1410156 | 05/26/16 | B | 12.69 | Courier/Delivery Service | 514 | 322 | 217410 |
| 1410157 | 05/26/16 | B | 18.79 | Courier/Delivery Service | 514 | 322 | 217410 |
| 1410146 | 05/26/16 | B | 20.38 | Courier/Delivery Service | 514 | 322 | 217410 |
| 1410147 | 05/26/16 | B | 22.34 | Courier/Delivery Service | 514 | 322 | 217410 |
| 1410148 | 05/26/16 | B | 23.57 | Courier/Delivery Service | 514 | 322 | 217410 |
| 1410149 | 05/26/16 | B | 23.58 | Courier/Delivery Service | 514 | 322 | 217410 |
| 1410150 | 05/26/16 | B | 26.06 | Courier/Delivery Service | 514 | 322 | 217410 |
| 1410151 | 05/26/16 | B | 27.59 | Courier/Delivery Service | 514 | 322 | 217410 |
| 1410140 | 05/26/16 | B | 18.79 | Courier/Delivery Service | 514 | 322 | 217410 |
| 1410141 | 05/26/16 | B | 26.47 | Courier/Delivery Service | 514 | 322 | 217410 |
| 1410142 | 05/26/16 | B | 18.79 | Courier/Delivery Service | 514 | 322 | 217410 |
| 1410143 | 05/26/16 | B | 23.57 | Courier/Delivery Service | 514 | 322 | 217410 |
| 1410144 | 05/26/16 | B | 22.81 | Courier/Delivery Service | 514 | 322 | 217410 |
| 1410145 | 05/26/16 | B | 26.47 | Courier/Delivery Service | 514 | 322 | 217410 |
| 1410134 | 05/26/16 | B | 26.36 | Courier/Delivery Service | 514 | 322 | 217410 |
| 1410135 | 05/26/16 | B | 22.51 | Courier/Delivery Service | 514 | 322 | 217410 |
| 1410136 | 05/26/16 | B | 18.79 | Courier/Delivery Service | 514 | 322 | 217410 |
| 1410137 | 05/26/16 | B | 18.79 | Courier/Delivery Service | 514 | 322 | 217410 |
| 1410138 | 05/26/16 | B | 18.79 | Courier/Delivery Service | 514 | 322 | 217410 |
| 1410139 | 05/26/16 | B | 26.47 | Courier/Delivery Service | 514 | 322 | 217410 |
| 1410128 | 05/26/16 | B | 18.79 | Courier/Delivery Service | 514 | 322 | 217410 |
| 1410129 | 05/26/16 | B | 25.27 | Courier/Delivery Service | 514 | 322 | 217410 |
| 1410130 | 05/26/16 | B | 26.47 | Courier/Delivery Service | 514 | 322 | 217410 |
| 1410131 | 05/26/16 | B | 23.58 | Courier/Delivery Service | 514 | 322 | 217410 |
| 1410132 | 05/26/16 | B | 23.57 | Courier/Delivery Service | 514 | 322 | 217410 |
| 1410133 | 05/26/16 | B | 26.36 | Courier/Delivery Service | 514 | 322 | 217410 |
| 1410122 | 05/26/16 | B | 23.57 | Courier/Delivery Service | 514 | 322 | 217410 |

