## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------- X
                             :

*In re*                       :     Chapter 11
                             :

Nortel Networks Inc., *et al.*,[1]    :     Case No. 09-10138 (KG)
                             :

              Debtors.    :     Jointly Administered
                             :

                             :     **Objection Deadline: June 27, 2016 at 4:00 p.m. (ET)**
                             :
                             :
                             :
------------------------------------------------------- X

**REPORT BY THE MERGIS GROUP OF STAFFING AND COMPENSATION EARNED AND EXPENSES INCURRED FOR THE PERIOD OF MAY 1, 2016 THROUGH MAY 31, 2016.**

Exhibit A:     Summary of Professionals
Exhibit B:     Summary of Projects and Project Descriptions
Exhibit C:     Summary of Fees and Expenses
Exhibit D:     Summary of Time by Professional
Exhibit E:     Summary of Fees by Project
Exhibit F:     Time Description Detail by Project
Exhibit G:     Summary of Expenses by Category
Exhibit H:     Expense Detail

The Mergis Group ("Mergis") hereby submits this Monthly Staffing Report and Compensation Report (the "Report") for the period, May 1, 2016 through May 31, 2016, describing the name and functions of assigned personnel and for compensation and reimbursement of costs and Expenses received pursuant to its engagement by an order of the Bankruptcy Court entered on May 17, 2013 [D.I. No. 10555].

Mergis' fees for this period are $181,764.00. Mergis incurred no expenses during this period.

---

[1]     The US Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel/.

Dated:  June 16, 2016
       Raleigh, North Carolina

THE MERGIS GROUP

Logan Dubois

*Managing Director*

2

**See Attached for Exhibits A through H**

# Exhibit A

## The Mergis Group
### Summary of Professionals

Nortel Networks, Inc. et al.
For the period of May 1, 2016 through May 31, 2016

| Professional | Position | Title / Role of Professional |
|---|---|---|
| Timothy C. Ross | Officer | Chief Financial Officer and Corporate Secretary - Management responsibility for all business and finance functions supporting the U.S. Principal Officer in the company operation and liquidation; direct responsibilities include, operating budget oversight, treasury management, general accounting and controls, tax, information technology, human resources, real estate management, and foreign subsidiary wind down. Employee Benefits and Pension Investment Committee member. |
| William D. Cozart | Non-Officer | Associate - General accounting control oversight, debtor financial reporting (MOR, Form 26, etc.), general accounting control oversight, finance systems administration & controls, accounts receivable and billing, bank account reconciliations. |
| Kim Ponder | Non-Officer | Associate - General accounting & finance services for accounts payable, payment processing for normal course, intercompany, and professional, claims and litigation settlement disbursement processing, statutory reporting management & oversight. |

# Exhibit B

## The Mergis Group
### Summary of Projects and Project Descriptions

Nortel Networks, Inc. et al.
For the period of May 1, 2016 through May 31, 2016

| Project | Project Description |
|---|---|
| Administrative | Administrative matters related to the Debtors engagement.  Includes board meetings, staff meetings, preparation of  miscellaneous statements, surveys, and schedules, miscellaneous document review and execution, electronic minute book maintenance, and office and general case management activities. |
| Bankruptcy Reporting | Assist the Debtors with bankruptcy reporting requirements.  Includes the financial reporting preparation & management review of the Monthly Operating Report (MOR), Form 26, Ordinary Course Professionals Report (OCP), US Trustee Fee Report, and related matters for the US Trustee. |
| Cash Management | Support the Debtors with cash flow management activities.  Includes treasury systems management and controls, bank service contract oversight, cash flow planning and analysis, accountability for cash flow budget achievement,  and cash reporting to estate constituents. |
| Claims Administration | Assist the Debtors with claims matters.  Includes claims database systems and controls, data maintenance,  analysis and validation, communications, distribution process planning, and claims settlement / distribution execution. |
| Compensation Application | Activities relating to the professional time tracking  and preparation of the compensation application. |
| Discovery | Activities driven by requests directed to Nortel Networks Inc. in support of the business divestiture proceeds allocation litigation. Includes data / document extraction and analysis, preparation & presentation of findings, interface with legal counsel,  and participate in court hearings. |
| Electronic Data and Document Preservation | Support the Debtors with the preservation of electronic data and hard copy documents. Includes  governance and maintenance in compliance with court retention requirements and associated vendor service contract oversight. |
| Entity Liquidation and Wind Down | Assist the Debtors with the liquidation, wind down and/or deregistration of Nortel Networks, Inc. and its subsidiaries and branches (foreign and domestic).Includes the development and execution of step plans to ensure local law and U.S. Bankruptcy Court compliance in areas such as intercompany settlements, debt forgiveness, tax clearance certificates, final account balances;  compliance with local and U.S. statutory, tax, financial and other governmental reporting requirements; repatriation of subsidiary or branch cash to parent;  and coordinate with and support local accounting and legal professionals in conjunction with of all of the above. |
| Finance and General Accounting | Assist the Debtors with finance and general accounting operations in compliance with US GAAP.  Includes statutory financial reporting preparation & review, month and year end close processing, finance systems & controls, journal entry preparation, management review, and posting, account reconciliations, balance sheet analysis, and normal course accounts receivable and payable administration . |

