## EXHIBIT A

## NORTEL NETWORKS INC., *et al*.
## CASE NO. 09-10138 (KG)

Professional Fees and Expenses
Monthly Fee Application

| Applicant & Docket No. | Time Period Covered | Fees & Expenses Requested in Application | Fees & Expenses Allowed/Awarded | Date Application Filed | Objection Deadline |
|---|---|---|---|---|---|
| Ashurst LLP<br><br>[Docket No. 16847] | 4/1/16 - 4/30/16 | £11,038.00<br>(Fees)<br><br>£10,849.20<br>(Expenses) | £8,830.40<br>(Fees @ 80%)<br><br>£10,849.20<br>(Expenses @ 100%) | 5/25/16 | 6/15/16 |