# EXHIBIT A

## NORTEL NETWORKS INC., *et al*.
## CASE NO. 09-10138 (KG)

Professional Fees and Expenses
Monthly Fee Application

| Applicant & Docket No. | Time Period Covered | Fees & Expenses Requested in Application | Fees & Expenses Allowed/Awarded | Date Application Filed | Objection Deadline |
|---|---|---|---|---|---|
| Cassels Brock & Blackwell LLP  [Docket No. 16856] | 2/1/16 - 2/29/16 | CDN$62,875.00 (Fees)  CDN$255.00 (Expenses) | CDN$50,300.00 (Fees @ 80%)  CDN$255.00 (Expenses @ 100%) | 5/26/16 | 6/16/16 |