## EXHIBIT A

## NORTEL NETWORKS INC., *et al*.
## CASE NO. 09-10138 (KG)

Professional Fees and Expenses
Monthly Fee Application

| Applicant & Docket No. | Time Period Covered | Fees & Expenses Requested in Application | Fees & Expenses Allowed/Awarded | Date Application Filed | Objection Deadline |
|---|---|---|---|---|---|
| Akin Gump Strauss Hauer & Feld LLP<br><br>[Docket No. 16859] | 4/1/16 - 4/30/16 | $596,524.50 (Fees)<br><br>$13,408.08 (Expenses) | $477,219.60 (Fees @ 80%)<br><br>$13,408.08 (Expenses @ 100%) | 5/27/16 | 6/16/16 |