# EXHIBIT A

## NORTEL NETWORKS INC., *et al*.
### CASE NO. 09-10138 (KG)

Professional Fees and Expenses
Monthly Fee Application

| Applicant & Docket No. | Time Period Covered | Fees & Expenses Requested in Application | Fees & Expenses Allowed/Awarded | Date Application Filed | Objection Deadline |
|---|---|---|---|---|---|
| Cassels Brock & Blackwell LLP [Docket No. 16858] | 3/1/16 - 3/31/16 | CDN$71,002.00 (Fees) CDN$205.94 (Expenses) | CDN$56,801.60 (Fees @ 80%) CDN$205.94 (Expenses @ 100%) | 5/27/16 | 6/17/16 |