**EXHIBIT A**

**Debtors' Twenty-Seventh Ordinary Course Professional Quarterly Statement for July 1, 2015 – September 30, 2015**

| Ordinary Course Professional | Description of Services | July Fees | July Disbursements & Expenses | August Fees | August Disbursements & Expenses | September Fees | September Disbursements & Expenses | Other Fees | Other Disbursements & Expenses | Total Quarterly Fees (excluding disbursements & expenses) |
|---|---|---|---|---|---|---|---|---|---|---|
| Baker Donelson Bearman Caldwell & Berkowitz | General labor and employment legal services, including representation in employment and employee benefit matters | $1,012.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | **$1,012.00** |
| William D. Preston, P.A. | Legal services regarding Florida environmental regulatory issues | $8,560.00 | $0.00 | $10,640.00 | $0.00 | $3,600.00 | $0.00 | $0.00 | $0.00 | **$22,800.00** |
| K&L Gates | Legal services regarding Nortel property lease agreements | $0.00 | $0.00 | $0.00 | $0.00 | $872.50 | $0.00 | $0.00 | $0.00 | **$872.50** |