**EXHIBIT A**

**Debtors' Twenty-Eighth Ordinary Course Professional Quarterly Statement for October 1, 2015 – December 31, 2015**

| Ordinary Course Professional | Description of Services | October Fees | October Disbursements & Expenses | November Fees | November Disbursements & Expenses | December Fees | December Disbursements & Expenses | Other Fees | Other Disbursements & Expenses | Total Quarterly Fees (excluding disbursements & expenses) |
|---|---|---|---|---|---|---|---|---|---|---|
| William D. Preston, P.A. | Legal services regarding Florida environmental regulatory issues | $5,000.00 | $0.00 | $13,840.00 | $242.86 | $7,240.00 | $0.00 | $0.00 | $0.00 | **$26,080.00** |
| K&L Gates | Legal services regarding Nortel property lease agreements | $1,034.50 | $0.00 | $434.50 | $0.00 | $474.00 | $0.00 | $0.00 | $0.00 | **$1,943.00** |