## **CERTIFICATE OF SERVICE**

I, Tamara K. Minott, certify that I am not less than 18 years of age, and that service of the foregoing **Notice of Filing and Service of Debtors' Twenty-Eighth Ordinary Course Professional Quarterly Statement** was caused to be made on June 22, 2016, in the manner indicated upon the entities identified on the attached service list.

Dated: June 22, 2016  */s/ Tamara K. Minott*
      Wilmington, DE  Tamara K. Minott (No. 5643)