**EXHIBIT A**

**Debtors' Twenty-Ninth Ordinary Course Professional Quarterly Statement for January 1, 2016 – March 31, 2016**

| Ordinary Course Professional | Description of Services | January Fees | January Disbursements & Expenses | February Fees | February Disbursements & Expenses | March Fees | March Disbursements & Expenses | Other Fees | Other Disbursements & Expenses | Total Quarterly Fees (excluding disbursements & expenses) |
|---|---|---|---|---|---|---|---|---|---|---|
| William D. Preston, P.A. | Legal services regarding Florida environmental regulatory issues | $7,160.00 | $0.00 | $11,240.00 | $0.00 | $1,800.00 | $0.00 | $0.00 | $0.00 | **$20,200.00** |
| Baker Donelson Bearman Caldwell & Berkowitz | General labor and employment legal services, including representation in employment and employee benefit matters | $0.00 | $0.00 | $432.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | **$432.00** |