# EXHIBIT A

## NORTEL NETWORKS INC., *et al*.
### CASE NO. 09-10138 (KG)

Professional Fees and Expenses
Monthly Fee Application

| Applicant & Docket No. | Time Period Covered | Fees & Expenses Requested in Application | Fees & Expenses Allowed/Awarded | Date Application Filed | Objection Deadline |
|---|---|---|---|---|---|
| Cassels Brock & Blackwell LLP [Docket No. 16861] | 4/1/16 - 4/30/16 | CDN$67,598.50 (Fees) <br><br> CDN$112.25 (Expenses) | CDN$54,078.80 (Fees @ 80%) <br><br> CDN$112.25 (Expenses @ 100%) | 5/31/16 | 6/21/16 |