# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ---------------------------------------------------------X | : | Chapter 11 |
| *In re* | : | Case No. 09-10138 (KG) |
| Nortel Networks Inc., *et al.*,[1] | : | (Jointly Administered) |
| Debtors. | : | |
| ---------------------------------------------------------X | : | |
| SNMP Research International, Inc., | : | |
| and | : | Adv. No. 11-53454 (KG) |
| SNMP Research, Inc., | : | |
| Plaintiffs, | : | |
| v. | : | |
| Nortel Networks Inc., *et al.*, | : | |
| and | : | |
| Avaya Inc., | : | |
| Defendants. | : | |
| ---------------------------------------------------------X | | |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
## TELEPHONIC HEARING ON JUNE 28, 2016 AT 11:00 A.M. (EASTERN TIME)

**AT THE REQUEST OF THE PARTIES AND BY THE PERMISSION OF
THE COURT, THE HEARING IS NOW TELEPHONIC AND
THE TIME HAS CHANGED TO 11:00 A.M. (ET)**

By permission of chambers, any party wishing to participate telephonically must make arrangements through CourtCall **at least one hour prior to the hearing**. CourtCall has been made aware of this extended deadline. CourtCall will not accept reservations after the extended

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

deadline has passed without permission of chambers.  Please do not contact chambers prior to the expiration of the extended deadline.

**TELEPHONIC STATUS CONFERENCE**

1.  Telephonic Status Conference in Adversary Proceeding Case No. 11-53454 (KG).

    <u>Objection Deadline</u>:  N/A

    <u>Responses Received</u>:  None.

    <u>Related Pleadings</u>:

    (a)  [Sealed] Letter to the Honorable Kevin Gross Regarding Pending Discovery Dispute filed by SNMP Research, Inc. and SNMP Research International, Inc. (A.D.I. 441, Filed 6/24/16).

    <u>Status</u>:  The telephonic status conference will go forward.

| | |
|---|---|
| Dated: June 24, 2016<br>Wilmington, DE | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>James L. Bromley (admitted *pro hac vice*)<br>Lisa M. Schweitzer (admitted *pro hac vice*)<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone:  (212) 225-2000<br>Facsimile:  (212) 225-3999<br><br>- and -<br><br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>    */s/ Tamara K. Minott*    <br>Eric D. Schwartz (No. 3134)<br>Derek C. Abbott (No. 3376)<br>Andrew R. Remming (No. 5120)<br>Tamara K. Minott (No. 5643)<br>1201 North Market Street<br>Wilmington, DE  19899-1347<br>Telephone:  (302) 658-9200<br>Facsimile:  (302) 658-3989<br><br>*Counsel for the Debtors and Debtors in Possession* |