IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ------------------------------------------------------- X | | Chapter 11 |
| *In re* : | | |
| : | | Case No. 09-10138 (KG) |
| Nortel Networks Inc., *et al.*, [1] : | | |
| : | | Jointly Administered |
| Debtors. : | | |
| : | | Re: D.I. 16909 |
| ------------------------------------------------------- X | | |

**CERTIFICATE OF NO OBJECTION REGARDING NOTICE OF TWELFTH AMENDMENT TO THE STATEMENT OF WORK ENTERED INTO PURSUANT TO THE TAX SERVICES AGREEMENT WITH ERNST & YOUNG LLP**

The undersigned hereby certifies that, as of the date hereof, Morris, Nichols, Arsht & Tunnell LLP ("Morris Nichols") has received no answer, objection or other responsive pleading to the **Notice of Twelfth Amendment to the Statement of Work Entered into Pursuant to the Tax Services Agreement with Ernst & Young LLP** (the "Notice") (Docket No. 16909), filed on June 10, 2016.

The undersigned further certifies that Morris Nichols has caused the review of the Court's docket in these cases and that no answer, objection or other responsive pleading to the Notice appears thereon. Pursuant to the Notice objections were to be filed and served no later than June 24, 2016 at 4:00 p.m. (ET).

WHEREFORE, the Debtors respectfully request that the Order attached hereto as Exhibit A be entered at the earliest convenience of the Court.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

Dated: June 27, 2016
Wilmington, Delaware

        CLEARY GOTTLIEB STEEN & HAMILTON LLP

        James L. Bromley (admitted *pro hac vice*)
        Lisa M. Schweitzer (admitted *pro hac vice*)
        One Liberty Plaza
        New York, New York 10006
        Telephone: (212) 225-2000
        Facsimile: (212) 225-3999

        - and -

        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

        */s/ Tamara K. Minott*
        Derek C. Abbott (No. 3376)
        Eric D. Schwartz (No. 3134)
        Andrew R. Remming (No. 5120)
        Tamara K. Minott (No. 5643)
        1201 North Market Street, 16th Floor
        P.O. Box 1347
        Wilmington, DE 19899-1347
        Telephone: (302) 658-9200
        Facsimile: (302) 658-3989

        *Counsel for the Debtors and Debtors in Possession*