IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
:
In re                                                   :   Chapter 11
:
Nortel Networks Inc., et al.,[1]                        :   Case No. 09-10138 (KG)
:
Debtors.                                                :   Jointly Administered
:
---------------------------------------------------------X

NOTICE OF SETTLEMENT OF
CERTAIN CLAIMS AGAINST THE DEBTORS

**WHEREAS**, on February 2, 2016, the Debtors filed a Motion for an Order Establishing Procedures to Further the Resolution of Claims (D.I. 16514) (the "Motion"); and

**WHEREAS**, on February 19, 2016, the Court approved the Motion and entered an Order (the "Order") Approving Debtors' Motion for an Order Establishing Procedures to Further the Resolution of Claims (D.I. 16551) permitting the Debtors, *inter alia*, to settle certain claims on no or limited advance notice (the "Limited Notice Claims Settlements").

**PLEASE TAKE NOTICE** that, pursuant to paragraph 2(f) of the Order, the Debtors hereby file this Settled Claims Notice attached as Exhibit A, listing the Proofs of Claims settled in the Limited Notice Claims Settlements from November 23, 2015 through April 25, 2016.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

Dated: June 28, 2016
      Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

- and –

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

   */s/ Tamara K. Minott*
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Andrew R. Remming (No. 5120)
Tamara K. Minott (No. 5643)
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989

*Counsel for the Debtors and Debtors in Possession*