EXHIBIT A

**(1)  Proofs of Claim Settled From November 23, 2015 to April 25, 2016[1]**

| Employee Name | Claim Number | Claimed Administrative | Claimed Priority | Claimed Unsecured | Claimed Total | Allowed Administrative | Allowed Priority | Allowed Unsecured | Allowed Total | Debtor |
|---|---|---|---|---|---|---|---|---|---|---|
| BERTEAU, KAREN J | 2530 | - | - | 1,595.62 | 1,595.62 | - | - | 388.00 | 388.00 | Nortel Networks Inc. |
| BRYANT, ALAN | 3248 | - | - | 4,222.46 | 4,222.46 | - | - | - | - | |
| BRYANT, ALAN | 3309 | - | 10,950.00 | 123,106.18 | 134,056.18 | - | - | - | - | |
| BRYANT, ALAN | 3981 | - | - | 72,066.15 | 72,066.15 | - | 5,246.76 | 220,792.08 | 226,038.84 | Nortel Networks Inc. |
| BURNS, BILLY | 2426 | - | - | 49,772.16 | 49,772.16 | 1,957.30 | 1,661.86 | 62,855.35 | 66,474.51 | Nortel Networks Inc. |
| CAHILL, JOHN | 786 | - | 57,716.00 | - | 57,716.00 | - | 3,057.45 | 20,982.71 | 24,040.16 | Nortel Networks Inc. |
| CAMERON, WILFRED J. | 3878 | - | - | 1,263,563.70 | 1,263,563.70 | - | - | 940,094.00 | 940,094.00 | Nortel Networks Inc. |
| CAREY, DENNIS | 5534 | - | - | 1,151,730.00 | 1,151,730.00 | - | - | - | - | |
| CAREY, DENNIS | 8094 | - | - | 1,151,730.00 | 1,151,730.00 | - | 2,115.40 | 1,144,587.07 | 1,146,702.47 | Nortel Networks Inc. |
| CHAVEZ, TOM | 934 | - | 65,567.16 | - | 65,567.16 | - | - | 327.00 | 327.00 | Nortel Networks Inc. |
| CHAVEZ, TOM | 2677 | - | 6,928.22 | - | 6,928.22 | - | - | 4,831.72 | 4,831.72 | Nortel Networks (CALA) Inc. |
| CLARKE, JOHN | 4035 | - | 1,766.28 | - | 1,766.28 | - | 181.96 | 1,915.19 | 2,097.15 | Nortel Networks Inc. |
| COZYN, MARTIN A. | 405 | - | 10,950.00 | 996,372.40 | 1,007,322.40 | - | - | 411,640.84 | 411,640.84 | Nortel Networks Inc. |
| CRAIG, J A | 4308 | - | - | 946,457.21 | 946,457.21 | - | - | 945,375.00 | 945,375.00 | Nortel Networks Inc. |
| CREAMER, BOYCE HARRY, JR. | 1175 | 81,268.35 | - | - | 81,268.35 | - | - | 164,381.00 | 164,381.00 | Nortel Networks Inc. |
| DEBON, PASCAL | 8126 | - | 1,255,279.14 | - | 1,255,279.14 | - | - | 1,284,985.00 | 1,284,985.00 | Nortel Networks Inc. |
| DECKER, JAMES D III | 42 | - | 192,684.78 | - | 192,684.78 | - | 4,035.73 | 64,198.17 | 68,233.90 | Nortel Networks Inc. |
| DOWNING, DAVID | 4618 | - | 4,470.22 | - | 4,470.22 | - | - | - | - | |
| DOWNING, DAVID | 4619 | - | 24,543.21 | - | 24,543.21 | - | - | - | - | |
| DOWNING, DAVID | 4620 | - | 78,339.04 | - | 78,339.04 | - | 4,208.62 | 84,007.27 | 88,215.89 | Nortel Networks Inc. |
| DUBAY, MARY LOUISE | 1527 | - | 10,950.00 | 163,851.00 | 174,801.00 | - | - | - | - | |
| DUBAY, MARY LOUISE | 8265 | - | 10,950.00 | 177,298.00 | 188,248.00 | - | - | - | - | |
| DUBAY, MARY LOUISE | 8277 | - | - | 174,802.00 | 174,802.00 | - | - | - | - | |
