# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

## Minute Entry

### Hearing Information:

**Debtor:** NORTEL NETWORKS INC., ET AL.
**Case Number:** 09-10138-KG    **Chapter:** 11
**Date / Time / Room:** TUESDAY, JUNE 28, 2016 11:00 AM   CRT#3, 6TH FL.
**Bankruptcy Judge:** KEVIN GROSS
**Courtroom Clerk:** SHERRY SCARUZZI
**Reporter / ECR:** GINGER MACE

### Matters:

1) TELEPHONIC OMNIBUS HEARING
   **R / M #:**  16,952 / 0

2) **ADV: 1-11-53454**
   **SNMP Research International, Inc. vs Nortel Networks Inc.**
   Telephonic Status Conference
   **R / M #:**  445 / 0

### Appearances:

SEE ATTACHED COURT SIGN-IN-SHEET

### Proceedings:

TELEPHONIC HEARING HELD:
Status Conference - Adv. 11-53454
Briefing - Due on Friday 7/1/16
Discovery - Continued to Telephone call on 7/6/16 at 10:00 am