# Court Conference

**U.S. Bankruptcy Court-Delaware**
**Confirmed Telephonic Appearance Schedule**
**Honorable Kevin Gross (Nortel Trial Only)**

Calendar Date: 06/28/2016
Calendar Time: 11:00 AM ET

Courtroom
Amended Calendar 06/28/2016 08:20 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7689910 | Derek C. Abbott | (302) 351-9357 | Morris Nichols Arsht & Tunnell LLP | Debtor, Nortel Networks, Inc. / LIVE |
| | | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7691972 | Peg A. Brickley | (215) 462-0953 | Dow Jones & Co. | Interested Party, Peg Brickley / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7677063 | Richard S. Busch | (615) 259-3456 | King & Ballow Law Offices | Client, SNMP Research / LIVE |
| | | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7677070 | Jeffrey Case | (865) 579-0527 | SNMP | Interested Party, SNMP / LIVE |
| | | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7677664 | Nicholas W. Chiuchiolo | (212) 728-8511 ext. 8638 | Willkie Farr & Gallagher LLP | Interested Party, Nortel Networks UK Pension Trust / LIVE |
| | | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7692063 | Esther Chung | (646) 855-6705 | Bank of America | Interested Party, Bank of America / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7693960 | Maria Chutchian | (646) 378-3108 | Merger Market | Interested Party, Merger Market / LISTEN ONLY |

| Case | Type | Debtor | ID | Name | Phone | Firm | Representing |
|---|---|---|---|---|---|---|---|
| 09-10138 | Hearing | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 7692228 | Charlene Davis | 302-429-4212 | Bayard P.A. | Interested Party, UK Pention Trust / LIVE |
| 09-10138 | Hearing | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 7677077 | David Dean | 410-528-2972 | Cole Schotz P.C. | Plaintiff(s), SNMP / LIVE |
| 09-10138 | Hearing | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 7692239 | Andrew Hanrahan | (212) 728-8170 ext. 8638 | Willkie Farr & Gallagher LLP | Interested Party, UK Pension Trust / LIVE |
| 09-10138 | Hearing | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 7692062 | Anthony Loring | (212) 872-1000 | Akin Gump Strauss Hauer & Feld LLP | Creditor, Official Committee of Unsecured creditors / LIVE |
| 09-10138 | Hearing | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 7692675 | Selinda A. Melnik | (302) 357-5305 | DLA Piper US, LLP | Creditor, Canadian Creditors Commitee / LISTEN ONLY |
| 09-10138 | Hearing | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 7689922 | Stephen Miller | (302) 888-6853 | Morris James LLP | Creditor, Law Debenture / LIVE |
| 09-10138 | Hearing | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 7693156 | Kathleen Murphy | (302) 552-4214 | Buchanan, Ingersoll & Rooney, P.C. | Monitor, Ernst & Young / LIVE |
| 09-10138 | Hearing | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 7677074 | Norman L. Pernick | (302) 651-2001 | Cole Schotz P.C. | Plaintiff(s), SNMP / LIVE |
| 09-10138 | Hearing | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 7689923 | Andrew R. Remming | (302) 658-9200 | Morris Nichols Arsht & Tunnell LLP | Debtor, Nortel Networks Inc. / LIVE |
| 09-10138 | Hearing | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 7692782 | Jason B. Sanjana | (212) 588-8890 | Reorg Research, Inc. | Interested Party, Reorg Research, Inc. / LISTEN ONLY |

| | | | | | | |
|---|---|---|---|---|---|---|
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7692013 | Julia M. Winters | (212) 617-6592 | Bloomberg LP | Interested Party, Bloomberg LP / LISTEN ONLY |
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7677068 | John L. Wood | (865) 292-2503 | Egerton, McAfee, Armistead & Davis | Interested Party, SNMP / LIVE |
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 (11-5345 4) | Hearing | 7691511 | David Herrington | (212) 225-2266 | Cleary Gottlieb Steen & Hamilton | Debtor, Nortel Networks Inc. / LIVE |
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 (11-5345 4) | Hearing | 7690725 | Jaime Chapman | (302) 571-5732 | Young, Conaway Stargatt & Taylor, LLP | Administrator(s), Joint Administrators / LIVE |
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 (11-5345 4) | Hearing | 7690516 | Charles Huberty | (212) 837-6045 | Hughes Hubbard & Reed | Interested Party, Hughes Hubbard & Reed, LLP / LIVE |
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 (11-5345 4) | Hearing | 7694163 | Robert Johnson | 212-872-1077 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Official Committee of Unsecured Creditors / LIVE |
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 (11-5345 4) | Hearing | 7693497 | Peter J. Keane | (302) 778-6401 | Pachulski Stang Ziehl & Jones | Creditor, Ad Hoc Bondholder Group / LISTEN ONLY |
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 (11-5345 4) | Hearing | 7693550 | Paul Keller | (212) 318-3212 | Norton Rose Fulbright US LLP | Defendant(s), Nortel Networks Inc. et al / LIVE |
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 (11-5345 4) | Hearing | 7694935 | Christopher M. Samis | (302) 357-3266 | Whiteford, Taylor & Preston LLC | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 (11-5345 4) | Hearing | 7693633 | Eric Weiss | (212) 530-5420 | Milbank, Tweed, Hadley & McCloy, LLP | Creditor, Ad Hoc Bondholder Group / LISTEN ONLY |