**Exhibit B**

# Invoice

Ashurst LLP
Broadwalk House
5 Appold Street
London
EC2A 2HA

The Official Unsecured Creditors Committee for Nortel Networks Inc
c/o Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, New York  10036
United States of America

Tel  +44 (0)20 7638 1111
Fax +44 (0)20 7638 1112
www.ashurst.com

Our VAT No.: GB 108 2136 48



**Interim** (S)

VAT Invoice Date: **22 June 2016**     Our Ref: **GDB/CCN01.00001**     Invoice No.: **411182**

|  | VAT GBP | VAT Rate (%) | Fees and Disbursements GBP |
|---|---|---|---|
| **Re: BANKRUPTCY** |  |  |  |
| **To our professional fees** (NT) | 0.00 | 0.00 | 7,644.00 |
| For the period 1 May 2016 to 31 May 2016. |  |  |  |
| (Please see attached). |  |  |  |
| Document Production (NT) | 0.00 | 0.00 | 24.24 |
|  | 0.00 |  | 7,668.24 |
|  | VAT |  | 0.00 |
|  | Total |  | 7,668.24 |
|  | **Balance Due** |  | **7,668.24** |

The fees and disbursements the subject of this invoice may include fees and disbursements due to another member of the Ashurst Group.

**Payment Details**
NatWest - 15 Bishopsgate, London, EC2P 2AP - **Account No.:** 00404268
**Sort Code:** 50-00-00 - **Swift Code:** NWBKGB2L - **IBAN Code:** GB12NWBK50000000404268

| Please note: Remittance advices should be sent electronically to remittances@ashurst.com |
|---|

Please quote reference 411182 when settling this invoice
**Payment Terms: 21 days**

**Legal services are 100% foreign source**

AUSTRALIA  BELGIUM  CHINA  FRANCE  GERMANY  HONG KONG SAR  INDONESIA (ASSOCIATED OFFICE)  ITALY  JAPAN  PAPUA NEW GUINEA
SAUDI ARABIA  SINGAPORE  SPAIN  SWEDEN  UNITED ARAB EMIRATES  UNITED KINGDOM  UNITED STATES OF AMERICA

Ashurst LLP is a limited liability partnership registered in England and Wales under number OC330252 and is part of the Ashurst Group. It is a law firm authorised and regulated by the Solicitors Regulation Authority of England and Wales under number 468653. A list of members of Ashurst LLP and their professional qualifications is open to inspection at its registered office Broadwalk House, 5 Appold Street, London EC2A 2HA or at the address above. The term 'partner' in relation to Ashurst LLP is used to refer to a member of Ashurst LLP or to an employee or consultant with equivalent standing and qualifications. The Ashurst Group has an office in each of the places listed above.



The Official Unsecured Creditors Committee
Re: BANKRUPTCY
GDB/GDB/CCN01.00001
For the period: to 31/05/2016

| | | | | |
|---|---|---:|---:|---|
| Senior Associate | Lindsey Roberts | 1.60 | 912.00 | (C0003) |
| | | 6.70 | 3,819.00 | (C0007) |
| | | 3.60 | 2,052.00 | (C0012) |
| | | **11.90** | **6,783.00** | |
| Trainee | James Powell | 2.90 | 594.50 | (C0003) |
| | | 1.30 | 266.50 | (C0012) |
| | | **4.20** | **861.00** | |
| | **Total** | **16.10** | **7,644.00** | |

## Matter: CCN01.00001 - BANKRUPTCY

### C0003     Ashurst Fee Application/Monthly Billing Reports

|  |  | Time (Decimal) | Agreed Rate (GBP /hour) |  |
|---|---|---|---|---|
| **Senior Associate** |  |  |  |  |
| LROBER | Lindsey Roberts | 1.60 | 570.00 | 912.00 |
| **Trainee** |  |  |  |  |
| JAPOWE | James Powell | 2.90 | 205.00 | 594.50 |
|  |  |  | Total | **1,506.50** |

