**Exhibit C**

**DISBURSEMENT SUMMARY**

**MAY 01, 2016 THROUGH MAY 31, 2016**

| | |
|---|---:|
| Document Production | £24.24 |
| **TOTAL** | **£24.24** |