**Exhibit D**

**Disbursements Detailed Breakdown**

404 copies @ £0.06p per copy                                                                £24.24