**Exhibit E**

# SUMMARY OF ATTORNEYS AND LEGAL ASSISTANTS RENDERING SERVICES DURING THE PERIOD MAY 01, 2016 THROUGH MAY 31, 2016

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate Prior to 1 May 2016 | Hourly Billing Rate After 1 May 2016 | Total Billed Hours | Total Compensation Requested (£) |
|---|---|---|---|---|---|
| Lindsey Roberts | Associate for 5 years; Admitted in 2011 in England and Wales; Dispute Resolution Group, London | £545 | £570 | 11.90 | 6,783.00 |
| James Powell | Trainee Solicitor; Dispute Resolution Group, London | £205 | £205 | 4.20 | 861.00 |
| **TOTAL** | | | | **16.10** | **7,644.00** |

## COMPENSATION BY PROJECT CATEGORY
## MAY 01, 2016 THROUGH MAY 31, 2016

| Project Category | Total Hours | Total Fees (£) |
|---|---|---|
| Ashurst Fee Application / Monthly Billing Reports | 4.50 | 1,506.50 |
| Creditors Committee Meetings | 6.70 | 3,819.00 |
| General Claims Analysis/Claims Objections | 4.90 | 2,318.50 |
| **TOTAL** | **16.10** | **7,644.00** |