**Exhibit B**

**EXPENSE SUMMARY**[1]

Nortel Networks Inc., *et al.*
(Case No. 09-10138 (KG))

May 1, 2016 through May 31, 2016

| Expense Category | | Total Expenses |
|---|---|---|
| Telephone | | $151.63 |
| Travel – Transportation | | 269.00 |
| Travel – Lodging | | 3,183.64 |
| Travel – Meals | | 105.62 |
| Mailing & Shipping Charges | | 33.70 |
| Duplicating Charges (at $0.10/page) | | 516.70 |
| Legal Research | Lexis | 646.47 |
| | Westlaw | 1,229.06 |
| | PACER | 2,374.40 |
| Late Work – Meals | | 586.59 |
| Late Work – Transportation | | 1,209.90 |
| Conference Meals | | 17,428.93 |
| Other | | 9,647.48 |
| Expert Expenses | | 98,288.00 |
| **Grand Total Expenses** | | **$135,671.12** |

---

[1]     Note: This Application includes certain expenses incurred during a period related to a previously submitted fee application, but not entered into the Cleary Gottlieb accounting system until the period covered by this Application.

**EXPENSE SUMMARY**
May 1, 2016 through May 31, 2016

In re Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

Note: This Application includes certain expenses incurred during a period related to a previously submitted fee application but not entered into the Cleary Gottlieb accounting system until the period covered by this Application.

| Date | Amount | Narrative | |
|---|---|---|---|
| **Telephone** | | | |
| 2/17/2016 | 1.10 | Conference Call Charges Conf. ID : | Name: Darryl G. Stein |
| 2/17/2016 | 2.00 | Conference Call Charges Conf. ID : | Name: Matthew Livingston |
| 2/17/2016 | 2.57 | Conference Call Charges Conf. ID : | Name: Philip Cantwell |
| 2/19/2016 | 1.58 | Conference Call Charges Conf. ID : | Name: Laura Bagarella |
| 2/22/2016 | 6.10 | Conference Call Charges Conf. ID : | Name: James L. Bromley |
| 2/22/2016 | 1.45 | Conference Call Charges Conf. ID : | Name: Russell Eckenrod |
| 2/25/2016 | 3.18 | Conference Call Charges Conf. ID : | Name: James L. Bromley |
| 2/25/2016 | 3.62 | Conference Call Charges Conf. ID : | Name: Russell Eckenrod |
| 2/29/2016 | 2.51 | Conference Call Charges Conf. ID : | Name: Rebecca Reeb |
| 3/2/2016 | 1.57 | Conference Call Charges Conf. ID : | Name: James L. Bromley |
| 3/2/2016 | 2.35 | Conference Call Charges Conf. ID : | Name: Katie Sheridan |
| 3/2/2016 | 5.10 | Conference Call Charges Conf. ID : | Name: Matthew Livingston |
| 3/2/2016 | 3.20 | Conference Call Charges Conf. ID : | Name: Russell Eckenrod |
| 3/8/2016 | 4.27 | Conference Call Charges Conf. ID : | Name: Lisa M. Schweitzer |
| 3/8/2016 | 6.93 | Conference Call Charges Conf. ID : | Name: Philip Cantwell |
| 3/9/2016 | 4.00 | Conference Call Charges Conf. ID : | Name: Katie Sheridan |
| 3/9/2016 | 2.91 | Conference Call Charges Conf. ID : | Name: Matthew Livingston |
| 3/9/2016 | 3.24 | Conference Call Charges Conf. ID : | Name: Matthew Livingston |
| 3/10/2016 | 2.94 | Conference Call Charges Conf. ID : | Name: Louis Lipner |
| 3/10/2016 | 3.15 | Conference Call Charges Conf. ID : | Name: Philip Cantwell |
| 3/11/2016 | 1.16 | Conference Call Charges Conf. ID : | Name: Russell Eckenrod |
| 3/14/2016 | 10.99 | Conference Call Charges Conf. ID : | Name: Katie Sheridan |
| 3/14/2016 | 3.04 | Conference Call Charges Conf. ID : | Name: Louis Lipner |
| 3/15/2016 | 7.28 | Conference Call Charges Conf. ID : | Name: Lisa M. Schweitzer |
| 3/15/2016 | 4.82 | Conference Call Charges Conf. ID : | Name: Telecommunications 3 |
| 3/16/2016 | 5.11 | Conference Call Charges Conf. ID : | Name: Matthew Livingston |
| 3/21/2016 | 2.75 | Conference Call Charges Conf. ID : | Name: Philip Cantwell |
| 3/22/2016 | 0.95 | Conference Call Charges Conf. ID : | Name: Katie Sheridan |
| 3/23/2016 | 2.08 | Conference Call Charges Conf. ID : | Name: Katie Sheridan |
| 3/23/2016 | 3.71 | Conference Call Charges Conf. ID : | Name: Katie Sheridan |
| 3/23/2016 | 3.65 | Conference Call Charges Conf. ID : | Name: Russell Eckenrod |
| 3/24/2016 | 1.19 | Conference Call Charges Conf. ID : | Name: Russell Eckenrod |
| 3/25/2016 | 3.31 | Conference Call Charges Conf. ID : | Name: Rebecca Reeb |
| 3/28/2016 | 13.58 | Conference Call Charges Conf. ID : | Name: David H. Herrington |

