IN THE UNITED STATES BANKRUPTCY COURT
                      FOR THE DISTRICT OF DELAWARE


IN RE:                          )    Case No. 09-10138(KG)
                                )    (Jointly Administered)
                                )
NORTEL NETWORKS, INC., et al.,)      Chapter 11
                                )
                                )    Courtroom 3
                                )    824 Market Street
          Debtors.              )    Wilmington, Delaware
                                )
_____)    June 28, 2016
                                )    11:00 a.m.
                                )
SNMP RESEARCH INTERNATIONAL,    )
   INC.,                        )
                                )
and                             )    Adv. No. 11-53454(KG)
                                )
SNMP RESEARCH, INC.,            )
                                )
          Plaintiffs,           )
                                )
v.                              )
                                )
NORTEL NETWORKS, INC., et al.,)
                                )
and                             )
                                )
AVAYA, INC.,                    )
                                )
          Defendants.           )
_____)


               TRANSCRIPT OF TELEPHONIC PROCEEDINGS
             BEFORE THE HONORABLE JUDGE KEVIN GROSS
                 UNITED STATES BANKRUPTCY JUDGE

TELEPHONIC APPEARANCES:

For Debtors:              Cleary Gottlieb Steen & Hamilton
                          BY: DAVID HERRINGTON, ESQ.
                          (212) 225-2266

ECRO:                     BRANDON MCCARTHY

Transcription Service:    DIAZ TRANSCRIPTION SERVICES
                          331 Schuylkill Street
                          Harrisburg, Pennsylvania 17110
                          (717) 233-6664
                          www.diaztranscription.com


Proceedings recorded by electronic sound recording;
transcript produced by transcription service

TELEPHONIC APPEARANCES:
(Continued)

For the Debtor:              Morris Nichols Arsht & Tunnell
                             BY:  DEREK C. ABBOTT, ESQ.
                             BY:  ANDREW R. REMMING, ESQ.
                             302-658-9200

For Defendant, Nortel
Networks, Inc., et al.:      Norton Rose Fulbright US, LLP
                             BY:  PAUL KELLER, ESQ.
                             212-318-3212

                             Buchanan Ingersol & Rooney, PC
                             BY:  KATHLEEN MURPHY, ESQ.
                             302-552-4214

For Ad Hoc Group of
Bondholders:                 Milbank Tweed Hadley & McCloy, LLP
                             ERIC WEISS, ESQ.
                             212-530-5420

                             Pachulski Stang Ziehl & Jones
                             BY: PETER J. KEANE, ESQ.
                             302-778-6401

For SNMP Research:           King Ballow Law Offices
                             BY: RICHARD S. BUSCH, ESQ.
                             615-259-3456

                             Cole Schotz PC
                             BY:  DAVID DEAN, ESQ.
                             410-528-2972
                             BY:  NORMAN PERNICK, ESQ.
                             302-651-2001

                             Egerton McAlee Armstead & Davis
                             BY: JOHN L. WOOD, ESQ.
                             865-292-2503

For Official Committee
Of Unsecured Creditors:      Akin Gump Strauss Hauer & Feld LLP
                             BY: ANDREW LORING, ESQ.
                             212-872-1000
                             BY: ROBERT JOHNSON, ESQ.
                             212-872-1077

For Canadian Creditors
Committee:                   DLA Piper, US, LLP
                             BY:  SELINDA A. MELNIK, ESQ.
                             302-468-5650

TELEPHONIC APPEARANCES:
(Continued)

For Nortel Networks
UK Pension Trust:   Willkie Farr & Gallagher, LLP
          BY: NICHOLAS W. CHIUCHIOLO, ESQ.
          212-728-8511
          BY: ANDREW HANRAHAN, ESQ.
          212-728-8638

          Bayard PA
          BY: CHARLENE DAVIS, ESQ.
          302-429-4212

For Law Debenture:   Morris James, LLP
          BY: STEPHEN MILLER, ESQ.
          302-888-6853

For Joint
Administrators:    Young Conaway Stargatt & Taylor LLP
          BY: JAIME CHAPMAN, ESQ.
          302-571-5732

For Interested Party: Dow Jones & Co.
          BY: PEG A. BRICKLEY
          215-462-0953

          Reorg Research, Inc.
          BY: JASON B. SANJANA
          212-588-8890

          Hughes Hubbard & Reed
          BY: CHARLES HUBERTY, ESQ.
          212-837-6045

          Bank of America
          BY: ESTHER CHUNG
          646-855-6705

          Merger Market
          BY: MARIA CHUTCHIAN
          646-378-3108

          Bloomberg LP
          BY: JULIA M. WINTERS, ESQ.
          212-617-6592

1  WILMINGTON, DELAWARE, TUESDAY, JUNE 28, 2016, 11:00 A.M.

2         THE COURT:  Good morning, Counsel.  Judge Gross

3  is on the telephone now and I think we have, if I'm not

4  mistaken, two matters to discuss; one being discovery and

5  the other the Motion for Clarification.  Is that correct?

6         MR. HERRINGTON:  This is David Herrington, I'll

7  just jump in.  I don't think we're discussing the Motion for

8  Clarification this morning.  We have the opening brief and

9  reply brief -- opposition brief that have been filed and the

10  U.S. Debtors will be filing their reply brief on Friday in

11  accordance with the Court's request that the briefing be

12  completed on July 1st.

13         THE COURT:  Okay, all right.  I do want to -- let

14  me discuss that with you first because I know the briefing

15  is not yet completed, but you know, I'm a bankruptcy Judge,

16  not an intellectual property Judge, although you wouldn't

17  know it from the cases that I've had recently.  And I've put

18  together a little bit of a hypothetical that I'd like the

19  parties to consider and to instruct me on.  And here's the

20  hypothetical.

21         I have a car that is being sold pursuant to a

22  Court Order.  In the car there is a component belonging to

23  party "X," a copyrighted component, which I licensed from

24  party "X."  Party "X" objects to the sale on the ground that

25  I cannot sell the car with his component in the car.  But

1  the sales contract and the Court Order approving the sale

2  provides specifically that I am selling only what is mine, I

3  am not selling party "X's" component.  I am selling, for

4  example, the chassis, the tires, the working parts of the

5  car, and I am not selling party "X's" component.  Following

6  the sale, the purchaser of the car buys or licenses the

7  component from party "X."  Party "X" then sues me for

8  infringing on its copyrighted component, which was embedded

9  in the car.  I tell party "X" that I received payment only

10  for what of the car I owned, not for its component.  The

11  matter comes to the Court and party "X" says if the

12  component was embedded, the burden shifts to me to prove

13  what profit I received or did not receive from the sale of

14  its component.  And I said wait a minute.  It is your

15  burden, party "X", to show that the purchaser would not have

16  paid as much without the component.  End of hypothetical.

17       What I have ruled so far is that before Nortel

18  has to prove any case SNMP must prove its case, namely that

19  purchasers of the business line would not have paid what

20  they did for the business line sales without SNMP's

21  software, and that after the sale the purchasers did not

22  make fair payment to SNMP for its software, thereby making

23  SNMP whole.  That is SNMP's burden of proof before the

24  burden shifts back to Nortel.

25       That's the hypothetical that I came up with in

1  thinking about this problem.  And I know it's a little

2  premature and I realize that the Debtors, that Nortel has

3  not yet filed its reply brief, but what is wrong with my

4  ruling?  And why I don't hear first from SNMP.

5        MR. DEAN:  Thank you Your Honor.  This is David

6  Dean of Cole, Schotz, on behalf of SNMP for the record.

7        THE COURT:  Yes, good morning Mr. Dean.

8        MR. DEAN:  Thank you, good morning Your Honor.

9  Well we're not the ones who have a problem with your ruling.

10 We interpreted your ruling to require us to show something.

11 Now we do disagree that we should be the ones who have to

12 show that there was value paid by the purchasers before the

13 burden shifts to the Debtors, as we've indicated in our

14 opposition brief.  We think that in a classic direct profits

15 case once the copyright owner is able to demonstrate that

16 the product that is being sold or the asset being sold by

17 the infringer contains the copyright work improperly, then

18 the burden would shift.  And I think Your Honor indicated

19 that you may have disagreed with that theory, and that's

20 fine, but our opposition literally just asked for the Court

21 to give us some clarity on what the Court meant by the fact

22 that we had to show that the transfer of the software

23 constituted sales, i.e., generated revenue.  And either way,

24 though, whether we have to show that the software was just

25 embedded or we have to show more, that the buyers actually

1    would have paid more money for the products that were

2    purchased in the business line sales as a result of our

3    software, we are going to be prepared to do that by the

4    close of discovery.  So in addition to showing that the

5    software is embedded in the products, which is what we think

6    our burden is, even if we're held to a higher standard we

7    think we're going to be able to show it by showing that the

8    functionality of the product that the SNMP software brought

9    and the marketability that was brought by the software being

10   actually embedded in the product brought value to the sales,

11   we don't even think that the buyers would have closed

12   without functioning, working products.  So we think there is

13   a difference between the software itself being embedded and

14   creating functionality into the product and the value that

15   brought to the table with the right to use the software,

16   which some, but not all, buyers paid SNMP for after the

17   fact.  I'm not sure if that answers your question, Your

18   Honor but --

19            THE COURT:  Well let me -- it does -- let me just

20   ask you this.  The fact that the purchasers, after the fact,

21   after the sales, paid SNMP for the software doesn't that

22   eliminate your claim?

23            MR. DEAN:  No.  And the reason why is because

24   there are two aspects of damages under the Copyright Act.

25   One is a profit damage.  That analyzes what Nortel received

1  as a result of the sales.  The profits part of it is only

2  reduced by any actual damages proved.  So the question that

3  Your Honor just posed is -- really goes only to the actual

4  damages.  So we would have actual damages for unpaid license

5  fees and royalties to buyers had we not entered into

6  subsequent agreements with some of them.  So the

7  negotiations after the deals closed, the business line sales

8  closed, reduced our actual damages, but the Copyright Act is

9  very clear that a party is entitled to profit damages

10  notwithstanding whether they even suffered any actual

11  damages at all.  And so the whole point of it is to defer --

12  to deter infringers from making profit and improperly

13  selling products.  And Section 504(b) of the Copyright Act,

14  and we briefed this extensively below in our opposition to

15  the Motion for Summary Judgment, these two types of damages

16  are entirely separate things.  And the question that Your

17  Honor poses relates only actual damages, not to the profits.

18          THE COURT:  Okay.  All right.  I understand your

19  position.

20          MR. DEAN:  Thank you.

21          THE COURT:  Mr. Herrington, would you like to

22  respond?

23          MR. HERRINGTON:  Yes, Your Honor, thank you.

24  Your Honor, the circumstances we have here are unlike any

25  certainly that SNMP has pointed to as purported support for

1    its claim.  You know typically a copyright case will involve

2    somebody, you know, selling a t-shirt with a copyrighted

3    photograph on it.  You know somebody is on the street or

4    wherever they are, they sell it and money is paid, and you

5    know, there's some basis for asserting that some portion of

6    what's paid for the t-shirt is attributable to the

7    copyrighted material.  But, by contrast, what we have here

8    is a very scrupulously spelled out process that was done

9    under the Court's supervision and with the Court's approval.

10              And with your analogy Your Honor what we have

11   here is a business line for each sale that included many,

12   many things.  At each sale SNMP appeared and said we object.

13   If our software is a product, we object, and you know, we

14   need to be taken care of.  The way that was addressed was

15   that SNMP's rights were preserved.  At the sale hearings

16   every single buyer, of course, was represented and knew that

17   SNMP was sitting there in the room saying you need to

18   satisfy us before using our property.  And as Your Honor

19   specifically said at the sale to Ericcson, I think the

20   second sale to Ericcson, "That's right and SNMP if there's

21   any problem in reaching an agreement with the buyer, you can

22   come back to me."  So it was understood that the car with a

23   component that SNMP claimed rights to was going to the

24   buyers.  The buyers would have to compensate SNMP and if

25   there was any difficulty with that, the buyers could come

1    back to the Court.  So the Court did everything right,

2    handled this responsibly.  The Debtors did as well.

3              But what SNMP is now telling us is that based on

4    that fact pattern it has a claim that it now speculates is

5    worth about $200 million on the idea that the buyers really

6    paid Nortel something for SNMP's property.  And that simply

7    cannot be squared with the facts that occurred, but more

8    simply it cannot be squared with the Sale Agreements and the

9    Sale Orders.  You know this is one of those cases where when

10   you have unambiguous contracts and even more importantly an

11   unambiguous Court Order, that controls.  And what the

12   unambiguous Sales Contract and Sale Order said is this:  In

13   these sales the only property being sold is the Debtors'

14   property.  And of course that was right.  And what they also

15   said is that there is a purchase price being paid.  And what

16   is that purchase price for?  It is for what is being sold,

17   which is only Debtors' property.  So if the purchase price

18   was $10, $100, $1 million, by contract and by Court Order

19   that was solely for the Debtors' property.  So there's no

20   room for an argument that, oh, what really happened is the

21   buyers were paying some portion of that $10 or $100 or $1

22   million on account of property that didn't belong to the

23   Debtors, on account of property that belonged to SNMP.

24   Again the Sales Agreement says what the purchase price is

25   for and it's for Debtors' property.  And the Sale Order said

1    the only thing being sold here is Debtors' property.  So

2    looking for some kind of subjective intent or, well, people

3    really thought or what they really would have done is

4    something different from what the Sale Agreements and Sale

5    Orders provide can't work.  That's not how contracts work

6    and that's not how Court Orders work.

7              So the unambiguous terms of the Court Orders and

8    Sale Agreements make this a pretty simple case and, again,

9    quite different from the copyright cases that SNMP has

10   offered up as support for its argument, which is, you know,

11   buying a t-shirt with a copyrighted photograph on it.

12   That's not what we have here.

13             THE COURT:  All right.

14             MR. HERRINGTON:  Now, Your Honor, just to finish

15   off that point, again as Your Honor has focused on, the

16   facts confirm what the Sale Agreement and Sale Orders

17   provided.  So it's not just that there's some formality

18   here.  There's also reality and justice here, which is the

19   buyers knew, because SNMP was there, that they would indeed

20   have to sit down and compensate SNMP.  So again the idea

21   that some portion of the purchase price, that a penny or a

22   dollar of the purchase price, was attributable to SNMP's

23   property can't be squared with the fact that what the buyers

24   did, including Avaya and including before the closing even

25   happened, started to negotiate with SNMP to reach terms and

1  in fact did reach terms with them to pay them for that

2  component as to which SNMP claimed rights.  So the facts

3  corroborate what the Sale Agreements and Sale Orders

4  provide.  There's no argument that SNMP can make that, well,

5  they would have paid less if our software hadn't been in the

6  product or they paid more because our software was in the

7  product.  If what we're talking about is the purchase price,

8  the purchase price of the Sale Agreement and Sales Order was

9  strictly and solely for the Debtors' property.   That's all

10  for now, Your Honor.

11            THE COURT:  Okay.

12            MR. DEAN:  Your Honor, may I just address a

13  couple of Mr. Herrington's points just that we're all clear?

14            THE COURT:  Sure, sure, Mr. Dean.

15            MR. DEAN:  Thank you, Your Honor.  As I indicated

16  -- as I started out by indicating, I just want to make sure

17  that I fully make this point.  We believe that we got the

18  burden of showing that our product, the software, was in the

19  infringing product, that the infringer distributed the

20  product and received revenue from that sale.  So we would

21  also have to show the revenue, which we've done by showing

22  the proceeds from the purchase, prices from the business

23  line sales.  Our view is that under copyright law we only

24  have to show that there was some value to our software if

25  after the burden shifts to the Debtors the Debtors are able

1  to show credible evidence that the software had no value to

2  the business line sales.

3        And another point I want to raise, Your Honor, is

4  that Mr. Herrington continues to say, and he said it on the

5  June 1st status conference too, that we are getting paid by

6  all these buyers.  But Avaya, the most critical one, did not

7  pay us for use of the software for a very long time, for a

8  five or six year period, estimated.  And so it's not

9  accurate to say that we cut deals with all these buyers

10  afterwards and that they paid us all of the license fees and

11  royalties that we would have been entitled.  I know that

12  that only addresses the actual damages piece of this as I

13  mentioned a moment ago, but I wanted to make the point that

14  even from an actual damages analysis it's just not true that

15  we got fully paid up from all of the buyers for the

16  unauthorized use of the software that the Debtors' transfer

17  cost.

18        One other point I want to raise, Your Honor, is

19  that I think one thing Mr. Herrington didn't address, but is

20  the subject of their entire motion, is they want your Court

21  -- they want the Court, Your Honor, to rule that we have to

22  demonstrate that there is some separate side deal or some

23  document that contains the fact that our software was

24  included or sold to buyers.  To require a purchaser -- or a

25  copyright owner to show that someone wrongfully transferred

1    software and then documented that wrongful conduct to prove

2    its initial burden in a copyright case is not consistent

3    with any intellectual property or direct or indirect profit

4    case that I'm aware of and it would just simply be

5    incorrect.

6              But from a bankruptcy policy standpoint the

7    argument that I'm hearing is that because the software

8    wasn't listed in the Sale Order and the Sale Agreement then

9    we can't win, we can't win.  And I just want the Court to

10   consider, from a policy standpoint, what that type of ruling

11   would cause in a bankruptcy case.  It would literally gut

12   the profit rights of copyright owners in bankruptcy cases in

13   virtually every Sale Agreement because all -- and it would

14   create a roadmap for them for future Debtors to be able to

15   willfully infringe by transferring property that does not

16   belong to them by simply going to buyers and saying, here's

17   what we're about to do.  Work out your issues with the

18   copyright owner, and then not put it in the Sale Agreement

19   and not pay for the transaction.  It can't be the case that

20   the Bankruptcy Code completely overrides the profits

21   provisions of the Copyright Act.  And I think if you rule in

22   the way that the Debtors want you to rule that will be a

23   holding that will be universally applied to every future

24   bankruptcy sale involving the sale of intellectual property,

25   Your Honor, and we think that would be wrong.

1          One last point, Mr. Herrington raised this t-

2  shirt analogy a couple times but it's not just that -- he's

3  trying to make it seem like the fact that this case doesn't

4  justify a profits claim, but we just went through a multi-

5  year litigation with Avaya because Avaya improperly used our

6  software and other products, and we settled it with them.

7  And so to say that this is not the kind of case that

8  justifies profits because it doesn't involve a t-shirt and

9  that the facts are not exactly applicable because it doesn't

10  involve software in every single case is just wrong.  The

11  only thing that matters under the Copyright Act, Your Honor,

12  is that the work is subject to copyright protection.  It

13  doesn't matter whether it's a picture on a t-shirt, a

14  painting in a book, a poem, a song or software code.  It

15  doesn't matter.  It's all entitled to the same protection

16  under the Copyright Act.

17          That's all I have, Your Honor.

18          MR. HERRINGTON:  And --

19          THE COURT:  Yes.

20          MR. HERRINGTON:  -- Your Honor --

21          THE COURT:  Yes.

22          MR. HERRINGTON:  -- I would like to respond to

23  what Mr. Dean just said.  Mr. Dean talked about what they

24  have to prove.  The Copyright Statute and the case law is

25  very clear about what the requirement is if you want to

1   claim revenue, claim some portion of revenue based on a

2   copyright.  What the statute provides is you have to show

3   that that revenue, referred to as profits, is attributable

4   to the infringement of the copyright.  So it has to be

5   attributable to.  And what the Courts require interpreting

6   that is there has to be -- that the copyright holder has to

7   establish a causal nexus between the money that they're

8   trying to claim a portion of and the infringement of their

9   copyright.  Both of those cannot be established here as to

10  the purchase price.

11          Again what we have here is unlike anything that

12  SNMP has pointed to, including their separate lawsuit

13  against Avaya.  That separate lawsuit didn't involve a

14  Court-approved sale process.  It involved Avaya allegedly

15  using SNMP's software without a license.  I mean that's the

16  typical case.  What we have here is not the typical case.

17  We have a situation where the Court in Nortel acted as

18  responsibly and carefully as they could by addressing SNMP's

19  objections.  Those objections made clear to the buyers that

20  they were not acquiring from Nortel anything belonging to

21  SNMP.  They couldn't.  And SNMP was right there in the room,

22  and in almost every case I'm aware of the buyers had already

23  begun negotiations with SNMP to reach terms with them prior

24  to the closing of the deal, including Avaya.  Mr. Dean keeps

25  talking about Avaya.  With Avaya or at the closing Avaya and

1    SNMP had started negotiating what's called the Accession

2    Agreement to provide Avaya with rights to use SNMP's

3    software.  And that was concluded, that was entered into.

4    And in fact it was extended several times over more than a

5    year.  When that broke down, it had nothing to do with

6    Nortel.  It was because at that point SNMP discovered that

7    Avaya, completely separately from Nortel, but in its own

8    business because Avaya had separately had its own license

9    with SNMP, SNMP discovered or alleged that Avaya, on its own

10   license, was using software without paying for it.  That

11   blew up and that caused the Accession Agreement to no longer

12   be extended.  But that had nothing to do with Nortel.  The

13   Accession Agreement was entered into in connection with the

14   sale of the business line.  It was exactly what the parties

15   and the Court contemplated would happen and Avaya did

16   compensate SNMP.

17             Mr. Dean said something about what we're arguing

18   for would require some separate agreement that documents,

19   you know, infringement.  What we're saying simply is this:

20   The purchase price is not something that SNMP can claim a

21   share of because, again, the purchase price was solely for

22   Debtors' property and not for SNMP's property.  The Sale

23   Orders expressly provided that.  So if SNMP wants to claim

24   that there was some payment from the buyers to Nortel that

25   it is entitled to a share of, it would have to be some other

1    payment because, again, we know what the purchase price was

2    paid for.  By contract and by Court Order the purchase price

3    was strictly for the Debtors' property.  And again that

4    wasn't just a formality.  SNMP was there and objecting and

5    the purchasers knew that and in fact had already begun

6    negotiating with SNMP.  So they knew they weren't paying a

7    penny to Nortel for something belonging to SNMP.

8              Now -- and Mr. Dean said something about, you

9    know, just because SNMP's property wasn't listed in a Sale

10   Agreement.  It wasn't just that it wasn't listed in a Sale

11   Agreement.  The Sale Agreement said affirmatively and

12   expressly the only thing you're buying is Debtors' property.

13   And it also said you're not getting any belongings of SNMP.

14   So it wasn't just like some oversight that it didn't list

15   SNMP's property, it said expressly you're not buying

16   anything from SNMP, so no purchase -- no portion of that

17   purchase price is for SNMP's property.

18              And then finally Your Honor on this idea of

19   bankruptcy policy and that this would somehow set a negative

20   precedent, again what would set a negative precedent is

21   indulging SNMP's attempts to treat this case like a Lottery

22   ticket.  SNMP has been fully compensated by every buyer who

23   used its property.  And it was being compensated by Avaya

24   again until this separate blowup occurred.  But every other

25   buyer negotiated with SNMP and it's been confirmed by SNMP

1  paid the standard rate and if anything a higher rate than

2  what was being paid by Nortel.  But SNMP is coming back and

3  saying, well, there's this technicality in the copyright law

4  that says it doesn't matter if we didn't suffer any actual

5  loss, we just still have this hypothetical claim for

6  profits.  And guess what?  The business line purchase price

7  proceeds was $3 billion and we think we'll take $200 million

8  of that.  That is, in our view, Your Honor, outrageous and

9  it's outrageous given how carefully and responsibly both

10 Nortel and the Court handled this situation.  Again by

11 saying to buyers you're not getting anything belonging to

12 SNMP, you'll need to negotiate with them.  And again as Your

13 Honor said specifically in the Ericcson sale hearing to

14 SMMP, if there's any difficulty, you come back to us -- you

15 come back to Court and we'll help deal with that.  You know

16 we lived through that, and now after the fact, SNMP is

17 saying, oh guess what?  This was an egregious violation of

18 our copyright and you owe us $200 million based on this

19 Court approved and supervised process.

20           So if there's any bad precedent that would be set

21 here, it would be to indulge SNMP's claims based on the way

22 that this -- these matters were handled.

23           MR. DEAN:  Your Honor I just want to address the

24 Avaya issue because -- this is David Dean again -- Mr.

25 Herrington did this at the June 1st status conference and I

1    didn't respond to it then so I want to clear the air on this

2    now.

3                Nortel continues to take the position that Avaya

4    paid us for the use of the software and that the deal with

5    Avaya blew up because of issues that were outside of

6    Nortel's control based on another license agreement that

7    resulted in the case before Judge Andrews.  And this --

8    these comments are so inaccurate that I'm literally

9    surprised that he's -- it's just based on pure speculation.

10   We will be able to prove that that is absolutely not the

11   case.  The reason why the Avaya deal blew up were related to

12   the license fees and royalties that would have been due on

13   the products that Nortel sold to them, not because we found

14   that they were infringing on other products.  So to accuse

15   -- or to suggest that this deal with Avaya blew up and it's

16   not Nortel's problem or fault because we were negotiating

17   with them on some other deal is simply not true and we will

18   be able to prove it.

19               Mr. Herrington continues to throw out this $200

20   million number.  That number was an estimate and that

21   estimate was based on what we thought the value of the

22   software was for the global business line sales and what --

23   approximately half of that number was based on the profit

24   damages claim that we would have had against Avaya had Avaya

25   been unable to pay, okay?  So we're going to be modifying

1  this number to reflect the reality of the Avaya settlement,

2  assuming it goes final in a few weeks and results in a

3  dismissal of this case, and our expert reports are going to

4  detail the specificity of our damages.

5          But the last point I want to raise on this Your

6  Honor is that we -- regardless of whether we have to show

7  that the software was embedded to meet our initial burden or

8  we have to show that the software provided functionality and

9  the buyers paid more for the functioning, working product,

10  we think we're going to be able to do both.  That's why

11  although we don't think that -- the burden that Your Honor

12  placed on us we thought it was a little too high based on

13  copyright law we're still going to be able to meet either

14  one of those burdens.  And even in our opposition brief to

15  the Summary Judgment we gave an example of Nortel's attempt

16  prior to the sale to GENBAND to remove our software when we

17  started complaining from the products before the product was

18  sold to GENBAND, and the result of that was an e-mail from

19  Nortel saying we can't do this right now, it's going to

20  destroy the functionality of the product; it's creating all

21  these problems, and in order to fix it and replace it with

22  an equivalent software it could take up to two man years to

23  do so we're just going to take our chances and sell property

24  that we know we didn't own because that's the circumstance

25  that they were in.

1          So to us, Your Honor, that alone demonstrates the

2    substantial value and functionality that the products

3    brought to the table.  And we put that in the record in

4    opposing the Summary Judgment, but as we get through the

5    conclusion of discovery we believe we'll able to find many

6    more examples of that and prove that there was some value to

7    the software and meet the burden that the Court set forth

8    anyway.

9          That's all I have, Your Honor, on the profit

10   damages issue.

11          MR. HERRINGTON:  Your Honor --

12          THE COURT:  Yes.

13          MR. HERRINGTON:  -- just very briefly if you'll

14   just give me one or two minutes.

15          On the Avaya point, again the Avaya Sale

16   Agreement said the purchase price is being paid for solely

17   Debtors' property and the Court Order provided the same.

18   Avaya already, before the closing even occurred, had begun

19   negotiating with SNMP to reach an Accession Agreement and

20   did.  So if there's some -- even if there's some idea of

21   what is the subjective mindset of the purchaser, which again

22   we believe is not relevant when you have an unambiguous Sale

23   Agreement and Sale Order, the mindset of Avaya was we know

24   we have to compensate SNMP if we want to use their software.

25   And they did exactly that.  And that went on for over a

1    year.  When it didn't get extended -- I'm not speculating,

2    this is what Avaya said in its answer to SNMP's complaint --

3    it said the reason it didn't get extended was because SNMP

4    refused to negotiate in good faith.  So this is not

5    something that SNMP, you know, a year after the closing, can

6    turn around and point to Nortel as somehow responsible for

7    that.  The same thing with GENBAND, GENBAND knew that it

8    would be compensating SNMP for use of its software and it

9    did exactly that.  It did exactly that.  And SNMP has

10   confirmed that the GENBAND license agreement fully

11   compensates SNMP for use of its software, exactly as the

12   Court expected and exactly as Nortel expected.

13          So again for SNMP to, after the fact, say that

14   some portion of the Court supervised purchase price was paid

15   for property not belonging to the Debtors, but instead

16   belonging to SNMP, simply cannot be squared with the

17   agreements, with the orders or with the facts.

18          THE COURT:  All right.

19          MR. DEAN:  Your Honor, I just have one last.

20   This -- there's a lot of facts, these are all facts and none

21   of these facts are in the record on the Summary Judgment so

22   I don't know how Mr. Herrington is expecting you to rule on

23   Summary Judgment on a bunch of disputed facts that we have

24   about what agreements what meant what.

25          I'll spare you of any other dialogue on this,

1  Your Honor, but I just wanted to mention that one last

2  thing.

3          THE COURT:  All right, well, what I intend to do

4  after I get Nortel's brief on Friday, is I will write

5  something which hopefully will be helpful to the parties and

6  helpful to me.

7          I will say this just in passing.  SNMP has

8  mentioned $200 million.  That number sounds extremely high

9  to me for resolution purposes.  And I recognize that SNMP

10 may or may not be holding to the $200 million, but certainly

11 that is an extremely difficult number for Nortel to resolve

12 this case for.

13         And with that let's go to the discovery.  I know

14 I got letters, and I was disturbed that Nortel reports that

15 SNMP did not share with it the document -- or I should say,

16 the server to which it refers in its letter of June 24, and

17 so perhaps SNMP can start at the beginning here.

18         MR. DEAN:  Sure, Your Honor, I'll be happy to

19 address that first one.  First of all I just want to thank

20 the Court for hearing us on this discovery dispute today.

21 This is David Dean again for the record.

22         THE COURT:  Yes.

23         MR. DEAN:  We're here today as a result of

24 Nortel's inadequate efforts to locate the most critical

25 information in the case, Your Honor.  This information can

1  be broken up into two discrete but somewhat related

2  categories.  The first is product specific revenue, cost and

3  sales information.  The second is information relating to

4  what Nortel products contain the software.  And given the

5  allegation by Nortel that this discovery dispute is

6  premature because we didn't share with them where we thought

7  this information might be located, I think it's helpful to

8  give the Court a timeline as to how we got here today

9  because I think that will clear that issue up.

