# EXHIBIT A

**Nortel Networks, Inc, et al.**
**(Case No. 09-10138 (KG))**

**CHILMARK PARTNERS, LLC**
**May 1, 2016 - May 31, 2016**

**Summary of Services Rendered by Project**

| Project Code | Nature of Services | May 2016 Hours |
|---|---|---:|
| 1 | Asset Analysis and Recovery | 26.0 |
| 2 | Business Operations / General Corporate / Real Estate | - |
| 3 | Projections/Business Plan/Corporate wind-down | - |
| 4 | Analysis of Historical Results | - |
| 5 | Meetings with Debtor's Counsel | - |
| 6 | Committee Matters and Creditor Meetings | - |
| 7 | Claims Administration and Analysis | 9.0 |
| 8 | Intercompany Transactions/Balances | - |
| 9 | Intellectual Property | - |
| 10 | Employee Benefits / Pension | - |
| 11 | Fee Applications Preparation | - |
| 12 | Tax Issues | - |
| 13 | Hearings | - |
| 14 | Litigation / Adversary Proceedings | 124.0 |
| 15 | Travel | - |
| 16 | Plan of Reorganization / Disclosure Statement | - |
| | **TOTAL** | 159.0 |

**Summary of Services Rendered by Professional**

| Name | May 2016 Hours |
|---|---:|
| Michael Kennedy, Member | 151.0 |
| Aaron Taylor, Member | - |
| Matthew Rosenberg, Managing Director | 8.0 |
| Paul Huettner, Analyst | - |
| Jamie Ellis, Analyst | - |
| James Elish, Analyst | - |
| **TOTAL** | 159.0 |

**Nortel Networks, Inc**
May 1, 2016 - May 31, 2016 Time Detail
Chilmark Partners, LLC
<u>Michael Kennedy</u>

| Date | Description of Work | May 2016 Hours | Code |
|---|---|---|---|
| 5/2/2016 | Calls with creditor representatives re: litigation | 2.0 | 7 |
| 5/2/2016 | Calls, communications re: allocation litigation matters and strategy | 4.0 | 14 |
| 5/2/2016 | Review RM Report | 1.0 | 1 |
| 5/2/2016 | Review and update material from management re: cost information | 3.0 | 14 |
| 5/3/2016 | Review claim litigation opinion and discuss with counsel | 3.0 | 14 |
| 5/3/2016 | Calls, communications re: allocation litigation matters and strategy | 5.0 | 14 |
| 5/4/2016 | Review court filings re: allocation litigation | 2.5 | 14 |
| 5/4/2016 | Calls and communications w/ management re: claims & asset recovery | 2.0 | 1 |
| 5/4/2016 | Calls and communications w/ management re: non-debtor subsidiaries | 1.5 | 1 |
| 5/5/2016 | Review and update material from management re: cost information | 3.0 | 14 |
| 5/6/2016 | Review cash flash report | 1.0 | 1 |
| 5/6/2016 | Communications with creditor representatives re: litigation | 2.0 | 7 |
| 5/6/2016 | Calls, communications, prepare material re: allocation litigation matters and strategy | 5.0 | 14 |
| 5/7/2016 | Review draft briefs, follow-up with US counsel | 4.5 | 14 |
| 5/8/2016 | Review draft briefs, follow-up with US counsel | 3.5 | 14 |
| 5/9/2016 | Calls with creditor representatives re: litigation | 1.0 | 7 |
| 5/9/2016 | Calls and communications w/ management re: claims & asset recovery | 3.5 | 1 |
| 5/9/2016 | Calls, communications re: allocation litigation matters and strategy | 4.0 | 14 |
| 5/10/2016 | Review court filings re: allocation litigation | 3.0 | 14 |
| 5/10/2016 | Calls, communications re: allocation litigation matters and strategy | 3.0 | 14 |
| 5/10/2016 | Communications w/ management re: claims & asset recovery | 2.0 | 1 |
| 5/11/2016 | Draft, comment and review material re: allocation litigation matters and strategy | 5.0 | 14 |
| 5/12/2016 | Calls, communications re: allocation litigation matters and strategy | 2.0 | 14 |
| 5/12/2016 | Review and update material from management re: cost information | 2.0 | 14 |
| 5/12/2016 | Draft, comment and review material re: allocation litigation matters and strategy | 3.0 | 14 |
| 5/13/2016 | Review and update material from management re: cost information | 3.0 | 14 |
| 5/13/2016 | Review cash flash report | 1.0 | 1 |
| 5/13/2016 | Calls & comunications with debtor advisors re: potential claims | 2.5 | 1 |
| 5/13/2016 | Draft, comment and review material re: allocation litigation matters and strategy | 3.0 | 14 |
| 5/16/2016 | Calls, communications re: allocation litigation matters and strategy | 3.0 | 14 |
| 5/17/2016 | Review cash flash report | 1.0 | 1 |
| 5/17/2016 | Review and discuss court filings re: allocation litigation | 4.0 | 14 |
| 5/18/2016 | Calls, communications re: allocation litigation matters and strategy | 6.0 | 14 |
| 5/19/2016 | Review and analysis of Monitors CCAA filings | 1.0 | 1 |
| 5/19/2016 | Calls, communications re: allocation litigation matters and strategy | 4.0 | 14 |
| 5/20/2016 | Calls, communications re: allocation litigation matters and strategy | 6.0 | 14 |
| 5/23/2016 | Draft, comment and review material re: allocation litigation matters and strategy | 5.0 | 14 |
| 5/24/2016 | Draft, comment and review material re: allocation litigation matters and strategy | 7.0 | 14 |
| 5/25/2016 | Calls, communications re: allocation litigation matters and strategy | 6.0 | 14 |
| 5/26/2016 | Review material re: claims & asset recovery | 4.0 | 1 |
| 5/27/2016 | Calls, communications re: allocation litigation matters and strategy | 5.5 | 14 |
| 5/30/2016 | Review material re: claims & asset recovery | 4.5 | 1 |
| 5/30/2016 | Draft, comment and review material re: allocation litigation matters and strategy | 3.0 | 14 |
| 5/31/2016 | Review RM Report | 1.0 | 1 |
| 5/31/2016 | Calls with creditor representatives re: litigation | 1.0 | 7 |
| 5/31/2016 | Calls with creditor representatives re: litigation | 2.0 | 7 |
| 5/31/2016 | Calls with creditor representatives re: litigation | 1.0 | 7 |
| 5/31/2016 | Calls, communications re: allocation litigation matters and strategy | 5.0 | 14 |
| **May 2016 Total** | | **151.0** | |

**Nortel Networks, Inc**
May 1, 2016 - May 31, 2016 Time Detail
Chilmark Partners, LLC
Matthew Rosenberg

| Date | Description of Work | May 2016 Hours | Code |
|---|---|---|---|
| 5/3/2016 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 5/4/2016 | Calls, analysis and review re: Litigation matters and strategy | 2.0 | 14 |
| 5/5/2016 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 5/11/2016 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 5/19/2016 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 5/20/2016 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 5/25/2016 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| **May 2016 Total** | | **8.0** | |