# EXHIBIT B

### EXPENSE DETAIL

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

May 1, 2016 Through May 31, 2016

|  | Date | Description | Amount |
|---|---|---|---|
| Chilmark | 5/31/2016 | Conference Calls | $ 94.15 |
| **Total Expenses** | | | **$ 94.15** |