# **<u>EXHIBIT A</u>**

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Collins | Allan | 02/05/2016 | attention to fee application; | 1.6 | 440.00 | 13651000 |
| Gray | William | 02/05/2016 | Review final order for quarterly fee application | 0.4 | 378.00 | 13665774 |
| Gray | William | 06/05/2016 | Review quarterly fee application | 0.4 | 378.00 | 13665793 |
| Collins | Allan | 10/05/2016 | attention to fee application; | 1.8 | 495.00 | 13666233 |
| Gray | William | 10/05/2016 | Review omnibus fee order | 0.6 | 567.00 | 13668714 |
| Bauer | Alison D. | 10/05/2016 | Attention to fee order | 0.2 | 173.00 | 13679363 |
| Collins | Allan | 11/05/2016 | attention to fee application; | 3.2 | 880.00 | 13668804 |
| Collins | Allan | 12/05/2016 | attention to fee application; | 2.4 | 660.00 | 13672184 |
| Collins | Allan | 13/05/2016 | attention to fee application; | 1.6 | 440.00 | 13674464 |
| Bauer | Alison D. | 16/05/2016 | Attention to fee application submissions | 0.2 | 173.00 | 13678667 |
| Collins | Allan | 16/05/2016 | attention to fee application; | 4.4 | 1,210.00 | 13679419 |
| Collins | Allan | 17/05/2016 | attention to fee application; | 1.8 | 495.00 | 13683541 |
| Collins | Allan | 18/05/2016 | attention to fee application; | 1.6 | 440.00 | 13686719 |
| Gray | William | 19/05/2016 | Work on fee application | 0.5 | 472.50 | 13688667 |
| Collins | Allan | 19/05/2016 | attention to fee application (3.2); multiple conversations with B. Yu regarding same (0.4); | 3.6 | 990.00 | 13689587 |
| Collins | Allan | 20/05/2016 | attention to fee application; | 4.2 | 1,155.00 | 13690109 |
| Collins | Allan | 23/05/2016 | attention to fee application; | 1.8 | 495.00 | 13691915 |
| Gray | William | 24/05/2016 | Review fee application filings | 0.6 | 567.00 | 13693816 |
| Bauer | Alison D. | 24/05/2016 | Attention to fee application | 0.9 | 778.50 | 13693972 |
| Collins | Allan | 24/05/2016 | attention to fee application; | 2.4 | 660.00 | 13694223 |
| Collins | Allan | 25/05/2016 | attention to fee application and quarterly fee application; | 2.2 | 605.00 | 13696410 |
| Bauer | Alison D. | 25/05/2016 | Attention to monthly fee application submission | 1.0 | 865.00 | 13705028 |
| Gray | William | 26/05/2016 | Review final fee application | 0.4 | 378.00 | 13698733 |
| Collins | Allan | 26/05/2016 | attention to quarterly fee application; | 3.6 | 990.00 | 13699335 |
| Bauer | Alison D. | 26/05/2016 | Attention to quarterly fee application submission | 0.3 | 259.50 | 13705025 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Gray | William | 02/05/2016 | Review appeal issues | 1.6 | 1,512.00 | 13665773 |
| Laskin | Aria | 03/05/2016 | reviewing decision (1.0); meeting with A. Slavens and J. Opolsky (0.3); research on SCC appeal process (1.3); call with counsel to discuss next steps (0.9); | 3.5 | 945.00 | 13652392 |
| Gray | Andrew | 03/05/2016 | reviewing and discussing Court of Appeal leave decision and next steps (3.4); | 3.4 | 2,176.00 | 13652558 |
| Block | Sheila R. | 03/05/2016 | reviewing decision (1.0); conference call with Cleary and Torys teams(1.0); office conference with Nortel team regarding factum for SCC (0.6); | 2.6 | 2,314.00 | 13652741 |
| Opolsky | Jeremy | 03/05/2016 | review of CCAA proceeding documents (0.1); correspondence re: leave decision with Torys and Cleary teams (0.2); reviewing leave to appeal decision (0.5); call with Aria Laskin and Adam Slavens re: appeal issues (0.3); call with Cleary Gottlieb and Torys team re: appeal (1.0); internal discussions with Andrew Gray and Adam Slavens (0.5); correspondence with Torys team re: appeal issues (0.6); analysis of appeal issues (0.6); | 3.8 | 1,919.00 | 13653439 |
