# EXHIBIT B

**Nortel**
**May 2016 Disbursements**

| | | | |
|---|---|---|---|
| 303 Taxi & Travel | 02/05/2016 | 7.12 | Taxi & Travel |
| | | | Slavens, Adam; Taxi/Car Service - 330 University |
| | | | attend at court |
| 303 Taxi & Travel | 07/04/2016 | 41.58 | Taxi & Travel |
| | | | Slavens, Adam; Taxi/Car Service - home taxi home |
| 317 Taxi & Travel (Out of Town) | 23/03/2016 | 917.85 | Taxi & Travel (Out of Town) |
| | | | Slavens, Adam; Airfare - Delaware booking for |
| | | | travel to Delaware to attend Nortel hearing |
| | | | 04/04/2016 - 04/07/2016 Merit |
| 317 Taxi & Travel (Out of Town) | 04/04/2016 | 131.56 | Taxi & Travel (Out of Town) |
| | | | Slavens, Adam; Taxi/Car Service - Hotel in |
| | | | Delaware attend Nortel hearing |
| 317 Taxi & Travel (Out of Town) | 05/04/2016 | 830.97 | Taxi & Travel (Out of Town) |
| | | | Slavens, Adam; Airfare - Toronto booking for |
| | | | travel from Delaware to Toronto |
| | | | 04/04/2016 - 04/07/2016 Merit |
| 317 Taxi & Travel (Out of Town) | 07/04/2016 | 125.29 | Taxi & Travel (Out of Town) |
| | | | Slavens, Adam; Taxi/Car Service - Philadephia |
| | | | Airport attend Nortel hearing |
| 317 Taxi & Travel (Out of Town) | 07/04/2016 | 548.77 | Taxi & Travel (Out of Town) |
| | | | Slavens, Adam; Lodging Nortel hearing |
| | | | 04/04/2016 - 04/07/2016 |
| | | **$ 2,603.14** | |
| 399 Process Servers | 06/05/2016 | $ **35.86** | Process Servers - - VENDOR: Donaldson Law Clerk |
| | | | Services-APRIL 27, 2016 |
| 376 Meals | 07/04/2016 | $ **30.28** | Meals |
| | | | Slavens, Adam; Lunch Nortel hearing |
| 480 Telephone Charges | 07/04/2016 | $ **33.26** | Telephone Charges |
| | | | Slavens, Adam; Data Travel Pack Nortel hearing |
| 498 Library Costs | 17/05/2016 | $ **23.91** | Library Costs |
| | | | SUPREME CRT/COUR SUP OTTAWA Court records reques |
| | | | ted by Jon Silver, Receipt no.: 2343 |
| 801 Copies | 02/05/2016 | 5.20 | Copies |
| 801 Copies | 09/05/2016 | 4.40 | Copies |
| 808 Laser Printing | 02/05/2016 | 2.90 | Laser Printing |
| 808 Laser Printing | 03/05/2016 | 4.20 | Laser Printing |
| 808 Laser Printing | 03/05/2016 | 4.20 | Laser Printing |
| 808 Laser Printing | 04/05/2016 | 0.20 | Laser Printing |
| 808 Laser Printing | 04/05/2016 | 0.80 | Laser Printing |
| 808 Laser Printing | 05/05/2016 | 0.70 | Laser Printing |
| 808 Laser Printing | 05/05/2016 | 0.40 | Laser Printing |
| 808 Laser Printing | 06/05/2016 | 0.20 | Laser Printing |
| 808 Laser Printing | 07/05/2016 | 21.70 | Laser Printing |
| 808 Laser Printing | 09/05/2016 | 4.60 | Laser Printing |
| 808 Laser Printing | 10/05/2016 | 2.60 | Laser Printing |
| 808 Laser Printing | 10/05/2016 | 2.60 | Laser Printing |
| 808 Laser Printing | 10/05/2016 | 15.60 | Laser Printing |
| 808 Laser Printing | 10/05/2016 | 3.80 | Laser Printing |
| 808 Laser Printing | 11/05/2016 | 2.40 | Laser Printing |
| 808 Laser Printing | 11/05/2016 | 16.00 | Laser Printing |

**Nortel**
**May 2016 Disbursements**

| | | | |
|---|---|---|---|
| 808 Laser Printing | 11/05/2016 | 3.00 | Laser Printing |
| 808 Laser Printing | 13/05/2016 | 8.40 | Laser Printing |
| 808 Laser Printing | 16/05/2016 | 0.20 | Laser Printing |
| 808 Laser Printing | 17/05/2016 | 1.70 | Laser Printing |
| 808 Laser Printing | 25/05/2016 | 2.60 | Laser Printing |
| 808 Laser Printing | 25/05/2016 | 13.10 | Laser Printing |
| 808 Laser Printing | 27/05/2016 | 0.70 | Laser Printing |
| 4808 Laser Printing | 09/05/2016 | 2.30 | Laser Printing |
| 4808 Laser Printing | 09/05/2016 | 2.50 | Laser Printing |
| 4808 Laser Printing | 09/05/2016 | 1.40 | Laser Printing |
| 4808 Laser Printing | 16/05/2016 | 0.90 | Laser Printing |
| 4808 Laser Printing | 19/05/2016 | 0.80 | Laser Printing |
| 4808 Laser Printing | 19/05/2016 | 1.30 | Laser Printing |
| 4808 Laser Printing | 20/05/2016 | 1.70 | Laser Printing |
| 4808 Laser Printing | 21/05/2016 | 0.80 | Laser Printing |
| 4808 Laser Printing | 24/05/2016 | 1.90 | Laser Printing |
| 4808 Laser Printing | 24/05/2016 | 0.80 | Laser Printing |
| 4808 Laser Printing | 24/05/2016 | 0.10 | Laser Printing |
| | | $   136.70 | |

| | | | |
|---|---|---|---|
| 885 On Line Research Charges - Quicklaw | 04/05/2016 | 75.71 | On Line Research Charges - Quicklaw |
| 885 On Line Research Charges - Quicklaw | 04/05/2016 | 440.69 | On Line Research Charges - Quicklaw |
| 885 On Line Research Charges - Quicklaw | 05/05/2016 | 501.24 | On Line Research Charges - Quicklaw |
| 885 On Line Research Charges - Quicklaw | 05/05/2016 | 206.39 | On Line Research Charges - Quicklaw |
| 885 On Line Research Charges - Quicklaw | 06/05/2016 | 31.88 | On Line Research Charges - Quicklaw |
| 885 On Line Research Charges - Quicklaw | 06/05/2016 | 961.05 | On Line Research Charges - Quicklaw |
| 885 On Line Research Charges - Quicklaw | 17/05/2016 | 95.63 | On Line Research Charges - Quicklaw |
| 885 On Line Research Charges - Quicklaw | 25/05/2016 | 19.92 | On Line Research Charges - Quicklaw |
| 885 On Line Research Charges - Quicklaw | 30/05/2016 | 7.38 | On Line Research Charges - Quicklaw |
| 887 On Line Research Charges -WestlaweCarswell Incl. | 05/05/2016 | 35.86 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 On Line Research Charges -WestlaweCarswell Incl. | 05/05/2016 | 99.22 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 On Line Research Charges -WestlaweCarswell Incl. | 06/05/2016 | 46.02 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 On Line Research Charges -WestlaweCarswell Incl. | 25/05/2016 | 26.90 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 On Line Research Charges -WestlaweCarswell Incl. | 26/05/2016 | 49.61 | On Line Research Charges -WestlaweCarswell Incl. |
| | | $ 2,597.50 | |

$ 5,460.65