B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
### District of Delaware

In re NORTEL NETWORKS INC., et al.,             ,      Case No. 09-10138 (KG)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| USDR Residuals | United States Debt Recovery IV, LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

5575 Kietzke Lane, Suite A
Reno, NV 89511

Phone: 775-737-9999
Last Four Digits of Acct #: _____

Court Claim # (if known): 1119
Amount of Claim: $2,400.00
Date Claim Filed: 05/07/2009

Phone: 775-737-9999
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

5575 Kietzke Lane, Suite A Reno, NV 89511

Phone: 775-737-9999
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/ [signature]_         Date: 06/30/2016
   Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.