Robert Kinamon
21515 NE 143rd Place
Woodinville WA 98077
425-881-6035
rkinamon@comcast.net
June 22, 2016

Honorable Judge Kevin Gross
824 North Market Street
6th Floor
Wilmington, DE 19801

Dear Honorable Judge Kevin Gross:

I am writing to express my outrage concerning the bankruptcy courts progress in resolving the Nortel case. I'll keep my protest brief. Like many former Nortel employees, including several thousand that have since died, my pension was suspended in January of 2009. The total owed to me is $150,908.52. Refer to Epiq Systems claim 1825 and 6595. The court's withholding of my hard earned pension has had an effect on my retirement lifestyle.

Although I understand this is a complicated, multi-national proceeding, I assert there is no math problem so complex that it requires more than seven years and $2 billion in legal fees to resolve. At this point, I can only deduce this case continues to languish as vehicle to pay outrageous sums of money to lawyers profiting at the expense of former Nortel employees and creditors. In my opinion this is nothing more than theft which is especially shameful as it is being done with the blessings of the United States Bankruptcy Court.

Please do not respond with a call from a lawyer attempting to justify the status of this case. This is letter is written merely to express my outrage. It is not intended to initiate an event that would allow some lawyer to charge even a single dollar more against the diminishing assets.

Sincerely,

*[signature]*

Robert Kinamon