# EXHIBIT A

# HOURS/BILLABLE AMOUNTS BY PROJECT
# NORTEL NETWORKS, INC.

**Name:** RLKS Executive Solutions LLC

**Working Dates:**
Start Date: 6/1/2016
End Date: 6/30/2016

**Enter Billing Rate/Hr:** 590.00

| Project No. | Project Name | Hours/Minutes Worked | Billing Rate | Billing Amount |
|---|---|---|---|---|
| 1 | NNI Document and eData Preservation Projects | 134.80 | $590.00 | $79,532.00 |
| 2 | Facility Document Inventory & Evacuation Review | 411.50 | $590.00 | $242,785.00 |
| 3 | Human Resources - Employee Related Projects | 0.30 | $590.00 | $177.00 |
| 4 | Fee Apps | 35.00 | $590.00 | $20,650.00 |
| 5 | Non-working travel | 119.50 | $295.00 | $35,252.50 |
| 6 | Claims Administration, Reconciliation & Resolution | 597.40 | $590.00 | $352,466.00 |
| 7 | Tax/Finance Matters and Budget Projects | 21.20 | $590.00 | $12,508.00 |
| 8 | Misc Debtor Issues and Communications | 28.00 | $590.00 | $16,520.00 |
| 9 | Analyst Support and Case Modeling | 249.30 | $590.00 | $147,087.00 |
| | **Hours/Billing Amount for Period:** | **1,597.00** | | **$906,977.50** |

## NORTEL TIME SHEET

RLKS Executive Solutions LLC

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 6/1/2016 | IT Infrastructure monitoring: oracle backups | Raj Perubhatla | 1 | 2.8 |
| 6/2/2016 | Setting up and configuring the new NNI environment (i.e. wireless, drives, VPN, etc.) | Brandon Bangerter | 1 | 2.4 |
| 6/2/2016 | IT Infrastructure support: SonicWall and Quickbooks | Raj Perubhatla | 1 | 3.2 |
| 6/2/2016 | IT infrastructure monitoring | Raj Perubhatla | 1 | 1.3 |
| 6/4/2016 | Data Center power issues / reconfiguration of servers for compliance | Brandon Bangerter | 1 | 1.2 |
| 6/4/2016 | IT Infrastructure support: SonicWall and Quickbooks | Raj Perubhatla | 1 | 2.7 |
| 6/4/2016 | IT Infrastructure: Clearcase support | Raj Perubhatla | 1 | 2.8 |
| 6/6/2016 | Website support | Raj Perubhatla | 1 | 2.7 |
| 6/6/2016 | ClearCase server support | Raj Perubhatla | 1 | 1.8 |
| 6/8/2016 | E-mail responses on servers and data center updates | Brandon Bangerter | 1 | 0.5 |
| 6/9/2016 | Data center power issues / updates on consumption and usage | Brandon Bangerter | 1 | 0.7 |
| 6/10/2016 | Data center power issues / updates on consumption and usage / configuration update | Brandon Bangerter | 1 | 0.6 |
| 6/10/2016 | IT infrastructure monitoring | Raj Perubhatla | 1 | 5.5 |
| 6/11/2016 | Server security updates, patches, virus / malware definitions, space reclamation, troubleshooting errors | Brandon Bangerter | 1 | 2.8 |
| 6/11/2016 | Recreating the Backup infrastructure for Data Foundry | Raj Perubhatla | 1 | 9.7 |
| 6/13/2016 | Moving servers at data center, relocating for power usage, reconfiguration, testing, etc. | Brandon Bangerter | 1 | 5.5 |
| 6/13/2016 | Correspondence - Retention of NNI Computer by EY | Kathryn Schultea | 1 | 0.3 |
| 6/13/2016 | Recreating the Backup infrastructure for Data Foundry | Raj Perubhatla | 1 | 5.3 |
| 6/13/2016 | IT infrastructure monitoring | Raj Perubhatla | 1 | 3.2 |
| 6/14/2016 | Datacenter support for IT Infrastructure | Raj Perubhatla | 1 | 3.7 |
| 6/15/2016 | IT infrastructure monitoring | Raj Perubhatla | 1 | 5.2 |
| 6/16/2016 | Recreating the Backup infrastructure for Data Foundry | Raj Perubhatla | 1 | 3.3 |
| 6/17/2016 | Data center clean up / pulling hard drives, tapes, cable from under floor, moving out racks, servers, etc. | Brandon Bangerter | 1 | 7.8 |
| 6/18/2016 | IT infrastructure monitoring | Raj Perubhatla | 1 | 5.7 |
| 6/20/2016 | Data center power consumption issues and server reconfiguration / hardware replacement | Brandon Bangerter | 1 | 4.8 |
| 6/20/2016 | Correspondence and review of details for tape storage | Kathryn Schultea | 1 | 1.5 |
| 6/20/2016 | ClearCase server support call prep and call | Raj Perubhatla | 1 | 1.7 |
| 6/20/2016 | IT infrastructure monitoring | Raj Perubhatla | 1 | 4.3 |
| 6/21/2016 | IT infrastructure monitoring | Raj Perubhatla | 1 | 6.3 |
| 6/24/2016 | IT Infrastructure support | Raj Perubhatla | 1 | 4.7 |
| 6/24/2016 | MATDB application configuration and investigation | Raj Perubhatla | 1 | 5.3 |
| 6/25/2016 | Backup storage server install in Datafoundry | Raj Perubhatla | 1 | 4.4 |
| 6/25/2016 | Clearcase server support | Raj Perubhatla | 1 | 2.6 |
| 6/27/2016 | MATDB application configuration and investigation | Raj Perubhatla | 1 | 3.7 |
| 6/28/2016 | IT Infrastructure support | Raj Perubhatla | 1 | 4.2 |
| 6/29/2016 | Troubleshooting Circuit outages and testing solutions for NNI building | Brandon Bangerter | 1 | 2.6 |
| 6/29/2016 | IT Support for ClearCase environment call | Raj Perubhatla | 1 | 0.3 |
| 6/30/2016 | Data center backup troubleshooting, racking NAS server, mounts and testing | Brandon Bangerter | 1 | 7.7 |
| 6/1/2016 | Data center clean up of servers, hard drives, tapes, miscellaneous racks, etc. | Brandon Bangerter | 2 | 6.7 |
| 6/1/2016 | Data room support/evacuation | Daniel Tollefsen | 2 | 12.8 |
| 6/1/2016 | Onsite at NNI - Scanned financial and HR documentation and sent hardcopies to Iron Mountain | Felicia Buenrostro | 2 | 7.0 |
| 6/1/2016 | Onsite at NNI - Walk thru NNI building/evacuation related work | Kathryn Schultea | 2 | 7.0 |
| 6/1/2016 | Scanned Financial and HR Documentation and send hardcopies to Iron Mountain. | Leticia Barrios | 2 | 5.5 |
| 6/2/2016 | Data center hard drive removals, PDU cable removals, tape removals, etc. | Brandon Bangerter | 2 | 6.8 |
| 6/2/2016 | Data room support/evacuation | Daniel Tollefsen | 2 | 9.6 |
| 6/2/2016 | Data room support/evacuation | Daniel Tollefsen | 2 | 11.7 |

