# EXHIBIT B

# EXHIBIT B
**EXPENSE SUMMARY**

**Nortel Networks Inc., et al.**
(Case No. 09-10138 (KG))

**RLKS Executive Solutions**
**June 1 - 30, 2016**

| Expense Category | Total Expenses |
|---|---|
| Travel – Airline (at economy fare booking) | $   9,252.80 |
| Travel – Lodging | 9,464.81 |
| Travel – Transportation | 3,558.88 |
| Travel – Meals | 1,009.95 |
| Office Expenses | 446.26 |
| TOTAL | $  23,732.70 |
|  |  |

## Nortel Expense Report

**PERIOD:** June 1 - 30, 2016

| Date | Description | Air | Lodging | Transportation | Meals | Office Expenses | Professional | Comments on Meals/Transportation |
|---|---|---|---|---|---|---|---|---|
| 6/1/2016 | Travel to Client site | $235.10 | $209.98 | | | | Brandon Bangerter | Economy airfare; one night hotel |
| 6/1/2016 | On Client Site - Raleigh | | $237.22 | $73.86 | | | Daniel Tollefsen | One night hotel stay; Car rental |
| 6/1/2016 | Raleigh | | $241.63 | | | | Felicia Buenrostro | One night hotel stay |
| 6/1/2016 | Raleigh | | $241.63 | $45.00 | $98.05 | | Kathryn Schultea | One night hotel stay;  Daily rental car, Lunch - (KS, FB, LB, DT, BB $19.61 each) |
| 6/1/2016 | RTP Stay | | $241.63 | | | | Leticia Barrios | One night hotel stay |
| 6/2/2016 | RTP stay | | $188.41 | | $22.57 | $ 395.76 | Brandon Bangerter | One night hotel; lunch - $22.57(DT,BB); Wireless Router - $42.67(Walmart); Printer - New NNI Office - $353.09(Office Depot) |
| 6/2/2016 | On Client Site - Raleigh | | $237.22 | $73.86 | $35.76 | | Daniel Tollefsen | One night hotel stay; Car rental; Meal - D (BB/DT) |
| 6/2/2016 | Raleigh | | $191.82 | | | | Felicia Buenrostro | One night hotel stay |
| 6/2/2016 | Raleigh | | $191.82 | $45.00 | $126.76 | | Kathryn Schultea | One night hotel stay, Daily rental car, Lunch - KS, LB, FB $16.39 each); Dinner, - KS, FB, LB, - $25.86 each) |
| 6/2/2016 | RTP Stay | | $191.82 | | | | Leticia Barrios | One night hotel stay |
| 6/3/2016 | Travel from Client site | $235.10 | | $60.00 | $12.47 | | Brandon Bangerter | Economy airfare; airport parking; Lunch - $12.47(DT,BB) |
| 6/3/2016 | Travel from Client Site - Raleigh | $228.10 | | $136.99 | | | Daniel Tollefsen | Economy airfare; Car rental (73.86); Airport parking (63.13) |
| 6/3/2016 | Travel from Raleigh | $517.60 | | $107.50 | | | Felicia Buenrostro | Economy airfare; car from airport |
| 6/3/2016 | Travel from Raleigh | $348.10 | | $155.85 | | | Kathryn Schultea |  Economy airfare; Daily car rental, Car service from airport |
| 6/3/2016 | Travel from Client Site - RTP | $517.60 | | $105.00 | | | Leticia Barrios | Economy airfare; car service from airport |
| 6/6/2016 | Travel to Raleigh | $206.10 | $241.63 | $107.50 | | | Felicia Buenrostro | Economy airfare; One night hotel stay; Car service to airport |
| 6/6/2016 | Travel to Client Site - RTP | $206.10 | $241.63 | $105.00 | | | Leticia Barrios | Economy airfare; One night hotel stay; car service to airport |
| 6/7/2016 | Travel to Client Site - Raleigh | $316.60 | $232.68 | $69.05 | $145.41 | | Daniel Tollefsen | Economy airfare; One night hotel stay; Car rental; Meal - Lunch 13.81 (RP/DT); Meal - Dinner 131.60 (RP/DT) |
| 6/7/2016 | Raleigh | | $241.63 | | | | Felicia Buenrostro | One night hotel stay |
| 6/7/2016 | RTP Stay | | $263.06 | | | | Leticia Barrios | One night hotel stay |
| 6/7/2016 | Travel to client site | $500.10 | $232.68 | $92.00 | | | Raj Perubhatla | Economy airfare; car to airport; one night client stay |
| 6/8/2016 | On Client Site - Raleigh | | $232.68 | $69.05 | | | Daniel Tollefsen | One night hotel stay; Car rental |
| 6/8/2016 | Travel from Raleigh | $206.10 | | $107.50 | | | Felicia Buenrostro | Economy airfare; car from airport |
| 6/8/2016 | Travel from Client Site - RTP | $206.10 | | $105.00 | | | Leticia Barrios | Economy airfare; car service from airport |
| 6/8/2016 | Client site stay | | $232.68 | | $43.60 | $ 6.13 | Raj Perubhatla | one night hotel stay; Purchased electrical tape from Walmart; lunch (RP,LB);Dinner |
| 6/9/2016 | Travel from Client Site - Raleigh | $316.60 | | $116.40 | | | Daniel Tollefsen | Economy airfare; Car rental (69.05); Airport parking (47.35) |
| 6/9/2016 | Travel from client site | $500.10 | | $97.80 | $17.09 | | Raj Perubhatla | Economy airfare; UBER to office, car from airport; lunch (DT,RP) |
| 6/11/2016 | Office Expense - Memory for Server | | | | | $ 35.99 | Raj Perubhatla | 24GB of DIMMs purchased for Backup storage server |
| 6/13/2016 | Travel to Client site | $416.60 | $237.22 | $300.44 | | | Brandon Bangerter | Economy airfare; one night hotel; Avis rental car; transportation to airport |
| 6/14/2016 | RTP stay | | $271.27 | | $21.13 | | Brandon Bangerter | One night hotel; lunch - $11.72; dinner - $9.41 |
| 6/15/2016 | RTP stay | | $271.27 | | $35.01 | | Brandon Bangerter | One night hotel; lunch - $11.70; dinner - $23.31 |
| 6/16/2016 | RTP stay | | $271.27 | | $21.89 | | Brandon Bangerter | One night hotel; lunch - $9.14; dinner - $12.75 |
| 6/17/2016 | Travel from Client site | $416.60 | | $90.00 | $11.72 | | Brandon Bangerter | Economy airfare; transportation to airport; lunch - $11.72 |
| 6/20/2016 | Travel to Client site | $294.10 | $225.87 | $90.00 | | | Brandon Bangerter | Economy airfare; one night hotel; transportation to airport |
| 6/20/2016 | Travel to Client Site - Raleigh | $255.10 | $244.03 | | | | Daniel Tollefsen | Economy airfare; One night hotel stay |
| 6/20/2016 | Travel from Client Site - RTP | $245.10 | $263.06 | $105.00 | | | Leticia Barrios | Economy airfare; One night hotel stay; car service to airport |
| 6/21/2016 | RTP stay | | $237.22 | | $21.61 | | Brandon Bangerter | One night hotel; lunch - $21.61(DT,BB) |
| 6/21/2016 | On Client Site - Raleigh | | $254.24 | $61.76 | $20.47 | | Daniel Tollefsen | One night hotel stay; Car rental; Meal - D (BB/DT) |
| 6/21/2016 | Travel to Raleigh | $245.10 | $263.06 | $107.50 | | | Felicia Buenrostro | Economy airfare; One night hotel stay; Car service to airport |
| 6/21/2016 | RTP Stay | | $263.06 | | | | Leticia Barrios | One night hotel stay |
| 6/21/2016 | Travel to client site | $562.60 | $199.11 | $92.00 | $9.50 | | Raj Perubhatla | Economy airfare; car to airport; one night client stay; dinner |
| 6/22/2016 | RTP stay | | $305.32 | | $15.53 | | Brandon Bangerter | One night hotel; lunch - $15.53(DT,BB) |
| 6/22/2016 | On Client Site - Raleigh | | $321.21 | $61.77 | $72.20 | | Daniel Tollefsen | One night hotel stay; Car rental; Meal - D (BB/DT) |

