EXHIBIT A

**(1)   Proofs of Claim Settled From November 23, 2015 to April 25, 2016[1]**

| Employee Name | Claim Number | Claimed Administrative | Claimed Priority | Claimed Unsecured | Claimed Total | Allowed Administrative | Allowed Priority | Allowed Unsecured | Allowed Total | Debtor |
|---|---|---|---|---|---|---|---|---|---|---|
| BERTEAU, KAREN J | 2530 | $ - | $ - | $ 1,595.62 | $ 1,595.62 | $ - | $ - | $ 388.00 | $ 388.00 | Nortel Networks Inc. |
| BRYANT, ALAN | 3248 | $ - | $ - | $ 4,222.46 | $ 4,222.46 | $ - | $ - | $ - | $ - | |
| BRYANT, ALAN | 3309 | $ - | $ 10,950.00 | $ 123,106.18 | $ 134,056.18 | $ - | $ - | $ - | $ - | |
| BRYANT, ALAN | 3981 | $ - | $ - | $ 72,066.15 | $ 72,066.15 | $ - | $ 5,246.76 | $ 220,792.08 | $ 226,038.84 | Nortel Networks Inc. |
| BURNS, BILLY | 2426 | $ - | $ - | $ 49,772.16 | $ 49,772.16 | $ 1,957.30 | $ 1,661.86 | $ 62,855.35 | $ 66,474.51 | Nortel Networks Inc. |
| CAHILL, JOHN | 786 | $ - | $ 57,716.00 | $ - | $ 57,716.00 | $ - | $ 3,057.45 | $ 20,982.71 | $ 24,040.16 | Nortel Networks Inc. |
| CAMERON, WILFRED J. | 3878 | $ - | $ - | $ 1,263,563.70 | $ 1,263,563.70 | $ - | $ - | $ 940,094.00 | $ 940,094.00 | Nortel Networks Inc. |
| CAREY, DENNIS | 5534 | $ - | $ - | $ 1,151,730.00 | $ 1,151,730.00 | $ - | $ - | $ - | $ - | |
| CAREY, DENNIS | 8094 | $ - | $ - | $ 1,151,730.00 | $ 1,151,730.00 | $ - | $ 2,115.40 | $ 1,144,587.07 | $ 1,146,702.47 | Nortel Networks Inc. |
| CHAVEZ, TOM | 934 | $ - | $ 65,567.16 | $ - | $ 65,567.16 | $ - | $ - | $ 327.00 | $ 327.00 | Nortel Networks Inc. |
| CHAVEZ, TOM | 2677 | $ - | $ 6,928.22 | $ - | $ 6,928.22 | $ - | $ - | $ 4,831.72 | $ 4,831.72 | Nortel Networks (CALA) Inc. |
| CLARKE, JOHN | 4035 | $ - | $ 1,766.28 | $ - | $ 1,766.28 | $ - | $ 181.96 | $ 1,915.19 | $ 2,097.15 | Nortel Networks Inc. |
| COZYN, MARTIN A. | 405 | $ - | $ 10,950.00 | $ 996,372.40 | $ 1,007,322.40 | $ - | $ - | $ 411,640.84 | $ 411,640.84 | Nortel Networks Inc. |
| CRAIG, J A | 4308 | $ - | $ - | $ 946,457.21 | $ 946,457.21 | $ - | $ - | $ 945,375.00 | $ 945,375.00 | Nortel Networks Inc. |
| CREAMER, BOYCE HARRY, JR. | 1175 | $ 81,268.35 | $ - | $ - | $ 81,268.35 | $ - | $ - | $ 164,381.00 | $ 164,381.00 | Nortel Networks Inc. |
| DEBON, PASCAL | 8126 | $ - | $ 1,255,279.14 | $ - | $ 1,255,279.14 | $ - | $ - | $ 1,284,985.00 | $ 1,284,985.00 | Nortel Networks Inc. |
