# EXHIBIT A

**CUMULATIVE COMPENSATION BY PROJECT**
**CATEGORY FOR APPLICATION PERIOD**

Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

June 1, 2016 through June 30, 2016

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

## HOURS/BILLABLE AMOUNTS BY PROJECT
## John Ray-Nortel

**Name:** John J. Ray, III

| | Start Date | End Date |
|---|---|---|
| **Working Dates:** | 6/1/16 | 6/29/16 |
| **Enter Billing Rate/Hr:** | 770.00 | |

| Project No. | Project Name | Hours/Minutes Worked | Billing Rate | Billing Amount |
|---|---|---|---|---|
| 1 | MOR, required monthly/period disclosures, Schedule Admendments, Form 26 | | | |
| 2 | Contracts - assumption/rejection analysis & support, Executory contract review | | | |
| 3 | Claims Matters | | | |
| 4 | Preparation & presentation of financial and other information; cash/expense management; analysis of proposed transactions; assist with business processes | | | |
| 5 | Asset Sales or Other Transactional Support | | | |
| 6 | IT Infrastructure / Data Support | | | |
| 7 | Litigation Support; Attendance and testimony at hearings; Investigation matters at the request of counsel | 94.7 | $770.00 | $72,919.00 |
| 8 | Creditor Meetings; Various administrative matters (Tax, Financial, Board, Employee) | | | |
| 9 | Development of Plan of Reorganization; Disclosure Statement | | | |
| 10 | Non-Working Travel | 8.5 | $385.00 | $3,272.50 |
| 11 | Fee Application | 3.8 | $770.00 | $2,926.00 |
| | **Hours/Billing Amount for Period:** | **107.0** | | **$79,117.50** |

**Nortel TIME SHEET**  107.0
John Ray

| Enter Date | Description | Professional | Project No. (1-11) | Enter Start Time Hour (1-23) | Enter Start Time Minutes (1-59) | Enter End Time Hour (1-23) | Enter End Time Minutes (1-59) | Hours/ Minutes Worked |
|---|---|---|---|---|---|---|---|---|
| 6/1/16 | Nortel mediation prep | John Ray | 7 | 1 | 0 | 9 | 0 | 8.0 |
| 6/1/16 | Travel to NY | John Ray | 10 | 1 | 0 | 3 | 30 | 2.5 |
| 6/2/16 | Mediation attendance | John Ray | 7 | 1 | 0 | 13 | 0 | 12.0 |
| 6/3/16 | Mediation attendance; follow up meeting with Cleary re next steps | John Ray | 7 | 1 | 0 | 9 | 0 | 8.0 |
| 6/5/16 | Travel to Delaware re hearing attendance | John Ray | 10 | 1 | 0 | 3 | 30 | 2.5 |
| 6/5/16 | Prepare for hearing re LSI motion | John Ray | 7 | 1 | 0 | 4 | 30 | 3.5 |
| 6/6/16 | Pre meeting with Cleary (1.8); hearing attendance (1.0) | John Ray | 7 | 1 | 0 | 3 | 50 | 2.8 |
| 6/6/16 | Travel from hearing | John Ray | 10 | 1 | 0 | 4 | 30 | 3.5 |
| 6/7/16 | Prepare May fee app | John Ray | 11 | 1 | 0 | 4 | 15 | 3.3 |
| 6/8/16 | Review and execute NDA | John Ray | 7 | 1 | 0 | 2 | 20 | 1.3 |
| 6/8/16 | Review various documents prepared by Cleary and Chilmark | John Ray | 7 | 1 | 0 | 6 | 0 | 5.0 |
| 6/8/16 | Review, edit , file May fee app | John Ray | 11 | 1 | 0 | 1 | 30 | 0.5 |
| 6/9/16 | Review tax positions and claims data | John Ray | 7 | 1 | 0 | 6 | 30 | 5.5 |
| 6/10/16 | Work related to reviewing agreements drafted by Cleary | John Ray | 7 | 1 | 0 | 5 | 30 | 4.5 |
| 6/13/16 | Review of NDA agreements and other docs drafted by Cleary | John Ray | 7 | 1 | 0 | 4 | 45 | 3.8 |
| 6/15/16 | Call with Chilmark and RLKS re budget and claims; separate review time before and after call re same | John Ray | 7 | 1 | 0 | 3 | 30 | 2.5 |
| 6/16/16 | Review of omnibus claims notice | John Ray | 7 | 1 | 0 | 2 | 20 | 1.3 |
| 6/16/16 | Review of monthly cash | John Ray | 7 | 1 | 0 | 1 | 30 | 0.5 |
| 6/16/16 | Review of claims and wind down costs | John Ray | 7 | 1 | 0 | 2 | 30 | 1.5 |
| 6/17/16 | Review of document draft related to allocation | John Ray | 7 | 1 | 0 | 4 | 30 | 3.5 |
| 6/19/16 | Further review of document drafts and mark ups related to allocation | John Ray | 7 | 1 | 0 | 6 | 30 | 5.5 |
| 6/20/16 | Call with Lilbank and Cleary and others related to allocation | John Ray | 7 | 1 | 0 | 2 | 50 | 1.8 |
| 6/20/16 | Review of document requested by Cleary | John Ray | 7 | 1 | 0 | 1 | 30 | 0.5 |
| 6/21/16 | Review of claims status | John Ray | 7 | 1 | 0 | 1 | 50 | 0.8 |
| 6/22/16 | Call with Chilmark and Cleary re allocation | John Ray | 7 | 1 | 0 | 2 | 0 | 1.0 |
| 6/23/16 | Board of directors call and update | John Ray | 7 | 1 | 0 | 2 | 30 | 1.5 |
| 6/23/16 | Claims review for omnibus objection | John Ray | 7 | 1 | 0 | 1 | 15 | 0.3 |
| 6/23/16 | Work related to claims matters; PBGC | John Ray | 7 | 1 | 0 | 3 | 30 | 2.5 |
| 6/24/16 | Further work on PBGC claim and discussions with PBGC | John Ray | 7 | 1 | 0 | 3 | 0 | 2.0 |
| 6/25/16 | Further review of claims for omnibus | John Ray | 7 | 1 | 0 | 3 | 30 | 2.5 |
| 6/26/16 | Review of trade communication re allocation | John Ray | 7 | 1 | 0 | 1 | 45 | 0.8 |
| 6/27/16 | SNMP litigation matter | John Ray | 7 | 1 | 0 | 2 | 0 | 1.0 |
| 6/27/16 | Work related to allocation | John Ray | 7 | 1 | 0 | 3 | 30 | 2.5 |
| 6/28/16 | Call with Cleary re NNCC bonds | John Ray | 7 | 1 | 0 | 4 | 0 | 3.0 |
| 6/29/16 | Call with mediator | John Ray | 7 | 1 | 0 | 2 | 30 | 1.5 |
| 6/29/16 | MOR review and sign | John Ray | 7 | 1 | 0 | 1 | 45 | 0.8 |
| 6/29/16 | Review omnibus claims matters and objections; execute | John Ray | 7 | 1 | 0 | 4 | 0 | 3.0 |