# EXHIBIT B

**EXPENSE SUMMARY/DETAIL**

Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

June 1, 2016 through June 30, 2016

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

## Nortel Networks, Inc.

**EXPENSE SUMMARY**
**June 1, 2016 through June 30, 2016**

**John Ray**

| Expense Category | | Total Expenses |
|---|---|---:|
| Travel – Airline | | $ 464.00 |
| Travel – Lodging | | 2,442.00 |
| Travel – Transportation | | 303.00 |
| Travel – Meals | | 75.00 |
| Parking | | 73.71 |
| TOTAL | | $ 3,357.71 |
| | | |

John Ray Time and Expense--Nortel

PERIOD: June 1, 2016 through June 30, 2016

| Date | Description | Air | Lodging | Transportation | Meals | Parking | Professional |
|---|---|---|---|---|---|---|---|
| 6/1/16 | NY car service to hotel | | | $ 75.00 | | | John Ray |
| 6/1/16 | NY hotel | | $ 550.00 | | | | John Ray |
| 6/1/16 | NY hotel tax | | $ 114.00 | | | | John Ray |
| 6/2/16 | NY hotel | | $ 550.00 | | | | John Ray |
| 6/2/16 | NY hotel tax | | $ 114.00 | | | | John Ray |
| 6/3/16 | NY hotel | | $ 550.00 | | | | John Ray |
| 6/3/16 | NY hotel tax | | $ 114.00 | | | | John Ray |
| 6/5/16 | Cab to hotel from train | | | $ 8.00 | | | John Ray |
| 6/5/16 | Hotel | | $ 225.00 | | | | John Ray |
| 6/5/16 | Train to Wilmington for hearing | | | $ 145.00 | $ 25.00 | | John Ray |
| 6/6/16 | Hotel | | $ 225.00 | | $ 25.00 | | John Ray |
| 6/6/16 | Parking for June 1-4; 5-6 | | | | | $ 73.71 | John Ray |
| 6/7/16 | Airfare | $ 274.00 | | | $ 25.00 | | John Ray |
| 6/7/16 | Car service to Philadelphia airport | | | $ 75.00 | | | John Ray |
| 6/7/16 | Flight change fee | $ 190.00 | | | | | John Ray |