# EXHIBIT A

**NORTEL NETWORKS INC.,** *et al*.
**CASE NO. 09-10138 (KG)**

Professional Fees and Expenses
Monthly Fee Application

| Applicant & Docket No. | Time Period Covered | Fees & Expenses Requested in Application | Fees & Expenses Allowed/Awarded | Date Application Filed | Objection Deadline |
|---|---|---|---|---|---|
| Whiteford, Taylor & Preston LLC  [Docket No. 16917] | 5/1/16 - 5/31/16 | $42,641.50 (Fees)  $1,984.49 (Expenses) | $34,113.20 (Fees @ 80%)  $1,984.49 (Expenses @ 100%) | 6/14/2016 | 7/5/2016 |