# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| Nortel Networks Inc., <u>et al.</u>,[1] | ) Case No. 09-10138 (KG) |
|  | ) |
|  | ) (Jointly Administered) |
| Debtors. | ) |
|  | ) |
|  | ) **Re: Docket No. 16980** |

## NOTICE OF WITHDRAWAL OF DOCUMENT [D.I. No. 16980]

PLEASE TAKE NOTICE that Whiteford, Taylor & Preston LLC, counsel to the Official Committee of Unsecured Creditors hereby withdraws the *Certificate of No Objection Regarding Seventeenth Monthly Fee Application of Whiteford, Taylor & Preston LLC for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Co-counsel to the Official Committee of Unsecured Creditors for the Period from May 1, 2016 through May 31, 2016* filed on July 6, 2016 [Docket No. 16980] without prejudice.

*[Remainder of Page Intentionally Left Blank]*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).

| | |
|---|---|
| Dated: July 6, 2016<br>Wilmington, Delaware | Respectfully submitted<br><br>*/s/ Katherine Good*<br>Christopher M. Samis (No. 4909)<br>L. Katherine Good (No. 5101)<br>WHITEFORD, TAYLOR & PRESTON LLC<br>The Renaissance Centre<br>405 North King Street, Suite 500<br>Wilmington, Delaware 19801<br>Telephone: (302) 353-4144<br>Facsimile: (302) 661-7950<br><br>-and-<br><br>Fred S. Hodara, Esq.<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>One Bryant Park<br>New York, New York 10036<br>Telephone:  (212) 872-1000<br>Facsimile:  (212) 872-1002<br><br>*Co-Counsel to the Official Committee of Unsecured Creditors of Nortel Networks Inc., et al.* |