**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

```
--------------------------------------------------------X
                                                        :
In re                                                   :
                                                        :
Nortel Networks Inc., et al.,[1]                        :
                                                        :
                                      Debtors.          :
                                                        :
                                                        :
--------------------------------------------------------X
```

Chapter 11

Case No. 09-10138 (KG)

(Jointly Administered)

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR**
**HEARING ON JULY 12, 2016 AT 10:00 A.M. (EASTERN TIME)**

**THE HEARING HAS BEEN CANCELLED AT THE DIRECTION OF THE COURT**

By permission of chambers, any party wishing to participate telephonically must make arrangements through CourtCall **at least one hour prior to the hearing**. CourtCall has been made aware of this extended deadline. CourtCall will not accept reservations after the extended deadline has passed without permission of chambers. Please do not contact chambers prior to the expiration of the extended deadline.

## RESOLVED MATTER

1.    Notice of Twelfth Amendment to the Statement of Work Entered into Pursuant to the Tax Service Agreement with Ernst & Young LLP (D.I. 16909, Filed 6/10/16).

      Objection Deadline: June 24, 2016 at 4:00 p.m. (ET).

      Related Pleadings:

      a)    Certificate of No Objection Regarding Notice of Twelfth Amendment to the Statement of Work Entered into Pursuant to the Tax Service Agreement with Ernst & Young LLP (D.I. 16954, Filed 6/27/16); and

      b)    Order Modifying the Engagement of Ernst & Young LLP Nunc Pro Tunc to May 17, 2016 (D.I. 16956, Entered 6/28/16).

      Responses Received: None.

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

<u>Status</u>: An order has been entered regarding this matter.  No hearing is necessary.

Dated: July 7, 2016　　　　　　　CLEARY GOTTLIEB STEEN & HAMILTON LLP
Wilmington, DE　　　　　　　　　James L. Bromley (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　Lisa M. Schweitzer (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　One Liberty Plaza
　　　　　　　　　　　　　　　　New York, New York 10006
　　　　　　　　　　　　　　　　Telephone:  (212) 225-2000
　　　　　　　　　　　　　　　　Facsimile:  (212) 225-3999

　　　　　　　　　　　　　　　　- and -

　　　　　　　　　　　　　　　　MORRIS, NICHOLS, ARSHT & TUNNELL LLP

　　　　　　　　　　　　　　　　*/s/ Tamara K. Minott*
　　　　　　　　　　　　　　　　Eric D. Schwartz (No. 3134)
　　　　　　　　　　　　　　　　Derek C. Abbott (No. 3376)
　　　　　　　　　　　　　　　　Andrew R. Remming (No. 5120)
　　　　　　　　　　　　　　　　Tamara K. Minott (No. 5643)
　　　　　　　　　　　　　　　　1201 North Market Street
　　　　　　　　　　　　　　　　Wilmington, DE  19899-1347
　　　　　　　　　　　　　　　　Telephone:  (302) 658-9200
　　　　　　　　　　　　　　　　Facsimile:  (302) 658-3989

　　　　　　　　　　　　　　　　*Counsel for the Debtors and Debtors in Possession*