# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | Ref. Docket Nos. 16970 and 16973 |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                                              ) ss.:
COUNTY OF NEW YORK  )

TIM CONKLIN, being duly sworn, deposes and says:

1. I am employed as a Senior Case Manager by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, 12th Floor, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 7, 2016, I caused to be served a personalized "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e) (2) or (4)" (the "Personalized Transfers"), a sample of which is annexed hereto as Exhibit A, by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Tim Conklin*_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Tim Conklin

Sworn to before me this
8th day of July, 2016
*/s/ Regina Amporfro*_____
Notary Public, State of New York
No. 01AM6064508
Qualified in Queens County
Commission Expires September 24, 2017

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

**EXHIBIT A**

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Legal Documents Enclosed
Please direct to the attention
of the Addressee,

Address Service Requested

Legal Department or President

NNI TRFNTC (MERGE2, TXNUM2) 4000115970

To:   BAR(23) MAILID *** 000108435222 ***



HAIN CAPITAL HOLDINGS, LLC
TRANSFEROR: HASSETT, CHRISTINE
ATTN: AMANDA RAPOPORT
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NORTEL NETWORKS INC., et al.,<br><br>    Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form,   **transferor**   refers to the claimant who is selling or otherwise assigning its claim. While   **transferee**   refers to the party who is purchasing or othewise being assigned the claim.

To:

HASSETT, CHRISTINE
47 RADBURN DRIVE
COMMACK, NY 11725

Please note that your claim # 7124 in the above referenced case and in the amount of $34,408.95 allowed at $20,457.52 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000108435222 ***        NNI TRFNTC (MERGE2, TXNUM2) 4000115970



HAIN CAPITAL HOLDINGS, LLC
TRANSFEROR: HASSETT, CHRISTINE
ATTN: AMANDA RAPOPORT
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
824 NORTH MARKET STREET, 3RD FLOOR
WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER        16970           in your objection.  If you file an objection, a hearing will be scheduled.   **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  07/07/2016                    David D. Bird, Clerk of Co

/s/ Tim Conklin
_____
EPIQ BANKRUPTCY SOLUTIONS, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  July 7, 2016.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Address Service Requested

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



NNI TRFNTC (MERGE2, TXNUM2) 4000110993

To:   BAR(23) MAILID *** 000108435220 ***

HASSETT, CHRISTINE
47 RADBURN DRIVE
COMMACK, NY 11725

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NORTEL NETWORKS INC., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:   BAR(23) MAILID *** 000108435220 ***      NNI TRFNTC (MERGE2, TXNUM2) 4000110993



HASSETT, CHRISTINE
47 RADBURN DRIVE
COMMACK, NY 11725

Please note that your claim # 7124 in the above referenced case and in the amount of $34,408.95 allowed at $20,457.52 has been transferred (unless previously expunged by court order)

HAIN CAPITAL HOLDINGS, LLC
TRANSFEROR: HASSETT, CHRISTINE
ATTN: AMANDA RAPOPORT
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

No action is required if you do not object to the transfer of your claim. However **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
824 NORTH MARKET STREET, 3RD FLOOR
WILMINGTON, DE 19801

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER   16970   in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  07/07/2016                                   David D. Bird, Clerk of Co

/s/ Tim Conklin
_____
EPIQ BANKRUPTCY SOLUTIONS, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on July 7, 2016.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Legal Documents Enclosed
Please direct to the attention
of the Addressee,

Address Service Requested

Legal Department or President

NNI TRFNTC (MERGE2, TXNUM2) 4000111366

To:    BAR(23) MAILID *** 000108435221 ***



UNITED STATES DEBT RECOVERY IV, LLC
TRANSFEROR: TELFUSION, INC.
5575 KIETZKE LANE, SUITE A
RENO, NV 89511

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| In re: | Chapter 11 |
|---|---|
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form,    **transferor**   refers to the claimant who is selling or otherwise assigning its claim. While    **transferee**   refers to the party who is purchasing or othewise being assigned the claim.

To:    BAR(23) MAILID *** 000108435221 ***        NNI TRFNTC (MERGE2, TXNUM2) 4000111366



UNITED STATES DEBT RECOVERY IV, LLC
TRANSFEROR: TELFUSION, INC.
5575 KIETZKE LANE, SUITE A
RENO, NV 89511

Please note that your claim # 1119 in the above referenced case and in the amount of $2,400.00 has been transferred (unless previously expunged by court order)

USDR RESIDUALS
TRANSFEROR: UNITED STATES DEBT RECOVERY
5575 KIETZKE LANE, SUITE A
RENO, NV 89511

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
824 NORTH MARKET STREET, 3RD FLOOR
WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER      16973           in your objection.  If you file an objection, a hearing will be scheduled.   **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  07/07/2016                    David D. Bird, Clerk of Co

/s/ Tim Conklin
_____
EPIQ BANKRUPTCY SOLUTIONS, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  July 7, 2016.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Legal Documents Enclosed
Please direct to the attention
of the Addressee,

Address Service Requested

Legal Department or President



NNI TRFNTC (MERGE2, TXNUM2) 4000115971

To:   BAR(23) MAILID *** 000108435223 ***



USDR RESIDUALS
TRANSFEROR: UNITED STATES DEBT RECOVERY
5575 KIETZKE LANE, SUITE A
RENO, NV 89511

THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NORTEL NETWORKS INC., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form,   **transferor**   refers to the claimant who is selling or otherwise assigning its claim. While   **transferee**   refers to the party who is purchasing or otehwise being assigned the claim.

To:

UNITED STATES DEBT RECOVERY IV, LLC
TRANSFEROR: TELFUSION, INC.
5575 KIETZKE LANE, SUITE A
RENO, NV 89511

Please note that your claim # 1119 in the above referenced case and in the amount of
$2,400.00 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000108435223 ***          NNI TRFNTC (MERGE2, TXNUM2) 4000115971



USDR RESIDUALS
TRANSFEROR: UNITED STATES DEBT RECOVERY
5575 KIETZKE LANE, SUITE A
RENO, NV 89511

No action is required if you do not object to the transfer of your claim.  However   **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
824 NORTH MARKET STREET, 3RD FLOOR
WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER     16973     in your objection.  If you file an objection, a hearing will be scheduled.   **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  07/07/2016                    David D. Bird, Clerk of Co

/s/ Tim Conklin
_____
EPIQ BANKRUPTCY SOLUTIONS, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  July 7, 2016.

# EXHIBIT B

| Claim Name | Address Information |
|---|---|
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: HASSETT, CHRISTINE, ATTN: AMANDA RAPOPORT, 301 ROUTE 17, 7TH FLOOR, RUTHERFORD, NJ 07070 |
| HASSETT, CHRISTINE | 47 RADBURN DRIVE, COMMACK, NY 11725 |
| UNITED STATES DEBT RECOVERY IV, LLC | TRANSFEROR: TELFUSION, INC., 5575 KIETZKE LANE, SUITE A, RENO, NV 89511 |
| USDR RESIDUALS | TRANSFEROR: UNITED STATES DEBT RECOVERY, 5575 KIETZKE LANE, SUITE A, RENO, NV 89511 |

**Total Creditor Count 4**

CLEARY GOTTLIEB STEEN & HAMILTON LLP
JAMES L. BROMLEY, ESQ.
ONE LIBERTY PLAZA
NEW YORK, NY 10006