# Exhibit B

### EXPENSE SUMMARY

Nortel Networks, Inc., *et al.*
(Case No. 09-10138 (KG))

June 1, 2016 through June 30, 2016

| **Expense Category** | **Service Provider (if applicable)** | **Total Expenses** |
|---|---|---:|
| Transcripts | | $1,019.25 |
| Photos/Art/Spec Duplicating | Out of Office | 68.24 |
| Messenger Services | | 150.00 |
| Courier/Delivery Service | | 163.62 |
| Postage | | 61.33 |
| Pacer | | 9.50 |
| **Total Expenses** | | **$1,471.94** |

## COST ENTRIES

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1413639 | 06/03/16 | B | 326.70 | Transcripts - DIAZ DATA SERVICES - DAILY TRANSCRIPT - 6/3/16 | 506 | 684 | 217544 |
| 1414322 | 06/10/16 | B | 208.55 | Transcripts - DIAZ DATA SERVICES - EXPEDITED TRANSCRIPT - 6/10/16 | 506 | 684 | 217715 |
| 1417797 | 06/30/16 | B | 484.00 | Transcripts - DIAZ DATA SERVICES - DAILY TRANSCRIPT - 7/1/16 | 506 | 684 | 218302 |
| 1417184 | 06/17/16 | B | 68.24 | Photos/Art/Spec Duplicating-Out of Office - D DISCOVERY - BANKRUPTCY SERVICE - 6/17/16 | 510 | 684 | 218158 |
| 1414740 | 06/01/16 | B | 5.00 | Messenger Service - to Trustee | 513S | 684 | |
| 1414742 | 06/01/16 | B | 5.00 | Messenger Service - to YCST | 513S | 684 | |
| 1414743 | 06/01/16 | B | 5.00 | Messenger Service - to Sullivan | 513S | 684 | |
| 1414806 | 06/01/16 | B | 5.00 | Messenger Service - to USDC | 513S | 971 | |
| 1414808 | 06/01/16 | B | 5.00 | Messenger Service - to Cole Shotz | 513S | 684 | |
| 1414809 | 06/01/16 | B | 5.00 | Messenger Service - to Sullivan | 513S | 684 | |
| 1414810 | 06/01/16 | B | 5.00 | Messenger Service - to YCST | 513S | 684 | |
| 1414821 | 06/02/16 | B | 5.00 | Messenger Service - to USBC | 513S | 684 | |
| 1414858 | 06/06/16 | B | 5.00 | Messenger Service - to Trustee | 513S | 684 | |
| 1414869 | 06/06/16 | B | 5.00 | Messenger Service - to USBC | 513S | 684 | |
| 1414916 | 06/08/16 | B | 5.00 | Messenger Service - to Trustee | 513S | 684 | |
| 1414928 | 06/09/16 | B | 5.00 | Messenger Service - to UST | 513S | 684 | |
| 1414943 | 06/10/16 | B | 5.00 | Messenger Service - to Sullivan | 513S | 684 | |
| 1414945 | 06/10/16 | B | 5.00 | Messenger Service - to YCST | 513S | 684 | |
| 1414954 | 06/10/16 | B | 5.00 | Messenger Service - to Cole Schotz | 513S | 684 | |
| 1417011 | 06/15/16 | B | 5.00 | Messenger Service - to Sullivan | 513S | 684 | |
| 1417027 | 06/15/16 | B | 5.00 | Messenger Service - to Trustee | 513S | 684 | |
| 1417061 | 06/17/16 | B | 5.00 | Messenger Service - to Trustee | 513S | 684 | |
| 1417124 | 06/23/16 | B | 5.00 | Messenger Service - to USBC | 513S | 684 | |
| 1417139 | 06/24/16 | B | 5.00 | Messenger Service - to USBC | 513S | 684 | |
| 1420617 | 06/27/16 | B | 5.00 | Messenger Service - to USBC | 513S | 684 | |
| 1420629 | 06/28/16 | B | 5.00 | Messenger Service - to USBC | 513S | 684 | |
| 1420631 | 06/28/16 | B | 5.00 | Messenger Service - to Sullivan Hazeltine | 513S | 684 | |

Nortel Networks, Inc.                                                            PRO FORMA   409295            AS OF 06/30/16                                  INVOICE#  ******
63989-DIP
DATE: 07/12/16 15:27:57

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1420654 | 06/29/16 | B | 5.00 | Messenger Service - to Trustee | 513S | 684 | |
| 1420668 | 06/30/16 | B | 5.00 | Messenger Service - to Trustee | 513S | 684 | |
| 1420669 | 06/30/16 | B | 5.00 | Messenger Service - to Trustee | 513S | 684 | |
| 1420679 | 06/30/16 | B | 5.00 | Messenger Service - to Whiteford | 513S | 684 | |
| 1420680 | 06/30/16 | B | 5.00 | Messenger Service - to Whiteford | 513S | 684 | |
| 1420685 | 06/30/16 | B | 5.00 | Messenger Service - to Trustee | 513S | 971 | |
| 1420686 | 06/30/16 | B | 5.00 | Messenger Service - to USBC | 513S | 971 | |
| 1414186 | 06/03/16 | B | 30.14 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 217705 |
| 1413772 | 06/06/16 | B | 14.00 | Courier/Delivery Service - DEREK C. ABBOTT - REIMBURSEMENT OF EXPENSES FOR COFFEE AFTER HEARING - W/ RAY, SCHWEITZER, LONG - 6/6/16 | 514 | 322 | 217626 |
| 1416492 | 06/09/16 | B | 13.80 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 218099 |
| 1414465 | 06/09/16 | B | 16.44 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 217726 |
| 1415593 | 06/14/16 | B | 12.76 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 217878 |
| 1415594 | 06/14/16 | B | 12.76 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 217878 |
| 1415595 | 06/14/16 | B | 20.00 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 217878 |
| 1415596 | 06/14/16 | B | 18.77 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 217878 |
| 1419324 | 06/17/16 | B | 24.95 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 218361 |
| 1414657 | 06/01/16 | B | 12.24 | Postage | 520 | 684 | |
| 1414678 | 06/04/16 | B | 5.97 | Postage | 520 | 684 | |
| 1414694 | 06/08/16 | B | 5.34 | Postage | 520 | 684 | |
| 1414705 | 06/09/16 | B | 4.08 | Postage | 520 | 684 | |
| 1414708 | 06/10/16 | B | 8.16 | Postage | 520 | 684 | |
| 1416926 | 06/15/16 | B | 5.34 | Postage | 520 | 684 | |
| 1416943 | 06/17/16 | B | 3.14 | Postage | 520 | 684 | |
| 1420568 | 06/28/16 | B | 4.60 | Postage | 520 | 684 | |
| 1420571 | 06/28/16 | B | 7.23 | Postage | 520 | 684 | |
| 1420580 | 06/30/16 | B | 5.23 | Postage | 520 | 684 | |
| 1420403 | 06/30/16 | B | 9.50 | Pacer charges for the month of June | 529 | 000 | |
| | | | 1,471.94 | | | | |