# Exhibit B

Case 09-10138-MFW    Doc 16991-3    Filed 07/13/16    Page 2 of 2

**NORTEL EXHIBIT B - EXPENSE DETAILS PERIOD JUNE 1, 2016 THROUGH JUNE 30, 2016**

| Date | Professional | Cost Type | Description | Amount |
|------|--------------|-----------|-------------|--------|
|      |              |           |             |        |