**EXHIBIT A**

## Exhibit A

### No-Basis Claims and Modified, Reclassified and Allowed Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|
| ADP NATIONAL ACCT SERVICES<br>PRO BUSINESS, INC.<br>MONETTE DAY<br>4125 HOPYARD RD<br>PLEASANTON, CA  94588 | 695<br>3/23/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$116,398.69 (U)<br>$116,398.69 (T) | - (S)<br>- (A)<br>- (P)<br>$116,349.49 (U)<br>$116,349.49 (T) | Partially Satisfied Claim.  Claim should be modified to remove $49.20 for invoice 1614475 paid pursuant to one or more of the Payment Orders and/or in the ordinary course of business on 03/24/09, payment document 6100010966. |
| AJILON LLC<br>175 BROADHOLLOW ROAD<br>MELVILLE, NY  11747 | 829<br>3/31/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$562,573.75 (U)<br>$562,573.75 (T) | - (S)<br>- (A)<br>- (P)<br>$42,073.68 (U)<br>$42,073.68 (T) | Partial No Liability Claim. Based on careful review of the Debtors' Books and Records, the Debtors do not recognize $520,500.07 as valid liabilities of any Debtor in these chapter 11 cases. None of the Debtors in these chapter 11 cases is liable for the overstated portion of the claim.<br><br>Partial No Supporting Documentation Claim.  Based on careful review of the Debtors' Books and Records, their Schedules and the Proof of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. |
| BROADCOM CORPORATION<br>5300 CALIFORNIA AVENUE<br>IRVINE, CA  92617 | 1381<br>6/18/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$39,376.92 (U)<br>$39,376.92 (T) | - (S)<br>- (A)<br>- (P)<br>$38,486.50 (U)<br>$38,486.50 (T) | Partial Non-Debtor Invoice Claim. Claim should be modified to remove $890.42 for invoice 01161096.42 that appears to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases. None of the Debtors in these chapter 11 cases is liable for the overstated portion of the claim. |
| BROADWING COMMUNICATIONS, LLC<br>1025 ELDORADO BLVD.<br>BROOMFIELD, CO  80021 | 493<br>2/19/09<br>09-10149<br>Architel Systems<br>(U.S.) Corporation | - (S)<br>- (A)<br>- (P)<br>$468.28 (U)<br>$468.28 (T) | Disallowed | No Amount Due Claim. Based on careful review of the Debtors' Books and Records, their Schedules, and the proof of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing by any of the Debtors to the claimant with respect to such claim and none of the Debtors in these chapter 11 cases is liable for the claim. |
| CARR LLP<br>670 FOUNDERS SQUARE<br>900 JACKSON STREET<br>DALLAS, TX  75202 | 2748<br>9/8/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$6,837.30 (U)<br>$6,837.30 (T) | - (S)<br>- (A)<br>- (P)<br>$3,417.65 (U)<br>$3,417.65 (T) | Partial Non-Debtor Invoice Claim. Claim should be modified to remove $1,364.65 for invoice 13406GWC and $2,055.00 for invoice 13558 that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases. None of the Debtors in these chapter 11 cases is liable for the overstated portion of the claim. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit A

### No-Basis Claims and Modified, Reclassified and Allowed Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | Reason for Modification or Disallowance |
|---|---|---|---|---|
| CHILDS, MICHAEL & JEFFREY MARTINEZ<br>2644 MARSTON HTS<br>COLORADO SPGS, CO 80920-5115 | 5848<br>10/5/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$5,000.00 (U)<br>$5,000.00 (T) | Disallowed | No liability. The claim asserts liability for damages due to a personal injury suffered by the claimant. Based on a careful review of the Debtors' books and records, the Debtors are not liable for any such liability and any such liability was to be satisfied by a third-party insurance company.<br><br>Insufficient documentation. The supporting documentation included with the proof of claim is insufficient to support the claim amount. |
| CINCINNATI BELL WIRELESS<br>221 E. 4TH SRREET<br>ML347-200<br>CINCINNATI, OH 45202 | 491<br>2/18/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$28.28 (U)<br>$28.28 (T) | Disallowed | No Amount Due Claim. Based on careful review of the Debtors' Books and Records, their Schedules, and the proof of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing by any of the Debtors to the claimant with respect to such claim and none of the Debtors in these chapter 11 cases is liable for the claim. |
| CITRIX SYSTEMS, INC.<br>ATTN: CORPORATE COUNSEL<br>4988 GREAT AMERICA PARKWAY<br>SANTA CLARA, CA 95054 | 6772<br>1/19/10<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$427,253.40 (U)<br>$427,253.40 (T) | - (S)<br>- (A)<br>- (P)<br>$413,277.40 (U)<br>$413,277.40 (T) | Partial No Liability Claim. Based on careful review of the Debtors' Books and Records, the Debtors do not recognize $13,976.00 as valid liabilities of any Debtor in these chapter 11 cases. This amount relates to the following invoices that do not appear in the Debtor's books and records.<br>90817981    $3,494.00<br>90816957    $3,494.00<br>90816949    $3,494.00<br>90635158    $3,494.00 |
| CITY OF KANSAS CITY, MISSOURI<br>REVENUE DIVISION<br>MARK RHUEMS<br>414 EAST 12TH STREET, SUITE 201W<br>KANSAS CITY, MO 64106 | 667<br>3/23/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$19,735.44 (U)<br>$19,735.44 (T) | Disallowed | Based on careful review of the Debtors' Books and Records, their Schedules, and the proof of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing by any of the Debtors to the claimant with respect to such claim and none of the Debtors in these chapter 11 cases is liable for the claim. In addition, the entire claim consists of pre-petition penalties and the Debtor does not believe penalties are appropriate. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit A

