**<u>EXHIBIT B</u>**

# Exhibit B

## Wrong Debtor Claims, Redundant Claims and No-Basis Equity Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| ACCULOGIC INC<br>175 RIVIERA DR<br>MARKHAM, ON  L3R 5J6<br>CANADA | 2394<br>9/1/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$998.68 (U)<br>$998.68 (T) | Disallowed | | Claim is redundant of claim 657 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. |
| CADENCE DESIGN SYSTEMS INC<br>2655 SEELY AVENUE<br>BUILDING 5<br>ATTENTION: ROBERT GARCIA<br>SAN JOSE, CA  95134-1931 | 2339<br>8/27/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$52,148.31 (U)<br>$52,148.31 (T) | Disallowed | | Claim is redundant of claim 8025 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. |
| COMPUCOM SYSTEMS INC<br>COMPUCOM<br>P.O. BOX 951654<br>DALLAS, TX  75395-1654 | 6790<br>1/19/10<br>09-12515<br>Nortel Networks<br>(CALA), Inc. | - (S)<br>- (A)<br>- (P)<br>$18,732.35 (U)<br>$18,732.35 (T) | - (S)<br>- (A)<br>- (P)<br>$18,732.35 (U)<br>$18,732.35 (T) | 09-10138<br>Nortel Networks Inc. | Wrong or No Debtor. Based on the careful review of the Books and Records, the Schedules, and the proof of claim, including supporting documentation provided by the Claimant, the Debtors have determined that the Claim should be asserted against Nortel Networks Inc.<br><br>The claimant should also locate this claim on Exhibit A to this Objection.  As set forth in that Exhibit, $18,455.51  of the claim is allowable. |
| MERCHANTS EQUITY<br>1522 W. MANCHESTER AVE<br>LOS ANGELES, CA  90047 | 8804<br>11/20/15<br>09-10138<br>Nortel Networks Inc. | Unspecified* | Disallowed | | Claim is based on ownership of equity interest in the Canadian Debtors, and therefore fails to meet the standard for prima facie validity. |
| TELEMATIC COMMUNICATIONS<br>PTY LTD<br>T/AS ADVATEL<br>133 MORAY STREET<br>SOUTH MELBOURNE<br>VICTORIA  3205<br>AUSTRALIA | 462<br>3/3/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$1,342.00 (U)<br>$1,342.00 (T) | Disallowed | | Claim is redundant of claim 6795 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

**Exhibit B**

**Wrong Debtor Claims, Redundant Claims and No-Basis Equity Claims**

## Claim to be Modified

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| TROP, PRUNER & HU, P.C.<br>1616 S. VOSS RD., STE. 750<br>HOUSTON, TX 77057 | 3759<br>9/25/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$661.50 (U)<br>$661.50 (T) | - (S)<br>- (A)<br>- (P)<br>$661.50 (U)<br>$661.50 (T) | 09-10138<br>Nortel Networks Inc. | Wrong or No Debtor. Based on the careful review of the Books and Records, the Schedules, and the proof of claim, including supporting documentation provided by the Claimant, the Debtors have determined that the Claim should be asserted against Nortel Networks Inc. |
| VANDYKE SOFTWARE<br>4848 TRAMWAY RIDGE DR. NE #101<br>ALBUQUERQUE, NM 87111 | 2673<br>9/8/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$190.00 (U)<br>$190.00 (T) | Disallowed | | Claim is redundant of claim 2674 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. |
| **Totals:** | **7 Claims** | **- (S)**<br>**- (A)**<br>**- (P)**<br>**$74,072.84 (U)**<br>**$74,072.84 (T)** | **- (S)**<br>**- (A)**<br>**- (P)**<br>**$19,393.85 (U)**<br>**$19,393.85 (T)** | | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed