<u>**EXHIBIT A**</u>

**Exhibit A**

**No-Basis Claims, No-Basis 503(b)(9) Claims, No-Basis Deferred Compensation Claims, No-Basis Pension Claims, No-Basis retiree Claims, No-Basis 401(k) Claims, Redundant Claims, Modified, Reclassified and Allowed Claims and Wrong Debtor Claims**

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| ADAMYK, GORDON B 137 BROADMEADOW RD GROTON, MA 01450 | 4505 9/29/09 NO DEBTOR | - (S) - (A) $120,275.43 (P) - (U) $120,275.43 (T) | - (S) - (A) - (P) $2,647.00 (U) $2,647.00 (T) | 09-10138 NORTEL NETWORKS INC. | Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.

Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount.

Wrong or No Debtor. Based on a careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors believe that the Claim should be asserted against the Identified Debtor.

The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan. Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released. See D.I.s 9127 and 9323. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

# Exhibit A

**No-Basis Claims, No-Basis 503(b)(9) Claims, No-Basis Deferred Compensation Claims, No-Basis Pension Claims, No-Basis retiree Claims, No-Basis 401(k) Claims, Redundant Claims, Modified, Reclassified and Allowed Claims and Wrong Debtor Claims**

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| ANDERSON, CARL A. 8945 HUNTCLIFF TRACE ATLANTA, GA 30350 | 3684 9/24/09 NO DEBTOR | - (S) - (A) - (P) $74,764.40 (U) $74,764.40 (T) | - (S) - (A) - (P) $76,696.00 (U) $76,696.00 (T) | 09-10138 NORTEL NETWORKS INC. | The Claim asserts liability for non-qualified pension benefits.<br><br>Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Wrong or No Debtor. Based on a careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors believe that the Claim should be asserted against the Identified Debtor. |
| BACCHIOCHI, GERRY 1541 SKY ROCK WAY CASTLE ROCK, CO 80109-3692 | 3625 9/24/09 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $20,321.59 (U) $20,321.59 (T) | - (S) - (A) - (P) $18,411.00 (U) $18,411.00 (T) | 09-10138 NORTEL NETWORKS INC. | The Claim asserts liability for non-qualified pension benefits.<br><br>Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit A

### No-Basis Claims, No-Basis 503(b)(9) Claims, No-Basis Deferred Compensation Claims, No-Basis Pension Claims, No-Basis retiree Claims, No-Basis 401(k) Claims, Redundant Claims, Modified, Reclassified and Allowed Claims and Wrong Debtor Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| BHATT, JITENDRA D 204 WILLINGHAM ROAD MORRISVILLE, NC 27560 | 3456 9/22/09 NO DEBTOR | - (S) - (A) - (P) $199,400.00 (U) $199,400.00 (T) | - (S) $4,738.94 (A) $3,251.00 (P) $202,167.08 (U) $210,157.02 (T) | 09-10138 NORTEL NETWORKS INC. | This claim asserts liability for termination benefits. Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. Wrong or No Debtor. Based on a careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors believe that the Claim should be asserted against the Identified Debtor. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit A

**No-Basis Claims, No-Basis 503(b)(9) Claims, No-Basis Deferred Compensation Claims, No-Basis Pension Claims, No-Basis retiree Claims, No-Basis 401(k) Claims, Redundant Claims, Modified, Reclassified and Allowed Claims and Wrong Debtor Claims**

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| BOVENIZER, WILLIAM<br>11 BOLLAND CRESCENT<br>AJAX, ONTARIO  L1S 3G8<br>CANADA | 311<br>2/17/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$321,090.00 (P)<br>- (U)<br>$321,090.00 (T) | Disallowed | | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates.<br><br>The Claim asserts liability for non-qualified pension benefits.<br><br>Claim is partially redundant of claim 4012 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. Remaining claim 4012 has also been modified, reclassified and/or applied to the correct debtor on this Exhibit. |
| BOVENIZER, WILLIAM<br>11 BOLLAND CRES<br>AJAX  L1S 3G8<br>CANADA | 4011<br>9/25/09<br>NO DEBTOR | - (S)<br>- (A)<br>$6,939.00 (P)<br>- (U)<br>$6,939.00 (T) | Disallowed | | The Claim asserts liability for non-qualified pension benefits.<br><br>Claim is redundant of claim 4012 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. Remaining claim 4012 has also been modified, reclassified and/or applied to the correct debtor on this Exhibit. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit A

**No-Basis Claims, No-Basis 503(b)(9) Claims, No-Basis Deferred Compensation Claims, No-Basis Pension Claims, No-Basis retiree Claims, No-Basis 401(k) Claims, Redundant Claims, Modified, Reclassified and Allowed Claims and Wrong Debtor Claims**

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| BOVENIZER, WILLIAM<br>11 BOLLAND CRESCENT<br>AJAX, ON  L1S 3G8<br>CANADA | 4012<br>9/25/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$27,000.88 (U)<br>$27,000.88 (T) | - (S)<br>- (A)<br>- (P)<br>$31,830.00 (U)<br>$31,830.00 (T) | 09-10138<br>NORTEL NETWORKS<br>INC. | The Claim asserts liability for non-qualified pension benefits.<br><br>Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Wrong or No Debtor. Based on a careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors believe that the Claim should be asserted against the Identified Debtor. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

# Exhibit A

## No-Basis Claims, No-Basis 503(b)(9) Claims, No-Basis Deferred Compensation Claims, No-Basis Pension Claims, No-Basis retiree Claims, No-Basis 401(k) Claims, Redundant Claims, Modified, Reclassified and Allowed Claims and Wrong Debtor Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| BROUGH, CHARLES L. 1220 N. WEST ST. NAPERVILLE, IL 60563 | 587 3/16/09 09-10138 Nortel Networks Inc. | - (S) - (A) $23,575.98 (P) - (U) $23,575.98 (T) | - (S) - (A) $7,474.66 (P) $41,836.68 (U) $49,311.34 (T) | 09-10138 NORTEL NETWORKS INC. | This claim asserts liability for termination benefits.

Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.

Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit A

**No-Basis Claims, No-Basis 503(b)(9) Claims, No-Basis Deferred Compensation Claims, No-Basis Pension Claims, No-Basis retiree Claims, No-Basis 401(k) Claims, Redundant Claims, Modified, Reclassified and Allowed Claims and Wrong Debtor Claims**

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| BRUNO, MICHAEL 258 SILVERBELL COURT WEST CHESTER, PA 19380 | 637 3/18/09 NO DEBTOR | - (S) - (A) - (P) $61,978.40 (U) $61,978.40 (T) | - (S) $740.71 (A) $2,380.85 (P) $63,805.81 (U) $66,927.37 (T) | 09-10138 NORTEL NETWORKS INC. | This claim asserts liability for termination benefits. Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. Wrong or No Debtor. Based on a careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors believe that the Claim should be asserted against the Identified Debtor. |
| CAGIANNOS, ELIAS 87 WOODLAND RD MADISON, NJ 07940 | 44 1/26/09 09-10138 Nortel Networks Inc. | - (S) $273,191.56 (P) - (U) $273,191.56 (T) | Disallowed | | The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan. Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released. See D.I.s 9127 and 9323. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

# Exhibit A

## No-Basis Claims, No-Basis 503(b)(9) Claims, No-Basis Deferred Compensation Claims, No-Basis Pension Claims, No-Basis retiree Claims, No-Basis 401(k) Claims, Redundant Claims, Modified, Reclassified and Allowed Claims and Wrong Debtor Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| CAGIANNOS, ELIAS 87 WOODLAND RD MADISON, NJ 07940 | 4802 9/29/09 NO DEBTOR | - (S) - (A) $26,501.07 (P) - (U) $26,501.07 (T) | - (S) - (A) $173.42 (P) $26,546.38 (U) $26,719.80 (T) | 09-10138 NORTEL NETWORKS INC. | The Claim asserts liability for non-qualified pension benefits. Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. Wrong or No Debtor. Based on a careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors believe that the Claim should be asserted against the Identified Debtor. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

**Exhibit A**

**No-Basis Claims, No-Basis 503(b)(9) Claims, No-Basis Deferred Compensation Claims, No-Basis Pension Claims, No-Basis retiree Claims, No-Basis 401(k) Claims, Redundant Claims, Modified, Reclassified and Allowed Claims and Wrong Debtor Claims**

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| CHATTOS, DANIEL J 1920 E 2ND ST APT 2302 EDMOND, OK 73034-6377 | 2537 9/3/09 NO DEBTOR | - (S) - (A) - (P) $89,218.00 (U) $89,218.00 (T) | - (S) $468.43 (A) $1,686.34 (P) $91,281.59 (U) $93,436.36 (T) | 09-10138 NORTEL NETWORKS INC. | This claim asserts liability for termination benefits. Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. Wrong or No Debtor. Based on a careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors believe that the Claim should be asserted against the Identified Debtor. |
| CHIMA, MANMOHAN 4041 LASER LANE PLANO, TX 75023 | 4247 9/28/09 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $262,927.15 (U) $145,541.04 (T) | Disallowed | | The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan. Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released. See D.I.s 9127 and 9323. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit A

**No-Basis Claims, No-Basis 503(b)(9) Claims, No-Basis Deferred Compensation Claims, No-Basis Pension Claims, No-Basis retiree Claims, No-Basis 401(k) Claims, Redundant Claims, Modified, Reclassified and Allowed Claims and Wrong Debtor Claims**

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| CHIMA, MANMOHAN<br>4041 LASER LANE<br>PLANO, TX 75023 | 4358<br>9/28/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$569.42 (U)<br>$569.42 (T) | - (S)<br>- (A)<br>- (P)<br>$569.00 (U)<br>$569.00 (T) | 09-10138<br>NORTEL NETWORKS INC. | The Claim asserts liability for non-qualified pension benefits.<br><br>Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. |
| CICCARELLI, LAWRENCE<br>4000 VETERANS MEMORIAL HIGHWAY<br>BOHEMIA, NY 11716 | 2182<br>8/25/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$20,224.23 (P)<br>- (U)<br>$20,224.23 (T) | - (S)<br>- (A)<br>- (P)<br>$1,253.81 (U)<br>$1,253.81 (T) | 09-10138<br>NORTEL NETWORKS INC. | Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount.<br><br>The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan. Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released. See D.I.s 9127 and 9323. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit A

**No-Basis Claims, No-Basis 503(b)(9) Claims, No-Basis Deferred Compensation Claims, No-Basis Pension Claims, No-Basis retiree Claims, No-Basis 401(k) Claims, Redundant Claims, Modified, Reclassified and Allowed Claims and Wrong Debtor Claims**

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| COTTON, RODNEY<br>15774 RIPARIAN ROAD<br>POWAY, CA  92064 | 3262<br>9/21/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$38,309.95 (P)<br>- (U)<br>$38,309.95 (T) | - (S)<br>- (A)<br>$74.58 (P)<br>$8,895.78 (U)<br>$8,970.36 (T) | 09-10138<br>NORTEL NETWORKS INC. | Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount.<br><br>The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan. Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released. See D.I.s 9127 and 9323. |
| CROSS, MARY<br>P.O. BOX 24871<br>NASHVILLE, TN  37202-4871 | 5460<br>9/30/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$97,786.88 (U)<br>$97,786.88 (T) | - (S)<br>- (A)<br>- (P)<br>$95,594.00 (U)<br>$95,594.00 (T) | 09-10138<br>NORTEL NETWORKS INC. | The Claim asserts liability for non-qualified pension benefits.<br><br>Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

**Exhibit A**

**No-Basis Claims, No-Basis 503(b)(9) Claims, No-Basis Deferred Compensation Claims, No-Basis Pension Claims, No-Basis retiree Claims, No-Basis 401(k) Claims, Redundant Claims, Modified, Reclassified and Allowed Claims and Wrong Debtor Claims**

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| CURLEY, TIM 1140 BAY LAUREL DRIVE MENLO PARK, CA  94025 | 2597 9/3/09 NO DEBTOR | - (S) - (A) $11,859.53 (P) - (U) $11,859.53 (T) | - (S) - (A) - (P) $1,015.23 (U) $1,015.23 (T) | 09-10138 NORTEL NETWORKS INC. | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates.

The Claim asserts liability for non-qualified pension benefits.

Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.

Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount.

Wrong or No Debtor. Based on a careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors believe that the Claim should be asserted against the Identified Debtor. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

**Exhibit A**

**No-Basis Claims, No-Basis 503(b)(9) Claims, No-Basis Deferred Compensation Claims, No-Basis Pension Claims, No-Basis retiree Claims, No-Basis 401(k) Claims, Redundant Claims, Modified, Reclassified and Allowed Claims and Wrong Debtor Claims**

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| CVJETKOVIC, MAURICIO 221 189TH STREET SUNNY ISLES BEACH, FL 33160 | 2802 9/10/09 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $19,073.10 (U) $19,073.10 (T) | - (S) - (A) - (P) $527.00 (U) $527.00 (T) | 09-10138 NORTEL NETWORKS INC. | Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.  The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan. Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released. See D.I.s 9127 and 9323. |
| DAVIS, BRIAN P 101 ATLANTIC AVE SPRING LAKE, NJ 07762 | 4842 9/29/09 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $1,463,331.43 (U) $1,463,331.43 (T) | Disallowed | | The Claim asserts liability for non-qualified pension benefits.  Claim is redundant of claim 4843 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. Remaining claim 4843 has also been modified, reclassified and/or applied to the correct debtor on this Exhibit. |
| DAVIS, BRIAN P 101 ATLANTIC AVE SPRING LAKE, NJ 07762 | 4843 9/29/09 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $1,413,331.43 (U) $1,413,331.43 (T) | - (S) - (A) - (P) $817,574.00 (U) $817,574.00 (T) | 09-10138 NORTEL NETWORKS INC. | The Claim asserts liability for non-qualified pension benefits.  Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

**Exhibit A**

**No-Basis Claims, No-Basis 503(b)(9) Claims, No-Basis Deferred Compensation Claims, No-Basis Pension Claims, No-Basis retiree Claims, No-Basis 401(k) Claims, Redundant Claims, Modified, Reclassified and Allowed Claims and Wrong Debtor Claims**

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| DEBOER, DONALD 1701 LANDON LN MCKINNEY, TX 75071-7662 | 3113 9/17/09 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $45,889.16 (U) $45,889.16 (T) | - (S) - (A) - (P) $6,628.00 (U) $6,628.00 (T) | 09-10138 NORTEL NETWORKS INC. | The claim asserts liability for non-qualified pension benefits. Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan. Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released. See D.I.s 9127 and 9323. |
| DEL PRIORE, ROBERT P 10110 AVENT RIDGE DR. COLLIERVILLE, TN 38017 | 3651 9/24/09 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $87,727.47 (U) $87,727.47 (T) | - (S) - (A) - (P) $10,665.00 (U) $10,665.00 (T) | 09-10138 NORTEL NETWORKS INC. | The Claim asserts liability for non-qualified pension benefits. Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

**Exhibit A**

**No-Basis Claims, No-Basis 503(b)(9) Claims, No-Basis Deferred Compensation Claims, No-Basis Pension Claims, No-Basis retiree Claims, No-Basis 401(k) Claims, Redundant Claims, Modified, Reclassified and Allowed Claims and Wrong Debtor Claims**

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| DERRY, LEE 1144 GILBERT DOWNERS GROVE, IL 60515 | 3905 9/25/09 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $10,779.85 (U) $10,779.85 (T) | - (S) - (A) - (P) $1,279.00 (U) $1,279.00 (T) | 09-10138 NORTEL NETWORKS INC. | The Claim asserts liability for non-qualified pension benefits.<br><br>Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. |
| DOBYNS, NORMAN PO BOX 47 WEEMS, VA 22576 | 2457 8/31/09 09-10138 Nortel Networks Inc. | Unspecified* | Disallowed | | The claim asserts liability for retiree medical benefits.<br><br>Pursuant to the Retiree Welfare Settlement Agreement, this/these claim(s) was/were previously disallowed and expunged. See D.I. 9938.<br><br>The Claim asserts liability for non-qualified pension benefits.<br><br>Claim is redundant of claim 2458 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. Remaining claim 2458 has also been modified, reclassified and/or applied to the correct debtor on this Exhibit. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

**Exhibit A**

**No-Basis Claims, No-Basis 503(b)(9) Claims, No-Basis Deferred Compensation Claims, No-Basis Pension Claims, No-Basis retiree Claims, No-Basis 401(k) Claims, Redundant Claims, Modified, Reclassified and Allowed Claims and Wrong Debtor Claims**

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| DOBYNS, NORMAN L.<br>PO BOX 47<br>WEEMS, VA  22576 | 823<br>4/3/09<br>09-10138<br>Nortel Networks Inc. | Unspecified* | Disallowed | | The claim asserts liability for retiree medical benefits.<br><br>Pursuant to the Retiree Welfare Settlement Agreement, this/these claim(s) was/were previously disallowed and expunged. See D.I. 9938.<br><br>The Claim asserts liability for non-qualified pension benefits.<br><br>Claim is redundant of claim 2458 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. Remaining claim 2458 has also been modified, reclassified and/or applied to the correct debtor on this Exhibit. |
| DOBYNS, NORMAN L.<br>PO BOX 47<br>WEEMS, VA  22576 | 2458<br>8/31/09<br>09-10138<br>Nortel Networks Inc. | Unspecified* | - (S)<br>- (A)<br>- (P)<br>$59,738.00 (U)<br>$59,738.00 (T) | 09-10138<br>NORTEL NETWORKS INC. | The claim asserts liability for retiree medical benefits.<br><br>Pursuant to the Retiree Welfare Settlement Agreement, this/these claim(s) was/were previously disallowed and expunged. See D.I. 9938.<br><br>The Claim asserts liability for non-qualified pension benefits.<br><br>Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit A

**No-Basis Claims, No-Basis 503(b)(9) Claims, No-Basis Deferred Compensation Claims, No-Basis Pension Claims, No-Basis retiree Claims, No-Basis 401(k) Claims, Redundant Claims, Modified, Reclassified and Allowed Claims and Wrong Debtor Claims**

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| ESTRIDGE, WINSTON S.<br>5620 TEMPLIN WAY<br>PLANO, TX  75093 | 4134<br>9/28/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$1,204,634.13 (U)<br>$1,204,634.13 (T) | - (S)<br>- (A)<br>- (P)<br>$1,175,206.00 (U)<br>$1,175,206.00 (T) | 09-10138<br>NORTEL NETWORKS<br>INC. | The Claim asserts liability for non-qualified pension benefits.<br><br>Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. |
| FONTAINE, MICHEL J<br>BOX 2636<br>N. HATLEY, ON  J0B2C0<br>CANADA | 2365<br>8/31/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$36,622.94 (U)<br>$36,622.94 (T) | Disallowed | | The Claim asserts liability for non-qualified pension benefits.<br><br>Claim is redundant of claim 4215 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. Remaining claim 4215 has also been modified, reclassified and/or applied to the correct debtor on this Exhibit. |
| FONTAINE, MICHEL J<br>BOX 2636<br>N. HATLEY  J0B2C0<br>CANADA | 4215<br>9/28/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$112,984.51 (U)<br>$112,984.51 (T) | - (S)<br>- (A)<br>- (P)<br>$102,296.00 (U)<br>$102,296.00 (T) | 09-10138<br>NORTEL NETWORKS<br>INC. | The Claim asserts liability for non-qualified pension benefits.<br><br>Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Wrong or No Debtor. Based on a careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors believe that the Claim should be asserted against the Identified Debtor. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

**Exhibit A**

**No-Basis Claims, No-Basis 503(b)(9) Claims, No-Basis Deferred Compensation Claims, No-Basis Pension Claims, No-Basis retiree Claims, No-Basis 401(k) Claims, Redundant Claims, Modified, Reclassified and Allowed Claims and Wrong Debtor Claims**

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| GARBIS, FRANK<br>18295 CANFIELD PLACE<br>SAN DIEGO, CA  92128 | 3252<br>9/21/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$16,950.24 (U)<br>$16,950.24 (T) | Disallowed | | The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan. Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released. See D.I.s 9127 and 9323. |
| GARBIS, MARINO F<br>18295 CANFIELD PL<br>SAN DIEGO, CA  92128 | 3253<br>9/21/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$128,831.39 (U)<br>$128,831.39 (T) | - (S)<br>- (A)<br>- (P)<br>$116,771.00 (U)<br>$116,771.00 (T) | 09-10138<br>NORTEL NETWORKS INC. | The Claim asserts liability for non-qualified pension benefits.<br><br>Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit A

**No-Basis Claims, No-Basis 503(b)(9) Claims, No-Basis Deferred Compensation Claims, No-Basis Pension Claims, No-Basis retiree Claims, No-Basis 401(k) Claims, Redundant Claims, Modified, Reclassified and Allowed Claims and Wrong Debtor Claims**

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| GENTRY, TIMOTHY<br>5 PARK PL APT 715<br>ANNAPOLIS, MD 21401-3467 | 4530<br>9/29/09<br>NO DEBTOR | - (S)<br>- (A)<br>$9,681.39 (P)<br>- (U)<br>$9,681.39 (T) | - (S)<br>- (A)<br>- (P)<br>$5,832.04 (U)<br>$5,832.04 (T) | 09-10138<br>NORTEL NETWORKS INC. | Claim is asserted with respect to 401(k) plan. 401(k) assets are held in a segregated trust and are not a liability of the Debtors or their estates.<br><br>Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount.<br><br>Wrong or No Debtor. Based on a careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors believe that the Claim should be asserted against the Identified Debtor. |
| GOTTLIEB, PAMELA<br>12079 NW 50TH DRIVE<br>CORAL SPRINGS, FL 33076 | 4533<br>9/29/09<br>NO DEBTOR | - (S)<br>- (A)<br>$334,560.00 (P)<br>- (U)<br>$334,560.00 (T) | Disallowed | | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit A

**No-Basis Claims, No-Basis 503(b)(9) Claims, No-Basis Deferred Compensation Claims, No-Basis Pension Claims, No-Basis retiree Claims, No-Basis 401(k) Claims, Redundant Claims, Modified, Reclassified and Allowed Claims and Wrong Debtor Claims**

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| GOTTLIEB, PAMELA A.<br>12079 NW 50TH DRIVE<br>CORAL SPRINGS, FL  33076 | 4536<br>9/29/09<br>NO DEBTOR | - (S)<br>- (A)<br>$10,968.25 (P)<br>- (U)<br>$10,968.25 (T) | Disallowed | | This claim asserts liability for termination benefits.<br><br>Based on careful review of the Debtors' Books and Records, their Schedules, and the proofs of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing by any of the Debtors to the claimant with respect to such claim and none of the Debtors in these chapter 11 cases is liable for the claim. |
| GOTTLIEB, PAMELA A.<br>12079 NW 50TH DRIVE<br>CORAL SPRINGS, FL  33076 | 4537<br>9/29/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$159.10 (U)<br>$159.10 (T) | Disallowed | | The Claim asserts liability for non-qualified pension benefits.<br><br>Claim is redundant of claim 4538 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. Remaining claim 4538 has also been modified, reclassified and/or applied to the correct debtor on this Exhibit. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

# Exhibit A

**No-Basis Claims, No-Basis 503(b)(9) Claims, No-Basis Deferred Compensation Claims, No-Basis Pension Claims, No-Basis
retiree Claims, No-Basis 401(k) Claims, Redundant Claims, Modified, Reclassified and Allowed Claims and Wrong Debtor Claims**

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| GOTTLIEB, PAMELA A.<br>12079 NW 50TH DRIVE<br>CORAL SPRINGS, FL  33076 | 4538<br>9/29/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$30,000.00 (P)<br>- (U)<br>$30,000.00 (T) | - (S)<br>- (A)<br>$161.21 (P)<br>$26,546.61 (U)<br>$26,707.82 (T) | 09-10138<br>NORTEL NETWORKS<br>INC. | The Claim asserts liability for non-qualified pension benefits.<br><br>Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |
| GOTTLIEB, PAMELA A.<br>12079 NW 50TH DRIVE<br>CORAL SPRINGS, FL  33076 | 4540<br>9/29/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$204,000.00 (U)<br>$204,000.00 (T) | Disallowed | | This claim asserts liability for termination benefits.<br><br>Based on careful review of the Debtors' Books and Records, their Schedules, and the proofs of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing by any of the Debtors to the claimant with respect to such claim and none of the Debtors in these chapter 11 cases is liable for the claim. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

**Exhibit A**

**No-Basis Claims, No-Basis 503(b)(9) Claims, No-Basis Deferred Compensation Claims, No-Basis Pension Claims, No-Basis retiree Claims, No-Basis 401(k) Claims, Redundant Claims, Modified, Reclassified and Allowed Claims and Wrong Debtor Claims**

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| HAIN CAPITAL HOLDINGS, LLC TRANSFEROR: HANSON, DANA ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD, NJ  07070 | 8805 3/28/16 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $46,691.03 (U) $46,691.03 (T) | - (S) $468.78 (A) $1,687.63 (P) $44,534.62 (U) $46,691.03 (T) | 09-10138 NORTEL NETWORKS INC. | This claim asserts liability for termination benefits. Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |
| HAIN CAPITAL HOLDINGS, LLC TRANSFEROR: TORTORICH, CARLOS RICHARD ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD, NJ  07070 | 8806 4/13/16 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $28,512.53 (U) $28,512.53 (T) | - (S) $445.37 (A) $1,603.33 (P) $26,463.83 (U) $28,512.53 (T) | 09-10138 NORTEL NETWORKS INC. | This claim asserts liability for termination benefits. Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |
| HALE, JR., ROBERT LEE 174 MONTIBELLO DRIVE MOORESVILLE, NC  28117 | 4060 9/28/09 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $3,371.38 (U) $3,371.38 (T) | - (S) - (A) - (P) $3,323.00 (U) $3,323.00 (T) | 09-10138 NORTEL NETWORKS INC. | The Claim asserts liability for non-qualified pension benefits. Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit A

### No-Basis Claims, No-Basis 503(b)(9) Claims, No-Basis Deferred Compensation Claims, No-Basis Pension Claims, No-Basis retiree Claims, No-Basis 401(k) Claims, Redundant Claims, Modified, Reclassified and Allowed Claims and Wrong Debtor Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| HAWKINS, SHERMAN V.<br>1045 PINE GROVE PTE. DR.<br>ROSWELL, GA 30075-2704 | 1382<br>6/18/09<br>NO DEBTOR | - (S)<br>- (A)<br>$22,998.57 (P)<br>- (U)<br>$22,998.57 (T) | Disallowed | | The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan. Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released. See D.I.s 9127 and 9323. |
| HAWKINS, SHERMAN V.<br>1045 PINE GROVE PTE. DR.<br>ROSWELL, GA 30075-2704 | 1383<br>6/18/09<br>NO DEBTOR | - (S)<br>- (A)<br>$205,948.45 (P)<br>- (U)<br>$205,948.45 (T) | - (S)<br>- (A)<br>- (P)<br>$205,948.00 (U)<br>$205,948.00 (T) | 09-10138<br>NORTEL NETWORKS INC. | The Claim asserts liability for non-qualified pension benefits.<br><br>Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount.<br><br>Wrong or No Debtor. Based on a careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors believe that the Claim should be asserted against the Identified Debtor. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit A

**No-Basis Claims, No-Basis 503(b)(9) Claims, No-Basis Deferred Compensation Claims, No-Basis Pension Claims, No-Basis retiree Claims, No-Basis 401(k) Claims, Redundant Claims, Modified, Reclassified and Allowed Claims and Wrong Debtor Claims**

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| HAWKINS, SHERMAN V. 1045 PINE GROVE PTE. DR. ROSWELL, GA  30075-2704 | 1384 6/18/09 NO DEBTOR | - (S) - (A) - (P) $579,412.68 (U) $579,412.68 (T) | Disallowed | | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| HAWKINS, SHERMAN V. 1045 PINE GROVE PTE. DR. ROSWELL, GA  30075-2704 | 3771 9/25/09 NO DEBTOR | - (S) - (A) - (P) $151,884.80 (U) $151,884.80 (T) | Disallowed | | This claim asserts liability for termination benefits.  Based on careful review of the Debtors' Books and Records, their Schedules, and the proofs of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing by any of the Debtors to the claimant with respect to such claim and none of the Debtors in these chapter 11 cases is liable for the claim. |
| HORNE, ROBERT 3417 LOCUST COVE RD GAINESVILLE, GA  30504 | 138 2/3/09 09-10138 Nortel Networks Inc. | - (S) - (A) $181,043.02 (P) - (U) $181,043.02 (T) | Disallowed | | The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan. Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released. See D.I.s 9127 and 9323. |
| HORNE, ROBERT 3417 LOCUST COVE RD GAINESVILLE, GA  30504 | 3486 9/23/09 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $184,723.14 (U) $184,723.14 (T) | Disallowed | | The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan. Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released. See D.I.s 9127 and 9323. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

**Exhibit A**

**No-Basis Claims, No-Basis 503(b)(9) Claims, No-Basis Deferred Compensation Claims, No-Basis Pension Claims, No-Basis retiree Claims, No-Basis 401(k) Claims, Redundant Claims, Modified, Reclassified and Allowed Claims and Wrong Debtor Claims**

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| HORNE, ROBERT<br>3417 LOCUST COVE RD<br>GAINESVILLE, GA  30504 | 3511<br>9/23/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$95,416.24 (U)<br>$95,416.24 (T) | - (S)<br>- (A)<br>- (P)<br>$91,709.00 (U)<br>$91,709.00 (T) | 09-10138<br>NORTEL NETWORKS<br>INC. | The Claim asserts liability for non-qualified pension benefits.<br><br>Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. |
| HOWELL, MICHAEL J.<br>1205 W. YAKIMA AVE<br>SELAH, WA  98942 | 127<br>2/2/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$360,721.11 (P)<br>- (U)<br>$360,721.11 (T) | - (S)<br>- (A)<br>- (P)<br>$347,597.00 (U)<br>$347,597.00 (T) | 09-10138<br>NORTEL NETWORKS<br>INC. | The Claim asserts liability for non-qualified pension benefits.<br><br>Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

**Exhibit A**

**No-Basis Claims, No-Basis 503(b)(9) Claims, No-Basis Deferred Compensation Claims, No-Basis Pension Claims, No-Basis retiree Claims, No-Basis 401(k) Claims, Redundant Claims, Modified, Reclassified and Allowed Claims and Wrong Debtor Claims**

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| HOWELL, MICHAEL J.<br>1205 W. YAKIMA AVE<br>SELAH, WA  98942 | 128<br>2/2/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$257,478.39 (P)<br>- (U)<br>$257,478.39 (T) | Disallowed | | The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan. Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released. See D.I.s 9127 and 9323. |
| IACOVIELLO, VINCE<br>20 BROADVIEW AVE.<br>MADISON, NJ  07940 | 1633<br>8/3/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$241,334.62 (P)<br>- (U)<br>$241,334.62 (T) | Disallowed | | The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan. Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released. See D.I.s 9127 and 9323. |
| IACOVIELLO, VINCE<br>20 BROADVIEW AVE.<br>MADISON, NJ  07940 | 1634<br>8/3/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$14,691.88 (P)<br>- (U)<br>$14,691.88 (T) | - (S)<br>- (A)<br>- (P)<br>$16,508.00 (U)<br>$16,508.00 (T) | 09-10138<br>NORTEL NETWORKS INC. | The Claim asserts liability for non-qualified pension benefits.<br><br>Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

**Exhibit A**

**No-Basis Claims, No-Basis 503(b)(9) Claims, No-Basis Deferred Compensation Claims, No-Basis Pension Claims, No-Basis retiree Claims, No-Basis 401(k) Claims, Redundant Claims, Modified, Reclassified and Allowed Claims and Wrong Debtor Claims**

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| IACOVIELLO, VINCE 20 BROADWAY AVE. MADISON, NJ 07940 | 7581 1/25/11 09-10138 Nortel Networks Inc. | - (S) - (A) $380,961.67 (P) - (U) $380,961.67 (T) | Disallowed | | The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan. Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released. See D.I.s 9127 and 9323. |
| ISOM, RON 1127 NORTH SHANNON DRIVE FARMINGTON, UT 84025 | 7111 2/19/10 NO DEBTOR | - (S) - (A) $12,495.63 (P) - (U) $12,495.63 (T) | - (S) - (A) $1,462.73 (P) $8,842.07 (U) $10,304.80 (T) | 09-10138 NORTEL NETWORKS INC. | Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.

Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount.

Wrong or No Debtor. Based on a careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors believe that the Claim should be asserted against the Identified Debtor.

The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan. Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released. See D.I.s 9127 and 9323. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

# Exhibit A

**No-Basis Claims, No-Basis 503(b)(9) Claims, No-Basis Deferred Compensation Claims, No-Basis Pension Claims, No-Basis retiree Claims, No-Basis 401(k) Claims, Redundant Claims, Modified, Reclassified and Allowed Claims and Wrong Debtor Claims**

## Claim to be Modified

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| JAMOUSSI, BILEL 14 POLIQUIN DRIVE NASHUA, NH 03062 | 2433 8/31/09 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $71,478.06 (U) $71,478.06 (T) | Disallowed | | The Claim asserts liability for non-qualified pension benefits. Claim is redundant of claim 2435 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. Remaining claim 2435 has also been modified, reclassified and/or applied to the correct debtor on this Exhibit. |
| JAMOUSSI, BILEL 14 POLIQUIN DRIVE NASHUA, NH 03062 | 2435 8/31/09 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $68,327.00 (U) $68,327.00 (T) | - (S) $2,323.28 (A) $2,389.66 (P) $69,117.06 (U) $73,830.00 (T) | 09-10138 NORTEL NETWORKS INC. | This claim asserts liability for termination benefits. Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |
| JAMOUSSI, BILEL 14 POLIQUIN DRIVE NASHUA, NH 03062 | 2502 8/31/09 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $74,462.45 (U) $74,462.45 (T) | Disallowed | | The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan. Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released. See D.I.s 9127 and 9323. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit A

**No-Basis Claims, No-Basis 503(b)(9) Claims, No-Basis Deferred Compensation Claims, No-Basis Pension Claims, No-Basis retiree Claims, No-Basis 401(k) Claims, Redundant Claims, Modified, Reclassified and Allowed Claims and Wrong Debtor Claims**

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| JONES, LOUIS JR. 3504 'MALLEY CT. PLANO, TX 75023 | 3574 9/24/09 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $120,193.17 (U) $120,193.17 (T) | - (S) - (A) - (P) $113,390.00 (U) $113,390.00 (T) | 09-10138 NORTEL NETWORKS INC. | The Claim asserts liability for non-qualified pension benefits. Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit A

### No-Basis Claims, No-Basis 503(b)(9) Claims, No-Basis Deferred Compensation Claims, No-Basis Pension Claims, No-Basis retiree Claims, No-Basis 401(k) Claims, Redundant Claims, Modified, Reclassified and Allowed Claims and Wrong Debtor Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| KESSEL, ROBERT 2245 MONROE DRIVE ALPHARETTA, GA 30004 | 3698 9/24/09 NO DEBTOR | - (S) - (A) $1,971.64 (P) - (U) $1,971.64 (T) | - (S) - (A) - (P) $2,567.00 (U) $2,567.00 (T) | 09-10138 NORTEL NETWORKS INC. | The Claim asserts liability for non-qualified pension benefits. Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. Wrong or No Debtor. Based on a careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors believe that the Claim should be asserted against the Identified Debtor. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit A

### No-Basis Claims, No-Basis 503(b)(9) Claims, No-Basis Deferred Compensation Claims, No-Basis Pension Claims, No-Basis retiree Claims, No-Basis 401(k) Claims, Redundant Claims, Modified, Reclassified and Allowed Claims and Wrong Debtor Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| KUCZYNSKI, ROBERT 150 BAYVIEW DR NORTH HERO, VT  05474 | 970 4/9/09 NO DEBTOR | - (S) - (A) - (P) $11,201.00 (U) $11,201.00 (T) | - (S) - (A) - (P) $80,080.00 (U) $80,080.00 (T) | 09-10138 NORTEL NETWORKS INC. | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. The claim asserts liability for retiree medical benefits. Pursuant to the Retiree Welfare Settlement Agreement, this/these claim(s) was/were previously disallowed and expunged. See D.I. 9938. The Claim asserts liability for non-qualified pension benefits. Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. Wrong or No Debtor. Based on a careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors believe that the Claim should be asserted against the Identified Debtor. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

# Exhibit A

**No-Basis Claims, No-Basis 503(b)(9) Claims, No-Basis Deferred Compensation Claims, No-Basis Pension Claims, No-Basis retiree Claims, No-Basis 401(k) Claims, Redundant Claims, Modified, Reclassified and Allowed Claims and Wrong Debtor Claims**

## Claim to be Modified

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| KUNST, SARAH 1800 SILVERPINE CIRCLE MECHANICSBURG, PA 17050 | 5782 10/1/09 NO DEBTOR | - (S) - (A) - (P) $3,012.51 (U) $3,012.51 (T) | - (S) - (A) $34.40 (P) $34,358.02 (U) $34,392.42 (T) | 09-10138 NORTEL NETWORKS INC. | Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. |
| | | | | | Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |
| | | | | | Wrong or No Debtor. Based on a careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors believe that the Claim should be asserted against the Identified Debtor. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

# Exhibit A

**No-Basis Claims, No-Basis 503(b)(9) Claims, No-Basis Deferred Compensation Claims, No-Basis Pension Claims, No-Basis retiree Claims, No-Basis 401(k) Claims, Redundant Claims, Modified, Reclassified and Allowed Claims and Wrong Debtor Claims**

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| LEONARD, BRIAN ALAN<br>525 INLET WOODS CT<br>ALPHARETTA, GA 30005 | 288<br>2/13/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$115,117.68 (P)<br>- (U)<br>$115,117.68 (T) | - (S)<br>- (A)<br>$748.52 (P)<br>$8,794.24 (U)<br>$9,542.76 (T) | 09-10138<br>NORTEL NETWORKS INC. | Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount.<br><br>The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan. Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released. See D.I.s 9127 and 9323. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit A

### No-Basis Claims, No-Basis 503(b)(9) Claims, No-Basis Deferred Compensation Claims, No-Basis Pension Claims, No-Basis retiree Claims, No-Basis 401(k) Claims, Redundant Claims, Modified, Reclassified and Allowed Claims and Wrong Debtor Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| MCCABE, KATHLEEN D 2868 COUNTRY LN ELLICOTT CITY, MD  21042 | 4817 9/29/09 09-10138 Nortel Networks Inc. | - (S) - (A) $235,233.00 (P) - (U) $235,233.00 (T) | - (S) - (A) - (P) $14,661.00 (U) $14,661.00 (T) | 09-10138 NORTEL NETWORKS INC. | The Claim asserts liability for non-qualified pension benefits. Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |
| MCCOY, LEONARD D. 4218 HIGH STAR LANE DALLAS, TX  75287 | 3749 9/25/09 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $317,285.12 (U) $317,285.12 (T) | - (S) - (A) - (P) $238,885.00 (U) $238,885.00 (T) | 09-10138 NORTEL NETWORKS INC. | The Claim asserts liability for non-qualified pension benefits. Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit A

**No-Basis Claims, No-Basis 503(b)(9) Claims, No-Basis Deferred Compensation Claims, No-Basis Pension Claims, No-Basis retiree Claims, No-Basis 401(k) Claims, Redundant Claims, Modified, Reclassified and Allowed Claims and Wrong Debtor Claims**

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| MCGONAGLE, NANCY S 35 LIP LIP LANE NORDLAND, WA  98358 | 4320 9/28/09 09-10138 Nortel Networks Inc. | Unspecified* | Disallowed | | The Claim asserts liability for non-qualified pension benefits.<br><br>Claim is redundant of claim 8336 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. Remaining claim 8336 has also been modified, reclassified and/or applied to the correct debtor on this Exhibit. |
| MCGONAGLE, NANCY S 35 LIP LIP LANE NORDLAND, WA  98358 | 4322 9/28/09 09-10138 Nortel Networks Inc. | - (S) - (A) $51,225.72 (P) $51,225.72 (U) $51,225.72 (T) | Disallowed | | The Claim asserts liability for non-qualified pension benefits.<br><br>Claim is redundant of claim 8336 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. Remaining claim 8336 has also been modified, reclassified and/or applied to the correct debtor on this Exhibit. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit A

**No-Basis Claims, No-Basis 503(b)(9) Claims, No-Basis Deferred Compensation Claims, No-Basis Pension Claims, No-Basis retiree Claims, No-Basis 401(k) Claims, Redundant Claims, Modified, Reclassified and Allowed Claims and Wrong Debtor Claims**

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| MCGONAGLE, NANCY S.<br>35 LIP LIP LANE<br>NORDLAND, WA  98358 | 8336<br>8/9/12<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$51,225.72 (P)<br>- (U)<br>$51,225.72 (T) | - (S)<br>- (A)<br>- (P)<br>$29,354.00 (U)<br>$29,354.00 (T) | 09-10138<br>NORTEL NETWORKS<br>INC. | The Claim asserts liability for non-qualified pension benefits.<br><br>Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit A

**No-Basis Claims, No-Basis 503(b)(9) Claims, No-Basis Deferred Compensation Claims, No-Basis Pension Claims, No-Basis retiree Claims, No-Basis 401(k) Claims, Redundant Claims, Modified, Reclassified and Allowed Claims and Wrong Debtor Claims**

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| MCGREGOR, DOUGLAS 2083 COUNTY ROAD 13 PICTON, ON  K0K 2T0 CANADA | 4734 9/29/09 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $39,674.19 (U) $39,674.19 (T) | - (S) - (A) - (P) $39,674.19 (U) $39,674.19 (T) | 09-10138 NORTEL NETWORKS INC. | The Claim asserts liability for non-qualified pension benefits.  Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.  Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount.  Wrong or No Debtor. Based on a careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors believe that the Claim should be asserted against the Identified Debtor. |
| MCGREGOR, DOUGLAS J. 2083 COUNTY RD 13 PICTON, ON  K0K 2T0 CANADA | 8772 11/26/14 NO DEBTOR | - (S) - (A) - (P) $511,945.38 (U) $511,945.38 (T) | Disallowed | | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

**Exhibit A**

**No-Basis Claims, No-Basis 503(b)(9) Claims, No-Basis Deferred Compensation Claims, No-Basis Pension Claims, No-Basis retiree Claims, No-Basis 401(k) Claims, Redundant Claims, Modified, Reclassified and Allowed Claims and Wrong Debtor Claims**

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| MCLEAN, LORI<br>35 GLENMORE DR<br>DURHAM, NC  27707-3980 | 5542<br>9/30/09<br>09-10138<br>Nortel Networks Inc. | Unspecified* | - (S)<br>- (A)<br>- (P)<br>$2,867.80 (U)<br>$2,867.80 (T) | 09-10138<br>NORTEL NETWORKS INC. | Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount.<br><br>The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan. Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released. See D.I.s 9127 and 9323. |
| MCLEAN, LORI SUSAN<br>35 GLENMORE DR<br>DURHAM, NC  27707-3980 | 5543<br>9/30/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$18,656.76 (A)<br>- (P)<br>- (U)<br>$18,656.76 (T) | Disallowed | | The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan. Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released. See D.I.s 9127 and 9323. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit A

**No-Basis Claims, No-Basis 503(b)(9) Claims, No-Basis Deferred Compensation Claims, No-Basis Pension Claims, No-Basis retiree Claims, No-Basis 401(k) Claims, Redundant Claims, Modified, Reclassified and Allowed Claims and Wrong Debtor Claims**

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| MELDRUM, PATRICIA BRIDGET<br>5408 SOUTHERN HILLS DR<br>FRISCO, TX  75034 | 3982<br>9/25/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$700,271.76 (U)<br>$700,271.76 (T) | - (S)<br>- (A)<br>- (P)<br>$693,604.00 (U)<br>$693,604.00 (T) | 09-10138<br>NORTEL NETWORKS<br>INC. | The Claim asserts liability for non-qualified pension benefits.<br><br>Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Wrong or No Debtor. Based on a careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors believe that the Claim should be asserted against the Identified Debtor. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

**Exhibit A**

**No-Basis Claims, No-Basis 503(b)(9) Claims, No-Basis Deferred Compensation Claims, No-Basis Pension Claims, No-Basis retiree Claims, No-Basis 401(k) Claims, Redundant Claims, Modified, Reclassified and Allowed Claims and Wrong Debtor Claims**

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| MENDEZ, GERARDO APARTADO 368 ALAJUELA COSTA RICA | 3890 9/25/09 09-10138 Nortel Networks Inc. | $14,805.00 (S) - (A) $14,805.00 (P) - (U) $14,805.00 (T) | - (S) - (A) - (P) $856.00 (U) $856.00 (T) | 09-10138 NORTEL NETWORKS INC. | The claim asserts liability for retiree medical benefits. Pursuant to the Retiree Welfare Settlement Agreement, this/these claim(s) was/were previously disallowed and expunged. See D.I. 9938. The Claim asserts liability for non-qualified pension benefits. Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit A

**No-Basis Claims, No-Basis 503(b)(9) Claims, No-Basis Deferred Compensation Claims, No-Basis Pension Claims, No-Basis retiree Claims, No-Basis 401(k) Claims, Redundant Claims, Modified, Reclassified and Allowed Claims and Wrong Debtor Claims**

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| MOORE, VICKI S 5 BUNKER HILL RICHARDSON, TX 75080 | 3743 9/25/09 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $2,673.03 (U) $2,673.03 (T) | - (S) - (A) - (P) $2,405.00 (U) $2,405.00 (T) | 09-10138 NORTEL NETWORKS INC. | The Claim asserts liability for non-qualified pension benefits.<br><br>Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. |
| PAIGE, MICHAEL 6521 OLD STONE FENCE ROAD FAIRFAX STATION, VA 22039 | 2041 8/24/09 09-10138 Nortel Networks Inc. | - (S) - (A) $16,974.96 (P) - (U) $16,974.96 (T) | - (S) - (A) - (P) $16,689.12 (U) $16,689.12 (T) | 09-10138 NORTEL NETWORKS INC. | The Claim asserts liability for non-qualified pension benefits.<br><br>Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit A

### No-Basis Claims, No-Basis 503(b)(9) Claims, No-Basis Deferred Compensation Claims, No-Basis Pension Claims, No-Basis retiree Claims, No-Basis 401(k) Claims, Redundant Claims, Modified, Reclassified and Allowed Claims and Wrong Debtor Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| PANGIA, MICHAEL<br>2210 BLACK HEATH TRACE<br>ALPHARETTA, GA  30005 | 4072<br>9/28/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$8,142.70 (U)<br>$8,142.70 (T) | - (S)<br>- (A)<br>$6,461.60 (P)<br>$172,680.33 (U)<br>$179,141.93 (T) | 09-10138<br>NORTEL NETWORKS<br>INC. | The Claim asserts liability for non-qualified pension benefits.<br><br>Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit A

### No-Basis Claims, No-Basis 503(b)(9) Claims, No-Basis Deferred Compensation Claims, No-Basis Pension Claims, No-Basis retiree Claims, No-Basis 401(k) Claims, Redundant Claims, Modified, Reclassified and Allowed Claims and Wrong Debtor Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| PATEL, AVNISH<br>2670 HAMPTONS CHASE<br>ALPHARETTA, GA  30005 | 1605<br>7/27/09<br>NO DEBTOR | - (S)<br>- (A)<br>$34,888.05 (P)<br>- (U)<br>$34,888.05 (T) | - (S)<br>- (A)<br>- (P)<br>$32,517.00 (U)<br>$32,517.00 (T) | 09-10138<br>NORTEL NETWORKS<br>INC. | The Claim asserts liability for non-qualified pension benefits.<br><br>Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount.<br><br>Wrong or No Debtor. Based on a careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors believe that the Claim should be asserted against the Identified Debtor. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit A

**No-Basis Claims, No-Basis 503(b)(9) Claims, No-Basis Deferred Compensation Claims, No-Basis Pension Claims, No-Basis retiree Claims, No-Basis 401(k) Claims, Redundant Claims, Modified, Reclassified and Allowed Claims and Wrong Debtor Claims**

### Claim to be Modified

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| PRAYSNER, PAT 1614 NAVARRO DRIVE ALLEN, TX 75013 | 3811 9/25/09 09-10138 Nortel Networks Inc. | - (S) - (A) $129,482.69 (P) - (U) $129,482.69 (T) | - (S) - (A) - (P) $123,638.00 (U) $123,638.00 (T) | 09-10138 NORTEL NETWORKS INC. | The Claim asserts liability for non-qualified pension benefits. Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |
| RAU, MARK W. 3175 SOPHIA CT LOVELAND, CO 80537 | 2931 9/14/09 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $137,504.00 (U) $137,504.00 (T) | - (S) - (A) - (P) $103,976.00 (U) $103,976.00 (T) | 09-10138 NORTEL NETWORKS INC. | The Claim asserts liability for non-qualified pension benefits. Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit A

**No-Basis Claims, No-Basis 503(b)(9) Claims, No-Basis Deferred Compensation Claims, No-Basis Pension Claims, No-Basis retiree Claims, No-Basis 401(k) Claims, Redundant Claims, Modified, Reclassified and Allowed Claims and Wrong Debtor Claims**

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| RAU, MARK W.<br>3175 SOPHIA CT<br>LOVELAND, CO  80537 | 2948<br>9/14/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$191,350.00 (U)<br>$191,350.00 (T) | Disallowed | | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| RAYMOND, ROBERT<br>PO BOX 3312<br>WEST MCLEAN, VA  22103 | 3818<br>9/25/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$45,042.05 (U)<br>$45,042.05 (T) | - (S)<br>- (A)<br>- (P)<br>$725.40 (U)<br>$725.40 (T) | 09-10138<br>NORTEL NETWORKS INC. | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates.<br><br>Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. |
| REDDISH, RICHARD<br>2126 PALERMO COURT<br>ORANGE, CA  92867 | 201<br>2/6/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$17,819.48 (P)<br>- (U)<br>$17,819.48 (T) | Disallowed | | The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan. Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released. See D.I.s 9127 and 9323. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit A

**No-Basis Claims, No-Basis 503(b)(9) Claims, No-Basis Deferred Compensation Claims, No-Basis Pension Claims, No-Basis retiree Claims, No-Basis 401(k) Claims, Redundant Claims, Modified, Reclassified and Allowed Claims and Wrong Debtor Claims**

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| REDDISH, RICHARD 2126 PALERMO COURT ORANGE, CA  92867 | 215 2/9/09 09-10138 Nortel Networks Inc. | - (S) - (A) $588.85 (P) - (U) $588.85 (T) | - (S) - (A) - (P) $20,682.65 (U) $20,682.65 (T) | 09-10138 NORTEL NETWORKS INC. | Claim is asserted with respect to 401(k) plan.  401(k) assets are held in a segregated trust and are not a liability of the Debtors or their estates. Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit A

### No-Basis Claims, No-Basis 503(b)(9) Claims, No-Basis Deferred Compensation Claims, No-Basis Pension Claims, No-Basis retiree Claims, No-Basis 401(k) Claims, Redundant Claims, Modified, Reclassified and Allowed Claims and Wrong Debtor Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| REYNOLDS, JACK Q<br>1496 CURTISS AVE<br>SAN JOSE, CA 95125-2457 | 4329<br>9/28/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$386,241.60 (U)<br>$386,241.60 (T) | - (S)<br>- (A)<br>- (P)<br>$349,386.00 (U)<br>$349,386.00 (T) | 09-10138<br>NORTEL NETWORKS INC. | The Claim asserts liability for non-qualified pension benefits.<br><br>Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Wrong or No Debtor. Based on a careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors believe that the Claim should be asserted against the Identified Debtor. |
| ROBERT, LYNN<br>2 EVE LN<br>RYE, NY 10580-4114 | 4888<br>9/30/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$213,741.88 (U)<br>$213,741.88 (T) | - (S)<br>- (A)<br>- (P)<br>$192,682.00 (U)<br>$192,682.00 (T) | 09-10138<br>NORTEL NETWORKS INC. | The Claim asserts liability for non-qualified pension benefits.<br><br>Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit A

### No-Basis Claims, No-Basis 503(b)(9) Claims, No-Basis Deferred Compensation Claims, No-Basis Pension Claims, No-Basis retiree Claims, No-Basis 401(k) Claims, Redundant Claims, Modified, Reclassified and Allowed Claims and Wrong Debtor Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| ROSS, CINDY L 23750 OAK FLAT ROAD LOS GATOS, CA 95033 | 7001 1/26/10 09-12515 Nortel Networks (CALA), Inc. | - (S) - (A) $13,715.94 (P) - (U) $13,715.94 (T) | - (S) - (A) - (P) $163.10 (U) $163.10 (T) | 09-10138 NORTEL NETWORKS INC. | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates.<br><br>The Claim asserts liability for non-qualified pension benefits.<br><br>Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount.<br><br>Wrong or No Debtor. Based on a careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors believe that the Claim should be asserted against the Identified Debtor. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit A

**No-Basis Claims, No-Basis 503(b)(9) Claims, No-Basis Deferred Compensation Claims, No-Basis Pension Claims, No-Basis retiree Claims, No-Basis 401(k) Claims, Redundant Claims, Modified, Reclassified and Allowed Claims and Wrong Debtor Claims**

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| ROSS, CINDY L.<br>23750 OAK FLAT ROAD<br>LOS GATOS, CA  95033 | 7002<br>1/26/10<br>09-12515<br>Nortel Networks<br>(CALA), Inc. | - (S)<br>$13,715.94 (A)<br>- (P)<br>- (U)<br>$13,715.94 (T) | Disallowed | | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates.<br><br>The Claim asserts liability for non-qualified pension benefits.<br><br>Requirements of Section 503(b)(9) are not met and claim is redundant of claim 7001 filed by claimant asserting the same liability. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit A

**No-Basis Claims, No-Basis 503(b)(9) Claims, No-Basis Deferred Compensation Claims, No-Basis Pension Claims, No-Basis retiree Claims, No-Basis 401(k) Claims, Redundant Claims, Modified, Reclassified and Allowed Claims and Wrong Debtor Claims**

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| SHISHAKLY, MARWAN 9506 SHELLY KRASNOW LN. FAIRFAX, VA 22031 | 1101 5/4/09 NO DEBTOR | - (S) - (A) $199,075.50 (P) - (U) $199,075.50 (T) | - (S) - (A) - (P) $151,642.00 (U) $151,642.00 (T) | 09-10138 NORTEL NETWORKS INC. | The Claim asserts liability for non-qualified pension benefits. Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. Wrong or No Debtor. Based on a careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors believe that the Claim should be asserted against the Identified Debtor. |
| SINNETT, WILLIAM G 411 WALNUT ST. #4810 GREEN COVE SPRINGS, FL 32043 | 4416 9/28/09 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $256,413.82 (U) $256,413.82 (T) | Disallowed | | The Claim asserts liability for non-qualified pension benefits. Claim is redundant of claim 4417 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. Remaining claim 4417 has also been modified, reclassified and/or applied to the correct debtor on this Exhibit. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

**Exhibit A**

**No-Basis Claims, No-Basis 503(b)(9) Claims, No-Basis Deferred Compensation Claims, No-Basis Pension Claims, No-Basis retiree Claims, No-Basis 401(k) Claims, Redundant Claims, Modified, Reclassified and Allowed Claims and Wrong Debtor Claims**

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| SINNETT, WILLIAM G 411 WALNUT ST. #4810 GREEN COVE SPRINGS, FL 32043 | 4417 9/28/09 09-10138 Nortel Networks Inc. | - (S) - (A) $4,707.34 (P) $63,831.10 (U) $68,538.44 (T) | - (S) - (A) - (P) $82,073.77 (U) $82,073.77 (T) | 09-10138 NORTEL NETWORKS INC. | This claim asserts liability for termination benefits. Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |
| SMEENK, HARRY G. 808 LAKEWOOD DRIVE MCKINNEY, TX 75070 | 4565 9/29/09 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $10,197.55 (U) $10,197.55 (T) | - (S) - (A) - (P) $8,753.00 (U) $8,753.00 (T) | 09-10138 NORTEL NETWORKS INC. | The Claim asserts liability for non-qualified pension benefits. Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

**Exhibit A**

**No-Basis Claims, No-Basis 503(b)(9) Claims, No-Basis Deferred Compensation Claims, No-Basis Pension Claims, No-Basis retiree Claims, No-Basis 401(k) Claims, Redundant Claims, Modified, Reclassified and Allowed Claims and Wrong Debtor Claims**

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| SPRADLEY, SUSAN<br>2 DORSET PLACE<br>DALLAS, TX  75229 | 4527<br>9/29/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$67,011.67 (P)<br>- (U)<br>$67,011.67 (T) | - (S)<br>- (A)<br>- (P)<br>$199,956.00 (U)<br>$199,956.00 (T) | 09-10138<br>NORTEL NETWORKS<br>INC. | Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount.<br><br>The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan. Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released. See D.I.s 9127 and 9323. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit A

**No-Basis Claims, No-Basis 503(b)(9) Claims, No-Basis Deferred Compensation Claims, No-Basis Pension Claims, No-Basis retiree Claims, No-Basis 401(k) Claims, Redundant Claims, Modified, Reclassified and Allowed Claims and Wrong Debtor Claims**

### Claim to be Modified

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| STACY, MARK<br>895 E. SHIRRA DR.<br>PALATINE, IL  60074 | 5484<br>9/30/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$5,269.00 (P)<br>- (U)<br>$5,269.00 (T) | - (S)<br>- (A)<br>$4,329.58 (P)<br>$3,521.21 (U)<br>$7,850.79 (T) | 09-10138<br>NORTEL NETWORKS INC. | The Claim asserts liability for non-qualified pension benefits.<br><br>Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |
| STACY, MARK<br>895 E. SHIRRA DR.<br>PALATINE, IL  60074 | 5487<br>9/30/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$14,437.87 (P)<br>- (U)<br>$14,437.87 (T) | Disallowed | | The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan. Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released. See D.I.s 9127 and 9323. |
| STACY, MARK<br>895 E SCHIRRA DR<br>PALATINE, IL  60074 | 5568<br>9/30/09<br>NO DEBTOR | $13,311.03 (S)<br>- (A)<br>$13,311.03 (P)<br>- (U)<br>$13,311.03 (T) | Disallowed | | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit A

**No-Basis Claims, No-Basis 503(b)(9) Claims, No-Basis Deferred Compensation Claims, No-Basis Pension Claims, No-Basis retiree Claims, No-Basis 401(k) Claims, Redundant Claims, Modified, Reclassified and Allowed Claims and Wrong Debtor Claims**

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| STETTEN, CLAIRE 15 BIS RUE DE L'EGLISE CHAMPIGNY-SUR-MARNE 94500 FRANCE | 8127 12/27/11 NO DEBTOR | - (S) - (A) - (P) $15,396.07 (U) $15,396.07 (T) | - (S) - (A) - (P) $3,798.81 (U) $3,798.81 (T) | 09-10138 NORTEL NETWORKS INC. | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. Wrong or No Debtor. Based on a careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors believe that the Claim should be asserted against the Identified Debtor. |
| STUDEBAKER, LAUREN 208 WOODS DRIVE PLYMOUTH MEETING, PA 19462 | 5348 9/30/09 NO DEBTOR | - (S) - (A) - (P) $78,779.64 (U) $78,779.64 (T) | - (S) - (A) - (P) $78,779.64 (U) $78,779.64 (T) | 09-10138 NORTEL NETWORKS INC. | The Claim asserts liability for non-qualified pension benefits. Wrong or No Debtor. Based on a careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors believe that the Claim should be asserted against the Identified Debtor. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

**Exhibit A**

**No-Basis Claims, No-Basis 503(b)(9) Claims, No-Basis Deferred Compensation Claims, No-Basis Pension Claims, No-Basis retiree Claims, No-Basis 401(k) Claims, Redundant Claims, Modified, Reclassified and Allowed Claims and Wrong Debtor Claims**

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| THOMAS, DAVID 7831 COACH HOUSE LN RALEIGH, NC 27615 | 3699 9/24/09 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $108,879.18 (U) $108,879.18 (T) | - (S) - (A) - (P) $97,682.00 (U) $97,682.00 (T) | 09-10138 NORTEL NETWORKS INC. | The Claim asserts liability for non-qualified pension benefits.<br><br>Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. |
| TOGASAKI, GORDON S. SHOTO 1-19-3, SHIBUYA-KU TOKYO 150-0046 JAPAN | 4730 9/29/09 NO DEBTOR | - (S) - (A) - (P) $542,832.21 (U) $542,832.21 (T) | - (S) - (A) - (P) $494,764.00 (U) $494,764.00 (T) | 09-10138 NORTEL NETWORKS INC. | The Claim asserts liability for non-qualified pension benefits.<br><br>Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Wrong or No Debtor. Based on a careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors believe that the Claim should be asserted against the Identified Debtor. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

# Exhibit A

## No-Basis Claims, No-Basis 503(b)(9) Claims, No-Basis Deferred Compensation Claims, No-Basis Pension Claims, No-Basis retiree Claims, No-Basis 401(k) Claims, Redundant Claims, Modified, Reclassified and Allowed Claims and Wrong Debtor Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| YOUNG, CHARLES M.<br>1616 DYE PLACE<br>WILMINGTON, NC  28405 | 3543<br>9/23/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$25,254.95 (U)<br>$25,254.95 (T) | - (S)<br>- (A)<br>- (P)<br>$23,604.00 (U)<br>$23,604.00 (T) | 09-10138<br>NORTEL NETWORKS<br>INC. | The Claim asserts liability for non-qualified pension benefits.<br><br>Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. |
| **Totals:** | **100 Claims** | **$28,116.03 (S)**<br>**$32,372.70 (A)**<br>**$3,891,710.87 (P)**<br>**$10,723,649.41 (U)**<br>**$14,479,121.15 (T)** | **- (S)**<br>**$9,185.51 (A)**<br>**$33,919.51 (P)**<br>**$7,218,864.87 (U)**<br>**$7,261,969.89 (T)** | | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed