**EXHIBIT A**

## Exhibit A

### No Liability Indemnification Claims

| **Claim to be Modified** Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | Reason for Modification or Disallowance |
|---|---|---|---|---|
| BARRIOS, ALVIO S. 7010 SW 75TH AVE MIAMI, FL 33143-2809 | 6901 1/25/10 09-12515 Nortel Networks (CALA), Inc. | Unspecified* | Disallowed | No liability. The claim asserts liability for indemnification, contribution or reimbursement. The claim fails to identify a valid claim for which the Debtors would be liable. Section 502(e)(1)(B). Even if claimant identified a valid indemnification claim, to the extent the claim was unliquidated and contingent and the Debtors were co-liable on the claim, the claim should be disallowed pursuant to Section 502(e)(1)(B) of the Bankruptcy Code. |
| BINNING, PAVITER SINGH 5945 AIRPORT ROAD SUITE 360 MISSISSAUGA, ON  L4V 1R9 CANADA | 6210 12/11/09 NO DEBTOR | Unspecified* | Disallowed | No liability. The claim asserts liability for indemnification, contribution, or reimbursement.  The proof of claim fails to state a valid basis for the indemnification claim, as the claimant was not a director or officer of any US Debtor and the proof of claim provided no documentation supporting a claim that any US Debtor was obligated to indemnify the directors and officers of the Canadian Nortel debtors. |
| BINNING, PAVITER SINGH 5945 AIRPORT ROAD SUITE 360 MISSISSAUGA, ON  L4V 1R9 CANADA | 6212 12/11/09 NO DEBTOR | Unspecified* | Disallowed | No liability. The claim asserts liability for indemnification, contribution, or reimbursement.  The proof of claim fails to state a valid basis for the indemnification claim, as the claimant was not a director or officer of any US Debtor and the proof of claim provided no documentation supporting a claim that any US Debtor was obligated to indemnify the directors and officers of the Canadian Nortel debtors. |
| BISCHOFF, MANFRED, DR. PRINZENWEG 7 STARNBERG  82319 GERMANY | 3422 9/22/09 09-10138 Nortel Networks Inc. | Unspecified* | Disallowed | No liability. The claim asserts liability for indemnification, contribution or reimbursement related to the Nortel Networks ERISA litigation previously resolved in the United States District Court for the Middle District of Tennessee.  The parties to the Nortel Networks ERISA litigation agreed to a settlement of the Nortel Networks ERISA litigation in September of 2011 and the settlement was approved by the Bankruptcy Court on September 20, 2011 (D.I. 6423). |
| BROWN, ROBERT ELLIS CAE, INC. 8585 COTE-DE-LIESSE SAINT-LAURENT, QC  H4T 1G6 CANADA | 3914 9/28/09 09-10138 Nortel Networks Inc. | Unspecified* | Disallowed | No liability. The claim asserts liability for indemnification, contribution or reimbursement related to the Nortel Networks ERISA litigation previously resolved in the United States District Court for the Middle District of Tennessee.  The parties to the Nortel Networks ERISA litigation agreed to a settlement of the Nortel Networks ERISA litigation in September of 2011 and the settlement was approved by the Bankruptcy Court on September 20, 2011 (D.I. 6423). |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

*Page 1 of 8*

## Exhibit A

### No Liability Indemnification Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | Reason for Modification or Disallowance |
|---|---|---|---|---|
| DAVIES, GORDON ALLAN<br>1039 CEDAR ROAD BLVD<br>OAKVILLE, ON  L6J 2C2<br>CANADA | 6286<br>12/15/09<br>09-10138<br>Nortel Networks Inc. | Unspecified* | Disallowed | No liability. The claim asserts liability for indemnification, contribution or reimbursement. The claim fails to identify a valid claim for which the Debtors would be liable.<br><br>Section 502(e)(1)(B). Even if claimant identified a valid indemnification claim, to the extent the claim was unliquidated and contingent and the Debtors were co-liable on the claim, the claim should be disallowed pursuant to Section 502(e)(1)(B) of the Bankruptcy Code. |
| DOOLITTLE, JOHN<br>1284 FIELDCREST LANE<br>OAKVILLE, ON  L6M2L7<br>CANADA | 8076<br>11/14/11<br>09-12515<br>Nortel Networks (CALA), Inc. | Unspecified* | Disallowed | No liability. The claim asserts liability for indemnification, contribution or reimbursement. The claim fails to identify a valid claim for which the Debtors would be liable.<br><br>Section 502(e)(1)(B). Even if claimant identified a valid indemnification claim, to the extent the claim was unliquidated and contingent and the Debtors were co-liable on the claim, the claim should be disallowed pursuant to Section 502(e)(1)(B) of the Bankruptcy Code. |
| DOOLITTLE, JOHN<br>1284 FIELDCREST LANE<br>OAKVILLE, ON  L6M2L7<br>CANADA | 8077<br>11/14/11<br>09-10149<br>Architel Systems (U.S.) Corporation | Unspecified* | Disallowed | No liability. The claim asserts liability for indemnification, contribution or reimbursement. The claim fails to identify a valid claim for which the Debtors would be liable.<br><br>Section 502(e)(1)(B). Even if claimant identified a valid indemnification claim, to the extent the claim was unliquidated and contingent and the Debtors were co-liable on the claim, the claim should be disallowed pursuant to Section 502(e)(1)(B) of the Bankruptcy Code. |
| DOOLITTLE, JOHN<br>1284 FIELDCREST LANE<br>OAKVILLE, ON  L6M2L7<br>CANADA | 8078<br>11/14/11<br>09-10145<br>CoreTek, Inc. | Unspecified* | Disallowed | No liability. The claim asserts liability for indemnification, contribution or reimbursement. The claim fails to identify a valid claim for which the Debtors would be liable.<br><br>Section 502(e)(1)(B). Even if claimant identified a valid indemnification claim, to the extent the claim was unliquidated and contingent and the Debtors were co-liable on the claim, the claim should be disallowed pursuant to Section 502(e)(1)(B) of the Bankruptcy Code. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

*Page 2 of 8*

## Exhibit A

### No Liability Indemnification Claims

| **Claim to be Modified** | | | | |
|---|---|---|---|---|
| **Name/Address of Claimant** | **Claim Number<br>Date Filed<br>Case Info** | **Total Amount Claimed** | **Modified Claim Amount or Disallowed Claim** | **Reason for Modification or Disallowance** |
| DOOLITTLE, JOHN<br>1284 FIELDCREST LANE<br>OAKVILLE, ON  L6M2L7<br>CANADA | 8079<br>11/14/11<br>09-10140<br>Nortel Altsystems, Inc. | Unspecified* | Disallowed | No liability. The claim asserts liability for indemnification, contribution or reimbursement. The claim fails to identify a valid claim for which the Debtors would be liable.<br><br>Section 502(e)(1)(B). Even if claimant identified a valid indemnification claim, to the extent the claim was unliquidated and contingent and the Debtors were co-liable on the claim, the claim should be disallowed pursuant to Section 502(e)(1)(B) of the Bankruptcy Code. |
| DOOLITTLE, JOHN<br>1284 FIELDCREST LANE<br>OAKVILLE, ON  L6M2L7<br>CANADA | 8080<br>11/14/11<br>09-10141<br>Alteon WebSystems International, Inc. | Unspecified* | Disallowed | No liability. The claim asserts liability for indemnification, contribution or reimbursement. The claim fails to identify a valid claim for which the Debtors would be liable.<br><br>Section 502(e)(1)(B). Even if claimant identified a valid indemnification claim, to the extent the claim was unliquidated and contingent and the Debtors were co-liable on the claim, the claim should be disallowed pursuant to Section 502(e)(1)(B) of the Bankruptcy Code. |
| DOOLITTLE, JOHN<br>1284 FIELDCREST LANE<br>OAKVILLE, ON  L6M2L7<br>CANADA | 8081<br>11/14/11<br>09-12515<br>Nortel Networks (CALA), Inc. | Unspecified* | Disallowed | No liability. The claim asserts liability for indemnification, contribution or reimbursement. The claim fails to identify a valid claim for which the Debtors would be liable.<br><br>Section 502(e)(1)(B). Even if claimant identified a valid indemnification claim, to the extent the claim was unliquidated and contingent and the Debtors were co-liable on the claim, the claim should be disallowed pursuant to Section 502(e)(1)(B) of the Bankruptcy Code. |
| DOOLITTLE, JOHN<br>1284 FIELDCREST LANE<br>OAKVILLE, ON  L6M2L7<br>CANADA | 8082<br>11/14/11<br>09-10146<br>Nortel Networks Applications Management Solutions Inc. | Unspecified* | Disallowed | No liability. The claim asserts liability for indemnification, contribution or reimbursement. The claim fails to identify a valid claim for which the Debtors would be liable.<br><br>Section 502(e)(1)(B). Even if claimant identified a valid indemnification claim, to the extent the claim was unliquidated and contingent and the Debtors were co-liable on the claim, the claim should be disallowed pursuant to Section 502(e)(1)(B) of the Bankruptcy Code. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

*Page 3 of 8*

## Exhibit A

### No Liability Indemnification Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | Reason for Modification or Disallowance |
|---|---|---|---|---|
| DOOLITTLE, JOHN<br>1284 FIELDCREST LANE<br>OAKVILLE, ON  L6M2L7<br>CANADA | 8083<br>11/14/11<br>09-10152<br>Nortel Networks<br>Cable Solutions Inc. | Unspecified* | Disallowed | No liability. The claim asserts liability for indemnification, contribution or reimbursement. The claim fails to identify a valid claim for which the Debtors would be liable.<br><br>Section 502(e)(1)(B). Even if claimant identified a valid indemnification claim, to the extent the claim was unliquidated and contingent and the Debtors were co-liable on the claim, the claim should be disallowed pursuant to Section 502(e)(1)(B) of the Bankruptcy Code. |
| DOOLITTLE, JOHN<br>1284 FIELDCREST LANE<br>OAKVILLE, ON  L6M2L7<br>CANADA | 8084<br>11/14/11<br>09-10139<br>Nortel Networks<br>Capital Corporation | Unspecified* | Disallowed | No liability. The claim asserts liability for indemnification, contribution or reimbursement. The claim fails to identify a valid claim for which the Debtors would be liable.<br><br>Section 502(e)(1)(B). Even if claimant identified a valid indemnification claim, to the extent the claim was unliquidated and contingent and the Debtors were co-liable on the claim, the claim should be disallowed pursuant to Section 502(e)(1)(B) of the Bankruptcy Code. |
| DOOLITTLE, JOHN<br>1284 FIELDCREST LANE<br>OAKVILLE, ON  L6M2L7<br>CANADA | 8085<br>11/14/11<br>09-10148<br>Nortel Networks<br>HPOCS Inc. | Unspecified* | Disallowed | No liability. The claim asserts liability for indemnification, contribution or reimbursement. The claim fails to identify a valid claim for which the Debtors would be liable.<br><br>Section 502(e)(1)(B). Even if claimant identified a valid indemnification claim, to the extent the claim was unliquidated and contingent and the Debtors were co-liable on the claim, the claim should be disallowed pursuant to Section 502(e)(1)(B) of the Bankruptcy Code. |
| DOOLITTLE, JOHN<br>1284 FIELDCREST LANE<br>OAKVILLE, ON  L6M2L7<br>CANADA | 8086<br>11/14/11<br>09-10138<br>Nortel Networks Inc. | Unspecified* | Disallowed | No liability. The claim asserts liability for indemnification, contribution or reimbursement. The claim fails to identify a valid claim for which the Debtors would be liable.<br><br>Section 502(e)(1)(B). Even if claimant identified a valid indemnification claim, to the extent the claim was unliquidated and contingent and the Debtors were co-liable on the claim, the claim should be disallowed pursuant to Section 502(e)(1)(B) of the Bankruptcy Code. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit A

### No Liability Indemnification Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number / Date Filed / Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | Reason for Modification or Disallowance |
|---|---|---|---|---|
| DOOLITTLE, JOHN<br>1284 FIELDCREST LANE<br>OAKVILLE, ON  L6M2L7<br>CANADA | 8087<br>11/14/11<br>09-10150<br>Nortel Networks International Inc. | Unspecified* | Disallowed | No liability. The claim asserts liability for indemnification, contribution or reimbursement. The claim fails to identify a valid claim for which the Debtors would be liable.<br><br>Section 502(e)(1)(B). Even if claimant identified a valid indemnification claim, to the extent the claim was unliquidated and contingent and the Debtors were co-liable on the claim, the claim should be disallowed pursuant to Section 502(e)(1)(B) of the Bankruptcy Code. |
| DOOLITTLE, JOHN<br>1284 FIELDCREST LANE<br>OAKVILLE, ON  L6M2L7<br>CANADA | 8088<br>11/14/11<br>09-10147<br>Nortel Networks Optical Components Inc. | Unspecified* | Disallowed | No liability. The claim asserts liability for indemnification, contribution or reimbursement. The claim fails to identify a valid claim for which the Debtors would be liable.<br><br>Section 502(e)(1)(B). Even if claimant identified a valid indemnification claim, to the extent the claim was unliquidated and contingent and the Debtors were co-liable on the claim, the claim should be disallowed pursuant to Section 502(e)(1)(B) of the Bankruptcy Code. |
| DOOLITTLE, JOHN<br>1284 FIELDCREST LANE<br>OAKVILLE, ON  L6M2L7<br>CANADA | 8089<br>11/14/11<br>09-10151<br>Northern Telecom International Inc. | Unspecified* | Disallowed | No liability. The claim asserts liability for indemnification, contribution or reimbursement. The claim fails to identify a valid claim for which the Debtors would be liable.<br><br>Section 502(e)(1)(B). Even if claimant identified a valid indemnification claim, to the extent the claim was unliquidated and contingent and the Debtors were co-liable on the claim, the claim should be disallowed pursuant to Section 502(e)(1)(B) of the Bankruptcy Code. |
| DOOLITTLE, JOHN<br>1284 FIELDCREST LANE<br>OAKVILLE, ON  L6M2L7<br>CANADA | 8090<br>11/14/11<br>09-10144<br>Qtera Corporation | Unspecified* | Disallowed | No liability. The claim asserts liability for indemnification, contribution or reimbursement. The claim fails to identify a valid claim for which the Debtors would be liable.<br><br>Section 502(e)(1)(B). Even if claimant identified a valid indemnification claim, to the extent the claim was unliquidated and contingent and the Debtors were co-liable on the claim, the claim should be disallowed pursuant to Section 502(e)(1)(B) of the Bankruptcy Code. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

*Page 5 of 8*

## Exhibit A

### No Liability Indemnification Claims

| Claim to be Modified Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | Reason for Modification or Disallowance |
|---|---|---|---|---|
| DOOLITTLE, JOHN<br>1284 FIELDCREST LANE<br>OAKVILLE, ON  L6M2L7<br>CANADA | 8091<br>11/14/11<br>09-10143<br>Sonoma Systems | Unspecified* | Disallowed | No liability. The claim asserts liability for indemnification, contribution or reimbursement. The claim fails to identify a valid claim for which the Debtors would be liable.<br><br>Section 502(e)(1)(B). Even if claimant identified a valid indemnification claim, to the extent the claim was unliquidated and contingent and the Debtors were co-liable on the claim, the claim should be disallowed pursuant to Section 502(e)(1)(B) of the Bankruptcy Code. |
| DOOLITTLE, JOHN<br>1284 FIELDCREST LANE<br>OAKVILLE, ON  L6M2L7<br>CANADA | 8092<br>11/14/11<br>09-10142<br>Xros, Inc. | Unspecified* | Disallowed | No liability. The claim asserts liability for indemnification, contribution or reimbursement. The claim fails to identify a valid claim for which the Debtors would be liable.<br><br>Section 502(e)(1)(B). Even if claimant identified a valid indemnification claim, to the extent the claim was unliquidated and contingent and the Debtors were co-liable on the claim, the claim should be disallowed pursuant to Section 502(e)(1)(B) of the Bankruptcy Code. |
| DOOLITTLE, JOHN M<br>1284 FIELDCREST LANE<br>OAKVILLE, ON  L6M 2L7<br>CANADA | 6222<br>12/14/09<br>NO DEBTOR | Unspecified* | Disallowed | No liability. The claim asserts liability for indemnification, contribution or reimbursement related to the Nortel Networks ERISA litigation previously resolved in the United States District Court for the Middle District of Tennessee.  The parties to the Nortel Networks ERISA litigation agreed to a settlement of the Nortel Networks ERISA litigation in September of 2011 and the settlement was approved by the Bankruptcy Court on September 20, 2011 (D.I. 6423). |
| DOOLITTLE, JOHN M.<br>1284 FIELDCREST LANE<br>OAKVILLE, ON  L6M 2L7<br>CANADA | 6803<br>1/20/10<br>09-12515<br>Nortel Networks (CALA), Inc. | Unspecified* | Disallowed | No liability. The claim asserts liability for indemnification, contribution or reimbursement. The claim fails to identify a valid claim for which the Debtors would be liable.<br><br>Section 502(e)(1)(B). Even if claimant identified a valid indemnification claim, to the extent the claim was unliquidated and contingent and the Debtors were co-liable on the claim, the claim should be disallowed pursuant to Section 502(e)(1)(B) of the Bankruptcy Code. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

*Page 6 of 8*

## Exhibit A

### No Liability Indemnification Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | Reason for Modification or Disallowance |
|---|---|---|---|---|
| DOOLITTLE, JOHN M.<br>1284 FIELDCREST LANE<br>OAKVILLE, ON  L6M 2L7<br>CANADA | 6804<br>1/20/10<br>09-12515<br>Nortel Networks (CALA), Inc. | Unspecified* | Disallowed | No liability. The claim asserts liability for indemnification, contribution or reimbursement. The claim fails to identify a valid claim for which the Debtors would be liable.<br><br>Section 502(e)(1)(B). Even if claimant identified a valid indemnification claim, to the extent the claim was unliquidated and contingent and the Debtors were co-liable on the claim, the claim should be disallowed pursuant to Section 502(e)(1)(B) of the Bankruptcy Code.<br><br>Duplicative. The claim is duplicative of Claim 6803 and 6805. |
| DOOLITTLE, JOHN MARSHALL<br>1284 FIELDCREST LANE<br>OAKVILLE, ON  L6M 2L7<br>CANADA | 6211<br>12/11/09<br>NO DEBTOR | Unspecified* | Disallowed | No liability. The claim asserts liability for indemnification, contribution or reimbursement. The claim fails to identify a valid claim for which the Debtors would be liable.<br><br>Section 502(e)(1)(B). Even if claimant identified a valid indemnification claim, to the extent the claim was unliquidated and contingent and the Debtors were co-liable on the claim, the claim should be disallowed pursuant to Section 502(e)(1)(B) of the Bankruptcy Code. |
| DOOLITTLE, JOHN MARSHALL<br>1284 FIELDCREST LANE<br>OAKVILLE, ON  L6M 2L7<br>CANADA | 6805<br>1/20/10<br>09-12515<br>Nortel Networks (CALA), Inc. | Unspecified* | Disallowed | No liability. The claim asserts liability for indemnification, contribution or reimbursement. The claim fails to identify a valid claim for which the Debtors would be liable.<br><br>Section 502(e)(1)(B). Even if claimant identified a valid indemnification claim, to the extent the claim was unliquidated and contingent and the Debtors were co-liable on the claim, the claim should be disallowed pursuant to Section 502(e)(1)(B) of the Bankruptcy Code.<br><br>Duplicative. The claim is duplicative of Claim 6803 and 6804. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

# Exhibit A

## No Liability Indemnification Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | Reason for Modification or Disallowance |
|---|---|---|---|---|
| INGRAM, ROBERT ALEXANDER<br>GLAXOSMITHKLINE PLCC<br>5 MOORE DRIVE, MAIL DROP #50.2032<br>RESEARCH TRIANGLE PARK, NC 27709 | 5894<br>10/5/09<br>09-10138<br>Nortel Networks Inc. | Unspecified* | Disallowed | No liability. The claim asserts liability for indemnification, contribution or reimbursement related to the Nortel Networks ERISA litigation previously resolved in the United States District Court for the Middle District of Tennessee.  The parties to the Nortel Networks ERISA litigation agreed to a settlement of the Nortel Networks ERISA litigation in September of 2011 and the settlement was approved by the Bankruptcy Court on September 20, 2011 (D.I. 6423). |
| MANLEY, JOHN P<br>498 QUEEN ELIZABETH DRIVEWAY<br>OTTAWA, ON  K1S 3N4<br>CANADA | 5331<br>9/22/09<br>09-10138<br>Nortel Networks Inc. | Unspecified* | Disallowed | No liability. The claim asserts liability for indemnification, contribution or reimbursement related to the Nortel Networks ERISA litigation previously resolved in the United States District Court for the Middle District of Tennessee.  The parties to the Nortel Networks ERISA litigation agreed to a settlement of the Nortel Networks ERISA litigation in September of 2011 and the settlement was approved by the Bankruptcy Court on September 20, 2011 (D.I. 6423). |
| SUAREZ, JORGE HUMBERTO<br>14720 GLENCAIRN ROAD<br>MIAMI LAKES, FL  33016 | 6974<br>1/25/10<br>09-12515<br>Nortel Networks (CALA), Inc. | - (S)<br>- (A)<br>- (P)<br>$1,000,000.00 (U)<br>$1,000,000.00 (T) | Disallowed | No liability. The claim asserts liability for indemnification, contribution or reimbursement. The claim fails to identify a valid claim for which the Debtors would be liable.<br><br>Section 502(e)(1)(B). Even if claimant identified a valid indemnification claim, to the extent the claim was unliquidated and contingent and the Debtors were co-liable on the claim, the claim should be disallowed pursuant to Section 502(e)(1)(B) of the Bankruptcy Code. |
| **Totals:** | 31 Claims | - (S)<br>- (A)<br>- (P)<br>$1,000,000.00 (U)<br>$1,000,000.00 (T) | **Unspecified*** | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed