IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------X
                                                       :
In re                                                  :   Chapter 11
                                                       :
Nortel Networks Inc., et al.,¹                         :   Case No. 09-10138 (KG)
                                                       :
        Debtors.                                       :   Jointly Administered
                                                       :
------------------------------------------------------X
```

### DEBTORS' FIRST NOTICE OF FORMALLY ALLOWED CLAIMS

**WHEREAS**, on February 2, 2016, the Debtors filed a Motion for an Order Establishing Procedures to Further the Resolution of Claims (D.I. 16514) (the "Motion"); and

**WHEREAS**, on February 19, 2016, the Court approved the Motion and entered an Order (the "Order") Approving Debtors' Motion for an Order Establishing Procedures to Further the Resolution of Claims (D.I. 16551) permitting the Debtors, *inter alia*, to formally allow certain claims on limited advance notice (the "Formal Allowance Procedures").

**WHREAS**, on June 17, 2016 the Debtors provided notice (the "First Notice of the Proposed Formal Allowance of Claims")² to the Notice Parties and each claimant listed in Exhibit A that, pursuant to paragraph 4(a) of the Order, the Debtors were proposing to formally allow each of the claims listed on Exhibit A hereto.

**PLEASE TAKE NOTICE THAT** the Debtors received no objections to the formal allowance of the claims listed on Exhibit A prior to the Objection Deadline and each such claim has therefore been deemed allowed pursuant to paragraph 4(a) of the Order.

**PLEASE TAKE FURTHER NOTICE** the Debtors hereby file this First Notice of Formally Allowed Claims (the "First Formally Allowed Claims Notice") pursuant to paragraph 4(b) of the Order.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the First Notice of the Proposed Formal Allowance of Claims.

Dated: July 18, 2016
      Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

- and –

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

   */s/ Tamara K. Minott*
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Andrew R. Remming (No. 5120)
Tamara K. Minott (No. 5643)
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989

*Counsel for the Debtors and Debtors in Possession*