| Claim Number | Claimant Name | Allowed Administrative Amount | Allowed Secured Amount | Allowed Priority Amount | Allowed Unsecured Amount | Total Allowed Claim Amount | Debtor |
|---|---|---|---|---|---|---|---|
| 1308-01 | 3G AMERICAS LLC | - | - | - | 8,035.72 | 8,035.72 | NORTEL NETWORKS INC. |
| 1843 | A.T. KEARNEY, INC. | - | - | - | 369,996.00 | 369,996.00 | NORTEL NETWORKS INC. |
| 97 | A-1 TELECOMMUNICATIONS LLC | - | - | - | 4,743.50 | 4,743.50 | NORTEL NETWORKS INC. |
| 212 | A-1 TELECOMMUNICATIONS LLC | - | - | - | 432.50 | 432.50 | NORTEL NETWORKS INC. |
| 1670 | A-1 TELECOMMUNICATIONS LLC | - | - | - | 8,230.00 | 8,230.00 | NORTEL NETWORKS INC. |
| 2370 | AAA SOUND SERVICE LTD | - | - | - | 450.00 | 450.00 | NORTEL NETWORKS INC. |
| 2495 | ADVANTECH CORP | - | - | - | 26,343.48 | 26,343.48 | NORTEL NETWORKS INC. |
| 830 | AJILON LLC | - | - | - | 42,240.00 | 42,240.00 | NORTEL NETWORKS INC. |
| 2007 | ALLEN SYSTEMS GROUP INC | - | - | - | 361.69 | 361.69 | NORTEL NETWORKS INC. |
| 149 | ARGO PARTNERS | - | - | - | 5,595.66 | 5,595.66 | NORTEL NETWORKS INC. |
| 2997 | ARGO PARTNERS | - | - | - | 2,165.00 | 2,165.00 | NORTEL NETWORKS INC. |
| 4389 | ARGO PARTNERS | - | - | - | 141,833.00 | 141,833.00 | NORTEL NETWORKS INC. |
| 2069 | ASSURANCE TECHNOLOGY CORP | - | - | - | 10,000.00 | 10,000.00 | NORTEL NETWORKS INC. |
| 189 | ATMOS ENERGY/MID-TEX DIVISION | - | - | - | 155.00 | 155.00 | NORTEL NETWORKS INC. |
| 173 | AV METRO INC. | - | - | - | 26,555.00 | 26,555.00 | NORTEL NETWORKS INC. |
| 1254 | BDO SEIDMAN, LLP | - | - | - | 2,980.24 | 2,980.24 | NORTEL NETWORKS INC. |
| 5775-01 | BERKEMEYER ATTORNEYS & COUNSELORS | - | - | - | 1,702.00 | 1,702.00 | NORTEL NETWORKS INC. |
| 7066 | BGH SA | - | - | - | 25,419.00 | 25,419.00 | NORTEL NETWORKS (CALA), INC. |
| 3159 | BIG TIME AUDIO | - | - | - | 770.00 | 770.00 | NORTEL NETWORKS INC. |
| 1273 | BLACKWELL PARTNERS LLC | - | - | - | 67,000.00 | 67,000.00 | NORTEL NETWORKS INC. |
| 3834-01 | BLACKWELL PARTNERS LLC | 35,162.30 | - | - | - | 35,162.30 | NORTEL NETWORKS INC. |
| 8121 | BOWERY INSTITUTIONAL OPPORTUNITY FUND, L | - | - | - | 40,000.00 | 40,000.00 | NORTEL NETWORKS INC. |
| 1769 | BOWERY OPPORTUNITY FUND, L.P. | - | - | - | 37,000.00 | 37,000.00 | NORTEL NETWORKS INC. |
| 4140 | BOWERY OPPORTUNITY FUND, L.P. | - | - | - | 14,620.00 | 14,620.00 | NORTEL NETWORKS INC. |
| 6298 | BTS USA INC | - | - | - | 3,110.00 | 3,110.00 | NORTEL NETWORKS (CALA), INC. |
| 6143 | CABLEVISION LIGHTPATH INC | - | - | - | 1,187.24 | 1,187.24 | NORTEL NETWORKS INC. |
| 6857 | CALA TELECOM SERVICES | - | - | - | 37,181.50 | 37,181.50 | NORTEL NETWORKS (CALA), INC. |
| 3008-01 | CALIAN TECHNOLOGY SERVICES | - | - | - | 84,858.43 | 84,858.43 | NORTEL NETWORKS INC. |
| 3008-02 | CALIAN TECHNOLOGY SERVICES | - | - | - | 13,422.02 | 13,422.02 | NORTEL NETWORKS INC. |
| 1691 | CAMIANT, INC. | - | - | - | 9,943.22 | 9,943.22 | NORTEL NETWORKS INC. |
| 7357 | CANADIAN RED CROSS | - | - | - | 23,205.80 | 23,205.80 | NORTEL NETWORKS INC. |
| 5470 | CAPITOL SOLUTIONS GOV'T RELATIONS | - | - | - | 33,750.00 | 33,750.00 | NORTEL NETWORKS INC. |
| 6462 | CARMEN TORRES | - | - | - | 1,260.00 | 1,260.00 | NORTEL NETWORKS (CALA), INC. |
| 1952 | CATER TIME VENDING & DISTRIBUTING, INC. | 33.14 | - | - | 587.61 | 620.75 | NORTEL NETWORKS INC. |
| 84 | CDS DATACOMM INC. | - | - | - | 45,693.31 | 45,693.31 | NORTEL NETWORKS INC. |
| 582 | CHINA TELECOM (AMERICAS) CORPORATION | - | - | - | 14,957.72 | 14,957.72 | NORTEL NETWORKS INC. |
| 425 | CINCINNATI BELL TELEPHONE | - | - | - | 614.24 | 614.24 | NORTEL NETWORKS INC. |
| 7298 | CITY OF COLORADO SPRINGS SALES TAX | - | - | 2,286.47 | - | 2,286.47 | NORTEL NETWORKS INC. |
| 3485 | CLICK COMMERCE INC | - | - | - | 77,475.00 | 77,475.00 | NORTEL NETWORKS INC. |
| 1373 | C-MARK CORP | - | - | - | 992,966.00 | 992,966.00 | NORTEL NETWORKS INC. |
| 616 | COLONIAL GAS COMPANY D/B/A KEYSPAN | - | - | - | 3,043.48 | 3,043.48 | NORTEL NETWORKS INC. |
| 1888 | COMBAT NETWORKS INC. | - | - | - | 2,184.45 | 2,184.45 | NORTEL NETWORKS INC. |
| 536 | COMPUWARE CORPORATION | - | - | - | 1,770.59 | 1,770.59 | NORTEL NETWORKS INC. |
| 424 | CONTRARIAN FUNDS, LLC | - | - | - | 56,813.06 | 56,813.06 | NORTEL NETWORKS INC. |
| 1525 | CONTRARIAN FUNDS, LLC | - | - | - | 42,060.31 | 42,060.31 | NORTEL NETWORKS INC. |
| 2487 | CONTRARIAN FUNDS, LLC | - | - | - | 136,267.00 | 136,267.00 | NORTEL NETWORKS INC. |
| 153 | CORRE OPPORTUNITIES FUND, L.P. | - | - | - | 3,735.00 | 3,735.00 | NORTEL NETWORKS INC. |
| 1141 | CORRE OPPORTUNITIES FUND, L.P. | - | - | - | 40,010.00 | 40,010.00 | NORTEL NETWORKS INC. |
| 2745 | CORRE OPPORTUNITIES FUND, L.P. | - | - | - | 38,919.00 | 38,919.00 | NORTEL NETWORKS INC. |
| 3848 | CORRE OPPORTUNITIES FUND, L.P. | - | - | - | 50,000.00 | 50,000.00 | NORTEL NETWORKS INC. |
| 4852 | CORRE OPPORTUNITIES FUND, L.P. | - | - | - | 30,211.59 | 30,211.59 | NORTEL NETWORKS INC. |
| 6670 | CORRE OPPORTUNITIES FUND, L.P. | - | - | - | 103,548.62 | 103,548.62 | NORTEL NETWORKS (CALA), INC. |
| 6126-01 | CORRE OPPORTUNITIES FUND, L.P. | - | - | - | 2,218.00 | 2,218.00 | NORTEL NETWORKS (CALA), INC. |
| 6129-01 | CORRE OPPORTUNITIES FUND, L.P. | - | - | 1,575.00 | 810.00 | 2,385.00 | NORTEL NETWORKS (CALA), INC. |
| 765 | CORRE OPPORTUNITIES QUALIFIED MASTER FND | - | - | - | 273,500.00 | 273,500.00 | NORTEL NETWORKS INC. |
| 382 | COX BUSINESS | - | - | - | 103.51 | 103.51 | NORTEL NETWORKS INC. |
| 518 | CT LIEN SOLUTIONS | - | - | - | 350.00 | 350.00 | NORTEL NETWORKS INC. |
| 6887 | CURTIS STRAUSS LLC | - | - | - | 42,067.50 | 42,067.50 | NORTEL NETWORKS INC. |
| 1831 | DACA V, LLC | - | - | - | 1,320.00 | 1,320.00 | NORTEL NETWORKS INC. |
| 902 | DATA CONNECTION LTD | - | - | - | 11,250.00 | 11,250.00 | NORTEL NETWORKS INC. |
| 3457 | DEBT ACQUISITION COMPANY OF AMERICA V | - | - | - | 495.16 | 495.16 | NORTEL NETWORKS INC. |
| 781 | DEES COMMUNICATIONS CORPORATION | - | - | - | 5,972.80 | 5,972.80 | NORTEL NETWORKS INC. |
| 1035 | DELTA NETWORKS INC. | 5,227.28 | - | - | - | 5,227.28 | NORTEL NETWORKS INC. |
| 269 | DELTA NETWORKS, INC. | - | - | - | 28,512.40 | 28,512.40 | NORTEL NETWORKS INC. |
| 2376 | DIGI KEY CORP | - | - | - | 580.72 | 580.72 | NORTEL NETWORKS INC. |
| 2377 | DIGI-KEY CORPORATION | - | - | - | 703.52 | 703.52 | NORTEL NETWORKS INC. |
| 4547-05 | DRAWBRIDGE SPECIAL OPP. FUND LTD. | - | - | - | 4,359.43 | 4,359.43 | NORTEL NETWORKS INC. |
| 5636-05 | DRAWBRIDGE SPECIAL OPP. FUND LTD. | - | - | - | 450,046.41 | 450,046.41 | NORTEL NETWORKS INC. |
| 5636-06 | DRAWBRIDGE SPECIAL OPP. FUND LTD. | - | - | - | 361,947.60 | 361,947.60 | NORTEL NETWORKS INC. |
| 5636-07 | DRAWBRIDGE SPECIAL OPP. FUND LTD. | - | - | - | 39,335.36 | 39,335.36 | NORTEL NETWORKS INC. |
| 5638-05 | DRAWBRIDGE SPECIAL OPP. FUND LTD. | 515,779.88 | - | - | - | 515,779.88 | NORTEL NETWORKS INC. |
| 5638-06 | DRAWBRIDGE SPECIAL OPP. FUND LTD. | 348,213.31 | - | - | - | 348,213.31 | NORTEL NETWORKS INC. |
| 5638-07 | DRAWBRIDGE SPECIAL OPP. FUND LTD. | 37,842.76 | - | - | - | 37,842.76 | NORTEL NETWORKS INC. |
| 4547-04 | DRAWBRIDGE SPECIAL OPPORTUNITIES FUND LP | - | - | - | 16,347.87 | 16,347.87 | NORTEL NETWORKS INC. |
| 5636-04 | DRAWBRIDGE SPECIAL OPPORTUNITIES FUND LP | - | - | - | 1,286,391.07 | 1,286,391.07 | NORTEL NETWORKS INC. |
| 5638-04 | DRAWBRIDGE SPECIAL OPPORTUNITIES FUND LP | 1,548,118.47 | - | - | - | 1,548,118.47 | NORTEL NETWORKS INC. |
| 2373 | DV DIE CUTTING INC | - | - | - | 565.00 | 565.00 | NORTEL NETWORKS INC. |
| 1805-01 | ELECTRONIC ENVIRONMENTS CORPORATION | - | - | - | 222.27 | 222.27 | NORTEL NETWORKS INC. |
| 2638 | EQUIPTO ELECTRONICS CORP | - | - | - | 1,184.06 | 1,184.06 | NORTEL NETWORKS INC. |
| 6388 | ESALES MEDIA INC | - | - | - | 8,529.25 | 8,529.25 | NORTEL NETWORKS (CALA), INC. |

| Claim Number | Claimant Name | Allowed Administrative Amount | Allowed Secured Amount | Allowed Priority Amount | Allowed Unsecured Amount | Total Allowed Claim Amount | Debtor |
|---|---|---|---|---|---|---|---|
| 253 | ETELEMETRY, INC. | - | - | - | 14,246.87 | 14,246.87 | NORTEL NETWORKS INC. |
| 1217 | FCS NORTH AMERICA, INC | - | - | - | 142,615.74 | 142,615.74 | NORTEL NETWORKS INC. |
| 3492 | FISCHER & COMPANY | - | - | - | 155,994.21 | 155,994.21 | NORTEL NETWORKS INC. |
| 63 | FOREST NETWORKS LLC | - | - | - | 36,780.00 | 36,780.00 | NORTEL NETWORKS INC. |
| 2880 | FRY'S ELECTRONICS, INC. | 2,181.52 | - | - | 1,706.44 | 3,887.96 | NORTEL NETWORKS INC. |
| 5356 | GE FANUC INTELLIGENT PLATFORMS | 235,980.00 | - | - | - | 235,980.00 | NORTEL NETWORKS INC. |
| 2817 | GENESIS BUILDING LTD | - | - | - | 71,523.41 | 71,523.41 | NORTEL NETWORKS INC. |
| 2671 | GLOBAL CROSSING CONFERENCING | - | - | - | 42,161.97 | 42,161.97 | NORTEL NETWORKS INC. |
| 2672 | GLOBAL CROSSING CONFERENCING | - | - | - | 823.64 | 823.64 | NORTEL NETWORKS INC. |
| 2251-01 | GO TO MARKET INC DBA NEXT LEVEL | - | - | - | 134,675.00 | 134,675.00 | NORTEL NETWORKS (CALA), INC. |
| 3264 | GOLDER | - | - | - | 23,043.65 | 23,043.65 | NORTEL NETWORKS INC. |
| 7404 | GRAPEVINE-COLLEYVILLE INDEPENDENT SCHOOL | - | 4,750.74 | - | - | 4,750.74 | NORTEL NETWORKS INC. |
| 4608 | HIGHWOODS REALTY LIMITED PARTNERSHIP | - | - | - | 59,447.37 | 59,447.37 | NORTEL NETWORKS INC. |
| 3547 | HISCOCK & BARCLAY LLP | - | - | - | 3,145.27 | 3,145.27 | NORTEL NETWORKS INC. |
| 4552 | HUDDLESTON BOLEN, LLP | - | - | - | 1,987.50 | 1,987.50 | NORTEL NETWORKS INC. |
| 1474 | ILX GROUP PLC | - | - | - | 6,395.99 | 6,395.99 | NORTEL NETWORKS INC. |
| 3832 | INSIGHT | - | - | - | 183,436.15 | 183,436.15 | NORTEL NETWORKS INC. |
| 7805 | INTEL AMERICAS, INC. | - | - | - | 450,000.00 | 450,000.00 | NORTEL NETWORKS INC. |
| 980 | INTELLIGRAPHICS, INC | - | - | - | 1,625.00 | 1,625.00 | NORTEL NETWORKS INC. |
| 6365 | IRVINE COMPANY LLC, THE | - | - | - | 587,436.37 | 587,436.37 | NORTEL NETWORKS INC. |
| 6895 | J MOCK & CO SA | - | - | - | 70,598.00 | 70,598.00 | NORTEL NETWORKS (CALA), INC. |
| 142 | JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC | - | - | - | 3,167.50 | 3,167.50 | NORTEL NETWORKS INC. |
| 254 | JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC | - | - | - | 188,004.58 | 188,004.58 | NORTEL NETWORKS INC. |
| 2779 | JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC | - | - | - | 6,000.00 | 6,000.00 | NORTEL NETWORKS INC. |
| 3358 | JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC | - | - | - | 15,000.00 | 15,000.00 | NORTEL NETWORKS INC. |
| 663 | KEYSPAN GAS EAST CORP DBA NATIONAL GRID | - | - | - | 4,131.64 | 4,131.64 | NORTEL NETWORKS INC. |
| 1652 | LEVEL 3 COMMUNICATIONS LLC | - | - | - | 16,361.11 | 16,361.11 | NORTEL NETWORKS INC. |
| 1653 | LEVEL 3 ENHANCED SERVICES, LLC | - | - | - | 16,057.66 | 16,057.66 | NORTEL NETWORKS INC. |
| 7083 | LEXIS NEXIS CANADA INC | - | - | - | 1,396.28 | 1,396.28 | NORTEL NETWORKS INC. |
| 745 | LEXISNEXIS A DIVISION OF REED ELSEVIER | - | - | - | 13,186.04 | 13,186.04 | NORTEL NETWORKS INC. |
| 746-01 | LEXISNEXIS A DIVISION OF REED ELSEVIER | - | - | - | 1,772.30 | 1,772.30 | NORTEL NETWORKS INC. |
| 572 | LIGHT READING/HEAVY READING | - | - | - | 69,262.50 | 69,262.50 | NORTEL NETWORKS INC. |
| 1223 | LIONBRIDGE | - | - | - | 700.35 | 700.35 | NORTEL NETWORKS INC. |
| 1224 | LIONBRIDGE | - | - | - | 18,330.00 | 18,330.00 | NORTEL NETWORKS INC. |
| 5992 | LOG ME IN, INC. | - | - | - | 10,931.51 | 10,931.51 | NORTEL NETWORKS INC. |
| 7450 | LOS ANGELES COUNTY TREASURER & TAX | - | 5,540.30 | - | - | 5,540.30 | NORTEL NETWORKS INC. |
| 609 | LOUISVILLE METRO REVENUE COMMISSION | - | - | 450.42 | - | 450.42 | NORTEL NETWORKS INC. |
| 8019 | LOWE MARTIN GROUP | - | - | - | 51,783.27 | 51,783.27 | NORTEL NETWORKS INC. |
| 3170 | MCGRATH RENT CORP DBA TRS-RENTELCO | - | - | - | 58,229.42 | 58,229.42 | NORTEL NETWORKS INC. |
| 355 | MCMANIS FAULKNER, A PROFESSIONAL CORP. | - | - | - | 528.50 | 528.50 | NORTEL NETWORKS INC. |
| 423 | MEDIATEC PUBLISHING, INC. | - | - | - | 3,750.00 | 3,750.00 | NORTEL NETWORKS INC. |
| 1823 | METIA SOLUTIONS INC | - | - | - | 19,043.00 | 19,043.00 | NORTEL NETWORKS INC. |
| 2265 | MONOTYPE IMAGING INC | - | - | - | 39,580.50 | 39,580.50 | NORTEL NETWORKS INC. |
| 5649 | MORRISETTE PAPER CO INC | - | - | - | 951.40 | 951.40 | NORTEL NETWORKS INC. |
| 3051 | MRV COMMUNICATIONS, INC. | - | - | - | 14,069.00 | 14,069.00 | NORTEL NETWORKS INC. |
| 181 | NATIONAL INTEGRATED SYSTEMS INC. | - | - | - | 8,269.10 | 8,269.10 | NORTEL NETWORKS INC. |
| 3933 | NEC ELECTRONICS AMERICA, INC. | - | - | - | 42,847.50 | 42,847.50 | NORTEL NETWORKS INC. |
| 1463 | NEI | - | - | - | 18,765.00 | 18,765.00 | NORTEL NETWORKS INC. |
| 2501 | NEMKO USA INC | - | - | - | 3,750.00 | 3,750.00 | NORTEL NETWORKS INC. |
| 3665 | NEW BOSTON 175 CAPITAL LLC | - | - | - | 39,224.73 | 39,224.73 | NORTEL NETWORKS INC. |
| 3481 | NEW HORIZONS | - | - | - | 78,212.82 | 78,212.82 | NORTEL NETWORKS INC. |
| 7825 | NORTHERN TRUST COMPANY | - | - | - | 28,913.18 | 28,913.18 | NORTEL NETWORKS INC. |
| 1192 | NOVATIONS GROUP, INC | - | - | - | 3,610.00 | 3,610.00 | NORTEL NETWORKS INC. |
| 3472 | OBJECTIVITY INC | - | - | - | 40,867.20 | 40,867.20 | NORTEL NETWORKS INC. |
| 4028 | OBRYON & SCHNABEL | - | - | - | 208.50 | 208.50 | NORTEL NETWORKS INC. |
| 1252 | OMNITURE, INC. | - | - | - | 47,042.19 | 47,042.19 | NORTEL NETWORKS INC. |
| 1355 | OPSWAT, INC. | - | - | - | 4,375.00 | 4,375.00 | NORTEL NETWORKS INC. |
| 585 | POWERSOURCE 21 LLC | - | - | - | 2,900.00 | 2,900.00 | NORTEL NETWORKS INC. |
| 604 | POWERSOURCE 21 LLC | - | - | - | 1,436.00 | 1,436.00 | NORTEL NETWORKS INC. |
| 5384 | PRICEWATERHOUSECOOPERS LLP | - | - | - | 11,602.90 | 11,602.90 | NORTEL NETWORKS INC. |
| 2065 | PRO CONNECT TECHNOLOGY | - | - | - | 5,373.88 | 5,373.88 | NORTEL NETWORKS INC. |
| 3494 | PUBLIC SERVICE COMPANY OF N.CAROLINA INC | - | - | - | 31,837.61 | 31,837.61 | NORTEL NETWORKS INC. |
| 1921 | PUCAN TRADING | - | - | - | 856.00 | 856.00 | NORTEL NETWORKS INC. |
| 1619 | RALEIGH RADIOLOGY ASSOCIATES | - | - | - | 2,650.00 | 2,650.00 | NORTEL NETWORKS INC. |
| 1031 | RAVENSWOOD SYSTEMS INC. | - | - | - | 38,989.04 | 38,989.04 | NORTEL NETWORKS INC. |
| 2061 | REL COMM INC | - | - | - | 4,064.00 | 4,064.00 | NORTEL NETWORKS INC. |
| 3645 | RIMAGE CORP | - | - | - | 5,548.87 | 5,548.87 | NORTEL NETWORKS INC. |
| 1837 | ROC SOFTWARE LP | - | - | - | 1,614.00 | 1,614.00 | NORTEL NETWORKS INC. |
| 1190 | ROCHESTER INSTITUTE OF TECHNOLOGY | - | - | - | 5,000.00 | 5,000.00 | NORTEL NETWORKS INC. |
| 7037 | SAN PATRICIO PARKING SYSTEM | - | - | - | 1,800.00 | 1,800.00 | NORTEL NETWORKS (CALA), INC. |
| 2803 | SAS INSTITUTE INC | - | - | - | 89,700.00 | 89,700.00 | NORTEL NETWORKS INC. |
| 70 | SBC LONG DISTANCE, LLC | - | - | - | 4.13 | 4.13 | NORTEL NETWORKS INC. |
| 2491 | SENA TECHNOLOGIES, INC. | 4,082.81 | - | - | - | 4,082.81 | NORTEL NETWORKS INC. |
| 402 | SIERRA LIQUIDITY FUND, LLC | 870.00 | - | - | - | 870.00 | NORTEL NETWORKS INC. |
| 2630 | SLATER & MATSIL LLP | - | - | - | 2,319.04 | 2,319.04 | NORTEL NETWORKS INC. |
| 111 | SONAR CREDIT PARTNERS III, LLC | - | - | - | 12,500.00 | 12,500.00 | NORTEL NETWORKS INC. |
| 1183 | SONAR CREDIT PARTNERS III, LLC | - | - | - | 8,856.00 | 8,856.00 | NORTEL NETWORKS INC. |
| 1883 | SPARKLE POWER INC | - | - | - | 5,880.00 | 5,880.00 | NORTEL NETWORKS INC. |

| Claim Number | Claimant Name | Allowed Administrative Amount | Allowed Secured Amount | Allowed Priority Amount | Allowed Unsecured Amount | Total Allowed Claim Amount | Debtor |
|---|---|---|---|---|---|---|---|
| 2012 | STANLEY SUPPLY & SERVICES | - | - | - | 1,103.65 | 1,103.65 | NORTEL NETWORKS INC. |
| 7602 | STATE OF IOWA | - | - | 31,317.25 | 288.00 | 31,605.25 | NORTEL NETWORKS INC. |
| 8183 | STATE OF MINNESOTA DEPARTMENT OF REVENUE | - | - | 35,399.43 | 26,774.25 | 62,173.68 | NORTEL NETWORKS INC. |
| 6068-01 | STEARNS WEAVER MILLER, ET AL | - | - | - | 63,744.74 | 63,744.74 | NORTEL NETWORKS (CALA), INC. |
| 6823 | STERLING NETWORKS CORP | - | - | - | 6,850.00 | 6,850.00 | NORTEL NETWORKS (CALA), INC. |
| 6824 | STERLING NETWORKS CORP | - | - | - | 8,160.00 | 8,160.00 | NORTEL NETWORKS (CALA), INC. |
| 2006 | SUPERCLICK NETWORK INC | - | - | - | 22,062.50 | 22,062.50 | NORTEL NETWORKS INC. |
| 506-01 | TALX CORPORATION | - | - | - | 4,785.02 | 4,785.02 | NORTEL NETWORKS INC. |
| 1646 | TANDBERG, INC. | 297,650.76 | - | - | - | 297,650.76 | NORTEL NETWORKS INC. |
| 7467 | TANNOR PARTNERS CREDIT FUND II, LP AS | - | - | - | 17,517.00 | 17,517.00 | NORTEL NETWORKS INC. |
| 7572 | TANNOR PARTNERS CREDIT FUND, LP | - | - | - | 6,850.00 | 6,850.00 | NORTEL NETWORKS INC. |
| 3864 | TANNOR PARTNERS CREDIT FUND, LP | - | - | - | 16,340.77 | 16,340.77 | NORTEL NETWORKS INC. |
| 3973 | TATA CONSULTANCY SERVICES LIMITED | - | - | - | 3,507,825.44 | 3,507,825.44 | NORTEL NETWORKS INC. |
| 649 | TECHNOLOGY PARK V LIMITED PARTNERSHIP | - | - | - | 2,764,873.26 | 2,764,873.26 | NORTEL NETWORKS INC. |
| 2216 | TELEFONICA USA, INC | - | - | - | 231,704.21 | 231,704.21 | NORTEL NETWORKS INC. |
| 5877 | THINKNET INC | - | - | - | 13,680.00 | 13,680.00 | NORTEL NETWORKS INC. |
| 496 | T-MOBILE USA INC. | - | - | - | 296.03 | 296.03 | NORTEL NETWORKS INC. |
| 497 | T-MOBILE USA INC. | - | - | - | 941.08 | 941.08 | NORTEL NETWORKS INC. |
| 498 | T-MOBILE USA INC. | - | - | - | 250.77 | 250.77 | NORTEL NETWORKS INC. |
| 499 | T-MOBILE USA INC. | - | - | - | 764.90 | 764.90 | NORTEL NETWORKS INC. |
| 500 | T-MOBILE USA INC. | - | - | - | 57.14 | 57.14 | NORTEL NETWORKS INC. |
| 501 | T-MOBILE USA INC. | - | - | - | 401.01 | 401.01 | NORTEL NETWORKS INC. |
| 502 | T-MOBILE USA INC. | - | - | - | 223.25 | 223.25 | NORTEL NETWORKS INC. |
| 578 | TOP GUN VENTURES LLC | - | - | - | 4,489.63 | 4,489.63 | NORTEL NETWORKS INC. |
| 126 | TRAILBLAZER STUDIOS NC, INC. | - | - | - | 20,360.00 | 20,360.00 | NORTEL NETWORKS INC. |
| 560 | TRC MASTER FUND LLC | - | - | - | 68,955.00 | 68,955.00 | NORTEL NETWORKS INC. |
| 1392 | TRC MASTER FUND LLC | - | - | - | 73,050.00 | 73,050.00 | NORTEL NETWORKS INC. |
| 2708 | TRC MASTER FUND LLC | - | - | - | 14,270.00 | 14,270.00 | NORTEL NETWORKS INC. |
| 3608 | TRC MASTER FUND LLC | - | - | - | 45,325.00 | 45,325.00 | NORTEL NETWORKS INC. |
| 3949 | TRC MASTER FUND LLC | - | - | - | 6,272.00 | 6,272.00 | NORTEL NETWORKS INC. |
| 5830 | TRC MASTER FUND LLC | - | - | - | 30,000.00 | 30,000.00 | NORTEL NETWORKS INC. |
| 5936 | TRC MASTER FUND LLC | - | - | - | 28,690.00 | 28,690.00 | NORTEL NETWORKS INC. |
| 7799 | TRC MASTER FUND LLC | - | - | - | 57,000.00 | 57,000.00 | NORTEL NETWORKS INC. |
| 429 | TROUTMAN SANDERS LLP | - | - | - | 23,530.46 | 23,530.46 | NORTEL NETWORKS INC. |
| 406 | TUONG MINH PROJECT MGMT. AGENCY (TMA) | - | - | - | 256,592.75 | 256,592.75 | NORTEL NETWORKS INC. |
| 4390-01 | TVSNET TECHNOLOGIES LIMITED | - | - | - | 847.16 | 847.16 | NORTEL NETWORKS INC. |
| 1306 | TWO TOWNE SQUARE LLC | - | - | - | 1,254.43 | 1,254.43 | NORTEL NETWORKS INC. |
| 2836 | TWO TOWNE SQUARE LLC | - | - | - | 227,575.64 | 227,575.64 | NORTEL NETWORKS INC. |
| 1119 | UNITED STATES DEBT RECOVERY IV, LLC | - | - | - | 2,400.00 | 2,400.00 | NORTEL NETWORKS INC. |
| 1343 | VOLT DELTA RESOURCES, LLC | - | - | - | 5,681.50 | 5,681.50 | NORTEL NETWORKS INC. |
| 1371 | WEST COLONY OFFICE ASSOCIATES, LP | - | - | - | 31,230.03 | 31,230.03 | NORTEL NETWORKS INC. |
| 2465 | WI-FI ALLIANCE | - | - | - | 575.34 | 575.34 | NORTEL NETWORKS INC. |
| 1654 | WILTEL COMMUNICATIONS LLC | - | - | - | 5,194.30 | 5,194.30 | NORTEL NETWORKS INC. |
| 3773-01 | WIRELESS INTEGRATED NETWORKS INC. | - | - | - | 116,326.00 | 116,326.00 | NORTEL NETWORKS (CALA), INC. |
| 771 | WITEC, LLC | - | - | - | 28,400.00 | 28,400.00 | NORTEL NETWORKS INC. |
| 2475 | WITLOCK GROUP, THE | - | - | - | 11,377.82 | 11,377.82 | NORTEL NETWORKS INC. |
| 6845 | WJF TELECOM LLC | - | - | - | 5,305.00 | 5,305.00 | NORTEL NETWORKS (CALA), INC. |
| 4547 | WORDEN MASTER FUND LP | - | - | - | 1,089.86 | 1,089.86 | NORTEL NETWORKS INC. |
| 5636 | WORDEN MASTER FUND LP | - | - | - | 112,511.60 | 112,511.60 | NORTEL NETWORKS INC. |
| 5638 | WORDEN MASTER FUND LP | 128,944.96 | - | - | - | 128,944.96 | NORTEL NETWORKS INC. |
| 2953 | YEE & ASSOCIATES PC | - | - | - | 2,560.00 | 2,560.00 | NORTEL NETWORKS INC. |
|  |  | 3,160,087.19 | 10,291.04 | 71,028.57 | 16,187,467.28 | 19,428,874.08 |  |