**Exhibit B**

**Nortel Networks, Inc.**
**Expenses**

| Employee | Description | Transaction Date | Expenses | EY Comments |
|---|---|---|---|---|
| Miscellaneous (ZZ00000014) | CSG Charges - reprographics by Kaitlin Wrenn ( print 2 files 5 copies) and Kaitlin Doyle ( print 9PGS, 15COPIES) | 5/6/2016 | $17.00 | |
| Beakey III,Andrew M (US011131290) | Lunch: Lunch with Andy Beakey (EY) and Richard Lydecker (RLKS) to discuss Nortel tax positions and 2016 compliance | 5/6/2016 | $41.50 | meals @ 50% |
| Wood,Jeffrey T (US013081390) | Mileage: \\Client to office and back | 4/28/2016 | $15.12 | |
| Wood,Jeffrey T (US013081390) | Mileage: \\Client to office and back | 4/27/2016 | $15.12 | |
| Wood,Jeffrey T (US013081390) | Mileage: \\Client to office and back | 5/20/2016 | $17.28 | |
| Wood,Jeffrey T (US013081390) | Mileage: \\Client to offsite meetings and back | 4/21/2016 | $20.52 | |
| Wood,Jeffrey T (US013081390) | Mileage: \\Office to client and back | 5/9/2016 | $14.04 | |
| Kennedy,Diana Lynn (US012436403) | Mileage: Mileage to client office for meetings and work with Jeff W. on compliance workstream.\\EY office and Nortel | 5/4/2016 | $24.30 | |
| Kennedy,Diana Lynn (US012436403) | Mileage: Mileage to client office for meetings and work with Jeff W. on compliance workstream.\\EY office and Nortel | 5/17/2016 | $24.30 | |
| Kennedy,Diana Lynn (US012436403) | Mileage: Mileage to client office for meetings and work with Jeff W. on compliance workstream.\\EY office and Nortel | 5/24/2016 | $24.30 | |
| Trombley,Tarryn Kate Gurney (US012890877) | Mileage: Mileage to Nortel on 4/26 and 5/3 to work on compliance engagement. 4 miles above normal commute each way x 2 trips = 16 miles\\Home and Nortel | 5/3/2016 | $8.64 | |
| Gentile,Matthew Donald (US012548056) | Mileage: The business purpose of this expense was to travel to a client location.  The origin was Raleigh and the destination was Research Triangle Park.\\Raleigh; RTP | 5/4/2016 | $15.12 | |
| Adams,Elizabeth Trimble (US013776696) | Mileage: Travel to & from Nortel office - mileage reported is above normal commute.\\RT: EY Raleigh, NC to Nortel, RTP, NC | 5/10/2016 | $14.58 | |
| | | Totals | $251.82 | |