# EXHIBIT B

**COMPENSATION BY PROJECT CATEGORY**

**MAY 1, 2016 THROUGH MAY 31, 2016**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Akin Gump Fee Applications/Monthly Billing Reports | 28.10 | $15,995.00 |
| Analysis of Other Professionals' Fee Applications/Reports | 1.90 | $1,370.00 |
| Retention of Professionals | 0.10 | $132.50 |
| Creditors' Committee Meetings | 42.30 | $33,421.00 |
| Court Hearings | 4.30 | $1,348.50 |
| Financial Reports and Analysis | 0.40 | $315.50 |
| General Claims Analysis/Claims Objections | 78.70 | $74,010.50 |
| Canadian Proceedings/Matters | 12.80 | $14,176.50 |
| Tax Issues | 0.30 | $397.50 |
| Asset/Stock Transaction/Business Liquidations | 0.10 | $132.50 |
| Intercompany Analysis | 223.60 | $230,332.00 |
| **TOTAL** | **392.60** | **$371,631.50** |



**Akin Gump**
Strauss Hauer & Feld LLP

| | |
|---|---|
| NORTEL NETWORKS INC. CREDITORS COMMITTEE | Invoice Number   1665807 |
| ATTN: JOHN  DOLITTLE | Invoice Date   07/13/16 |
| 8601 SIX FORKS ROAD | Client Number   687147 |
| SUITE 400 | Matter Number   0001 |
| RALEIGH, NC  27615 | |

Re: CHAPTER 11

FOR PROFESSIONAL SERVICES RENDERED THROUGH  05/31/16 :

MATTER SUMMARY OF TIME BILLED BY TASK :

| | | HOURS | VALUE |
|---|---|---|---|
| 0003 | Akin Gump Fee Application/Monthly Billing Reports | 28.10 | $15,995.00 |
| 0004 | Analysis of Other Professionals Fee Applications/Reports | 1.90 | $1,370.00 |
| 0006 | Retention of Professionals | 0.10 | $132.50 |
| 0007 | Creditors Committee Meetings | 42.30 | $33,421.00 |
| 0008 | Court Hearings | 4.30 | $1,348.50 |
| 0009 | Financial Reports and Analysis | 0.40 | $315.50 |
| 0012 | General Claims Analysis/Claims Objections | 78.70 | $74,010.50 |
| 0014 | Canadian Proceedings/Matters | 12.80 | $14,176.50 |
| 0018 | Tax Issues | 0.30 | $397.50 |
| 0024 | Asset/Stock Transaction/Business Liquidations | 0.10 | $132.50 |
| 0029 | Intercompany Analysis | 223.60 | $230,332.00 |
| | TOTAL | 392.60 | $371,631.50 |

| Date | Tkpr | Task | | Hours |
|------|------|------|------|-------|
| 05/02/16 | AL | 0003 | Revise March fee application. | 0.40 |
| 05/04/16 | FSH | 0003 | Review April time and disbursements (.4); correspond with A. Loring re: March and April invoices (.1). | 0.50 |
| 05/06/16 | AL | 0003 | Review omnibus fee order. | 0.10 |
| 05/09/16 | MCF | 0003 | Review revisions to March fee application (.2) and emails re: same (.2). | 0.40 |
| 05/09/16 | AL | 0003 | Draft March fee application. | 1.00 |
| 05/10/16 | BMK | 0003 | Review and comment on March fee application. | 0.90 |
| 05/10/16 | AL | 0003 | Draft March fee application (.8); review April prebill for confidentiality and privilege (3.1). | 3.90 |
| 05/11/16 | AL | 0003 | Draft March fee application (.5); review April prebill for confidentiality and privilege (1.5). | 2.00 |
| 05/12/16 | FSH | 0003 | Revise March fee application (.5); correspondence with M. Fagen re: same (.1). | 0.60 |
| 05/12/16 | AL | 0003 | Draft March fee application (.6); review April prebill for confidentiality and privilege (.9). | 1.50 |
| 05/16/16 | MCF | 0003 | Review draft April bill re: confidentiality and privilege. | 1.20 |
| 05/17/16 | MCF | 0003 | Review and edit April prebill re: confidentiality and privilege. | 0.90 |
| 05/18/16 | FSH | 0003 | Communications B. Kahn and D. Botter re: monthly bill. | 0.10 |
| 05/18/16 | MCF | 0003 | Review April prebill for confidentiality and privilege (.4); communications with F. Hodara, D. Botter and B. Kahn re: same (.2); revise same (.5). | 1.10 |
| 05/18/16 | AL | 0003 | Review April prebill for confidentiality and privilege. | 0.50 |
| 05/18/16 | FBA | 0003 | Assemble April schedules for A. Loring. | 0.50 |
| 05/19/16 | AL | 0003 | Correspondence re: review of April prebill for confidentiality and privilege. | 0.10 |
| 05/23/16 | AL | 0003 | Draft April fee application. | 2.50 |
| 05/23/16 | FBA | 0003 | Assemble April schedules for A. Loring. | 0.90 |
| 05/24/16 | MCF | 0003 | Review and revise draft April fee application and related documents. | 2.50 |
| 05/24/16 | AL | 0003 | Draft April fee application. | 1.60 |
| 05/25/16 | MCF | 0003 | Review and revise draft April fee application. | 0.70 |
| 05/27/16 | FSH | 0003 | Review April fee application (.3); confer with M. Fagen re: same (.1). | 0.40 |
| 05/27/16 | MCF | 0003 | Emails re: filing April fee application (.2); confer with F. Hodara re: same (.1); review same (.3). | 0.60 |
| 05/27/16 | AL | 0003 | Draft April fee application. | 3.20 |
| 05/06/16 | AL | 0004 | Review fee applications of other professionals. | 0.20 |
| 05/09/16 | FSH | 0004 | Review fee applications of other professionals. | 0.20 |
| 05/17/16 | AL | 0004 | Correspondence re: fee applications of other professionals. | 0.20 |
| 05/18/16 | MCF | 0004 | Review BRG fee app (.2); emails re: filing same (.1). | 0.30 |
| 05/23/16 | FSH | 0004 | Examine fee applications of other professionals. | 0.10 |
| 05/23/16 | AL | 0004 | Review invoices of other professionals (.5); correspondence re: same (.2). | 0.70 |
| 05/27/16 | FSH | 0004 | Review fee application of other professionals. | 0.20 |
| 05/16/16 | FSH | 0006 | Review declaration of party. | 0.10 |
| 05/04/16 | FSH | 0007 | Review and comment on agenda for Committee call. | 0.10 |
| 05/04/16 | RAJ | 0007 | Multiple emails with Akin team re: agenda for Committee call. | 0.30 |
| 05/04/16 | AL | 0007 | Prepare for Committee call (1.9); draft agenda for same (.7). | 2.60 |
| 05/05/16 | FSH | 0007 | Review materials for Committee call (.2); participate in same (.9). | 1.10 |
| 05/05/16 | RAJ | 0007 | Attend Committee call. | 0.90 |
| 05/05/16 | BMK | 0007 | Prepare for committee call (0.2); pre-call with Cassels team (0.3); attend committee call (0.9). | 1.40 |
| 05/05/16 | MCF | 0007 | Participate in Committee call (partial). | 0.80 |
| 05/05/16 | CIW | 0007 | Attend committee call (.9); prepare for same (.4). | 1.30 |
| 05/05/16 | AL | 0007 | Prepare for (.3) and attend (.9) Committee call. | 1.20 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE
Bill Number: 1665807

| Date | Tkpr | Task | | Hours |
|------|------|------|------|-------|
| 05/09/16 | FSH | 0007 | Communications with R. Johnson, D. Botter re: Committee call (.1); communications with Committee re: same (.1); prepare for call (.2); participate in same (.3). | 0.70 |
| 05/09/16 | RAJ | 0007 | Attend Committee call. | 0.30 |
| 05/09/16 | DHB | 0007 | Prepare for (.3) and attend Committee call (.3). | 0.60 |
| 05/09/16 | BMK | 0007 | Prepare for Committee call (.4); attend Committee call (.3). | 0.70 |
| 05/09/16 | MCF | 0007 | Prepare for (.1) and participate (.3) in Committee call. | 0.40 |
| 05/09/16 | AL | 0007 | Prepare for (.4) and attend (.3) Committee call. | 0.70 |
| 05/11/16 | FSH | 0007 | Communications with R. Johnson, A. Qureshi re: presentation for Committee (.1); review Committee call agenda (.1) and communications with A. Loring, B. Kahn re: same (.1); finalize agenda (.1) and communications with A. Loring, B. Kahn and M. Fagen re: same (.1). | 0.50 |
| 05/11/16 | MCF | 0007 | Review draft agenda for Committee call (.4); communications re: call (.3) and prepare agenda email for distribution (.4). | 1.10 |
| 05/11/16 | AL | 0007 | Draft and revise Committee call agenda (.9); prepare for Committee call (1.2). | 2.10 |
| 05/12/16 | FSH | 0007 | Prepare presentation for Committee (.3); attend committee meeting (.6). | 0.90 |
| 05/12/16 | RAJ | 0007 | Attend Committee call. | 0.60 |
| 05/12/16 | AQ | 0007 | Attend Committee call. | 0.60 |
| 05/12/16 | DHB | 0007 | Prepare for Committee call (.4); attend same (.6); follow-up with Cleary (.2). | 1.20 |
| 05/12/16 | BMK | 0007 | Prepare for committee call (0.4); attend committee call (0.6). | 1.00 |
| 05/12/16 | MCF | 0007 | Prepare for (.6) and attend (.6) Committee call. | 1.20 |
| 05/12/16 | AL | 0007 | Prepare for (.4) and attend (.6) Committee call; follow-up call with Cleary (.2). | 1.20 |
| 05/17/16 | FSH | 0007 | Communications with Committee member, B. Kahn re: upcoming meeting. | 0.20 |
| 05/18/16 | RAJ | 0007 | Review and comment on draft agenda for Committee call (.2, .1); prepare for Committee call (.5). | 0.80 |
| 05/18/16 | MCF | 0007 | Review and revise draft Committee call agenda (.3); communications re: next day Committee call (.3); email materials to Committee (.2). | 0.80 |
| 05/18/16 | AL | 0007 | Prepare for Committee call (.9); draft agenda for same (.7). | 1.60 |
| 05/19/16 | FSH | 0007 | Communications re: Committee agenda, meeting. | 0.20 |
| 05/19/16 | RAJ | 0007 | Attend Committee call. | 0.80 |
| 05/19/16 | DHB | 0007 | Prepare for Committee call (.4); attend same (.8); follow-up with B. Kahn re: same (.2). | 1.40 |
| 05/19/16 | BMK | 0007 | Participate in committee call (0.8); follow up to same (0.2). | 1.00 |
| 05/19/16 | MCF | 0007 | Prepare presentation (.6) and participate in (.8) Committee call. | 1.40 |
| 05/19/16 | CIW | 0007 | Attend weekly committee call (.8); prepare for same (.4). | 1.20 |
| 05/19/16 | ZJC | 0007 | Prepare for (.2) and participate in (.8) Committee call. | 1.00 |
| 05/19/16 | AL | 0007 | Prepare for (.5) and attend (.8) Committee call. | 1.30 |
| 05/20/16 | FSH | 0007 | Communications with M. Fagen re: Committee meetings. | 0.10 |
| 05/25/16 | FSH | 0007 | Review and comment on agenda. | 0.10 |
| 05/25/16 | RAJ | 0007 | Emails with Akin team re: agenda for committee call. | 0.20 |
| 05/25/16 | BMK | 0007 | Review committee call agenda. | 0.20 |
| 05/25/16 | MCF | 0007 | Review/revise draft Committee call agenda (.2) and emails re: same (.1); circulate same to Committee (.1); circulate allocation document to Committee (.1). | 0.50 |
| 05/25/16 | AL | 0007 | Draft agenda for Committee call (.8); internal correspondence re: same (.2); prepare for same (.5). | 1.50 |
| 05/26/16 | FSH | 0007 | Outline presentation for Committee call (.3); attend same (.6). | 0.90 |
| 05/26/16 | RAJ | 0007 | Attend Committee call. | 0.60 |
| 05/26/16 | BMK | 0007 | Prepare for committee call (0.3); attend committee call (0.6). | 0.90 |
| 05/26/16 | CIW | 0007 | Attend weekly committee call (.6); prepare for same (.3). | 0.90 |
| 05/26/16 | AL | 0007 | Prepare for (.6) and attend (.6) Committee call. | 1.20 |
| 05/02/16 | SAD | 0008 | Review docket for updates and pull substantive pleadings (.1); send to M. Fagen (.1). | 0.20 |

| Date | Tkpr | Task | | Hours |
|------|------|------|---|-------|
| 05/03/16 | SAD | 0008 | Review docket for updates and pull substantive pleadings (.1); send to M. Fagen (.1). | 0.20 |
| 05/04/16 | SAD | 0008 | Review docket for updates and pull substantive pleadings (.1); send to M. Fagen (.1). | 0.20 |
| 05/05/16 | SAD | 0008 | Review docket for updates and pull substantive pleadings (.1); send to M. Fagen (.1). | 0.20 |
| 05/06/16 | FSH | 0008 | Review information re: upcoming hearing. | 0.10 |
| 05/06/16 | AL | 0008 | Correspondence re: hearing cancellation. | 0.20 |
| 05/06/16 | SAD | 0008 | Review docket for updates and circulate. | 0.10 |
| 05/09/16 | SAD | 0008 | Review docket for updates and pull substantive pleadings (.2); send to M. Fagen (.1). | 0.30 |
| 05/10/16 | SAD | 0008 | Review docket for updates and circulate. | 0.10 |
| 05/11/16 | SAD | 0008 | Review docket for updates and circulate. | 0.10 |
| 05/12/16 | SAD | 0008 | Review docket for updates and pull substantive pleadings (.1); send to M. Fagen (.1). | 0.20 |
| 05/13/16 | SAD | 0008 | Review docket for updates and circulate. | 0.10 |
| 05/16/16 | SAD | 0008 | Review docket for updates and pull substantive pleadings (.1); send to M. Fagen (.1). | 0.20 |
| 05/17/16 | SAD | 0008 | Review docket for updates and pull substantive pleadings (.1); send to M. Fagen (.1). | 0.20 |
| 05/18/16 | SAD | 0008 | Review docket for updates and circulate. | 0.10 |
| 05/19/16 | SAD | 0008 | Review docket for updates and circulate. | 0.10 |
| 05/20/16 | FSH | 0008 | Update info re: upcoming omnibus hearing. | 0.10 |
| 05/20/16 | AL | 0008 | Review notice of agenda for omnibus hearing (.1); correspondence re: same (.1). | 0.20 |
| 05/20/16 | SAD | 0008 | Review docket for updates and pull substantive pleadings (.1); send to M. Fagen (.1). | 0.20 |
| 05/23/16 | SAD | 0008 | Review docket for updates and circulate. | 0.10 |
| 05/24/16 | SAD | 0008 | Review docket for updates and pull substantive pleadings. | 0.10 |
| 05/25/16 | SAD | 0008 | Review docket for updates and pull substantive pleadings (.1); send to M. Fagen (.1). | 0.20 |
| 05/26/16 | SAD | 0008 | Review docket for updates and circulate pleadings. | 0.10 |
| 05/27/16 | SAD | 0008 | Review docket for updates and pull substantive pleadings (.1); send to M. Fagen (.1). | 0.20 |
| 05/31/16 | AL | 0008 | Review agenda for telephonic hearing (.2); internal correspondence re: same (.1). | 0.30 |
| 05/31/16 | SAD | 0008 | Review docket for updates and pull substantive pleadings (.1); send to M. Fagen (.1). | 0.20 |
| 05/26/16 | BMK | 0009 | Review April MOR. | 0.30 |
| 05/26/16 | AL | 0009 | Correspondence re: Monthly Operating Report. | 0.10 |
| 05/02/16 | RAJ | 0012 | Emails re: SNMP claims adversary proceeding and entry of judgment on pleadings on EMEA motion. | 0.20 |
| 05/02/16 | MCF | 0012 | Discussion re: U.S. claims and other issues (.8) and review document re: same (.5). | 1.30 |
| 05/02/16 | AL | 0012 | Review order dismissing third party complaint against EMEA debtors in SNMP claims adversary proceeding (.4); correspondence with team re: same (.3). | 0.70 |
| 05/03/16 | FSH | 0012 | Communications with M. Fagen re: SNMP claims adversary proceeding decisions. | 0.10 |
| 05/03/16 | RAJ | 0012 | Analyze court's decision and order granting EMEA judgment on the pleadings in SNMP claims adversary proceeding (.5); review information re: bond claim (.2); review terms of 2014 settlement with Crossover bonds (.2). | 0.90 |
| 05/04/16 | FSH | 0012 | Analyze SNMP claims adversary proceeding ruling issue. | 0.20 |
| 05/04/16 | FSH | 0012 | Examine United States Debt Recovery settlement (.1); analyze LSI claims motion issues (.4); correspondence with B. Kahn re: LSI draft (.1). | 0.60 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE                                                                    Page 5
Bill Number: 1665807                                                                                        07/13/16

| Date | Tkpr | Task | | Hours |
|------|------|------|---|-------|
| 05/04/16 | RAJ | 0012 | Review Rule 9019 motion re: resolved claims with U.S. Debt Recoveries (.3); review status of LSI motion and objection (.4); check SNMP status re: EMEA judgment on pleadings in claims adversary proceeding (.2). | 0.90 |
| 05/04/16 | AL | 0012 | Review documents in connection with EMEA claims appeal. | 0.50 |
| 05/04/16 | AL | 0012 | Revise objection to LSI interim distribution motion and supplement (1.5); correspondence with B. Kahn re: same (.2); review US Debtors' motion to settle claims (.2); correspondence re: same (.1). | 2.00 |
| 05/05/16 | AL | 0012 | Revise objection to LSI interim distribution motion. | 0.60 |
| 05/08/16 | RAJ | 0012 | Review EMEA letter to Judge Stark re: decision by Judge Gross in SNMP claims adversary proceeding for judgment on the pleadings. | 0.20 |
| 05/08/16 | MCF | 0012 | Drafting revised objection to interim distribution "supplement." | 3.20 |
| 05/09/16 | FSH | 0012 | Review JA's letter re: SNMP claims adversary proceeding appeal. | 0.10 |
| 05/09/16 | MCF | 0012 | Drafting objection to LSI supplement (3.6) and emails with B. Kahn re: same (.2). | 3.80 |
| 05/10/16 | FSH | 0012 | Follow up re: LSI claims motion. | 0.10 |
| 05/10/16 | BMK | 0012 | Review and edit draft objection to LSI motion. | 3.30 |
| 05/10/16 | MCF | 0012 | Review edits to LSI objection (.6); clean read/review of objection (.7) and emails same to internal team (.1). | 1.40 |
| 05/11/16 | FSH | 0012 | Communications with Committee member, Cleary re: LSI claims distribution motion (.2); confer with R. Johnson re: same (.1); analyze proposal re: motion and communications with D. Botter, B. Kahn and R. Johnson re: same (.6); further LSI communications re: objection deadline, terms (.2). | 0.60 |
| 05/11/16 | RAJ | 0012 | Emails and call with L. Schweitzer re: SNMP claims adversary proceeding (.4); review LSI proposal to resolve motion for interim distribution (.2); multiple emails with Akin team re: LSI (.3, .4); analyze interim distribution issues (.3). | 1.60 |
| 05/11/16 | AQ | 0012 | Review emails re: interim claim distribution issues. | 0.30 |
| 05/11/16 | DHB | 0012 | Email communications re: status of LSI issues (.3) (.2); analyze settlement offer re: same (.1) and extensive emails re: same (.2); correspond with B. Kahn (.1) and telephone call with C. Kearns re: same (.1). | 1.00 |
| 05/11/16 | BMK | 0012 | Analyze proposal re LSI resolution. | 0.70 |
| 05/11/16 | MCF | 0012 | Review LSI proposal (.3) and emails with team re: same (.4). | 0.70 |
| 05/12/16 | FSH | 0012 | Communications with Andrew & Kurth re: LSI motion, response deadline (.1); analyze procedural issue (.1) and correspond with B. Kahn and D. Botter re: same (.1); call with J. Bromley re: numerous pending matters (.4); further communications with parties re: LSI discussions, deadline (.6); email Schweitzer re: same (.2); analyze memo re: claim (.2). | 1.70 |
| 05/12/16 | RAJ | 0012 | Analyze SNMP claims proceeding (1.7); confer with US Debtors' counsel re: same (.2); analyze issues for SNMP expert discovery (.6); review developments re: possible resolution of LSI issues (.5); review Bondholder Group draft objection to LSI motion and supplement (.4); multiple emails with Akin team re: LSI developments (.3, .1). | 3.80 |
| 05/12/16 | AQ | 0012 | Review and analyze emails re: LSI objection. | 0.20 |
| 05/12/16 | DHB | 0012 | Email communications and telephone calls re: LSI issues (.5); correspondence with F. Hodara and B. Kahn re: same and response (.1) (.1); further emails re: same (.2). | 0.90 |
| 05/12/16 | BMK | 0012 | Review bondholder group draft response to LSI motion and supplement (0.6); emails re: LSI related issues (0.5); further review/edit of LSI response (1.3). | 2.40 |
| 05/13/16 | FSH | 0012 | Review Law Debenture pleading re: LSI claims motion (.1); review Monitor pleading and communications re: same with D. Botter, B. Kahn re: same (.3); draft Committee pleading (.4); review additional LSI pleadings (.3); comment on draft order (.4). | 1.50 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE
Bill Number: 1665807

| Date | Tkpr | Task | | Hours |
|------|------|------|---|-------|
| 05/13/16 | RAJ | 0012 | Review deposition testimony of expert in SNMP claims proceedings (1.4); review US Debtors' proposed order to partially resolve LSI motion to compel interim distributions (.1); emails with Akin team re: same (.2); analyze objections and responses of other parties to LSI motion to compel interim distribution (.5); emails among Akin team re: objections, responses, and strategy (.4, .2, .3); emails with Whiteford Taylor re: Committee objection to LSI motion (.1). | 3.20 |
| 05/13/16 | AQ | 0012 | Emails re: LSI claims objection. | 0.20 |
| 05/13/16 | DHB | 0012 | Review LSI issues and responses. | 0.50 |
| 05/13/16 | BMK | 0012 | Review of filed responses to LSI motion | 1.60 |
| 05/13/16 | MCF | 0012 | Review of multiple objections and reservations of rights re: LSI (.5) and emails to team summarizing same (.4); communications re: same (.2). | 1.10 |
| 05/16/16 | FSH | 0012 | Edit LSI objection (.6); communications with B. Kahn, R. Johnson re: same (.1); review revised proposed order (.3) and communications with D. Botter, B. Kahn re: same (.2); meet with R. Johnson and B. Kahn re: objection and order (.3); correspond with B. Kahn re: draft (.1); communications with B. Kahn, M. Fagen re: draft (.2). | 1.80 |
| 05/16/16 | RAJ | 0012 | Emails re: strategy for response to LSI motion (.3, .2); review comments to draft response (.4); correspond with F. Hodara, B. Kahn re: LSI objection (.2); edit draft response to LSI motion (2.3); correspond with B. Kahn, M. Fagen re: edits to draft response (.6); review revised draft and make further edits (.5); correspond with B. Kahn and M. Fagen re: edits (.2); analyze issues re: notice to creditors (.2). | 4.90 |
| 05/16/16 | AQ | 0012 | Emails re: LSI claims motion. | 0.20 |
| 05/16/16 | DHB | 0012 | Review Debtors' settlement order re LSI (.2); review revisions to same (.2); emails re: same (.2); emails re: actual settlement offer (.2) and reactions to same (.1). | 0.90 |
| 05/16/16 | BMK | 0012 | Correspondence re: LSI response (0.5); review updated draft (1.6); correspond with Johnson, Fagen re: same (0.5). | 2.60 |
| 05/16/16 | MCF | 0012 | Review comments to objection to LSI claims distribution motion (.4); emails re: same (.2); correspond with B. Kahn and R. Johnson re: revisions (.3); revise same (1.5); correspond with B. Kahn and R. Johnson re: same (.3) and revise (.4) and send to Committee with update (.2); emails re: status of LSI (.2). | 3.50 |
| 05/16/16 | AL | 0012 | Correspondence re: U.S. Debtors' Notice of Appeal Judgment on the Pleadings in Third-Party Complaint against EMEA in SNMP claims adversary proceeding. | 0.10 |
| 05/17/16 | FSH | 0012 | Communications with Committee members, Cleary, B. Kahn re: LSI motion (.5); review revised drafts, comments (.6); examine revised proposed order (.2) and comm with B. Kahn and M. Fagen re: open issues therein (.1). | 1.40 |
| 05/17/16 | RAJ | 0012 | Review US Debtors' notice of appeal in SNMP claims adversary proceeding (.2); analyze Committee comments to objection to LSI motion (.4, .2); multiple emails with Akin team re: edits to LSI motion (.3); reconcile comments to LSI objection (.3); review changes to US Debtors' draft stipulation resolving LSI motion (.2). | 1.60 |
| 05/17/16 | DHB | 0012 | Communications re: LSI motion and supplement. | 0.40 |
| 05/17/16 | BMK | 0012 | Review comments to LSI objection. | 0.50 |
| 05/19/16 | FSH | 0012 | Examine SNMP claims adversary proceeding letter re: appeal. | 0.10 |
| 05/19/16 | DHB | 0012 | Emails re: LSI status (.2) (.1). | 0.30 |
| 05/19/16 | AL | 0012 | Review SNMP letter re: effect of granting EMEA motion for judgment on the pleadings in claims adversary proceeding. | 0.40 |
| 05/20/16 | RAJ | 0012 | Review SNMP letter to court re: judgment on EMEA pleadings dismissing possibility of contribution claim (.1); review SNMP deposition transcripts (1.4); review order and stipulation re: trade claims (.2). | 1.70 |
| 05/20/16 | BMK | 0012 | Review TCC response to LSI motion (0.4); emails re: response deadline | 0.90 |

| Date | Tkpr | Task | | Hours |
|------|------|------|--|-------|
| | | | (0.1); review SNMP claims related pleadings (0.4). | |
| 05/20/16 | MCF | 0012 | Review TCC response to LSI motion re: bondholder claims. | 0.30 |
| 05/20/16 | AL | 0012 | Review US Debtors' letter on effect of judgment on the pleadings on EMEA appeal of third party complain in SNMP claims adversary proceeding (.2); draft summary of same (.2); review TCC response to Bondholder Group objection to LSI Motion (.3); draft summary of same (.2). | 0.90 |
| 05/23/16 | RAJ | 0012 | Analyze TCC response to bondholder group's objection to LSI motion (.7); analyze status of appellate issues in SNMP claims adversary proceeding (.8); review SNMP docket entries (.4). | 1.90 |
| 05/23/16 | MCF | 0012 | Analysis of TCC response re: LSI motion re: bond claims (.3) and email to team re: same (.3); analysis re: intra-US claims issues (1.3). | 1.90 |
| 05/25/16 | RAJ | 0012 | Review status reports and discovery issues in SNMP claims adversary proceeding (1.4); review deposition transcripts in SNMP (1.2); email with team re: SNMP issues (.1); emails re: LSI negotiations (.2). | 2.90 |
| 05/25/16 | MCF | 0012 | Analyze intra-estate claims issues (.5) and emails re: same (.4). | 0.90 |
| 05/26/16 | RAJ | 0012 | Multiple emails with Akin and Cleary teams re: LSI motion for interim distribution and negotiations for resolution (.4, .3); review SNMP claims adversary proceeding discovery (1.2). | 1.90 |
| 05/27/16 | FSH | 0012 | Review Debtor draft response and order re: LSI claims motion; communications with B. Kahn re: same. | 0.10 |
| 05/27/16 | RAJ | 0012 | Review and comment on draft response to LSI motion and proposed order (1.4); multiple emails with Akin team re: same (.3, .2). | 1.90 |
| 05/27/16 | BMK | 0012 | Review and comment on LSI response/proposed order (1.4); emails re: same (0.4). | 1.80 |
| 05/27/16 | CIW | 0012 | Read correspondence from B. Kahn re: LSI interim claims distribution motion. | 0.10 |
| 05/31/16 | FSH | 0012 | Examine SNMP claims adversary proceeding info. | 0.10 |
| 05/31/16 | RAJ | 0012 | Emails re: SNMP claims appellate issues (.2); review facts re: SNMP discovery disputes (.4). | 0.60 |
| 05/02/16 | FSH | 0014 | Review motion summary in Canadian proceeding (.1); communications with Cassels re: appellate issue (.1). | 0.20 |
| 05/02/16 | RAJ | 0014 | Emails re: pending decision of Supreme Court of Canada on leave to appeal "interest stops" issue (.1); review SCC summary of case (.1). | 0.20 |
| 05/02/16 | BMK | 0014 | Emails re: denial of Canadian leave to appeal PPI decision. | 0.20 |
| 05/03/16 | FSH | 0014 | Review decision of Court of Appeals re: allocation (.9); communications with Cassels re: same (.2); examine info re: endorsement and employee order (.1). | 1.20 |
| 05/03/16 | RAJ | 0014 | Analyze decision of Ontario Court of Appeal denying leave to appeal allocation decision (1.4); multiple emails with Cassels and Akin team re: decision and implications (.5); review developments re: Calgary employees (.1); review report to committee (.1). | 2.10 |
| 05/03/16 | DHB | 0014 | Begin review of Canadian allocation decision (.5); substantial email communications re: same (.3, .2). | 1.00 |
| 05/03/16 | JYY | 0014 | Review update re: Canadian decision from Canadian counsel (.1); review correspondence in relation to same (.1); review Canadian decision re: appeal (1.2). | 1.40 |
| 05/03/16 | CIW | 0014 | Read correspondence re: Canadian allocation appeal. | 0.10 |
| 05/05/16 | FSH | 0014 | Review statements of Canadian counsel and analyze next steps (.2); conf. call with Cassels re: same (.3). | 0.50 |
| 05/05/16 | RAJ | 0014 | Review Supreme Court of Canada denial of leave on interest stops issue (.1), with related emails (.1). | 0.20 |
| 05/05/16 | JYY | 0014 | Review updates and correspondence re: Canadian decision. | 0.30 |
| 05/09/16 | FSH | 0014 | Communications with Cassels re: appeal and letter (.2); conference call with Cassels re: same (.2); communications with R. Johnson and Cassels re: developments with US Debtors (.1). | 0.50 |
| 05/09/16 | RAJ | 0014 | Review Torys draft factum to SCC for review of denial of leave to | 1.60 |

| <u>Date</u> | <u>Tkpr</u> | <u>Task</u> | | <u>Hours</u> |
|---|---|---|---|---|
| | | | appeal (1.1); multiple emails and calls with Cassels re: proceedings in Canadian allocation appeal (.3, .2). | |
| 05/10/16 | FSH | 0014 | Communications with Cassels re: Canadian filing. | 0.10 |
| 05/10/16 | AQ | 0014 | Review and analyze draft Canadian leave application re: allocation decision. | 0.50 |
| 05/11/16 | FSH | 0014 | Communications with Cassels re: appeal. | 0.20 |
| 05/12/16 | FSH | 0014 | Review Canadian employee claim info. | 0.20 |
| 05/16/16 | AL | 0014 | Review report of Canadian Monitor (.2); correspondence re: same (.1). | 0.30 |
| 05/18/16 | FSH | 0014 | Examine SNMP pleading (.1); examine Monitor's report (.2); communications with Cassels re: foregoing (.1). | 0.40 |
| 05/18/16 | RAJ | 0014 | Review SNMP motion for leave to appeal entry of partial summary judgment in Canadian SNMP proceedings (.4); emails re: same (.1). | 0.50 |
| 05/23/16 | FSH | 0014 | Review draft NNI Memorandum (.4) and analyze issues therein (.3); TC M. Wunder re: same (.1). | 0.80 |
| 05/24/16 | FSH | 0014 | Calls with Cassels re: NNI brief. | 0.30 |
| 05/31/16 | FSH | 0018 | Review tax information. | 0.30 |
| 05/23/16 | FSH | 0024 | Examine de minimis asset sale info. | 0.10 |
| 05/01/16 | FSH | 0029 | Review proposed allocation document (.2); analyze issues therein (.4); review comments (.1) and communications with BRG, B. Kahn, D. Botter re: same (.1). | 0.80 |
| 05/01/16 | JYY | 0029 | Review allocation updates. | 0.10 |
| 05/02/16 | FSH | 0029 | Communications with BRG, D. Botter, B. Kahn re: allocation document (.3); analyze issues therein (.3); meet with BRG, R. Johnson, B. Kahn, A. Qureshi re: same and next steps (.8). | 1.40 |
| 05/02/16 | RAJ | 0029 | Analyze issues re: allocation (.6, .5); multiple emails with Akin and BRG teams re: same (.1, .3); conf call BRG (.8). | 2.30 |
| 05/02/16 | AQ | 0029 | Confer with team and with BRG re: US estate allocation issues (.8); review and analyze same (.2). | 1.00 |
| 05/02/16 | DHB | 0029 | Review allocation document (1.0); email communications re: same (.3). | 1.30 |
| 05/02/16 | BMK | 0029 | Review of US allocation issues (0.8); call with Akin and BRG teams re: same (0.8); follow up to same (0.3); review emails re: same (0.4). | 2.30 |
| 05/02/16 | JYY | 0029 | Review allocation updates. | 0.10 |
| 05/02/16 | AL | 0029 | Prepare for call with other professionals to discuss allocation document. | 0.10 |
| 05/03/16 | FSH | 0029 | Review info re: allocation (.1); confer with A. Qureshi re: jurisdictional issues (.1); analyze same (.6); communications with C. Samis, Cleary re: US follow-up to Canadian leave decision (.3); review Monitor letter and follow-up (.1). | 1.20 |
| 05/03/16 | RAJ | 0029 | Correspondence with other parties and with Akin/WTP teams re: allocation appeal (.2, .1); review correspondence to courts re: allocation opinion (.1). | 0.40 |
| 05/03/16 | AQ | 0029 | Confer with F. Hodara and emails re: appellate procedure issues (.1); review and analyze leave decision (.7) and emails re: same (.5). | 1.30 |
| 05/04/16 | FSH | 0029 | Communications with US parties re: next steps in allocation (.1); analyze District Court request for letter-brief (.6); correspond with A. Qureshi re: same (.1); numerous communications with J. Chen, D. Botter, A. Qureshi, M. Fagen, R. Johnson re: same (.6); TC C. Kearns re: allocation documents (.1). | 1.50 |
| 05/04/16 | RAJ | 0029 | Review order of district court requesting letter briefs on issue of direct certification (.1); analyze direct certification issues (1.4, .7, .8); multiple emails with Akin team re: certification issues (.5, .2); review and analyze transcript of appellate argument with regard to same (1.7); analyze appellate cases (1.5); draft analysis of appellate issues (1.2); conference call with A. Qureshi, D. Botter, J. Chen, B. Kahn re: case strategy (.7); review transcript of July 29, 2015 hearing on prior motion to certify (.6). | 9.40 |
| 05/04/16 | AQ | 0029 | Confer with team re: certification of appeal (.7); review and analyze prior Judge Gross proceedings re: certification of appeal (.8); emails re: | 1.80 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE
Bill Number: 1665807

| Date | Tkpr | Task | | Hours |
|------|------|------|---|-------|
| | | | certification issues (.3). | |
| 05/04/16 | DHB | 0029 | Extensive email correspondence re: Judge Stark's order re: 3rd Circuit certification (.2) (.2) and consider same (.5); conference call with AG team re: same (.7). | 1.60 |
| 05/04/16 | BMK | 0029 | Analysis of direct certification issues on appeal (1.0); participate in call with Akin team re: same (0.7). | 1.70 |
| 05/04/16 | JYY | 0029 | Review updates re: allocation appeals. | 0.30 |
| 05/04/16 | ZJC | 0029 | Circulate analysis to Akin Gump team on Judge Stark's order requesting letter briefs on certification of allocation decision appeal to Third Circuit (3.6); review excerpts of district court hearing relating to certification and remand (.2); call with Akin Gump team to discuss strategy for letter brief (.7). | 4.50 |
| 05/04/16 | PAS | 0029 | Review email correspondence from appeal team re: arguments against certification of allocation appeal by district court to Third Circuit. | 0.70 |
| 05/05/16 | FSH | 0029 | Analyze aspect of allocation appellate issue (.3); confer with Cleary re: allocation issues (.3); outline same (.4); TC Committee member re: same (.1); conf. call with R. Johnson, J. Chen, B. Kahn, A. Loring, M. Fagen re: certification issues (.4); confer with R. Johnson re: draft letter (.1); communications with A. Qureshi re: same (.2); communications with R. Johnson, J. Chen re: analysis (.3); communications with Cleary, A. Qureshi re: call (.1); call with Reps of Company and Ad Hoc Bonds re: certification letter (.7); follow up with D. Botter and R. Johnson (.1). | 3.00 |
| 05/05/16 | RAJ | 0029 | Multiple emails with A. Qureshi, J. Chen and Akin team re: allocation appeal certification issues (.3, .4, .2); further review transcript of appellate oral argument (.8); analyze direct certification issues and procedures (1.8, 1.5); call with F. Hodara, J. Chen re: direct certification issues (.4); call with Committee member re: case strategy (.1); outline letter brief to Judge Stark (1.5); call with Cleary and Milbank (.7); post-call meeting with Akin team re: strategy (.1); draft preliminary statement of letter brief (.8). | 8.60 |
| 05/05/16 | AQ | 0029 | Call with Cleary and Milbank re: allocation appeal certification (.7); review and analyze case law re: certification (.8). | 1.50 |
| 05/05/16 | DHB | 0029 | Brief meeting re: allocation appeal certification issue and next steps (.3); work re: same (.3); emails re: same (.1); review appellate decision (1.0); conference call with U.S. Debtors and Bonds re: certification issue (.7); follow-up re: denial of Bond Motion for Leave (.1). | 2.50 |
| 05/05/16 | MCF | 0029 | Call re: certification of allocation appeals (.4); prepare for same (.4). | 0.80 |
| 05/05/16 | ZJC | 0029 | Research certification procedures and statutes (1.2); internal Akin Gump call (.4) and call with Cassels (.3) to discuss strategy; call with Committee (1.0); call with U.S. interests to discuss responses to Judge Stark's request for letter briefs (.7). | 3.60 |
| 05/05/16 | AL | 0029 | Review article on allocation appeal (.3); internal correspondence re: same (.1); prepare for calls with other professionals re: allocation (.8); attend meeting with F. Hodara, R. Johnson, J. Chen re: allocation document certification issues (.4). | 1.60 |
| 05/06/16 | FSH | 0029 | Call with party re: pending allocation issues (.2); call with Cleary re: pending allocation issues (.4); communications with Milbank re: same (.1); analyze pending issues (.3); memo to BRG re: same (.3); TC C. Kearns re: foregoing (.1); analyze allocation document (.2); numerous communications with Milbank, BRG, B. Kahn, Committee re: same (1.6); confer with A. Qureshi re: allocation appeal certification (.3); TCs NNI re: pending issues (.5). | 4.00 |
| 05/06/16 | RAJ | 0029 | Draft letter brief re: direct certification (2.4, 2.7); review news analyses of appellate issues (.3); review updates re: allocation document (.2, .1); emails re: mediation issues (.2); analyze applicable appellate rules (.6, .3); multiple emails with J. Chen, A. Qureshi re: appellate issues (.2, .3, .1); edits to draft letter brief (1.2, .9); emails with F. Hodara, D. Botter, | 9.70 |

| Date | Tkpr | Task | | Hours |
|------|------|------|---|-------|
| | | | B. Kahn re: letter brief (.2). | |
| 05/06/16 | AQ | 0029 | Review and analyze case law and hearing transcripts re: third circuit certification (1.8); review and edit letter to District Court re: certification (.5); confer with F. Hodara re: certification issues (.3); correspond with R. Johnson re: draft letter to District Court (.2); emails with team re: certification issues (.2); emails re: allocation documents and related analysis (.2). | 3.20 |
| 05/06/16 | DHB | 0029 | Calls with creditors re: status of appeal (.5); email communications re: appeal and allocation discussions (.2) (.2); consider same (.3). | 1.20 |
| 05/06/16 | BMK | 0029 | Review of US allocation issues and related matters (1.6); review of issues re: direct certification of allocation appeal to Third Circuit (0.6). | 2.20 |
| 05/06/16 | JYY | 0029 | Review correspondence re: allocation document. | 0.10 |
| 05/06/16 | CIW | 0029 | Review correspondence re: allocation document. | 0.10 |
| 05/06/16 | ZJC | 0029 | Discuss (.6, .4) and review (2.2) letter brief to Judge Stark re: certification of allocation appeal. | 3.20 |
| 05/07/16 | FSH | 0029 | Review and comment on draft allocation appeal certification letter (.4); communications with A. Qureshi, J. Chen, R. Johnson, D. Botter, Cassels re: same (.6). | 1.00 |
| 05/07/16 | RAJ | 0029 | Edits to letter brief re: allocation appeal certification (1.3, .8); multiple emails among Akin team re: comments and edits to brief (.7, .4); emails with US Debtors and Bondholder Group counsels re: letter brief (.1); review US Debtors' draft brief (.2). | 3.50 |
| 05/07/16 | AQ | 0029 | Review and analyze revised letter to District Court re: allocation appeal certification (.3); emails with team re: edits to letter to District Court (.2); review and analyze Debtors draft letter re: certification and emails re: same (.3). | 0.80 |
| 05/07/16 | DHB | 0029 | Review and revise AG certification of allocation appeal letter (.6); extensive email communications re: changes thereto (.5); review revised draft (.2); begin review of U.S. Debtors' letter (.2). | 1.50 |
| 05/07/16 | ZJC | 0029 | Discuss (.1) and review/edit (.6) letter brief to Judge Stark re: direct certification of allocation appeal. | 0.70 |
| 05/08/16 | FSH | 0029 | Review draft letters of parties re: allocation appeal certification (.3); numerous communications re: same with R. Johnson, A. Qureshi, D. Botter (.3); communications with R. Johnson re: materials for Committee (1.); communications with Cleary re: letters and numerous follow-up communications (.5). | 1.20 |
| 05/08/16 | RAJ | 0029 | Review and comment on draft Bondholder Group letter brief re: allocation appeal certification (.3); multiple emails with Akin team re: US Debtors' and Bondholders' draft briefs (.2, .3); further review of appellate rules and procedure (.8); edits to Committee letter brief (1.4, .5); multiple emails with US Debtors and Bondholder Group re: draft briefs and re: SCC appeal (.4, .3); reconcile comments from US Debtors to Committee draft brief (1.3); emails re: conference call with appellants and other parties' draft briefs (.4, .2). | 6.10 |
| 05/08/16 | AQ | 0029 | Review and analyze bondholders' draft letter to District Court re: allocation appeal certification (.2); review and analyze Cleary comments to UCC certification letter (.2); emails re: revisions to certification letter to District Court (.3). | 0.70 |
| 05/08/16 | DHB | 0029 | Review Cleary letter re: certification (.4); emails re: same (.2); review Milbank letter (.5); review Cleary comments to AG draft letter (.4); consider same and extensive emails re: same (.4); review revised letter (.2). | 2.10 |
| 05/08/16 | JYY | 0029 | Review draft letter re: allocation appeal certification. | 0.20 |
| 05/08/16 | ZJC | 0029 | Discuss (.4) and review/edit (1.0) draft letter briefs from various U.S. interests on direct certification of allocation appeal. | 1.40 |
| 05/09/16 | FSH | 0029 | Communications with Cleary, Milbank re: finalization of allocation appeal certification letters, revisions (.6); review same (.2); conference | 3.70 |

| Date | Tkpr | Task | | Hours |
|------|------|------|--|-------|
| | | | call with Milbank re: pending issues (.8); confer with D. Botter and B. Kahn re: same (.2); work on issues raised therein, analysis, outline (.6); calls with A. Qureshi re: letters (.2); analyze new draft of US party letter (.2); further communications re: same with R. Johnson, D. Botter, BRG (.2); review JA letter (.1); review CCC letter (.1); correspond with R. Johnson re: materials for Committee (1.); review additional letters in Support of cert, final versions of US letters (.2) and communications with M. Fagen re: providing to Committee (.2). | |
| 05/09/16 | RAJ | 0029 | Prepare presentation re: letter brief to Judge Stark re: allocation appeal certification (1.2); multiple emails with Akin team re: letter brief (.3, .2, .2); emails with Committee members re: briefs (.1); confer with Delaware counsel re: details of filing (.2, .3, .1); further edits to brief (.5, .8); emails with US Debtors, Bondholder Group re: revisions to brief (.4); calls with L. Schweitzer re: appellate strategy (.1, .2); review revised Bondholder Group draft brief (.3); emails with Akin team re: changes in drafts (.4); finalize letter brief for filing (.4); review letter briefs filed by Appellees and other parties (.5, .4); emails with A. Loring, M. Fagen re: letter briefs (.3). | 6.90 |
| 05/09/16 | AQ | 0029 | Call with Milbank re: allocation mediation (.2); confer with F. Hodara re: letters to District Court re: allocation appeal certification (.2); review and analyze as-filed letters re: certification of appeal (.8). | 1.20 |
| 05/09/16 | DHB | 0029 | Continued extensive emails re: allocation appeal certification letters (.5) (.2); call with Milbank re: allocation issues (.8); review Bondholder revisions and emails re: same (.3); extensive communications re: all letters (.5); review of all parties' letters to DC (1.0); extensive emails re: appeal issues (.2) (.1). | 3.60 |
| 05/09/16 | BMK | 0029 | Call with Milbank re: allocation issues (0.8); review of letters re: direct certification of appeal (2.0). | 2.80 |
| 05/09/16 | JYY | 0029 | Review correspondence re: allocation appeal certification. | 0.60 |
| 05/09/16 | MCF | 0029 | Review letters to District Court re: allocation appeal direct certification (.6) and review draft email to Committee re: same (.3). | 0.90 |
| 05/09/16 | ZJC | 0029 | Call with Committee to discuss drafts of letter briefs (.3); review of final drafts of letters re: allocation appeal certification (.4). | 0.70 |
| 05/09/16 | AL | 0029 | Attention to distribution of letters to Judge stark re: allocation appeal certification. | 1.90 |
| 05/10/16 | AQ | 0029 | Emails re: allocation issues (.3); review and analyze allocation issues (.3) and related correspondence (.1). | 0.70 |
| 05/10/16 | JYY | 0029 | Review correspondence re: allocation appeal. | 0.20 |
| 05/10/16 | ZJC | 0029 | Review letter briefs to district court on direct certification of allocation appeal to Third Circuit. | 0.20 |
| 05/11/16 | FSH | 0029 | Examine BRG analysis of allocation issues (.3); emails re: certification letters including review of specific assertions and communications with R. Johnson re: same (.3). | 1.10 |
| 05/11/16 | RAJ | 0029 | Review BRG analysis of allocation issues (.2); multiple emails with Akin team re: same (.2, .1); prepare analysis of letter briefs on certification of allocation direct appeal for Committee (.6); multiple emails with Akin team re: same (.3); multiple emails with Akin team re: allocation issues (.5). | 1.90 |
| 05/11/16 | DHB | 0029 | Review BRG deck re: allocation issues (.6); emails re: same (.1). | 0.70 |
| 05/11/16 | JYY | 0029 | Review updates re: allocation appeal. | 0.30 |
| 05/11/16 | AL | 0029 | Attention to parties' letters to Judge Stark re: certification of allocation appeal. | 0.20 |
| 05/12/16 | RAJ | 0029 | Prepare for discussion of allocation issues (.5); call with US Debtors' counsel re: allocation appellate issues (.3). | 0.80 |
| 05/12/16 | AQ | 0029 | Call with Cleary re: allocation issues. | 0.30 |
| 05/16/16 | JYY | 0029 | Review allocation updates. | 0.10 |
| 05/17/16 | FSH | 0029 | Analyze admin payment concepts and issues (.5); review allocation | 1.90 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE
Bill Number: 1665807

| Date | Tkpr | Task | | Hours |
|------|------|------|---|-------|
| | | | appeal certification decision of J. Stark (1.0); communications with Committee, J. Chen, R. Johnson, M. Fagen re: same (.4). | |
| 05/17/16 | RAJ | 0029 | Analyze Judge Stark's memorandum opinion certifying direct allocation appeals to Third Circuit (.7, .5); multiple emails with Akin and BRG teams re: strategy (.3, .2); draft summary of decision for Committee (.6); analyze appellate procedural rules (.7); review published analysis of Nortel opinions (.2). | 3.20 |
| 05/17/16 | AQ | 0029 | Review and analyze District Court Order re: certification of allocation appeal (.6); emails re: District Court certification order (.2); review and analyze case law cited in District Court decision (.7). | 1.50 |
| 05/17/16 | DHB | 0029 | Review Judge Stark decision certifying allocation appeal to Third Circuit (.6); emails re: same (.3). | 0.90 |
| 05/17/16 | BMK | 0029 | Review of opinion certifying allocation appeals to Third Cir (1.8); emails re: same (0.4). | 2.20 |
| 05/17/16 | JYY | 0029 | Review allocation appeal decision re: certification of allocation appeal to Third Circuit (1.1); review updates re: appeals (.3). | 1.40 |
| 05/17/16 | MCF | 0029 | Review allocation appeal certification decision (.7) and emails re: same (.3); review oral orders re: appeals (.2) and emails re: same (.2); review Committee email re: same (.2) and send to Committee (.1). | 1.70 |
| 05/17/16 | CIW | 0029 | Review Judge Stark's decision to certify allocation appeal to the Third Circuit. | 0.70 |
| 05/17/16 | ZJC | 0029 | Review Judge Stark memorandum opinion certifying allocation appeal to Third Circuit (.5) and draft initial comments in response (.4). | 0.90 |
| 05/17/16 | PAS | 0029 | Research for allocation appeal (.4); follow up email correspondence with J. Chen (.1). | 0.50 |
| 05/17/16 | AL | 0029 | Review opinion directly certifying allocation appeal to Third Circuit. | 0.30 |
| 05/18/16 | LGB | 0029 | Review District Court opinion re: appeal of allocation decision to Third Circuit. | 0.70 |
| 05/18/16 | FSH | 0029 | Further analyze allocation appeal cert decision and procedural issues (.3); communications with A. Qureshi, J. Chen, R. Johnson re: same (.4); communication with J. Chen, B. Kahn, R. Johnson, D. Botter, M. Fagen re: same (.4); participate in call among US interests (.6); correspond with A. Qureshi re: same (.1); examine appellee proposed order (.1); communications with Cleary re: same (.1); examine revised order and communications with J. Chen, A. Qureshi re: same (.2); communications with D. Botter re: allocation issues (.1); examine allocation analysis (.1). | 2.40 |
| 05/18/16 | RAJ | 0029 | Further analyze strategic options re: direct certification of allocation appeal (.8); communication with F. Hodara, B. Kahn re: strategy (.5); call with Cleary, Milbank re: strategic options (.6); review Monitor's proposed form of order (.1); multiple emails with Akin team re: form of order (.2, .1); analyze appellate procedural issues (1.1); review Local Appellate Rules for Third Circuit (.5); review Third Circuit mediation issues (.3); review US Debtors' proposed form of order (.1); multiple emails with appellants and appellees re: same (.3). | 4.60 |
| 05/18/16 | AQ | 0029 | Call with Cleary re: certification issues (.6); emails re: certification of allocation appeal (.3); review and analyze proposed order re: certification (.2). | 1.10 |
| 05/18/16 | DHB | 0029 | Continue to consider 3rd Circuit allocation appeal certification order and next steps (.5); emails re: same (.2); call with team re: same (.5); attend portion of conference call with U.S. Interests (.3); further emails re: same (.2) and call (.2); consider orders (.2). | 2.10 |
| 05/18/16 | BMK | 0029 | Analysis of allocation appeal issues (0.4); call with Akin team re: same (0.5); call with Cleary and Milbank teams re: same (0.6); follow up emails re: same (0.1); review of certification order draft (0.3); emails re: same (0.4). | 2.30 |
| 05/18/16 | JYY | 0029 | Review correspondence re: allocation appeal certification order and appeals. | 0.20 |

| Date | Tkpr | Task | | Hours |
|------|------|------|---|-------|
| 05/18/16 | MCF | 0029 | Internal call re: allocation appeal certification issues (.5); emails re: same (.3); call with U.S. interests re: certification issues (.6) and emails re: same (.4). | 1.80 |
| 05/18/16 | ZJC | 0029 | Research procedural rules and forms of order for direct certification of allocation appeal to court of appeals (.6); call with Akin Gump team to discuss certification issues before Third Circuit (.5); participate in call with U.S. interests re: certification in response to district court ordered meet-and-confer (.6), and correspondence re: issues with P. Shah and Akin Gump team (1.0); review and comment on draft proposed notices of certification to be filed with district court (.4). | 3.10 |
| 05/18/16 | PAS | 0029 | Correspondence re: certification stage and allocation appeal briefing strategy with J. Chen in response to Cleary concerns. | 0.30 |
| 05/19/16 | FSH | 0029 | Numerous communications with parties re: allocation appeal certification order. | 0.40 |
| 05/19/16 | RAJ | 0029 | Provide comments to draft allocation appeal certification order (.2); develop language for possible cross-petition in Third Circuit (.3); telephonic meet and confer with appellants and appellees re: proposed form of order (.2); review revised draft order (.2); analyze appellate procedural issues (.5); emails with Akin team and with Committee re: revised order (.2, .1); analyze prior Third Circuit decision declining to authorize direct appeal and related papers below (1.3); emails with multiple parties re: proposed form of order (.1, .1). | 3.20 |
| 05/19/16 | AQ | 0029 | Review and analyze Monitor's proposed Order re: certification of allocation appeal (.3) and emails re: same (.1). | 0.40 |
| 05/19/16 | DHB | 0029 | Review allocation appeal certification orders (.1); emails re: same (.1); attend meet and confer re: same (.2); review revised order (.1) and emails re: same (.2). | 0.70 |
| 05/19/16 | BMK | 0029 | Participate in all-hands call re: direct allocation appeal certification order (0.2); review updated order draft (0.2). | 0.40 |
| 05/19/16 | JYY | 0029 | Review correspondence re: certification of allocation appeals and case updates(.4); review draft certification order (.2). | 0.60 |
| 05/19/16 | KMR | 0029 | Review status of the allocation case. | 0.60 |
| 05/19/16 | ZJC | 0029 | Participate in meet-and-confer on proposed order for certification of allocation appeal to Third Circuit (.2); review certification materials and petition for permission to appeal pleadings in recent case as examples (.3). | 0.50 |
| 05/20/16 | FSH | 0029 | Communications with D. Botter, R. Johnson re: mediation allocation (.2); analyze next steps (.2); communications re: cert order, motions (.4). | 0.80 |
| 05/20/16 | RAJ | 0029 | Multiple emails with US Debtors re: final or interlocutory nature of allocation certification decision (.3, .1); emails with appellants and appellees re: proposed form of order (.2, .1, .1); analyze appellate issues (1.5); emails among Akin team re: mediation issues (.3); analyze possible motion practice in Third Circuit (.5); emails re: possible mediation session (.2). | 3.30 |
| 05/20/16 | AQ | 0029 | Emails re: revised order re: allocation appeal certification (.2); emails re: mediation (.2). | 0.40 |
| 05/20/16 | DHB | 0029 | Emails re: allocation appeal certification order (.1); telephone call with J. Bromley re: mediation status (.4); communications with team re: same (.3); draft memo to Committee re: same (.3); emails re: same (.2). | 1.30 |
| 05/20/16 | JYY | 0029 | Review updates re: allocation appeal certification and mediation. | 0.30 |
| 05/20/16 | MCF | 0029 | Emails re: allocation discussions (.3); emails re: certification order (.3); circulate filed draft of same (.3). | 0.90 |
| 05/23/16 | FSH | 0029 | Confer with D. Botter re: mediation (.1); review TCC Response and analyze issues raised therein (.6). | 0.70 |
| 05/23/16 | RAJ | 0029 | Analyze allocation appellate issues (1.2); emails re: mediation (.3). | 1.50 |
| 05/23/16 | DHB | 0029 | Telephone call with committee member re: mediation (.1); office conference with F. Hodara re: same (.1). | 0.20 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE
Bill Number: 1665807

| Date | Tkpr | Task | | Hours |
|------|------|------|---|-------|
| 05/23/16 | JYY | 0029 | Review allocation updates. | 0.10 |
| 05/24/16 | FSH | 0029 | Confer with Cassels re: allocation mediation (.1); communications with B. Kahn and D. Botter re: mediation (.2). | 0.30 |
| 05/24/16 | RAJ | 0029 | Review order directly certifying allocation appeal to Third Circuit and related emails (.2); analyze appellate rules and Third Circuit internal operating procedures (.7). | 0.90 |
| 05/24/16 | DHB | 0029 | Emails re: allocation next steps. | 0.10 |
| 05/24/16 | BMK | 0029 | Prep for upcoming allocation mediation. | 1.80 |
| 05/24/16 | AL | 0029 | Correspondence re: order directly certifying allocation appeals to Third Circuit. | 0.10 |
| 05/25/16 | FSH | 0029 | Communications with BRG, B. Kahn, D. Botter re: mediation (.2); TCs with Committee members re: same (.6); review TCC mark-up and analyze issues therein (.4); communications with NNI, BRG, D. Botter, B. Kahn re: same (1.0). | 2.20 |
| 05/25/16 | RAJ | 0029 | Review docket re: allocation appeal (.3); analyze allocation document and related emails (.8); review email to Committee re: same (.1). | 1.20 |
| 05/25/16 | DHB | 0029 | Email communications re: allocation mediation (.2); review communications (.4) and consider same (.5). | 1.10 |
| 05/25/16 | BMK | 0029 | Analysis of allocation issues (1.8); emails re: same (0.2). | 2.00 |
| 05/25/16 | JYY | 0029 | Review updates re: allocation issues. | 0.20 |
| 05/25/16 | MCF | 0029 | Analyze allocation document (1.3); emails re: same (.3). | 1.60 |
| 05/25/16 | AL | 0029 | Internal correspondence re: public posting of reply brief in allocation appeal. | 0.20 |
| 05/26/16 | FSH | 0029 | Communications NNI reps re: allocation mediation (.3); planning for mediation (.3); communications with Cassels, D. Botter, BRG re: same (.4); calls with parties re: same (.4). | 1.40 |
| 05/26/16 | RAJ | 0029 | Review circumstances re: Third Circuit denial of direct appeal in precedent case (.3); correspondence with J. Chen re: allocation appellate issues (.2); analyze appellate issues (.6). | 1.10 |
| 05/26/16 | BMK | 0029 | Further review of allocation issues. | 0.90 |
| 05/26/16 | JYY | 0029 | Review updates re: allocation issues. | 0.10 |
| 05/26/16 | KMR | 0029 | Review allocation documents. | 0.70 |
| 05/27/16 | FSH | 0029 | Communications with Committee members re: allocation mediation (.3); communications with D. Botter, C. Kearns, J. Hyland, B. Kahn re: same (.8). | 1.10 |
| 05/27/16 | RAJ | 0029 | Develop outline re: Third Circuit petition. | 1.20 |
| 05/27/16 | BMK | 0029 | Review materials for allocation mediation prep. | 1.80 |
| 05/27/16 | JYY | 0029 | Review allocation updates. | 0.20 |
| 05/31/16 | FSH | 0029 | Review materials for call with NNI (.5); attend call with NNI (1.3); follow-up with D. Botter, A. Qureshi, R. Johnson (.3); TCs with parties re: same (.7); further communications with A. Qureshi, D. Botter re: same (.3); review allocation document (.9); numerous communications with BRG, D. Botter, B. Kahn re: same (.4). | 4.40 |
| 05/31/16 | RAJ | 0029 | Review recent Third Circuit petition for direct appeal and related answer (.7); call with U.S. Debtors re: mediation strategy (1.3); post-call meeting with Akin team re: strategy (.3); analyze Third Circuit procedural issues (1.2); analyze allocation document (1.0); multiple emails with Akin and BRG teams re: allocation (.5, .2); analyze issues re: jurisdiction (.6). | 5.80 |
| 05/31/16 | AQ | 0029 | Call with Cleary re: mediation strategy (1.3); follow-up with team re: preparation for mediation (.3); call with Milbank re: mediation (.4); review and analyze allocation document (.4) and emails re: same (.3). | 2.70 |
| 05/31/16 | DHB | 0029 | Conference call with U.S. Debtors re: mediation prep (1.3); follow-up with team re: same (.3); review allocation document (1.3); consider same (.6) and extensive email communications re: same (.5); email communications re: further mediation issues (.1) (.1). | 4.20 |
| 05/31/16 | BMK | 0029 | Review and analysis of allocation document (1.8); review of precedent | 2.60 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE                                                  Page 15
Bill Number: 1665807                                                                      07/13/16

| Date | Tkpr | Task | | Hours |
|------|------|------|---|------|
| | | | docs (0.6); emails re: same (0.2). | |
| 05/31/16 | JYY | 0029 | Review correspondence re: allocation document. | 0.10 |
| 05/31/16 | KMR | 0029 | Review allocation document. | 0.30 |
| 05/31/16 | MCF | 0029 | Review allocation document (1.2) and emails with team re: same (.1); call with U.S. Debtors re: allocation/mediation (1.3). | 2.60 |
| 05/31/16 | AL | 0029 | Prepare for call with Debtors' counsel re: allocation mediation (.4); attend same (1.3); prepare for allocation mediation (1.8). | 3.50 |
| | | | Total Hours | 392.60 |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|------------|-------|---|------|---|-------|
| L G BECKERMAN | 0.70 | at | $1220.00 | = | $854.00 |
| F S HODARA | 54.90 | at | $1325.00 | = | $72,742.50 |
| R A JOHNSON | 112.90 | at | $1050.00 | = | $118,545.00 |
| A QURESHI | 20.60 | at | $1175.00 | = | $24,205.00 |
| D H BOTTER | 33.30 | at | $1220.00 | = | $40,626.00 |
| B M KAHN | 43.40 | at | $900.00 | = | $39,060.00 |
| P A SHAH | 1.50 | at | $950.00 | = | $1,425.00 |
| K M ROWE | 1.60 | at | $860.00 | = | $1,376.00 |
| J Y YECIES | 6.90 | at | $785.00 | = | $5,416.50 |
| Z CHEN | 19.80 | at | $700.00 | = | $13,860.00 |
| M C FAGEN | 42.30 | at | $690.00 | = | $29,187.00 |
| C I WEINREB | 4.40 | at | $580.00 | = | $2,552.00 |
| A LORING | 45.50 | at | $455.00 | = | $20,702.50 |
| S A D'ADDESE | 3.40 | at | $225.00 | = | $765.00 |
| F B ALVAREZ | 1.40 | at | $225.00 | = | $315.00 |
| Current Fees | | | | | $371,631.50 |

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---|
| Computerized Legal Research - Lexis | $42.08 |
| Computerized Legal Research - Westlaw | $619.61 |
| Duplication - Off Site | $64.07 |
| Meals - Business | $48.42 |
| Meals (100%) | $996.71 |
| Audio and Web Conference Services | $3,393.75 |
| Travel - Ground Transportation | $129.54 |
| Current Expenses | $5,294.18 |

| | |
|---|---|
| **Total Amount of This Invoice** | **$376,925.68** |
| **Prior Balance Due** | $342,540.70 |
| **Total Balance Due Upon Receipt** | $719,466.38 |