# EXHIBIT C

**DISBURSEMENT SUMMARY**
**MAY 1, 2016 THROUGH MAY 31, 2016**

| | |
|---|---:|
| Computerized Research, Corporate Service Fees & PACER Charges | $661.69 |
| Duplication – Offsite | $64.07 |
| Meals (100%) | $996.71 |
| Meals – Business | $48.42 |
| Audio and Web Conference Services | $3,393.75 |
| Travel – Ground Transportation | $129.54 |
| **TOTAL** | **$5,294.18** |