# EXHIBIT D



NORTEL NETWORKS INC. CREDITORS COMMITTEE
ATTN: JOHN  DOLITTLE
8601 SIX FORKS ROAD
SUITE 400
RALEIGH, NC  27615

| | |
|---|---|
| Invoice Number | 1667321 |
| Invoice Date | 07/18/16 |
| Client Number | 687147 |
| Matter Number | 0001 |

Re: CHAPTER 11

FOR PROFESSIONAL SERVICES RENDERED THROUGH  06/30/16 :

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | | Value |
|---|---|---|
| 05/06/16 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: 1663MK  CUI; Charge Type: DOCUMENT PRINTING; Quantity: 1.0 | 13.50 |
| 05/06/16 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: 1663MK  CUI; Charge Type: SINGLE DOCUMENT RETRIEVAL; Quantity: 1.0 | 21.60 |
| 05/06/16 | Computerized Legal Research - Lexis Service: SHEPARD'S SERVICE; Employee: 1663MK  CUI; Charge Type: LEGAL CITATION SERVICES; Quantity: 1.0 | 6.98 |
| | Total Computerized Legal Research - Lexis | $42.08 |
| 05/04/16 | Computerized Legal Research - Westlaw User: CHEN,JULIUS Date: 5/4/2016 AcctNumber: 1000532285 ConnectTime: 0.0 | 495.69 |
| 05/06/16 | Computerized Legal Research - Westlaw User: CHEN,JULIUS Date: 5/6/2016 AcctNumber: 1000532285 ConnectTime: 0.0 | 123.92 |
| | Total Computerized Legal Research - Westlaw | $619.61 |
| 03/15/16 | Duplication - Off Site VENDOR: XACT DATA DISCOVERY/XDD (43-1685216) INVOICE#: 11-64718 DATE: 3/15/2016 Mini books (5) | 64.07 |
| | Total Duplication - Off Site | $64.07 |
| 05/09/16 | Meals - Business VENDOR: MATTHEW C. FAGEN INVOICE#: 1241133305131802 DATE: 5/13/2016 Dinner, 05/09/16, Working meal, Bar Dupont, Matthew Fagen | 22.07 |
| 05/09/16 | Meals - Business VENDOR: MATTHEW C. FAGEN INVOICE#: 1241133305131802 DATE: 5/13/2016 | 26.35 |

| | | | |
|---|---|---:|---:|
| | Lunch, 05/09/16, Working weekend meal, Hollywood Diner, Matthew Fagen | | |
| | Total Meals - Business | | $48.42 |
| 05/04/16 | Meals (100%) VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 2390052 DATE: 5/8/2016 | 25.06 | |
| | Anthony Loring - Bella Vita 43rd/8th) - 05/04/2016 | | |
| 05/05/16 | Meals (100%) 5/2/16 - ANTHONY LORING VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800419; DATE: 5/5/2016 - Committee call 4 people | 57.05 | |
| 05/05/16 | Meals (100%) 5/5/16 - ANTHONY LORING VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800419; DATE: 5/5/2016 - Committee call 8 people | 140.99 | |
| 05/08/16 | Meals (100%) VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 2390052 DATE: 5/8/2016 | 35.61 | |
| | Matthew Fagen - Carmine's Theater District NYC - 05/08/2016 | | |
| 05/12/16 | Meals (100%) 5/6/16 - ANTHONY LORING VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800421; DATE: 5/12/2016 - Committee call 8 people | 86.66 | |
| 05/12/16 | Meals (100%) 5/9/16 - ANTHONY LORING VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800421; DATE: 5/12/2016 - Committee call 8 people | 169.19 | |
| 05/12/16 | Meals (100%) 5/12/16 - ANITA GOMEZ VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800421; DATE: 5/12/2016 - Committee call 8 people | 173.11 | |
| 05/16/16 | Meals (100%) VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 2397713 DATE: 5/22/2016 | 21.03 | |
| | Matthew Fagen - Akdeniz - 05/16/2016 | | |
| 05/19/16 | Meals (100%) 5/19/16 - ANITA GOMEZ VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800422; DATE: 5/19/2016   Committee call - 8 people | 140.99 | |
| 05/23/16 | Meals (100%) VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 2398402 DATE: 5/22/2016 | 23.67 | |
| | Anthony Loring - 5 Boro Burger - 05/23/2016 | | |
| 05/26/16 | Meals (100%) 5/26/16 - ANITA GOMEZ VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800423; DATE: 5/26/2016 - Committee call 8 people | 123.35 | |
| | Total Meals (100%) | | $996.71 |
| 05/05/16 | Audio and Web Conference Services VENDOR: TELCONF LLC INVOICE#: 05001-01001-16 DATE: 5/5/2016 | 3,393.75 | |
| | Audio and video conference services provided by Telconf. | | |
| | Total Audio and Web Conference Services | | $3,393.75 |
| 04/28/16 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1216020 DATE: 5/11/2016 | 62.22 | |
| | Vendor: Dial Car Voucher #: A789741 Date: 04/28/2016 Name: Dan Vira‖Car Service, Vendor: Dial Car Voucher #: A789741 Date: 04/28/2016 Name: Dan Vira | | |
| 05/05/16 | Travel - Ground Transportation VENDOR: ANTHONY LORING INVOICE#: 1247297405181604 DATE: 5/18/2016 | 18.92 | |
| | Taxi/Car Service/Public Transport, 05/05/16, Late taxi home after working on Nortel related matters., Uber | | |
| 05/11/16 | Travel - Ground Transportation VENDOR: ANTHONY LORING INVOICE#: 1247297405181604 DATE: 5/18/2016 | 20.92 | |
| | Taxi/Car Service/Public Transport, 05/11/16, Late taxi home after working on Nortel related matters., Uber | | |
| 05/23/16 | Travel - Ground Transportation VENDOR: ANTHONY LORING | 27.48 | |

INVOICE#: 1255596805241802 DATE: 5/24/2016
Taxi/Car Service/Public Transport, 05/23/16, Taxi cab home after
working late in office on Nortel., Uber

| | |
|---|---|
| Total Travel - Ground Transportation | $129.54 |
| CURRENT EXPENSES | $5,294.18 |
| **Total Amount of This Invoice** | **$5,294.18** |
| **Prior Balance Due** | $342,540.70 |
| **Total Balance Due Upon Receipt** | $347,834.88 |