# EXHIBIT E

**SUMMARY OF ATTORNEYS AND LEGAL ASSISTANTS
RENDERING SERVICES DURING THE PERIOD
MAY 1, 2016 THROUGH MAY 31, 2016**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | 2016 Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| Lisa G. Beckerman | Partner for 17 years; Admitted in 1981; Financial Restructuring Department | $1,220 | 0.70 | $854.00 |
| David H. Botter | Partner for 14 years; Admitted in 1990; Financial Restructuring Department | $1,220 | 33.30 | $40,626.00 |
| Fred S. Hodara | Partner for 27 years; Admitted in 1982; Financial Restructuring Department | $1,325 | 54.90 | $72,742.50 |
| Robert A. Johnson | Partner for 19 years; Admitted in 1988; Litigation Department | $1,050 | 112.90 | $118,545.00 |
| Brad M. Kahn | Partner as of January 1, 2016; Admitted in 2008; Financial Restructuring Department | $900 | 43.40 | $39,060.00 |
| Abid Qureshi | Partner for 8 years; Admitted in 1995; Financial Restructuring Department | $1,175 | 20.60 | $24,205.00 |
| Pratik Shah | Partner for 3 years; Admitted in 2002; Litigation Department | $950 | 1.50 | $1,425.00 |
| Kevin M. Rowe | Senior Counsel for 15 years; Admitted in 1985; Tax Department | $860 | 1.60 | $1,376.00 |
| Julius Chen | Counsel for 2 years; Admitted in 2010; Litigation Department | $700 | 19.80 | $13,860.00 |
| Jacqueline Y. Yecies | Counsel for 3 years; Admitted in 2009; Litigation Department | $785 | 6.90 | $5,416.50 |
| Matthew C. Fagen | Associate for 4 years; Admitted in 2014; Financial Restructuring Department | $690 | 42.30 | $29,187.00 |

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | 2016 Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| Anthony Loring | Associate for 1 year; Admitted in 2016; Financial Restructuring Department | $455 | 45.50 | $20,702.50 |
| Carly Weinreb | Associate for 3 years; Admitted in 2014; Litigation Department | $580 | 4.40 | $2,552.00 |
| Francisco Alvarez | Legal Assistant for 1 year; Financial Restructuring Department | $225 | 1.40 | $315.00 |
| Sarah D'Addese | Legal Assistant for 3 years; Financial Restructuring Department | $225 | 3.40 | $765.00 |

Total Amount of Fees:      **$371,631.50**

Total Number of Hours:     392.60

Blended Hourly Rate:       **$946.59**