**CERTIFICATE OF SERVICE**

      I, Katherine Good, do hereby certify that on July 19, 2016 a copy of the foregoing **Eighty-Eighth Monthly Application of Akin Gump Strauss Hauer & Feld LLP, Co-Counsel for the Official Committee of Unsecured Creditors, for Interim Allowance of Compensation and for the Reimbursement of Expenses for Services Rendered During the Period from May 1, 2016 through May 31, 2016** was served on the parties on the attached list and in the manner indicated thereon.

      */s/ Katherine Good*
      L. Katherine Good (No. 5101)

**NORTEL NETWORKS INC.**
**CASE NO. 09-10138 (KG)**
**SERVICE LIST**

**VIA HAND DELIVERY**

*(Counsel for Debtors)*
Derek C. Abbott, Esq
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. 1347
Wilmington, DE 19899-1347

**VIA HAND DELIVERY AND E-MAIL**

*(United States Trustee)*
Mark Kenney, Esq.
Office of the United States Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801
E-mail: Mark.Kenney@usdoj.gov

**VIA FIRST CLASS MAIL**

*(Debtors)*
Nortel Networks, Inc
Attn: Accounts Payable
P.O. Box 13010
RTP, NC 27709

*(Counsel for Debtors)*
James L. Bromley, Esq.
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

*(Counsel for Official Committee of Unsecured Creditors)*
Fred S. Hodara, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036

**VIA FIRST CLASS MAIL AND E-MAIL**

*(Fee Examiner)*
Judith Scarborough
Master, Sidlow & Associates, P.A.
2002 West 14th Street
Wilmington, DE 19806
E-mail: jscarborough@mastersidlow.com