# EXHIBIT A

## NORTEL NETWORKS INC., *et al*.
### CASE NO. 09-10138 (KG)

Professional Fees and Expenses
Monthly Fee Application

| Applicant & Docket No. | Time Period Covered | Fees & Expenses Requested in Application | Fees & Expenses Allowed/Awarded | Date Application Filed | Objection Deadline |
|---|---|---|---|---|---|
| Ashurst LLP<br><br>[Docket No. 16958] | 5/1/16 - 5/31/16 | £7,644.00 (Fees)<br><br>£24.24 (Expenses) | £6,115.20 (Fees @ 80%)<br><br>£24.24 (Expenses @ 100%) | 6/28/16 | 7/19/16 |

*2207655*