## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | Ref. Docket Nos. 16996 – 16998 |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                       ) ss.:
COUNTY OF NEW YORK    )

FORREST KUFFER, being duly sworn, deposes and says:

1.  I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On July 15, 2016, I caused to be served the:

    a.  "Debtors' Forty-Second Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (No-Basis Claims, Modify and Allow Claims, Reclassify and Allow Claims, No-Basis Equity Claims, Wrong Debtor Claims and Redundant Claims)," dated July 15, 2016 [Docket No. 16996], (the "42nd Omnibus Objection"),

    b.  "Debtors' Forty-Third Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (No-Basis Claims, No-Basis 503(b)(9) Claims, No-Basis Deferred Compensation Claims, No-Basis Pension Claims, No-Basis Retiree Claims, No-Basis 401(k) Claims, Redundant Claims, Modify and Allow Claims, Reclassify and Allow Claims and Wrong Debtor Claims)," dated July 15, 2016 [Docket No. 16997], (the "43rd Omnibus Objection"), and

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567); and Nortel Networks (CALA) Inc. (4226).Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

   c. "Debtors' Forty-Fourth Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (No-Basis D&O Indemnification Claims)," dated July 15, 2016 [Docket No. 16998], (the "44th Omnibus Objection"),

by causing true and correct copies of the:

   i. 42nd Omnibus Objection, 43rd Omnibus Objection and 44th Omnibus Objection, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A,

   ii. 42nd Omnibus Objection, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B,

   iii. 43rd Omnibus Objection, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit C, and

   iv. 44th Omnibus Objection, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit D.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Sworn to before me this
18th day of July, 2016

Forrest Kuffer

_____
Notary Public

ELLI KREMPA
Notary Public, State of New York
No. 01KR6175879
Qualified in Suffolk County
Commission Expires October 22, 20[  ]

# EXHIBIT A

NORTEL
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| ACUSHNET COMPANY | ATTN: CREDIT DEPT TITLEIST & FOOTJOY, PO BOX 965 FAIRHAVEN MA 02719 |
| ADAMS, LAURIE | 217 RIDGE CREEK DRIVE MORRISVILLE NC 27560 |
| AIKEN, SANDRA | 3166 TUMP WILKINS ROAD STEM NC 27581 |
| AKIN GUMP STRAUSS HAUER & FELD LLP | ATTN: FRED S. HODARA ESQ.; RYAN C. JACOBS ESQ. ONE BRYANT PARK NEW YORK NY 10036 |
| ALDINE INDEPENDENT SCHOOL DISTRICT | ATTN: SUSAN R. FUERTES, ESQ. 14910 ALDINE-WESTFIELD ROAD HOUSTON TX 77032 |
| ALLEN & OVERY LLP | ATTN: KEN COLEMAN, ESQ. & DANIEL GUYDER, ESQ. 1221 AVENUE OF THE AMERICAS, 20TH FLOOR NEW YORK NY 10020 |
| APC WORKFORCE SOLUTIONS LLC | ATTN: DOUG GOIN CFO 420 SOUTH ORANGE AVENUE, 6TH FL ORLANDO FL 32801 |
| ARDENT LAW GROUP, P.C. | ATTN: HUBERT H. KUO ESQ. 2600 MICHELSON DRIVE, SUITE 1700 IRVINE CA 92612 |
| ARNALL GOLDEN GREGORY LLP | ATTN: DARRYL S. LADDIN ESQ.,FRANK N. WHITE ESQ. 171 17TH ST NW, STE 2100 ATLANTA GA 30363-1031 |
| ASHBY & GEDDES P.A. | ATTN: RICARDO PALACIO ESQ. 500 DELAWARE AVE WILMINGTON DE 19801 |
| ASSISTANT ATTORNEY GENERAL | ATTN: LAURA L. MCCLOUD ESQ. P.O. BOX 20207 NASHVILLE TN 37202 |
| BAKER BOTTS L.L.P. | JUDITH W. ROSS, ESQ. COUNSEL TO GENBAND, INC. 2001 ROSS AVENUE DALLAS TX 75201 |
| BALLARD SPAHR | ATTN: LESLIE HEILMAN ESQ. 919 MARKET ST, 12TH FL WILMINGTON DE 19801 |
| BALLARD SPAHR ANDREWS & INGERSOLL LLP | ATTN: DAVID L. POLLACK ESQ.,JEFFREY MEYERS ESQ. 51ST FL MELLON BANK CTR, 1735 MARKET ST PHILADELPHIA PA 19103 |
| BALLARD SPAHR LLP | ROBERT MCL. BOOTE, ESQ. COUNSEL TO WESTCHESTER FIRE INSURANCE CO. 1735 MARKET STREET, 51ST FLOOR PHILADELPHIA PA 19103-7599 |
| BALLARD SPAHR, LLP | TOBEY M. DALUZ, ESQ.; DAVID T. MAY, ESQ. COUNSEL TO WESTCHESTER FIRE INSURANCE CO. 919 N. MARKET STREET, 12TH FLOOR WILMINGTON DE 19801 |
| BARTLETT HACKETT FEINBERG P.C. | ATTN: FRANK F. MCGINN ESQ. 155 FEDERAL ST, 9TH FL BOSTON MA 02110 |
| BAYARD, P.A. | CHARLENE D. DAVIS, ESQ., JUSTIN R. ALBERTO, ESQ. & DANIEL A. O'BRIEN, ESQ. 222 DELAWARE AVENUE, SUITE 900 WILMINGTON DE 19899 |
| BELL MICROPRODUCTS INC | ATTN: DAVID L. URANGA 201 MONROE STREET, SUITE 300 MONTGOMERY AL 36104 |
| BENNETT, STEVEN E. | 37052 CHESTNUT STREET NEWARK CA 94560 |
| BERNSTEIN, SHUR, SAWYER & NELSON | ATTN: ROBERT J. KEACH, ESQ.; PAUL MCDONALD, ESQ.; DANIEL J. MURPHY, ESQ. COUNSEL TO AD HOC COMMITTEE 100 MIDDLE STREET P.O. BOX 9729 PORTLAND ME 04104-5029 |
| BERTRAM FREDRICK THOMAS FLETCHER | 35 BROOMHILL COURT CLAYTON NC 27527 |
| BIALSON BERGEN & SCHWAB | ATTN: LAWRENCE M. SCHWAB ESQ.,THOMAS M. GAA ESQ. PATRICK M. COSTELLO ESQ. 2600 EL CAMINO REAL, STE 300 PALO ALTO CA 94306 |
| BIFFERATO LLC | IAN CONNOR BIFFERATO, ESQ.; MATTHEW DENN, ESQ; KEVIN G. COLLINS, ESQ. COUNSEL TO CREDIT SUISSE STRATEGIC PARTNERS 800 N. KING STREET, PLAZA LEVEL WILMINGTON DE 19801 |
| BLANK ROME LLP | ATTN: MICHAEL DEBAECKE, ESQ. COUNSEL TO CABLE NEWS NETWORK, INC. 1201 MARKET STREET, SUITE 800 WILMINGTON DE 19801 |
| BLANK ROME LLP | ATTN: BONNIE GLANTZ FATELL, ESQ.; VICTORIA A. GUILFOYLE, ESQ. COUNSEL TO AD HOC COMMITTEE 1201 NORTH MARKET STREET, SUITE 800 WILMINGTON DE 19801 |
| BOYER, BONNIE J. | 305 W. JUNIPER AVE STERLING VA 20164 |
| BOYLAN BROWN | ATTN: DEVIN LAWTON PALMER 145 CULVER ROAD ROCHESTER NY 14620-1678 |
| BRACEWELL & GUILIANI LLP | ATTN: JENNIFER FELDSHER 1251 AVENUE OF THE AMERICAS 49TH FL NEW YORK NY 10020-1104 |
| BRENDA L. ROHRBAUGH | 2493 ALSTON DRIVE MARIETTA GA 30062 |
| BRENT E. BEASLEY | 541 AMMONS RD DUNN NC 28334 |
| BROWN & CONNERY LLP | ATTN: DONALD K. LUDMAN ESQ. 6 NORTH BROAD ST, STE 1000 WOODBURY NJ 08096 |
| BROWN MCCAROLL LLP | ATTN: AFTON SANDS-PURYEAR KELL C. MERCER; AFTON SANDS-PURYEAR 111 CONGRESS AVENUE, SUITE 1400 AUSTIN TX 78701 |
| BROWN RUDNICK LLP | EDWARD S. WEISFELNER & BENNETT S. SILVERBERG COUNSEL FOR THE NORTEL TRADE CLAIM CONSORTIUM SEVEN TIMES SQUARE NEW YORK NY 10036 |
| BROWN RUDNICK LLP | STEVEN D. POHL, ESQ. COUNSEL FOR THE NORTEL TRADE CLAIM CONSORTIUM ONE |

| Claim Name | Address Information |
|---|---|
| BROWN RUDNICK LLP | FINANCIAL CENTER BOSTON MA 02111 |
| BROWN, REMAJOS | 2353 SWORD DRIVE GARLAND TX 75044 |
| BRUCE FRANCIS | 5506 LAKE ELTON RD. DURHAM NC 27713 |
| BRYAN CAVE LLP | ATTN: MICHELLE MCMAHON ESQ. 1290 AVENUE OF THE AMERICAS NEW YORK NY 10104 |
| BRYAN CAVE LLP | ATTN: ERIC S. PREZANT ESQ. 161 N CLARK ST, STE 4300 CHICAGO IL 60601 |
| BRYAN CAVE LLP | ATTN: CULLEN K. KUHN ESQ. 211 N BROADWAY, STE 3600 ST. LOUIS MO 63102 |
| BUCHALTER NEMER | ATTN: SHAWN M. CHRISTIANSON ESQ. 55 SECOND STREET, 17TH FL SAN FRANCISCO CA 94105-3493 |
| BUCHANAN INGERSOLL & ROONEY PC | ATTN: MARY F. CALOWAY ESQ.,P.J. DUHIG ESQ. 1105 NORTH MARKET STREET, SUITE 1900 WILMINGTON DE 19801-1228 |
| CAROL F. RAYMOND | 7962 S.W. 185 STREET MIAMI FL 33157 |
| CAROLINE UNDERWOOD | 2101 EMERSON COOK RD. PITTSBORO NC 27312 |
| CARR, BARBARA | 145 GRECIAN PKWY ROCHESTER NY 14626 |
| CARTER LEDYARD & MILBURN LLP | ATTN: JAMES GADSDEN 2 WALL STREET NEW YORK NY 10005 |
| CASSELS BROCK & BLACKWELL LLP | ATTN: MICHAEL J. WUNDER, R. SNAYNE KUKULOWICZ, AND RYAN C. JACOBS SUITE 2100 SCOTIA PLAZA 40 KING STREET WEST TORONTO ON M5H 3C2 CANADA |
| CHAD SORAINO | 894 HICKORY AVE. HESPERIA CA 92345 |
| CHADBOURNE & PARKE LLP | ATTN: N. THODORE ZINK JR. ESQ. 30 ROCKEFELLER PLAZA NEW YORK NY 10112 |
| CHAMBERS, LOTTIE EDITH | 2716 DALFORD CT. RALEIGH NC 27604 |
| CHIPMAN BROWN CICERO & COLE, LLP | 1007 NORTH ORANGE STREET SUITE 1110 ATTN: W. CHIPMAN, M. OLIVERE & A. KASHISHIAN COUNSEL FOR WILMINGTON TRUST, NATIONAL ASSOCIATION WILMINGTON DE 19801 |
| COLE SCHOTZ P.C. | N. PERNICK, S. BHATNAGAR & N. BRANNICK COUNSEL FOR SNMP RESEARCH INTERNATIONAL AND SNMP RESEARCH INC. 300 E. LOMBARD STREET, SUITE 1450 BALTIMORE MD 21202 |
| COMMONWEALTH OF PENNSLYVANIA | CAROL E. MOMJIAN OFFICE OF THE ATTORNEY GENERAL 21 S. 12TH STREET, 3RD FLOOR PHILADELPHIA PA 19107-3603 |
| COMMONWEALTH OF VIRGINIA DEPARTMENT OF TAXATION | C/O MARK K. AMES TAX AUTHORITY CONSULTING SERVICES P.C. P.O. BOX 1270 MIDLOTHIAN VA 23113 |
| CONNOLLY BOVE | ATTN: JEFFREY S. WISLER ESQ.,MARC J. PHILLIPS ESQ. THE NEMOURS BUILDING, 1007 N ORANGE ST WILMINGTON DE 19801 |
| COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP | SAMUEL H. RUDMAN, ESQ.; DAVID A. ROSENFELD, ESQ. 58 SOUTH SERVICE ROAD, SUITE 200 MELVILLE NY 11747 |
| COWLES & THOMPSON, PC | ATTN: STEPHEN C. STAPLETON COUNSEL TO GTCI 901 MAIN STREET, SUITE 3900 DALLAS TX 75202 |
| CROSS & SIMON, LLC | CHRISTOPHER P. SIMON, ESQ. 913 NORTH MARKET STREET, 11TH FLOOR P.O. BOX 1380 WILMINGTON DE 19899-1380 |
| CULLEN, EMILY D | 100 TELMEW CT CARY NC 27518 |
| CURTIS MALLET-PREVOST COLT & MOSLE LLP | ATTN: STEVEN J. REISMAN ESQ.,JAMES V. DREW ESQ. 101 PARK AVENUE NEW YORK NY 10178-0061 |
| CYNTHIA ANN SCHMIDT | P.O. BOX 119 OREGON HOUSE CA 95962 |
| DAVID LITZ | 316 N MANUS DRIVE DALLAS TX 75224 |
| DAVID, DANIEL D. | 2105 POSSUM TROT RD WAKE FOREST NC 27587 |
| DAVIS & KUELTHAU, S.C. | ATTN: RUSSELL S. LONG, ESQ. COUNSEL TO CORE BROOKFIELD LAKES, LLC 111 E. KILBOURN AVENUE, SUITE 1400 MILWAUKEE WI 53202 |
| DEMEL, ERNEST | 530 W. 55TH STREET, APT. 13K NEW YORK NY 10019 |
| DENTONS CANADA LLP | KENNETH KRAFT JOHN SALMAS 77 KING STREET WEST, SUITE 400, TD CENTRE TORONTO ON M5K 0A1 CANADA |
| DEWEY & LEBOEUF, LLP | LAWRENCE E. MILLER, ESQ. 125 W 55TH STREET NEW YORK NY 10019 |
| DLA PIPER LLP (US) | ATTN: SELINDA A. MELNIK COUNSEL FOR THE CANADIAN CREDITORS COMMITTEE 1201 NORTH MARKET STREET, SUITE 2100 WILMINGTON DE 19801 |
| DLA PIPER LLP (US) | ATTN: RICHARD M. KREMEN ESQ.,DALE K. CATHELL ESQ. 6225 SMITH AVENUE BALTIMORE MD 21209 |

NORTEL
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| DRINKER BIDDLE & REATH LLP | COUNSEL TO SANMINA CORPORATION ATTN: ROBERT K. MALONE, ESQ. 500 CAMPUS DRIVE FLORHAM PARK NJ 07932 |
| DRINKER BIDDLE & REATH LLP | COUNSEL TO SANMINA CORPORATION ATTN: HOWARD A. COHEN, ESQ. 222 DELAWARE AVENUE, SUITE 1410 WILMINGTON DE 19801-1621 |
| DUANE MORRIS LLP | MICHAEL R. LASTOWSKI, ESQ.; SUMMER L. ROSS, ESQ. COUNSEL TO GENBAND INC. 222 DELAWARE AVENUE SUITE 1600 WILMINGTON DE 19801-1659 |
| DURANT, FRED | 708 EAST H STREET LEOTI KS 67861 |
| EDWARDS ANGELL PALMER & DODGE LLP | ATTN: STUART M. BROWN 919 NORTH MARKET STREET, SUITE 1500 WILMINGTON DE 19801 |
| ELLIOTT GREENLEAF | ATTN: RAFAEL X. ZAHRALDDIN-ARAVENA; SHELLY A. KINSELLA COUNSEL TO THE OFFICIAL COMMITTEE OF LONG TERM DISABILITY PLAN PARTICIPANTS 1105 N. MARKET STREET, SUITE 1700 WILMINGTON DE 19801 |
| EMC CORPORATION | RONALD ROWLAND, ESQ. C/O RECEIVABLE MANAGEMENT SERVICES 307 INTERNATIONAL CIRCLE, SUITE 270 HUNT VALLEY MD 21094 |
| ESTELLE LOGGINS | 6707 LATTA STREET DALLAS TX 75227 |
| EXPORT DEVELOPMENT CANADA | ATTN: DEREK AUSTIN 151 O'CONNOR STREET OTTOWA ON K1A 1K3 CANADA |
| FAIRCLOTH, DEBORAH | 115 WINCHESTER LANE ROCKY POINT NC 28457 |
| FLEXTRONICS INTERNATIONAL | ATTN: STEVEN JACKMAN, VICE PRESIDENT 847 GIBRALTAR DRIVE MILPITAS CA 95035 |
| FOX ROTHSCHILD LLP | JEFFREY M. SCHLERF, ESQ. COUNSEL FOR THE NORTEL TRADE CLAIM CONSORTIUM 919 NORTH MARKET STREET, SUITE 300 CITIZENS BANK CENTER WILMINGTON DE 19801 |
| FPL LAW DEPARTMENT | ATTN: RACHEL S. BUDKE ESQ. 700 UNIVERSE BLVD JUNO BEACH FL 33408 |
| FRANCHISE TAX BOARD | ATTN: DELAWARE DEPARTMENT OF STATE DIVISION OF CORPORATIONS PO BOX 898 DOVER DE 19903 |
| FRANCIS, BRUCE | 5506 LAKE ELTON ROAD DURHAM NC 27713 |
| FREDDIE WORMSBAKER | 327 LOCUST ST. TWIN FALLS ID 83301 |
| FREEBORN & PETERS LLP | ATTN: AARON L. HAMMER ESQ. ATTN: DEVON J. EGGERT, ESQ. 311 SOUTH WACKER DR, STE 3000 COUNSEL TO MERCER (US) INC. CHICAGO IL 60606 |
| FRIEDLANDER & GORRIS, P.A. | 1201 N. MARKET STREET SUITE 2200 WILMINGTON DE 19801 |
| FULBRIGHT & JAWORSKI LLP | ATTN: DAVID A. ROSENZWEIG ESQ. 666 5TH AVE NEW YORK NY 10103-3198 |
| GAMBOURG & BORSEN LLP | ATTN: ROMAN GAMBOURG, ESQ. COUNSEL TO MERA NETOWRKS THE BRIDGE PLAZA BUILDING 2185 LEMOINE AVENUE, SUITE B4 FORT LEE NJ 07024 |
| GARRETT, GARY W. | 4093 HOGAN DRIVE UNIT 4114 TYLER TX 75709 |
| GERALD R. UTPADEL | 4627 GREENMEADOWS AVENUE TORRANCE CA 90505 |
| GIBBONS P.C. | ATTN: DAVID N. CRAPO ESQ. ONE GATEWAY CENTER NEWARK NJ 07102-5310 |
| GIBSON DUNN | JANET WEISS, ESQ. COUNSEL TO CREDIT SUISSE STRATEGIC PARTNERS 200 PARK AVENUE NEW YORK NY 10166-0193 |
| GOODMANS LLP | ATTN: CHRIS ARMSTRONG 333 BAY STREET, SUITE 3400 TORONTO ON M5H 2S7 CANADA |
| GOULD & RATNER LLP | ATTN: CHRISTOPHER J. HORVAY ESQ. 222 N LASALLE ST, STE 800 CHICAGO IL 60601 |
| GOWLING LAFLEUR HENDERSON | ATTN: JENNIFER STAM; DERRICK TAY 1 FIRST CANADIAN PLACE 100 KING STREET WEST, SUITE 1600 TORONTO ON M5X 1G5 CANADA |
| GRISSOM, CRICKETT | 2580 W. PORTER CREEK AVE. PORTERVILLE CA 93257 |
| GUEVARRA JR., EDWARD | 11007 SCRIPPS RANCH BLVD SAN DIEGO CA 92131 |
| GUSSIE H. ANDERSON | 109 GUMPOND BELL RD LUMBERTON MS 39455 |
| HAHN LOESER & PARKS LLP | ATTN: ALAN S. KOPIT ESQ.,CHRISTOPHER W. PEER ESQ. 200 PUBLIC SQUARE, STE 2800 CLEVELAND OH 44114 |
| HEINBAUGH, ALLAN | 165 BLOSSOM HILL ROAD SPC 14 SAN JOSE CA 95123-5902 |
| HEISLER, SUSAN ANN | 133 ANNA ROAD BOX 194 BLAKESLEE PA 18610 |
| HERBERT PRESTON STANSBURY | 3193 US HIGHWAY 15 STEM NC 27581 |
| HERBERT SMITH | ATTN: STEPHEN GALE EXCHANGE HOUSE, PRIMROSE STREEET LONDON EC2A 2HS UNITED KINGDOM |
| HINCKLEY ALLEN & SNYDER LLP | ATTN: JENNIFER V. DORAN ESQ. 28 STATE ST BOSTON MA 02109 |
| HODGES, RICHARD | 12804 PAMPLONA DR WAKE FOREST NC 27587 |

| Claim Name | Address Information |
|---|---|
| HOLBROOK, MARY L. | 1181 GREY FOX COURT FOLSOM CA 95630 |
| HP COMPANY | ATTN: RAMONA NEAL ESQ. 11307 CHINDEN BLVD, MS 314 BOISE ID 83714 |
| HUGHES HUBBARD & REED LLP | CHARLES HUBERTY, DEREK ADLER AND FARA TABATABAI ONE BATTERY PARK PLAZA NEW YORK NY 10004-1482 |
| HUNTON & WILLIAMS | ATTN: LYNNETTE R. WARMAN 1445 ROSS AVE, ROUNTAIN PLACE STE 3700 DALLAS TX 75202-2799 |
| IBM CORPORATION/IBM CREDIT LLC | ATTN: BANKRUPTCY COORDINATOR 275 VIGER EAST 4TH FLOOR MONTREAL QC H3G 2W6 CANADA |
| INTERNAL REVENUE SERVICE | ATTN: CENTRALIZED INSOLVENCY OPERATION PO BOX 7346 PHILADELPHIA PA 19101-7346 |
| J. SCOTT DOUGLASS ESQ. | 1811 BERING DRIVE SUITE 420 HOUSTON TX 77057-3186 |
| JACOBS, WANDA | 801 DUPREE STREET DURHAM NC 27701 |
| JAMES HUNT | 8903 HANDEL LOOP LAND O LAKES FL 34637 |
| JAMES LEE | 1310 RICHMOND STREET EL CERRITO CA 94530 |
| JANETTE M. HEAD | 16 GLENEAGLE DRIVE BEDFORD NH 03110 |
| JD THOMPSON LAW | JUDY T. THOMPSON, ESQ. P.O. BOX 33127 CHARLOTTE NC 28233 |
| JOHN J. ROSSI | 1568 WOODCREST DRIVE WOOSTER OH 44691 |
| JOHN MERCER | 2123 - 14 STREET MOLINE IL 61265 |
| JONES DAY | ATTN: JEFFREY B. ELLMAN ESQ.,ROBBIN S. RAHMAN ESQ. 1420 PEACHTREE ST NE, STE 800 ATLANTA GA 30309 |
| KATTEN MUCHIN ROSENMAN LLP | ATTN: CRAIG BARBAROSH; DAVID CRICHLOW; KAREN DINE KEVIN BAUM 575 MADISON AVENUE COUNSEL FOR WILMINGTON TRUST, NATIONAL ASSOCIATION NEW YORK NY 10022-2585 |
| KATTEN MUCHIN ROSENMAN LLP | ATTN: DUSTIN P. BRANCH ESQ. 2029 CENTURY PARK EAST, STE 2600 LOS ANGELES CA 90067-3012 |
| KAUSHIK PATEL | 5665 ARAPAHO RD. #1023 DALLAS TX 75248 |
| KELLEY DRYE & WARREN LLP | ATTN: HOWARD S. STEEL ESQ. 101 PARK AVENUE NEW YORK NY 10178 |
| KELLEY DRYE & WARREN LLP | KRISTIN S. ELLIOTT, ESQ. COUNSEL TO CYPRESS COMMUNICATIONS, INC.; TATA AMERICAN INTERNATIONAL CORP. 101 PARK AVENUE NEW YORK NY 10178 |
| KENNETH MURRAY | PO BOX 3043 MCKEESPORT PA 15134 |
| KLEE TUCHIN BOGDANOFF & STERN LLP | ATTN: EDWARD T. ATTANASIO ESQ. 1999 AVENUE OF THE STARS, 39TH FL LOS ANGELES CA 90067-6049 |
| KLEHR HARRISON | ATTN: JOANNE B. WILLS ESQ. 919 MARKET ST, STE 1000 WILMINGTON DE 19801 |
| KRAMER LEVIN NAFTALIS FRANKEL LLP | ERNSEST S. WECHSLER 1177 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| KUMAR, RAHUL | C-701 NEELACHAL APT. PLOT NO 3 SECTOR 4, DWARKA NEW DELHI 110078 INDIA |
| L.A. COUNTY TREASURER & TAX COLLECTOR | P.O. BOX 54110 LOS ANGELES CA 90054-0110 |
| LANDIS RATH & COBB LLP | ADAM G. LANDIS, ESQ.; KERRI K. MUMFORD, ESQ.; J. LANDON ELLIS, ESQ. COUNSEL TO ASM CAPITAL III, L.P. 919 MARKET STREET, SUITE 1800 WILMINGTON DE 19801 |
| LATHROP & GAGE LLP | ATTN: STEPHEN K. DEXTER ESQ. U.S. BANK TOWER 950 SEVENTEENTH STREET, SUITE 2400 DENVER CO 80202 |
| LAW OFFICE OF VIVIAN HOUGHTON | ATTN: VIVIAN A. HOUGHTON, ESQ. COUNSEL TO MERA NETWORKS 800 WEST STREET WILMINGTON DE 19801 |
| LECLAIRRYAN LLP | ROBERT S. MCWHORTER COUNSEL FOR AVNET INTERNATIONAL (CANADA) LTD. 980 9TH STREET, 16TH FLOOR SACRAMENTO CA 95814 |
| LEWIS AND ROCA LLP | ATTN: SCOTT K. BROWN ESQ. 40 NORTH CENTRAL AVE, STE 1900 PHOENIX AZ 85004 |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | ATTN: ELIZABETH WELLER ESQ. 2777 N. STEMMONS FREEWAY; STE 1000 DALLAS TX 75207 |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | ATTN: JOHN P. DILLMAN ESQ. P.O. BOX 3064 HOUSTON TX 77253-3064 |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | ATTN: DAVID G. AELVOET ESQ. TRAVIS BLDG SUITE 300, 711 NAVARRO SAN ANTONIO TX 78205 |
| LONG, VERNON | 4929 KELSO LANE GARLAND TX 75043 |
| LOWENSTEIN SANDLER PC | ATTN: VINCENT A. D'AGOSTINO ESQ. 65 LIVINGSTON AVE ROSELAND NJ 07068 |
| LOWENSTEIN SANDLER PC | JOHN SHERWOOD, ESQ.; IRA M. LEVEE, ESQ. 65 LIVINGSTON AVENUE ROSELAND NJ 07068 |

| Claim Name | Address Information |
|---|---|
| MADDRY, SHIRLEY | 1607 SUMMIT DRIVE ROCKINGHAM NC 28379-3960 |
| MAGNOZZI & KYE, LLP | ATTN: AMISH R. DOSHI, ESQ. COUNSEL TO ORACLE AMERICA, INC. 23 GREEN STREET, SUITE 302 HUNTINGTON NY 11743 |
| MANN, WENDY BOSWELL | 4913 SUMMIT PLACE DR. NW, APT. 404 WILSON NC 27896 |
| MARILYN DAY | 2020 FOX GLEN DRIVE ALLEN TX 75013 |
| MARILYN GREEN | 1106 BOSTON HOLLOW ROAD ASHLAND CITY TN 37015 |
| MARK A. PHILLIPS | 6117 TREVOR SIMPSON DRIVE LAKE PARK NC 28079 |
| MARK R. JANIS | 193 VIA SODERINI APTOS CA 95003 |
| MARTEL, ROBERT JOSEPH | 200 LIGHTHOUSE LANE APT B3 SWANSBORO NC 28584 |
| MASSENGILL, TERRY D. | 126 KERI DRIVE GARNER NC 27529 |
| MAYER BROWN LLP | ATTN: BRIAN TRUST, ESQ.; THOMAS M. VITALE, ESQ.; AMIT K. TREHAN, ESQ. 1675 BROADWAY NEW YORK NY 10019 |
| MAYER BROWN LLP | ATTN: MELISSA A. MICKEY 71 S. WACKER DRIVE CHICAGO IL 60604-1404 |
| MCCAFFREY, LEAH | 7139 DEBBE DR. DALLAS TX 75252 |
| MCGUIREWOODS LLP | ATTN: JAMES E. VAN HORN 7 SAINT PAUL STREET SUITE 1000 BALTIMORE MD 21202 |
| MCGUIREWOODS LLP | ATTN: DAVID I. SWAN ESQ.,KENNETH M. MISKEN ESQ. 1750 TYSONS BLVD, STE 1800 MCLEAN VA 22102-4215 |
| MD DEPARTMENT OF LABOR LICENSING & REG. | OFFICE OF UNEMPLOYMENT INSURANCE CONTRIBUTIONS DIVISION 1100 N. EUTAW STREET, ROOM 401 SUITE 3000 BALTIMORE MD 21201 |
| MEYERS LAW GROUP P.C. | ATTN: MERLE C. MEYERS ESQ.,MICHELE THOMPSON ESQ. 44 MONTGOMERY STREET, STE 1010 SAN FRANCISCO CA 94104 |
| MICHAEL P. ALMS | 4944 ELM ISLAND CIRCLE WATERFORD WI 53185 |
| MILBANK TWEED HADLEY & MCCLOY LLP | ATTN: DENNIS F. DUNNE ESQ.,THOMAS R. KRELLER ESQ. ALBERT A. PISA ESQ.,ANDREW M. LEBLANC ESQ. 28 LIBERTY STREET NEW YORK NY 10005 |
| MISSOURI DEPT OF REVENUE | ATTN: SHERYL L. MOREAU ESQ. P.O. BOX 475, BANKRUPTCY DIVISION JEFFERSON CITY MO 65105-0475 |
| MONARCH ALTERNATIVE CAPITAL LP | ATTN: ANDREW HERENSTEIN 535 MADISON AVE. NEW YORK NY 10022 |
| MONZACK MERSKY MCLAUGHLIN AND BROWDER P.A. | ATTN: RACHEL B. MERSKY ESQ. 1201 N ORANGE ST, STE 400 WILMINGTON DE 19801 |
| MORRIS JAMES LLP | ATTN: BRETT D. FALLON ESQ. 500 DELAWARE AVE, STE 1500 WILMINGTON DE 19801 |
| MORRIS JAMES LLP | ATTN: MICHAEL J. CUSTER ESQ. 500 DELAWARE AVE, STE 1500 WILMINGTON DE 19801 |
| MORRISON, PAUL EDWARD | 2241 COLLEGE AVENUE QUINCY IL 62301 |
| MULLETT, REID | 4224 THAMESGATE CLOSE NORCROSS GA 30092 |
| MUNICIPAL OPERATIONS | ATTN: MAX TAYLOR ASST. CITY ATTY. 201 W. COLFAX AVENUE, DEPT. 1207 DENVER CO 80202-5332 |
| NAJAM UD DEAN | 6 AUGUSTA DRIVE MILLBURY MA 01527 |
| NETWORK ENGINEERING INC. | C/O EVAN A MCCORMICK ESQUIRE 1900 NW EXPRESSWAY SUITE 450 50 PENN PLACE OKLAHOMA CITY OK 73118 |
| NEUMANN, JANE | 11730 CO. ROAD 24 WATERTOWN MN 55388 |
| NIXON PEABODY LLP | ATTN: LOUIS J. CISZ, III ONE EMBARCADERO CENTER, 18TH FLOOR SAN FRANCISCO CA 94111 |
| NORTON ROSE | ATTN: TONY REYES ROYAL BANK PLAZA SOUTH TOWER 200 BAY ST., SUITE 3800 TORONTO ON M5J 2Z4 CANADA |
| NOSSAMAN LLP | ATTN: ROBERT S. MCWHORTER ESQ. 915 L ST, STE 1000 SACRAMENTO CA 95814 |
| OFFICE OF THE U.S. TRUSTEE | ATTN: MARK KENNEY 844 KING STREET, SUITE 2207 LOCKBOX 35 WILMINGTON DE 19801-3519 |
| OFFICE OF UNEMPLOYMENT INSURANCE | CONTRIBUTIONS DIVISION MD DEPT. OF LABOR LICENSING & REG. 1100 N. EUTAW STREET, ROOM 401 BALTIMORE MD 21201 |
| ORRICK HERRINGTON & SUTCLIFFE LLP | ATTN: RANIERO D'AVERSA JR ESQ,LAURA D METZGER ESQ WESTON T. EGUCHI ESQ. 51 WEST 52ND STREET NEW YORK NY 10019-6142 |
| OWENBY, DANNY | 2136 SAPELO CT FERNANDINA BEACH FL 32034 |

NORTEL
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| PA DEPARTMENT OF LABOR & INDUSTRY | ATTN: DENISE A MERTZ, TAX AGENT READING BANKRUPTCY & COMPLIANCE UNIT 625 CHERRY STREET, ROOM 203 READING PA 19602-1184 |
| PA SENIOR DEPUTY ATTY GEN | ATTN: CAROL E. MOMJIAN ESQ. 21 S 12TH ST, 3RD FL PHILADELPHIA PA 19107-3603 |
| PACHULSKI STANG | ATTN: LAURA DAVIS JONES,TIMOTHY P. CAIRNS 919 N. MARKET ST. 17TH FL. WILMINGTON DE 19899-8705 |
| PATTERSON BELKNAP WEBB & TYLER LLP | ATTN: DANIEL A. LOWENTHAL; BRIAN P. GUINEY LAW DEBENTURE TRUST COMPANY OF NEW YORK 1133 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| PATTERSON HARKAVY | 225 E WORTHINGTON AVE STE 200 CHARLOTTE NC 28203-4886 |
| PAUL WEISS RIFKIND WHARTON & GARRISON | STEPHEN J. SHIMSHAK; MARILYN SOBEL 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064 |
| PENSION BENEFIT GUARANTY CORP | ATTN: VICENTE MATIAS MURRELL ESQ. STEPHEN D. SCHREIBER ESQ. & GARTH D. WILSON, ESQ. OFFICE OF THE CHIEF COUNSEL 1200 K STREET NW WASHINGTON DC 20005-4026 |
| PEPPER HAMILTON LLP | ATTN: DAVID B STRATTON ESQ,LEIGH-ANNE M RAPORT ESQ 1313 MARKET ST, STE 5100 WILMINGTON DE 19801 |
| PEPPER HAMILTON LLP | ATTN: HENRY JAFFE ESQ. 1313 MARKET ST, STE 5100 WILMINGTON DE 19801 |
| PEPPER HAMILTON LLP | EVELYN J. MELTZER, ESQ. HERCULES PLAZA, SUITE 5100 1313 MARKET STREET PO BOX 1709 WILMINGTON DE 19899-1709 |
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP | ATTN: ELIZABETH BANDA ESQ. 4025 WOODLAND PARK BLVD, STE 300 ARLINGTON TX 76013 |
| PINCKNEY, WEIDINGER, URBAN & JOYCE, LLC | ATTN: JOANNE P. PINCKNEY, ESQ. COUNSEL TO SOLUS ALTERNATIVE ASSET MANAGEMENT LP 3711 KENNETT PIKE, SUITE 210 GREENVILLE DE 19807 |
| POLSINELLI PC | ATTN: CHRISTOPHER A WARD ESQ,JUSTIN K EDELSON ESQ 222 DELAWARE AVENUE, STE 1101 WILMINGTON DE 19801 |
| POST & SCHELL P.C. | ATTN: BRIAN W. BISIGNANI ESQ. 17 N 2ND ST, 12TH FL HARRISBURG PA 17101-1601 |
| POYNER SPRUILL LLP | ATTN: SHANNON E. HOFF 301 S. COLLEGE STREET, SUITE 2300 CHARLOTTE NC 28202 |
| PRYOR CASHMAN LLP. | ATTN: RONALD S. BEACHER, ESQ. 7 TIMES SQUARE NEW YORK NY 10036 |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | SUSHEEL KIRPALANI, ESQ., JAMES C. TECCE, ESQ. AND DANIEL S. HOLZMAN, ESQ. COUNSEL FOR SOLUS ALTERNATIVE ASSET MANAGEMENT LP 51 MADISON AVENUE, 22ND FLOOR NEW YORK NY 10010 |
| RAY QUINNEY & NEBEKER P.C. | ATTN: STEPHEN C. TINGEY, ESQ. 36 SOUTH STATE STREET, SUITE 1400 SALT LAKE CITY UT 84145-0385 |
| REED SMITH LLP | ATTN: KURT F. GWYNNE ESQ.,J. CORY FALGOWSKI ESQ. 1201 N MARKET ST, STE 1500 WILMINGTON DE 19801 |
| REESE, KATHLEEN | 200 CARNEGIE DRIVE MILPITAS CA 95035 |
| RICHARD LYNN ENGLEMAN | 1505 NEVADA DRIVE PLANO TX 75093 |
| RIDDELL WILLIAMS P.S. | ATTN: JOSEPH E. SHICKICH JR. ESQ. 1001 4TH AVE, STE 4500 SEATTLE WA 98154-1192 |
| ROBERT DALE DOVER | 2509 QUAIL RIDGE RD. MELISSA TX 75454 |
| ROBERT JOSEPH MARTEL | 200 LIGHTHOUSE LANE; APT. B3 SWANSBORO NC 28584 |
| ROBINSON BRADSHAW & HINSON P.A. | ATTN: DAVID M. SCHILLI ESQ.,TY E. SHAFFER ESQ. 101 NORTH TRYON ST, STE 1900 CHARLOTTE NC 28246 |
| RONALD J. ROSE JR. | 26 PHEASANT RUN BALLSTON SPA NY 12020 |
| ROOB, CHAE S. | 8584 CHANHASSEN HILLS DR. SOUTH, CHANHASSEN MN 55317 |
| ROPES & GRAY LLP | ATTN: ANNE H. PAK 1211 AVENUE OF THE AMERICAS NEW YORK NY 10036-8704 |
| ROPES & GRAY LLP | JAMES M. WILTON, ESQ. PRUDENTIAL TOWER 800 BOYLSTON STREET BOSTON MA 02199-3600 |
| SANDNER, CHARLES | 1970 N. LESLIE #3779 PAHRUMP NV 89060 |
| SAUL EWING LLP | ATTN: JOYCE A. KUHNS 500 E. PRATT STREET, 8TH FLOOR BALTIMORE MD 21202 |
| SCOTT GENNETT | 16 WILDWOOD DRIVE LAKE GROVE NY 11755 |
| SEC NY REGIONAL OFFICE | ATTN: ALISTAR BAMBACH BANKRUPTCY DIV_STE 400 3 WORLD FINANCIAL CENTER NEW YORK NY 10281-1022 |
| SEC NY REGIONAL OFFICE | ATTN ANDREW CALAMARI BROOKFIELD PLACE STE 400 200 VESEY STREET NEW YORK NY 10281-1022 |

| Claim Name | Address Information |
|---|---|
| SECRETARY OF STATE | ATTN: BANKRUPTCY / FRANCHISE TAX DEPT. TOWNSEND BUILDING SUITE 1 401 FEDERAL STREET DOVER DE 19901 |
| SECRETARY OF TREASURY | 820 SILVERLAKE BLVD., SUITE 100 DOVER DE 19904 |
| SECURITIES & EXCHANGE COMMISSION | SECRETARY OF THE TREASURY 100 F STREET, NE WASHINGTON DC 20549 |
| SEGURA, MANUEL | 215 SHERIDAN APT. #B-43 PERTH AMBOY NJ 08861 |
| SHEPPARD MULLIN RICHTER & HAMPTON LLP | ATTN: CARREN B SHULMAN ESQ,KIMBERLY K SMITH ESQ 30 ROCKEFELLER PLAZA, 24TH FL NEW YORK NY 10112 |
| SIRLIN GALLOGLY & LESSER, P.C. | ATTN: DANA S. PLON ESQ. 123 SOUTH BROAD STREET, SUITE 2100 PHILADELPHIA PA 19109 |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | ATTN: GEORGE A. ZIMMERMAN, ESQ. & SUSAN L. SALTZSTEIN, ESQ. COUNSEL FOR STEPHEN TAYLOR, CONFLICTS ADMINISTRATOR FOR NORTEL NETWORKS SA FOUR TIMES SQUARE NEW YORK NY 10036-6522 |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | ATTN: ROBERT A. WEBER, ESQ. COUNSEL FOR STEPHEN TAYLOR CONFLICTS ADMINISTRATOR FOR NORTEL NETWORKS SA ONE RODNEY SQUARE PO BOX 636 WILMINGTON DE 19899-0636 |
| SMITH ANDERSON BLOUNT DORSETT MITCHELL & JERNIGAN | LLP, ATTN: AMOS U. PRIESTER IV ESQ. ANNA B. OSTERHOUT ESQ. P.O. BOX 2611 RALEIGH NC 27602-2611 |
| SPECTRUM GROUP MANAGEMENT LLC | ATTN: DAVID D.R. BULLOCK 1250 BROADWAY, 19TH FLOOR NEW YORK NY 10001 |
| STEMPEL BENNETT CLAMAN & HOCHBERG P.C. | ATTN: EDMOND P. O'BRIEN ESQ. 675 THIRD AVE, 31ST FL NEW YORK NY 10017 |
| STEVEN S. HONIGMAN | ATTORNEY FOR SUPERIOR AVIATION BEIJING CO. LTD 500 EAST 77TH STREET NEW YORK NY 10162 |
| STEWART, MIRIAM L. | 2615 BAILEY'S CROSSROADS RD. BENSON NC 27504 |
| STUTTS, MICHAEL | 1616 HASTINGS BLUFF MCKINNEY TX 75070 |
| SULLIVAN HAZELTINE ALLINSON LLC | ATTN: WILLIAM D. SULLIVAN ESQ. 901 N. MARKET STREET, SUITE 1300 WILMINGTON DE 19801 |
| SUMITOMO ELECTRIC | ATTN: CHRIS FINCH CREDIT MANAGER 201 S. ROGERS LANE, STE. 100 RALEIGH NC 26710 |
| SWARTZ CAMPBELL LLC | ATTN: NICHOLAS SKILES ESQ. 300 DELAWARE AVENUE, SUITE 1410 WILMINGTON DE 19801 |
| THE INTECH GROUP INC. | ATTN: ERNIE HOLLING PRESIDENT 305 EXTON COMMONS EXTON PA 19341 |
| THOMPSON, MICHAEL R. | 564 OLD CANDIA ROAD CANDIA NH 03034 |
| TIM STEELE | POWER OF ATTORNEY FOR WAYNE SCHMIDT P.O. BOX 37 CHRISTOPHER LAKE SK S0J 0N0 CANADA |
| TISHLER & WALK, LTD. | JEFFREY B. ROSE 200 S. WACKER DRIVE, SUITE 3000 CHICAGO IL 60606 |
| TOTMAN, CARMEL TURLINGTON | 3029 MCDADE FARM ROAD RALEIGH NC 27616 |
| TW TELECOM INC. | ATTN: LINDA BOYLE 10475 PARK MEADOWS DR, STE 400 LITTLETON CO 80124 |
| U.S. DEPT OF JUSTICE CIVIL DIV | ATTN: SETH B. SHAPIRO ESQ. P.O. BOX 875, BEN FRANKLIN STATION WASHINGTON DC 20044 |
| UNISYS CORPORATION | ATTN: JANET FITZPATRICK P.O. BOX 500, M/S E8-108 BLUE BELL PA 19424 |
| UNIVERSAL SERVICE ADMINISTRATIVE CO | ATTN: DAVID CAPOZZI,ACTING GENERAL COUNSEL 2000 L STREET NW, SUITE 200 WASHINGTON DC 20036 |
| UPHOLD, LOIS DIANE | 201 CAMDEN PARK DRIVE GOLDSBORO NC 27530 |
| US ATTORNEY'S OFFICE | DISTRICT OF DELAWARE 1007 N. ORANGE STREET WILMINGTON DE 19801 |
| US DEPARTMENT OF LABOR | FRANCES PERKINS BUILDING 200 CONSTITUTION AVE NW WASHINGTON DC 20210 |
| VEDDER PRICE P.C. | ATTN: MICHAEL L. SCHEIN & MICHAEL J. RIELA 1633 BROADWAY, 47TH FL NEW YORK NY 10019 |
| VEDDER PRICE P.C. | COUNSEL TO MIKE ZAFIROVSKI ATTN: DOUGLAS J. LIPKE, ESQ.; ROBERT F. SIMON, ESQ 222 NORTH LASALLE STREET, SUITE 2600 CHICAGO IL 60601 |
| VEGA, DEBRA | 818 GLENCO ROAD DURHAM NC 27703 |
| VIDMER, CLAUDIA | 213 ORCHARD LANE GLEN ELLYN IL 60137 |
| VONBRIESEN & ROPER S.C. | ATTN: RANDALL D. CROCKER ESQ. 411 E WISCONSIN AVE, STE 700 MILWAUKEE WI 53202 |
| VORYS, SATER, SEYMOUR AND PEASE LLP | TIFFANY STRELOW COBB, ESQ. 52 EAST GAY STREET COLUMBUS OH 43215 |
| WACHTELL, LIPTON, ROSEN & KATZ | ATTN: PHILIP MINDLIN, ESQ.; DOUGLAS K. MAYER, ESQ. BENJAMIN M. ROTH, ESQ.; GREGORY E. PESSIN, ESQ; BRIAN M. WALKER, ESQ. COUNSEL TO GOOGLE INC. AND RANGER INC. 51 WEST 52ND STREET NEW YORK NY 10019 |

| Claim Name | Address Information |
|---|---|
| WADLOW, JERRY | PO BOX 722 STRATFORD OK 74872 |
| WATSON, THELMA | PO BOX 971 BATH SC 29816 |
| WEIR & PARTNERS LLP | JEFFREY S. CIANCIULLI, ESQ. COUNSEL TO ACME PACKET, INC. 824 MARKET STREET, SUITE 800 WILMINGTON DE 19801-4939 |
| WERB & SULLIVAN | ATTN: DUANE D. WERB ESQ. 300 DELAWARE AVE, 13TH FL WILMINGTON DE 19801 |
| WHITEFORD TAYLOR & PRESTON LLC | CHRISTOPHER M. SAMIS AND L. KATHERINE GOOD CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS THE RENAISSANCE CENTER 405 NORTH KING STREET, SUITE 500 WILMINGTON DE 19801 |
| WICK PHILLIPS GOULD & MARTIN, LLP | ANDREW M. GOULD, ESQ. COUNSEL FOR ERICSSON INC. AND TELEFONAKTIEBOLAGET LM ERICSSON (PUBL.) 3131 MCKINNEY DRIVE SUITE 1000 DALLAS TX 75204-2430 |
| WILLKIE FARR & GALLAGHER LLP | ATTN: ALAN J. LIPKIN ESQ.,JEREMY E. CRYSTAL ESQ. 787 7TH AVE NEW YORK NY 10019 |
| WILLKIE FARR & GALLAGHER LLP | MARC ABRAMS, ESQ.; BRIAN E. O'CONNOR, ESQ; SAMEER ADVANI, ESQ. 787 SEVENTH AVENUE NEW YORK NY 10019-6099 |
| WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP | ATTN: MARK G. LEDWIN ESQ. 3 GANNETT DR WHITE PLAINS NY 10604 |
| WOLFE, PAUL DOUGLAS | 113 RED DRUM LANE GLOUCESTER NC 28528 |
| WOLFF & SAMSON PC | ATTN: ROBERT E. NIES ESQ. THE OFFICES AT CRYSTAL LAKE ONE BOLAND DRIVE WEST ORANGE NJ 07052 |
| WOMBLE CARLYLE SANDRIDGE & RICE, PLLC | STEVEN K. KORTANEK, ESQ.; MATTHEW P. WARD, ESQ. COUNSEL TO GOOGLE INC. AND RANGER INC. 222 DELAWARE AVENUE, SUITE 1501 WILMINGTON DE 19801 |
| WREAD, BRENDA L. | 3408A WATER VISTA PARKWAY LAWRENCEVILLE GA 30044 |
| YATES, KIM M. | 207 TOMATO HILL ROAD LEESBURG FL 34748 |
| YOUNG CONAWAY | ATTN: JAMES L. PATTON AND EDWIN J. HARRON 1000 NORTH KING STREET WILMINGTON DE 19801 |

Total Creditor count  264

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| ACCULOGIC INC | 175 RIVIERA DR MARKHAM ON L3R 5J6 CANADA |
| ADP NATIONAL ACCT SERVICES | PRO BUSINESS, INC. MONETTE DAY 4125 HOPYARD RD PLEASANTON CA 94588 |
| AJILON LLC | 175 BROADHOLLOW ROAD MELVILLE NY 11747 |
| BROADCOM CORPORATION | 5300 CALIFORNIA AVENUE IRVINE CA 92617 |
| BROADWING COMMUNICATIONS, LLC | 1025 ELDORADO BLVD. BROOMFIELD CO 80021 |
| BROADWING COMMUNICATIONS, LLC | LEVEL 3 COMMUNICATIONS, LLC ATTN: KIM BARTLETT 1025 ELDORADO BLVD BROOMFIELD CO 80021 |
| CADENCE DESIGN SYSTEMS INC | 2655 SEELY AVENUE BUILDING 5 ATTENTION: ROBERT GARCIA SAN JOSE CA 95134-1931 |
| CARR LLP | 670 FOUNDERS SQUARE 900 JACKSON STREET DALLAS TX 75202 |
| CCPIT PATENT AND TRADEMARK LAW | 10 F OCEAN PLAZA BEIJING 100031 CHINA |
| CHILDS, MICHAEL & JEFFREY MARTINEZ | 2644 MARSTON HTS COLORADO SPGS CO 80920-5115 |
| CINCINNATI BELL WIRELESS | 221 E. 4TH SRREET ML347-200 CINCINNATI OH 45202 |
| CITRIX SYSTEMS, INC. | ATTN: CORPORATE COUNSEL 4988 GREAT AMERICA PARKWAY SANTA CLARA CA 95054 |
| CITY OF KANSAS CITY, MISSOURI | REVENUE DIVISION MARK RHUEMS 414 EAST 12TH STREET, SUITE 201W KANSAS CITY MO 64106 |
| CITY OF SANTA CLARA | MUNICIPAL SERVICES 1500 WARBURTON AVE SANTA CLARA CA 95050 |
| COMMONWEALTH OF MASSACHUSETTS | DEPARTMENT OF REVENUE PO BOX 9564 BOSTON MA 02114-9564 |
| COMPUCOM SYSTEMS INC | COMPUCOM P.O. BOX 951654 DALLAS TX 75395-1654 |
| CORE BROOKFIELD LAKES, LLC | 18000 WEST SARAH LANE, STE 250 BROOKFIELD WI 53045 |
| DATA GROUP OF COMPANIES, THE | 9195 TORBRAM ROAD BRAMPTON ON L6S 6H2 CANADA |
| DELTA NETWORKS, INC. | VICTOR CHENG / PRESIDENT 186 RUEY KUANG ROAD NEIHU TAIPEI 11491 TAIWAN, R.O.C. |
| DELTA NETWORKS, INC. | DELTA PRODUCTS CORPORATION FREMONT OFFICE YAO CHOU / SENIOR VICE PRESIDENT 4405 CUSHING PARKWAY FREMONT CA 94538 |
| DEPARTMENT OF REVENUE | STATE OF MISSOURI BOX 475 JEFFERSON CITY MO 65105 |
| DOCULINK INTERNATIONAL INC. | 120 HERZBERG RD OTTAWA ON K2K 3B7 CANADA |
| EATON CORPORATION | GLOBAL TRADE CREDIT DEPT. ATTN: RUPAL PATEL 1000 EATON BLVD. MAILCODE 3N CLEVELAND OH 44122 |
| EMPLOYMENT DEVELOPMENT DEPARTMENT | BANKRUPTCY GROUP MIC 92E PO BOX 826880 SACRAMENTO CA 94280-0001 |
| EXPHIL CALIBRATION LABS INC | 415 CENTRAL AVENUE BOHEMIA NY 11716 |
| FAIR HARBOR CAPITAL, LLC | TRANSFEROR: THOMSON FINANCIAL LLC ANSONIA FINANCE STATION PO BOX 237037 NEW YORK NY 10023 |
| FLAGLER DEVELOPMENT COMPANY | 4601 TOUCHTON RD E STE 3200 JACKSONVILLE FL 32246-4485 |
| FUTURESIGHT PIER INC | 335 APPLEBROOK DR CHAGRIN FALLS OH 44022-2529 |
| GEORGIA DEPARTMENT OF REVENUE | COMPLIANCE DIVISION BANKRUPTCY SECTION P.O. BOX 161108 ATLANTA GA 30321 |
| GIBSON DUNN CRUTCHER LLP | DEPT 0723 LOS ANGELES CA 90084-0723 |
| GRANDMONT CONSULTING INC | 1350 ERINDALE CRESCENT LONDON ON N5X 1V9 CANADA |
| HAYNES AND BOONE, LLP | ATTN: STEPHEN M. PEZANOSKY, PARTNER 2323 VICTORY AVENUE, SUITE 700 DALLAS TX 75219 |
| INFOSYS TECHNOLOGIES LTD. | PLOT NO 45 & 46 ELECTRONICS CITY HOSUR ROAD BANGALORE KA 560100 INDIA |
| INNODATA ISOGEN INC | 3 UNIVERSITY PLZ HACKENSACK NJ 07601-6208 |
| ITOH INTERNATIONAL PATENT OFFICE | 32ND FL YEBISU GARDEN PL TOWER 20-3 EBISU 4-CHOME, SHIBUYA-KU TOKYO 150-6032 JAPAN |
| JERSEY CENTRAL POWER & LIGHT | A FIRSTENERGY COMPANY 331 NEWMAN SPRINGS RD BUILDING THREE RED BANK NJ 07701 |
| KELLY SERVICES, INC. | 999 W BIG BEAVER ROAD TROY MI 48084 |
| LONG ISLAND LIGHTING COMPANY DBA LIPA | ELISA M PUGLIESE, ESQ. 175 E. OLD COUNTRY ROAD HICKSVILLE NY 11801 |
| MBA SOLLICITORS R/S VIRGINIE BOUET | 4 AVENUE VAN DYCK PARIS 75008 FRANCE |
| MERCHANTS EQUITY | C/O NATIONAL FINANCIAL SERVICES LLC 200 LIBERTY STREET NEW YORK NY |
| MERCHANTS EQUITY | 1522 W. MANCHESTER AVE LOS ANGELES CA 90047 |
| MERCURY COMMUNICATIONS SA | LEANDRO N ALEM 584 6 FLOOR CAPITAL FEDERAL BUENOS AIRES 1001 ARGENTINA |
| MOLEX | ATTN : MIKE FRITZ 2222 WELLINGTON COURT LISLE IL 60532 |

NORTEL
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| NETWORK ENGINEERING | C/O ROBERT MORGAN, JR. 1900 NW EXPRESSWAY, SUITE 450 50 PENN PLACE OKLAHOMA CITY OK 73118 |
| NEW YORK STATE DEPARTMENT OF | TAXATION AND FINANCE BANKRUPCTY SECTION PO BOX 5300 ALBANY NY 12205-0300 |
| NORTH CAROLINA DEPARTMENT OF REVENUE | ANGELA C. FOUNTAIN BANKRUPTCY MANAGER COLLECTIONS EXAMINATION DIVISION PO BOX 1168 RALEIGH NC 27602-1168 |
| NORTH STATE COMMUNICATIONS | GINNY WALTER LINWOOD FOSTER 111 N MAIN ST HIGH POINT NC 27261-2326 |
| OPEN TERRACE ASSOCIATES LLC | 2851 CHARLEVOIX DRIVE SE, SUITE 325 GRAND RAPIDS MI 49546-7092 |
| ORACLE USA, INC. | C/ O BUCHALTER NEMER, P. C. ATTN: SHAWN CHRISTIANSON, ESQ. 55 SECOND STREET, 17TH FLOOR SAN FRANCISCO CA 94105-3493 |
| PRIETO & CARRIZOSA SA | CRA 9 NO 74-08 OFIC 305 CONMUTADOR BOGOTA COLOMBIA |
| QUESTIONMARK CORPORATION | 535 CONNECTICUT AVE, SUITE 100 NORWALK CT 06854 |
| QWEST COMMUNICATIONS COMPANY, LLC | ATTN: JANE FREY 1801 CALIFORNIA ST RM 900 DENVER CO 80202-2658 |
| QWEST CORPORATION | ATTN: JANE FREY 1801 CALIFORNIA ST RM 900 DENVER CO 80202-2658 |
| RAFAEL CAMPO ASOCIADOS LTDA | INDUSTRIAL PROPERTY CALLE 113 NO-7-21 TORRE A OF. 508 BOGOTA COLOMBIA |
| RAY KERHAERT GARAGE INC | 1396 RIDGE ROAD WEST ROCHESTER NY 14615 |
| SIERRA TELEPHONE CO INC | 49150 ROAD 426, PO BOX 219 OAKHURST CA 93644-0219 |
| SOURCEDIRECT | 4555 EXCEL PARKWAY ADDISON TX 75001 |
| ST. PAUL PROPERTIES, INC. | C/O JOSEPH M. VANLEUVEN DAVIS WRIGHT TREMAINE LLP 1300 SW 5TH AVENUE, SUITE 2300 PORTLAND OR 97232 |
| TANNOR PARTNERS CREDIT FUND, LP | TRANSFEROR: WJF TELECOM LLC 150 GRAND STREET, STE 401 WHITE PLAINS NY 10601 |
| TANNOR PARTNERS CREDIT FUND, LP | TRANSFEROR: CCPIT PATENT AND TRADEMARK L ATTN: ROBERT TANNOR 150 GRAND ST, STE 401 WHITE PLAINS NY 10601 |
| TELEMATIC COMMUNICATIONS PTY LTD | T/AS ADVATEL 133 MORAY STREET SOUTH MELBOURNE VICTORIA 3205 AUSTRALIA |
| THERMOTRON | 291 KOLLEN PARK DRIVE HOLLAND MI 49423 |
| THOMSON FINANCIAL LLC | C/O SARAH E. DOERR, ESQ. MOSS & BARNETT, P.A.. 90 SOUTH SEVENTH STREET MINNEAPOLIS MN 55402 |
| TIME MATTERS GMBH | GUTENBERGSTR 6 NEU - ISENBURG 63263 GERMANY |
| TROP, PRUNER & HU, P.C. | 1616 S. VOSS RD., STE. 750 HOUSTON TX 77057 |
| TRS | TRS REN TELCO PO BOX 619260 DFW AIRPORT TX 75261-9260 |
| VANDYKE SOFTWARE | 4848 TRAMWAY RIDGE DR. NE #101 ALBUQUERQUE NM 87111 |
| WEST VIRGINIA STATE TREASURER'S OFFICE | UNCLAIMED PROPERTY DIVISION ONE PLAYERS CLUB DRIVE CHARLESTON WV 25311-1639 |
| WIND RIVER SYSTEMS, INC. | ATTN: ACCOUNTS RECEIVABLE 500 WIND RIVER WAY ALAMEDA CA 94501 |
| WJF TELECOM LLC | 9410 DESOTO AVE # E CHATSWORTH CA 91311 |
| WRITING MACHINE | 19 CITY BUSINESS CENTRE, HYDE STREET WINCHESTER SO23 7TA UNITED KINGDOM |

**Total Creditor count  71**

**EXHIBIT C**

| Claim Name | Address Information |
|---|---|
| ADAMYK, GORDON B | 137 BROADMEADOW RD GROTON MA 01450 |
| ANDERSON, CARL A. | 8945 HUNTCLIFF TRACE ATLANTA GA 30350 |
| BACCHIOCHI, GERRY | 1541 SKY ROCK WAY CASTLE ROCK CO 80109-3692 |
| BHATT, JITENDRA D | 204 WILLINGHAM ROAD MORRISVILLE NC 27560 |
| BOVENIZER, WILLIAM | 11 BOLLAND CRESCENT AJAX, ONTARIO L1S 3G8 CANADA |
| BOVENIZER, WILLIAM | 11 BOLLAND CRES AJAX L1S 3G8 CANADA |
| BOVENIZER, WILLIAM | 11 BOLLAND CRESCENT AJAX ON L1S 3G8 CANADA |
| BROUGH, CHARLES L. | 1220 N. WEST ST. NAPERVILLE IL 60563 |
| BRUNO, MICHAEL | 258 SILVERBELL COURT WEST CHESTER PA 19380 |
| CAGIANNOS, ELIAS | 87 WOODLAND RD MADISON NJ 07940 |
| CHATTOS, DANIEL J | 1920 E 2ND ST APT 2302 EDMOND OK 73034-6377 |
| CHIMA, MANMOHAN | 4041 LASER LANE PLANO TX 75023 |
| CICCARELLI, LAWRENCE | 4000 VETERANS MEMORIAL HIGHWAY BOHEMIA NY 11716 |
| COTTON, RODNEY | 15774 RIPARIAN ROAD POWAY CA 92064 |
| CROSS, MARY | P.O. BOX 24871 NASHVILLE TN 37202-4871 |
| CURLEY, TIM | 1140 BAY LAUREL DRIVE MENLO PARK CA 94025 |
| CVJETKOVIC, MAURICIO | 221 189TH STREET SUNNY ISLES BEACH FL 33160 |
| DAVIS, BRIAN P | 101 ATLANTIC AVE SPRING LAKE NJ 07762 |
| DEBOER, DONALD | 1701 LANDON LN MCKINNEY TX 75071-7662 |
| DEL PRIORE, ROBERT P | 10110 AVENT RIDGE DR. COLLIERVILLE TN 38017 |
| DERRY, LEE | 1144 GILBERT DOWNERS GROVE IL 60515 |
| DOBYNS, NORMAN | PO BOX 47 WEEMS VA 22576 |
| DOBYNS, NORMAN L. | PO BOX 47 WEEMS VA 22576 |
| ESTRIDGE, WINSTON S. | 5620 TEMPLIN WAY PLANO TX 75093 |
| FONTAINE, MICHEL J | BOX 2636 N. HATLEY ON J0B2C0 CANADA |
| FONTAINE, MICHEL J | BOX 2636 N. HATLEY J0B2C0 CANADA |
| GARBIS, FRANK | 18295 CANFIELD PLACE SAN DIEGO CA 92128 |
| GARBIS, MARINO F | 18295 CANFIELD PL SAN DIEGO CA 92128 |
| GENTRY, TIMOTHY | 5 PARK PL APT 715 ANNAPOLIS MD 21401-3467 |
| GOTTLIEB, PAMELA | 12079 NW 50TH DRIVE CORAL SPRINGS FL 33076 |
| GOTTLIEB, PAMELA A. | 12079 NW 50TH DRIVE CORAL SPRINGS FL 33076 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: HANSON, DANA ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: TORTORICH, CARLOS RICHARD ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HALE, JR., ROBERT LEE | 174 MONTIBELLO DRIVE MOORESVILLE NC 28117 |
| HANSON, DANA | 1581 E DRY CREEK PL CENTENNIAL CO 80122 |
| HAWKINS, SHERMAN V. | 1045 PINE GROVE PTE. DR. ROSWELL GA 30075-2704 |
| HORNE, ROBERT | 3417 LOCUST COVE RD GAINESVILLE GA 30504 |
| HOWELL, MICHAEL J. | 1205 W. YAKIMA AVE SELAH WA 98942 |
| IACOVIELLO, VINCE | 20 BROADVIEW AVE. MADISON NJ 07940 |
| ISOM, RON | 1127 NORTH SHANNON DRIVE FARMINGTON UT 84025 |
| JAMOUSSI, BILEL | 14 POLIQUIN DRIVE NASHUA NH 03062 |
| JAMOUSSI, BILEL | BILEL JAMOUSSI 7 JARED CIRCLE NASHUA NH 03063 |
| JONES, LOUIS JR. | 3504 'MALLEY CT. PLANO TX 75023 |
| KESSEL, ROBERT | 2245 MONROE DRIVE ALPHARETTA GA 30004 |
| KUCZYNSKI, ROBERT | 150 BAYVIEW DR NORTH HERO VT 05474 |
| KUNST, SARAH | 1800 SILVERPINE CIRCLE MECHANICSBURG PA 17050 |
| LEONARD, BRIAN ALAN | 525 INLET WOODS CT ALPHARETTA GA 30005 |

| Claim Name | Address Information |
|---|---|
| MCCABE, KATHLEEN D | 2868 COUNTRY LN ELLICOTT CITY MD 21042 |
| MCCOY, LEONARD D. | 4218 HIGH STAR LANE DALLAS TX 75287 |
| MCGONAGLE, NANCY S | 35 LIP LIP LANE NORDLAND WA 98358 |
| MCGREGOR, DOUGLAS | 2083 COUNTY ROAD 13 PICTON ON K0K 2T0 CANADA |
| MCGREGOR, DOUGLAS | DOUGLAS MCGREGOR P.O. BOX 20017 PICTON ON K0K3V0 CANADA |
| MCGREGOR, DOUGLAS J. | 2083 COUNTY RD 13 PICTON ON K0K 2T0 CANADA |
| MCLEAN, LORI | 35 GLENMORE DR DURHAM NC 27707-3980 |
| MCLEAN, LORI SUSAN | 35 GLENMORE DR DURHAM NC 27707-3980 |
| MELDRUM, PATRICIA BRIDGET | 5408 SOUTHERN HILLS DR FRISCO TX 75034 |
| MENDEZ, GERARDO | APARTADO 368 ALAJUELA COSTA RICA |
| MOORE, VICKI S | 5 BUNKER HILL RICHARDSON TX 75080 |
| PAIGE, MICHAEL | 6521 OLD STONE FENCE ROAD FAIRFAX STATION VA 22039 |
| PANGIA, MICHAEL | 2210 BLACK HEATH TRACE ALPHARETTA GA 30005 |
| PATEL, AVNISH | 2670 HAMPTONS CHASE ALPHARETTA GA 30005 |
| PRAYSNER, PAT | 1614 NAVARRO DRIVE ALLEN TX 75013 |
| RAU, MARK W. | 3175 SOPHIA CT LOVELAND CO 80537 |
| RAYMOND, ROBERT | PO BOX 3312 WEST MCLEAN VA 22103 |
| REDDISH, RICHARD | 2126 PALERMO COURT ORANGE CA 92867 |
| REYNOLDS, JACK Q | 1496 CURTISS AVE SAN JOSE CA 95125-2457 |
| ROBERT, LYNN | 2 EVE LN RYE NY 10580-4114 |
| ROSS, CINDY L | 23750 OAK FLAT ROAD LOS GATOS CA 95033 |
| SHISHAKLY, MARWAN | 9506 SHELLY KRASNOW LN. FAIRFAX VA 22031 |
| SINNETT, WILLIAM G | 411 WALNUT ST. #4810 GREEN COVE SPRINGS FL 32043 |
| SMEENK, HARRY G. | 808 LAKEWOOD DRIVE MCKINNEY TX 75070 |
| SPRADLEY, SUSAN | 2 DORSET PLACE DALLAS TX 75229 |
| STACY, MARK | 895 E. SHIRRA DR. PALATINE IL 60074 |
| STACY, MARK | 895 E SCHIRRA DR PALATINE IL 60074 |
| STACY, MARK | MARK STACY 475 N. MARTINGALE ROAD SCHAUMBURG IL 60173 |
| STETTEN, CLAIRE | 15 BIS RUE DE L'EGLISE CHAMPIGNY-SUR-MARNE 94500 FRANCE |
| STUDEBAKER, LAUREN | 208 WOODS DRIVE PLYMOUTH MEETING PA 19462 |
| THOMAS, DAVID | 7831 COACH HOUSE LN RALEIGH NC 27615 |
| TOGASAKI, GORDON S. | SHOTO 1-19-3, SHIBUYA-KU TOKYO 150-0046 JAPAN |
| TORTORICH, CARLOS RICHARD | 11534 STAFFORDALE CT CYPRESS TX 77433 |
| YOUNG, CHARLES M. | 1616 DYE PLACE WILMINGTON NC 28405 |

**Total Creditor count  81**

**EXHIBIT D**

NORTEL
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| BARRIOS, ALVIO S. | 7010 SW 75TH AVE MIAMI FL 33143-2809 |
| BINNING, PAVITER SINGH | 5945 AIRPORT ROAD SUITE 360 MISSISSAUGA ON L4V 1R9 CANADA |
| BISCHOFF, MANFRED, DR. | PRINZENWEG 7 STARNBERG 82319 GERMANY |
| BROWN, ROBERT ELLIS | CAE, INC. 8585 COTE-DE-LIESSE SAINT-LAURENT QC H4T 1G6 CANADA |
| BROWN, ROBERT ELLIS | SCHATZ & NOBEL, P.C. ATTN: ROBERT IZARD, ESQ. CORPORATE CENTER 20 CHURCH ST., SUITE 1700 HARTFORD CT 06103 |
| BROWN, ROBERT ELLIS | C/O BERGER & MONTAGUE, P.C. ATTN: TODD S. COLLINGS, ESQ. 1622 LOCUST STREET PHILADELPHIA PA 19103 |
| BROWN, ROBERT ELLIS | C/O BERGER & MONTAGUE, P.C. ATTN: ELLEN T. NOTEWARE, ESQ. 1622 LOCUST STREET PHILADELPHIA PA 19103 |
| BROWN, ROBERT ELLIS | C/O WHATLEY DRAKE, L.L.C. ATTN: JOE R. WHATLEY, JR., ESQ. 2323 2ND AVENUE NORTH PO BOX 10647 BIRMINGHAM AL 35202 |
| BROWN, ROBERT ELLIS | BRANSTETTER, KILGORE, STRANCH & JENNINGS ATTN: GANE B. STRANCH, ESQ. 227 SECOND AVENUE NORTH, FOURTH FLOOR NASHVILLE TN 37201 |
| BROWN, ROBERT ELLIS | C/O LAW OFFICE OF J. HOUSTON GORDON ATTN: C. DAVID BRILEY, ESQ. 511 UNION STREET, SUITE 1610 NASHVILLE TN 37219 |
| BROWN, ROBERT ELLIS | C/O KELLER ROHRBACK, P.L.C. ATTN: RON KILGARD, ESQ. 3101 NORTH CENTRAL AVENUE SUITE 900, NATIONAL BANK PLAZA PHOENIX AZ 85012 |
| BROWN, ROBERT ELLIS | ROBBINS, UMEDA & FINK, LLP 600 B ST STE 1900 SAN DIEGO A9 921014507 |
| BROWN, ROBERT ELLIS | C/O KELLER ROHRBACK, L.L.P. ATTN: LYNN LINCOLN SARKO, ESQ. 1201 THIRD AVENUE, SUITE 3200 SEATTLE WA 98101 |
| BROWN, ROBERT ELLIS | C/O KELLER ROHRBACK, L.L.P. ATTN: DAVID COPLEY, ESQ. 1201 THIRD AVENUE, SUITE 3200 SEATTLE WA 98101 |
| DAVIES, GORDON ALLAN | 1039 CEDAR ROAD BLVD OAKVILLE ON L6J 2C2 CANADA |
| DOOLITTLE, JOHN | 1284 FIELDCREST LANE OAKVILLE ON L6M2L7 CANADA |
| DOOLITTLE, JOHN | MAYER BROWN LLP ATTN: BRIAN TRUST 1675 BROADWAY NEW YORK NY 10019 |
| DOOLITTLE, JOHN M | 1284 FIELDCREST LANE OAKVILLE ON L6M 2L7 CANADA |
| DOOLITTLE, JOHN MARSHALL | 1284 FIELDCREST LANE OAKVILLE ON L6M 2L7 CANADA |
| INGRAM, ROBERT ALEXANDER | GLAXOSMITHKLINE PLCC 5 MOORE DRIVE, MAIL DROP #50.2032 RESEARCH TRIANGLE PARK NC 27709 |
| MANLEY, JOHN P | 498 QUEEN ELIZABETH DRIVEWAY OTTAWA ON K1S 3N4 CANADA |
| SUAREZ, JORGE HUMBERTO | 14720 GLENCAIRN ROAD MIAMI LAKES FL 33016 |

**Total Creditor count  22**