**Nortel Networks Inc., et al**

## Berkeley Research Group, LLC



### Exhibit A: Time Detail

For the Period 5/1/2016 through 5/31/2016

| Date | Professional | Hours | Description |
|------|--------------|-------|-------------|
| **01. Asset Acquisition/Disposition** | | | |
| 5/2/2016 | A. Cowie | 2.8 | Continued analyzing U.S. Estate proceeds allocation approaches. |
| 5/2/2016 | A. Cowie | 1.3 | Analyzed U.S. Estate proceeds allocation approaches. |
| 5/2/2016 | J. Borow | 0.7 | Discussed with F. Hodara (Counsel) re: proceeds allocation concepts. |
| 5/2/2016 | J. Hyland | 0.7 | Participated in call with Counsel re: proceeds allocation positions. |
| 5/2/2016 | C. Kearns | 0.7 | Participated in call with F. Hodara (Counsel) regarding U.S. intra-estate allocation issues. |
| 5/2/2016 | C. Kearns | 0.4 | Reviewed summary of proceeds allocation issues related to various U.S. estates. |
| 5/3/2016 | A. Cowie | 2.9 | Analyzed intra-estate allocation scenarios. |
| 5/3/2016 | A. Cowie | 1.8 | Continued analyzing intra-estate allocation scenarios. |
| 5/3/2016 | J. Hyland | 1.3 | Participated in call with M. Kennedy (Chilmark) re: proceeds allocation positions. |
| 5/3/2016 | A. Cowie | 1.3 | Participated in discussion with M. Kennedy (Chilmark) re: U.S. proceeds allocation approaches. |
| 5/3/2016 | J. Hyland | 1.2 | Reviewed Canadian appeals court decision re: proceeds allocation. |
| 5/3/2016 | J. Hyland | 1.0 | Analyzed allocation position alternatives. |
| 5/4/2016 | A. Cowie | 2.9 | Prepared presentation for Counsel re: U.S. allocation approaches. |
| 5/4/2016 | A. Cowie | 2.6 | Continued preparing presentation for Counsel re: U.S. allocation approaches. |
| 5/4/2016 | C. Kearns | 0.1 | Emailed with Counsel re: Canada appeal. |
| 5/5/2016 | A. Cowie | 2.9 | Prepared presentation for Counsel re: U.S. allocation approaches. |
| 5/5/2016 | J. Hyland | 2.8 | Analyzed proceeds allocation scenarios. |
| 5/5/2016 | J. Hyland | 2.5 | Prepared presentation for counsel re: U.S. allocation approaches. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| | | | |

### 01. Asset Acquisition/Disposition

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| 5/5/2016 | A. Cowie | 2.1 | Continued preparing presentation for Counsel re: U.S. allocation approaches. |
| 5/5/2016 | J. Borow | 0.8 | Reviewed decision in regard to leave to appeal. |
| 5/6/2016 | J. Hyland | 2.9 | Reviewed proceeds allocation analysis summary. |
| 5/6/2016 | J. Hyland | 2.7 | Continued reviewing proceeds allocation analysis summary. |
| 5/6/2016 | J. Borow | 1.3 | Reviewed proceeds allocation issues and related scenarios. |
| 5/6/2016 | J. Hyland | 1.1 | Conducted call with M. Sandberg (FTI) re: proceeds allocation summary analysis. |
| 5/6/2016 | C. Kearns | 0.3 | Emailed with Counsel re: status of intra-estate proceeds allocation issues. |
| 5/6/2016 | J. Hyland | 0.1 | Reviewed articles re: proceeds allocation and PPI decisions in Canada. |
| 5/8/2016 | C. Kearns | 0.4 | Read draft letters for district court re: Third Circuit direct appeal. |
| 5/9/2016 | J. Hyland | 1.6 | Summarized proceeds allocation calculation. |
| 5/9/2016 | C. Kearns | 0.3 | Read final versions of letters to Judge Stark re: appeal. |
| 5/9/2016 | J. Borow | 0.3 | Reviewed proceeds allocation analyses of scenarios. |
| 5/9/2016 | J. Hyland | 0.2 | Conducted call with M. Kennedy (Chilmark) re: proceeds allocation. |
| 5/11/2016 | J. Hyland | 2.9 | Reviewed analysis of proceeds allocation assumptions. |
| 5/11/2016 | J. Hyland | 1.9 | Reviewed letters submitted to Judge Stark re: direct certification of U.S. allocation appeal to the third circuit. |
| 5/11/2016 | J. Borow | 1.3 | Reviewed proceeds allocation issues and related scenarios. |
| 5/11/2016 | C. Kearns | 0.3 | Reviewed summary of U.S. intra-estate issues prepared at request of counsel. |
| 5/16/2016 | A. Cowie | 2.9 | Analyzed proceeds allocation scenarios and outcomes. |
| 5/17/2016 | A. Cowie | 2.9 | Prepared presentation for Counsel re: U.S. allocation approaches. |
| 5/17/2016 | C. Kearns | 0.3 | Read emails from Counsel re: Third Circuit allocation appeal matters. |
| 5/18/2016 | J. Hyland | 2.5 | Analyzed proceeds allocation proposals. |
| 5/18/2016 | J. Borow | 1.3 | Reviewed recently issued documents re: mediation and appeals in regard to proceeds allocation. |

| Date | Professional | Hours | Description |
|------|--------------|-------|-------------|

**01. Asset Acquisition/Disposition**

| Date | Professional | Hours | Description |
|------|--------------|-------|-------------|
| 5/23/2016 | J. Hyland | 1.8 | Reviewed proceeds allocation calculations. |
| 5/23/2016 | J. Hyland | 0.1 | Reviewed De Minimis asset sale motion for three assets. |
| 5/24/2016 | J. Hyland | 2.9 | Analyzed proceeds allocation concepts. |
| 5/24/2016 | J. Hyland | 2.7 | Continued analyzing proceeds allocation concepts. |
| 5/24/2016 | J. Hyland | 2.5 | Continued analyzing proceeds allocation concepts. |
| 5/25/2016 | J. Borow | 1.3 | Reviewed financial information pertaining to potential proceeds allocation issues. |
| 5/25/2016 | C. Kearns | 0.3 | Reviewed U.S. intra-estate allocation issues per the trade consortium. |
| 5/26/2016 | J. Hyland | 2.9 | Reviewed U.S. intra-estate proceeds allocation approaches. |
| 5/26/2016 | J. Hyland | 2.5 | Continued reviewing U.S. intra-estate proceeds allocation approaches. |
| 5/26/2016 | J. Hyland | 1.7 | Reviewed U.S. Debtor's letter to Judge Gross re: interim discovery status. |
| 5/26/2016 | J. Borow | 1.4 | Reviewed proceeds allocation approaches. |
| 5/31/2016 | J. Borow | 1.9 | Reviewed mediation and allocation concepts. |
| 5/31/2016 | J. Borow | 1.3 | Participated in call with Cleary (L. Schweitzer), Chilmark (M. Kennedy) and Counsel (F. Hodara) re: proceeds allocation positions. |
| 5/31/2016 | C. Kearns | 1.3 | Participated in call with Counsel and J. Bromley (Cleary), re: the upcoming discussions among the estates. |
| 5/31/2016 | J. Hyland | 1.3 | Participated in call with L. Schweitzer (Cleary), M. Kennedy (Chilmark) and F. Hodara (Counsel) re: proceeds allocation positions. |
| 5/31/2016 | C. Kearns | 0.7 | Reviewed summary of open terms re:  proceeds allocation matters. |
| 5/31/2016 | J. Hyland | 0.4 | Conducted call with M. Kennedy (Chilmark) re: proceeds allocation. |

| | | | |
|---|---|---|---|
| ***Task Code Total Hours*** | | ***87.3*** | |

**05. Professional Retention/ Fee Application Preparation**

| Date | Professional | Hours | Description |
|------|--------------|-------|-------------|
| 5/2/2016 | A. Cowie | 0.9 | Reviewed March 2016 fee application. |
| 5/2/2016 | J. Blum | 0.2 | Prepared March 2016 monthly fee application. |
| 5/4/2016 | J. Hyland | 0.8 | Reviewed March 2016 fee application. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **05. Professional Retention/ Fee Application Preparation** | | | |
| 5/6/2016 | J. Hyland | 0.6 | Finalized March 2016 fee application. |
| 5/6/2016 | J. Blum | 0.3 | Prepared March 2016 monthly fee application. |
| 5/9/2016 | J. Blum | 0.4 | Prepared March 2016 monthly fee application. |
| 5/9/2016 | J. Hyland | 0.1 | Provided April 2016 fee statement for Counsel. |
| 5/13/2016 | J. Hyland | 0.9 | Reviewed April 2016 fee application detailed time entries. |
| 5/16/2016 | J. Blum | 0.9 | Prepared April 2016 fee application. |
| 5/16/2016 | A. Cowie | 0.7 | Continued to analyze April 2016 fee application. |
| 5/17/2016 | J. Hyland | 0.6 | Reviewed April 2016 fee application. |
| 5/17/2016 | J. Blum | 0.3 | Prepared April 2016 fee application. |
| 5/18/2016 | J. Blum | 0.2 | Prepared April 2016 fee application. |
| 5/19/2016 | J. Hyland | 0.7 | Reviewed fourth interim fee application as of 4/30/2016. |
| 5/19/2016 | J. Blum | 0.2 | Prepared fourth interim fee statement. |
| *Task Code Total Hours* | | **7.8** | |
| **08. Interaction/Meetings with Creditors** | | | |
| 5/4/2016 | J. Borow | 0.6 | Discussed with party in interest re: status of matter. |
| 5/5/2016 | A. Cowie | 1.2 | Prepared discussion points for weekly UCC call re: allocation issues. |
| 5/5/2016 | C. Kearns | 0.9 | Participated in weekly call with the Committee re: allocation issues and other matters. |
| 5/5/2016 | J. Borow | 0.9 | Participated in weekly call with UCC and professionals to UCC re: allocation issues and other matters. |
| 5/5/2016 | J. Hyland | 0.9 | Participated on UCC weekly call with UCC members and professionals re: allocation issues and other matters. |
| 5/12/2016 | C. Kearns | 0.6 | Participated in call with the Committee regarding status of appeal process and intra-estate related issues. |
| 5/12/2016 | J. Borow | 0.6 | Participated in meeting with UCC and professionals to UCC re: allocation issues and various matters. |
| 5/12/2016 | J. Hyland | 0.6 | Participated in weekly UCC call with UCC members and professionals. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **08. Interaction/Meetings with Creditors** | | | |
| 5/12/2016 | A. Cowie | 0.6 | Prepared discussion points for weekly UCC call. |
| 5/12/2016 | J. Borow | 0.2 | Reviewed discussion matters distributed to the UCC for the UCC call. |
| 5/17/2016 | J. Borow | 0.8 | Discussed with party in interest re: status of matter. |
| 5/19/2016 | J. Hyland | 1.9 | Reviewed documents distributed to UCC for UCC call. |
| 5/19/2016 | A. Cowie | 0.9 | Prepared discussion points for weekly UCC call re: allocation issues. |
| 5/19/2016 | C. Kearns | 0.8 | Participated in call with the Committee re: estate related matters. |
| 5/19/2016 | J. Borow | 0.8 | Participated in weekly call with UCC and professionals to UCC re: allocation issues and other UCC matters. |
| 5/19/2016 | J. Hyland | 0.8 | Participated in weekly UCC call with UCC members and professionals. |
| 5/26/2016 | J. Hyland | 0.6 | Participated in weekly Committee call with professionals and members re: allocation issues. |
| 5/26/2016 | J. Borow | 0.6 | Participated in weekly meeting with UCC and professionals to UCC re: allocation issues. |
| ***Task Code Total Hours*** | | ***14.3*** | |
| **10. Recovery/SubCon/Lien Analysis** | | | |
| 5/4/2016 | J. Hyland | 2.7 | Analyzed creditor recoveries using various allocation scenarios. |
| 5/4/2016 | J. Hyland | 2.4 | Continued analyzing creditor recoveries using various allocation scenarios. |
| 5/11/2016 | C. Kearns | 0.2 | Emailed with Counsel re: current status of LSI objection. |
| 5/12/2016 | A. Cowie | 2.9 | Analyzed sale documents in regard to impact on creditor recoveries. |
| 5/12/2016 | A. Cowie | 1.9 | Continued to analyze sale documents in regard to impact on creditor recoveries. |
| 5/13/2016 | A. Cowie | 2.9 | Analyzed sale documents in regard to impact on creditor recoveries. |
| 5/13/2016 | A. Cowie | 1.3 | Continued to analyze sale documents in regard to impact on creditor recoveries. |
| 5/16/2016 | J. Hyland | 2.9 | Reviewed claims recovery calculations with various scenarios. |
| 5/16/2016 | J. Hyland | 2.7 | Continued reviewing claims recovery calculations with various scenarios. |
| 5/17/2016 | A. Cowie | 2.9 | Analyzed sale documents in regard to impact on creditor recoveries. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **10. Recovery/SubCon/Lien Analysis** | | | |
| 5/20/2016 | J. Hyland | 2.9 | Reviewed proceeds allocation calculations and resulting creditor recoveries. |
| 5/20/2016 | J. Hyland | 1.4 | Continued reviewing proceeds allocation calculations and resulting creditor recoveries. |
| 5/24/2016 | A. Cowie | 2.8 | Analyzed recovery scenarios in detailed creditor recovery model. |
| 5/24/2016 | A. Cowie | 1.7 | Continued to analyze recovery scenarios in detailed creditor recovery model. |
| 5/31/2016 | J. Hyland | 2.9 | Analyzed mediation position claims recoveries. |
| 5/31/2016 | J. Hyland | 2.5 | Continued analyzing mediation position claims recoveries. |
| 5/31/2016 | J. Hyland | 2.0 | Continued analyzing mediation position claim recoveries. |
| *Task Code Total Hours* | | *39.0* | |
| **11. Claim Analysis/Accounting** | | | |
| 5/10/2016 | J. Hyland | 2.8 | Analyzed claims by estate. |
| 5/10/2016 | J. Hyland | 2.6 | Continued analyzing claims by estate. |
| 5/10/2016 | J. Hyland | 2.3 | Continued analyzing claims by estate. |
| 5/11/2016 | J. Hyland | 0.1 | Reviewed status of negotiations with claimant. |
| 5/12/2016 | A. Cowie | 2.7 | Analyzed claims as a result of an asset sale. |
| 5/12/2016 | J. Hyland | 2.7 | Analyzed specific claims and related agreements. |
| 5/17/2016 | J. Hyland | 2.8 | Reviewed claims by legal entity. |
| 5/17/2016 | J. Hyland | 1.0 | Continued reviewing claims by legal entity. |
| 5/19/2016 | J. Hyland | 1.8 | Analyzed positions re: disputed claim to NNI. |
| 5/23/2016 | J. Hyland | 2.0 | Analyzed CCAA claims schedule as of 5/10/2016. |
| 5/25/2016 | J. Hyland | 2.7 | Reviewed Trade Consortium Committee's response to bondholder's response to LSI motion. |
| 5/31/2016 | J. Hyland | 1.5 | Reviewed Exhibit 1 for LSI motion detailing claims subject to motion. |
| 5/31/2016 | J. Hyland | 1.1 | Reviewed LSI claim Motion Response. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **11. Claim Analysis/Accounting** | | | |
| 5/31/2016 | J. Hyland | 0.4 | Reviewed LSI proposed Order Approving Payment of Admin and Priority Claims. |
| *Task Code Total Hours* | | *26.5* | |
| **13. Intercompany Transactions/Balances** | | | |
| 5/2/2016 | J. Hyland | 1.6 | Analyzed potential future cash flows from APAC region. |
| 5/2/2016 | J. Hyland | 0.5 | Reviewed April 2016 APAC Restructuring Manager's Report. |
| *Task Code Total Hours* | | *2.1* | |
| **18. Operating and Other Reports** | | | |
| 5/26/2016 | J. Hyland | 1.6 | Reviewed April 2016 MOR. |
| *Task Code Total Hours* | | *1.6* | |
| **19. Cash Flow/Cash Management Liquidity** | | | |
| 5/3/2016 | J. Hyland | 2.6 | Analyzed cash by estate. |
| 5/6/2016 | J. Hyland | 2.1 | Reviewed cash summaries from prior periods as they relate to available cash. |
| 5/13/2016 | J. Hyland | 0.4 | Analyzed May 1, 2016 CCAA cash forecast. |
| *Task Code Total Hours* | | *5.1* | |
| **Total Hours** | | **183.7** | |