# **<u>EXHIBIT A</u>**

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Gray | William | 01/06/2016 | Work on monthly fee application | 0.5 | 472.50 | 13712205 |
| Gray | William | 07/06/2016 | Review fee application for filing | 0.7 | 661.50 | 13717242 |
| Collins | Allan | 07/06/2016 | attention to CNO (0.2); attention to fee application (0.8); | 1.0 | 275.00 | 13718835 |
| Collins | Allan | 08/06/2016 | attention to fee application; | 2.6 | 715.00 | 13721624 |
| Collins | Allan | 09/06/2016 | attention to fee application; | 2.1 | 577.50 | 13724377 |
| Collins | Allan | 10/06/2016 | attention to fee application; | 2.8 | 770.00 | 13726680 |
| Gray | William | 13/06/2016 | Review fee examiner's report | 0.4 | 378.00 | 13728529 |
| Collins | Allan | 13/06/2016 | attention to fee application; | 3.6 | 990.00 | 13728934 |
| Collins | Allan | 14/06/2016 | attention to fee application; | 1.8 | 495.00 | 13730118 |
| Gray | William | 14/06/2016 | Review fee applications | 0.4 | 378.00 | 13734396 |
| Collins | Allan | 20/06/2016 | attention to fee application; | 2.4 | 660.00 | 13740884 |
| Bauer | Alison D. | 21/06/2016 | Attention to final fee report | 0.1 | 86.50 | 13742813 |
| Collins | Allan | 21/06/2016 | attention to fee application; | 1.8 | 495.00 | 13742930 |
| Collins | Allan | 22/06/2016 | attention to fee application; | 3.2 | 880.00 | 13745040 |
| Gray | William | 23/06/2016 | Review fee application | 0.3 | 283.50 | 13746515 |
| Collins | Allan | 23/06/2016 | attention to fee application (2.7); multiple conversations with B. Yu regarding same (0.4); | 3.1 | 852.50 | 13748483 |
| Collins | Allan | 24/06/2016 | attention to fee application; | 1.8 | 495.00 | 13750673 |
| Gray | William | 24/06/2016 | Review fee application | 0.4 | 378.00 | 13751088 |
| Gray | William | 27/06/2016 | Review fee examiner's letter | 0.4 | 378.00 | 13751091 |
| Collins | Allan | 27/06/2016 | attention to fee application; | 4.3 | 1,182.50 | 13752564 |
| Bauer | Alison D. | 28/06/2016 | Work on fee application | 0.5 | 432.50 | 13754862 |
| Collins | Allan | 28/06/2016 | attention to fee application; | 2.6 | 715.00 | 13755846 |
| Collins | Allan | 29/06/2016 | attention to fee application; | 3.2 | 880.00 | 13758214 |
| Gray | William | 30/06/2016 | Review submission of monthly fee application | 0.4 | 378.00 | 13758493 |
| Collins | Allan | 30/06/2016 | attention to fee application; | 3.6 | 990.00 | 13759090 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Gray | William | 01/06/2016 | Work on appeal issue and review issues regarding interim distributions; | 2.2 | 2,079.00 | 13712203 |
| Slavens | Adam | 01/06/2016 | considering, and conducting research re, expert evidence for Supreme Court of Canada brief; | 1.0 | 580.00 | 13712486 |
| Gray | William | 02/06/2016 | Review interim distribution issues | 0.5 | 472.50 | 13712211 |
| Gray | William | 02/06/2016 | Work on appellate brief | 1.3 | 1,228.50 | 13712212 |
| Laskin | Aria | 02/06/2016 | corresponding with Ottawa agent on question regarding SCC procedure; | 0.2 | 54.00 | 13716668 |
| Bauer | Alison D. | 02/06/2016 | attention to distribution issue | 0.2 | 173.00 | 13724012 |
| Slavens | Adam | 03/06/2016 | reviewing factum re Supreme Court leave application; | 0.9 | 522.00 | 13714418 |
| Gray | William | 03/06/2016 | Review LSI motions; work on appeal issues | 2.4 | 2,268.00 | 13717228 |
| Slavens | Adam | 05/06/2016 | considering, and conducting research re, expert evidence for Supreme Court of Canada brief; | 0.8 | 464.00 | 13714419 |
| Opolsky | Jeremy | 06/06/2016 | calls with Adam Slavens and Miranda Spence (Aird & Berlis) re: appeal issues; | 0.2 | 101.00 | 13715721 |
| Gray | William | 06/06/2016 | Work on appeal issues | 1.5 | 1,417.50 | 13717236 |
| Slavens | Adam | 06/06/2016 | considering, and conducting research re, expert evidence for Supreme Court of Canada brief (1.5); call with J. Opolsky and M. Spence regarding appeal issues (0.2); | 1.7 | 986.00 | 13718611 |
| Gray | William | 07/06/2016 | Conference regarding mediation issues; conference regarding appeal issues | 1.3 | 1,228.50 | 13717241 |
| Opolsky | Jeremy | 07/06/2016 | preparing for and participating in call with UCC and Bondholders re: appeal issues; | 0.5 | 252.50 | 13717892 |
| Slavens | Adam | 07/06/2016 | conference call with Torys team, Cassels team and Bennett Jones team re Supreme Court leave application (0.5); preparing for same (1.4); | 1.9 | 1,102.00 | 13718572 |
| Bomhof | Scott A. | 07/06/2016 | telephone call with Cassels Brock and Bennett Jones regarding SCC leave to appeal materials (.7); follow up on witness for SCC appeal (.3); | 1.0 | 695.00 | 13719814 |
| Laskin | Aria | 07/06/2016 | participating in call to prepare SCC leave application (0.4); | 0.4 | 108.00 | 13727714 |
| Slavens | Adam | 08/06/2016 | email correspondence with W. Gray and S. Bomhof re Liquidity Solutions motion (0.2); revising Supreme Court leave application factum (1.9); | 2.1 | 1,218.00 | 13721433 |
| Slavens | Adam | 08/06/2016 | considering, and conducting research re, expert evidence for Supreme Court of Canada brief; | 2.7 | 1,566.00 | 13721434 |
| Gray | William | 08/06/2016 | Review A. Slavens memorandum regarding distribution to pensioners | 0.5 | 472.50 | 13728518 |
| Gray | William | 08/06/2016 | Work on appeal issues | 1.2 | 1,134.00 | 13728519 |
| Slavens | Adam | 09/06/2016 | considering, and conducting research re, expert evidence for Supreme Court of Canada brief; | 1.8 | 1,044.00 | 13728538 |
| Gray | William | 13/06/2016 | Work on appellate issues | 1.6 | 1,512.00 | 13728530 |
| Slavens | Adam | 14/06/2016 | reviewing mediation documents; | 2.8 | 1,624.00 | 13730525 |
| Slavens | Adam | 14/06/2016 | conference call with Torys team, Cassels team and Bennett Jones team re Supreme Court leave application (0.4); preparing for same (1.2); | 1.6 | 928.00 | 13730527 |
| Gray | William | 14/06/2016 | Work on appeal issues; work on Subcon research | 1.7 | 1,606.50 | 13734395 |
| Laskin | Aria | 14/06/2016 | participating in call with regarding SCC appeal (0.4); | 0.4 | 108.00 | 13734707 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Gray | William | 15/06/2016 | Conference reviewing court agreement; review litigation document | 1.8 | 1,701.00 | 13734416 |
| Slavens | Adam | 15/06/2016 | reviewing mediation documents; | 1.9 | 1,102.00 | 13738598 |
| Gray | William | 16/06/2016 | Review litigation document; conference with S. Bomhof regarding the same | 2.7 | 2,551.50 | 13734424 |
| Gray | Andrew | 17/06/2016 | reviewing and discussing draft without prejudice litigation documents; | 1.4 | 896.00 | 13736776 |
| Slavens | Adam | 17/06/2016 | reviewing and commenting on mediation documents; | 3.8 | 2,204.00 | 13738627 |
| Gray | William | 17/06/2016 | Review and consult regarding litigation document | 2.6 | 2,457.00 | 13746497 |
| Slavens | Adam | 18/06/2016 | reviewing and commenting on mediation documents; | 4.5 | 2,610.00 | 13738628 |
| Slavens | Adam | 19/06/2016 | reviewing and commenting on mediation documents; | 6.8 | 3,944.00 | 13738629 |
| Slavens | Adam | 20/06/2016 | reviewing and commenting on litigation document (5.8); conference call with U.S. Interests re same (1.8); email correspondence with L. Hakkenberg re same (0.6); | 8.2 | 4,756.00 | 13742770 |
| Gray | William | 20/06/2016 | Review litigation document | 2.8 | 2,646.00 | 13746500 |
| Slavens | Adam | 21/06/2016 | reviewing and commenting on litigation document (3.5); conference call with core parties re same (1.7); | 5.2 | 3,016.00 | 13742797 |
| Slavens | Adam | 21/06/2016 | conference call with Torys team, Cassels team and Bennett Jones team re Supreme Court leave application (0.4); preparing for same (1.4); | 1.8 | 1,044.00 | 13742801 |
| Gray | William | 21/06/2016 | Review litigation document and related issues; | 3.2 | 3,024.00 | 13746506 |
| Gray | William | 22/06/2016 | work on litigation document issues; | 1.7 | 1,606.50 | 13746510 |
| Slavens | Adam | 22/06/2016 | email correspondence with M. Wunder and A. Laskin re Supreme Court leave application (0.4); conducting research re same (2.4); | 2.8 | 1,624.00 | 13747991 |
| Slavens | Adam | 22/06/2016 | revising and updating memorandum of argument; | 2.8 | 1,624.00 | 13747994 |
| Slavens | Adam | 22/06/2016 | reviewing and commenting on litigation document; | 1.5 | 870.00 | 13748004 |
| Gray | William | 23/06/2016 | Work on litigation document issues | 1.4 | 1,323.00 | 13746516 |
| Slavens | Adam | 23/06/2016 | telephone call with M. Wunder and G. Hall (0.2); email correspondence with L. Schweitzer re same (0.5); | 0.7 | 406.00 | 13747967 |
| Slavens | Adam | 23/06/2016 | considering, and conducting research re, expert evidence for Supreme Court of Canada brief; | 2.8 | 1,624.00 | 13747969 |
| Gray | William | 24/06/2016 | Review litigation document; work on ancillary issues | 1.4 | 1,323.00 | 13751087 |
| Slavens | Adam | 24/06/2016 | considering, and conducting research re, expert evidence for Supreme Court of Canada brief (0.7); email correspondence with S. Block re same (0.2); | 0.9 | 522.00 | 13755255 |
| Slavens | Adam | 24/06/2016 | reviewing litigation document; | 1.5 | 870.00 | 13755436 |
| Slavens | Adam | 26/06/2016 | reviewing litigation document; | 0.4 | 232.00 | 13755437 |
| Gray | William | 27/06/2016 | Work on litigation document | 1.7 | 1,606.50 | 13751093 |
| Slavens | Adam | 27/06/2016 | reviewing litigation document; | 1.8 | 1,044.00 | 13755445 |
| Slavens | Adam | 28/06/2016 | email correspondence with L. Schweitzer re Supreme Court leave application (0.1); engaged re same (0.8); | 0.9 | 522.00 | 13755443 |
| Slavens | Adam | 28/06/2016 | reviewing litigation document; | 1.7 | 986.00 | 13755444 |
| Slavens | Adam | 28/06/2016 | considering, and conducting research re, expert evidence for Supreme Court of Canada | 2.0 | 1,160.00 | 13755449 |

Litigation

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| | | | brief; | | | |
| Gray | William | 28/06/2016 | Work on litigation document; legal research regarding Canadian Supreme Court petition | 2.4 | 2,268.00 | 13758501 |
| Gray | William | 29/06/2016 | Work on litigation document | 0.8 | 756.00 | 13758497 |
| Slavens | Adam | 29/06/2016 | telephone call with M. Wunder re Supreme Court leave application (0.2); email correspondence with M. Wunder re same (0.2); engaged re same (0.6); | 1.0 | 580.00 | 13761362 |
| Gray | William | 30/06/2016 | Work on litigation document and legal research regarding substantive consolidation issues; | 1.2 | 1,134.00 | 13758492 |
| Slavens | Adam | 30/06/2016 | email correspondence with M. Wunder and L. Herman re Supreme Court leave application (0.2) engaged re same (2.0); | 2.2 | 1,276.00 | 13761393 |

Canadian CCAA Proceedings/Matters

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Slavens | Adam | 02/06/2016 | reviewing stakeholder claims and recoveries information; | 2.8 | 1,624.00 | 13712425 |
| Denroche | Patrick | 03/06/2016 | research for avoidance memorandum; | 2.6 | 377.00 | 13712247 |
| Bomhof | Scott A. | 03/06/2016 | exchange emails with L. Schweitzer regarding update on US mediation; | 0.3 | 208.50 | 13713446 |
| Slavens | Adam | 03/06/2016 | reviewing stakeholder claims and recoveries information; | 4.8 | 2,784.00 | 13714406 |
| DeMarinis | Tony | 06/06/2016 | attention to email correspondence regarding U.S. mediation; | 0.3 | 253.50 | 13717480 |
| Denroche | Patrick | 09/06/2016 | research for avoidance law memorandum (6.1); | 6.1 | 884.50 | 13721118 |
| Denroche | Patrick | 10/06/2016 | research for avoidance law memorandum (4.1); | 4.1 | 594.50 | 13723462 |
| Slavens | Adam | 10/06/2016 | conducting, and reviewing status of, research on intercompany claims; | 3.2 | 1,856.00 | 13728544 |
| Slavens | Adam | 13/06/2016 | conducting, and reviewing status of, research on intercompany claims; | 4.0 | 2,320.00 | 13728763 |
| Denroche | Patrick | 14/06/2016 | research for avoidance law memorandum (0.7); meeting with A. Slavens and J. Opolsky (0.2); | 0.9 | 130.50 | 13728352 |
| Slavens | Adam | 14/06/2016 | conducting, and reviewing status of, research on intercompany claims (1.5); meeting with J. Opolsky and P. Denroche re same (0.2); | 1.7 | 986.00 | 13730531 |
| Bomhof | Scott A. | 14/06/2016 | review of draft litigation document (1.0); telephone call with Bennett Jones and Cassles Brock regarding SCC appeal materials (.5); | 1.5 | 1,042.50 | 13731895 |
| Opolsky | Jeremy | 14/06/2016 | correspondence with Deloitte and Ryan Lax re: PSI issues (0.1); confer with A. Slavens and P. Denroche regarding intercompany claims (0.2); | 0.3 | 151.50 | 13732574 |
| DeMarinis | Tony | 16/06/2016 | review and consideration of restructuring litigation document forwarded by Scott Bomhof; | 0.4 | 338.0 | 13738762 |
| Bomhof | Scott A. | 17/06/2016 | review of draft litigation documents; | 0.8 | 556.00 | 13739381 |
| Denroche | Patrick | 20/06/2016 | research for avoidance law memorandum (1.7); | 1.7 | 246.50 | 13738098 |
| Bomhof | Scott A. | 20/06/2016 | reviewing comments on draft litigation documents and providing comments to Cleary (1.1); telephone call with Cleary, Millbank and Akin regarding draft litigation document (1.5); | 2.6 | 1,807.00 | 13739435 |
| Denroche | Patrick | 21/06/2016 | transition document for avoidance law research (7.3); | 7.3 | 1,058.50 | 13740283 |
| Bomhof | Scott A. | 21/06/2016 | reviewing comments on draft litigation document and join conference call with Estate counsel to discuss same; | 2.0 | 1,390.00 | 13741565 |
| Opolsky | Jeremy | 21/06/2016 | call with Estates re: draft litigation document (in part); | 1.4 | 707.00 | 13741995 |
| Bomhof | Scott A. | 29/06/2016 | Revise leave to appeal materials re: SCC appeal of Allocation Decision; | 0.6 | 417.00 | 13757935 |

U.S. Proceedings/Matters

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Slavens | Adam | 02/06/2016 | reviewing court docket re June 6, 2016, hearing; | 3.0 | 1,740.00 | 13712424 |
| Slavens | Adam | 03/06/2016 | reviewing court docket re June 6, 2016, hearing (1.1); email correspondence and telephone call with M. Gianis re same (0.3); | 1.4 | 812.00 | 13714409 |
| Slavens | Adam | 06/06/2016 | reviewing court docket re June 6, 2016, hearing (2.4); email correspondence with M. Gianis and M. Cilia re order dated June 6, 2016 (0.1); | 2.5 | 1,450.00 | 13718603 |
| Slavens | Adam | 07/06/2016 | reviewing order dated June 6, 2016 (0.2); email correspondence with M. Gianis and M. Cilia re same (0.2); | 0.4 | 232.00 | 13718584 |
| Slavens | Adam | 15/06/2016 | reveiwing chapter 11 case court documents; | 1.3 | 754.00 | 13738605 |