# **<u>EXHIBIT B</u>**

**Nortel**
**June 2016 Disbursements**

| | | | |
|---|---|---:|---|
| 808 Laser Printing | 03/06/2016 | 2.60 | Laser Printing |
| 808 Laser Printing | 13/06/2016 | 0.10 | Laser Printing |
| 808 Laser Printing | 14/06/2016 | 8.20 | Laser Printing |
| 808 Laser Printing | 17/06/2016 | 4.00 | Laser Printing |
| 808 Laser Printing | 17/06/2016 | 13.90 | Laser Printing |
| 808 Laser Printing | 20/06/2016 | 0.50 | Laser Printing |
| 808 Laser Printing | 20/06/2016 | 32.20 | Laser Printing |
| 808 Laser Printing | 21/06/2016 | 1.60 | Laser Printing |
| 808 Laser Printing | 21/06/2016 | 16.30 | Laser Printing |
| 4808 Laser Printing | 14/06/2016 | 1.20 | Laser Printing |
| 4808 Laser Printing | 16/06/2016 | 4.00 | Laser Printing |
| 4808 Laser Printing | 17/06/2016 | 2.20 | Laser Printing |
| 4808 Laser Printing | 17/06/2016 | 1.90 | Laser Printing |
| 4808 Laser Printing | 27/06/2016 | 1.10 | Laser Printing |
| 4808 Laser Printing | 28/06/2016 | 1.90 | Laser Printing |
| 4808 Laser Printing | 28/06/2016 | 1.10 | Laser Printing |
| 4808 Laser Printing | 28/06/2016 | 0.20 | Laser Printing |
| 4808 Laser Printing | 30/06/2016 | 1.10 | Laser Printing |
| | | **$ 94.10** | |
| 887 On Line Research Charges -WestlaweCarswell Incl. | 03/06/2016 | 18.31 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 On Line Research Charges -WestlaweCarswell Incl. | 09/06/2016 | 18.31 | On Line Research Charges -WestlaweCarswell Incl. |
| | | **$ 36.62** | |
| | | **$ 130.72** | |