**Exhibit B**

# Invoice

Ashurst LLP
Broadwalk House
5 Appold Street
London
EC2A 2HA

The Official Unsecured Creditors Committee for Nortel Networks Inc
c/o Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, New York  10036
United States of America

Tel  +44 (0)20 7638 1111
Fax +44 (0)20 7638 1112
www.ashurst.com

Our VAT No.: GB 108 2136 48



**Interim** (S)

VAT Invoice Date: **28 July 2016**        Our Ref: **GDB/CCN01.00001**        Invoice No.: **413391**

|  | **VAT GBP** | **VAT Rate (%)** | **Fees and Disbursements GBP** |
|---|---|---|---|
| **Re: BANKRUPTCY** | | | |
| **To our professional fees** (NT) | 0.00 | 0.00 | 23,416.00 |
| For the period to 30 June 2016, in connection with the above matter. | | | |
| (Please see attached) | | | |
| Document Production (NT) | 0.00 | 0.00 | 23.16 |
| | 0.00 | | 23,439.16 |
| | | VAT | 0.00 |
| | | Total | 23,439.16 |
| | | **Balance Due** | **23,439.16** |

The fees and disbursements the subject of this invoice may include fees and disbursements due to another member of the Ashurst Group.

**Payment Details**
NatWest - 15 Bishopsgate, London, EC2P 2AP - **Account No.:** 00404268
**Sort Code:** 50-00-00 - **Swift Code:** NWBKGB2L - **IBAN Code:** GB12NWBK50000000404268

**Please note: Remittance advices should be sent electronically to remittances@ashurst.com**

Please quote reference 413391 when settling this invoice
**Payment Terms: 21 days**

**Legal services are 100% foreign source**

AUSTRALIA  BELGIUM  CHINA  FRANCE  GERMANY  HONG KONG SAR  INDONESIA (ASSOCIATED OFFICE)  ITALY  JAPAN  PAPUA NEW GUINEA
SAUDI ARABIA  SINGAPORE  SPAIN  SWEDEN  UNITED ARAB EMIRATES  UNITED KINGDOM  UNITED STATES OF AMERICA

Ashurst LLP is a limited liability partnership registered in England and Wales under number OC330252 and is part of the Ashurst Group. It is a law firm authorised and
regulated by the Solicitors Regulation Authority of England and Wales under number 468653. A list of members of Ashurst LLP and their professional qualifications is
open to inspection at its registered office Broadwalk House, 5 Appold Street, London EC2A 2HA or at the address above. The term 'partner' in relation to Ashurst LLP is
used to refer to a member of Ashurst LLP or to an employee or consultant with equivalent standing and qualifications. The Ashurst Group has an office in each of the
places listed above.



The Official Unsecured Creditors Committee
Re: BANKRUPTCY
GDB/GDB/CCN01.00001
For the period: to 30/06/2016

| | | | | |
|---|---|---|---|---|
| Partner | Angela Pearson | 0.50 | 397.50 | (C0012) |
| | | **0.50** | **397.50** | |
| Partner | Giles Boothman | 1.50 | 1,267.50 | (C0012) |
| | | **1.50** | **1,267.50** | |
| Partner | Marcus Fink | 0.70 | 532.00 | (C0012) |
| | | **0.70** | **532.00** | |
| Senior Associate | Antonia Croke | 4.00 | 2,380.00 | (C0007) |
| | | 14.80 | 8,806.00 | (C0012) |
| | | **18.80** | **11,186.00** | |
| Senior Associate | Lindsey Roberts | 1.40 | 798.00 | (C0003) |
| | | 3.70 | 2,109.00 | (C0007) |
| | | 8.50 | 4,845.00 | (C0012) |
| | | **13.60** | **7,752.00** | |
| Senior Associate | Andy Wright | 2.80 | 1,666.00 | (C0012) |
| | | **2.80** | **1,666.00** | |
| Trainee | James Powell | 2.20 | 451.00 | (C0003) |
| | | 0.80 | 164.00 | (C0012) |
| | | **3.00** | **615.00** | |
| | **Total** | **40.90** | **23,416.00** | |

**Matter: CCN01.00001 – BANKRUPTCY**

<u>**C0003**</u>      <u>**Ashurst Fee Application/Monthly Billing Reports**</u>

| | | Time (Decimal) | Agreed Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Senior Associate** | | | | |
| LROBER | Lindsey Roberts | 1.40 | 570.00 | 798.00 |
| **Trainee** | | | | |
| JAPOWE | James Powell | 2.20 | 205.00 | 451.00 |
| | | | Total | 1,249.00 |

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 14/06/2016 | James Powell | MISC | Retrieving counsel fee invoice for April 2016 in response to request from Brad Kahn | 0.10 | 205.00 | 20.50 |
| 14/06/2016 | Lindsey Roberts | LETT | Email to Billing re: May fee and expenses estimates; email to Brad Kahn re: the same | 0.20 | 570.00 | 114.00 |
| 14/06/2016 | Lindsey Roberts | INTD | Email to JAPOWE re: Fee Examiner query | 0.10 | 570.00 | 57.00 |
| 14/06/2016 | Lindsey Roberts | LETT | Email to Brad re: LCP Fee Note | 0.10 | 570.00 | 57.00 |
| 14/06/2016 | Lindsey Roberts | LETT | Follow-up email re: LCP fees | 0.10 | 570.00 | 57.00 |
| 16/06/2016 | Lindsey Roberts | READ | Email from ACW re: LCP | 0.10 | 570.00 | 57.00 |
| 17/06/2016 | Lindsey Roberts | LETT | Email re: CNO filing | 0.10 | 570.00 | 57.00 |
| 20/06/2016 | James Powell | REVI | Reviewing the Nortel pre-bill, marking up amendments to billed time | 0.50 | 205.00 | 102.50 |
| 20/06/2016 | Lindsey Roberts | READ | Review JAPOWE's mark-up of draft invoice | 0.20 | 570.00 | 114.00 |
| 22/06/2016 | James Powell | READ | Reviewing the Nortel pre bill to check all amends have been processed | 0.10 | 205.00 | 20.50 |
| 23/06/2016 | James Powell | DRFT | Drafting the May Monthly Fee Application | 0.80 | 205.00 | 164.00 |
| 23/06/2016 | James Powell | READ | Reviewing the May invoice, checking all amends have been incorporated | 0.10 | 205.00 | 20.50 |
| 23/06/2016 | Lindsey Roberts | LETT | Email from JAPOWE re: Confirmation of fees paid to date | 0.10 | 570.00 | 57.00 |
| 28/06/2016 | James Powell | LETT | Finalising the May Monthly Fee Application; email to Matthew Fagan re the same | 0.60 | 205.00 | 123.00 |
| 28/06/2016 | Lindsey Roberts | DRFT | Review and mark-up fee application | 0.30 | 570.00 | 171.00 |
| 28/06/2016 | Lindsey Roberts | DRFT | Final amendments sign-off on Nortel bill | 0.10 | 570.00 | 57.00 |
| | | | | | | 1,249.00 |

**Matter: CCN01.00001 - BANKRUPTCY**

### C0007     Creditors Committee Meetings

| | | Time (Decimal) | Agreed Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Senior Associate** | | | | |
| ACROKE | Antonia Croke | 4.00 | 595.00 | 2,380.00 |
| LROBER | Lindsey Roberts | 3.70 | 570.00 | 2,109.00 |
| | | | Total | **4,489.00** |

### Detailed Time Breakdown

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 06/06/2016 | Lindsey Roberts | READ | Review of revised global settlement term sheet in advance of UCC call | 0.80 | 570.00 | 456.00 |
| 06/06/2016 | Lindsey Roberts | PHON | Attending UCC call | 0.60 | 570.00 | 342.00 |
| 09/06/2016 | Lindsey Roberts | READ | Reading materials in advance of UCC call | 0.50 | 570.00 | 285.00 |
| 09/06/2016 | Lindsey Roberts | PHON | Attending UCC call | 0.60 | 570.00 | 342.00 |
| 13/06/2016 | Antonia Croke | ATTD | Attend UCC call re settlement and plans support a'ment | 1.10 | 595.00 | 654.50 |
| 13/06/2016 | Antonia Croke | LETT | Emails LROBER re call | 0.10 | 595.00 | 59.50 |
| 16/06/2016 | Antonia Croke | READ | Review Agenda for UCC call, mins of previous call and US debtors motion | 0.40 | 595.00 | 238.00 |
| 16/06/2016 | Antonia Croke | ATTD | Attend UCC call | 0.70 | 595.00 | 416.50 |
| 16/06/2016 | Lindsey Roberts | READ | Review of UCC materials in advance of calls | 0.30 | 570.00 | 171.00 |
| 16/06/2016 | Lindsey Roberts | PHON | Attend UCC call | 0.80 | 570.00 | 456.00 |
| 23/06/2016 | Antonia Croke | ATTD | Attend UCC call | 0.50 | 595.00 | 297.50 |
| 23/06/2016 | Antonia Croke | READ | Review agenda for UCC call | 0.10 | 595.00 | 59.50 |
| 23/06/2016 | Lindsey Roberts | READ | Review UCC Agenda and associated materials | 0.10 | 570.00 | 57.00 |
| 30/06/2016 | Antonia Croke | READ | Review Agenda for UCC call | 0.10 | 595.00 | 59.50 |
| 30/06/2016 | Antonia Croke | ATTD | Attend UCC call | 1.00 | 595.00 | 595.00 |
| | | | | | | **4,489.00** |

**Matter: CCN01.00001 – BANKRUPTCY**

**C0012**        **General Claims Analysis/Claims Objections**

|  |  | Time (Decimal) | Agreed Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Partner** | | | | |
| AMP | Angela Pearson | 0.50 | 795.00 | 397.50 |
| GDB | Giles Boothman | 1.50 | 845.00 | 1,267.50 |
| MDF | Marcus Fink | 0.70 | 760.00 | 532.00 |
| **Senior Associate** | | | | |
| ACROKE | Antonia Croke | 14.80 | 595.00 | 8,806.00 |
| ACW | Andy Wright | 2.80 | 595.00 | 1,666.00 |
| LROBER | Lindsey Roberts | 8.50 | 570.00 | 4,845.00 |
| **Trainee** | | | | |
| JAPOWE | James Powell | 0.80 | 205.00 | 164.00 |
| | | | Total | **17,678.00** |

**Matter: CCN01.00001 - BANKRUPTCY**

## C0012    General Claims Analysis/Claims Objections

| | | | | Time (Decimal) | Agreed Rate (GBP /hour) | Amount |
|---|---|---|---|---|---|---|

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 06/06/2016 | Lindsey Roberts | LETT | Emails re: mediation | 0.20 | 570.00 | 114.00 |
| 06/06/2016 | Lindsey Roberts | READ | Emails re: LSI distribution and settlement and filing | 0.40 | 570.00 | 228.00 |
| 06/06/2016 | Lindsey Roberts | READ | Emails re: proposed global settlement agreement | 0.40 | 570.00 | 228.00 |
| 07/06/2016 | James Powell | READ | Reviewing Nortel news stories from Bloomberg; email to LROBER summarising stories | 0.20 | 205.00 | 41.00 |
| 07/06/2016 | Lindsey Roberts | READ | Review of articles on Liquidity Solutions settlement | 0.20 | 570.00 | 114.00 |
| 10/06/2016 | Lindsey Roberts | READ | Revised NDA and associated email | 0.30 | 570.00 | 171.00 |
| 13/06/2016 | Antonia Croke | READ | Review settlement and plans support agreement; mark up comments re same | 2.60 | 595.00 | 1,547.00 |
| 13/06/2016 | Antonia Croke | READ | Review emails re settlement and plans support agreement and amends to a'ment | 0.90 | 595.00 | 535.50 |
| 13/06/2016 | Antonia Croke | LETT | Review Ash amends to settlement and plans support agreement | 0.40 | 595.00 | 238.00 |
| 13/06/2016 | Andy Wright | READ | Reviewing NSA allocation documentation from UK pensions perspective and internal emails and discussions re. the same | 1.60 | 595.00 | 952.00 |
| 13/06/2016 | Andy Wright | PHON | Telephone conversation with Akin re: comments on NSA | 1.10 | 595.00 | 654.50 |
| 13/06/2016 | Angela Pearson | READ | Review emails re: Settlement Agreement (in/out) | 0.50 | 795.00 | 397.50 |
| 13/06/2016 | Giles Boothman | READ | Settlement agmt and emails | 0.50 | 845.00 | 422.50 |
| 13/06/2016 | Lindsey Roberts | PHON | Telephone conversation with Akin re: comments on NSA | 1.10 | 570.00 | 627.00 |
| 13/06/2016 | Lindsey Roberts | READ | Review of further emails and revised draft of NSA | 0.40 | 570.00 | 228.00 |
| 13/06/2016 | Lindsey Roberts | INTD | Emails internally and to Akin re: the NSA; review and comment on NSA; discuss comments internally; email to AKIN re: the same | 3.40 | 570.00 | 1,938.00 |
| 13/06/2016 | Marcus Fink | LETT | Discussion with ACW and review correspondence re draft support agreement | 0.70 | 760.00 | 532.00 |
| 14/06/2016 | Andy Wright | LETT | Email correspondence re. LCP fee note for actuarial work | 0.10 | 595.00 | 59.50 |
| 15/06/2016 | Antonia Croke | READ | Review emails and docs from week of 1/6/16 re mediation and proposed global settlement agreement | 0.80 | 595.00 | 476.00 |
| 15/06/2016 | Antonia Croke | READ | Review 2019 bondholder statement | 0.40 | 595.00 | 238.00 |
| 15/06/2016 | Antonia Croke | READ | Review draft creditor NDA and emails re same | 0.40 | 595.00 | 238.00 |
| 15/06/2016 | Antonia Croke | READ | Review emails and docs from week of 1/6/16 re proposed resolution of LSI motions | 0.50 | 595.00 | 297.50 |
| 16/06/2016 | Lindsey Roberts | LETT | Email re: updated 2019 statement on behalf of Bondholder Group | 0.20 | 570.00 | 114.00 |
| 20/06/2016 | Antonia Croke | READ | Review EMEA debtors global agreement summary comments and redline to the DSA | 1.30 | 595.00 | 773.50 |
| 20/06/2016 | Antonia Croke | LETT | Review UKPC's email re DSA | 0.20 | 595.00 | 119.00 |
| 20/06/2016 | Giles Boothman | READ | Settlement/ emails/ docs | 1.00 | 845.00 | 845.00 |
| 20/06/2016 | James Powell | READ | Reviewing Bloomberg news stories related to Nortel proceedings, email to LROBER summarising content | 0.20 | 205.00 | 41.00 |

**Matter: CCN01.00001 – BANKRUPTCY**

## C0012      General Claims Analysis/Claims Objections

| Date | Name | Type | Description | Time (Decimal) | Agreed Rate (GBP /hour) | Amount |
|---|---|---|---|---|---|---|
| 20/06/2016 | Lindsey Roberts | READ | Email re: monitors and CC initial comment to Draft Support Agreement (including attachments) | 0.40 | 570.00 | 228.00 |
| 20/06/2016 | Lindsey Roberts | READ | NNSA comments on draft support agreement | 0.20 | 570.00 | 114.00 |
| 20/06/2016 | Lindsey Roberts | READ | Email re: EMEA's comments on Draft Support Agreement | 0.40 | 570.00 | 228.00 |
| 20/06/2016 | Antonia Croke | READ | Review NNSA and Monitor/CCC's amends to the draft support agreement and emails re same | 1.00 | 595.00 | 595.00 |
| 21/06/2016 | Lindsey Roberts | READ | Email re: revised draft support agreement | 0.20 | 570.00 | 114.00 |
| 21/06/2016 | Lindsey Roberts | READ | Email re: UKPC comments on draft support agreement | 0.30 | 570.00 | 171.00 |
| 22/06/2016 | Antonia Croke | READ | Review US debtors revised draft settlement and support agreement | 0.80 | 595.00 | 476.00 |
| 23/06/2016 | Antonia Croke | READ | Review Monitor's petition for permission to appeal | 0.50 | 595.00 | 297.50 |
| 24/06/2016 | Antonia Croke | LETT | Emails Akin team re Brexit issues; review draft support and settlement a'ment re payment to EMEA debtors and currency conversion issues; review EMEA adminstration update and impact on claims; confer Inga re same | 1.90 | 595.00 | 1,130.50 |
| 24/06/2016 | Lindsey Roberts | LETT | Email re: revised NDA draft from Milbank | 0.20 | 570.00 | 114.00 |
| 24/06/2016 | Lindsey Roberts | INTD | Emails internally re: Brexit and impact on settlement | 0.20 | 570.00 | 114.00 |
| 27/06/2016 | Antonia Croke | READ | Review emails and docs re draft NDA | 0.20 | 595.00 | 119.00 |
| 28/06/2016 | Antonia Croke | LETT | Emails Inga re Brexit issues and the EMEA administration | 0.30 | 595.00 | 178.50 |
| 30/06/2016 | Antonia Croke | LETT | Review SNMP opposition brief to US debtors motion for clarification | 0.40 | 595.00 | 238.00 |
| 30/06/2016 | Antonia Croke | READ | Review UKPC's amends to the draft support and settlement a'ment | 0.60 | 595.00 | 357.00 |
| 30/06/2016 | Antonia Croke | READ | Review BRG deck on draft settlement and support agreement | 0.60 | 595.00 | 357.00 |
| 30/06/2016 | Antonia Croke | READ | Review UCC pleading for opposition to petitions for permission to appeal and BH's answer to petitions for permission to appeal | 1.00 | 595.00 | 595.00 |
| 30/06/2016 | James Powell | READ | Reviewing Nortel news stories; email to LROBER summarising content | 0.40 | 205.00 | 82.00 |

**17,678.00**