**Exhibit C**

**DISBURSEMENT SUMMARY**

**JUNE 01, 2016 THROUGH JUNE 30, 2016**

| | |
|---|---:|
| Document Production | £23.16 |
| **TOTAL** | **£23.16** |