**Exhibit D**

**Disbursements Detailed Breakdown**

386 pages @ 0.06p                                                                                                 23.16