**Exhibit E**

**SUMMARY OF ATTORNEYS AND LEGAL ASSISTANTS**
**RENDERING SERVICES DURING THE PERIOD**
**JUNE 01, 2016 THROUGH JUNE 30, 2016**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested (£) |
|---|---|---|---|---|
| Giles Boothman | Partner for 14 years; Admitted in 1993 in England and Wales; Restructuring and Special Situations Group, London | £845 | 1.50 | 1,267.50 |
| Angela Pearson | Partner for 8 years; Admitted in 1991 in England and Wales; Dispute Resolution Group, London | £795 | 0.50 | 397.50 |
| Marcus Fink | Partner for 3 years; Admitted in 2001 in England and Wales; Employment, Incentives and Pensions Group, London | £760 | 0.70 | 532.00 |
| Antonia Croke | Associate for 9 years; Admitted in 2007 in New South Wales; Australia Dispute Resolution Group, London | £595 | 18.80 | 11,186.00 |
| Andy Wright | Associate for 7 years; Admitted in 2009 in England and Wales; Employment, Incentives and Pensions Group, London | £595 | 2.80 | 1,666.00 |
| Lindsey Roberts | Associate for 5 years; Admitted in 2011 in England and Wales; Dispute Resolution Group, London | £570 | 13.60 | 7,752.00 |
| James Powell | Trainee Solicitor; Dispute Resolution Group, London | £205 | 3.00 | 615.00 |
| **TOTAL** | | | **40.90** | **23,416.00** |

## COMPENSATION BY PROJECT CATEGORY
## JUNE 01, 2016 THROUGH JUNE 30, 2016

| Project Category | Total Hours | Total Fees (£) |
|---|---|---|
| Ashurst Fee Application / Monthly Billing Reports | 3.60 | 1,249.00 |
| Creditors Committee Meetings | 7.70 | 4,489.00 |
| General Claims Analysis/Claims Objections | 29.60 | 17,678.00 |
| **TOTAL** | **40.90** | **23,416.00** |