July 26, 2016

Subject: Claimant response to Debtors' Forty-Third Omnibus Objection in the Nortel Networks Bankruptcy case.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------- X
:
*In re* : Chapter 11
:
Nortel Networks Inc., *et al.*,[1] : Case No. 09-10138(KG)
:
Debtors. : Jointly Administered
:
:
: Hearing date: August 16, 2016 at 11:00 a.m. (ET)
: Responses due: August 5, 2016 at 4:00 p.m. (ET)
---------------------------------------------------- X

**DEBTORS' FORTY-THIRD OMNIBUS OBJECTION (SUBSTANTIVE) TO
CERTAIN CLAIMS PURSUANT TO 11 U.S.C. § 502, FED. R. BANKR. P. 3007
AND DEL. L.R. 3007-1 (NO-BASIS CLAIMS, NO-BASIS 503(b)(9)
CLAIMS, NO-BASIS DEFERRED COMPENSATION CLAIMS,
NO-BASIS PENSION CLAIMS, NO-BASIS RETIREE CLAIMS, NO-BASIS
401(k) CLAIMS, REDUNDANT CLAIMS, MODIFY AND ALLOW
CLAIMS, RECLASSIFY AND ALLOW CLAIMS AND WRONG DEBTOR CLAIMS)**

TO THE CLAIMANTS LISTED IN <u>EXHIBIT A</u> ATTACHED TO THIS OBJECTION:

- **CLAIMANTS' RIGHTS MAY BE AFFECTED BY THIS OBJECTION AND BY ANY FUTURE OBJECTION(S) THAT MAY BE FILED BY THE DEBTORS.**

- **THE RELIEF SOUGHT HEREIN IS WITHOUT PREJUDICE TO THE DEBTORS' RIGHTS TO PURSUE FURTHER SUBSTANTIVE OR NON-SUBSTANTIVE OBJECTIONS AGAINST THE CLAIMS LISTED IN <u>EXHIBIT A</u>.**

- **CLAIMANTS RECEIVING THIS OBJECTION SHOULD LOCATE THEIR NAMES AND CLAIMS IN <u>EXHIBIT A.</u>**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

To: The Office of the Clerk
   The United States Bankruptcy Court for the District of Delaware
   824 Market Street
   Wilmington, Delaware 19801

CC: Cleary Gottlieb Steen & Hamilton LLP
   One Liberty Plaza
   New York, New York 10006
   Attn: Lisa M. Schweitzer

   -and-

   Morris, Nichols, Arsht & Tunnell LLP
   1201 North Market Street, P.O. Box 1347
   Wilmington, Delaware 19899-1347
   Attn: Derek C. Abbott


Claimant Name: Lee Derry

Claim Number: 3905

Claim Description: Non-Qualified Pension Benefit

Basis for opposing DEBTORS' FORTY-THIRD OMINBUS OBJECTION:

1) Per items 49 and 50 below, Debtors' request states: "Based on a careful review of their Books and Records, the Debtors have determined..."

    A. Whose careful review? Who actually conducted the review and how were revised values determined in the DEBTORS' FORTY-THIRD OMINBUS OBJECTION? The people originally responsible for my retirement calculations are long gone; without their insights all that remains are the documents provided to me.

    B. Where are the Nortel documents to support a reduction in my claim? I neither own anything from Nortel to this effect nor have I received a copy of the alleged, carefully reviewed Books and Records.

    WITHOUT EVIDENCE TO SUPPORT A REDUCTION IN MY CLAIM, THE DEBTORS' REVIEW IS SIMPLY AN OPINION!

    Case 09-10138-KG    Doc 16997    Filed 07/15/16    Page 21 of 26

49.    Based on a careful review of their Books and Records, the Debtors have determined that certain claimants identified in **Exhibit A** asserted a claim amount that was lower than the liability reflected in the Debtors' Books and Records.

50.    Therefore, the Debtors seek to adjust such claims to the Modified Claim Amounts identified in **Exhibit A** and allow such claims for the Modified Claim Amounts. The Debtors also seek to disallow the overstated amounts asserted in **Exhibit A** and to reduce and allow such claims for the Modified Claim Amounts. If the overstated or understated claim amounts are not revised as requested herein, many of the claimants will receive a disproportionately large distribution, while others will receive a disproportionately smaller distribution in these chapter 11 cases in contravention of the provisions and policies of the Bankruptcy Code and to the direct detriment of the Debtors' estates and other creditors.

2) I provided Nortel Documentation to support my original $10,779.85 claim and have attached a copy for convenience. See Exhibit A.

3) Since the Debtors' request simply reduces my claim, it's clear their reviewer accepts the legitimacy of my original filing. The only dispute is about the value.

4) Having been denied my lifetime annuity since the bankruptcy filing, I am appropriately due the $10,779.85 lump sum upon which it was based.

5) I filed my claim on September 25th, 2009. The Debtors' objection at this late date speaks volumes about the lack of due diligence in reviewing the very available documents. The mere fact that this request was filed close to SEVEN YEARS later is sufficient reason to deny the requested change to my claim as specified in the DEBTORS' FORTY-THIRD OBJECTION.

6) Without NEW Nortel documentation to support the DEBTORS" FORTY-THIRD Objection, the only legitimate Nortel document in evidence supports my $10,779.85 claim.

Name:       Lee Derry
Address:    1144 Gilbert Avenue
            Downers Grove, Illinois 60515
Telephone:  630-969-7480
FAX:        No FAX

Exhibit A

## NORTEL NETWORKS INC. PENSION SERVICE PLAN
## BENEFIT CALCULATION STATEMENT

**NORTEL NETWORKS**

| | |
|---|---|
| Employee Name | DERRY, LEE |
| Social Security Number: | 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 |
| Vested Status: | Yes |
| Vesting Service: | 18 |
| Benefit Service: | 18 |
| NNL Service Credits: | |
| Qualified Final Average Earnings: | $149,524.90 |
| Unlimited Final Average Earnings: | $157,170.18 |
| Accumulated Percentage Credits: | 141.00% |
| Grandfathered Benefit Calculated: | Yes |

| | |
|---|---|
| Calculation Type: | Projection |
| Date of Hire: | March 16, 1987 |
| Plan Eligible Date: | March 16, 1987 |
| Employee Date of Birth: | October 09, 1948 |
| Spouse Date of Birth: | |
| Termination Date: | March 23, 2004 |
| Standard Severance End Date: | August 17, 2004 |
| Vacation Days: | 0 |
| Calculation End Date: | August 17, 2004 |
| Retirement Date: | September 01, 2004 |

**IMMEDIATE QUALIFIED RETIREMENT BENEFITS - Age 56 – Benefit Start Date: September 01, 2004**

| Payment Options | Employee | | Beneficiary |
|---|---|---|---|
| Life Only Amount: | $1,904.47 | | |
| 10 Year Certain: | $1,837.81 | | |
| 50% J & S: | $ | | $ |
| 75% J & S: | $ | | $ |
| 100% J & S: | $ | | $ |
| *Lump Sum: | $266,117.59 | - Payable on Benefit Start Date plus process time | |

*Qualified Lump Sums of $5,000 or less will be automatically paid in 1 payment. Employees may roll their Lump Sum over to a tax deferred plan or IRA. Surviving spouses may roll their Lump Sum over to an IRA. Rollover is Not available to other Beneficiaries.

**IMMEDIATE NON-QUALIFIED RETIREMENT BENEFITS - Age 56 – Benefit Start Date: September 01, 2004**

| Payment Options | Employee | | Beneficiary |
|---|---|---|---|
| Life Only Amount: | $9.21 | | |
| 10 Year Certain: | $8.89 | | |
| 50% J & S: | $ | | $ |
| 75% J & S: | $ | | $ |
| 100% J & S: | $ | | $ |
| *Lump Sum: | $10,779.85 | - Payable on Benefit Start Date plus process time | |

*A Non-qualified Lump Sum benefit of *less than 50%* of your unlimited FAE is paid as a one-time Lump Sum; if it is *50% or more* of your unlimited FAE, it is paid as a 15 Year Term Certain monthly payment. Rollover to a tax deferred Plan or IRA is NOT available to any recipient of a Non-Qualified Retirement Benefit.

**QUALIFIED Normal Retirement Benefit**
**Age 65 – Start Date: November 01, 2013**

| Payment Options | Employee | Beneficiary |
|---|---|---|
| Life Only Amount: | $3,165.31 | |
| 10 Year Certain: | $2,912.09 | |
| 50% J & S: | $ | $ |
| 75% J & S: | $ | $ |
| 100% J & S: | $ | $ |

Lump Sum to be determined at actual retirement date.

**NON-QUALIFIED Normal Retirement Benefit**
**Age 65 - Start Date: November 01, 2013**

| Payment Options | Employee | Beneficiary |
|---|---|---|
| Life Only Amount: | $15.30 | |
| 10 Year Certain: | $14.08 | |
| 50% J & S: | $ | $ |
| 75% J & S: | $ | $ |
| 100% J & S: | $ | $ |

Lump Sum to be determined at actual retirement date.

*Note:* This Benefit Calculation Statement presents your pension benefits based on your personal data & applicable tables in effect on the date the calculation was prepared. Since this data & the tables change over time, a final calculation will be completed immediately prior to your actual Retirement/Benefit Start Date based on the data & tables in effect on the date the final calculation is prepared. This final calculation will be used to determine your payable benefit. If you attained age 50 with at least 4 years of vesting service as of December 31, 1998, you are eligible for Grandfather benefits under the prior plan. If the Grandfather clause applies, your benefits were calculated using the current plan provisions AND the prior plan provisions. The benefit amounts on this statement, including lump sum payments, are based upon the greater of the two formulas. **The written provisions of the Nortel Networks Retirement Income Plan (as it applies to Pension Service Plan Members) determines the amount of the benefit that will be paid to you. You may not rely on any error in this benefit calculation statement (whether caused by data entry, the calculation process, erroneous data in the system, or any other cause) to grant you rights to a benefit greater than that described for you under the terms of the Plan.**

Calculation ID: 101121  Prepared on February 05, 2004