# EXHIBIT A

```
*********************************************************************************Page 1 of (14)
                                  WHITEFORD, TAYLOR & PRESTON        THRU 06/30/16
BILLING ATTORNEY: 01762  CHRISTOPHER M. SAMIS     DETAILED  BILLING REPORT       AS OF 7/14/2016 9:29:59 AM
                                        PROFORMA NUMBER: 540697                  LAST DATE BILLED 06/03/16
```

CLIENT 091281         OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF    ADDRESS: OFFICIAL COMMITTEE OF UNSECURED
                      NORTEL NETWORKS, INC.                                    CREDITORS OF NORTEL NETWORKS, INC.
MATTER 00001          NORTEL                                                   C/O FRED S. HODARA, ESQ.
CASE ID                                                                        AKIN GUMP STRAUSS HAUER & FELD, LLP
                                                                               ONE BRYANT PARK
                                                                               BANK OF AMERICA TOWER
                                                                               NEW YORK, NY 10036-6745

INVOICE NUMBER _____ INVOICE DATE ____/____/____

| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 12912006 | 06/01/16 | | REVIEW DEBTORS' RESPONSE TO LSI MOTION FOR INTERIM DISTRIBUTIONS | S9 | | .30 | 01761 | LKG | 150.00 | 150.00 |
| 12912007 | 06/01/16 | | REVIEW DEBTORS' STATEMENT OF ISSUES AND DESIGNATIONS IN SNMP APPEAL | S16 | | .30 | 01761 | LKG | 150.00 | 300.00 |
| 12914247 | 06/01/16 | | SNMP TELEPHONIC HEARING RE CLARIFICATION AND DISCOVERY | S10 | | 1.20 | 01797 | CDM | 396.00 | 696.00 |
| 12959940 | 06/01/16 | | E-MAILS TO C. MCCLAMB RE: COVERAGE OF 6/1/16 TELEPHONIC HEARING (.1 X 2). | S10 | | .20 | 01762 | CMS | 106.00 | 802.00 |
| 12959980 | 06/01/16 | | REVIEW AND ANALYZE REVISED PROPOSED ALLOCATION SETTLEMENT TERM SHEET AND ANCILLARY DOCUMENTATION. | S16 | | 2.70 | 01762 | CMS | 1,431.00 | 2,233.00 |
| 12959981 | 06/01/16 | | REVIEW STATEMENT OF ISSUES ON APPEAL AND APPELLANT DESIGNATIONS IN SNMP ADVERSARY APPEAL. | S16 | | .60 | 01762 | CMS | 318.00 | 2,551.00 |
| 12959982 | 06/01/16 | | REVIEW DEBTORS' RESPONSE TO LSI CONVERSION MOTION | S6 | | 1.00 | 01762 | CMS | 530.00 | 3,081.00 |
| 12959983 | 06/01/16 | | REVIEW POSITION STATEMENT IN SNMP MANDATORY DISTRICT COURT MEDIATION. | S16 | | .30 | 01762 | CMS | 159.00 | 3,240.00 |
| 12959984 | 06/01/16 | | REVIEW MEDIATION TERM SHEET. | S16 | | .30 | 01762 | CMS | 159.00 | 3,399.00 |
| 12913398 | 06/02/16 | | REVIEW AGENDA FOR 6/6 HEARING (.1) | S10 | | .10 | 01761 | LKG | 50.00 | 3,449.00 |
| 12913403 | 06/02/16 | | EMAIL TO C. MCCLAMB RE: CNO FOR AKIN GUMP MARCH FEE APPLICATION | S20 | | .10 | 01761 | LKG | 50.00 | 3,499.00 |
| 12913407 | 06/02/16 | | REVIEW COC WITH AMENDED SCHEDULING ORDER FOR SNMP PROCEEDING | S16 | | .10 | 01761 | LKG | 50.00 | 3,549.00 |
| 12914274 | 06/02/16 | | ARRANGE HEARING BINDER PREPARATION | S10 | | .10 | 01797 | CDM | 33.00 | 3,582.00 |
| 12914278 | 06/02/16 | | EMAILS WITH M. FAGEN RE: MARCH MONTHLY FEE | S20 | | .10 | 01797 | CDM | 33.00 | 3,615.00 |

```
****************************************************************************Page 2 of (14)
                                        WHITEFORD, TAYLOR & PRESTON      THRU 06/30/16
BILLING ATTORNEY: 01762  CHRISTOPHER M. SAMIS      DETAILED  BILLING REPORT    AS OF 7/14/2016 9:29:59 AM
                                        PROFORMA NUMBER: 540697         LAST DATE BILLED 06/03/16
```

| | | | | | | HOURS | TKPR | TKPR | TIME VALUE | RUNNING |
|---|---|---|---|---|---|---|---|---|---|---|
| CLIENT 091281 | | | OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF | | | | | | | |
| | | | NORTEL NETWORKS, INC. | | | | | | | |
| MATTER 00001 | | | NORTEL | | | | | | | |
| CASE ID | | | | | | | | | | |
| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | WORKED | NO | INIT. | THIS PERIOD | TOTAL |
| | | | APPLICATION | | | | | | | |
| 12958573 | 06/02/16 | | EMAIL FROM C. MCCLAMB RE AKIN CNO RE 86TH MONTHLY FEE APPLICATION | S20 | | .10 | 01806 | SL | 24.50 | 3,639.50 |
| 12958574 | 06/02/16 | | DRAFT CNO RE AKIN 86TH MONTHLY FEE APPLICATION | S20 | | .20 | 01806 | SL | 49.00 | 3,688.50 |
| 12958575 | 06/02/16 | | CONFERENCE AND EMAIL WITH C. MCCLAMB RE REVIEW AND APPROVAL TO FILE AND SERVE CNO RE AKIN 86TH MONTHLY FEE APPLICATION | S20 | | .10 | 01806 | SL | 24.50 | 3,713.00 |
| 12958576 | 06/02/16 | | PREPARE AND FILE CNO RE AKIN'S 86TH MONTHLY FEE APPLICATION | S20 | | .20 | 01806 | SL | 49.00 | 3,762.00 |
| 12958580 | 06/02/16 | | PREPARE AND CIRCULATE DAILY DOCKET DISTRIBUTION | S1 | | .40 | 01806 | SL | 98.00 | 3,860.00 |
| 12960060 | 06/02/16 | | CALL FROM D. EVANS RE: INQUIRY ON LSI CONVERSION DISPUTE RESOLUTION. | S6 | | .30 | 01762 | CMS | 159.00 | 4,019.00 |
| 12960078 | 06/02/16 | | E-MAIL TO M. WUNDER RE: 6/6/16 HEARING. | S10 | | .10 | 01762 | CMS | 53.00 | 4,072.00 |
| 12960098 | 06/02/16 | | E-MAIL TO M. FAGEN RE: REVIEW OF REPLY IN SUPPORT OF LSI SETTLEMENT. | S6 | | .10 | 01762 | CMS | 53.00 | 4,125.00 |
| 12914346 | 06/03/16 | | REVIEW COMMITTEE STATEMENT REGARDING LSI MOTION FOR INTERIM DISTRIBUTION (.1); REVIEW SNMP OBJECTION TO SAME (.2) | S9 | | .30 | 01761 | LKG | 150.00 | 4,275.00 |
| 12914349 | 06/03/16 | | REVIEW 61ST MONTHLY FEE APPLICATION OF RLKS (.2) | S20 | | .20 | 01761 | LKG | 100.00 | 4,375.00 |
| 12914351 | 06/03/16 | | REVIEW PBGC RESPONSE TO DEBTORS' PROPOSAL TO RESOLVE LSI MOTION FOR INTERIM DISTRIBUTIONS | S9 | | .10 | 01761 | LKG | 50.00 | 4,425.00 |
| 12914352 | 06/03/16 | | REVIEW SOLUS 2019 STATEMENT | S1 | | .10 | 01761 | LKG | 50.00 | 4,475.00 |
| 12914358 | 06/03/16 | | REVIEW AND ANALYZE REVISED SETTLEMENT TERM SHEET RE: ALLOCATION APPEAL | S16 | | .30 | 01761 | LKG | 150.00 | 4,625.00 |
| 12956984 | 06/03/16 | | PREPARE FOR 6/6/16 HEARING. | S10 | | 2.60 | 01762 | CMS | 1,378.00 | 6,003.00 |

```
************************************************************************************Page 3 of (14)
                                    WHITEFORD, TAYLOR & PRESTON      THRU 06/30/16
BILLING ATTORNEY: 01762  CHRISTOPHER M. SAMIS    DETAILED   BILLING REPORT    AS OF 7/14/2016 9:29:59 AM
                                    PROFORMA NUMBER: 540697           LAST DATE BILLED 06/03/16
```

CLIENT 091281         OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
                      NORTEL NETWORKS, INC.
MATTER 00001          NORTEL
CASE ID

| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 12956991 | 06/03/16 | | E-MAILS TO C. MOSULY RE: PREPARATIONS FOR 6/6/16 HEARING (.1 X 2). | S10 | | .20 | 01762 | CMS | 106.00 | 6,109.00 |
| 12956992 | 06/03/16 | | E-MAILS TO C. MOSULY RE: PREPARATIONS FOR 6/6/16 HEARING (.1 X 2). | S10 | | .20 | 01762 | CMS | 106.00 | 6,215.00 |
| 12956996 | 06/03/16 | | E-MAILS TO S. LISKO AND M. FAGEN RE: PREPARATIONS FOR 6/6/16 HEARING (.1 X 2). | S10 | | .20 | 01762 | CMS | 106.00 | 6,321.00 |
| 12956998 | 06/03/16 | | E-MAILS TO M. FAGEN AND S. LISKO RE: REVIEW OF AND FILING AND SERVICE OF COMMITTEE STATEMENT IN SUPPORT OF LSI SETTLEMENT (.1 X 3). | S6 | | .40 | 01762 | CMS | 212.00 | 6,533.00 |
| 12957009 | 06/03/16 | | REVIEW/REVISE COMMITTEE STATEMENT IN SUPPORT OF LSI SETTLEMENT. | S6 | | .30 | 01762 | CMS | 159.00 | 6,692.00 |
| 12914497 | 06/04/16 | | REVIEW CRITICAL DATES CALENDAR | S1 | | .30 | 01797 | CDM | 99.00 | 6,791.00 |
| 12948388 | 06/04/16 | | REVIEW/REVISE MAY 2016 PRO FORMA. | S19 | | .80 | 01762 | CMS | 424.00 | 7,215.00 |
| 12948438 | 06/05/16 | | E-MAIL TO B. KAHN RE: PREPARATION FOR 6/6/16 HEARING. | S10 | | .10 | 01762 | CMS | 53.00 | 7,268.00 |
| 12922202 | 06/06/16 | | ATTEND COMMITTEE CALL RE: SETTLEMENT PROPOSALS | S3 | | .60 | 01761 | LKG | 300.00 | 7,568.00 |
| 12948997 | 06/06/16 | | COMPLETE PREPARATIONS FOR 6/6/16 HEARING. | S10 | | 1.00 | 01762 | CMS | 530.00 | 8,098.00 |
| 12948999 | 06/06/16 | | ATTEND 6/6/16 HEARING. | S10 | | .80 | 01762 | CMS | 424.00 | 8,522.00 |
| 12949012 | 06/06/16 | | E-MAILS TO S. LISKO RE: PREPARATION FOR 6/6/16 HEARING (.1 X 3). | S10 | | .30 | 01762 | CMS | 159.00 | 8,681.00 |
| 12958756 | 06/06/16 | | SET UP COURT CALL APPEARANCE FOR M. WUNDER, CANADIAN CO-COUNSEL RE LISTEN ONLY LINE | S10 | | .40 | 01806 | SL | 98.00 | 8,779.00 |
| 12947390 | 06/07/16 | | EMAIL TO T. MINNOT RE: CNO FOR AKIN GUMP MARCH FEE APPLICATION (.1); MEETING WITH C. SAMIS RE: SAME (.1) | S20 | | .20 | 01761 | LKG | 100.00 | 8,879.00 |
| 12947391 | 06/07/16 | | REVIEW 88TH MONTHLY APPLICATION OF HURON | S20 | | .20 | 01761 | LKG | 100.00 | 8,979.00 |

```
**********************************************************************************Page 4 of (14)
                                    WHITEFORD, TAYLOR & PRESTON     THRU 06/30/16
BILLING ATTORNEY: 01762  CHRISTOPHER M. SAMIS     DETAILED  BILLING REPORT    AS OF 7/14/2016 9:29:59 AM
                                      PROFORMA NUMBER: 540697         LAST DATE BILLED 06/03/16
```

CLIENT 091281          OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
                       NORTEL NETWORKS, INC.
MATTER 00001           NORTEL
CASE ID

| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | CONSULTING | | | | | | | |
| 12947394 | 06/07/16 | | REVIEW AGENDA CANCELLING 6/14 HEARING | S10 | | .10 | 01761 | LKG | 50.00 | 9,029.00 |
| 12949210 | 06/07/16 | | E-MAIL TO B. KAHN RE: TRANSCRIPT FROM DISTRICT COURT ALLOCATION APPEAL HEARING. | S10 | | .10 | 01762 | CMS | 53.00 | 9,082.00 |
| 12919529 | 06/08/16 | | DRAFT AND REVISE CNO RE BRG'S 11TH MONTHLY FEE APPLICATION | S20 | | .30 | 01806 | SL | 73.50 | 9,155.50 |
| 12919541 | 06/08/16 | | PREPARE AND CIRCULATE DAILY DOCKET DISTRIBUTION | S1 | | .20 | 01806 | SL | 49.00 | 9,204.50 |
| 12922218 | 06/08/16 | | REVIEW 57TH MONTHLY FEE APPLICATION OF JOHN RAY | S20 | | .20 | 01761 | LKG | 100.00 | 9,304.50 |
| 12921346 | 06/09/16 | | EMAIL TO A. REMMING, T. MINNOT RE: 6/6 HEARING TRANSCRIPT (.1); EMAIL TO R. JOHNSON RE: SAME (.1); REVIEW SAME (.7) | S10 | | .90 | 01761 | LKG | 450.00 | 9,754.50 |
| 12921347 | 06/09/16 | | EMAIL TO J. BOROW, J. HYLAND RE: CNO FOR BRG 11TH MONTHLY FEE APPLICATION (.1); REVIEW SAME AND EMAIL TO S. LISKO RE: FILING (.1) | S20 | | .20 | 01761 | LKG | 100.00 | 9,854.50 |
| 12921348 | 06/09/16 | | REVIEW REVISED NDA RE: ALLOCATION DISPUTE | S16 | | .20 | 01761 | LKG | 100.00 | 9,954.50 |
| 12921351 | 06/09/16 | | REVIEW SNMP MOTION FOR CLARIFICATION | S16 | | .40 | 01761 | LKG | 200.00 | 10,154.50 |
| 12922299 | 06/09/16 | | REVIEW BRG SETTLEMENT ANALYSIS | S16 | | .20 | 01761 | LKG | 100.00 | 10,254.50 |
| 12922300 | 06/09/16 | | REVIEW AGENDA FOR 6/9 COMMITTEE CALL | S3 | | .10 | 01761 | LKG | 50.00 | 10,304.50 |
| 12953723 | 06/09/16 | | PREPARE FOR AND ATTEND WEEKLY COMMITTEE CALL. | S3 | | 1.10 | 01762 | CMS | 583.00 | 10,887.50 |
| 12953736 | 06/09/16 | | E-MAIL TO F. HODARA RE: 6/9/16 COMMITTEE CALL. | S3 | | .10 | 01762 | CMS | 53.00 | 10,940.50 |
| 12958896 | 06/09/16 | | CONFERENCE WITH K. GOOD RE APPROVAL FROM BRG TO FILE CNO RE 11TH MONTHLY FEE APPLICATION | S20 | | .10 | 01806 | SL | 24.50 | 10,965.00 |
| 12958897 | 06/09/16 | | EMAIL PDF COMPONENTS OF BRG 11TH MONTHLY FEE APPLICATION CNO TO K. GOOD FOR CLEARANCE TO FILE SAME | S20 | | .10 | 01806 | SL | 24.50 | 10,989.50 |

```
****************************************************************************Page 5 of (14)
                                  WHITEFORD, TAYLOR & PRESTON    THRU 06/30/16
BILLING ATTORNEY: 01762  CHRISTOPHER M. SAMIS   DETAILED  BILLING REPORT    AS OF 7/14/2016 9:29:59 AM
                                    PROFORMA NUMBER: 540697                LAST DATE BILLED 06/03/16
```

CLIENT 091281           OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
                        NORTEL NETWORKS, INC.
MATTER 00001            NORTEL
CASE ID

| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 12958898 | 06/09/16 | | PREPARE AND FILE BRG'S CNO RE 11TH MONTHLY FEE APPLICATION | S20 | | .20 | 01806 | SL | 49.00 | 11,038.50 |
| 12922181 | 06/10/16 | | REVIEW 12TH AMENDMENT TO E&Y STATEMENT OF WORK RE: TAX SERVICES | S20 | | .20 | 01761 | LKG | 100.00 | 11,138.50 |
| 12922187 | 06/10/16 | | REVIEW DRAFT SETTLEMENT AND PLAN SUPPORT AGREEMENT | S16 | | .90 | 01761 | LKG | 450.00 | 11,588.50 |
| 12948042 | 06/13/16 | | REVIEW DEBTORS' NOTICE OF PROPOSED SETTLEMENT OF CLAIMS | S9 | | .10 | 01761 | LKG | 50.00 | 11,638.50 |
| 12948045 | 06/13/16 | | REVIEW REVISED DRAFT SUPPORT AGREEMENT (.4) | S16 | | .40 | 01761 | LKG | 200.00 | 11,838.50 |
| 12948626 | 06/13/16 | | E-MAILS TO B. KAHN AND S. LISKO RE: MAY FEE AND EXPENSE ESTIMATES (.1 X 2). | S19 | | .20 | 01762 | CMS | 106.00 | 11,944.50 |
| 12949425 | 06/13/16 | | COMMITTEE CALL | S3 | | 1.20 | 01797 | CDM | 396.00 | 12,340.50 |
| 12948214 | 06/14/16 | | REVIEW/REVISE WTP SEVENTEENTH MONTHLY FEE APPLICATION (.4); MEETING WITH S. LISKO RE: REVISIONS TO SAME (.1); EMAIL TO S. LISKO RE: FILING AND SERVICE OF SAME (.1) | S20 | | .60 | 01761 | LKG | 300.00 | 12,640.50 |
| 12959036 | 06/14/16 | | REVISIONS TO SEVENTEENTH MONTHLY FEE APPLICATION | S19 | | .30 | 01806 | SL | 73.50 | 12,714.00 |
| 12948519 | 06/15/16 | | REVIEW 89TH MONTHLY FEE APPLICATION OF MNAT (.2) | S20 | | .20 | 01761 | LKG | 100.00 | 12,814.00 |
| 12948526 | 06/15/16 | | REVIEW UPDATED 2019 STATEMENT FILED BY AD HOC BONDHOLDER GROUP | S1 | | .10 | 01761 | LKG | 50.00 | 12,864.00 |
| 12948537 | 06/15/16 | | REVIEW AGENDA FOR 6/16 COMMITTEE CALL AND MINUTES FROM 6/9 CALL | S3 | | .10 | 01761 | LKG | 50.00 | 12,914.00 |
| 12959079 | 06/15/16 | | DRAFT CNO FOR ASHURST 87TH MONTHLY FEE APPLICATION | S20 | | .20 | 01806 | SL | 49.00 | 12,963.00 |
| 12959654 | 06/15/16 | | E-MAIL TO J. SCARBOROUGH RE: APPROVAL OF REPORT ON INTERIM FEE APPLICATION. | S19 | | .10 | 01762 | CMS | 53.00 | 13,016.00 |

```
***********************************************************************************Page 6 of (14)
                                    WHITEFORD, TAYLOR & PRESTON    THRU 06/30/16
BILLING ATTORNEY: 01762  CHRISTOPHER M. SAMIS    DETAILED BILLING REPORT    AS OF 7/14/2016 9:29:59 AM
                                        PROFORMA NUMBER: 540697       LAST DATE BILLED 06/03/16
```

CLIENT 091281            OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
                         NORTEL NETWORKS, INC.
MATTER 00001             NORTEL
CASE ID

| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 12948718 | 06/16/16 | | ATTEND WEEKLY COMMITTEE CALL | S3 | | .80 | 01761 | LKG | 400.00 | 13,416.00 |
| 12948728 | 06/16/16 | | REVIEW CNO FOR ASHURST APRIL FEE APPLICATION | S20 | | .20 | 01761 | LKG | 100.00 | 13,516.00 |
| 12957170 | 06/16/16 | | PREPARE FOR WEEKLY COMMITTEE CALL. | S3 | | .30 | 01762 | CMS | 159.00 | 13,675.00 |
| 12957171 | 06/16/16 | | PARTICIPATE IN WEEKLY COMMITTEE CALL. | S3 | | .80 | 01762 | CMS | 424.00 | 14,099.00 |
| 12959192 | 06/16/16 | | CONFERENCE WITH K. GOOD RE ASHURST CNO RE 87TH MONTHLY FEE APPLICATION | S20 | | .10 | 01806 | SL | 24.50 | 14,123.50 |
| 12959193 | 06/16/16 | | EMAIL TO K. GOOD RE PDFS OF ASHURST CNO RE 87TH MONTHLY FEE APPLICATION | S20 | | .10 | 01806 | SL | 24.50 | 14,148.00 |
| 12959203 | 06/16/16 | | PREPARE AND CIRCULATE DAILY DOCKET DISTRIBUTION | S1 | | .30 | 01806 | SL | 73.50 | 14,221.50 |
| 12959300 | 06/16/16 | | EMAIL FROM K. GOOD RE WAITING ON APPROVAL FROM ASHURST RE CLEARANCE TO FILE CNO RE 87TH MONTHLY FEE APPLICATION | S20 | | .10 | 01806 | SL | 24.50 | 14,246.00 |
| 12959219 | 06/17/16 | | CONFERENCE WITH K. GOOD RE REVISIONS TO APPROVED ASHURST CNO RE 87TH MONTHLY FEE APPLICATION | S20 | | .10 | 01806 | SL | 24.50 | 14,270.50 |
| 12959220 | 06/17/16 | | REVISE ASHURST CNO RE 87TH MONTHLY FEE APPLICATION (.1); EMAIL TO K. GOOD RE CLEARANCE TO FILE ASHURST CNO RE 87TH MONTHLY FEE APPLICATION (.1) | S20 | | .20 | 01806 | SL | 49.00 | 14,319.50 |
| 12959221 | 06/17/16 | | DRAFT CNO RE CASSELS BROCK 24TH MONTHLY FEE APPLICATION | S20 | | .20 | 01806 | SL | 49.00 | 14,368.50 |
| 12959224 | 06/17/16 | | UPDATE CRITICAL DATES CALENDAR | S1 | | .20 | 01806 | SL | 49.00 | 14,417.50 |
| 12959225 | 06/17/16 | | DRAFT CNO RE AKIN 87TH (APRIL) MONTHLY FEE APPLICATION | S20 | | .20 | 01806 | SL | 49.00 | 14,466.50 |
| 12959226 | 06/17/16 | | EMAIL FROM K. GOOD RE CLEARANCE TO FILE ASHURST CNO RE 87TH MONTHLY FEE APPLICATION | S20 | | .10 | 01806 | SL | 24.50 | 14,491.00 |
| 12959227 | 06/17/16 | | PREPARE AND FILE ASHURST CNO RE 87TH MONTHLY FEE | S20 | | .20 | 01806 | SL | 49.00 | 14,540.00 |

```
******************************************************************************Page 7 of (14)
                              WHITEFORD, TAYLOR & PRESTON    THRU 06/30/16
BILLING ATTORNEY: 01762  CHRISTOPHER M. SAMIS    DETAILED   BILLING REPORT    AS OF 7/14/2016 9:29:59 AM
                                 PROFORMA NUMBER: 540697     LAST DATE BILLED 06/03/16
```

CLIENT 091281      OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
                   NORTEL NETWORKS, INC.
MATTER 00001       NORTEL
CASE ID

| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | APPLICATION | | | | | | | |
| 12959231 | 06/17/16 | | REVISE AFFIDAVIT OF SERVICE RE WTP'S FIRST AND SECOND MONTHLY FEE APPLICATIONS | S19 | | .20 | 01806 | SL | 49.00 | 14,589.00 |
| 12959235 | 06/17/16 | | EMAILS WITH K. GOOD RE CASSELS CNO RE 24TH MONTHLY AND AKIN CNO RE 87TH MONTHLY APPROVED FOR FILING | S20 | | .20 | 01806 | SL | 49.00 | 14,638.00 |
| 12959238 | 06/17/16 | | PREPARE AND FILE CNO RE CASSELS TWENTY-FOURTH MONTHLY FEE APPLICATION | S20 | | .20 | 01806 | SL | 49.00 | 14,687.00 |
| 12959239 | 06/17/16 | | PREPARE AND FILE CNO RE AKIN EIGHTY-SEVENTH MONTHLY FEE APPLICATION | S20 | | .20 | 01806 | SL | 49.00 | 14,736.00 |
| 12948433 | 06/19/16 | | REVIEW VARIOUS PARTIES COMMENTS TO PROGRESSIVE ITERATIONS OF THE GLOBAL ALLOCATION SETTLEMENT AGREEMENT AND RELATED DOCUMENTS. | S16 | | 2.10 | 01762 | CMS | 1,113.00 | 15,849.00 |
| 12933414 | 06/20/16 | | REVISE CRITICAL DATES CALENDAR PER C. MCCLAMB | S1 | | .10 | 01806 | SL | 24.50 | 15,873.50 |
| 12933420 | 06/20/16 | | UPDATE DATES OUTLOOK CALENDAR FOR TEAM | S1 | | .10 | 01806 | SL | 24.50 | 15,898.00 |
| 12933434 | 06/20/16 | | DRAFT CNO RE CASSELS 25TH (MAY) MONTHLY FEE APPLICATION | S20 | | .20 | 01806 | SL | 49.00 | 15,947.00 |
| 12933438 | 06/20/16 | | CONFERENCE WITH K. GOOD RE APPROVAL TO FILE CASSELS BROCK CNO RE 25TH (APRIL) MONTHLY FEE APPLICATION | S20 | | .10 | 01806 | SL | 24.50 | 15,971.50 |
| 12933440 | 06/20/16 | | CONFERENCE WITH K. GOOD RE APPROVAL TO FILE CASSELS CNO RE 25TH MONTHLY FEE APPLICATION | S20 | | .10 | 01806 | SL | 24.50 | 15,996.00 |
| 12933441 | 06/20/16 | | PREPARE AND FILE CNO RE CASSELS BROCK 25TH MONTHLY FEE APPLICATION | S20 | | .20 | 01806 | SL | 49.00 | 16,045.00 |
| 12933443 | 06/20/16 | | DRAFT CNO RE CASSELS BROCK 26TH (APRIL) MONTHLY FEE APPLICATION | S20 | | .20 | 01806 | SL | 49.00 | 16,094.00 |
| 12933452 | 06/20/16 | | PREPARE AND CIRCULATE DAILY DOCKET DISTRIBUTION | S1 | | .20 | 01806 | SL | 49.00 | 16,143.00 |

```
*************************************************************************************Page 8 of (14)
                                    WHITEFORD, TAYLOR & PRESTON     THRU 06/30/16
BILLING ATTORNEY: 01762 CHRISTOPHER M. SAMIS    DETAILED  BILLING REPORT     AS OF 7/14/2016 9:29:59 AM
                                       PROFORMA NUMBER: 540697      LAST DATE BILLED 06/03/16
```

| CLIENT 091281 | | | OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF NORTEL NETWORKS, INC. | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| MATTER 00001 CASE ID | | | NORTEL | | | | | | | |
| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
| 12934116 | 06/20/16 | | EMAIL TO M. WUNDER RE: CNO FOR CASSELS BROCK MARCH FEE APPLICATION (.1); REVIEW SAME (.1); MEETING WITH S. LISKO RE: FILING SAME (.1) | S20 | | .30 | 01761 | LKG | 150.00 | 16,293.00 |
| 12934118 | 06/20/16 | | REVIEW AND ANALYZE EMEA AND UKPC COMMENTS TO PROPOSED SETTLEMENT | S16 | | .30 | 01761 | LKG | 150.00 | 16,443.00 |
| 12949474 | 06/20/16 | | REVIEW CRITICAL DATES CALENDAR | S1 | | .10 | 01797 | CDM | 33.00 | 16,476.00 |
| 12948751 | 06/21/16 | | REVIEW REVISED DRAFT OF SUPPORT AGREEMENT | S16 | | .80 | 01761 | LKG | 400.00 | 16,876.00 |
| 12948753 | 06/21/16 | | REVIEW FEE EXAMINER'S FINAL REPORT RE: 6TH INTERIM FEE APPLICATION OF WTP | S19 | | .10 | 01761 | LKG | 50.00 | 16,926.00 |
| 12959317 | 06/21/16 | | REVISE CASSELS CNO RE 26TH MONTHLY FEE APPLICATION | S20 | | .10 | 01806 | SL | 24.50 | 16,950.50 |
| 12960177 | 06/21/16 | | REVIEW FURTHER REVISED DRAFT SUPPORT AGREEMENT FOR GLOBAL SETTLEMENT. | S16 | | .80 | 01762 | CMS | 424.00 | 17,374.50 |
| 12960178 | 06/21/16 | | PARTICIPATE IN ALL-HANDS CONFERENCE CALL RE: FURTHER REVISED DRAFT SUPPORT AGREEMENT GLOBAL SETTLEMENT. | S16 | | 1.40 | 01762 | CMS | 742.00 | 18,116.50 |
| 12937327 | 06/22/16 | | CONFERENCE WITH K. GOOD RE APPROVAL FROM CASSELS AND APPROVAL TO FILE CNO RE TWENTY-SIXTH MONTHLY FEE APPLICATION | S20 | | .10 | 01806 | SL | 24.50 | 18,141.00 |
| 12937340 | 06/22/16 | | EMAILS WITH K. GOOD RE PDFS OF CASSELS CNO FOR APPROVAL AND CLEARANCE TO FILE | S20 | | .10 | 01806 | SL | 24.50 | 18,165.50 |
| 12937341 | 06/22/16 | | PREPARE AND FILE CNO RE CASSELS BROCK TWENTY-SIXTH MONTHLY FEE APPLICATION | S20 | | .20 | 01806 | SL | 49.00 | 18,214.50 |
| 12937345 | 06/22/16 | | SCAN AND EMAIL APPEAL DOCUMENTS TO C. SAMIS PER REQUEST | S16 | | .80 | 01806 | SL | 196.00 | 18,410.50 |
| 12937349 | 06/22/16 | | PREPARE AND CIRCULATE DAILY DOCKET DISTRIBUTION | S1 | | .20 | 01806 | SL | 49.00 | 18,459.50 |
| 12948743 | 06/22/16 | | MEETING WITH C. SAMIS RE: MONITOR'S PETITION FOR | S16 | | .30 | 01761 | LKG | 150.00 | 18,609.50 |

```
**************************************************************************************Page 9 of (14)
                                  WHITEFORD, TAYLOR & PRESTON        THRU 06/30/16
BILLING ATTORNEY: 01762  CHRISTOPHER M. SAMIS    DETAILED  BILLING REPORT     AS OF 7/14/2016 9:29:59 AM
                                      PROFORMA NUMBER: 540697        LAST DATE BILLED 06/03/16
```

CLIENT 091281      OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
                   NORTEL NETWORKS, INC.
MATTER 00001       NORTEL
CASE ID

| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | DIRECT CERTIFICATION (.2); EMAIL TO R. JOHNSON RE: SAME (.1) | | | | | | | |
| 12958142 | 06/22/16 | | E-MAIL TO R. JOHNSON RE: MONITOR'S PETITION FOR DIRECT CERTIFICATION. | S16 | | .10 | 01762 | CMS | 53.00 | 18,662.50 |
| 12945269 | 06/23/16 | | REVIEW COC AND PROPOSED ORDER RE: STAY RELIEF TO ALLOW SERVICE OF SUBPOENA | S5 | | .20 | 01761 | LKG | 100.00 | 18,762.50 |
| 12945273 | 06/23/16 | | REVIEW REVISED DRAFT OF CREDITOR NDA AND BLACKLINE | S16 | | .20 | 01761 | LKG | 100.00 | 18,862.50 |
| 12945277 | 06/23/16 | | EMAIL TO R. JOHNSON RE: EMEA PETITION FOR DIRECT CERTIFICATION (.1); EMAIL TO R. JOHNSON RE: MONITOR STATEMENT OF ISSUES ON APPEAL (.1); REVIEW AND ANALYZE EMEA PETITION FOR DIRECT CERTIFICATION (.9); REVIEW AND ANALYZE MONITOR PETITION FOR DIRECT CERTIFICATION (.8) | S16 | | 1.90 | 01761 | LKG | 950.00 | 19,812.50 |
| 12959403 | 06/23/16 | | PREPARE AND CIRCULATE DAILY DOCKET DISTRIBUTION | S1 | | .30 | 01806 | SL | 73.50 | 19,886.00 |
| 12960202 | 06/23/16 | | REVIEW EMEA PETITION FOR DIRECT APPEAL. | S16 | | 1.00 | 01762 | CMS | 530.00 | 20,416.00 |
| 12960203 | 06/23/16 | | REVIEW MONITOR'S PETITION FOR DIRECT APPEAL. | S16 | | 1.00 | 01762 | CMS | 530.00 | 20,946.00 |
| 12960204 | 06/23/16 | | PREPARE FOR WEEKLY COMMITTEE CALL. | S3 | | .30 | 01762 | CMS | 159.00 | 21,105.00 |
| 12960209 | 06/23/16 | | PARTICIPATE IN WEEKLY COMMITTEE CALL. | S3 | | .50 | 01762 | CMS | 265.00 | 21,370.00 |
| 12960213 | 06/23/16 | | REVIEW INFORMAL COMMITTEE DOCUMENT REQUESTS. | S2 | | .30 | 01762 | CMS | 159.00 | 21,529.00 |
| 12960228 | 06/23/16 | | REVIEW BONDHOLDER CONFIDENTIALITY AGREEMENT. | S16 | | .80 | 01762 | CMS | 424.00 | 21,953.00 |
| 12947364 | 06/24/16 | | REVIEW AGENDA FOR 6/28 TELEPHONIC HEARING (.1); EMAIL TO M. FAGEN, A. LORING RE: SAME (.1) | S10 | | .20 | 01761 | LKG | 100.00 | 22,053.00 |
| 12947373 | 06/24/16 | | EMAIL TO C. SAMIS RE: MONITOR AND EMEA PETITIONS FOR DIRECT CERTIFICATION | S16 | | .10 | 01761 | LKG | 50.00 | 22,103.00 |
| 12947381 | 06/24/16 | | REVIEW SNMP BRIEF IN OPPOSITION TO DEBTORS' | S16 | | .70 | 01761 | LKG | 350.00 | 22,453.00 |

```
*******************************************************************************Page 10 of (14)
                                    WHITEFORD, TAYLOR & PRESTON      THRU 06/30/16
BILLING ATTORNEY: 01762  CHRISTOPHER M. SAMIS     DETAILED   BILLING REPORT      AS OF 7/14/2016 9:29:59 AM
                                       PROFORMA NUMBER: 540697       LAST DATE BILLED 06/03/16

CLIENT 091281          OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
                       NORTEL NETWORKS, INC.
MATTER 00001           NORTEL
CASE ID
```

| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | MOTION FOR CLARIFICATION | | | | | | | |
| 12957486 | 06/24/16 | | E-MAILS TO R. JOHNSON RE: DOCKETING OF PETITIONS FOR DIRECT APPEAL IN ALLOCATION APPEAL (.1 X 3). | S16 | | .30 | 01762 | CMS | 159.00 | 22,612.00 |
| 12957487 | 06/24/16 | | E-MAILS TO J. ALBERTO RE: DOCKETING OF PETITIONS FOR DIRECT APPEAL IN ALLOCATION APPEAL (.1 X 2). | S16 | | .20 | 01762 | CMS | 106.00 | 22,718.00 |
| 12959411 | 06/24/16 | | EMAILS WITH C. SAMIS RE DOCKET ITEMS IN APPEAL | S16 | | .10 | 01806 | SL | 24.50 | 22,742.50 |
| 12959413 | 06/24/16 | | PREPARE EMAILS AND APPEAL ATTACHMENTS PER C. SAMIS REQUEST | S1 | | .30 | 01806 | SL | 73.50 | 22,816.00 |
| 12942460 | 06/27/16 | | ATTENTION TO LOGISTICS FOR TELEPHONIC APPEARANCE FOR A. LORING RE: 6/28 TELEPHONIC HEARING. | S10 | | .30 | 01769 | CMM | 72.00 | 22,888.00 |
| 12947078 | 06/27/16 | | CONFERENCE WITH C. SAMIS RE: 6/28 TELEPHONIC STATUS CONFERENCE (.1); EMAIL TO A. LORING RE: SAME (.1); EMAIL TO C. MCALLISTER RE: SAME (.1); ASSIST WITH PREPARATION FOR SAME (.1); EMAIL TO A. LORING RE: SAME (.1) | S10 | | .50 | 01761 | LKG | 250.00 | 23,138.00 |
| 12947087 | 06/27/16 | | REVIEW SNMP AMENDED BRIEF IN OPPOSITION TO MOTION FOR CLARIFICATION | S16 | | .20 | 01761 | LKG | 100.00 | 23,238.00 |
| 12947091 | 06/27/16 | | REVIEW DEBTORS' LETTER RE: DISCOVERY DISPUTE | S16 | | .20 | 01761 | LKG | 100.00 | 23,338.00 |
| 12949576 | 06/27/16 | | REVIEW CRITICAL DATES CALENDAR | S1 | | .10 | 01797 | CDM | 33.00 | 23,371.00 |
| 12944135 | 06/28/16 | | EMAIL FROM K. GOOD RE: ASHURST 88TH MAY 2016 MONTHLY FEE APPLICATION (.1); PREPARE APPLICATION AND EXHIBITS FOR FILING (.2); PREPARE NOTICE AND COS RE: SAME (.2); E-FILE RE: SAME (.3); EMAIL TO DLS RE: SERVICE OF SAME (.1). | S20 | | .90 | 01769 | CMM | 216.00 | 23,587.00 |
| 12944952 | 06/28/16 | | EMAIL TO M. FAGEN RE: ASHURST MAY FEE APPLICATION (.1); EMAIL X2 TO C. MCALLISTER RE: SAME (.1); REVIEW SAME (.2); REVIEW NOTICE AND COS FOR SAME (.1); EMAIL TO C. MCALLISTER RE: FILING AND SERVICE OF SAME (.1) | S20 | | .60 | 01761 | LKG | 300.00 | 23,887.00 |

```
********************************************************************************Page 11 of (14)
                                    WHITEFORD, TAYLOR & PRESTON      THRU 06/30/16
BILLING ATTORNEY: 01762  CHRISTOPHER M. SAMIS    DETAILED   BILLING REPORT         AS OF 7/14/2016 9:29:59 AM
                                         PROFORMA NUMBER: 540697                   LAST DATE BILLED 06/03/16
```

CLIENT 091281        OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
                     NORTEL NETWORKS, INC.
MATTER 00001         NORTEL
CASE ID

| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 12944967 | 06/28/16 | | REVIEW 89TH MONTHLY APPLICATION OF CLEARLY (.2) | S20 | | .20 | 01761 | LKG | 100.00 | 23,987.00 |
| 12955349 | 06/28/16 | | PARTICIPATE IN 6/28/16 HEARING. | S10 | | 2.10 | 01762 | CMS | 1,113.00 | 25,100.00 |
| 12955351 | 06/28/16 | | PREPARE FOR 6/28/16 HEARING. | S10 | | .50 | 01762 | CMS | 265.00 | 25,365.00 |
| 12946538 | 06/29/16 | | REVIEW CHILMARK 75TH MONTHLY APPLICATION (.2) | S20 | | .20 | 01761 | LKG | 100.00 | 25,465.00 |
| 12946541 | 06/29/16 | | REVIEW MAY MOR | S12 | | .30 | 01761 | LKG | 150.00 | 25,615.00 |
| 12946810 | 06/29/16 | | REVIEW/REVISE CRITICAL DATES CALENDAR | S1 | | .10 | 01761 | LKG | 50.00 | 25,665.00 |
| 12947033 | 06/29/16 | | REVIEW AGENDA FOR 6/30 COMMITTEE CALL AND MINUTES FROM 6/23 CALL | S3 | | .10 | 01761 | LKG | 50.00 | 25,715.00 |
| 12947034 | 06/29/16 | | REVIEW BRG SETTLEMENT ANALYSIS | S16 | | .20 | 01761 | LKG | 100.00 | 25,815.00 |
| 12947035 | 06/29/16 | | REVIEW DRAFT COMMITTEE OBJECTION TO PETITIONS FOR PERMISSION TO APPEAL TO THIRD CIRCUIT | S16 | | .80 | 01761 | LKG | 400.00 | 26,215.00 |
| 12949268 | 06/30/16 | | ATTEND 6/30 COMMITTEE CALL | S3 | | 1.00 | 01761 | LKG | 500.00 | 26,715.00 |
| 12960250 | 06/30/16 | | PARTICIPATE IN WEEKLY COMMITTEE CALL. | S3 | | 1.00 | 01762 | CMS | 530.00 | 27,245.00 |
| 12960254 | 06/30/16 | | PREPARE FOR WEEKLY COMMITTEE CALL INCLUDING REVIEW OF BRG MATERIALS AND UPDATED GLOBAL SETTLEMENT MATERIALS. | S3 | | 1.30 | 01762 | CMS | 689.00 | 27,934.00 |

```
                                                                60.30**TIME VALUE TOTAL**      27,934.00
```