# EXHIBIT B

```
*******************************************************************************Page 12 of (14)
                                    WHITEFORD, TAYLOR & PRESTON      THRU 06/30/16
BILLING ATTORNEY: 01762  CHRISTOPHER M. SAMIS    DETAILED  BILLING REPORT     AS OF 7/14/2016 9:29:59 AM
                                    PROFORMA NUMBER: 540697          LAST DATE BILLED 06/03/16
```

CLIENT 091281      OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
                   NORTEL NETWORKS, INC.
MATTER 00001       NORTEL
CASE ID

***DISBURSEMENTS ***

| INDEX | DATE | REFER-# | CODE | CTRL-# | TKPR | | AMOUNT | |
|---|---|---|---|---|---|---|---|---|
| | | | 10 | | | PHOTOCOPIES | | 83.80 |
| 4891117 | 06/08/16 | | 44 | | 01762 | COPIES DLS DISCOVERY - COPY/PRINT; PDF EMAILED TO CLIENT; PRINTING ON LABEL STOCK; POSTAGE; ENVELOPE; HAND DELIVERY W BANKRUPTCY SERVICE | 88.51 | |
| 4891113 | 06/08/16 | | 44 | | 01762 | COPIES DLS DISCOVERY - COPY/PRINT; PDF EMAILED TO CLIENT; PRINTING ON LABEL STOCK; POSTAGE; ENVELOPE; HAND DELIVERY W BANKRUPTCY SERVICE | 147.38 | |
| 4891115 | 06/08/16 | | 44 | | 01762 | COPIES DLS DISCOVERY - COPY/PRINT; PDF EMAILED TO CLIENT; PRINTING ON LABEL STOCK; POSTAGE; ENVELOPE; HAND DELIVERY W BANKRUPTCY SERVICE | 73.42 | |
| 4891116 | 06/08/16 | | 44 | | 01762 | COPIES DLS DISCOVERY - COPY/PRINT; PDF EMAILED TO CLIENT; PRINTING ON LABEL STOCK; POSTAGE; ENVELOPE; HAND DELIVERY W BANKRUPTCY SERVICE | 90.31 | |
| 4891114 | 06/08/16 | | 44 | | 01762 | COPIES DLS DISCOVERY - COPY/PRINT; PDF EMAILED TO CLIENT; PRINTING ON LABEL STOCK; POSTAGE; ENVELOPE; HAND DELIVERY W BANKRUPTCY SERVICE | 75.82 | |
| 4891121 | 06/23/16 | | 44 | | 01762 | DLS DISCOVERY - COPIES-PRINT B/W FROM TIFF; TABS CUSTOM; SLIPSHEET/DOC BREAK; RING BINDERS | 245.03 | |
| 4891119 | 06/23/16 | | 44 | | 01762 | DLS DISCOVERY - COPIES-COPY/PRINT; ENVELOPE; PRINTING ON LABEL STOCK; POSTAGE | 372.51 | |
| 4891118 | 06/23/16 | | 44 | | 01762 | DLS DISCOVERY - COPIES-COPY/PRINT; ENVELOPE; POSTAGE | 962.09 | |
| 4891120 | 06/23/16 | | 44 | | 01762 | DLS DISCOVERY - COPIES-COPY/PRINT; ENVELOPE; POSTAGE ; PDF EMAILED TO CLIENT; HAND DELIVERY W BANKRUPTCY SERVICE | 51.10 | |
| | | | *44 | | | COPIES | | 2,106.17 |
| | | | | | | *TOTAL DISBURSEMENTS* | 2,189.97 | |