**COMPENSATION BY PROJECT CATEGORY**

Nortel Networks, Inc., *et al.*
(Case No. 09-10138 (KG))

July 1, 2016 through July 31, 2016

| Project Category | Total Hours | Total Fees |
|---|---:|---:|
| Fee and Employment Applications | 29.20 | $9,207.00 |
| Litigation | 228.20 | $134,405.50 |
| Canadian CCAA Proceedings/Matters | 25.40 | $14,631.00 |
| U.S. Proceedings/Matters | 1.00 | $580.00 |
| **TOTAL** | 283.8 | $158,823.50 |