**EXPENSE SUMMARY**

Nortel Networks, Inc., *et al.*
(Case No. 09-10138 (KG))

July 1, 2016 through July 31, 2016

| **Expense Category** | **Service Provider (if applicable)** | **Total Expenses** |
|---|---|---|
| Duplicating/Printing | 719 pages@ .10 per page | $71.90 |
| Computer Research | Quicklaw / Westlaw | $10.46 |
| Expert | Herman & Associates | $1,006.46 |
| **Grand Total Expenses** | | **$1,088.82** |