# EXHIBIT A

**CUMULATIVE COMPENSATION BY PROJECT
CATEGORY FOR APPLICATION PERIOD**

Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

July 1, 2016 through July 31, 2016

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

# HOURS/BILLABLE AMOUNTS BY PROJECT
## John Ray-Nortel

**Name:** John J. Ray, III

| | Start Date | End Date |
|---|---|---|
| **Working Dates:** | 7/1/16 | 7/29/16 |
| **Enter Billing Rate/Hr:** | 770.00 | |

| Project No. | Project Name | Hours/Minutes Worked | Billing Rate | Billing Amount |
|---|---|---|---|---|
| 1 | MOR, required monthly/period disclosures, Schedule Admendments, Form 26 | | | |
| 2 | Contracts - assumption/rejection analysis & support, Executory contract review | | | |
| 3 | Claims Matters | | | |
| 4 | Preparation & presentation of financial and other information; cash/expense management; analysis of proposed transactions; assist with business processes | | | |
| 5 | Asset Sales or Other Transactional Support | | | |
| 6 | IT Infrastructure / Data Support | | | |
| 7 | Litigation Support; Attendance and testimony at hearings; Investigation matters at the request of counsel | 86.5 | $770.00 | $66,605.00 |
| 8 | Creditor Meetings; Various administrative matters (Tax, Financial, Board, Employee) | 23.1 | $770.00 | $17,787.00 |
| 9 | Development of Plan of Reorganization; Disclosure Statement | | | |
| 10 | Non-Working Travel | | | |
| 11 | Fee Application | 4.2 | $770.00 | $3,234.00 |
| | **Hours/Billing Amount for Period:** | **113.8** | | **$87,626.00** |

**Nortel TIME SHEET**  113.8
  John Ray

| Enter Date | Description | Professional | Project No. (1-11) | Enter Start Time Hour (1-23) | Enter Start Time Minutes (1-59) | Enter End Time Hour (1-23) | Enter End Time Minutes (1-59) | Hours/ Minutes Worked |
|---|---|---|---|---|---|---|---|---|
| 7/1/16 | Communication with Cleary re allocation and escrow agreements | John Ray | 7 | 1 | 0 | 1 | 45 | 0.8 |
| 7/1/16 | Review of certification petitions | John Ray | 7 | 1 | 0 | 3 | 30 | 2.5 |
| 7/2/16 | Call with Cleary re allocaton | John Ray | 7 | 1 | 0 | 2 | 0 | 1.0 |
| 7/5/16 | Review of analysis in connection with allocation | John Ray | 7 | 1 | 0 | 3 | 15 | 2.3 |
| 7/5/16 | Review of creditor representative input re allocation matters | John Ray | 7 | 1 | 0 | 3 | 30 | 2.5 |
| 7/5/16 | Prepare and file June fee app | John Ray | 11 | 1 | 0 | 5 | 10 | 4.2 |
| 7/6/16 | Further work re alllocation matters | John Ray | 7 | 1 | 0 | 3 | 50 | 2.8 |
| 7/6/16 | Prepare for PBGC meetings | John Ray | 7 | 1 | 0 | 4 | 30 | 3.5 |
| 7/7/16 | Review of various materials related to NNCC dispute | John Ray | 7 | 1 | 0 | 4 | 30 | 3.5 |
| 7/7/16 | SNMP review of clarification order; communication from Cleary related thereto | John Ray | 7 | 1 | 0 | 2 | 45 | 1.8 |
| 7/7/16 | Communications with Cleary re NNCC matter | John Ray | 7 | 1 | 0 | 1 | 50 | 0.8 |
| 7/7/16 | Further work related to NNCC matter | John Ray | 7 | 1 | 0 | 3 | 30 | 2.5 |
| 7/8/16 | Review of material related to NNCC dispute | John Ray | 7 | 1 | 0 | 6 | 15 | 5.3 |
| 7/8/16 | EMEA appeal brief review | John Ray | 7 | 1 | 0 | 1 | 30 | 0.5 |
| 7/9/16 | Further work related to NNCC dispute | John Ray | 7 | 1 | 0 | 4 | 30 | 3.5 |
| 7/10/16 | Call with creditor to respond to inquiry | John Ray | 7 | 1 | 0 | 1 | 45 | 0.8 |
| 7/11/16 | Updates related to allocation matter and review of certain documents | John Ray | 7 | 1 | 0 | 3 | 15 | 2.3 |
| 7/11/16 | Review of analysis prepared by Chilmark and Cleary related to NNCC | John Ray | 7 | 1 | 0 | 6 | 15 | 5.3 |
| 7/11/16 | NDA review and comment | John Ray | 7 | 1 | 0 | 1 | 45 | 0.8 |
| 7/11/16 | Call with Milbank re NNCC | John Ray | 7 | 1 | 0 | 1 | 50 | 0.8 |
| 7/12/16 | Further work related to NNCC dispute | John Ray | 7 | 1 | 0 | 6 | 30 | 5.5 |
| 7/13/16 | NNCC matters; work related to positions | John Ray | 7 | 1 | 0 | 2 | 45 | 1.8 |
| 7/13/16 | Allocation dispute matters | John Ray | 7 | 1 | 0 | 6 | 45 | 5.8 |
| 7/13/16 | NNIII bk filing preparation | John Ray | 8 | 1 | 0 | 3 | 15 | 2.3 |
| 7/14/16 | NNIII bk filing preparation | John Ray | 8 | 1 | 0 | 4 | 50 | 3.8 |
| 7/14/16 | NDA review re allocation | John Ray | 7 | 1 | 0 | 1 | 30 | 0.5 |
| 7/15/16 | Call re allocation | John Ray | 7 | 1 | 0 | 1 | 45 | 0.8 |
| 7/15/16 | NNCC bonds matter | John Ray | 7 | 1 | 0 | 4 | 30 | 3.5 |
| 7/18/16 | NNCC board call | John Ray | 7 | 1 | 0 | 2 | 0 | 1.0 |
| 7/18/16 | Review of claims and agreements between US and Canada | John Ray | 7 | 1 | 0 | 3 | 45 | 2.8 |
| 7/18/16 | Review of documents related to allocation litigation | John Ray | 7 | 1 | 0 | 3 | 30 | 2.5 |
| 7/18/16 | Review of NNIII bk filing documents | John Ray | 8 | 1 | 0 | 4 | 30 | 3.5 |
| 7/19/16 | SNMP matter update | John Ray | 7 | 1 | 0 | 2 | 0 | 1.0 |
| 7/19/16 | Prepare for PBGC meetings | John Ray | 7 | 1 | 0 | 4 | 20 | 3.3 |
| 7/21/16 | NNIII bk filing preparation | John Ray | 8 | 1 | 0 | 4 | 30 | 3.5 |
| 7/21/16 | Review of mattters related to allocation | John Ray | 7 | 1 | 0 | 2 | 15 | 1.3 |
| 7/21/16 | NNIII bk filing preparation | John Ray | 8 | 1 | 0 | 3 | 30 | 2.5 |
| 7/21/16 | PBGC meeting preparation | John Ray | 7 | 1 | 0 | 4 | 30 | 3.5 |
| 7/22/16 | PBGC communication related to claim | John Ray | 7 | 1 | 0 | 2 | 0 | 1.0 |
| 7/23/16 | NNIII bk filing preparation | John Ray | 8 | 1 | 0 | 4 | 0 | 3.0 |
| 7/24/16 | NNIII bk filing preparation | John Ray | 8 | 1 | 0 | 5 | 30 | 4.5 |
| 7/25/16 | Allocation dispute matters | John Ray | 7 | 1 | 0 | 4 | 0 | 3.0 |
| 7/26/16 | NDA matters | John Ray | 7 | 1 | 0 | 1 | 45 | 0.8 |
| 7/27/16 | Work related to allocation litigation | John Ray | 7 | 1 | 0 | 2 | 30 | 1.5 |
| 7/28/16 | Review of materials prepared by Chilmark and Cleary re allocation | John Ray | 7 | 1 | 0 | 2 | 45 | 1.8 |
| 7/29/16 | Review of CA Supreme court leave application | John Ray | 7 | 1 | 0 | 2 | 50 | 1.8 |