| Claim Number | Claimant Name | Allowed Administrative Amount | Allowed Secured Amount | Allowed Priority Amount | Allowed Unsecured Amount | Total Allowed Claim Amount | Debtor |
|---|---|---|---|---|---|---|---|
| 8781 | ARNEDO, RUBEN | $ - | $ - | $ - | $ 26,936.61 | $ 26,936.61 | NORTEL NETWORKS INC. |
| 3944 | COMPUTER SCIENCES CORPORATION | $ - | $ - | $ - | $ 1,568,658.99 | $ 1,568,658.99 | NORTEL NETWORKS INC. |
| 8377 | CROSBY, JOHN, JR. | $ - | $ - | $ - | $ 29,204.65 | $ 29,204.65 | NORTEL NETWORKS INC. |
| 318 | FAIR HARBOR CAPITAL, LLC | $ - | $ - | $ - | $ 1,725.00 | $ 1,725.00 | NORTEL NETWORKS INC. |
| 742-01 | FAIR HARBOR CAPITAL, LLC | $ - | $ - | $ - | $ 33,415.20 | $ 33,415.20 | NORTEL NETWORKS INC. |
| 4721-01 | FAIR HARBOR CAPITAL, LLC | $ - | $ - | $ - | $ 178,566.99 | $ 178,566.99 | NORTEL NETWORKS INC. |
| 5905 | FAIR HARBOR CAPITAL, LLC | $ - | $ - | $ - | $ 6,000.00 | $ 6,000.00 | NORTEL NETWORKS INC. |
| 8139 | FAIR HARBOR CAPITAL, LLC AS | $ - | $ - | $ - | $ 26,117.81 | $ 26,117.81 | NORTEL NETWORKS INC. |
| 8140 | FAIR HARBOR CAPITAL, LLC AS | $ - | $ - | $ - | $ 45,776.44 | $ 45,776.44 | NORTEL NETWORKS INC. |
| 4265 | IL ENVIRONMENTAL PROTECTION AGENCY | $ - | $ - | $ - | $ 2,959.88 | $ 2,959.88 | NORTEL NETWORKS INC. |
| 4392 | ITEL HOUSE (INNINGS TELECOM EUROPE LTD) | $ - | $ - | $ - | $ 447,543.00 | $ 447,543.00 | NORTEL NETWORKS INC. |
| 4393 | ITEL HOUSE (INNINGS TELECOM EUROPE LTD) | $ - | $ - | $ - | $ 9,369.00 | $ 9,369.00 | NORTEL NETWORKS INC. |
| 4394 | ITEL HOUSE (INNINGS TELECOM EUROPE LTD) | $ - | $ - | $ - | $ 352,565.80 | $ 352,565.80 | NORTEL NETWORKS INC. |
| 4448 | ITEL HOUSE (INNINGS TELECOM EUROPE LTD) | $ - | $ - | $ - | $ 33,308.54 | $ 33,308.54 | NORTEL NETWORKS INC. |
| 4450 | ITEL HOUSE (INNINGS TELECOM EUROPE LTD) | $ - | $ - | $ - | $ 432.00 | $ 432.00 | NORTEL NETWORKS INC. |
| 4452 | ITEL HOUSE (INNINGS TELECOM EUROPE LTD) | $ - | $ - | $ - | $ 6,174.00 | $ 6,174.00 | NORTEL NETWORKS INC. |
| 1781 | KUO, JILL HSIU-CHING | $ - | $ - | $ - | $ 16,648.06 | $ 16,648.06 | NORTEL NETWORKS INC. |
| 5650 | SAP AMERICA, INC. | $ - | $ - | $ - | $ 138,967.28 | $ 138,967.28 | NORTEL NETWORKS INC. |
| 5651 | SAP BUSINESS OBJECTS | $ - | $ - | $ - | $ 161,586.00 | $ 161,586.00 | NORTEL NETWORKS INC. |
| 3111 | SHEARMAN & STERLING LLP | $ - | $ - | $ - | $ 1,361.93 | $ 1,361.93 | NORTEL NETWORKS INC. |
| | | $ - | $ - | $ - | $ 3,087,317.18 | $ 3,087,317.18 | |