ACO-112

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

Nos. 16-8049, 16-8050, and 16-8052

In Re: Nortel Networks, Inc., et al.

Canadian Nortel Debtors, Ernst & Young, as Monitor and Foreign Representative of the Canadian Nortel Debtors, The Canadian Nortel Creditors Committee, Wilmington Trust, National Association, solely in its capacity as Successor Indenture Trustee, The Nortel Networks UK Pension Trust Limited, and the Board of the Pension Protection Fund,
Petitioners in No. 16-8049

Alan Robert Bloom, Christopher John Wilkinson Hill,
Alan Michael Hudson, Stephen John Harris, and David Martin Hughes,
as Joint Administrators of EMEA Debtors,
Petitioners in No. 16-8050

Stephen Taylor, Conflicts Administrator for Nortel Networks S.A.,
Petitioner in No. 16-8052

(D. Del. Bk. No. 09-10138)
(D. Del. Civ. Nos. 15-586, 15-622, 15-623, 15-624, 15-627,
15-628, 15-635, 15-636, 15-699, 15-196, and 15-197)

PRESENT:   AMBRO, SHWARTZ, and NYGAARD, <u>Circuit Judges</u>

ORDER

The petitions for leave to appeal pursuant to 28 U.S.C. Section 158(d)(2) are hereby granted.

The appellants in D. Del. Civil Action Nos. 15-586, 15-622, 15-623, 15-624, 15-627, 15-628, 15-635, 15-636, 15-699, 15-196, and 15-197 are hereby ordered to pay an additional fee of $207.00 to the U.S. Bankruptcy Court for the District of Delaware for their respective appeals within 14 days from the date of this order.

Appellant(s) shall notify the Clerk of this Court that the fee has been paid by filing a letter in No. 16-8049.  Upon notification by appellant(s) that the additional fee for the respective appeal has been paid, an appeal will be opened on this Court's general docket.

Once all appeals have been opened, the Court will schedule a management conference with respect to the briefing in these matters.

By the Court,

s/ Thomas L. Ambro
Circuit Judge

Date: August 9, 2016
PDB/cc: All Counsel of Record

A True Copy:

Marcia M. Waldron, Clerk