# Notice Recipients

District/Off: 0311−1        User: SH            Date Created: 8/10/2016
Case: 09−10138−KG           Form ID: van441     Total: 1

**Recipients of Notice of Electronic Filing:**
aty         Jaime Luton Chapman       bankfilings@ycst.com

TOTAL: 1