# Notice Recipients

District/Off: 0311−1     User: SH     Date Created: 8/10/2016
Case: 09−10138−KG     Form ID: van441     Total: 1

**Recipients of Notice of Electronic Filing:**
aty     Selinda A. Melnik     selinda.melnik@dlapiper.com

TOTAL: 1