# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311−1 | User: SH | Date Created: 8/10/2016 |
| Case: 09−10138−KG | Form ID: van441 | Total: 1 |

**Recipients of Notice of Electronic Filing:**
aty     Michael R. Lastowski     mlastowski@duanemorris.com

TOTAL: 1