# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

**In Re:**  
Nortel Networks Inc., et al.  
Allen & Overy LLP,

**Case No.:** 09–10138–KG

**Chapter:** 11

Notice of Filing Fee(s) Due  
Re: Docket # 15893

Dear :Peter Keane for the Ad Hoc Group of Bondholders

- ☐ On , you filed a Motion for Leave to file an Appeal in the above captioned case. A fee in the amount of $ was collected for this motion. On , the motion was granted by the United States District Court. The remaining $ fee for filing a Notice of Appeal is now due.

- ☐ On , you filed a Notice of Appeal in the above captioned case. A filing fee in the amount of $ was due with the filing.

- ☐ On , you filed Schedules/Statements in which additional creditors were added. A filing fee in the amount of $ is due.

- ☑ On 7/20/15, you filed a Request for Certification of Direct Appeal. On 8/9/16, the Court of Appeals entered an Order granting the Request. A fee in the amount of $ 207.00 is now due.

- ☐ On , you filed a Motion for Redaction in the above captioned case. A filing fee in the amount of $ was due with the filing.

- ☐ A Motion to Convert the above case was filed on . Please remit $ fee for the conversion of the Jointly Administered Cases.

- ☐ Pursuant to the Order for Relief entered , the case was converted to a Chapter 11 which requires a $ fee to be paid to the Court.

- ☐ Other:

**Please remit funds to the Court at the following address by no later than 8/24/16.**

**United States Bankruptcy Court**  
**District of Delaware**  
**824 Market Street, 3rd Floor**  
**Wilmington, DE 19801**

A Schedule of Fees which lists fee amounts and appropriate forms of payment are available on the Court's website at www.deb.uscourts.gov. If you have any questions, you may contact the Court at helpdeskde@deb.uscourts.gov or (302) 252–2887.

David D. Bird, Clerk of Court

Date: 8/10/16                                                      By: Sara Hughes, Deputy Clerk

(VAN–441)

(VAN–441)