# Notice Recipients

District/Off: 0311−1        User: SH              Date Created: 8/10/2016
Case: 09−10138−KG           Form ID: van441       Total: 1

**Recipients of Notice of Electronic Filing:**
aty         Peter J. Keane         pkeane@pszjlaw.com

TOTAL: 1