# Notice Recipients

District/Off: 0311−1 | User: SH | Date Created: 8/10/2016
Case: 09−10138−KG | Form ID: van441 | Total: 1

**Recipients of Notice of Electronic Filing:**
aty     Vicente Matias Murrell     murrell.vicente@pbgc.gov

TOTAL: 1