# Notice Recipients

District/Off: 0311−1                   User: SH                        Date Created: 8/10/2016
Case: 09−10138−KG                 Form ID: van441                  Total: 1

**Recipients of Notice of Electronic Filing:**
aty              Kathleen A. Murphy           kathleen.murphy@bipc.com

                                                                                TOTAL: 1