## CERTIFICATE OF SERVICE

I, Tamara K. Minott, certify that I am not less than 18 years of age, and that service of the foregoing **Periodic Report Regarding Value, Operations and Profitability of Entities in Which the Estates of Nortel Networks Inc. and Nortel Networks (CALA) Inc. Hold a Substantial or Controlling Interest** was caused to be made on August 10, 2016, in the manner indicated, upon the entities identified below.

Date: August 10, 2016

           */s/ Tamara K. Minott*
Tamara K. Minott (No. 5643)

**VIA HAND DELIVERY**

Mark Kenney, Esq.
Office of the U.S. Trustee
844 King Street
Suite 2207, Lockbox 35
Wilmington, DE  19801-3519
(Trustee)

Christopher M. Samis, Esq.
L. Katherine Good, Esq.
Whiteford Taylor & Preston LLC
The Renaissance Center
405 N. King Street, Suite 500
Wilmington, DE  19801
(Counsel for Official Committee
Of Unsecured Creditors)

**VIA FIRST CLASS MAIL**

Fred S. Hodara, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY  10036
(Counsel for Official Committee
Of Unsecured Creditors)