## EXHIBIT A

## NORTEL NETWORKS INC., *et al*.
## CASE NO. 09-10138 (KG)

Professional Fees and Expenses
Monthly Fee Application

| Applicant & Docket No. | Time Period Covered | Fees & Expenses Requested in Application | Fees & Expenses Allowed/Awarded | Date Application Filed | Objection Deadline |
|---|---|---|---|---|---|
| Akin Gump Strauss Hauer & Feld LLP<br><br>[Docket No. 17006] | 5/1/16 - 5/31/16 | $371,631.50 (Fees)<br><br>$5,294.18 (Expenses) | $297,305.20 (Fees @ 80%)<br><br>$5,294.18 (Expenses @ 100%) | 7/19/16 | 8/9/16 |