IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X
:
*In re*                                                     :     Chapter 11
                                                            :
Nortel Networks Inc., *et al.*,[1]                          :     Case No. 09-10138 (KG)
                                                            :
                       Debtors.   :     Jointly Administered
                                                            :
                                                            :     **Objection Deadline: August 22, 2016 at 4:00 p.m.**
                                                            :
                                                            :
                                                            :
------------------------------------------------------------X

**REPORT BY THE MERGIS GROUP OF STAFFING AND COMPENSATION EARNED AND EXPENSES INCURRED FOR THE PERIOD OF JUNE 1, 2016 THROUGH JUNE 30, 2016.**

Exhibit A:     Summary of Professionals
Exhibit B:     Summary of Projects and Project Descriptions
Exhibit C:     Summary of Fees and Expenses
Exhibit D:     Summary of Time by Professional
Exhibit E:     Summary of Fees by Project
Exhibit F:     Time Description Detail by Project
Exhibit G:     Summary of Expenses by Category
Exhibit H:     Expense Detail

The Mergis Group ("Mergis") hereby submits this Monthly Staffing Report and Compensation Report (the "Report") for the period, June 1, 2016 through June 30, 2016, describing the name and functions of assigned personnel and for compensation and reimbursement of costs and Expenses received pursuant to its engagement by an order of the Bankruptcy Court entered on May 17, 2013 [D.I. No. 10555].

Mergis' fees for this period are $137,632.00.  Mergis incurred no expenses during this period.

---

[1]     The US Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel/.

Dated: August 11, 2016

_____
Logan Dubois

*Managing Director*

**See Attached for Exhibits A through H**

**See Attached for Exhibits A through H**

# Exhibit A

## The Mergis Group
## Summary of Professionals

Nortel Networks, Inc. et al.
For the period of June 1, 2016 through June 30, 2016

| Professional | Position | Title / Role of Professional |
|---|---|---|
| Timothy C. Ross | Officer | Chief Financial Officer and Corporate Secretary - Management responsibility for all business and finance functions supporting the U.S. Principal Officer in the company operation and liquidation; direct responsibilities include, operating budget oversight, treasury management, general accounting and controls, tax, financial reporting, information technology, human resources, real estate management, and foreign subsidiary wind down. Employee Benefits and Pension Investment Committee member. |
| Kim Ponder | Non-Officer | Associate - General accounting & finance services for accounts payable, payment processing for normal course, intercompany, and professional, claims and litigation settlement disbursement processing, statutory reporting management & oversight. |

# Exhibit B

## The Mergis Group
**Summary of Projects and Project Descriptions**

Nortel Networks, Inc. et al.
For the period of June 1, 2016 through June 30, 2016

| Project | Project Description |
|---|---|
| Administrative | Administrative matters related to the Debtors engagement. Includes board meetings, staff meetings, preparation of miscellaneous statements, surveys, and schedules, miscellaneous document review and execution, electronic minute book maintenance, and office and general case management activities. |
| Bankruptcy Reporting | Assist the Debtors with bankruptcy reporting requirements. Includes the financial reporting preparation & management review of the Monthly Operating Report (MOR), Form 26, Ordinary Course Professionals Report (OCP), US Trustee Fee Report, and related matters for the US Trustee. |
| Cash Management | Support the Debtors with cash flow management activities. Includes treasury systems management and controls, bank service contract oversight, cash flow planning and analysis, accountability for cash flow budget achievement, and cash reporting to estate constituents. |
| Claims Administration | Assist the Debtors with claims matters. Includes claims database systems and controls, data maintenance, analysis and validation, communications, distribution process planning, and claims settlement / distribution execution. |
| Compensation Application | Activities relating to the professional time tracking and preparation of the compensation application. |
| Discovery | Activities driven by requests directed to Nortel Networks Inc. in support of the business divestiture proceeds allocation litigation. Includes data / document extraction and analysis, preparation & presentation of findings, interface with legal counsel, and participate in court hearings. |
| Electronic Data and Document Preservation | Support the Debtors with the preservation of electronic data and hard copy documents. Includes governance and maintenance in compliance with court retention requirements and associated vendor service contract oversight. |
| Entity Liquidation and Wind Down | Assist the Debtors with the liquidation, wind down and/or deregistration of Nortel Networks, Inc. and its subsidiaries and branches (foreign and domestic).Includes the development and execution of step plans to ensure local law and U.S. Bankruptcy Court compliance in areas such as intercompany settlements, debt forgiveness, tax clearance certificates, final account balances; compliance with local and U.S. statutory, tax, financial and other governmental reporting requirements; repatriation of subsidiary or branch cash to parent; and coordinate with and support local accounting and legal professionals in conjunction with of all of the above. |
| Finance and General Accounting | Assist the Debtors with finance and general accounting operations in compliance with US GAAP. Includes statutory financial reporting preparation & review, month and year end close processing, finance systems & controls, journal entry preparation, management review, and posting, account reconciliations, balance sheet analysis, and normal course accounts receivable and payable administration . |

# Exhibit B

## The Mergis Group
**Summary of Projects and Project Descriptions**

Nortel Networks, Inc. et al.
For the period of June 1, 2016 through June 30, 2016

| Project | Project Description |
|---|---|
| Human Resources | Support the Debtors in Human Resources matters. Includes development and execution of Debtors benefit plan termination (health and welfare, 401K, etc.), plan regulatory compliance oversight and reporting (audits, plan boards & committees, etc.) vendor services contract management and oversight, human resource related communications, and HR systems and data maintenance and reporting. |
| Information Technology Operations | Assist the Debtors with the maintenance and support of the Nortel Networks, Inc. residual company information technology infrastructure operations. Includes vendor services and contract oversight, data extraction, back-up, and recovery, and infrastructure problem resolution support. |
| Insurance & Risk Management | Assist the Debtors with insurance and risk management activities. Includes tracking and periodic management review of Debtors insurance coverage; ensuring compliance with established policies, leases, and contracts. Provide service oversight to agent/broker contract. |
| Plan of Reorganization | Assist the Debtors with the preparation of the plan of reorganization and associated disclosure statement. Includes financial analysis and Debtors review. |
| Professional Fee Applications | Assist the Debtors with the payment administration of engaged professionals. Includes financial recording of professional fee applications to Debtors' books and records, reconciliation to Omnibus Fee Order to Debtors' books and records, fee disbursement based on Certificate of No Objection (CNO), and associated year end regulatory reporting. |
| Real Estate Management | Assist the Debtors with lease and real estate matters. Includes property management vendor contract oversight, property management budget achievement accountability and associated financial planning & analysis, lease and sub-lease management / governance, and property marketing activities. |
| Residual Business Operations | Assist the Debtors in the resolution of outstanding residual business operations matters. Includes activities relating to residual business services customer, vendor, and/or buyer contracts and associated receivables, payables, and/or inventory, regulatory and government required business reporting surveys and schedules, and review and action of service of process notifications. |
| Tax Matters | Assist the Debtors with tax matters. Includes vendor service contract oversight, financial analysis support and management review of federal, state, and local Tax returns, claims, and audits, and authorization of tax related matters (annual report filings, settlements, etc.) . |
| Travel | Authorized travel to support Debtors projects. |

# Exhibit C

## The Mergis Group
### Summary of Fees and Expenses

Nortel Networks, Inc. et al.
For the period of June 1, 2016 through June 30, 2016

|  | Fees | Expenses | Total |
|---|---|---|---|
| For the period of June 1, 2016 through June 30, 2016 | $ 137,632.00 | $   -- | $ 137,632.00 |

Exhibit C                              Page 1 of 1

# Exhibit D

## The Mergis Group
## Summary of Time by Professional

Nortel Networks, Inc. et al.
For the period of June 1, 2016 through June 30, 2016

| Professional | Position | Title / Role of Professional | Hours |
|---|---|---|---|
| Timothy C. Ross | Officer | Chief Financial Officer and Corporate Secretary - Management responsibility for all business and finance functions supporting the U.S. Principal Officer in the company operation and liquidation; direct responsibilities include, operating budget oversight, treasury management, general accounting and controls, tax, financial reporting, information technology, human resources, real estate management, and foreign subsidiary wind down. Employee Benefits and Pension Investment Committee member. | 190.50 |
| Kim Ponder | Non-Officer | Associate - General accounting & finance services for accounts payable, payment processing for normal course, intercompany, and professional, claims and litigation settlement disbursement processing, statutory reporting management & oversight. | 177.50 |

| | |
|---|---|
| **Hours for the period of June 1, 2016 through June 30, 2016** | **368.00** |
| Billing Rate | $ 374.00 |
| **Fees for the period of June 1, 2016 through June 30, 2016** | **$ 137,632.00** |

# Exhibit E

## The Mergis Group
## Summary of Fees by Project

Nortel Networks, Inc. et al.
For the period of June 1, 2016 through June 30, 2016

| Project | Project Description | Hours | Fees |
|---|---|---|---|
| Administrative | Administrative matters related to the Debtors engagement. Includes board meetings, staff meetings, preparation of miscellaneous statements, surveys, and schedules, miscellaneous document review and execution, electronic minute book maintenance, and office and general case management activities. | - | $ - |
| Bankruptcy Reporting | Assist the Debtors with bankruptcy reporting requirements. Includes the financial reporting preparation & management review of the Monthly Operating Report (MOR), Form 26, Ordinary Course Professionals Report (OCP), US Trustee Fee Report, and related matters for the US Trustee. | 14.50 | $ 5,423.00 |
| Cash Management | Support the Debtors with cash flow management activities. Includes treasury systems management and controls, bank service contract oversight, cash flow planning and analysis, accountability for cash flow budget achievement, and cash reporting to estate constituents. | 44.00 | $ 16,456.00 |
| Claims Administration | Assist the Debtors with claims matters. Includes claims database systems and controls, data maintenance, analysis and validation, communications, distribution process planning, and claims settlement / distribution execution. | 46.00 | $ 17,204.00 |
| Compensation Application | Activities relating to the professional time tracking and preparation of the compensation application. | 7.50 | $ 2,805.00 |
| Discovery | Activities driven by requests directed to Nortel Networks Inc. in support of the business divestiture proceeds allocation litigation. Includes data / document extraction and analysis, preparation & presentation of findings, interface with legal counsel, and participate in court hearings. | 13.50 | $ 5,049.00 |
| Electronic Data and Document Preservation | Support the Debtors with the preservation of electronic data and hard copy documents. Includes governance and maintenance in compliance with court retention requirements and associated vendor service contract oversight. | 2.50 | $ 935.00 |
| Entity Liquidation and Wind Down | Assist the Debtors with the liquidation, wind down and/or deregistration of Nortel Networks, Inc. and its subsidiaries and branches (foreign and domestic).Includes the development and execution of step plans to ensure local law and U.S. Bankruptcy Court compliance in areas such as intercompany settlements, debt forgiveness, tax clearance certificates, final account balances; compliance with local and U.S. statutory, tax, financial and other governmental reporting requirements; repatriation of subsidiary or branch cash to parent; and coordinate with and support local accounting and legal professionals in conjunction with of all of the above. | 11.50 | $ 4,301.00 |
| Finance and General Accounting | Assist the Debtors with finance and general accounting operations in compliance with US GAAP. Includes statutory financial reporting preparation & review, month and year end close processing, finance systems & controls, journal entry preparation, management review, and posting, account reconciliations, balance sheet analysis, and normal course accounts receivable and payable administration . | 156.50 | $ 58,531.00 |
| Human Resources | Support the Debtors in Human Resources matters. Includes development and execution of Debtors benefit plan termination (health and welfare, 401K, etc.), plan regulatory compliance oversight and reporting (audits, plan boards & committees, etc.) vendor services contract management and oversight, human resource related communications, and HR systems and data maintenance and reporting. | 1.50 | $ 561.00 |
| Information Technology Operations | Assist the Debtors with the maintenance and support of the Nortel Networks, Inc. residual company information technology infrastructure operations. Includes vendor services and contract oversight, data extraction, back-up, and recovery, and infrastructure problem resolution support. | 1.50 | $ 561.00 |
| Insurance & Risk Management | Assist the Debtors with insurance and risk management activities. Includes tracking and periodic management review of Debtors insurance coverage; ensuring compliance with established policies, leases, and contracts. Provide service oversight to agent/broker contract. | 2.50 | $ 935.00 |

# Exhibit E

## The Mergis Group
## Summary of Fees by Project

Nortel Networks, Inc. et al.
For the period of June 1, 2016 through June 30, 2016

| Project | Project Description | Hours | Fees |
|---|---|---|---|
| Plan of Reorganization | Assist the Debtors with the preparation of the plan of reorganization and associated disclosure statement. Includes financial analysis and Debtors review. | - | $ - |
| Professional Fee Applications | Assist the Debtors with the payment administration of engaged professionals. Includes financial recording of professional fee applications to Debtors' books and records, reconciliation to Omnibus Fee Order to Debtors' books and records, fee disbursement based on Certificate of No Objection (CNO), and associated year end regulatory reporting. | 11.50 | $ 4,301.00 |
| Real Estate Management | Assist the Debtors with lease and real estate matters. Includes property management vendor contract oversight, property management budget achievement accountability and associated financial planning & analysis, lease and sub-lease management / governance, and property marketing activities. | 34.50 | $ 12,903.00 |
| Residual Business Operations | Assist the Debtors in the resolution of outstanding residual business operations matters. Includes activities relating to residual business services customer, vendor, and/or buyer contracts and associated receivables, payables, and/or inventory, regulatory and government required business reporting surveys and schedules, and review and action of service of process notifications. | 1.00 | $ 374.00 |
| Tax Matters | Assist the Debtors with tax matters. Includes vendor service contract oversight, financial analysis support and management review of federal, state, and local Tax returns, claims, and audits, and authorization of tax related matters (annual report filings, settlements, etc.). | 19.50 | $ 7,293.00 |
| Travel | Authorized travel to support Debtors projects. | - | $ - |
| **For the period of June 1, 2016 through June 30, 2016** | | **368.00** | **$ 137,632.00** |

# Exhibit F

## The Mergis Group
### Time Description Detail by Project

Nortel Networks, Inc. et al.
For the period of June 1, 2016 through June 30, 2016

| Project / Date | Professional | Project Work Description | Hours |
|---|---|---|---|
| **Bankruptcy Reporting** | | | |
| 6/16/2016 | Timothy C. Ross | Prepared and analyzed Debtors cash receipts and disbursements for the monthly operating report. | 4.00 |
| 6/20/2016 | Timothy C. Ross | Conference call with Debtors consultant | 0.50 |
| 6/20/2016 | Timothy C. Ross | Prepared Debtors monthly operating report | 4.00 |
| 6/21/2016 | Timothy C. Ross | Prepared Debtors monthly operating report | 5.00 |
| 6/27/2016 | Timothy C. Ross | Received, researched, and responded to Debtors counsel (ML) | 1.00 |
| **Bankruptcy Reporting Total** | | | **14.50** |
| **Cash Management** | | | |
| 6/1/2016 | Kim Ponder | FCB deposit | 0.50 |
| 6/1/2016 | Timothy C. Ross | Reviewed Debtors payment proposal, prepared and analyzed cash flow requirements and executed Treasury funding transactions. | 2.00 |
| 6/1/2016 | Timothy C. Ross | Reviewed and authorized Debtors bank deposits. | 0.50 |
| 6/2/2016 | Timothy C. Ross | Reviewed, authorized, and released Debtors disbursements. | 2.00 |
| 6/3/2016 | Timothy C. Ross | Reviewed, authorized, and released Debtors foreign subsidiary disbursements | 0.50 |
| 6/7/2016 | Kim Ponder | Correspondence with Citibank re: address change. | 0.50 |
| 6/8/2016 | Kim Ponder | VEBA deposit. | 0.50 |
| 6/8/2016 | Timothy C. Ross | Worked Debtors banking matters | 1.00 |
| 6/8/2016 | Timothy C. Ross | Reviewed Debtors payment proposal, prepared and analyzed cash flow requirements and executed Treasury funding | 3.00 |
| 6/9/2016 | Timothy C. Ross | Reviewed, authorized, and released Debtors disbursements. | 2.50 |
| 6/10/2016 | Kim Ponder | FCB deposit. | 0.50 |
| 6/10/2016 | Timothy C. Ross | Worked Debtors banking issue | 1.00 |
| 6/10/2016 | Timothy C. Ross | Reviewed and authorized Debtors bank deposits. | 0.50 |
| 6/13/2016 | Kim Ponder | FCB deposit. | 0.50 |
| 6/13/2016 | Timothy C. Ross | Worked Debtors banking matters | 1.00 |
| 6/14/2016 | Kim Ponder | Communication with Citibank regarding outstanding item. | 0.50 |
| 6/14/2016 | Kim Ponder | Prepared package re: signature card update. | 0.50 |
| 6/14/2016 | Kim Ponder | FCB deposit. | 0.50 |
| 6/14/2016 | Timothy C. Ross | Reviewed and authorized Debtors bank deposits. | 0.50 |
| 6/15/2016 | Timothy C. Ross | Reviewed, authorized, and release Debtors foreign subsidiary disbursements | 0.50 |
| 6/15/2016 | Timothy C. Ross | Reviewed and authorized Debtors bank deposits. | 0.50 |
| 6/15/2016 | Timothy C. Ross | Reviewed Debtors payment proposal, prepared and analyzed cash flow requirements and executed Treasury funding transactions. | 2.50 |
| 6/17/2016 | Timothy C. Ross | Analyzed cash receipts and disbursement variance to budget / published results to US Principal Officer. | 2.00 |
| 6/17/2016 | Timothy C. Ross | Reviewed, authorized, and released Debtors disbursements. | 2.00 |
| 6/17/2016 | Timothy C. Ross | Worked Debtors treasury management matters with bank staff (SW) | 1.00 |
| 6/17/2016 | Timothy C. Ross | Updated Debtors 2016+ Budget package. | 1.00 |
| 6/20/2016 | Kim Ponder | FCB deposit. | 0.50 |
| 6/20/2016 | Timothy C. Ross | Reviewed and authorized Debtors bank deposits. | 0.50 |
| 6/22/2016 | Timothy C. Ross | Reviewed Debtors payment proposal, prepared and analyzed cash flow requirements and executed Treasury funding transactions. | 2.00 |
| 6/23/2016 | Timothy C. Ross | Reviewed, authorized, and released Debtors disbursements. | 3.00 |
| 6/24/2016 | Timothy C. Ross | Reviewed, authorized, and released Debtors foreign subsidiary disbursements | 0.50 |
| 6/27/2016 | Kim Ponder | Telephone conversations with Citibank re: electronic processing issue. | 1.00 |
| 6/28/2016 | Kim Ponder | FCB deposit. | 0.50 |
| 6/28/2016 | Kim Ponder | Follow up with Citibank re: processing issue. | 1.00 |
| 6/28/2016 | Timothy C. Ross | Reviewed, authorized, and released Debtors foreign subsidiary disbursements | 1.00 |
| 6/28/2016 | Timothy C. Ross | Reviewed and authorized Debtors bank deposits. | 0.50 |
| 6/29/2016 | Timothy C. Ross | Reviewed Debtors payment proposal, prepared and analyzed cash flow requirements and executed Treasury funding transactions. | 2.50 |
| 6/30/2016 | Timothy C. Ross | Reviewed, authorized, and released Debtors disbursements. | 3.00 |
| **Cash Management Total** | | | **44.00** |
| **Claims Administration** | | | |
| 6/2/2016 | Timothy C. Ross | Reviewed and responded to Debtors financial consultant request | 2.00 |
| 6/6/2016 | Timothy C. Ross | Reviewed and responded to Debtors financial consultant request (MK) | 1.00 |
| 6/7/2016 | Timothy C. Ross | Intercompany reconciliation | 1.50 |
| 6/8/2016 | Timothy C. Ross | Conference call with Debtors financial advisor (MK) and wind down consultant (MC) | 1.00 |
| 6/10/2016 | Timothy C. Ross | Received, reviewed, and responded to Debtors financial advisor (MK) correspondence | 2.00 |
| 6/10/2016 | Timothy C. Ross | Conference call with Debtors financial advisor (MK) and wind down consultant (MC) | 0.50 |
| 6/10/2016 | Timothy C. Ross | Researched and responded to Debtors financial advisor (MK) request | 1.00 |
| 6/10/2016 | Timothy C. Ross | Follow-up on Debtors affiliate payment matter | 0.50 |
| 6/14/2016 | Timothy C. Ross | Researched and responded to Debtors financial advisor (MK) request | 1.00 |
| 6/14/2016 | Timothy C. Ross | Received, reviewed, and responded to Debtors financial advisor (MK) request | 0.50 |
| 6/15/2016 | Timothy C. Ross | Reviewed and provided comments to Debtors financial advisor (MK) | 0.50 |
| 6/15/2016 | Timothy C. Ross | Updated Debtors G&A allocation model for May 2016 actual results. | 1.00 |
| 6/15/2016 | Timothy C. Ross | Conference call with Debtors counsel (LS, JB), financial advisor (MK) and wind down consultant (MC) | 1.00 |
| 6/15/2016 | Timothy C. Ross | Received, researched, and responded to Debtors financial advisor (MK) request | 0.50 |
| 6/15/2016 | Timothy C. Ross | Updated budget analysis for Debtors financial advisor (MK) and reviewed with him via conference call | 0.50 |
| 6/16/2016 | Timothy C. Ross | Conference call with Debtors financial advisor (MK) | 0.50 |
| 6/16/2016 | Timothy C. Ross | Follow-up on claims payment | 0.50 |
| 6/20/2016 | Timothy C. Ross | Conference call with Debtors consultant | 0.50 |
| 6/21/2016 | Kim Ponder | Received and researched certain claims. | 8.00 |
| 6/21/2016 | Timothy C. Ross | Received, reconciled, and responded to Debtors financial advisor (MK) request | 1.00 |
| 6/22/2016 | Kim Ponder | Researched certain claims. | 4.00 |
| 6/23/2016 | Timothy C. Ross | Received, researched, and responded to Debtors wind down consultant (MC) request | 2.00 |
| 6/24/2016 | Kim Ponder | Received request and researched historical vendor data. | 4.50 |
| 6/24/2016 | Timothy C. Ross | Conference call with Debtors financial advisor (MK) and wind down consultant (MC) | 0.50 |
| 6/27/2016 | Timothy C. Ross | Worked actions taken from 6/24 conference call with Debtors financial advisor (MK) and wind down consultant (MC) | 2.00 |
| 6/29/2016 | Kim Ponder | Claims research. | 8.00 |
| 6/29/2016 | Timothy C. Ross | Received, reviewed, and actioned Debtors claims matters | 0.50 |

## Exhibit F

### The Mergis Group
### Time Description Detail by Project

Nortel Networks, Inc. et al.
For the period of June 1, 2016 through June 30, 2016

| Project | Date | Professional | Project Work Description | Hours |
|---|---|---|---|---|
| | 6/29/2016 | Timothy C. Ross | Refreshed GA Allocation Data. | 1.00 |
| | 6/30/2016 | Timothy C. Ross | Received, reviewed, and actioned request from Debtors counsel (ML) | 0.50 |
| **Claims Administration Total** | | | | **46.00** |

**Compensation Application**

| | Date | Professional | Project Work Description | Hours |
|---|---|---|---|---|
| | 6/3/2016 | Kim Ponder | Compensation application preparation re: update of timekeeping records. | 0.50 |
| | 6/3/2016 | Timothy C. Ross | Compensation application preparation re: update of timekeeping records. | 0.50 |
| | 6/7/2016 | Timothy C. Ross | Prepared DRAFT Mergis staffing & compensation report for CGSH review | 2.00 |
| | 6/10/2016 | Kim Ponder | Compensation application preparation re: update of timekeeping records. | 0.50 |
| | 6/10/2016 | Timothy C. Ross | Compensation application preparation re: update of timekeeping records. | 0.50 |
| | 6/16/2016 | Timothy C. Ross | Received, reviewed, updated and finalized Mergis Staffing & Compensation report with CGSH edits and submitted to MNAT for court filing | 1.00 |
| | 6/17/2016 | Kim Ponder | Compensation application preparation re: update of timekeeping records. | 0.50 |
| | 6/17/2016 | Timothy C. Ross | Compensation application preparation re: update of timekeeping records. | 0.50 |
| | 6/24/2016 | Kim Ponder | Compensation application preparation re: update of timekeeping records. | 0.50 |
| | 6/24/2016 | Timothy C. Ross | Compensation application preparation re: update of timekeeping records. | 0.50 |
| | 6/30/2016 | Timothy C. Ross | Compensation application preparation re: update of timekeeping records. | 0.50 |
| **Compensation Application Total** | | | | **7.50** |

**Discovery**

| | Date | Professional | Project Work Description | Hours |
|---|---|---|---|---|
| | 6/3/2016 | Timothy C. Ross | Received, reviewed, and responded to Debtors discovery matters | 1.00 |
| | 6/10/2016 | Timothy C. Ross | Received, reviewed and responded to request from counsel (PC) | 1.00 |
| | 6/13/2016 | Timothy C. Ross | Researched and responded to Debtors request from counsel (JP,PC) | 1.00 |
| | 6/13/2016 | Timothy C. Ross | Conference call with Debtors counsel (JP, PC) | 0.50 |
| | 6/14/2016 | Timothy C. Ross | Reviewed and responded to Debtors counsel (PC) | 1.00 |
| | 6/14/2016 | Timothy C. Ross | Compiled profit and loss statements at request of Debtors counsel (PC) | 1.50 |
| | 6/14/2016 | Timothy C. Ross | Received, reviewed, and actioned Debtors service of process notification. | 0.50 |
| | 6/20/2016 | Timothy C. Ross | Received, reviewed, and responded to Debtors counsel (PC) | 0.50 |
| | 6/22/2016 | Timothy C. Ross | Conference call with Debtors counsel (JP, DH) | 0.50 |
| | 6/24/2016 | Timothy C. Ross | Received, researched, and responded to Debtors counsel (JP) request | 5.00 |
| | 6/27/2016 | Timothy C. Ross | Conference call with Debtors counsel (JP) | 0.50 |
| | 6/28/2016 | Timothy C. Ross | Conference call with Debtors counsel (JP) | 0.50 |
| **Discovery Total** | | | | **13.50** |

**Electronic Data and Document Preservation**

| | Date | Professional | Project Work Description | Hours |
|---|---|---|---|---|
| | 6/1/2016 | Timothy C. Ross | Review documents / files for retention | 2.00 |
| | 6/1/2016 | Timothy C. Ross | Conference call with Debtors counsel (KH) | 0.50 |
| **Electronic Data and Document Preservation Total** | | | | **2.50** |

**Entity Liquidation and Wind Down**

| | Date | Professional | Project Work Description | Hours |
|---|---|---|---|---|
| | 6/1/2016 | Timothy C. Ross | Received, reviewed, and responded to Debtors foreign subsidiary tax professionals | 0.50 |
| | 6/2/2016 | Timothy C. Ross | Conference call with Debtors counsel (KH, RE, MR, RR) | 0.50 |
| | 6/2/2016 | Timothy C. Ross | Received, reviewed, and responded to Debtors foreign subsidiary matters | 1.00 |
| | 6/3/2016 | Kim Ponder | Prepared documentation packages. | 0.50 |
| | 6/3/2016 | Timothy C. Ross | Conference call with Debtors foreign subsidiary tax professionals (EY) and Debtors counsel (MR, KH) | 1.00 |
| | 6/3/2016 | Timothy C. Ross | Conference call with Debtors counsel (KH) | 0.50 |
| | 6/9/2016 | Timothy C. Ross | Received reviewed and responded to Debtors counsel | 0.50 |
| | 6/16/2016 | Timothy C. Ross | Conference call with Debtors counsel (KH, MR) | 0.50 |
| | 6/27/2016 | Timothy C. Ross | Conference call with Debtors wind down consultant (MC) | 1.50 |
| | 6/27/2016 | Timothy C. Ross | Researched and responded to questions from 6/27 conference call with Debtors wind down consultant (MC) | 2.00 |
| | 6/29/2016 | Timothy C. Ross | Received, researched, and responded to Debtors counsel (KH, MC) | 0.50 |
| | 6/30/2016 | Timothy C. Ross | Prepared response to Debtors wind down consultant request (MC) | 1.00 |
| | 6/30/2016 | Timothy C. Ross | Conference call with Debtors Counsel (KH, MR, RR) | 0.50 |
| | 6/30/2016 | Timothy C. Ross | Reviewed materials and prepared for meeting with Debtors counsel (KH, MR). | 1.00 |
| **Entity Liquidation and Wind Down Total** | | | | **11.50** |

**Finance and General Accounting**

| | Date | Professional | Project Work Description | Hours |
|---|---|---|---|---|
| | 6/1/2016 | Kim Ponder | Posted cash receipts. | 0.50 |
| | 6/1/2016 | Kim Ponder | Normal course payables | 1.00 |
| | 6/1/2016 | Kim Ponder | Month end close. | 4.50 |
| | 6/2/2016 | Kim Ponder | Historical data management. | 3.00 |
| | 6/3/2016 | Kim Ponder | Normal course payables | 2.00 |
| | 6/3/2016 | Kim Ponder | Month end close. | 1.00 |
| | 6/3/2016 | Timothy C. Ross | Worked Debtors general accounting matters | 2.00 |
| | 6/6/2016 | Kim Ponder | Month end close. | 7.00 |
| | 6/6/2016 | Timothy C. Ross | Reviewed and authorized residual invoices. | 0.50 |
| | 6/6/2016 | Timothy C. Ross | Prepared and submitted residual staff time report. | 0.50 |
| | 6/6/2016 | Timothy C. Ross | Prepared physical asset inventory transfer analysis | 2.00 |
| | 6/6/2016 | Timothy C. Ross | Worked Debtors general accounting matters | 2.00 |
| | 6/7/2016 | Kim Ponder | Normal course payables | 2.00 |
| | 6/7/2016 | Kim Ponder | Normal course payables | 2.00 |
| | 6/7/2016 | Kim Ponder | Intercompany reconciliation. | 3.50 |
| | 6/7/2016 | Timothy C. Ross | Worked Debtors general accounting matters | 2.00 |
| | 6/8/2016 | Kim Ponder | Posted cash receipts. | 0.50 |
| | 6/8/2016 | Kim Ponder | Normal course payables | 2.00 |
| | 6/8/2016 | Kim Ponder | Intercompany documentation. | 1.00 |
| | 6/8/2016 | Kim Ponder | Month end close. | 3.00 |
| | 6/8/2016 | Timothy C. Ross | Received, reviewed, and responded to Debtors counsel (LS) | 0.50 |
| | 6/8/2016 | Timothy C. Ross | Worked Debtors general accounting matters | 2.00 |

# Exhibit F

## The Mergis Group
## Time Description Detail by Project

Nortel Networks, Inc. et al.
For the period of June 1, 2016 through June 30, 2016

| Project | Date | Professional | Project Work Description | Hours |
|---|---|---|---|---|
| | 6/9/2016 | Kim Ponder | Normal course payables | 3.00 |
| | 6/9/2016 | Kim Ponder | Month end close. | 5.00 |
| | 6/9/2016 | Timothy C. Ross | Prepared Debtors equipment sale invoices | 1.00 |
| | 6/9/2016 | Timothy C. Ross | Reviewed and authorized Debtors foreign subsidiary month end journal entries | 0.50 |
| | 6/9/2016 | Timothy C. Ross | Worked Debtors general accounting matters | 2.00 |
| | 6/9/2016 | Timothy C. Ross | Prepared financial statements in response to Debtors financial advisor (MK) request | 1.00 |
| | 6/10/2016 | Kim Ponder | Posted cash receipt. | 0.50 |
| | 6/10/2016 | Kim Ponder | Month end close. | 6.50 |
| | 6/13/2016 | Kim Ponder | Posted cash receipts. | 0.50 |
| | 6/13/2016 | Kim Ponder | Month end close. | 7.00 |
| | 6/13/2016 | Timothy C. Ross | Prepared and submitted Debtors residual staffing time reports. | 0.50 |
| | 6/13/2016 | Timothy C. Ross | Worked Debtors foreign subsidiary matters | 0.50 |
| | 6/13/2016 | Timothy C. Ross | Worked Debtors general accounting matters | 2.00 |
| | 6/13/2016 | Timothy C. Ross | Reviewed and authorized Debtors Bank reconciliations. | 2.00 |
| | 6/14/2016 | Kim Ponder | Month end QB backups and reporting. | 4.00 |
| | 6/14/2016 | Kim Ponder | GL reconciliations. | 1.00 |
| | 6/14/2016 | Kim Ponder | Posted cash receipt. | 0.50 |
| | 6/14/2016 | Kim Ponder | Normal course payables | 1.00 |
| | 6/14/2016 | Timothy C. Ross | Prepared interco/affiliate AR/AP reporting and reconciled balances | 3.00 |
| | 6/15/2016 | Kim Ponder | Normal course payables | 1.50 |
| | 6/15/2016 | Kim Ponder | GL reconciliations. | 4.50 |
| | 6/15/2016 | Kim Ponder | Q2 intercompany settlement. | 1.00 |
| | 6/16/2016 | Kim Ponder | Normal course payables | 3.00 |
| | 6/17/2016 | Kim Ponder | Normal course payables | 2.00 |
| | 6/17/2016 | Kim Ponder | Annuity reconciliation and conference call with vendor. | 2.00 |
| | 6/17/2016 | Kim Ponder | Various email and follow up. | 2.00 |
| | 6/17/2016 | Kim Ponder | Posted CALA deposit from distribution. | 0.50 |
| | 6/17/2016 | Timothy C. Ross | Reviewed and authorized Debtors residual consultant invoices for disbursement. | 0.50 |
| | 6/20/2016 | Kim Ponder | Normal course payables | 1.00 |
| | 6/20/2016 | Kim Ponder | Posted cash receipts. | 0.50 |
| | 6/20/2016 | Kim Ponder | Intercompany billing. | 0.50 |
| | 6/20/2016 | Kim Ponder | Draft 27th-29th OCP statements. | 6.00 |
| | 6/20/2016 | Timothy C. Ross | Prepared and submitted residual staffing time reports. | 0.50 |
| | 6/20/2016 | Timothy C. Ross | Prepared intercompany invoices | 0.50 |
| | 6/21/2016 | Kim Ponder | Normal course payables | 2.00 |
| | 6/21/2016 | Kim Ponder | Reviewed OCP draft filings. | 1.00 |
| | 6/22/2016 | Kim Ponder | Normal course payables | 3.00 |
| | 6/22/2016 | Timothy C. Ross | Received, reconciled, and responded to Debtors intercompany claim request | 2.00 |
| | 6/23/2016 | Kim Ponder | Intercompany reconciliation. | 4.00 |
| | 6/23/2016 | Kim Ponder | QB vendor master maintenance. | 0.50 |
| | 6/23/2016 | Kim Ponder | Historical data management. | 2.50 |
| | 6/23/2016 | Kim Ponder | Received and responded to request re: annuities. | 0.50 |
| | 6/23/2016 | Timothy C. Ross | Worked Debtors intercompany confirmation request | 2.00 |
| | 6/24/2016 | Timothy C. Ross | Received, reviewed, and responded to Debtors intercompany confirmation questions (RR) | 0.50 |
| | 6/27/2016 | Kim Ponder | Intercompany research. | 1.50 |
| | 6/27/2016 | Kim Ponder | Normal course payables | 1.50 |
| | 6/27/2016 | Kim Ponder | Month end close. | 4.00 |
| | 6/27/2016 | Timothy C. Ross | Received, researched and responded to Debtors financial advisor (MK) request | 1.00 |
| | 6/28/2016 | Kim Ponder | Posted cash receipts. | 0.50 |
| | 6/28/2016 | Kim Ponder | Normal course payables | 2.00 |
| | 6/28/2016 | Kim Ponder | QB vendor maintenance. | 0.50 |
| | 6/28/2016 | Kim Ponder | Month end processing. | 2.00 |
| | 6/28/2016 | Timothy C. Ross | Prepared and submitted Debtors residual staff time reports. | 0.50 |
| | 6/28/2016 | Timothy C. Ross | Worked Debtors finance and accounting matters | 1.50 |
| | 6/29/2016 | Timothy C. Ross | Reviewed and authorized Debtors GL account reconciliations. | 3.00 |
| | 6/30/2016 | Kim Ponder | Normal course payables | 4.00 |
| | 6/30/2016 | Kim Ponder | Month end close. | 1.50 |
| | 6/30/2016 | Kim Ponder | Correspondence with Deloitte Guatemala. | 1.00 |
| | 6/30/2016 | Kim Ponder | Historical data management. | 2.00 |
| **Finance and General Accounting Total** | | | | **156.50** |

**Human Resources**

| | Date | Professional | Description | Hours |
|---|---|---|---|---|
| | 6/8/2016 | Timothy C. Ross | Received, reviewed, and responded to Debtors external reporting matters | 0.50 |
| | 6/9/2016 | Timothy C. Ross | Reviewed and authorized refunds to the Debtors health and welfare trust. | 0.50 |
| | 6/30/2016 | Kim Ponder | Received and responded to former employee SSA inquiry. | 0.50 |
| **Human Resources Total** | | | | **1.50** |

**Information Technology Operations**

| | Date | Professional | Description | Hours |
|---|---|---|---|---|
| | 6/3/2016 | Timothy C. Ross | Prepared and invoiced NNUK for Q22016 charges | 0.50 |
| | 6/7/2016 | Timothy C. Ross | Reconciled time to agreement and authorized IT consultants for payment. | 0.50 |
| | 6/8/2016 | Timothy C. Ross | Received, reviewed, and responded to Debtors IT matters | 0.50 |
| **Information Technology Operations Total** | | | | **1.50** |

**Insurance & Risk Management**

| | Date | Professional | Description | Hours |
|---|---|---|---|---|
| | 6/7/2016 | Timothy C. Ross | Follow-up with Debtors insurance agent | 0.50 |
| | 6/7/2016 | Timothy C. Ross | Follow-up with Debtors insurance agent | 0.50 |
| | 6/28/2016 | Timothy C. Ross | Worked Debtors insurance matters | 1.00 |
| | 6/29/2016 | Timothy C. Ross | Worked Debtors insurance matters | 0.50 |
| **Insurance & Risk Management Total** | | | | **2.50** |

**Professional Fee Applications**

# Exhibit F

## The Mergis Group
### Time Description Detail by Project

Nortel Networks, Inc. et al.
For the period of June 1, 2016 through June 30, 2016

| Project | Date | Professional | Project Work Description | Hours |
|---|---|---|---|---|
|  | 6/3/2016 | Kim Ponder | Processed fee applications filed by Professionals. | 4.00 |
|  | 6/6/2016 | Kim Ponder | Received, researched and responded to inquiry from Professional. | 1.00 |
|  | 6/8/2016 | Kim Ponder | Processed fee applications filed by Professionals. | 1.00 |
|  | 6/15/2016 | Kim Ponder | Processed fee application filed by Professional. | 0.50 |
|  | 6/24/2016 | Kim Ponder | Reconciled Fee Examiner reports to QB. | 3.00 |
|  | 6/28/2016 | Kim Ponder | Processed fee applications filed by Professionals. | 1.00 |
|  | 6/29/2016 | Timothy C. Ross | Worked Debtors professional fee matters from counsel (LS) | 0.50 |
|  | 6/30/2016 | Kim Ponder | Processed fee application filed by Professional. | 0.50 |
| **Professional Fee Applications Total** | | | | **11.50** |

**Real Estate Management**

| Date | Professional | Project Work Description | Hours |
|---|---|---|---|
| 6/1/2016 | Kim Ponder | Prepared packages to subtenants. | 1.50 |
| 6/2/2016 | Kim Ponder | Office relocation. | 5.00 |
| 6/1/2016 | Timothy C. Ross | Residual office move. | 3.00 |
| 6/2/2016 | Timothy C. Ross | Residual office move. | 3.00 |
| 6/6/2016 | Timothy C. Ross | Received, reviewed, and responded to Debtors property management matters | 0.50 |
| 6/7/2016 | Timothy C. Ross | Received, reviewed, and responded to Debtors property management matters | 0.50 |
| 6/7/2016 | Timothy C. Ross | Worked Debtors property management matters with site property manager (AL, KE) | 1.00 |
| 6/9/2016 | Timothy C. Ross | Reviewed and executed Debtors property management equipment sale agreement | 0.50 |
| 6/15/2016 | Timothy C. Ross | Meeting with Debtors subtenant (BM) and property manager (AL, KE) | 2.00 |
| 6/16/2016 | Timothy C. Ross | Prepared rent roll for RTP | 0.50 |
| 6/16/2016 | Timothy C. Ross | Prepared subtenant rental income and invoicing | 1.50 |
| 6/16/2016 | Timothy C. Ross | Worked Debtor property management matters | 0.50 |
| 6/20/2016 | Timothy C. Ross | Received, researched, and responded to Debtors wind down consultant (RP) | 0.50 |
| 6/20/2016 | Timothy C. Ross | Worked Debtors property management matters | 1.00 |
| 6/21/2016 | Timothy C. Ross | Meeting with Debtors subtenant (BM) and property manager (AL, DC, JR) | 3.00 |
| 6/22/2016 | Timothy C. Ross | Conference call with Debtors engineering consultant (TP), property manager (AL, KE), wind down consultant (KS) and counsel (PM, CC, HM) | 2.00 |
| 6/23/2016 | Timothy C. Ross | Worked Debtors property management matters | 1.00 |
| 6/23/2016 | Timothy C. Ross | Worked Debtor property management matters | 0.50 |
| 6/24/2016 | Timothy C. Ross | Received, reviewed, and responded to Debtors wind down consultant (RP) | 0.50 |
| 6/27/2016 | Timothy C. Ross | Worked Debtors property management matters | 1.00 |
| 6/28/2016 | Kim Ponder | Correspondence with City of Richardson and Cushman Wakefield representative. | 0.50 |
| 6/28/2016 | Timothy C. Ross | Received, researched and responded to Debtors counsel (ML) | 1.00 |
| 6/28/2016 | Timothy C. Ross | Worked Debtors property management matters | 1.50 |
| 6/28/2016 | Timothy C. Ross | Worked Debtors property management matters | 1.00 |
| 6/30/2016 | Timothy C. Ross | Prepared response to Debtors counsel (ML) | 1.00 |
| 6/30/2016 | Timothy C. Ross | Received, reviewed, and responded to Debtors property management matters | 0.50 |
| **Real Estate Management Total** | | | **34.50** |

**Residual Business Operations**

| Date | Professional | Project Work Description | Hours |
|---|---|---|---|
| 6/6/2016 | Timothy C. Ross | Prepared environmental reserve analysis and authorized payment of professional fees for payment. | 1.00 |
| **Residual Business Operations Total** | | | **1.00** |

**Tax Matters**

| Date | Professional | Project Work Description | Hours |
|---|---|---|---|
| 6/2/2016 | Timothy C. Ross | Conference call with Debtors branch tax professional (TF) and counsel (RR) | 0.50 |
| 6/3/2016 | Timothy C. Ross | Reviewed and executed Debtors foreign subsidiary tax matters | 1.00 |
| 6/3/2016 | Timothy C. Ross | Received, reviewed and executed Debtors foreign branch matters | 0.50 |
| 6/3/2016 | Timothy C. Ross | Worked Debtors tax matters | 0.50 |
| 6/6/2016 | Timothy C. Ross | Updated foreign bank account daily balances | 0.50 |
| 6/6/2016 | Timothy C. Ross | Received, reviewed, and responded to Debtors foreign subsidiary tax professional correspondence (PJ) | 1.00 |
| 6/7/2016 | Timothy C. Ross | Received, reviewed, and responded to Debtors tax matters | 0.50 |
| 6/8/2016 | Timothy C. Ross | Received, researched, and responded to Debtors wind down consultant (KS) | 0.50 |
| 6/9/2016 | Timothy C. Ross | Received, reviewed, and responded to Debtors foreign subsidiary tax matters | 0.50 |
| 6/10/2016 | Timothy C. Ross | Updated foreign bank account daily balances | 0.50 |
| 6/10/2016 | Timothy C. Ross | Received, reviewed, and actioned Debtors property tax matters | 0.50 |
| 6/10/2016 | Timothy C. Ross | Received, reviewed, and reexecuted Debtors tax matters | 0.50 |
| 6/13/2016 | Timothy C. Ross | Received, reviewed, and responded to Debtors foreign subsidiary tax professional request | 0.50 |
| 6/13/2016 | Timothy C. Ross | Received, reviewed, and responded to Debtors tax matters | 0.50 |
| 6/14/2016 | Timothy C. Ross | Received, reviewed, and responded to Debtors foreign brach tax matters | 0.50 |
| 6/14/2016 | Timothy C. Ross | Reviewed and authorized Debtors foreign subsidiary tax matters | 0.50 |
| 6/15/2016 | Kim Ponder | Correspondence with EY (E Graham) re: CT Corporation renewals. | 0.50 |
| 6/16/2016 | Kim Ponder | Received and responded to EY inquiry. | 0.50 |
| 6/16/2016 | Kim Ponder | Prepared analysis requested by EY. | 5.50 |
| 6/17/2016 | Timothy C. Ross | Received, reviewed, and responded to Debtors tax professional (DK) | 0.50 |
| 6/17/2016 | Timothy C. Ross | Updated foreign bank account daily balances | 0.50 |
| 6/22/2016 | Timothy C. Ross | Received, reviewed, and responded to Debtors foreign subsidiary matters | 0.50 |
| 6/22/2016 | Timothy C. Ross | Received, reviewed, and responded to Debtors counsel (RR) | 0.50 |
| 6/22/2016 | Timothy C. Ross | Conference call with Debtors foreign subsidiary tax professional (AG) and Debtors Counsel (KH, MR) | 0.50 |
| 6/23/2016 | Timothy C. Ross | Meeting with Debtors tax professional | 0.50 |
| 6/24/2016 | Timothy C. Ross | Updated foreign bank account daily balances | 0.50 |
| 6/29/2016 | Timothy C. Ross | Updated foreign bank account daily balances | 0.50 |
| **Tax Matters Total** | | | **19.50** |

For the period of June 1, 2016 through June 30, 2016                                                                                                                          368.00

**Exhibit G**

**The Mergis Group**
**Summary of Expenses By Category**

**Nortel Networks, Inc. et al.**
For the period of June 1, 2016 through June 30, 2016

| Expense Category | Expenses |
|---|---|
| Airfare | - |
| Lodging | - |
| Meals | - |
| Parking | - |
| Ground Transportation | - |
| Office Expense | - |
| Professional | - |
| Miscellaneous | - |
| **For the period of June 1, 2016 through June 30, 2016** | $ - |

# Exhibit H

## The Mergis Group
### Expense Detail

Nortel Networks, Inc. et al.
For the period of June 1, 2016 through June 30, 2016

| Date (s) Incurred | Name of Professional | Purpose | Location Visited | |
|---|---|---|---|---|
| | **Expense Category** | Vendor | | **Expenses** |
| | Airfare | | | - |
| | Lodging | | | - |
| | Meals | | | - |
| | Parking | | | - |
| | Ground Transportation | | | - |
| | Office Expense | | | - |
| | Professional | | | - |
| | Miscellaneous | | | - |
| | Total | | $ | - |
| Date (s) Incurred | Name of Professional | Purpose | Location Visited | |
| | **Expense Category** | Vendor | | **Expenses** |
| | Airfare | | | - |
| | Lodging | | | - |
| | Meals | | | - |
| | Parking | | | - |
| | Ground Transportation | | | - |
| | Office Expense | | | - |
| | Professional | | | - |
| | Miscellaneous | | | - |
| | Total | | $ | - |
| Date (s) Incurred | Name of Professional | Purpose | Location Visited | |
| | **Expense Category** | Vendor | | **Expenses** |
| | Airfare | | | - |
| | Lodging | | | - |
| | Meals | | | - |
| | Parking | | | - |
| | Ground Transportation | | | - |
| | Office Expense | | | - |
| | Professional | | | - |
| | Miscellaneous | | | - |
| | Total | | $ | - |
| Date (s) Incurred | Name of Professional | Purpose | Location Visited | |
| | **Expense Category** | Vendor | | **Expenses** |
| | Airfare | | | - |
| | Lodging | | | - |
| | Meals | | | - |
| | Parking | | | - |
| | Ground Transportation | | | - |
| | Office Expense | | | - |
| | Professional | | | - |
| | Miscellaneous | | | - |
| | Total | | $ | - |

For the period of June 1, 2016 through June 30, 2016     $ -