# Exhibit B

### EXPENSE SUMMARY

Nortel Networks, Inc., *et al.*
(Case No. 09-10138 (KG))

July 1, 2016 through July 31, 2016

| **Expense Category** | **Service Provider (if applicable)** | **Total Expenses** |
|---|---|---|
| Court Costs | | $1,767.00 |
| Photos/Art/Spec Duplicating | Out of Office | 1,922.80 |
| Meals | | 25.78 |
| Messenger Services | | 100.00 |
| Courier/Delivery Service | | 158.06 |
| In House Duplicating | | 1.60 |
| Postage | | 43.54 |
| Facsimile | | 28.00 |
| Paralegal Overtime | | 60.50 |
| Conference Calls | | 283.00 |
| **Total Expenses** | | **$4,390.28** |

Nortel Networks, Inc.  
63989-DIP  
DATE: 08/11/16 13:53:09

PRO FORMA   405016          AS OF 07/31/16          INVOICE# ******

**COST ENTRIES**

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1426742 | 07/01/16 | B | 25.00 | Court Costs - CITIZENS BANK - USDC-DE - PRO H FEE - D. HARRINGTON - 7/1/16 | 503 | 000 | 219263 |
| 1426751 | 07/06/16 | B | 25.00 | Court Costs - CITIZENS BANK - USDC-DE - PRO H FEE FOR J. BROMLEY - 7/6/16 | 503 | 000 | 219263 |
| 1426781 | 07/26/16 | B | 1,717.00 | Court Costs - CITIZENS BANK - USBC-DE - FILIN FEE - PETITION - 7/26/16 | 503 | 000 | 219263 |
| 1421223 | 06/22/16 | B | 1,922.80 | Photos/Art/Spec Duplicating-Out of Office - D DISCOVERY - BANKRUPTCY SERVICE - 6/22/16 | 510 | 971 | 218522 |
| 1423824 | 01/15/16 | B | 25.78 | Meals - ANDREW REMMING - REIMBURSEMENT OF ADD MEAL EXPENSES FOR NORTEL MEDIATION - NYC - 1/14/16 - 1/15/16 | 512 | 961 | 218779 |
| 1420693 | 07/01/16 | B | 5.00 | Messenger Service - to UST | 513S | 684 | |
| 1420705 | 07/01/16 | B | 5.00 | Messenger Service - to USBC | 513S | 684 | |
| 1420716 | 07/05/16 | B | 5.00 | Messenger Service - to Sullivan Hazeltine | 513S | 684 | |
| 1420717 | 07/05/16 | B | 5.00 | Messenger Service - to Trustee | 513S | 684 | |
| 1420718 | 07/05/16 | B | 5.00 | Messenger Service - to USBC | 513S | 684 | |
| 1420730 | 07/06/16 | B | 5.00 | Messenger Service - to Trustee | 513S | 684 | |
| 1420736 | 07/06/16 | B | 5.00 | Messenger Service - to USDC | 513S | 168 | |
| 1420752 | 07/06/16 | B | 5.00 | Messenger Service - to USDC | 513S | 546 | |
| 1420764 | 07/07/16 | B | 5.00 | Messenger Service - to USBC | 513S | 684 | |
| 1424042 | 07/11/16 | B | 5.00 | Messenger Service - to USDC | 513S | 684 | |
| 1424076 | 07/13/16 | B | 5.00 | Messenger Service - to Whiteford | 513S | 684 | |
| 1424077 | 07/13/16 | B | 5.00 | Messenger Service - to Trustee | 513S | 684 | |
| 1424091 | 07/13/16 | B | 5.00 | Messenger Service - to USBC | 513S | 684 | |
| 1424092 | 07/13/16 | B | 5.00 | Messenger Service - to USBC | 513S | 684 | |
| 1424093 | 07/13/16 | B | 5.00 | Messenger Service - to Whiteford | 513S | 684 | |
| 1424140 | 07/19/16 | B | 5.00 | Messenger Service - to Trustee | 513S | 684 | |
| 1426351 | 07/27/16 | B | 5.00 | Messenger Service - to Trustee | 513S | 684 | |
| 1426357 | 07/27/16 | B | 5.00 | Messenger Service - to Trustee | 513S | 971 | |
| 1426358 | 07/27/16 | B | 5.00 | Messenger Service - to USBC | 513S | 971 | |
| 1426387 | 07/29/16 | B | 5.00 | Messenger Service - to Trustee | 513S | 684 | |
| 1421598 | 07/01/16 | B | 69.14 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 218602 |

Nortel Networks, Inc.  PRO FORMA 405016   AS OF 07/31/16   INVOICE# ******
63989-DIP
DATE: 08/11/16 13:53:09

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1421858 | 07/08/16 | B | 24.95 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 218661 |
| 1421387 | 07/08/16 | B | 12.88 | Courier/Delivery Service | 514 | 322 | 218565 |
| 1424289 | 07/13/16 | B | 18.05 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 218836 |
| 1425070 | 07/18/16 | B | 6.90 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 218991 |
| 1425623 | 07/29/16 | B | 26.14 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 219120 |
| 1420584 | 07/01/16 | B | 6.60 | Postage | 520 | 684 | |
| 1420592 | 07/02/16 | B | 11.61 | Postage | 520 | 684 | |
| 1420597 | 07/05/16 | B | 2.08 | Postage | 520 | 684 | |
| 1423992 | 07/13/16 | B | 7.86 | Postage | 520 | 684 | |
| 1423994 | 07/13/16 | B | 4.08 | Postage | 520 | 684 | |
| 1424011 | 07/18/16 | B | 5.34 | Postage | 520 | 684 | |
| 1424812 | 07/28/16 | B | 5.97 | Postage | 520 | 684 | |
| 1421225 | 06/27/16 | B | 28.00 | Facsimile - DLS DISCOVERY - FAX BROADCAST - 6/27/16 | 522H | 684 | 218524 |
| 1421345 | 07/08/16 | B | 22.00 | Paralegal Overtime | 530S | 594 | |
| 1424468 | 07/08/16 | B | 22.00 | Paralegal Overtime | 530S | 594 | |
| 1424474 | 07/15/16 | B | 16.50 | Paralegal Overtime | 530S | 594 | |
| 1420043 | 07/08/16 | B | 1.10 | In-House Printing - black & white Call time: 16:42; to | 541 | 961 | |
| 1423673 | 07/21/16 | B | 0.25 | In-House Printing - color | 542 | 971 | |
| 1423674 | 07/21/16 | B | 0.25 | In-House Printing - color | 542 | 971 | |
| 1421160 | 06/07/16 | B | 44.00 | Conference Calls - COURTCALL - CONFERENCE SERVICES - #7641450 - 6/1/16 | 552H | 000 | 218488 |
| 1421161 | 06/07/16 | B | 44.00 | Conference Calls - COURTCALL - CONFERENCE SERVICES - #7643577 - 6/1/16 | 552H | 000 | 218488 |
| 1426747 | 06/28/16 | B | 65.00 | Conference Calls - CITIZENS BANK - COURTCALL CONFERENCE SERVICES FOR D. ABBOTT - #7689910 6/28/16 | 552H - | 000 | 219263 |
| 1426748 | 06/28/16 | B | 65.00 | Conference Calls - CITIZENS BANK - COURTCALL CONFERENCE SERVICES FOR A. REMMING - #7689923 6/28/16 | 552H - | 000 | 219263 |
| 1426749 | 06/28/16 | B | 65.00 | Conference Calls - CITIZENS BANK - COURTCALL CONFERENCE SERVICES FOR D. HERRINGTON - #7691511 - 6/28/16 | 552H | 000 | 219263 |
| | | | 4,390.28 | | | | |