**Exhibit B**

**McGregor Proof of Claim**

# PROOF OF CLAIM

**United States Bankruptcy Court for the District of Delaware**
Nortel Networks Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5075
New York, NY 10150-5075

| In Re: | Chapter 11 |
|---|---|
| Nortel Networks Inc., et al. | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| Name of Debtor Against Which Claim is Held | Case No. of Debtor |

Filed: USBC - District of Delaware
Nortel Networks Inc., Et Al.
09-10138 (KG)     0000008772

**THIS SPACE IS FOR COURT USE ONLY**

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503. A separate claim form must be used for claims asserted under 11 U.S.C. § 503(b)(9).

**Name and address of Creditor:** (and name and address where notices should be sent if different from Creditor)

Douglas J. McGregor
2083 County Road 13
Picton, Ontario
Canada K0K 2T0

Telephone number: 613 476 0462   Email Address: djmcgregor@gmail.com

Name and address where payment should be sent (if different from above)

Telephone number:     Email Address:

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are filing a claim against any of the Canadian Debtors for the same claim herein in their creditor protection proceedings pending in Canada.

FILED / RECEIVED
NOV 26 2014
EPIQ BANKRUPTCY SOLUTIONS, LLC

1. **Amount of Claim as of Date Case Filed:** $ __$511,945.38 as of date of claim__

   If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.
   If all or part of your claim is entitled to priority, complete Item 5.
   ☑ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges.

2. **Basis for Claim:** __US pension not payable by PBGC - (see attached)__
   (See instruction #2 on reverse side.)

3. Last four digits of any number by which creditor identifies debtor: __SIN: 2677__
   3a. Debtor may have scheduled account as: _____
   (See instruction #3a on reverse side.)

4. **Secured Claim** (See instruction #4 on reverse side.)
   Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

   Nature of property or right of setoff:  ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
   Describe: _____
   Value of Property: $ _____    Annual Interest Rate _____ %

   Amount of arrearage and other charges as of time case filed included in secured claim, if any:
   $ _____   Basis for perfection: _____

   Amount of Secured Claim: $ _____    Amount Unsecured: $ _____

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

   Specify the priority of the claim:

   ☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
   ☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
   ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
   ☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
   ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
   ☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(__).

   **Amount entitled to priority:**
   $ _____

6. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. *(See definition of "redacted" on reverse side.)*
   DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
   If the documents are not available, please explain:

**FOR COURT USE ONLY**

| Date: | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. |
|---|---|
| Nov. 13, 2014 | *[signed]* |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

*Doug McGregor*
*2083 County Road 13*
*Picton, Ontario*
*K0K 2T0*
*CANADA*
*613-476-0462 Tel & Fax*
*djmcgregor@gmail.com*

To:   United States Bankruptcy Court for the District of Delaware
      Nortel Networks Claims Processing Center
      c/o Epiq Bankruptcy Solutions, LLC
      FDR Station, P.O. Box 5075
      New York, NY 10150-5075

Date: November 19, 2014

Subject:          Additional Claim – US Pension

To whom it may concern,

The claim I am submitting arises from a letter received from the Pension Benefit Guaranty Corporation (PBGC) dated Sept 24, 2014. In this letter PBGC notified me that I am not to be paid pension for a portion of my US service (while offshore) and are clawing back that portion that was previously paid (see attachment A).

While employed in Nortel this service issue was being discussed and Nortel valued the pension for this portion of my service (as of July 2005) at $297,190.93 - attachment B. (Until we received the PBGC letter we believed the issue to have been resolved). The amount of this claim is that base amount appreciated at 6% compounded annually consistent with other documents I received from Deloitte concerning this matter.

| Principal | Int | Period | Net |
|---|---|---|---|
| $297,190.93 | 6% | 9.33 | $511,945.38 |

*CONFIDENTIALITY NOTICE*
*This FAX transmission may contain information that is confidential or legally privileged. If you are not the intended recipient, or a person responsible for delivering it, you are hereby requested not to read this transmission and that any disclosure, copying, printing, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify the sender by return e-mail or FAX and delete the original. Thank you for your cooperation.*

*Doug McGregor*
*2083 County Road 13*
*Picton, Ontario*
*K0K 2T0*
*CANADA*
*613-476-0462 Tel & Fax*
*djmcgregor@gmail.com*


Yours sincerely,

D.J. McGregor

CONFIDENTIALITY NOTICE
This FAX transmission may contain information that is confidential or
legally privileged. If you are not the intended recipient, or a person
responsible for delivering it, you are hereby requested not to read this transmission and that any
disclosure, copying, printing, distribution or use of any of the information contained in or attached
to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error,
please immediately notify the sender by return e-mail or FAX and delete the original. Thank you for
your cooperation.

**PBGC** PBGC/Benefits Admin & Payment Dept
P.O. Box 151750
Alexandria VA 22315-1750

# Attachment A

403
September 24, 2014

PBGC Case Number:  21391900
Plan Name:  NORTEL NETWORKS RETIREMENT INCOME PLAN

DOUGLAS J MCGREGOR
2083 COUNTY RD #13 RR #3
PICTON K0K2T0
 CANADA

Dear DOUGLAS J MCGREGOR:

We have finished our review of your benefit under the pension plan (named above) and have determined that the estimated monthly benefit you are receiving, $1738.35, is more than the monthly benefit of $217.99 to which you are entitled. PBGC calculated your benefit, as shown on the enclosed benefit statement, using your plan's provisions and the rules set by Congress.

Your benefit is paid in the form of a Joint and 75% Survivor Annuity. The Joint and 75% Survivor Annuity provides you with a reduced monthly benefit for the rest of your life. Thereafter, your surviving beneficiary will receive 75% of your benefit for the rest of your beneficiary's life.

Because the amount you are entitled to is less than the amount you have been receiving, you have been overpaid $89792.31. This amount may include overpayments you received in the past if your estimated benefit was previously adjusted. PBGC will collect the overpayment by reducing your monthly benefit to $196.19. To minimize the impact of this adjustment, we charge no interest and, in most cases, we spread the adjustment over the expected duration of your benefit. Once the overpayment has been repaid, we will start paying you, $217.99 per month.

You can find information about limits on payments made by PBGC on our website at www.pbgc.gov/about/faq/pg/general-faqs-about-pbgc.html .

This is PBGC's formal determination of your benefit. You have the right to appeal this determination if you provide a specific reason that the determination is wrong. Your appeal must be in writing and filed with the PBGC's Appeals Board within 45 days of the date of this letter. If you simply have a question about how your benefit was calculated, you should call us for an explanation instead of filing an appeal. But please note that the time you have to file an appeal will not be extended unless you specifically request an extension within the 45-day period. The enclosed pamphlet, *Your Right to Appeal*, explains more about filing an appeal.

If you do not appeal, we anticipate that your benefit will be adjusted starting 12/01/2014. If you do appeal, your benefit will not change until the Appeals Board issues its decision.

If you have any questions, or need assistance, please call our Customer Contact Center at **1 (800) 400-7242**, Monday through Friday, 8:00 a.m. – 7:00 p.m. ET. If you use a TTY/ASCII, call **1 (800) 877-8339**, and ask the relay operator to call our telephone number. Or, you may

**Pension Benefit Guaranty Corporation**
**U.S. Government Agency**



write to:  PBGC/Benefits Admin & Payment Dept, P.O. Box 151750 , Alexandria VA  22315-1750.  Please include your customer ID number: 4305880, PBGC case number: 21391900, and a daytime telephone number.

Please keep this letter in your records for future reference.

Sincerely,

*Suzie Charles*

Suzie Charles
FBA Pension Benefit Analyst
Field Benefit Administration

Enclosures:
Your Right to Appeal
(Printed) Benefit Statement



Case 09-10138-MFW    Doc 17079-2    Filed 08/11/16    Page 7 of 9

| | |
|---|---|
| Privacy Act Data | **Benefit Statement** |
| DOUGLAS MCGREGOR | 08/19/2014 08:47 AM |
| | Page 1 of 3 |

### NORTEL NETWORKS RETIREMENT INCOME PLAN

PBGC Case Number: 21391900
Date of Plan Termination (DOPT): July 17, 2009

Please verify the following information. If you find discrepancies, contact PBGC at 1-800-400-7242.

### YOUR BENEFIT SUMMARY

#### Participant's Information

| | |
|---|---|
| Name: | DOUGLAS MCGREGOR |
| Social Security Number: | XXX-XX-2677 |
| Gender: | Male |
| Date of Birth: | |
| Date of Hire: | 11/27/1976 |
| Date of Termination of Employment: | 10/01/2005 |
| Normal Retirement Date (NRD): | 01/01/2020 |

#### Beneficiary's Information

| | |
|---|---|
| Name: | LYNDA MCGREGOR |
| Social Security Number: | XXX-XX-0195 |
| Date of Birth: | |

#### Summary of Participant's Benefits

| | |
|---|---|
| Actual Retirement Date (ARD): | 01/01/2010 |
| Current Estimated Monthly Benefit: | $1,738.35 |
| PBGC Monthly Benefit at ARD: | $217.99 |
| Form of Annuity: | Joint-and-75% Survivor Annuity |

Your current estimated monthly benefit of $1,738.35 will decrease to $217.99 due to a difference in your monthly benefit formula and your years of Benefit Service. See the Benefit Calculation section for further details.

Your benefit has not been affected by any PBGC limitations.



Attachment B -
extract of letter from Daniel Ray (Nortel)
to Doug McGregor dated July 14, 2005



company has agreed to make and will not be paid again in the future. If you choose to return to your assignment, you will not be eligible for this payment in the future.

Your employee contributions and company matching contributions and associated earnings/losses made prior to your assignment have been left in your Plan account since you met the requirements for participation during this period. This amount totaled $59,395.87 as of June 10, 2005.

As mentioned above, you were not eligible to participate in the pension plan after the period you went on your international assignment. However, Nortel Networks will compensate you for the value of the pension payments that you would have received for this period. The amount of your payment is $297,190.93 and a check will be prepared by Nortel's Accounts Payable department and mailed to your address soon.

You will receive a United States Internal Revenue Service Form 1099s from the 401(k) trustee and W-2s from Nortel for the two Accounts Payable payments. Since the Global Tax Equalization Policy does not apply to these payments, any tax due on these payments, whether US, host country or third country, will be entirely your responsibility. Our outside counsel has stated that because you were not subject to United States tax at the time you made contributions to the LTIP, these payments may not be subject to U.S. tax, however, they may be taxable in another country in which you paid taxes during these years. We strongly recommend that you consult with a tax advisor to discuss these issues.

Please let me know if you have questions.

Sincerely,


Daniel Ray
Global Benefits
Nortel Networks Inc.


Cc: Paula Holden
    Angie Lannom



From: MCGREGOR, 2083 COUNTY RD #13, DILTON, ON

To: CLAIMS PROCESSING
NORTEL NETWORKS INC
℅ EPIQ BANKRUPTCY SOLUTIONS, LLC
NEW YORK       NY
10150-5075
FDR STN, P.O. BOX 5075

FILED / RECEIVED NOV 26 2014

EG 021 617 805 CA