# Exhibit C

**Derry Proof of Claim**

| United States Bankruptcy Court for the District of Delaware | | PROOF OF CLAIM |
|---|---|---|
| Nortel Networks Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5075<br>New York, NY 10150-5075 | | |
| In Re:<br>Nortel Networks Inc., et al.<br>Debtors. | Chapter 11<br>Case No. 09-10138 (KG)<br>Jointly Administered | Filed: USBC - District of Delaware<br>Nortel Networks Inc., Et Al.<br>09-10138 (KG)    0000003905 |
| Name of Debtor Against Which Claim is Held<br>NORTEL NETWORKS INC. | Case No. of Debtor<br>09-10138 (KG) | |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503. A separate claim form must be used for claims asserted under 11 U.S.C. § 503(b)(9).

THIS SPACE IS FOR COURT USE ONLY

Name and address of Creditor : (and name and address where notices should be sent if different from Creditor)

NNI (MERGE2.DBF,SCHED_NO) SCHEDULE #: 100765420*****
LEE DERRY
1144 GILBERT
DOWNERS GROVE, IL 60515

Telephone number:       Email Address:

Name and address where payment should be sent (if different from above)

Telephone number:       Email Address:

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are filing a claim against any of the Canadian Debtors for the same claim herein in their creditor protection proceedings pending in Canada.

Your claim is scheduled by the Debtor as:
UNSECURED
UNLIQUIDATED
UNDETERMINED

1. Amount of Claim as of Date Case Filed: $ **10,779.85**

   If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.
   If all or part of your claim is entitled to priority, complete Item 5.

   ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges.

2. Basis for Claim: **NON-QUALIFIED RETIREMENT BENEFIT**
   (See instruction #2 on reverse side.)

3. Last four digits of any number by which creditor identifies debtor: **6270**
   3a. Debtor may have scheduled account as: _____
   (See instruction #3a on reverse side.)

4. Secured Claim (See instruction #4 on reverse side.)
   Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

   Nature of property or right of setoff:   ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
   Describe: _____

   Value of Property: $_____   Annual Interest Rate _____%

   Amount of arrearage and other charges as of time case filed included in secured claim, if any:
   $_____   Basis for perfection: _____

   Amount of Secured Claim: $_____   Amount Unsecured: $ **10,779.85**

5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.

   Specify the priority of the claim:

   ☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
   ☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
   ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
   ☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
   ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
   ☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

   Amount entitled to priority:
   $_____

6. Credits: The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. Documents: Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See definition of "redacted" on reverse side.)
DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

FOR COURT USE ONLY

FILED / RECEIVED
SEP 2 5 2009
EPIQ BANKRUPTCY SOLUTIONS, LLC

Date: **9-23-2009**

Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

September 23, 2009

Re: Nortel Bankruptcy

Please note that the Nortel/Mercer (Segal Co.) calculations for my non-qualified retirement benefit are significantly in error. Per the attached benefit calculation, generated on February 5, 2004 the annuitized payout of $9.21 was based on a lump sum of $10.779.85.

While the numbers generated were preliminary at the time, I have attached copies of both my qualified and non-qualified pay vouchers that exactly match the numbers on the form. I questioned the low monthly non-qualified annuity in 2004 and Nortel assured me their calculations were correct. I am therefore basing my claim on the number that was given to me as appropriate and accurate.

Sincerely,

Lee Derry
630-969-7480

# NORTEL NETWORKS INC. PENSION SERVICE PLAN
# BENEFIT CALCULATION STATEMENT



| | |
|---|---|
| Employee Name | DERRY, LEE |
| Social Security Number: | |
| Vested Status: | Yes |
| Vesting Service: | 18 |
| Benefit Service: | 18 |
| NNL Service Credits: | |
| Qualified Final Average Earnings: | $149,524.90 |
| Unlimited Final Average Earnings: | $157,170.18 |
| Accumulated Percentage Credits: | 141.00% |
| Grandfathered Benefit Calculated: | Yes |

| | |
|---|---|
| Calculation Type: | Projection |
| Date of Hire: | March 16, 1987 |
| Plan Eligible Date: | March 16, 1987 |
| Employee Date of Birth: | October 09, 1948 |
| Spouse Date of Birth: | |
| Termination Date: | March 23, 2004 |
| Standard Severance End Date: | August 17, 2004 |
| Vacation Days: | 0 |
| Calculation End Date: | August 17, 2004 |
| Retirement Date: | September 01, 2004 |

## IMMEDIATE QUALIFIED RETIREMENT BENEFITS - Age 56 – Benefit Start Date: September 01, 2004

| Payment Options | Employee | | Beneficiary |
|---|---|---|---|
| Life Only Amount: | $1,904.47 | | |
| 10 Year Certain: | $1,837.81 | | |
| 50% J & S: | $ | | $ |
| 75% J & S: | $ | | $ |
| 100% J & S: | $ | | $ |
| *Lump Sum: | $266,117.59 | - Payable on Benefit Start Date plus process time | |

*Qualified Lump Sums of $5,000 or less will be automatically paid in 1 payment. Employees may roll their Lump Sum over to a tax deferred plan or IRA. Surviving spouses may roll their Lump Sum over to an IRA. Rollover is Not available to other Beneficiaries.

## IMMEDIATE NON-QUALIFIED RETIREMENT BENEFITS - Age 56 – Benefit Start Date: September 01, 2004

| Payment Options | Employee | | Beneficiary |
|---|---|---|---|
| Life Only Amount: | $9.21 | | |
| 10 Year Certain: | $8.89 | | |
| 50% J & S: | $ | | $ |
| 75% J & S: | $ | | $ |
| 100% J & S: | $ | | $ |
| *Lump Sum: | $10,779.85 | - Payable on Benefit Start Date plus process time | |

*A Non-qualified Lump Sum benefit of *less than 50%* of your unlimited FAE is paid as a one-time Lump Sum; if it is *50% or more* of your unlimited FAE, it is paid as a 15 Year Term Certain monthly payment. Rollover to a tax deferred Plan or IRA is NOT available to any recipient of a Non-Qualified Retirement Benefit.

## QUALIFIED Normal Retirement Benefit
### Age 65 – Start Date: November 01, 2013

| Payment Options | Employee | Beneficiary |
|---|---|---|
| Life Only Amount: | $3,165.31 | |
| 10 Year Certain: | $2,912.09 | |
| 50% J & S: | $ | $ |
| 75% J & S: | $ | $ |
| 100% J & S: | $ | $ |

Lump Sum to be determined at actual retirement date.

## NON-QUALIFIED Normal Retirement Benefit
### Age 65 - Start Date: November 01, 2013

| Payment Options | Employee | Beneficiary |
|---|---|---|
| Life Only Amount: | $15.30 | |
| 10 Year Certain: | $14.08 | |
| 50% J & S: | $ | $ |
| 75% J & S: | $ | $ |
| 100% J & S: | $ | $ |

Lump Sum to be determined at actual retirement date.

*Note:* This Benefit Calculation Statement presents your pension benefits based on your personal data & applicable tables in effect on the date the calculation was prepared. Since this data & the tables change over time, a final calculation will be completed immediately prior to your actual Retirement/Benefit Start Date based on the data & tables in effect on the date the final calculation is prepared. This final calculation will be used to determine your payable benefit. If you attained age 50 with at least 4 years of vesting service as of December 31, 1998, you are eligible for Grandfather benefits under the prior plan. If the Grandfather clause applies, your benefits were calculated using the current plan provisions AND the prior plan provisions. The benefit amounts on this statement, including lump sum payments, are based upon the greater of the two formulas. **The written provisions of the Nortel Networks Retirement Income Plan (as it applies to Pension Service Plan Members) determines the amount of the benefit that will be paid to you. You may not rely on any error in this benefit calculation statement (whether caused by data entry, the calculation process, erroneous data in the system, or any other cause) to grant you rights to a benefit greater than that described for you under the terms of the Plan.**

Calculation ID: 101121 Prepared on February 05, 2004



Please send all correspondence to:

Nortel Pension Service Center
PO Box 994
Deerfield IL 60015



1-866-667-8358
0001/NNQ1-04MURRAY

On the reverse side of this document, you will find: Electronic Deposit Authorization, Address Correction Form, Important Federal Tax Election Notice.

## EARNINGS STATEMENT
### NORTEL NETWORKS INC.

| Check Number | Payable Date | Reference Number | ID Number | Client / Plan |
|---|---|---|---|---|
| 0030613014 | 09-01-2008 | 000014176 | | 0001/NNQ1 |

024636  BNN  00032J
LEE DERRY
1144 GILBERT
DOWNERS GROVE IL 60515

| EARNINGS | THIS PERIOD | YEAR-TO-DATE |
|---|---|---|
| RESTORATION | $9.21 | $82.89 |
| GROSS PAY | $9.21 | $82.89 |

| DEDUCTIONS | THIS PERIOD | YEAR-TO-DATE |
|---|---|---|
| FEDERAL | $0.00 | $0.00 |
| IL STATE | $0.28 | $2.52 |
| TOTAL DEDUCTIONS | $0.28 | $2.52 |

| NET PAY | $8.93 | |
|---|---|---|

### WITHHOLDING ELECTIONS
CURRENT FEDERAL WITHHOLDING ELECTIONS
Married 3 Exemptions(s)
CURRENT IL STATE WITHHOLDING ELECTIONS
Single 0 Exemptions(s)

### IMPORTANT NOTES
If you have any questions about this payment or you would like to make a change to your address, update your tax withholding elections or instruct us to send your payment direct deposit, please contact the Nortel Pension Service Center at 1-866-667-8358.

**Federal Tax Election Form** (please complete only one of the following)
1) ☐ I certify that I am exempt from Federal withholding.
2) ☐ I want to have Federal income tax withheld from my payment based on the elections I have indicated below:
   ☐ Single  ☐ Married  ☐ Head of Household   # of Exemptions_____
   Additional Amount Withheld $_____

Under penalties of perjury, I certify that I am entitled to the above elections.
Requests for flat dollar amount withholding, or any election options that are not consistent with those which are stated on this form will not be processed.

Required Signature _____  Phone # (_____) _____-_____

**IL State Tax Election Form** (please complete only one of the following)
1) ☐ I do not want State income tax withheld from my payment.
2) ☐ I want to have State income tax withheld from my payment based on the elections I have indicated below:
   ☐ Single  ☐ Married   # of Exemptions_____
   Additional Amount Withheld $_____

Date ___/___/___

0001/NNQ1
000014176    0821080030613014MMC024636





Please send all correspondence to:

Nortel Pension Service Center
PO Box 994
Deerfield IL 60015



1-866-667-8358
0001/NL5-04MURRAY

On the reverse side of this document, you will find: Electronic Deposit Authorization, Address Correction Form, Important Federal Tax Election Notice.

## EARNINGS STATEMENT
### NORTEL NETWORKS RETIREMENT INCOME PLAN

| Check Number | Payable Date | Reference Number | ID Number | Client / Plan |
|---|---|---|---|---|
| 0030612084 | 09-01-2008 | 000011301 | | 0001/NL5 |

024075   BNN   00031A
LEE DERRY
1144 GILBERT
DOWNERS GROVE IL 60515

| EARNINGS | THIS PERIOD | YEAR-TO-DATE |
|---|---|---|
| BASIC | $1,904.47 | $17,140.23 |
| GROSS PAY | $1,904.47 | $17,140.23 |

| DEDUCTIONS | THIS PERIOD | YEAR-TO-DATE |
|---|---|---|
| FEDERAL | $430.00 | $3,870.00 |
| MEDICAL | $196.36 | $1,767.24 |
| TOTAL DEDUCTIONS | $626.36 | $5,637.24 |
| NET PAY | $1,278.11 | |

### WITHHOLDING ELECTIONS
CURRENT FEDERAL WITHHOLDING ELECTIONS
Flat Amount Withheld $430.00
CURRENT IL STATE WITHHOLDING ELECTIONS
No Withholding

### IMPORTANT NOTES
If you have any questions about this payment or you would like to make a change to your address, update your tax withholding elections or instruct us to send your payment direct deposit, please contact the Nortel Pension Service Center at 1-866-667-8358.

0001/NL5

**Federal Tax Election Form** (please complete only one of the following)
1) ☐ I do not want Federal income tax withheld from my payment.
2) ☐ I want to have Federal income tax withheld from my payment based on the elections I have indicated below:
   ☐ Single  ☐ Married  ☐ Head of Household   # of Exemptions____
   Additional Amount Withheld $_____

Under penalties of perjury, I certify that I am entitled to the above elections.
Requests for flat dollar amount withholding, or any election options that are not consistent with those which are stated on this form will not be processed.

Required Signature _____   Phone # (____) ____-_____    Date ___/___/___

**IL State Tax Election Form**
The state of IL does not allow for taxes to be withheld from your payment.

0001/NL5
000011301    08210800306120B4MMC024075

**EXPRESS MAIL** — UNITED STATES POSTAL SERVICE®

Mailing Label (Label 11-B, March 2004) — Post Office To Addressee

EH 978032592 US
RECEIVED SEP 25 2009

ORIGIN (POSTAL SERVICE USE ONLY)

- PO ZIP Code: 60515
- Date Accepted: 9-24-09
- Time Accepted: 5:08 PM
- Flat Rate or Weight: 2.50 lbs
- Day of Delivery: Next
- Scheduled Date of Delivery: 9-25-09
- Scheduled Time of Delivery: Noon
- Postage: $17.50
- Return Receipt Fee: $2.30
- Total Postage & Fees: $19.80
- Acceptance Emp. Initials: S.S.

FROM: LEE DERRY
1174 GILBERT
DOWNERS GROVE, IL 60515
PHONE: 630-969-7480

TO: NORTEL NETWORKS INC.
CLAIMS PROCESSING
C/O EPIQ BANKRUPTCY SOLUTIONS LLC
757 THIRD AVENUE, 3RD FLOOR
NEW YORK, NY
ZIP: 10017

FOR PICKUP OR TRACKING
Visit www.usps.com
Call 1-800-222-1811