## CERTIFICATE OF SERVICE

I, Tamara K. Minott, certify that I am not less than 18 years of age, and that service of the foregoing **Debtors' Omnibus Reply in Further Support of Debtors' Forty-Third Omnibus Objection (Substantive) to Certain Claims** was caused to be made on August 11, 2016, in the manner indicated upon the entities identified below.

Dated: August 11, 2016
      Wilmington, DE

*/s/ Tamara K. Minott*
Tamara K. Minott (No. 5643)

**VIA OVERNIGHT MAIL AND EMAIL**

Douglas McGregor
2083 County Road 13
Picton ON
K0K 2T0
Canada
Email: djmcgregor@gmail.com

**VIA OVERNIGHT MAIL**

Lee Derry
1144 Gilbert Ave.
Downers Grove, IL 60515

10307507.1