# EXHIBIT A

# HOURS/BILLABLE AMOUNTS BY PROJECT
# NORTEL NETWORKS, INC.

**Name:**    **RLKS Executive Solutions LLC**

|  | Start Date | End Date |
|---|---|---|
| **Working Dates:** | **7/1/2016** | **7/31/2016** |
| **Enter Billing Rate/Hr:** | **590.00** | |

| Project No. | Project Name | Hours/Minutes Worked | Billing Rate | Billing Amount |
|---|---|---|---|---|
| 1 | NNI Document and eData Preservation Projects | 118.20 | $590.00 | $69,738.00 |
| 2 | Facility Document Inventory & Evacuation Review | 713.00 | $590.00 | $420,670.00 |
| 3 | Human Resources - Employee Related Projects | 1.80 | $590.00 | $1,062.00 |
| 4 | Fee Apps | 38.50 | $590.00 | $22,715.00 |
| 5 | Non-working travel | 207.00 | $295.00 | $61,065.00 |
| 6 | Claims Administration, Reconciliation & Resolution | 408.50 | $590.00 | $241,015.00 |
| 7 | Tax/Finance Matters and Budget Projects | 8.90 | $590.00 | $5,251.00 |
| 8 | Misc Debtor Issues and Communications | 40.60 | $590.00 | $23,954.00 |
| 9 | Analyst Support and Case Modeling | 243.00 | $590.00 | $143,370.00 |
| | **Hours/Billing Amount for Period:** | **1,779.50** | | **$988,840.00** |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 7/1/2016 | Configuration and updates to servers / NetBackup configuration changes and starts / monitoring | Brandon Bangerter | 1 | 4.3 |
| 7/1/2016 | Call to discuss server infrastructure access in the Ring Fence | Raj Perubhatla | 1 | 1.2 |
| 7/3/2016 | NetBackup starts and updates / monitoring of jobs | Brandon Bangerter | 1 | 1.6 |
| 7/4/2016 | IT Infrastructure support in Data Foundry for the storage server | Raj Perubhatla | 1 | 2.2 |
| 7/4/2016 | IT Infrastructure support for backups | Raj Perubhatla | 1 | 3.2 |
| 7/5/2016 | IT Infrastructure support in Data Foundry for the storage server | Raj Perubhatla | 1 | 2.2 |
| 7/5/2016 | IT infrastructure monitoring | Raj Perubhatla | 1 | 3.3 |
| 7/6/2016 | Call on Ring Fence Servers for SNMP | Raj Perubhatla | 1 | 1.0 |
| 7/7/2016 | IT Support call on servers and applications | Raj Perubhatla | 1 | 0.8 |
| 7/7/2016 | Working travel from client site: IT Servers in Ring Fence documentation | Raj Perubhatla | 1 | 2.5 |
| 7/7/2016 | Document Servers and Applications | Raj Perubhatla | 1 | 2.2 |
| 7/8/2016 | Data center power issues / updates on consumption and usage / configuration update | Brandon Bangerter | 1 | 1.0 |
| 7/8/2016 | Datacenter: on site to document servers and applications | Raj Perubhatla | 1 | 2.7 |
| 7/8/2016 | Document Servers and Applications | Raj Perubhatla | 1 | 6.7 |
| 7/11/2016 | Server security updates, patches, virus / malware definitions, space reclamation, troubleshooting errors | Brandon Bangerter | 1 | 3.8 |
| 7/11/2016 | IT Infrastructure monitoring | Raj Perubhatla | 1 | 5.3 |
| 7/11/2016 | Call to discuss Ring Fence Servers for SNMP | Raj Perubhatla | 1 | 1.4 |
| 7/11/2016 | Gather handbooks for SNMP | Raj Perubhatla | 1 | 1.2 |
| 7/12/2016 | IT Support for documenting servers and applications | Raj Perubhatla | 1 | 1.7 |
| 7/13/2016 | Call on Ring Fence Servers for SNMP | Raj Perubhatla | 1 | 1.0 |
| 7/13/2016 | Gather handbooks for SNMP | Raj Perubhatla | 1 | 1.2 |
| 7/14/2016 | Server configuration changes / NetBackup changes and monitoring / security updates | Brandon Bangerter | 1 | 2.3 |
| 7/14/2016 | IT Infrastructure support | Raj Perubhatla | 1 | 5.7 |
| 7/14/2016 | IT Support for hard drive restores | Raj Perubhatla | 1 | 3.8 |
| 7/15/2016 | Server security updates, patches, virus / malware definitions, space reclamation, troubleshooting errors | Brandon Bangerter | 1 | 4.2 |
| 7/15/2016 | IT Infrastructure support | Raj Perubhatla | 1 | 2.5 |
| 7/18/2016 | NetBackup configuration changes to policies, monitoring / Server security updates / malware definitions | Brandon Bangerter | 1 | 4.8 |
| 7/18/2016 | Correspondence and review of details for tape storage | Kathryn Schultea | 1 | 1.5 |
| 7/18/2016 | IT Infrastructure Support | Raj Perubhatla | 1 | 6.2 |
| 7/21/2016 | IT infrastructure monitoring | Raj Perubhatla | 1 | 5.6 |
| 7/22/2016 | IT Infrastructure support | Raj Perubhatla | 1 | 3.2 |
| 7/24/2016 | NetBackup configuration changes to policies, monitoring / Server security updates / malware definitions | Brandon Bangerter | 1 | 2.1 |
| 7/25/2016 | Server security updates, patches, virus / malware definitions, space reclamation, troubleshooting errors | Brandon Bangerter | 1 | 3.7 |
| 7/25/2016 | IT Infrastructure support for hardware failures in the data center | Raj Perubhatla | 1 | 5.3 |
| 7/25/2016 | IT Infrastructure support for testing and troubleshooting | Raj Perubhatla | 1 | 3.3 |
| 7/26/2016 | IT Infrastructure support for hardware failures in the data center | Raj Perubhatla | 1 | 4.2 |
| 7/26/2016 | IT infrastructure support for restoring hard drives | Raj Perubhatla | 1 | 1.4 |
| 7/27/2016 | IT infrastructure monitoring | Raj Perubhatla | 1 | 3.2 |
| 7/30/2016 | IT Infrastructure support: hard drive restores | Raj Perubhatla | 1 | 3.3 |
| 7/31/2016 | NetBackup monitoring and restarts | Brandon Bangerter | 1 | 1.4 |
| 7/1/2016 | Conf. Call re: server search process | Kathryn Schultea | 2 | 0.8 |
| 7/5/2016 | Data center hard drive removals, PDU cable removals, tape removals, etc. | Brandon Bangerter | 2 | 5.7 |
| 7/5/2016 | On site RTP final facility clean out | Daniel Tollefsen | 2 | 12.6 |
| 7/5/2016 | Onsite at NNI - Scanned Financial and HR Documentation and sent hardcopies to Iron Mountain. | Felicia Buenrostro | 2 | 5.0 |
| 7/5/2016 | Correspondence re: RTP office | Kathryn Schultea | 2 | 0.5 |
| 7/5/2016 | Onsite at NNI - Walk thru NNI building/evacuation related work | Kathryn Schultea | 2 | 4.5 |
| 7/5/2016 | Scanned Financial and HR Documentation and sent hardcopies to Iron Mountain. | Leticia Barrios | 2 | 4.3 |
| 7/6/2016 | Data center removals, building cleanup, walkthroughs and preparation for return | Brandon Bangerter | 2 | 10.3 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 7/6/2016 | On site RTP final facility clean out | Daniel Tollefsen | 2 | 12.8 |
| 7/6/2016 | Onsite at NNI - Scanned financial and HR documentation and sent hardcopies to Iron Mountain | Felicia Buenrostro | 2 | 11.3 |
| 7/6/2016 | Onsite at NNI - Walk thru NNI building | Kathryn Schultea | 2 | 7.5 |
| 7/6/2016 | GWRTP: On site support for move tasks | Raj Perubhatla | 2 | 3.2 |
| 7/7/2016 | Data center removals, building cleanup, walkthroughs and preparation for return | Brandon Bangerter | 2 | 9.8 |
| 7/7/2016 | On site RTP final facility clean out | Daniel Tollefsen | 2 | 12.9 |
| 7/7/2016 | Onsite at NNI - Scanned financial and HR documentation and sent hardcopies to Iron Mountain | Felicia Buenrostro | 2 | 7.0 |
| 7/7/2016 | Onsite - status discussions and facility review | Kathryn Schultea | 2 | 4.5 |
| 7/7/2016 | Onsite  - Recycler cleanup discussion | Kathryn Schultea | 2 | 1.0 |
| 7/7/2016 | GWRTP: On site support for move tasks | Raj Perubhatla | 2 | 4.7 |
| 7/8/2016 | Data center removals, building cleanup, walkthroughs and preparation for return | Brandon Bangerter | 2 | 3.4 |
| 7/8/2016 | On site RTP final facility clean out | Daniel Tollefsen | 2 | 11.6 |
| 7/11/2016 | On site RTP final facility clean out | Daniel Tollefsen | 2 | 12.4 |
| 7/11/2016 | Onsite at NNI - Scanned Financial and HR Documentation and sent hardcopies to Iron Mountain. | Felicia Buenrostro | 2 | 5.5 |
| 7/11/2016 | Onsite RTP clean out and walk thru | Kathryn Schultea | 2 | 5.5 |
| 7/12/2016 | Building clean up / pulling hard drives, tapes, cable from under floor, moving out racks, servers, etc. | Brandon Bangerter | 2 | 9.4 |
| 7/12/2016 | On site RTP final facility clean out | Daniel Tollefsen | 2 | 12.3 |
| 7/12/2016 | Onsite at NNI - Scanned Financial and HR Documentation and sent hardcopies to Iron Mountain. | Felicia Buenrostro | 2 | 7.6 |
| 7/12/2016 | Onsite RTP walk thru and punch list preparation | Kathryn Schultea | 2 | 8.3 |
| 7/12/2016 | Scanned Financial and HR Documentation and sent hardcopies to Iron Mountain. | Leticia Barrios | 2 | 4.3 |
| 7/12/2016 | GWRTP:on site support for the facilities close out | Raj Perubhatla | 2 | 8.0 |
| 7/13/2016 | Building clean up / pulling hard drives, tapes, cable from under floor, moving out racks, servers, etc. | Brandon Bangerter | 2 | 9.8 |
| 7/13/2016 | On site RTP final facility clean out | Daniel Tollefsen | 2 | 11.3 |
| 7/13/2016 | Onsite at NNI - Scanned Financial and HR Documentation and sent hardcopies to Iron Mountain. | Felicia Buenrostro | 2 | 7.0 |
| 7/13/2016 | Conf. Call with T. Ross re: Property Management | Kathryn Schultea | 2 | 0.7 |
| 7/13/2016 | Onsite RTP walk thru and clean out | Kathryn Schultea | 2 | 5.5 |
| 7/13/2016 | Scanned Financial and HR Documentation and sent hardcopies to Iron Mountain. | Leticia Barrios | 2 | 4.5 |
| 7/13/2016 | GWRTP:on site support for the facilities close out | Raj Perubhatla | 2 | 3.3 |
| 7/14/2016 | On site RTP final facility clean out | Daniel Tollefsen | 2 | 13.4 |
| 7/14/2016 | Onsite at NNI - Scanned Financial and HR Documentation and sent hardcopies to Iron Mountain. | Felicia Buenrostro | 2 | 6.0 |
| 7/14/2016 | Onsite RTP clean out | Kathryn Schultea | 2 | 4.5 |
| 7/15/2016 | On site RTP final facility clean out | Daniel Tollefsen | 2 | 11.3 |
| 7/15/2016 | Correspondence - Nortel - Iron Mountain | Kathryn Schultea | 2 | 1.5 |
| 7/15/2016 | Correspondence - Zurich follow up letter | Kathryn Schultea | 2 | 1.0 |
| 7/18/2016 | On site RTP final facility clean out | Daniel Tollefsen | 2 | 7.6 |
| 7/18/2016 | Correspondence - RTP Transition | Kathryn Schultea | 2 | 2.5 |
| 7/19/2016 | Data center clean up / patching / cable cleanout / ceiling tiles, walls, electrical plates, etc. | Brandon Bangerter | 2 | 11.6 |
| 7/19/2016 | On site RTP final facility clean out | Daniel Tollefsen | 2 | 12.3 |
| 7/19/2016 | Onsite RTP final facility clean out | Kathryn Schultea | 2 | 6.0 |
| 7/19/2016 | GWRTP:on site support for the facilities close out | Raj Perubhatla | 2 | 8.5 |
| 7/20/2016 | Data center clean up / patching / cable cleanout / ceiling tiles, walls, electrical plates, etc. | Brandon Bangerter | 2 | 10.3 |
| 7/20/2016 | On site RTP final facility clean out | Daniel Tollefsen | 2 | 11.8 |
| 7/20/2016 | Onsite RTP final facility clean out | Felicia Buenrostro | 2 | 10.5 |
| 7/20/2016 | Onsite RTP final facility clean out support with tenants | Kathryn Schultea | 2 | 10.5 |
| 7/20/2016 | On site RTP facility clean out | Leticia Barrios | 2 | 8.0 |
| 7/21/2016 | Data center clean up / patching / cable cleanout / ceiling tiles, walls, electrical plates, etc. | Brandon Bangerter | 2 | 9.2 |
| 7/21/2016 | On site RTP final facility clean out | Daniel Tollefsen | 2 | 12.9 |
| 7/21/2016 | Onsite RTP final facility clean out | Felicia Buenrostro | 2 | 9.0 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 7/21/2016 | Onsite RTP final facility clean out support with tenants | Kathryn Schultea | 2 | 9.0 |
| 7/21/2016 | Conf. Call re: Warranty | Kathryn Schultea | 2 | 0.5 |
| 7/21/2016 | On site RTP facility clean out | Leticia Barrios | 2 | 9.0 |
| 7/22/2016 | Data center packing up and preparation for transfer to Houston / drives, CD-ROMs, etc. | Brandon Bangerter | 2 | 2.3 |
| 7/22/2016 | On site RTP final facility clean out | Daniel Tollefsen | 2 | 12.2 |
| 7/22/2016 | Onsite RTP final facility clean out | Felicia Buenrostro | 2 | 3.5 |
| 7/22/2016 | Onsite RTP final facility clean out | Kathryn Schultea | 2 | 3.5 |
| 7/23/2016 | On site RTP final facility clean out | Daniel Tollefsen | 2 | 11.9 |
| 7/24/2016 | On site RTP final facility clean out | Daniel Tollefsen | 2 | 12.3 |
| 7/25/2016 | On site RTP final facility clean out | Daniel Tollefsen | 2 | 12.8 |
| 7/26/2016 | On site RTP final facility clean out | Daniel Tollefsen | 2 | 13.2 |
| 7/26/2016 | Onsite RTP final facility clean out | Felicia Buenrostro | 2 | 5.3 |
| 7/26/2016 | Onsite RTP final facility clean out | Kathryn Schultea | 2 | 4.5 |
| 7/26/2016 | GWRTP Wind down coordination: troubleshooting level3 related issues | Raj Perubhatla | 2 | 2.2 |
| 7/27/2016 | Data center clean up / patching / cable cleanout / ceiling tiles, walls, electrical plates, etc. | Brandon Bangerter | 2 | 12.8 |
| 7/27/2016 | On site RTP final facility clean out | Daniel Tollefsen | 2 | 14.2 |
| 7/27/2016 | Onsite RTP final facility clean out | Felicia Buenrostro | 2 | 16.0 |
| 7/27/2016 | Onsite RTP final facility clean out support with tenants | Kathryn Schultea | 2 | 14.0 |
| 7/27/2016 | On site RTP final facility clean out | Leticia Barrios | 2 | 14.0 |
| 7/28/2016 | Data center clean up / patching / cable cleanout / ceiling tiles, walls, electrical plates, etc. | Brandon Bangerter | 2 | 10.7 |
| 7/28/2016 | On site RTP final facility clean out | Daniel Tollefsen | 2 | 9.9 |
| 7/28/2016 | Onsite RTP final facility clean out | Felicia Buenrostro | 2 | 9.5 |
| 7/28/2016 | Onsite RTP final facility clean out | Kathryn Schultea | 2 | 9.5 |
| 7/28/2016 | On site RTP final facility clean out | Leticia Barrios | 2 | 11.5 |
| 7/28/2016 | GWRTP on site close out activities | Raj Perubhatla | 2 | 7.3 |
| 7/29/2016 | Data center clean up / patching / cable cleanout / ceiling tiles, walls, electrical plates, etc. | Brandon Bangerter | 2 | 12.3 |
| 7/29/2016 | On site RTP final facility clean out | Daniel Tollefsen | 2 | 12.3 |
| 7/29/2016 | Onsite RTP final facility clean out | Felicia Buenrostro | 2 | 9.0 |
| 7/29/2016 | Onsite RTP final facility clean out | Kathryn Schultea | 2 | 11.0 |
| 7/29/2016 | GWRTP on site close out activities | Raj Perubhatla | 2 | 7.5 |
| 7/29/2016 | GWRTP Final tasks | Raj Perubhatla | 2 | 3.3 |
| 7/30/2016 | On site RTP final facility clean out | Daniel Tollefsen | 2 | 3.3 |
| 7/31/2016 | On site RTP final facility clean out | Daniel Tollefsen | 2 | 2.5 |
| 7/31/2016 | Onsite RTP final facility walk thru | Felicia Buenrostro | 2 | 1.5 |
| 7/31/2016 | Onsite RTP final facility walk thru | Kathryn Schultea | 2 | 1.5 |
| 7/1/2016 | Correspondence - Proof of Employment from former employees | Kathryn Schultea | 3 | 0.3 |
| 7/25/2016 | Correspondence - Transition Service Agreement | Kathryn Schultea | 3 | 1.5 |
| 7/1/2016 | Fee app tracking | Brandon Bangerter | 4 | 1.0 |
| 7/1/2016 | Fee application work and consolidation | Kathryn Schultea | 4 | 3.5 |
| 7/1/2016 | Fee Apps | Raj Perubhatla | 4 | 1.0 |
| 7/2/2016 | Fee Application Tracking | Mary Cilia | 4 | 1.0 |
| 7/8/2016 | Fee app tracking | Brandon Bangerter | 4 | 1.0 |
| 7/8/2016 | Fee Apps | Daniel Tollefsen | 4 | 1.0 |
| 7/8/2016 | Weekly Fee Application Work | Felicia Buenrostro | 4 | 1.0 |
| 7/8/2016 | Fee application work and consolidation | Kathryn Schultea | 4 | 1.0 |
| 7/8/2016 | Fee Apps | Raj Perubhatla | 4 | 1.0 |
| 7/9/2016 | Weekly Fee Application Work | Leticia Barrios | 4 | 1.0 |
| 7/9/2016 | Fee Application Tracking | Mary Cilia | 4 | 1.0 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 7/15/2016 | Fee app tracking | Brandon Bangerter | 4 | 1.0 |
| 7/15/2016 | Fee Apps | Daniel Tollefsen | 4 | 1.0 |
| 7/15/2016 | Weekly Fee Application Work and consolidation | Felicia Buenrostro | 4 | 1.0 |
| 7/15/2016 | Fee application work and consolidation | Kathryn Schultea | 4 | 1.0 |
| 7/15/2016 | Fee Apps | Raj Perubhatla | 4 | 1.0 |
| 7/16/2016 | Fee application | David Kantorczyk | 4 | 0.5 |
| 7/16/2016 | Weekly Fee Application Work | Leticia Barrios | 4 | 1.0 |
| 7/16/2016 | Fee Application Tracking | Mary Cilia | 4 | 1.0 |
| 7/22/2016 | Fee app tracking | Brandon Bangerter | 4 | 1.0 |
| 7/22/2016 | Fee Apps | Daniel Tollefsen | 4 | 1.0 |
| 7/22/2016 | Weekly Fee Application Work | Felicia Buenrostro | 4 | 1.0 |
| 7/22/2016 | Fee application work and consolidation | Kathryn Schultea | 4 | 1.0 |
| 7/22/2016 | Fee Apps | Raj Perubhatla | 4 | 1.0 |
| 7/23/2016 | Weekly Fee Application Work | Leticia Barrios | 4 | 1.0 |
| 7/23/2016 | Fee Application Tracking | Mary Cilia | 4 | 1.0 |
| 7/25/2016 | Fee application work and consolidation | Kathryn Schultea | 4 | 3.5 |
| 7/29/2016 | Fee Apps | Daniel Tollefsen | 4 | 1.0 |
| 7/29/2016 | Fee application | David Kantorczyk | 4 | 1.0 |
| 7/30/2016 | Fee app tracking | Brandon Bangerter | 4 | 1.0 |
| 7/30/2016 | Weekly Fee Application Work | Leticia Barrios | 4 | 1.0 |
| 7/30/2016 | Fee Application Tracking | Mary Cilia | 4 | 1.0 |
| 7/31/2016 | Weekly Fee Application Work and consolidation | Felicia Buenrostro | 4 | 1.0 |
| 7/31/2016 | Fee Apps | Raj Perubhatla | 4 | 1.0 |
| 7/4/2016 | Non-Working Travel to Client Site | Daniel Tollefsen | 5 | 5.0 |
| 7/5/2016 | Non-working travel:  IAH-RDU | Brandon Bangerter | 5 | 5.0 |
| 7/5/2016 | Non-Working travel Houston to Raleigh | Felicia Buenrostro | 5 | 3.0 |
| 7/5/2016 | Non-Working travel Houston to Raleigh | Kathryn Schultea | 5 | 5.0 |
| 7/5/2016 | Non-Working travel (Houston to Raleigh) | Leticia Barrios | 5 | 5.0 |
| 7/5/2016 | Non working travel to client site | Raj Perubhatla | 5 | 2.5 |
| 7/7/2016 | Non-Working travel Raleigh to Houston | Felicia Buenrostro | 5 | 5.0 |
| 7/7/2016 | Non-Working travel Raleigh to Houston | Kathryn Schultea | 5 | 5.0 |
| 7/7/2016 | Non-Working travel (Raleigh to Houston) | Leticia Barrios | 5 | 5.0 |
| 7/7/2016 | Non Working Travel from Client site | Raj Perubhatla | 5 | 2.5 |
| 7/8/2016 | Non-working travel:  RDU-IAH | Brandon Bangerter | 5 | 5.0 |
| 7/9/2016 | Non-Working Travel from Client Site | Daniel Tollefsen | 5 | 5.0 |
| 7/10/2016 | Non-Working Travel to Client Site | Daniel Tollefsen | 5 | 5.0 |
| 7/11/2016 | Non-working travel:  SLC-RDU | Brandon Bangerter | 5 | 5.0 |
| 7/11/2016 | Non-Working travel Houston to Raleigh | Felicia Buenrostro | 5 | 3.0 |
| 7/11/2016 | Non-Working travel Houston to Raleigh | Kathryn Schultea | 5 | 5.0 |
| 7/11/2016 | Non-Working travel (Houston to Raleigh) | Leticia Barrios | 5 | 5.0 |
| 7/11/2016 | Non working travel to client site | Raj Perubhatla | 5 | 2.5 |
| 7/13/2016 | Non Working Travel from Client site | Raj Perubhatla | 5 | 5.0 |
| 7/14/2016 | Non-working travel:  RDU-SLC | Brandon Bangerter | 5 | 5.0 |
| 7/14/2016 | Non-Working travel Raleigh to Houston | Felicia Buenrostro | 5 | 3.0 |
| 7/14/2016 | Non-Working travel Raleigh to Houston | Kathryn Schultea | 5 | 5.0 |
| 7/14/2016 | Non-Working travel (Raleigh to Houston) | Leticia Barrios | 5 | 5.0 |
| 7/16/2016 | Non-Working Travel from Client Site | Daniel Tollefsen | 5 | 5.0 |
| 7/18/2016 | Non-working travel:  SLC-RDU | Brandon Bangerter | 5 | 5.0 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 7/18/2016 | Non-Working Travel to Client Site | Daniel Tollefsen | 5 | 5.0 |
| 7/18/2016 | Non working travel to client site | Raj Perubhatla | 5 | 5.0 |
| 7/19/2016 | Non-Working travel Houston to Raleigh | Felicia Buenrostro | 5 | 5.0 |
| 7/19/2016 | Non-Working travel Houston to Raleigh | Kathryn Schultea | 5 | 5.0 |
| 7/19/2016 | Non-Working travel (Houston to Raleigh) | Leticia Barrios | 5 | 5.0 |
| 7/20/2016 | Non Working Travel from Client site | Raj Perubhatla | 5 | 2.5 |
| 7/22/2016 | Non-working travel:  RDU-SLC | Brandon Bangerter | 5 | 5.0 |
| 7/22/2016 | Non-Working travel Raleigh to Houston | Felicia Buenrostro | 5 | 5.0 |
| 7/22/2016 | Non-Working travel Raleigh to Houston | Kathryn Schultea | 5 | 5.0 |
| 7/22/2016 | Non-Working travel (Raleigh to Houston) | Leticia Barrios | 5 | 5.0 |
| 7/26/2016 | Non-working travel:  SLC-RDU | Brandon Bangerter | 5 | 5.0 |
| 7/26/2016 | Non-Working travel Houston to Raleigh | Felicia Buenrostro | 5 | 3.0 |
| 7/26/2016 | Non-Working travel Houston to Raleigh | Kathryn Schultea | 5 | 5.0 |
| 7/26/2016 | Non-Working travel (Houston to Raleigh) | Leticia Barrios | 5 | 5.0 |
| 7/27/2016 | Non working travel to client site | Raj Perubhatla | 5 | 2.5 |
| 7/29/2016 | Non-Working travel (Raleigh to Houston) | Leticia Barrios | 5 | 5.0 |
| 7/29/2016 | Non Working Travel from Client site | Raj Perubhatla | 5 | 2.5 |
| 7/31/2016 | Non-working travel:  RDU-SLC | Brandon Bangerter | 5 | 5.0 |
| 7/31/2016 | Non-Working Travel from Client Site | Daniel Tollefsen | 5 | 5.0 |
| 7/31/2016 | Non-Working travel Raleigh to Houston | Felicia Buenrostro | 5 | 5.0 |
| 7/31/2016 | Non-Working travel Raleigh to Houston | Kathryn Schultea | 5 | 5.0 |
| 7/1/2016 | Employee Claims Distribution - Print 2,114 tax solicitation letters, envelopes, sort, and stuff for mail out. | Felicia Buenrostro | 6 | 9.5 |
| 7/1/2016 | E-mails and calls related to tax solicitation for interim distribution of NNI administrative, secured and priority claims | Kathryn Schultea | 6 | 3.0 |
| 7/1/2016 | Correspondence re: Nortel settlement | Kathryn Schultea | 6 | 0.5 |
| 7/1/2016 | Employee Claims Distribution - Print 2,114 tax solicitation letters, envelopes, sort, and stuff for mail out. | Leticia Barrios | 6 | 9.5 |
| 7/1/2016 | Research, review and reconcile cross-border claims; related e-mails and conference calls | Mary Cilia | 6 | 5.9 |
| 7/1/2016 | Review of omnibus objection exhibit drafts and related e-mails with comments | Mary Cilia | 6 | 2.4 |
| 7/1/2016 | Read, review, research and respond to various creditor inquiries by phone and e-mail | Mary Cilia | 6 | 1.7 |
| 7/1/2016 | Finalize second notice of claims to be allowed as filed | Mary Cilia | 6 | 0.5 |
| 7/2/2016 | Employee Claims Distribution - Validate W-4 file layout data on 10 Foreign tax solicitation letter and envelopes. | Leticia Barrios | 6 | 3.2 |
| 7/2/2016 | Preparation of updated claims summary for R. Lydecker | Mary Cilia | 6 | 2.8 |
| 7/2/2016 | Read, review, research and respond to various creditor inquiries by phone and e-mail | Mary Cilia | 6 | 0.4 |
| 7/4/2016 | Research, review and reconcile cross-border claims | Mary Cilia | 6 | 2.3 |
| 7/5/2016 | NNI call center monitoring and logging requests and related follow-up | Felicia Buenrostro | 6 | 1.0 |
| 7/5/2016 | Correspondence re: Nortel Settlement | Kathryn Schultea | 6 | 0.8 |
| 7/5/2016 | Research, review and reconcile cross-border claims; related e-mails and conference calls | Mary Cilia | 6 | 5.8 |
| 7/5/2016 | Read, review, research and respond to various creditor inquiries by phone and e-mail | Mary Cilia | 6 | 1.4 |
| 7/5/2016 | Research and follow up e-mails related to employee schedule matches | Mary Cilia | 6 | 1.7 |
| 7/5/2016 | Prepare amended notice of settlements; related e-mails | Mary Cilia | 6 | 0.8 |
| 7/5/2016 | Update status of open claims for weekly conference call and circulate to Cleary for further updates and comments | Mary Cilia | 6 | 0.6 |
| 7/6/2016 | Review and analyze claims, solicit tax form and  prepare files in connection with the interim distribution of allowed secured, priority and admin NNI claims. | David Kantorczyk | 6 | 7.5 |
| 7/6/2016 | Weekly Nortel Networks outside consultant  claim call including RLKS, Cleary and Huron including preparation and summarization. | David Kantorczyk | 6 | 0.5 |
| 7/6/2016 | Attend the Nortel Employee Claims Conference Call with Cleary to discuss employee claims. Discussed status of open employee claims, settlement letters, and solicitation process. | Leticia Barrios | 6 | 1.0 |
| 7/6/2016 | Employee Claims Distribution - Print 10 foreign tax solicitation letters, envelopes, sort, and stuff for mail out. | Leticia Barrios | 6 | 2.0 |
| 7/6/2016 | Employee Claims Distribution - Captured claimant calls regarding tax solicitation letters and entered tracking. | Leticia Barrios | 6 | 6.3 |
| 7/6/2016 | Review claims update from EPIQ, update claims database and related e-mails | Mary Cilia | 6 | 1.4 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 7/6/2016 | Research, review and reconcile open claims and related e-mails | Mary Cilia | 6 | 2.8 |
| 7/6/2016 | Read, review, research and respond to various creditor inquiries by phone and e-mail | Mary Cilia | 6 | 1.3 |
| 7/6/2016 | Compare intercompany schedule from M, Kennedy to current financials and related e-mails | Mary Cilia | 6 | 1.6 |
| 7/7/2016 | Review and analyze claims, solicit tax forms and prepare files in connection with the interim distribution of allowed secured, priority and admin NNI claims. | David Kantorczyk | 6 | 8.0 |
| 7/7/2016 | NNI call center monitoring and logging requests and related follow-up | Felicia Buenrostro | 6 | 0.5 |
| 7/7/2016 | Employee Claims Distribution - Captured claimant calls regarding tax solicitation letters and entered tracking. | Leticia Barrios | 6 | 4.3 |
| 7/7/2016 | Follow up e-mails, conference call and research related to intercompany accounts | Mary Cilia | 6 | 1.2 |
| 7/7/2016 | Read, review, research and respond to various creditor inquiries by phone and e-mail | Mary Cilia | 6 | 1.1 |
| 7/7/2016 | Research, review and reconcile open claims and related e-mails/ negotiations | Mary Cilia | 6 | 7.4 |
| 7/8/2016 | Review and analyze claims, solicit tax forms and prepare files in connection with the interim distribution of allowed secured, priority and admin NNI claims. | David Kantorczyk | 6 | 8.0 |
| 7/8/2016 | Employee Claims Distribution - Captured claimant calls regarding tax solicitation letters and entered tracking. | Felicia Buenrostro | 6 | 7.0 |
| 7/8/2016 | NNI call center monitoring and logging requests and related follow-up | Felicia Buenrostro | 6 | 1.5 |
| 7/8/2016 | Read, review, research and respond to calls and emails re EE requests | Kathryn Schultea | 6 | 1.5 |
| 7/8/2016 | Employee Claims Distribution - Captured claimant calls regarding tax solicitation letters, entered tracking, and called back claimants | Kathryn Schultea | 6 | 7.0 |
| 7/8/2016 | Employee Claims Distribution - Captured claimant calls regarding tax solicitation letters, entered tracking, and called back 30 claimants. | Leticia Barrios | 6 | 4.3 |
| 7/8/2016 | Employee Claims Distribution - Review Nortel mail and populate W-4 with returned solicitation letters. | Leticia Barrios | 6 | 3.7 |
| 7/8/2016 | Follow up e-mails and research related to intercompany accounts | Mary Cilia | 6 | 0.8 |
| 7/8/2016 | Read, review, research and respond to various creditor inquiries by phone and e-mail | Mary Cilia | 6 | 1.7 |
| 7/8/2016 | Research and respond to e-mails re: cross-border claims status update | Mary Cilia | 6 | 0.8 |
| 7/10/2016 | Employee Claims Distribution - follow up on calls regarding tax solicitation letters | Kathryn Schultea | 6 | 2.5 |
| 7/10/2016 | Research, review and reconcile open claims and related e-mails/ negotiations | Mary Cilia | 6 | 3.9 |
| 7/11/2016 | Review and analyze claims, solicit tax forms and prepare files in connection with the interim distribution of allowed secured, priority and admin NNI claims. | David Kantorczyk | 6 | 8.0 |
| 7/11/2016 | Employee Claims Distribution - Pull W2 reports from Pro-Business on international and HR Virtual Site claimants. | Leticia Barrios | 6 | 3.5 |
| 7/11/2016 | Read, review, research and respond to various e-mails related to claims | Mary Cilia | 6 | 1.8 |
| 7/11/2016 | Research, review and reconcile open claims and related e-mails/ negotiations | Mary Cilia | 6 | 2.9 |
| 7/12/2016 | Review and analyze claims, solicit tax forms and prepare files in connection with the interim distribution of allowed secured, priority and admin NNI claims. | David Kantorczyk | 6 | 5.5 |
| 7/12/2016 | Verify that the EPIQ claims extract properly reflected Docket 16978, Notice of Settlement | David Kantorczyk | 6 | 1.5 |
| 7/12/2016 | NNI call center monitoring and logging requests and related follow-up | Felicia Buenrostro | 6 | 1.0 |
| 7/12/2016 | Read, review, research and respond to calls and emails re EE requests | Kathryn Schultea | 6 | 1.0 |
| 7/12/2016 | Employee Claims Distribution - Captured claimant calls regarding tax solicitation letters, entered tracking, and called back 30 claimants. | Leticia Barrios | 6 | 4.3 |
| 7/12/2016 | Research, review and reconcile open claims and related e-mails/ negotiations | Mary Cilia | 6 | 3.7 |
| 7/13/2016 | Review and analyze claims, solicit tax forms and prepare files in connection with the interim distribution of allowed secured, priority and admin NNI claims. | David Kantorczyk | 6 | 4.6 |
| 7/13/2016 | Weekly Nortel Networks outside consultant claim call including RLKS, Cleary and Huron including preparation and summarization. | David Kantorczyk | 6 | 0.4 |
| 7/13/2016 | Verify that the EPIQ claims extract properly reflected Docket 16978, Notice of Settlement | David Kantorczyk | 6 | 1.0 |
| 7/13/2016 | NNI call center monitoring and logging requests and related follow-up | Felicia Buenrostro | 6 | 1.0 |
| 7/13/2016 | Conf. Call with Cleary re: Nortel RTP NC Proposed Alteration Projects | Kathryn Schultea | 6 | 1.3 |
| 7/13/2016 | Read, review, research and respond to calls and emails re EE requests | Kathryn Schultea | 6 | 1.8 |
| 7/13/2016 | Attend the Nortel Employee Claims Conference Call with Cleary to discuss employee claims. Discussed non-qualified claims allowed and outstanding issues. | Leticia Barrios | 6 | 1.0 |
| 7/13/2016 | Continued reconciliation of claims register to the general ledger and related documentation and updates to claims database | Mary Cilia | 6 | 5.3 |
| 7/13/2016 | Conference call with T. Ayres and creditor regarding settlement of claims; related prep and follow up | Mary Cilia | 6 | 2.6 |
| 7/13/2016 | Research, review and reconcile open claims and related e-mails/ negotiations | Mary Cilia | 6 | 1.8 |
| 7/13/2016 | Conference call with Cleary, Huron and RLKS re: various claims issues and work streams; related prep and follow up e-mails | Mary Cilia | 6 | 1.3 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 7/14/2016 | Review and analyze claims, solicit tax forms and prepare files in connection with the interim distribution of allowed secured, priority and admin NNI claims. | David Kantorczyk | 6 | 8.0 |
| 7/14/2016 | NNI call center monitoring and logging requests and related follow-up | Felicia Buenrostro | 6 | 0.5 |
| 7/14/2016 | Conf. Call re: tax solicitation | Kathryn Schultea | 6 | 1.0 |
| 7/14/2016 | Employee Claims Distribution - Captured claimant calls regarding tax solicitation letters, entered tracking, and called back 30 claimants. | Leticia Barrios | 6 | 4.3 |
| 7/14/2016 | Read, review, research and respond to various creditor inquiries by phone and e-mail | Mary Cilia | 6 | 2.3 |
| 7/15/2016 | Review and analyze claims, solicit tax forms and prepare files in connection with the interim distribution of allowed secured, priority and admin NNI claims. | David Kantorczyk | 6 | 6.0 |
| 7/15/2016 | Phone call with EY to discuss status of intermediate distribution including preparation and summarization | David Kantorczyk | 6 | 2.0 |
| 7/15/2016 | Employee Claims Distribution - Captured claimant calls regarding tax solicitation letters and entered tracking. | Felicia Buenrostro | 6 | 6.5 |
| 7/15/2016 | NNI call center monitoring and logging requests and related follow-up | Felicia Buenrostro | 6 | 1.0 |
| 7/15/2016 | Employee Claims Distribution - Captured claimant calls regarding tax solicitation letters, entered tracking, and called back claimants | Kathryn Schultea | 6 | 6.0 |
| 7/15/2016 | Employee Claims Distribution - Prepare mail merge for envelopes and letters for tax solicitation documentation. | Leticia Barrios | 6 | 4.7 |
| 7/15/2016 | Read, review, research and respond to various creditor inquiries by phone and e-mail | Mary Cilia | 6 | 1.3 |
| 7/18/2016 | Review and analyze claims, solicit tax forms and prepare files in connection with the interim distribution of allowed secured, priority and admin NNI claims. | David Kantorczyk | 6 | 6.0 |
| 7/18/2016 | Employee Claims Distribution - Captured claimant calls regarding tax solicitation letters and entered tracking. | Felicia Buenrostro | 6 | 8.0 |
| 7/18/2016 | NNI call center monitoring and logging requests and related follow-up | Felicia Buenrostro | 6 | 0.5 |
| 7/18/2016 | Employee Claims Distribution - Captured claimant calls regarding tax solicitation letters, entered tracking, and called back claimants | Kathryn Schultea | 6 | 3.0 |
| 7/18/2016 | Employee Claims Distribution - Captured claimant calls regarding tax solicitation letters, entered tracking, called back 30 claimants, and investigate returned mail. | Leticia Barrios | 6 | 8.3 |
| 7/18/2016 | Read, review, research and respond to various creditor inquiries by phone and e-mail | Mary Cilia | 6 | 1.7 |
| 7/18/2016 | Claims Database Updates | Raj Perubhatla | 6 | 2.7 |
| 7/19/2016 | Onsite RTP final facility clean out | Felicia Buenrostro | 6 | 8.0 |
| 7/19/2016 | Employee Claims Distribution - Captured claimant calls regarding tax solicitation letters, entered tracking, and called back 20 claimants. | Leticia Barrios | 6 | 4.0 |
| 7/19/2016 | Read, review, research and respond to various creditor inquiries by phone and e-mail | Mary Cilia | 6 | 1.8 |
| 7/19/2016 | Research omnibus objection response; related e-mails and documentation | Mary Cilia | 6 | 1.9 |
| 7/20/2016 | Attend the Nortel Employee Claims Conference Call with Cleary to discuss employee claims. Discussed employee claim notices and settlement letters. | Leticia Barrios | 6 | 1.0 |
| 7/20/2016 | Read, review, research and respond to various creditor inquiries by phone and e-mail | Mary Cilia | 6 | 1.7 |
| 7/20/2016 | Research, review and reconcile open claims and related e-mails/ negotiations | Mary Cilia | 6 | 4.1 |
| 7/21/2016 | Research and e-mail to Cleary related to indemnification claim | Mary Cilia | 6 | 1.2 |
| 7/21/2016 | Review of stipulation related to claim settlement and related e-mails | Mary Cilia | 6 | 0.9 |
| 7/22/2016 | Employee Claims Distribution - Captured claimant calls regarding tax solicitation letters, entered tracking, and called back 15 claimants. | Leticia Barrios | 6 | 3.5 |
| 7/22/2016 | Read, review, research and respond to various creditor inquiries by phone and e-mail | Mary Cilia | 6 | 1.9 |
| 7/25/2016 | Review and analyze claims, solicit tax forms and prepare files in connection with the interim distribution of allowed secured, priority and admin NNI claims. | David Kantorczyk | 6 | 8.0 |
| 7/25/2016 | Employee Claims Distribution - Captured claimant calls regarding tax solicitation letters and entered tracking. | Felicia Buenrostro | 6 | 6.8 |
| 7/25/2016 | NNI call center monitoring and logging requests and related follow-up | Felicia Buenrostro | 6 | 1.0 |
| 7/25/2016 | Read, review, research and respond to calls and emails re EE requests | Kathryn Schultea | 6 | 2.4 |
| 7/25/2016 | Employee Claims Distribution - Solicitation packages - remail for returned mail | Leticia Barrios | 6 | 7.7 |
| 7/25/2016 | Review and respond to various e-mails related to various claims issues | Mary Cilia | 6 | 1.9 |
| 7/25/2016 | Read, review, research and respond to various creditor inquiries by phone and e-mail | Mary Cilia | 6 | 1.2 |
| 7/26/2016 | Review and analyze claims, solicit tax forms and prepare files in connection with the interim distribution of allowed secured, priority and admin NNI claims. | David Kantorczyk | 6 | 8.0 |
| 7/26/2016 | Employee Claims Distribution - Entered scheduled claimants addresses into EV5 | Leticia Barrios | 6 | 3.3 |
| 7/26/2016 | Research and documentation related to omnibus objection responses | Mary Cilia | 6 | 3.4 |
| 7/26/2016 | Research and documentation related to omnibus objection responses | Mary Cilia | 6 | 4.3 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 7/26/2016 | Research, review and reconcile open claims and related e-mails/ negotiations | Mary Cilia | 6 | 3.8 |
| 7/27/2016 | Review and analyze claims, solicit tax forms and prepare files in connection with the interim distribution of allowed secured, priority and admin NNI claims. | David Kantorczyk | 6 | 6.7 |
| 7/27/2016 | Phone call with MCilia and RPerubhatla to discuss distribution template for non-employee claims included in the interim distribution including preparation and summarization | David Kantorczyk | 6 | 1.0 |
| 7/27/2016 | Weekly Nortel Networks outside consultant claim call including RLKS, Cleary and Huron including preparation and summarization. | David Kantorczyk | 6 | 0.3 |
| 7/27/2016 | Read, review, research and respond to various creditor inquiries by phone and e-mail | Mary Cilia | 6 | 1.7 |
| 7/27/2016 | Conference call with Cleary, Huron and RLKS re: various claims issues and work streams; related prep and follow up e-mails | Mary Cilia | 6 | 1.3 |
| 7/27/2016 | Research, review and reconcile open claims and related e-mails/ negotiations | Mary Cilia | 6 | 4.7 |
| 7/28/2016 | Review and analyze claims, solicit tax forms and prepare files in connection with the interim distribution of allowed secured, priority and admin NNI claims. | David Kantorczyk | 6 | 7.0 |
| 7/28/2016 | Research, review and reconcile open claims and related e-mails/ negotiations | Mary Cilia | 6 | 3.7 |
| 7/28/2016 | Research and documentation related to omnibus objection responses | Mary Cilia | 6 | 2.4 |
| 7/29/2016 | Review and analyze claims, solicit tax forms and prepare files in connection with the interim distribution of allowed secured, priority and admin NNI claims. | David Kantorczyk | 6 | 7.0 |
| 7/29/2016 | Employee Claim Distribution - Populate W-4 Layout with returned W-4's from claimants in preparation for data load into claims database | Leticia Barrios | 6 | 2.3 |
| 7/29/2016 | Employee Claims Distribution - Entered scheduled claimants addresses into EV5 | Leticia Barrios | 6 | 2.2 |
| 7/29/2016 | Research, review and reconcile open claims and related e-mails/ negotiations | Mary Cilia | 6 | 3.4 |
| 7/29/2016 | Read, review, research and respond to various creditor inquiries by phone and e-mail | Mary Cilia | 6 | 1.8 |
| 7/30/2016 | Employee Claims Distribution - Captured claimant calls regarding tax solicitation letters and entered tracking. | Felicia Buenrostro | 6 | 4.0 |
| 7/30/2016 | Read, responded to emails re interim distribution | Kathryn Schultea | 6 | 3.0 |
| 7/31/2016 | Read, research and respond to e-mails related to omnibus objection response | Mary Cilia | 6 | 1.7 |
| 7/6/2016 | Prepare June bank reconciliations and reporting | Mary Cilia | 7 | 4.3 |
| 7/8/2016 | Conf. Call - Nortel / EY re: Tax Call Planning, DOF, Settlements | Kathryn Schultea | 7 | 0.5 |
| 7/8/2016 | EY tax call JS,JW,DK,KS,AB | Richard Lydecker | 7 | 0.5 |
| 7/14/2016 | Finalize June bank reconciliations and reporting | Mary Cilia | 7 | 0.8 |
| 7/15/2016 | Conf. Call with EY - Weekly Updates | Kathryn Schultea | 7 | 0.5 |
| 7/15/2016 | Call on tax projects/NC/DOF | Richard Lydecker | 7 | 0.5 |
| 7/19/2016 | Correspondence - NNI - NC Alternative appointment renewal | Kathryn Schultea | 7 | 0.3 |
| 7/19/2016 | NC extension | Richard Lydecker | 7 | 0.3 |
| 7/21/2016 | DOF talking points | Richard Lydecker | 7 | 0.8 |
| 7/21/2016 | Update tax project status | Richard Lydecker | 7 | 0.4 |
| 7/2/2016 | Continued preparation of filing documents for subsidiary bankruptcy filing; related e-mails and research | Mary Cilia | 8 | 1.1 |
| 7/15/2016 | Conference Call re: NNIII bankruptcy filing; related prep and follow up calls | Mary Cilia | 8 | 2.7 |
| 7/15/2016 | Preparation of NNIII bankruptcy filing documents and update of financial numbers to June 2016 | Mary Cilia | 8 | 3.2 |
| 7/17/2016 | Continued preparation of NNIII bankruptcy filing documents and update of financial numbers to June 2016 | Mary Cilia | 8 | 3.5 |
| 7/18/2016 | Continued preparation of NNIII bankruptcy filing documents; related calls and e-mails | Mary Cilia | 8 | 10.4 |
| 7/19/2016 | Continued preparation of NNIII bankruptcy filing documents; related calls and e-mails | Mary Cilia | 8 | 2.8 |
| 7/20/2016 | Continued preparation of NNIII bankruptcy filing documents; related calls and e-mails | Mary Cilia | 8 | 1.6 |
| 7/21/2016 | Conference call related to NNIII filing; related prep and follow up | Mary Cilia | 8 | 5.8 |
| 7/22/2016 | Continued preparation of NNIII bankruptcy filing documents; related calls and e-mails | Mary Cilia | 8 | 2.6 |
| 7/24/2016 | Review and respond to e-mails re: NNIII bankruptcy filing | Mary Cilia | 8 | 0.8 |
| 7/25/2016 | Continued preparation of NNIII bankruptcy filing documents; related calls and e-mails | Mary Cilia | 8 | 4.3 |
| 7/26/2016 | Continued preparation of NNIII bankruptcy filing documents; related calls and e-mails | Mary Cilia | 8 | 1.8 |
| 7/1/2016 | Call to discuss EE_CLAIMS layout | Raj Perubhatla | 9 | 1.3 |
| 7/1/2016 | W4 Solicitation Process for Foreign Employees | Raj Perubhatla | 9 | 5.2 |
| 7/2/2016 | Employee Claims Distribution Modeling:EE Claims Layout & State Tax development | Raj Perubhatla | 9 | 8.7 |
| 7/3/2016 | Employee Claims Distribution Modeling:EE Claims Layout & State Tax development | Raj Perubhatla | 9 | 9.2 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 7/5/2016 | Employee Claims Distribution Modeling:EE Claims Layout & State Tax development | Raj Perubhatla | 9 | 3.7 |
| 7/5/2016 | Working Travel to client site: Employee Distribution Modeling | Raj Perubhatla | 9 | 2.5 |
| 7/6/2016 | On site meeting with EY and RLKS team members to discuss solicitation letter distribution and processing; supporting preparation and follow-up | Kathryn Schultea | 9 | 3.0 |
| 7/6/2016 | On site meeting with EY and RLKS team members to discuss solicitation letter distribution and processing. | Leticia Barrios | 9 | 1.0 |
| 7/6/2016 | Review files related to interim distribution and related e-mails | Mary Cilia | 9 | 1.8 |
| 7/6/2016 | Employee Claims Distribution Modeling: Weekly meeting on site | Raj Perubhatla | 9 | 1.3 |
| 7/6/2016 | Employee Claims Distribution Modeling: Development | Raj Perubhatla | 9 | 3.8 |
| 7/7/2016 | Employee Claims Distribution Modeling: Development | Raj Perubhatla | 9 | 3.2 |
| 7/8/2016 | Reconciliation of claims register to the general ledger and related documentation and updates to claims database | Mary Cilia | 9 | 6.5 |
| 7/9/2016 | Employee Claims Distribution Modeling: Development of State Tax calculations | Raj Perubhatla | 9 | 14.3 |
| 7/10/2016 | Continued reconciliation of claims register to the general ledger and related documentation and updates to claims database | Mary Cilia | 9 | 4.5 |
| 7/10/2016 | Employee Claims Distribution Modeling: Development of State Tax calculations | Raj Perubhatla | 9 | 12.2 |
| 7/11/2016 | Continued reconciliation of claims register to the general ledger and related documentation and updates to claims database | Mary Cilia | 9 | 6.2 |
| 7/11/2016 | Review of tax files related to interim distribution and related e-mails | Mary Cilia | 9 | 1.3 |
| 7/11/2016 | Employee Claims Distribution Modeling: Development of State Tax calculations | Raj Perubhatla | 9 | 1.2 |
| 7/11/2016 | Gather information about servers for SNMP | Raj Perubhatla | 9 | 2.5 |
| 7/12/2016 | Continued reconciliation of claims register to the general ledger and related documentation and updates to claims database | Mary Cilia | 9 | 6.9 |
| 7/13/2016 | Meeting with EY and RLKS team members to discuss NNI employee claims gross to net work plan and working session. | Kathryn Schultea | 9 | 1.0 |
| 7/13/2016 | Meeting with EY and RLKS team members to discuss NNI employee claims gross to net work plan and working session. | Leticia Barrios | 9 | 1.0 |
| 7/13/2016 | Review and respond to e-mails related to tax solicitation for interim distribution | Mary Cilia | 9 | 1.2 |
| 7/13/2016 | Employee Claims Distribution Modeling: Weekly call prep | Raj Perubhatla | 9 | 1.7 |
| 7/13/2016 | Employee Claims Distribution Modeling: Weekly call prep | Raj Perubhatla | 9 | 1.0 |
| 7/14/2016 | Conference call re:  tax solicitation for interim distribution; related prep and follow up | Mary Cilia | 9 | 1.1 |
| 7/14/2016 | Continued reconciliation of claims register to the general ledger and related documentation and updates to claims database | Mary Cilia | 9 | 6.6 |
| 7/15/2016 | Read, review and respond to various e-mails related to tax issues regarding the interim distribution | Mary Cilia | 9 | 1.2 |
| 7/15/2016 | Employee Claims Distribution Modeling: Development of Local Tax calculations | Raj Perubhatla | 9 | 6.5 |
| 7/16/2016 | Employee Claims Distribution Modeling: Reports | Raj Perubhatla | 9 | 9.2 |
| 7/17/2016 | Employee Claims Distribution Modeling: Reports | Raj Perubhatla | 9 | 8.4 |
| 7/19/2016 | Continued reconciliation of claims register to the general ledger and related documentation and updates to claims database | Mary Cilia | 9 | 3.4 |
| 7/20/2016 | Meeting with EY and RLKS team members to discuss NNI employee claims gross to net work plan and working session. | Leticia Barrios | 9 | 1.0 |
| 7/20/2016 | Continued reconciliation of claims register to the general ledger and related documentation and updates to claims database | Mary Cilia | 9 | 2.8 |
| 7/20/2016 | Employee Claims Distribution Modeling: prep for weekly call | Raj Perubhatla | 9 | 1.7 |
| 7/20/2016 | Employee Claims Distribution Modeling: Weekly status call | Raj Perubhatla | 9 | 1.0 |
| 7/20/2016 | Employee Claims Distribution Modeling: SUI Calculations | Raj Perubhatla | 9 | 5.2 |
| 7/20/2016 | Working Travel from client site: SUI Calculations | Raj Perubhatla | 9 | 2.5 |
| 7/21/2016 | Calls and e-mails related to set up of bank accounts for interim distribution | Mary Cilia | 9 | 1.7 |
| 7/21/2016 | Employee Claims Distribution Modeling: OH tax issues | Raj Perubhatla | 9 | 3.7 |
| 7/21/2016 | W4 Solicitation Process for Schedules | Raj Perubhatla | 9 | 4.7 |
| 7/22/2016 | Review and respond to e-mails re: employee claims/ interim distribution | Mary Cilia | 9 | 1.0 |
| 7/22/2016 | Research and documentation related to omnibus objection responses | Mary Cilia | 9 | 3.3 |
| 7/22/2016 | Employee Claims Distribution Modeling: Revised W4 and eTax file's analysis | Raj Perubhatla | 9 | 4.7 |
| 7/23/2016 | Employee Claims Distribution Modeling: State Tax Fixes | Raj Perubhatla | 9 | 8.7 |
| 7/24/2016 | Continued reconciliation of claims register to the general ledger and related documentation and updates to claims database | Mary Cilia | 9 | 2.7 |
| 7/24/2016 | Employee Claims Distribution Modeling: Local Taxes development | Raj Perubhatla | 9 | 12.3 |
| 7/25/2016 | Read, review, research and respond to various e-mails related to interim distribution | Mary Cilia | 9 | 1.6 |
| 7/26/2016 | Conference call with D. Kantorczyk re: interim distribution and various work streams; related prep and follow up e-mails with R. Perubhatla | Mary Cilia | 9 | 1.6 |
| 7/26/2016 | Employee Claims Distribution Modeling: team coordination and testing | Raj Perubhatla | 9 | 2.8 |
| 7/27/2016 | Review, research and update recovery model structure chart and document open issues and assumptions | Mary Cilia | 9 | 3.1 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 7/27/2016 | Conference call with R. Perubhatla and D. Kantorczyk re:  interim distribution vendor setup; related prep and follow up | Mary Cilia | 9 | 2.3 |
| 7/27/2016 | Review and comment on employee distribution model; related e-mails with L. Barrios | Mary Cilia | 9 | 1.6 |
| 7/27/2016 | Employee Claims Distribution Modeling: prep for weekly call | Raj Perubhatla | 9 | 1.2 |
| 7/27/2016 | Vendor Claims Distribution: QuickBooks call preparation and call | Raj Perubhatla | 9 | 1.3 |
| 7/27/2016 | Employee Claims Distribution Modeling: Weekly call | Raj Perubhatla | 9 | 1.5 |
| 7/27/2016 | Working Travel to client site: Employee Distribution Modeling | Raj Perubhatla | 9 | 2.5 |
| 7/28/2016 | Calls and e-mails related to set up of bank accounts for interim distribution | Mary Cilia | 9 | 0.8 |
| 7/28/2016 | Continued reconciliation of claims register to the general ledger and related documentation and updates to claims database | Mary Cilia | 9 | 3.6 |
| 7/28/2016 | Employee Distribution Modeling: Local Taxes | Raj Perubhatla | 9 | 2.7 |
| 7/29/2016 | Conference call with D. Kantorczyk re: interim distribution and various work streams; related prep and follow up | Mary Cilia | 9 | 0.8 |
| 7/29/2016 | Continued reconciliation of claims register to the general ledger and related documentation and updates to claims database | Mary Cilia | 9 | 2.5 |
| 7/29/2016 | Working Travel to client site: Employee Distribution Modeling | Raj Perubhatla | 9 | 2.5 |
| 7/30/2016 | Employee Distribution Modeling: Local Taxes | Raj Perubhatla | 9 | 4.2 |
| 7/31/2016 | Vendor Payments Setup and testing | Raj Perubhatla | 9 | 4.2 |
| 7/31/2016 | Employee Distribution Modeling: Local Taxes | Raj Perubhatla | 9 | 2.6 |