# EXHIBIT B

# EXHIBIT B
## EXPENSE SUMMARY

**Nortel Networks Inc., et al.**
(Case No. 09-10138 (KG))

**RLKS Executive Solutions**
**July 1 - 31, 2016**

| Expense Category | | Total Expenses |
|---|---|---|
| Travel – Airline (at economy fare booking) | | $  15,815.80 |
| Travel – Lodging | | 16,370.60 |
| Travel – Transportation | | 7,994.39 |
| Travel – Meals | | 2,926.35 |
| Office Expenses | | 6,202.59 |
| TOTAL | | $  49,309.73 |
| | | |

## Nortel Expense Report

PERIOD: July 1 - 31, 2016

| Date | Description | Air | Lodging | Transportation | Meals | Office Expenses | Professional | Comments on Meals/Transportation |
|---|---|---|---|---|---|---|---|---|
| 7/1/2016 | Interim distribution solication of W-4s | | | | | $ 5,155.32 | Kathryn Schultea | Postage for interim distribution solicitation mailout and remails during July |
| 7/4/2016 | Travel to Client Site - Raleigh | $372.60 | $132.28 | $62.48 | | | Daniel Tollefsen | Economy airfare; One night hotel stay; Car rental |
| 7/5/2016 | Travel to Client site | $377.60 | $154.02 | $90.00 | | | Brandon Bangerter | Economy airfare; one night hotel; transportation to airport |
| 7/5/2016 | On Client Site - Raleigh | | $154.36 | $62.49 | $14.30 | | Daniel Tollefsen | One night hotel stay; Car rental; lunch - (BB/DT) |
| 7/5/2016 | Travel to Raleigh | $311.60 | $241.63 | $107.50 | | | Felicia Buenrostro | Economy airfare; one night hotel stay, transportation for airport. |
| 7/5/2016 | Travel to Raleigh | $311.60 | $241.63 | $175.85 | $183.35 | | Kathryn Schultea | Economy airfare, one night hotel stay, car service to airport; daily car rental, hotel parking, dinner - KS, BB, DT, LB, FB - $36.67 each. |
| 7/5/2016 | Travel to Client Site - RTP | $311.60 | $241.63 | $105.00 | | | Leticia Barrios | Economy airfare; One night hotel stay; car service to airport |
| 7/5/2016 | Travel to client site | $495.10 | | $92.00 | | | Raj Perubhatla | Economy airfare; car to airport |
| 7/6/2016 | RTP stay | | $154.53 | | | | Brandon Bangerter | One night hotel |
| 7/6/2016 | On Client Site - Raleigh | | $154.36 | $62.49 | | | Daniel Tollefsen | One night hotel stay; Car rental |
| 7/6/2016 | Raleigh | | $241.63 | | | | Felicia Buenrostro | One night hotel stay. |
| 7/6/2016 | Raleigh | | $241.63 | $65.00 | $217.77 | | Kathryn Schultea | One night hotel stay, daily rental car, parking, lunch - KS, DT, BB, LB, FB - $29.16 each, dinner - KS, FB, LB, - $23.99 each. |
| 7/6/2016 | RTP Stay | | $241.63 | | | | Leticia Barrios | One night hotel stay |
| 7/6/2016 | Client site stay | | $135.07 | $46.94 | $25.30 | | Raj Perubhatla | one night hotel stay;breakfast, lunch; one night client stay; rental car |
| 7/7/2016 | RTP stay | | $154.53 | | $31.36 | | Brandon Bangerter | One night hotel; lunch - $8.79; dinner - $22.57 |
| 7/7/2016 | On Client Site - Raleigh | | $157.77 | $62.49 | $30.80 | | Daniel Tollefsen | One night hotel stay; Car rental; meals - lunch/dinner |
| 7/7/2016 | Travel from Raleigh | $311.60 | | $107.50 | | | Felicia Buenrostro | Economy airfare, transportation for airport. |
| 7/7/2016 | Travel from Raleigh | $311.60 | | $120.85 | $123.95 | | Kathryn Schultea | Economy airfare, car service from airport, dinner - KS, LB, FB - $41.31 each. |
| 7/7/2016 | Travel from Client Site - RTP | $311.60 | | $105.00 | | | Leticia Barrios | Economy airfare; car service from airport |
| 7/7/2016 | Travel from client site | $495.10 | $135.07 | $138.94 | $32.86 | | Raj Perubhatla | Economy airfare;breakfast, lunch, dinner;rental car;car from airport; one night client stay |
| 7/8/2016 | Travel from Client site | $377.60 | | $120.00 | $13.87 | | Brandon Bangerter | Economy airfare; one night hotel; transportation from airport; lunch - $13.87 |
| 7/8/2016 | On Client Site - Raleigh | | | $62.49 | | | Daniel Tollefsen | Car rental |
| 7/9/2016 | Travel from Client Site - Raleigh | $372.60 | | $141.40 | | | Daniel Tollefsen | Economy airfare; Car rental (62.49); Airport parking (78.91) |
| 7/10/2016 | Travel to Client Site - Raleigh | $365.10 | $188.41 | $112.33 | | | Daniel Tollefsen | Economy airfare; One night hotel stay; Car rental (Team) |
| 7/11/2016 | Travel to Client site | $382.10 | $221.33 | $15.64 | | | Brandon Bangerter | Economy airfare; one night hotel; transportation to hotel |
| 7/11/2016 | On Client Site - Raleigh | | $221.33 | $112.33 | | | Daniel Tollefsen | One night hotel stay; Car rental (Team) |
| 7/11/2016 | Travel to Raleigh | $302.60 | $263.63 | $107.50 | | | Felicia Buenrostro | Economy airfare, one night hotel stay, transportation for airport. |
| 7/11/2016 | Travel to Raleigh | $302.60 | $263.63 | $175.85 | $146.37 | | Kathryn Schultea | Economy airfare, one night hotel tay, car service to airport, parking, daily car rental, lunch - KS, LB, FB $21.37 each, dinner - KS, FB, LB $27.42 each |
| 7/11/2016 | Travel to Client Site - RTP | $302.60 | $263.63 | $105.00 | | | Leticia Barrios | Economy airfare; One night hotel stay; car service to airport |
| 7/11/2016 | Travel to client site | $421.60 | | $92.00 | | | Raj Perubhatla | Economy airfare to client site; car to airport |
| 7/12/2016 | RTP stay | | $232.68 | | | | Brandon Bangerter | One night hotel |
| 7/12/2016 | On Client Site - Raleigh | | $232.68 | $112.33 | $30.32 | | Daniel Tollefsen | One night hotel stay; Car rental (Team); lunch - (BB/DT) |
| 7/12/2016 | Raleigh | | $263.63 | | | | Felicia Buenrostro | One night hotel stay. |
| 7/12/2016 | Raleigh | | $263.63 | $65.00 | $221.05 | | Kathryn Schultea | One night hotel stay, daily rental car, parking, dinner - DT, KS, FB, LB, BB, RP $36.84 each. |
| 7/12/2016 | RTP Stay | | $263.63 | | | | Leticia Barrios | One night hotel stay |
| 7/12/2016 | Client site stay | | $182.41 | $43.18 | $26.08 | | Raj Perubhatla | Breakfast; lunch; one night client stay; rental car |
| 7/13/2016 | RTP stay | | $244.03 | | $23.97 | | Brandon Bangerter | One night hotel; lunch - $23.97(BB,DT) |
| 7/13/2016 | On Client Site - Raleigh | | $244.03 | $112.33 | $22.58 | | Daniel Tollefsen | One night hotel stay; Car rental (team); dinner - (BB/DT) |
| 7/13/2016 | Travel from Raleigh | $302.60 | | $107.50 | | | Felicia Buenrostro | Economy airfare, transportation for airport. |
| 7/13/2016 | Travel from Raleigh | $302.60 | | $185.85 | $22.56 | | Kathryn Schultea | Economy airfare, Car service from airport, daily car rental, Lunch - KS, FB, LB - $7.52 each. |
| 7/13/2016 | Travel from Client Site - RTP | $302.60 | | $105.00 | | | Leticia Barrios | Economy airfare; car service from airport |
| 7/13/2016 | Travel from client site | $421.60 | $182.41 | $135.18 | $57.80 | | Raj Perubhatla | Economy airfare from client site; Breakfast, Lunch, Dinner;rental car;car from airport; one night client stay |
| 7/14/2016 | Travel from Client site | $382.10 | | | | | Brandon Bangerter | Economy airfare |
| 7/14/2016 | On Client Site - Raleigh | | $191.82 | $112.33 | $10.97 | | Daniel Tollefsen | One night hotel stay; Car rental (Team); Meal - (BB/DT) |
| 7/15/2016 | On Client Site - Raleigh | | | $112.33 | $9.76 | | Daniel Tollefsen | Car rental (Team); Meal |
| 7/16/2016 | Travel from Client Site - Raleigh | $365.10 | | $207.04 | $13.87 | | Daniel Tollefsen | Economy airfare; Car rental (112.34) ; Meal; Airport parking (94.70) |
| 7/18/2016 | Travel to Client Site | $370.10 | $214.52 | $15.69 | | | Brandon Bangerter | Economy airfare; one night hotel; transportation to airport |
| 7/18/2016 | Travel to Client Site - Raleigh | $425.20 | $135.07 | $74.36 | | | Daniel Tollefsen | Economy airfare; One night hotel stay; Car rental |
| 7/18/2016 | Travel to client site | $305.10 | | $92.00 | $9.09 | | Raj Perubhatla | Economy airfare to client site; car to airport; Dinner |

**Nortel Expense Report**

PERIOD: July 1 - 31, 2016

| Date | Description | Air | Lodging | Transportation | Meals | Office Expenses | Professional | Comments on Meals/Transportation |
|------|-------------|-----|---------|----------------|-------|-----------------|--------------|----------------------------------|
| 7/19/2016 | RTP stay | | $225.87 | | | | Brandon Bangerter | One night hotel |
| 7/19/2016 | On Client Site - Raleigh | | $135.07 | $74.36 | $29.29 | | Daniel Tollefsen | One night hotel stay; Car rental; lunch - (BB/DT) |
| 7/19/2016 | Travel to Raleigh | $345.10 | $207.81 | $107.50 | | | Felicia Buenrostro | Economy airfare, one night hotel stay, transportation for airport. |
| 7/19/2016 | Raleigh | $345.10 | $307.81 | $175.85 | $162.00 | | Kathryn Schultea | Economy airfare, One night hotel stay, cab to airport, daily rental car, parking, dinner - KS, FB, LB, BB, DT, RB - $27.00 each. |
| 7/19/2016 | Travel from Client Site - RTP | $345.10 | $207.81 | $105.00 | | | Leticia Barrios | Economy airfare; One night hotel stay; car service to airport |
| 7/19/2016 | Client site stay | | $200.33 | $47.23 | $4.27 | | Raj Perubhatla | Breakfast; one night client stay; rental car |
| 7/20/2016 | RTP stay | | $237.22 | | | | Brandon Bangerter | One night hotel |
| 7/20/2016 | On Client Site - Raleigh | | $135.07 | $74.36 | | | Daniel Tollefsen | One night hotel stay; Car rental |
| 7/20/2016 | Raleigh | | $207.81 | | | | Felicia Buenrostro | One night hotel stay. |
| 7/20/2016 | Raleigh | | $307.81 | $65.00 | $107.92 | | Kathryn Schultea | One night hotel stay, parking, daily rental car, lunch - KS, FB, LB, BB, DT - $21.58 each. |
| 7/20/2016 | RTP Stay | | $207.81 | | | | Leticia Barrios | One night hotel stay |
| 7/20/2016 | Travel from client site | $305.10 | $200.33 | $139.23 | $24.19 | | Raj Perubhatla | Economy airfare from client site; Breakfast, Lunch;rental car;car from airport; one night client stay |
| 7/21/2016 | RTP stay | | $143.01 | | | | Brandon Bangerter | One night hotel |
| 7/21/2016 | On Client Site - Raleigh | | $135.07 | $84.37 | $22.57 | | Daniel Tollefsen | One night hotel stay; Car rental (74.37); Gas (10.00); breakfast - (BB/DT) |
| 7/21/2016 | Raleigh | | $207.81 | | | | Felicia Buenrostro | One night hotel stay. |
| 7/21/2016 | Raleigh | | $307.81 | $65.00 | $178.60 | | Kathryn Schultea | One night hotel stay, parking, daily rental car, lunch - KS, FB, LB, BB, DT - $23.00 each, dinner - KS, FB, LB - $21.20 each |
| 7/21/2016 | RTP Stay | | $207.81 | | | | Leticia Barrios | One night hotel stay |
| 7/22/2016 | Travel from Client site | $370.10 | | | $9.68 | | Brandon Bangerter | Economy airfare; lunch - $9.68 |
| 7/22/2016 | On Client Site - Raleigh | | | $74.37 | | | Daniel Tollefsen | Car rental |
| 7/22/2016 | Travel from Raleigh | $345.10 | | $107.50 | | | Felicia Buenrostro | Economy airfare, transportation for airport. |
| 7/22/2016 | Raleigh | $345.10 | | $165.85 | $87.85 | | Kathryn Schultea | Economy airfare, cab from airport, daily rental car, lunch - KS, FB, LB $29.83 each. |
| 7/22/2016 | Travel to Client Site - RTP | $345.10 | | $105.00 | | | Leticia Barrios | Economy airfare; car service from airport |
| 7/23/2016 | On Client Site - Raleigh | | | $103.20 | | | Daniel Tollefsen | Car rental (74.37); Gas (28.83) |
| 7/24/2016 | On Client Site - Raleigh | | | $74.37 | | | Daniel Tollefsen | Car rental |
| 7/25/2016 | On Client Site - Raleigh | | $214.52 | $102.14 | $39.99 | | Daniel Tollefsen | One night hotel stay; Car rental (74.37); Gas (27.77); Meal -Lunch (9.76); Meal - Dinner (30.23) |
| 7/26/2016 | Travel to Client site | $454.60 | $232.68 | $200.82 | $29.23 | | Brandon Bangerter | Economy airfare; one night hotel; Avis rental car; dinner - $29.23 |
| 7/26/2016 | On Client Site - Raleigh | | $214.52 | $74.37 | | | Daniel Tollefsen | One night hotel stay; Car rental |
| 7/26/2016 | Travel to Raleigh | $260.10 | $214.52 | $107.50 | | | Felicia Buenrostro | Economy airfare, one night hotel stay, transportation for airport. |
| 7/26/2016 | Travel to Raleigh | $260.10 | $214.52 | $155.25 | $89.26 | | Kathryn Schultea | Economy airfare, one night hotel stay, cab from airport, daily rental car, parking, dinner - KS, FB, LB - $29.75 each. |
| 7/26/2016 | Travel from Client Site - RTP | $202.60 | $214.52 | $105.00 | | | Leticia Barrios | Economy airfare; One night hotel stay; car service to airport |
| 7/27/2016 | RTP stay | | $232.68 | | | | Brandon Bangerter | One night hotel |
| 7/27/2016 | On Client Site - Raleigh | | $214.52 | $74.37 | | | Daniel Tollefsen | One night hotel stay; Car rental |
| 7/27/2016 | Raleigh | | $214.52 | | | | Felicia Buenrostro | One night hotel stay. |
| 7/27/2016 | Raleigh | | $214.52 | $65.00 | $147.76 | | Kathryn Schultea | One night hotel stay, daily car rental, dinner - KS, FB, LB, BB, DT - $29.55 |
| 7/27/2016 | RTP Stay | | $214.52 | | | | Leticia Barrios | One night hotel stay |
| 7/27/2016 | Travel to client site | $338.10 | $182.41 | $92.00 | $20.56 | | Raj Perubhatla | Economy airfare to client site; car to airport; one night client stay; Dinner |
| 7/28/2016 | RTP stay | | $143.01 | | | | Brandon Bangerter | One night hotel |
| 7/28/2016 | On Client Site - Raleigh | | $214.52 | $74.37 | $102.14 | | Daniel Tollefsen | One night hotel stay; Car rental; dinner (KS/DT/FB/LB/BB) |
| 7/28/2016 | Raleigh | | $214.52 | | | | Felicia Buenrostro | One night hotel stay. |
| 7/28/2016 | Raleigh | | $214.52 | $65.00 | $60.00 | | Kathryn Schultea | One night hotel stay, daily rental car, parking, lunch - KS,FB,LB - $20.00 each. |
| 7/28/2016 | RTP Stay | | $214.52 | | | | Leticia Barrios | One night hotel stay |
| 7/28/2016 | Client site stay | | $182.41 | $42.02 | $70.05 | | Raj Perubhatla | Breakfast; Dinner; one night client stay; rental car |
| 7/29/2016 | RTP stay | | $295.00 | | | | Brandon Bangerter | One night hotel |
| 7/29/2016 | On Client Site - Raleigh | | $214.52 | $74.37 | $169.20 | | Daniel Tollefsen | One night hotel stay; Car rental; dinner (KS/DT/FB/BB) |
| 7/29/2016 | Raleigh | | $214.52 | | | | Felicia Buenrostro | One night hotel stay. |
| 7/29/2016 | Raleigh | | $214.52 | $65.00 | $154.47 | | Kathryn Schultea | One night hotel stay, daily rental car, breakfast, - KS, FB, LB, DT - $3.96 each, lunch - KS, FB, DT, BB, RP - $27.72 each. |
| 7/29/2016 | Travel to Client Site - RTP | $202.60 | | $105.00 | | | Leticia Barrios | Economy airfare; car service from airport |
| 7/29/2016 | Client site stay | $338.10 | | $134.02 | $27.00 | | Raj Perubhatla | Economy airfare from client site; Breakfast, Dinner; rental car; car from airport; |

Nortel Expense Report
PERIOD: **July 1 - 31, 2016**

| Date | Description | Air | Lodging | Transportation | Meals | Office Expenses | Professional | Comments on Meals/Transportation |
|---|---|---|---|---|---|---|---|---|
| 7/30/2016 | RTP stay | | $295.00 | $40.75 | | | Brandon Bangerter | One night hotel; gas for rental car |
| 7/30/2016 | On Client Site - Raleigh | | $214.52 | $89.37 | | | Daniel Tollefsen | One night hotel stay; Car rental (74.37); Gas (15.00) |
| 7/30/2016 | Raleigh | | $214.52 | | | | Felicia Buenrostro | One night hotel stay. |
| 7/30/2016 | Raleigh | | $214.52 | $65.00 | $122.34 | | Kathryn Schultea | One night hotel stay, daily rental car, dinner - KS, FB, BB - $40.78 each |
| 7/30/2016 | IT Expenses | | | | | $    618.56 | Raj Perubhatla | Annual renewal for www.nortel-us.com website; cable required for badge reader and network access (Fry's) |
| 7/31/2016 | Travel from Client site | $454.60 | $295.00 | $117.00 | | | Brandon Bangerter | Economy airfare; one night hotel; Airport parking |
| 7/31/2016 | Travel from Client Site - Raleigh | $425.20 | | $295.33 | | | Daniel Tollefsen | Economy flight; Car rental (74.37); Airport parking (220.96  ) |
| 7/31/2016 | Office expenses for facility closure related work | | | | | $    428.71 | Daniel Tollefsen | Office expenses for facility closure related work (Home Depot wall plates, batteries) |
| 7/31/2016 | Travel from Raleigh | $260.10 | | $107.50 | | | Felicia Buenrostro | Economy airfare, transportation for airport. |
| 7/31/2016 | Travel from Raleigh | $260.10 | | $245.85 | | | Kathryn Schultea | Economy airfare, daily rental car, cab from airport |
| | | | | | | | | |
| | | | | | | | | |
| | | $ 15,815.80 | $ 16,370.60 | $     7,994.39 | $ 2,926.35 | $  6,202.59 | | |