## <u>CERTIFICATE OF SERVICE</u>

I, Tamara K. Minott, certify that I am not less than 18 years of age, and that service of the foregoing **Sixty-Third Monthly Application Of RLKS Executive Solutions LLC, As Consultants To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period July 1, 2016 Through July 31, 2016** was caused to be made on August 11, 2016, in the manner indicated upon the entities identified below.

Date:  August 11, 2016

/s/ *Tamara K. Minott*
Tamara K. Minott (No. 5643)

### <u>VIA HAND DELIVERY</u>

Christopher M. Samis, Esq.
L. Katherine Good, Esq.
Whiteford Taylor & Preston LLC
The Renaissance Center
405 N. King Street, Suite 500
Wilmington, DE  19801
(Counsel for Official Committee
Of Unsecured Creditors)

### <u>VIA HAND DELIVERY & EMAIL</u>

Mark Kenney, Esq.
Office of the U.S. Trustee
844 King Street
Suite 2207, Lockbox 35
Wilmington, DE  19801-3519
Email:  Mark.Kenney@usdoj.gov
(Trustee)

### <u>VIA FIRST CLASS MAIL & EMAIL</u>

Judith Scarborough CPA/ABV CVA
Master, Sidlow & Associates, P.A.
2002 West 14th Street
Wilmington, DE  19806
Email:  jscarborough@mastersidlow.com

### <u>VIA FIRST CLASS MAIL</u>

Nortel Networks, Inc.
Attn: Accounts Payable
8601 Six Forks Rd.
Suite 400
Raleigh, NC 27615
(Debtor)

Fred S.  Hodara, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY  10036
(Counsel for Official Committee
Of Unsecured Creditors)

8032720.22