# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
:
*In re*                                               :    Chapter 11
:
Nortel Networks Inc., *et al.*,[1]                    :    Case No. 09-10138 (KG)
:
          Debtors.                    :    Jointly Administered
:
:
---------------------------------------------------------X
:
*In re*                                               :    Chapter 11
:
Nortel Networks India International Inc.              :    Case No. 16-11714
:
          Debtor.[2]                     :    (Joint Administration Pending)
:
:
---------------------------------------------------------X

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON AUGUST 16, 2016 AT 11:00 A.M. (EASTERN TIME)**

By permission of chambers, any party wishing to participate telephonically must make arrangements through CourtCall **at least one hour prior to the hearing**. CourtCall has been made aware of this extended deadline. CourtCall will not accept reservations after the extended deadline has passed without permission of chambers. Please do not contact chambers prior to the expiration of the extended deadline.

---

[1] The Debtors in the jointly administered chapter 11 cases bearing Case No. 09-10138, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

[2] The last four digits of Nortel Networks India International Inc.'s tax identification number are (8667).

**UNCONTESTED MATTERS UNDER CERTIFICATE OF NO OBJECTION**

1. Fourth Monthly (for the Period September 1, 2013 Through December 31, 2013) and Final Application of Eugene F. Collins as Special Irish Counsel to the Debtors and Debtors-In-Possession, for Allowance of Compensation and Reimbursement of Expenses for the Period June 13, 2011 Through December 31, 2013 (D.I. 16868, Filed 5/31/16).

    Objection Deadline:   June 20, 2016 at 4:00 p.m. (ET).

    Related Pleadings:

    (a) Certificate of No Objection Regarding Fourth Monthly (for the Period September 1, 2013 Through December 31, 20132) and Final Application of Eugene F. Collins as Special Irish Counsel to the Debtors and Debtors-In-Possession, for Allowance of Compensation and Reimbursement of Expenses for the Period June 13, 2011 Through December 31, 2013 (D.I. 16946, Filed 6/22/16);

    (b) Fee Examiner's Final Report Regarding Fourth Monthly and Final Fee Application of Eugene F. Collins (D.I. 17003, Filed 7/18/16); and

    (c) Proposed Form of Order.

    Responses Received: None.

    Status: There have been no objections and a CNO has been filed.

2. Debtors' Forty-Fourth Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (No-Basis D&O Indemnification Claims) (D.I. 16998, Filed 7/15/16).

    Objection Deadline:   August 5, 2016 at 4:00 p.m. (ET).

    Related Pleadings:

    (a) Certificate of No Objection Regarding Debtors' Forty-Fourth Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (No-Basis D&O Indemnification Claims) (D.I. 17058, Filed 8/8/16); and

    (b) Proposed Form of Order.

    Responses Received: None.

    Status: There have been no objections and a CNO has been filed.

**UNCONTESTED MATTER GOING FORWARD**

3. Debtors' Forty-Second Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (No-Basis Claims, Modify and Allow Claims, Reclassify and Allow Claims, No-Basis Equity Claims, Wrong Debtor Claims and Redundant Claims) (D.I. 16996, Filed 7/15/16).

    Objection Deadline:    August 5, 2016 at 4:00 p.m. (ET).  Extended for Tannor Partners Credit Fund, LP and Employment Development Department to August 30, 2016 at 4:00 p.m. (ET).

    Related Pleadings: None.

    Responses Received:

    (a)    Informal Response of Tannor Partners Credit Fund, LP Regarding Claim No. 23.01;

    (b)    Informal Response of Employment Development Department Regarding Claim No. 1353; and

    (c)    Informal Response of Oracle America, Inc., successor in interest to Oracle USA, Inc. Regarding Claim No. 3947.01.

    Status: The hearing with regard to responses (a) and (b) above has been adjourned to the hearing scheduled for September 13, 2016 at 10:00 a.m. (ET).  The Objection has been resolved with respect to response (c) above and the Debtors intend to present a revised form of order reflecting an agreed modified claim amount with respect to Claim No. 3947.01 at the hearing.  The hearing on this matter is going forward with respect to all claims included on the Objection to which a response was not received.  The Debtors intend to present a revised form of order at the hearing.

**CONTESTED MATTERS GOING FORWARD**

4. Debtors' Forty-Third Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (No-Basis Claims, No-Basis 503(b)(9) Claims, No-Basis Deferred Compensation Claims, No-Basis Pension Claims, No-Basis Retiree Claims, No-Basis 401(k) Claims, Redundant Claims, Modify and Allow Claims, Reclassify and Allow Claims and Wrong Debtor Claims) (D.I. 16997, Filed 7/15/16).

    Objection Deadline:    August 5, 2016 at 4:00 p.m. (ET).

Related Pleading:

(a) Debtors' Omnibus Reply in Further Support of Debtors' Forty-Third Omnibus Objection (Substantive) to Certain Claims (D.I. 17079, Filed 8/11/16).

Responses Received:

(a) Response to Forty Third Omnibus Objection Filed by Lee Derry Regarding Claim No. 3905 (D.I. 17048, Filed 8/2/16);

(b) Response to Omnibus Objection Filed by Douglas McGregor Regarding Claim No. 8772 (D.I. 17049, Filed 8/2/16); and

(c) Pension Benefit Guaranty Corporation's Joinder in Debtors' Forty-Third Omnibus Objection (Substantive) to, *Inter Alia*, Claims in Exhibit A that are No-Basis Pension Claims (Dkt. No. 16997) (D.I. 17053, Filed 8/4/16).

Status: The hearing on this matter will go forward with respect to responses (a) and (b) above and all other claims included in the Objection to which a response was not received. The Debtors intend to present a revised form of order at the hearing.

## FEE APPLICATIONS

5. Quarterly Fee Applications.

   Objection Deadline: N/A

   Responses Received: None.

   Related Pleadings: See attached "Exhibit A".

   Status: The fee hearing will go forward.

## FIRST DAY HEARING

*Nortel Networks India International Inc., Case No. 16-11714 (KG)*

6. Voluntary Petition for Non-Individuals Filing for Bankruptcy (D.I. 1), Filed 7/26/16).

7. Declaration of Luis-Fernando Guerra Sanz, President, Nortel Networks India International Inc., in Support of Chapter 11 Petition and First Day Motions (D.I. 5, Filed 7/26/16).

8. Motion of the Debtors Nortel Networks Inc. and Nortel Networks India International Inc. for Entry of an Order Pursuant to 11 U.S.C. § 105, Bankruptcy Rule 1015, and Local

Rule 1015-1 (I) Directing Joint Administration of the Debtors' Related Chapter 11 Cases and (II) Granting Related Relief (D.I. 6, Filed 7/26/16).

Objection Deadline:    August 9, 2016 at 4:00 p.m. (ET).

Related Pleading:

(a)    Declaration of Luis-Fernando Guerra Sanz, President, Nortel Networks India International Inc., in Support of Chapter 11 Petition and First Day Motions (D.I. 5, Filed 7/26/16).

Responses Received: None.

Status: The hearing will go forward.

9.    Debtors' Motion to Have Previously Entered Orders as Supplemented Govern Nortel Networks India International Inc. Prospectively (D.I. 7, Filed 7/26/16).

Objection Deadline:    August 9, 2016 at 4:00 p.m. (ET).

Related Pleading:

(a)    Declaration of Luis-Fernando Guerra Sanz, President, Nortel Networks India International Inc., in Support of Chapter 11 Petition and First Day Motions (D.I. 5, Filed 7/26/16).

Responses Received: None.

Status: The hearing will go forward.

10.    Debtors' Motion Pursuant to Sections 501, 502 and 1111(a) of the Bankruptcy Code, Bankruptcy Rules 2002 and 3003(c)(3) and Local Rules 2002-1(e) and 3003-1 for an Order Establishing Deadlines for Filing Proofs of Claim Against Nortel Networks India International Inc. (D.I. 8, Filed 7/26/16).

Objection Deadline:    August 9, 2016 at 4:00 p.m. (ET).

Related Pleading:

(a)    Declaration of Luis-Fernando Guerra Sanz, President, Nortel Networks India International Inc., in Support of Chapter 11 Petition and First Day Motions (D.I. 5, Filed 7/26/16).

Responses Received: None.

Status: The hearing will go forward.

| | |
|---|---|
| Dated: August 12, 2016<br>Wilmington, DE | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>James L. Bromley (admitted *pro hac vice*)<br>Lisa M. Schweitzer (admitted *pro hac vice*)<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone:  (212) 225-2000<br>Facsimile:  (212) 225-3999<br><br>- and -<br><br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>    */s/ Andrew R. Remming*    <br>Eric D. Schwartz (No. 3134)<br>Derek C. Abbott (No. 3376)<br>Andrew R. Remming (No. 5120)<br>Tamara K. Minott (No. 5643)<br>1201 North Market Street<br>Wilmington, DE  19899-1347<br>Telephone:  (302) 658-9200<br>Facsimile:  (302) 658-3989<br><br>*Counsel for the Debtors and Debtors in Possession* |