## EXHIBIT A

**Nortel Networks Inc., Bankruptcy Case No. 09-10138 (KG)**

**Summary of Fees and Expenses for the Period
From February 1, 2016 through April 30, 2016, unless otherwise specified**

**Hearing: August 16, 2016 at 10:00 a.m. (ET)**

Akin Gump Strauss Hauer & Feld LLP ("Akin Gump")

A.    Notice Of Twenty-Ninth Interim Fee Application Request (D.I. 16860, Filed 5/27/16).

    1.    Eighty-Fifth Monthly Application Of Akin Gump Strauss Hauer & Feld LLP, Co-Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For The Reimbursement Of Expenses For Services Rendered During The Period From February 1, 2016 Through February 29, 2016 (D.I. 16687, Filed 4/4/16);

    2.    Certification Of No Objection Regarding Eighty-Fifth Monthly Application Of Akin Gump Strauss Hauer & Feld LLP, Co-Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For The Reimbursement Of Expenses For Services Rendered During The Period From February 1, 2016 Through February 29, 2016 [Docket No. 16687] (No Order Required) (D.I. 16766, Filed 4/27/16);

    3.    Eighty-Sixth Monthly Application Of Akin Gump Strauss Hauer & Feld LLP, Co-Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For The Reimbursement Of Expenses For Services Rendered During The Period From March 1, 2016 Through March 31, 2016 (D.I. 16805, Filed 5/12/16);

    4.    Certification Of No Objection Regarding Eighty-Sixth Monthly Application Of Akin Gump Strauss Hauer & Feld LLP, Co-Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For The Reimbursement Of Expenses For Services Rendered During The Period From March 1, 2016 Through March 31, 2016 [Docket No. 16805] (No Order Required) (D.I.16883, Filed 6/2/16);

    5.    Eighty-Seventh Monthly Application Of Akin Gump Strauss Hauer & Feld LLP, Co-Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For The Reimbursement Of Expenses For Services Rendered During The Period From April 1, 2016 Through April 30, 2016 (D.I. 16859, Filed 5/27/16);

    6.    Certification Of No Objection Regarding Eighty-Seventh Monthly Application Of Akin Gump Strauss Hauer & Feld LLP, Co-Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For The

Reimbursement Of Expenses For Services Rendered During The Period From April 1, 2016 Through April 30, 2016 [Docket No. 16859] (No Order Required) (D.I.16929, Filed 6/17/16); and

7.    Fee Examiner's Final Report Regarding Twenty-Ninth Interim Fee Application Of Akin Gump Strauss Hauer & Feld LLP (D.I.16932, Filed 6/21/16).

Ashurst LLP

B.    Notice Of Twenty-Ninth Interim Fee Application Request (D.I. 16852, Filed 5/26/16).

1.    Eighty-Fifth Monthly Application Of Ashurst LLP, European Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From February 1, 2016 Through February 29, 2016 (D.I. 16660, Filed 3/31/16);

2.    Certification Of No Objection Regarding Eighty-Fifth Monthly Application Of Ashurst LLP, European Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From February 1, 2016 Through February 29, 2016 [Docket No. 16660] (No Order Required) (D.I. 16763, Filed 4/26/16);

3.    Eighty-Sixth Monthly Application Of Ashurst LLP, European Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From March 1, 2016 Through March 31, 2016 (D.I. 16771, Filed 4/29/16);

4.    Certification Of No Objection Regarding Eighty-Sixth Monthly Application Of Ashurst LLP, European Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From March 1, 2016 Through March 31, 2016 [Docket No. 16771] (No Order Required) (D.I.16831, Filed 5/20/16);

5.    Eighty-Seventh Monthly Application Of Ashurst LLP, European Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From April 1, 2016 Through April 30, 2016 (D.I. 16847, Filed 5/25/16);

6.    Certification Of No Objection Regarding Eighty-Seventh Monthly Application Of Ashurst LLP, European Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From April 1, 2016 Through

April 30, 2016 [Docket No. 16847] (No Order Required) (D.I.16927, Filed 6/17/16); and

7.   Fee Examiner's Final Report Regarding Twenty-Ninth Interim Fee Application Of Ashurst LLP (D.I.7001, Filed 7/18/16).

Berkeley Research Group, LLC

C.   Notice Of Fourth Interim Fee Application Request (D.I. 16825, Filed 5/19/16).

1.   Ninth Monthly Fee Application Of Berkeley Research Group, LLC For Compensation For Services Rendered And Reimbursement Of Expenses As Financial Advisor To The Official Committee of Unsecured Creditors During The Period From February 1, 2016 Through February 29, 2016 (D.I. 16736, Filed 4/19/16);

2.   Certification Of No Objection Regarding Ninth Monthly Fee Application Of Berkeley Research Group, LLC For Compensation For Services Rendered And Reimbursement Of Expenses As Financial Advisor To The Official Committee of Unsecured Creditors During The Period From February 1, 216 Through February 29, 2016 [Docket No. 16736] (No Order Required) (D.I. 16799, Filed 5/10/16);

3.   Tenth Monthly Fee Application Of Berkeley Research Group, LLC For Compensation For Services Rendered And Reimbursement Of Expenses As Financial Advisor To The Official Committee of Unsecured Creditors During The Period From March 1, 2016 Through March 31, 2016 (D.I. 16795, Filed 5/6/16);

4.   Certification Of No Objection Regarding Tenth Monthly Fee Application Of Berkeley Research Group, LLC For Compensation For Services Rendered And Reimbursement Of Expenses As Financial Advisor To The Official Committee of Unsecured Creditors During The Period From March 1, 2016 Through March 31, 2016 [Docket No. 16795] (No Order Required) (D.I. 16874, Filed 5/31/16);

5.   Eleventh Monthly Fee Application Of Berkeley Research Group, LLC For Compensation For Services Rendered And Reimbursement Of Expenses As Financial Advisor To The Official Committee of Unsecured Creditors During The Period From April 1, 2016 Through April 30, 2016 (D.I. 16821, Filed 5/18/16);

6.   Certification Of No Objection Regarding Eleventh Monthly Fee Application Of Berkeley Research Group, LLC For Compensation For Services Rendered And Reimbursement Of Expenses As Financial Advisor To The Official Committee of Unsecured Creditors During The Period From April 1, 2016 Through April 30, 2016 [Docket No. 16821] (No Order Required) (D.I. 16908, Filed 6/9/16); and

7.   Fee Examiner's Final Report Regarding Fourth Interim Fee Application Of Berkeley Research Group, LLC (D.I. 16933, Fled 6/21/16).

Cassels Brock & Blackwell LLP

D.    Notice Of Ninth Interim Fee Application Request (D.I. 16873, 5/31/16).

    1.    Twenty-Fourth Monthly Application Of Cassels Brock & Blackwell LLP Canadian Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From February 1, 2016 To February 29, 2016 (D.I. 16856, Filed 5/26/16);

    2.    Certification of No Objection Regarding Twenty-Fourth Monthly Application Of Cassels Brock & Blackwell LLP Canadian Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From February 1, 2016 To February 29, 2016 (D.I. 16928, Filed 6/17/16);

    3.    Twenty-Fifth Monthly Application Of Cassels Brock & Blackwell LLP Canadian Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From March 1, 2016 To March 31, 2016 (D.I. 16858, Filed 5/27/16);

    4.    Certification Of No Objection Regarding Twenty-Fifth Monthly Application Of Cassels Brock & Blackwell LLP Canadian Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From March 1, 2016 To March 31, 2016 (D.I. 16931, Filed 6/20/16);

    5.    Twenty-Sixth Monthly Application Of Cassels Brock & Blackwell LLP Canadian Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From April 1, 2016 To April 30, 2016 (D.I. 16861, Filed 5/31/16);

    6.    Certification Of No Objection Regarding Twenty-Sixth Monthly Application Of Cassels Brock & Blackwell LLP Canadian Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From April 1, 2016 To April 30, 2016 (D.I. 16945, Filed 6/22/16); and

    7.    Fee Examiner's Final Report Regarding Notice Of Ninth Interim Fee Application Request Of Cassels Brock & Blackwell LLP (D.I. 16986, Filed 7/8/16).

Chilmark Partners LLC

E.    Twenty-Fifthth Quarterly Fee Application Request Of Chilmark Partners, LLC, As Consulting Expert To The Debtors And Debtors-In-Possession, For The Period February 1, 2016 Through April 30, 2016 (D.I. 16844, Filed 5/25/16).

1.    Seventy-Second  Monthly Application Of Chilmark Partners, LLC, As Consulting Expert To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses During The Period From February 1, 2016 Through February 29, 2016 (D.I. 16704, Filed 4/8/16);

2.    Certificate of No Objection Regarding Seventy-Second  Monthly Application Of Chilmark Partners, LLC, As Consulting Expert To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses During The Period From February 1, 2016 Through February 29, 2016 (D.I. 16772, Filed 4/29/16);

3.    Seventy-Third Monthly Application Of Chilmark Partners, LLC, As Consulting Expert To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses During The Period From March 1, 2016 Through March 31, 2016 (D.I. 16732, Filed 4/19/16);

4.    Certificate of No Objection Regarding Seventy-Third Monthly Application Of Chilmark Partners, LLC, As Consulting Expert To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses During The Period From March 1, 2016 Through March 31, 2016 (D.I. 16798, Filed 5/10/16);

5.    Seventy-Fourth Monthly Application Of Chilmark Partners, LLC, As Consulting Expert To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses For The Period April 1, 2016 Through April 30, 2016 (D.I. 16834, Filed 5/24/16);

6.    Certificate of No Objection Regarding Seventy-Fourth Monthly Application Of Chilmark Partners, LLC, As Consulting Expert To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses For The Period April 1, 2016 Through April 30, 2016 (D.I. 16915, Filed 6/14/16); and

7.    Fee Examiner's Final Report Regarding Twenty-Fifth Quarterly Fee Application Of Chilmark Partners, LLC (D.I. 16934, Filed 6/21/16).

Cleary Gottlieb Steen & Hamilton LLP ("Cleary")

F.    Twenty-Ninth Quarterly Fee Application Request Of Cleary Gottlieb Steen & Hamilton LLP, As Attorneys For Debtors And Debtors-In-Possession, For The Period February 1, 2016 Through April 30, 2016 (D.I. 16843, Filed 5/25/16).

    1.    Eighty-Sixth Interim Application Of Cleary Gottlieb Steen & Hamilton LLP, As Attorneys For Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period February 1, 2016 Through February 29, 2016 (D.I. 16653, Filed 3/29/16);

    2.    Certificate Of No Objection Regarding Eighty-Sixth Interim Application Of Cleary Gottlieb Steen & Hamilton LLP, As Attorneys For Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period February 1, 2016 Through February 29, 2016 (D.I. 16739, Filed 4/20/16);

    3.    Eighty-Seventh Interim Application Of Cleary Gottlieb Steen & Hamilton LLP, As Attorneys For Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period March 1, 2016 Through March 31, 2016 (D.I. 16764, Filed 4/26/16);

    4.    Certificate Of No Objection Regarding Eighty-Seventh Interim Application Of Cleary Gottlieb Steen & Hamilton LLP, As Attorneys For Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period March 1, 2016 Through March 31, 2016 (D.I. 16818, Filed 5/17/16);

    5.    Eighty-Eighth Interim Application Of Cleary Gottlieb Steen & Hamilton LLP, As Attorneys For Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period April 1, 2016 Through April 30, 2016 (D.I. 16832, Filed 5/23/16);

    6.    Certificate Of No Objection Regarding Eighty-Eighth Interim Application Of Cleary Gottlieb Steen & Hamilton LLP, As Attorneys For Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period April 1, 2016 Through April 30, 2016 (D.I. 16924, Filed 6/17/16); and

    7.    Fee Examiner's Final Report Regarding Twenty-Ninth Quarterly Fee Application Of Cleary Gottlieb Steen & Hamilton LLP (D.I. 16995, Filed 7/15/16).

Crowell & Moring LLP

G.  Twenty-Eighth Quarterly Fee Application Request Of Crowell & Moring LLP, Special Counsel For Debtors And Debtors-In-Possession, For The Period February 1, 2016 Through April 30, 2016 (D.I. 16865, Filed 5/31/16).

    1.  Sixty-Ninth Interim Application Of Crowell & Moring LLP As Special Counsel To Debtors And Debtors-In-Possession For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period February 1, 2016 Through April 30, 2016 (D.I. 16864, Filed 5/31/16);

    2.  Certificate Of No Objection Regarding Sixty-Ninth Interim Application Of Crowell & Moring LLP As Special Counsel To Debtors And Debtors-In-Possession For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period February 1, 2016 Through April 30, 2016 (D.I. 16938, Filed 6/21/16); and

    3.  Fee Examiner's Final Report Regarding Twenty-Eighth Quarterly Fee Application Of Crowell & Moring LLP (D.I. 17002, Filed 7/18/16).

Ernst & Young LLP

H.  Twenty-Ninth Quarterly Fee Application Of Ernst & Young LLP For Compensation For Services Rendered As Indirect Tax Service Advisor To The Debtors And Debtors-In-Possession For The Period Of January 1, 2016 Through April 30, 2016 (D.I. 16872, Filed 5/31/16).

    1.  Forty-Seventh Interim Application Of Ernst & Young LLP For Allowance Of Compensation For Services Rendered As Indirect Tax Service Advisor To The Debtors And Debtors-In-Possession For Period Of January 1, 2016 Through January 31, 2016 (D.I. 16635, Filed 3/18/16);

    2.  Certificate Of No Objection Regarding Forty-Seventh Interim Application Of Ernst & Young LLP For Allowance Of Compensation For Services Rendered As Indirect Tax Service Advisor To The Debtors And Debtors-In-Possession For Period Of January 1, 2016 Through January 31, 2016 (D.I. 16710, Filed 4/11/16);

    3.  Forty-Eighth Interim Application Of Ernst & Young LLP For Allowance Of Compensation For Services Rendered As Indirect Tax Service Advisor To The Debtors And Debtors-In-Possession For Period Of February 1, 2016 Through February 29, 2016 (D.I. 16770, Filed 4/28/16);

    4.  Certificate Of No Objection Regarding Forty-Eighth Interim Application Of Ernst & Young LLP For Allowance Of Compensation For Services Rendered As Indirect Tax Service Advisor To The Debtors And Debtors-In-Possession For Period Of February 1, 2016 Through February 29, 2016 (D.I. 16824, Filed 5/19/16);

5.      Forty-Ninth Interim Application Of Ernst & Young LLP For Allowance Of Compensation For Services Rendered As Indirect Tax Service Advisor To The Debtors And Debtors-In-Possession For Period Of March 1, 2016 Through March 31, 2016 (D.I. 16870, Filed 5/31/16);

6.      Certificate Of No Objection Regarding Forty-Ninth Interim Application Of Ernst & Young LLP For Allowance Of Compensation For Services Rendered As Indirect Tax Service Advisor To The Debtors And Debtors-In-Possession For Period Of March 1, 2016 Through March 31, 2016 (D.I. 16940, Filed 6/21/16);

7.      Fiftieth Interim Application Of Ernst & Young LLP For Allowance Of Compensation For Services Rendered As Indirect Tax Service Advisor To The Debtors And Debtors-In-Possession For Period Of April 1, 2016 Through April 30, 2016 (D.I. 16871, Filed 5/31/16);

8.      Certificate Of No Objection Regarding Fiftieth Interim Application Of Ernst & Young LLP For Allowance Of Compensation For Services Rendered As Indirect Tax Service Advisor To The Debtors And Debtors-In-Possession For Period Of April 1, 2016 Through April 30, 2016 (D.I. 16941, Filed 6/21/16); and

9.      Fee Examiner's Final Report Regarding Twenty-Ninth Quarterly Fee Application Of Ernst & Young LLP (D.I. 16987, Filed 7/8/16).

Eugene F. Collins

I.      Fourth Monthly (For The Period September 1, 2013 Through December 31, 2013) And Final Application Of Eugene F. Collins As Special Irish Counsel To The Debtors And Debtors-In-Possession, For Allowance Of Compensation And Reimbursement Of Expenses For The Period June 13, 2011 Through December 31, 2013 (D.I. 16868, Filed 5/31/16).

1.      Certificate Of No Objection Regarding Fourth Monthly (For The Period September 1, 2013 Through December 31, 2013) And Final Application Of Eugene F. Collins As Special Irish Counsel To The Debtors And Debtors-In-Possession, For Allowance Of Compensation And Reimbursement Of Expenses For The Period June 13, 2011 Through December 31, 2013 (D.I. 16946, Filed 6/22/16); and

2.      Fee Examiner's Final Report Regarding Fourth Monthly And Final Application Of Eugene F. Collins (D.I. 17003, Filed 7/18/16).

Huron Consulting Group

J.      Twenty-Ninth Quarterly Fee Application Request Of Huron Consulting Group As Accounting And Restructuring Consultants For Debtors And Debtors-In-Possession, For The Period February 1, 2016 Through April 30, 2016 (D.I. 16823, Filed 5/19/16).

1.      Eighty-Fifth Interim Application Of Huron Consulting Group As Accounting And Restructuring Consultant To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period February 1, 2016 Through February 29, 2016 (D.I. 16610, Filed 3/8/16);

2.      Certificate Of No Objection Regarding Eighty-Fifth Interim Application Of Huron Consulting Group As Accounting And Restructuring Consultant To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period February 1, 2016 Through February 29, 2016 (D.I. 16654, Filed 3/29/16);

3.      Eighty-Sixth Interim Application Of Huron Consulting Group As Accounting And Restructuring Consultant To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period March 1, 2016 Through March 31, 2016 (D.I. 16711, Filed 4/12/16);

4.      Certificate Of No Objection Regarding Eighty-Sixth Interim Application Of Huron Consulting Group As Accounting And Restructuring Consultant To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period March 1, 2016 Through March 31, 2016 (D.I. 16789, Filed 5/4/16);

5.      Eighty-Seventh Interim Application Of Huron Consulting Group As Accounting And Restructuring Consultant To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period April 1, 2016 Through April 30, 2016 (D.I. 16815, Filed 5/16/16);

6.      Certificate Of No Objection Regarding Eighty-Seventh Interim Application Of Huron Consulting Group As Accounting And Restructuring Consultant To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period April 1, 2016 Through April 30, 2016 (D.I. 16902, Filed 6/7/16); and

7.      Fee Examiner's Final Report Regarding Twenty-Ninth Quarterly Fee Application Of Huron Consulting Group (D.I. 16935, Filed 6/21/16).

John Ray

K.      Twenty-Sixth Quarterly Fee Application Of John Ray, As Principal Officer Of Nortel Networks, Inc. And Its Affiliates, For The Period February 1, 2016 Through April 30, 2016 (D.I. 16833, Filed 5/23/16).

1.      Fifty-Fourth Monthly Application Of John Ray, As Principal Officer Of Nortel Networks, Inc. For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period February 1, 2016 Through February 29, 2016 (D.I. 16604, Filed 3/3/16);

2.      Certificate Of No Objection Regarding Fifty-Fourth Monthly Application Of John Ray, As Principal Officer Of Nortel Networks, Inc. For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period February 1, 2016 Through February 29, 2016 (D.I. 16649, Filed 3/24/16);

3.      Fifty-Fifth Monthly Application Of John Ray, As Principal Officer Of Nortel Networks, Inc. For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period March 1, 2016 Through March 31, 2016 (D.I. 16662, Filed 4/1/16);

4.      Certificate Of No Objection Regarding Fifty-Fifth Monthly Application Of John Ray, As Principal Officer Of Nortel Networks, Inc. For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period March 1, 2016 Through March 31, 2016 (D.I. 16762, Filed 4/26/16);

5.      Fifty-Sixth Monthly Application Of John Ray, As Principal Officer Of Nortel Networks, Inc. For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period April 1, 2016 Through April 30, 2016 (D.I. 16787, Filed 5/4/16);

6.      Certificate Of No Objection Regarding Fifty-Sixth Monthly Application Of John Ray, As Principal Officer Of Nortel Networks, Inc. For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period April 1, 2016 Through April 30, 2016 (D.I. 16849, Filed 5/25/16); and

7.      Fee Examiner's Final Report Regarding Twenty-Sixth Quarterly Fee Application Of John Ray (D.I. 16992, Filed 7/13/16).

Morris, Nichols, Arsht & Tunnell LLP

L.      Twenty-Ninth Quarterly Fee Application Request Of Morris, Nichols, Arsht & Tunnell LLP, As Delaware And General Bankruptcy Counsel For Debtors And Debtors-In-Possession, For The Period February 1, 2016 Through April 30, 2016 (D.I. 16814, Filed 5/16/16).

1.      Eighty-Sixth Interim Application Of Morris, Nichols, Arsht & Tunnell LLP, As Delaware And General Bankruptcy Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All

Actual And Necessary Expenses Incurred For The Period February 1, 2016 Through February 29, 2016 (D.I. 16612, Filed 3/9/16);

2.      Certificate of No Objection Regarding Eighty-Sixth Interim Application Of Morris, Nichols, Arsht & Tunnell LLP, As Delaware And General Bankruptcy Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period February 1, 2016 Through February 29, 2016 (D.I. 16658, Filed 3/31/16);

3.      Eighty-Seventh Interim Application Of Morris, Nichols, Arsht & Tunnell LLP, As Delaware And General Bankruptcy Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period March 1, 2016 Through March 31, 2016 (D.I. 16707, Filed 4/11/16);

4.      Certificate Of No Objection Regarding Eighty-Seventh Interim Application Of Morris, Nichols, Arsht & Tunnell LLP, As Delaware And General Bankruptcy Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period March 1, 2016 Through March 31, 2016 (D.I. 16788, Filed 5/4/16);

5.      Eighty-Eighth Interim Application Of Morris, Nichols, Arsht & Tunnell LLP, As Delaware And General Bankruptcy Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period April 1, 2016 Through April 30, 2016 (D.I. 16804, Filed 5/11/16);

6.      Certificate Of No Objection Regarding Eighty-Eighth Interim Application Of Morris, Nichols, Arsht & Tunnell LLP, As Delaware And General Bankruptcy Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period April 1, 2016 Through April 30, 2016 (D.I. 16880, Filed 6/1/16); and

7.      Fee Examiner's Final Report Regarding Twenty-Ninth Quarterly Fee Application Of Morris, Nichols, Arsht & Tunnell LLP (D.I. 16993, Filed 7/13/16).

<u>RLKS Executive Solutions, LLC</u>

M.      Twenty-Fourth Quarterly Fee Application Request Of RLKS Executive Solutions LLC, As Consultants To The Debtors And Debtors-In-Possession, For The Period February 1, 2016 Through April 30, 2016 (D.I. 16863, Filed 5/31/16).

1.      Fifty-Eighth Monthly Application Of RLKS Executive Solutions LLC, As Consultants To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary

Expenses Incurred For The Period February 1, 2016 Through February 29, 2016 (D.I. 16688, Filed 4/4/16);

2.     Certificate Of No Objection Regarding Fifty-Eighth Monthly Application Of RLKS Executive Solutions LLC, As Consultants To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period February 1, 2016 Through February 29, 2016 (D.I. 16767, Filed 4/24/16);

3.     Fifty-Ninth Monthly Application Of RLKS Executive Solutions LLC, As Consultants To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period March 1, 2016 Through March 31, 2016 (D.I. 16693, Filed 4/5/16);

4.     Certificate Of No Objection Regarding Fifty-Ninth Monthly Application Of RLKS Executive Solutions LLC, As Consultants To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period March 1, 2016 Through March 31, 2016 (D.I. 16768, Filed 4/26/16);

5.     Sixtieth Monthly Application Of RLKS Executive Solutions LLC, As Consultants To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period April 1, 2016 Through April 30, 2016 (D.I. 16862, Filed 5/31/16);

6.     Certificate Of No Objection Regarding Sixtieth Monthly Application Of RLKS Executive Solutions LLC, As Consultants To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period April 1, 2016 Through April 30, 2016 (D.I. 16939, 6/21/16); and

7.     Fee Examiner's Final Report Regarding Twenty-Fourth Quarterly Fee Application Of RLKS Executive Solutions LLC (D.I. 16994, Filed 7/13/16).

<u>Torys LLP</u>

N.     Twenty-Second Quarterly Fee Application Of Torys LLP, As Special Canadian Counsel To Debtors And Debtors-In-Possession For The Period February 1, 2016 Through April 30, 2016 (D.I. 16857, Filed 5/26/16).

1.     Fifty-Ninth Monthly Application Of Torys LLP, As Special Canadian Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period February 1, 2016 Through February 29, 2016 (D.I. 16733, Filed 4/19/16);

2.      Certificate Of No Objection Regarding Fifty-Ninth Monthly Application Of Torys LLP, As Special Canadian Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period February 1, 2016 Through February 29, 2016 (D.I. 16801, Filed 5/10/16);

3.      Sixtieth Monthly Application Of Torys LLP, As Special Canadian Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period March 1, 2016 Through March 31, 2016 (D.I. 16816, Filed 5/16/16);

4.      Certificate Of No Objection Regarding Sixtieth Monthly Application Of Torys LLP, As Special Canadian Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period March 1, 2016 Through March 31, 2016 (D.I. 16903, Filed 6/7/16);

5.      Sixty-First Monthly Application Of Torys LLP, As Special Canadian Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period April 1, 2016 Through April 30, 2016 (D.I. 16848, Filed 5/25/16);

6.      Certificate Of No Objection Regarding Sixty-First Monthly Application Of Torys LLP, As Special Canadian Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period April 1, 2016 Through April 30, 2016 (D.I. 16923, Filed 6/15/16); and

7.      Fee Examiner's Final Report Regarding Twenty-Second Quarterly Fee Application Of Torys LLP (D.I. 16936, Filed 6/21/16).

Whiteford, Taylor & Preston LLC

O.      Sixth Interim Application Of Whiteford, Taylor & Preston LLC For Allowance Of Compensation For Services Rendered And For Reimbursement Of Expenses As Co-Counsel To The Official Committee Of Unsecured Creditors For The Period From February 1, 2016 Through April 30, 2016 (D.I. 16851, Filed 5/26/16).

1.      Fourteenth Monthly And Interim Application Of Whiteford, Taylor & Preston LLC For Allowance Of Compensation For Services Rendered And For Reimbursement Of Expenses As Co-Counsel To The Official Committee Of Unsecured Creditors For The Period From February 1, 2016 Through February 29, 2016 (D.I. 16609, Filed 3/8/16);

2.      Certificate Of No Objection Regarding Fourteenth Monthly And Interim Application Of Whiteford, Taylor & Preston LLC For Allowance Of Compensation For Services

Rendered And For Reimbursement Of Expenses As Co-Counsel To The Official Committee Of Unsecured Creditors For The Period From February 1, 2016 Through February 29, 2016 [Docket No. 16609] (No Order Required) (D.I. 16656, Filed 3/30/16);

3.      Fifteenth Monthly And Interim Application Of Whiteford, Taylor & Preston LLC For Allowance Of Compensation For Services Rendered And For Reimbursement Of Expenses As Co-Counsel To The Official Committee Of Unsecured Creditors For The Period From March 1, 2016 Through March 31, 2016 (D.I. 16735, Filed 4/19/16);

4.      Certificate Of No Objection Regarding Fifteenth Monthly And Interim Application Of Whiteford, Taylor & Preston LLC For Allowance Of Compensation For Services Rendered And For Reimbursement Of Expenses As Co-Counsel To The Official Committee Of Unsecured Creditors For The Period From March 1, 2016 Through March 31, 2016 (D.I. 16735, Filed 4/19/16);

5.      Sixteenth Monthly And Interim Application Of Whiteford, Taylor & Preston LLC For Allowance Of Compensation For Services Rendered And For Reimbursement Of Expenses As Co-Counsel To The Official Committee Of Unsecured Creditors For The Period From April 1, 2016 Through April 30, 2016 (D.I. 16802, Filed 5/10/16);

6.      Certificate Of No Objection Regarding Sixteenth Monthly And Interim Application Of Whiteford, Taylor & Preston LLC For Allowance Of Compensation For Services Rendered And For Reimbursement Of Expenses As Co-Counsel To The Official Committee Of Unsecured Creditors For The Period From April 1, 2016 Through April 30, 2016 (D.I. 16875, Filed 5/31/16); and

7.      Fee Examiner's Final Report Regarding Sixth Interim Fee Application Of Whiteford, Taylor & Preston LLC (D.I. 16937, Filed 6/21/16).