UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

_____

In re:   NORTEL NETWORKS, INC., et al.           Case No. 09-10138-KG

        Debtor.                                                        Chapter 11

_____

**NOTICE OF WITHDRAWAL OF APPEARANCE OF COUNSEL
FOR AND ON BEHALF OF CORE BROOKFIELD LAKES, LLC**

_____

**PLEASE TAKE NOTICE** that the appearance of Russell S. Long of Davis & Kuelthau, s.c. is hereby withdrawn as counsel for Core Brookfield Lakes, LLC, a creditor herein, in the above-captioned proceedings.

Dated:  August 15, 2016

                                      s/Russell S. Long
                                      Russell S. Long (WI Bar No. 1008602)
                                      Attorney for Core Brookfield Lakes, LLC
                                      Davis & Kuelthau, s.c.
                                      111 E. Kilbourn Avenue, Suite 1400
                                      Milwaukee, WI 53202
                                      Telephone:  414.225.1456
                                      Fax:  414.278.3656
                                      Email: rlong@dkattorneys.com

Russell S. Long, Esq.
Davis & Kuelthau, s.c.
111 E. Kilbourn Avenue, Suite 1400
Milwaukee, WI 53202
Telephone: 414.225.1456
Fax: 414.278.3656
Email:  rlong@dkattorneys.com

N:\DOCS\40566\97321\12631097