**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| *In re* | : | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | : | Case No. 09-10138 (KG) |
| Debtors. | : | Jointly Administered |
| | : | **Re: D.I. 16868**, 16946 |

**ORDER APPROVING FOURTH MONTHLY (FOR THE PERIOD SEPTEMBER 1, 2013 THROUGH DECEMBER 13, 2013) AND FINAL APPLICATION OF EUGENE F. COLLINS AS SPECIAL IRISH COUNSEL TO THE DEBTORS AND DEBTORS-IN-POSSESSION, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD JUNE 13, 2011 THROUGH DECEMBER 31, 2013**

Upon the Final Application of Eugene F. Collins ("Eugene Collins") as Special Irish Counsel to Debtors and Debtors-In-Possession, for Allowance of Compensation and for Reimbursement of Expenses Incurred for the Period June 13, 2011 Through December 31, 2013 (the "Application");[2] and this Court having determined that proper and adequate notice has been given and that no other or further notice is necessary; and after due deliberation thereon; and good and sufficient cause appearing therefor;

---

1 The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems, Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

2 Capitalized terms not defined herein are defined in the Application.

**IT IS HEREBY ORDERED THAT:**

1. The Application is GRANTED.

2. Eugene Collins is allowed final compensation for reasonable, actual and necessary services rendered in the amount of €145,521.19 ($195,674.45).

3. The Debtors are authorized and directed to pay Eugene Collins the amount of €145,521.19 ($195,674.45), less any amounts previously paid to Eugene Collins by the Debtors.

4. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this order.

5. This Order shall be effective immediately upon entry.

Dated: August 15, 2016
Wilmington, Delaware

THE HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE