## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
:
*In re*                                                                    :     Chapter 11
:
Nortel Networks Inc., *et al.*,[1]                              :     Case No. 09-10138 (KG)
:
              Debtors.             :     Jointly Administered
:
:     **Re: D.I. 16996**
:
---------------------------------------------------------X

**CERTIFICATION OF COUNSEL REGARDING DEBTORS' FORTY-SECOND
OMNIBUS OBJECTION (SUBSTANTIVE) TO CERTAIN CLAIMS
PURSUANT TO 11 U.S.C. § 502, FED. R. BANKR. P. 3007 AND
DEL. L.R. 3007-1 (NO-BASIS CLAIMS, MODIFY AND ALLOW
CLAIMS, RECLASSIFY AND ALLOW CLAIMS, NO-BASIS
EQUITY CLAIMS, WRONG DEBTOR CLAIMS AND REDUNDANT CLAIMS)**

      I, Tamara K. Minott, counsel to the debtors and debtors in possession in the above-captioned cases (collectively, the "<u>Debtors</u>"), hereby certify as follows regarding the Debtors' Forty-Second Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (No-Basis Claims, Modify and Allow Claims, Reclassify and Allow Claims, No-Basis Equity Claims, Wrong Debtor Claims and Redundant Claims) (the "<u>Objection</u>")[2]:

      1.      On July 15, 2016, the Debtors filed the Objection.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems, Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

[2] Capitalized terms used, but not otherwise defined, herein shall have the meanings set forth in the Objection.

2. Prior to the hearing on the Objection on August 16, 2016, the Debtors received informal comments from (i) Tannor Partners Credit Fund, LP, (ii) the Employment Development Department, and (iii) Oracle America, Inc. (collectively, the "Respondents") relating to the Objection.

3. The Debtors are currently negotiating with Tannor Partners Credit Fund, LP and the Employment Development Department and the Objection, as it pertains to these respondents, is being continued to the hearing scheduled for September 13, 2016 at 10:00 a.m. (ET). These adjournments are addressed within the revised proposed order (the "Revised Proposed Order") relating to the Objection attached hereto as **Exhibit 1**.

4. The Objection as it pertains to Claim No. 3947.01 filed by Oracle USA, Inc. has been resolved by agreement by and between the Debtors and Oracle America, Inc., successor in interest to Oracle USA, Inc. and is addressed within the Revised Proposed Order attached hereto as **Exhibit 1**.

5. The Revised Proposed Order, attached hereto as **Exhibit 1**, reflects: (i) the continuation of the Objection as it relates to Tannor Partners Credit Fund, LP and the Employment Development Department; (ii) the resolution of the Objection as it pertains to Claim No. 3947.01 filed by Oracle USA, Inc. by agreement by and between the Debtors and Oracle America, Inc., successor in interest to Oracle USA, Inc.; and (iii) the approval of the Objection, with respect to all claims identified in Exhibit A and Exhibit B to the Objection other than those claims held by the Respondents. A redline of the Revised Proposed Order highlighting the changes made to the proposed order filed with the Objection is attached hereto as **Exhibit 2**.

WHEREFORE, the Debtors respectfully request that the Court enter the Revised Proposed Order attached hereto as **Exhibit 1** at its earliest convenience and grant such other relief as may be just and proper.

Dated: August 16, 2016
      Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

 */s/ Tamara K. Minott*
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Andrew R. Remming (No. 5120)
Tamara K. Minott (No. 5643)
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE  19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 425-4663

*Counsel for the Debtors and
Debtors in Possession*

10322224.1