# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------X
:
*In re*                                                  : Chapter 11
:
Nortel Networks Inc., *et al.*,[1]                       : Case No. 09-10138 (KG)
:
                  Debtors.   : Jointly Administered
:
:
----------------------------------------------------------X
:
*In re*                                                  : Chapter 11
:
Nortel Networks India International Inc.                 : Case No. 16-11714
:
                  Debtor.[2]   : Jointly Administered
:
: RE D.I. 6
:
----------------------------------------------------------X

**ORDER PURSUANT TO 11 U.S.C. § 105, BANKRUPTCY RULE 1015, AND LOCAL RULE 1015-1 (I) DIRECTING JOINT ADMINISTRATION OF THE DEBTORS' RELATED CHAPTER 11 CASES AND (II) GRANTING RELATED RELIEF**

Upon the motion dated July 15, 2009 (the "Motion"),[3] of Nortel Networks Inc. ("NNI") and certain of its affiliates, as debtors and debtors in possession, each of which

---

[1] The Debtors in the jointly administered chapter 11 cases bearing Case No. 09-10138, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

[2] The last four digits of Nortel Networks India International Inc.'s tax identification number are (8667).

[3] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Motion.

commenced a case under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") on January 14, 2009 (collectively, with Nortel Networks (CALA) Inc., the "Original Debtors"),[4] together with Nortel Networks India International, Inc.[5] ("NNIII"), a wholly-owned subsidiary of NNI, as debtor and debtor in possession (NNIII and together with the Original Debtors, the "Debtors"), and upon the motion dated July 22, 2016 (the "Supplemental Joint Administration Motion" and, together with the Motion, the "Joint Administration Motions") requesting that the relief sought in the Motion be afforded to NNIII and requesting entry of an order, pursuant to section 105 of the Bankruptcy Code, Bankruptcy Rule 1015 and Local Rule 1015-1, directing the joint administration of all of the Debtors' chapter 11 cases, as more fully set forth in the Joint Administration Motions, and adequate notice of the Supplemental Joint Administration Motion having been given as set forth in the Supplemental Joint Administration Motion; and it appearing that no other or further notice is necessary; and the Court having jurisdiction to consider the Supplemental Joint Administration Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having determined that consideration of the Supplemental Joint Administration Motion is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having determined that the legal and factual bases set forth in the Supplemental Joint Administration Motion establish just cause for the relief requested in the Supplemental Joint Administration Motion, and that such relief is in the best interests of the

---

[4]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[5]  The last four digits of Nortel Networks India International Inc.'s tax identification number are (8667).

Debtors, their estates, their creditors and the parties in interest; and upon the record in these proceedings; and after due deliberation;

IT IS HEREBY ORDERED THAT:

1. The Supplemental Joint Administration Motion is GRANTED;

2. The above-captioned chapter 11 cases are consolidated for procedural purposes only and shall be jointly administered by the Court under Case No. 09-10138 (KG);

3. The Debtors are authorized to have the consolidated caption of the jointly administered cases read as follows:

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-----------------------------------------------------------X

| | |
|---|---|
| *In re* | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

-----------------------------------------------------------X

\* \* \*

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567), Nortel Networks (CALA) Inc. (4226), and Nortel Networks India International Inc. (8667). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

4. The Debtors are authorized to have an entry made on the docket of the NNIII Chapter 11 Case that is substantially similar to the following:

3

An order has been entered in accordance with Bankruptcy Rule 1015(b) and Local Rule 1015–1 directing joint administration of the Chapter 11 Cases of Nortel Networks Inc., Nortel Networks Capital Corporation, Nortel Altsystems Inc., Nortel Altsystems International Inc., Xros, Inc., Sonoma Systems, Qtera Corporation, CoreTek, Inc., Nortel Networks Applications Management Solutions Inc., Nortel Networks Optical Components Inc., Nortel Networks HPOCS Inc., Architel Systems (U.S.) Corporation, Nortel Networks International Inc., Northern Telecom International Inc. and Nortel Networks Cable Solutions Inc., Nortel Networks (CALA) Inc. and Nortel Networks India International Inc. All further pleadings and other papers shall be filed in, and all further docket entries shall be made in, Case No. 09-10138 (KG).

5.  One consolidated docket, one file and one consolidated service list shall be maintained for the Chapter 11 Cases by the Debtors and kept by the Clerk of the United States Bankruptcy Court for the District of Delaware.

6.  Nothing contained in the Supplemental Joint Administration Motion or this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of the Chapter 11 Cases.

7.  Notwithstanding any provision in the Federal Rules of Bankruptcy Procedure to the contrary, (i) the terms of this Order shall be immediately effective and enforceable upon its entry, (ii) the Debtors are not subject to any stay in the implementation, enforcement or realization of the relief granted in this Order, and (iii) the Debtors may, in their discretion and without further delay, take any action and perform any act authorized under this Order;

8.  The requirements set forth in Rule 6003(b) of the Federal Rules of Bankruptcy Procedure are satisfied by the contents of the Motion or otherwise deemed waived;

9. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: August 16, 2016
Wilmington, Delaware

_____
THE HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE