# **<u>EXHIBIT A</u>**

```
*********************************************************************************************Page 1 of (10)
                                    WHITEFORD, TAYLOR & PRESTON      THRU 07/31/16
BILLING ATTORNEY: 01762  CHRISTOPHER M. SAMIS     DETAILED  BILLING REPORT    AS OF 8/11/2016 2:27:02 PM
                                    PROFORMA NUMBER: 555989          LAST DATE BILLED 07/15/16

CLIENT 091281            OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF    ADDRESS: OFFICIAL COMMITTEE OF UNSECURED
                         NORTEL NETWORKS, INC.                                    CREDITORS OF NORTEL NETWORKS, INC.
MATTER 00001             NORTEL                                                   C/O FRED S. HODARA, ESQ.
CASE ID                                                                           AKIN GUMP STRAUSS HAUER & FELD, LLP
                                                                                  ONE BRYANT PARK
                                                                                  BANK OF AMERICA TOWER
                                                                                  NEW YORK, NY 10036-6745

INVOICE NUMBER _____ INVOICE DATE ____/____/____
```

| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 13068212 | 07/01/16 | | REVIEW RLKS JUNE FEE APPLICATION | S20 | | .10 | 01761 | LKG | 50.00 | 50.00 |
| 13068229 | 07/01/16 | | REVIEW AND ANALYZE DRAFT COMMITTEE BRIEFS RE: PETITIONS FOR APPEAL AND DEBTORS' DRAFT LIMITED RESPONSE RE: SAME | S16 | | 1.30 | 01761 | LKG | 650.00 | 700.00 |
| 13027756 | 07/04/16 | | EMAIL TO C. SAMIS, C. MCCLAMB RE: NOA FOR THIRD CIRCUIT ALLOCATION APPEALS (.1); REVIEW/SIGN SAME (.1) | S16 | | .20 | 01761 | LKG | 100.00 | 800.00 |
| 13032041 | 07/04/16 | | REVIEW COMMITTEE'S FINAL RESPONSE TO PETITION FOR DIRECT CERTIFICATION (.4); REVIEW AD HOC BONDHOLDER GROUP'S RESPONSE TO PETITION FOR DIRECT CERTIFICATION (.6); REVIEW DEBTORS' STATEMENT OF NO POSITION RE: SAME (.2) | S16 | | 1.20 | 01761 | LKG | 600.00 | 1,400.00 |
| 13024333 | 07/05/16 | | E-MAILS TO R. JOHNSON AND J. CHEN RE: RESPONDING TO PETITION FOR DIRECT CERTIFICATION IN ALLOCATION APPEAL (.1 X 3). | S16 | | .30 | 01762 | CMS | 159.00 | 1,559.00 |
| 13024334 | 07/05/16 | | E-MAILS TO R. JOHNSON, A. LORING AND C. MCCLAMB RE: PREPARATION FOR 7/6/16 TELEPHONIC HEARING (.1 X 3). | S10 | | .30 | 01762 | CMS | 159.00 | 1,718.00 |
| 13025805 | 07/05/16 | | DRAFT THIRD CIRCUIT NOTICE OF APPEARANCE FOR C. SAMIS | S1 | | .20 | 01797 | CDM | 66.00 | 1,784.00 |
| 13025806 | 07/05/16 | | DRAFT THIRD CIRCUIT NOTICE OF APPEARANCE FOR K. GOOD | S1 | | .20 | 01797 | CDM | 66.00 | 1,850.00 |
| 13025807 | 07/05/16 | | PREPARE AND FILE THIRD CIRCUIT NOTICE OF APPEARANCE FOR C. SAMIS | S1 | | .30 | 01797 | CDM | 99.00 | 1,949.00 |
| 13025808 | 07/05/16 | | PREPARE AND FILE THIRD CIRCUIT NOTICE OF APPEARANCE FOR K. GOOD | S1 | | .30 | 01797 | CDM | 99.00 | 2,048.00 |
| 13027749 | 07/05/16 | | DRAFT/REVISE CNO FOR WTP 17TH MONTHLY FEE | S19 | | .20 | 01761 | LKG | 100.00 | 2,148.00 |

```
********************************************************************************************Page 2 of (10)
                                      WHITEFORD, TAYLOR & PRESTON      THRU 07/31/16
BILLING ATTORNEY: 01762  CHRISTOPHER M. SAMIS    DETAILED  BILLING REPORT    AS OF 8/11/2016 2:27:02 PM
                                      PROFORMA NUMBER: 555989       LAST DATE BILLED 07/15/16
```

| CLIENT 091281 | OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF |
|---|---|
| | NORTEL NETWORKS, INC. |
| MATTER 00001 | NORTEL |
| CASE ID | |

| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | APPLICATION (.2); EFILE SAME (.1) | | | | | | | |
| 12963933 | 07/06/16 | | ATTEND WEEKLY COMMITTEE CALL | S3 | | .60 | 01761 | LKG | 300.00 | 2,448.00 |
| 13024403 | 07/06/16 | | E-MAIL TO R. JOHNSON RE: COURTCALL LOGISTICS. | S10 | | .10 | 01762 | CMS | 53.00 | 2,501.00 |
| 13024404 | 07/06/16 | | E-MAIL TO B. KAHN RE: JUNE 2016 FEE AND EXPENSE ESTIMATES. | S19 | | .10 | 01762 | CMS | 53.00 | 2,554.00 |
| 13033650 | 07/06/16 | | PREPARE AND CIRCULATE DAILY DOCKET DISTRIBUTIONS | S1 | | 4.00 | 41315 | CM | 800.00 | 3,354.00 |
| 13068129 | 07/06/16 | | EMAIL TO T. MINOTT RE: PRELIMINARY REPORT FOR CASSELS BROCK INTERIM FEE APPLICATION (.1); EMAIL TO M. WUNDER RE; SAME (.1) | S20 | | .20 | 01761 | LKG | 100.00 | 3,454.00 |
| 12965722 | 07/08/16 | | UPDATE CASE CALENDAR AND OUTLOOK CALENDARS FOR C. SAMIS, K. GOOD AND C. MCCLAMB | S1 | | 1.00 | 01105 | KGM | 290.00 | 3,744.00 |
| 13033799 | 07/08/16 | | REVIEW AND EDIT PROFORMAS | S1 | | .40 | 41315 | CM | 80.00 | 3,824.00 |
| 13068028 | 07/08/16 | | REVIEW FEE EXAMINER'S REPORT RE: 9TH INTERIM APPLICATION OF CASSELS BROCK (.1); REVIEW FEE EXAMINER'S REPORT RE: 29TH INTERIM APPLICATION OF E&Y (.1) | S20 | | .20 | 01761 | LKG | 100.00 | 3,924.00 |
| 13068029 | 07/08/16 | | REVIEW AND ANALYZE MEMORANDUM OPINION RE: MOTION FOR CLARIFICATION IN SNMP PROCEEDING (.3) | S16 | | .30 | 01761 | LKG | 150.00 | 4,074.00 |
| 13024349 | 07/09/16 | | REVIEW BONDHOLDER ANSWER TO PETITIONS FOR DIRECT APPEAL OF ALLOCATION DECISION. | S16 | | 1.30 | 01762 | CMS | 689.00 | 4,763.00 |
| 13024350 | 07/09/16 | | REVIEW CROSS-PETITION IN SUPPORT OF DIRECT APPEAL OF ALLOCATION POSITION BY NNSA. | S16 | | 1.10 | 01762 | CMS | 583.00 | 5,346.00 |
| 13024351 | 07/09/16 | | REVIEW DEBTORS' STATEMENT OF NO POSITION REGARDING PETITION FOR DIRECT APPEAL OF ALLOCATION DECISION. | S16 | | .50 | 01762 | CMS | 265.00 | 5,611.00 |
| 13024352 | 07/09/16 | | REVIEW OPPOSITION OF THE UCC TO PETITIONS FOR DIRECT APPEAL OF ALLOCATION DECISION. | S16 | | 1.20 | 01762 | CMS | 636.00 | 6,247.00 |

```
*********************************************************************************************Page 3 of (10)
                              WHITEFORD, TAYLOR & PRESTON      THRU 07/31/16
BILLING ATTORNEY: 01762  CHRISTOPHER M. SAMIS    DETAILED  BILLING REPORT    AS OF 8/11/2016 2:27:02 PM
                              PROFORMA NUMBER: 555989          LAST DATE BILLED 07/15/16
```

| CLIENT 091281 | OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF |
|---|---|
|  | NORTEL NETWORKS, INC. |
| MATTER 00001 | NORTEL |
| CASE ID |  |

| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 13024354 | 07/10/16 |  | REVIEW/REVISE JUNE 2016 BILL PRO FORMA. | S19 |  | .80 | 01762 | CMS | 424.00 | 6,671.00 |
| 12967553 | 07/11/16 |  | REVIEW DOCKET RE STATUS | S1 |  | .30 | 01831 | CL | 73.50 | 6,744.50 |
| 12967554 | 07/11/16 |  | REVISE CRITICAL DATES CALENDAR | S1 |  | .30 | 01831 | CL | 73.50 | 6,818.00 |
| 12997049 | 07/11/16 |  | REVIEW DOCKET RE DAILY DISTRIBUTION. | S1 |  | .40 | 01831 | CL | 98.00 | 6,916.00 |
| 13024457 | 07/11/16 |  | E-MAIL TO J. ALBERTO RE: PETITIONS FOR CERTIFICATION OF DIRECT APPEAL. | S16 |  | .10 | 01762 | CMS | 53.00 | 6,969.00 |
| 13033813 | 07/12/16 |  | PREPARE AND CIRCULATE DAILY DOCKET DISTRIBUTIONS | S1 |  | .80 | 41315 | CM | 160.00 | 7,129.00 |
| 13067657 | 07/12/16 |  | REVIEW MNAT JUNE FEE APPLICATION (.2) | S20 |  | .20 | 01761 | LKG | 100.00 | 7,229.00 |
| 13067679 | 07/12/16 |  | REVIEW AND ANALYZE COMMENTS TO NDA RE: ALLOCATION SETTLEMENT NEGOTIATIONS AND RELATED SIDE LETTER | S16 |  | .40 | 01761 | LKG | 200.00 | 7,429.00 |
| 13023719 | 07/13/16 |  | COORDINATE WITH COURTCALL 7/15/16 TELEPHONIC APPEARANCES FOR C.SAMIS, A.LORING, AND R.JOHNSON | S10 |  | .30 | 01831 | CL | 73.50 | 7,502.50 |
| 13023720 | 07/13/16 |  | REVIEW TELEPHONIC CONFIRMATIONS AND FORWARD SAME. | S10 |  | .20 | 01831 | CL | 49.00 | 7,551.50 |
| 13066178 | 07/13/16 |  | EMAIL TO A. LORING RE: 7/15 HEARING (.1); EMAIL TO C. LANO RE: PREPARATION FOR SAME (.1) | S10 |  | .20 | 01761 | LKG | 100.00 | 7,651.50 |
| 13066247 | 07/13/16 |  | REVIEW EXAMINER'S REPORT RE: RLKS INTERIM FEE APPLICATION (.1); REVIEW FEE EXAMINER'S REPORT RE: JOHN RAY INTERIM FEE APPLICATION (.1); REVIEW FEE EXAMINER'S REPORT RE: MNAT INTERIM FEE APPLICATION (.1); REVIEW 89TH MONTHLY APPLICATION OF HURON CONSULTING (.2) | S20 |  | .50 | 01761 | LKG | 250.00 | 7,901.50 |
| 13024614 | 07/14/16 |  | PARTICIPATE IN WEEKLY COMMITTEE CALL. | S3 |  | .60 | 01762 | CMS | 318.00 | 8,219.50 |
| 13024615 | 07/14/16 |  | REVIEW FURTHER REVISED RESTRUCTURING SUPPORT AGREEMENT. | S6 |  | 1.10 | 01762 | CMS | 583.00 | 8,802.50 |
| 13024616 | 07/14/16 |  | REVIEW SNMP CLARIFICATION OPINION. | S16 |  | .40 | 01762 | CMS | 212.00 | 9,014.50 |

```
*****************************************************************************************Page 4 of (10)
                                         WHITEFORD, TAYLOR & PRESTON    THRU 07/31/16
BILLING ATTORNEY: 01762  CHRISTOPHER M. SAMIS   DETAILED  BILLING REPORT  AS OF 8/11/2016 2:27:02 PM
                                         PROFORMA NUMBER: 555989        LAST DATE BILLED 07/15/16
```

| CLIENT 091281 | OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF NORTEL NETWORKS, INC. |
|---|---|
| MATTER 00001 | NORTEL |
| CASE ID | |

| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 13024617 | 07/14/16 | | PREPARE FOR WEEKLY COMMITTEE CALL. | S3 | | .30 | 01762 | CMS | 159.00 | 9,173.50 |
| 13027713 | 07/14/16 | | ATTEND COMMITTEE CALL | S3 | | .60 | 01761 | LKG | 300.00 | 9,473.50 |
| 12974649 | 07/15/16 | | REVIEW C.SAMIS EMAIL RE STATUS OF 7/15/16 HEARING. | S10 | | .10 | 01831 | CL | 24.50 | 9,498.00 |
| 12974650 | 07/15/16 | | REVIEW DOCKET RE STATUS OF CANCELED HEARING. | S10 | | .10 | 01831 | CL | 24.50 | 9,522.50 |
| 12974651 | 07/15/16 | | TELEPHONE CALL TO MORRIS NICHOLS RE STATUS OF 7/15/16 HEARING. | S10 | | .10 | 01831 | CL | 24.50 | 9,547.00 |
| 12974652 | 07/15/16 | | EMAIL C.SAMIS RE STATUS OF HEARING. | S10 | | .10 | 01831 | CL | 24.50 | 9,571.50 |
| 12974653 | 07/15/16 | | REVIEW 7/15/16 AMENDED AGENDA. | S10 | | .10 | 01831 | CL | 24.50 | 9,596.00 |
| 13026210 | 07/15/16 | | REVIEW DOCKET RE DOCKET DISTRIBUTION. | S10 | | .30 | 01831 | CL | 73.50 | 9,669.50 |
| 13029188 | 07/15/16 | | REVIEW DEBTORS' 42ND OMNIBUS CLAIM OBJECTION (.3); REVIEW DEBTORS' 43RD OMNIBUS CLAIM OBJECTION (.3); REVIEW DEBTORS' 44TH OMNIBUS CLAIM OBJECTION (.3) | S9 | | .90 | 01761 | LKG | 450.00 | 10,119.50 |
| 13029458 | 07/15/16 | | E-MAILS TO R. JOHNSON AND C. LANO RE: CANCELLATION OF 7/15/16 HEARING (.1 X 3). | S10 | | .30 | 01762 | CMS | 159.00 | 10,278.50 |
| 12998501 | 07/18/16 | | REVIEW FEE EXAMINER'S FINAL REPORT RE: 4TH AND FINAL FEE APPLICATION OF EUGENE COLLINS (.1); EMAIL TO M. MADDOX RE: INTERIM FEE HEARING (.1); EMAIL TO C. LANO, C. SAMIS, C. MCCLAMB RE: SAME (.1) | S20 | | .30 | 01761 | LKG | 150.00 | 10,428.50 |
| 12998507 | 07/18/16 | | REVIEW 51ST APPLICATION OF E&Y AS INDIRECT TAX SERVICES PROVIDER | S20 | | .20 | 01761 | LKG | 100.00 | 10,528.50 |
| 12998510 | 07/18/16 | | REVIEW COMMITTEE'S RESPONSE TO CROSS-PETITION FOR APPEAL (.2) | S16 | | .20 | 01761 | LKG | 100.00 | 10,628.50 |
| 12998513 | 07/18/16 | | REVIEW DEBTORS' FIRST NOTICE OF FORMALLY ALLOWED CLAIMS | S9 | | .10 | 01761 | LKG | 50.00 | 10,678.50 |

```
********************************************************************************************Page 5 of (10)
                                      WHITEFORD, TAYLOR & PRESTON      THRU 07/31/16
BILLING ATTORNEY: 01762  CHRISTOPHER M. SAMIS    DETAILED  BILLING REPORT    AS OF 8/11/2016 2:27:02 PM
                                      PROFORMA NUMBER: 555989           LAST DATE BILLED 07/15/16
```

CLIENT 091281           OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
                        NORTEL NETWORKS, INC.
MATTER 00001            NORTEL
CASE ID

| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 13025972 | 07/19/16 | | PREPARE AND FILE AKIN GUMP'S 88TH MONTHLY FEE APPLICATION | S20 | | .50 | 01797 | CDM | 165.00 | 10,843.50 |
| 13025973 | 07/19/16 | | SERVE AKIN GUMP'S 88TH MONTHLY FEE APPLICATION | S20 | | .10 | 01797 | CDM | 33.00 | 10,876.50 |
| 13027697 | 07/19/16 | | EMAIL TO A. LORING RE: AKIN MAY FEE APPLICATION (.1); REVIEW SAME (.2); EMAIL TO C. MCCLAMB RE: FILING SAME (.1) | S20 | | .40 | 01761 | LKG | 200.00 | 11,076.50 |
| 12985506 | 07/20/16 | | REVIEW DOCKET AND PREPARE CNO TO ASHURST MAY 2016 FEE APPLICATION. | S19 | | .30 | 01831 | CL | 73.50 | 11,150.00 |
| 13027538 | 07/20/16 | | REVIEW/REVISE ASHURST CNO FOR MAY FEE APPLICATION (.1); EMAIL TO L. ROBERTS, J. POWELL RE: SAME (.1) | S20 | | .20 | 01761 | LKG | 100.00 | 11,250.00 |
| 13027549 | 07/20/16 | | REVIEW EMEA COMMENTS ON SIDE LETTER AND CONFIDENTIALITY AGREEMENT | S16 | | .30 | 01761 | LKG | 150.00 | 11,400.00 |
| 12991202 | 07/21/16 | | FILE CNO TO ASHURST EIGHTY-EIGHTH FEE APPLICATION. | S20 | | .20 | 01831 | CL | 49.00 | 11,449.00 |
| 13027510 | 07/21/16 | | ATTEND COMMITTEE CALL | S3 | | .60 | 01761 | LKG | 300.00 | 11,749.00 |
| 13026058 | 07/22/16 | | PREPARE AND FILE BRG MONTHLY FEE APPLICATION | S20 | | .50 | 01797 | CDM | 165.00 | 11,914.00 |
| 13026612 | 07/25/16 | | REVISE 7/27/16 AGENDA. | S10 | | .10 | 01831 | CL | 24.50 | 11,938.50 |
| 13026613 | 07/25/16 | | REVISE CRITICAL DATES CALENDAR. | S1 | | .10 | 01831 | CL | 24.50 | 11,963.00 |
| 13026614 | 07/25/16 | | REVIEW DOCKET AND EMAIL C.SAMIS AND K.GOOD RE CANCELED 7/26/16 HEARING. | S10 | | .20 | 01831 | CL | 49.00 | 12,012.00 |
| 13026629 | 07/25/16 | | CONFER WITH K.GOOD RE FEE APPLICATION CHART. | S20 | | .10 | 01831 | CL | 24.50 | 12,036.50 |
| 13024301 | 07/26/16 | | REVIEW CLEARLY GOTTLIEB NINETIETH MONTHLY FEE APPLICATION (.2); REVIEW/REVISE INTERIM FEE EXHIBIT (.2); MEETING WITH C. MCCLAMB RE: SAME (.1); EMAIL TO J. HYLAND, J. BOROW, M. FAGEN, A. LORING, J. POWELL, L. ROBERT, M. WUNDER, C. | S20 | | .60 | 01761 | LKG | 300.00 | 12,336.50 |

```
*********************************************************************************************Page 6 of (10)
                                       WHITEFORD, TAYLOR & PRESTON      THRU 07/31/16
BILLING ATTORNEY: 01762  CHRISTOPHER M. SAMIS  DETAILED  BILLING REPORT   AS OF 8/11/2016 2:27:02 PM
                                       PROFORMA NUMBER: 555989           LAST DATE BILLED 07/15/16
```

CLIENT 091281           OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
                        NORTEL NETWORKS, INC.
MATTER 00001            NORTEL
CASE ID

| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | SAMIS, C. MCCLAMB, C. LANO RE: SAME (.1) | | | | | | | |
| 13024308 | 07/26/16 | | REVIEW NN INDIA PETITION (.1); REVIEW DECLARATION IN SUPPORT OF NN INDIA FIRST DAY RELIEF (.2); REVIEW MOTION FOR JOINT ADMINISTRATION (.1); REVIEW MOTION TO MAKE OTHER MOTIONS APPLICABLE TO NN INDIA (.2); REVIEW NN INDIA BAR DATE MOTION (.3); REVIEW NNI SCHEDULES AND SOFAS (.3) | S1 | | 1.20 | 01761 | LKG | 600.00 | 12,936.50 |
| 13025169 | 07/26/16 | | REVIEW REVISED RESTRUCTURING SUPPORT AGREEMENT. | S6 | | 3.20 | 01762 | CMS | 1,696.00 | 14,632.50 |
| 13026042 | 07/26/16 | | REVIEW AND EDIT EXHIBIT B TO INTERIM FEE APPLICATION | S20 | | 1.70 | 01797 | CDM | 561.00 | 15,193.50 |
| 13026641 | 07/26/16 | | REVISE INTERIM FEE CHART. | S20 | | 1.70 | 01831 | CL | 416.50 | 15,610.00 |
| 13026642 | 07/26/16 | | CONFER WITH C.MCCLAMB RE FEE CHART. | S20 | | .20 | 01831 | CL | 49.00 | 15,659.00 |
| 13034466 | 07/26/16 | | PREPARE AND CIRCULATE DAILY DOCKET DISTRIBUTIONS | S1 | | .40 | 41315 | CM | 80.00 | 15,739.00 |
| 13024080 | 07/27/16 | | EMAIL TO L. ROBERTS RE: INTERIM FEE ORDER EXHIBIT AND EMAIL TO C. LANO RE: SAME (.1) | S20 | | .10 | 01761 | LKG | 50.00 | 15,789.00 |
| 13024081 | 07/27/16 | | REVIEW DRAFT BRIEF FOR LEAVE TO APPEAL CANADIAN ALLOCATION DECISION | S16 | | .60 | 01761 | LKG | 300.00 | 16,089.00 |
| 13024240 | 07/28/16 | | REVIEW 63RD MONTHLY FEE APPLICATION OF TORYS | S20 | | .20 | 01761 | LKG | 100.00 | 16,189.00 |
| 13024243 | 07/28/16 | | EMAIL TO C. LANO RE: SETTING UP ECF NOTIFICATIONS IN NNI INDIA CASE | S1 | | .10 | 01761 | LKG | 50.00 | 16,239.00 |
| 13024258 | 07/28/16 | | ATTEND WEEKLY COMMITTEE CALL | S3 | | .40 | 01761 | LKG | 200.00 | 16,439.00 |
| 13025246 | 07/28/16 | | REVIEW BRIEF IN SUPPORT OF ALLOCATION APPEAL TO CANADIAN SUPREME COURT. | S16 | | 1.00 | 01762 | CMS | 530.00 | 16,969.00 |
| 13025247 | 07/28/16 | | PREPARE FOR WEEKLY COMMITTEE CALL. | S3 | | .50 | 01762 | CMS | 265.00 | 17,234.00 |
| 13025248 | 07/28/16 | | ATTEND WEEKLY COMMITTEE CALL. | S3 | | .30 | 01762 | CMS | 159.00 | 17,393.00 |

```
****************************************************************************************Page 7 of (10)
                                      WHITEFORD, TAYLOR & PRESTON     THRU 07/31/16
BILLING ATTORNEY: 01762  CHRISTOPHER M. SAMIS    DETAILED  BILLING REPORT     AS OF 8/11/2016 2:27:02 PM
                                      PROFORMA NUMBER: 555989         LAST DATE BILLED 07/15/16
```

| | | | | | | HOURS | TKPR | TKPR | TIME VALUE | RUNNING |
|---|---|---|---|---|---|---|---|---|---|---|
| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | WORKED | NO | INIT. | THIS PERIOD | TOTAL |
| 13026716 | 07/28/16 | | REVIEW DOCKET RE WTP FEE APPLICATIONS. | S19 | | .40 | 01831 | CL | 98.00 | 17,491.00 |
| 13034471 | 07/28/16 | | PREPARE AND CIRCULATE DAILY DOCKET DISTRIBUTIONS | S1 | | .30 | 41315 | CM | 60.00 | 17,551.00 |
| 13024097 | 07/29/16 | | EMAIL TO J. HYLAND RE: CONFIRMATION OF INTERIM FEE EXHIBIT (.1); EMAIL TO C. LANO RE: SAME (.1) | S20 | | .20 | 01761 | LKG | 100.00 | 17,651.00 |
| 13025290 | 07/29/16 | | REVIEW BONY/MELLON APPLICATION FOR CANADIAN SUPREME COURT REVIEW OF ALLOCATION DECISION AND RELATED DOCUMENTS. | S16 | | .60 | 01762 | CMS | 318.00 | 17,969.00 |
| 13025294 | 07/29/16 | | REVIEW NNSA APPLICATION FOR LEAVE TO APPEAL ALLOCATION TO THE SUPREME COURT OF CANADA. | S16 | | 1.20 | 01762 | CMS | 636.00 | 18,605.00 |
| 13025309 | 07/29/16 | | REVIEW APPLICATION FOR LEAVE TO APPEAL TO THE SUPREME COURT OF CANADA. | S16 | | 1.10 | 01762 | CMS | 583.00 | 19,188.00 |
| 13024088 | 07/30/16 | | REVIEW FILED VERSION OF UCC APPLICATION FOR LEAVE TO APPEAL IN CANADA (.3); REVIEW NNI AND THE US DEBTORS APPLICATION FOR LEAVE TO APPEAL THE CANADIAN ALLOCATION OPINION (.5); REVIEW BONY NOTICE FOR LEAVE TO APPEAL SAME (.5); REVIEW NNSA APPLICATION FOR LEAVE TO APPEAL SAME (.6); REVIEW BONDHOLDER GROUP'S APPLICATION FOR LEAVE TO APPEAL SAME (1.2) | S16 | | 3.10 | 01761 | LKG | 1,550.00 | 20,738.00 |