# **<u>EXHIBIT B</u>**

```
***********************************************************************************************Page 8 of (10)
                                              WHITEFORD, TAYLOR & PRESTON      THRU 07/31/16
BILLING ATTORNEY: 01762  CHRISTOPHER M. SAMIS   DETAILED  BILLING REPORT       AS OF 8/11/2016 2:27:02 PM
                                              PROFORMA NUMBER: 555989          LAST DATE BILLED 07/15/16
```

| | |
|---|---|
| CLIENT 091281 | OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF |
| | NORTEL NETWORKS, INC. |
| MATTER 00001 | NORTEL |
| CASE ID | |

```
                                                          48.60**TIME VALUE TOTAL**        20,738.00

                   ***DISBURSEMENTS ***
```

| INDEX | DATE | REFER-# | CODE | CTRL-# | TKPR | | AMOUNT |
|---|---|---|---|---|---|---|---|
| 5017008 | 07/12/16 | | 44 | | 01762 | COPIES DLS DISCOVERY - COPY/PRINT; ENVELOPE; PRINTING ON LABEL STOCK; PDF EMAILED TO CLIENT; POSTAGE; HAND DELIVERY W BANKRUPTCY SERVICE | 86.47 |
| 5017009 | 07/22/16 | | 44 | | 01762 | COPIES DLS DISCOVERY -  PRINT/COPY; ENVELOPE; PRINTING ON LABEL STOCK; POSTAGE; PDF EMAILED TO CLIENT; HAND DELIVERY W BANKRUPTCY SERVICE | 17.07 |
| | | | *44 | | | COPIES | 103.54 |

```
                                     *TOTAL DISBURSEMENTS*        103.54
```