# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## Hearing Information:

| | |
|---:|:---|
| **Debtor:** | NORTEL NETWORKS INC., ET AL. |
| **Case Number:** | 09-10138-KG    **Chapter:** 11 |
| **Date / Time / Room:** | TUESDAY, AUGUST 16, 2016 11:00 AM   CRT#3, 6TH FL. |
| **Bankruptcy Judge:** | KEVIN GROSS |
| **Courtroom Clerk:** | SHERRY SCARUZZI |
| **Reporter / ECR:** | DANA MOORE |

## Matters:

1) OMNIBUS HEARING; QUARTERLY FEE APPLICATIONS ;
   **R / M #:**   17,081 / 0

2) **ADM: 16-11714-KG**
   First Day Motions:
   **R / M #:**   0 / 0

## Appearances:

SEE ATTACHED COURT SIGN-IN-SHEET

## Proceedings:

HEARING HELD. AGENDA ITEMS:
#1 -   Certification of No Objection filed - ORDER SIGNED
#2 -   Certification of No Objection filed - ORDER SIGNED
#3 -   Revised  ORDER SIGNED
#4 -   Order to be submitted under  Certification of Counsel
#5 -   FEE APPLICATIONS -  ORDER SIGNED

Nortel Networks India International Inc. 16-11714 First day hearing
#6 - Voluntary Petition
#7 - Declaration of Luis-Fernando Guerra Sanz -
#8 -  ORDER SIGNED
#9 -  ORDER SIGNED
#10 -  ORDER SIGNED