# SIGN-IN-SHEET

**CASE NAME:** Nortel Networks, Inc.  
**CASE NO.:** 09-10138 (KG)  
16-11714 (KG)

**COURTROOM LOCATION:** 3  
**DATE:** 8/16/16

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Derek Abbott | MNAT | Debtor |
| Jim Bromley | Cleary | " |
| Ariel Castuivel | " | " |
| Mark Kenney | U.S. Trustee | U.S. Trustee |
| David Botter | Akin Gump | Committee |
| Katie Good | Whiteford Taylor | Committee |
| Kathleen Murphy | Buchanan Ingersoll | Monitor |
| Vicente Matias Murrell | Pension Benefit Guaranty Corp | PBGC |

# Court Conference

**U.S. Bankruptcy Court-Delaware**
**Confirmed Telephonic Appearance Schedule**
**Honorable Kevin Gross (Nortel Trial Only)**
**Courtroom**

Calendar Date: 08/17/2016
Calendar Time: 11:00 AM ET

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7778248 | Derek C. Abbott | (302) 351-9357 | Morris Nichols Arsht & Tunnell LLP | Debtor, Nortel Networks, Inc. / LIVE |
| | | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7777973 | Nicholas J. Brannick | (302) 651-2006 | Cole Schotz P.C. | Creditor, SNMP Research / LIVE |
| | | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7777977 | Richard S. Busch | (615) 259-3456 | King & Ballow Law Offices | Client, SNMP Research / LIVE |
| | | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7777989 | Jeffrey Case | (865) 579-0527 | SNMP | Interested Party, SNMP / LIVE |
| | | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7777971 | David Dean | 410-528-2972 | Cole Schotz P.C. | Client, SNMP Research / LIVE |
| | | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7777979 | Andrew R. Remming | (302) 658-9200 | Morris Nichols Arsht & Tunnell LLP | Debtor, Nortel Networks Inc. / LIVE |
| | | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7777984 | John L. Wood | (865) 292-2503 | Egerton, McAfee, Armistead & Davis | Interested Party, SNMP / LIVE |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 (11-5345 4) | Hearing | 7778626 | David Herrington | (212) 225-2266 | Cleary Gottlieb Steen & Hamilton | Debtor, Nortel Networks Inc. / LIVE |
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 (11-5345 4) | Hearing | 7778662 | Tamara K. Minott | (302) 351-9377 | Morris Nichols Arsht & Tunnell LLP | Debtor, Nortel Networks Inc. / LIVE |
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 (11-5345 4) | Hearing | 7778646 | Jennifer Palmer | (212) 225-2433 | Cleary Gottlieb Steen & Hamilton | Defendant(s), Nortel Networks Inc., et al / LIVE |

Copyright © 2016 CourtCall, LLC. All Rights Reserved.

Peggy Drasal ext. 802