# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
:
*In re*                                                                      :        Chapter 11
:
Nortel Networks Inc., *et al.*,[1]                            :        Case No. 09-10138 (KG)
:
              Debtors.             :        Jointly Administered
:
---------------------------------------------------------X        **Re: D.I. 17088**

## NOTICE OF WITHDRAWAL

      **PLEASE TAKE NOTICE** that on August 16, 2016, Nortel Networks Inc., *et al.* (the "Debtors") filed the *Certification of Counsel Regarding Debtors' Forty-Second Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (No-Basis Claims, Modify and Allow Claims, Reclassify and Allow Claims, No-Basis Equity Claims, Wrong Debtor Claims and Redundant Claims)* (D.I. 17088) (the "COC").

      **PLEASE TAKE FURTHER NOTICE** that the Debtors hereby withdraw the COC without prejudice.

Dated: August 16, 2016
Wilmington, DE              CLEARY GOTTLIEB STEEN & HAMILTON LLP

                            James L. Bromley (admitted pro hac vice)
                            Lisa M. Schweitzer (admitted pro hac vice)
                            One Liberty Plaza
                            New York, New York 10006
                            Telephone: (212) 225-2000
                            Facsimile: (212) 225-3999

                            and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Contact information for the Debtors and their petitions are available at http://epiq11.com/nortel.

Case 09-10138-MFW    Doc 17093    Filed 08/16/16    Page 2 of 2

2

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Tamara K. Minott*
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Andrew R. Remming (No. 5120)
Tamara K. Minott (No. 5643)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19801
Telephone: (302) 658-9200
Facsimile: (302) 658-3989

*Counsel for the Debtors and Debtors in Possession*

5765285

2