# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------X
:
*In re*                                                   :    Chapter 11
:
Nortel Networks Inc., *et al.*,[1]                        :    Case No. 09-10138 (KG)
:
           Debtors.                :    Jointly Administered
:
:    **Re: D.I. 16997**
:
----------------------------------------------------------X

**CERTIFICATION OF COUNSEL REGARDING DEBTORS' FORTY-THIRD OMNIBUS OBJECTION (SUBSTANTIVE) TO CERTAIN CLAIMS PURSUANT TO 11 U.S.C. § 502, FED. R. BANKR. P. 3007 AND DEL. L.R. 3007-1 (NO-BASIS CLAIMS, NO-BASIS 503(B)(9) CLAIMS, NO-BASIS DEFERRED COMPENSATION CLAIMS, NO-BASIS PENSION CLAIMS, NO-BASIS RETIREE CLAIMS, NO-BASIS 401(K) CLAIMS, REDUNDANT CLAIMS, MODIFY AND ALLOW CLAIMS, RECLASSIFY AND ALLOW CLAIMS AND WRONG DEBTOR CLAIMS)**

      I, Tamara K. Minott, counsel to the debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors"), hereby certify as follows regarding the Debtors' Forty-Third Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (No-Basis Claims, No-Basis 503(b)(9) Claims, No-Basis Deferred Compensation Claims, No-Basis Pension Claims, No-Basis Retiree Claims, No-Basis 401(k) Claims, Redundant Claims, Modify And Allow Claims, Reclassify and Allow Claims and Wrong Debtor Claims) (the "Objection")[2]:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems, Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

[2] Capitalized terms used, but not otherwise defined, herein shall have the meanings set forth in the Objection.

1. On July 15, 2016, the Debtors filed the Objection.

2. Prior to the hearing on the Objection on August 16, 2016 (the "Hearing"), the Debtors received responses to the Objection filed by (i) Lee Derry ("Mr. Derry") regarding Claim No. 3905 (D.I. 17048) and (ii) and Douglas McGregor ("Mr. McGregor") regarding Claim No. 8772 (D.I. 17049). The Pension Benefit Guaranty Corporation also filed its *Joinder in Debtors' Forty-Third Omnibus Objection (Substantive) to, Inter Alia, Claims in Exhibit A that are No-Basis Pension Claims (D.I. 16997)* (D.I. 17053).

3. Prior to the Hearing, the Debtors resolved the Objection as it pertains to Claim No. 3905 by agreement by and between the Debtors and Mr. Derry. The resolution of Claim No. 3905 is addressed within the revised proposed order (the "Revised Proposed Order") attached hereto as **Exhibit 1**.

4. At the Hearing, the Court granted the Objection with respect to Claim No. 8772 filed by Mr. McGregor.

5. The Revised Proposed Order, attached hereto as **Exhibit 1**, reflects: (i) the resolution of the Objection as it pertains to Claim No. 3905 filed by Mr. Derry and (ii) the approval of the Objection, with respect to all claims identified in Exhibit A to the Objection, as revised to reflect the Debtors' resolution of the Objection with respect to Claim 3905. A redline of the Revised Proposed Order highlighting the changes made to the proposed order filed with the Objection is attached hereto as **Exhibit 2**. Exhibit A to the Objection, as revised to reflect the Debtors' resolution of the Objection with respect to Claim 3905 is attached hereto as **Exhibit 3**.

WHEREFORE, the Debtors respectfully request that the Court enter the Revised Proposed Order attached hereto as **Exhibit 1** at its earliest convenience and grant such other relief as may be just and proper.

Dated:  August 17, 2016
        Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone:  (212) 225-2000
Facsimile:  (212) 225-3999

  - and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

  */s/ Tamara K. Minott*
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Andrew R. Remming (No. 5120)
Tamara K. Minott (No. 5643)
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE  19899-1347
Telephone:  (302) 658-9200
Facsimile:  (302) 425-4663

*Counsel for the Debtors and
Debtors in Possession*

10322613.1