# EXHIBIT B

## COMPENSATION BY PROJECT CATEGORY

## JUNE 1, 2016 THROUGH JUNE 30, 2016

| Project Category | Total Hours | Total Fees |
|---|---|---|
| General Case Administration | 0.10 | $132.50 |
| Akin Gump Fee Applications/Monthly Billing Reports | 8.60 | $4,597.00 |
| Analysis of Other Professionals' Fee Applications/Reports | 0.50 | $227.50 |
| Creditors' Committee Meetings | 47.70 | $38,994.00 |
| Court Hearings | 12.10 | $8,811.00 |
| General Claims Analysis/Claims Objections | 56.90 | $48,042.50 |
| Canadian Proceedings/Matters | 1.30 | $1,722.50 |
| Travel | 0.90 | $945.00 |
| Intercompany Analysis | 326.00 | $329,020.00 |
| **TOTAL** | **454.10** | **$432,492.00** |



**Akin Gump**
Strauss Hauer & Feld LLP

NORTEL NETWORKS INC. CREDITORS COMMITTEE  
ATTN: JOHN DOLITTLE  
8601 SIX FORKS ROAD  
SUITE 400  
RALEIGH, NC  27615  

Invoice Number    1669883  
Invoice Date      08/02/16  
Client Number     687147  
Matter Number     0001  

Re: CHAPTER 11

FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/16 :

MATTER SUMMARY OF TIME BILLED BY TASK :

| | | HOURS | VALUE |
|---|---|---:|---:|
| 0002 | General Case Administration | 0.10 | $132.50 |
| 0003 | Akin Gump Fee Application/Monthly Billing Reports | 8.60 | $4,597.00 |
| 0004 | Analysis of Other Professionals Fee Applications/Reports | 0.50 | $227.50 |
| 0007 | Creditors Committee Meetings | 47.70 | $38,994.00 |
| 0008 | Court Hearings | 12.10 | $8,811.00 |
| 0012 | General Claims Analysis/Claims Objections | 56.90 | $48,042.50 |
| 0014 | Canadian Proceedings/Matters | 1.30 | $1,722.50 |
| 0025 | Travel | 0.90 | $945.00 |
| 0029 | Intercompany Analysis | 326.00 | $329,020.00 |
| | TOTAL | 454.10 | $432,492.00 |

| Date | Tkpr | Task | | Hours |
|------|------|------|---|------|
| 06/30/16 | FSH | 0002 | Communications with M. Fagen re administrative matters. | 0.10 |
| 06/06/16 | FSH | 0003 | Review May pre-bill. | 0.30 |
| 06/09/16 | AL | 0003 | Review May prebill for confidentiality and privilege. | 1.80 |
| 06/14/16 | AL | 0003 | Review May prebill for confidentiality and privilege. | 1.60 |
| 06/20/16 | AL | 0003 | Review May prebill for confidentiality and privilege. | 1.00 |
| 06/21/16 | AL | 0003 | Review May prebill for confidentiality and privilege. | 2.10 |
| 06/27/16 | MCF | 0003 | Review and revise May invoice re confidentiality and privilege. | 1.80 |
| 06/28/16 | AL | 0004 | Review fee applications of other professionals. | 0.50 |
| 06/06/16 | FSH | 0007 | Communications w/ M. Fagen, B. Kahn re Committee meeting (.1); participate in same (.6). | 0.70 |
| 06/06/16 | RAJ | 0007 | Attend Committee call (.6); pre-call meeting with A. Qureshi and B. Kahn (.3); post-call follow-up with Committee professionals (.5). | 1.40 |
| 06/06/16 | AQ | 0007 | Attend Committee call (.6); attend pre-call (.3). | 0.90 |
| 06/06/16 | BMK | 0007 | Attend pre-call to committee call (0.3); attend committee call (.6) and follow-up (partial) (.4). | 1.30 |
| 06/06/16 | MCF | 0007 | Prepare for (.8) and participate in (.6) Committee call and professionals call (.5). | 1.90 |
| 06/06/16 | CIW | 0007 | Attend committee call. | 0.60 |
| 06/06/16 | AL | 0007 | Prepare for (.3) and attend Committee call (.6) and professional post-call (.5). | 1.40 |
| 06/08/16 | FSH | 0007 | Review proposed Committee call agenda. | 0.10 |
| 06/08/16 | MCF | 0007 | Review and revise draft Committee presentation (.5) and emails re same (.4); review draft agenda (.3) and minutes (.1) and emails re same (.2); email Committee re call (.3). | 1.80 |
| 06/08/16 | AL | 0007 | Draft agenda for Committee call (.8); prepare for same (.7). | 1.50 |
| 06/09/16 | FSH | 0007 | Final prep for Committee meeting (.2); attend same (.6). | 0.80 |
| 06/09/16 | RAJ | 0007 | Attend Committee call. | 0.60 |
| 06/09/16 | AQ | 0007 | Attend Committee call. | 0.60 |
| 06/09/16 | DHB | 0007 | Prepare for Committee call (.4); attend same (.6). | 1.00 |
| 06/09/16 | BMK | 0007 | Prepare for Committee call (0.2); attend same (0.6). | 0.80 |
| 06/09/16 | MCF | 0007 | Participate in Committee call (.6) and communications re same (.4). | 1.00 |
| 06/09/16 | CIW | 0007 | Attend Committee call (.6); prepare for same (.3). | 0.90 |
| 06/09/16 | AL | 0007 | Prepare for (.8) and attend (.6) Committee call. | 1.40 |
| 06/15/16 | FSH | 0007 | Review and comment on agenda. | 0.10 |
| 06/15/16 | RAJ | 0007 | Emails re draft agenda for Committee call (.2, .2). | 0.40 |
| 06/15/16 | DHB | 0007 | Review agenda for and emails re Committee call. | 0.10 |
| 06/15/16 | MCF | 0007 | Review and revise draft Committee call agenda (.2); emails re distribution of same (.3). | 0.50 |
| 06/15/16 | AL | 0007 | Draft agenda for Committee call (.7); prepare for same (.8). | 1.50 |
| 06/16/16 | FSH | 0007 | Prepare for Committee call (.2); attend same (.7). | 0.90 |
| 06/16/16 | RAJ | 0007 | Attend Committee call (.7); post-call meeting with BRG team (.2). | 0.90 |
| 06/16/16 | DHB | 0007 | Prepare for Committee call (.6); attend same (.7). | 1.30 |
| 06/16/16 | BMK | 0007 | Prepare for Committee call (0.1); attend same (0.7). | 0.80 |
| 06/16/16 | MCF | 0007 | Prepare presentation for (.7) and participate in (.7) Committee call. | 1.40 |
| 06/16/16 | AL | 0007 | Prepare for (.8) and attend (.7) Committee call. | 1.50 |
| 06/21/16 | FSH | 0007 | Communications w/ M. Fagen re materials for Committee meeting. | 0.10 |
| 06/22/16 | FSH | 0007 | Review Committee call agenda (.1) and communications w/ R. Johnson and M. Fagen re same (.1). | 0.20 |
| 06/22/16 | MCF | 0007 | Review and comment on draft Committee call agenda (.2); emails re same (.3). | 0.50 |
| 06/22/16 | AL | 0007 | Draft agenda for Committee call (.6); prepare for same (.9). | 1.50 |
| 06/23/16 | FSH | 0007 | Prep for Committee meeting (.1); attend same (.6). | 0.70 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE                                                                  Page 3
Bill Number: 1669883                                                                                     08/02/16

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| 06/23/16 | RAJ | 0007 | Attend Committee call (partial). | 0.50 |
| 06/23/16 | DHB | 0007 | Prepare for Committee call (.6); attend same (.5). | 1.10 |
| 06/23/16 | BMK | 0007 | Attend Committee call | 0.60 |
| 06/23/16 | CIW | 0007 | Attend Committee call (partial). | 0.50 |
| 06/23/16 | ZJC | 0007 | Participate in Committee call. | 0.60 |
| 06/23/16 | AL | 0007 | Prepare for (.5) and participate in (.6) Committee call. | 1.10 |
| 06/29/16 | FSH | 0007 | Review and comment on Committee call agenda (.1); communications w/ A. Loring and M. Wunder re same (.1). | 0.20 |
| 06/29/16 | RAJ | 0007 | Emails re agenda for Committee call. | 0.20 |
| 06/29/16 | AL | 0007 | Draft agenda for Committee call (1.0); prepare for same (1.3). | 2.30 |
| 06/30/16 | FSH | 0007 | Communications with M. Fagen, R. Johnson re Committee call prep (.1); outline presentation for Committee (.3); attend Committee call (.9). | 1.30 |
| 06/30/16 | RAJ | 0007 | Attend Committee call (.9); pre-call with Akin team (.3). | 1.20 |
| 06/30/16 | AQ | 0007 | Attend Professionals' pre-call (.3); attend Committee call (.9). | 1.20 |
| 06/30/16 | DHB | 0007 | Attend portion of Committee call. | 0.50 |
| 06/30/16 | MCF | 0007 | Prepare for (.2) and participate in (.9) Committee call and professionals' call (.3). | 1.40 |
| 06/30/16 | CIW | 0007 | Attend Committee call (.9); prepare for same (.2). | 1.10 |
| 06/30/16 | ZJC | 0007 | Participate in Committee call. | 0.90 |
| 06/30/16 | PAS | 0007 | Participate in Committee call. | 0.90 |
| 06/30/16 | AL | 0007 | Prepare for Committee Call (.5); attend portion of same telephonically (.5). | 1.00 |
| 06/01/16 | FSH | 0008 | Participate telephonically in SNMP hearing. | 1.10 |
| 06/01/16 | RAJ | 0008 | Attend hearing on SNMP discovery disputes. | 1.10 |
| 06/01/16 | MCF | 0008 | Attend telephonic discovery status conference re SNMP (1.1); prepare for same (.3). | 1.40 |
| 06/01/16 | SAD | 0008 | Review docket for updates and pull substantive pleadings (.1); send to M. Fagen (.1). | 0.20 |
| 06/02/16 | AL | 0008 | Review agenda for hearing (.2); internal correspondence re same (.1). | 0.30 |
| 06/02/16 | SAD | 0008 | Review docket for updates and pull substantive pleadings (.1); send to M. Fagen (.1). | 0.20 |
| 06/03/16 | AL | 0008 | Prepare for Monday hearing. | 0.20 |
| 06/03/16 | SAD | 0008 | Review docket for updates and circulate. | 0.10 |
| 06/06/16 | FSH | 0008 | Participate telephonically in LSI hearing. | 0.70 |
| 06/06/16 | RAJ | 0008 | Attend hearing on LSI motion and resolution. | 0.60 |
| 06/06/16 | SAD | 0008 | Review docket for updates and circulate. | 0.10 |
| 06/07/16 | AL | 0008 | Internal correspondence re hearing agenda. | 0.10 |
| 06/07/16 | SAD | 0008 | Review docket for updates and circulate. | 0.10 |
| 06/08/16 | SAD | 0008 | Review docket for updates and pull substantive pleadings (.1); send to M. Fagen (.1). | 0.20 |
| 06/09/16 | SAD | 0008 | Review docket for updates and circulate. | 0.10 |
| 06/10/16 | SAD | 0008 | Review docket for updates and pull substantive pleadings (.1); send to M. Fagen (.1). | 0.20 |
| 06/13/16 | SAD | 0008 | Review docket for updates and circulate. | 0.10 |
| 06/14/16 | SAD | 0008 | Review docket for updates and pull substantive pleadings (.1); send to M. Fagen (.1). | 0.20 |
| 06/15/16 | SAD | 0008 | Review docket for updates and circulate. | 0.10 |
| 06/16/16 | SAD | 0008 | Review docket for updates and circulate. | 0.10 |
| 06/17/16 | SAD | 0008 | Review docket for updates and circulate. | 0.10 |
| 06/20/16 | SAD | 0008 | Review docket for updates and circulate. | 0.10 |
| 06/21/16 | SAD | 0008 | Review docket for updates and circulate. | 0.10 |
| 06/23/16 | FSH | 0008 | Examine info re upcoming hearing. | 0.10 |
| 06/23/16 | SAD | 0008 | Review docket for updates and circulate. | 0.10 |
| 06/24/16 | SAD | 0008 | Review docket for updates and pull substantive pleadings (.2); circulate (.1). | 0.30 |
| 06/27/16 | SAD | 0008 | Review docket for updates and pull substantive pleadings (.2); send to M. Fagen (.1). | 0.30 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  
Bill Number: 1669883

Page 4  
08/02/16

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| 06/28/16 | RAJ | 0008 | Attend telephonic hearing in SNMP adversary proceeding. | 1.80 |
| 06/28/16 | AL | 0008 | Attend telephonically portion of discovery status conference in SNMP claims adversary proceeding. | 1.40 |
| 06/28/16 | SAD | 0008 | Review docket for updates and pull substantive pleadings (.1); send to M. Fagen (.1). | 0.20 |
| 06/29/16 | SAD | 0008 | Review docket for updates and pull substantive pleadings (.1); send to M. Fagen (.1). | 0.20 |
| 06/30/16 | SAD | 0008 | Review docket for updates and pull substantive pleadings (.1); send to M. Fagen (.1). | 0.20 |
| 06/01/16 | RAJ | 0012 | Review status reports re SNMP claims adversary proceeding discovery issues (.5); emails with US Debtors re SNMP (.1); review Debtors' response to LSI motion (.3); analyze SNMP issues (1.2); draft email to Akin team re SNMP (.7); review SNMP proofs of claim (.5); review and comment on BRG analysis of SNMP issues (.3, .1); emails among US Debtors and other core parties re hearing on LSI motion (.2); review US Debtors' statement of issues in appeal of judgment for EMEA on the pleadings (.1); emails with US Debtors re SNMP (.1). | 4.10 |
| 06/01/16 | BMK | 0012 | Review of SNMP claims-related issues (0.6); review of claims-related issues (0.4); attention to LSI motion issues (0.6). | 1.60 |
| 06/01/16 | MCF | 0012 | Review Debtors' filed response re LSI claims motion (.4) and email to Committee re same (.3). | 0.70 |
| 06/01/16 | AL | 0012 | Review Debtors' statement of issues in appeal of judgment on the pleadings in EMEA third party complaint in SNMP claims adversary proceeding (.2); draft statement of support for Debtors' proposed resolution to LSI claims distribution motion (1.7); correspondence w/ M. Fagen re same (.2). | 2.10 |
| 06/02/16 | RAJ | 0012 | Compare as-filed proposed order to resolve LSI claims distribution motion with draft (.1); review and comment on draft Committee statement in support of smae(.1); review SNMP claims adversary proceeding deposition transcripts (1.2); review revised scheduling order re: SNMP (.2). | 1.60 |
| 06/02/16 | MCF | 0012 | Review and revise draft Committee statement in support of LSI claims distribution resolution (2.1); review comments re same (.3); revise same (.5) and emails with Committee re same (.4). | 3.30 |
| 06/02/16 | AL | 0012 | Internal correspondence re discovery schedule in SNMP claims adversary proceeding (.1); review scheduling order re: same (.3); revise statement in support of LSI claims interim distribution motion (.2). | 0.60 |
| 06/03/16 | RAJ | 0012 | Review SNMP objection to resolution of LSI claims motion (.1); emails with Akin team re same (.2); analyze information re SNMP damages in claims adversary proceeding (.4); prepare for hearing on LSI motion (1.4); review Quinn Emanuel Rule 2019 statement (.1); review PBGC statement re LSI motion (.1). | 2.30 |
| 06/03/16 | AL | 0012 | Review Committee member's response to LSI claims resolution (.3); review SNMP response to proposed LSI claims resolution (.4). | 0.70 |
| 06/05/16 | FSH | 0012 | Review SNMP statement of issues on appeal in claims adversary proceeding. | 0.10 |
| 06/06/16 | FSH | 0012 | Examine next steps re SNMP claims litigation. | 0.10 |
| 06/06/16 | RAJ | 0012 | Review filings re LSI claims motion (1.2); analyze SNMP damages issues in claims adversary proceeding (1.4, .3); multiple emails re SNMP (.3, .1); analyze claims issues (.5). | 3.80 |
| 06/06/16 | KAK | 0012 | Emails with R. Johnson re: SNMP issues and impact on claim against NNI (.6); review legal authority on same (1.1). | 1.70 |
| 06/07/16 | RAJ | 0012 | Analyze SNMP damages issues in claims adversary proceeding. | 0.50 |
| 06/08/16 | FSH | 0012 | Examine information re certain claims. | 0.20 |
| 06/09/16 | FSH | 0012 | Analyze interim claims distribution information (.3); communications w/ R. Johnson re next steps on SNMP claims adversary proceeding (.1); call w/ Cleary and R. Johnson re same (.5). | 0.90 |

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| 06/09/16 | RAJ | 0012 | Review transcript of SNMP comments at hearing in claims adversary proceeding (.2); analyze SNMP damages issues (.5, .7); emails with Akin team re SNMP (.3); call with Cleary re SNMP damages (.6). | 2.30 |
| 06/09/16 | KAK | 0012 | Prepare for (1.4) and participate in (.6) call with Cleary re: damages theories, motions and assessments in SNMP claims adversary proceeding. | 2.00 |
| 06/10/16 | RAJ | 0012 | Review SNMP deposition transcripts in claims adversary proceeding. | 1.40 |
| 06/13/16 | RAJ | 0012 | Analyze SNMP damages issues in claims adversary proceeding. | 0.70 |
| 06/14/16 | AL | 0012 | Review Debtors' motion for clarification re opinion in SNMP claims adversary proceeding. | 0.20 |
| 06/15/16 | FSH | 0012 | Communications w/ R. Johnson, D. Botter re SNMP developments in claims adversary proceeding (.1); review claims info (.1) and communicate w/ D. Botter re analysis (.1). | 0.30 |
| 06/15/16 | RAJ | 0012 | Email re US Debtors' motion to clarify in SNMP claims adversary proceeding (.3); analyze issues in motion to clarify (1.2); review decision on cross-motions for partial summary judgment (.4). | 1.90 |
| 06/15/16 | RAJ | 0012 | Review revised Bondholder group 2019 statement and related emails. | 0.30 |
| 06/15/16 | DHB | 0012 | Emails re 2019 statements. | 0.10 |
| 06/15/16 | MCF | 0012 | Review bondholder group updated 2019 statement (.2) and draft summary/analysis (.4); emails with Committee re same (.2). | 0.80 |
| 06/16/16 | RAJ | 0012 | Emails with Cleary re SNMP claims litigation (.2); analyze issues re claims (.9); emails with A. Loring re same (.2). | 1.30 |
| 06/16/16 | AL | 0012 | Conduct research re claims (4.0); draft summary of findings (1.5). | 5.50 |
| 06/17/16 | AL | 0012 | Research issues related to certain claims. | 2.90 |
| 06/20/16 | FSH | 0012 | Review proposed claims settlements. | 0.10 |
| 06/21/16 | BMK | 0012 | Call with committee member re: claims issues. | 0.30 |
| 06/24/16 | FSH | 0012 | Examine communications re SNMP claims adversary proceeding discovery (.1); examine SNMP brief re clarification (.3). | 0.40 |
| 06/24/16 | RAJ | 0012 | Review SNMP's opposition to Debtors' motion to clarify decision in claims adversary proceeding (.6); review SNMP docket (.2); emails with A. Loring re SNMP (.1). | 0.90 |
| 06/24/16 | AL | 0012 | Review opposition brief to U.S. Debtors' Motion to Clarify decision in SNMP claims adversary proceeding (.4); internal correspondence re: same (.3). | 0.70 |
| 06/26/16 | MCF | 0012 | Work on claim analysis (1.7) and outline same (.6). | 2.30 |
| 06/27/16 | FSH | 0012 | Review SNMP discovery letter in claims adversary proceeding and updated agenda. | 0.10 |
| 06/27/16 | RAJ | 0012 | Review SNMP discovery issues in claims adversary proceeding (.5); prepare for status conference (.4); emails with Debtors re SNMP (.2). | 1.10 |
| 06/27/16 | AL | 0012 | Prepare for telephonic discovery status conference in SNMP claims adversary proceeding. | 0.90 |
| 06/28/16 | FSH | 0012 | Review SNMP letter in claims adversary proceeding (.1); participate in portion of telephonic SNMP discovery conference (.8); follow up w/ R. Johnson re same (.1). | 1.00 |
| 06/28/16 | RAJ | 0012 | Review SNMP discovery correspondence in claims adversary proceeding (.3); draft email to Akin team re SNMP discovery issues (.1); further review filings on debtors' motion to clarify SNMP ruling (.8); review notice of settlement of certain employee claims (.2). | 1.40 |
| 06/28/16 | AL | 0012 | Review and summarize claims settlement. | 0.60 |
| 06/29/16 | FSH | 0012 | Analyze claims settlement (.1); confer w/ A. Loring re same (.1); communications w/ J. Hyland re same (.1). | 0.30 |
| 06/29/16 | AL | 0012 | Review claims settlement (.7); confer w/ F. Hodara re same (.1). | 0.80 |
| 06/30/16 | RAJ | 0012 | Review notes of SNMP telephonic hearing in claims adversary proceeding (.2); review SNMP opposition brief re motion to clarify (.5); analyze claims issues (.4). | 1.10 |
| 06/30/16 | MCF | 0012 | Analyze claim issues and strategy (.6); email to team re same (.3). | 0.90 |
| 06/19/16 | FSH | 0014 | Review analysis of Cassels re leave to appeal and next steps. | 0.30 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE                                              Page 6
Bill Number: 1669883                                                                  08/02/16

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| 06/20/16 | FSH | 0014 | Communications w/ Cassels re Canadian appeal. | 0.10 |
| 06/21/16 | FSH | 0014 | Communications w/ Cassels re canadian appeal (.1); communications w/ A. Qureshi, R. Johnson re same (.1). | 0.20 |
| 06/23/16 | FSH | 0014 | Correspond w/ A. Qureshi, R. Johnson, D. Botter re canadian appeal issues (.3); call w/ Cassels re same (.2); follow-up w/ M. Wunder (.1). | 0.60 |
| 06/29/16 | FSH | 0014 | Communications w/ Cassels re expert. | 0.10 |
| 06/06/16 | RAJ | 0025 | Travel to/from Wilmington for LSI hearing (non-working portion only) (actual time 1.8). | 0.90 |
| 06/01/16 | FSH | 0029 | Communications w/ Cleary re allocation (.1); communications w/ Committee members, NNI, D. Botter, B. Kahn, BRG, re analysis (1.1); call w/ Milbank re pending issues (.5); review BRG deck and comments thereto (.5). | 2.20 |
| 06/01/16 | RAJ | 0029 | Analyze issues re allocation document (1.1); emails with Akin and BRG teams re draft presentation (.4, .2). | 1.70 |
| 06/01/16 | AQ | 0029 | Review and analyze allocation document (.3); emails regarding prep for allocation meeting (.4); review and analyze BRG deck (.3). | 1.00 |
| 06/01/16 | DHB | 0029 | Continue review and consideration of allocation issues (1.0) (.5); prep for allocation meeting (2.5); email communications re allocation document (.2) (.2); review BRG work re same (.5); emails re same (.2); call with Milbank re allocation (.5). | 5.60 |
| 06/01/16 | BMK | 0029 | Review allocation documents to prepare for allocation meeting (1.6); call with Milbank team (0.5). | 2.10 |
| 06/01/16 | JYY | 0029 | Review updates regarding allocation status. | 0.10 |
| 06/01/16 | KMR | 0029 | Continue review of allocation document. | 0.40 |
| 06/01/16 | MCF | 0029 | Prepare for allocation meeting. | 0.70 |
| 06/02/16 | FSH | 0029 | Final preparation for allocation meeting (.7); attend portion of same (3.9); numerous communications w/ B. Kahn and D. Botter re developments (.3); analyze same (.4). | 5.30 |
| 06/02/16 | RAJ | 0029 | Further emails and comments among Akin and BRG teams re BRG allocation analysis (.3, .1); emails re allocation meeting (.1, .2, .1); review Nortel press clips re same (.2); review updated BRG analysis (.1). | 1.10 |
| 06/02/16 | AQ | 0029 | Attend allocation meeting (partial). | 8.50 |
| 06/02/16 | DHB | 0029 | Continue prep for allocation meeting (1.2); attend same (partial) (8.0); email communications with team re follow-up (.4). | 9.60 |
| 06/02/16 | BMK | 0029 | Attend allocation meeting. | 10.20 |
| 06/02/16 | JYY | 0029 | Review update regarding allocation status. | 0.10 |
| 06/03/16 | FSH | 0029 | Communications re allocation w/ B. Kahn and D. Botter (.3); communications w/ M. Fagen re allocation document (.1); communications re next steps w/ B. Kahn, D. Botter, M. Fagen (.2). | 0.60 |
| 06/03/16 | RAJ | 0029 | Emails with B. Kahn re allocation (.1); analyze supplemental allocation document (.5); emails with Akin team, Committee re same (.2). | 0.80 |
| 06/03/16 | AQ | 0029 | Attend allocation meeting (6.0) and emails regarding same (.5). | 6.50 |
| 06/03/16 | DHB | 0029 | Prep for allocation meeting (.5); attend same (6.0); follow-up emails re same (.5). | 7.00 |
| 06/03/16 | BMK | 0029 | Attend allocation meeting session (6.0); prep for same (.3). | 6.30 |
| 06/03/16 | MCF | 0029 | Emails re allocation (.3); review allocation document (.4) and send same to Committee (.3). | 1.00 |
| 06/03/16 | CIW | 0029 | Read correspondence from team members re allocation. | 0.10 |
| 06/03/16 | AL | 0029 | Internal correspondence with team re: press coverage of allocation meetings. | 0.20 |
| 06/04/16 | JYY | 0029 | Review updates regarding allocation discussions. | 0.10 |
| 06/05/16 | FSH | 0029 | Examine communications re allocation document. | 0.30 |
| 06/05/16 | JYY | 0029 | Review updates regarding allocation document. | 0.10 |
| 06/06/16 | FSH | 0029 | Review allocation document (1.0); meet w/ B. Kahn re same (.3); correspond w/ B. Kahn, A. Qureshi, K. Rowe, A. Loring, M. Fagen, BRG re pending issues, research and next steps (.5); calls w/ parties in | 2.70 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  Page 7
Bill Number: 1669883  08/02/16

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| | | | interest re pending issues (.9). | |
| 06/06/16 | RAJ | 0029 | Multiple emails re allocation issues (.2, .1). | 0.30 |
| 06/06/16 | AQ | 0029 | Call with BRG regarding allocation. | 0.50 |
| 06/06/16 | KMR | 0029 | Review allocation document (0.5); internal correspondence re: same (1.2). | 1.70 |
| 06/07/16 | FSH | 0029 | Calls w/ Committee members re allocation discussions (.3); communications w/ Cleary, D. Botter, B. Kahn re allocation document and next steps (.2). | 0.50 |
| 06/07/16 | RAJ | 0029 | Emails re allocation document. | 0.30 |
| 06/07/16 | DHB | 0029 | Email communications re allocation document. | 0.10 |
| 06/07/16 | KMR | 0029 | Continue review of allocation document for tax issues. | 0.70 |
| 06/08/16 | FSH | 0029 | Review allocation document; analyze issues therein and communications w/ R. Johnson re same (1.0); calls w/ parties re same (.8); analyze BRG deck (.4); communications w/ M. Fagen, B. Kahn, D. Botter, BRG re same (.4); review allocation document and analyze issues therein (.7). | 3.30 |
| 06/08/16 | RAJ | 0029 | Review and comment on allocation document (1.2); emails re same (.3, .2); correspond with F. Hodara re allocation document (.2); call with Cleary re allocation document (.1); call with Milbank re allocation document (.4); review and comment on BRG financial analysis (.3); multiple emails with Akin, BRG teams re financial issues (.4, .2); emails to/from Milbank re draft allocation document (.1). | 3.40 |
| 06/08/16 | AQ | 0029 | Emails re allocation documents. | 0.20 |
| 06/08/16 | DHB | 0029 | Email communications re allocation (.2) (.2); review of presentation re same (.3) and email communications (.1); emails re allocation document (.1). | 0.90 |
| 06/09/16 | FSH | 0029 | Review final BRG allocation analysis deck (.1); analyze issues (.4); correspond w/ R. Johnson, D. Botter, B. Kahn, A. Loring, M. Fagen re allocation document (.3); communications w/ Milbank, Cleary, R. Johnson, M. Fagen and Committee members re allocation document (.7); review allocation document (.3). | 1.80 |
| 06/09/16 | RAJ | 0029 | Analyze briefing issues re direct certification of allocation appeal to Third Circuit (.4); emails with J. Chen re status (.2); review allocation document (.3); call with Cleary re allocation document (.2); review allocation document and related email (.3). | 1.40 |
| 06/09/16 | AQ | 0029 | Emails re allocation documents. | 0.20 |
| 06/09/16 | DHB | 0029 | Email communications re allocation document (.1) and begin review of same (.5); review BRG analysis (.5). | 1.10 |
| 06/09/16 | JYY | 0029 | Review allocation updates. | 0.20 |
| 06/09/16 | KMR | 0029 | Update re: allocation case. | 0.40 |
| 06/09/16 | AL | 0029 | Attention to allocation document. | 0.20 |
| 06/10/16 | FSH | 0029 | Communications w/ Committee, M. Fagen re allocation document. | 0.20 |
| 06/10/16 | RAJ | 0029 | Review allocation document (.8); multiple emails re same (.3). | 1.10 |
| 06/10/16 | AQ | 0029 | Emails regarding allocation document. | 0.30 |
| 06/10/16 | DHB | 0029 | Begin review of allocation document (.5); email communications re same (.2). | 0.70 |
| 06/10/16 | MCF | 0029 | Begin review of allocation document (.3); emails re same (.3). | 0.60 |
| 06/11/16 | FSH | 0029 | Review and prepare comments to allocation document (1.5); communications w/ B. Kahn, BRG re same (.2); communications w/ M. Fagen re meeting (.1); review Cassels comments (.3). | 2.10 |
| 06/11/16 | RAJ | 0029 | Further analyze and comment on allocation document (.7); multiple emails with Akin and BRG teams re same (.5). | 1.20 |
| 06/11/16 | BMK | 0029 | Review and comment on allocation document. | 2.30 |
| 06/11/16 | MCF | 0029 | Review and revise draft allocation document and comments (1.1) and emails re same (.3). | 1.40 |
| 06/12/16 | DHB | 0029 | Continue review of allocation document. | 1.20 |
| 06/12/16 | KMR | 0029 | Review allocation document. | 1.70 |
| 06/12/16 | MCF | 0029 | Review and analyze allocation document (.7) and communications re | 1.00 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE                                Page 8
Bill Number: 1669883                                                   08/02/16

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| | | | same (.3). | |
| 06/12/16 | AL | 0029 | Prepare for call on allocation issues. | 0.80 |
| 06/13/16 | FSH | 0029 | Examine allocation document (.4); analyze issues re same (.4); meet w/ Cassels, Ashursts, BRG re same (1.1); review and comment on allocation document (1.0); communications among parties, Committee members re allocation document (.6); review revised allocation document (.8). | 4.30 |
| 06/13/16 | RAJ | 0029 | Review allocation documents (.2, .4, .2); meeting with Committee professionals re allocation documents (1.1); review allocation document (.3); follow-up emails re allocation documents (.2); analyze financial issues and recovery scenarios (.5); analyze Debtors' revised draft of allocation documents (.6). | 3.50 |
| 06/13/16 | AQ | 0029 | Review and analyze emails re allocation documents (.2); review and analyze allocation documents (.5). | 0.70 |
| 06/13/16 | DHB | 0029 | Continue review of allocation documents (1.0); emails re same and review of other professionals comments (.2) (.2) (.4); conference call re all comments (1.1); emails re allocation document (.1). | 3.00 |
| 06/13/16 | BMK | 0029 | Review additional comments to allocation documents (0.8); attend meeting with Akin, Cassels, BRG and Ashurst teams re: same (1.1). | 1.90 |
| 06/13/16 | JYY | 0029 | Review updates regarding allocation. | 0.40 |
| 06/13/16 | KMR | 0029 | Continue review of allocation document (1.0); internal correspondence re: allocation document (0.8). | 1.80 |
| 06/13/16 | MCF | 0029 | Consolidate comments to allocation document (.9); meeting re same (1.1); revise same (.9) and communications re same (.6); emails re same (.5); review allocation document (.6) and send same to Committee (.2). | 4.80 |
| 06/13/16 | CIW | 0029 | Internal correspondence re: allocation document with team. | 0.50 |
| 06/13/16 | AL | 0029 | Prepare for professionals call re allocation issues (.8); attend same (1.1). | 1.90 |
| 06/14/16 | FSH | 0029 | Communications w/ B. Kahn, D. Botter re allocation document (.3); analyze next steps (.3); communications w/ Committee member and BRG re same (.4). | 1.00 |
| 06/14/16 | RAJ | 0029 | Analyze allocation document and develop list of specific comments/questions. | 1.70 |
| 06/14/16 | DHB | 0029 | Email communications re allocation document (.3); consider same (.4). | 0.70 |
| 06/14/16 | AL | 0029 | Research re allocation issue. | 0.30 |
| 06/15/16 | FSH | 0029 | Review and outline allocation document issues (1.2); communications w/ D. Botter, R. Johnson re same (.3); call w/ C. Kearns re same (.1); communications w/ Cleary re same (.1). | 1.70 |
| 06/15/16 | RAJ | 0029 | Emails re allocation document (.3, .2); review revised BRG financial analysis and related issues (.6); multiple emails re same (.2); calls and emails with U.S. Debtors re allocation document (.2). | 1.50 |
| 06/15/16 | DHB | 0029 | Extensive email communications re allocation document related issues and allocation document (.4); review of same (.5). | 0.90 |
| 06/15/16 | JYY | 0029 | Review allocation updates. | 0.10 |
| 06/15/16 | AL | 0029 | Conduct research re allocation issues. | 4.00 |
| 06/16/16 | FSH | 0029 | Analyze BRG allocation report (.4); correspond w/ B. Kahn, D. Botter re same (.2); prepare for call w/ Cleary (.2); call w/ Cleary re allocation document (.5); communications w/ BRG re analysis (.3); analyze allocation document issues (.5). | 2.10 |
| 06/16/16 | RAJ | 0029 | Analyze issues re allocation document (.6); call with Cleary re allocation document (.5); emails re BRG financial analysis (.3); call with J. Rosenthal re Third Circuit litigation issues (.3); emails with Akin team re same (.2); develop points for Third Circuit answer to petition (.8); review cases re same (1.1). | 3.80 |
| 06/16/16 | AQ | 0029 | Call with Cleary re allocation document (.5); review and analyze emails re allocation document (.2). | 0.70 |
| 06/16/16 | DHB | 0029 | Email communications re open appeals (.1) (.1); focus on allocation issues (.4). | 0.60 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE                                                                   Page 9
Bill Number: 1669883                                                                                       08/02/16

| Date | Tkpr | Task | | Hours |
|------|------|------|---|-------|
| 06/16/16 | BMK | 0029 | Review allocation document (0.7); call with Cleary team re: same (0.5). | 1.20 |
| 06/16/16 | JYY | 0029 | Review updates regarding allocation. | 0.10 |
| 06/16/16 | KMR | 0029 | Update re: status of allocation. | 0.80 |
| 06/16/16 | CIW | 0029 | Prepare for and attend call with Cleary re allocation document (.9); analyze same (.7). | 1.60 |
| 06/16/16 | AL | 0029 | Attend call with Cleary re allocation document. | 0.50 |
| 06/17/16 | FSH | 0029 | Commence review of allocation document (.5); communications w/ A. Qureshi and J. Chen re allocation appeals (.1) and analyze issues re same (.2). | 0.80 |
| 06/17/16 | RAJ | 0029 | Emails re allocation document. | 0.30 |
| 06/17/16 | DHB | 0029 | Email communications re allocation document status (.2); begin review of same (1.5); emails re 3rd Circuit allocation appeal cert issues (.2) (.1). | 2.00 |
| 06/17/16 | JYY | 0029 | Review allocation updates. | 0.10 |
| 06/17/16 | MCF | 0029 | Communications with Committee re allocation documents. | 0.50 |
| 06/17/16 | CIW | 0029 | Review correspondence re status of allocation appeals. | 0.10 |
| 06/18/16 | RAJ | 0029 | Review allocation document (1.2); emails among Akin team re next steps (.2). | 1.40 |
| 06/18/16 | DHB | 0029 | Review allocation document (2.0); comment on same (.7). | 2.70 |
| 06/18/16 | KMR | 0029 | Review comments to the draft allocation document. | 0.40 |
| 06/19/16 | FSH | 0029 | Review allocation documents (.7) and analyze issues therein (.5); communications w/ Cleary, Milbank, Cassels, BRG, D. Botter, B. Kahn re same and related issues (.4); review allocation document (.2); communications w/ Cleary, D. Botter, A. Qureshi re allocation document (.1). | 1.90 |
| 06/19/16 | RAJ | 0029 | Review allocation document (.1); emails re allocation documents (.2). | 0.30 |
| 06/19/16 | AQ | 0029 | Review and analyze emails re allocation document. | 0.20 |
| 06/20/16 | FSH | 0029 | Analyze allocation issues raised by BRG (.3); review further comments to allocation document (1.9); participate in call w/ Milbank and NNI reps re same (2.0); confer w/ M. Fagen re same (.2); communications w/ Committee members and BRG re allocation document (.3); confer w/ D. Botter re foregoing matters (.2); communications w/ other party, BRG and D. Botter re pending matters (.3). | 5.20 |
| 06/20/16 | RAJ | 0029 | Further review of issues in allocation document (.3); conference call with Cleary and Milbank re allocation document issues (2.0); review allocation document (.4). | 2.70 |
| 06/20/16 | AQ | 0029 | Review and analyze emails re allocation document. | 0.30 |
| 06/20/16 | DHB | 0029 | Continue review of allocation document (1.2, 1.4); conference call with all U.S. Interests re same (1.5); follow-up communications re same (.4); office conference with F. Hodara re pending matters (.3). | 4.80 |
| 06/20/16 | BMK | 0029 | Review allocation document (0.7); attend US interest call re: same (1.5) (partial); emails re: same (0.4) | 2.60 |
| 06/20/16 | JYY | 0029 | Review allocation updates. | 0.10 |
| 06/20/16 | KMR | 0029 | Review allocation document. | 0.70 |
| 06/20/16 | MCF | 0029 | U.S. call re allocation document (1.5) (partial); communications re same (.5); provide comments to same (.7). | 2.70 |
| 06/21/16 | FSH | 0029 | Communications w/ D. Botter, R. Johnson, M. Fagen re all-hands call (.2); prepare for same (.5); review allocation document (.7); participate in all-hands call re same (1.8); follow-up w/ Cleary, D. Botter, A. Loring, B. Kahn, BRG re issues raised in call and next steps (1.0); outline issues and communications w/ M. Fagen, D. Botter, B. Kahn re same (.7); communications w/ Committee members re allocation issues (.4); communications w/ B. Kahn, D. Botter re same (.2). | 5.50 |
| 06/21/16 | FSH | 0029 | Communications w/ K. Rowe re allocation analysis. | 0.10 |
| 06/21/16 | RAJ | 0029 | Conference call with all parties re allocation document (1.8); multiple emails re allocation document (.4). | 2.20 |
| 06/21/16 | AQ | 0029 | Review and analyze allocation document (.2) and emails regarding same | 0.30 |

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| | | | (.1). | |
| 06/21/16 | DHB | 0029 | Review allocation document (.5); participate on call re allocation (1.8); follow-up call with Cleary (.5); follow-up emails re same and next steps (.3); consider same (.3); emails re creditor issues (.5). | 3.90 |
| 06/21/16 | BMK | 0029 | Prepare for all-hands call re: allocation document (0.3); attend same (1.8). | 2.10 |
| 06/21/16 | JYY | 0029 | Review allocation updates. | 0.10 |
| 06/21/16 | KMR | 0029 | Review allocation document (0.4); review issues re same (1.4). | 1.80 |
| 06/21/16 | MCF | 0029 | Participate in call re allocation document (1.8); prepare for same (.3). | 2.10 |
| 06/21/16 | AL | 0029 | Prepare for call re: allocation document (2.0); attend same (1.8). | 3.80 |
| 06/22/16 | FSH | 0029 | Examine info re 3d Circuit allocation papers. | 0.10 |
| 06/22/16 | RAJ | 0029 | Emails re Monitor's allocation appeal petition in Third Circuit (.1, .2, .1); review petition (.5). | 0.90 |
| 06/22/16 | DHB | 0029 | Consider allocation issues (.2); appellate issues (.2); review BRG preso (.5); conference call re same (.4); email communications re 3rd Circuit allocation appeal certification (.1); begin review of same (.3). | 1.70 |
| 06/22/16 | KMR | 0029 | Continue analysis of allocation issues. | 1.80 |
| 06/22/16 | ZJC | 0029 | Review Canadian Monitor Petition for Third Circuit Allocation Appeal. | 0.70 |
| 06/23/16 | FSH | 0029 | Analyze allocation issues (.1) and communications w/ K. Rowe re same (.1). | 0.20 |
| 06/23/16 | FSH | 0029 | Communications w/ J. Chen, A. Qureshi, R. Johnson re EMEA Third Circuit allocation appeal brief (.3); communications A. Loring, A. Qureshi, D. Botter, Cleary re allocation issues (.5); communicate w/ C. Kearns, D. Botter re same (.3); conference call w/ creditor re same (.6). | 1.70 |
| 06/23/16 | RAJ | 0029 | Analyze issues in Third Circuit allocation appeal (.4, .7); further analyze Monitor group's petition for Third Circuit to authorize direct appeal and related issues (.6); review EMEA petition to Third Circuit (.3); review issues re motion for leave to appeal to Supreme Court of Canada (.2); call with F. Hodara, D. Botter, A. Qureshi re Canadian allocation appeal and next steps (.2); calls and emails to Bondholder Group counsel re Third Circuit appeal (.1); call with Cassels re Canadian allocation appeal issues (.2). | 2.70 |
| 06/23/16 | AQ | 0029 | Meet with F. Hodara and D. Botter regarding allocation document and appeal issues (.4); review and analyze appeal certification pleadings (.8). | 1.20 |
| 06/23/16 | DHB | 0029 | Call with Cleary re allocation issues (.5); prepare for and call with creditors re same (.6); meet with team re appellate issues (.4); call with M. Wunder re same (.2); continue review of 3rd Cir. certification pleadings (.5). | 2.20 |
| 06/23/16 | AMH | 0029 | Forward allocation appeal pleadings re: direct certification to services for printing (.4); draft index of same and forward bound copy to J. Chen (.6). | 1.00 |
| 06/23/16 | BMK | 0029 | Call with Cleary and Chilmark re: allocation issues. | 0.50 |
| 06/23/16 | JYY | 0029 | Review correspondence regarding allocation. | 0.10 |
| 06/23/16 | KMR | 0029 | Continue analysis of allocation issues. | 2.50 |
| 06/23/16 | ZJC | 0029 | Review EMEA Debtor Petition for Third Circuit allocation appeal (.7); draft and research opposition to petitions for third circuit appeal (7.2). | 7.90 |
| 06/23/16 | AL | 0029 | Conduct research re: direct certification of allocation appeal (1.0); call with Cleary re: allocation issues (.5); call with Cassels re: same (.2). | 1.70 |
| 06/23/16 | MEP | 0029 | Prepare allocation documents for attorneys. | 3.20 |
| 06/24/16 | FSH | 0029 | Communications w/ Ashursts re allocation and review materials relating to allocation (.7); communications w/ Committee members re aspects of transaction (.8); communications w/ BRG re same (.2); review briefs supporting direct cert and analyze issues therein (.8); review issues re allocation document and communications re same (.4). | 2.90 |
| 06/24/16 | RAJ | 0029 | Emails re Third Circuit allocation appeal petitions and response (.3, .2); analyze appellate issues (.5); review Third Circuit docket (.3); multiple emails re allocation (.2, .1); review allocation document (.1); review | 2.30 |

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| | | | caselaw for Third Circuit answer (.6). | |
| 06/24/16 | AQ | 0029 | Review and analyze case law re certification of allocatoin appeals. | 0.70 |
| 06/24/16 | KMR | 0029 | Continue analysis of US tax allocation issues. | 0.50 |
| 06/24/16 | CIW | 0029 | Read correspondence from team re allocation. | 0.10 |
| 06/24/16 | ZJC | 0029 | Finalize and edit draft of opposition to petitions for permission to appeal allocation decision to the Third Circuit (10.4); circulating to P. Shah for review (.3). | 10.70 |
| 06/24/16 | MEP | 0029 | Organize and pull additional allocation materials for attorneys. | 0.50 |
| 06/26/16 | DHB | 0029 | Continue review of consideration of 3rd Circuit certification pleadings. | 0.70 |
| 06/27/16 | FSH | 0029 | Examine C. Kearns note re allocation (.1); review BRG draft preso and analyze issues therein (.6); analyze allocation issues (.3); review allocation document (.3); further review of issues in allocation document (1.4); communications w/ B. Kahn, D. Botter, BRG re same (.2); review revised deck (.3). | 3.20 |
| 06/27/16 | RAJ | 0029 | Further review petitions to authorize direct allocation appeal (1.2); review caselaw cited by petitioners (2.2); review and comment on draft opposition (1.3); analyze transcript of oral argument (.8); review revised draft (.4); review parties' letter briefs to district court re certification (.5); emails re BRG analysis (.2); review revised BRG analysis (.2). | 6.80 |
| 06/27/16 | BMK | 0029 | Review BRG allocation deck. | 0.60 |
| 06/27/16 | ZJC | 0029 | Edit opposition to petitions for permission to appeal allocation decision to Third Circuit and review cited cases (3.3); discuss and incorporate comments by P. Shah (.7); circulate to R. Johnson and A. Qureshi for review (.1); revise same (2.5). | 6.60 |
| 06/27/16 | PAS | 0029 | Review materials re: draft opposition to Third Circuit petition for interlocutory review of allocation appeal. | 1.70 |
| 06/27/16 | AL | 0029 | Review BRG allocation deck (.1); prepare for call re: same (.4). | 0.50 |
| 06/28/16 | FSH | 0029 | Review allocation preso (.2); conf. call w/ BRG re allocation deck and analysis (1.0); analyze allocation document issues (.2); communications w/ US parties and A. Qureshi re next steps, briefing (.4); review and comment on revised BRG deck (.4). | 2.20 |
| 06/28/16 | RAJ | 0029 | Review BRG analysis (.4, .2, .1); multiple emails re BRG analyses (.2); review allocation document (.5); analyze appellate procedural issues (.8); multiple emails re draft opposition to petitions to authorize direct allocation appeal (.3, .2). | 2.70 |
| 06/28/16 | AQ | 0029 | Review and analyze BRG deck (.3); call with BRG regarding same (1.0); review and edit draft opposition to allocation appeal certification motion (.7); confer with J. Chen regarding 3d circuit brief (.2). | 2.20 |
| 06/28/16 | DHB | 0029 | Review, consider and comment on BRG allocation analysis (.7); conference call re same (1.0); begin review of revised deck (.2). | 1.90 |
| 06/28/16 | BMK | 0029 | Review updated BRG allocation deck (0.3); attend Akin/BRG meeting re: same (1.1) | 1.40 |
| 06/28/16 | ZJC | 0029 | Communications re: draft of opposition to permissions to appeal allocation decision with A. Qureshi and R. Johnson (1.1); circulate new draft to F. Hodara, D. Botter, and B. Kahn (.1); internal correspondence re: draft and proceedings (.3). | 1.50 |
| 06/28/16 | PAS | 0029 | Review and edit updated version of opposition to Third Circuit petition for direct appeal of allocation decision. | 0.90 |
| 06/28/16 | AL | 0029 | Prepare for call regarding allocation analysis. | 0.40 |
| 06/29/16 | FSH | 0029 | Correspond w/ K. Rowe re allocation matter. | 0.10 |
| 06/29/16 | FSH | 0029 | Revise brief re direct certification of allocation appeal, analyze issues, review case law (1.7); call w/ J. Chen re same (.3); review further BRG analysis and communications re next steps (.3); call w/ A. Cowie re same (.3); tc Milbank re pending issues (.3); analyze same (.2); review draft brief of Ad Hoc bonds and comment on same (.8); analyze other comments (.3); examine BRG revision (.1); call w/ appellate lawyers re briefs (.8); follow-up analysis (.3); review revised draft, comment | 6.40 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE                                    Page 12
Bill Number: 1669883                                                        08/02/16

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| | | | thereon and communications w/ P. Shah, R. Johnson, J. Chen re same (.4); tc Brown Rudnick re pending issues (.2); outline issues (.4). | |
| 06/29/16 | RAJ | 0029 | Analyze appellate issues re opposition to petitions to authorize direct allocation appeal (.6, .5); emails with Akin team re appellate briefing (.3, .4); review and comment on draft Bondholder Group brief (2.1); review and comment on BRG analysis (.2); call with Akin team re appellate briefing issues (.8); review and comment on revised draft brief (.5); emails with Milbank, Robbins Russell, Cleary re appellate briefs (.1, .3, .2, .1); review status of preparations to apply for leave from Supreme Court of Canada (.1). | 6.20 |
| 06/29/16 | AQ | 0029 | Review and analyze Milbank draft allocation appeal certification opposition (.3); call with appellate team regarding certification motion (.8). | 1.10 |
| 06/29/16 | DHB | 0029 | Extensive email communications re 3rd Circuit briefing (.5); review of drafts of same (1.5); email correspondence re allocation issue (.2). | 2.20 |
| 06/29/16 | BMK | 0029 | Call re: opposition to certification of allocation appeal (partial). | 0.50 |
| 06/29/16 | JYY | 0029 | Review correspondence regarding allocation discussions. | 0.10 |
| 06/29/16 | KMR | 0029 | Continue review of allocation issues. | 0.50 |
| 06/29/16 | CIW | 0029 | Read correspondence from team members re certification of allocation appeal to the Third Circuit. | 0.10 |
| 06/29/16 | ZJC | 0029 | Revise draft of allocation appeal brief (2.5); review draft opposition by bondholders (.8); call with Akin Gump team to discuss draft of opposition and incorporating comments (1.2). | 4.50 |
| 06/29/16 | PAS | 0029 | Internal correspondence re: comments on draft opposition brief to Third Circuit petition for direct allocation appeal (.6); review and provide comments on draft opposition brief from US Bondholders (1.1); follow up email correspondence re: same (.4). | 2.10 |
| 06/30/16 | FSH | 0029 | Analyze allocation issue (.1); communications with BRG re same (.2). | 0.30 |
| 06/30/16 | FSH | 0029 | Communications with R. Johnson re allocation document (.1); communications with P. Shah re comments (.1); analyze allocation document (.7); outline allocation document (.4); telephone call with Cleary re pending issues (.4); call with BRG re status (.3); attend to Third Circuit allocation appeal filing matters (.3); review and comment on revised brief (.5) and communications re same with R. Johnson, J. Chen, P. Shah (.3); review Cleary comments to briefs (.2) and communications with parties re same (.1); review suggested revisions (.2). | 3.60 |
| 06/30/16 | RAJ | 0029 | Analyze allocation document (1.5); emails with Milbank re allocation document (.2); review caselaw re appellate issues (.7, .5); review revised version of Bondholder Group brief (.4); emails with Akin team re appellate briefs (.3, .2, .3); review allocation document (.4); details re Third Circuit appearances and filing logistics (.5); review Cleary's comments to draft UCC and BHG briefs (.3). | 5.30 |
| 06/30/16 | AQ | 0029 | Review and analyze Cleary comments to allocation appeal certification pleading (.2); review and analyze revised Milbank certification brief (.3). | 0.50 |
| 06/30/16 | DHB | 0029 | Further email conversations re allocation appeal 3rd Circuit briefing from all US interests. | 0.50 |
| 06/30/16 | AMH | 0029 | Confer with clerk's office re: filing and service questions (.3); email J. Chen re: findings (.2); draft notices of appearance in allocation appeals re: P. Shah, J. Chen, F. Hodara, D. Botter and A. Qureshi (1.8); follow up call to clerk's office re: filing notices of appearance and service questions (.3); review and cite check brief (1.5); draft application (.4). | 4.50 |
| 06/30/16 | JYY | 0029 | Review allocation updates. | 0.10 |
| 06/30/16 | KMR | 0029 | Review allocation document (.5); update re: status of the allocation case (.2). | 0.70 |
| 06/30/16 | ZJC | 0029 | Coordinate cite-check and filing requirements for notices of appearance | 0.70 |

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| | | | and opposition to permission to appeal allocation decision (.5); review Bondholders' revised draft of opposition to petitions for permission to appeal (.2). | |
| 06/30/16 | PAS | 0029 | Review revised draft of US Bondholders allocation appeal brief (.3); review comments from Clearly on draft opposition brief (.4). | 0.70 |
| 06/30/16 | AL | 0029 | Internal correspondence re: allocation. | 0.30 |

                                              Total Hours                   454.10

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| F S HODARA | 74.50 | at | $1325.00 | = | $98,712.50 |
| R A JOHNSON | 89.90 | at | $1050.00 | = | $94,395.00 |
| K A KEPCHAR | 3.70 | at | $890.00 | = | $3,293.00 |
| A QURESHI | 27.80 | at | $1175.00 | = | $32,665.00 |
| D H BOTTER | 58.10 | at | $1220.00 | = | $70,882.00 |
| B M KAHN | 37.10 | at | $900.00 | = | $33,390.00 |
| P A SHAH | 6.30 | at | $950.00 | = | $5,985.00 |
| K M ROWE | 16.40 | at | $860.00 | = | $14,104.00 |
| J Y YECIES | 1.80 | at | $785.00 | = | $1,413.00 |
| Z CHEN | 34.10 | at | $700.00 | = | $23,870.00 |
| M C FAGEN | 34.50 | at | $690.00 | = | $23,805.00 |
| C I WEINREB | 5.60 | at | $580.00 | = | $3,248.00 |
| A LORING | 51.80 | at | $455.00 | = | $23,569.00 |
| A M HICKS | 5.50 | at | $295.00 | = | $1,622.50 |
| S A D'ADDESE | 3.30 | at | $225.00 | = | $742.50 |
| M E PEREZ | 3.70 | at | $215.00 | = | $795.50 |

                 Current Fees                                              $432,492.00

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---|
| Computerized Legal Research - Lexis | $768.60 |
| Computerized Legal Research - Westlaw | $1,630.92 |
| Duplication - In House | $77.80 |
| Document Production - In House | $222.06 |
| Meals - Business | $61.04 |
| Meals (100%) | $2,149.82 |
| Audio and Web Conference Services | $3,480.00 |
| Travel - Ground Transportation | $480.64 |
| Travel - Telephone & Fax | $66.95 |
| Travel - Train Fare | $816.00 |

                 Current Expenses                                          $9,753.83


**Total Amount of This Invoice**                                          **$442,245.83**

                           **Prior Balance Due**                          $719,466.38

                           **Total Balance Due Upon Receipt**             $1,161,712.21