# EXHIBIT C

**DISBURSEMENT SUMMARY**

**JUNE 1, 2016 THROUGH JUNE 30, 2016**

| | |
|---|---:|
| Computerized Research, Corporate Service Fees & PACER Charges | $2,399.52 |
| Duplication – In House | $77.80 |
| Document Production – In House | $222.06 |
| Meals (100%) | $2,149.82 |
| Meals – Business | $61.04 |
| Audio and Web Conference Services | $3,480.00 |
| Travel – Ground Transportation | $480.64 |
| Travel – Telephone & Fax | $66.95 |
| Travel – Train Fare | $816.00 |
| **TOTAL** | **$9,753.83** |