# EXHIBIT D



NORTEL NETWORKS INC. CREDITORS COMMITTEE
ATTN: JOHN DOLITTLE
8601 SIX FORKS ROAD
SUITE 400
RALEIGH, NC  27615

| | |
|---|---|
| Invoice Number | 1669883 |
| Invoice Date | 08/02/16 |
| Client Number | 687147 |
| Matter Number | 0001 |

Re: CHAPTER 11

FOR PROFESSIONAL SERVICES RENDERED THROUGH  06/30/16 :

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | | Value |
|---|---|---|
| 04/28/16 | Meals (100%)  4/28/16 - ANITA GOMEZ VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800418; DATE: 4/28/2016 - Committee call 8 people | $173.66 |
| 05/31/16 | Meals (100%)  VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 2407594 DATE: 6/5/2016 Catering Akin Gump - Maguro Sushi - 05/31/2016 Allocation meeting - 10 people | $203.96 |
| 05/31/16 | Meals (100%)  VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 2407594 DATE: 6/5/2016 Matthew Fagen - Akdeniz - 05/31/2016 | $21.03 |
| 06/01/16 | Audio and Web Conference Services VENDOR: TELCONF LLC INVOICE#: 06001-01001-16 DATE: 6/1/2016 For teleconferences services. | $3,480.00 |
| 06/02/16 | Meals (100%)  5/31/16 - M.FAGEN VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800425; DATE: 6/2/2016 | $30.49 |

| Date | Description | Amount |
|---|---|---|
| 06/02/16 | Meals (100%) 6/2/16 - A.GOMEZ VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800425; DATE: 6/2/2016 Committee call - 8 people | $140.99 |
| 06/02/16 | Meals (100%) VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 2407594 DATE: 6/5/2016 Matthew Fagen - Cafe China 37th Street) - 06/02/2016 | $27.54 |
| 06/02/16 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1217418 DATE: 6/15/2016  Vendor: Dial Car Voucher #: A4338684 Date: 06/02/2016 Name: David Botter‖Car Service, Vendor: Dial Car Voucher #: A4338684 Date: 06/02/2016 Name: David Botter | $114.57 |
| 06/02/16 | Meals - Business  VENDOR: MATTHEW C. FAGEN INVOICE#: 1300335706241703 DATE: 6/24/2016 Dinner, 06/02/16, Working meal, Fika, Matthew Fagen | $9.99 |
| 06/02/16 | Travel - Ground Transportation VENDOR: BRAD M. KAHN INVOICE#: 1299484206242100 DATE: 6/24/2016 Taxi/Car Service/Public Transport, 06/02/16, Car home from Nortel meeting., Uber Car Service | $28.69 |
| 06/03/16 | Travel - Ground Transportation VENDOR: BRAD M. KAHN INVOICE#: 1299484206242100 DATE: 6/24/2016 Taxi/Car Service/Public Transport, 06/03/16, Uber car from home to Nortel meeting., Uber Car Service | $35.63 |
| 06/03/16 | Travel - Train Fare  VENDOR: AMERICAN EXPRESS INVOICE#: 408962 DATE: 6/3/2016 NAME: KAHN BRAD MICHAEL TICKET #: 0676912346 DEPARTURE DATE: 06/06/2016 ROUTE: UNKNOWN | $32.00 |
| 06/03/16 | Travel - Train Fare  VENDOR: AMERICAN EXPRESS INVOICE#: 408962 DATE: 6/3/2016 NAME: KAHN BRAD MICHAEL TICKET #: 7322563923 DEPARTURE DATE: 06/06/2016 ROUTE: NYP.WIL NYP - Business Rate - Round Trip | $376.00 |
| 06/04/16 | Travel - Train Fare  VENDOR: ROBERT A. JOHNSON INVOICE#: 1278130206141401 DATE: 6/14/2016 Rail Fare, 06/04/16, Amtrak to Wilmington, Delaware, for court hearing on June 6., Amtrak  - Business Rate | $188.00 |
| 06/04/16 | Travel - Train Fare  VENDOR: ROBERT | $188.00 |

| | | |
|---|---|---|
| 06/06/16 | A. JOHNSON INVOICE#: 1278130206141401 DATE: 6/14/2016 Rail Fare, 06/04/16, Amtrak from Wilmington, Delaware, for court hearing on June 6., Amtrak - Business Rate | $29.66 |
| 06/06/16 | Travel - Ground Transportation VENDOR: BRAD M. KAHN INVOICE#: 1299484206242100 DATE: 6/24/2016 Taxi/Car Service/Public Transport, 06/06/16, Uber Car from home to train station re: Nortel hearing, Uber Car Service | $32.00 |
| 06/06/16 | Travel - Train Fare  VENDOR: AMERICAN EXPRESS INVOICE#: 409997 DATE: 6/6/2016 NAME: KAHN BRAD MICHAEL TICKET #: 0676971072 DEPARTURE DATE: 06/06/2016 ROUTE: UNKNOWN | $52.00 |
| 06/08/16 | Travel - Ground Transportation VENDOR: BRAD M. KAHN INVOICE#: 1299484206242100 DATE: 6/24/2016 Taxi/Car Service/Public Transport, 06/08/16, Uber Car from office to home after late office work re: Nortel, Uber Car Service | |
| 06/09/16 | Meals (100%)  6/6/17 - N KUNEN VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800429; DATE: 6/9/2016 Committee call - 8 people | $173.11 |
| 06/09/16 | Meals (100%)  6/9/16 - A GOMEZ VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800429; DATE: 6/9/2016 Allocation meeting - 8 people | $140.99 |
| 06/09/16 | Meals - Business  VENDOR: MATTHEW C. FAGEN INVOICE#: 1300335706241703 DATE: 6/24/2016 Dinner, 06/09/16, Working meal, Gregorys Coffee, Matthew Fagen | $21.05 |
| 06/11/16 | Meals - Business  VENDOR: MATTHEW C. FAGEN INVOICE#: 1300335706241703 DATE: 6/24/2016 Dinner, 06/11/16, Working meal, Nicolett, Matthew Fagen | $30.00 |
| 06/12/16 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1217596 DATE: 6/22/2016  Vendor: Dial Car Voucher #: A4414218 Date: 06/12/2016 Name: David Botter‖Car Service, Vendor: Dial Car Voucher #: A4414218 Date: 06/12/2016 Name: David Botter | $134.77 |
| 06/14/16 | Travel - Ground Transportation VENDOR: ANTHONY LORING | $25.07 |

| Date | Description | Amount |
|---|---|---|
| | INVOICE#: 1289017806162101 DATE: 6/16/2016<br>Taxi/Car Service/Public Transport, 06/14/16, Late taxi home after working in office on Nortel issues., Uber | |
| 06/15/16 | Computerized Legal Research - Westlaw User: LORING,ANTHONY Date: 6/15/2016 AcctNumber: 1000193694 ConnectTime: 0.0 | $41.56 |
| 06/15/16 | Meals (100%)  VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 2414846 DATE: 6/19/2016<br>Anthony Loring - Bella Vita 43rd/8th) - 06/15/2016 | $29.12 |
| 06/16/16 | Computerized Legal Research - Westlaw User: LORING,ANTHONY Date: 6/16/2016 AcctNumber: 1000193694 ConnectTime: 0.0 | $83.12 |
| 06/16/16 | Meals (100%)  6/13/16 - ANTHONY LORING<br>VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800430; DATE: 6/16/2016<br>Committee call - 8 people | $130.00 |
| 06/16/16 | Meals (100%)  6/16/16 - ANITA GOMEZ<br>VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800430; DATE: 6/16/2016<br>Committee call - 8 people | $140.99 |
| 06/16/16 | Meals (100%)  VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 2414846 DATE: 6/19/2016<br>Anthony Loring - Brooklyn Diner - 06/16/2016 | $27.27 |
| 06/16/16 | Travel - Ground Transportation VENDOR: ANTHONY LORING INVOICE#: 1310266107011504 DATE: 7/1/2016<br>Taxi/Car Service/Public Transport, 06/16/16, Late taxi home after working in office on Nortel matters., Uber | $30.25 |
| 06/17/16 | Computerized Legal Research - Westlaw User: LORING,ANTHONY Date: 6/17/2016 AcctNumber: 1000193694 ConnectTime: 0.0 | $124.68 |
| 06/21/16 | Meals (100%)  VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 2420090 DATE: 6/26/2016<br>Catering Akin Gump - Maguro Sushi - 06/21/2016 - Allocation call 8 people | $334.94 |
| 06/23/16 | Duplication - In House  Photocopy - User # 990100, NY, 778 page(s) | $77.80 |
| 06/23/16 | Travel - Telephone & Fax  VENDOR: MATTHEW C. FAGEN INVOICE#: 1300335706241703 DATE: 6/24/2016<br>Travel - WiFi, 06/23/16, Wifi access to work on flight, GOGO | $39.95 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE                                                                                                                Page 5
Bill Number: 1669883                                                                                                                                                          08/02/16

| Date | Description | Amount |
|---|---|---|
| 06/23/16 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: PEREZ MADELINE; Charge Type: LA DOCUMENT ACCESS; Quantity: 16.0 | $331.20 |
| 06/23/16 | Meals (100%) 6/20/16 - M FAGEN VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800431; DATE: 6/23/2016 Allocation call 8 people | $43.01 |
| 06/23/16 | Meals (100%) 6/21/16 - A LORING VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800431; DATE: 6/23/2016 Committee call - 8 people | $108.33 |
| 06/23/16 | Meals (100%) 6/21/16 - A LORING VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800431; DATE: 6/23/2016 Allocation call - 8 people | $108.33 |
| 06/23/16 | Meals (100%) 6/23/16 - A GOMEZ VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800431; DATE: 6/23/2016 Committee call - 8 people | $65.00 |
| 06/23/16 | Document Production - In House REQUESTOR: A LORING; DESCRIPTION: COLOR COPIES; QUANTITY: 1200; DATE ORDERED: 6/23/16 | $120.00 |
| 06/24/16 | Computerized Legal Research - Westlaw User: CHEN,JULIUS Date: 6/24/2016 AcctNumber: 1000532285 ConnectTime: 0.0 | $495.69 |
| 06/24/16 | Computerized Legal Research - Lexis Service: MATTHEW BENDER SERVICE; Employee: CHEN JULIUS; Charge Type: SEARCHES; Quantity: 1.0 | $120.60 |
| 06/24/16 | Computerized Legal Research - Lexis Service: MATTHEW BENDER SERVICE; Employee: CHEN JULIUS; Charge Type: SINGLE DOCUMENT RETRIEVAL; Quantity: 1.0 | $37.80 |
| 06/26/16 | Travel - Telephone & Fax VENDOR: MATTHEW C. FAGEN INVOICE#: 1311194907011702 DATE: 7/1/2016 Travel - WiFi, 06/26/16, Wifi for work on flight, JetBlue Wifi | $27.00 |
| 06/27/16 | Travel - Ground Transportation VENDOR: MATTHEW C. FAGEN INVOICE#: 1311194907011702 DATE: 7/1/2016 Taxi/Car Service/Public Transport, 06/27/16, Working car trip, Uber | $30.00 |
| 06/29/16 | Computerized Legal Research - Westlaw User: CHEN,JULIUS Date: 6/29/2016 AcctNumber: 1000532285 ConnectTime: 0.0 | $206.54 |

| | | |
|---|---|---:|
| 06/30/16 | Computerized Legal Research - Westlaw User: HICKS,ADRIA Date: 6/30/2016 AcctNumber: 1000532285 ConnectTime: 0.0 | $679.33 |
| 06/30/16 | Computerized Legal Research - Lexis Service: MATTHEW BENDER SERVICE; Employee: HICKS ADRIA; Charge Type: SEARCHES; Quantity: 2.0 | $241.20 |
| 06/30/16 | Computerized Legal Research - Lexis Service: MATTHEW BENDER SERVICE; Employee: HICKS ADRIA; Charge Type: SINGLE DOCUMENT RETRIEVAL; Quantity: 1.0 | $37.80 |
| 06/30/16 | Meals (100%) 6/28/16 - ANTHONY LORING VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800432; DATE: 6/30/2016 Committee call - 8 people | $77.95 |
| 06/30/16 | Meals (100%) 6/30/16 - ANTHONY LORING VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800432; DATE: 6/30/2016 Committee call - 8 people | $173.11 |
| 06/30/16 | Document Production - In House REQUESTOR: A LORING; DESCRIPTION: COLOR COPIES; QUANTITY: 1020; DATE ORDERED: 6/30/16 | $102.06 |

|  |  |
|---|---:|
| Current Expenses | $9,753.83 |
| **Total Amount of This Invoice** | **$442,245.83** |
| **Prior Balance Due** | $719,466.38 |
| **Total Balance Due Upon Receipt** | $1,161,712.21 |