# EXHIBIT E

**SUMMARY OF ATTORNEYS AND LEGAL ASSISTANTS
RENDERING SERVICES DURING THE PERIOD
JUNE 1, 2016 THROUGH JUNE 30, 2016**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | 2016 Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| David H. Botter | Partner for 14 years; Admitted in 1990; Financial Restructuring Department | $1,220 | 58.10 | $70,882.00 |
| Fred S. Hodara | Partner for 27 years; Admitted in 1982; Financial Restructuring Department | $1,325 | 74.50 | $98,712.50 |
| Robert A. Johnson | Partner for 19 years; Admitted in 1988; Litigation Department | $1,050 | 89.90 | $94,395.00 |
| Brad M. Kahn | Partner as of January 1, 2016; Admitted in 2008; Financial Restructuring Department | $900 | 37.10 | $33,390.00 |
| Karol A. Kepchar | Partner for 17 years; Admitted in 1992; Intellectual Property Department | $890 | 3.70 | $3,293.00 |
| Abid Qureshi | Partner for 8 years; Admitted in 1995; Financial Restructuring Department | $1,175 | 27.80 | $32,665.00 |
| Pratik Shah | Partner for 3 years; Admitted in 2002; Litigation Department | $950 | 6.30 | $5,985.00 |
| Kevin M. Rowe | Senior Counsel for 15 years; Admitted in 1985; Tax Department | $860 | 16.40 | $14,104.00 |
| Julius Chen | Counsel for 2 years; Admitted in 2010; Litigation Department | $700 | 34.10 | $23,870.00 |
| Jacqueline Y. Yecies | Counsel for 3 years; Admitted in 2009; Litigation Department | $785 | 1.80 | $1,413.00 |
| Matthew C. Fagen | Associate for 4 years; Admitted in 2014; Financial Restructuring Department | $690 | 34.50 | $23,805.00 |

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | 2016 Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| Anthony Loring | Associate for 1 year; Admitted in 2016; Financial Restructuring Department | $455 | 51.80 | $23,569.00 |
| Carly I. Weinreb | Associate for 3 years; Admitted in 2014; Litigation Department | $580 | 5.60 | $3,248.00 |
| Sarah A. D'Addese | Legal Assistant for 3 years; Financial Restructuring Department | $225 | 3.30 | $742.50 |
| Adria M. Hicks | Legal Assistant for 16 years; Litigation Department | $295 | 5.50 | $1,622.50 |
| Madeline E. Perez | Legal Assistant for 1 year; Litigation Department | $215 | 3.70 | $795.50 |

Total Amount of Fees:      **$432,492.00**
Total Number of Hours:     454.10
Blended Hourly Rate:       **$952.41**