**EXHIBIT B**



# CASSELS BROCK
LAWYERS

Cassels Brock & Blackwell LLP
2100, Scotia Plaza
40 King Street West
Toronto, ON Canada M5H 3C2
T  416 869 5300
F  416 360 8877

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF NORTEL NETWORKS INC
C/O AKIN GUMP STRAUSS HAUER & FELD LLP
ATTN: FRED HODARA
ONE BRYANT PARK
NEW YORK, NY  10036 USA

**INVOICE #1994356**
HST/GST #: R121379572

| Date | Matter Number | Lawyer |
|---|---|---|
| August 17, 2016 | 46992-00001 | Michael Wunder |

**The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.**

| | |
|---|---|
| Professional Fees | $   108,848.50 |
| Disbursements | 235.74 |
| **Total Amount Due** | **$   109,084.24 CDN** |

Cassels Brock & Blackwell LLP

Per: _____
Michael Wunder

**Wire Transfer:**
Bank of Nova Scotia
44 King St. West, Toronto, ON  M5H 1H1
Swift Code:  NOSCCATT
Bank ID:  002  Transit: 47696
CAD Funds Bank Account : 00739-11
ABA Routing #: 026 002 532
Reference: Please include the lawyer's name and the invoice number

**Credit Card:**
Payments are accepted via telephone, email or fax.
We accept
American Express, MasterCard or Visa (please circle one).
Card No. _____

Expiry Date: _____  Amount: _____

Cardholder Name: _____

Signature: _____

CASSELS BROCK & BLACKWELL LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 1994356

Matter # 46992-00001

**Invoice Detail**

**TO PROFESSIONAL SERVICES RENDERED up to and including 05/31/2016**

| Date | ID | TASK | Narrative | Hours |
|---|---|---|---|---|
| 5/1/2016 | MWU | 12 | Prepare and circulate report to UCC regarding terminated Calgary employee claims against the Canadian estate. | 0.4 |
| 5/1/2016 | MWU | 31 | Report to UCC advisors regarding Canadian motion for claims resolution plan relating to terminated Calgary, Alberta employees, including review of motion record, plan, Monitor's report and draft approval order. | 1.3 |
| 5/2/2016 | RSK | 12 | Review U.S. Order/Opinion regarding U.S. debtors' third party complaint in SNMP claims litigation proceeding. | 0.4 |
| 5/2/2016 | RSK | 31 | Review notice regarding SCC releasing decision Canadian leave to appeal application and related email correspondence. | 0.2 |
| 5/2/2016 | MWU | 31 | Email correspondence with UCC advisors and NNI's Canadian counsel regarding Supreme Court of Canada decision for post-petition interest (PPI) leave application. | 0.2 |
| 5/2/2016 | MWU | 31 | Email correspondence with NNI's Canadian counsel regarding Canadian court attendance, and report to UCC advisors regarding same. | 0.2 |
| 5/3/2016 | GBS | 31 | Confer with Cassels team regarding leave to appeal application to SCC regarding Canadian allocation decision. | 0.2 |
| 5/3/2016 | GBS | 31 | Review Ontario Court of Appeal decision denying leave to appeal Canadian allocation decision. | 2.9 |
| 5/3/2016 | GBS | 31 | Conferences with Cassels team regarding analysis of Ontario Court of Appeal decision regarding UCC application for leave to appeal. | 0.8 |
| 5/3/2016 | SV | 31 | Review Ontario Court of Appeal decision and preparation of summary regarding same and test for leave to appeal to the Supreme Court of Canada. | 3.7 |
| 5/3/2016 | RSK | 29 | Review correspondence from Monitor to Judge Stark and Judge Gross (re: Canadian appeal decision). | 0.2 |
| 5/3/2016 | RSK | 31 | Office conference with Cassels team regarding Canadian appeal court decision. | 0.4 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

**CASSELS BROCK & BLACKWELL LLP**  Invoice # 1994356
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.  Matter # 46992-00001

| Date | ID | TASK | Narrative | Hours |
|---|---|---|---|---|
| 5/3/2016 | RSK | 31 | Review decision of Court of Appeal dismissing leave application on Canadian allocation decision, and analyze for appeal issues. | 2.8 |
| 5/3/2016 | MWU | 31 | Review Ontario Court of Appeal decision regarding leave to appeal application for Canadian allocation decision. | 1.7 |
| 5/3/2016 | MWU | 31 | Calls and email correspondence with UCC advisors and Cassels team to discuss Canadian appeals court decision, review correspondence delivered to U.S. court, and report to the Committee regarding same. | 1.6 |
| 5/3/2016 | RJA | 31 | Review Ontario Court of Appeal decision denying leave to appeal allocation decision. | 2.1 |
| 5/3/2016 | JDI | 29 | Review leave to appeal decision regarding Canadian allocation decision. | 2 |
| 5/4/2016 | GBS | 31 | Continue review of Ontario Court of Appeal decision. | 1.4 |
| 5/4/2016 | GBS | 31 | Review and revise summary regarding Ontario Court of Appeal leave decision. | 0.5 |
| 5/4/2016 | GBS | 31 | Prepare for (0.2) and attend meeting with Cassels' team to consider denial of leave to appeal Canadian allocation decision (0.7). | 0.9 |
| 5/4/2016 | SV | 31 | Review Ontario Court of Appeal decision denying leave application from the decision of Justice Newbould, and preparation of summary memo regarding same and test for leave to appeal to the Supreme Court of Canada. | 8.8 |
| 5/4/2016 | RSK | 31 | Review memo regarding appeal leave issues and discussion with Cassels team. | 1.3 |
| 5/4/2016 | RSK | 31 | Further review and analysis of Canadian appeal court decision dismissing leave to appeal of Canadian allocation order. | 0.8 |
| 5/4/2016 | MWU | 31 | Email correspondence with Cassels team, Akin Gump and NNI's Canadian counsel regarding Ontario Court of Appeal application for leave to appeal decision. | 0.5 |
| 5/4/2016 | MWU | 31 | Review summary of Ontario appeal court allocation decision and meet with Cassels team to discuss. | 0.8 |
| 5/4/2016 | MWU | 31 | Review summary of issues and arguments for appeal litigation. | 0.9 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 1994356

Matter # 46992-00001

| Date | ID | TASK | Narrative | Hours |
|---|---|---|---|---|
| 5/4/2016 | RJA | 31 | Meeting with Cassels team regarding Ontario Court of Appeal decision. | 0.7 |
| 5/4/2016 | JDI | 29 | Meeting regarding Canadian leave to appeal decision regarding Canadian allocation decision and next steps with S. Kukulowicz, G. Shaw, M. Wunder and S. Voudouris. | 0.7 |
| 5/4/2016 | JDI | 31 | Email correspondence with S. Voudouris regarding Canadian research regarding Canadian allocation decision and SCC leave to appeal decisions. | 0.2 |
| 5/5/2016 | SV | 7 | Prepare for (0.2) and attend on UCC call (1.0). | 1.2 |
| 5/5/2016 | HFE | 29 | Review Canadian court decisions. | 1.8 |
| 5/5/2016 | RSK | 7 | Participated in Committee call. | 1 |
| 5/5/2016 | RSK | 31 | Review notice regarding dismissal of SCC leave application on PPI issue. | 0.3 |
| 5/5/2016 | RSK | 31 | Review press reports on dismissal of allocation order leave application. | 0.3 |
| 5/5/2016 | RSK | 29 | Conference call with Akin Gump regarding dismissal of allocation order leave application. | 0.3 |
| 5/5/2016 | RSK | 31 | Conference call with NNI's Canadian counsel and Cassels regarding Canadian appeal litigation. | 0.5 |
| 5/5/2016 | RSK | 7 | Preparation for presentation to UCC regarding dismissal of leave to appeal allocation order. | 0.7 |
| 5/5/2016 | MWU | 7 | Prepare for Canadian case update for UCC meeting. | 0.2 |
| 5/5/2016 | MWU | 7 | Attend on UCC call. | 1 |
| 5/5/2016 | MWU | 31 | Report to UCC advisors regarding Canadian appeal issues and process. | 0.2 |
| 5/5/2016 | MWU | 31 | Call with Akin Gump and Cassels teams to discuss Canadian litigation status and next steps. | 0.3 |
| 5/5/2016 | MWU | 31 | Call with NNI's Canadian counsel to discuss Canadian proceeding court decision and next steps (0.5), and follow-up correspondence to and from Canadian counsel for NNI and the bonds (0.2). | 0.7 |
| 5/5/2016 | RJA | 7 | Participate in Committee call. | 1 |
| 5/5/2016 | JDI | 31 | Review Canadian research regarding Canadian appeal litigation. | 1.8 |
| 5/5/2016 | JDI | 29 | Participate in strategy call with U.S. debtor's Canadian counsel regarding Canadian appeal litigation. | 0.4 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 1994356

Matter # 46992-00001

| Date | ID | TASK | Narrative | Hours |
|---|---|---|---|---|
| 5/5/2016 | JDI | 29 | Attend advisors' pre-call to prepare for Committee call. | 0.3 |
| 5/5/2016 | JDI | 7 | Attend Committee call. | 1 |
| 5/6/2016 | RSK | 31 | Review email correspondence regarding strategy for seeking leave to appeal from Ontario Court of Appeal decision. | 0.3 |
| 5/6/2016 | MWU | 31 | Calls and email correspondence with Canadian counsel for NNI and bondholders regarding Canadian appeal decisions. | 0.6 |
| 5/6/2016 | MWU | 31 | Prepare correspondence regarding Canadian allocation litigation. | 0.3 |
| 5/7/2016 | GBS | 31 | Review UCC submissions for U.S. appeal certification. | 0.3 |
| 5/7/2016 | GBS | 31 | Email correspondence with Cassels team regarding submissions to U.S. appeal court regarding direct certification. | 0.2 |
| 5/7/2016 | RSK | 29 | Email correspondence with Cassels team and Akin Gump regarding comments on correspondence to U.S. court. | 0.7 |
| 5/7/2016 | RSK | 29 | Review draft letter to Judge Stark regarding direct certification. | 0.4 |
| 5/7/2016 | MWU | 29 | Email correspondence to and from Akin and Cassels team, review draft correspondence to US appeals court, and confer with Cassels team. | 0.8 |
| 5/8/2016 | GBS | 31 | Review NNI draft application for Canadian appeal litigation regarding Canadian allocation decision. | 1.8 |
| 5/8/2016 | GBS | 31 | Confer with Cassels team regarding Canadian appeal litigation. | 0.2 |
| 5/8/2016 | RSK | 31 | Review draft application by U.S. debtors for Canadian appeal litigation and exchange email correspondence with Cassels team regarding same. | 2.4 |
| 5/8/2016 | RSK | 29 | Review multiple versions of UCC correspondence to U.S. court. | 0.8 |
| 5/8/2016 | MWU | 29 | Email correspondence to and from Akin and Cassels team, review draft correspondence to U.S. appeals court, and confer with Cassels team, and review draft letters to be sent by NNI and bonds. | 1.4 |
| 5/8/2016 | MWU | 31 | Review draft Canadian legal brief for NNI regarding Canadian appeal litigation, and multiple email correspondence to and from Cassels and Akin teams regarding same. | 1.3 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

-6-

**CASSELS BROCK & BLACKWELL LLP**  Invoice # 1994356
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.  Matter # 46992-00001

| Date | ID | TASK | Narrative | Hours |
|---|---|---|---|---|
| 5/8/2016 | JDI | 31 | Review U.S. debtors draft Canadian legal brief regarding Canadian allocation decision and email correspondence regarding comments on same. | 1.3 |
| 5/9/2016 | GBS | 31 | Review of draft application to Supreme Court of Canada. | 1.2 |
| 5/9/2016 | GBS | 31 | Attend Committee call. | 0.4 |
| 5/9/2016 | SV | 7 | Attendance on UCC call. | 0.4 |
| 5/9/2016 | SV | 31 | Canadian research for UCC Canadian appeal application. | 2.2 |
| 5/9/2016 | RSK | 29 | Review multiple correspondence to U.S. court regarding allocation decision appeal from CCC, EMEA, Monitor/Canadian Debtors, UCC, Bondholders, NNSA, Wilmington Trust and U.S. debtors. | 1.8 |
| 5/9/2016 | RSK | 31 | Review draft correspondence for UCC to Canadian service list regarding intention of UCC to apply for leave to appeal. | 0.2 |
| 5/9/2016 | RSK | 29 | Review email correspondence from Akin Gump, Bennett Jones and Torys regarding Canadian appeal litigation and correspondence for U.S. court. | 1.2 |
| 5/9/2016 | RSK | 31 | Review memo regarding Canadian appeal procedures. | 0.3 |
| 5/9/2016 | MWU | 31 | Prepare correspondence to be delivered to Canadian service list regarding Canadian appeal of allocation appeal dismissal, and multiple email correspondence and calls through the day with Canadian counsel for NNI, bond group and UCC team, and revisions to letter. | 2.7 |
| 5/9/2016 | MWU | 29 | Review and comment on drafts of correspondence to send to U.S. appeal court regarding allocation appeals, and multiple correspondence to and from UCC advisors and UCC members through the day. | 2.3 |
| 5/9/2016 | MWU | 7 | Attend on UCC call. | 0.4 |
| 5/9/2016 | RJA | 7 | Participate in Committee call. | 0.4 |
| 5/9/2016 | RJA | 31 | Review letters from all parties regarding allocation appeal certification to District Court and related email correspondence. | 1.9 |
| 5/9/2016 | RJA | 31 | Email correspondence with Akin Gump and Cassels teams regarding draft correspondence to court regarding certification. | 0.7 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP                           Invoice # 1994356
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                          Matter # 46992-00001

| Date | ID | TASK | Narrative | Hours |
|---|---|---|---|---|
| 5/9/2016 | RJA | 31 | Review NNI Canadian factum regarding Canadian appeal litigation. | 2.4 |
| 5/9/2016 | RJA | 31 | Considering issues for UCC SCC leave factum and application. | 2.8 |
| 5/9/2016 | JDI | 7 | Attend Committee call. | 0.4 |
| 5/9/2016 | JDI | 29 | Discussion with Cassels team regarding Canadian research for appeal litigation. | 0.5 |
| 5/10/2016 | MWU | 29 | Review multiple correspondence from multiple core parties to U.S. appeal court regarding allocation appeals in U.S. and Canada. | 1.2 |
| 5/10/2016 | MWU | 31 | Review NNI Canadian legal brief for allocation decision appeal and consider issues for UCC legal brief and leave application. | 1.1 |
| 5/10/2016 | RJA | 31 | Analysis of issues for Canadian appeal litigation regarding Canadian allocation decision. | 2.7 |
| 5/11/2016 | SV | 31 | Research for Canadian appeal litigation regarding Canadian allocation decision. | 4.4 |
| 5/11/2016 | RSK | 31 | Review email correspondence updates regarding Canadian appeal litigation. | 0.2 |
| 5/11/2016 | MWU | 31 | Call with Canadian counsel for NNI and email correspondence to and from UCC advisors regarding Canadian appeal litigation. | 0.4 |
| 5/11/2016 | MWU | 31 | Review NNI Canadian legal brief for allocation decision appeal and consider issues for UCC legal brief and leave application. | 1.8 |
| 5/11/2016 | RJA | 31 | Analysis of issues for Canadian appeal litigation regarding Canadian allocation decision. | 2.7 |
| 5/12/2016 | SV | 31 | Research for UCC for Canadian appeal litigation (3.4) and attendance on UCC call (0.5). | 3.9 |
| 5/12/2016 | RSK | 31 | Review Canadian SNMP summary judgment endorsement. | 0.4 |
| 5/12/2016 | RSK | 29 | Email correspondence with UCC advisors regarding Canadian appeal litigation. | 0.2 |
| 5/12/2016 | MWU | 7 | Attend on UCC call. | 0.5 |
| 5/12/2016 | MWU | 12 | Email correspondence to and from Akin Gump and NNI's Canadian counsel regarding Canadian court decision relating to SNMP claims, and confer with Cassels team. | 0.3 |
| 5/12/2016 | MWU | 31 | Consider and analyze issues for UCC Canadian legal brief for Supreme Court of Canada leave | 1.2 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 1994356

Matter # 46992-00001

| Date | ID | TASK | Narrative | Hours |
|---|---|---|---|---|
| | | | application. | |
| 5/12/2016 | RJA | 7 | Participate in Committee call. | 0.5 |
| 5/12/2016 | RJA | 31 | Continue research on issues regarding Canadian appeal litigation allocation decision. | 2.3 |
| 5/12/2016 | JDI | 31 | Review email correspondence from S. Voudouris regarding Canadian appeal litigation research and consider appeal issues. | 2.2 |
| 5/12/2016 | JDI | 31 | Conference with S. Voudouris regarding Canadian allocation decision appeal. | 0.2 |
| 5/12/2016 | JDI | 7 | Participate on Committee call. | 0.5 |
| 5/13/2016 | RSK | 31 | Review research and analysis on grounds for leave to SCC on allocation decision. | 2.4 |
| 5/13/2016 | MWU | 31 | Consider and analyze issues for UCC Canadian legal brief for Supreme Court of Canada leave application. | 1.4 |
| 5/17/2016 | MWU | 3 | Prepare March 2016 fee account. | 2.3 |
| 5/17/2016 | MWU | 3 | Continue preparation of February 2017 fee account. | 0.8 |
| 5/17/2016 | MWU | 29 | Review draft court filing for UCC for LSI interim distribution motion. | 0.6 |
| 5/18/2016 | RSK | 29 | Review U.S. court opinion certifying allocation appeal. | 0.5 |
| 5/18/2016 | RSK | 31 | Review notice of motion for leave to appeal regarding SNMP claims litigation. | 0.2 |
| 5/18/2016 | MWU | 3 | Prepare April 2016 fee account. | 2.4 |
| 5/18/2016 | MWU | 29 | Review U.S. appeal court ruling regarding allocation decision and summary from UCC advisors. | 0.7 |
| 5/18/2016 | MWU | 31 | Review SNMP notice of motion to Ontario Court of Appeal seeking leave to appeal Canadian summary judgment decision, and report to UCC advisors regarding same. | 0.6 |
| 5/19/2016 | RSK | 7 | Participated in Committee call. | 0.9 |
| 5/19/2016 | MWU | 7 | Attend on UCC call. | 0.9 |
| 5/20/2016 | MWU | 29 | Multiple correspondence with counsel for allocation parties and review draft order regarding allocation appeal certification. | 0.5 |
| 5/20/2016 | MWU | 3 | Prepare April 2016 fee account. | 0.8 |
| 5/22/2016 | RSK | 29 | Review email correspondence regarding allocation dispute. | 0.2 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

**CASSELS BROCK & BLACKWELL LLP**  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 1994356

Matter # 46992-00001

| Date | ID | TASK | Narrative | Hours |
|---|---|---|---|---|
| 5/23/2016 | MWU | 31 | Call with Akin Gump to discuss Canadian appeal litigation regarding Canadian court allocation decision, and correspondence to NNI's Canadian counsel regarding same. | 0.4 |
| 5/25/2016 | RSK | 29 | Analyze allocation and claims issues. | 0.3 |
| 5/25/2016 | MWU | 29 | Review correspondence from Akin Gump and draft material regarding allocation issues and comments from counsel for trade consortium. | 0.7 |
| 5/26/2016 | RSK | 7 | Participated in Committee call. | 0.7 |
| 5/26/2016 | MWU | 7 | Review Canadian case documents and summaries to prepare for Nortel UCC call. | 0.5 |
| 5/26/2016 | MWU | 7 | Attend on UCC call. | 0.7 |
| 5/26/2016 | MWU | 29 | Review correspondence and draft documents regarding allocation negotiations, and analyze including regarding Canadian estate issues. | 1.4 |
| 5/26/2016 | MWU | 31 | Email correspondence and call with NNI's Canadian counsel regarding Canadian appeal litigation. | 0.3 |
| 5/26/2016 | MWU | 3 | Prepare March 2016 account and fee application. | 1.2 |
| 5/26/2016 | RJA | 7 | Participate in Committee call. | 0.7 |
| 5/27/2016 | RSK | 29 | Review court filing regarding U.S. distribution motion. | 0.3 |
| 5/27/2016 | MWU | 3 | Complete March 2016 account and fee application. | 1.3 |
| 5/27/2016 | MWU | 31 | Review and analyze issues and Canadian research regarding appeal of Canadian allocation decision. | 1.4 |
| 5/27/2016 | MWU | 29 | Review Canadian allocation litigation court filings for analysis of issues regarding Supreme Court of Canada leave application. | 1.1 |
| 5/31/2016 | GBS | 31 | Confer with Cassels team regarding Canadian appeal litigation. | 0.5 |
| 5/31/2016 | MWU | 3 | Complete April 2016 account and fee application. | 1.3 |
| 5/31/2016 | MWU | 3 | Prepare quarterly fee application. | 0.5 |
| | | | **Total** | **141.8** |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

-10-

**CASSELS BROCK & BLACKWELL LLP**  Invoice # 1994356
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.  Matter # 46992-00001

| Name | Title | Department | Province of Bar Admission/Year | Hours | Rate | Billed Value |
|---|---|---|---|---|---|---|
| Geoffrey B. Shaw | Partner | Advocacy | Ontario - 1986 | 11.30 | $945.00 | $10,678.50 |
| Hilary Fender | Associate | Financial Restructuring | Ontario - 2015 | 1.80 | $390.00 | $702.00 |
| Jane Dietrich | Partner | Financial Restructuring | Ontario - 2004 | 11.50 | $695.00 | $7,992.50 |
| Michael Wunder | Partner | Financial Restructuring | Ontario - 1990 | 48.10 | $835.00 | $40,163.50 |
| Ryan Jacobs | Partner | Financial Restructuring | Ontario - 2011 | 20.90 | $850.00 | $17,765.00 |
| Shayne Kukulowicz | Partner | Financial Restructuring | Ontario - 1990 | 23.60 | $925.00 | $21,830.00 |
| Stephanie Voudouris | Associate | Advocacy | Ontario - 2014 | 24.60 | $395.00 | $9,717.00 |
| | | | | | | |
| **TOTAL** | | | | **141.80** | | **$108,848.50** |

**TOTAL PROFESSIONAL FEES**  $ 108,848.50

**Non-Taxable Disbursements**

Copies                                                     207.00
Travel / Ground Transportation                              24.78
Telephone / Long Distance/Conference Calls                   3.96

**Total Disbursements and Tax**                          235.74

**Total Fees, Disbursements & Tax**        $   109,084.24 CDN

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

-11-

CASSELS BROCK & BLACKWELL LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 1994356

Matter # 46992-00001

## Time Summary By Task Code:

| Task Codes | Description | Hours | Fees |
|---|---|---|---|
| 0003 | Cassels Brock Fee Application/Monthly Billing Reports | 10.60 | 8,851.00 |
| 0007 | Creditors Committee Meetings | 13.60 | 10,722.00 |
| 0012 | General Claims Analysis/Claims Objections | 1.10 | 954.50 |
| 0029 | Intercompany Analysis | 23.30 | 18,729.50 |
| 0031 | Canadian Proceedings/Matters | 93.20 | 69,591.50 |
| TOTAL | | 141.8 | $ 108,848.50 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 1994356  
Matter # 46992-00001

**Disbursement Details:**

| Date | Narrative | Quantity | Amount |
|---|---|---|---|
| 5/2/2016 | Copies | 5 | 0.50 |
| 5/2/2016 | Copies | 2 | 0.20 |
| 5/2/2016 | Copies | 4 | 0.40 |
| 5/2/2016 | Copies | 2 | 0.20 |
| 5/2/2016 | Copies | 8 | 0.80 |
| 5/2/2016 | Document Delivery - April 28, 2016 | 1 | 24.78 |
| 5/3/2016 | Copies | 42 | 4.20 |
| 5/3/2016 | Copies | 42 | 4.20 |
| 5/3/2016 | Copies | 2 | 0.20 |
| 5/3/2016 | Copies | 2 | 0.20 |
| 5/3/2016 | Copies | 2 | 0.20 |
| 5/3/2016 | Copies | 2 | 0.20 |
| 5/3/2016 | Copies | 2 | 0.20 |
| 5/3/2016 | Copies | 3 | 0.30 |
| 5/3/2016 | Copies | 140 | 14.00 |
| 5/3/2016 | Copies | 2 | 0.20 |
| 5/4/2016 | Copies | 17 | 1.70 |
| 5/4/2016 | Copies | 7 | 0.70 |
| 5/4/2016 | Copies | 12 | 1.20 |
| 5/4/2016 | Copies | 3 | 0.30 |
| 5/4/2016 | Copies | 3 | 0.30 |
| 5/4/2016 | Copies | 12 | 1.20 |
| 5/4/2016 | Copies | 2 | 0.20 |
| 5/4/2016 | Copies | 3 | 0.30 |
| 5/4/2016 | Copies | 3 | 0.30 |
| 5/4/2016 | Copies | 11 | 1.10 |
| 5/5/2016 | Copies | 12 | 1.20 |
| 5/5/2016 | Copies | 2 | 0.20 |
| 5/5/2016 | Copies | 2 | 0.20 |
| 5/5/2016 | Copies | 2 | 0.20 |
| 5/5/2016 | Copies | 2 | 0.20 |
| 5/5/2016 | Copies | 2 | 0.20 |
| 5/5/2016 | Copies | 2 | 0.20 |
| 5/5/2016 | Copies | 5 | 0.50 |
| 5/5/2016 | Copies | 6 | 0.60 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

| CASSELS BROCK & BLACKWELL LLP | | Invoice # 1994356 | |
| The Official Committee of Unsecured Creditors | | | |
| Re: Nortel Networks Inc, et al. | | Matter # 46992-00001 | |

| Date | Description | Qty | Amount |
|---|---|---|---|
| 5/5/2016 | Copies | 6 | 0.60 |
| 5/5/2016 | Copies | 20 | 2.00 |
| 5/5/2016 | Copies | 20 | 2.00 |
| 5/5/2016 | Copies | 7 | 0.70 |
| 5/5/2016 | Copies | 2 | 0.20 |
| 5/5/2016 | Copies | 2 | 0.20 |
| 5/5/2016 | Copies | 2 | 0.20 |
| 5/6/2016 | Copies | 14 | 1.40 |
| 5/6/2016 | Copies | 9 | 0.90 |
| 5/6/2016 | Copies | 2 | 0.20 |
| 5/6/2016 | Copies | 29 | 2.90 |
| 5/6/2016 | Copies | 3 | 0.30 |
| 5/6/2016 | Copies | 2 | 0.20 |
| 5/6/2016 | Copies | 2 | 0.20 |
| 5/6/2016 | Copies | 12 | 1.20 |
| 5/6/2016 | Copies | 22 | 2.20 |
| 5/6/2016 | Copies | 12 | 1.20 |
| 5/6/2016 | Copies | 22 | 2.20 |
| 5/9/2016 | Copies | 4 | 0.40 |
| 5/9/2016 | Copies | 2 | 0.20 |
| 5/9/2016 | Copies | 3 | 0.30 |
| 5/9/2016 | Copies | 3 | 0.30 |
| 5/9/2016 | Copies | 2 | 0.20 |
| 5/9/2016 | Copies | 12 | 1.20 |
| 5/9/2016 | Copies | 3 | 0.30 |
| 5/9/2016 | Copies | 2 | 0.20 |
| 5/9/2016 | Copies | 3 | 0.30 |
| 5/9/2016 | Copies | 3 | 0.30 |
| 5/9/2016 | Copies | 2 | 0.20 |
| 5/9/2016 | Copies | 4 | 0.40 |
| 5/9/2016 | Copies | 8 | 0.80 |
| 5/9/2016 | Copies | 4 | 0.40 |
| 5/9/2016 | Copies | 2 | 0.20 |
| 5/9/2016 | Copies | 6 | 0.60 |
| 5/9/2016 | Copies | 2 | 0.20 |
| 5/9/2016 | Copies | 4 | 0.40 |
| 5/9/2016 | Copies | 5 | 0.50 |
| 5/9/2016 | Copies | 2 | 0.20 |
| 5/9/2016 | Copies | 3 | 0.30 |
| 5/9/2016 | Copies | 3 | 0.30 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

| | | | | |
|---|---|---|---:|---:|
| CASSELS BROCK & BLACKWELL LLP | | | Invoice # 1994356 | |
| The Official Committee of Unsecured Creditors | | | | |
| Re: Nortel Networks Inc, et al. | | | Matter # 46992-00001 | |

| | | | | |
|---|---|---|---:|---:|
| 5/9/2016 | Copies | | 6 | 0.60 |
| 5/9/2016 | Copies | | 2 | 0.20 |
| 5/9/2016 | Copies | | 6 | 0.60 |
| 5/9/2016 | Copies | | 10 | 1.00 |
| 5/9/2016 | Copies | | 2 | 0.20 |
| 5/9/2016 | Copies | | 5 | 0.50 |
| 5/9/2016 | Copies | | 2 | 0.20 |
| 5/9/2016 | Copies | | 3 | 0.30 |
| 5/9/2016 | Copies | | 2 | 0.20 |
| 5/9/2016 | Copies | | 28 | 2.80 |
| 5/9/2016 | Copies | | 2 | 0.20 |
| 5/9/2016 | Copies | | 8 | 0.80 |
| 5/9/2016 | Copies | | 2 | 0.20 |
| 5/9/2016 | Copies | | 2 | 0.20 |
| 5/10/2016 | Copies | | 12 | 1.20 |
| 5/10/2016 | Copies | | 36 | 3.60 |
| 5/10/2016 | Copies | | 33 | 3.30 |
| 5/10/2016 | Copies | | 2 | 0.20 |
| 5/10/2016 | Copies | | 6 | 0.60 |
| 5/10/2016 | Copies | | 12 | 1.20 |
| 5/11/2016 | Copies | | 3 | 0.30 |
| 5/11/2016 | Copies | | 3 | 0.30 |
| 5/11/2016 | Copies | | 36 | 3.60 |
| 5/12/2016 | Copies | | 23 | 2.30 |
| 5/12/2016 | Copies | | 2 | 0.20 |
| 5/12/2016 | Copies | | 2 | 0.20 |
| 5/12/2016 | Copies | | 3 | 0.30 |
| 5/12/2016 | Copies | | 17 | 1.70 |
| 5/12/2016 | Copies | | 276 | 27.60 |
| 5/12/2016 | Copies | | 44 | 4.40 |
| 5/13/2016 | Copies | | 2 | 0.20 |
| 5/13/2016 | Copies | | 13 | 1.30 |
| 5/13/2016 | Copies | | 24 | 2.40 |
| 5/13/2016 | Copies | | 4 | 0.4 |
| 5/16/2016 | Telephone - BELL CONFERENCING INC., INV#111917707 | | 1 | 3.51 |
| 5/16/2016 | Telephone - BELL CONFERENCING INC., INV#111917707 | | 1 | 0.45 |
| 5/17/2016 | Copies | | 12 | 1.2 |
| 5/17/2016 | Copies | | 2 | 0.2 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

-15-

| | | | |
|---|---|---|---|
| **CASSELS BROCK & BLACKWELL LLP** | | Invoice # 1994356 | |
| The Official Committee of Unsecured Creditors | | | |
| Re: Nortel Networks Inc, et al. | | Matter # 46992-00001 | |
| 5/17/2016 | Copies | 23 | 2.3 |
| 5/17/2016 | Copies | 10 | 1 |
| 5/17/2016 | Copies | 7 | 0.7 |
| 5/17/2016 | Copies | 7 | 0.7 |
| 5/17/2016 | Copies | 27 | 2.7 |
| 5/17/2016 | Copies | 25 | 2.5 |
| 5/17/2016 | Copies | 28 | 2.8 |
| 5/18/2016 | Copies | 8 | 0.8 |
| 5/18/2016 | Copies | 2 | 0.2 |
| 5/18/2016 | Copies | 17 | 1.7 |
| 5/18/2016 | Copies | 4 | 0.4 |
| 5/18/2016 | Copies | 2 | 0.20 |
| 5/18/2016 | Copies | 13 | 1.3 |
| 5/19/2016 | Copies | 2 | 0.2 |
| 5/19/2016 | Copies | 17 | 1.7 |
| 5/19/2016 | Copies | 7 | 0.7 |
| 5/19/2016 | Copies | 11 | 1.1 |
| 5/19/2016 | Copies | 139 | 13.9 |
| 5/20/2016 | Copies | 2 | 0.2 |
| 5/20/2016 | Copies | 51 | 5.10 |
| 5/20/2016 | Copies | 3 | 0.3 |
| 5/20/2016 | Copies | 8 | 0.8 |
| 5/20/2016 | Copies | 2 | 0.2 |
| 5/20/2016 | Copies | 3 | 0.3 |
| 5/20/2016 | Copies | 2 | 0.2 |
| 5/20/2016 | Copies | 30 | 3 |
| 5/25/2016 | Copies | 24 | 2.4 |
| 5/25/2016 | Copies | 11 | 1.1 |
| 5/25/2016 | Copies | 2 | 0.2 |
| 5/25/2016 | Copies | 6 | 0.6 |
| 5/25/2016 | Copies | 10 | 1 |
| 5/25/2016 | Copies | 18 | 1.8 |
| 5/26/2016 | Copies | 5 | 0.5 |
| 5/26/2016 | Copies | 6 | 0.6 |
| 5/26/2016 | Copies | 2 | 0.2 |
| 5/26/2016 | Copies | 2 | 0.2 |
| 5/26/2016 | Copies | 42 | 4.2 |
| 5/26/2016 | Copies | 28 | 2.8 |
| 5/26/2016 | Copies | 7 | 0.7 |
| 5/26/2016 | Copies | 2 | 0.2 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

| CASSELS BROCK & BLACKWELL LLP | | Invoice # 1994356 |
| --- | --- | --- |
| The Official Committee of Unsecured Creditors | | |
| Re: Nortel Networks Inc, et al. | | Matter # 46992-00001 |

| Date | Description | Qty | Amount |
| --- | --- | --- | --- |
| 5/26/2016 | Copies | 14 | 1.4 |
| 5/26/2016 | Copies | 5 | 0.5 |
| 5/26/2016 | Copies | 5 | 0.5 |
| 5/27/2016 | Copies | 31 | 3.1 |
| 5/27/2016 | Copies | 4 | 0.4 |
| 5/27/2016 | Copies | 22 | 2.2 |
| 5/27/2016 | Copies | 2 | 0.2 |
| 5/27/2016 | Copies | 3 | 0.3 |
| 5/27/2016 | Copies | 2 | 0.2 |
| 5/30/2016 | Copies | 2 | 0.2 |
| 5/30/2016 | Copies | 40 | 4 |
| 5/30/2016 | Copies | 2 | 0.2 |
| 5/31/2016 | Copies | 5 | 0.5 |
| 5/31/2016 | Copies | 20 | 2 |
| 5/31/2016 | Copies | 2 | 0.2 |
| 5/31/2016 | Copies | 2 | 0.2 |
| 5/31/2016 | Copies | 2 | 0.2 |
| 5/31/2016 | Copies | 2 | 0.2 |
| 5/31/2016 | Copies | 2 | 0.2 |
| 5/31/2016 | Copies | 3 | 0.3 |
| | **Total** | | **235.74** |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.