# EXHIBIT C

**DISBURSEMENT SUMMARY**
**MAY 1 TO MAY 31, 2016**
**(All Amounts in Canadian Dollars)**

<u>Non-Taxable Disbursements</u>
| | |
|---|---|
| Copies | $ 207.00 |
| Travel / Ground Transportation | $ 24.78 |
| Telephone / Long Distance/Conference Calls | $ 3.96 |
| Total Non-Taxable Disbursements | **$ 235.74 CDN.** |