# EXHIBIT D

CASSELS BROCK & BLACKWELL LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 1994356  
Matter # 46992-00001

## Disbursement Details:

| Date | Narrative | Quantity | Amount |
|---|---|---|---|
| 5/2/2016 | Copies | 5 | 0.50 |
| 5/2/2016 | Copies | 2 | 0.20 |
| 5/2/2016 | Copies | 4 | 0.40 |
| 5/2/2016 | Copies | 2 | 0.20 |
| 5/2/2016 | Copies | 8 | 0.80 |
| 5/2/2016 | Document Delivery - April 28, 2016 | 1 | 24.78 |
| 5/3/2016 | Copies | 42 | 4.20 |
| 5/3/2016 | Copies | 42 | 4.20 |
| 5/3/2016 | Copies | 2 | 0.20 |
| 5/3/2016 | Copies | 2 | 0.20 |
| 5/3/2016 | Copies | 2 | 0.20 |
| 5/3/2016 | Copies | 2 | 0.20 |
| 5/3/2016 | Copies | 2 | 0.20 |
| 5/3/2016 | Copies | 3 | 0.30 |
| 5/3/2016 | Copies | 140 | 14.00 |
| 5/3/2016 | Copies | 2 | 0.20 |
| 5/4/2016 | Copies | 17 | 1.70 |
| 5/4/2016 | Copies | 7 | 0.70 |
| 5/4/2016 | Copies | 12 | 1.20 |
| 5/4/2016 | Copies | 3 | 0.30 |
| 5/4/2016 | Copies | 3 | 0.30 |
| 5/4/2016 | Copies | 12 | 1.20 |
| 5/4/2016 | Copies | 2 | 0.20 |
| 5/4/2016 | Copies | 3 | 0.30 |
| 5/4/2016 | Copies | 3 | 0.30 |
| 5/4/2016 | Copies | 11 | 1.10 |
| 5/5/2016 | Copies | 12 | 1.20 |
| 5/5/2016 | Copies | 2 | 0.20 |
| 5/5/2016 | Copies | 2 | 0.20 |
| 5/5/2016 | Copies | 2 | 0.20 |
| 5/5/2016 | Copies | 2 | 0.20 |
| 5/5/2016 | Copies | 2 | 0.20 |
| 5/5/2016 | Copies | 2 | 0.20 |
| 5/5/2016 | Copies | 5 | 0.50 |
| 5/5/2016 | Copies | 6 | 0.60 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP          Invoice # 1994356
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                       Matter # 46992-00001

| Date | Description | Qty | Amount |
|---|---|---|---|
| 5/5/2016 | Copies | 6 | 0.60 |
| 5/5/2016 | Copies | 20 | 2.00 |
| 5/5/2016 | Copies | 20 | 2.00 |
| 5/5/2016 | Copies | 7 | 0.70 |
| 5/5/2016 | Copies | 2 | 0.20 |
| 5/5/2016 | Copies | 2 | 0.20 |
| 5/5/2016 | Copies | 2 | 0.20 |
| 5/6/2016 | Copies | 14 | 1.40 |
| 5/6/2016 | Copies | 9 | 0.90 |
| 5/6/2016 | Copies | 2 | 0.20 |
| 5/6/2016 | Copies | 29 | 2.90 |
| 5/6/2016 | Copies | 3 | 0.30 |
| 5/6/2016 | Copies | 2 | 0.20 |
| 5/6/2016 | Copies | 2 | 0.20 |
| 5/6/2016 | Copies | 12 | 1.20 |
| 5/6/2016 | Copies | 22 | 2.20 |
| 5/6/2016 | Copies | 12 | 1.20 |
| 5/6/2016 | Copies | 22 | 2.20 |
| 5/9/2016 | Copies | 4 | 0.40 |
| 5/9/2016 | Copies | 2 | 0.20 |
| 5/9/2016 | Copies | 3 | 0.30 |
| 5/9/2016 | Copies | 3 | 0.30 |
| 5/9/2016 | Copies | 2 | 0.20 |
| 5/9/2016 | Copies | 12 | 1.20 |
| 5/9/2016 | Copies | 3 | 0.30 |
| 5/9/2016 | Copies | 2 | 0.20 |
| 5/9/2016 | Copies | 3 | 0.30 |
| 5/9/2016 | Copies | 3 | 0.30 |
| 5/9/2016 | Copies | 2 | 0.20 |
| 5/9/2016 | Copies | 4 | 0.40 |
| 5/9/2016 | Copies | 8 | 0.80 |
| 5/9/2016 | Copies | 4 | 0.40 |
| 5/9/2016 | Copies | 2 | 0.20 |
| 5/9/2016 | Copies | 6 | 0.60 |
| 5/9/2016 | Copies | 2 | 0.20 |
| 5/9/2016 | Copies | 4 | 0.40 |
| 5/9/2016 | Copies | 5 | 0.50 |
| 5/9/2016 | Copies | 2 | 0.20 |
| 5/9/2016 | Copies | 3 | 0.30 |
| 5/9/2016 | Copies | 3 | 0.30 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP　　　　　　　　　　Invoice # 1994356
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.　　　　　　　　　　　　　Matter # 46992-00001

| Date | Description | Qty | Amount |
|---|---|---:|---:|
| 5/9/2016 | Copies | 6 | 0.60 |
| 5/9/2016 | Copies | 2 | 0.20 |
| 5/9/2016 | Copies | 6 | 0.60 |
| 5/9/2016 | Copies | 10 | 1.00 |
| 5/9/2016 | Copies | 2 | 0.20 |
| 5/9/2016 | Copies | 5 | 0.50 |
| 5/9/2016 | Copies | 2 | 0.20 |
| 5/9/2016 | Copies | 3 | 0.30 |
| 5/9/2016 | Copies | 2 | 0.20 |
| 5/9/2016 | Copies | 28 | 2.80 |
| 5/9/2016 | Copies | 2 | 0.20 |
| 5/9/2016 | Copies | 8 | 0.80 |
| 5/9/2016 | Copies | 2 | 0.20 |
| 5/9/2016 | Copies | 2 | 0.20 |
| 5/10/2016 | Copies | 12 | 1.20 |
| 5/10/2016 | Copies | 36 | 3.60 |
| 5/10/2016 | Copies | 33 | 3.30 |
| 5/10/2016 | Copies | 2 | 0.20 |
| 5/10/2016 | Copies | 6 | 0.60 |
| 5/10/2016 | Copies | 12 | 1.20 |
| 5/11/2016 | Copies | 3 | 0.30 |
| 5/11/2016 | Copies | 3 | 0.30 |
| 5/11/2016 | Copies | 36 | 3.60 |
| 5/12/2016 | Copies | 23 | 2.30 |
| 5/12/2016 | Copies | 2 | 0.20 |
| 5/12/2016 | Copies | 2 | 0.20 |
| 5/12/2016 | Copies | 3 | 0.30 |
| 5/12/2016 | Copies | 17 | 1.70 |
| 5/12/2016 | Copies | 276 | 27.60 |
| 5/12/2016 | Copies | 44 | 4.40 |
| 5/13/2016 | Copies | 2 | 0.20 |
| 5/13/2016 | Copies | 13 | 1.30 |
| 5/13/2016 | Copies | 24 | 2.40 |
| 5/13/2016 | Copies | 4 | 0.4 |
| 5/16/2016 | Telephone - BELL CONFERENCING INC., INV#111917707 | 1 | 3.51 |
| 5/16/2016 | Telephone - BELL CONFERENCING INC., INV#111917707 | 1 | 0.45 |
| 5/17/2016 | Copies | 12 | 1.2 |
| 5/17/2016 | Copies | 2 | 0.2 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP                      Invoice # 1994356
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                   Matter # 46992-00001

| Date | Description | Qty | Amount |
|---|---|---|---|
| 5/17/2016 | Copies | 23 | 2.3 |
| 5/17/2016 | Copies | 10 | 1 |
| 5/17/2016 | Copies | 7 | 0.7 |
| 5/17/2016 | Copies | 7 | 0.7 |
| 5/17/2016 | Copies | 27 | 2.7 |
| 5/17/2016 | Copies | 25 | 2.5 |
| 5/17/2016 | Copies | 28 | 2.8 |
| 5/18/2016 | Copies | 8 | 0.8 |
| 5/18/2016 | Copies | 2 | 0.2 |
| 5/18/2016 | Copies | 17 | 1.7 |
| 5/18/2016 | Copies | 4 | 0.4 |
| 5/18/2016 | Copies | 2 | 0.20 |
| 5/18/2016 | Copies | 13 | 1.3 |
| 5/19/2016 | Copies | 2 | 0.2 |
| 5/19/2016 | Copies | 17 | 1.7 |
| 5/19/2016 | Copies | 7 | 0.7 |
| 5/19/2016 | Copies | 11 | 1.1 |
| 5/19/2016 | Copies | 139 | 13.9 |
| 5/20/2016 | Copies | 2 | 0.2 |
| 5/20/2016 | Copies | 51 | 5.10 |
| 5/20/2016 | Copies | 3 | 0.3 |
| 5/20/2016 | Copies | 8 | 0.8 |
| 5/20/2016 | Copies | 2 | 0.2 |
| 5/20/2016 | Copies | 3 | 0.3 |
| 5/20/2016 | Copies | 2 | 0.2 |
| 5/20/2016 | Copies | 30 | 3 |
| 5/25/2016 | Copies | 24 | 2.4 |
| 5/25/2016 | Copies | 11 | 1.1 |
| 5/25/2016 | Copies | 2 | 0.2 |
| 5/25/2016 | Copies | 6 | 0.6 |
| 5/25/2016 | Copies | 10 | 1 |
| 5/25/2016 | Copies | 18 | 1.8 |
| 5/26/2016 | Copies | 5 | 0.5 |
| 5/26/2016 | Copies | 6 | 0.6 |
| 5/26/2016 | Copies | 2 | 0.2 |
| 5/26/2016 | Copies | 2 | 0.2 |
| 5/26/2016 | Copies | 42 | 4.2 |
| 5/26/2016 | Copies | 28 | 2.8 |
| 5/26/2016 | Copies | 7 | 0.7 |
| 5/26/2016 | Copies | 2 | 0.2 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP     Invoice # 1994356
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.     Matter # 46992-00001

| Date | Description | Qty | Amount |
|---|---|---|---|
| 5/26/2016 | Copies | 14 | 1.4 |
| 5/26/2016 | Copies | 5 | 0.5 |
| 5/26/2016 | Copies | 5 | 0.5 |
| 5/27/2016 | Copies | 31 | 3.1 |
| 5/27/2016 | Copies | 4 | 0.4 |
| 5/27/2016 | Copies | 22 | 2.2 |
| 5/27/2016 | Copies | 2 | 0.2 |
| 5/27/2016 | Copies | 3 | 0.3 |
| 5/27/2016 | Copies | 2 | 0.2 |
| 5/30/2016 | Copies | 2 | 0.2 |
| 5/30/2016 | Copies | 40 | 4 |
| 5/30/2016 | Copies | 2 | 0.2 |
| 5/31/2016 | Copies | 5 | 0.5 |
| 5/31/2016 | Copies | 20 | 2 |
| 5/31/2016 | Copies | 2 | 0.2 |
| 5/31/2016 | Copies | 2 | 0.2 |
| 5/31/2016 | Copies | 2 | 0.2 |
| 5/31/2016 | Copies | 2 | 0.2 |
| 5/31/2016 | Copies | 2 | 0.2 |
| 5/31/2016 | Copies | 3 | 0.3 |
| **Total** | | | **235.74** |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.