EXHIBIT E

**SUMMARY OF LAWYERS AND PARALEGALS**
**RENDERING SERVICES DURING THE PERIOD**
**MAY 1, 2016 THROUGH MAY 31, 2016**
**(All Amounts in Canadian Dollars)**

| Name | Title | Department | Province of Bar Admission/Year | Hours | Rate | Billed Value |
|---|---|---|---|---|---|---|
| Geoffrey B. Shaw | Partner | Advocacy | Ontario - 1986 | 11.3 | $945.00 | $10,678.50 |
| Hilary Fender | Associate | Financial Restructuring | Ontario - 2015 | 1.8 | $390.00 | $702.00 |
| Jane Dietrich | Partner | Financial Restructuring | Ontario - 2004 | 11.5 | $695.00 | $7,992.50 |
| Michael Wunder | Partner | Financial Restructuring | Ontario - 1990 | 48.1 | $835.00 | $40,163.50 |
| Ryan Jacobs | Partner | Financial Restructuring | Ontario - 2011 | 20.9 | $850.00 | $17,765.00 |
| Shayne Kukulowicz | Partner | Financial Restructuring | Ontario - 1990 | 23.6 | $925.00 | $21,830.00 |
| Stephanie Voudouris | Associate | Advocacy | Ontario - 2014 | 24.6 | $395.00 | $9,717.00 |
| | | | | | | |
| TOTAL | | | | 141.8 | | $108,848.50 |