

**Pension Benefit Guaranty Corporation**
1200 K Street, N.W., Washington, D.C. 20005-4026

August 19, 2016

**VIA CM/ECF**

David D. Bird, Clerk of Court
United States Bankruptcy Court
 for the District of Delaware
3rd Floor
824 North Market Street
Wilmington, DE 19801

       Re:    *In re Nortel Networks, Inc.*, Case No. 09-10138-KG
              Notice of Filing Fee(s) Due, Docket # 15916

Dear Mr. Bird:

      On behalf of the Pension Benefit Guaranty Corporation ("PBGC"), I write in response to your notice of filing fee(s) due, dated August 10, 2016, Docket # 17071. The notice asserted that PBGC is obliged to pay a fee in the amount of $207.00 due in connection with its appeal.[1]

      PBGC, however, is a wholly owned United States government corporation established under Title IV of the Employee Retirement Income Security Act of 1974, *as amended*, 29 U.S.C. §§ 1301-1461 (2012 & Supp. II 2014) ("ERISA"). As such, PBGC is exempt from payment of filing fees.

      PBGC's exemption from filing fees has long been recognized by the Administrative Office of the United States Courts. See enclosed Exhibit.

      If you have any questions about PBGC's exempt status, please call either me at the number below, or my colleague Vicente Murrell at ext. 3580.

---

[1] PBGC filed its Notice of Appeal in the Bankruptcy Court on July 23, 2015, Docket No. # 15916.

2

Sincerely,

/s/ *Garth D. Wilson*

Garth D. Wilson
Assistant Chief Counsel
D.C. Bar No. 424922
garth.vicente@pbgc.gov
Telephone:  (202) 326-4020, ext. 3878
Facsimile:  (202) 326-4112

Enclosure