# EXHIBIT A

**Nortel Networks, Inc, et al.**
**(Case No. 09-10138 (KG))**

**CHILMARK PARTNERS, LLC**
**June 1, 2016 - June 30, 2016**

**Summary of Services Rendered by Project**

| Project Code | Nature of Services | June 2016 Hours |
|---|---|---|
| 1 | Asset Analysis and Recovery | 13.0 |
| 2 | Business Operations / General Corporate / Real Estate | - |
| 3 | Projections/Business Plan/Corporate wind-down | - |
| 4 | Analysis of Historical Results | - |
| 5 | Meetings with Debtor's Counsel | - |
| 6 | Committee Matters and Creditor Meetings | - |
| 7 | Claims Administration and Analysis | 25.0 |
| 8 | Intercompany Transactions/Balances | - |
| 9 | Intellectual Property | - |
| 10 | Employee Benefits / Pension | - |
| 11 | Fee Applications Preparation | - |
| 12 | Tax Issues | - |
| 13 | Hearings | - |
| 14 | Litigation / Adversary Proceedings | 176.0 |
| 15 | Travel | 24.0 |
| 16 | Plan of Reorganization / Disclosure Statement | - |
| **TOTAL** | | 238.0 |

**Summary of Services Rendered by Professional**

| Name | June 2016 Hours |
|---|---|
| Michael Kennedy, Member | 232.0 |
| Aaron Taylor, Member | - |
| Matthew Rosenberg, Managing Director | 6.0 |
| Paul Huettner, Analyst | - |
| Jamie Ellis, Analyst | - |
| James Elish, Analyst | - |
| **TOTAL** | 238.0 |

**Nortel Networks, Inc**
June 1, 2016 - June 30, 2016 Time Detail
Chilmark Partners, LLC
<u>Michael Kennedy</u>

| Date | Description of Work | June 2016 Hours | Code |
|---|---|---|---|
| 6/1/2016 | Travel to New York | 4.0 | 15 |
| 6/1/2016 | Discuss litigation & review of material / analysis for discussion | 4.0 | 14 |
| 6/1/2016 | Calls, communications re: allocation litigation matters and strategy | 3.0 | 14 |
| 6/2/2016 | Review cash flash report | 1.0 | 1 |
| 6/2/2016 | Attend Mediation session, follow-up with US counsel & review of material/analysis | 11.0 | 14 |
| 6/2/2016 | Review and update material from management re: data request | 3.0 | 14 |
| 6/3/2016 | Attend Mediation session, follow-up with US counsel & review of material/analysis | 10.0 | 14 |
| 6/3/2016 | Travel to Chicago | 4.0 | 15 |
| 6/4/2016 | Review Monitor cash forecast | 1.0 | 1 |
| 6/6/2016 | Calls, communications re: allocation litigation matters and strategy | 5.0 | 14 |
| 6/6/2016 | Draft, comment and review material re: allocation litigation matters and strategy | 3.0 | 14 |
| 6/7/2016 | Calls and communications with creditor representatives | 2.0 | 7 |
| 6/7/2016 | Calls, communications re: allocation litigation matters and strategy | 3.0 | 14 |
| 6/7/2016 | Draft, comment and review material re: allocation litigation matters and strategy | 4.0 | 14 |
| 6/8/2016 | Calls and communications with creditor representatives | 2.0 | 7 |
| 6/8/2016 | Review and update material from management re: claim information | 3.0 | 14 |
| 6/8/2016 | Draft, comment and review material re: allocation litigation matters and strategy | 4.0 | 14 |
| 6/9/2016 | Calls and communications w/ management re: claims & asset recovery | 3.0 | 1 |
| 6/9/2016 | Review and update material from other professionals re: taxes | 4.0 | 14 |
| 6/9/2016 | Review and update material from management re: claim information | 2.0 | 14 |
| 6/10/2016 | Review and update material from management re: data request | 5.0 | 14 |
| 6/10/2016 | Draft, comment and review material re: allocation litigation matters and strategy | 4.0 | 14 |
| 6/10/2016 | Calls and communications w/ management re: claims & asset recovery | 2.0 | 1 |
| 6/13/2016 | Calls, communications re: allocation litigation matters and strategy | 4.0 | 14 |
| 6/13/2016 | Calls and communications with creditor representatives | 2.0 | 7 |
| 6/13/2016 | Calls, communications and discussion with other professionals re: taxes | 2.0 | 14 |
| 6/13/2016 | Review and update material from other professionals re: claims | 2.0 | 14 |
| 6/14/2016 | Discuss litigation & review of material / analysis for discussion | 2.0 | 14 |
| 6/14/2016 | Review and update material from other professionals re: claims & taxes | 4.0 | 14 |
| 6/14/2016 | Calls & Communications with other professionals re: claims | 2.0 | 14 |
| 6/15/2016 | Calls and communications w/ management re: claims & asset recovery | 2.0 | 1 |
| 6/15/2016 | Discuss litigation & review of material / analysis for discussion | 4.0 | 14 |
| 6/15/2016 | Calls, communications and discussion with other professionals re: taxes | 3.0 | 14 |
| 6/16/2016 | Review and update material from other professionals re: non-debtor subs | 3.0 | 14 |
| 6/16/2016 | Review cash flash report | 1.0 | 1 |
| 6/16/2016 | Review and update material from management re: data request | 4.0 | 14 |
| 6/16/2016 | Calls and communications with creditor representatives | 2.0 | 7 |
| 6/17/2016 | Review, update material and calls from other professionals re: claims & taxes | 4.0 | 14 |
| 6/17/2016 | Draft, comment and review material re: allocation litigation matters and strategy | 7.0 | 14 |
| 6/18/2016 | Calls, communications re: allocation litigation matters and strategy | 3.0 | 14 |
| 6/19/2016 | Calls, communications re: allocation litigation matters and strategy | 4.0 | 14 |
| 6/20/2016 | Calls and communications with creditor representatives | 2.0 | 7 |
| 6/20/2016 | Draft, comment and review material re: allocation litigation matters and strategy | 7.0 | 14 |
| 6/21/2016 | Review Monitor cash forecast | 1.0 | 1 |
| 6/21/2016 | Calls, communications re: allocation litigation matters and strategy | 3.0 | 14 |
| 6/21/2016 | Communications with monitor representatives re: litigation | 2.0 | 7 |
| 6/21/2016 | Travel to New York | 4.0 | 15 |
| 6/22/2016 | Calls, communications and discussion with other professionals re: taxes | 3.0 | 14 |
| 6/22/2016 | Meeting with creditor representatives | 5.0 | 7 |
| 6/22/2016 | Travel to Chicago | 4.0 | 15 |
| 6/23/2016 | Calls and communications with creditor representatives | 2.0 | 7 |
| 6/23/2016 | Review and update material for management re: litigation | 3.0 | 14 |
| 6/23/2016 | Discuss litigation & review of material / analysis for discussion | 3.0 | 14 |
| 6/24/2016 | Calls, communications and discussion with other professionals re: taxes | 2.0 | 14 |
| 6/24/2016 | Review and update material from management re: data request | 2.0 | 14 |
| 6/24/2016 | Draft, comment and review material re: allocation litigation matters and strategy | 2.0 | 14 |
| 6/26/2016 | Draft, comment and review material re: allocation litigation matters and strategy | 4.0 | 14 |
| 6/27/2016 | Communications with monitor representatives re: litigation | 2.0 | 7 |
| 6/27/2016 | Calls, communications re: allocation litigation matters and strategy | 6.0 | 14 |
| 6/28/2016 | Review cash flash report | 1.0 | 1 |
| 6/28/2016 | Draft, comment and review material re: allocation litigation matters and strategy | 4.0 | 14 |
| 6/28/2016 | Review and update material from other professionals re: non-debtor subs | 1.0 | 14 |
| 6/28/2016 | Discuss litigation & review of material / analysis for discussion | 4.0 | 14 |
| 6/28/2016 | Travel to New York | 4.0 | 15 |
| 6/29/2016 | Calls, communications and discussion with other professionals re: litigation | 3.0 | 14 |
| 6/29/2016 | Meeting with creditor representatives | 4.0 | 7 |
| 6/29/2016 | Travel to Chicago | 4.0 | 15 |
| 6/30/2016 | Review Monitor cash forecast | 1.0 | 1 |
| 6/30/2016 | Calls, communications and discussion with other professionals re: litigation | 3.0 | 14 |
| 6/30/2016 | Draft, comment and review material re: allocation litigation matters and strategy | 4.0 | 14 |
| | **June 2016 Total** | **232.0** | |

**Nortel Networks, Inc**
June 1, 2016 - June 30, 2016 Time Detail
Chilmark Partners, LLC
Matthew Rosenberg

| Date | Description of Work | June 2016 Hours | Code |
|---|---|---|---|
| 6/2/2016 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 6/8/2016 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 6/9/2016 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 6/14/2016 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 6/22/2016 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 6/30/2016 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| | **June 2016 Total** | **6.0** | |