# EXHIBIT B

**EXPENSE DETAIL**

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

June 1, 2016 Through June 30, 2016

| Professional | Trip Date | Description | | Amount |
|---|---|---|---|---|
| Mike Kennedy | 6/1/16-6/3/16 | Flight to New York, NY | $ | 997.33 |
| Mike Kennedy | 6/1/16-6/3/16 | Hotel (two nights) | $ | 913.01 |
| Mike Kennedy | 6/1/16-6/3/16 | Ground Transportation | $ | 130.00 |
| Mike Kennedy | 6/1/16-6/3/16 | Dinner | $ | 30.00 |
| Mike Kennedy | 6/21/16-6/22/16 | Flight to New York, NY | $ | 997.33 |
| Mike Kennedy | 6/21/16-6/22/16 | Ground Transportation | $ | 125.00 |
| Mike Kennedy | 6/21/16-6/22/16 | Breakfast | $ | 15.00 |
| Mike Kennedy | 6/28/16-6/29/16 | Flight to New York, NY | $ | 997.33 |
| Mike Kennedy | 6/28/16-6/29/16 | Hotel (one night) | $ | 500.00 |
| Mike Kennedy | 6/28/16-6/29/16 | Ground Transportation | $ | 115.00 |
| Mike Kennedy | 6/28/16-6/29/16 | Breakfast | $ | 15.00 |
| Mike Kennedy | 6/28/16-6/29/16 | Dinner | $ | 35.00 |
| Mike Kennedy | 6/28/16-6/29/16 | Dinner | $ | 20.00 |
| Chilmark | 6/30/2016 | Conference Calls | $ | 59.54 |
| **Total Expenses** | | | **$** | **4,949.54** |

Note:  All airfare is being charged at a coach class rate.