# EXHIBIT A

**Nortel Networks, Inc, et al.**
**(Case No. 09-10138 (KG))**

**CHILMARK PARTNERS, LLC**
**July 1, 2016 - July 31, 2016**

<u>**Summary of Services Rendered by Project**</u>

| Project Code | Nature of Services | July 2016 Hours |
|:---:|---|---:|
| 1 | Asset Analysis and Recovery | 5.0 |
| 2 | Business Operations / General Corporate / Real Estate | - |
| 3 | Projections/Business Plan/Corporate wind-down | - |
| 4 | Analysis of Historical Results | - |
| 5 | Meetings with Debtor's Counsel | - |
| 6 | Committee Matters and Creditor Meetings | - |
| 7 | Claims Administration and Analysis | 41.0 |
| 8 | Intercompany Transactions/Balances | - |
| 9 | Intellectual Property | - |
| 10 | Employee Benefits / Pension | - |
| 11 | Fee Applications Preparation | - |
| 12 | Tax Issues | - |
| 13 | Hearings | - |
| 14 | Litigation / Adversary Proceedings | 146.0 |
| 15 | Travel | - |
| 16 | Plan of Reorganization / Disclosure Statement | - |
| **TOTAL** | | 192.0 |

<u>**Summary of Services Rendered by Professional**</u>

| Name | July 2016 Hours |
|---|---:|
| Michael Kennedy, Member | 187.0 |
| Aaron Taylor, Member | - |
| Matthew Rosenberg, Managing Director | 5.0 |
| Paul Huettner, Analyst | - |
| Jamie Ellis, Analyst | - |
| James Elish, Analyst | - |
| **TOTAL** | 192.0 |

**Nortel Networks, Inc**
July 1, 2016 - July 31, 2016 Time Detail
Chilmark Partners, LLC
Michael Kennedy

| Date | Description of Work | July 2016 Hours | Code |
|------|---------------------|-----------------|------|
| 7/1/2016 | Calls, communications, prepare material re: allocation litigation matters and strategy | 6.0 | 14 |
| 7/1/2016 | Follow-up with US counsel, other professionals & review of material / analysis | 2.0 | 14 |
| 7/2/2016 | Calls, communications re: allocation litigation matters and strategy | 4.0 | 14 |
| 7/3/2016 | Calls, communications re: allocation litigation matters and strategy | 3.0 | 14 |
| 7/4/2016 | Calls, communications re: allocation litigation matters and strategy | 3.0 | 14 |
| 7/4/2016 | Follow-up with US counsel, other professionals & review of material / analysis | 2.0 | 14 |
| 7/5/2016 | Follow-up with US counsel, other professionals & review of material / analysis | 3.0 | 14 |
| 7/5/2016 | Calls, communications re: allocation litigation matters and strategy | 6.0 | 14 |
| 7/6/2016 | Follow-up with US counsel, other professionals & review of material / analysis | 4.0 | 14 |
| 7/6/2016 | Calls, communications and discussion with other professionals re: taxes | 2.0 | 14 |
| 7/6/2016 | Calls and communications with creditor representatives | 2.0 | 7 |
| 7/6/2016 | Review draft material, calls & communications re: claims matters | 3.0 | 7 |
| 7/7/2016 | Calls and communications with creditor representatives | 2.0 | 7 |
| 7/7/2016 | Follow-up with US counsel, other professionals & review of material / analysis | 4.0 | 14 |
| 7/7/2016 | Review and update material from management re: data request | 2.0 | 14 |
| 7/8/2016 | Review draft material, calls & communications re: claims matters | 4.0 | 7 |
| 7/8/2016 | Follow-up with US counsel, other professionals & review of material / analysis | 5.0 | 14 |
| 7/9/2016 | Calls, communications, prepare material re: allocation litigation matters and strategy | 4.0 | 14 |
| 7/10/2016 | Calls and communications with creditor representatives | 2.0 | 7 |
| 7/10/2016 | Calls, communications, prepare material re: allocation litigation matters and strategy | 1.0 | 14 |
| 7/11/2016 | Review RM Report | 2.0 | 1 |
| 7/11/2016 | Calls and communications with creditor representatives | 3.0 | 7 |
| 7/11/2016 | Review and update material from management re: data request | 4.0 | 14 |
| 7/12/2016 | Calls and communications with creditor representatives | 2.0 | 7 |
| 7/12/2016 | Calls, communications, prepare material re: allocation litigation matters and strategy | 7.0 | 14 |
| 7/13/2016 | Calls, communications, prepare material re: allocation litigation matters and strategy | 5.0 | 14 |
| 7/13/2016 | Calls, communications and discussion with other professionals re: taxes | 2.0 | 14 |
| 7/13/2016 | Review draft material, calls & communications re: claims matters | 4.0 | 7 |
| 7/14/2016 | Calls, communications, prepare material re: allocation litigation matters and strategy | 6.0 | 14 |
| 7/15/2016 | Review and update material from other professionals re: non-debtor subs | 2.0 | 14 |
| 7/15/2016 | Review Monitor claim report | 1.0 | 1 |
| 7/15/2016 | Calls and communications with creditor representatives | 1.0 | 7 |
| 7/15/2016 | Follow-up with US counsel, other professionals & review of material / analysis | 5.0 | 14 |
| 7/18/2016 | Calls, communications, prepare material re: allocation litigation matters and strategy | 1.0 | 14 |
| 7/18/2016 | Review and update material re: conference call | 3.0 | 14 |
| 7/18/2016 | Review and update material for management re: litigation | 4.0 | 14 |
| 7/18/2016 | Review and update material from other professionals re: non-debtor subs | 4.0 | 14 |
| 7/19/2016 | Calls, communications, prepare material re: allocation litigation matters and strategy | 5.0 | 14 |
| 7/19/2016 | Follow-up with US counsel, other professionals & review of material / analysis | 3.0 | 14 |
| 7/20/2016 | Review draft material, calls & communications re: claims matters | 3.0 | 7 |
| 7/20/2016 | Follow-up with US counsel, other professionals & review of material / analysis | 5.0 | 14 |
| 7/21/2016 | Calls, communications re: claims matters | 3.0 | 7 |
| 7/21/2016 | Review cash flash report | 1.0 | 1 |
| 7/21/2016 | Review draft material, calls & communications re: claims matters | 3.0 | 7 |
| 7/22/2016 | Communications with monitor representatives re: litigation | 2.0 | 7 |
| 7/22/2016 | Review Monitor cash forecast | 1.0 | 1 |
| 7/22/2016 | Review draft material, calls & communications re: claims matters | 5.0 | 7 |
| 7/22/2016 | Calls, communications, prepare material re: allocation litigation matters and strategy | 2.0 | 14 |
| 7/25/2016 | Communications with monitor representatives re: litigation | 2.0 | 7 |
| 7/25/2016 | Calls, communications, prepare material re: allocation litigation matters and strategy | 5.0 | 14 |
| 7/26/2016 | Calls & Communications with other professionals re: claims | 3.0 | 14 |
| 7/26/2016 | Review and update material from management re: data request | 4.0 | 14 |
| 7/26/2016 | Calls, communications, prepare material re: allocation litigation matters and strategy | 2.0 | 14 |
| 7/27/2016 | Calls, communications, prepare material re: allocation litigation matters and strategy | 6.0 | 14 |
| 7/28/2016 | Calls, communications, prepare material re: allocation litigation matters and strategy | 7.0 | 14 |
| 7/29/2016 | Calls, drafting and review re: appeal matters | 4.0 | 14 |
| 7/31/2016 | Calls, communications, prepare material re: allocation litigation matters and strategy | 1.0 | 14 |

**July 2016 Total**                                                                              **187.0**

**Nortel Networks, Inc**
July 1, 2016 - July 31, 2016 Time Detail
Chilmark Partners, LLC
Matthew Rosenberg

| Date | Description of Work | July 2016 Hours | Code |
|------|---------------------|-----------------|------|
| 7/6/2016 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 7/7/2016 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 7/19/2016 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 7/20/2016 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 7/27/2016 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| **July 2016 Total** | | **5.0** | |