# EXHIBIT B

**EXPENSE DETAIL**

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

July 1, 2016 Through July 31, 2016

|  | Date | Description | Amount |
|---|---|---|---|
| Chilmark | 7/31/2016 | Conference Calls | $ 17.53 |
| **Total Expenses** | | | **$ 17.53** |