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1410123 | 05/26/16 | B | 23.57 | Courier/Delivery Service | 514 | 322 | 217410 |
| 1410124 | 05/26/16 | B | 23.57 | Courier/Delivery Service | 514 | 322 | 217410 |
| 1410125 | 05/26/16 | B | 18.79 | Courier/Delivery Service | 514 | 322 | 217410 |
| 1410126 | 05/26/16 | B | 12.69 | Courier/Delivery Service | 514 | 322 | 217410 |
| 1410127 | 05/26/16 | B | 23.58 | Courier/Delivery Service | 514 | 322 | 217410 |
| 1410116 | 05/26/16 | B | 18.79 | Courier/Delivery Service | 514 | 322 | 217410 |
| 1410117 | 05/26/16 | B | 18.79 | Courier/Delivery Service | 514 | 322 | 217410 |
| 1410118 | 05/26/16 | B | 12.69 | Courier/Delivery Service | 514 | 322 | 217410 |
| 1410119 | 05/26/16 | B | 12.69 | Courier/Delivery Service | 514 | 322 | 217410 |
| 1410120 | 05/26/16 | B | 23.57 | Courier/Delivery Service | 514 | 322 | 217410 |
| 1410121 | 05/26/16 | B | 26.47 | Courier/Delivery Service | 514 | 322 | 217410 |
| 1410110 | 05/26/16 | B | 23.57 | Courier/Delivery Service | 514 | 322 | 217410 |
| 1410111 | 05/26/16 | B | 12.69 | Courier/Delivery Service | 514 | 322 | 217410 |
| 1410112 | 05/26/16 | B | 18.79 | Courier/Delivery Service | 514 | 322 | 217410 |
| 1410113 | 05/26/16 | B | 26.36 | Courier/Delivery Service | 514 | 322 | 217410 |
| 1410114 | 05/26/16 | B | 26.47 | Courier/Delivery Service | 514 | 322 | 217410 |
| 1410115 | 05/26/16 | B | 22.81 | Courier/Delivery Service | 514 | 322 | 217410 |
| 1413622 | 05/27/16 | B | 58.67 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 217542 |
| 1406415 | 05/04/16 | B | 18.81 | Computer Research - Westlaw Search Performed by: ABBOTT,DEREK C | 515 | 000 | |
| 1408824 | 05/17/16 | B | 56.43 | Computer Research - Westlaw Search Performed by: MINOTT,TAMARA | 515 | 000 | |
| 1410184 | 05/24/16 | B | 501.60 | Computer Research - Westlaw Search Performed by: MINOTT,TAMARA | 515 | 000 | |
| 1407503 | 04/05/16 | B | 76.00 | Secretarial Overtime | 516S | 670 | |
| 1408067 | 05/04/16 | B | 4.92 | Postage | 520 | 684 | |
| 1408076 | 05/05/16 | B | 3.14 | Postage | 520 | 684 | |
| 1408098 | 05/12/16 | B | 5.34 | Postage | 520 | 684 | |
| 1408111 | 05/16/16 | B | 5.97 | Postage | 520 | 684 | |
| 1410269 | 05/17/16 | B | 5.97 | Postage | 520 | 684 | |
| 1410277 | 05/18/16 | B | 2.30 | Postage | 520 | 684 | |
| 1410279 | 05/19/16 | B | 3.45 | Postage | 520 | 684 | |
| 1410302 | 05/24/16 | B | 7.86 | Postage | 520 | 684 | |
| 1410306 | 05/25/16 | B | 10.98 | Postage | 520 | 684 | |
| 1410307 | 05/25/16 | B | 3.14 | Postage | 520 | 684 | |

Nortel Networks, Inc.                                                                                       INVOICE# ******
63989-DIP                                     PRO FORMA   401536                    AS OF 05/31/16
DATE: 06/14/16 16:06:05

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1410309 | 05/25/16 | B | 4.71 | Postage | 520 | 684 | |
| 1410311 | 05/27/16 | B | 4.60 | Postage | 520 | 684 | |
| 1414653 | 05/31/16 | B | 8.49 | Postage | 520 | 684 | |
| 1414119 | 05/26/16 | B | 106.00 | Facsimile - DLS DISCOVERY - FAX BROADCAST - 5/26/16 | 522H | 594 | 217675 |
| 1407060 | 04/30/16 | B | 32.20 | Pacer charges for the month of April | 529 | 000 | |
| 1414598 | 05/31/16 | B | 47.20 | Pacer charges for the month of May | 529 | 000 | |
| 1405822 | 05/03/16 | B | 2.05 | In-House Printing - black & white Call time: 19:27; to | 541 | 961 | |
| 1405823 | 05/03/16 | B | 0.05 | In-House Printing - black & white Call time: 19:27; to | 541 | 961 | |
| 1408502 | 05/18/16 | B | 4.75 | In-House Printing - black & white Call time: 14:26; to | 541 | 961 | |
| 1408503 | 05/18/16 | B | 0.35 | In-House Printing - black & white Call time: 14:26; to | 541 | 961 | |

                                        4,148.31