# Exhibit B

## The Mergis Group
## Summary of Projects and Project Descriptions

Nortel Networks, Inc. et al.
For the period of May 1, 2016 through May 31, 2016

| Project | Project Description |
|---|---|
| Human Resources | Support the Debtors in Human Resources matters.  Includes development and execution of Debtors benefit plan termination (health and welfare, 401K, etc.), plan regulatory compliance oversight and reporting (audits, plan boards & committees, etc.)  vendor services contract management and oversight, human resource related communications, and HR systems and data maintenance and reporting. |
| Information Technology Operations | Assist the Debtors with the maintenance and support of the Nortel Networks, Inc. residual company information technology infrastructure operations.  Includes vendor services  and contract oversight, data extraction, back-up, and recovery, and infrastructure problem resolution support. |
| Insurance & Risk Management | Assist the Debtors with insurance and risk management activities.   Includes tracking and periodic management review of Debtors insurance coverage; ensuring compliance with established policies, leases, and contracts.  Provide service oversight to agent/broker contract. |
| Plan of Reorganization | Assist the Debtors with the preparation of the plan of reorganization and associated disclosure statement.  Includes financial analysis and Debtors review. |
| Professional Fee Applications | Assist the Debtors with the payment administration of engaged professionals.  Includes financial recording of professional fee applications to Debtors' books and records, reconciliation to Omnibus Fee Order to Debtors' books and records, fee disbursement based on Certificate of No Objection (CNO) , and associated year end regulatory reporting. |
| Real Estate Management | Assist the Debtors with lease and real estate matters.  Includes property management vendor contract oversight,  property management budget achievement accountability and associated financial planning & analysis, lease and sub-lease management / governance, and property marketing activities. |
| Residual Business Operations | Assist the Debtors in the resolution of outstanding residual business operations matters.  Includes activities relating to residual business services customer, vendor, and/or buyer contracts and associated receivables, payables, and/or inventory,  regulatory and government required business reporting surveys and schedules, and review and action of service of process notifications. |
| Tax Matters | Assist the Debtors with tax matters.   Includes vendor service contract oversight, financial analysis support and management review of federal, state, and local Tax returns, claims, and audits, and authorization of tax related matters (annual report filings, settlements, etc.) . |
| Travel | Authorized travel to support Debtors projects. |

# Exhibit C

## The Mergis Group
### Summary of Fees and Expenses

Nortel Networks, Inc. et al.
For the period of May 1, 2016 through May 31, 2016

| | Fees | Expenses | Total |
|---|---|---|---|
| For the period of May 1, 2016 through May 31, 2016 | $ 181,764.00 | $          - | $ 181,764.00 |

Exhibit C                                                                                                                                    Page 1 of 1

# Exhibit D

## The Mergis Group
## Summary of Time by Professional

Nortel Networks, Inc. et al.
For the period of May 1, 2016 through May 31, 2016

| Professional | Position | Title / Role of Professional | Hours |
|---|---|---|---|
| Timothy C. Ross | Officer | Chief Financial Officer and Corporate Secretary - Management responsibility for all business and finance functions supporting the U.S. Principal Officer in the company operation and liquidation; direct responsibilities include,  operating budget oversight, treasury  management, general accounting and controls, tax, information technology, human resources, real estate management, and foreign subsidiary wind down.  Employee Benefits and Pension Investment Committee member. | 162.00 |
| William D. Cozart | Non-Officer | Associate - General accounting control oversight, debtor financial reporting (MOR, Form 26, etc.), general accounting control oversight, finance systems administration & controls, accounts receivable and billing, bank account reconciliations. | 160.00 |
| Kim Ponder | Non-Officer | Associate - General accounting  & finance services for accounts payable, payment processing for normal course, intercompany, and professional, claims and litigation settlement disbursement processing, statutory reporting management & oversight. | 164.00 |

**Hours for the period of  January 1, 2015 through January 31, 2015**                                     **486.00**

Billing Rate                                                                                                    $      374.00

**Fees for the period of January 1, 2015 through January 31, 2015**                              **$  181,764.00**

# Exhibit E

## The Mergis Group
### Summary of Fees by Project

Nortel Networks, Inc. et al.
For the period of May 1, 2016 through May 31, 2016

| Project | Project Description | Hours | Fees |
|---|---|---|---|
| Administrative | Administrative matters related to the Debtors engagement.  Includes board meetings, staff meetings, preparation of  miscellaneous statements, surveys, and schedules, miscellaneous document review and execution, electronic minute book maintenance, and office and general case management activities. | - | $    - |
| Bankruptcy Reporting | Assist the Debtors with bankruptcy reporting requirements.  Includes the financial reporting preparation & management review of the Monthly Operating Report (MOR), Form 26, Ordinary Course Professionals Report (OCP), US Trustee Fee Report, and related matters for the US Trustee. | 21.00 | $   7,854.00 |
| Cash Management | Support the Debtors with cash flow management activities.  Includes treasury systems management and controls, bank service contract oversight, cash flow planning and analysis, accountability for cash flow budget achievement,  and cash reporting to estate constituents. | 41.50 | $  15,521.00 |
| Claims Administration | Assist the Debtors with claims matters.  Includes claims database systems and controls, data  maintenance,  analysis and validation, communications, distribution process planning, and claims settlement / distribution execution. | 11.00 | $   4,114.00 |
| Compensation Application | Activities relating to the professional time tracking  and preparation of the compensation application. | 10.00 | $   3,740.00 |
| Discovery | Activities driven by requests directed to Nortel Networks Inc. in support of the business divestiture proceeds allocation litigation. Includes data / document extraction and analysis, preparation & presentation of findings, interface with legal counsel,  and participate in court hearings. | 14.50 | $   5,423.00 |
| Electronic Data and Document Preservation | Support the Debtors with the preservation of electronic data and hard copy documents.  Includes  governance and maintenance in compliance with court retention requirements and associated vendor service contract oversight. | 31.00 | $  11,594.00 |
| Entity Liquidation and Wind Down | Assist the Debtors with the liquidation, wind down and/or deregistration of Nortel Networks, Inc. and its subsidiaries and branches (foreign and domestic).Includes the development and execution of step plans to ensure local law and U.S. Bankruptcy Court compliance in areas such as intercompany settlements, debt forgiveness, tax clearance certificates, final account balances;  compliance with local and U.S. statutory, tax, financial and other governmental reporting requirements; repatriation of subsidiary or branch cash to parent; and coordinate with and support local accounting and legal professionals in conjunction with all of all of the above. | 7.00 | $   2,618.00 |
| Finance and General Accounting | Assist the Debtors with finance and general accounting operations in compliance with US GAAP.  Includes statutory financial reporting preparation & review, month and year end close processing, finance systems & controls, journal entry preparation, management review, and posting, account reconciliations, balance sheet analysis, and normal course accounts receivable and payable administration . | 259.00 | $  96,866.00 |
| Human Resources | Support the Debtors in Human Resources matters.  Includes development and execution of Debtors benefit plan termination (health and welfare, 401K, etc.), plan regulatory compliance oversight and reporting (audits, plan boards & committees, etc.)  vendor services contract management and oversight, human resource related communications, and HR systems and data maintenance and reporting. | 10.50 | $   3,927.00 |
| Information Technology Operations | Assist the Debtors with the maintenance and support of the Nortel Networks, Inc. residual company information technology infrastructure operations.  Includes vendor services  and contract oversight, data extraction, back-up, and recovery, and infrastructure problem resolution support. | 7.00 | $   2,618.00 |
| Insurance & Risk Management | Assist the Debtors with insurance and risk management activities.   Includes tracking and periodic management review of Debtors insurance coverage; ensuring compliance with established policies, leases, and contracts.  Provide service oversight to agent/broker contract. | 3.00 | $   1,122.00 |

# Exhibit E

## The Mergis Group
### Summary of Fees by Project

Nortel Networks, Inc. et al.
For the period of May 1, 2016 through May 31, 2016

| Project | Project Description | Hours | Fees |
|---------|---------------------|-------|------|
| Plan of Reorganization | Assist the Debtors with the preparation of the plan of reorganization and associated disclosure statement. Includes financial analysis and Debtors review. | - | $        - |
| Professional Fee Applications | Assist the Debtors with the payment administration of engaged professionals. Includes financial recording of professional fee applications to Debtors' books and records, reconciliation to Omnibus Fee Order to Debtors' books and records, fee disbursement based on Certificate of No Objection (CNO) , and associated year end regulatory reporting. | 6.50 | $    2,431.00 |
| Real Estate Management | Assist the Debtors with lease and real estate matters. Includes property management vendor contract oversight,  property management budget achievement accountability and associated financial planning & analysis, lease and sub-lease management / governance, and property marketing activities. | 29.00 | $  10,846.00 |
| Residual Business Operations | Assist the Debtors in the resolution of outstanding residual business operations matters. Includes activities relating to residual business services customer, vendor, and/or buyer contracts and associated receivables, payables, and/or inventory,  regulatory and government required business reporting surveys and schedules, and review and action of service of process notifications. | 1.00 | $      374.00 |
| Tax Matters | Assist the Debtors with tax matters.   Includes vendor service contract oversight, financial analysis support and management review of federal, state, and local Tax returns, claims, and audits, and authorization of tax related matters (annual report filings, settlements, etc.) . | 34.00 | $  12,716.00 |
| Travel | Authorized travel to support Debtors projects. | - | $        - |
| **For the period of May 1, 2016 through May 31, 2016** | | **486.00** | **$ 181,764.00** |

**Exhibit G**

**The Mergis Group**
**Summary of Expenses By Category**

**Nortel Networks, Inc. et al.**
For the period of May 1, 2016 through May 31, 2016

| Expense Category | Expenses |
|---|---|
| Airfare | - |
| Lodging | - |
| Meals | - |
| Parking | - |
| Ground Transportation | - |
| Office Expense | - |
| Professional | - |
| Miscellaneous | - |
| **For the period of May 1, 2016 through May 31, 2016** | **$            -** |

# Exhibit F

## The Mergis Group
## Time Description Detail by Project

Nortel Networks, Inc. et al.
For the period of May 1, 2016 through May 31, 2016

| Project ( | Date | Professional | Project Work Description | H |
|-----------|------|--------------|--------------------------|---|
| **Bankruptcy Reporting** | | | | |
| | 5/13/2016 | William D. Cozart | Prepare April MOR. | |
| | 5/16/2016 | Timothy C. Ross | Prepared and analyzed Debtors cash receipts and disbursements for the monthly operating report | |
| | 5/16/2016 | William D. Cozart | Post February and March MOR to website | |
| | 5/16/2016 | William D. Cozart | Prepare April MOR. | |
| | 5/17/2016 | William D. Cozart | Prepare April MOR. | |
| | 5/18/2016 | Timothy C. Ross | Prepared Debtors monthly operating report | |
| | 5/18/2016 | William D. Cozart | Prepare April MOR. | |
| | 5/19/2016 | Timothy C. Ross | Prepared Debtors monthly operating report | |
| | 5/19/2016 | William D. Cozart | Prepare April MOR. | |
| **Bankruptcy Reporting Total** | | | | |
| | | | | |
| **Cash Management** | | | | |
| | 5/2/2016 | Timothy C. Ross | Reviewed and authorized Debtors bank deposits. | |
| | 5/3/2016 | Timothy C. Ross | Worked Debtors budget matters | |
| | 5/3/2016 | Timothy C. Ross | Reviewed, authorized, and released Debtors disbursement (s) | |
| | 5/4/2016 | Kim Ponder | VEBA deposit. | |
| | 5/4/2016 | Timothy C. Ross | Reviewed Debtors payment proposal, prepared and analyzed  cash flow requirements and executed Treasury funding | |
| | 5/5/2016 | Timothy C. Ross | Reviewed, authorized, and released Debtors foreign subsidiary disbursements | |
| | 5/5/2016 | Timothy C. Ross | Validated budget in QB / Corrected errors. | |
| | 5/5/2016 | Timothy C. Ross | Reviewed, authorized, and released Debtors disbursements. | |
| | 5/5/2016 | Timothy C. Ross | Reviewed, authorized, and released Debtors bank deposits. | |
| | 5/9/2016 | Kim Ponder | FCB deposit. | |
| | 5/9/2016 | Timothy C. Ross | Reviewed and authorized Debtors bank deposits. | |
| | 5/11/2016 | Kim Ponder | FCB deposit. | |
| | 5/11/2016 | Timothy C. Ross | Reviewed Debtors payment proposal, prepared and analyzed  cash flow requirements and executed Treasury funding transactions. | |
| | 5/11/2016 | Timothy C. Ross | Reviewed and authorized Debtors bank deposits. | |
| | 5/12/2016 | Timothy C. Ross | Worked Debtors foreign subsidiary bank (Citi0 request | |
| | 5/12/2016 | Timothy C. Ross | Reviewed, authorized, and released Debtors disbursements. | |
| | 5/12/2016 | Timothy C. Ross | Updated 2016+ Budget package with financial advisor (MK) comments | |
| | 5/13/2016 | Timothy C. Ross | Reviewed and authorized Debtors Bank reconciliations | |
| | 5/13/2016 | Timothy C. Ross | Worked Debtors treasury management matters with WT (SW) | |
| | 5/16/2016 | Timothy C. Ross | Reviewed and authorized Debtors foreign subsidiary disbursements | |
| | 5/16/2016 | Timothy C. Ross | Analyzed cash receipts and disbursement variance to budget / published results to US Principal Officer | |
| | 5/17/2016 | Kim Ponder | FCB deposit. | |
| | 5/17/2016 | Timothy C. Ross | Reviewed and authorized Debtors bank deposits. | |
| | 5/18/2016 | Timothy C. Ross | Reviewed Debtors payment proposal, prepared and analyzed cash flow requirements and executed Treasury funding | |
| | 5/19/2016 | Timothy C. Ross | Reviewed, authorized, and released Debtors disbursements. | |
| | 5/19/2016 | Timothy C. Ross | Worked Debtors foreign subsidiary treasury management matters | |
| | 5/23/2016 | Kim Ponder | FCB deposit. | |
| | 5/23/2016 | Timothy C. Ross | Reviewed and authorized Debtors bank deposits. | |
| | 5/24/2016 | Kim Ponder | FCB deposit. | |
| | 5/25/2016 | Kim Ponder | Prepared updated signature package. | |
| | 5/25/2016 | Timothy C. Ross | Received, reviewed, and responded to Debtors counsel (LS) | |
| | 5/25/2016 | Timothy C. Ross | Reviewed Debtors payment proposal, prepared and analyzed cash flow requirements and executed Treasury funding transactions. | |
| | 5/25/2016 | Timothy C. Ross | Reviewed and authorized Debtors foreign subsidiary disbursements | |
| | 5/26/2016 | Timothy C. Ross | Worked Debtors treasury management matters | |
| | 5/26/2016 | Timothy C. Ross | Reviewed, authorized, and released Debtors disbursements. | |
| **Cash Management Total** | | | | |
| | | | | |
| **Claims Administration** | | | | |
| | 5/2/2016 | Timothy C. Ross | Worked Debtors finance professional request (MK) | |
| | 5/2/2016 | Timothy C. Ross | Worked Debtors IC matters | |
| | 5/4/2016 | Kim Ponder | Received and responded to request for employee data | |
| | 5/5/2016 | Timothy C. Ross | Received, reviewed, and responded to Debtors IC claims matter | |
| | 5/13/2016 | Kim Ponder | Received and responded to inquiry regarding claim satisfaction | |
| | 5/13/2016 | Kim Ponder | Received, researched and responded to request for employee data | |
| | 5/13/2016 | Timothy C. Ross | Researched and responded to Debtors wind down consultant (MC | |
| | 5/13/2016 | Timothy C. Ross | Conference call with Debtors counsel (LS), tax professional (JW, JS), financial consultant (MK) and principal officer (JR) | |
| | 5/18/2016 | Timothy C. Ross | Refreshed GA Allocation Data | |
| | 5/20/2016 | William D. Cozart | Update timekeeping records. | |
| | 5/25/2016 | Timothy C. Ross | Updated and reconciled GA Allocation model | |
| **Claims Administration Total** | | | | |
| | | | | |
| **Compensation Application** | | | | |

## Exhibit F

### The Mergis Group
### Time Description Detail by Project

Nortel Networks, Inc. et al.
For the period of May 1, 2016 through May 31, 2016

| Project ( | Date | Professional | Project Work Description | H |
|---|---|---|---|---|
| | 5/4/2016 | Timothy C. Ross | Received, reviewed, updated and finalized Mergis Staffing & Compensation report with CGSH edits and submitted to MNAT for court filing (March 2016). | |
| | 5/5/2016 | William D. Cozart | Update timekeeping records. | |
| | 5/6/2016 | Kim Ponder | Compensation application preparation re:  update of timekeeping records. | |
| | 5/6/2016 | Timothy C. Ross | Compensation application preparation re:  update of timekeeping records. | |
| | 5/9/2016 | Timothy C. Ross | Prepared DRAFT Mergis staffing & compensation report for CGSH review | |
| | 5/13/2016 | Kim Ponder | Compensation application preparation re:  update of timekeeping records. | |
| | 5/13/2016 | Timothy C. Ross | Compensation application preparation re:  update of timekeeping records. | |
| | 5/13/2016 | William D. Cozart | Compensation application preparation re:  update of timekeeping records. | |
| | 5/18/2016 | Timothy C. Ross | Received, reviewed, updated and finalized Mergis Staffing & Compensation report with CGSH edits and submitted to MNAT for court filing | |
| | 5/20/2016 | Kim Ponder | Compensation application preparation re:  update of timekeeping records. | |
| | 5/20/2016 | Timothy C. Ross | Compensation application preparation re:  update of timekeeping records. | |
| | 5/26/2016 | Timothy C. Ross | Compensation application preparation re:  update of timekeeping records. | |
| | 5/27/2016 | Kim Ponder | Compensation application preparation re:  update of timekeeping records. | |
| | 5/27/2016 | William D. Cozart | Compensation application preparation re:  update of timekeeping records. | |
| | 5/31/2016 | William D. Cozart | Compensation application preparation re:  update of timekeeping records. | |
| | | **Compensation Application Total** | | |

**Discovery**

| | 5/5/2016 | Timothy C. Ross | Received, reviewed, and responded to Debtors discovery matters from counsel (MS) | |
|---|---|---|---|---|
| | 5/23/2016 | Timothy C. Ross | Conference call with Debtors counsel (JP, PC) | |
| | 5/24/2016 | Timothy C. Ross | Worked Debtors discovery request from counsel (JP) | |
| | 5/24/2016 | William D. Cozart | Prepare research per CGSH. | |
| | 5/25/2016 | William D. Cozart | Prepare research regarding product codes. | |
| | 5/27/2016 | William D. Cozart | Prepare reports for CGHS request. | |
| | | **Discovery Total** | | |

**Electronic Data and Document Preservation**

| | 5/11/2016 | Timothy C. Ross | Received, reviewed, and responded to Debtors data retention matters | |
|---|---|---|---|---|
| | 5/23/2016 | William D. Cozart | Prepare historical documents for storage. | |
| | 5/24/2016 | Timothy C. Ross | Worked Debtors document retention matters with wind consultant (LB) | |
| | 5/24/2016 | William D. Cozart | Prepare historical documents for storage. | |
| | 5/25/2016 | William D. Cozart | Prepare historical documents for storage. | |
| | 5/26/2016 | William D. Cozart | Prepare historical files for storage. | |
| | 5/27/2016 | William D. Cozart | Prepare historical documents for storage. | |
| | 5/31/2016 | William D. Cozart | Prepare historical documents for storage. | |
| | | **Electronic Data and Document Preservation Total** | | |

**Entity Liquidation and Wind Down**

| | 5/3/2016 | Timothy C. Ross | Worked Debtors foreign subsidiary wind down matters | |
|---|---|---|---|---|
| | 5/4/2016 | Timothy C. Ross | Conference call with Debtors counsel (KH) | |
| | 5/5/2016 | Kim Ponder | Conference call with T Ross and M Subramanian. | |
| | 5/5/2016 | Timothy C. Ross | Conference call with India local professional / finalized notes | |
| | 5/5/2016 | Timothy C. Ross | Conference call with Debtors counsel (KH, RE, RR) | |
| | 5/16/2016 | Timothy C. Ross | Worked Debtors foreign entity wind down matters | |
| | 5/17/2016 | Timothy C. Ross | Conference call with Debtors counsel (KH, RE) | |
| | 5/19/2016 | Timothy C. Ross | Received, reviewed, and responded to Debtors counsel (RE) | |
| | 5/19/2016 | Timothy C. Ross | Conference call with Debtors counsel (KH, RE, RR) | |
| | | **Entity Liquidation and Wind Down Total** | | |

**Finance and General Accounting**

| | 5/2/2016 | Kim Ponder | Month end close. | |
|---|---|---|---|---|
| | 5/2/2016 | Kim Ponder | Normal course payables | |
| | 5/2/2016 | Kim Ponder | Researched historical data for allocation. | |
| | 5/2/2016 | Timothy C. Ross | Prepared and submitted Residual staff time report. | |
| | 5/2/2016 | Timothy C. Ross | Worked Debtors general accounting matters | |
| | 5/2/2016 | Timothy C. Ross | Reviewed and authorized Debtors foreign subsidiary invoices for paymen | |
| | 5/2/2016 | William D. Cozart | Monitor QuickBooks backup. | |
| | 5/2/2016 | William D. Cozart | Prepare research regarding historical transactions. | |
| | 5/2/2016 | William D. Cozart | Prepare data for G&A cost allocation. | |
| | 5/3/2016 | Kim Ponder | Intercompany billing. | |
| | 5/3/2016 | Kim Ponder | Normal course payables | |
| | 5/3/2016 | Kim Ponder | Month end close | |
| | 5/3/2016 | Timothy C. Ross | Prepared Interco invoicing | |

# Exhibit F

## The Mergis Group
## Time Description Detail by Project

Nortel Networks, Inc. et al.
For the period of May 1, 2016 through May 31, 2016

| Project ( | Date | Professional | Project Work Description | H |
|---|---|---|---|---|
| | 5/3/2016 | William D. Cozart | Monitor QuickBooks backup. | |
| | 5/3/2016 | William D. Cozart | Perform QuickBooks testing. | |
| | 5/4/2016 | Kim Ponder | Posted Citibank deposit. | |
| | 5/4/2016 | Kim Ponder | Month end close. | |
| | 5/4/2016 | Timothy C. Ross | Worked Debtors general accounting matters | |
| | 5/4/2016 | William D. Cozart | Monitor QuickBooks backup. | |
| | 5/4/2016 | William D. Cozart | Perform QuickBooks testing. | |
| | 5/4/2016 | William D. Cozart | Prepare research regarding historical transactions. | |
| | 5/4/2016 | William D. Cozart | Prepare data for G&A cost allocation. | |
| | 5/5/2016 | Kim Ponder | Normal course payables | |
| | 5/5/2016 | Kim Ponder | Month end close. | |
| | 5/5/2016 | Timothy C. Ross | Reviewed and authorized Debtors residual invoice (s) for payment | |
| | 5/5/2016 | Timothy C. Ross | Worked Debtors general accounting matters | |
| | 5/5/2016 | William D. Cozart | Monitor QuickBooks backup. | |
| | 5/5/2016 | William D. Cozart | Prepare research regarding historical transactions. | |
| | 5/5/2016 | William D. Cozart | Perform QuickBooks testing. | |
| | 5/6/2016 | Timothy C. Ross | Worked Debtors general accounting matters | |
| | 5/9/2016 | Kim Ponder | Normal course payables | |
| | 5/9/2016 | Kim Ponder | Posted cash receipts. | |
| | 5/9/2016 | Kim Ponder | Month end close. | |
| | 5/9/2016 | Timothy C. Ross | Prepared and submitted weekly residual staff time report. | |
| | 5/9/2016 | Timothy C. Ross | Worked Debtors general accounting matters | |
| | 5/9/2016 | William D. Cozart | Monitor QuickBooks backups. | |
| | 5/9/2016 | William D. Cozart | Prepare research regarding historical transactions. | |
| | 5/10/2016 | Kim Ponder | Normal course payables | |
| | 5/10/2016 | Kim Ponder | Historical document management. | |
| | 5/10/2016 | Timothy C. Ross | Worked Debtors general accounting matters | |
| | 5/10/2016 | William D. Cozart | Monitor and reschedule QuickBooks backups. | |
| | 5/10/2016 | William D. Cozart | Prepare research regarding historical transactions. | |
| | 5/10/2016 | William D. Cozart | Validate data for G&A cost allocation. | |
| | 5/11/2016 | Kim Ponder | Month end close. | |
| | 5/11/2016 | Kim Ponder | Posted cash receipts. | |
| | 5/11/2016 | Timothy C. Ross | Worked Debtors general accounting matters | |
| | 5/11/2016 | Timothy C. Ross | Worked Debtors general accounting matters | |
| | 5/11/2016 | William D. Cozart | Reschedule QuickBooks backups. | |
| | 5/11/2016 | William D. Cozart | Prepare research regarding historical transactions. | |
| | 5/11/2016 | William D. Cozart | Research Fixed Asset inventories. | |
| | 5/12/2016 | Kim Ponder | Normal course payables | |
| | 5/12/2016 | Kim Ponder | Month end QB backups and reporting. | |
| | 5/12/2016 | Timothy C. Ross | Prepared Interco/affiliate AR/AP reporting and reconciled balances | |
| | 5/12/2016 | William D. Cozart | Monitor QuickBooks backup. | |
| | 5/12/2016 | William D. Cozart | Prepare research regarding historical transactions. | |
| | 5/12/2016 | William D. Cozart | Research fixed asset inventories. | |
| | 5/13/2016 | William D. Cozart | Monitor QuickBooks backups. | |
| | 5/13/2016 | William D. Cozart | Prepare consolidation for April MOR. | |
| | 5/16/2016 | Kim Ponder | GL reconciliations. | |
| | 5/16/2016 | Kim Ponder | Normal course payables | |
| | 5/16/2016 | Kim Ponder | Received and responded to communication from Iron Mountain. | |
| | 5/16/2016 | Timothy C. Ross | Prepared and submitted residual staff time report. | |
| | 5/16/2016 | William D. Cozart | Monitor QuickBooks backups. | |
| | 5/16/2016 | William D. Cozart | Research fixed asset inventories. | |
| | 5/17/2016 | Kim Ponder | Normal course payables | |
| | 5/17/2016 | Kim Ponder | Received and responded to CGHS inquiry re:  mediation. | |
| | 5/17/2016 | Kim Ponder | Historical data management. | |
| | 5/17/2016 | Timothy C. Ross | Reconciled Debtors rental income | |
| | 5/17/2016 | Timothy C. Ross | Worked Debtors finance & accounting matters | |
| | 5/17/2016 | William D. Cozart | Monitor QuickBooks backups. | |
| | 5/17/2016 | William D. Cozart | Research fixed asset inventories. | |
| | 5/18/2016 | Kim Ponder | Historical data management. | |
| | 5/18/2016 | William D. Cozart | Monitor QuickBooks backup and investigate issue. | |
| | 5/18/2016 | William D. Cozart | Research fixed assets inventories. | |
| | 5/19/2016 | Kim Ponder | Normal course payables | |
| | 5/19/2016 | Kim Ponder | Normal course payables | |
| | 5/19/2016 | Kim Ponder | Historical data management. | |
| | 5/19/2016 | William D. Cozart | Monitor QuickBooks backups. | |
| | 5/19/2016 | William D. Cozart | Research fixed asset inventories. | |
| | 5/20/2016 | Kim Ponder | Monitored email. | |
| | 5/20/2016 | Timothy C. Ross | Prepared consulting agreement DRAFT | |
| | 5/20/2016 | William D. Cozart | Monitor QuickBooks backups. | |
| | 5/20/2016 | William D. Cozart | Research fixed asset inventories. | |
| | 5/23/2016 | Kim Ponder | Posted cash receipts. | |

## Exhibit F

### The Mergis Group
### Time Description Detail by Project

Nortel Networks, Inc. et al.
For the period of May 1, 2016 through May 31, 2016

| Project ( | Date | Professional | Project Work Description | |
|---|---|---|---|---|
| | 5/23/2016 | Kim Ponder | Historical data management. | |
| | 5/23/2016 | Timothy C. Ross | Prepared and submitted Debtors residual staff time report. | |
| | 5/23/2016 | Timothy C. Ross | Reviewed and authorized Debtors GL account reconciliations | |
| | 5/23/2016 | Timothy C. Ross | Updated consulting agreement DRAFT with comments | |
| | 5/23/2016 | Timothy C. Ross | Prepared and recorded intercompany invoices. | |
| | 5/23/2016 | William D. Cozart | Monitor QuickBooks backup. | |
| | 5/24/2016 | Kim Ponder | Posted cash receipts. | |
| | 5/24/2016 | Kim Ponder | Normal course payables | |
| | 5/24/2016 | Timothy C. Ross | Worked Debtors tax matters | |
| | 5/24/2016 | Timothy C. Ross | Worked consulting agreement | |
| | 5/24/2016 | William D. Cozart | Monitor QuickBooks backup. | |
| | 5/24/2016 | William D. Cozart | Meeting with T. Ross to discuss results of fixed assets research | |
| | 5/24/2016 | William D. Cozart | Meeting with T. Ross and Raj RLKS to discuss results of fixed asset research | |
| | 5/25/2016 | Kim Ponder | Normal course payables | |
| | 5/25/2016 | Kim Ponder | Historical data management. | |
| | 5/25/2016 | William D. Cozart | Monitor QuickBooks backup. | |
| | 5/26/2016 | Kim Ponder | Normal course payables | |
| | 5/26/2016 | Kim Ponder | Historical data management. | |
| | 5/26/2016 | Timothy C. Ross | Worked Debtors foreign subsidiary finance & accounting matters | |
| | 5/26/2016 | Timothy C. Ross | Reviewed and authorized Debtors residual invoices for payment | |
| | 5/26/2016 | Timothy C. Ross | Finalized DC agreement. | |
| | 5/27/2016 | Kim Ponder | Historical data management. | |
| | 5/31/2016 | Kim Ponder | Historical data management. | |
| | 5/31/2016 | Timothy C. Ross | Final transition and cross training with residual staff (DC) | |
| | 5/31/2016 | Timothy C. Ross | Prepared and submitted residual staff time report. | |
| **Finance and General Accounting Total** | | | | |

**Human Resources**

| | 5/17/2016 | William D. Cozart | Prepare 2015 VEBA Form 5500. | |
|---|---|---|---|---|
| | 5/20/2016 | William D. Cozart | Prepare VEBA Form 5500. | |
| | 5/23/2016 | William D. Cozart | Prepare VEBA Form 5500. | |
| | 5/25/2016 | Timothy C. Ross | 5500 preparation training | |
| | 5/25/2016 | Timothy C. Ross | Reviewed and authorized Debtors 5500 | |
| **Human Resources Total** | | | | |

**Information Technology Operations**

| | 5/2/2016 | Timothy C. Ross | Reviewed and executed Debtors IT matters | |
|---|---|---|---|---|
| | 5/3/2016 | Kim Ponder | QB issue resolution. | |
| | 5/4/2016 | Kim Ponder | QB issue resolution. | |
| | 5/11/2016 | Timothy C. Ross | Meeting with Debtors wind down consultant | |
| | 5/16/2016 | Timothy C. Ross | Worked Debtors IT matters | |
| | 5/23/2016 | Timothy C. Ross | Worked Debtors IT matters | |
| | 5/24/2016 | Timothy C. Ross | Reviewed and approved IT consultant expense reports | |
| | 5/26/2016 | Kim Ponder | Review QB data subsequent to server move. | |
| | 5/26/2016 | Timothy C. Ross | Worked Debtors IT matters | |
| **Information Technology Operations Total** | | | | |

**Insurance & Risk Management**

| | 5/2/2016 | Timothy C. Ross | Worked Debtors insurance and risk management matters | |
|---|---|---|---|---|
| | 5/17/2016 | Timothy C. Ross | Worked Debtors insurance matters | |
| | 5/24/2016 | Timothy C. Ross | Worked Debtors insurance matters | |
| | 5/26/2016 | Timothy C. Ross | Conference call with Debtors insurance agent | |
| **Insurance & Risk Management Total** | | | | |

**Professional Fee Applications**

| | 5/2/2016 | Kim Ponder | Processed fee application filed by Professional. | |
|---|---|---|---|---|
| | 5/4/2016 | Kim Ponder | Processed fee application filed by Professional. | |
| | 5/6/2016 | Kim Ponder | Reconciled quarterly fee applications to 28th Omnibus. | |
| | 5/6/2016 | Kim Ponder | Processed fee application filed by Professional. | |
| | 5/13/2016 | Kim Ponder | Processed fee applications filed by Professionals. | |
| | 5/17/2016 | Kim Ponder | Processed fee applications filed by Professionals. | |
| | 5/24/2016 | Kim Ponder | Processed fee application filed by Professional. | |
| | 5/25/2016 | Kim Ponder | Processed fee application filed by Professional. | |
| **Professional Fee Applications Total** | | | | |

**Real Estate Management**

# Exhibit F

## The Mergis Group
## Time Description Detail by Project

Nortel Networks, Inc. et al.
For the period of May 1, 2016 through May 31, 2016

| Project ( | Date | Professional | Project Work Description | H |
|---|---|---|---|---|
| | 5/4/2016 | Timothy C. Ross | Conference call with Debtors counsel (SH, PM), property manager (AL), wind down consultant (KS), and engineer (PE) | |
| | 5/6/2016 | Timothy C. Ross | Meeting and property walkthrough with property manager (KE | |
| | 5/9/2016 | Timothy C. Ross | Worked Debtors property management matters | |
| | 5/10/2016 | Timothy C. Ross | Received, reviewed, and responded to Debtors former landlord (GPT) | |
| | 5/11/2016 | Timothy C. Ross | Prepared rent roll for RTP | |
| | 5/11/2016 | Timothy C. Ross | Prepared subtenant rental income and invoicing | |
| | 5/12/2016 | Timothy C. Ross | Conference call with Debtors counsel (PM, PC) | |
| | 5/13/2016 | Kim Ponder | Compiled service transition communications. | |
| | 5/13/2016 | Timothy C. Ross | Researched and responded to Debtors property manager (AL) | |
| | 5/13/2016 | Timothy C. Ross | Received, reviewed, and responded to Debtors counsel (PM, PC) | |
| | 5/16/2016 | Kim Ponder | Correspondence with Duke Energy and PSNC re: deposit refunds. | |
| | 5/17/2016 | Timothy C. Ross | Worked Debtors property management matters | |
| | 5/18/2016 | Timothy C. Ross | Walkthrough of residual company post RTP office space. | |
| | 5/19/2016 | Timothy C. Ross | Meeting with Debtors tax professional (JW) | |
| | 5/20/2016 | Timothy C. Ross | Meeting with Debtors property manager supervisor (KW) & site walkthrough | |
| | 5/23/2016 | Timothy C. Ross | Meeting with Debtors subtenant (BP) and worked actions taken from meeting | |
| | 5/23/2016 | Timothy C. Ross | Conference call with Debtors counsel (PM) | |
| | 5/24/2016 | Timothy C. Ross | Worked Debtors property management matters | |
| | 5/24/2016 | Timothy C. Ross | Meeting with Debtors wind down consultant (KS) | |
| | 5/24/2016 | Timothy C. Ross | Received, reviewed, and responded to Debtors counsel (PM) | |
| | 5/25/2016 | Timothy C. Ross | Meeting with Debtors subtenant (DC, JR), property manager (AL) and wind down consultant (KS) | |
| | 5/25/2016 | Timothy C. Ross | Meeting with Debtors subtenant (MM), property manager (AL) and wind down consultant (KS) | |
| | 5/31/2016 | Timothy C. Ross | Worked Debtors property management matters | |
| | 5/31/2016 | Timothy C. Ross | Reviewed, executed and distributed subtenant lease expiration notices | |
| **Real Estate Management Total** | | | | |

**Residual Business Operations**

| | 5/3/2016 | Timothy C. Ross | Prepared environmental reserve analysis and authorized payment of professional fees for payment | |
|---|---|---|---|---|
| **Residual Business Operations Total** | | | | |

**Tax Matters**

| | 5/2/2016 | Timothy C. Ross | Reviewed and executed Debtors tax matters | |
|---|---|---|---|---|
| | 5/4/2016 | Timothy C. Ross | Conference call with Debtors foreign subsidiary tax professional (PJ) and Debtors Counsel (KH, RE | |
| | 5/4/2016 | Timothy C. Ross | Updated foreign bank account daily balances | |
| | 5/4/2016 | Timothy C. Ross | Conference call with Debtors tax professional (JS, AG) and Debtors counsel (KH) | |
| | 5/5/2016 | William D. Cozart | Review Guatemala Tax documents. | |
| | 5/6/2016 | Kim Ponder | Prepared analysis requested by EY. | |
| | 5/6/2016 | Kim Ponder | Reviewed and authorized Debtors bank deposits. | |
| | 5/9/2016 | Timothy C. Ross | Received, reviewed, and responded to Debtors tax matters | |
| | 5/9/2016 | William D. Cozart | Reconcile Nortel Networks de Guatemala Limitada 2015 Form SAT-1411 to local financial statements. | |
| | 5/10/2016 | Kim Ponder | Processed tax payment requests. | |
| | 5/11/2016 | Timothy C. Ross | Reviewed and authorized Debtors tax matters | |
| | 5/11/2016 | Timothy C. Ross | Meeting with Debtors tax professional (MG) | |
| | 5/13/2016 | Kim Ponder | Prepared analysis requested by EY. | |
| | 5/13/2016 | Timothy C. Ross | Reviewed and authorized Debtors foreign subsidiary tax matters | |
| | 5/16/2016 | Kim Ponder | Prepared analysis requested by EY. | |
| | 5/16/2016 | Timothy C. Ross | Worked Debtors tax matters | |
| | 5/17/2016 | Kim Ponder | Received and responded to request for data. | |
| | 5/17/2016 | Timothy C. Ross | Worked Debtors tax matters | |
| | 5/17/2016 | Timothy C. Ross | Received, reviewed, and responded to Debtors foreign subsidiary tax professional (PJ | |
| | 5/17/2016 | William D. Cozart | Prepare schedules for 2015 tax filing. | |
| | 5/18/2016 | Kim Ponder | Filed NJ online annual report. | |
| | 5/18/2016 | William D. Cozart | Prepare schedules for 2015 tax filing. | |
| | 5/20/2016 | Timothy C. Ross | Researched and responded to Debtors tax matters | |
| | 5/20/2016 | Timothy C. Ross | Worked Debtors foreign subsidiary tax matters | |
| | 5/23/2016 | Timothy C. Ross | Updated foreign bank account daily balances | |
| | 5/24/2016 | Kim Ponder | Prepared analysis requested by EY. | |
| | 5/25/2016 | Timothy C. Ross | Updated foreign bank account daily balances | |
| | 5/25/2016 | Timothy C. Ross | Received, reviewed, and responded to Debtors counsel (KH) | |
| | 5/26/2016 | Kim Ponder | Received, researched and responded to inquiry from EY (A Shapiro) | |
| | 5/26/2016 | Timothy C. Ross | Updated foreign bank account daily balances | |
| | 5/26/2016 | Timothy C. Ross | Worked Debtors foreign subsidiary tax matters | |
| **Tax Matters Total** | | | | |

**For the period of May 1, 2016 through May 31, 2016**