| DUBAY, MARY LOUISE | 8278 | - | 13,446.00 | - | 13,446.00 | - | 4,218.20 | 190,170.58 | 194,388.78 | Nortel Networks Inc. |
| FAIR HARBOR CAPITAL, LLC | 3259 | - | 10,950.00 | 396,500.94 | 407,450.94 | - | 2,784.81 | 116,174.63 | 118,959.44 | Nortel Networks Inc. |
| FORDEN, RONALD KEITH | 3686 | - | - | 483,372.00 | 483,372.00 | - | - | - | - | |
| FORDEN, RONALD KEITH | 3694 | - | - | 10,224.00 | 10,224.00 | - | - | 4,663.43 | 4,663.43 | Nortel Networks Inc. |
| FRAME, ROBERT MG | 3826 | - | - | 1,029,899.15 | 1,029,899.15 | - | - | 970,707.00 | 970,707.00 | Nortel Networks Inc. |
| GOODWIN, DREW | 5597 | - | 5,240.00 | - | 5,240.00 | - | - | 86,984.00 | 86,984.00 | Nortel Networks Inc. |
| GRIGG, THOMAS JR | 6285 | - | - | 18,665.03 | 18,665.03 | - | - | 18,665.03 | 18,665.03 | Nortel Networks Inc. |
| HIGGINS, DEBORAH | 308 | - | - | 561,600.00 | 561,600.00 | - | - | 353,258.00 | 353,258.00 | Nortel Networks Inc. |
| HOLMES, KIM B | 6031 | - | - | - | - | - | - | - | - | |
| HOLMES, KIM B | 6032 | - | - | - | - | - | - | 12,158.41 | 12,158.41 | Nortel Networks Inc. |
| HUDSON, DESMOND F | 3817 | - | - | 1,011,300.12 | 1,011,300.12 | - | - | 982,536.00 | 982,536.00 | Nortel Networks Inc. |
| ISHEE, VICTORIA L. | 1783 | - | 127,860.95 | - | 127,860.95 | - | - | 8,129.00 | 8,129.00 | Nortel Networks Inc. |
| KAMO, RAMNIK | 4512 | - | 96,936.24 | 57,738.42 | 154,674.66 | - | - | 78.09 | 78.09 | Nortel Networks Inc. |
| KASHUL, WILLIAM N | 5479 | - | - | 164,457.03 | 164,457.03 | - | - | 152,041.00 | 152,041.00 | Nortel Networks Inc. |
| KELLY, MICHAEL F. | 3752 | - | - | 30,892.26 | 30,892.26 | - | - | - | - | |
| KELLY, MICHAEL F. | 3753 | - | 10,950.00 | 27,498.00 | 38,448.00 | - | - | 30,892.00 | 30,892.00 | Nortel Networks Inc. |
| KING, SUSAN M. | 6617 | - | - | 150,576.92 | 150,576.92 | 10,654.87 | 5,266.32 | 334,610.05 | 350,531.24 | Nortel Networks Inc. |
| KINNEY, JAMES B | 3236-01 | - | - | 118,427.21 | 118,427.21 | - | - | - | - | |
| KINNEY, JAMES B | 3239-01 | - | - | 167,011.12 | 167,011.12 | - | - | 96,273.00 | 96,273.00 | Nortel Networks Inc. |
| LAZAROU, MARC | 2004 | - | - | - | - | - | - | 11,746.00 | 11,746.00 | Nortel Networks Inc. |
| LEE, YUET | 1756 | - | 59,715.04 | - | 59,715.04 | 1,195.90 | 1,251.53 | 28,194.02 | 30,641.45 | Nortel Networks Inc. |
| LEGGETT, TERRY | 4364 | - | - | 1,130,362.97 | 1,130,362.97 | - | - | - | - | |
| LEGGETT, TERRY | 6052 | 535,000.00 | - | - | 535,000.00 | - | - | - | - | |
| LEGGETT, TERRY | 6053 | - | - | 535,000.00 | 535,000.00 | - | - | 495,373.00 | 495,373.00 | Nortel Networks Inc. |
| LIU, DIANA | 8635 | - | - | 58,027.65 | 58,027.65 | 3,589.18 | 2,533.55 | 55,513.14 | 61,635.87 | Nortel Networks Inc. |
| LOCKHART, LEWIS | 4556 | - | 91,623.78 | - | 91,623.78 | - | - | - | - | |

EXHIBIT A

**(1) Proofs of Claim Settled From November 23, 2015 to April 25, 2016[1]**

| Employee Name | Claim Number | Claimed Administrative | Claimed Priority | Claimed Unsecured | Claimed Total | Allowed Administrative | Allowed Priority | Allowed Unsecured | Allowed Total | Debtor |
|---|---|---|---|---|---|---|---|---|---|---|
| LOCKHART, LEWIS | 4557 | - | 4,246.27 | - | 4,246.27 | - | - | - | - | |
| LOCKHART, LEWIS | 7818 | - | - | 426,000.00 | 426,000.00 | - | - | 227,031.88 | 227,031.88 | Nortel Networks Inc. |
| LOWE, JESSIE | 4025 | - | - | 155,019.69 | 155,019.69 | - | - | 149,343.00 | 149,343.00 | Nortel Networks Inc. |
| MACDONALD, JOHN | 4576 | - | - | 98,407.22 | 98,407.22 | - | - | 156,917.00 | 156,917.00 | Nortel Networks Inc. |
| MACKINNON, PETER | 412 | - | 166,780.65 | - | 166,780.65 | - | - | - | - | |
| MACKINNON, PETER | 5335 | - | 150,000.00 | - | 150,000.00 | - | 9,230.76 | 264,921.27 | 274,152.03 | Nortel Networks Inc. |
| MARLOW, JOHN | 5507 | - | - | 60,384.00 | 60,384.00 | - | - | 31,367.00 | 31,367.00 | Nortel Networks Inc. |
| MCCOY, ANDRE | 6692 | 5,000.00 | - | - | 5,000.00 | - | - | 1,262.65 | 1,262.65 | Nortel Networks Inc. |
| MCDOUGALL, RON | 488 | - | 120,590.94 | - | 120,590.94 | - | - | 114,158.00 | 114,158.00 | Nortel Networks Inc. |
| MCKENNA, DONALD R. | 5880 | - | - | 570,500.00 | 570,500.00 | - | - | - | - | |
| MCKENNA, DONALD R. | 8103 | - | - | 2,643.00 | 2,643.00 | - | - | - | - | |
| MCKENNA, DONALD R. | 8104 | - | - | 16,186.00 | 16,186.00 | - | 1,965.39 | 502,140.28 | 504,105.67 | Nortel Networks Inc. |
| MERCHANT, DAVID L. | 1856 | - | 16,948.70 | - | 16,948.70 | - | 821.40 | 17,554.08 | 18,375.48 | Nortel Networks Inc. |
| MIZERK, THOMAS E | 2137 | - | 57,403.64 | - | 57,403.64 | - | - | - | - | |
| MIZERK, THOMAS E | 7041 | - | - | 50,000.00 | 50,000.00 | - | - | - | - | |
| MIZERK, THOMAS E | 7042 | - | - | - | - | - | - | - | - | |
| MIZERK, THOMAS E | 7043 | - | - | 176,206.63 | 176,206.63 | - | - | - | - | |
| MIZERK, THOMAS E | 7044 | - | - | - | - | - | - | 75,166.00 | 75,166.00 | Nortel Networks Inc. |
| MONTGOMERY, GEORGE | 4273 | - | - | 278,858.42 | 278,858.42 | - | - | - | - | |
| MONTGOMERY, GEORGE | 4283 | - | - | 353,964.19 | 353,964.19 | - | - | 45,107.17 | 45,107.17 | Nortel Networks Inc. |
| MOORE, MAUREEN | 3236-02 | - | - | 118,427.20 | 118,427.20 | - | - | - | - | |
| MOORE, MAUREEN | 3239-02 | - | - | 167,011.12 | 167,011.12 | - | - | 96,273.00 | 96,273.00 | Nortel Networks Inc. |
| PAULEY, GLENN | 4460 | - | - | 13,824.67 | 13,824.67 | - | - | 9,321.00 | 9,321.00 | Nortel Networks Inc. |
| PILLMAN, EDWARD J | 3571 | - | - | 1,017,917.33 | 1,017,917.33 | - | - | 982,946.00 | 982,946.00 | Nortel Networks Inc. |
| RAHA, DWIJADAS | 3710 | - | - | 93,704.76 | 93,704.76 | - | - | 90,575.00 | 90,575.00 | Nortel Networks Inc. |
| RAUBOLT, TONY | 3778 | - | 10,950.00 | 50,300.00 | 61,250.00 | - | - | - | - | |
| RAUBOLT, TONY | 3965 | - | - | 105,246.43 | 105,246.43 | - | - | - | - | |
| RAUBOLT, TONY | 3983 | - | 10,950.00 | 57,050.00 | 68,000.00 | 4,149.17 | 3,247.00 | 71,375.91 | 78,772.08 | Nortel Networks Inc. |
| RICKS, RICHARD C. | 1023 | - | 422,173.43 | - | 422,173.43 | - | - | 321,882.00 | 321,882.00 | Nortel Networks Inc. |
| ROONEY, PATRICIA R | 6232 | - | - | 31,077.00 | 31,077.00 | - | - | 241,008.00 | 241,008.00 | Nortel Networks Inc. |
| ROSS, ERIC | 363 | - | - | 2,210,793.92 | 2,210,793.92 | - | - | - | - | |
| ROSS, ERIC | 3713 | - | - | 1,740,462.94 | 1,740,462.94 | - | - | 1,696,155.00 | 1,696,155.00 | Nortel Networks Inc. |
| SHEPHERD, FRANK J. | 2029 | - | 41,597.38 | 12,643.60 | 54,240.98 | - | - | - | - | |
| SHEPHERD, FRANK J. | 5491 | - | - | 515,719.24 | 515,719.24 | - | - | 9,643.00 | 9,643.00 | Nortel Networks Inc. |
| SINYOR, ELLIS | 3838 | - | - | 244,033.95 | 244,033.95 | - | - | 235,778.00 | 235,778.00 | Nortel Networks Inc. |
| SKIDMORE, THOMAS P. | 633 | - | 47,991.93 | 18,344.77 | 66,336.70 | - | - | 41,422.64 | 41,422.64 | Nortel Networks Inc. |
| SOWARDS, ALAN | 235 | - | 136,000.00 | - | 136,000.00 | - | - | 10,013.00 | 10,013.00 | Nortel Networks Inc. |
| STRASSBURGER, RAYMOND | 3392 | - | - | 68,213.34 | 68,213.34 | - | - | - | - | |
| STRASSBURGER, RAYMOND | 3540 | - | - | 16,714.16 | 16,714.16 | - | - | - | - | |
| STRASSBURGER, RAYMOND | 3541 | - | - | 19,351.72 | 19,351.72 | - | - | - | - | |
| STRASSBURGER, RAYMOND | 4207 | - | - | 87,248.00 | 87,248.00 | - | - | 19,352.00 | 19,352.00 | Nortel Networks Inc. |
| TARIQ, SEMRA | 5647 | - | - | 507,601.98 | 507,601.98 | - | - | - | - | |
| TARIQ, SEMRA | 5648 | - | - | 1,921,389.10 | 1,921,389.10 | - | - | 1,908,414.00 | 1,908,414.00 | Nortel Networks Inc. |
| THE YIELD MASTER FUND I, L.P. | 4272 | - | - | 702,176.55 | 702,176.55 | - | - | 408,321.00 | 408,321.00 | Nortel Networks Inc. |
| THE YIELD MASTER FUND I, L.P. | 457 | - | - | 443,138.70 | 443,138.70 | - | - | - | - | |
| THE YIELD MASTER FUND I, L.P. | 3700 | - | - | 333,010.14 | 333,010.14 | - | - | 324,416.00 | 324,416.00 | Nortel Networks Inc. |
| THE YIELD MASTER FUND I, L.P. | 1491 | - | - | - | - | - | - | - | - | |
| THE YIELD MASTER FUND I, L.P. | 3607 | - | - | 683,190.05 | 683,190.05 | - | - | - | - | |
| THE YIELD MASTER FUND I, L.P. | 3821 | - | - | 734,079.07 | 734,079.07 | - | - | 562,932.00 | 562,932.00 | Nortel Networks Inc. |

EXHIBIT A

(1) **Proofs of Claim Settled From November 23, 2015 to April 25, 2016[1]**

| Employee Name | Claim Number | Claimed Administrative | Claimed Priority | Claimed Unsecured | Claimed Total | Allowed Administrative | Allowed Priority | Allowed Unsecured | Allowed Total | Debtor |
|---|---|---|---|---|---|---|---|---|---|---|
| VASERFIRER, ANATOLY | 4325 | - | - | 4,259.36 | 4,259.36 | - | - | 4,342.00 | 4,342.00 | Nortel Networks Inc. |
| VASERFIRER, IRINA | 4326 | - | - | 159.66 | 159.66 | - | - | 160.00 | 160.00 | Nortel Networks Inc. |
| VIEIRO, JORGE | 3452 | - | - | 27,826.51 | 27,826.51 | - | - | - | - | |
| VIEIRO, JORGE | 3453 | - | - | 80,307.69 | 80,307.69 | - | - | - | - | |
| VIEIRO, JORGE | 4042 | - | - | 80,731.59 | 80,731.59 | - | - | 81,036.74 | 81,036.74 | Nortel Networks Inc. |
| WALES, SCOTT | 907 | - | - | 28,874.78 | 28,874.78 | - | - | 32,444.00 | 32,444.00 | Nortel Networks Inc. |
| WANG, YOLANDA | 6777 | - | 9,590.04 | 9,822.37 | 9,822.37 | - | - | 15,659.75 | 15,659.75 | Nortel Networks Inc. |
| WINJE, NORA | 2981 | - | 320,558.60 | - | 320,558.60 | - | - | - | - | |
| WINJE, NORA | 2982 | - | - | 113,360.19 | 113,360.19 | - | - | - | - | |
| WINJE, NORA | 2983 | - | - | 18,358.00 | 18,358.00 | - | - | - | - | |
| WINJE, NORA | 2984 | - | - | 107,981.09 | 107,981.09 | 635.34 | 2,242.38 | 134,418.28 | 137,296.00 | Nortel Networks Inc. |

[1] Includes Proofs of Claim disallowed in full or withdrawn pursuant to the Limited Notice Claims Settlements.