### Detailed Time Breakdown

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 09/05/2016 | Lindsey Roberts | INTD | Emails to Costs team re: April fee and expenses estimates; internal discussions re: the same | 0.20 | 570.00 | 114.00 |
| 09/05/2016 | Lindsey Roberts | LETT | Email to B Kahn re: April fee and expenses estimates | 0.10 | 570.00 | 57.00 |
| 11/05/2016 | James Powell | REVI | Reviewing the April pre-bill, marking up amendments, discussion with LROBER and liaising with billing | 0.40 | 205.00 | 82.00 |
| 11/05/2016 | Lindsey Roberts | READ | Review of mark-up of pre-bill | 0.20 | 570.00 | 114.00 |
| 20/05/2016 | Lindsey Roberts | LETT | Email to Katie re March CNO | 0.20 | 570.00 | 114.00 |
| 24/05/2016 | Lindsey Roberts | REVI | Review and mark up of draft invoice | 0.30 | 570.00 | 171.00 |
| 25/05/2016 | James Powell | READ | Reviewing the April invoice to check amends have been processed; liaise with Lester re. further amendments and disbursements schedule | 0.20 | 205.00 | 41.00 |
| 25/05/2016 | James Powell | LETT | Email to Matthew Fagen re filing the April Monthly Fee Application with the Court | 0.10 | 205.00 | 20.50 |
| 25/05/2016 | James Powell | DRFT | Drafting the April monthly fee application; email to/from Credit Control to confirm receipt of previous months fees; email to LROBER for sign-off | 1.40 | 205.00 | 287.00 |
| 25/05/2016 | Lindsey Roberts | REVI | Review and mark up final draft of April fee application | 0.30 | 570.00 | 171.00 |
| 25/05/2016 | Lindsey Roberts | LETT | Emails re April fee application | 0.10 | 570.00 | 57.00 |
| 26/05/2016 | James Powell | LETT | Emails to Matthew Fagen re filing of the Twenty-Ninth Interim Fee Application | 0.20 | 205.00 | 41.00 |
| 26/05/2016 | James Powell | DRFT | Drafting the Twenty-Ninth Interim Fee Application | 0.60 | 205.00 | 123.00 |
| 26/05/2016 | Lindsey Roberts | LETT | Review + sign off interim fee application | 0.20 | 570.00 | 114.00 |
|  |  |  |  |  |  | **1,506.50** |

Matter: CCN01.00001 - BANKRUPTCY

## C0007 Creditors Committee Meetings

|  |  | Time (Decimal) | Agreed Rate (GBP /hour) |  |
|---|---|---|---|---|
| **Senior Associate** | | | | |
| LROBER | Lindsey Roberts | 6.70 | 570.00 | 3,819.00 |
| | | | Total | **3,819.00** |

### Detailed Time Breakdown

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 05/05/2016 | Lindsey Roberts | READ | Review of UCC call agenda (and associated documents) | 0.30 | 570.00 | 171.00 |
| 05/05/2016 | Lindsey Roberts | READ | Review of further materials circulated in advance of UCC call | 0.20 | 570.00 | 114.00 |
| 05/05/2016 | Lindsey Roberts | PHON | Attend UCC call | 1.00 | 570.00 | 570.00 |
| 09/05/2016 | Lindsey Roberts | LETT | Email update re: committee call | 0.10 | 570.00 | 57.00 |
| 09/05/2016 | Lindsey Roberts | PHON | Attending committee call | 0.40 | 570.00 | 228.00 |
| 12/05/2016 | Lindsey Roberts | READ | Review of agenda and attached minutes for UCC call | 0.20 | 570.00 | 114.00 |
| 12/05/2016 | Lindsey Roberts | PHON | Attend UCC call | 0.70 | 570.00 | 399.00 |
| 19/05/2016 | Lindsey Roberts | READ | Review of UCC call agenda and associated materials | 0.60 | 570.00 | 342.00 |
| 19/05/2016 | Lindsey Roberts | PHON | Attend UCC call | 0.80 | 570.00 | 456.00 |
| 19/05/2016 | Lindsey Roberts | PHON | Attend Meet and confer certification call | 0.20 | 570.00 | 114.00 |
| 19/05/2016 | Lindsey Roberts | LETT | Emails re: allocation certification | 0.20 | 570.00 | 114.00 |
| 26/05/2016 | Lindsey Roberts | LETT | Review of emails, re UCC call agenda and review of associated materials | 1.40 | 570.00 | 798.00 |
| 26/05/2016 | Lindsey Roberts | LETT | Attend UCC call | 0.60 | 570.00 | 342.00 |

3,819.00

Matter: CCN01.00001 - BANKRUPTCY

## C0012    General Claims Analysis/Claims Objections

|  |  | Time (Decimal) | Agreed Rate (GBP /hour) |  |
|---|---|---|---|---|
| **Senior Associate** | | | | |
| LROBER | Lindsey Roberts | 3.60 | 570.00 | 2,052.00 |
| **Trainee** | | | | |
| JAPOWE | James Powell | 1.30 | 205.00 | 266.50 |
| | | | Total | 2,318.50 |

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/05/2016 | Lindsey Roberts | LETT | Email re: Canadian Monitor claims | 0.10 | 570.00 | 57.00 |
| 03/05/2016 | Lindsey Roberts | MISC | Review email update re: SMNP proceedings (including attached order) | 0.20 | 570.00 | 114.00 |
| 04/05/2016 | James Powell | REVI | Reviewing and producing a summary of news stories related to Nortel; email to LROBER re: the same | 0.30 | 205.00 | 61.50 |
| 04/05/2016 | Lindsey Roberts | READ | Review of Order and associated emails on Canadian Appeal decision and US decision | 0.50 | 570.00 | 285.00 |
| 06/05/2016 | James Powell | REVI | Reviewing Nortel news articles and email to LROBER summarising content | 0.20 | 205.00 | 41.00 |
| 06/05/2016 | Lindsey Roberts | READ | Review update article on Canadian appeal | 0.20 | 570.00 | 114.00 |
| 09/05/2016 | Lindsey Roberts | READ | Review of email re: Judge Stark certification question (including review of attached documents) | 0.30 | 570.00 | 171.00 |
| 09/05/2016 | Lindsey Roberts | READ | Review of Bondholder version of term sheet | 0.40 | 570.00 | 228.00 |
| 09/05/2016 | Lindsey Roberts | READ | Review of filing in NY proceedings | 0.10 | 570.00 | 57.00 |
| 11/05/2016 | Lindsey Roberts | LETT | Emails (and attached letters) re: Judge Stark certification | 0.40 | 570.00 | 228.00 |
| 11/05/2016 | Lindsey Roberts | LETT | Email re: update on Judge Stark certification | 0.40 | 570.00 | 228.00 |
| 13/05/2016 | James Powell | READ | Reviewing Nortel news stories; email to LROBER summarising content | 0.30 | 205.00 | 61.50 |
| 18/05/2016 | Lindsey Roberts | LETT | Emails re: LSI Interim Distribution, Mohan and Appeals to Third Circuit | 0.50 | 570.00 | 285.00 |
| 24/05/2016 | James Powell | READ | Reviewing Bloomberg news stories related to Nortel, producing a summary and email to LROBER re the same | 0.40 | 205.00 | 82.00 |
| 24/05/2016 | Lindsey Roberts | REVI | Review of JP's update email re proceedings relating to distribution from US estate | 0.10 | 570.00 | 57.00 |
| 27/05/2016 | James Powell | READ | Reviewing Nortel news stories from Bloomberg: Discussion with LROBER re: the same | 0.10 | 205.00 | 20.50 |
| 27/05/2016 | Lindsey Roberts | LETT | Email re: update regarding LSI interim distribution motion | 0.40 | 570.00 | 228.00 |
| | | | | | | 2,318.50 |