**EXPENSE SUMMARY**
**May 1, 2016 through May 31, 2016**

| Date | Amount | Narrative |
|------|--------|-----------|
| 3/28/2016 | 8.03 | Conference Call Charges Conf. ID :    Name: James L. Bromley |
| 3/29/2016 | 2.15 | Conference Call Charges Conf. ID :    Name: James L. Bromley |
| 3/30/2016 | 3.84 | Conference Call Charges Conf. ID :    Name: Matthew Livingston |
| 3/30/2016 | 3.41 | Conference Call Charges Conf. ID :    Name: Ryan Redway |
| 4/6/2016 | 4.38 | Conference Call Charges Conf. ID :    Name: Lisa M. Schweitzer |
| 4/7/2016 | 1.14 | Conference Call Charges Conf. ID :    Name: Russell Eckenrod |
| 4/12/2016 | 1.29 | Conference Call Charges Conf. ID :    Name: Patrick G. Marette |
| **TOTAL:** | **151.63** | |
| | | |
| **Travel - Transportation**[1] | | |
| | | |
| 5/8/2014 | -78.00 | TRAVEL - TRANSPORTATION - Rozenberg Trip to Delaware (credit) |
| 4/18/2016 | 151.00 | TRAVEL - TRANSPORTATION - Cantwell Trip from Delaware (one-way train ticket) |
| 4/18/2016 | 45.00 | TRAVEL - TRANSPORTATION - Cantwell Trip to Delaware (booking fee) |
| 4/18/2016 | 151.00 | TRAVEL - TRANSPORTATION - Cantwell Trip to Delaware (one-way train ticket) |
| **TOTAL:** | **269.00** | |
| | | |
| **Travel - Lodging** | | |
| | | |
| 4/10/2016 | 262.90 | TRAVEL - LODGING - Block Trip to Delaware (1 night on 4/5/16) |
| 4/10/2016 | 262.90 | TRAVEL - LODGING - Bromley Trip to Delaware (1 night on 4/5/16) |
| 4/10/2016 | 262.90 | TRAVEL - LODGING - Gianis Trip to Delaware (1 night on 4/5/16) |
| 4/10/2016 | 262.90 | TRAVEL - LODGING - Hakkenberg Trip to Delaware (1 night on 4/5/16) |
| 4/10/2016 | 262.90 | TRAVEL - LODGING - Lobacheva Trip to Delaware (1 night on 4/5/16) |
| 4/10/2016 | 262.90 | TRAVEL - LODGING - Rosenthal Trip to Delaware (1 night on 4/5/16) |
| 4/10/2016 | 262.90 | TRAVEL - LODGING - Schweitzer Trip to Delaware (1 night on 4/5/16) |
| 4/10/2016 | 262.90 | TRAVEL - LODGING - Stein Trip to Delaware (1 night on 4/5/16) |
| 4/11/2016 | 540.22 | TRAVEL - LODGING - Sheridan Trip to Toronto (1 night) |
| 4/12/2016 | 540.22 | TRAVEL - LODGING - Sheridan Trip to Toronto (1 night) |
| **TOTAL:** | **3,183.64** | |
| | | |
| **Travel - Meals** | | |
| | | |
| 4/11/2016 | 46.49 | TRAVEL - MEALS - Sheridan Trip to Toronto |
| 4/12/2016 | 50.00 | TRAVEL - MEALS - Sheridan Trip to Toronto |
| 4/13/2016 | 5.45 | TRAVEL - MEALS - Sheridan Trip to Toronto |
| 4/19/2016 | 3.68 | TRAVEL - MEALS - Cantwell Trip to Delaware |
| **TOTAL:** | **105.62** | |
| | | |
| **Mailing & Shipping Charges** | | |

| Date | Amount | Narrative |
|------|--------|-----------|
|  |  |  |
| 4/7/2016 | 33.70 | SHIPPING CHARGES Inv#: 660577080  Track#: 671479846280 |
| **TOTAL:** | **33.70** |  |
|  |  |  |
| **Duplicating Charges (@ $0.10/page)** |  |  |
|  |  |  |
| 4/28/2016 | 0.40 | NY DUPLICATING |
| 5/2/2016 | 0.60 | NY DUPLICATING |
| 5/2/2016 | 2.10 | NY DUPLICATING |
| 5/2/2016 | 0.10 | NY DUPLICATING XEROX |
| 5/12/2016 | 0.20 | NY DUPLICATING XEROX |
| 5/13/2016 | 0.20 | NY DUPLICATING XEROX |
| 5/13/2016 | 0.60 | NY DUPLICATING XEROX |
| 5/13/2016 | 0.60 | NY DUPLICATING XEROX |
| 5/13/2016 | 0.60 | NY DUPLICATING XEROX |
| 5/13/2016 | 0.60 | NY DUPLICATING XEROX |
| 5/13/2016 | 0.80 | NY DUPLICATING XEROX |
| 5/13/2016 | 1.20 | NY DUPLICATING XEROX |
| 5/13/2016 | 1.40 | NY DUPLICATING XEROX |
| 5/13/2016 | 2.60 | NY DUPLICATING XEROX |
| 5/13/2016 | 3.60 | NY DUPLICATING XEROX |
| 5/13/2016 | 5.40 | NY DUPLICATING XEROX |
| 5/16/2016 | 0.70 | NY DUPLICATING XEROX |
| 5/19/2016 | 0.10 | NY DUPLICATING XEROX |
| 5/19/2016 | 0.10 | NY DUPLICATING XEROX |
| 5/19/2016 | 0.10 | NY DUPLICATING XEROX |
| 5/19/2016 | 0.10 | NY DUPLICATING XEROX |
| 5/19/2016 | 0.20 | NY DUPLICATING XEROX |
| 5/19/2016 | 0.20 | NY DUPLICATING XEROX |
| 5/19/2016 | 0.20 | NY DUPLICATING XEROX |
| 5/19/2016 | 0.20 | NY DUPLICATING XEROX |
| 5/19/2016 | 0.20 | NY DUPLICATING XEROX |
| 5/19/2016 | 0.30 | NY DUPLICATING XEROX |
| 5/19/2016 | 0.30 | NY DUPLICATING XEROX |
| 5/19/2016 | 0.30 | NY DUPLICATING XEROX |
| 5/19/2016 | 0.30 | NY DUPLICATING XEROX |
| 5/19/2016 | 0.30 | NY DUPLICATING XEROX |
| 5/19/2016 | 0.40 | NY DUPLICATING XEROX |
| 5/19/2016 | 0.40 | NY DUPLICATING XEROX |
| 5/19/2016 | 0.40 | NY DUPLICATING XEROX |

| Date | Amount | Narrative |
|------|--------|-----------|
| 5/19/2016 | 0.50 | NY DUPLICATING XEROX |
| 5/19/2016 | 0.50 | NY DUPLICATING XEROX |
| 5/19/2016 | 0.50 | NY DUPLICATING XEROX |
| 5/19/2016 | 0.50 | NY DUPLICATING XEROX |
| 5/19/2016 | 0.50 | NY DUPLICATING XEROX |
| 5/19/2016 | 0.50 | NY DUPLICATING XEROX |
| 5/19/2016 | 0.60 | NY DUPLICATING XEROX |
| 5/19/2016 | 0.60 | NY DUPLICATING XEROX |
| 5/19/2016 | 0.60 | NY DUPLICATING XEROX |
| 5/19/2016 | 0.60 | NY DUPLICATING XEROX |
| 5/19/2016 | 0.60 | NY DUPLICATING XEROX |
| 5/19/2016 | 0.60 | NY DUPLICATING XEROX |
| 5/19/2016 | 0.60 | NY DUPLICATING XEROX |
| 5/19/2016 | 0.60 | NY DUPLICATING XEROX |
| 5/19/2016 | 0.70 | NY DUPLICATING XEROX |
| 5/19/2016 | 0.70 | NY DUPLICATING XEROX |
| 5/19/2016 | 0.70 | NY DUPLICATING XEROX |
| 5/19/2016 | 0.80 | NY DUPLICATING XEROX |
| 5/19/2016 | 0.80 | NY DUPLICATING XEROX |
| 5/19/2016 | 0.90 | NY DUPLICATING XEROX |
| 5/19/2016 | 0.90 | NY DUPLICATING XEROX |
| 5/19/2016 | 1.00 | NY DUPLICATING XEROX |
| 5/19/2016 | 1.00 | NY DUPLICATING XEROX |
| 5/19/2016 | 1.10 | NY DUPLICATING XEROX |
| 5/19/2016 | 1.10 | NY DUPLICATING XEROX |
| 5/19/2016 | 1.10 | NY DUPLICATING XEROX |
| 5/19/2016 | 1.10 | NY DUPLICATING XEROX |
| 5/19/2016 | 1.10 | NY DUPLICATING XEROX |
| 5/19/2016 | 1.10 | NY DUPLICATING XEROX |
| 5/19/2016 | 1.20 | NY DUPLICATING XEROX |
| 5/19/2016 | 1.20 | NY DUPLICATING XEROX |
| 5/19/2016 | 1.20 | NY DUPLICATING XEROX |
| 5/19/2016 | 1.20 | NY DUPLICATING XEROX |
| 5/19/2016 | 1.30 | NY DUPLICATING XEROX |
| 5/19/2016 | 1.30 | NY DUPLICATING XEROX |
| 5/19/2016 | 1.40 | NY DUPLICATING XEROX |
| 5/19/2016 | 1.40 | NY DUPLICATING XEROX |
| 5/19/2016 | 1.40 | NY DUPLICATING XEROX |
| 5/19/2016 | 1.40 | NY DUPLICATING XEROX |

| Date | Amount | Narrative |
|------|--------|-----------|
| 5/19/2016 | 1.40 | NY DUPLICATING XEROX |
| 5/19/2016 | 1.50 | NY DUPLICATING XEROX |
| 5/19/2016 | 1.50 | NY DUPLICATING XEROX |
| 5/19/2016 | 1.50 | NY DUPLICATING XEROX |
| 5/19/2016 | 1.50 | NY DUPLICATING XEROX |
| 5/19/2016 | 1.60 | NY DUPLICATING XEROX |
| 5/19/2016 | 1.60 | NY DUPLICATING XEROX |
| 5/19/2016 | 1.60 | NY DUPLICATING XEROX |
| 5/19/2016 | 1.60 | NY DUPLICATING XEROX |
| 5/19/2016 | 1.70 | NY DUPLICATING XEROX |
| 5/19/2016 | 1.70 | NY DUPLICATING XEROX |
| 5/19/2016 | 1.70 | NY DUPLICATING XEROX |
| 5/19/2016 | 1.70 | NY DUPLICATING XEROX |
| 5/19/2016 | 1.80 | NY DUPLICATING XEROX |
| 5/19/2016 | 1.80 | NY DUPLICATING XEROX |
| 5/19/2016 | 1.80 | NY DUPLICATING XEROX |
| 5/19/2016 | 1.90 | NY DUPLICATING XEROX |
| 5/19/2016 | 2.00 | NY DUPLICATING XEROX |
| 5/19/2016 | 2.10 | NY DUPLICATING XEROX |
| 5/19/2016 | 2.20 | NY DUPLICATING XEROX |
| 5/19/2016 | 2.20 | NY DUPLICATING XEROX |
| 5/19/2016 | 2.30 | NY DUPLICATING XEROX |
| 5/19/2016 | 2.30 | NY DUPLICATING XEROX |
| 5/19/2016 | 2.40 | NY DUPLICATING XEROX |
| 5/19/2016 | 2.40 | NY DUPLICATING XEROX |
| 5/19/2016 | 2.60 | NY DUPLICATING XEROX |
| 5/19/2016 | 2.70 | NY DUPLICATING XEROX |
| 5/19/2016 | 2.70 | NY DUPLICATING XEROX |
| 5/19/2016 | 2.80 | NY DUPLICATING XEROX |
| 5/19/2016 | 2.80 | NY DUPLICATING XEROX |
| 5/19/2016 | 2.80 | NY DUPLICATING XEROX |
| 5/19/2016 | 2.90 | NY DUPLICATING XEROX |
| 5/19/2016 | 2.90 | NY DUPLICATING XEROX |
| 5/19/2016 | 3.00 | NY DUPLICATING XEROX |
| 5/19/2016 | 3.00 | NY DUPLICATING XEROX |
| 5/19/2016 | 3.10 | NY DUPLICATING XEROX |
| 5/19/2016 | 3.20 | NY DUPLICATING XEROX |
| 5/19/2016 | 3.30 | NY DUPLICATING XEROX |
| 5/19/2016 | 3.40 | NY DUPLICATING XEROX |
| 5/19/2016 | 3.40 | NY DUPLICATING XEROX |

| Date | Amount | Narrative |
|------|--------|-----------|
| 5/19/2016 | 3.40 | NY DUPLICATING XEROX |
| 5/19/2016 | 3.50 | NY DUPLICATING XEROX |
| 5/19/2016 | 3.80 | NY DUPLICATING XEROX |
| 5/19/2016 | 3.90 | NY DUPLICATING XEROX |
| 5/19/2016 | 4.60 | NY DUPLICATING XEROX |
| 5/19/2016 | 4.70 | NY DUPLICATING XEROX |
| 5/19/2016 | 4.90 | NY DUPLICATING XEROX |
| 5/19/2016 | 5.50 | NY DUPLICATING XEROX |
| 5/19/2016 | 5.60 | NY DUPLICATING XEROX |
| 5/19/2016 | 5.70 | NY DUPLICATING XEROX |
| 5/19/2016 | 6.10 | NY DUPLICATING XEROX |
| 5/19/2016 | 6.30 | NY DUPLICATING XEROX |
| 5/19/2016 | 6.30 | NY DUPLICATING XEROX |
| 5/19/2016 | 6.40 | NY DUPLICATING XEROX |
| 5/19/2016 | 7.20 | NY DUPLICATING XEROX |
| 5/19/2016 | 7.70 | NY DUPLICATING XEROX |
| 5/19/2016 | 7.90 | NY DUPLICATING XEROX |
| 5/19/2016 | 8.10 | NY DUPLICATING XEROX |
| 5/19/2016 | 9.50 | NY DUPLICATING XEROX |
| 5/19/2016 | 9.70 | NY DUPLICATING XEROX |
| 5/19/2016 | 10.40 | NY DUPLICATING XEROX |
| 5/19/2016 | 12.20 | NY DUPLICATING XEROX |
| 5/19/2016 | 13.70 | NY DUPLICATING XEROX |
| 5/19/2016 | 14.10 | NY DUPLICATING XEROX |
| 5/19/2016 | 14.90 | NY DUPLICATING XEROX |
| 5/19/2016 | 17.10 | NY DUPLICATING XEROX |
| 5/19/2016 | 18.90 | NY DUPLICATING XEROX |
| 5/19/2016 | 22.20 | NY DUPLICATING XEROX |
| 5/20/2016 | 0.40 | NY DUPLICATING |
| 5/23/2016 | 0.20 | NY DUPLICATING |
| 5/24/2016 | 0.20 | NY DUPLICATING XEROX |
| 5/24/2016 | 0.40 | NY DUPLICATING XEROX |
| 5/24/2016 | 0.40 | NY DUPLICATING XEROX |
| 5/24/2016 | 0.60 | NY DUPLICATING XEROX |
| 5/24/2016 | 0.80 | NY DUPLICATING XEROX |
| 5/24/2016 | 1.00 | NY DUPLICATING XEROX |
| 5/24/2016 | 1.00 | NY DUPLICATING XEROX |
| 5/24/2016 | 1.20 | NY DUPLICATING XEROX |
| 5/24/2016 | 1.40 | NY DUPLICATING XEROX |
| 5/24/2016 | 2.00 | NY DUPLICATING XEROX |

| Date | Amount | Narrative |
|------|--------|-----------|
| 5/24/2016 | 2.80 | NY DUPLICATING XEROX |
| 5/25/2016 | 1.50 | NY DUPLICATING XEROX |
| 5/26/2016 | 9.00 | NY DUPLICATING XEROX |
| 5/26/2016 | 11.50 | NY DUPLICATING XEROX |
| 5/27/2016 | 0.10 | NY DUPLICATING XEROX |
| 5/27/2016 | 0.10 | NY DUPLICATING XEROX |
| 5/27/2016 | 0.10 | NY DUPLICATING XEROX |
| 5/27/2016 | 0.10 | NY DUPLICATING XEROX |
| 5/27/2016 | 0.10 | NY DUPLICATING XEROX |
| 5/27/2016 | 0.10 | NY DUPLICATING XEROX |
| 5/27/2016 | 0.10 | NY DUPLICATING XEROX |
| 5/27/2016 | 0.10 | NY DUPLICATING XEROX |
| 5/27/2016 | 0.10 | NY DUPLICATING XEROX |
| 5/27/2016 | 0.10 | NY DUPLICATING XEROX |
| 5/27/2016 | 0.10 | NY DUPLICATING XEROX |
| 5/27/2016 | 0.10 | NY DUPLICATING XEROX |
| 5/27/2016 | 0.10 | NY DUPLICATING XEROX |
| 5/27/2016 | 0.10 | NY DUPLICATING XEROX |
| 5/27/2016 | 0.10 | NY DUPLICATING XEROX |
| 5/27/2016 | 0.10 | NY DUPLICATING XEROX |
| 5/27/2016 | 0.10 | NY DUPLICATING XEROX |
| 5/27/2016 | 0.10 | NY DUPLICATING XEROX |
| 5/27/2016 | 0.10 | NY DUPLICATING XEROX |
| 5/27/2016 | 0.10 | NY DUPLICATING XEROX |
| 5/27/2016 | 0.10 | NY DUPLICATING XEROX |
| 5/27/2016 | 0.10 | NY DUPLICATING XEROX |
| 5/27/2016 | 0.10 | NY DUPLICATING XEROX |
| 5/27/2016 | 0.10 | NY DUPLICATING XEROX |
| 5/27/2016 | 0.10 | NY DUPLICATING XEROX |
| 5/27/2016 | 0.10 | NY DUPLICATING XEROX |
| 5/27/2016 | 0.10 | NY DUPLICATING XEROX |
| 5/27/2016 | 0.10 | NY DUPLICATING XEROX |
| 5/27/2016 | 0.10 | NY DUPLICATING XEROX |
| 5/27/2016 | 0.10 | NY DUPLICATING XEROX |
| 5/27/2016 | 0.10 | NY DUPLICATING XEROX |
| 5/27/2016 | 0.10 | NY DUPLICATING XEROX |

| Date | Amount | Narrative |
|------|--------|-----------|
| 5/27/2016 | 0.10 | NY DUPLICATING XEROX |
| 5/27/2016 | 0.10 | NY DUPLICATING XEROX |
| 5/27/2016 | 0.10 | NY DUPLICATING XEROX |
| 5/27/2016 | 0.10 | NY DUPLICATING XEROX |
| 5/27/2016 | 0.10 | NY DUPLICATING XEROX |
| 5/27/2016 | 0.10 | NY DUPLICATING XEROX |
| 5/27/2016 | 0.10 | NY DUPLICATING XEROX |
| 5/27/2016 | 0.10 | NY DUPLICATING XEROX |
| 5/27/2016 | 0.10 | NY DUPLICATING XEROX |
| 5/27/2016 | 0.10 | NY DUPLICATING XEROX |
| 5/27/2016 | 0.10 | NY DUPLICATING XEROX |
| 5/27/2016 | 0.10 | NY DUPLICATING XEROX |
| 5/27/2016 | 0.10 | NY DUPLICATING XEROX |
| 5/27/2016 | 0.10 | NY DUPLICATING XEROX |
| 5/27/2016 | 0.10 | NY DUPLICATING XEROX |
| 5/27/2016 | 0.10 | NY DUPLICATING XEROX |
| 5/27/2016 | 0.20 | NY DUPLICATING XEROX |
| 5/27/2016 | 0.20 | NY DUPLICATING XEROX |
| 5/27/2016 | 0.20 | NY DUPLICATING XEROX |
| 5/27/2016 | 0.20 | NY DUPLICATING XEROX |
| 5/27/2016 | 0.20 | NY DUPLICATING XEROX |
| 5/27/2016 | 0.20 | NY DUPLICATING XEROX |
| 5/27/2016 | 0.20 | NY DUPLICATING XEROX |
| 5/27/2016 | 0.20 | NY DUPLICATING XEROX |
| 5/27/2016 | 0.20 | NY DUPLICATING XEROX |
| 5/27/2016 | 0.20 | NY DUPLICATING XEROX |
| 5/27/2016 | 0.20 | NY DUPLICATING XEROX |
| 5/27/2016 | 0.20 | NY DUPLICATING XEROX |
| 5/27/2016 | 0.20 | NY DUPLICATING XEROX |
| 5/27/2016 | 0.20 | NY DUPLICATING XEROX |
| 5/27/2016 | 0.20 | NY DUPLICATING XEROX |
| 5/27/2016 | 0.20 | NY DUPLICATING XEROX |
| 5/27/2016 | 0.20 | NY DUPLICATING XEROX |
| 5/27/2016 | 0.20 | NY DUPLICATING XEROX |
| 5/27/2016 | 0.20 | NY DUPLICATING XEROX |
| 5/27/2016 | 0.20 | NY DUPLICATING XEROX |
| 5/27/2016 | 0.20 | NY DUPLICATING XEROX |

| Date | Amount | Narrative |
|------|--------|-----------|
| 5/27/2016 | 0.20 | NY DUPLICATING XEROX |
| 5/27/2016 | 0.20 | NY DUPLICATING XEROX |
| 5/27/2016 | 0.20 | NY DUPLICATING XEROX |
| 5/27/2016 | 0.20 | NY DUPLICATING XEROX |
| 5/27/2016 | 0.20 | NY DUPLICATING XEROX |
| 5/27/2016 | 0.20 | NY DUPLICATING XEROX |
| 5/27/2016 | 0.20 | NY DUPLICATING XEROX |
| 5/27/2016 | 0.20 | NY DUPLICATING XEROX |
| 5/27/2016 | 0.20 | NY DUPLICATING XEROX |
| 5/27/2016 | 0.20 | NY DUPLICATING XEROX |
| 5/27/2016 | 0.20 | NY DUPLICATING XEROX |
| 5/27/2016 | 0.20 | NY DUPLICATING XEROX |
| 5/27/2016 | 0.20 | NY DUPLICATING XEROX |
| 5/27/2016 | 0.20 | NY DUPLICATING XEROX |
| 5/27/2016 | 0.20 | NY DUPLICATING XEROX |
| 5/27/2016 | 0.20 | NY DUPLICATING XEROX |
| 5/27/2016 | 0.30 | NY DUPLICATING XEROX |
| 5/27/2016 | 0.30 | NY DUPLICATING XEROX |
| 5/27/2016 | 0.30 | NY DUPLICATING XEROX |
| 5/27/2016 | 0.30 | NY DUPLICATING XEROX |
| 5/27/2016 | 0.30 | NY DUPLICATING XEROX |
| 5/27/2016 | 0.30 | NY DUPLICATING XEROX |
| 5/27/2016 | 0.30 | NY DUPLICATING XEROX |
| 5/27/2016 | 0.30 | NY DUPLICATING XEROX |
| 5/27/2016 | 0.30 | NY DUPLICATING XEROX |
| 5/27/2016 | 0.30 | NY DUPLICATING XEROX |
| 5/27/2016 | 0.30 | NY DUPLICATING XEROX |
| 5/27/2016 | 0.40 | NY DUPLICATING XEROX |
| 5/27/2016 | 0.40 | NY DUPLICATING XEROX |
| 5/27/2016 | 0.40 | NY DUPLICATING XEROX |
| 5/27/2016 | 0.40 | NY DUPLICATING XEROX |
| 5/27/2016 | 0.40 | NY DUPLICATING XEROX |
| 5/27/2016 | 0.40 | NY DUPLICATING XEROX |
| 5/27/2016 | 0.40 | NY DUPLICATING XEROX |
| 5/27/2016 | 0.40 | NY DUPLICATING XEROX |
| 5/27/2016 | 0.40 | NY DUPLICATING XEROX |
| 5/27/2016 | 0.40 | NY DUPLICATING XEROX |
| 5/27/2016 | 0.40 | NY DUPLICATING XEROX |
| 5/27/2016 | 0.40 | NY DUPLICATING XEROX |
| 5/27/2016 | 0.40 | NY DUPLICATING XEROX |

In re Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

| Date | Amount | Narrative |
|------|--------|-----------|
| 5/27/2016 | 0.40 | NY DUPLICATING XEROX |
| 5/27/2016 | 0.50 | NY DUPLICATING XEROX |
| 5/27/2016 | 0.50 | NY DUPLICATING XEROX |
| 5/27/2016 | 0.50 | NY DUPLICATING XEROX |
| 5/27/2016 | 0.50 | NY DUPLICATING XEROX |
| 5/27/2016 | 0.60 | NY DUPLICATING XEROX |
| 5/27/2016 | 0.60 | NY DUPLICATING XEROX |
| 5/27/2016 | 0.60 | NY DUPLICATING XEROX |
| 5/27/2016 | 0.60 | NY DUPLICATING XEROX |
| 5/27/2016 | 0.60 | NY DUPLICATING XEROX |
| 5/27/2016 | 0.70 | NY DUPLICATING XEROX |
| 5/27/2016 | 0.70 | NY DUPLICATING XEROX |
| 5/27/2016 | 0.70 | NY DUPLICATING XEROX |
| 5/27/2016 | 0.80 | NY DUPLICATING XEROX |
| 5/27/2016 | 0.80 | NY DUPLICATING XEROX |
| 5/27/2016 | 0.80 | NY DUPLICATING XEROX |
| 5/27/2016 | 0.80 | NY DUPLICATING XEROX |
| 5/27/2016 | 0.80 | NY DUPLICATING XEROX |
| 5/27/2016 | 1.00 | NY DUPLICATING XEROX |
| 5/27/2016 | 1.10 | NY DUPLICATING XEROX |
| 5/27/2016 | 1.10 | NY DUPLICATING XEROX |
| 5/27/2016 | 1.20 | NY DUPLICATING XEROX |
| 5/27/2016 | 1.20 | NY DUPLICATING XEROX |
| 5/27/2016 | 1.20 | NY DUPLICATING XEROX |
| 5/27/2016 | 1.20 | NY DUPLICATING XEROX |
| 5/27/2016 | 1.30 | NY DUPLICATING XEROX |
| 5/27/2016 | 1.30 | NY DUPLICATING XEROX |
| 5/27/2016 | 1.40 | NY DUPLICATING XEROX |
| 5/27/2016 | 1.40 | NY DUPLICATING XEROX |
| 5/27/2016 | 1.40 | NY DUPLICATING XEROX |
| 5/27/2016 | 1.60 | NY DUPLICATING XEROX |
| 5/27/2016 | 1.60 | NY DUPLICATING XEROX |
| 5/27/2016 | 1.70 | NY DUPLICATING XEROX |
| 5/27/2016 | 1.70 | NY DUPLICATING XEROX |
| 5/27/2016 | 2.00 | NY DUPLICATING XEROX |
| 5/27/2016 | 2.50 | NY DUPLICATING XEROX |
| 5/27/2016 | 2.60 | NY DUPLICATING XEROX |
| 5/27/2016 | 2.60 | NY DUPLICATING XEROX |
| 5/27/2016 | 2.70 | NY DUPLICATING XEROX |
| 5/27/2016 | 3.10 | NY DUPLICATING XEROX |

| Date | Amount | Narrative |
|------|--------|-----------|
| 5/27/2016 | 3.20 | NY DUPLICATING XEROX |
| 5/27/2016 | 3.30 | NY DUPLICATING XEROX |
| 5/27/2016 | 3.70 | NY DUPLICATING XEROX |
| 5/27/2016 | 6.00 | NY DUPLICATING XEROX |
| **TOTAL:** | **516.70** | |
| | | |
| **Legal Research - Lexis** | | |
| | | |
| 4/1/2016 | 0.78 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 4/1/2016 | 1.56 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 4/2/2016 | 0.78 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 4/2/2016 | 1.58 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 4/3/2016 | 0.78 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 4/3/2016 | 1.57 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 4/4/2016 | 0.79 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 4/4/2016 | 1.56 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 4/5/2016 | 0.79 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 4/5/2016 | 1.56 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 4/6/2016 | 0.78 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 4/6/2016 | 1.57 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 4/7/2016 | 0.78 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 4/7/2016 | 1.56 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 4/8/2016 | 0.78 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 4/8/2016 | 1.57 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 4/9/2016 | 0.78 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 4/9/2016 | 1.56 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 4/10/2016 | 0.78 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 4/10/2016 | 1.56 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 4/11/2016 | 0.80 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 4/11/2016 | 1.59 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 4/12/2016 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 4/12/2016 | 1.57 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 4/13/2016 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 4/13/2016 | 1.57 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 4/14/2016 | 0.79 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 4/14/2016 | 1.60 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 4/15/2016 | 0.79 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 4/15/2016 | 1.56 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 4/16/2016 | 0.78 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 4/16/2016 | 1.58 | COMPUTER RESEARCH - LEXIS PUBLISHER |

| Date | Amount | Narrative |
|------|--------|-----------|
| 4/17/2016 | 0.79 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 4/17/2016 | 1.57 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 4/18/2016 | 25.04 | COMPUTER RESEARCH - LEXIS |
| 4/18/2016 | 0.79 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 4/18/2016 | 1.56 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 4/19/2016 | 0.78 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 4/19/2016 | 1.55 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 4/20/2016 | 0.78 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 4/20/2016 | 1.56 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 4/21/2016 | 0.78 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 4/21/2016 | 1.57 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 4/22/2016 | 0.79 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 4/22/2016 | 1.57 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 4/23/2016 | 0.78 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 4/23/2016 | 1.56 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 4/24/2016 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 4/24/2016 | 1.57 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 4/25/2016 | 0.79 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 4/25/2016 | 1.56 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 4/26/2016 | 0.79 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 4/26/2016 | 1.57 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 4/27/2016 | 0.79 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 4/27/2016 | 1.58 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 4/28/2016 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 4/28/2016 | 1.58 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 4/29/2016 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 4/29/2016 | 1.57 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 4/30/2016 | 0.78 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 4/30/2016 | 1.56 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 5/13/2016 | 525.87 | COMPUTER RESEARCH - LEXIS |
| 5/17/2016 | 25.04 | COMPUTER RESEARCH - LEXIS |
| **TOTAL:** | **646.47** | |
| | | |
| **Legal Research - Westlaw** | | |
| | | |
| 4/21/2016 | 43.11 | COMPUTER RESEARCH - WESTLAW |
| 4/26/2016 | 58.78 | COMPUTER RESEARCH - WESTLAW |
| 4/28/2016 | 129.34 | COMPUTER RESEARCH - WESTLAW |
| 4/28/2016 | 225.27 | COMPUTER RESEARCH - WESTLAW |
| 4/29/2016 | 172.46 | COMPUTER RESEARCH - WESTLAW |

| Date | Amount | Narrative |
|---|---|---|
| 5/2/2016 | 43.11 | COMPUTER RESEARCH - WESTLAW |
| 5/9/2016 | 43.11 | COMPUTER RESEARCH - WESTLAW |
| 5/9/2016 | 68.81 | COMPUTER RESEARCH - WESTLAW |
| 5/9/2016 | 120.20 | COMPUTER RESEARCH - WESTLAW |
| 5/9/2016 | 176.38 | COMPUTER RESEARCH - WESTLAW |
| 5/10/2016 | 43.11 | COMPUTER RESEARCH - WESTLAW |
| 5/12/2016 | 43.11 | COMPUTER RESEARCH - WESTLAW |
| 5/13/2016 | 36.58 | COMPUTER RESEARCH - WESTLAW |
| 5/20/2016 | 25.69 | COMPUTER RESEARCH - WESTLAW |
| **TOTAL:** | **1,229.06** | |
| | | |
| **Legal Research - PACER** | | |
| | | |
| 5/10/2016 | 2.10 | COMPUTER RESEARCH - PACER |
| 5/10/2016 | 36.60 | COMPUTER RESEARCH - PACER |
| 5/10/2016 | 55.60 | COMPUTER RESEARCH - PACER |
| 5/10/2016 | 82.80 | COMPUTER RESEARCH - PACER |
| 5/10/2016 | 94.20 | COMPUTER RESEARCH - PACER |
| 5/10/2016 | 168.50 | COMPUTER RESEARCH - PACER |
| 5/10/2016 | 196.10 | COMPUTER RESEARCH - PACER |
| 5/10/2016 | 616.30 | COMPUTER RESEARCH - PACER |
| 5/10/2016 | 1,122.20 | COMPUTER RESEARCH - PACER |
| **TOTAL:** | **2,374.40** | |
| | | |
| **Late Work - Meals** | | |
| | | |
| 4/11/2016 | 17.15 | Late Work Meals - Bromley |
| 4/14/2016 | 46.87 | Late Work Meals - Gianis |
| 4/18/2016 | 33.43 | Late Work Meals - Cantwell |
| 4/18/2016 | 23.63 | Late Work Meals - Palmer |
| 4/19/2016 | 10.83 | Late Work Meals - Bromley |
| 4/19/2016 | 21.63 | Late Work Meals - Cantwell |
| 4/20/2016 | 28.19 | Late Work Meals - Bromley |
| 4/20/2016 | 39.51 | Late Work Meals - Cantwell |
| 4/21/2016 | 50.00 | Late Work Meals - Cantwell |
| 4/21/2016 | 24.00 | Late Work Meals - Palmer |
| 4/25/2016 | 7.39 | Late Work Meals - Bromley |
| 4/25/2016 | 35.48 | Late Work Meals - Cantwell |
| 4/25/2016 | 32.77 | Late Work Meals - Rappoport |
| 4/26/2016 | 17.14 | Late Work Meals - Gianis |

| Date | Amount | Narrative |
|------|--------|-----------|
| 4/26/2016 | 31.39 | Late Work Meals - Rappoport |
| 4/26/2016 | 17.56 | Late Work Meals - Schweitzer |
| 4/27/2016 | 37.27 | Late Work Meals - Palmer |
| 4/27/2016 | 14.86 | Late Work Meals - Schweitzer |
| 4/28/2016 | 24.01 | Late Work Meals - Rappoport |
| 5/3/2016 | 29.65 | Late Work Meals - Gianis |
| 5/18/2016 | 43.83 | Late Work Meals - Rosenthal |
| **TOTAL:** | **586.59** | |
| | | |
| **Late Work - Transportation** | | |
| | | |
| 3/17/2016 | 36.43 | Late Work Transportation - Chang |
| 4/3/2016 | 10.37 | Late Work Transportation - Bromley (weekend ride from office) |
| 4/3/2016 | 10.75 | Late Work Transportation - Bromley (weekend ride to office) |
| 4/13/2016 | 28.62 | Late Work Transportation - Gianis |
| 4/14/2016 | 28.62 | Late Work Transportation - Gianis |
| 4/18/2016 | 158.01 | Late Work Transportation - Palmer |
| 4/19/2016 | 24.54 | Late Work Transportation - Cantwell |
| 4/19/2016 | 32.86 | Late Work Transportation - Cantwell (ride after midnight on 4/18/16) |
| 4/19/2016 | 139.91 | Late Work Transportation - Schweitzer |
| 4/19/2016 | 22.58 | Late Work Transportation - Cantwell (ride to meeting) |
| 4/21/2016 | 147.42 | Late Work Transportation - Palmer |
| 4/22/2016 | 32.86 | Late Work Transportation - Cantwell |
| 4/25/2016 | 20.83 | Late Work Transportation - Cantwell |
| 4/25/2016 | 24.90 | Late Work Transportation - Rappoport |
| 4/26/2016 | 28.62 | Late Work Transportation - Gianis |
| 4/26/2016 | 7.00 | Late Work Transportation - Sheridan |
| 4/27/2016 | 29.85 | Late Work Transportation - Cantwell |
| 4/28/2016 | 24.72 | Late Work Transportation - Rappoport |
| 5/2/2016 | 24.72 | Late Work Transportation - Cantwell |
| 5/2/2016 | 14.10 | Late Work Transportation - Gianis |
| 5/3/2016 | 99.96 | Late Work Transportation - Schweitzer |
| 5/4/2016 | 96.38 | Late Work Transportation - Schweitzer |
| 5/5/2016 | 22.65 | Late Work Transportation - Hakkenberg |
| 5/5/2016 | 31.79 | Late Work Transportation - Stein |
| 5/6/2016 | 28.62 | Late Work Transportation - Gianis |
| 5/6/2016 | 24.97 | Late Work Transportation - Rappoport |
| 5/11/2016 | 32.27 | Late Work Transportation - Rappoport |
| 5/16/2016 | 25.55 | Late Work Transportation - Rappoport |
| **TOTAL:** | **1,209.90** | |

| Date | Amount | Narrative |
|------|--------|-----------|
| | | |
| **Conference Meals** | | |
| | | |
| 11/9/2015 | 457.28 | Conference Meals (50 attendees) |
| 11/9/2015 | 1,493.77 | Conference Meals (50 attendees) |
| 11/11/2015 | 87.10 | Conference Meals (10 attendees) |
| 11/11/2015 | 87.10 | Conference Meals (10 attendees) |
| 11/11/2015 | 87.10 | Conference Meals (10 attendees) |
| 11/11/2015 | 144.26 | Conference Meals (10 attendees) |
| 11/11/2015 | 228.64 | Conference Meals (10 attendees) |
| 11/11/2015 | 228.64 | Conference Meals (10 attendees) |
| 11/11/2015 | 104.52 | Conference Meals (12 attendees) |
| 11/11/2015 | 274.37 | Conference Meals (12 attendees) |
| 11/11/2015 | 274.37 | Conference Meals (12 attendees) |
| 11/11/2015 | 293.96 | Conference Meals (12 attendees) |
| 11/11/2015 | 34.84 | Conference Meals (4 attendees) |
| 11/11/2015 | 34.84 | Conference Meals (4 attendees) |
| 11/11/2015 | 34.84 | Conference Meals (4 attendees) |
| 11/11/2015 | 34.84 | Conference Meals (4 attendees) |
| 11/11/2015 | 34.84 | Conference Meals (4 attendees) |
| 11/11/2015 | 34.84 | Conference Meals (4 attendees) |
| 11/11/2015 | 91.46 | Conference Meals (4 attendees) |
| 11/11/2015 | 91.46 | Conference Meals (4 attendees) |
| 11/11/2015 | 91.46 | Conference Meals (4 attendees) |
| 11/11/2015 | 91.46 | Conference Meals (4 attendees) |
| 11/11/2015 | 52.26 | Conference Meals (6 attendees) |
| 11/11/2015 | 52.26 | Conference Meals (6 attendees) |
| 11/11/2015 | 137.18 | Conference Meals (6 attendees) |
| 11/11/2015 | 137.18 | Conference Meals (6 attendees) |
| 11/11/2015 | 137.18 | Conference Meals (6 attendees) |
| 11/11/2015 | 146.98 | Conference Meals (6 attendees) |
| 11/11/2015 | 69.68 | Conference Meals (8 attendees) |
| 11/11/2015 | 69.68 | Conference Meals (8 attendees) |
| 11/11/2015 | 182.91 | Conference Meals (8 attendees) |
| 11/16/2015 | 47.91 | Conference Meals (4 attendees) |
| 11/17/2015 | 141.54 | Conference Meals (10 attendees) |
| 11/17/2015 | 152.42 | Conference Meals (10 attendees) |
| 11/17/2015 | 288.52 | Conference Meals (10 attendees) |
| 11/17/2015 | 198.15 | Conference Meals (14 attendees) |
| 11/17/2015 | 213.40 | Conference Meals (14 attendees) |

| Date | Amount | Narrative |
|------|--------|-----------|
| 11/17/2015 | 403.93 | Conference Meals (14 attendees) |
| 11/17/2015 | 195.98 | Conference Meals (15 attendees) |
| 11/17/2015 | 212.31 | Conference Meals (15 attendees) |
| 11/17/2015 | 228.64 | Conference Meals (15 attendees) |
| 11/17/2015 | 228.64 | Conference Meals (15 attendees) |
| 11/17/2015 | 432.78 | Conference Meals (15 attendees) |
| 11/17/2015 | 432.78 | Conference Meals (15 attendees) |
| 11/17/2015 | 45.73 | Conference Meals (3 attendees) |
| 11/17/2015 | 86.56 | Conference Meals (3 attendees) |
| 11/17/2015 | 56.62 | Conference Meals (4 attendees) |
| 11/17/2015 | 60.97 | Conference Meals (4 attendees) |
| 11/17/2015 | 115.41 | Conference Meals (4 attendees) |
| 11/17/2015 | 70.77 | Conference Meals (5 attendees) |
| 11/17/2015 | 76.21 | Conference Meals (5 attendees) |
| 11/17/2015 | 144.26 | Conference Meals (5 attendees) |
| 11/17/2015 | 78.39 | Conference Meals (6 attendees) |
| 11/17/2015 | 84.92 | Conference Meals (6 attendees) |
| 11/17/2015 | 91.46 | Conference Meals (6 attendees) |
| 11/17/2015 | 91.46 | Conference Meals (6 attendees) |
| 11/17/2015 | 173.11 | Conference Meals (6 attendees) |
| 11/17/2015 | 173.11 | Conference Meals (6 attendees) |
| 11/17/2015 | 99.08 | Conference Meals (7 attendees) |
| 11/17/2015 | 106.70 | Conference Meals (7 attendees) |
| 11/17/2015 | 201.96 | Conference Meals (7 attendees) |
| 11/17/2015 | 113.23 | Conference Meals (8 attendees) |
| 11/17/2015 | 121.94 | Conference Meals (8 attendees) |
| 11/17/2015 | 230.81 | Conference Meals (8 attendees) |
| 11/18/2015 | 35.93 | Conference Meals (10 attendees) |
| 11/18/2015 | 73.49 | Conference Meals (10 attendees) |
| 11/18/2015 | 141.54 | Conference Meals (10 attendees) |
| 11/18/2015 | 141.54 | Conference Meals (10 attendees) |
| 11/18/2015 | 244.97 | Conference Meals (10 attendees) |
| 11/18/2015 | 244.97 | Conference Meals (10 attendees) |
| 11/18/2015 | 288.52 | Conference Meals (10 attendees) |
| 11/18/2015 | 288.52 | Conference Meals (10 attendees) |
| 11/18/2015 | 342.96 | Conference Meals (14 attendees) |
| 11/18/2015 | 403.93 | Conference Meals (14 attendees) |
| 11/18/2015 | 244.97 | Conference Meals (15 attendees) |
| 11/18/2015 | 367.45 | Conference Meals (15 attendees) |
| 11/18/2015 | 367.45 | Conference Meals (15 attendees) |

**EXPENSE SUMMARY**
**May 1, 2016 through May 31, 2016**

In re Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

| Date | Amount | Narrative |
|------|--------|-----------|
| 11/18/2015 | 432.78 | Conference Meals (15 attendees) |
| 11/18/2015 | 432.78 | Conference Meals (15 attendees) |
| 11/18/2015 | 86.56 | Conference Meals (3 attendees) |
| 11/18/2015 | 47.91 | Conference Meals (4 attendees) |
| 11/18/2015 | 97.99 | Conference Meals (4 attendees) |
| 11/18/2015 | 115.41 | Conference Meals (4 attendees) |
| 11/18/2015 | 78.39 | Conference Meals (6 attendees) |
| 11/18/2015 | 84.92 | Conference Meals (6 attendees) |
| 11/18/2015 | 146.98 | Conference Meals (6 attendees) |
| 11/18/2015 | 146.98 | Conference Meals (6 attendees) |
| 11/18/2015 | 173.11 | Conference Meals (6 attendees) |
| 11/18/2015 | 173.11 | Conference Meals (6 attendees) |
| 11/18/2015 | 91.46 | Conference Meals (7 attendees) |
| 11/18/2015 | 171.48 | Conference Meals (7 attendees) |
| 11/18/2015 | 201.96 | Conference Meals (7 attendees) |
| 11/18/2015 | 113.23 | Conference Meals (8 attendees) |
| 11/18/2015 | 195.98 | Conference Meals (8 attendees) |
| 11/18/2015 | 230.81 | Conference Meals (8 attendees) |
| 5/18/2016 | 43.55 | Conference Meals (10 attendees) |
| 5/23/2016 | 456.30 | Conference Meals (15 attendees) |
| **TOTAL:** | **17,428.93** | |
| | | |
| **Other** | | |
| | | |
| 5/6/2016 | 1,306.50 | Computer Research - Vendor: Thompson Reuters |
| 5/6/2016 | 7,839.00 | Computer Research - Vendor: Thompson Reuters |
| 5/9/2016 | 11.98 | Computer Research - Vendor: CourtAlert.Com, Inc. |
| 5/24/2016 | 490.00 | Graphics Production Services[2] |
| **TOTAL:** | **9,647.48** | |
| | | |
| **Expert Expenses** | | |
| | | |
| 6/17/2016 | 10,021.00 | Expert Expense (Details to be provided under seal to the Court, the Office of the US Trustee, and the Fee Examiner pursuant to the Order Modifying the Application of Local Rules 2014-1(C) and 2016-2(F) [D.I. 9584] and the Order Appointing Fee Examiner and Establishing Related Procedures for Compensation and Reimbursement of Expenses for Professionals and Consideration of Fee Applications [D.I. 11082].) |
| 6/17/2016 | 88,267.00 | Expert Expense (Details to be provided under seal to the Court, the Office of the US Trustee, and the Fee Examiner pursuant to the Order Modifying the Application of Local Rules 2014-1(C) and 2016-2(F) [D.I. 9584] and the Order Appointing Fee Examiner and Establishing Related Procedures for Compensation and Reimbursement of Expenses for Professionals and Consideration of Fee Applications [D.I. 11082].) |
| **TOTAL:** | **98,288.00** | |

**EXPENSE SUMMARY**
**May 1, 2016 through May 31, 2016**

**In re Nortel Networks Inc., et al.**
**(Case No. 09-10138 (KG))**

| Date | Amount | Narrative |
|------|--------|-----------|
|  |  |  |
|  |  |  |
| **GRAND TOTAL:** | **135,671.12** |  |
|  |  |  |

[1] Consistent with Cleary Gottlieb's normal procedure in the present case, Cleary Gottlieb is seeking reimbursement for only the value of standard class train and airplane fares.

[2] The expenses for "Graphics Production Services" contained in this fee application consist of both fees and expenses sought by an outside vendor related to services that outside vendor provided in connection with the appeal before the U.S. District Court for the District of Delaware arising from the trial among the Debtors and their international affiliates regarding the allocation of the proceeds from certain asset sales.  Compensation is sought for trial graphics consulting and production services, including for communications with Cleary Gottlieb regarding demonstrative exhibits for the hearing, design and production of the same, and technical coordination.