10            The Court may recall that during the June 1st

11  status conference we requested an extension of discovery

12  based on the Debtors' failure to produce certain categories

13  of information, including categories of information subject

14  to today's hearing.  In objecting to that request Your Honor

15  the Debtors criticized us for not bringing discovery

16  disputes to the Court earlier.  Specifically Counsel said,

17  "Just as Your Honor said, if SNMP is unhappy with what we're

18  able to provide, they should have gone to Court.  They

19  should have gone to Your Honor really almost a year,

20  certainly half a year ago.  They shouldn't be here in June

21  of 2016 saying let's pushback the discovery deadline."

22  Nortel also told the Court at the June 1st status conference

23  that they intended to produce spreadsheets to us and would

24  be following up with questions to us later that day.  Nearly

25  a week passed after that hearing, Your Honor, and we heard

1  nothing from the Debtors.  So on June 7th we advised them

1  nothing from the Debtors.  So on June 7th we advised them
2  that we intended to schedule a discovery hearing on the
3  Debtors' responses to certain interrogatories and document
4  requests.  The Debtors, that day, responded by advising us
5  that they intended to get a letter to us detailing what
6  financial information does and doesn't exist and
7  supplemental discovery responses within a week, by June 14th.
8  We told the Debtors, in light of that, that we'd wait to
9  schedule the discovery hearing until we saw what they
10  provided to us.  And on June 14th they did provide us
11  supplemental discovery responses and a one-and-a-half page
12  letter explaining that they don't believe the Debtors have
13  any financial information relevant to SNMP's damages claims
14  based on the way that their way financial data was kept.  So
15  the next day, after we received this, Your Honor, we advised
16  the Debtors that we intended to proceed with the discovery
17  hearing because we got no documents and we got no
18  information.
19          Two days later, on June 17th, which was a Friday,
20  we had a meet and confer.  The Debtors asked for a meet and
21  confer because they wanted to understand what issues we
22  would be focusing on at the hearing.  We had a conversation
23  with them.  We told them that we were going to be focusing
24  on the two issues that we brought to the Court, and we also
25  told them that we thought they were looking in the wrong

1   place for the information that we were seeking.  But we

2   didn't at that time have any idea where that place was

3   because they had given us no transparency as to where they

4   had searched.  So we concluded this call agreeing that there

5   was nothing else to talk about and that we would put our

6   issues in front of the Court.

7           So after this June 17th call, Your Honor, I

8   decided, on my own, to go to the motion that the Debtors

9   filed back in November.  It dawned on me that they have a

10  list of servers that they're proposing to retain and that

11  they in fact did retain.  So after our last meet and confer

12  I discussed this chart that they publicly filed on the

13  docket with our expert, and our expert advised me that they

14  believed that the information should be available and that

15  they are looking -- they appear to be looking in the wrong

16  server.  And so we put that in our letter, Your Honor, but

17  at the time we had our last meet and confer I certainly

18  didn't even know what a MAT DB server was and we certainly

19  weren't willing to pull the discovery hearing today to wait

20  for them to search this one server when our request for

21  relief is to make them search everything because we don't

22  know where these particular items might be.  We just have a

23  theory based on our expert speculating where it might be, so

24  we thought it would be helpful to share it with the Court as

25  part of our letter, but we didn't even know about this until

1   a couple days before the hearing.  So for Nortel now to try

2   to basically distract this hearing by making it about this

3   one server is just not a credible argument, Your Honor.

4            Nortel specifically argued on June 1st that we

5   weren't moving quick enough and now they're arguing that

6   we're moving too quickly and we should have given them an

7   opportunity to search the server before we came to Court so

8   that we can wait another four or five weeks to get an answer

9   from them and then get tied up on another objection to an

10   extension later.  And we just weren't willing to do that

11   given the timing of the schedule in this case.  We were

12   willing to proceed in that way when we thought that the

13   Debtors would cooperate with us and give us more adequate

14   extensions and agree to them, but they've demonstrated that

15   they're not.  So we have to do what the Court told us to do

16   on June 1st which is litigate this case and bring issues

17   before the Court when they arise.  And that's what, in my

18   view, we're doing today.

19            So that addresses the issue of the prematurity --

20   or the so-called prematurity of the discovery hearing, and

21   you know, obviously explains the reasons why we didn't and

22   we couldn't have brought this issue up to the Debtors until,

23   you know, literally a day or two before we wrote our letter.

24   So -- and by the way it's just a theory.  It's not even --

25   it's not -- we don't even know whether this might be there.

1    We just think it should be there.  That's all.  And for the

2    Debtors to not have thought about this themselves and

3    searched their own servers that they have the possession of

4    and say that it's our fault because we didn't mention the

5    possibility that something might be there after we started

6    investigating it Your Honor is just simply not credible.

7    The Debtors have a duty to produce relevant information and

8    to search their own systems in the right places.

9            Now, Your Honor, we think that on the substance

10   that the Court should order the Debtors to conduct adequate

11   searches for product specific financial information.  The

12   financial information that we're requesting is revenue,

13   sales and cost information concerning the Nortel products

14   that were unlicensed during the pre-business line sale

15   period and the Nortel products that contained the SNMP

16   software that were improperly transferred as part of the

17   business line sales.

18           Now with respect to the products that were

19   unlicensed prior to the asset sales, we need sales

20   information by product to calculate the number of products

21   sold for our actual damages claim.  This information will

22   tell us how many products for which royalties and other

23   payments should have been received.  And had they been

24   properly licensed we also need the information for our

25   profit damages claim relating to the pre-sale periods.  The

1  revenue and cost information that we're seeking will allow

2  us to identify the revenues and profits that Nortel

3  received.  And as the Court knows -- I know that as you

4  mentioned you're not a copyright lawyer, but you've had a

5  number of these type of cases -- or a copyright Judge -- but

6  the Court knows by now that this is our initial burden to

7  put forth the revenues and the burden will then shift to

8  Nortel to identify the costs and expenses.  So this is

9  necessary and relevant information with respect to the

10 unlicensed pre-sale products.

11       With respect to the products that were improperly

12 sold to business line buyers which include, but are not

13 limited to, the products that were unlicensed prior to the

14 sales we're seeking similar information.  This information

15 concerns our transfer based profit claim, which is the

16 subject of the Motion to Clarify that we just spent time

17 discussing.  We intend to use this information even though

18 it's the same in a slightly different way.  And what I mean

19 by that, we intend to use it to compare the profits from the

20 products sold to the business line buyers containing our

21 software with the total profits from each of the respective

22 business line sales.  And this comparison, Your Honor, will

23 allow us to calculate a percentage of the total purchase

24 prices attributable to products containing our software.  We

25 then intend to calculate, through a different process, the

1    value of the SNMP software to those specific products that

2    contain the software, which will give us at the end of the

3    day an overall percentage of the value of the software

4    attributable to the improper transfer of the software

5    through the business line sales.

6                And despite the fact that there's no debate here

7    about the need for this information, I thought it would be

8    helpful to lay the framework and explain to the Court

9    exactly what we're asking for, but also explain to the Court

10   why we actually need it and why it's critically important.

11   And despite the fact that there's been no contest about its

12   relevance, the Debtors haven't produced anything to date,

13   despite the fact that our discovery request has been pending

14   since last August.  Their June 14th supplemental discovery

15   responses and their one-and-a-half page letter, Your Honor,

16   maintain that Nortel did not record financial information on

17   a per product basis.  So based on the wording of these

18   responses we inferred that the Debtors might be limiting

19   their search to the general ledgers where financial

20   information is summarized at a high level for financial

21   reporting purpose, but we weren't sure.  The Debtors' letter

22   to the Court confirmed SNMP's fears that their search had

23   been wholly inadequate.

24                And speaking of mentioning things for the first

25   time in these letters, Your Honor, the Debtors acknowledge

1  for the first time in their letter that their search has

2  been limited to the SAP financial recordkeeping system which

3  is effectively the general ledger.  The statement in their

4  letter, however, that the Debtors previously explain this to

5  the Court is simply not accurate.  They never mentioned this

6  SAP system to the Court or in any prior communication with

7  SNMP.  Instead the Debtors advised SNMP on June 14th that,

8  "We have investigated the system that Nortel used to

9  maintain financial information and learned the information

10 set forth below."  Nortel never mentioned the SAP servers or

11 said that their search was limited to those general ledger

12 servers.  We had to piece this together ourselves, Your

13 Honor, based on Nortel's vague references to Nortel's

14 financial reporting system.  And that's why I undertook the

15 investigation after the last meet and confer that I

16 discussed to try to figure out what their letter actually

17 meant.

18            It should have been obvious to Nortel, however,

19 that product specific information would not be kept at the

20 general ledger level, Your Honor.  This doesn't mean,

21 however, that the information doesn't exist.  In fact we

22 submit that a company of Nortel's size had to track

23 information on a product level.  That information is not

24 inputted manually into these SAP general ledger servers.

25 Instead, the information we believe is pulled from other

1   modules linked to the finance network and once -- one of

2   those sources we think might be the MAT DB server that we

3   mention in our letter, but this information could be located

4   on other servers as well.  But we literally have had no

5   transparency into Nortel's efforts or network other than

6   this chart that they file with their document destruction

7   motion, so we're left to speculate.

8             The Court, in our view, should not let the Debtor

9   get away with generalized statements that they lack basic

10  product specific information that a company like Nortel had

11  to have maintained.  This adversary proceeding has been

12  pending since 2011 and the Debtors have not moved to destroy

13  any relevant information on this point.  We assume that the

14  Debtors had adequate litigation holds in place and that the

15  information has to be located somewhere, it's just not on

16  their general ledger, apparently.  The Debtors Your Honor

17  should be ordered to search all their records and servers

18  for the product specific sales and cost information.  And if

19  they're unable to locate the information or they lack the

20  expertise to find it and product it, then we're willing to

21  work with them on it.  And we submit that the Court should

22  permit SNMP's experts to go in there with the assistance of

23  Nortel like we've done with the BOB or source code searching

24  and try to figure this out.  The Court, Your Honor, we

25  believe, should similarly order Nortel to search its records

1    for bills and material or other information providing what

2    Nortel products contain the SNMP software.  The Debtors'

3    basic position on this point is that we should have to look

4    solely to buyers and the source code searching to find out

5    what Nortel products contain our software and that the

6    royalty reports the Debtors provided, which we already have,

7    is all the Debtors have to do to investigate what products

8    contain the software.

9              We submit that this position is flawed for

10   multiple reasons, Your Honor.  First, like the general

11   ledger issue we just discussed, the royalty reports have to

12   be based on source information.  In other words, Nortel had

13   to have kept records of what product contained the software

14   to determine what royalties to pay in the first place.  SNMP

15   should be permitted to examine those source documents to

16   confirm whether there are products that contain the software

17   that were not included in the royalty reports.  This is also

18   important because the Debtors will not even stipulate that

19   the royalty reports accurately reflect the Nortel products

20   containing the software.

21             Second Your Honor, SNMP is entitled to know what

22   Nortel knows about what products contain its software.  SNMP

23   should not be required to rest on searches from third party

24   buyers and the source code searching exercise that Nortel

25   has already indicated that it would be challenging.

1   Although SNMP has some information on what Nortel products

2   contain the software, Your Honor, we are entitled to examine

3   whether Nortel maintained bills and materials or similar

4   information that would definitively demonstrate what

5   products contain the software.  The Debtors have not shown

6   that they have made any effort whatsoever to look for this

7   basic information.

8           So in summary Your Honor the Debtors' contention

9   that this discovery hearing is premature based on a

10  suggestion that we made in our letter to search a particular

11  server which we didn't even know about until recently is

12  nothing more than a distraction from the undisputed fact

13  that the Debtors have failed to produce relevant

14  information, failed to search servers that they should have

15  searched, did not tell us what servers they searched, left

16  us in the dark, have provided no details that they can

17  produce at all as to the effort that Nortel has undertaken

18  and they've simply failed to conduct proper searches.  We

19  submit, Your Honor, that the Court should order them to do

20  so.

21          THE COURT:  Let me ask you this Mr. Dean.  What

22  is your timeframe, the pre-petition -- I'm sorry -- the pre-

23  sale timeframe?

24          MR. DEAN:  Well the expert reports are due when

25  they're due.  And our expert report would have to address

1   both of these issues because we have profit claims relating

2   to the pre-sale timeframe and we have profit claims relating

3   to the sale -- the improper transfer claims.  And so the

4   timeframe for the pre-sale claims is the same as it is for

5   the transfer claims.

6           THE COURT:  I guess what I meant is how far back

7   do you want Nortel to go?

8           MR. DEAN:  Well, Nortel said that -- well, our

9   document request -- let's start with the document request.

10  Our document request asked for everything going back to the

11  date of our License Agreement, which is 1998, and we

12  understand that Nortel may not have that level of

13  information.  But we certainly don't want to limit it to the

14  Petition date because, as I mentioned to the Court at the

15  last hearing, once the Avaya settlement goes hard, we're

16  going to ask that the Proof of Claims get consolidated with

17  this case because it's the exact same issue, just a

18  different time period.  So that will go back I believe three

19  years prior to the Petition date.  So if we got five years

20  of information, that would probably suit us.  But I haven't

21  discussed this specific issue with my client.

22          THE COURT:  All right.  Mr. Herrington, is it you

23  who will respond?

24          MR. HERRINGTON:  Yes, Your Honor.  I should say

25  there's a lot there, and in all due respect, I think almost

1  everything that's been said is either wrong or certainly

2  based on pure speculation.  Just to begin, I'll track, to the

3  extent I can, the same order that Mr. Dean covered things,

4  going back to the discussion on the 1st of June about SNMP's

5  request to extend all the deadlines, yet again, after over a

6  year of extensions.  The point that we made was that SNMP was

7  saying well, we're not satisfied with the state of discovery.

8  If they weren't satisfied with the state of discovery, that

9  should have been addressed months earlier.  SNMP simply did

10 not engage and if they thought they had a worthy Discovery

11 Motion to bring to the Court they should have brought it half

12 a year earlier, not waited until June and said oh, wait,

13 nothing has happened and we need to extend all the deadlines

14 again.  That certainly is not an invitation to bring an

15 unjustified Discovery Motion as they have here.  It's simply

16 a comment, and an accurate comment, on the fact that SNMP

17 simply has done nothing to move the case forward and then got

18 to June and said we need another -- I think at that point

19 they were saying another half a year of extensions.

20         With respect to financial information and this MAT

21 DB server, I think it probably would be helpful to talk about

22 first what we have done and what we understand and then this

23 sudden interest of the idea of a MAT DB server.  Mr. Dean

24 keeps saying well, we think Nortel must have tracked revenue

25 and cost information on a per product basis.  I don't know

1  why he thinks that must have happened.  If it has, if it did

2  happen, it's not something that we're aware of and have

3  learned from our extensive discussions with the people who

4  are still working for NNI, all of which we've shared and set

5  forth in our letter to SNMP.  What -- the way Nortel tracks

6  information, and again, let me just pause for a moment.  NNI

7  doesn't -- you know, sold off all the businesses.  So it

8  totally doesn't have any operations people or engineers.  It

9  has two regular consultants who are former Nortel employees

10 who are in the Finance Department and then one other

11 consultant who's available on an ad hoc basis who's also in

12 the Finance Department.  We have engaged extensively with

13 them to try to find any relevant information in response to

14 SNMP's request, which is it's saying, as it continues to say

15 today, that they need revenue and cost information on a per

16 product basis.  What has been explained to us, and we

17 explained to SNMP, is that Nortel didn't track their

18 financial information on a component or product basis.

19 Here's how they approached their business and their revenue

20 and expense tracking.  When they sold a product to a

21 customer, they thought of that as a solution and a solution

22 would also involve as many different products and services

23 that are offered as a package and because it was being sold

24 as a package and often times, you know, a tailor-made package

25 for particular customers, that was the basis for tracking

1  revenue, revenue for that solution.

2       Now, how did they record revenue?  They have something

3  called a profit center.  It wasn't referred to as a product.

4  It was a profit center and they explained to us, and we have

5  explained to SNMP, profit centers typically involve more than

6  one product.  It was heard that same solution concept that if

7  things typically were sold together, then they were treated

8  on that basis as a profit center and revenues would be

9  tracked per profit centers, not per individual products or

10  components that might make up those profit centers.  And

11  again, because we track -- when they sold a solution to a

12  customer, that often would actually involve multiple profit

13  centers; not just multiple products but multiple profit

14  centers.  But when it came time to book the revenue, it had

15  to be put somewhere and it would be put in one single profit

16  center.  And we understand there is often kind of a, you

17  know, tussle within the business units about which profit

18  center would get the credit for the revenue.  But whatever --

19  however that decision came out, it would go to one profit

20  center, even though that revenue really is attributable to

21  multiple profit centers.  So when you look at revenue for a

22  profit center, there's a few different reasons why it doesn't

23  track with products.  One is it may reflect revenue for an

24  entire solution that actually included other profit centers,

25  and yet it happens just to be placed in this one profit

1   center.  And two, a profit center typically involves more

2   than one product.  So there's just no way to take that profit

3   center information and match it up with products.  There's

4   nothing inherently wrong with that.  That's just how Nortel

5   ran its business, that's how it's offering it to customers,

6   and that's how it tracked revenue and the expenses associated

7   with that revenue.

8           By the way, there's another issue with trying to

9   match revenues to the expenses and that is for general

10  overhead expenses, those were typically spread across

11  different profit centers.  So they wouldn't always be matched

12  with whatever revenue was attributed to that profit center.

13  So it's just a mismatch issue that further complicates

14  things.  Again, none of this is, you know, inherently

15  problematic or wrong or odd.  It's just the way Nortel ran

16  its business.  It wasn't running its business for purposes of

17  some lawsuit down the line where you have a party saying

18  well, what it needs is product-specific information.  Again,

19  we've explained all this.  We said this is the system that

20  Nortel used for tracking its revenue and expense information.

21  If -- SAP is simply a brand name.  It previously had been

22  Oracle.  If SNMP was interested in the brand name of the

23  system, we would be happy to provide that.  We weren't trying

24  to keep anything back.  And by the way, the -- so the SAP

25  system was used from 2007 onwards.  Before that was an Oracle

1  system and what we understand about it was that its tracking

2  of revenue was on an even higher level.  So it's even further

3  away from product specific information.

4           Now, in all these discussions, we've been

5  explaining to the folks at Nortel and NNI that what we're

6  really after is product-specific information.  So if there

7  had been some server or database that had that information,

8  they certainly would have suggested it to us.  They obviously

9  were not aware of any other server or database that would

10  have it.  And again, SNMP assumes there is.  I mean its

11  approach throughout this entire discovery process is we are

12  not satisfied.  You know, whatever you tell us, we're not

13  satisfied.  I mean what can we say?  Nortel tracks

14  information on a profit center basis.  Suddenly, again, you

15  know, we've explained all that to SNMP.  It said well, we're

16  not satisfied.  We don't -- and from the Nortel perspective,

17  we don't know what else we can do.  But SNMP is determined to

18  go and file a Discovery Motion.  Then we see in the Discovery

19  Motion, oh, it -- we -- SNMP says we agree all this profit

20  center stuff will not work for our purposes.  But we see in

21  the Document Destruction Motion that there's a list of

22  another server called MAT DB and all it says is MAT DB and it

23  says order fulfillment and supply chain.  And so now SNMP's

24  Motion is based on its speculation that the MAT DB server

25  must have what it's looking for.  There's nothing wrong with

1   it speculating about that.  It could have speculated weeks or

2   months ago.  The Document Destruction Motion was filed in --

3   where?

4           UNKNOWN FEMALE:  November 2015.

5           MR. HERRINGTON:  November in 2015.  You know, if

6   it thought that it could find something that we were

7   overlooking by looking at that, we don't have any problem

8   with that.  But to get in front of the Court where it

9   officially said two things; one, we just aren't satisfied

10  because we don't like this profit center information; and

11  then two, oh, we've got a new idea that we want Nortel to

12  investigate.  That's not something you do in a Discovery

13  Motion.  It's -- once they discovered that, if they thought

14  that was a promising avenue, they should have withdrawn their

15  letter, or not even filed their letter, and said, you know,

16  let's both put off our letter and let's focus in on this MAT

17  DB server.  Now, as soon as they -- that was this Friday at

18  11 a.m. when we got their letter, the first that there was

19  any suggestion because, again, there's never been a

20  suggestion from within Nortel that this MAT DB server could

21  be useful, we've been investigating.  The three folks I

22  described who are consultants to NNI are -- did not use that

23  database and are not familiar with it.  We have confirmed

24  that it's accessible and one of the Nortel folks tried to

25  query it to see what might be available and what he reported

Case 09-10138-MFW    Doc 16964    Filed 06/29/16    Page 43 of 80

1 to us is that he would get results that either were no

2 results or results that didn't mean anything, at least didn't

3 mean anything to him.  So, again, it's not something that we

4 see as members of the Finance Department used or understand.

5 What we're doing is trying to follow up and see if we can

6 find a former employee, any former Nortel employee, who is

7 familiar with it, and we have a lead; somebody that we think

8 may fit that bill.  We're going to contact that person and

9 see what we can find out.  But again, this is not something

10 that you do in a Discovery Motion at the last minute.  This

11 is something that we should have worked out cooperatively.

12 We'll either -- there'll either be useful information, and

13 again, I'm not saying there isn't, but for all -- from all

14 our discussions with the folks at Nortel, we've never gotten

15 an indication that there would be.  But there either will be

16 or there won't be, and we're happy to share that with SNMP

17 and we would have been happy to do this back in November or

18 December if SNMP wanted to say, oh, here's this other server

19 that we speculate may have useful information.

20          So that's where we stand on the financial

21 information.  Again, you know, to be determined, and we'll

22 work with SNMP and share whatever we learn about the MAT DB

23 server.

24          The other thing that Mr. Dean talked about was,

25 again, SNMP says on the -- there's another subject that

1  they're not satisfied on and that is they wanted to know is

2  there -- are there any other products beyond those that are

3  already known that use SNMP software.  Now, there are a lot

4  of sources of information that have been collected and

5  provided on this already.  One, of course, is Nortel

6  certainly worked to identify any products that had SNMP

7  software and to pay royalties for them and it did that.

8  We've also discovered and have provided SNMP the internal

9  working documents of the group that was responsible

10  specifically for monitoring when Nortel used SNMP software,

11  and not just SNMP.  We just -- makes it seem like SNMP is

12  this super important provider of software.  It was just one

13  provider of a pretty low level standard software.  This group

14  is responsible for tracking the use of any third-party

15  software and making sure it was handled appropriately.

16          They -- in addition to the reports that were sent

17  to SNMP for royalty purposes, they also had a working

18  spreadsheet, and for example, that working spreadsheet lists

19  this product called the MG-9000 that SNMP now alleges had its

20  software and didn't -- and the royalties weren't paid for it.

21  What it says is -- it says royalty buy-out and it also says

22  the project was canceled.  So this spreadsheet reflects the

23  work of this group, the contemporaneous real-time work, and

24  we have provided that.

25          In addition, in terms of what can be done now to

1  try to investigate this subject, the buyers are in a position

2  to do that where Nortel isn't.  When each business line was

3  sold, the engineers -- I don't know if all of them -- but

4  engineers associated with that business line went to the

5  buyers and all the databases used to make products went to

6  the buyers.  So the buyers have the information and resources

7  that Nortel no longer has, because the businesses have been

8  sold, to conduct the search.  And if the question is doing a

9  retroactive, retrospective, investigation to try and go back

10 and find something that isn't already known about, the buyers

11 can do that and the buyers have done that.  SNMP went to each

12 buyer and asked them to conduct a search, and they've done

13 that.

14         Now, again, if SNMP thinks that the buyers didn't

15 do it thoroughly or there's something deficient or there's

16 something missing, they can use third-party discovery.  In

17 fact, they already have subpoenas to the buyers for other

18 information.  There's no reason why SNMP could not have, and

19 still could not if it wishes, ask those buyers to do any

20 searches if they think something was overlooked.  We're not

21 aware of any basis to suggest something was overlooked but if

22 SNMP thinks there was, that is available to them.  So those

23 are two major sources of information.  Third, we've also been

24 indulging SNMP on this BOB searching process.  And again, a

25 BOB is simply a container that stores software.  What -- the

1  fact that its software is stored in a container only tells

2  you that; that it's one of the many things stored in that

3  container.  It doesn't tell you that the software was used in

4  a product and, if so, which product it was used in.  But SNMP

5  has wanted to search the BOBs that Nortel maintained for any

6  BOB that would contain its software.  It's already gone

7  through that process with the Canadian Debtors and it's now

8  going through that process with us.  It's time-consuming.

9  It's expensive.  And again, we don't think the results will

10 tie to a product, but at least until now, we've been

11 indulging SNMP and going along with its request and that too

12 is ongoing.  So this idea that, you know, SNMP just keeps

13 saying we're not satisfied; we just think the Debtors aren't

14 trying; we think there's something else out there that

15 they're not doing, it's just not so.  We've been working with

16 them.  Again, with this MAT DB server, we would have been

17 happy to answer their questions any time they raised it.  The

18 fact that they didn't raise it until they sent a letter to

19 the Court we think is really kind of out of line.  But we're

20 looking into it.  So again, the idea -- I don't think there's

21 a Discovery Motion here.  There's a pending request about the

22 MAT DB server, which we will respond to, and if for some

23 reason we reach an impasse and SNMP is dissatisfied then, you

24 know, it has a justified complaint; it can go to -- come to

25 the Court.  But for them to be involving the Court now I

1  think it is unfounded.

2          So, Your Honor, I'm happy to answer any further

3  questions you may have.  And again, I think from our

4  perspective it's to be determined this DB server has any

5  useful information or not.

6          THE COURT:  So the answer that you would give to

7  Mr. Dean is that you have produced all of the information you

8  have, except for the DB server of course, and that none of it

9  is product-specific?

10          MR. HERRINGTON:  Well, the answer, Your Honor, it

11  actually is even more complex than that.  Because things are

12  tracked as profit centers, it's hard to even find a match

13  between a product and a profit center, at least they relied

14  on that, and especially when this has been explained to us

15  many times by the Finance people.  Even if something might

16  seem to relate to a product, it very likely contains multiple

17  products.  So what we've explained, and I think SNMP agrees,

18  is this profit center information is not what they're looking

19  for.  As they explain in their letter at the bottom of page

20  two, they say it appears that Nortel may be focusing its

21  search on the general ledger servers and the four SAP

22  servers.  These servers are not likely to contain the

23  product-specific information SNMP research needs to proffer

24  revenues from unlicensed products because they say, instead,

25  these servers appear to container high level, i.e. profit

1  center information for financial reporting services, which

2  likely explains why the U.S. Debtors have been unable to

3  locate any relevant financial data, and we agree with that

4  because profit centers information is not a match for what

5  they're looking for as to product-specific information.

6  Again, their new proposal, and this is the next sentence in

7  their letter, they say, "the relevant source information

8  compiled at the general ledger level appears to be located on

9  a different retained server entitled MAT DB".  We haven't

10  heard that from anyone at Nortel and said we don't have a

11  reason to think it's accurate, but we're going to

12  investigate.  You know, again, the only thing that SNMP knows

13  about it is it refers to order fulfillment and supply chain,

14  and again, we are looking into it.  So I think that's what

15  remains to be done and we are doing that promptly.

16          THE COURT: All right.

17          MR. DEAN:  Your Honor?

18          THE COURT:  Yes, Mr. Dean?

19          MR. DEAN:  Thank you.  Let me just start by trying

20  to characterize my own request appropriately.  This is a

21  Discovery Motion.  As I said, we made a suggestion that the

22  server might contain the information, but we are requesting

23  that the Debtors be ordered to search wherever this

24  information may be.  We're not asking that the Court Order

25  that it be limited to this particular server and we're

1  actually willing to have someone come in there and help them

2  do this on our dime.  This is very important information that

3  we need.  So we're not trying to skirt all of the obligations

4  to do this on the Debtor.  If the Debtors don't have the

5  proper people in place to review this information and to

6  produce it, as Mr. Herrington alluded to, we are happy to go

7  in there and try to help them do this.  We do not want this

8  to be an adversarial part of the process.  We want to just

9  find the information.  That's our sole goal here.

10                 THE COURT:  Let me stop you right there.

11                 MR. DEAN:  Sure.

12                 THE COURT:  And ask Mr. Herrington if you're

13  willing to have SNMP people search for servers.

14                 MR. HERRINGTON:  Search for servers?

15                 THE COURT:  Well, or search the servers that you

16  have.

17                 MR. HERRINGTON:  Well, I'd have to think about

18  that.  That's not how discovery usually works.  I don't know

19  that I, in principle, have a problem.  And again, we have --

20  we came to the Nortel personnel saying we are looking for

21  product-specific revenue and expense information.  The idea

22  like we haven't done that; that we haven't done an

23  investigation, is just utterly untrue.  What we have been

24  told is that the way Nortel tracks its revenue and expense

25  information is on this profit center and solution basis.  So

1  again, SNMP just says well, we don't like that.  You know,

2  that's not what we want.  That's -- okay, I'm sorry that

3  that's not a match for what they want and they've been saying

4  there must be product-specific information somewhere.  The

5  idea -- and, you know, I think maybe what would make sense if

6  they wanted us -- we can provide a Declaration from somebody

7  in the Finance Department.  They can take a deposition to

8  understand what's there.  If there's a server that has

9  relevant information, we're happy to search it.  I don't know

10 that we have a problem with SNMP searching it.  At this

11 point, we've done everything we can to investigate whether

12 there is a server with relevant information and SNMP has

13 thrown out this idea in its discovery letter well, we're

14 speculating that the MAT DB server may have something

15 relevant.  We're looking into it.  So I guess the short

16 answer to Your Honor is I don't know that we're opposed to

17 that, but I don't think we're necessarily at that point

18 either.  We're happy to investigate whatever anybody thinks

19 we should investigate, which is what we've been doing

20 already.

21            MR. DEAN:  Well, here's the problem, Your Honor,

22 and this is David Dean again.  Mr. Herrington and Nortel want

23 us just to believe everything they say in a one-page summary

24 letter without giving us an opportunity to do the work

25 ourselves and this is perhaps the most critical piece of

1    information that we need in this case and they're coming back

2    to us and saying it doesn't exist.  Please believe us.  We

3    might -- maybe we'll give you access; maybe we won't, but

4    we'll give you a Declaration from someone in the Finance

5    Department who has no knowledge of how to use the server in

6    the first place, as Mr. Herrington already indicated.  So,

7    no, that is not a good answer.

8              And I also want to address this profit center

9    issue because I think that our position that this profit

10   center information is completely irrelevant is --

11   mischaracterizes our position.  Our position is that we would

12   like to see the information on a product-specific basis and

13   we think that it should be maintained in one of these other

14   servers.  We didn't say that we didn't want to see whatever

15   the best information they think they might have because it's

16   possible that we could use some of this profit center

17   information ourselves.  We just don't know, and the reason

18   why we don't know whether we can use it is really simple.

19   Mr. Herrington, on June 1st, told the Court that he planned on

20   producing to us 30 spreadsheets and that these spreadsheets

21   don't justify an extension because they're really simple and

22   we're going to have -- it's going to take us no time at all

23   to digest these and work them into our report and so, Your

24   Honor, don't give them any extension.  So it's now June 28th.

25   It's been four weeks.  We still don't have these documents.

1    We haven't gotten a single document.  We haven't had a

2    document from the Debtors in months.  But the Debtors did

3    find the time yesterday to serve additional discovery

4    requests on us, asking us for additional documents.  Yet

5    they've produced 251 documents to us in this case since we

6    issued our discovery request last August and most of them had

7    -- were produced some time ago, and that's giving the most

8    generous counting that you could possibly give because I'm

9    including all of these deal documents and all of their

10   exhibits which consists of almost all the documents that

11   they've produced to us.  So imagine how SNMP feels.  We're

12   sitting back and getting 250 documents, most of which are the

13   deal documents.  We hadn't discovered one thing in this case

14   from Nortel unless we figure out for them, like this server,

15   like the BOB searching.  We have to figure it out before

16   Nortel will tell us or give us anything.  And this tactic has

17   been used consistently throughout this case where the Debtors

18   say give us some time to look at it.  They come back.  We

19   don't have anything.  All this time goes by.  And then they

20   object to an extension.  So it's hurry up and wait.  Don't --

21   let's not give them any documents or information.  Let's not

22   give them access to it.  Let's not give them the information

23   that we know they need to prove their case and let's run them

24   out of time.  This is a great strategy.  So we do believe

25   that this is not just a server issue.  We believe this is an

1  overall discovery strategy.  We literally do not have a

2  single document in this case that helps us from the U.S.

3  Debtors.

4           THE COURT:  All right.  Let me stop you right

5  there.  How about the spreadsheets, Mr. Herrington?

6           MR. HERRINGTON:  Yes, Your Honor.  I'm glad you

7  asked because we discuss that in our letter.  What we said

8  is, again, the financial information is kept on a profit

9  center level.  There is no royalty reports where there

10 happened to be a mention for a product of a profit center to

11 which that product belonged.  However, do we look at those --

12 that was about five or six matches.  And again, it just means

13 that a product is part of a profit center.  We have questions

14 about those products as we looked at those products and then

15 looked at SNMP's list, the products it claims are subject to

16 its damages claims, and we had a question about almost every

17 single one of them.  And the more we looked at them, the more

18 questions we had and we sent those questions to SNMP about a

19 week and a half ago and said we don't understand what

20 products you're talking about or the basis for your claim

21 that this product went to this buyer.  SNMP didn't even

22 respond to that until yesterday afternoon.  So we're now

23 working through their responses.  So we're -- again, and the

24 spreadsheets just simply mean if there's a profit center, we

25 have financial information going back to 2007.  So if there's

1  a profit center that we -- that is relevant, we would have

2  spreadsheets going back to then, one page for each year.  As

3  soon as we can assess the responses that SNMP has provided

4  and see whether they actually are the products that they're

5  talking about, we're happy to provide those.  But again, a

6  week -- almost -- certainly more than a week went by with

7  SNMP not even answering our questions.  And again, the more

8  we looked into it, we had some additional questions on June

9  1st and the more we looked into it, we had more questions.

10 This is a -- sort of a sideshow in that it's still going to

11 be profit center information, not product-specific

12 information, and frankly, based on SNMP's letter, it is

13 saying that as you understand that this profit center

14 information is not going to be tied into products, and

15 therefore, won't be usable for a product-specific damage

16 claim.  With that said, if it wants to answer our questions,

17 we'll provide it.  So again -- and by the way, Your Honor,

18 let me just point out something.  On their unlicensed use

19 claim, they've done that based on a royalty buyout.  Their

20 unlicensed use claim, which is in their Proof of Claim, is

21 about $8 million and they've calculated that by saying you

22 would have done a royalty buyout, which is just a lump sum

23 royalty payment versus a running royalty, and that turns out

24 to about $3 million which we think is overstated.  And then

25 there's about $5 million in interest based on the notion that

1  a royalty buyout should have been paid years ago and then

2  interest would run under their license about 18 percent per

3  year, which comes out to about $8 million, 5 million of which

4  is interest.  We would love to find per-unit sales

5  information because we would then say look, it's better to

6  calculate royalties if royalties are owed on a running

7  royalty basis which we think would be significantly less than

8  $8 million.  So if it was available to us, we would have

9  already gotten it and provided it.  We haven't been able to

10 find that per-unit sales information.  So it's not like we're

11 just stonewalling because we're not interested in providing

12 information.  We're happy to provide it and we have been

13 transparent.  And if SNMP thinks there's something about or

14 servers or our databases that, you know, it's not

15 understanding, it can take a deposition or it can impose a

16 discovery request.  Again, this idea that might -- just

17 because they're not satisfied means that we've not been doing

18 our job of investigating and providing information.  It's

19 just not so.

20        THE COURT:  Mr. Dean?

21        MR. DEAN:  Your Honor, may I continue, please?

22        THE COURT:  Yes.

23        MR. DEAN:  I'm glad that Mr. Herrington just

24 addressed these couple points because there's a couple other

25 things I want to address that he raised.  This -- these

1  questions about the products that we gave them a list of for

2  them to search this profit center to try to link the products

3  up with the profit center, this is something that's been

4  going on since late April and we were told several times we

5  were going to get this list of questions.  And on June 1st

6  when we had the Status Conference, in fact, Mr. Herrington

7  told you that later that day they were going to be getting us

8  questions.  They didn't get us the questions until the 17th of

9  June.  So for Nortel to accuse us of delaying things is just

10  not credible, Your Honor.  This is the kind of stuff that we

11  are constantly dealing with in this case in discovery that we

12  have never taken to the Court until today because we are

13  trying to act like adults and get discovery in a reasonable

14  way.  But it's turned out that we just cannot operate like

15  that in a case like this.  But, Your Honor, this comment that

16  Mr. Herrington just addressed about the fact that the pre-

17  Petition claim relates to products that are calculated on a

18  royalty buyout and so therefore we can't obtain the royalty

19  stream, well, the whole point of the -- or the royalty buyout

20  is nothing more than a hypothetical way to calculate the

21  amount due.  But the royalty stream doesn't exist because

22  there were no payments made to us.  That's the whole point.

23  I mean the products were unlicensed.  And with respect to the

24  questions that they actually did give us about the products,

25  they ignored all of the most critical products in the case.

1    They never asked us any questions about the three or four

2    products in our Complaint that are really at the heart of

3    this litigation.  And again, I'm going to characterize my own

4    position in my own letter to the Court.  We are not agreeing

5    that the profit center information is completely irrelevant

6    and we don't even want to see it.  We don't know what's

7    relevant because they haven't produced it to us.  So to say

8    oh, well, Mr. Dean says that it's not relevant because we

9    think better information is located in another server is

10   absolutely not true.  It's possible that we could use this

11   information.  We think better information is out there on a

12   product basis.  But if it turns out after we go in there and

13   search the servers or somebody else who's gotten adequate

14   knowledge does so and there's no product-specific

15   information, we may be stuck trying to figure out whether we

16   can use this profit center information to put our case

17   together, and you know, there's nothing to say that they have

18   to give answers to every single question before they start

19   producing documents to us.  Why don't they produce the

20   documents that they've been holding on to for who knows how

21   long and then have follow-up questions with us.  But it can't

22   be that hard to spit what they already have off of their SAP

23   system and give it to us.  I don't see what the issue is.

24   And so, Your Honor, this is a case where we've been pounding

25   our head against the table for months trying to get the

1   Debtor to give us the critical financial information that

2   we'd need in this case to win and to prove our case and

3   prosecute it effectively.  We're trying as hard as we can to

4   get the information.  We're even willing to bring somebody in

5   at our own expense, even though we don't even think that we

6   should have to, to get the information because we think it's

7   that important.  We're not just trying to throw money away

8   and waste time and energy trying to look for documents that

9   we don't think exist.  Our expert, in reviewing this setup

10  and having knowledge of how financial systems work in other

11  companies, believe that the information should be there.  We

12  should not be expected just to accept a one-page letter that

13  Mr. Herrington sends us.  And his statements that we've tried

14  really hard but nothing's there and, really, you should just

15  believe us, even though it's the most critical document in

16  the case.  We don't think that's the way discovery -- he says

17  that's not the way discovery works.  This is not the way the

18  discovery should work, Your Honor.  The Debtors should be put

19  to task.  They should be required to give us the information

20  that we need to prove our case and if they can't -- don't

21  have qualified people to give it to us, then they should let

22  us go in there and look ourselves and in the meantime, they

23  should be ordered to give us the documents that they do have

24  relating to this profit center.

25              THE COURT:  All right.

1          MR. DEAN:  Unless the Court has any other

2  questions for me, Your Honor, that's all I have.

3          THE COURT:  All right.

4          MR. HERRINGTON:  And, Your Honor, let me just,

5  again --

6          MR. DEAN:  Your Honor, do have any questions?

7          MR. HERRINGTON:  Sorry.  Let me just briefly

8  respond to that.

9          MR. DEAN:  Your Honor, do you have any questions

10  for me?

11          THE COURT:  No I don't.  I understand your

12  position now and let me hear --

13          MR. DEAN:  Yes.

14          THE COURT:  -- from Mr. Herrington.

15          MR. HERRINGTON:  Your Honor, in the handful of

16  spreadsheets related to -- I think it was six products for

17  which a profit -- which belonged to a profit center and for

18  five of those six products, we had a question for SNMP.  And

19  the fact that -- the time is a reflection of the -- how

20  complicated it is to try to sort out when you're talking

21  about profit centers, but SNMP has a list of products.  For

22  five of the six -- that was the 30 spreadsheets because

23  there's about five spreadsheets for each.  For five of the

24  six, we had a question for SNMP and we -- first of all,

25  should we just produce the one that we did have a question

1   about and we thought well, it makes sense just to get our

2   questions answered and then if the products are, in fact, on

3   their list, then we'll produce it.  We took a while to work

4   through those questions.  We provided them over a week and a

5   half ago.  We finally got a response yesterday afternoon.  So

6   this thing of like just produced it to us, assuming we can

7   work out and identify that these are indeed the products that

8   they're claiming on their list and there's a basis for them

9   to be on their list, we'll produce it.  But that's where

10  things stand as to that.  Again, SNMP's basic argument is we

11  don't like the fact that you -- that Nortel tracked things on

12  a profit center basis.  That's not -- you know, that's not a

13  basis for complaining about the state of reality.  If it has

14  doubts about that, if you say no, you know, we just got a

15  letter from Counsel and we don't have to believe that, then

16  if it wants to take a deposition it can do that.  I don't

17  know why it's saying that getting a letter from Counsel on a

18  discovery matter somehow it is not what normally happens in

19  these cases.  And once more, if it wants a Declaration; if it

20  wants a deposition, if it wants to test that, that's -- you

21  know, it can pursue that.  But just to say, again, this is

22  the refrain we've been having forever, and profit center is a

23  perfect example, they just don't like the way Nortel tracked

24  information and they think that gives them a complaint.

25  That's not a complaint.  Maybe that's -- you know, that's

1  something that's not convenient for the way they want to

2  frame their damage claim, but it's not a basis for coming to

3  Court and accusing Nortel of not having investigated and

4  shared with SNMP the results of what its learned.

5          THE COURT:  All right.  Well, here --

6          MR. HERRINGTON:  And again, the only new idea that

7  has come out of this was to this MAT DB server and as soon as

8  we heard about it, we've been investigating it and we're

9  continuing to do that.

10          MR. DEAN:  Your Honor, I have one more quick point

11  that I'd like to make and that's that this notion that we

12  should take a deposition to confirm, I mean Mr. Herrington

13  has already told you that the people that he can produce for

14  a deposition don't even have knowledge of the relevant

15  servers at issue, number one.  And number two, most -- I mean

16  litigations that I'm involved in, you got to get documents

17  before you start and why would you take a deposition when we

18  haven't even gotten a production of documents.  And what he's

19  suggesting is you should take a deposition to resolve a

20  discovery dispute.  That, to me, makes absolutely no sense.

21          The other point I want to raise is this whole

22  exercise of trying to link the product to the profit center,

23  which we don't believe it's the best information anyway, but

24  this is what they're trying to do.  We have no transparency

25  of whether they're even doing that accurately.  We don't know

1   what -- they're picking -- they appear to be -- what I'm

2   hearing is we're picking and choosing what profit center

3   information we're going to give to you based on our piecing

4   together of our attempts to link the products to these profit

5   centers.  Well, how do they know that they're even doing this

6   correctly?  Why aren't they giving us all of the profit

7   centers.  I don't understand why they're only willing to give

8   us the ones that they say links to products.  But again, this

9   is just another example of Nortel saying just trust us,

10  believe us; this is the way it is, without having any

11  information or disclosure as to what's really going on in the

12  background and we just don't think that's how the discovery

13  process should be working, especially in a case like this

14  that's very complicated that contains -- that deals with

15  financial information and product information that

16  everybody's fighting over.  We're fighting over what products

17  are at issue.  We give them a list of products to try to help

18  them because they're not willing to do the investigation

19  themselves so we do it for them and give them a list to try

20  to help them and now he's complaining about the list that we

21  gave him.  Well, just give us all of the information that you

22  have then.  Why are you going through this process of picking

23  and choosing what you're going to give us and then at the end

24  of the day we still have nothing because we haven't answered

25  every single one of your questions and we just don't think

1  that's the way the discovery should be operated, Your Honor,

2  especially in the timeframe that the Court ordered that we

3  need to get our expert reports done and complete discovery.

4  We're tying the best that we can to push the case along

5  aggressively, which is what Your Honor suggested at the June

6  1st Conference that we needed to do.  So we're here asking for

7  help to try to get information that we need to prove our case

8  and we respectfully ask that the Court give it to us.

9            THE COURT:  All right.

10           MR. HERRINGTON:  Your Honor?

11           THE COURT:  Yes?

12           MR. HERRINGTON:  Your Honor, let me just briefly

13  respond because I think it's actually pretty darn simple.

14  Again, we've been investigating with Nortel what information

15  do you have to recording revenues and expenses.  The answer

16  that we received is what I've described.  Revenues and

17  expenses were tracked on a profit center basis and a solution

18  basis.  And again, you know, for solution, they were -- which

19  involved multiple profit centers but then revenue would be

20  [indiscernible].  We have provided that.  SNMP's response is,

21  you know, oh, but you're not asking the right people and they

22  don't know the right servers.  Based on what?  Based on it

23  thinking that that can't be the way Nortel tracked revenue

24  and expenses?  That's just utterly unfounded.  And you heard

25  Mr. Dean say it again.  Oh, they're not even talking to the

1   right people.  They're talking to the people that don't even

2   know the right servers.  We've talked to the people at Nortel

3   who are responsible for tracking revenue and expenses.  Who

4   else are we supposed to be talking to?

5          THE COURT:  Well, but you haven't produced

6   documents to Mr. Dean.  He has 251 documents, most of them

7   transactional documents.

8          MR. HERRINGTON:  Well, Your Honor, I don't know

9   what else he thinks there would be.  We've produced the

10  workings of the group to identify -- well, there's really two

11  questions in this case.  What Nortel products used SNMP

12  software?

13         THE COURT:  Yes.

14         MR. HERRINGTON:  And we've already provided

15  everything we have on that, our own internal working groups'

16  results, and we're doing -- which, you know, again, what was

17  reported to SNMP, but also the internal working --

18         **[SKIP IN RECORDING - 12:34:49 to 12:39:52]**

19         THE COURT:  -- not working.

20         THE CLERK:  It's getting ready now.

21         THE COURT:  Okay.  Good.

22         THE CLERK:  It's just very slow.

23         THE COURT:  Yes.  Are we ready?

24         THE CLERK:  Yes.

25         THE COURT:  Thank you, Ginger.  All right.  Mr.

1   Herrington, you may continue.

2           MR. HERRINGTON:  Okay.  Yes, Your Honor.  Again,

3   there are two subjects of discovery.  One is what products

4   contain SNMP software, and we've already talked about that.

5           THE COURT:  And you've already -- and you've

6   produced those documents.

7           MR. HERRINGTON:  Exactly.  And the other is for

8   products that are the subject of SNMP's claims, SNMP has

9   asked for product-specific revenue and expense information.

10  That's the subject we've been dealing with for the last, you

11  know, many weeks and months, and again, explaining that, to

12  our knowledge, revenue was not -- revenue and expenses were

13  not tracked on a product-specific basis.  They were tracked

14  based on profit centers.  And again, a profit center, for

15  example, would have just a number associated -- like 11011,

16  profit center 11011.  There's this very small subset that we

17  had found of royalty reports where a product was mentioned

18  and a profit center of 11011.  And that linkage allowed us to

19  go and say okay, profit center 11011 is -- includes -- is one

20  of the things it includes apparently this product.  Once we

21  had that list of about five or six products, we presented our

22  questions to SNMP about those products.

23          But to step back, you know, SNMP says, you know,

24  we haven't gotten enough documents.  Well, we've given all

25  the documents that we have as to that first question of what

1  products contained SNMP software.  And on the second

2  question, okay, for the products that it's making claims

3  against, give us product-specific revenue and expense

4  information, that's where we stand.  Now, SNMP has said well,

5  we think the MAT DB server may have it and we're going to

6  pursue that.  But, again, SNMP just falls back on these

7  things like, oh, you know, we've only gotten "X" number of

8  documents so Nortel must not be doing its job.  Or oh, you

9  know, what we're told is Nortel tracked information on a

10  profit center basis so they must be talking to the wrong

11  people and they're not looking at the right servers.  I mean

12  these are really inflammatory claims that really have no

13  basis.  Now -- and as soon as they raised a new idea, which

14  again we think shouldn't be raised in a discovery letter to

15  the Court, but as soon as they raised it, we're pursuing it.

16        THE COURT:  Well, here's my question for you.

17  What harm would there be for SNMP people to come on site and

18  process your servers?

19        MR. HERRINGTON:  I'm not sure what that means.

20  For example, the MAT DB server?

21        THE COURT:  The MAT DB server or other -- I don't

22  know how many servers you've got, probably a number.  But

23  yeah, to review what the servers produce.

24        MR. DEAN:  Your Honor, just to help you on this

25  particular issue, the Debtors, in their Motion, propose to

1  retain a total of 37 servers.  Some of them are physical

2  servers, and I don't know, it looks like maybe 14 of those

3  are virtual servers.  I just wanted to give the Court that

4  number just so you knew the scope of what we were dealing

5  with.

6            THE COURT:  Thank you, Mr. Dean.

7            MR. DEAN:  Sure.

8            THE COURT:  Would there be a problem with that?

9            MR. HERRINGTON:  Your Honor, I don't have a

10 problem with that, in principle.  If I could at least consult

11 with my client rather than informing the client that

12 something has been done that they weren't even aware of as

13 being requested?  But if that's -- if that is what Your Honor

14 thinks should be done, I'm not going to resist that.

15           THE COURT:  All right.  Well, I'm going --

16           MR. DEAN:  Your Honor, we definitely did request

17 this in our paper, by the way.  We asked for the ability to

18 review these servers if Nortel did not have the ability to do

19 so.  So it is in our letter.

20           MR. HERRINGTON:  Well, it may be in their letter

21 but it's not the thing that's been discussed before, and

22 again, the idea of this MAT DB server has never been

23 discussed and if it had been discussed, we would have pursued

24 it.  But if they want to have somebody sit down with the MAT

25 DB server or other servers, again, I'd like to speak with the

1  client so they're not surprised by this, but we can report

2  back to the Court.

3          MR. DEAN:  Well, Your Honor, our view is that I

4  think you should just order it because Mr. Herrington -- it's

5  in our letter.  We asked for it.  He has not identified one

6  single thing -- problem with this.  We're willing to pay for

7  it.  We just want the information.  So I don't -- this is

8  another example of where all of our conversations go in this

9  case.  What's the harm?  I don't know.  But I don't want to

10  agree to anything.  And we think the Court should not wait

11  for Mr. Herrington to consult with his client on this point.

12  We think that you should just order it.  There are obviously

13  critical pieces of information that we don't have.  We are

14  entitled to find out whether they exist and where they exist.

15          And just to address one of the Court's questions

16  to Mr. Herrington that whether they produced the documents

17  that show what products contain our software, as I mentioned,

18  we think that production is inadequate and the information

19  that we're seeking could also be located on these servers and

20  the only information that they have given us are emails from

21  us, things that we figured out ourselves, and copies of

22  royalty reports showing the royalties paid on the products.

23  But the real heart of the question is what Nortel products

24  contain our software that you weren't paying license fees on.

25  So the royalty reports that they produced only show what

1   Nortel wants us to know and it doesn't show what else might

2   be out there.  So we don't think that production was adequate

3   and if you allow us to search these servers, we should be

4   permitted not just to look for the relevant financial

5   information but also information relating to what software is

6   -- what Nortel products contain our software, Your Honor.

7            MR. HERRINGTON:  Your Honor, let me respond

8   briefly to that.  Again, we didn't just produce royalty

9   reports that show what was paid on.  We showed all internal

10  working documents of the group responsible for investigating

11  that subject.  So it's just false for Mr. Dean to keep saying

12  that all we gave them was royalty reports and including --

13  and in fact, three of the things they say are unlicensed uses

14  were discussed in the documents that we provided.  So I'm

15  really getting a little annoyed at the repeated false

16  statements.

17            THE COURT:  Well, here's --

18            MR. HERRINGTON:  Your Honor -- and Your Honor's

19  question about searching servers, here's what I would

20  suggest.  Why don't we have, you know, two days to, one,

21  review with the -- with our client so they know what's

22  requested and can let us know if there's any concern and if

23  we haven't resolved this with SNMP, and I'm going to say two

24  days.  I'm going to be traveling tomorrow and the next day in

25  Arizona so I think we probably need a little bit more than

1    that.  Let's say next Monday.  If we don't have an agreement,

2    if SNMP -- if they haven't either agreed to let SNMP search

3    the servers or some other agreement to SNMP's satisfaction,

4    we can get back on the phone with Your Honor.  But I don't --

5    there are issues, for example, of confidential third-party

6    information that may be on Nortel's databases that it's not

7    in a position just to waive and give to somebody, you know, a

8    stranger like SNMP.  But let's see if we can work something

9    out.

10           THE COURT:  All right.  Here's what I'm going to

11   do.  How about a call on July 6, Wednesday, July 6, at which

12   we will discuss your response and what, if anything, the

13   Court should do or if you have an agreement with SNMP or the

14   like?

15           MR. DEAN:  Your Honor, I'm going to be on vacation

16   the week of July 4th but I will -- I mean this is an important

17   issue so I'll make that work.

18           THE COURT:  You can call in, Mr. Dean?

19           MR. DEAN:  I can -- yeah, if we're going to have a

20   -- if we're going to do it by telephone, which is what I

21   think you're suggesting, and not in person, then I can just

22   call in.

23           THE COURT:  All right.  Let's do that.  How about

24   you, Mr. Herrington?

25           MR. HERRINGTON:  Your Honor, that works for me.

1          THE COURT:  What time would be good for you, Mr.

2    Dean?  I assume you'd like it early?

3          MR. DEAN:  Yeah, that would be good.  If you want

4    to -- maybe 10:00 or so?

5          THE COURT:  10:00 would be fine.  All right.

6    We'll have a call on the 6th at 10.  Mr. Herrington will

7    explore making the servers available and then you'll talk and

8    perhaps reach agreement.  If you can't reach agreement then

9    the Court will rule.

10         MR. DEAN:  Thank you, Your Honor.  Now, I just --

11   can I just ask one question about the Motion to clarify it?

12   It -- you heard from us sort of ad hoc this morning on this

13   and it appears that you don't want to schedule a separate

14   hearing on that, which I just wanted to confirm that once

15   their Reply is filed we should just expect to get something

16   from you?

17         THE COURT:  That's right.  Yes.  I'm not going to

18   hold oral argument on that.

19         MR. DEAN:  Okay.  Thank you.

20         THE COURT:  Yes.  All right, Counsel, I have

21   another hearing coming up so I'm going to call a recess on

22   this matter until Wednesday, July 6 at 10:00.

23         MR. DEAN:  Thank you very much --

24         MR. HERRINGTON:  Thank you very much, Your Honor.

25         THE COURT:  Thank you.

1            MR. DEAN:  -- for indulging us.

2            THE COURT:  Thank you all.

3            UNKNOWN MALE:  Thank you, Your Honor.

4            THE COURT:  Good day to you.

5            MR. DEAN:  All right.  Bye-bye.

6            THE COURT:  Bye-bye.

7        (Whereupon, at 12:51 p.m., the hearing was adjourned.)

8

9

10                        CERTIFICATION

11        I certify that the foregoing is a correct

12   transcript from the electronic sound recording of the

13   proceedings in the above-entitled matter.

14

15

16   _____        June 29, 2016

17   Tammy Kelly, Transcriber                    Date

18

19

20

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

**a.m.**(3) 1:15 4:1 42:18
**abbott**(1) 2:5
**ability**(2) 67:17 67:18
**able**(11) 6:15 7:7 12:25 14:14 20:10 20:18 21:10 21:13 22:5 25:18 55:9
**about**(60) 6:1 10:5 12:7 14:17 15:23 15:25 16:25 17:17 18:8 23:24 27:5 27:25 28:2 29:2 31:7 31:11 34:22 35:11 37:4 37:21 39:17 41:1 42:1 43:22 43:24 45:10 46:21 48:13 49:17 53:5 53:12 53:23 56:10 53:18 53:20 54:5 54:21 54:24 54:25 55:2 55:3 55:13 56:1 56:16 56:24 57:1 59:21 59:23 60:1 60:13 60:14 61:8 62:20 65:4 65:21 65:22 69:19 70:11 70:23 71:11
**aboveentitled** (1) 72:13
**absolutely**(3) 20:10 57:10 61:20
**accept**(1) 58:12
**access**(2) 51:3 52:22
**accessible**(1) 42:24
**accession**(4) 17:1 17:11 17:13 22:19
**accordance**(1) 4:11
**account**(2) 10:22 10:23
**accurate**(4) 13:9 32:5 37:16 48:11
**accurately**(2) 34:19 61:25
**accuse**(2) 20:14 56:9
**accusing**(1) 61:3
**acknowledge**(1) 31:25
**acquiring**(1) 16:20
**across**(1) 40:10
**act**(7) 7:24 8:8 8:13 14:21 15:11 15:16 56:13
**acted**(1) 16:17
**actual**(10) 8:2 8:3 8:4 8:8 8:10 8:17 13:12 13:14 19:4 29:21
**actually**(11) 6:25 7:1 16:10 31:12 32:16 39:12 39:24 47:11 49:1 54:4 56:24 63:13
**addition**(3) 7:4 44:16 44:25
**additional**(3) 52:3 52:4 54:8
**address**(8) 12:12 12:19 19:23 24:19 35:25 51:8 55:25 68:15
**addressed**(4) 9:14 37:9 55:24 56:16
**addresses**(2) 13:12 28:19
**addressing**(1) 28:19
**adequate**(5) 18:13 29:10 33:14 57:13 69:2
**adjourned**(1) 72:7
**administered**(1) 1:6
**administrators**(1) 3:20
**adults**(1) 56:13
**adv**(1) 1:20
**adversarial**(1) 49:8
**adversary**(1) 33:11
**advised**(4) 26:1 26:15 27:13 32:7
**advising**(1) 26:4
**affirmatively**(1) 18:11
**after**(19) 5:21 7:16 7:20 7:21 8:7 12:25 19:16 23:5 23:13 24:4 25:25 26:15 27:7 27:11 29:5 32:15 37:5 41:6 57:12
**afternoon**(2) 53:22 60:5
**afterwards**(1) 13:10
**again**(16) 10:24 11:8 11:15 11:20 16:11 17:21 18:1 18:3 18:20 18:24 19:10 19:12 19:24 22:5 22:21 23:13 24:21 37:5 37:14 38:6 39:11 40:14 40:18 41:10 41:14 42:19 43:3 43:9 43:13 43:21 43:25 45:14 45:24 46:9 46:16 46:20 47:3 48:6 48:12 48:14 49:19 50:1 50:22 53:8 53:12 53:22 54:5 54:7 54:17 55:16 57:3 59:5 60:10 60:21 61:6 62:8 63:14 63:18 63:25 64:16 65:2 65:11 66:4 66:14 66:22 67:25 69:8
**against**(4) 16:13 20:24 57:25 66:3
**aggressively**(1) 63:5
**ago**(7) 13:13 25:20 42:2 52:7 53:19 55:1 60:5
**agree**(4) 28:14 41:19 48:3 68:10
**agreed**(1) 70:2
**agreeing**(2) 27:4 57:4
**agreement**(25) 9:21 10:24 11:16 12:8 14:8 14:13 14:18 17:2 17:11 17:13 17:18 18:10 18:11 18:11 20:6 22:16 22:19 22:23 23:10 36:11 70:1 70:3 70:13 71:8 71:8
**agreements**(7) 8:6 10:8 11:4 11:8 12:3 23:17 23:24
**agrees**(1) 47:17
**air**(1) 20:1
**akin**(1) 2:42
**al.**(69) 4:13 7:16 8:11 8:18 11:13 12:9 12:13 13:6 13:9 13:10 13:15 14:13 15:9 16:18 21:22 23:20 23:18 23:20 24:3 24:19 29:1 33:17 34:7 35:17 36:22 36:25 37:5 37:13 38:4 38:7 40:19 41:4 41:15 41:19 41:22 43:13 43:13 45:3 45:5 47:7 48:16 49:3 51:22 52:9 52:9 52:10 52:19 53:4 56:25 58:25 59:2 59:24 61:5 62:6 62:10 66:8 66:17 67:1 68:15 69:9 69:12 70:10 70:23 71:5 71:20 72:2 72:7
**allegation**(1) 25:5
**alleged**(1) 17:9
**allegedly**(1) 16:14

**alleges**(1) 44:19
**allow**(3) 30:1 30:23 69:3
**allowed**(1) 65:18
**alluded**(1) 49:6
**almost**(6) 16:22 25:19 36:25 52:10 53:16 54:6
**alone**(1) 22:1
**along**(2) 46:11 63:4
**already**(18) 16:22 18:5 22:18 34:6 34:25 44:5 44:5 45:10 45:17 46:6 50:20 51:6 55:9 57:22 61:13 64:14 65:4 65:5
**also**(19) 10:14 11:18 12:21 18:13 25:22 26:24 29:24 51:9 34:17 38:11 38:22 44:8 44:17 44:21 45:23 51:8 64:17 68:19 69:5
**although**(3) 4:16 21:11 35:1
**always**(1) 40:11
**america**(1) 3:36
**amount**(1) 56:21
**analogy**(2) 9:10 15:2
**analysis**(1) 13:14
**analyzes**(1) 7:25
**and**(301) 1:20 1:30 4:3 4:4 4:8 4:9 4:17 4:19 4:19 5:1 5:5 5:11 5:14 5:21 6:1 6:2 6:4 6:18 6:19 6:23 7:9 7:13 7:14 7:23 8:5 8:11 8:12 8:13 8:14 8:16 9:4 9:4 9:9 9:10 9:12 9:13 9:16 9:18 9:20 9:24 10:6 10:8 10:10 10:11 10:12 10:14 10:14 10:15 10:18 10:25 10:25 11:4 11:6 11:17 11:8 11:16 11:18 11:20 11:24 11:25 12:3 12:8 12:9 12:20 13:3 13:4 13:8 13:10 13:10 13:11 14:1 14:4 14:8 14:9 14:13 14:16 14:24 14:19 14:21 14:25 15:6 15:6 15:7 15:8 15:18 15:24 16:5 16:8 16:18 16:21 16:22 16:22 16:23 16:25 17:3 17:4 17:11 17:15 17:15 17:22 18:2 18:3 18:4 18:4 18:5 18:8 18:11 18:13 18:18 18:19 18:25 19:1 19:2 19:6 19:7 19:8 19:9 19:10 19:16 19:18 19:19 19:25 20:4 20:7 20:12 20:15 20:17 20:20 20:22 21:2 21:3 21:8 21:14 21:14 21:21 21:22 22:2 22:3 22:5 22:17 22:19 22:22 22:25 22:25 23:6 23:8 23:9 23:12 23:20 24:5 24:9 24:13 24:14 24:16 25:2 25:4 25:23 25:25 26:0 26:6 26:10 26:11 26:17 26:20 26:20 26:24 27:5 27:10 27:11 27:13 27:14 27:16 27:17 27:18 28:5 28:6 28:9 28:11 28:14 28:16 28:17 28:20 28:21 28:24 29:1 29:2 29:4 29:7 29:13 29:15 29:20 29:22 30:1 30:2 30:3 30:7 30:8 30:9 30:18 30:22 31:6 31:8 31:10 31:11 31:15 31:24 32:9 32:14 32:15 33:1 33:12 33:14 33:17 33:18 33:18 33:20 33:21 33:24 34:1 34:4 34:5 34:24 35:3 35:18 35:25 36:2 36:3 36:11 36:25 37:10 37:12 37:13 37:16 37:17 37:18 37:20 37:22 37:22 37:25 38:2 38:4 38:6 38:10 38:15 38:16 38:19 38:20 38:21 38:22 38:23 38:24 39:4 39:4 39:10 39:15 39:16 39:25 40:1 40:3 40:6 40:6 40:9 40:20 40:24 41:1 41:5 41:10 41:16 41:18 41:22 41:22 41:23 41:23 42:10 42:15 42:16 42:23 42:24 42:25 43:5 43:7 43:8 43:12 43:16 43:17 43:21 44:1 44:4 44:7 44:7 44:8 44:11 44:15 44:18 44:20
**andrew**(3) 2:6 2:43 3:8
**andrews**(1) 20:7
**annoyed**(1) 69:15
**another**(13) 13:3 20:6 28:8 39:7 37:18 37:19 40:8 41:22 43:25 57:9 60:8 68:8 71:21
**answer**(10) 23:2 28:8 46:17 47:2 47:6 47:10 50:16 51:7 54:16 63:15
**answered**(2) 60:2 62:24
**answering**(1) 54:7
**answers**(2) 57:7 57:18
**any**(41) 5:18 8:2 8:20 8:24 9:21 9:25 14:3 18:13 19:4 19:14 19:20 23:25 26:13 27:2 32:6 33:13 35:6 38:8 38:13 41:9 42:7 42:19 43:8 44:2 44:6 44:14 45:19 45:21 46:5 46:17 47:2 47:4 48:3 51:24 52:21 57:1 59:1 59:6 59:9 60:10 69:22
**anybody**(1) 50:18
**anyone**(1) 48:10

**anything**(13) 16:11 16:20 18:16 19:1 19:11 31:12 40:24 43:2 43:3 52:16 52:19 68:10 70:12
**anyway**(2) 22:8 61:23
**apparently**(2) 33:16 65:20
**appear**(3) 27:15 47:25 62:1
**appearances**(3) 1:41 2:1 3:1
**appeared**(1) 9:12
**appears**(3) 47:20 48:8 71:13
**applicable**(1) 15:9
**applied**(1) 14:23
**approach**(1) 41:11
**approached**(1) 38:19
**appropriately**(2) 44:15 48:20
**approval**(1) 9:19
**approved**(1) 19:19
**approving**(1) 5:1
**approximately**(1) 20:23
**april**(1) 56:4
**are**(63) 7:3 7:24 8:16 8:24 9:4 12:25 13:5 15:9 20:8 21:3 23:20 23:21 27:15 30:12 34:16 35:2 35:24 38:4 38:9 38:10 38:23 44:11 44:22 44:23 44:2 44:2 44:3 45:1 45:23 47:11 47:22 48:14 48:15 48:22 49:6 49:20 52:12 53:15 54:4 55:6 56:11 56:12 56:17 57:2 57:4 60:2 60:7 62:17 62:22 64:1 64:4 64:23 65:3 65:8 66:12 67:1 67:3 68:12 68:13 68:20 69:13 70:5
**aren't**(3) 42:9 46:13 62:6
**argued**(1) 28:4
**arguing**(2) 17:17 28:5
**argument**(7) 10:20 11:10 12:4 14:7 28:3 60:10 71:18
**arise**(1) 24:8
**arizona**(1) 69:25
**armstead**(1) 2:37
**around**(1) 23:6
**arsht**(1) 2:4
**ask**(7) 7:20 35:21 36:16 45:19 49:12 63:8 71:11
**asked**(9) 6:20 26:20 36:10 45:12 53:7 57:1 65:9 67:17 68:5
**asking**(5) 31:9 48:24 52:4 63:6 63:21
**aspects**(1) 7:24
**asserting**(1) 9:5
**assess**(1) 54:3
**asset**(2) 6:16 29:19
**assistance**(1) 33:22
**associated**(4) 40:6 45:4 65:15
**assume**(2) 33:11 70:4
**assumes**(1) 41:10
**assuming**(2) 21:2 60:6
**attempt**(1) 21:15
**attempts**(2) 18:21 62:4
**attributable**(7) 9:6 11:22 16:3 16:5 30:24 31:4 39:20
**attributed**(1) 40:12
**august**(2) 31:14 52:6
**available**(6) 21:9 38:11 42:25 45:22 55:8 71:7
**away**(30) 31:24 13:6 15:5 15:5 16:13 16:14 16:24 16:25 16:25 16:25 17:2 17:7 17:9 17:9 17:15 18:23 19:24 20:3 20:5 20:11 20:16 20:24 21:1 22:15 22:15 22:18 22:23 23:2 36:15
**avenue**(1) 42:14
**aware**(6) 14:4 16:22 38:2 41:9 45:21 67:12
**away**(3) 39:13 41:3 58:7
**back**(5) 5:24 9:22 10:1 19:2 19:14 19:15 27:9 36:6 36:10 36:18 37:4 40:24 43:17 45:9 51:1 52:12 52:18 53:25 54:2 65:23 66:6 68:2 70:4
**background**(1) 62:12
**bad**(1) 19:20
**ballow**(1) 2:27
**bank**(1) 3:36
**bankruptcy**(9) 1:1 1:39 4:15 14:6 14:11 14:12 14:20 14:24 18:19
**based**(26) 10:3 16:1 19:18 19:21 20:6 20:9 20:21 20:23 21:12 25:12 26:14 27:23 30:15 31:17 32:13 34:12 35:9 37:2 41:24 54:12 54:19 54:25 62:3 63:22 63:22 65:14
**basic**(4) 33:9 34:3 35:7 60:10
**basically**(1) 28:2
**basis**(24) 9:5 31:17 37:25 38:11 38:16 38:18 38:25 39:8 41:14 45:21 49:25 51:12 53:20 55:7 57:12 60:8 60:12 60:13 61:8 62:18 65:13 66:10 66:13 63:22
**bayard**(1) 3:11
**because**(58) 4:14 7:23 11:19 12:6 14:7 14:13 15:5 15:8 15:9 17:6 17:8 17:21 18:1 18:9 19:24 20:5 20:13 20:16 21:24 23:3 25:6 25:9 26:7 26:21 27:3 27:21 29:4 34:18 36:1 36:14 36:17 38:23 39:11 42:10 42:19 45:7 47:11 47:24 48:4 51:9 51:15 51:21 52:8 53:7 55:5 55:11 55:17 55:24 56:12 56:21 57:7 57:8 58:6 59:22 62:18 62:24 63:13 68:4

**been**(52) 4:9 12:5 13:11 18:22 18:25 20:12 20:25 29:23 29:23 31:11 31:13 33:21 33:22 33:18 33:11 37:1 37:9 38:16 40:21 44:1 44:19 44:20 44:24 44:4 45:7 45:23 46:10 46:15 46:16 47:14 48:2 49:23 50:3 50:19 51:25 52:17 53:1 55:9 55:12 55:17 56:3 57:20 57:24 60:22 61:8 63:14 65:10 67:12 67:21 67:22 67:23
**before**(18) 1:38 5:17 5:23 6:12 9:18 11:24 20:7 21:17 22:18 28:1 28:7 28:17 28:23 40:25 52:15 57:18 61:17 67:21
**begin**(1) 37:2
**beginning**(1) 24:17
**begun**(3) 16:23 18:5 22:18
**behalf**(1) 6:6
**being**(15) 4:4 4:21 6:16 6:16 7:9 7:13 10:13 10:15 10:16 11:1 18:23 19:22 28:23 67:13
**believe**(16) 12:17 22:5 22:22 26:12 32:5 33:25 36:18 50:23 51:2 52:24 52:25 58:11 58:15 60:15 61:23 62:10
**believed**(1) 27:14
**belong**(2) 10:22 14:16
**belonged**(3) 10:23 53:11 59:17
**belonging**(6) 4:22 16:20 18:7 19:11 23:15 23:16
**belongings**(1) 18:13
**below**(1) 8:14
**below.""**(1) 32:10
**best**(3) 51:15 61:23 63:4
**better**(3) 55:5 57:9 57:11
**between**(3) 7:13 16:7 47:13
**beyond**(1) 44:2
**bill**(1) 43:8
**billion**(1) 19:7
**bills**(2) 34:1 35:3
**bit**(2) 4:18 69:25
**blew**(4) 17:11 20:5 20:11 20:15
**bloomberg**(1) 3:44
**blowup**(1) 18:24
**bob**(5) 33:23 45:24 45:25 46:6 52:15
**bobs**(1) 45:5
**bondholders**(1) 2:19
**book**(2) 15:14 39:4
**both**(5) 16:9 19:21 20:10 36:1 42:16
**bottom**(1) 47:19
**brand**(2) 40:21 40:22
**brandon**(1) 1:47
**brickley**(1) 3:25
**brief**(8) 4:8 4:9 4:9 4:10 6:3 6:14 21:14 24:4
**briefed**(1) 8:14
**briefing**(2) 4:11 4:14
**briefly**(4) 7:22:13 59:7 63:12 69:8
**bring**(4) 28:16 37:11 37:14 58:4
**bringing**(1) 25:15
**broke**(1) 17:5
**broken**(1) 25:21
**brought**(8) 7:8 7:9 7:10 7:15 22:3 26:24 28:22 62:18
**buchanan**(1) 2:14
**bunch**(1) 23:23
**burden**(5) 5:12 5:15 5:23 5:24 6:13 6:18 7:6 12:18 12:25 14:2 21:7 21:11 22:7 30:6 30:7
**burdens**(1) 21:11
**busch**(1) 2:28
**business**(23) 5:19 5:20 7:2 8:7 9:11 12:22 13:2 17:8 17:14 19:6 20:22 29:17 30:12 30:20 30:22 31:5 38:19 39:17 40:5 40:16 40:16 45:2 45:4
**businesses**(2) 38:7 45:7
**but**(90) 4:15 4:25 6:3 6:20 7:16 7:18 8:9 9:7 10:3 10:7 13:6 13:13 13:19 14:6 15:2 15:4 17:7 17:12 18:24 19:2 21:5 22:4 24:10 25:1 27:1 27:16 27:25 28:14 30:4 30:5 30:12 31:9 31:11 33:33 33:4 36:1 36:20 39:13 39:14 39:18 41:17 41:20 42:8 43:9 43:13 43:15 45:3 45:21 46:4 46:6 46:10 46:25 48:11 48:22 50:17 51:13 52:21 54:5 56:14 56:15 56:21 57:3 57:17 57:24 58:11 59:21 60:9 60:11 61:20 61:22 61:24 63:3 64:5 64:17 65:23 66:6 66:15 66:22 67:1 67:24 68:1 68:9 68:25 69:5 70:4 70:8 70:16
**buy-out**(1) 44:21
**buyer**(6) 9:16 9:21 18:22 18:25 45:12 53:21
**buyers**(34) 6:25 7:11 7:16 8:5 9:24 9:24 9:25 10:5 10:21 11:19 11:23 13:6 13:19 13:24 14:16 16:19 16:22 17:24 19:11 21:9 30:12 30:20 34:4 34:24 45:1 45:5 45:6 45:6 45:10 45:11 45:14 45:17 45:19
**buying**(3) 11:11 18:12 18:15
**buyout**(5) 54:19 54:22 55:1 56:18 56:19
**buys**(1) 5:6
**bye-bye**(2) 72:5 72:6
**calculate**(5) 29:20 30:23 30:25 55:6 56:20
**calculated**(2) 54:21 56:17
**call**(7) 27:4 27:7 70:11 70:18 70:22 71:6 71:21
**called**(4) 17:1 39:3 41:22 44:17
**came**(5) 5:25 28:7 39:14 39:19 49:20

| Word | Page:Line |
|---|---|

can(39) 9:21 12:4 17:20 23:5 24:17 24:25 34:9 37:3 41:13 41:17 43:5 43:9 44:25 45:11 45:16 46:24 50:6 50:7 50:11 51:18 54:3 55:15 55:15 57:16 58:3 60:6 60:16 60:21 61:13 63:4 68:1 69:22 70:4 70:8 70:18 70:19 70:21 71:11

canadian(2) 2:48 46:7
canceled(1) 44:22
cannot(6) 4:25 10:7 10:8 16:9 23:16 56:14
can't(11) 11:5 11:23 14:9 14:9 14:19 21:19 56:18 57:21 58:20 63:23 71:8

car(9) 4:21 4:22 4:25 4:25 5:5 5:6 5:9 5:10 9:22
care(1) 9:14
carefully(2) 16:18 19:9
case(47) 1:5 5:18 5:18 6:15 9:1 11:8 14:2 14:4 14:11 14:19 15:3 15:7 15:10 15:24 16:16 16:16 16:22 18:21 20:7 20:11 21:3 24:12 24:25 28:11 28:16 36:7 37:17 51:1 52:5 52:13 52:17 52:23 52:23 56:11 56:15 56:25 57:16 57:24 58:2 58:2 58:18 58:20 62:13 63:4 63:7 64:11 68:9

cases(6) 4:17 10:9 11:9 14:12 30:5 60:19
categories(3) 25:2 25:12 25:13
causal(1) 16:7
cause(1) 14:11
caused(1) 17:11
center(43) 39:3 39:4 39:8 39:16 39:18 39:20 39:22 40:1 40:1 40:3 40:12 41:14 41:20 42:10 47:13 47:18 48:1 49:25 51:8 51:10 51:16 53:9 53:10 53:24 53:24 54:1 54:11 54:13 56:2 56:3 57:5 57:16 58:24 59:17 60:12 60:22 61:22 62:2 63:17 65:14 65:16 65:18 65:19 66:10

centers(15) 39:5 39:9 39:10 39:13 39:14 39:21 39:24 40:11 47:12 48:4 59:21 62:5 62:7 63:19 65:14
certain(2) 25:12 26:3
certainly(11) 8:25 24:10 25:20 27:17 27:18 36:13 37:1 37:14 41:8 44:6 54:6

certification(1) 72:10
certify(1) 72:11
chain(2) 41:23 48:13
challenging(1) 34:25
chances(1) 21:23
chapman(1) 3:21
chapter(1) 1:8
characterize(2) 48:20 57:3
charlene(1) 3:12
charles(1) 3:33
chart(2) 27:12 33:6
chassis(1) 5:4
chiuchiolo(1) 3:6
choosing(2) 62:23
chung(1) 3:37
chutchian(1) 3:41
circumstance(1) 21:24
circumstances(1) 8:24
claim(21) 7:22 9:1 10:4 15:4 16:1 16:1 16:8 17:20 17:23 19:5 20:24 29:21 29:25 30:15 53:20 54:16 54:19 54:20 54:20 56:17 61:2

claimed(2) 9:23 12:2
claiming(1) 60:8
claims(13) 19:21 26:13 36:1 36:2 36:3 36:4 36:5 36:16 53:15 53:16 65:8 66:2 66:12

clarification(4) 4:5 4:8
clarify(2) 30:16 71:11
clarity(1) 6:21
classic(1) 6:14
clear(6) 8:9 12:13 15:25 16:19 20:1 25:9
cleary(1) 1:43
clerk(3) 64:20 64:22 64:24
client(6) 66:7 67:1 67:11 68:1 68:11 69:21
close(1) 7:4
closed(3) 7:11 8:7 8:8
closing(5) 11:24 16:24 16:25 22:18 23:5
code(2) 2:31 6:6
collected(1) 44:4
come(9) 9:22 9:25 19:14 19:15 46:24 49:1 52:18 61:7 66:17

comes(2) 5:11 55:3
coming(4) 19:2 51:1 61:2 71:21
comment(3) 37:16 37:16 56:15
comments(1) 20:8
committee(2) 2:41 2:49
communication(1) 32:6
companies(1) 58:11
company(2) 32:22 33:10
compare(1) 30:19
comparison(1) 30:22
compensate(4) 14:21 11:20 17:16 22:24
compensated(2) 18:22 18:23
compensates(1) 23:11
compensating(1) 23:8
compellingly(1) 48:8

complaining(3) 21:17 60:13 62:20
complaint(5) 23:2 46:24 57:2 60:24 60:25
complete(1) 63:3
completed(2) 4:12 4:15
completely(4) 14:20 17:7 51:10 57:5
complex(1) 47:11
complicated(2) 59:20 62:14
complicates(1) 40:13
component(14) 4:22 4:23 4:25 5:3 5:5 5:7 5:8 5:10 5:12 5:14 5:16 9:23 12:22 38:18

components(1) 39:10
conaway(1) 3:20
concept(1) 39:6
concern(1) 69:22
concerning(2) 29:13
concerns(1) 30:15
concluded(2) 71:3 27:4
conclusion(1) 22:5
conduct(5) 14:1 29:10 35:18 45:8 45:12
conference(6) 13:5 19:25 25:11 25:22 56:6 63:6
confidential(1) 70:5
confirm(4) 11:16 34:16 61:12 71:14
confirmed(4) 18:25 23:10 31:22 42:23
connection(1) 17:13
consider(2) 4:19 14:10
consistent(1) 14:2
consistently(1) 52:17
consists(1) 52:10
consolidated(1) 36:16
constantly(1) 56:11
constituted(1) 6:23
constituted(2) 67:10 68:11
consultant(1) 38:11
consultants(2) 38:9 42:22
contact(1) 43:8
contain(16) 25:4 31:2 34:2 34:5 34:8 34:16 34:22 35:2 35:5 46:6 47:22 47:25 54:6 68:17 68:24 69:6

contained(3) 29:15 34:13 66:1
container(4) 45:25 46:1 46:3 47:25
containing(3) 30:20 30:24 34:20
contains(4) 6:17 13:23 47:16 62:14
contemplated(1) 17:15
contemporaneous(1) 44:23
contention(1) 35:8
contest(1) 71:11
continue(2) 55:21 65:1
continued(2) 2:2 3:2
continues(4) 13:4 20:3 20:19 38:14
continuing(1) 61:9
contract(5) 10:12 10:18 18:2
contracts(2) 10:10 11:5
contract(1) 9:7
control(1) 20:6
controls(1) 10:11
convenient(1) 61:1
conversation(1) 26:22
conversations(1) 68:8
cooperate(1) 28:13
cooperatively(1) 43:11
copies(1) 68:21
copyright(26) 6:15 6:17 7:24 8:8 8:13 9:1 11:19 12:23 13:5 14:2 14:12 14:18 14:21 15:11 15:12 15:16 15:24 16:2 16:4 16:6 16:6 19:3 19:18 21:13 30:4 30:5

copyrighted(5) 4:23 5:8 9:2 9:7 11:11
correct(2) 4:5 72:11
correctly(1) 62:6
corroborate(1) 12:3
cost(7) 13:17 25:2 29:13 30:1 33:18 37:25 38:15 30:8
could(14) 9:25 16:18 21:22 33:3 42:1 42:6 42:20 45:18 45:19 51:16 52:8 57:10 67:10 68:19

couldn't(2) 16:21 28:22
counsel(5) 4:2 25:16 60:15 60:17 71:20
counting(1) 52:8
couple(5) 12:13 15:2 28:1 55:24 55:24
course(4) 9:16 10:14 44:5 47:8
court(113) 1:1 4:2 4:13 4:22 5:1 5:11 6:7 6:20 6:21 7:19 8:18 8:21 10:1 10:1 10:18 11:6 11:7 11:23 12:12 12:14 12:18 13:21 14:9 15:19 15:21 16:17 17:15 18:2 19:10 19:15 19:19 22:7 22:12 22:17 23:12 23:14 23:18 24:3 24:20 24:22 25:8 25:10 25:16 25:18 25:22 26:4 27:24 28:7 28:15 28:17 29:10 30:3 30:6 31:8 31:17 32:5 36:6 36:14 36:22 37:11 42:8 44:9 44:16 45:25 46:25 47:6 47:16 48:24 49:10 49:12 49:15 51:19 53:4 55:20 55:22 56:12 57:4 58:25 59:1 59:9 59:11 59:14 61:3 61:5 63:2 63:8 63:9 63:11 64:5 64:13 64:19 64:21 64:23 64:25 65:5 65:16 66:16 67:3 67:6 67:8 67:15 68:2 68:10 69:17 70:10 70:13 70:23 70:23 71:1 71:5 71:9 71:17 71:25 72:2 72:4 72:6

court-approved(1) 16:14
courtroom(1) 1:10

courts(1) 16:5
court's(4) 4:11 9:9 9:9 68:15
covered(1) 37:3
create(1) 14:14
creating(2) 7:14 21:20
credible(4) 13:1 28:3 29:6 56:10
credit(1) 39:18
creditors(2) 2:42 2:48
critical(7) 13:6 24:24 50:25 56:25 58:1 58:15 68:13
critically(1) 31:10
criticized(1) 12:21
customer(2) 38:21 39:12
customers(2) 38:25 40:5
cut(1) 13:9
damage(3) 7:25 54:15 61:2
damages(18) 7:24 8:2 8:4 8:4 8:8 8:9 8:11 8:15 8:17 13:12 13:14 20:24 21:4 22:10 26:13 29:21 29:25 53:16

dark(1) 35:16
darn(1) 63:13
data(2) 26:14 48:3
database(3) 41:7 41:9 42:23
databases(3) 45:5 55:14 70:6
date(5) 31:12 36:11 36:14 36:19 72:17
david(7) 1:44 2:32 4:6 6:5 19:24 24:21 50:22
davis(2) 2:37 3:12
dawned(1) 27:9
day(5) 25:24 26:4 26:15 28:23 31:3 56:7 62:24 72:4

days(4) 26:19 28:1 69:20 69:24
db"(1) 48:9
deadline."(1) 25:21
deadlines(2) 37:5 37:13
deal(9) 13:22 16:24 19:15 20:4 20:11 20:15 20:17 52:9 52:13

dealing(3) 56:11 65:10 67:4
deals(3) 8:7 13:9 62:14
dean(61) 2:32 6:5 6:6 6:7 6:8 6:8 7:23 8:20 12:12 12:14 12:15 15:23 15:25 16:24 17:17 18:8 19:23 19:24 23:19 24:18 24:21 24:23 25:21 35:24 36:8 37:3 37:23 43:24 47:7 48:17 48:18 48:19 49:11 50:22 55:20 55:21 55:23 57:8 59:1 59:6 59:9 59:13 61:10 63:25 64:6 66:24 67:6 67:7 67:16 68:3 69:11 70:15 70:19 71:2 71:3 71:10 71:19 71:23 72:1 72:5

debate(1) 31:6
debenture(1) 3:15
debtor(4) 2:24 33:8 49:4 58:1
debtors(49) 1:12 1:43 4:10 6:2 6:13 10:2 10:23 12:25 12:25 14:14 14:22 23:15 25:15 26:1 26:4 26:8 26:12 26:16 26:20 27:8 28:13 28:22 29:2 29:7 29:10 31:12 31:18 31:25 32:4 32:7 33:12 33:14 33:16 34:6 34:7 34:18 35:5 35:13 46:3 48:7 48:22 48:23 49:4 52:2 52:2 52:17 53:3 58:18 66:25

debtors'(16) 10:13 10:17 10:19 10:25 11:1 12:9 13:16 17:22 18:3 18:12 22:17 25:12 26:3 31:21 34:2 35:8

december(1) 43:18
decided(1) 27:8
decision(1) 39:19
declaration(3) 50:6 51:4 60:19
defendant(1) 2:9
defendants(1) 1:34
defer(1) 8:11
deficient(1) 45:15
definitely(1) 67:16
definitively(1) 35:4
delaware(1) 1:2 4:1
delaying(1) 56:9
demonstrate(3) 6:15 13:22 35:4
demonstrated(1) 28:14
demonstrates(1) 22:1
department(5) 38:10 38:12 43:4 50:7 51:5
deposition(3) 50:7 55:15 60:16 60:20 61:12 61:14 61:17 61:19
derek(1) 2:5
described(2) 42:22 63:16
despite(3) 31:6 31:11 31:13
destroy(2) 33:20 33:12
destruction(3) 33:6 41:21 42:2
detail(1) 21:4
detailing(1) 26:5
details(1) 35:16
deter(1) 8:12
determine(1) 34:14
determined(3) 41:17 43:21 47:4
dialogue(1) 23:25
dialup(1)
did(29) 5:13 5:20 5:21 10:1 10:2 11:24 12:1 13:6 17:15 19:25 22:20 22:25 23:9 23:9 24:15 26:10 27:11 31:16 35:15 37:9 38:1 39:6 42:23 44:7 52:2 56:24 59:25 67:16 67:18

didn't(27) 10:22 13:19 16:13 18:14 19:4 20:1 21:24 23:1 23:3 25:6 27:2 27:18 27:25 28:21 29:4 35:11 38:17 43:2 43:2 44:20 45:14 46:18 51:14 51:14 53:21 56:8 69:8

difference(1) 7:13
different(9) 11:4 11:9 30:18 30:25 36:18 38:22 39:22 40:11 48:9

difficult(1) 24:11
difficulty(2) 9:25 19:14
digest(1) 51:23
dime(1) 49:2
direct(2) 6:14 14:3
disagree(1) 6:11
disagreed(1) 6:19
disclosure(1) 62:11
discovered(5) 17:6 17:9 42:13 44:8 52:13
discovery(49) 4:4 7:4 7:22 24:13 24:20 25:5 25:11 25:15 25:21 26:2 26:2 26:11 26:16 27:19 28:20 31:13 31:14 35:9 37:7 37:8 37:10 37:15 41:11 41:18 41:18 42:12 43:10 45:16 46:21 48:21 49:18 50:13 52:3 52:6 53:1 55:16 56:11 56:13 58:16 58:17 58:18 60:18 61:20 62:12 63:1 63:5 63:5 66:14

discrete(1) 25:1
discuss(4) 4:14 4:14 53:7 70:12
discussed(8) 27:12 32:16 34:11 36:21 67:21 67:23

discussing(2) 4:7 30:17
discussion(1) 37:4
discussions(3) 38:3 41:4 43:14
dismissal(1) 21:3
dispute(3) 24:20 25:5 61:20
disputed(1) 23:23
disputes(1) 25:16
dissatisfied(1) 46:23
distinct(1) 28:2
distraction(1) 35:13
distributed(1) 12:19
district(1) 1:2
disturbed(1) 24:14
dla(1) 2:49
docket(1) 13:23
document(13) 13:23 24:15 26:3 33:6 36:9 36:9 36:10 41:21 42:2 52:2 52:2 53:2 58:15

documented(1) 14:1
documents(20) 17:18 26:17 34:15 44:9 51:25 52:4 52:5 52:9 52:10 52:12 52:21 52:21 57:19 57:20 58:8 58:23 61:16 61:18 64:6 64:6 64:7 65:6 65:24 65:25 66:8 68:16 69:10 69:14

does(4) 7:19 14:15 26:6 57:14
doesn't(17) 7:21 15:3 15:8 15:9 15:13 15:15 19:4 26:6 32:20 32:21 38:7 38:8 39:22 46:3 51:2 56:21 69:1

doing(21) 26:18 43:5 45:8 46:15 48:15 50:19 55:17 61:25 62:5 64:16 66:8

dollar(1) 11:22
done(18) 9:8 11:3 12:21 13:23 33:17 37:22 44:25 45:11 45:12 48:15 49:22 49:22 50:11 54:19 54:22 63:7 67:12 67:14

don't(66) 4:7 6:4 7:11 7:11 21:22 26:12 27:21 28:25 36:13 37:25 41:16 41:17 42:7 42:10 45:3 46:9 46:20 48:10 49:4 49:18 50:1 50:9 50:16 50:17 51:17 51:18 51:21 51:24 51:25 52:19 52:20 53:19 57:6 57:6 57:19 57:23 58:5 58:9 58:16 58:20 59:11 60:11 60:15 60:16 60:23 61:14 61:23 61:25 62:7 62:12 62:25 63:22 64:1 64:8 66:21 67:2 67:9 68:7 68:7 68:13 69:2 69:20 70:1 70:4 71:13

doubts(1) 60:14
dow(1) 3:24
down(4) 11:20 17:5 40:17 67:24
due(5) 20:12 35:24 35:25 36:25 56:21
during(2) 25:10 29:14
duty(1) 29:7
e-mail(1) 21:18
each(7) 9:11 9:12 30:21 45:2 45:11 54:2 59:23
earlier(3) 25:16 37:9 37:12
early(1) 71:2
ecro(1) 1:47
effectively(2) 32:3 58:3
effort(2) 35:6 35:17
efforts(2) 24:24 33:5
egerton(1) 2:37
egregious(1) 19:17
either(9) 6:23 21:13 37:1 43:1 43:12 43:12 43:15 50:18 70:2

electronic(2) 1:55 72:12
eliminate(1) 7:22
else(7) 27:5 41:17 46:14 57:13 64:4 64:9 69:1
emails(1) 68:20
embedded(7) 5:8 5:12 6:25 7:5 7:10 7:13 21:7
employee(2) 43:6 43:6

| Word | Page:Line |
| --- | --- |
| employees(1) 38:9 | |
| end(3) 5:16 31:2 62:23 | |
| energy(1) 58:8 | |
| engage(1) 37:10 | |
| engaged(1) 38:12 | |
| engineers(3) 38:8 45:3 45:4 | |
| enough(3) 28:5 65:24 | |
| entered(3) 8:5 17:3 17:13 | |
| entire(3) 13:20 39:24 41:11 | |
| entirely(1) 6:16 | |
| entitled(6) 8:9 13:11 15:15 17:25 34:21 35:2 48:9 68:14 | |
| equivalent(1) 21:22 | |
| eric(1) 2:20 | |
| ericsson(3) 9:19 9:20 19:13 | |
| especially(3) 47:14 62:13 63:2 | |
| esq(21) 1:44 2:5 2:6 2:11 2:15 2:20 2:24 2:28 2:32 2:34 2:38 2:43 2:45 2:50 3:6 3:8 3:12 3:16 3:21 3:33 3:45 | |
| establish(1) 16:7 | |
| established(1) 16:9 | |
| esther(1) 3:37 | |
| estimate(2) 20:20 20:21 | |
| estimated(1) 13:8 | |
| even(37) 7:6 7:11 8:10 10:10 11:24 13:14 21:14 22:18 22:20 27:18 27:25 28:24 28:25 30:17 34:18 35:11 39:20 41:2 41:22 42:15 47:11 47:12 47:15 54:7 57:6 58:4 58:5 58:15 61:14 61:18 61:25 62:5 63:25 64:1 67:12 | |
| every(10) 9:16 14:13 14:23 15:10 16:22 18:22 18:24 53:16 57:18 62:25 | |
| everybody's(1) 62:16 | |
| everything(7) 10:1 27:21 36:10 37:1 50:11 50:23 64:15 | |
| evidence(1) 13:1 | |
| exact(1) 36:17 | |
| exactly(5) 15:9 17:14 22:25 23:9 23:9 23:11 23:12 31:9 65:7 | |
| examine(2) 34:15 35:2 | |
| example(9) 5:4 21:15 44:18 60:23 62:9 65:15 66:20 66:8 70:5 | |
| examples(1) 22:6 | |
| except(1) 47:8 | |
| exercise(2) 34:24 61:22 | |
| exhibits(1) 5:10 | |
| exist(7) 26:6 32:21 51:2 56:21 58:9 68:14 68:14 | |
| expect(1) 71:15 | |
| expected(3) 23:12 23:12 58:12 | |
| expecting(1) 23:22 | |
| expenses(7) 38:20 40:20 40:21 49:21 49:24 58:5 65:9 66:3 | |
| expenses(9) 30:8 40:6 40:9 40:10 63:15 63:17 63:24 64:3 65:12 | |
| expensive(1) 46:9 | |
| expert(8) 21:3 27:13 27:13 27:23 35:24 35:25 58:9 63:3 | |
| expertise(1) 33:20 | |
| experts(1) 33:22 | |
| explain(4) 31:8 31:9 32:4 47:19 | |
| explained(8) 38:16 38:17 39:4 39:5 40:19 41:15 47:14 47:17 | |
| explaining(3) 26:12 41:5 65:11 | |
| explains(2) 28:21 48:2 | |
| explore(1) 71:7 | |
| expressly(3) 17:23 18:12 18:15 | |
| extend(2) 37:5 37:13 | |
| extended(4) 17:4 17:12 23:1 23:3 | |
| extension(2) 15:11 28:10 51:21 51:24 52:20 | |
| extensions(3) 38:14 37:6 37:19 | |
| extensive(1) 38:3 | |
| extensively(3) 8:14 38:12 | |
| extent(1) 37:3 | |
| extremely(2) 24:8 24:11 | |

| Word | Page:Line |
| --- | --- |
| fact(29) 6:21 7:17 7:20 7:20 10:4 11:23 12:1 13:23 15:3 17:4 18:5 19:16 23:13 27:11 31:6 31:11 31:13 32:21 35:12 37:16 45:17 46:1 46:18 56:6 56:16 59:19 60:2 60:11 60:13 | |
| facts(9) 10:7 11:16 12:2 15:9 23:17 23:20 23:20 23:21 23:23 | |
| failed(3) 35:13 35:14 35:18 | |
| failure(1) 25:12 | |
| fair(1) 5:22 | |
| faith(1) 23:4 | |
| falls(1) 66:6 | |
| false(2) 69:11 69:15 | |
| familiar(2) 42:23 43:7 | |
| far(2) 5:17 36:6 | |
| farr(1) 3:5 | |
| fault(2) 29:16 29:4 | |

| Word | Page:Line |
| --- | --- |
| fears(1) 31:22 | |
| feels(1) 52:11 | |
| fees(4) 8:5 13:10 20:12 68:24 | |
| feld(1) 2:42 | |
| female(1) 42:4 | |
| few(2) 21:2 39:22 | |
| fighting(2) 62:16 62:16 | |
| figure(5) 32:16 33:24 52:14 52:15 57:15 | |
| figured(1) 68:21 | |
| file(2) 33:6 41:18 | |
| filed(7) 4:9 6:23 27:9 27:12 42:2 42:15 71:15 | |
| filing(1) 4:10 | |
| final(1) 21:2 | |
| finally(2) 18:18 60:5 | |
| finance(7) 33:1 38:10 38:12 43:4 47:15 50:7 51:4 | |
| financial(22) 26:6 26:13 26:14 29:11 29:12 31:16 31:19 31:20 32:2 32:9 32:9 37:22 38:18 43:20 48:1 48:3 53:8 53:25 58:1 58:10 62:15 69:4 | |
| find(14) 22:5 33:20 34:4 38:13 42:6 43:6 43:9 45:10 47:12 49:9 52:3 55:4 55:10 68:22 | |
| fine(2) 6:20 71:5 | |
| finish(1) 11:14 | |
| first(14) 4:14 6:4 24:19 24:19 25:2 31:24 32:1 34:10 34:14 37:22 42:18 51:6 59:24 65:25 | |
| fit(1) 43:8 | |
| five(9) 13:8 28:8 36:19 53:12 59:18 59:22 59:23 59:23 65:21 | |
| fix(1) 21:21 | |
| flawed(1) 34:9 | |
| focus(1) 42:16 | |
| focused(1) 11:15 | |
| focusing(3) 26:22 26:23 47:20 | |
| folks(4) 41:5 42:21 42:24 43:14 | |
| follow(1) 43:5 | |
| follow-up(1) 57:21 | |
| following(2) 5:5 25:24 | |
| for(178) 1:42 4:24 2:9 2:18 2:27 2:41 2:48 3:4 3:15 3:19 3:24 4:5 4:7 5:3 5:7 5:10 5:10 5:20 5:22 6:6 6:20 7:1 7:16 7:21 8:4 8:15 8:25 9:5 9:6 9:11 10:6 10:16 10:16 10:19 10:20 10:25 10:25 11:2 11:10 12:1 12:9 12:10 13:7 13:7 13:13 13:15 14:14 14:14 14:19 17:10 17:18 17:21 17:22 18:2 18:3 18:7 18:17 19:5 20:4 20:21 21:17 22:5 23:6 23:8 23:11 23:13 23:15 24:9 24:11 24:12 24:20 24:21 25:15 26:20 27:1 27:20 27:20 28:1 29:11 29:21 29:22 29:24 31:7 31:9 31:20 31:24 32:1 33:18 34:1 34:9 35:6 36:4 36:4 36:10 38:4 38:6 38:25 38:25 39:1 39:18 39:21 39:23 39:24 40:11 40:16 42:13 43:4 44:7 44:10 44:14 44:17 44:18 44:20 45:17 46:5 46:22 46:25 47:8 47:19 48:1 48:4 48:5 49:13 49:14 49:20 50:3 52:4 53:10 53:20 54:2 54:15 56:1 56:9 57:20 57:25 58:8 59:2 59:10 59:16 59:17 59:18 59:21 59:23 59:23 59:24 60:8 60:13 61:1 61:2 61:13 62:19 63:6 63:18 64:3 65:7 65:9 65:10 65:14 66:2 66:16 66:17 66:20 67:17 68:5 68:6 68:11 69:4 69:10 69:11 70:5 70:25 71:1 72:1 | |
| foregoing(1) 72:11 | |
| forever(1) 60:22 | |
| formality(1) 21:23 | |
| former(3) 38:9 43:6 43:6 | |
| forth(4) 22:7 30:7 32:10 38:5 | |
| forward(1) 37:17 | |
| found(2) 20:13 65:17 | |
| four(4) 28:8 47:21 51:25 57:1 | |
| frame(1) 61:2 | |
| framework(1) 31:8 | |
| frankly(1) 54:12 | |
| friday(4) 4:10 24:4 26:19 42:17 | |
| from(49) 4:17 4:23 5:7 5:13 6:4 8:12 11:4 11:9 12:20 12:22 12:22 13:14 13:15 14:6 14:10 16:20 17:7 17:24 18:16 21:17 21:18 24:2 30:19 30:21 32:25 34:23 35:12 38:3 40:25 41:3 41:16 42:20 43:13 47:3 47:24 48:4 48:4 48:5 49:13 49:14 49:20 50:3 53:2 54:2 54:14 59:14 60:15 60:17 68:20 71:12 71:16 72:12 | |
| front(2) 27:6 42:8 | |
| fulbright(1) 3:24 | |
| fulfillment(2) 41:23 48:13 | |
| fully(4) 12:17 13:15 18:22 23:10 | |
| functionality(5) 7:8 7:14 21:8 21:20 22:2 | |
| functioning(1) 7:12 21:9 | |
| further(3) 40:13 41:2 47:2 | |
| future(2) 14:14 14:23 | |
| gallagher(1) 3:5 | |
| gave(1) 21:15 56:1 62:21 69:12 | |
| genband(5) 21:16 21:18 23:7 23:7 23:10 | |
| general(6) 31:19 32:3 32:11 32:20 32:24 33:16 34:10 40:9 47:21 48:8 | |
| generalized(1) 33:9 | |
| generated(1) 6:23 | |
| generous(1) 52:8 | |

| Word | Page:Line |
| --- | --- |
| get(34) 22:4 23:1 23:3 24:4 26:5 28:8 28:9 33:9 36:16 39:18 42:8 43:1 56:5 56:8 56:13 57:25 58:4 58:6 60:1 61:16 63:3 70:4 71:15 | |
| getting(8) 13:5 18:13 19:11 52:12 56:7 60:17 64:20 69:15 | |
| ginger(1) 64:25 | |
| give(32) 6:21 22:14 25:8 28:13 31:2 47:6 51:3 51:4 51:24 52:8 52:16 52:18 52:21 52:22 52:22 56:24 57:18 57:23 58:1 58:19 58:21 58:23 62:3 62:7 62:17 62:19 62:21 62:23 63:8 66:3 67:3 70:7 | |
| given(7) 19:9 25:4 27:3 28:6 28:11 65:24 68:20 | |
| gives(1) 60:24 | |
| giving(3) 50:24 52:7 62:6 | |
| glad(2) 53:6 55:23 | |
| global(1) 20:22 | |
| goal(1) 49:9 | |
| goes(4) 8:3 21:2 36:15 52:19 | |
| going(43) 7:3 7:7 9:23 14:16 20:25 21:3 21:10 21:13 21:19 21:23 26:23 36:10 37:4 43:8 46:8 46:11 48:11 51:22 51:22 53:25 54:2 54:10 54:14 56:4 56:5 56:7 57:3 62:3 62:11 62:22 62:23 66:5 67:14 67:15 69:23 69:24 70:10 70:15 70:19 70:20 71:17 71:21 71:24 | |
| gone(3) 25:18 25:19 46:6 | |
| good(9) 4:2 6:7 6:8 23:4 51:7 64:21 71:1 71:3 72:4 | |
| got(14) 12:17 13:15 24:14 25:8 34:19 37:17 42:11 42:18 60:5 60:14 61:16 66:22 | |
| gotten(7) 43:14 52:1 55:9 57:13 61:18 65:24 66:7 | |
| gottlieb(1) 1:43 | |
| great(1) 52:24 | |
| gross(2) 1:38 4:2 | |
| ground(1) 4:24 | |
| group(6) 2:18 44:9 44:13 44:23 64:10 69:10 | |
| groups(1) 64:15 | |
| guess(4) 19:6 19:17 36:6 50:15 | |
| gump(1) 2:42 | |
| gut(1) 14:11 | |

| Word | Page:Line |
| --- | --- |
| had(48) 4:17 6:22 8:5 13:1 16:22 17:1 17:5 17:8 17:18 17:12 18:5 20:24 20:24 22:18 26:20 26:22 27:3 27:4 27:17 29:23 30:4 31:22 32:12 32:24 33:10 33:14 34:12 37:10 39:12 40:11 41:7 44:4 44:17 44:19 52:1 52:6 53:16 53:18 54:9 56:6 59:18 59:24 65:17 65:21 67:23 | |
| hadley(1) 2:19 | |
| hadn't(2) 12:5 52:13 | |
| half(5) 36:15 47:12 57:22 58:3 58:14 | |
| hamilton(1) 1:43 | |
| handful(1) 59:15 | |
| handled(4) 10:2 19:10 19:22 44:15 | |
| hanrahan(1) 3:18 | |
| happen(2) 17:15 38:2 | |
| happened(5) 10:20 11:25 37:13 38:1 53:10 | |
| happens(2) 39:25 60:18 | |
| happy(11) 24:18 40:23 43:16 43:17 46:17 47:2 49:6 50:9 50:18 54:5 55:17 | |
| hard(5) 36:15 47:12 57:22 58:3 58:14 | |
| harm(2) 66:17 68:9 | |
| harrisburg(1) 1:51 | |
| has(46) 5:18 6:2 8:5 10:4 11:9 11:15 16:4 16:6 16:6 16:12 18:22 23:9 24:7 31:13 32:1 33:1 33:15 34:25 35:1 35:17 37:13 37:17 38:1 38:9 38:16 45:7 46:5 46:24 47:14 47:14 50:8 50:12 51:5 52:16 54:3 59:1 59:21 60:13 61:7 61:13 64:6 64:6 66:4 67:12 67:22 68:5 | |
| hauer(1) 2:42 | |
| have(173) 4:3 4:8 4:9 4:21 5:15 5:17 5:19 6:9 6:11 6:19 6:24 6:25 7:1 7:11 8:4 8:24 9:7 9:10 9:24 10:10 11:3 11:12 11:20 12:5 12:21 12:24 13:11 13:21 15:17 15:24 16:2 16:11 16:16 16:17 17:25 19:5 20:12 20:24 21:6 21:18 22:9 22:22 22:24 23:19 23:23 25:18 25:19 26:12 27:7 27:9 27:22 28:6 28:15 28:22 29:2 29:3 29:7 29:20 29:23 32:8 32:14 33:11 33:12 34:3 34:6 34:7 34:11 34:13 35:5 35:6 35:13 35:14 35:16 35:25 36:1 36:2 36:12 37:9 37:11 37:15 37:22 37:24 38:1 38:2 38:8 38:12 39:2 39:4 40:17 41:8 41:10 41:25 42:1 42:7 42:14 42:23 43:7 43:11 43:17 43:19 44:4 44:8 44:24 45:6 45:7 45:11 45:17 45:18 46:16 47:3 47:7 47:8 48:2 48:10 49:1 49:4 49:13 49:16 49:17 49:19 49:19 49:23 50:10 50:14 51:15 51:22 51:25 52:19 53:1 53:13 53:25 54:12 54:22 55:11 55:8 55:12 56:12 57:17 57:21 57:22 58:6 58:21 58:23 59:2 59:6 59:9 59:15 60:15 60:18 61:24 62:22 62:24 63:15 63:20 64:15 65:15 65:25 66:5 66:12 66:17 67:18 67:23 67:24 68:13 68:20 69:20 70:1 70:13 70:16 71:20 71:21 | |
| haven't(15) 31:12 36:20 48:9 49:22 49:22 52:1 52:1 55:9 57:7 61:18 62:24 64:5 65:24 69:23 70:2 | |
| having(4) 58:10 60:22 61:3 62:10 | |
| head(1) 57:25 | |
| hear(2) 6:4 59:12 | |
| heard(6) 25:25 39:6 48:10 61:8 63:24 71:12 | |

| Word | Page:Line |
| --- | --- |
| hearing(19) 14:7 19:13 24:20 25:14 25:25 26:2 26:9 26:17 26:22 27:19 28:1 28:2 28:20 35:9 36:15 62:2 71:14 71:21 72:7 | |
| hearings(1) 9:15 | |
| heart(2) 57:2 68:23 | |
| held(1) 7:6 | |
| help(7) 19:15 49:1 49:7 62:17 62:20 63:7 66:24 | |
| helpful(6) 24:5 24:6 25:7 27:24 31:8 37:21 | |
| helps(1) 53:2 | |
| here(21) 4:24 9:7 9:11 11:1 11:12 11:18 11:18 16:16 16:16 19:21 24:17 24:23 25:8 25:20 31:6 37:15 46:21 49:9 61:5 63:6 | |
| here's(9) 4:19 14:16 38:19 43:18 50:21 66:16 69:17 69:19 70:10 | |
| herrington(59) 1:44 4:6 4:6 8:21 8:23 11:14 13:4 13:19 15:1 15:18 15:20 15:22 19:25 20:19 22:11 22:13 23:22 36:22 36:24 45:23 47:10 49:6 49:12 49:14 49:17 50:22 51:6 51:19 53:5 53:6 53:25 56:6 56:16 58:13 59:4 59:7 59:12 59:15 61:6 61:12 63:10 63:12 64:8 64:14 65:1 65:2 65:7 66:19 67:9 67:9 67:20 68:4 68:11 68:16 69:7 69:18 70:24 71:17 71:24 | |
| herrington's(1) 12:13 | |
| he's(4) 15:2 20:9 61:18 62:20 | |
| high(4) 21:12 24:8 31:20 47:25 | |
| higher(3) 7:6 19:1 41:2 | |
| him(2) 43:3 62:21 | |
| his(3) 42:25 58:13 68:11 | |
| hoc(3) 2:18 38:11 71:12 | |
| hold(1) 71:18 | |
| holder(1) 66:6 | |
| holding(3) 14:23 24:10 57:20 | |
| holds(1) 33:14 | |
| honor(97) 4:5 6:8 6:18 7:18 8:3 8:17 8:23 8:24 9:10 9:18 11:14 11:15 12:10 12:12 12:15 13:3 13:18 13:21 14:25 15:11 15:17 18:18 19:8 19:13 19:23 21:6 21:11 22:1 22:9 22:11 23:4 24:7 24:18 24:25 25:14 25:17 25:19 25:25 26:15 27:7 27:16 28:3 29:6 29:9 30:22 31:15 31:25 32:13 32:20 33:16 33:24 34:10 34:21 35:2 35:8 35:19 36:2 47:2 47:10 48:17 50:16 51:24 51:24 53:6 54:17 55:2 56:10 56:15 57:24 58:18 59:2 59:4 59:6 59:9 59:15 61:10 63:1 63:5 63:10 63:12 64:8 65:2 66:24 67:9 67:13 67:16 68:3 69:6 69:7 69:18 70:4 70:15 70:25 71:10 71:24 72:3 | |
| honorable(1) 1:38 | |
| honor's(1) 69:18 | |
| hopefully(1) 24:5 | |
| how(24) 11:5 11:6 19:9 23:22 25:8 29:22 36:6 38:19 39:2 40:4 40:5 40:6 49:18 51:5 52:11 53:5 57:20 58:10 59:19 62:5 62:12 66:22 70:1 70:23 | |
| however(5) 32:4 32:18 32:21 39:19 53:11 | |
| hubbard(1) 3:32 | |
| huberty(1) 3:33 | |
| hungry(1) 53:2 | |
| hurry(1) 52:20 | |
| hypothetical(6) 4:18 4:20 5:16 5:25 19:5 56:20 57:22 | |
| i.e.(2) 6:23 47:25 | |
| idea(10) 10:5 11:20 18:18 22:20 27:2 37:23 42:11 46:12 46:20 49:21 50:5 50:13 55:16 61:6 66:13 67:22 | |
| identified(1) 68:5 | |
| identify(5) 30:2 30:8 44:6 60:7 64:10 | |
| ignored(1) 56:25 | |
| imagine(1) 52:11 | |
| impasse(1) 46:23 | |
| important(6) 31:10 34:18 44:12 49:2 58:7 70:16 | |
| importantly(1) 10:10 | |
| impose(1) 55:15 | |
| improper(2) 31:4 36:3 | |
| improperly(5) 6:17 8:12 15:5 29:16 30:11 | |
| inaccurate(1) 20:8 | |
| inadequate(3) 24:24 31:23 68:18 | |
| inc(7) 1:8 1:18 1:22 1:28 1:32 2:10 3:28 | |
| include(1) 30:12 | |
| included(4) 9:13 34:24 34:17 39:24 | |
| includes(2) 65:19 65:20 | |
| including(7) 11:24 11:24 16:12 16:24 25:13 52:9 | |
| incorrect(1) 14:5 | |
| indeed(2) 11:9 60:7 | |
| indicated(5) 6:13 12:15 34:25 51:6 | |
| indicating(1) 12:16 | |
| indication(1) 43:15 | |
| indirect(1) 14:3 | |
| indiscernible(1) 63:20 | |
| individual(1) 39:9 | |
| indulge(1) 19:21 | |
| indulging(4) 18:21 45:24 46:11 72:1 | |
| inferred(1) 31:18 | |
| inflammatory(1) 66:12 | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| information(133) 24:25 24:25 25:3 25:13 25:13 26:6 26:13 26:18 27:1 27:14 29:7 29:11 29:12 29:13 29:20 29:21 29:24 30:1 30:9 30:14 30:14 30:17 31:7 31:16 31:20 32:9 32:9 32:19 32:21 32:23 32:23 32:25 33:3 33:10 33:13 33:13 33:18 33:19 34:1 34:12 35:1 35:4 35:7 35:14 36:13 36:20 37:20 37:25 38:6 38:13 38:15 38:18 40:3 40:18 40:20 41:3 41:6 41:7 41:14 42:10 43:12 43:19 43:21 44:4 45:6 45:18 45:23 47:5 47:7 47:18 47:23 48:1 48:4 48:5 48:7 48:22 48:24 49:2 49:5 49:9 49:21 49:25 50:4 50:9 50:12 51:1 51:10 51:12 51:15 51:17 52:21 52:22 53:8 53:25 54:11 54:12 54:14 55:5 55:10 55:12 55:18 57:5 57:9 57:11 57:11 57:15 57:16 58:1 58:4 58:6 58:11 58:19 60:24 61:23 62:3 62:11 62:15 62:15 62:21 63:7 63:14 65:9 66:4 66:9 67:8 68:13 68:18 68:20 69:5 70:6 | information(3) 16:4 16:8 17:19 | line(20) 5:19 5:20 7:2 8:7 9:11 12:23 13:2 17:14 19:6 20:22 29:14 29:17 30:12 30:20 30:22 31:5 40:17 45:2 45:4 46:19 | million(14) 10:5 10:18 10:22 19:7 19:18 20:20 24:8 24:10 54:21 54:24 54:25 55:3 55:3 55:8 |
| informing(1) 67:11 | infringe(1) 14:15 | link(3) 56:2 61:22 62:4 | mindset(2) 22:21 22:23 |
| infringe(1) 14:15 | infringement(3) 16:4 16:8 17:19 | linkage(1) 65:18 | mine(1) 5:2 |
| infringement(3) 16:4 16:8 17:19 | infringer(2) 6:17 12:19 | linked(1) 13:1 | minute(2) 5:14 43:10 |
| infringer(2) 6:17 12:19 | infringers(1) 8:12 | linked(1) 62:8 | minutes(1) 22:14 |
| infringers(1) 8:12 | infringing(3) 5:7 12:19 12:20 20:14 | list(14) 18:14 17:10 41:21 53:15 56:1 56:5 59:21 60:3 60:8 60:9 62:17 62:19 62:20 62:25 | mischaracterizes(1) 51:11 |
| infringing(3) 5:7 12:19 12:20 20:14 | ingersol(1) 2:14 | | mismatch(1) 40:13 |
| ingersol(1) 2:14 | inherently(2) 40:4 40:14 | listed(3) 14:8 18:9 18:10 | missing(1) 45:16 |
| inherently(2) 40:4 40:14 | initial(3) 14:2 21:7 30:6 | lists(1) 44:18 | mistaken(1) 4:4 |
| initial(3) 14:2 21:7 30:6 | inputted(1) 32:24 | literally(6) 6:20 14:11 20:8 28:23 33:4 53:1 | modifying(1) 20:25 |
| inputted(1) 32:24 | instead(4) 23:15 32:7 32:25 47:24 | litigate(1) 28:16 | modules(1) 33:1 |
| instead(4) 23:15 32:7 32:25 47:24 | instruct(1) 4:19 | litigation(3) 15:3 33:14 57:3 | moment(2) 13:13 38:6 |
| instruct(1) 4:19 | intellectual(3) 4:16 14:3 14:24 | litigations(1) 61:16 | monday(1) 70:1 |
| intellectual(3) 4:16 14:3 14:24 | intend(4) 24:3 30:17 30:19 30:25 | little(5) 4:18 6:1 21:12 69:15 69:25 | money(4) 7:1 9:4 16:7 58:7 |
| intend(4) 24:3 30:17 30:19 30:25 | intended(4) 25:23 26:2 26:5 26:16 | lived(1) 19:16 | monitoring(1) 44:10 |
| intended(4) 25:23 26:2 26:5 26:16 | intent(1) 11:2 | llp(7) 2:10 2:19 2:42 2:49 3:5 3:15 3:20 | months(5) 37:9 42:2 52:2 57:25 65:11 |
| intent(1) 11:2 | interest(4) 37:23 54:25 55:2 55:4 | locate(1) 24:24 33:19 48:3 | more(23) 6:25 7:1 10:7 10:10 12:6 17:4 21:9 22:6 28:13 35:12 39:5 40:1 47:11 53:17 53:17 54:6 54:7 54:9 54:9 56:20 60:19 61:10 69:25 |
| interest(4) 37:23 54:25 55:2 55:4 | interested(3) 3:24 40:22 55:1 | located(6) 25:7 33:3 33:15 48:8 57:9 68:19 | |
| interested(3) 3:24 40:22 55:1 | internal(4) 44:8 64:15 64:17 69:9 | long(2) 13:7 57:21 | morning(5) 4:2 4:8 6:7 6:8 71:12 |
| internal(4) 44:8 64:15 64:17 69:9 | international(1) 1:17 | longer(2) 17:11 45:7 | morris(2) 2:4 3:15 |
| international(1) 1:17 | interpreted(1) 6:10 | look(34) 33:5 36:6 39:21 52:18 53:11 55:5 58:8 58:22 69:4 | most(10) 13:6 24:24 50:25 52:6 52:7 52:12 56:25 58:15 61:15 64:6 |
| interpreted(1) 6:10 | interpreting(1) 16:5 | | |
| interpreting(1) 16:5 | interrogatories(1) 26:3 | looked(5) 53:15 53:17 54:8 54:9 | motion(20) 4:5 4:7 8:15 13:20 27:8 30:16 33:7 37:11 37:15 41:18 41:19 41:21 41:24 42:2 42:13 43:10 46:21 48:21 66:25 71:11 |
| interrogatories(1) 26:3 | into(14) 7:14 8:5 17:3 17:13 25:1 32:24 33:5 46:20 48:14 50:15 51:23 54:8 54:9 54:14 | looking(13) 11:2 26:25 27:15 27:15 41:25 42:7 46:20 47:18 48:5 48:14 49:20 50:15 66:11 | |
| into(14) 7:14 8:5 17:3 17:13 25:1 32:24 33:5 46:20 48:14 50:15 51:23 54:8 54:9 54:14 | investigate(7) 34:7 42:12 45:1 48:12 50:11 50:18 50:19 | looks(1) 67:2 | move(1) 37:17 |
| investigate(7) 34:7 42:12 45:1 48:12 50:11 50:18 50:19 | | loring(1) 2:43 | moved(1) 33:12 |
| | investigated(2) 32:8 61:3 | loss(1) 19:5 | moving(2) 38:5 28:6 |
| investigated(2) 32:8 61:3 | investigating(6) 29:6 42:21 55:18 61:8 63:14 69:10 | lot(3) 23:20 36:25 44:3 | much(3) 5:16 71:23 71:24 |
| investigating(6) 29:6 42:21 55:18 61:8 63:14 69:10 | investigation(4) 32:15 45:9 49:23 62:6 | lottery(1) 55:4 | multi(1) 15:4 |
| investigation(4) 32:15 45:9 49:23 62:6 | invitation(1) 37:14 | love(1) 55:4 | multiple(7) 34:10 39:12 39:13 39:13 39:21 47:16 63:19 |
| invitation(1) 37:14 | involve(7) 9:1 13:8 15:10 16:13 38:22 39:5 39:12 | low(1) 44:13 | |
| involve(7) 9:1 13:8 15:10 16:13 38:22 39:5 39:12 | involved(3) 16:14 61:16 63:19 | lump(1) 54:22 | murphy(1) 2:15 |
| involved(3) 16:14 61:16 63:19 | involves(1) 40:1 | made(6) 16:19 35:6 35:10 37:6 48:21 56:22 | must(5) 17:58 37:24 38:1 41:25 50:4 66:8 66:10 |
| involves(1) 40:1 | involving(2) 14:24 46:25 | maintain(2) 31:16 32:9 | name(2) 40:21 40:22 |
| involving(2) 14:24 46:25 | irrelevant(2) 51:10 57:5 | maintained(4) 33:11 35:3 46:5 51:13 | namely(1) 5:18 |
| irrelevant(2) 51:10 57:5 | isn't(3) 43:13 45:2 45:10 | major(1) 45:23 | nearly(1) 25:24 |
| isn't(3) 43:13 45:2 45:10 | issue(17) 19:24 22:10 25:9 28:19 28:22 34:11 36:17 36:21 40:8 40:13 51:9 52:25 57:23 61:15 62:17 66:25 70:17 | make(13) 5:22 11:8 12:4 12:16 12:17 13:13 15:3 27:21 39:10 45:5 50:5 61:11 70:17 | necessarily(1) 50:17 |
| issue(17) 19:24 22:10 25:9 28:19 28:22 34:11 36:17 36:21 40:8 40:13 51:9 52:25 57:23 61:15 62:17 66:25 70:17 | | makes(3) 44:11 60:1 61:20 | necessary(1) 30:9 |
| | issued(1) 52:6 | making(6) 5:22 8:12 28:2 44:15 66:2 71:7 | need(13) 9:14 9:17 19:12 29:19 29:24 31:7 31:10 37:13 37:18 38:15 49:3 51:1 52:23 58:20 63:3 63:7 69:25 |
| issued(1) 52:6 | issues(8) 14:17 20:5 26:21 26:24 27:6 28:16 36:1 | male(1) 72:3 | |
| issues(8) 14:17 20:5 26:21 26:24 27:6 28:16 36:1 | items(1) 27:22 | man(1) 21:22 | needed(1) 63:6 |
| items(1) 27:22 | its(37) 5:8 5:10 5:14 5:18 5:22 6:3 9:1 11:10 14:2 17:7 17:8 17:19 18:23 23:2 23:8 23:11 24:16 31:11 33:25 34:22 40:5 40:16 46:10 46:11 47:20 49:24 50:13 53:16 61:14 | manually(1) 32:24 | needs(2) 40:18 47:23 |
| its(37) 5:8 5:10 5:14 5:18 5:22 6:3 9:1 11:10 14:2 17:7 17:8 17:19 18:23 23:2 23:8 23:11 24:16 31:11 33:25 34:22 40:5 40:16 46:10 46:11 47:20 49:24 50:13 53:16 61:14 | | many(9) 9:11 9:12 9:25 29:22 38:22 46:2 47:15 65:11 66:22 | negative(2) 18:19 18:20 |
| | itself(1) 7:13 | maria(1) 3:41 | negotiate(2) 11:25 19:12 23:19 |
| itself(1) 7:13 | it's(69) 6:1 10:25 11:17 13:18 13:14 15:2 15:13 15:15 18:25 19:9 20:9 20:15 21:19 21:20 25:7 28:24 28:24 28:25 29:4 30:18 31:10 33:15 34:17 37:15 38:2 38:14 40:5 40:13 40:15 41:2 41:25 42:13 42:24 43:3 46:2 46:6 46:7 46:8 46:9 46:15 47:4 47:12 48:11 51:15 51:22 52:14 51:25 52:20 54:10 55:5 55:10 55:14 55:18 56:14 57:8 57:17 58:6 58:15 60:17 61:2 61:23 63:13 64:20 64:22 66:2 67:21 68:4 69:11 70:6 | market(1) 3:41 | negotiated(1) 18:25 |
| it's(69) 6:1 10:25 11:17 13:18 13:14 15:2 15:13 15:15 18:25 19:9 20:9 20:15 21:19 21:20 25:7 28:24 28:24 28:25 29:4 30:18 31:10 33:15 34:17 37:15 38:2 38:14 40:5 40:13 40:15 41:2 41:25 42:13 42:24 43:3 46:2 46:6 46:7 46:8 46:9 46:15 47:4 47:12 48:11 51:15 51:22 52:14 51:25 52:20 54:10 55:5 55:10 55:14 55:18 56:14 57:8 57:17 58:6 58:15 60:17 61:2 61:23 63:13 64:20 64:22 66:2 67:21 68:4 69:11 70:6 | | marketability(1) 7:9 | negotiating(4) 17:1 18:6 20:16 22:19 |
| | | match(20) 27:18 33:2 37:20 37:23 41:22 41:22 41:24 42:16 42:20 43:22 46:16 46:22 48:9 50:14 61:7 66:5 66:20 66:21 67:22 67:24 | negotiations(2) 8:7 16:23 |
| | | | network(2) 33:1 33:5 |
| | i'd(4) 4:18 49:17 61:11 67:25 | matched(5) 40:3 40:9 47:12 48:4 50:3 | networks(4) 1:8 1:28 2:10 3:4 |
| i'd(4) 4:18 49:17 61:11 67:25 | i'll(5) 4:6 23:25 24:18 37:2 70:17 | matched(1) 40:11 | never(5) 32:2 32:10 42:19 43:14 56:12 57:1 67:22 |
| i'll(5) 4:6 23:25 24:18 37:2 70:17 | i'm(28) 4:3 4:15 7:17 14:4 14:7 16:22 20:8 23:1 35:22 43:13 47:2 50:2 52:8 53:6 55:23 57:3 61:16 62:1 66:19 67:6 67:15 69:14 69:23 69:24 70:15 71:17 71:21 | matches(1) 53:12 | new(4) 42:11 48:6 61:6 66:13 |
| i'm(28) 4:3 4:15 7:17 14:4 14:7 16:22 20:8 23:1 35:22 43:13 47:2 50:2 52:8 53:6 55:23 57:3 61:16 62:1 66:19 67:6 67:15 69:14 69:23 69:24 70:15 71:17 71:21 | | material(2) 8:7 34:1 | next(4) 26:15 48:6 69:24 70:1 |
| | | materials(1) 35:3 | nexus(1) 16:7 |
| | | matter(7) 5:11 15:13 15:15 19:4 60:18 71:22 72:13 | nicholas(1) 3:6 |
| | i've(3) 4:17 4:17 63:16 | matters(3) 4:4 15:11 19:22 | nichols(1) 2:4 |
| i've(3) 4:17 4:17 63:16 | jaime(1) 3:15 | may(19) 6:19 12:12 24:10 24:10 25:10 36:12 39:23 43:8 43:19 47:3 47:20 48:24 50:14 55:21 57:15 65:1 66:5 67:20 70:6 | nni(4) 38:4 38:6 41:5 42:22 |
| jaime(1) 3:15 | james(1) 3:13 | | none(3) 23:20 40:14 47:8 |
| james(1) 3:13 | jason(1) 3:29 | maybe(6) 50:5 51:3 51:3 60:25 67:2 71:4 | normally(1) 60:18 |
| jason(1) 3:29 | job(2) 55:18 66:8 | mcalee(1) 2:37 | norman(1) 2:34 |
| job(2) 55:18 66:8 | john(1) 2:38 | mccarthy(1) 1:47 | nortel(9) 5:11 1:28 2:9 3:4 5:17 5:24 6:2 7:25 10:6 16:17 16:20 17:6 17:7 17:12 17:24 18:7 19:2 19:10 20:3 20:13 21:19 23:6 23:12 24:11 24:14 25:4 25:5 25:22 28:1 28:4 29:13 29:15 30:2 30:8 31:16 32:8 32:10 32:18 33:10 33:23 33:25 34:2 34:5 34:12 34:19 34:22 34:24 35:1 35:3 35:17 36:7 36:8 36:12 37:24 38:5 38:9 38:17 40:4 40:15 40:20 41:5 41:13 41:16 42:11 42:20 42:24 43:6 43:14 44:5 44:10 45:2 45:7 46:5 47:20 48:10 49:20 49:24 50:22 52:16 52:16 56:9 60:1 60:23 61:3 62:9 63:14 63:23 64:2 64:11 66:8 66:9 67:18 68:23 69:1 69:6 |
| john(1) 2:38 | johnson(1) 2:45 | mcloy(1) 2:19 | |
| johnson(1) 2:45 | joint(1) 3:19 | me.''(1) 9:22 | |
| joint(1) 3:19 | jointly(1) 14:5 | mean(13) 16:15 30:18 32:20 41:10 41:13 43:2 43:3 53:24 56:23 61:12 61:15 66:11 70:16 | |
| jointly(1) 14:5 | jones(2) 2:23 3:24 | | |
| jones(2) 2:23 3:24 | judge(7) 1:38 1:39 4:2 4:15 4:16 20:7 30:5 | means(3) 53:12 55:17 66:19 | |
| judge(7) 1:38 1:39 4:2 4:15 4:16 20:7 30:5 | judgment(5) 8:15 21:15 22:24 23:21 23:23 | meant(4) 6:21 23:24 32:17 36:6 | |
| judgment(5) 8:15 21:15 22:24 23:21 23:23 | julia(1) 3:45 | meantime(1) 58:22 | nortel's(10) 20:6 20:16 21:15 24:4 24:24 32:13 32:13 32:22 33:5 70:6 |
| julia(1) 3:45 | july(5) 4:12 70:11 70:11 70:16 71:22 | meet(8) 21:7 21:13 22:7 26:20 26:20 27:11 27:17 32:15 | |
| | | | norton(1) 2:10 |
| | | melnik(1) 2:50 | |
| | | members(1) 43:3 | |
| | | mention(4) 24:1 29:4 33:3 53:10 | |
| | | mentioned(8) 13:13 24:8 30:4 32:5 32:10 36:14 65:17 68:17 | |
| | | mentioning(1) 31:24 | |
| | | merger(1) 3:40 | |
| | | mg-9000(1) 44:19 | |
| | | might(16) 25:7 27:22 27:23 28:25 29:5 31:18 33:2 39:10 42:25 47:15 48:22 51:3 51:15 55:16 69:1 | |
| | | milbank(1) 2:19 | |
| | | miller(1) 3:16 | |

| Word | Page:Line |
| --- | --- |
| not(155) 4:3 4:15 4:16 5:3 5:5 5:10 5:13 5:15 5:19 5:21 6:3 6:9 7:16 7:17 8:5 8:17 11:5 11:6 11:12 11:17 13:6 13:8 13:14 14:2 14:15 14:16 14:19 15:2 15:7 15:9 16:16 16:20 17:20 17:22 18:13 18:15 19:11 20:10 20:13 20:16 20:17 22:22 23:1 23:4 23:15 24:10 24:15 25:15 28:15 28:18 28:21 28:24 28:25 29:2 29:6 30:4 30:12 31:16 32:5 32:19 32:23 33:8 33:12 33:15 34:17 34:18 34:23 35:5 35:15 36:12 37:7 37:10 37:12 37:14 38:2 39:9 39:13 41:9 41:12 41:12 41:16 41:20 42:12 42:15 42:22 42:23 43:3 43:9 43:13 44:1 44:11 45:18 45:19 45:20 46:13 46:15 46:15 47:5 47:18 47:22 48:4 48:24 49:3 49:7 49:18 50:2 50:3 51:7 52:21 52:21 52:22 53:3 54:7 54:11 54:14 55:10 55:11 55:14 55:17 55:17 55:19 56:10 57:4 57:8 57:10 58:7 58:12 58:17 58:17 60:12 60:12 60:18 60:25 61:1 61:2 61:3 62:18 63:21 63:25 64:19 65:12 65:13 66:8 66:11 66:19 67:14 67:18 67:21 68:1 68:5 68:10 69:4 70:6 70:21 71:17 | |
| nothing(12) 17:5 17:12 26:1 27:5 35:12 37:13 37:17 40:4 41:25 56:20 57:17 62:24 | |
| nothing's(1) 58:14 | |
| notion(2) 54:25 61:11 | |
| notwithstanding(1) 8:10 | |
| november(4) 27:9 42:4 42:5 43:17 | |
| now(34) 4:3 6:11 10:3 10:4 11:14 12:10 18:8 19:16 20:2 21:19 28:1 28:5 29:9 29:18 30:6 39:2 41:4 41:23 42:17 44:3 44:19 44:25 45:14 46:7 46:10 46:25 51:24 53:22 59:12 62:20 64:20 66:4 66:6 68:15 71:10 | |
| number(14) 20:20 20:20 20:23 21:1 24:8 24:11 29:20 30:5 61:15 61:15 65:15 66:7 66:22 67:4 | |
| object(3) 9:12 9:13 52:20 | |
| objecting(2) 18:4 25:14 | |
| objection(1) 28:9 | |
| objections(2) 16:19 16:19 | |
| objects(1) 4:24 | |
| obligations(1) 49:3 | |
| obtain(1) 56:18 | |
| obvious(1) 32:18 | |
| obviously(3) 28:21 41:8 68:12 | |
| occurred(3) 10:7 18:24 22:18 | |
| odd(1) 40:15 | |
| off(4) 11:15 38:7 42:16 57:22 | |
| offered(2) 11:10 38:23 | |
| offering(1) 40:5 | |
| offices(1) 2:27 | |
| official(1) 2:41 | |
| officially(1) 42:9 | |
| often(3) 38:24 39:12 39:16 | |
| okay(10) 4:13 8:18 12:11 20:25 50:2 64:21 65:2 65:19 66:2 71:19 | |
| once(7) 6:15 33:1 36:15 42:13 60:19 65:20 71:14 | |
| one(41) 4:4 7:25 10:9 13:4 13:16 13:18 13:19 15:1 21:14 22:14 23:19 24:1 24:19 27:20 28:3 33:1 38:10 39:6 39:15 39:19 39:23 39:25 40:2 42:3 42:24 44:5 44:12 46:2 51:1 52:3 52:15 53:17 54:2 59:25 61:10 61:15 62:25 65:3 65:19 66:8 66:20 71:11 | |
| one-and-a-half(2) 26:11 31:15 | |
| one-page(2) 50:23 58:12 | |
| ones(3) 6:9 6:11 62:8 | |
| ongoing(1) 44:12 | |
| only(19) 5:2 5:9 8:1 8:3 8:17 10:13 10:17 11:1 12:23 13:12 15:11 18:12 46:1 48:12 61:6 62:7 66:7 68:20 68:25 | |
| onwards(1) 40:25 | |
| opening(1) 4:8 | |
| operate(1) 56:14 | |
| operated(1) 63:1 | |
| operations(1) 38:8 | |
| opportunity(2) 28:7 50:24 | |
| opposed(1) 50:16 | |
| opposing(1) 22:4 | |
| opposition(5) 4:9 6:14 6:20 8:14 21:14 | |
| oracle(2) 40:22 40:25 | |
| oral(1) 71:18 | |
| order(21) 4:22 5:1 10:11 10:12 10:18 10:25 12:8 14:8 18:2 21:21 22:17 22:23 29:10 33:25 35:19 37:3 41:23 48:13 48:24 68:4 68:12 | |
| ordered(4) 33:17 48:23 58:23 63:2 | |
| orders(8) 10:9 11:5 11:6 11:7 11:6 11:23 17:23 23:17 | |
| other(30) 6:1 13:18 15:6 17:25 18:24 20:14 20:17 23:25 29:22 32:25 33:4 33:5 34:1 34:12 38:10 39:24 41:9 43:18 43:24 44:2 45:17 51:13 55:24 58:10 59:1 61:21 65:7 66:21 67:25 70:3 | |
| our(91) 6:13 6:20 7:2 7:6 8:8 8:14 9:13 9:18 12:5 12:6 12:18 12:23 12:24 13:23 15:5 19:8 19:18 21:3 21:17 21:14 21:16 21:23 27:5 27:11 27:13 27:13 27:16 27:17 27:20 27:23 27:25 28:23 29:4 29:21 29:24 30:6 30:15 30:20 30:24 31:13 33:3 33:8 34:5 35:10 35:25 36:8 36:10 36:11 38:3 38:5 41:20 42:16 43:14 47:3 49:2 49:9 51:11 51:11 51:23 52:6 54:7 54:7 54:16 55:14 55:18 57:2 57:16 57:25 58:7 58:8 58:9 58:20 60:1 62:3 62:4 63:3 63:7 64:15 65:12 65:21 67:17 67:19 68:1 68:5 68:8 68:17 68:25 69:6 69:21 | |
| ourselves(2) 32:12 50:25 51:17 58:22 68:21 | |
| out(30) 9:8 12:16 14:17 20:19 32:16 33:24 34:4 39:19 43:9 43:11 46:14 46:19 50:13 52:14 52:15 52:24 54:18 54:23 55:3 56:14 57:11 57:12 57:15 59:20 60:7 61:18 64:18 68:21 69:2 70:9 | |
| outrageous(2) 19:8 19:9 | |
| outside(1) 20:5 | |
| over(6) 17:4 22:25 37:5 60:4 62:16 62:16 | |
| overall(3) 31:3 53:1 | |
| overhead(1) 40:10 | |
| overlooked(2) 45:20 45:21 | |
| overlooking(1) 42:7 | |
| overrides(1) 31:20 | |
| oversight(1) 18:14 | |
| overstated(1) 54:24 | |
| owe(1) 19:18 | |
| owed(1) 57:6 | |
| own(12) 17:7 17:8 17:9 21:24 27:8 29:3 29:8 48:20 57:3 57:4 58:5 64:15 | |
| owned(1) 5:10 | |
| owner(3) 6:15 13:25 14:18 | |
| owners(1) 14:12 | |
| p.m(1) 72:7 | |
| pachulski(1) 2:23 | |
| package(3) 38:23 38:24 38:24 | |
| page(4) 26:11 31:15 47:19 54:2 | |
| paid(26) 5:16 5:19 6:12 7:1 7:16 7:21 9:4 9:6 10:6 10:15 12:5 12:6 13:3 13:10 13:15 18:2 19:1 19:2 20:4 21:9 22:16 23:14 44:20 55:1 68:22 69:9 | |
| painting(1) 15:14 | |
| paper(1) 67:17 | |
| part(5) 8:1 27:25 29:16 49:8 53:13 | |
| particular(5) 27:22 35:10 38:25 48:25 66:25 | |
| parties(3) 4:19 17:14 24:5 | |
| parts(1) 5:14 | |
| party(14) 3:24 4:23 4:24 4:24 5:5 5:7 5:7 5:9 5:11 5:15 8:9 34:23 40:17 | |
| passed(1) 25:25 | |
| passing(1) 24:7 | |
| pattern(1) 10:4 | |
| paul(1) 2:11 | |
| pause(1) 38:6 | |
| pay(7) 12:1 13:7 14:19 20:25 34:14 44:7 68:6 | |
| paying(4) 10:21 17:10 18:6 68:24 | |
| payment(5) 5:9 5:22 17:24 18:1 54:23 | |
| payments(2) 29:23 56:22 | |
| peg(1) 3:25 | |
| pending(3) 31:13 33:12 46:21 | |
| pennsylvania(1) 1:51 | |
| penny(3) 11:21 18:7 | |
| pension(1) 3:5 | |
| people(14) 11:2 38:1 38:8 47:15 49:5 49:13 58:21 61:13 63:21 64:1 64:1 64:2 66:11 66:17 | |
| per(6) 31:17 37:25 38:15 39:9 39:9 39:9 | |
| per-unit(2) 55:4 55:10 | |
| percent(1) 55:2 | |
| percentage(2) 30:23 31:3 | |
| perfect(1) 60:23 | |
| perhaps(3) 24:17 50:25 71:8 | |
| period(3) 13:8 29:15 36:18 | |
| periods(1) 29:25 | |
| permit(1) 33:22 | |
| permitted(2) 34:15 69:4 | |
| pernick(1) 2:34 | |
| person(2) 43:8 70:21 | |
| personnel(1) 49:9 | |
| perspective(2) 41:16 47:4 | |
| peter(1) 2:24 | |
| petition(3) 36:14 36:19 56:17 | |
| phone(1) 70:4 | |
| photograph(2) 9:3 11:11 | |
| physical(1) 67:1 | |
| picking(3) 62:1 62:2 62:22 | |
| picture(1) 15:13 | |
| piece(3) 13:12 32:12 50:25 | |
| pieces(1) 68:13 | |
| piecing(1) 62:3 | |
| piper(1) 2:19 | |
| place(6) 27:1 27:2 33:14 34:14 49:5 51:6 | |
| placed(2) 21:12 39:25 | |
| places(1) 29:8 | |
| plaintiffs(1) 1:24 | |
| planned(1) 51:19 | |
| please(2) 51:2 55:21 | |
| poem(1) 15:14 | |
| point(23) 8:11 11:15 12:17 13:3 13:13 13:18 15:1 17:6 21:5 22:15 23:6 33:13 34:3 37:6 37:18 50:11 50:17 54:18 56:19 56:22 61:10 61:21 68:11 | |
| pointed(2) 8:25 16:12 | |
| points(2) 12:13 55:24 | |
| policy(3) 14:6 14:10 18:19 | |
| portion(7) 9:5 10:21 11:21 16:1 16:8 18:16 23:14 | |
| posed(1) 8:3 | |
| poses(1) 8:17 | |
| position(15) 8:19 20:3 34:3 34:9 45:1 51:9 51:11 51:11 57:4 59:12 70:7 | |
| possession(1) 29:3 | |
| possibility(1) 29:3 | |
| possible(5) 51:16 57:10 | |
| possibly(1) 52:8 | |
| pounding(1) 57:24 | |
| pre(2) 35:22 56:16 | |
| pre-business(1) 29:14 | |
| pre-petition(1) 35:22 | |
| pre-sale(2) 29:25 30:10 36:2 36:4 | |
| precedent(3) 18:20 18:20 19:20 | |
| premature(3) 6:2 25:6 35:9 | |
| prematurity(2) 28:19 28:20 | |
| prepared(1) 7:3 | |
| presented(1) 65:21 | |
| preserved(1) 9:15 | |
| pretty(3) 11:8 44:13 63:13 | |
| previously(2) 32:4 40:21 | |
| price(17) 10:15 10:16 10:17 10:24 11:21 11:22 12:7 12:8 16:10 17:20 17:21 18:1 18:2 18:17 19:6 22:16 23:14 | |
| prices(2) 12:22 30:24 | |
| principle(2) 49:19 67:10 | |
| prior(6) 16:23 21:16 29:19 30:13 32:6 36:19 | |
| probably(4) 36:20 37:21 66:22 69:25 | |
| problem(11) 6:1 6:9 9:21 20:16 42:7 49:19 50:10 50:21 67:8 67:10 68:6 | |
| problematic(1) 40:15 | |
| problems(1) 21:21 | |
| proceed(2) 26:6 28:12 | |
| proceeding(1) 33:11 | |
| proceedings(3) 1:37 1:55 72:13 | |
| proceeds(2) 12:22 19:7 | |
| process(12) 9:8 16:14 19:19 30:25 41:11 45:24 46:7 46:8 49:8 62:13 62:22 66:18 | |
| produce(13) 25:12 25:23 29:7 35:13 35:17 49:6 57:19 59:25 60:3 60:9 61:13 66:23 69:8 | |
| produced(3) 1:56 31:12 47:7 52:5 52:7 52:11 57:7 60:6 64:5 64:9 65:6 68:16 68:25 | |
| producing(2) 51:20 57:19 | |
| product(46) 6:16 7:8 7:10 7:14 9:13 12:6 12:7 12:18 12:19 12:20 21:9 21:17 21:20 25:2 29:11 29:20 31:17 32:19 32:23 33:10 33:18 33:20 34:13 37:25 38:16 38:18 38:20 39:3 39:6 40:2 41:3 41:9 44:9 46:4 46:10 47:13 47:16 53:10 53:11 53:13 53:21 57:12 61:22 62:15 65:17 65:20 | |
| product-specific(14) 40:18 41:6 47:9 47:23 48:5 49:21 50:4 51:12 54:11 54:15 57:14 65:9 65:13 66:3 | |
| production(3) 61:18 68:18 69:2 | |
| products(72) 7:1 7:5 7:12 8:13 15:6 20:13 20:14 21:17 22:25 29:13 29:15 29:18 29:20 29:22 30:10 30:11 30:13 30:20 30:22 31:2 34:2 34:5 34:7 34:16 34:19 34:22 35:1 35:5 38:22 39:9 39:13 39:23 40:3 44:2 44:6 45:5 47:17 47:24 53:14 53:14 53:15 53:20 54:4 54:14 56:1 56:2 56:17 56:23 56:24 56:25 57:2 59:16 59:18 59:21 60:2 60:7 62:4 62:16 62:17 64:11 65:3 65:8 65:21 65:22 66:1 66:2 68:17 68:22 68:23 69:6 | |
| proffer(1) 47:23 | |
| profit(72) 5:13 7:25 8:9 8:12 14:3 14:12 20:23 22:9 29:25 30:15 36:1 36:2 39:3 39:4 39:5 39:8 39:9 39:10 39:12 39:13 39:15 39:17 39:19 39:21 39:22 39:24 39:25 40:1 40:2 40:11 40:12 41:14 41:19 42:10 47:12 47:13 47:18 47:25 48:4 49:25 51:8 51:9 51:16 53:8 53:10 53:13 53:24 54:1 54:11 54:13 56:2 56:3 57:5 57:16 58:24 59:17 59:17 59:21 60:1 60:12 60:22 61:22 62:2 62:4 62:6 63:17 63:19 65:14 65:16 65:18 65:19 66:10 | |
| profits(11) 6:14 8:1 8:17 14:20 15:4 15:8 16:3 19:6 30:2 30:19 30:24 | |
| project(1) 44:22 | |
| promising(1) 42:14 | |
| promptly(1) 48:15 | |
| proof(3) 5:23 36:16 54:20 | |
| proper(2) 35:18 49:5 | |
| properly(1) 29:24 | |
| property(27) 4:16 9:18 10:6 10:13 10:14 10:17 10:19 10:22 10:23 10:25 11:1 11:23 12:9 14:3 14:15 14:24 17:22 17:22 18:3 18:9 18:12 18:15 18:17 18:23 21:23 22:17 23:15 | |
| proposal(1) 48:6 | |
| propose(1) 66:25 | |
| proposing(1) 27:10 | |
| prosecute(1) 58:3 | |
| protection(2) 15:12 15:15 | |
| prove(12) 5:12 5:18 5:18 14:1 15:24 20:10 20:18 22:6 52:23 58:2 58:20 63:7 | |
| proved(1) 8:2 | |
| provide(10) 11:5 12:4 17:22 25:18 26:10 40:23 50:6 54:5 54:17 55:12 | |
| provided(16) 11:17 17:23 21:8 22:17 26:10 34:6 35:16 44:5 44:8 44:24 54:3 55:9 60:4 63:20 64:14 69:14 | |
| provider(2) 44:12 44:13 | |
| provider(1) 5:2 16:2 | |
| providing(3) 34:1 55:11 55:18 | |
| provisions(1) 14:21 | |
| publicly(1) 27:12 | |
| pull(1) 27:19 | |
| pulled(1) 32:25 | |
| purchase(20) 10:15 10:16 10:17 10:24 11:21 11:22 12:7 12:8 12:22 16:10 17:20 17:21 18:1 18:2 18:16 18:17 19:6 22:16 23:1 23:14 30:23 | |
| purchased(1) 7:2 | |
| purchaser(4) 5:6 5:15 13:24 22:21 | |
| purchasers(5) 5:19 5:21 6:12 7:20 18:5 | |
| pure(2) 20:9 37:2 | |
| purported(1) 8:25 | |
| purpose(1) 31:21 | |
| purposes(24) 34:9 40:16 41:20 44:17 | |
| pursuant(1) 4:21 | |
| pursue(2) 62:1 66:6 | |
| pursued(1) 67:23 | |
| pursuing(1) 66:16 | |
| push(1) 63:4 | |
| pushback(1) 55:21 | |
| put(11) 4:17 14:18 22:3 27:5 27:16 30:7 39:15 39:15 42:16 57:16 58:18 | |
| qualified(1) 58:21 | |
| query(1) 42:25 | |
| question(15) 7:17 8:2 8:16 45:8 53:16 57:18 59:18 59:24 59:25 65:16 66:16 68:23 69:19 71:11 | |
| questions(26) 25:24 46:17 47:3 53:13 53:18 53:18 54:7 54:8 54:9 54:16 56:1 56:5 56:8 56:8 56:24 57:1 57:21 59:2 59:6 59:9 59:9 60:2 60:4 62:25 64:11 65:22 68:15 | |
| quick(2) 26:5 61:10 | |
| quickly(1) 28:6 | |
| quite(1) 11:9 | |
| raise(5) 13:3 13:18 21:5 46:18 61:21 | |
| raised(6) 6:13 41:17 55:25 66:13 66:14 66:15 | |
| ran(2) 40:5 40:15 | |
| rate(2) 19:1 19:1 | |
| rather(1) 67:11 | |
| reach(7) 11:25 12:1 16:23 22:19 46:23 71:8 71:8 | |
| reaching(1) 9:21 | |
| ready(2) 64:20 64:23 | |
| real(1) 68:23 | |
| real-time(1) 44:23 | |
| reality(3) 11:18 21:1 60:13 | |
| realize(1) 6:2 | |
| really(39) 8:3 10:5 10:20 11:3 11:3 25:19 39:20 41:6 46:19 51:18 51:7 52:9 58:14 58:14 62:11 64:10 66:12 66:12 69:15 | |
| reason(7) 7:23 20:11 23:3 45:18 46:23 48:11 51:17 | |
| reasonable(1) 56:13 | |
| reasons(3) 28:21 34:10 39:22 | |
| recall(1) 25:10 | |
| receive(1) 5:13 | |
| received(9) 5:9 5:13 7:25 12:20 26:15 29:23 30:3 63:16 | |
| recently(2) 4:17 35:11 | |
| recess(1) 71:21 | |
| recognize(1) 24:9 | |
| record(6) 6:6 22:3 23:21 24:21 31:16 39:2 | |
| recorded(1) 1:55 | |
| recording(4) 1:55 63:15 64:18 72:12 | |
| recordkeeping(1) 32:2 | |
| records(3) 33:17 33:25 34:13 | |
| reduced(2) 8:2 8:8 | |
| red(1) 3:32 | |
| references(1) 32:13 | |
| referred(2) 16:3 39:3 | |
| refers(2) 24:16 48:13 | |
| reflect(3) 21:1 34:19 39:23 | |
| reflection(1) 59:19 | |
| reflects(1) 44:22 | |

| Word | Page:Line |
|---|---|
| refrain(1) 60:22 | |
| refused(1) 23:4 | |
| regardless(1) 21:6 | |
| regular(1) 38:9 | |
| relate(1) 47:16 | |
| related(3) 20:11 25:1 59:16 | |
| relates(3) 8:17 56:17 | |
| relating(6) 25:3 29:25 36:1 36:2 58:24 59:5 | |
| relevance(1) 31:12 | |
| relevant(17) 22:22 26:13 29:7 30:9 33:13 35:13 38:13 48:3 48:7 50:9 50:12 50:15 54:1 57:7 57:8 61:14 69:4 | |
| relied(1) 47:13 | |
| relief(1) 27:21 | |
| remains(1) 48:15 | |
| remming(1) 2:6 | |
| remove(1) 21:16 | |
| reorg(1) 3:28 | |
| repeated(1) 69:15 | |
| replace(1) 21:21 | |
| reply(4) 4:9 4:10 6:3 71:15 | |
| report(3) 35:25 51:23 68:1 | |
| reported(2) 42:25 64:17 | |
| reporting(3) 31:21 32:14 48:1 | |
| reports(15) 21:3 24:14 34:6 34:11 34:17 34:19 35:24 44:16 53:9 63:3 65:17 68:22 68:25 69:9 69:12 | |
| represented(1) 9:16 | |
| request(15) 4:1 25:14 27:20 31:13 36:9 36:9 36:10 37:5 38:14 46:11 46:21 48:20 52:6 55:16 67:16 | |
| requested(3) 25:11 67:13 69:22 | |
| requesting(3) 29:12 48:22 | |
| requests(2) 26:4 52:4 | |
| require(4) 6:10 13:24 16:5 17:18 | |
| required(2) 34:23 58:19 | |
| requirement(1) 15:25 | |
| research(5) 1:17 1:22 2:27 3:28 47:23 | |
| resist(1) 67:14 | |
| resolution(1) 24:9 | |
| resolve(2) 24:11 61:19 | |
| resolved(1) 69:23 | |
| resources(1) 45:6 | |
| respect(6) 29:18 30:9 30:11 36:25 37:20 56:23 | |
| respectfully(1) 63:8 | |
| respective(1) 30:21 | |
| respond(9) 8:22 15:22 20:1 36:23 46:22 53:22 59:8 63:13 69:7 | |
| responded(1) 26:4 | |
| response(4) 38:13 60:5 63:20 70:12 | |
| responses(7) 26:3 26:7 26:11 31:15 31:18 53:23 54:3 | |
| responsible(5) 23:6 44:9 44:14 64:3 69:10 | |
| responsibly(3) 10:2 16:18 19:9 | |
| rest(1) 34:23 | |
| result(4) 7:2 8:1 11:24 18:23 | |
| resulted(1) 20:7 | |
| results(7) 21:2 43:1 43:2 43:22 46:9 61:4 64:16 | |
| retain(3) 27:10 27:11 67:1 | |
| retained(1) 48:9 | |
| retroactive(1) 45:9 | |
| retrospective(1) 45:9 | |
| revenue(34) 6:23 12:20 12:21 16:1 16:1 16:3 25:2 29:12 30:1 37:24 38:15 38:19 39:1 39:1 39:2 39:14 39:18 39:20 39:21 39:23 40:6 40:7 40:12 40:20 41:2 49:21 49:24 63:19 63:23 64:3 65:9 65:12 65:12 66:3 | |
| revenues(7) 30:2 30:7 39:8 40:9 47:24 63:15 63:16 | |
| review(4) 49:5 66:23 67:18 69:21 | |
| reviewing(1) 58:9 | |
| richard(1) 2:28 | |
| right(34) 4:13 7:15 8:18 9:20 10:1 10:14 11:13 16:21 21:19 23:18 24:3 29:8 36:22 48:16 49:10 53:4 53:4 58:25 59:3 61:5 63:9 63:21 63:22 64:1 64:2 64:25 66:11 67:15 70:10 70:23 71:5 71:17 71:20 72:5 | |
| rights(5) 9:15 9:23 12:2 14:12 17:2 | |
| roadmap(1) 14:14 | |
| robert(1) 2:45 | |
| room(3) 9:17 10:20 16:21 | |
| rose(1) 2:10 | |
| royalties(10) 8:5 13:11 20:12 29:22 34:14 44:7 44:20 55:6 55:6 68:22 | |
| royalty(22) 34:6 34:11 34:17 34:19 44:17 44:21 53:9 54:19 54:22 54:23 54:23 55:1 55:4 55:6 55:18 56:18 56:19 56:21 65:17 68:22 68:25 69:8 69:12 | |
| rule(5) 13:21 14:21 14:22 23:22 71:9 | |
| ruled(1) 5:17 | |
| ruling(4) 6:4 6:9 6:10 14:10 | |
| run(2) 52:23 55:2 | |
| running(3) 40:16 54:23 55:6 | |
| said(34) 5:14 9:12 9:19 14:2 15:14 15:23 17:17 18:8 18:11 18:13 18:15 19:13 22:16 22:17 31:6 31:11 36:8 37:1 37:12 37:18 40:19 41:15 42:9 42:15 48:10 43:7 53:19 54:16 66:4 | |

| Word | Page:Line |
|---|---|
| sale(43) 4:24 5:1 5:6 5:13 5:21 9:11 9:12 9:15 9:19 9:20 10:8 10:9 10:12 10:20 11:4 11:4 11:8 11:16 11:16 12:3 12:3 12:8 12:20 14:8 14:8 14:13 14:18 14:24 14:24 16:14 17:14 17:22 18:9 18:10 18:11 19:13 21:16 22:15 22:22 23:22 23:24 35:23 36:3 | |
| sales(26) 5:1 5:20 6:23 7:2 7:10 7:21 8:1 8:7 10:12 10:13 10:24 12:8 12:23 13:2 20:22 25:3 29:17 29:21 29:19 29:19 30:14 30:22 31:5 33:18 55:4 55:10 | |
| same(8) 15:15 22:17 23:7 30:18 36:4 36:17 37:3 39:6 | |
| sanjana(1) 3:29 | |
| sap(8) 32:2 32:6 32:10 32:24 40:21 40:24 47:21 | |
| satisfaction(1) 70:3 | |
| satisfied(9) 37:7 37:8 41:12 41:13 41:16 42:9 44:1 46:13 55:17 | |
| satisfy(1) 9:18 | |
| saw(1) 26:9 | |
| say(28) 13:4 13:9 15:7 23:13 24:7 24:15 29:4 36:24 38:14 41:13 43:18 47:20 47:24 48:7 50:23 51:14 52:18 55:5 57:7 57:17 60:1 60:21 62:8 63:25 65:19 69:13 69:23 70:1 | |
| saying(23) 9:17 14:16 17:19 19:3 19:11 19:17 21:19 25:21 37:7 37:19 37:24 38:14 40:17 43:13 46:13 49:20 50:3 51:2 54:13 54:21 60:17 62:9 66:1 | |
| says(14) 5:11 10:10 14:19 41:22 41:23 43:25 44:21 44:21 44:21 50:1 57:8 58:16 65:23 | |
| schedule(4) 26:2 26:9 28:11 71:13 | |
| schotz(2) 2:31 6:6 | |
| schuylkill(1) 1:50 | |
| scope(1) 67:4 | |
| scrupulously(1) 9:8 | |
| search(25) 27:20 27:21 28:7 29:8 31:19 31:22 32:1 32:11 33:17 33:25 35:10 35:13 45:8 45:12 46:5 47:21 48:23 49:13 49:14 49:15 50:9 56:2 57:13 69:3 70:2 | |
| searched(4) 27:4 29:3 35:15 35:15 | |
| searches(4) 29:11 34:23 35:18 45:20 | |
| searching(7) 33:23 34:4 34:24 45:24 50:10 52:15 69:19 | |
| second(4) 9:20 25:3 34:21 66:1 | |
| section(1) 8:13 | |
| see(12) 41:18 41:20 42:25 43:4 43:5 43:9 51:12 51:14 54:4 57:6 57:23 70:8 | |
| seeking(4) 27:1 30:1 30:14 68:19 | |
| seem(3) 15:3 44:11 47:16 | |
| selinda(1) 2:50 | |
| sell(3) 4:25 9:4 21:23 | |
| selling(6) 5:2 5:5 5:8 5:13 9:2 | |
| sends(1) 58:13 | |
| sense(3) 50:5 60:1 61:20 | |
| sent(3) 44:16 46:18 53:18 | |
| sentence(1) 48:6 | |
| separate(7) 16:8 13:22 16:12 16:13 17:18 18:24 | |
| separately(2) 17:7 17:8 | |
| serve(1) 52:3 | |
| server(38) 24:16 27:16 27:18 27:20 28:3 28:7 33:2 35:11 37:21 37:23 41:7 41:9 41:22 41:24 42:17 42:20 43:18 43:23 43:16 46:22 47:4 47:8 48:9 48:25 50:8 50:12 50:14 51:5 52:14 52:25 57:9 61:7 66:5 66:20 66:21 67:22 67:25 | |
| servers(36) 27:10 29:13 30:12 32:12 32:24 33:4 33:17 35:14 35:15 47:22 47:22 47:22 49:23 49:13 49:14 49:15 51:14 51:14 57:13 61:15 63:22 64:2 66:15 66:18 66:22 66:23 67:1 67:2 67:3 67:18 67:25 68:3 69:3 69:19 70:3 70:7 | |
| service(2) 1:49 1:56 | |
| services(3) 1:49 38:22 48:1 | |
| set(6) 18:19 18:20 19:20 22:7 32:10 38:4 | |
| settled(1) 15:6 | |
| settlement(2) 21:1 36:15 | |
| setup(1) 58:9 | |
| several(2) 17:4 56:4 | |
| share(7) 17:21 17:25 24:15 25:6 27:24 43:16 43:22 | |
| shared(2) 38:4 61:4 | |
| shift(2) 6:18 30:7 | |
| shifts(4) 5:12 5:24 6:13 12:25 | |
| shirt(1) 15:2 | |
| short(1) 50:15 | |
| should(48) 6:11 24:15 25:18 25:19 27:14 28:6 29:1 29:10 29:23 32:18 33:8 33:17 33:23 33:25 34:3 34:15 34:23 35:16 35:19 36:24 37:9 37:11 42:14 54:18 58:18 58:19 58:21 58:22 59:15 59:25 61:2 61:19 62:13 63:1 67:14 68:4 68:10 68:12 69:23 70:13 71:15 | |
| shouldn't(2) 25:20 66:14 | |
| show(18) 5:15 6:10 6:12 6:22 6:24 6:25 7:7 12:21 12:24 13:1 13:25 16:2 21:6 21:8 68:17 68:25 69:1 69:9 | |
| showed(1) 69:9 | |

| Word | Page:Line |
|---|---|
| showing(5) 7:4 7:7 12:18 12:21 68:22 | |
| shown(1) 35:5 | |
| side(1) 13:22 | |
| sideshow(1) 54:10 | |
| significantly(1) 55:7 | |
| similar(2) 30:14 35:3 | |
| similarly(1) 33:25 | |
| simple(4) 11:8 51:18 51:21 63:13 | |
| simply(16) 10:6 10:8 14:4 14:16 17:19 20:17 23:16 29:6 32:5 35:18 37:9 37:15 37:17 40:21 45:25 53:24 | |
| since(4) 31:14 33:12 52:5 56:4 | |
| single(9) 9:16 15:10 39:15 52:1 53:2 53:2 53:17 57:18 62:25 68:6 | |
| sit(2) 11:20 67:24 | |
| site(1) 66:17 | |
| sitting(2) 9:17 52:12 | |
| situation(2) 16:17 19:10 | |
| six(7) 13:8 53:12 59:16 59:18 59:22 59:24 65:21 | |
| size(1) 32:22 | |
| skip(1) 64:8 | |
| skirt(1) 49:3 | |
| slightly(1) 30:18 | |
| slow(1) 64:22 | |
| small(1) 65:16 | |
| smmp(1) 19:14 | |
| smnp(134) 1:17 1:22 2:27 5:18 5:22 5:23 6:4 6:6 7:8 7:16 7:21 8:25 9:12 9:17 9:20 9:23 9:24 10:3 10:23 11:9 11:19 11:20 11:25 12:2 12:4 16:12 16:21 16:21 16:23 17:1 17:6 17:9 17:16 17:20 17:22 18:4 18:6 18:7 18:13 18:16 18:22 18:25 18:25 19:2 19:12 19:16 22:19 22:24 23:3 23:5 23:8 23:9 23:11 23:13 23:16 24:7 24:9 24:15 24:17 25:17 29:15 31:1 32:7 32:7 34:2 34:14 34:21 34:22 35:1 37:6 37:9 37:16 38:5 38:17 39:5 40:22 41:10 41:15 41:17 41:19 43:16 43:18 43:22 43:25 44:5 44:6 44:8 44:10 44:11 44:11 44:17 44:19 45:11 45:14 45:18 45:24 46:4 46:11 46:23 47:17 47:23 48:12 49:13 50:1 50:10 50:12 52:11 53:18 53:21 54:3 54:7 55:13 59:18 59:21 59:24 64:11 64:17 65:4 65:8 65:22 65:23 66:1 66:4 66:6 66:17 69:23 70:2 70:2 70:8 70:13 | |
| snmp's(27) 5:20 5:23 9:15 10:6 11:22 16:5 16:18 17:2 17:22 18:9 18:15 18:17 18:21 19:21 23:2 26:13 31:22 33:22 37:4 38:14 41:23 53:15 54:12 60:10 63:20 65:8 70:3 | |
| so-called(1) 28:20 | |
| software(73) 5:21 5:22 6:22 6:24 7:3 7:5 7:8 7:9 7:13 7:15 7:21 9:13 12:5 12:16 12:18 12:24 13:1 13:7 13:16 13:23 14:1 14:7 15:6 15:10 15:14 16:15 17:3 17:10 20:4 20:22 21:18 21:16 21:16 21:22 22:7 22:24 23:8 23:11 25:4 29:16 30:21 30:24 31:1 31:2 31:3 31:4 34:2 34:5 34:8 34:13 34:16 34:20 34:22 35:2 35:5 44:3 44:7 44:10 44:12 44:13 44:15 44:20 45:25 46:1 46:3 46:6 64:12 65:4 66:1 68:17 68:24 69:5 69:6 | |
| sold(19) 4:21 6:16 6:16 10:13 10:16 11:1 13:24 20:13 21:18 29:21 30:12 30:20 38:7 38:20 38:23 39:7 39:11 45:3 45:8 | |
| sole(1) 49:9 | |
| solely(5) 10:19 12:9 17:21 22:16 34:4 | |
| solution(9) 38:21 38:21 39:1 39:6 39:11 39:24 49:25 63:17 63:18 | |
| some(32) 6:21 7:16 8:6 9:5 9:5 10:21 11:2 11:17 11:21 12:24 13:22 13:22 16:1 17:18 17:24 17:25 18:14 20:17 22:6 22:20 22:20 23:14 35:1 40:17 41:7 46:22 51:16 52:7 52:18 54:8 67:1 70:3 | |
| somebody(8) 9:2 9:3 43:7 50:6 57:13 58:4 67:24 70:7 | |
| somehow(3) 18:19 23:6 60:18 | |
| someone(3) 13:25 49:1 51:4 | |
| something(32) 6:10 10:6 14:4 14:17 17:20 18:7 18:8 23:5 24:5 29:5 38:2 39:2 42:4 42:12 43:3 43:9 43:11 45:10 45:15 45:16 45:20 45:21 46:14 47:15 50:14 54:18 55:13 56:3 61:1 67:12 70:8 71:5 | |
| somewhat(1) 25:1 | |
| somewhere(3) 34:15 39:15 50:4 | |
| song(1) 15:14 | |
| soon(5) 42:17 54:3 61:7 66:13 66:15 | |
| sorry(3) 35:22 50:2 59:7 | |
| sort(3) 54:10 59:20 71:12 | |
| sound(2) 1:55 72:12 | |
| sounde(1) 24:8 | |
| source(3) 33:23 34:4 34:12 34:15 34:24 48:7 | |
| sources(3) 33:2 44:4 45:23 | |
| spare(1) 23:25 | |
| speak(1) 67:25 | |
| speaking(1) 31:24 | |
| specific(5) 22:5 29:11 31:1 32:19 33:10 33:18 36:21 41:3 | |
| specifically(6) 5:2 9:19 19:13 25:16 28:4 44:10 | |
| specificity(1) 21:4 | |
| speculate(2) 33:7 43:19 | |

| Word | Page:Line |
|---|---|
| speculated(1) 42:1 | |
| speculates(1) 10:4 | |
| speculating(4) 23:1 27:23 42:1 50:14 | |
| speculation(3) 20:9 37:2 41:24 | |
| spelled(1) 9:8 | |
| spent(1) 30:16 | |
| spit(1) 57:22 | |
| spread(1) 40:10 | |
| spreadsheet(3) 44:18 44:18 44:22 | |
| spreadsheets(9) 25:23 51:20 51:20 53:5 53:24 54:2 59:16 59:22 70:9 | |
| squared(4) 10:7 10:8 11:23 23:16 | |
| stand(3) 43:20 60:10 66:4 | |
| standard(3) 7:6 19:1 44:13 | |
| standpoint(2) 14:6 14:10 | |
| stang(1) 2:23 | |
| stargatt(1) 3:20 | |
| start(5) 24:17 36:9 48:19 57:18 61:17 | |
| started(5) 11:25 12:16 17:1 21:17 29:5 | |
| state(3) 37:7 37:8 60:13 | |
| statement(1) 32:3 | |
| statements(3) 33:9 58:13 69:16 | |
| states(2) 1:1 1:39 | |
| statues(5) 13:5 19:25 25:11 25:22 56:6 | |
| statute(2) 15:24 16:2 | |
| step(1) 1:43 | |
| stephen(1) 3:16 | |
| still(7) 19:5 21:13 38:4 45:19 51:25 54:10 62:24 | |
| stipulate(1) 34:18 | |
| stonewalling(1) 55:11 | |
| stop(2) 49:10 53:4 | |
| stored(2) 46:1 46:2 | |
| stores(1) 45:25 | |
| stranger(1) 70:8 | |
| strategy(2) 52:24 53:1 | |
| strauss(1) 2:42 | |
| stream(2) 56:19 56:21 | |
| street(3) 1:11 1:50 9:3 | |
| strictly(2) 12:9 18:3 | |
| stuck(1) 57:15 | |
| stuff(2) 41:20 56:10 | |
| subject(10) 13:20 15:12 25:13 30:16 43:25 45:1 53:15 65:8 65:10 69:11 | |
| subjective(1) 11:2 22:21 | |
| subjects(1) 65:3 | |
| submit(4) 32:22 33:21 34:9 35:19 | |
| subpoenas(1) 45:17 | |
| subsequent(1) 8:6 | |
| subset(1) 65:16 | |
| substance(1) 29:9 | |
| substantial(1) 22:2 | |
| sudden(1) 37:23 | |
| suddenly(1) 41:14 | |
| sues(1) 5:7 | |
| suffer(1) 19:4 | |
| suffered(1) 61:10 | |
| suggest(3) 20:15 45:21 69:20 | |
| suggesting(2) 21:4 18 63:5 | |
| suggesting(2) 61:19 70:21 | |
| suggestion(4) 35:10 42:19 42:20 48:21 | |
| suit(1) 36:20 | |
| sum(1) 54:22 | |
| summarized(1) 31:20 | |
| summary(7) 8:15 21:15 22:4 23:21 23:23 35:8 50:23 | |
| super(1) 44:12 | |
| supervised(2) 19:19 23:14 | |
| supervision(1) 9:9 | |
| supplemental(3) 26:7 26:11 31:14 | |
| supply(2) 41:23 48:13 | |
| support(5) 8:25 11:10 | |
| supposed(1) 64:4 | |
| sure(10) 7:17 12:14 12:14 12:16 24:18 31:21 44:15 49:11 66:19 67:7 | |
| surprised(2) 20:9 68:1 | |
| system(9) 32:2 32:6 32:8 32:14 40:19 40:23 40:25 41:1 57:23 | |
| systems(2) 29:8 58:10 | |
| t-shirt(5) 9:2 9:6 11:11 15:8 15:13 | |
| table(3) 7:15 23:2 57:25 | |
| tactic(1) 52:16 | |
| tailor-made(1) 38:24 | |
| take(12) 19:7 20:3 21:22 21:23 40:2 50:7 51:22 55:15 60:16 61:12 61:17 61:19 | |
| taken(2) 9:14 56:12 | |
| talk(3) 25:7 37:21 71:7 | |
| talked(4) 15:23 43:4 64:2 65:4 | |
| talking(9) 12:7 16:25 53:20 54:5 59:20 63:25 64:1 64:4 66:10 | |
| tammy(1) 72:17 | |
| task(1) 58:19 | |
| taylor(1) 3:20 | |
| technicality(1) 19:3 | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

**telephone**(2) 4:3 70:20

**telephonic**(4) 1:37 1:41 2:1 3:1

**tell**(6) 5:9 29:22 35:15 41:12 46:3 52:16

**telling**(1) 10:3

**tells**(1) 46:1

**terms**(5) 11:7 11:25 12:1 16:23 44:25

**test**(1) 60:20

**than**(12) 17:4 19:1 33:5 35:12 39:5 40:2 47:11 54:6 55:7 56:20 67:11 69:25

**thank**(16) 6:5 6:8 8:20 8:23 12:15 24:19 48:19 64:25 67:6 71:10 71:19 71:23 72:1 72:14 71:25 72:2 72:3

**that**(301) 4:5 4:9 4:11 4:14 4:17 4:18 4:21 4:24 5:2 5:9 5:15 5:17 5:18 5:21 5:23 5:25 6:2 6:2 6:11 6:12 6:14 6:15 6:16 6:19 6:19 6:22 6:22 6:24 6:25 7:1 7:3 7:4 7:7 7:8 7:9 7:11 7:14 7:17 7:20 7:21 7:25 8:2 8:9 8:16 8:25 9:5 9:8 9:11 9:14 9:15 9:16 9:22 9:23 9:25 10:3 10:4 10:4 10:5 10:6 10:7 10:11 10:14 10:15 10:16 10:19 10:20 10:21 10:22 10:23 11:9 11:15 11:17 11:19 11:21 11:21 11:23 12:1 12:4 12:4 12:13 12:17 12:17 12:18 12:19 12:20 12:23 12:24 13:1 13:4 13:5 13:9 13:10 13:11 13:11 13:12 13:13 13:14 13:16 13:19 13:21 13:22 13:23 13:23 13:25 14:1 14:4 14:7 14:7 14:14 14:19 14:22 14:22 14:23 14:24 14:25 15:2 15:3 15:3 15:7 15:9 15:15 16:11 16:16 16:19 16:21 16:22 16:24 16:25 16:28 17:10 17:13 17:14 17:14 17:17 17:20 17:22 17:24 18:1 18:2 18:3 18:5 18:10 18:14 18:16 18:19 19:4 19:8 19:8 19:15 19:16 19:20 19:22 20:3 20:4 20:5 20:6 20:8 20:9 20:10 20:10 20:12 20:13 20:14 20:15 20:20 20:20 20:22 20:23 20:24 21:6 21:7 21:8 21:11 21:11 21:18 21:24 21:25 22:1 22:2 22:3 22:6 22:23 22:26 22:25 22:25 23:5 23:7 23:7 23:9 23:9 23:10 23:13 23:23 24:1 24:8 24:9 24:11 24:13 24:14 24:14 24:19 25:5 25:9 25:10 25:14 25:16 25:24 25:25 26:2 26:4 26:5 26:8 26:8 26:12 26:14 26:16 26:23 26:24 26:25 27:2 27:2 27:4 27:5 27:8 27:9 27:10 27:12 27:22 27:23 27:24 27:26 28:4 28:5 28:8 28:10 28:12 28:12 28:14 28:19 29:3 29:4 29:5 29:9 29:10 29:12 29:14 29:15 29:16 29:18 30:1 30:2 30:3 30:6 30:11 30:16 30:16 30:19 31:1 31:6 31:11 31:13 31:16 31:18 32:2 32:4 32:7 32:8 32:11 32:15 32:19 32:21 32:22 32:23 33:2 33:6 33:9 33:10 33:13 33:14 33:21 34:3 34:5 34:9 34:16 34:17 34:18 34:24 34:25 35:4 35:6 35:9 35:10 35:13

**that**(299) 35:14 35:16 35:17 35:19 36:8 36:12 36:12 36:16 36:18 36:20 37:3 37:6 37:8 38:12 38:14 37:18 38:1 38:2 38:15 38:17 38:21 38:23 38:25 39:1 39:6 39:6 39:8 39:10 39:12 39:19 39:20 39:24 40:2 40:4 40:7 40:9 40:12 40:13 40:19 40:23 40:25 41:1 41:5 41:7 41:7 41:9 41:15 41:21 41:24 42:1 42:6 42:6 42:7 42:8 42:11 42:13 42:14 42:17 42:18 42:20 42:22 42:24 43:1 43:1 43:2 43:3 43:7 43:8 43:8 43:9 43:10 43:11 43:15 43:16 43:24 43:25 44:1 44:2 44:3 44:4 44:6 44:7 44:9 44:16 44:18 44:19 44:24 45:2 45:4 45:7 45:10 45:11 45:11 45:13 45:14 45:22 45:25 46:1 46:2 46:2 46:2 46:3 46:4 46:8 46:11 46:12 46:14 46:18 47:6 47:7 47:8 47:11 47:14 47:20 48:3 48:10 48:12 48:15 48:21 48:28 48:24 48:25 49:2 49:15 49:18 49:19 49:22 49:22 49:24 50:1 50:2 50:8 50:10 50:14 50:16 50:17 50:17 51:1 51:7 51:9 51:11 51:13 51:14 51:16 51:19 51:20 52:8 52:10 52:23 52:25 53:2 53:7 53:11 53:12 53:13 53:21 53:22 54:1 54:1 54:3 54:4 54:10 54:13 54:13 54:16 54:19 54:21 54:23 54:25 55:10 55:14 55:16 55:17 55:23 55:25 56:1 56:7 56:7 56:10 56:11 56:14 56:15 56:15 56:16 56:19 56:24 57:5 57:8 57:10 57:17 57:20 57:22 57:23 58:1 58:5 58:7 58:8 58:13 58:20 58:23 59:8 59:19 59:22 59:25 60:7 60:7 60:10 60:11 60:11 60:14 60:16 60:17 60:20 60:21 60:24 61:6 61:9 61:11 61:11 61:14 61:14 61:16 62:4 62:14 62:15 62:20 62:21 63:2 63:2 63:6 63:6 63:7 63:8 63:16 63:20 63:23 63:23 63:24 64:1 64:15 65:4 65:8 65:11 65:16 65:18 65:21 65:25 65:25 66:2 66:6 66:12 66:19 67:3 67:8 67:10 67:11 67:12 67:13 67:14 68:3 68:14 68:21 68:24 68:25 69:2 69:8 69:9 69:11 69:12 69:14 70:1 70:6 70:6 70:17 70:23 70:25 71:1 71:13 71:14 71:14 71:18 72:11

**that's**(50) 5:25 6:19 11:5 11:6 11:12 12:9 15:17 16:15 21:10 21:24 22:9 28:17 29:1 32:4 37:1 40:4 40:5 40:6 42:12 43:20 48:14 49:9 49:18 58:2 50:2 50:3 52:7 56:3 56:22 58:16 58:17 59:2 60:10 60:12 60:20 60:25 60:25 61:1 61:11 62:12 62:14 62:15 62:20 62:21 63:2 63:6 63:6 64:3 63:24 65:10 66:4 67:13 67:21 71:17

**the**(301) 1:1 1:2 1:38 1:42 4:2 4:3 4:5 4:5 4:7 4:8 4:9 4:11 4:11 4:13 4:14 4:17 4:18 4:19 4:22 4:24 4:24 4:25 4:25 5:1 5:1 5:1 5:4 5:4 5:4 5:6 5:6 5:6 5:6 5:9 5:10 5:10 5:11 5:11 5:12 5:13 5:15 5:16 5:19 5:20 5:21 6:2 6:3 5:23 5:25 6:2 6:6 6:7 6:9 6:11 6:12 6:12 6:13 6:15 6:16 6:16 6:16 6:17 6:18 6:20 6:21 6:21 6:22 6:22 6:24 6:25 7:1 7:2 7:3 7:4 7:5 7:7 7:8 7:8 7:9 7:9 7:10 7:10 7:11 7:13 7:14 7:14 7:15 7:15 7:15 7:16 7:19 7:20 7:20 7:20 7:21 7:21 7:23 7:24 8:1 8:1 8:2 8:3 8:6 8:7 8:7 8:8 8:11 8:13 8:15 8:16 8:17 8:18 8:21 8:24 9:3 9:6 9:9 9:9 9:14 9:15 9:17 9:19 9:19 9:19 9:21 9:22 9:23 9:24 9:25 10:1 10:1 10:2 10:5 10:7 10:8 10:8 10:10 10:11 10:13 10:17 10:19 10:20 10:22 10:24 10:24 10:25 11:1 11:4 11:7 11:7 11:9 11:11 11:15 11:16 11:18 11:20 11:21 11:22 11:23 11:23 11:24 12:2 12:3 12:5 12:6 12:7 12:8 12:8 12:9 12:11 12:14 12:17 12:18 12:22 12:22 12:23 12:23 12:23 12:25 12:25 13:1 13:2 13:4 13:6 13:7 13:10 13:12 13:13 13:13 13:15 13:16 13:16 13:20 13:21 13:23 14:6 14:7 14:8 14:8 14:9 14:12 14:17 14:18 14:19 14:19 14:20 14:20 14:21 14:22 14:22 14:24 14:25 15:7 15:9 15:10 15:11 15:12 15:15 15:16 15:19 15:21 15:24 15:24 15:25 16:2 16:4 16:4 16:5 16:6 16:7 16:8 16:10 16:15 16:16 16:17 16:19 16:21 16:22 16:24 16:24 16:25 17:1 17:11 17:12 17:13 17:14 17:14 17:15 17:17 17:22 17:24 18:1 18:2 18:3 18:5 18:11 18:12 19:1 19:3 19:6 19:10 19:13 19:16 19:21 19:23 19:25 20:1 20:3 20:4 20:4 20:7 20:10 20:11 20:12 20:13 20:21 20:21 20:22 20:23 21:1 21:2 21:6 21:9 21:11 21:15 21:16 21:17 21:17 21:18 21:20 21:9 21:11 21:15 21:16 21:17 21:17 21:18 21:20

**the**(301) 21:20 21:24 22:1 22:2 22:3 22:3 22:4 22:4 22:7 22:9 22:10 22:12 22:15 22:16 22:17 22:17 22:18 22:21 22:21 22:23 23:3 23:5 23:7 23:10 23:11 23:13 23:14 23:15 23:16 23:17 23:17 23:18 23:21 23:21 24:3 24:5 24:10 24:13 24:15 24:16 24:17 24:20 24:21 24:22 24:24 24:25 25:2 25:3 25:4 25:6 25:8 25:10 25:10 25:12 25:15 25:16 25:21 25:22 25:22 26:1 26:2 26:4 26:8 26:9 26:12 26:14 26:15 26:16 26:16 26:20 26:22 26:24 26:25 27:1 27:6 27:8 27:8 27:12 27:14 27:15 27:17 27:19 27:24 28:1 28:7 28:11 28:11 28:12 28:15 28:17 28:19 28:19 28:20 28:20 28:20 28:24 29:1 29:3 29:4 29:7 29:8 29:9 29:10 29:11 29:13 29:14 29:15 29:15 29:16 29:18 29:19 29:20 29:24 29:25 29:25 30:2 30:3 30:6 30:7 30:8 30:9 30:11 30:13 30:13 30:15 30:16 30:18 30:19 30:20 30:21 30:21 30:23 30:25 31:1 31:2 31:2 31:2 31:3 31:4 31:4 31:5 31:6 31:7 31:8 31:9 31:11 31:12 31:13 31:17 31:18 31:19 31:22 31:24 31:25 32:1 32:3 32:4 32:5 32:6 32:7 32:8 32:9 32:10 32:14 32:15 32:16 32:25 33:1 33:2 33:8 33:8 33:10 33:13 33:14 33:16 33:18 33:19 33:19 33:21 33:22 33:23 33:24 34:2 34:2 34:4 34:5 34:7 34:8 34:10 34:11 34:13 34:14 34:16 34:17 34:18 34:19 34:20 34:21 34:22 34:23 34:25 35:2 35:5 35:6 35:6 35:9 35:11 35:19 35:24 36:2 36:2 36:3 36:4 36:5 36:6 36:8 36:9 36:10 36:13 36:14 36:14 36:16 36:17 36:23 36:24 37:3 37:7 37:7 37:9 37:9 37:12 37:13 37:16 37:17 37:22 37:24 37:25 37:26 37:27 37:29 38:2 38:6 38:6 38:7 38:8 38:8 38:8 38:9 38:10 38:10 38:11 38:15 38:19 38:19 38:25 40:5 40:17 40:19 40:23 40:24 41:6 41:16 41:18 41:21 41:24 42:2 42:8 42:18 42:21 44:3 44:4 44:10 44:16 44:19 44:20

**their**(45) 4:10 13:20 16:8 16:12 22:24 26:14 29:3 29:8 31:14 31:15 31:19 31:22 32:1 32:1 32:3 32:11 32:16 33:6 33:16 33:17 38:17 38:19 38:19 42:14 42:15 42:18 46:17 47:19 48:6 48:7 52:9 52:23 53:23 54:18 54:19 54:20 55:2 57:22 60:3 60:8 60:9 61:2 66:25 67:20 71:15

**them**(54) 8:6 12:1 12:1 14:14 14:16 15:6 16:23 19:12 20:13 20:17 25:6 26:1 26:23 26:25 26:25 27:20 27:21 28:6 28:9 28:14 33:21 35:19 38:13 44:7 45:3 45:12 45:22 46:16 46:25 49:1 49:7 51:23 51:24 52:6 52:14 52:21 52:22 52:22 52:23 53:17 53:17 56:1 56:2 60:4 60:8 60:24 62:17 62:18 62:19 62:25 67:20 71:15

**themselves**(2) 29:2 62:19

**then**(35) 5:7 6:17 14:1 14:8 14:18 18:18 20:1 28:9 30:7 30:25 33:20 37:17 37:22 38:10 39:7 41:18 42:11 46:23 52:19 53:14 54:2 54:24 55:1 55:5 57:21 58:21 60:2 60:3 60:15 62:22 62:23 63:19 70:21 71:7 71:8

**theory**(3) 6:19 27:23 28:24

**there**(57) 4:22 6:12 7:12 7:24 9:17 9:25 10:15 11:19 12:24 13:22 16:6 18:21 17:24 18:4 22:7 24:20 28:21 29:1 29:5 33:22 34:16 36:25 39:16 41:6 41:10 42:18 43:13 43:15 43:15 43:16 44:2 44:3 45:22 46:14 46:21 49:1 49:7 49:10 50:4 50:8 50:12 53:5 53:9 53:9 66:22 67:11 67:12 58:11 58:14 58:20 58:24 65:13 66:7 67:8 61:12 69:2 70:5

**thereby**(1) 5:22

**therefore**(2) 54:15 56:18

**there'll**(1) 45:12

**there's**(42) 9:5 20:10 21:19 11:17 11:18 12:4 19:3 19:14 19:20 22:20 22:20 23:20 31:6 31:11 36:20 39:22 40:2 40:3 40:8 41:21 41:25 42:19 43:25 45:15 45:15 45:18 46:14 46:20 46:21 50:8 53:9 54:25 55:13 55:24 57:14 57:17 59:23 60:8 60:10 65:16 69:22

**these**(33) 8:15 10:13 13:6 13:9 19:22 20:8 21:21 23:20 23:21 27:22 30:5 31:17 31:25 32:24 36:1 41:4 47:22 47:25 51:13 51:20 51:23 51:25 52:25 54:6 54:7 56:6 56:24 56:25 57:7 57:17 57:18 57:19 57:22 58:11 58:14 58:14 66:22 68:17 67:18 68:19 69:3

**they**(134) 5:20 8:10 9:4 9:4 10:14 11:3 11:19 12:5 12:6 13:10 13:20 13:21 13:21 15:23 16:18 16:20 18:6 18:6 20:14 21:25 22:25 25:18 25:18 25:20 25:23 26:5 26:9 26:10 26:24 26:25 27:19 27:21 27:27 27:27 28:5 28:13 29:18 29:23 30:7 30:13 30:15 37:8 37:10 37:12 37:13 37:19 38:1 38:3 38:5 38:7 38:10 38:13 38:20 38:21 39:2 39:2 39:4 39:7 39:11 40:1 41:8 41:8 42:12 42:13 42:15 42:24 43:5 47:21 47:23 48:1 48:5 51:1 51:15 52:18 52:19 52:23 52:24 53:22 54:24 55:1 57:1 57:11 57:18 57:19 57:25 57:26 58:23 58:28 59:23 59:25 61:24 61:25 61:25 62:6 62:7 62:8 63:25 64:1 66:11 68:1

**they're**(25) 16:7 27:10 28:5 28:15 33:19 35:25 44:1 46:15 47:18 48:5 51:1 51:21 54:4 55:17 60:8 61:24 61:25 62:1 62:5 62:7 62:18 63:25 64:1 66:11 68:1

**they've**(9) 28:14 35:18 45:12 50:3 52:5 52:11 54:19 54:21 57:20

**thing**(12) 11:1 13:19 15:11 18:12 23:7 24:2 43:24 48:12 52:13 60:6 67:21 68:6

**things**(17) 8:16 9:12 31:24 37:3 39:7 40:14 42:9 46:2 47:11 55:25 56:9 60:10 60:11 65:20 66:7 68:21 69:13

**think**(64) 4:3 4:7 6:14 6:18 7:5 7:7 7:11 7:12 9:19 13:19 14:21 14:25 19:7 21:10 21:11 25:7 25:9 29:1 29:9 33:2 36:25 37:18 37:21 37:24 37:25 37:45 37:20 46:9 46:13 46:14 46:19 46:20 47:1 47:3 47:17 48:11 48:14 49:17 50:5 50:17 51:9 51:13 51:15 54:24 54:7 57:9 57:11 58:5 58:6 58:9 58:16 59:16 60:24 62:12 62:25 63:13 66:5 66:14 68:4 68:10 68:12 68:18 69:2 69:25 70:21

**thinking**(2) 6:1 63:23

**third**(3) 34:23 45:23

**third-party**(3) 44:14 45:16 70:5

**this**(191) 4:6 4:8 6:1 6:5 7:20 8:14 10:2 10:12 11:8 12:17 13:12 15:1 15:3 15:7 17:19 18:18 18:19 18:21 18:24 19:3 19:5 19:10 19:17 19:18 19:22 19:24 20:2 20:7 20:15 20:19 21:1 21:21 21:23 21:24 23:20 23:25 24:7 24:12 24:20 24:21 24:25 25:5 25:7 26:15 27:4 27:17 27:22 27:25 28:2 28:21 28:21 28:22 28:25 29:2 29:21 30:6 30:8 30:14 30:17 30:22 31:7 32:4 32:9 32:22 33:3 33:3 33:11 33:13 33:24 34:3 34:16 34:17 35:6 35:9 35:21 36:17 37:20 37:22 39:25 40:4 40:19 40:19 41:11 41:19 42:10 42:16 42:17 42:20 43:9 43:10 43:17 43:18 44:5 44:12 44:13 44:18 44:22 44:23 45:1 45:20 45:22 45:23 49:2 49:4 49:4 49:5 49:7 51:9 51:16 52:5 52:13 52:14 52:16 52:19 52:24 52:25 52:25 53:21 53:22 54:10 54:13 55:16 55:25 56:2 56:5 56:10 56:11 56:15 56:15 57:3 57:10 57:16 57:24 58:2 58:9 58:17 58:24 60:6 60:21 61:7 61:7 61:11 61:21 61:24 62:5 62:8 62:20 62:13 62:22 64:11 65:16 65:20 66:4 66:17 67:22 68:1 68:6 68:7 68:18 69:23 70:16 71:12 71:12 72:13

**thoroughly**(1) 45:15

**those**(23) 10:9 16:9 16:19 21:14 31:1 32:11 33:2 34:15 39:10 40:10 44:2 45:19 45:22 53:11 53:14 53:18 54:5 59:18 60:4 65:6 65:22 67:2

**though**(5) 6:24 30:17 39:20 58:5 58:15

**thought**(14) 11:3 20:21 21:12 25:6 26:25 27:24 28:12 29:2 31:7 37:10 38:21 42:6 42:13 60:1

**three**(4) 36:18 42:21 57:1 69:13

**through**(10) 15:4 19:16 22:4 30:25 31:5 46:7 46:8 53:23 60:4 62:22

**throughout**(2) 41:11 52:17

**throw**(2) 20:19 58:7

**thrown**(1) 50:13

**ticket**(1) 18:22

**tie**(1) 46:10

**tied**(2) 28:9 54:14

**time**(18) 13:7 27:2 27:17 30:16 32:1 32:12 32:18 39:14 46:17 51:22 52:3 52:7 52:18 52:19 52:24 58:8 59:9 71:1

**time-consuming**(1) 46:8

**timeframe**(5) 35:22 35:23 36:2 36:4 63:2

**timeline**(1) 25:8

**times**(5) 15:2 17:4 38:24 47:15 56:4

**timing**(1) 28:11

**tires**(1) 5:4

**today**(7) 24:20 24:23 25:8 27:19 28:18 38:15 56:12

**today's**(1) 25:14

**together**(5) 4:18 32:12 39:7 57:17 62:4

**told**(11) 25:22 26:8 26:23 26:25 28:15 49:24 51:19 56:4 56:7 61:13 66:9

**tomorrow**(1) 69:24

**too**(4) 13:5 21:12 28:6 46:11

**took**(1) 60:3

**total**(3) 30:21 30:23 67:1

**totally**(1) 30:8

**track**(5) 32:22 37:2 38:17 39:11 39:23

**tracked**(11) 32:14 39:9 40:6 47:12 60:11 60:23 63:17

**tracking**(6) 38:20 38:25 40:20 41:1 44:14 64:3

**tracks**(3) 38:5 41:13 49:24

**transaction**(1) 14:19

**transactional**(1) 64:7

**transcriber**(1) 72:7

**transcript**(3) 1:37 1:56 72:12

**transcription**(3) 1:49 1:49 1:56

**transfer**(6) 6:22 13:16 30:15 31:4 36:3 36:5

**transferred**(2) 13:25 29:16

**transferring**(1) 14:15

**transparency**(3) 7:3 33:5 61:24

**transparent**(1) 55:13

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| traveling(1) 69:24 | | was(98) 5:8 5:12 6:12 6:24 7:9 9:8 9:14 9:16 9:17 9:22 9:23 9:25 10:14 10:18 10:19 11:19 11:22 12:6 12:8 12:18 12:24 13:23 16:21 17:3 17:3 17:4 17:6 17:10 17:13 17:14 17:21 17:24 18:1 18:3 18:4 18:23 19:2 19:7 19:17 20:20 20:21 20:22 20:23 21:7 21:12 21:17 21:18 22:6 22:23 23:3 23:14 24:14 26:14 26:19 27:2 27:5 27:18 32:11 37:6 37:6 38:23 38:25 39:4 39:6 40:12 40:22 40:25 40:25 41:1 41:2 42:2 42:14 42:17 42:18 43:24 44:9 44:12 44:15 44:22 45:2 45:20 45:21 45:22 46:3 46:4 53:12 55:8 59:16 59:22 61:7 64:16 65:12 65:17 69:2 69:9 69:12 72:7 | who(13) 6:9 6:11 18:22 36:23 38:3 38:9 38:10 42:22 43:6 51:5 57:20 64:3 64:3 | | you(135) 4:14 4:15 4:16 6:5 6:8 6:19 7:20 8:20 8:21 8:23 9:1 9:2 9:3 9:4 9:13 9:17 9:21 10:9 10:10 11:10 12:15 14:21 14:22 15:25 16:2 17:19 18:8 19:14 19:14 19:15 19:18 22:22 23:5 23:22 23:25 28:21 28:23 30:3 35:21 36:7 36:22 38:7 38:24 39:16 39:21 40:14 40:17 41:12 41:12 41:14 42:5 42:12 42:15 43:10 43:21 46:2 46:3 46:12 46:23 47:3 47:6 47:7 47:7 48:12 48:19 49:10 49:15 50:1 50:5 51:3 51:4 52:8 53:4 53:6 54:13 54:21 55:14 56:7 57:17 58:14 59:9 60:11 60:12 60:14 60:14 60:20 60:25 61:13 61:16 61:17 61:17 61:19 62:3 62:21 62:22 63:15 63:18 63:21 63:24 64:6 64:16 64:25 65:1 65:10 65:23 65:23 66:7 66:8 66:16 66:24 67:4 67:6 68:4 68:12 68:24 69:3 69:20 70:7 70:13 70:18 70:24 71:1 71:3 71:8 71:10 71:12 71:13 71:16 71:19 71:23 71:24 71:25 72:2 72:3 72:4 |
| treat(1) 18:21 | | | | wholе(5) 5:23 8:11 56:19 56:22 61:21 | | | |
| treated(1) 39:7 | | | | wholly(1) 31:23 | | | |
| tried(2) 42:24 58:13 | | | | who's(3) 38:11 38:11 57:13 | | | |
| true(3) 13:14 20:17 57:10 | | | | why(20) 6:4 7:23 20:11 21:10 28:21 31:10 31:10 61:17 62:6 62:7 62:22 69:20 | | | |
| trust(2) 3:5 62:9 | | | | | | | |
| try(12) 28:1 32:16 33:24 38:13 45:1 45:9 49:7 56:2 59:20 62:17 62:19 63:7 | | wasn't(8) 14:8 18:4 18:9 18:10 18:10 18:14 39:3 40:16 | | will(27) 4:10 9:1 14:22 14:23 20:10 20:17 24:4 24:5 24:7 25:9 29:21 30:1 30:7 30:22 31:2 34:18 36:18 36:23 41:20 43:15 46:9 46:22 52:16 70:12 70:16 71:6 71:9 | | |
| trying(16) 15:3 16:8 40:8 40:23 43:5 46:14 48:19 49:3 56:13 57:15 57:25 58:3 58:7 58:8 61:22 61:24 | | | | | | | |
| tuesday(1) 4:1 | | waste(1) 58:8 | | willfully(1) 14:15 | | young(1) 3:20 | |
| tunnell(1) 2:4 | | way(27) 6:23 9:14 14:22 19:21 26:14 26:14 28:12 28:24 30:18 38:5 40:2 40:8 40:15 40:24 49:24 54:17 56:11 63:23 67:17 | | willing(10) 27:19 28:10 28:12 33:20 49:1 49:13 58:4 62:7 62:18 68:6 | | your(113) 5:14 6:5 6:8 6:9 6:10 6:18 7:17 7:17 7:22 8:3 8:16 8:18 8:23 8:24 9:10 9:10 9:18 11:14 11:15 12:10 12:12 12:15 13:3 13:18 13:20 13:21 14:17 14:25 15:11 15:17 15:20 18:18 19:8 19:12 19:23 21:5 21:11 22:1 22:9 22:11 23:19 24:1 24:18 24:25 25:14 25:17 25:19 26:25 26:15 27:7 27:16 28:3 29:6 29:9 30:22 31:15 31:25 32:12 32:20 33:16 33:24 34:10 34:21 35:2 35:8 35:19 35:22 36:24 37:12 47:10 48:17 50:16 50:21 51:23 53:6 53:20 54:17 55:21 56:10 56:15 57:24 58:18 59:2 59:4 59:6 59:9 59:11 59:15 61:10 62:25 63:1 63:5 63:10 63:12 64:8 65:2 66:18 66:24 67:9 67:13 67:16 68:3 69:6 69:7 69:18 70:4 70:12 70:15 70:25 71:10 71:24 72:3 |
| turn(1) 23:6 | | | | | | | |
| turned(1) 56:14 | | | | willkie(1) 3:5 | | | |
| turns(2) 54:23 57:12 | | | | wilmington(2) 1:12 4:1 | | | |
| tussle(1) 39:17 | | | | win(3) 14:9 14:9 58:2 | | | |
| tweed(1) 2:19 | | | | winters(1) 3:45 | | | |
| two(20) 4:4 7:24 8:15 21:22 22:14 25:1 26:19 26:24 28:23 38:9 40:1 42:9 42:11 45:23 47:20 61:15 64:10 65:3 69:20 69:23 | | wednesday(2) 70:11 71:22 | | wishes(1) 45:19 | | | |
| | | week(7) 25:25 26:7 53:19 54:6 54:6 60:4 70:16 | | with(120) 4:11 4:14 4:25 5:25 6:3 6:9 6:19 7:15 8:6 9:2 9:9 9:10 9:21 9:22 9:25 10:7 10:8 11:11 11:23 11:25 12:1 13:9 14:3 14:17 15:5 15:6 16:23 16:25 16:25 17:2 17:5 17:9 17:12 17:13 18:6 18:25 19:12 19:15 20:4 20:15 20:17 21:21 22:19 23:7 23:16 23:17 23:17 24:13 24:15 25:6 25:17 25:24 26:16 26:23 27:13 27:24 28:13 29:18 30:9 30:11 30:3 32:6 33:6 33:9 33:21 33:22 33:23 36:9 36:16 36:21 37:7 37:8 37:20 38:3 38:12 39:23 40:3 40:4 40:7 40:8 40:12 41:25 42:8 42:23 43:7 43:14 43:16 43:22 45:4 46:7 46:8 46:11 46:15 48:3 50:10 50:12 54:6 54:16 56:3 56:11 56:23 57:21 61:4 62:14 63:14 65:10 67:5 67:8 67:10 67:11 67:24 67:25 68:6 68:15 69:21 69:21 69:23 70:4 70:13 | | | |
| | | weeks(5) 21:2 28:8 42:1 51:25 65:11 | | | | | |
| tying(1) 63:4 | | weis(1) 2:20 | | | | | |
| type(2) 14:10 30:5 | | weit(37) 6:9 7:19 10:2 11:2 12:4 19:3 24:3 33:4 35:24 36:8 36:8 37:7 37:24 40:18 41:15 47:10 49:15 49:17 50:1 50:13 50:21 56:19 57:8 60:1 61:5 62:5 62:24 64:8 64:10 65:24 66:4 66:16 67:15 67:20 68:3 69:17 | | | | | |
| types(1) 8:15 | | | | | | | |
| typical(2) 16:16 16:16 | | | | | | | |
| typically(5) 9:1 39:5 39:7 40:1 40:10 | | | | | | | |
| u.s.(3) 4:10 48:3 53:2 | | | | | | | |
| unable(3) 20:25 33:19 48:2 | | | | | | | |
| unambiguous(5) 10:10 10:11 10:12 11:7 22:25 | | went(7) 15:4 22:25 45:4 45:5 45:11 53:21 54:6 | | | | you'd(1) 71:2 | |
| unauthorized(1) 13:16 | | were(40) 7:1 9:15 10:21 16:20 19:22 20:5 20:11 20:14 20:16 21:2 26:23 26:25 27:1 28:11 29:14 29:16 29:18 30:11 30:13 34:17 37:19 39:7 39:7 40:10 41:9 42:6 43:1 44:16 52:7 56:4 56:5 56:7 56:22 56:23 63:17 63:18 65:12 65:13 67:4 69:14 | | withdrawn(1) 42:14 | | you'll(3) 19:12 22:13 71:7 | |
| under(6) 7:24 9:9 12:23 15:11 15:16 55:2 | | | | within(3) 26:7 39:17 42:20 | | you're(11) 18:12 18:13 18:15 19:11 30:4 49:12 53:20 59:20 62:23 63:21 70:21 | |
| understand(12) 8:18 26:21 36:12 37:22 39:16 41:1 43:4 50:8 53:19 54:13 59:11 62:7 | | | | without(7) 5:16 5:20 7:12 16:15 17:10 50:24 62:17 | | | |
| | | | | won't(3) 43:16 51:3 54:15 | | | |
| understanding(1) 55:15 | | weren't(10) 18:6 27:19 28:5 28:10 31:21 37:8 40:23 44:20 67:12 68:24 | | wood(1) 2:38 | | you've(4) 30:4 65:5 65:5 66:22 | |
| understood(1) 9:22 | | | | wording(1) 31:17 | | zien(1) 2:23 | |
| undertaken(1) 35:17 | | | | words(1) 34:12 | | *just(1) 15:17 | |
| undertook(1) 32:14 | | we'd(2) 26:8 58:2 | | work(19) 6:17 11:5 11:5 11:6 14:17 15:12 33:21 41:20 43:22 44:23 44:23 50:24 51:23 58:10 58:18 60:3 60:7 70:8 70:17 | | *that's(1) 9:20 | |
| undisputed(1) 35:12 | | we'll(11) 19:7 19:15 22:5 43:12 43:21 51:3 51:4 54:17 60:3 60:9 71:6 | | | | *the(1) 48:7 | |
| unfounded(2) 47:1 63:24 | | | | | | *x,"(1) 4:23 | |
| unhappy(1) 25:17 | | | | | | *x,"(2) 4:24 5:7 | |
| united(2) 1:1 1:39 | | | | | | *x's"(2) 5:3 5:5 | |
| units(1) 39:17 | | we're(70) 4:7 6:9 7:6 7:7 12:7 12:13 14:17 17:17 17:19 20:25 21:10 21:13 21:23 24:23 25:17 28:6 28:18 29:12 30:1 30:14 31:9 33:7 33:20 36:15 37:7 38:2 41:5 41:12 41:15 43:5 43:8 43:16 45:20 46:13 46:19 48:11 48:24 48:25 49:3 50:9 50:13 50:15 50:16 50:17 50:18 51:22 52:11 53:22 53:23 54:5 55:10 55:11 55:12 58:3 58:4 58:7 61:8 62:2 62:3 62:16 63:4 63:6 64:16 66:5 66:9 66:15 68:6 68:19 70:19 70:20 | | worked(2) 43:11 44:6 | | june(1) 72:16 | |
| universally(1) 14:23 | | | | working(4) 5:4 7:12 21:9 38:4 44:9 44:17 44:18 46:15 53:23 62:13 64:15 64:17 64:19 69:10 | | | |
| unjustified(1) 37:15 | | | | | | | |
| unknown(2) 42:4 72:3 | | | | workings(1) 64:10 | | | |
| unless(2) 52:14 59:1 | | | | works(3) 49:18 58:17 70:25 | | | |
| unlicensed(9) 29:14 29:19 30:10 30:13 47:24 54:18 54:20 56:23 69:13 | | | | worth(1) 10:5 | | | |
| | | | | worthy(1) 37:10 | | | |
| unlike(2) 8:24 16:11 | | we've(30) 6:13 12:21 33:23 38:4 40:19 41:4 41:15 42:11 42:23 43:14 44:8 45:14 46:11 46:15 47:17 50:11 50:19 55:17 57:24 58:13 60:22 61:8 63:14 64:2 64:9 64:14 65:3 65:4 65:10 65:24 66:7 | | would(76) 5:15 5:19 6:18 7:1 7:11 8:4 8:21 9:24 11:3 11:19 12:5 12:15 17:18 17:25 18:19 18:20 19:20 19:21 20:12 20:24 23:8 25:23 26:22 27:5 27:24 28:13 31:7 32:19 34:25 35:4 35:25 36:20 37:21 38:22 39:8 39:12 39:15 39:18 39:19 40:23 41:8 41:9 43:1 43:15 43:17 46:6 46:16 47:6 50:5 51:11 54:1 54:22 55:2 55:4 55:5 55:7 55:8 61:17 63:19 64:9 65:15 66:17 67:8 67:23 69:19 71:1 71:3 71:5 | | | |
| unpaid(1) 8:4 | | | | | | | |
| unsecured(1) 2:42 | | | | | | | |
| until(12) 18:24 26:9 27:25 28:22 35:11 37:12 46:10 46:18 53:22 56:8 56:12 71:22 | | | | | | | |
| | | | | | | | |
| untrue(1) 49:23 | | | | | | | |
| usable(1) 54:15 | | what(139) 5:2 5:10 5:13 5:17 5:19 6:3 6:21 7:5 7:25 9:7 9:10 10:3 10:11 10:14 10:15 10:16 10:20 10:24 11:13 14:4 11:12 11:16 11:23 12:5 12:7 14:10 14:17 15:23 15:23 15:25 16:2 16:5 16:11 16:16 17:14 17:17 17:19 18:1 18:20 19:2 19:6 19:17 20:21 20:22 22:21 23:2 23:24 23:24 23:24 24:3 25:4 25:17 26:5 26:9 26:21 27:18 28:15 28:17 30:18 31:9 32:16 34:1 34:5 34:7 34:13 34:14 34:21 34:22 35:1 35:14 35:15 35:21 36:6 37:22 37:22 38:5 38:16 40:18 41:1 41:5 41:13 41:17 41:25 42:25 42:25 43:5 43:9 44:21 44:25 45:25 47:17 47:18 48:4 48:14 49:23 50:2 50:3 50:5 50:19 53:7 53:19 57:22 57:23 60:18 61:4 61:18 61:24 62:1 62:1 62:2 62:6 63:5 63:14 63:16 63:22 64:9 64:11 64:16 65:3 65:25 66:9 66:17 66:19 66:23 67:4 67:13 68:17 68:23 69:19 71:1 71:5 | | wouldn't(2) 4:16 40:11 | | | |
| use(21) 7:15 13:7 13:16 17:2 20:4 22:24 23:8 23:11 30:17 30:19 42:22 44:3 44:14 45:16 51:5 51:16 51:18 54:18 54:20 57:10 57:16 | | | | write(1) 24:4 | | | |
| | | | | wrong(10) 6:3 14:25 15:10 26:25 27:15 37:1 40:4 40:15 41:25 66:10 | | | |
| used(15) 15:5 18:23 32:8 40:20 40:25 43:4 44:10 45:5 46:3 46:4 52:17 64:11 | | | | | | | |
| | | | | wrongful(1) 14:1 | | | |
| useful(4) 42:21 43:12 43:19 47:5 | | | | wrongfully(1) 13:25 | | | |
| uses(1) 69:13 | | | | wrote(1) 28:23 | | | |
| using(3) 9:18 16:15 17:10 | | | | www.diaztranscription.com(1) 1:53 | | | |
| usually(1) 49:18 | | whatever(6) 39:18 40:12 41:12 43:22 50:18 51:14 | | yeah(3) 36:23 70:19 71:3 | | | |
| utterly(2) 49:23 63:24 | | whatsoever(1) 35:6 | | year(12) 13:8 15:5 17:5 23:1 23:5 25:19 25:20 37:6 37:12 37:19 54:2 55:3 | | | |
| vacation(1) 70:15 | | what's(7) 9:4 17:1 50:8 57:6 62:11 68:9 69:21 | | | | | |
| vague(1) 32:13 | | when(20) 10:9 17:5 21:16 22:22 23:1 27:20 28:12 28:17 35:24 38:20 39:1 39:14 39:21 42:18 44:10 45:2 47:14 56:6 59:20 61:17 | | years(4) 21:22 36:19 36:19 55:1 | | | |
| value(10) 6:12 7:10 7:14 12:24 13:1 20:21 22:2 22:6 31:1 31:3 | | | | yes(18) 6:7 8:23 15:19 15:21 22:12 24:22 36:24 48:18 53:6 55:22 59:13 63:11 64:13 64:23 64:24 65:2 71:17 71:20 | | | |
| | | | | | | | |
| vaya(1) 1:32 | | where(21) 10:9 16:17 25:6 27:2 27:3 27:22 27:23 31:19 40:17 42:3 42:8 43:20 45:2 52:17 53:9 57:24 60:9 65:17 66:4 68:8 68:14 | | | | | |
| versus(1) 54:23 | | | | yesterday(3) 52:3 53:22 60:5 | | | |
| very(12) 8:9 9:8 13:7 15:25 22:13 47:16 49:2 62:14 64:22 65:16 71:23 71:24 | | | | yet(5) 4:15 6:3 37:5 39:25 52:4 | | | |
| | | whereupon(1) 72:7 | | | | | |
| view(5) 12:23 19:8 28:18 33:8 68:3 | | wherever(2) 9:4 48:23 | | | | | |
| violation(1) 19:17 | | whether(14) 6:24 8:10 15:13 21:6 28:25 34:16 35:3 50:11 51:18 54:4 57:15 61:25 68:14 68:16 | | | | | |
| virtual(1) 67:3 | | | | | | | |
| virtually(1) 14:13 | | | | | | | |
| wait(7) 5:14 26:8 27:19 28:8 37:12 52:20 68:10 | | which(48) 4:23 5:8 7:5 7:16 10:17 11:10 11:18 12:2 12:21 22:21 24:5 24:16 28:19 28:16 29:22 30:12 30:15 31:2 32:2 34:6 35:11 36:11 38:4 38:14 39:17 46:4 46:22 48:1 50:19 52:10 52:12 53:3 54:19 54:20 54:22 54:24 55:3 55:3 55:5 55:7 59:17 59:17 61:23 63:5 63:18 64:16 70:11 70:20 71:14 | | | | | |
| waited(1) 37:12 | | | | | | | |
| waive(1) 70:7 | | | | | | | |
| want(33) 4:13 12:16 13:3 13:18 13:20 13:21 14:9 14:22 15:25 19:23 20:1 21:5 22:24 24:19 36:7 36:13 42:11 49:7 49:8 50:2 50:3 50:22 51:8 55:25 57:6 61:1 61:21 67:24 68:7 68:9 71:3 71:13 | | | | | | | |
| | | | | | | | |
| wanted(9) 13:13 24:1 26:21 43:18 44:1 46:5 50:6 67:3 71:14 | | while(1) 60:3 | | | | | |
| wants(7) 17:23 54:16 60:16 60:19 60:20 60:20 69:4 | | | | | | | |