| Mauro | Clare | 03/05/2016 | researching precedent leave to appeal decisions (A. Laskin); | 0.2 | 62.00 | 13653730 |
| Bauer | Alison D. | 03/05/2016 | Conference call with S. Bomhof and W. Gray (.5); review and analysis of Canadian court order denying leave to appeal (1.0) | 1.5 | 1,297.50 | 13653758 |
| Slavens | Adam | 03/05/2016 | reviewing and considering decision of Court of Appeal for Ontario on motion for leave to appeal from the allocation decision (5.0); conference call with J. Ray, Cleary team and Torys team re same (0.6); telephone calls and email correspondence with S. Bomhof, S. Block, A. Gray and J. Opolsky (0.8); reviewing and updating memorandum on leave to appeal to the Supreme Court of Canada (1.2); telephone call with J. Opolsky and A. Laskin re same (0.3); | 7.9 | 4,582.00 | 13654476 |
| Bomhof | Scott A. | 03/05/2016 | reviewing and analyzing leave decision of the Ontario Court of Appeal (1.5); telephone conference with W. Gray and A. Bauer regarding same (0.5); prepare notes for SCC leave to appeal application (.9); telephone call with Cleary team regarding leave decision (.7); | 3.6 | 2,502.00 | 13656296 |
| DeMarinis | Tony | 03/05/2016 | review and consideration of Ontario Court of Appeal's denial of leave to appeal on allocation ruling; | 2.5 | 2,112.50 | 13664907 |
| Gray | William | 03/05/2016 | Review court of appeals decision (1.6); review issues regarding substantive consolidation (2.6); conference with A. Bauer and S. Bomhof regarding the same (0.5); | 4.7 | 4,441.50 | 13665781 |
| Laskin | Aria | 04/05/2016 | identifying and speaking to agent for SCC leave application (1.0); reviewing court of appeal decisions (1.0); reviewing relevant law (0.3) | 2.3 | 621.00 | 13655270 |
| Mauro | Clare | 04/05/2016 | consulting internally/assisting student with legal research (J. Silver); | 0.9 | 279.00 | 13655362 |
| Gray | Andrew | 04/05/2016 | reviewing Court of Appeal decision and | 2.7 | 1,728.00 | 13656332 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Slavens | Adam | 04/05/2016 | internal discussion (email and in person) regarding leave to appeal (2.7) preparing factum for leave application to the Supreme Court of Canada; | 6.0 | 3,480.00 | 13658242 |
| Slavens | Adam | 04/05/2016 | reviewing District Court appeal transcript; | 1.3 | 754.00 | 13658245 |
| Block | Sheila R. | 04/05/2016 | office conference with Andrew Gray regarding factum plan; | 0.2 | 178.00 | 13662591 |
| Gray | William | 04/05/2016 | Review court of appeals decision and Supreme Court brief; | 3.6 | 3,402.00 | 13665786 |
| DeMarinis | Tony | 04/05/2016 | analysis and consideration regarding Ontario Court of Appeal's leave to appeal denial (2.0); reviewing procedural matters relating to same (0.7); | 2.7 | 2,281.50 | 13667210 |
| Laskin | Aria | 05/05/2016 | conducting research for SCC leave application (1.9); meeting with Torys team (1.0); preparing and revising shell (0.5); preparing for call with agent (0.2); participating in call with agent (0.6); | 4.2 | 1,134.00 | 13657425 |
| Silver | Jon | 05/05/2016 | meeting with Nortel team to discuss leave application (0.5); researching articles about debt markets and insolvency (3.3); meet with C. Mauro regarding research (1.0); | 4.8 | 1,056.00 | 13657651 |
| Opolsky | Jeremy | 05/05/2016 | Calls with agent, Aria Laskin and Andrew Gray re appeals issue (in part) (0.6); call with Torys team re: same; (0.5); drafting appeal documents (2.2) | 3.3 | 1,666.50 | 13657937 |
| Mauro | Clare | 05/05/2016 | consulting internally/assisting student with legal research (J. Silver); | 1.0 | 310.00 | 13657942 |
| Gray | Andrew | 05/05/2016 | telephone conference with other parties (0.6); telephone conference with Supreme Court agent (0.6); internal discussion and email regarding leave to appeal to the Supreme Court (1.1); | 2.3 | 1,472.00 | 13658178 |
| Slavens | Adam | 05/05/2016 | preparing factum for leave application to the Supreme Court of Canada (7.7); meetings with Torys team re same (0.9); conference call with Cassels team re same (0.3); email correspondence with J. Opolsky re same (0.3); office conference with J. Silver re same (0.5); | 9.7 | 5,626.00 | 13658205 |
| Slavens | Adam | 05/05/2016 | reviewing dismissal of bondholder leave application (0.2); email correspondence with L. Schweitzer re same (0.1); | 0.3 | 174.00 | 13658217 |
| Collins | Allan | 05/05/2016 | research regarding substantive consolidation; | 0.5 | 137.50 | 13659389 |
| Block | Sheila R. | 05/05/2016 | preparation for brief for SCC and office conference with William Gray regarding same (1.0); reviewing Cleary's points and memo to team regarding William Gray's ideas (2.5); | 3.5 | 3,115.00 | 13662596 |
| Gray | William | 05/05/2016 | Work on leave to appeal petition for Supreme Court and confer with S. Block regarding same; | 4.3 | 4,063.50 | 13665788 |
| Silver | Jon | 06/05/2016 | researching articles and other materials on insolvency law's impact on debt markets, and researching abuse of process at the Supreme Court (2.6); confer with C. Mauro regarding same (0.4); | 3.0 | 660.00 | 13658241 |
| Laskin | Aria | 06/05/2016 | preparing and revising leave application (2.4); coordinating documents for agent and preparing for service (1.0); | 3.4 | 918.00 | 13658498 |
| Mauro | Clare | 06/05/2016 | consulting internally/assisting student with legal research (J. Silver); | 0.4 | 124.00 | 13659342 |

Litigation

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Gray | Andrew | 06/05/2016 | email correspondence regarding leave to appeal (0.1); reviewing draft factum (0.6); | 0.7 | 448.00 | 13659648 |
| Slavens | Adam | 06/05/2016 | preparing factum for leave application to the Supreme Court of Canada; | 7.9 | 4,582.00 | 13661083 |
| Gray | William | 06/05/2016 | Work on comments to appeal brief | 4.8 | 4,536.00 | 13665792 |
| Silver | Jon | 07/05/2016 | reviewing and commenting on leave to appeal written argument (2.0); conducing follow up research on questions raised during the drafting of the argument (1.4); | 3.4 | 748.00 | 13659628 |
| Gray | Andrew | 07/05/2016 | email regarding leave to appeal (0.2): drafting factum (5.0) | 5.2 | 3,328.00 | 13659650 |
| Laskin | Aria | 07/05/2016 | revising memorandum of argument for leave application (1.0); | 1.0 | 270.00 | 13659686 |
| Slavens | Adam | 07/05/2016 | preparing, reviewing, and commenting on, factum for leave application to the Supreme Court of Canada; | 6.6 | 3,828.00 | 13661089 |
| Block | Sheila R. | 07/05/2016 | reviewing factum; | 2.0 | 1,780.00 | 13662567 |
| Gray | William | 07/05/2016 | Prepare comments to leave to appeal brief | 2.2 | 2,079.00 | 13665795 |
| Gray | Andrew | 08/05/2016 | working on appeal application (3.0); | 3.0 | 1,920.00 | 13660059 |
| Laskin | Aria | 08/05/2016 | preparing leave application for the SCC (6.3); | 6.3 | 1,701.00 | 13660344 |
| Slavens | Adam | 08/05/2016 | preparing, reviewing, and commenting on, factum for leave application to the Supreme Court of Canada; | 8.0 | 4,640.00 | 13661093 |
| Block | Sheila R. | 08/05/2016 | reviewing factum; | 0.8 | 712.00 | 13662570 |
| Gray | William | 08/05/2016 | Prepare comments to leave to appeal brief | 3.2 | 3,024.00 | 13665797 |
| Silver | Jon | 08/05/2016 | researching social science articles on debt markets (2.0); editing leave to appeal application written argument (1.8); | 3.8 | 836.00 | 13667368 |
| Laskin | Aria | 09/05/2016 | revising SCC leave application and coordinating with Ottawa agent (5.1); | 5.1 | 1,377.00 | 13662065 |
| Gray | Andrew | 09/05/2016 | working on appeal submissions (2.0); reviewing correspondence to the US court (0.4); | 2.4 | 1,536.00 | 13663463 |
| Block | Sheila R. | 09/05/2016 | emails re SCC filing and submissions to Stark J.; | 0.3 | 267.00 | 13664634 |
| Gray | William | 09/05/2016 | Review and revise leave to appeal brief for the Supreme Court (4.2); conference with A. Slavens regarding same (0.2); | 4.4 | 4,158.00 | 13665798 |
| Slavens | Adam | 09/05/2016 | reviewing and commenting on letter brief to Judge Stark (0.6); reviewing filed letter briefs of the core parties to Judge Stark (0.8); confer with W. Gray regarding same (0.2); | 1.6 | 928.00 | 13666276 |
| Slavens | Adam | 09/05/2016 | preparing, reviewing, and commenting on, factum for leave application to the Supreme Court of Canada; | 6.8 | 3,944.00 | 13666278 |
| Silver | Jon | 09/05/2016 | preparing materials for Supreme Court of Canada leave application; | 3.1 | 682.00 | 13667371 |
| Gray | Andrew | 10/05/2016 | working on Supreme court factum, including revising factum, conference call and meeting (2.8); | 2.8 | 1,792.00 | 13664478 |
| Laskin | Aria | 10/05/2016 | circulating comments and revising leave application (6.1); | 6.1 | 1,647.00 | 13665175 |
| Slavens | Adam | 10/05/2016 | preparing, reviewing, and commenting on, factum for leave application to the Supreme Court of Canada; | 8.9 | 5,162.00 | 13666240 |
| Silver | Jon | 10/05/2016 | preparing materials for Supreme Court leave to appeal application; | 3.1 | 682.00 | 13667411 |
| Gray | William | 10/05/2016 | Work on appeals filing (1.6); review letters | 3.3 | 3,118.50 | 13668708 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| | | | filed with Judge Stark (0.3); legal research regarding substantive consolidation issues (1.4); | | | |
| Block | Sheila R. | 10/05/2016 | reviewing draft factum; | 0.3 | 267.00 | 13668786 |
| Gray | Andrew | 11/05/2016 | working on Supreme Court leave application (2.8); | 2.8 | 1,792.00 | 13666900 |
| Opolsky | Jeremy | 11/05/2016 | reviewing and revising appeal materials (1.2); call with Lisa Schweitzer from Cleary Gottlieb re: same and follow up correspondence from call (0.3); office conference with Sheila Block re: same (0.2); correspondence with Cleary Gottlieb re: appeal issues (0.3); | 2.0 | 1,010.00 | 13667442 |
| Laskin | Aria | 11/05/2016 | reviewing and revising SCC leave application (1.7); | 1.7 | 459.00 | 13667511 |
| Silver | Jon | 11/05/2016 | reviewing and revising leave to appeal application; | 1.2 | 264.00 | 13667559 |
| Bauer | Alison D. | 11/05/2016 | Internal emails regarding litigation | 0.2 | 173.00 | 13667731 |
| Gray | William | 11/05/2016 | Review appellate filings; review court filings | 1.7 | 1,606.50 | 13668719 |
| Gray | William | 11/05/2016 | Review bond crisis; market reaction to court decisions | 0.7 | 661.50 | 13668725 |
| Block | Sheila R. | 11/05/2016 | reviewing draft factum (0.6); office conference with Jeremy Opolsky regarding revisions (0.2); telephone call with R. Schmetzer regarding next steps (0.1); | 0.9 | 801.00 | 13668789 |
| Slavens | Adam | 11/05/2016 | preparing, reviewing, and commenting on, factum for leave application to the Supreme Court of Canada; | 5.2 | 3,016.00 | 13671801 |
| Slavens | Adam | 11/05/2016 | considering use and sources of expert evidence and interveners' briefs re Supreme Court leave application; | 2.2 | 1,276.00 | 13671815 |
| Hoffman | Michael B. | 12/05/2016 | research & obtain bond valuations (0.5); | 0.5 | 162.50 | 13667203 |
| Gray | William | 12/05/2016 | Review appeal filings; work on brief | 2.7 | 2,551.50 | 13671439 |
| Slavens | Adam | 12/05/2016 | considering use and sources of expert evidence re Supreme Court leave application; | 1.9 | 1,102.00 | 13671797 |
| Slavens | Adam | 12/05/2016 | conducting legal research re substantive consolidation; | 2.2 | 1,276.00 | 13671798 |
| Silver | Jon | 13/05/2016 | researching potential Supreme Court interveners (1.1); conference call with Cleary and Torys teams (0.5); | 1.6 | 352.00 | 13672073 |
| Opolsky | Jeremy | 13/05/2016 | call with Cleary Gottlieb and Torys teams re: appeal issues (0.5); | 0.5 | 252.50 | 13672216 |
| Block | Sheila R. | 13/05/2016 | telephone call with Cleary and Torys teams regarding SCC application; | 0.5 | 445.00 | 13672982 |
| Bomhof | Scott A. | 13/05/2016 | reviewing and revising materials for leave to appeal to SCC (1.3); preparation for and telephone call with S. Block, J. Opolsky, J. Silver and Cleary regarding leave to appeal process and materials (1.0); | 2.3 | 1,598.50 | 13673261 |
| Gray | William | 13/05/2016 | Work on leave petition to the Supreme Court of Canada | 1.7 | 1,606.50 | 13688632 |
| Slavens | Adam | 16/05/2016 | conducting Canadian legal research on test for national importance re memorandum of argument; | 4.0 | 2,320.00 | 13686511 |
| Gray | William | 16/05/2016 | Work on appeal brief; | 2.6 | 2,457.00 | 13688646 |
| Mauro | Clare | 17/05/2016 | consulting internally/assisting student with legal research (J. Silver); | 1.7 | 527.00 | 13682541 |
| Opolsky | Jeremy | 17/05/2016 | reviewing decisions re: appeals; | 0.2 | 101.00 | 13683696 |
| Slavens | Adam | 17/05/2016 | reviewing research re interveners and expert | 2.0 | 1,160.00 | 13686482 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Silver | Jon | 17/05/2016 | evidence for Supreme Court of Canada brief; researching matrix organizational structures for leave application; | 0.9 | 198.00 | 13687704 |
| Slavens | Adam | 18/05/2016 | reviewing research re interveners and expert evidence for Supreme Court of Canada brief; | 1.8 | 1,044.00 | 13686469 |
| Slavens | Adam | 18/05/2016 | reviewing certification decision, form of certification order and email correspondence re same; | 0.7 | 406.00 | 13686470 |
| Silver | Jon | 18/05/2016 | researching matrix organizational structures for leave application; | 0.3 | 66.00 | 13687711 |
| Gray | William | 18/05/2016 | Review decision regarding certification to the Third Circuit by Judge Stark | 1.4 | 1,323.00 | 13688658 |
| Gray | William | 19/05/2016 | Review Stark decision; conference call with A. Slavens; conference call with S. Bomhof; work on appeal issues | 1.9 | 1,795.50 | 13688661 |
| Slavens | Adam | 19/05/2016 | reviewing certification decision, form of certification order and email correspondence re same (0.8); conference call with core parties re same (0.1); | 0.9 | 522.00 | 13691452 |
| Slavens | Adam | 20/05/2016 | reviewing research re interveners and expert evidence for Supreme Court of Canada brief; | 3.5 | 2,030.00 | 13691764 |
| Gray | William | 20/05/2016 | Work on appeal brief | 2.4 | 2,268.00 | 13693809 |
| Gray | William | 23/05/2016 | Work on appeal papers | 1.4 | 1,323.00 | 13693811 |
| Bauer | Alison D. | 24/05/2016 | Conference with W. Gray and S. Bomhof (.8); analysis of interim distribution pleadings (0.5); | 1.3 | 1,124.50 | 13693248 |
| Gray | William | 24/05/2016 | Conference with S. Bomhof and A. Bauer (0.8); review issues regarding appeal brief and status of interim distributions (1.5); | 2.3 | 2,173.50 | 13693814 |
| Bomhof | Scott A. | 24/05/2016 | telephone call with W. Gray and A. Bauer regarding Nortel update; | 0.8 | 556.00 | 13695081 |
| Silver | Jon | 25/05/2016 | meeting with P. Denroche to discuss avoidance and conflict of law research (0.7); assembling avoidance and conflict of law research (0.4); meeting with Torys team to discuss leave to appeal factum (0.5); reviewing matrix organization research (0.4); | 2.0 | 440.00 | 13693615 |
| Denroche | Patrick | 25/05/2016 | meeting with J. Silver (0.7); research for avoidance memo (4.9); | 5.6 | 812.00 | 13693971 |
| Gray | Andrew | 25/05/2016 | meeting and follow-up regarding Supreme Court application; | 0.4 | 256.00 | 13694770 |
| Block | Sheila R. | 25/05/2016 | office conference with William Gray, Scott Bomhof and Adam Slavens regarding settlement issues; further office conference with Adam Slavens regarding same (0.8); office conference with team regarding next steps (0.7); | 1.5 | 1,335.00 | 13694955 |
| Bomhof | Scott A. | 25/05/2016 | telephone call with W. Gray, S. Block and A. Slavens regarding Nortel appeal issues (.6) meeting with S. Block, A. Gray, A. Slavens, A. Laskin and J. Silver regarding SCC appeal materials (.8) | 1.4 | 973.00 | 13695090 |
| Opolsky | Jeremy | 25/05/2016 | office meeting (in part) re: appeal issues; | 0.6 | 303.00 | 13695577 |
| Laskin | Aria | 25/05/2016 | internal meeting to discuss next steps (0.7); correspondence with agent (0.2); | 0.9 | 243.00 | 13697966 |
| Gray | William | 25/05/2016 | Review appeal briefs (1.6); internal conference with S. Block, A. Slavens, and S. Bomhof regarding same (0.8); | 2.4 | 2,268.00 | 13698734 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Slavens | Adam | 25/05/2016 | meeting with Torys team re Supreme Court leave application (0.8); preparing for same (1.0); | 1.8 | 1,044.00 | 13699191 |
| Slavens | Adam | 25/05/2016 | conference call with S. Block, W. Gray and S. Bomhof re allocation matters; | 0.8 | 464.00 | 13699194 |
| Slavens | Adam | 25/05/2016 | considering, and conducting research re, expert evidence for Supreme Court of Canada brief; | 1.9 | 1,102.00 | 13699221 |
| Bauer | Alison D. | 25/05/2016 | Follow up on interim distribution issue | 0.5 | 432.50 | 13705039 |
| Denroche | Patrick | 26/05/2016 | research for avoidance memoranda (3.5); | 3.5 | 507.50 | 13695754 |
| Laskin | Aria | 26/05/2016 | corresponding with agent regarding evidence for leave application; | 0.3 | 81.00 | 13698204 |
| Slavens | Adam | 26/05/2016 | reviewing voice message from S. Block re Supreme Court leave application (0.2); email correspondence with Torys team re same (0.2); telephone call with M. Wunder re same (0.3); | 0.7 | 406.0 | 13698844 |
| Gray | William | 26/05/2016 | Work on appeal issues and alternate settlement strategy | 2.7 | 2,551.50 | 13698961 |
| Slavens | Adam | 26/05/2016 | considering, and conducting research re, expert evidence for Supreme Court of Canada brief; | 2.4 | 1,392.00 | 13699444 |
| Block | Sheila R. | 26/05/2016 | telephone call with Bromley regarding next steps and reporting to team; | 0.7 | 623.00 | 13700862 |
| Denroche | Patrick | 27/05/2016 | research for avoidance memorandum (5.1); | 5.1 | 739.50 | 13698539 |
| Laskin | Aria | 27/05/2016 | corresponding with agent and conducting research to determine deadline for leave to appeal application (0.5); | 0.5 | 135.00 | 13698772 |
| Slavens | Adam | 27/05/2016 | conducting Canadian legal research on Supreme Court rules; | 1.5 | 870.00 | 13704873 |
| Slavens | Adam | 27/05/2016 | telephone call with G. Finlayson re Supreme Court leave application (0.5); email correspondence with Torys team re same (0.4); | 0.9 | 522.00 | 13704874 |
| Gray | William | 27/05/2016 | Work on petition for leave to appeal to the Supreme Court of Canada | 1.8 | 1,701.00 | 13707779 |
| Denroche | Patrick | 30/05/2016 | research for avoidance memorandum; | 2.0 | 290.00 | 13701252 |
| Gray | William | 31/05/2016 | Work on leave to appeal to the Supreme Court; conference regarding settlement issues | 1.8 | 1,701.00 | 13707786 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Bomhof | Scott A. | 03/05/2016 | research regarding Supreme Court of Canada test for leave to appeal and update memo with respect to same; | 0.8 | 556.00 | 13656297 |
| Silver | Jon | 04/05/2016 | reviewing Court of Appeal decision and conducting follow up research in anticipation of Supreme Court leave application; | 1.4 | 308.00 | 13657604 |
| Slavens | Adam | 04/05/2016 | conducting Canadian legal research re factum for leave application to the Supreme Court of Canada; | 3.0 | 1,740.00 | 13658243 |
| Slavens | Adam | 05/05/2016 | conducting Canadian legal research re factum for leave application to the Supreme Court of Canada; | 3.0 | 1,740.00 | 13658208 |
| DeMarinis | Tony | 05/05/2016 | consideration and analysis of legal matters relating to denial of leave to appeal in Ontario (1.5); reading materials filed in connection with same, decision of the court, and other materials (0.9); | 2.4 | 2,028.00 | 13667214 |
| Opolsky | Jeremy | 06/05/2016 | call with Adam Slavens re: appeal issues and factum(0.1); | 0.1 | 50.50 | 13658894 |
| Bomhof | Scott A. | 06/05/2016 | Research re: test for leave to appeal to the Supreme Court of Canada and research for appeal brief; | 2.5 | 1,737.50 | 13660073 |
| Slavens | Adam | 06/05/2016 | conducting Canadian legal research re factum for leave application to the Supreme Court of Canada and call with J. Opolsky regarding same; | 2.6 | 1,508.00 | 13661085 |
| DeMarinis | Tony | 06/05/2016 | Canadian law analysis in connection with appeal denial and procedural considerations; | 1.7 | 1,436.50 | 13667219 |
| DeMarinis | Tony | 09/05/2016 | review and consideration of multiple correspondence from parties to Judge Stark (0.8); reviewing related materials and considering appellate matters (1.5); | 2.3 | 1,943.50 | 13689243 |
| DeMarinis | Tony | 10/05/2016 | review and analysis regarding leave to appeal denial, U.S. proceedings, and related matters; | 1.2 | 1,014.00 | 13689248 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Slavens | Adam | 01/05/2016 | preparing for motion returnable May 2, 2016 (1.2); reviewing email correspondence from M. Frazer re same (0.2); | 1.4 | 812.00 | 13647841 |
| Opolsky | Jeremy | 02/05/2016 | correspondence with Cleary Gottlieb re: appeal issues; | 0.3 | 151.50 | 13650257 |
| Slavens | Adam | 02/05/2016 | attending motion returnable May 2, 2016 (1.5); preparing for same (0.8); email correspondence with J. Ray, Cleary team and M. Wunder re same (0.3); | 2.6 | 1,508.00 | 13654405 |
| Slavens | Adam | 02/05/2016 | reviewing draft notice of appeal and status of research re appeal factum (3.2); meet with S. Bomhof regarding claims issues (0.5); | 3.7 | 2,146.00 | 13654427 |
| Bomhof | Scott A. | 02/05/2016 | meeting with A. Slavens regarding Calgary employee claims issues; | 0.5 | 347.50 | 13656341 |
| Opolsky | Jeremy | 04/05/2016 | reviewing documents re: appeal issues; | 0.7 | 353.50 | 13655664 |
| Bomhof | Scott A. | 04/05/2016 | prepare materials seeking leave to appeal to the Supreme Court of Canada; | 1.2 | 834.00 | 13660223 |
| Bomhof | Scott A. | 05/05/2016 | reviewing Court of appeal decision denying leave and preparing materials for leave application to the Supreme Court of Canada; | 3.5 | 2,432.50 | 13660232 |
| Bomhof | Scott A. | 06/05/2016 | Review and provide comments on draft application for leave to appeal to the Supreme Court of Canada; | 3.1 | 2,154.50 | 13660075 |
| Bomhof | Scott A. | 07/05/2016 | Review and revise application for leave to the SCC and exchange emails with Cleary with respect to same; | 2.8 | 1,946.00 | 13660077 |
| Opolsky | Jeremy | 07/05/2016 | correspondence with Torys team re: appeal issues; | 0.2 | 101.00 | 13662749 |
| Bomhof | Scott A. | 08/05/2016 | Prepare draft Application for leave to appeal to the SCC and emails with Cleary with respect to same; | 2.5 | 1,737.50 | 13660080 |
| Opolsky | Jeremy | 08/05/2016 | reviewing and revising appeal documents; | 1.1 | 555.50 | 13660609 |
| Bomhof | Scott A. | 09/05/2016 | revising draft application for leave to appeal to SCC and reviewing cited caselaw (2.9) various telephone calls with Cassels Brock and Bennett Jones regarding SCC leave to appeal (.5); | 3.4 | 2,363.00 | 13662273 |
| Opolsky | Jeremy | 09/05/2016 | reviewing and revising court documents re: appeal (0.7); | 0.7 | 353.50 | 13662774 |
| Bomhof | Scott A. | 10/05/2016 | prepare leave to appeal materials regarding appeal to SCC; | 4.2 | 2,919.00 | 13664593 |
| Opolsky | Jeremy | 10/05/2016 | reviewing correspondence from Cleary Gottlieb re: appeal issues (0.1); call with Torys and Cleary team re: appeal issues (0.5); reviewing and revising appeal filings (1.7); correspondence with Cleary team re same (0.1); | 2.4 | 1,212.00 | 13665283 |
| Opolsky | Jeremy | 17/05/2016 | correspondence with Jon Silver re: appeal issues; | 0.1 | 50.50 | 13682552 |
| Opolsky | Jeremy | 19/05/2016 | corresponding with Torys team re: appeal issues; | 0.1 | 50.50 | 13689961 |
| Bomhof | Scott A. | 19/05/2016 | reviewing emails exchanges regarding certification order; | 0.5 | 347.50 | 13691724 |
| Slavens | Adam | 24/05/2016 | reviewing CCAA case court documents; | 1.5 | 870.00 | 13699237 |
| Bomhof | Scott A. | 26/05/2016 | prepare materials for leave to appeal to SCC; | 0.9 | 625.50 | 13697710 |
| Opolsky | Jeremy | 26/05/2016 | reviewing correspondence from Torys team re: appeal issues; | 0.2 | 101.00 | 13698254 |
| Bomhof | Scott A. | 27/05/2016 | prepare materials for leave application to SCC | 0.6 | 417.00 | 13700876 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Slavens | Adam | 27/05/2016 | and discuss same with B. Keefe; reviewing stakeholder claims and recoveries information; | 3.7 | 2,146.00 | 13704870 |
| Slavens | Adam | 30/05/2016 | reviewing stakeholder claims and recoveries information; | 2.0 | 1,160.00 | 13704916 |
| Slavens | Adam | 31/05/2016 | reviewing stakeholder claims and recoveries information; | 1.3 | 754.00 | 13706146 |
| Bomhof | Scott A. | 31/05/2016 | follow up on SCC leave application issues; | 0.3 | 208.50 | 13708951 |

U.S. Proceedings/Matters

| **Last Name** | **First Name** | **Date** | **Description** | **Hours** | **Value** | **Index#** |
|---|---|---|---|---|---|---|
| Slavens | Adam | 24/05/2016 | reviewing chapter 11 case court documents; | 0.7 | 406.00 | 13699442 |