# NORTEL TIME SHEET

RLKS Executive Solutions LLC

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 6/2/2016 | Onsite at NNI - Scanned financial and HR documentation and sent hardcopies to Iron Mountain | Felicia Buenrostro | 2 | 8.0 |
| 6/2/2016 | Onsite - status discussions and facility review | Kathryn Schultea | 2 | 6.5 |
| 6/2/2016 | Scanned Financial and HR Documentation and sent hardcopies to Iron Mountain. | Leticia Barrios | 2 | 7.8 |
| 6/3/2016 | Data center hard drive removals, PDU cable removals, tape removals, etc. | Brandon Bangerter | 2 | 7.3 |
| 6/3/2016 | Data room support/evacuation | Daniel Tollefsen | 2 | 4.7 |
| 6/3/2016 | Onsite at NNI - Scanned financial and HR documentation and sent hardcopies to Iron Mountain | Felicia Buenrostro | 2 | 4.5 |
| 6/3/2016 | Onsite - status discussions and facility review | Kathryn Schultea | 2 | 2.3 |
| 6/3/2016 | Onsite re: Iron Mountain boxes /move consolidation | Kathryn Schultea | 2 | 2.7 |
| 6/6/2016 | Onsite at NNI - Scanned financial and HR documentation and sent hardcopies to Iron Mountain | Felicia Buenrostro | 2 | 4.0 |
| 6/6/2016 | Correspondence review and respond on data center move | Kathryn Schultea | 2 | 1.3 |
| 6/7/2016 | Onsite at NNI - Scanned financial and HR documentation and sent hardcopies to Iron Mountain | Felicia Buenrostro | 2 | 7.0 |
| 6/7/2016 | Correspondence - Follow-up on move related system testing | Kathryn Schultea | 2 | 1.7 |
| 6/7/2016 | Correspondence - RTP, NC Lease | Kathryn Schultea | 2 | 0.8 |
| 6/7/2016 | Scanned Financial and HR Documentation and sent hardcopies to Iron Mountain. | Leticia Barrios | 2 | 4.5 |
| 6/7/2016 | On site support for move tasks | Raj Perubhatla | 2 | 4.0 |
| 6/8/2016 | Data room support/evacuation | Daniel Tollefsen | 2 | 12.8 |
| 6/8/2016 | Onsite at NNI - Scanned financial and HR documentation and sent hardcopies to Iron Mountain | Felicia Buenrostro | 2 | 6.7 |
| 6/8/2016 | Correspondence - Recycler cleanup discussion | Kathryn Schultea | 2 | 1.8 |
| 6/8/2016 | Scanned Financial and HR Documentation and sent hardcopies to Iron Mountain. | Leticia Barrios | 2 | 3.5 |
| 6/8/2016 | On site support for move tasks | Raj Perubhatla | 2 | 7.3 |
| 6/9/2016 | Data room support/evacuation | Daniel Tollefsen | 2 | 8.9 |
| 6/9/2016 | Correspondence review and respond on office move | Kathryn Schultea | 2 | 1.5 |
| 6/9/2016 | On site support for move tasks | Raj Perubhatla | 2 | 9.2 |
| 6/10/2016 | GWRTP facilities disconnects | Raj Perubhatla | 2 | 2.2 |
| 6/13/2016 | Correspondence - Follow-up to walk-thru | Kathryn Schultea | 2 | 0.6 |
| 6/14/2016 | Data center clean up / pulling hard drives, tapes, cable from under floor, moving out racks, servers, etc. | Brandon Bangerter | 2 | 11.4 |
| 6/14/2016 | Email correspondence with client | Daniel Tollefsen | 2 | 0.8 |
| 6/14/2016 | Read, responded to emails re interim distribution | Kathryn Schultea | 2 | 1.8 |
| 6/14/2016 | Conf. Call - RTP facility matters with Cleary and related follow-up on several points | Kathryn Schultea | 2 | 1.0 |
| 6/15/2016 | Data center clean up / pulling hard drives, tapes, cable from under floor, moving out racks, servers, etc. | Brandon Bangerter | 2 | 12.1 |
| 6/16/2016 | Data center clean up / pulling hard drives, tapes, cable from under floor, moving out racks, servers, etc. | Brandon Bangerter | 2 | 12.6 |
| 6/16/2016 | Review documentation on property | Kathryn Schultea | 2 | 0.5 |
| 6/16/2016 | GWRTP Wind down coordination | Raj Perubhatla | 2 | 2.6 |
| 6/20/2016 | Correspondence - Pine Straw Proposal | Kathryn Schultea | 2 | 0.3 |
| 6/21/2016 | Data center clean up / pulling hard drives, tapes, cable from under floor, moving out racks, servers, etc. | Brandon Bangerter | 2 | 9.9 |
| 6/21/2016 | Data room support/evacuation | Daniel Tollefsen | 2 | 9.7 |
| 6/21/2016 | Onsite at NNI - Scanned financial and HR documentation and sent hardcopies to Iron Mountain | Felicia Buenrostro | 2 | 6.5 |
| 6/22/2016 | Data center clean up / pulling hard drives, tapes, cable from under floor, moving out racks, servers, etc. | Brandon Bangerter | 2 | 10.8 |
| 6/22/2016 | Data room support/evacuation | Daniel Tollefsen | 2 | 11.8 |
| 6/22/2016 | Onsite at NNI - Scanned financial and HR documentation and sent hardcopies to Iron Mountain | Felicia Buenrostro | 2 | 8.3 |
| 6/22/2016 | Conf. Call - Nortel Gateway PCA | Kathryn Schultea | 2 | 0.8 |
| 6/22/2016 | Correspondence review and respond on facility evacuation | Kathryn Schultea | 2 | 3.0 |
| 6/22/2016 | GWRTP DC Move: On site coordination | Raj Perubhatla | 2 | 2.5 |
| 6/23/2016 | Data center clean up / pulling hard drives, tapes, cable from under floor, moving out racks, servers, etc. | Brandon Bangerter | 2 | 9.5 |
| 6/23/2016 | Data room support/evacuation | Daniel Tollefsen | 2 | 10.3 |
| 6/23/2016 | Onsite at NNI - Scanned financial and HR documentation and sent hardcopies to Iron Mountain | Felicia Buenrostro | 2 | 6.5 |

# NORTEL TIME SHEET

RLKS Executive Solutions LLC

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 6/24/2016 | Data center issues on removal, disconnects, and cleanup | Brandon Bangerter | 2 | 3.6 |
| 6/24/2016 | Data room support/evacuation | Daniel Tollefsen | 2 | 9.8 |
| 6/27/2016 | Solicitation packages printing and preparation for distribution | Brandon Bangerter | 2 | 9.4 |
| 6/27/2016 | Data room support/evacuation | Daniel Tollefsen | 2 | 12.9 |
| 6/27/2016 | Correspondence - Nortel - Iron Mountain | Kathryn Schultea | 2 | 0.8 |
| 6/28/2016 | Solicitation packages printing and preparation for distribution | Brandon Bangerter | 2 | 8.8 |
| 6/28/2016 | Data room support/evacuation | Daniel Tollefsen | 2 | 11.7 |
| 6/29/2016 | Solicitation packages printing and preparation for distribution | Brandon Bangerter | 2 | 6.5 |
| 6/29/2016 | Data room support/evacuation | Daniel Tollefsen | 2 | 12.3 |
| 6/29/2016 | GWRTP Wind down coordination | Raj Perubhatla | 2 | 2.7 |
| 6/30/2016 | Data room support/evacuation | Daniel Tollefsen | 2 | 9.8 |
| 6/30/2016 | Correspondence - Iron Mountain Retrieval request | Kathryn Schultea | 2 | 0.5 |
| 6/30/2016 | Correspondence re: Nortel Copiers and facility evacuation updates | Kathryn Schultea | 2 | 1.3 |
| 6/30/2016 | Correspondence - Proof of Employment from former employees | Kathryn Schultea | 3 | 0.3 |
| 6/3/2016 | Fee app tracking | Brandon Bangerter | 4 | 1.0 |
| 6/3/2016 | Fee Apps | Daniel Tollefsen | 4 | 1.0 |
| 6/3/2016 | Weekly Fee Application Work | Felicia Buenrostro | 4 | 1.0 |
| 6/3/2016 | Fee application work and consolidation | Kathryn Schultea | 4 | 3.5 |
| 6/3/2016 | Fee Apps | Raj Perubhatla | 4 | 1.0 |
| 6/4/2016 | Weekly Fee Application Work | Leticia Barrios | 4 | 1.0 |
| 6/4/2016 | Fee Application Tracking | Mary Cilia | 4 | 1.0 |
| 6/10/2016 | Fee app tracking | Brandon Bangerter | 4 | 1.0 |
| 6/10/2016 | Fee Apps | Daniel Tollefsen | 4 | 1.0 |
| 6/10/2016 | Weekly Fee Application Work and consolidation | Felicia Buenrostro | 4 | 1.0 |
| 6/10/2016 | Fee Apps | Raj Perubhatla | 4 | 1.0 |
| 6/11/2016 | Weekly Fee Application Work | Leticia Barrios | 4 | 1.0 |
| 6/11/2016 | Fee Application Tracking | Mary Cilia | 4 | 1.0 |
| 6/17/2016 | Fee app tracking | Brandon Bangerter | 4 | 1.0 |
| 6/17/2016 | Fee Apps | Daniel Tollefsen | 4 | 1.0 |
| 6/17/2016 | Fee Application | David Kantorczyk | 4 | 1.0 |
| 6/17/2016 | Weekly Fee Application Work | Felicia Buenrostro | 4 | 1.0 |
| 6/17/2016 | Fee Apps | Raj Perubhatla | 4 | 1.0 |
| 6/18/2016 | Fee Application Tracking | Mary Cilia | 4 | 1.0 |
| 6/24/2016 | Fee app tracking | Brandon Bangerter | 4 | 1.0 |
| 6/24/2016 | Fee Apps | Daniel Tollefsen | 4 | 1.0 |
| 6/24/2016 | Weekly Fee Application Work and consolidation | Felicia Buenrostro | 4 | 1.0 |
| 6/24/2016 | Fee Apps | Raj Perubhatla | 4 | 1.0 |
| 6/25/2016 | Fee Application Tracking | Mary Cilia | 4 | 1.0 |
| 6/26/2016 | Weekly Fee Application Work | Leticia Barrios | 4 | 1.0 |
| 6/30/2016 | Fee Apps | Daniel Tollefsen | 4 | 1.0 |
| 6/30/2016 | Fee App | David Kantorczyk | 4 | 1.0 |
| 6/30/2016 | Weekly Fee Application Work | Felicia Buenrostro | 4 | 1.0 |
| 6/30/2016 | Fee application work and consolidation | Kathryn Schultea | 4 | 3.5 |
| 6/30/2016 | Weekly Fee Application Work | Leticia Barrios | 4 | 1.0 |
| 6/1/2016 | Non-working travel: IAH-RDU | Brandon Bangerter | 5 | 5.0 |
| 6/3/2016 | Non-working travel: RDU-IAH | Brandon Bangerter | 5 | 5.0 |

# NORTEL TIME SHEET

RLKS Executive Solutions LLC

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 6/3/2016 | Non-Working Travel from Client Site | Daniel Tollefsen | 5 | 5.0 |
| 6/3/2016 | Non-Working travel Raleigh to Houston | Felicia Buenrostro | 5 | 2.0 |
| 6/3/2016 | Non-Working travel Raleigh to Houston | Kathryn Schultea | 5 | 3.0 |
| 6/3/2016 | Non-Working travel (Raleigh to Houston) | Leticia Barrios | 5 | 2.0 |
| 6/6/2016 | Non-Working travel Houston to Raleigh | Felicia Buenrostro | 5 | 5.0 |
| 6/6/2016 | Non-Working travel (Houston to Raleigh) | Leticia Barrios | 5 | 5.0 |
| 6/7/2016 | Non-Working Travel to Client Site | Daniel Tollefsen | 5 | 5.0 |
| 6/7/2016 | Non working travel to client site | Raj Perubhatla | 5 | 2.5 |
| 6/8/2016 | Non-Working travel Raleigh to Houston | Felicia Buenrostro | 5 | 5.0 |
| 6/8/2016 | Non-Working travel (Houston to Raleigh) | Leticia Barrios | 5 | 5.0 |
| 6/9/2016 | Non-Working Travel from Client Site | Daniel Tollefsen | 5 | 5.0 |
| 6/9/2016 | Non Working Travel from Client site | Raj Perubhatla | 5 | 5.0 |
| 6/13/2016 | Non-working travel: IAH-RDU | Brandon Bangerter | 5 | 5.0 |
| 6/17/2016 | Non-working travel: RDU-IAH | Brandon Bangerter | 5 | 5.0 |
| 6/20/2016 | Non-working travel: IAH-RDU | Brandon Bangerter | 5 | 5.0 |
| 6/20/2016 | Non-Working Travel to Client Site | Daniel Tollefsen | 5 | 5.0 |
| 6/21/2016 | Non-Working travel Houston to Raleigh | Felicia Buenrostro | 5 | 2.0 |
| 6/21/2016 | Non-Working travel (Houston to Raleigh) | Leticia Barrios | 5 | 5.0 |
| 6/21/2016 | Non working travel to client site | Raj Perubhatla | 5 | 2.5 |
| 6/23/2016 | Non-working travel: RDU-IAH | Brandon Bangerter | 5 | 5.0 |
| 6/23/2016 | Non-Working travel Raleigh to Houston | Felicia Buenrostro | 5 | 3.0 |
| 6/23/2016 | Non-Working travel (Raleigh to Houston) | Leticia Barrios | 5 | 5.0 |
| 6/23/2016 | Non Working Travel from Client site | Raj Perubhatla | 5 | 2.5 |
| 6/24/2016 | Non-Working Travel from Client Site | Daniel Tollefsen | 5 | 5.0 |
| 6/26/2016 | Non-Working Travel to Client Site | Daniel Tollefsen | 5 | 5.0 |
| 6/30/2016 | Non-Working Travel from Client Site | Daniel Tollefsen | 5 | 5.0 |
| 6/1/2016 | Populate EY withholding template with tax information gathered from claims traders and detailed claim basis information. | David Kantorczyk | 6 | 7.8 |
| 6/1/2016 | Weekly Nortel Networks outside consultant claim call including RLKS, Cleary and Huron including preparation and summarization. | David Kantorczyk | 6 | 0.3 |
| 6/1/2016 | NNI call center monitoring and logging requests and related follow-up | Felicia Buenrostro | 6 | 0.8 |
| 6/1/2016 | Attend the Nortel Employee Claims Conference Call with Cleary to discuss employee claims and the LSI Motion. | Leticia Barrios | 6 | 1.0 |
| 6/1/2016 | Conference call with Cleary, Huron and RLKS re: various claims issues and work streams; related prep and follow up e-mails | Mary Cilia | 6 | 1.5 |
| 6/1/2016 | Read, review, research and respond to various employee inquiries by phone and e-mail | Mary Cilia | 6 | 2.1 |
| 6/1/2016 | Continued review and research of claims for claims trader settlements; negotiations and related e-mails | Mary Cilia | 6 | 1.6 |
| 6/1/2016 | Continued review of open claims and preparation of exhibits for employee omnibus claims objections | Mary Cilia | 6 | 3.4 |
| 6/1/2016 | Claims Database backups | Raj Perubhatla | 6 | 1.2 |
| 6/2/2016 | Populate EY withholding template with tax information gathered from claims traders and detailed claim basis information. | David Kantorczyk | 6 | 6.0 |
| 6/2/2016 | NNI call center monitoring and logging requests and related follow-up | Felicia Buenrostro | 6 | 0.5 |
| 6/2/2016 | Onsite - Follow-up on claims matters and ee data request | Kathryn Schultea | 6 | 1.0 |
| 6/3/2016 | NNI call center monitoring and logging requests and related follow-up | Felicia Buenrostro | 6 | 0.7 |
| 6/3/2016 | Employee Claims Distribution - Pull W2 reports from Pro-Business on international and HR Virtual Site claimants. | Leticia Barrios | 6 | 6.0 |
| 6/3/2016 | Read, review, research and respond to various employee inquiries by phone and e-mail | Mary Cilia | 6 | 0.7 |
| 6/6/2016 | NNI call center monitoring and logging requests and related follow-up | Felicia Buenrostro | 6 | 0.5 |
| 6/6/2016 | Conf. Call with EY - distribution/solicitation matters with related follow-up | Kathryn Schultea | 6 | 3.3 |
| 6/6/2016 | Employee Claims Distribution - Pull W2 reports from Pro-Business on international and HR Virtual Site claimants. | Leticia Barrios | 6 | 3.5 |
| 6/6/2016 | Review of claims and revisions of exhibits for claims settlement notice | Mary Cilia | 6 | 2.3 |
| 6/6/2016 | Read, review, research and respond to various employee inquiries by phone and e-mail | Mary Cilia | 6 | 0.9 |

## NORTEL TIME SHEET

RLKS Executive Solutions LLC

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 6/7/2016 | NNI call center monitoring and logging requests and related follow-up | Felicia Buenrostro | 6 | 1.0 |
| 6/7/2016 | Correspondence - Nortel - CA Questions Addendum | Kathryn Schultea | 6 | 0.3 |
| 6/7/2016 | Read, review, research and respond to calls and emails re EE requests | Kathryn Schultea | 6 | 1.5 |
| 6/7/2016 | Employee Claims Distribution - Prepare mail merge for tax solicitation documentation. | Leticia Barrios | 6 | 4.7 |
| 6/7/2016 | Read, review, research and respond to various claimant inquiries by phone and e-mail | Mary Cilia | 6 | 1.8 |
| 6/8/2016 | NNI call center monitoring and logging requests and related follow-up | Felicia Buenrostro | 6 | 0.3 |
| 6/8/2016 | Related work and review of solicitation process and correspondence | Kathryn Schultea | 6 | 2.3 |
| 6/8/2016 | Correspondence - Nortel Claim calls | Kathryn Schultea | 6 | 1.5 |
| 6/8/2016 | Employee Claims Distribution - Prepare mail merge for tax solicitation documentation. | Leticia Barrios | 6 | 2.7 |
| 6/8/2016 | Further review of claims and revisions of settlement notice exhibits based on requests from Cleary | Mary Cilia | 6 | 2.3 |
| 6/8/2016 | Read, review, research and respond to various employee inquiries by phone and e-mail | Mary Cilia | 6 | 2.3 |
| 6/9/2016 | Research Deceased Employee claimants and addresses | Felicia Buenrostro | 6 | 5.5 |
| 6/9/2016 | NNI call center monitoring and logging requests and related follow-up | Felicia Buenrostro | 6 | 1.0 |
| 6/9/2016 | Meeting with EY - status update on state reentry matters and follow-up on foreign matters | Kathryn Schultea | 6 | 2.8 |
| 6/9/2016 | Employee Claims Distribution - Pull W2 reports from Pro-Business on international and HR Virtual Site claimants. | Leticia Barrios | 6 | 7.0 |
| 6/9/2016 | Read, review, research and respond to various claimant inquiries by phone and e-mail | Mary Cilia | 6 | 1.7 |
| 6/9/2016 | Review of claims settlement notices and provide comments to Cleary | Mary Cilia | 6 | 0.8 |
| 6/10/2016 | Review and analyze claims, solicit tax form and prepare files in connection with the interim distribution of allowed secured, priority and admin NNI claims. | David Kantorczyk | 6 | 7.0 |
| 6/10/2016 | Research Deceased Employee claimants and addresses | Felicia Buenrostro | 6 | 4.5 |
| 6/10/2016 | NNI call center monitoring and logging requests and related follow-up | Felicia Buenrostro | 6 | 1.0 |
| 6/10/2016 | Review claim status detail entries on claimant reports | Kathryn Schultea | 6 | 2.0 |
| 6/10/2016 | Employee Claims Distribution - add claim status and amounts to employee claimant report for EY. | Leticia Barrios | 6 | 5.3 |
| 6/10/2016 | Review of claims and related e-mails re: Notice of claims to be allowed as filed | Mary Cilia | 6 | 1.2 |
| 6/10/2016 | Review and research of employee claims and preparation of employee claims reconciliation file for M. Kennedy | Mary Cilia | 6 | 3.2 |
| 6/11/2016 | Continued review and research of employee claims and preparation of employee claims reconciliation file for M. Kennedy | Mary Cilia | 6 | 4.5 |
| 6/12/2016 | Continued review and research of employee claims and preparation of employee claims reconciliation file for M. Kennedy | Mary Cilia | 6 | 3.0 |
| 6/13/2016 | Review and analyze claims, solicit tax form and prepare files in connection with the interim distribution of allowed secured, priority and admin NNI claims. | David Kantorczyk | 6 | 7.0 |
| 6/13/2016 | NNI call center monitoring and logging requests and related follow-up | Felicia Buenrostro | 6 | 0.5 |
| 6/13/2016 | Research Deceased Employee claimants and addresses | Felicia Buenrostro | 6 | 5.5 |
| 6/13/2016 | Finalize review and research of employee claims and preparation of employee claims reconciliation file for M. Kennedy; related e-mails and follow up reconciliation work based on responses received | Mary Cilia | 6 | 8.7 |
| 6/13/2016 | Review of Cleary request re: claims reconciliation data and related conference call | Mary Cilia | 6 | 1.8 |
| 6/14/2016 | Review and analyze claims, solicit tax form and prepare files in connection with the interim distribution of allowed secured, priority and admin NNI claims. | David Kantorczyk | 6 | 7.0 |
| 6/14/2016 | NNI call center monitoring and logging requests and related follow-up | Felicia Buenrostro | 6 | 1.3 |
| 6/14/2016 | Research Deceased Employee claimants and addresses | Felicia Buenrostro | 6 | 5.5 |
| 6/14/2016 | Conference call with M. Kennedy re: employee claims reconciliation; related prep and follow up | Mary Cilia | 6 | 2.7 |
| 6/14/2016 | Read, review, research and respond to various employee inquiries by phone and e-mail | Mary Cilia | 6 | 2.4 |
| 6/14/2016 | Follow up research and e-mails related to interim distributions on NNI administrative, secured and priority claims | Mary Cilia | 6 | 2.8 |
| 6/14/2016 | Research of claims and preparation of non-employee claims reconciliation for M. Kennedy and related e-mails | Mary Cilia | 6 | 6.2 |
| 6/15/2016 | Review and analyze claims, solicit tax form and prepare files in connection with the interim distribution of allowed secured, priority and admin NNI claims. | David Kantorczyk | 6 | 7.0 |
| 6/15/2016 | NNI call center monitoring and logging requests and related follow-up | Felicia Buenrostro | 6 | 0.8 |
| 6/15/2016 | Research Deceased Employee claimants and addresses | Felicia Buenrostro | 6 | 5.0 |

# NORTEL TIME SHEET

RLKS Executive Solutions LLC

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 6/15/2016 | Finalize exhibit for First Notice of Claims to be Allowed as Filed and related e-mails | Mary Cilia | 6 | 1.4 |
| 6/15/2016 | Claims research and conference calls with Cleary, M. Kennedy, T. Ross and J. Ray re: claims charts; related prep and follow up | Mary Cilia | 6 | 6.7 |
| 6/16/2016 | Review and analyze claims, solicit tax form and prepare files in connection with the interim distribution of allowed secured, priority and admin NNI claims. | David Kantorczyk | 6 | 8.0 |
| 6/16/2016 | NNI call center monitoring and logging requests and related follow-up | Felicia Buenrostro | 6 | 1.0 |
| 6/16/2016 | Research Deceased Employee claimants and addresses | Felicia Buenrostro | 6 | 5.5 |
| 6/16/2016 | Conference call with R. Perubhatla to set up drive mapping and related e-mails | Mary Cilia | 6 | 0.7 |
| 6/16/2016 | Follow up research and e-mails related to interim distributions on NNI administrative, secured and priority claims | Mary Cilia | 6 | 1.8 |
| 6/16/2016 | Claims updates | Raj Perubhatla | 6 | 3.3 |
| 6/17/2016 | Review and analyze claims, solicit tax form and prepare files in connection with the interim distribution of allowed secured, priority and admin NNI claims. | David Kantorczyk | 6 | 7.0 |
| 6/17/2016 | NNI call center monitoring and logging requests and related follow-up | Felicia Buenrostro | 6 | 0.5 |
| 6/17/2016 | Research Deceased Employee claimants and addresses | Felicia Buenrostro | 6 | 5.5 |
| 6/17/2016 | Read, research and review of various e-mails | Mary Cilia | 6 | 1.4 |
| 6/17/2016 | Read, review, research and respond to various employee inquiries by phone and e-mail | Mary Cilia | 6 | 0.7 |
| 6/18/2016 | Claims Database maintenance | Raj Perubhatla | 6 | 2.7 |
| 6/20/2016 | Review and analyze claims, solicit tax form and prepare files in connection with the interim distribution of allowed secured, priority and admin NNI claims. | David Kantorczyk | 6 | 6.0 |
| 6/20/2016 | NNI call center monitoring and logging requests and related follow-up | Felicia Buenrostro | 6 | 1.0 |
| 6/20/2016 | Research Deceased Employee claimants and addresses | Felicia Buenrostro | 6 | 6.5 |
| 6/20/2016 | Correspondence - read, review, responded on solicitation draft materials | Kathryn Schultea | 6 | 3.0 |
| 6/20/2016 | Review claim reports and validation | Kathryn Schultea | 6 | 2.0 |
| 6/20/2016 | Employee Claims Distribution - Develop employee claim type report in Boxi for claims database upload. | Leticia Barrios | 6 | 6.5 |
| 6/20/2016 | Conference call with Cleary re: claims status disclosure; related prep and follow up | Mary Cilia | 6 | 2.8 |
| 6/20/2016 | Read, research and review of various e-mails | Mary Cilia | 6 | 2.3 |
| 6/21/2016 | Review and analyze claims, solicit tax form and prepare files in connection with the interim distribution of allowed secured, priority and admin NNI claims. | David Kantorczyk | 6 | 6.0 |
| 6/21/2016 | Correspondence and review open claim matters re EE filings | Kathryn Schultea | 6 | 2.5 |
| 6/21/2016 | Employee Claims Distribution - Develop employee claim type report in Boxi for claims database upload. | Leticia Barrios | 6 | 5.0 |
| 6/21/2016 | Review of updated claims report and claim updates; related e-mails with EPIQ to resolve certain issues | Mary Cilia | 6 | 2.8 |
| 6/21/2016 | Review of disclosure requests from Cleary, related research and e-mails | Mary Cilia | 6 | 2.2 |
| 6/21/2016 | Read, review, research and respond to various e-mails related to claims | Mary Cilia | 6 | 1.3 |
| 6/21/2016 | Review and research claims; prepare summary of claims against non-NNI debtors for Cleary; related e-mails | Mary Cilia | 6 | 3.1 |
| 6/22/2016 | Review and analyze claims, solicit tax form and prepare files in connection with the interim distribution of allowed secured, priority and admin NNI claims. | David Kantorczyk | 6 | 6.0 |
| 6/22/2016 | Weekly Nortel Networks outside consultant claim call including RLKS, Cleary and Huron including preparation and summarization. | David Kantorczyk | 6 | 0.3 |
| 6/22/2016 | Attend the Nortel Employee Claims Conference Call with Cleary to discuss employee claims. Discussed non-qualified claims allowed and outstanding issues. Discussed claims traders and statuses on their non-qualified claims. | Leticia Barrios | 6 | 1.0 |
| 6/22/2016 | Employee Claims Distribution - Prepare for Employee Tax Solicitation by developing process, project timeline, and test letters and envelopes. | Leticia Barrios | 6 | 8.0 |
| 6/22/2016 | Read, review, research and respond to various claimant inquiries by phone and e-mail | Mary Cilia | 6 | 1.7 |
| 6/22/2016 | Review of SUN Life annuities for Cleary and related e-mails | Mary Cilia | 6 | 1.6 |
| 6/22/2016 | Conference call with Cleary, Huron and RLKS re: various claims issues and work streams; related prep and follow up e-mails | Mary Cilia | 6 | 1.2 |
| 6/23/2016 | Review and analyze claims, solicit tax form and prepare files in connection with the interim distribution of allowed secured, priority and admin NNI claims. | David Kantorczyk | 6 | 7.0 |
| 6/23/2016 | Pone call with MCilia and EPIQ to discuss consistent characterization of claim status | David Kantorczyk | 6 | 0.5 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 6/23/2016 | Review EE omnibus objection analysis | Kathryn Schultea | 6 | 2.0 |
| 6/23/2016 | Employee Claims Distribution - Prepare for Employee Tax Solicitation by developing process, project timeline, and test letters and envelopes. | Leticia Barrios | 6 | 8.0 |
| 6/23/2016 | Conference call re: planning for interim distribution to NNI administrative, secured and priority claims; related prep and follow up | Mary Cilia | 6 | 3.7 |
| 6/23/2016 | Conference call with EPIQ re: satisfied claims; related prep and follow up | Mary Cilia | 6 | 1.8 |
| 6/23/2016 | Follow up research re: Sun Life annuities and related e-mails | Mary Cilia | 6 | 1.5 |
| 6/23/2016 | Read, review, research and respond to various claimant inquiries by phone and e-mail | Mary Cilia | 6 | 0.9 |
| 6/23/2016 | Conference call with Cleary, Huron and RLKS re: various claims issues and work streams; related prep and follow up e-mails | Mary Cilia | 6 | 2.3 |
| 6/23/2016 | Claims research and finalize employee omnibus objection analysis and exhibit file; related e-mails | Mary Cilia | 6 | 3.2 |
| 6/24/2016 | Review, update and transmit "Claims to be allowed as filed file" to MCilia | David Kantorczyk | 6 | 1.0 |
| 6/24/2016 | Review, update and transmit current "Omnibus Objection" to MCilia | David Kantorczyk | 6 | 1.0 |
| 6/24/2016 | Review and analyze claims, solicit tax form and prepare files in connection with the interim distribution of allowed secured, priority and admin NNI claims. | David Kantorczyk | 6 | 6.0 |
| 6/24/2016 | Research Deceased Employee claimants and addresses | Felicia Buenrostro | 6 | 5.3 |
| 6/24/2016 | NNI call center monitoring and logging requests and related follow-up | Felicia Buenrostro | 6 | 0.7 |
| 6/24/2016 | Meeting with RLKS team member to discuss W-4 Layout file in preparation for data load into envelopes, letters, and mailing. | Kathryn Schultea | 6 | 1.0 |
| 6/24/2016 | Employee Claims Distribution - mail merge for 2,100+ tax solicitation letters and envelopes. | Kathryn Schultea | 6 | 7.0 |
| 6/24/2016 | Employee Claims Distribution - Create mail merge for 2,100+ tax solicitation letters and envelopes. | Leticia Barrios | 6 | 9.7 |
| 6/24/2016 | Read, review, research and respond to various claimant inquiries by phone and e-mail | Mary Cilia | 6 | 0.7 |
| 6/24/2016 | Claims research and preparation of non-employee omnibus objection analysis and exhibit file and Second Notice of Claims to be Allowed as Filed; related e-mails and conference calls | Mary Cilia | 6 | 6.4 |
| 6/24/2016 | Follow up research re: Sun Life annuities and related e-mails | Mary Cilia | 6 | 1.8 |
| 6/25/2016 | Review and analyze claims, solicit tax form and prepare files in connection with the interim distribution of allowed secured, priority and admin NNI claims. | David Kantorczyk | 6 | 6.0 |
| 6/25/2016 | Employee Claims Distribution - mail merge for 2,100+ tax solicitation letters and envelopes. | Kathryn Schultea | 6 | 5.5 |
| 6/25/2016 | Employee Claims Distribution - Validate W-4 file layout data on 2,100+ tax solicitation letter and envelopes. | Leticia Barrios | 6 | 8.3 |
| 6/25/2016 | Continued claims research and preparation of non-employee omnibus objection analysis and exhibit file and Second Notice of Claims to be Allowed as Filed; related e-mails | Mary Cilia | 6 | 2.8 |
| 6/25/2016 | Run reports, research claims and prepare summary of open claims; prepare and send e-mails to multiple parties to follow up on status of open claims | Mary Cilia | 6 | 4.6 |
| 6/25/2016 | Compile data and draft claims status disclosures for Cleary; related e-mails | Mary Cilia | 6 | 3.4 |
| 6/26/2016 | Review and analyze claims, solicit tax form and prepare files in connection with the interim distribution of allowed secured, priority and admin NNI claims. | David Kantorczyk | 6 | 6.0 |
| 6/26/2016 | Employee Claims Distribution - troubleshooting data related matters | Kathryn Schultea | 6 | 3.0 |
| 6/26/2016 | Employee Claims Distribution - Validate W-4 file layout data on 2,100+ tax solicitation letter and envelopes. | Leticia Barrios | 6 | 10.5 |
| 6/26/2016 | Read, review, research and respond to various claimant inquiries by phone and e-mail | Mary Cilia | 6 | 0.6 |
| 6/27/2016 | Review and analyze claims, solicit tax form and prepare files in connection with the interim distribution of allowed secured, priority and admin NNI claims. | David Kantorczyk | 6 | 7.0 |
| 6/27/2016 | Employee Claims Distribution - Print 2,100+ tax solicitation letters, envelopes, sort, and stuff for mail out. | Felicia Buenrostro | 6 | 9.8 |
| 6/27/2016 | NNI call center monitoring and logging requests and related follow-up | Felicia Buenrostro | 6 | 1.0 |
| 6/27/2016 | Employee Claims Distribution - mail merge for 2,100+ tax solicitation letters and envelopes. | Kathryn Schultea | 6 | 11.5 |
| 6/27/2016 | Employee Claims Distribution - Print 2,100+ tax solicitation letters, envelopes, sort, and stuff for mail out. | Leticia Barrios | 6 | 10.7 |
| 6/27/2016 | Conference call with M. Livingston re: open claims, omnibus objection filings and notice of claims to be allowed as filed; related e-mails, prep and follow up revisions | Mary Cilia | 6 | 4.4 |
| 6/27/2016 | Read, review, research and respond to various e-mails related to claims | Mary Cilia | 6 | 1.3 |
| 6/27/2016 | Research and preparation of open claims summary for weekly conference call agenda; related e-mails | Mary Cilia | 6 | 2.9 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 6/28/2016 | Review and analyze claims, solicit tax form and prepare files in connection with the interim distribution of allowed secured, priority and admin NNI claims. | David Kantorczyk | 6 | 7.0 |
| 6/28/2016 | Employee Claims Distribution - Print 2,100+ tax solicitation letters, envelopes, sort, and stuff for mail out. | Felicia Buenrostro | 6 | 10.3 |
| 6/28/2016 | NNI call center monitoring and logging requests and related follow-up | Felicia Buenrostro | 6 | 0.3 |
| 6/28/2016 | E-mails and calls related to tax solicitation for interim distribution of NNI administrative, secured and priority claims | Kathryn Schultea | 6 | 1.3 |
| 6/28/2016 | Employee Claims Distribution - mail merge for 2,100+ tax solicitation letters and envelopes. | Kathryn Schultea | 6 | 10.0 |
| 6/28/2016 | Employee Claims Distribution - Print 2,100+ tax solicitation letters, envelopes, sort, and stuff for mail out. | Leticia Barrios | 6 | 10.3 |
| 6/28/2016 | Read, review, research and respond to various claimant inquiries by phone and e-mail | Mary Cilia | 6 | 2.8 |
| 6/28/2016 | Read, review, research and respond to various e-mails related to claims | Mary Cilia | 6 | 0.7 |
| 6/28/2016 | Review non-employee omnibus objection and research potential issues related to claims; related e-mails | Mary Cilia | 6 | 2.6 |
| 6/29/2016 | Review and analyze claims, solicit tax form and prepare files in connection with the interim distribution of allowed secured, priority and admin NNI claims. | David Kantorczyk | 6 | 6.0 |
| 6/29/2016 | Weekly Nortel Networks outside consultant claim call including RLKS, Cleary and Huron including preparation and summarization. | David Kantorczyk | 6 | 0.3 |
| 6/29/2016 | Employee Claims Distribution - Print 2,100+ tax solicitation letters, envelopes, sort, and stuff for mail out. | Felicia Buenrostro | 6 | 10.0 |
| 6/29/2016 | NNI call center monitoring and logging requests and related follow-up | Felicia Buenrostro | 6 | 0.5 |
| 6/29/2016 | Employee Claims Distribution - mail merge for 2,100+ tax solicitation letters and envelopes. | Kathryn Schultea | 6 | 10.5 |
| 6/29/2016 | Employee Claims Distribution - Print 2,100+ tax solicitation letters, envelopes, sort, and stuff for mail out. | Leticia Barrios | 6 | 8.3 |
| 6/29/2016 | Attend the Nortel Employee Claims Conference Call with Cleary to discuss employee claims. Discussed non-qualified claims allowed and outstanding issues. Discussed open employee claims and statuses. | Leticia Barrios | 6 | 1.0 |
| 6/29/2016 | Review employee omnibus objection; finalize and send exhibit files to EPIQ; related e-mails | Mary Cilia | 6 | 3.2 |
| 6/29/2016 | Conference call with Cleary, Huron and RLKS re: various claims issues and work streams; related prep and follow up e-mails | Mary Cilia | 6 | 0.7 |
| 6/29/2016 | Review of claims in preparation for cross-border claims call with T. Ayres | Mary Cilia | 6 | 1.8 |
| 6/30/2016 | Review and analyze claims, solicit tax form and prepare files in connection with the interim distribution of allowed secured, priority and admin NNI claims. | David Kantorczyk | 6 | 3.0 |
| 6/30/2016 | Employee Claims Distribution - Print 2,100+ tax solicitation letters, envelopes, sort, and stuff for mail out. | Felicia Buenrostro | 6 | 10.0 |
| 6/30/2016 | NNI call center monitoring and logging requests and related follow-up | Felicia Buenrostro | 6 | 0.8 |
| 6/30/2016 | Employee Claims Distribution - mail merge for 2,100+ tax solicitation letters and envelopes. | Kathryn Schultea | 6 | 5.0 |
| 6/30/2016 | Employee Claims Distribution - Print 2,100+ tax solicitation letters, envelopes, sort, and stuff for mail out. | Leticia Barrios | 6 | 7.3 |
| 6/30/2016 | Employee Claims Distribution - Populate Employee Claims file with claimants information for LSI Distribution. | Leticia Barrios | 6 | 2.8 |
| 6/30/2016 | Revise omnibus objection exhibits to remove and add claims; related e-mails | Mary Cilia | 6 | 1.8 |
| 6/30/2016 | Conference call with T. Ayres re: cross-border claims; related prep, research and follow up | Mary Cilia | 6 | 4.3 |
| 6/30/2016 | Read, review, research and respond to various claimant inquiries by phone and e-mail | Mary Cilia | 6 | 1.1 |
| 6/30/2016 | Research open claims, review reconciliations and related correspondence with claimants | Mary Cilia | 6 | 3.4 |
| 6/1/2016 | Preparation of May bank reconciliations and related e-mails related to Quickbooks issues | Mary Cilia | 7 | 2.9 |
| 6/3/2016 | EY call JS,DA,AB | Richard Lydecker | 7 | 0.5 |
| 6/3/2016 | Research issues | Richard Lydecker | 7 | 0.5 |
| 6/8/2016 | Correspondence - NNI Employment Tax Information Request | Kathryn Schultea | 7 | 0.3 |
| 6/9/2016 | Correspondence - 12 Amendments to EY SOW | Kathryn Schultea | 7 | 0.6 |
| 6/9/2016 | Prepare May bank reconciliations and reporting | Mary Cilia | 7 | 4.6 |
| 6/10/2016 | Tax project status KS,DA,JW,JS,AB | Richard Lydecker | 7 | 0.5 |
| 6/13/2016 | Correspondence - account collateralization matters | Kathryn Schultea | 7 | 0.3 |
| 6/17/2016 | Update and review impact potential settlement JW,DA,AB | Richard Lydecker | 7 | 0.5 |
| 6/17/2016 | Correspondence tax issues KS | Richard Lydecker | 7 | 0.3 |
| 6/21/2016 | Correspondence - 2016 MOR draft | Kathryn Schultea | 7 | 0.3 |
| 6/22/2016 | Analysis DOF correspondence/issues | Richard Lydecker | 7 | 1.3 |
| 6/23/2016 | Distribution planning/DOF issues | Richard Lydecker | 7 | 0.8 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 6/23/2016 | Subrogation rights/DOF JW,DA | Richard Lydecker | 7 | 0.5 |
| 6/24/2016 | Conf. Call - re: EY tax call | Kathryn Schultea | 7 | 1.2 |
| 6/24/2016 | Preparation for conference call re settlement discussion/tax impact | Richard Lydecker | 7 | 0.5 |
| 6/24/2016 | Conference call re tax issues settlement DA,KS,AB,LS,JW,WMC,MK | Richard Lydecker | 7 | 1.0 |
| 6/24/2016 | Follow-up correspondence conference call | Richard Lydecker | 7 | 0.3 |
| 6/30/2016 | Conf. Call - Nortel / EY re: Tax Call Planning, DOF, Settlements | Kathryn Schultea | 7 | 1.5 |
| 6/30/2016 | Memorandum on DOF | Richard Lydecker | 7 | 1.0 |
| 6/30/2016 | DOF accounting | Richard Lydecker | 7 | 0.5 |
| 6/30/2016 | EY tax call JS,JW,DA,DK,AB,KS | Richard Lydecker | 7 | 1.3 |
| 6/16/2016 | Obtain and review documents related to potential subsidiary bankruptcy filing | Mary Cilia | 8 | 5.8 |
| 6/20/2016 | Continued work on potential subsidiary bankruptcy filing | Mary Cilia | 8 | 2.6 |
| 6/22/2016 | Continued work on potential subsidiary bankruptcy filing; related conference call and e-mails | Mary Cilia | 8 | 2.8 |
| 6/24/2016 | Continued work on potential subsidiary bankruptcy filing; related conference call and e-mails | Mary Cilia | 8 | 1.9 |
| 6/26/2016 | Continued work on potential subsidiary bankruptcy filing; markup of draft documents using new forms for conference call with T. Ross; related e-mails | Mary Cilia | 8 | 4.8 |
| 6/27/2016 | Conference call with T. Ross re: review of mark ups of documents related to potential subsidiary bankruptcy filing; related prep and follow up; related e-mails | Mary Cilia | 8 | 3.2 |
| 6/28/2016 | Prepare filing documents for subsidiary bankruptcy filing; related e-mails and research | Mary Cilia | 8 | 5.4 |
| 6/29/2016 | Continued preparation of filing documents for subsidiary bankruptcy filing; related e-mails and research | Mary Cilia | 8 | 1.5 |
| 6/1/2016 | Onsite - Meeting with EY - NNI employee claims gross to net and state related matters and follow-up. | Kathryn Schultea | 9 | 2.0 |
| 6/1/2016 | Meeting with EY and RLKS team members to discuss NNI employee claims gross to net distribution model.  Reviewed courtesy withholding states and discussed Foreign claimants. | Leticia Barrios | 9 | 1.0 |
| 6/1/2016 | Employee Claims Distribution Modeling: Status call prep and call | Raj Perubhatla | 9 | 1.3 |
| 6/1/2016 | Employee Claims Distribution Modeling: Development | Raj Perubhatla | 9 | 1.2 |
| 6/2/2016 | Employee Claims Distribution Modeling - Change Gross to Net Project work plan to include new 2016 distribution dates. | Leticia Barrios | 9 | 2.3 |
| 6/2/2016 | Review of claims and respond to e-mails re:  interim distribution on NNI admin, priority and secured claims | Mary Cilia | 9 | 2.3 |
| 6/3/2016 | Review of claims and respond to e-mails re:  interim distribution on NNI admin, priority and secured claims | Mary Cilia | 9 | 2.2 |
| 6/3/2016 | Employee Claims Distribution Modeling: Development | Raj Perubhatla | 9 | 5.2 |
| 6/4/2016 | Employee Claims Distribution Modeling: Development | Raj Perubhatla | 9 | 1.3 |
| 6/5/2016 | Update and finalize exhibit for Order Authorizing Payment of Certain NNI Admin, Secured and Priority Claims and update claims database | Mary Cilia | 9 | 1.8 |
| 6/5/2016 | Employee Claims Distribution Modeling: Development | Raj Perubhatla | 9 | 7.4 |
| 6/6/2016 | Review of documentation of supporting executory contracts documentation for distribution | Daniel Tollefsen | 9 | 4.3 |
| 6/6/2016 | Correspondence - Re: distribution for EE group | Kathryn Schultea | 9 | 0.7 |
| 6/6/2016 | Meeting with EY and RLKS team members to discuss NNI employee claims gross to net work plan and working session. | Leticia Barrios | 9 | 1.0 |
| 6/6/2016 | Employee Claims Distribution Modeling: Call prep and call | Raj Perubhatla | 9 | 1.3 |
| 6/6/2016 | Employee Claims Distribution Modeling: Development | Raj Perubhatla | 9 | 4.3 |
| 6/7/2016 | Review of documentation of supporting executory contracts documentation for distribution | Daniel Tollefsen | 9 | 5.6 |
| 6/7/2016 | Read, review, research and respond to various e-mails re:  interim distribution on NNI | Kathryn Schultea | 9 | 2.5 |
| 6/7/2016 | Review and research of claims and planning for interim distribution;  preparation for conference call with Cleary and related e-mails | Mary Cilia | 9 | 6.1 |
| 6/7/2016 | Read, review, research and respond to various e-mails re:  interim distribution on NNI administrative, priority and secured claims | Mary Cilia | 9 | 2.7 |
| 6/7/2016 | Employee Claims Distribution Modeling: Development | Raj Perubhatla | 9 | 2.5 |
| 6/8/2016 | Conf. Call - Nortel Interim Distributions | Kathryn Schultea | 9 | 1.0 |
| 6/8/2016 | Meeting with EY and RLKS team members to discuss NNI employee claims gross to net distribution model.  Discussed status of LSI Motion and prepare for Solicitation processing. | Leticia Barrios | 9 | 1.0 |
| 6/8/2016 | Review of intercompany schedules and balances and related conference call with T. Ross and M. Kennedy | Mary Cilia | 9 | 3.4 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 6/8/2016 | Conference call with Cleary re: interim distribution on NNI administrative, priority and secured claims; related prep and follow up | Mary Cilia | 9 | 2.2 |
| 6/8/2016 | Employee Claims Distribution Modeling: Call prep and call | Raj Perubhatla | 9 | 1.2 |
| 6/8/2016 | Employee Claims Distribution Modeling: W4 | Raj Perubhatla | 9 | 2.7 |
| 6/9/2016 | Follow up research and e-mails related to interim distributions on NNI administrative, secured and priority claims | Kathryn Schultea | 9 | 2.3 |
| 6/9/2016 | Meeting with EY and RLKS team members for status call on NNI employee claims gross to net distribution model. Reviewed claimant population state, local, and Foreign state and local taxes. | Leticia Barrios | 9 | 1.0 |
| 6/9/2016 | Prepare non-employee tax solicitation letter and forward to Cleary for review | Mary Cilia | 9 | 1.3 |
| 6/9/2016 | Review and reconcile intercompany balances for M. Kennedy and related e-mails | Mary Cilia | 9 | 3.8 |
| 6/10/2016 | Review of documentation of supporting executory contracts documentation for distribution | Daniel Tollefsen | 9 | 4.2 |
| 6/10/2016 | Conf. Call with EY and RLKS team members for status call on NNI employee claims gross to net distribution model. Discussed project timeline, tax solicitation, and mail merge. | Kathryn Schultea | 9 | 0.8 |
| 6/10/2016 | Meeting with EY and RLKS team members for status call on NNI employee claims gross to net distribution model. Discussed project timeline, tax solicitation, and mail merge. | Leticia Barrios | 9 | 1.0 |
| 6/10/2016 | Conference call with T. Ross and M. Kennedy re: intercompany; related prep and follow up | Mary Cilia | 9 | 1.1 |
| 6/10/2016 | Conference call with D. Kantorczyk re: Interim distribution of NNI administrative, secured and priority claims and related prep and follow up | Mary Cilia | 9 | 4.4 |
| 6/12/2016 | Employee Claims Distribution Modeling: W4 | Raj Perubhatla | 9 | 5.8 |
| 6/12/2016 | Employee Claims Distribution Modeling: Development | Raj Perubhatla | 9 | 3.6 |
| 6/13/2016 | E-mails and calls related to tax solicitation for interim distribution of NNI administrative, secured and priority claims | Mary Cilia | 9 | 1.6 |
| 6/13/2016 | Research and e-mails related to bank accounts required for interim distributions on NNI administrative, secured and priority claims | Mary Cilia | 9 | 0.9 |
| 6/14/2016 | Employee Claims Distribution Modeling: Development | Raj Perubhatla | 9 | 5.3 |
| 6/15/2016 | Conference call with D. Kantorczyk re: interim distribution on NNI administrative, secured and priority claims; related prep and follow up | Mary Cilia | 9 | 1.5 |
| 6/17/2016 | Employee Claims Distribution Modeling: Weekly call prep and call | Raj Perubhatla | 9 | 1.4 |
| 6/17/2016 | Employee Claims Distribution Modeling: Development | Raj Perubhatla | 9 | 5.7 |
| 6/17/2016 | Employee Claims Distribution Modeling: Solicitation packages | Raj Perubhatla | 9 | 4.8 |
| 6/19/2016 | Employee Claims Distribution Modeling: Development | Raj Perubhatla | 9 | 10.3 |
| 6/20/2016 | Review of documentation of supporting executory contracts documentation for distribution | Daniel Tollefsen | 9 | 5.5 |
| 6/20/2016 | Follow up research and e-mails related to interim distributions on NNI administrative, secured and priority claims | Mary Cilia | 9 | 1.2 |
| 6/20/2016 | Employee Claims Distribution Modeling: Development | Raj Perubhatla | 9 | 4.3 |
| 6/21/2016 | Review of documentation of supporting executory contracts documentation for distribution | Daniel Tollefsen | 9 | 2.4 |
| 6/21/2016 | Correspondence - Prep for Interim Distributions Call | Kathryn Schultea | 9 | 1.3 |
| 6/21/2016 | Review of D. Kantorczyk work on interim distribution of NNI administrative, secured and priority claims; research of open issues and related conference calls and e-mails | Mary Cilia | 9 | 3.8 |
| 6/21/2016 | Conference call w/ L. Barrios re: employee claims distributions; related prep and follow up | Mary Cilia | 9 | 1.4 |
| 6/21/2016 | Employee Claims Distribution Modeling: W4 Solicitation | Raj Perubhatla | 9 | 3.8 |
| 6/21/2016 | Working Travel to client site: Employee Distribution Modeling | Raj Perubhatla | 9 | 2.5 |
| 6/22/2016 | Conf. Call - Employee Gross to Net Calculation - Status Update | Kathryn Schultea | 9 | 1.0 |
| 6/22/2016 | EE Claim distribution update and testing for interim distribution | Kathryn Schultea | 9 | 2.3 |
| 6/22/2016 | Meeting with EY and RLKS team members for status call on NNI employee claims gross to net distribution model. | Leticia Barrios | 9 | 1.0 |
| 6/22/2016 | Prepare allocation of allowed employee claims by benefit for employee claims distribution | Mary Cilia | 9 | 5.3 |
| 6/22/2016 | Employee Claims Distribution Modeling: W4 Solicitation and Gross to net calculations review for state taxes weekly call | Raj Perubhatla | 9 | 1.5 |
| 6/22/2016 | Employee Claims Distribution Modeling: W4 Solicitation package development | Raj Perubhatla | 9 | 3.8 |
| 6/22/2016 | Employee Claims Distribution Modeling: State tax calculations | Raj Perubhatla | 9 | 2.8 |
| 6/23/2016 | Conf. Call - Interim distribution; related prep and follow-up | Kathryn Schultea | 9 | 3.7 |
| 6/23/2016 | Correspondence and follow-up review on distribution related matters | Kathryn Schultea | 9 | 3.0 |
| 6/23/2016 | Follow up e-mails and research related to interim distribution to NNI administrative, secured and priority claims; related e-mails | Mary Cilia | 9 | 2.0 |

**NORTEL TIME SHEET**

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 6/23/2016 | Employee Claims Distribution Modeling: W4 Solicitation package development | Raj Perubhatla | 9 | 6.2 |
| 6/23/2016 | Employee Claims Distribution Modeling: Interim Distribution call prep and call | Raj Perubhatla | 9 | 1.7 |
| 6/23/2016 | Employee Claims Distribution Modeling: W4 Solicitation package development | Raj Perubhatla | 9 | 2.5 |
| 6/24/2016 | Meeting with RLKS team member to discuss W-4 Layout file in preparation for data load into envelopes, letters, and mailing. | Leticia Barrios | 9 | 1.0 |
| 6/24/2016 | Conference call with M. Kennedy and T. Ross re: intercompany; related prep and follow up | Mary Cilia | 9 | 1.6 |
| 6/24/2016 | LSI File details review call | Raj Perubhatla | 9 | 1.2 |
| 6/25/2016 | Employee Claims Distribution Modeling: W4 Solicitation package development | Raj Perubhatla | 9 | 6.2 |
| 6/26/2016 | Employee Claims Distribution Modeling: W4 Solicitation package development | Raj Perubhatla | 9 | 12.3 |
| 6/27/2016 | Employee Claims Distribution Modeling: State tax calculations | Raj Perubhatla | 9 | 5.6 |
| 6/28/2016 | Employee Claims Distribution Modeling: State tax calculations | Raj Perubhatla | 9 | 4.7 |
| 6/29/2016 | Conf. Call - EY and RLKS team members for status call on NNI employee claims gross to net distribution model.  Discussed solicitation project and statuses. | Kathryn Schultea | 9 | 1.0 |
| 6/29/2016 | Meeting with EY and RLKS team members for status call on NNI employee claims gross to net distribution model.  Discussed solicitation project and statuses. | Leticia Barrios | 9 | 1.0 |
| 6/29/2016 | Review e-mails related to reconciliation of claims for NNI interim distributions; related e-mails and conference call with K. Ponder and T. Ross | Mary Cilia | 9 | 2.4 |
| 6/29/2016 | Update and reconcile Master claims G/L reconciliation file; related e-mails | Mary Cilia | 9 | 1.9 |
| 6/29/2016 | Employee Claims Distribution Modeling: Weekly Status call prep and call | Raj Perubhatla | 9 | 1.0 |
| 6/29/2016 | Employee Claims Distribution Modeling:EE Claims Layout file population | Raj Perubhatla | 9 | 6.4 |
| 6/30/2016 | Employee Claims Distribution Modeling:EE Claims Layout file population | Raj Perubhatla | 9 | 8.7 |