## Nortel Expense Report
**PERIOD:** June 1 - 30, 2016

| Date | Description | Air | Lodging | Transportation | Meals | Office Expenses | Professional | Comments on Meals/Transportation |
|---|---|---|---|---|---|---|---|---|
| 6/22/2016 | Raleigh | | $263.03 | | | | Felicia Buenrostro | One night hotel stay |
| 6/22/2016 | Travel to Client Site - RTP | $245.10 | | $105.00 | | | Leticia Barrios | Economy airfare; car service from airport |
| 6/22/2016 | Client site stay | | $199.11 | | $75.00 | | Raj Perubhatla | one night hotel stay; Breakfast and Dinner |
| 6/23/2016 | Travel from Client site | $294.10 | | $90.00 | $11.40 | | Brandon Bangerter | Economy airfare; transportation to airport; lunch - $11.40 |
| 6/23/2016 | On Client Site - Raleigh | | $254.24 | $61.77 | $26.57 | | Daniel Tollefsen | One night hotel stay; Car rental; Meal - (Lunch - 13.65 ) Meal - (Dinner - 12.92) |
| 6/23/2016 | Travel from Raleigh | $245.10 | | $107.50 | | | Felicia Buenrostro | Economy airfare; Car service from airport |
| 6/23/2016 | Travel from client site | $562.60 | | $92.00 | $25.43 | | Raj Perubhatla | Economy airfare;breakfast, lunch; car from airport |
| 6/23/2016 | Office Expense - Screws for Server caddies | | | | | $ 8.38 | Raj Perubhatla | Data Center item |
| 6/24/2016 | Travel from Client Site - Raleigh | $255.10 | | $61.77 | $69.56 | | Daniel Tollefsen | Economy airfare; Car rental; Meal - Dinner |
| 6/26/2016 | Travel to Client Site - Raleigh | $338.10 | $209.90 | $57.28 | | | Daniel Tollefsen | Economy airfare; One night hotel stay |
| 6/27/2016 | On Client Site - Raleigh | | $265.59 | $57.28 | $29.19 | | Daniel Tollefsen | One night hotel stay; Car rental; Meal - D |
| 6/28/2016 | On Client Site - Raleigh | | $276.94 | $57.28 | $42.03 | | Daniel Tollefsen | One night hotel stay; Car rental; Meal - D |
| 6/29/2016 | On Client Site - Raleigh | | $276.94 | $57.28 | | | Daniel Tollefsen | One night hotel stay; Car rental |
| 6/30/2016 | Travel from Client Site - Raleigh | $338.10 | | $230.89 | | | Daniel Tollefsen | Economy airfare; Car rental (57.28); Airport parking 173.61) |
| | | $ 9,252.80 | $ 9,464.81 | $ 3,558.88 | $ 1,009.95 | $ 446.26 | | |