| DECKER, JAMES D III | 42 | $ - | $ 192,684.78 | $ - | $ 192,684.78 | $ - | $ 4,035.73 | $ 64,198.17 | $ 68,233.90 | Nortel Networks Inc. |
| DOWNING, DAVID | 4618 | $ - | $ 4,470.22 | $ - | $ 4,470.22 | $ - | $ - | $ - | $ - | |
| DOWNING, DAVID | 4619 | $ - | $ 24,543.21 | $ - | $ 24,543.21 | $ - | $ - | $ - | $ - | |
| DOWNING, DAVID | 4620 | $ - | $ 78,339.04 | $ - | $ 78,339.04 | $ - | $ 4,208.62 | $ 84,007.27 | $ 88,215.89 | Nortel Networks Inc. |
| DUBAY, MARY LOUISE | 1527 | $ - | $ 10,950.00 | $ 163,851.00 | $ 174,801.00 | $ - | $ - | $ - | $ - | |
| DUBAY, MARY LOUISE | 8265 | $ - | $ 10,950.00 | $ 177,298.00 | $ 188,248.00 | $ - | $ - | $ - | $ - | |
| DUBAY, MARY LOUISE | 8277 | $ - | $ - | $ 174,802.00 | $ 174,802.00 | $ - | $ - | $ - | $ - | |
| DUBAY, MARY LOUISE | 8278 | $ - | $ 13,446.00 | $ - | $ 13,446.00 | $ - | $ 4,218.20 | $ 190,170.58 | $ 194,388.78 | Nortel Networks Inc. |
| FAIR HARBOR CAPITAL, LLC | 3259 | $ - | $ 10,950.00 | $ 396,500.94 | $ 407,450.94 | $ - | $ 2,784.81 | $ 116,174.63 | $ 118,959.44 | Nortel Networks Inc. |
| FORDEN, RONALD KEITH | 3686 | $ - | $ - | $ 483,372.00 | $ 483,372.00 | $ - | $ - | $ - | $ - | |
| FORDEN, RONALD KEITH | 3694 | $ - | $ - | $ 10,224.00 | $ 10,224.00 | $ - | $ - | $ 4,663.43 | $ 4,663.43 | Nortel Networks Inc. |
| FRAME, ROBERT MG | 3826 | $ - | $ - | $ 1,029,899.15 | $ 1,029,899.15 | $ - | $ - | $ 970,707.00 | $ 970,707.00 | Nortel Networks Inc. |
| GOODWIN, DREW | 5597 | $ - | $ 5,240.00 | $ - | $ 5,240.00 | $ - | $ - | $ 86,984.00 | $ 86,984.00 | Nortel Networks Inc. |
| GRIGG, THOMAS JR | 6285 | $ - | $ - | $ 18,665.03 | $ 18,665.03 | $ - | $ - | $ 18,665.03 | $ 18,665.03 | Nortel Networks Inc. |
| HIGGINS, DEBORAH | 308 | $ - | $ - | $ 561,600.00 | $ 561,600.00 | $ - | $ - | $ 353,258.00 | $ 353,258.00 | Nortel Networks Inc. |
| HOLMES, KIM B | 6031 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | |
| HOLMES, KIM B | 6032 | $ - | $ - | $ - | $ - | $ - | $ - | $ 12,158.41 | $ 12,158.41 | Nortel Networks Inc. |
| HUDSON, DESMOND F | 3817 | $ - | $ - | $ 1,011,300.12 | $ 1,011,300.12 | $ - | $ - | $ 982,536.00 | $ 982,536.00 | Nortel Networks Inc. |
| ISHEE, VICTORIA L. | 1783 | $ - | $ 127,860.95 | $ - | $ 127,860.95 | $ - | $ - | $ 8,129.00 | $ 8,129.00 | Nortel Networks Inc. |
| KAMO, RAMNIK | 4512 | $ - | $ 96,936.24 | $ 57,738.42 | $ 154,674.66 | $ - | $ - | $ 78.09 | $ 78.09 | Nortel Networks Inc. |
| KASHUL, WILLIAM N | 5479 | $ - | $ - | $ 164,457.03 | $ 164,457.03 | $ - | $ - | $ 152,041.00 | $ 152,041.00 | Nortel Networks Inc. |
| KELLY, MICHAEL F. | 3752 | $ - | $ - | $ 30,892.26 | $ 30,892.26 | $ - | $ - | $ - | $ - | |
| KELLY, MICHAEL F. | 3753 | $ - | $ 10,950.00 | $ 27,498.00 | $ 38,448.00 | $ - | $ - | $ 30,892.00 | $ 30,892.00 | Nortel Networks Inc. |
| KING, SUSAN M. | 6617 | $ - | $ - | $ 150,576.92 | $ 150,576.92 | $ 10,654.87 | $ 5,266.32 | $ 334,610.05 | $ 350,531.24 | Nortel Networks Inc. |
| KINNEY, JAMES B | 3236-01 | $ - | $ - | $ 118,427.21 | $ 118,427.21 | $ - | $ - | $ - | $ - | |
| KINNEY, JAMES B | 3239-01 | $ - | $ - | $ 167,011.12 | $ 167,011.12 | $ - | $ - | $ 96,273.00 | $ 96,273.00 | Nortel Networks Inc. |
| LAZAROU, MARC | 2004 | $ - | $ - | $ - | $ - | $ - | $ - | $ 11,746.00 | $ 11,746.00 | Nortel Networks Inc. |
| LEE, YUET | 1756 | $ - | $ 59,715.04 | $ - | $ 59,715.04 | $ 1,195.90 | $ 1,251.53 | $ 28,194.02 | $ 30,641.45 | Nortel Networks Inc. |
| LEGGETT, TERRY | 4364 | $ - | $ - | $ 1,130,362.97 | $ 1,130,362.97 | $ - | $ - | $ - | $ - | |
| LEGGETT, TERRY | 6052 | $ 535,000.00 | $ - | $ - | $ 535,000.00 | $ - | $ - | $ - | $ - | |
| LEGGETT, TERRY | 6053 | $ - | $ - | $ 535,000.00 | $ 535,000.00 | $ - | $ - | $ 495,373.00 | $ 495,373.00 | Nortel Networks Inc. |
| LIU, DIANA | 8635 | $ - | $ - | $ 58,027.65 | $ 58,027.65 | $ 3,589.18 | $ 2,533.55 | $ 55,513.14 | $ 61,635.87 | Nortel Networks Inc. |
| LOCKHART, LEWIS | 4556 | $ - | $ 91,623.78 | $ - | $ 91,623.78 | $ - | $ - | $ - | $ - | |

EXHIBIT A

(1) Proofs of Claim Settled From November 23, 2015 to April 25, 2016[1]

| Employee Name | Claim Number | Claimed Administrative | Claimed Priority | Claimed Unsecured | Claimed Total | Allowed Administrative | Allowed Priority | Allowed Unsecured | Allowed Total | Debtor |
|---|---|---|---|---|---|---|---|---|---|---|
| LOCKHART, LEWIS | 4557 | $ - | $ 4,246.27 | $ - | $ 4,246.27 | $ - | $ - | $ - | $ - | |
| LOCKHART, LEWIS | 7818 | $ - | $ - | $ 426,000.00 | $ 426,000.00 | $ - | $ - | $ 227,031.88 | $ 227,031.88 | Nortel Networks Inc. |
| LOWE, JESSIE | 4025 | $ - | $ - | $ 155,019.69 | $ 155,019.69 | $ - | $ - | $ 149,343.00 | $ 149,343.00 | Nortel Networks Inc. |
| MACDONALD, JOHN | 4576 | $ - | $ - | $ 98,407.22 | $ 98,407.22 | $ - | $ - | $ 156,917.00 | $ 156,917.00 | Nortel Networks Inc. |
| MACKINNON, PETER | 412 | $ - | $ 166,780.65 | $ - | $ 166,780.65 | $ - | $ - | $ - | $ - | |
| MACKINNON, PETER | 5335 | $ - | $ 150,000.00 | $ - | $ 150,000.00 | $ - | $ 9,230.76 | $ 264,921.27 | $ 274,152.03 | Nortel Networks Inc. |
| MARLOW, JOHN | 5507 | $ - | $ - | $ 60,384.00 | $ 60,384.00 | $ - | $ - | $ 31,367.00 | $ 31,367.00 | Nortel Networks Inc. |
| MCCOY, ANDRE | 6692 | $ 5,000.00 | $ - | $ - | $ 5,000.00 | $ - | $ - | $ 1,262.65 | $ 1,262.65 | Nortel Networks Inc. |
| MCDOUGALL, RON | 488 | $ - | $ 120,590.94 | $ - | $ 120,590.94 | $ - | $ - | $ 114,158.00 | $ 114,158.00 | Nortel Networks Inc. |
| MCKENNA, DONALD R. | 5880 | $ - | $ - | $ 570,500.00 | $ 570,500.00 | $ - | $ - | $ - | $ - | |
| MCKENNA, DONALD R. | 8103 | $ - | $ - | $ 2,643.00 | $ 2,643.00 | $ - | $ - | $ - | $ - | |
| MCKENNA, DONALD R. | 8104 | $ - | $ - | $ 16,186.00 | $ 16,186.00 | $ - | $ 1,965.39 | $ 502,140.28 | $ 504,105.67 | Nortel Networks Inc. |
| MERCHANT, DAVID L. | 1856 | $ - | $ 16,948.70 | $ - | $ 16,948.70 | $ - | $ 821.40 | $ 17,554.08 | $ 18,375.48 | Nortel Networks Inc. |
| MIZERK, THOMAS E | 2137 | $ - | $ 57,403.64 | $ - | $ 57,403.64 | $ - | $ - | $ - | $ - | |
| MIZERK, THOMAS E | 7041 | $ - | $ - | $ 50,000.00 | $ 50,000.00 | $ - | $ - | $ - | $ - | |
| MIZERK, THOMAS E | 7042 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | |
| MIZERK, THOMAS E | 7043 | $ - | $ - | $ 176,206.63 | $ 176,206.63 | $ - | $ - | $ - | $ - | |
| MIZERK, THOMAS E | 7044 | $ - | $ - | $ - | $ - | $ - | $ - | $ 75,166.00 | $ 75,166.00 | Nortel Networks Inc. |
| MONTGOMERY, GEORGE | 4273 | $ - | $ - | $ 278,858.42 | $ 278,858.42 | $ - | $ - | $ - | $ - | |
| MONTGOMERY, GEORGE | 4283 | $ - | $ - | $ 353,964.19 | $ 353,964.19 | $ - | $ - | $ 73,264.75 | $ 73,264.75 | Nortel Networks Inc. |
| MOORE, MAUREEN | 3236-02 | $ - | $ - | $ 118,427.20 | $ 118,427.20 | $ - | $ - | $ - | $ - | |
| MOORE, MAUREEN | 3239-02 | $ - | $ - | $ 167,011.12 | $ 167,011.12 | $ - | $ - | $ 96,273.00 | $ 96,273.00 | Nortel Networks Inc. |
| PAULEY, GLENN | 4460 | $ - | $ - | $ 13,824.67 | $ 13,824.67 | $ - | $ - | $ 9,321.00 | $ 9,321.00 | Nortel Networks Inc. |
| PILLMAN, EDWARD J | 3571 | $ - | $ - | $ 1,017,917.33 | $ 1,017,917.33 | $ - | $ - | $ 982,946.00 | $ 982,946.00 | Nortel Networks Inc. |
| RAHA, DWIJADAS | 3710 | $ - | $ - | $ 93,704.76 | $ 93,704.76 | $ - | $ - | $ 90,575.00 | $ 90,575.00 | Nortel Networks Inc. |
| RAUBOLT, TONY | 3778 | $ - | $ 10,950.00 | $ 50,300.00 | $ 61,250.00 | $ - | $ - | $ - | $ - | |
| RAUBOLT, TONY | 3965 | $ - | $ - | $ 105,246.43 | $ 105,246.43 | $ - | $ - | $ - | $ - | |
| RAUBOLT, TONY | 3983 | $ - | $ 10,950.00 | $ 57,050.00 | $ 68,000.00 | $ 4,149.17 | $ 3,247.00 | $ 71,375.91 | $ 78,772.08 | Nortel Networks Inc. |
| RICKS, RICHARD C. | 1023 | $ - | $ 422,173.43 | $ - | $ 422,173.43 | $ - | $ - | $ 321,882.00 | $ 321,882.00 | Nortel Networks Inc. |
| ROONEY, PATRICIA R | 6232 | $ - | $ - | $ 31,077.00 | $ 31,077.00 | $ - | $ - | $ 241,008.00 | $ 241,008.00 | Nortel Networks Inc. |
| ROSS, ERIC | 363 | $ - | $ - | $ 2,210,793.92 | $ 2,210,793.92 | $ - | $ - | $ - | $ - | |
| ROSS, ERIC | 3713 | $ - | $ - | $ 1,740,462.94 | $ 1,740,462.94 | $ - | $ - | $ 1,696,155.00 | $ 1,696,155.00 | Nortel Networks Inc. |
| SHEPHERD, FRANK J. | 2029 | $ - | $ 41,597.38 | $ 12,643.60 | $ 54,240.98 | $ - | $ - | $ - | $ - | |
| SHEPHERD, FRANK J. | 5491 | $ - | $ - | $ 515,719.24 | $ 515,719.24 | $ - | $ - | $ 9,643.00 | $ 9,643.00 | Nortel Networks Inc. |
| SINYOR, ELLIS | 3838 | $ - | $ - | $ 244,033.95 | $ 244,033.95 | $ - | $ - | $ 235,778.00 | $ 235,778.00 | Nortel Networks Inc. |
| SKIDMORE, THOMAS P. | 633 | $ - | $ 47,991.93 | $ 18,344.77 | $ 66,336.70 | $ - | $ - | $ 41,422.64 | $ 41,422.64 | Nortel Networks Inc. |
| SOWARDS, ALAN | 235 | $ - | $ 136,000.00 | $ - | $ 136,000.00 | $ - | $ - | $ 10,013.00 | $ 10,013.00 | Nortel Networks Inc. |
| STRASSBURGER, RAYMOND | 3392 | $ - | $ - | $ 68,213.34 | $ 68,213.34 | $ - | $ - | $ - | $ - | |
| STRASSBURGER, RAYMOND | 3540 | $ - | $ - | $ 16,714.16 | $ 16,714.16 | $ - | $ - | $ - | $ - | |
| STRASSBURGER, RAYMOND | 3541 | $ - | $ - | $ 19,351.72 | $ 19,351.72 | $ - | $ - | $ - | $ - | |
| STRASSBURGER, RAYMOND | 4207 | $ - | $ - | $ 87,248.00 | $ 87,248.00 | $ - | $ - | $ 19,352.00 | $ 19,352.00 | Nortel Networks Inc. |
| TARIQ, SEMRA | 5647 | $ - | $ - | $ 507,601.98 | $ 507,601.98 | $ - | $ - | $ - | $ - | |
| TARIQ, SEMRA | 5648 | $ - | $ - | $ 1,921,389.10 | $ 1,921,389.10 | $ - | $ - | $ 1,908,414.00 | $ 1,908,414.00 | Nortel Networks Inc. |
| THE YIELD MASTER FUND I, L.P. | 4272 | $ - | $ - | $ 702,176.55 | $ 702,176.55 | $ - | $ - | $ 408,321.00 | $ 408,321.00 | Nortel Networks Inc. |
| THE YIELD MASTER FUND I, L.P. | 457 | $ - | $ - | $ 443,138.70 | $ 443,138.70 | $ - | $ - | $ - | $ - | |
| THE YIELD MASTER FUND I, L.P. | 3700 | $ - | $ - | $ 333,010.14 | $ 333,010.14 | $ - | $ - | $ 324,416.00 | $ 324,416.00 | Nortel Networks Inc. |
| THE YIELD MASTER FUND I, L.P. | 1491 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | |
| THE YIELD MASTER FUND I, L.P. | 3607 | $ - | $ - | $ 683,190.05 | $ 683,190.05 | $ - | $ - | $ - | $ - | |
| THE YIELD MASTER FUND I, L.P. | 3821 | $ - | $ - | $ 734,079.07 | $ 734,079.07 | $ - | $ - | $ 562,932.00 | $ 562,932.00 | Nortel Networks Inc. |

EXHIBIT A

**(1)    Proofs of Claim Settled From November 23, 2015 to April 25, 2016[1]**

| Employee Name | Claim Number | Claimed Administrative | Claimed Priority | Claimed Unsecured | Claimed Total | Allowed Administrative | Allowed Priority | Allowed Unsecured | Allowed Total | Debtor |
|---|---|---|---|---|---|---|---|---|---|---|
| VASERFIRER, ANATOLY | 4325 | $ - | $ - | $ 4,259.36 | $ 4,259.36 | $ - | $ - | $ 4,342.00 | $ 4,342.00 | Nortel Networks Inc. |
| VASERFIRER, IRINA | 4326 | $ - | $ - | $ 159.66 | $ 159.66 | $ - | $ - | $ 160.00 | $ 160.00 | Nortel Networks Inc. |
| VIEIRO, JORGE | 3452 | $ - | $ - | $ 27,826.51 | $ 27,826.51 | $ - | $ - | $ - | $ - | |
| VIEIRO, JORGE | 3453 | $ - | $ - | $ 80,307.69 | $ 80,307.69 | $ - | $ - | $ - | $ - | |
| VIEIRO, JORGE | 4042 | $ - | $ - | $ 80,731.59 | $ 80,731.59 | $ - | $ - | $ 81,036.74 | $ 81,036.74 | Nortel Networks Inc. |
| WALES, SCOTT | 907 | $ - | $ - | $ 28,874.78 | $ 28,874.78 | $ - | $ - | $ 32,444.00 | $ 32,444.00 | Nortel Networks Inc. |
| WANG, YOLANDA | 6777 | $ - | $ 9,590.04 | $ 9,822.37 | $ 9,822.37 | $ - | $ - | $ 15,659.75 | $ 15,659.75 | Nortel Networks Inc. |
| WINJE, NORA | 2981 | $ - | $ 320,558.60 | $ - | $ 320,558.60 | $ - | $ - | $ - | $ - | |
| WINJE, NORA | 2982 | $ - | $ - | $ 113,360.19 | $ 113,360.19 | $ - | $ - | $ - | $ - | |
| WINJE, NORA | 2983 | $ - | $ - | $ 18,358.00 | $ 18,358.00 | $ - | $ - | $ - | $ - | |
| WINJE, NORA | 2984 | $ - | $ - | $ 107,981.09 | $ 107,981.09 | $ 635.34 | $ 2,242.38 | $ 134,418.28 | $ 137,296.00 | Nortel Networks Inc. |

[1] Includes Proofs of Claim disallowed in full or withdrawn pursuant to the Limited Notice Claims Settlements.