### No-Basis Claims and Modified, Reclassified and Allowed Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number / Date Filed / Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | Reason for Modification or Disallowance |
|---|---|---|---|---|
| CITY OF SANTA CLARA MUNICIPAL SERVICES 1500 WARBURTON AVE SANTA CLARA, CA  95050 | 490 2/18/09 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $347,982.20 (U) $347,982.20 (T) | - (S) - (A) - (P) $347,826.04 (U) $347,826.04 (T) | Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proof of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. |
| COMMONWEALTH OF MASSACHUSETTS DEPARTMENT OF REVENUE PO BOX 9564 BOSTON, MA  02114-9564 | 7507 11/22/10 09-10145 CoreTek, Inc. | - (S) - (A) $48.58 (P) $540.00 (U) $588.58 (T) | Disallowed | Based on careful review of the Debtors' Books and Records, their Schedules, and the proof of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing by any of the Debtors to the claimant with respect to such claim and none of the Debtors in these chapter 11 cases is liable for the claim.  In addition, the Debtor does not believe interest and penalties are appropriate. |
| COMPUCOM SYSTEMS INC COMPUCOM P.O. BOX 951654 DALLAS, TX  75395-1654 | 6790 1/19/10 09-12515 Nortel Networks (CALA), Inc. | - (S) - (A) - (P) $18,732.35 (U) $18,732.35 (T) | - (S) - (A) - (P) $18,455.51 (U) $18,455.51 (T) | Partial No Liability Claim. Based on careful review of the Debtors' Books and Records, the Debtors do not recognize $276.84 as valid liabilities of any Debtor in these chapter 11 cases, as claimant has billed for $237.01 of late fees on invoice# 89707103 and $39.83 of late fees on invoice# 89695366.  Claimant should also locate this claim on Exhibit B to this Objection. |
| CORE BROOKFIELD LAKES, LLC 18000 WEST SARAH LANE, STE 250 BROOKFIELD, WI  53045 | 5868 10/5/09 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $86,653.06 (U) $86,653.06 (T) | - (S) - (A) - (P) $77,653.06 (U) $77,653.06 (T) | Partial No Supporting Documentation Claim.  Based on careful review of the Debtors' Books and Records, their Schedules and the Proof of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.  The Proof of Claim provides insufficient documentation regarding an alleged $10,000 charge for repair of the leased premises. |
| DATA GROUP OF COMPANIES, THE 9195 TORBRAM ROAD BRAMPTON, ON  L6S 6H2 CANADA | 4347 9/28/09 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $1,339.84 (U) $1,339.84 (T) | - (S) - (A) - (P) $1,098.01 (U) $1,098.01 (T) | Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proof of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit A

### No-Basis Claims and Modified, Reclassified and Allowed Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | Reason for Modification or Disallowance |
|---|---|---|---|---|
| DELTA NETWORKS, INC.<br>VICTOR CHENG / PRESIDENT<br>186 RUEY KUANG ROAD<br>NEIHU<br>TAIPEI 11491<br>TAIWAN, R.O.C. | 270<br>2/13/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$52,993.76 (U)<br>$52,993.76 (T) | - (S)<br>- (A)<br>- (P)<br>$47,766.48 (U)<br>$47,766.48 (T) | Partial Redundant Invoice Claim. $5,227.28 of claimed amount is redundant of an allowable amount of claim 1035 filed by claimant. |
| DEPARTMENT OF REVENUE<br>STATE OF MISSOURI<br>BOX 475<br>JEFFERSON CITY, MO 65105 | 751<br>3/30/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$1,386.96 (P)<br>$22,788.67 (U)<br>$24,175.63 (T) | Disallowed | Based on careful review of the Debtors' Books and Records, their Schedules, and the proof of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing by any of the Debtors to the claimant with respect to such claim and none of the Debtors in these chapter 11 cases is liable for the claim. |
| DEPARTMENT OF REVENUE<br>STATE OF MISSOURI<br>BOX 475<br>JEFFERSON CITY, MO 65105 | 752<br>3/30/09<br>09-10140<br>Nortel Altsystems, Inc. | - (S)<br>- (A)<br>$1,135.34 (P)<br>$2,948.12 (U)<br>$4,083.46 (T) | Disallowed | Based on careful review of the Debtors' Books and Records, their Schedules, and the proof of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing by any of the Debtors to the claimant with respect to such claim and none of the Debtors in these chapter 11 cases is liable for the claim. |
| DOCULINK INTERNATIONAL INC.<br>120 HERZBERG RD<br>OTTAWA, ON K2K 3B7<br>CANADA | 4784<br>9/29/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$17,215.21 (U)<br>$17,215.21 (T) | Disallowed | Non-Debtor Liability Claim. Claim asserts amounts that the Debtors do not recognize in their Books and Records as valid liabilities of any of the Debtors in these chapter 11 cases and appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases. |
| DOCULINK INTERNATIONAL INC.<br>120 HERZBERG RD<br>OTTAWA, ON K2K 3B7<br>CANADA | 4785<br>9/29/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$7,299.29 (U)<br>$7,299.29 (T) | Disallowed | Non-Debtor Liability Claim. Claim asserts amounts that the Debtors do not recognize in their Books and Records as valid liabilities of any of the Debtors in these chapter 11 cases and appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases. |
| EATON CORPORATION<br>GLOBAL TRADE CREDIT DEPT.<br>ATTN: RUPAL PATEL<br>1000 EATON BLVD. MAILCODE 3N<br>CLEVELAND, OH 44122 | 3491<br>9/23/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$8,826.38 (U)<br>$8,826.38 (T) | - (S)<br>- (A)<br>- (P)<br>$8,805.69 (U)<br>$8,805.69 (T) | Partial No Liability Claim. Based on careful review of the Debtors' Books and Records, the Debtors do not recognize $2.05 on invoice #25818742, and $18.64 in regard to credit invoice #28063795 as valid liabilities of any Debtor in these chapter 11 cases. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

# Exhibit A

## No-Basis Claims and Modified, Reclassified and Allowed Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | Reason for Modification or Disallowance |
|---|---|---|---|---|
| EMPLOYMENT DEVELOPMENT DEPARTMENT<br>BANKRUPTCY GROUP MIC 92E<br>PO BOX 826880<br>SACRAMENTO, CA 94280-0001 | 1353<br>6/9/09<br>09-10140<br>Nortel Altsystems, Inc. | - (S)<br>- (A)<br>$20,152.81 (P)<br>$2,447.60 (U)<br>$22,600.41 (T) | Disallowed | Based on careful review of the Debtors' Books and Records, their Schedules, and the proof of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing by any of the Debtors to the claimant with respect to such claim and none of the Debtors in these chapter 11 cases is liable for the claim. |
| EXPHIL CALIBRATION LABS INC<br>415 CENTRAL AVENUE<br>BOHEMIA, NY 11716 | 6427<br>12/28/09<br>09-12515<br>Nortel Networks (CALA), Inc. | - (S)<br>- (A)<br>- (P)<br>$410.60 (U)<br>$410.60 (T) | - (S)<br>- (A)<br>- (P)<br>$382.31 (U)<br>$382.31 (T) | Partial No Liability Claim. Based on careful review of the Debtors' Books and Records, the Debtors do not recognize $28.29 for invoice 45878 as a valid liability of any Debtor in these chapter 11 cases. |
| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: THOMSON FINANCIAL LLC<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | 4759<br>9/29/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$62,782.63 (U)<br>$62,782.63 (T) | Disallowed | Non-Debtor Liability Claim. Claim asserts amounts that the Debtors do not recognize in their Books and Records as valid liabilities of any of the Debtors in these chapter 11 cases and appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases. |
| FLAGLER DEVELOPMENT COMPANY<br>4601 TOUCHTON RD E STE 3200<br>JACKSONVILLE, FL 32246-4485 | 3417<br>9/22/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$92,908.44 (U)<br>$92,908.44 (T) | - (S)<br>- (A)<br>- (P)<br>$91,427.01 (U)<br>$91,427.01 (T) | Reduce and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proof of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. The Debtors have made this determination based on calculations reflecting the maximum allowable claim amount pursuant to the cap imposed by Section 502(b)(6) of the Bankruptcy Code. |
| FUTURESIGHT PIER INC<br>335 APPLEBROOK DR<br>CHAGRIN FALLS, OH 44022-2529 | 1795<br>8/19/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$14,250.00 (U)<br>$14,250.00 (T) | - (S)<br>- (A)<br>- (P)<br>$13,185.54 (U)<br>$13,185.54 (T) | Partially Satisfied Claim. Claim should be modified to remove $1,064.46 in invoices paid pursuant to one or more of the Payment Orders and/or in the ordinary course of business.<br><br>Invoice # 2114 was paid in the amount of $794.19 on 11/30/2010, payment document 6000020338.<br><br>Invoice # 2119 was paid in the amount of $270.27 on 11/30/2010, payment document 6000020338. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit A

### No-Basis Claims and Modified, Reclassified and Allowed Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | Reason for Modification or Disallowance |
|---|---|---|---|---|
| GEORGIA DEPARTMENT OF REVENUE<br>COMPLIANCE DIVISION<br>BANKRUPTCY SECTION<br>P.O. BOX 161108<br>ATLANTA, GA 30321 | 7469<br>10/18/10<br>09-10140<br>Nortel Altsystems, Inc. | - (S)<br>- (A)<br>$2,173.51 (P)<br>$8,929.06 (U)<br>$11,102.57 (T) | Disallowed | Based on careful review of the Debtors' Books and Records, their Schedules, and the proof of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing by any of the Debtors to the claimant with respect to such claim and none of the Debtors in these chapter 11 cases is liable for the claim. |
| GIBSON DUNN CRUTCHER LLP<br>DEPT 0723<br>LOS ANGELES, CA 90084-0723 | 6890<br>1/25/10<br>09-12515<br>Nortel Networks<br>(CALA), Inc. | - (S)<br>- (A)<br>- (P)<br>$33,852.67 (U)<br>$33,852.67 (T) | - (S)<br>- (A)<br>- (P)<br>$33,565.55 (U)<br>$33,565.55 (T) | Partial No Liability Claim. Based on careful review of the Debtors' Books and Records, the Debtors do not recognize $287.12 for invoice 2008122035 as a valid liability of any Debtor in these chapter 11 cases. |
| GRANDMONT CONSULTING INC<br>1350 ERINDALE CRESCENT<br>LONDON, ON  N5X 1V9<br>CANADA | 4139<br>9/28/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$10,320.00 (U)<br>$10,320.00 (T) | - (S)<br>- (A)<br>- (P)<br>$10,074.29 (U)<br>$10,074.29 (T) | Partially Satisfied Claim.  Claim should be modified to remove $245.71 in invoices paid pursuant to one or more of the Payment Orders and/or in the ordinary course of business.<br><br>Invoice # 1523B was paid in the amount of $245.71 on 1/3/2010, payment document 6200016256. |
| HAYNES AND BOONE, LLP<br>ATTN: STEPHEN M. PEZANOSKY,<br>PARTNER<br>2323 VICTORY AVENUE, SUITE 700<br>DALLAS, TX  75219 | 391<br>2/23/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$41,880.54 (U)<br>$41,880.54 (T) | - (S)<br>- (A)<br>- (P)<br>$40,188.80 (U)<br>$40,188.80 (T) | Partial Non-Debtor Invoice Claim. Claim should be modified to remove $1,530.24 for invoice 20435409 and $161.50 for invoice 20440926 that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases. None of the Debtors in these chapter 11 cases is liable for the overstated portion of the claim. |
| INFOSYS TECHNOLOGIES LTD.<br>PLOT NO 45 & 46 ELECTRONICS<br>CITY HOSUR ROAD<br>BANGALORE, KA  560100<br>INDIA | 3072<br>9/16/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$4,317,330.39 (U)<br>$4,317,330.39 (T) | - (S)<br>- (A)<br>- (P)<br>$4,273,494.49 (U)<br>$4,273,494.49 (T) | Partially Satisfied Claim.  Claim should be modified to remove invoice 2100013668 in the amount of $30,000.00 that was paid on 12/16/2008, payment document 6200005709.<br><br>Partially Satisfied Claim. Claim should be modified to reflect partial payment of $4,813.32 on invoice # 2100057218 on 3/2/2009 clearing identification 6200016271 and $5,022.28 on invoice #2100093873 on 11/9/2009, payment document 6200016297.<br><br>Partial No Liability Claim.  Claim should be modified to remove $4,000.00 for invoice 210000827A which is not found in the Debtor's books and records. As a result, none of the Debtors in these chapter 11 cases is liable for that portion of the claim. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

*Page 6 of 13*

## Exhibit A

### No-Basis Claims and Modified, Reclassified and Allowed Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | Reason for Modification or Disallowance |
|---|---|---|---|---|
| INNODATA ISOGEN INC<br>3 UNIVERSITY PLZ<br>HACKENSACK, NJ  07601-6208 | 2784<br>9/9/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$325,420.43 (U)<br>$325,420.43 (T) | - (S)<br>- (A)<br>- (P)<br>$325,246.01 (U)<br>$325,246.01 (T) | Partial No Liability Claim. Based on careful review of the Debtors' Books and Records, the Debtors do not recognize $174.42 from invoice #0000146154IN issued under no purchase order, as a valid liability of any Debtor in these chapter 11 cases. |
| ITOH INTERNATIONAL PATENT OFFICE<br>32ND FL YEBISU GARDEN PL TOWER<br>20-3 EBISU 4-CHOME, SHIBUYA-KU<br>TOKYO  150-6032<br>JAPAN | 2678<br>9/8/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$4,743.41 (U)<br>$4,743.41 (T) | - (S)<br>- (A)<br>- (P)<br>$4,550.53 (U)<br>$4,550.53 (T) | Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proof of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. |
| JERSEY CENTRAL POWER & LIGHT<br>A FIRSTENERGY COMPANY<br>331 NEWMAN SPRINGS RD<br>BUILDING THREE<br>RED BANK, NJ  07701 | 182<br>1/23/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$2,659.44 (U)<br>$2,659.44 (T) | - (S)<br>- (A)<br>- (P)<br>$2,036.66 (U)<br>$2,036.66 (T) | Partial No Liability Claim. Based on careful review of the Debtors' Books and Records, the Debtors do not recognize $622.70 as valid liabilities of any Debtor in these chapter 11 cases |
| KELLY SERVICES, INC.<br>999 W BIG BEAVER ROAD<br>TROY, MI  48084 | 623<br>3/10/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$7,319.20 (U)<br>$7,319.20 (T) | - (S)<br>- (A)<br>- (P)<br>$3,680.00 (U)<br>$3,680.00 (T) | Partial No Liability Claim. Based on careful review of the Debtors' Books and Records, the Debtors do not recognize $79.20 on invoice #0666090107, $1,720.00 on invoice #3207502508, $920.00 on invoice #3809623608 and $920.00 on invoice# 3910898508 as valid liabilities of any Debtor in these chapter 11 cases. |
| LONG ISLAND LIGHTING COMPANY<br>DBA LIPA<br>ELISA M PUGLIESE, ESQ.<br>175 E. OLD COUNTRY ROAD<br>HICKSVILLE, NY  11801 | 504<br>3/3/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$81,915.51 (U)<br>$81,915.51 (T) | - (S)<br>- (A)<br>- (P)<br>$66,042.49 (U)<br>$66,042.49 (T) | Partial No Liability Claim. Based on careful review of the Debtors' Books and Records, the Debtors do not recognize $15,873.02 as valid liabilities of any Debtor in these chapter 11 cases. None of the Debtors in these chapter 11 cases is liable for the overstated portion of the claim. |
| MBA SOLLICITORS R/S VIRGINIE BOUET<br>4 AVENUE VAN DYCK<br>PARIS  75008<br>FRANCE | 5449<br>9/30/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$3,472.00 (U)<br>$3,472.00 (T) | Disallowed | No Amount Due Claim. Based on careful review of the Debtors' Books and Records, their Schedules, and the proof of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing by any of the Debtors to the claimant with respect to such claim and none of the Debtors in these chapter 11 cases is liable for the claim. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

# Exhibit A

## No-Basis Claims and Modified, Reclassified and Allowed Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | Reason for Modification or Disallowance |
|---|---|---|---|---|
| MERCURY COMMUNICATIONS SA<br>LEANDRO N ALEM 584<br>6 FLOOR CAPITAL FEDERAL<br>BUENOS AIRES  1001<br>ARGENTINA | 7509<br>12/3/10<br>09-12515<br>Nortel Networks<br>(CALA), Inc. | - (S)<br>- (A)<br>- (P)<br>$82,722.00 (U)<br>$82,722.00 (T) | Disallowed | No Amount Due Claim. Based on careful review of the Debtors' Books and Records, their Schedules, and the proof of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing by any of the Debtors to the claimant with respect to such claim and none of the Debtors in these chapter 11 cases is liable for the claim. |
| MOLEX<br>ATTN : MIKE FRITZ<br>2222 WELLINGTON COURT<br>LISLE, IL  60532 | 5465<br>9/30/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$11,967.84 (A)<br>- (P)<br>$1,600.00 (U)<br>$13,567.84 (T) | - (S)<br>$10,890.00 (A)<br>- (P)<br>- (U)<br>$10,890.00 (T) | Partial Non-Debtor Invoice Claim. Claim should be modified to remove $2,677.84 for invoices that appear to relate to transactions with affiliates that are not a Debtor in these chapter 11 cases. None of the Debtors in these chapter 11 cases is liable for the overstated portion of the claim. |
| NETWORK ENGINEERING<br>C/O ROBERT MORGAN, JR.<br>1900 NW EXPRESSWAY, SUITE 450<br>50 PENN PLACE<br>OKLAHOMA CITY, OK  73118 | 3831<br>9/25/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$625,152.95 (U)<br>$625,152.95 (T) | - (S)<br>- (A)<br>- (P)<br>$600,018.52 (U)<br>$600,018.52 (T) | Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proof of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. |
| NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE<br>BANKRUPCTY SECTION<br>PO BOX 5300<br>ALBANY, NY  12205-0300 | 6118<br>10/29/09<br>09-10140<br>Nortel Altsystems, Inc. | - (S)<br>- (A)<br>- (P)<br>$67.57 (U)<br>$67.57 (T) | Disallowed | Based on careful review of the Debtors' Books and Records, their Schedules, and the proof of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing by any of the Debtors to the claimant with respect to such claim and none of the Debtors in these chapter 11 cases is liable for the claim. |
| NORTH CAROLINA DEPARTMENT OF REVENUE<br>ANGELA C. FOUNTAIN BANKRUPTCY MANAGER<br>COLLECTIONS EXAMINATION DIVISION<br>PO BOX 1168<br>RALEIGH, NC  27602-1168 | 5949<br>9/30/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$3,165.42 (U)<br>$3,165.42 (T) | Disallowed | Based on careful review of the Debtors' Books and Records, their Schedules, and the proof of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing by any of the Debtors to the claimant with respect to such claim and none of the Debtors in these chapter 11 cases is liable for the claim. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit A

### No-Basis Claims and Modified, Reclassified and Allowed Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | Reason for Modification or Disallowance |
|---|---|---|---|---|
| NORTH STATE COMMUNICATIONS<br>GINNY WALTER<br>LINWOOD FOSTER<br>111 N MAIN ST<br>HIGH POINT, NC  27261-2326 | 6465<br>12/28/09<br>09-12515<br>Nortel Networks (CALA), Inc. | - (S)<br>- (A)<br>- (P)<br>$23.64 (U)<br>$23.64 (T) | Disallowed | No Amount Due Claim. Based on careful review of the Debtors' Books and Records, their Schedules, and the proof of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing by any of the Debtors to the claimant with respect to such claim and none of the Debtors in these chapter 11 cases is liable for the claim. |
| OPEN TERRACE ASSOCIATES LLC<br>2851 CHARLEVOIX DRIVE<br>SE, SUITE 325<br>GRAND RAPIDS, MI  49546-7092 | 2959<br>9/14/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$17,995.20 (U)<br>$17,995.20 (T) | - (S)<br>- (A)<br>- (P)<br>$16,747.17 (U)<br>$16,747.17 (T) | Reduce and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proof of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.  The Debtors have made this determination based on calculations reflecting the maximum allowable claim amount pursuant to the cap imposed by Section 502(b)(6) of the Bankruptcy Code. |
| ORACLE USA, INC.<br>C/ O BUCHALTER NEMER, P. C.<br>ATTN: SHAWN CHRISTIANSON, ESQ.<br>55 SECOND STREET, 17TH FLOOR<br>SAN FRANCISCO, CA  94105-3493 | 3947.01<br>9/28/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$162,814.97 (U)<br>$162,814.97 (T) | - (S)<br>- (A)<br>- (P)<br>$103,002.79 (U)<br>$103,002.79 (T) | Partially Satisfied Claim. Claim should be modified to remove invoices totaling $2,154.02 that were paid on 11/3/2008, payment document 6100008823.<br><br>Partial Non-Debtor Invoice Claim. Claim should be modified to remove a $7,793.23 invoice that appears to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases. None of the Debtors in these chapter 11 cases is liable for the overstated portion of the claim.<br><br>Partial No Liability Claim. Claim should be modified to remove $23,010.00 on invoice 6290909, because the invoice was cancelled and subsequently rebilled under invoice 6296718. As a result, none of the Debtors in these chapter 11 cases is liable for that portion of the claim.<br><br>Partial No Liability Claim. Based on careful review of the Debtors' Books and Records, the Debtors do not recognize $26,217.00 as valid liabilities of any Debtor in these chapter 11 cases, as the PO in question has been billed in full and and further reduced in the amount of 637.93 for an invalid invoice # 62911611. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit A

### No-Basis Claims and Modified, Reclassified and Allowed Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | Reason for Modification or Disallowance |
|---|---|---|---|---|
| PRIETO & CARRIZOSA SA<br>CRA 9 NO 74-08 OFIC<br>305 CONMUTADOR<br>BOGOTA<br>COLOMBIA | 6902.01<br>1/25/10<br>09-12515<br>Nortel Networks<br>(CALA), Inc. | - (S)<br>- (A)<br>- (P)<br>$0.23 (U)<br>$0.23 (T) | Disallowed | No Amount Due Claim. Based on careful review of the Debtors' Books and Records, their Schedules, and the proof of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing by any of the Debtors to the claimant with respect to such claim and none of the Debtors in these chapter 11 cases is liable for the claim. |
| QUESTIONMARK CORPORATION<br>535 CONNECTICUT AVE, SUITE 100<br>NORWALK, CT  06854 | 740<br>3/16/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$800.00 (U)<br>$800.00 (T) | - (S)<br>- (A)<br>- (P)<br>$696.55 (U)<br>$696.55 (T) | Partially Satisfied Claim.  Claim should be modified to remove $103.45 in invoices paid pursuant to one or more of the Payment Orders and/or in the ordinary course of business.<br><br>Invoice # 14924 was paid in the amount of 103.45 on 11/5/10, payment document 6000020155. |
| QWEST COMMUNICATIONS COMPANY, LLC<br>ATTN: JANE FREY<br>1801 CALIFORNIA ST RM 900<br>DENVER, CO  80202-2658 | 75<br>2/6/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$20,110.84 (U)<br>$20,110.84 (T) | - (S)<br>- (A)<br>- (P)<br>$6,078.17 (U)<br>$6,078.17 (T) | Partial No Supporting Documentation Claim. Claim is overstated by $14,032.67 for which no support is provided by claimant, and based on careful review of the Debtors' Books and Records, the Debtors do not recognize as a valid liability of any Debtor in these chapter 11 cases. |
| QWEST CORPORATION<br>ATTN: JANE FREY<br>1801 CALIFORNIA ST RM 900<br>DENVER, CO  80202-2658 | 85<br>1/29/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$9,165.71 (U)<br>$9,165.71 (T) | - (S)<br>- (A)<br>- (P)<br>$2,119.01 (U)<br>$2,119.01 (T) | Partial No Supporting Documentation Claim. Claim is overstated by $7,046.70 for which no support is provided by claimant, and based on careful review of the Debtors' Books and Records, the Debtors do not recognize as a valid liability of any Debtor in these chapter 11 cases. |
| RAFAEL CAMPO ASOCIADOS LTDA<br>INDUSTRIAL PROPERTY<br>CALLE 113 NO-7-21 TORRE A OF. 508<br>BOGOTA<br>COLOMBIA | 964<br>4/17/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$1,185.00 (U)<br>$1,185.00 (T) | Disallowed | Non-Debtor Liability Claim. Claim asserts amounts that the Debtors do not recognize in their Books and Records as valid liabilities of any of the Debtors in these chapter 11 cases and appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases. |
| RAY KERHAERT GARAGE INC<br>1396 RIDGE ROAD WEST<br>ROCHESTER, NY  14615 | 6469<br>12/28/09<br>09-12515<br>Nortel Networks<br>(CALA), Inc. | - (S)<br>- (A)<br>- (P)<br>$43.99 (U)<br>$43.99 (T) | Disallowed | No Amount Due Claim. Based on careful review of the Debtors' Books and Records, their Schedules, and the proof of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing by any of the Debtors to the claimant with respect to such claim and none of the Debtors in these chapter 11 cases is liable for the claim. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit A

### No-Basis Claims and Modified, Reclassified and Allowed Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | Reason for Modification or Disallowance |
|---|---|---|---|---|
| SIERRA TELEPHONE CO INC<br>49150 ROAD 426, PO BOX 219<br>OAKHURST, CA 93644-0219 | 6927<br>1/25/10<br>09-12515<br>Nortel Networks<br>(CALA), Inc. | - (S)<br>- (A)<br>- (P)<br>$100.62 (U)<br>$100.62 (T) | Disallowed | No Amount Due Claim. Based on careful review of the Debtors' Books and Records, their Schedules, and the proof of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing by any of the Debtors to the claimant with respect to such claim and none of the Debtors in these chapter 11 cases is liable for the claim. |
| SOURCEDIRECT<br>4555 EXCEL PARKWAY<br>ADDISON, TX 75001 | 3934<br>9/28/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$4,634.96 (U)<br>$4,634.96 (T) | - (S)<br>- (A)<br>- (P)<br>$4,303.89 (U)<br>$4,303.89 (T) | Partially Satisfied Claim. Claim should be modified to remove $331.07 in invoices paid pursuant to one or more of the Payment Orders and/or in the ordinary course of business.<br><br>Invoice # 10350 was paid in the amount of $131.29 on 11/4/2010, payment document 6100024930.<br><br>Invoice # 10352 was paid in the amount of $99.60 on 11/3/2010, payment document 6100024915.<br><br>Invoice # 10354 was paid in the amount of $100.18 on 11/4/2010, payment document 6100025000. |
| ST. PAUL PROPERTIES, INC.<br>C/O JOSEPH M. VANLEUVEN<br>DAVIS WRIGHT TREMAINE LLP<br>1300 SW 5TH AVENUE, SUITE 2300<br>PORTLAND, OR 97232 | 1788<br>8/19/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$89,252.00 (U)<br>$89,252.00 (T) | - (S)<br>- (A)<br>- (P)<br>$87,950.34 (U)<br>$87,950.34 (T) | Reduce and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proof of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. The Debtors have made this determination based on calculations reflecting the maximum allowable claim amount pursuant to the cap imposed by Section 502(b)(6) of the Bankruptcy Code. |
| TANNOR PARTNERS CREDIT FUND, LP<br>TRANSFEROR: WJF TELECOM LLC<br>150 GRAND STREET, STE 401<br>WHITE PLAINS, NY 10601 | 23.01<br>1/22/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$18,170.00 (U)<br>$18,170.00 (T) | - (S)<br>- (A)<br>- (P)<br>$16,155.00 (U)<br>$16,155.00 (T) | Partial Non-Debtor Invoice Claim. Claim should be modified to remove $2,015.00 for invoice 1524 that appears to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases. None of the Debtors in these chapter 11 cases is liable for the overstated portion of the claim. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

*Page 11 of 13*

## Exhibit A

### No-Basis Claims and Modified, Reclassified and Allowed Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|
| TANNOR PARTNERS CREDIT FUND, LP<br>TRANSFEROR: CCPIT PATENT AND<br>TRADEMARK L<br>ATTN: ROBERT TANNOR<br>150 GRAND ST, STE 401<br>WHITE PLAINS, NY  10601 | 2605<br>9/4/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$2,118.33 (U)<br>$2,118.33 (T) | - (S)<br>- (A)<br>- (P)<br>$1,615.42 (U)<br>$1,615.42 (T) | Partial Non-Debtor Invoice Claim. Claim should be modified to remove $495.00 for invoice   PAF05633416 that appears to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases. None of the Debtors in these chapter 11 cases is liable for the overstated portion of the claim.<br><br>Partial No Liability Claim. Based on careful review of the Debtors' Books and Records, the Debtors do not recognize $7.91 as valid liabilities of any Debtor in these chapter 11 cases. |
| THERMOTRON<br>291 KOLLEN PARK DRIVE<br>HOLLAND, MI  49423 | 2695<br>9/8/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$8,332.32 (U)<br>$8,332.32 (T) | - (S)<br>- (A)<br>- (P)<br>$8,311.74 (U)<br>$8,311.74 (T) | Partial No Liability Claim. Claimant issued Credit 13864REV in December 2009 for $20.58. |
| TIME MATTERS GMBH<br>GUTENBERGSTR 6<br>NEU - ISENBURG  63263<br>GERMANY | 7140<br>3/9/10<br>09-12515<br>Nortel Networks<br>(CALA), Inc. | - (S)<br>- (A)<br>- (P)<br>$2,117.76 (U)<br>$2,117.76 (T) | Disallowed | Non-Debtor Liability Claim. Claim asserts amounts that the Debtors do not recognize in their Books and Records as valid liabilities of any of the Debtors in these chapter 11 cases and appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases. |
| TRS<br>TRS REN TELCO<br>PO BOX 619260<br>DFW AIRPORT, TX  75261-9260 | 7027<br>1/28/10<br>09-12515<br>Nortel Networks<br>(CALA), Inc. | - (S)<br>- (A)<br>- (P)<br>$5,391.86 (U)<br>$5,391.86 (T) | - (S)<br>- (A)<br>- (P)<br>$5,303.53 (U)<br>$5,303.53 (T) | Partial No Liability Claim. Based on careful review of the Debtors' Books and Records, the Debtors do not recognize $88.33 as valid liabilities of any Debtor in these chapter 11 cases. |
| WEST VIRGINIA STATE TREASURER'S OFFICE<br>UNCLAIMED PROPERTY DIVISION<br>ONE PLAYERS CLUB DRIVE<br>CHARLESTON, WV  25311-1639 | 538<br>3/9/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$150.00 (U)<br>$150.00 (T) | Disallowed | Based on careful review of the Debtors' Books and Records, their Schedules, and the proof of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing by any of the Debtors to the claimant with respect to such claim and none of the Debtors in these chapter 11 cases is liable for the claim. |
| WIND RIVER SYSTEMS, INC.<br>ATTN: ACCOUNTS RECEIVABLE<br>500 WIND RIVER WAY<br>ALAMEDA, CA  94501 | 3941<br>9/28/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$381,339.74 (U)<br>$381,339.74 (T) | - (S)<br>- (A)<br>- (P)<br>$372,955.46 (U)<br>$372,955.46 (T) | Partial No Liability Claim. Based on careful review of the Debtors' Books and Records, the Debtors do not recognize $8,384.28 from invoice #2019595, issued under fully paid purchase order #4320018464,as valid liabilities of any Debtor in these chapter 11 cases. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit A

### No-Basis Claims and Modified, Reclassified and Allowed Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|
| WRITING MACHINE<br>19 CITY BUSINESS CENTRE, HYDE STREET<br>WINCHESTER  SO23 7TA<br>UNITED KINGDOM | 2856<br>9/11/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$5,726.51 (U)<br>$5,726.51 (T) | - (S)<br>- (A)<br>- (P)<br>$5,100.42 (U)<br>$5,100.42 (T) | Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proof of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. |
| **Totals:** | **61 Claims** | - (S)<br>$11,967.84 (A)<br>$24,897.20 (P)<br>$8,197,814.48 (U)<br>$8,234,679.52 (T) | - (S)<br>$10,890.00 (A)<br>- (P)<br>$7,209,441.20 (U)<br>$7,220,331.20 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed