# EXHIBIT B



# CASSELS BROCK
LAWYERS

Cassels Brock & Blackwell LLP
2100, Scotia Plaza
40 King Street West
Toronto, ON Canada M5H 3C2
T  416 869 5300
F  416 360 8877

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF NORTEL NETWORKS INC
C/O AKIN GUMP STRAUSS HAUER & FELD LLP
ATTN: FRED HODARA
ONE BRYANT PARK
NEW YORK, NY  10036 USA

**INVOICE #1994667**
HST/GST #: R121379572

| Date | Matter Number | Lawyer |
|---|---|---|
| August 19, 2016 | 46992-00001 | Michael Wunder |

### The Official Committee of Unsecured Creditors
### Re: Nortel Networks Inc., et al.

| | |
|---|---|
| Professional Fees | $   160,899.00 |
| Disbursements | 1,639.52 |
| **Total Amount Due** | **$   162,538.52** CDN |

Cassels Brock & Blackwell LLP

Per: _____
Michael Wunder

**Wire Transfer:**
Bank of Nova Scotia
44 King St. West, Toronto, ON  M5H 1H1
Swift Code:  NOSCCATT
Bank ID:  002  Transit: 47696
CAD Funds Bank Account : 00739-11
ABA Routing #: 026 002 532
Reference: Please include the lawyer's name and the invoice number

**Credit Card:**
Payments are accepted via telephone, email or fax.
We accept
American Express, MasterCard or Visa (please circle one).
Card No. _____

Expiry Date: _____ Amount: _____

Cardholder Name: _____

Signature: _____

CASSELS BROCK & BLACKWELL LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 1994667

Matter # 46992-00001

## Invoice Detail

**TO PROFESSIONAL SERVICES RENDERED up to and including 06/30/2016**

| Date | ID | Task | Narrative | Hours |
|---|---|---|---|---|
| 6/1/2016 | RSK | 29 | Analyze allocation issues in connection with Canadian appeal litigation. | 0.4 |
| 6/1/2016 | RSK | 31 | Review email correspondence regarding Canadian appeal litigation. | 0.3 |
| 6/1/2016 | MWU | 29 | Review and analyze Canadian court filings to prepare for Canadian appeal litigation regarding Canadian allocation decision. | 1.3 |
| 6/2/2016 | MWU | 29 | Review report from UCC advisors regarding allocation issues. | 0.2 |
| 6/3/2016 | RSK | 29 | Review draft court filing support of resolution of LSI claims. | 0.2 |
| 6/3/2016 | RSK | 29 | Continue review of allocation matters including Canadian case issues. | 0.9 |
| 6/3/2016 | RSK | 31 | Review email correspondence regarding Canadian appeal litigation. | 0.2 |
| 6/3/2016 | MWU | 31 | Review and analyze issues for appeal of Canadian allocation decision and analysis of Ontario Court of Appeal decision. | 1.7 |
| 6/3/2016 | MWU | 3 | Prepare May 2016 fee account. | 1.6 |
| 6/4/2016 | MWU | 29 | Review allocation document and consider allocation issues. | 1.1 |
| 6/5/2016 | SV | 31 | Research for Canadian appeal litigation. | 4.8 |
| 6/6/2016 | GBS | 31 | Review research and consider issues regarding Canadian appeal litigation. | 2.5 |
| 6/6/2016 | GBS | 31 | Confer with Cassels' team regarding Canadian appeal litigation. | 0.3 |
| 6/6/2016 | SV | 31 | Research for Canadian appeal litigation (2.4) and meet with G. Shaw (0.3). | 2.7 |
| 6/6/2016 | RSK | 31 | Review email correspondence regarding Canadian appeal litigation. | 0.2 |
| 6/6/2016 | RSK | 31 | Meeting with Cassels team regarding Canadian appeal application (0.6) and analysis of appeal litigation arguments (0.8). | 1.4 |
| 6/6/2016 | RSK | 7 | Participated in Committee call. | 0.4 |
| 6/6/2016 | RSK | 31 | Review research regarding Canadian appeal litigation. | 2.4 |
| 6/6/2016 | MWU | 7 | Attend on UCC call. | 0.4 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

**CASSELS BROCK & BLACKWELL LLP**  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 1994667

Matter # 46992-00001

| Date | ID | Task | Narrative | Hours |
|---|---|---|---|---|
| 6/6/2016 | MWU | 31 | Meet with Cassels team to discuss Canadian appeal litigation regarding Canadian allocation decision (0.6) and review expert evidence summary and consider analysis for Canadian appeal litigation (1.5). | 2.2 |
| 6/6/2016 | MWU | 31 | Email correspondence with Canadian counsel for NNI and bonds regarding Canadian proceeding and litigation. | 0.2 |
| 6/6/2016 | JDI | 31 | Review research regarding Canadian appeal application. | 1.2 |
| 6/6/2016 | JDI | 31 | Participate in meeting with Cassels team regarding Canadian appeal litigation. | 0.6 |
| 6/7/2016 | GBS | 31 | Review research and consider issues regarding Canadian appeal litigation. | 2.4 |
| 6/7/2016 | GBS | 31 | Review of U.S. appeal court filing regarding allocation litigation in preparation of Canadian appeal litigation. | 1.4 |
| 6/7/2016 | GBS | 31 | Attend conference call with Cassels' team and Canadian counsel for bonds and NNI regarding Canadian appeal litigation. | 0.8 |
| 6/7/2016 | SV | 31 | Review Supreme Court of Canada rules and analyze appeal arguments. | 4.6 |
| 6/7/2016 | RSK | 31 | Review research regarding Canadian appeal litigation. | 0.3 |
| 6/7/2016 | RSK | 31 | Conference call with counsel for bonds and NNI regarding Canadian appeal litigation. | 0.8 |
| 6/7/2016 | MWU | 31 | Meet with Cassels team to discuss Canadian appeal litigation regarding Canadian allocation decision and call with Canadian counsel for NNI and bonds. | 0.8 |
| 6/7/2016 | MWU | 29 | Review side letter agreements and court orders regarding proposed allocation matters. | 2.3 |
| 6/7/2016 | JDI | 31 | Participate in conference call regarding Canadian appeal litigation regarding allocation decision. | 0.8 |
| 6/8/2016 | GBS | 31 | Review U.S. appeal court filings to prepare for Canadian appeal litigation. | 3.4 |
| 6/8/2016 | GBS | 31 | Telephone call with expert contacts regarding Canadian appeal litigation. | 0.5 |
| 6/8/2016 | GBS | 31 | Continue research regarding Canadian appeal litigation. | 3.1 |
| 6/8/2016 | GBS | 31 | Correspondence to Cassels team regarding Canadian leave to appeal litigation. | 0.3 |
| 6/8/2016 | RSK | 31 | Review email correspondence from G. Shaw regarding expert testimony for Canadian appeal litigation. | 0.2 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 1994667

Matter # 46992-00001

| Date | ID | Task | Narrative | Hours |
|---|---|---|---|---|
| 6/8/2016 | RSK | 31 | Review transcript from U.S. appeal hearing regarding arguments for Canadian appeal litigation. | 2.6 |
| 6/9/2016 | GBS | 31 | Consider Canadian appeal litigation issues. | 0.3 |
| 6/9/2016 | RSK | 7 | Participated in Committee call. | 0.5 |
| 6/9/2016 | MWU | 7 | Attend on UCC call (0.5) and review allocation analysis to prepare (0.3). | 0.8 |
| 6/9/2016 | MWU | 31 | Review Canadian court orders and court filings in connection with UCC Canadian appeal litigation. | 2.2 |
| 6/10/2016 | SV | 31 | Review transcript from U.S. appeal hearing and prepare summary of issues for Canadian appeal litigation. | 3.4 |
| 6/10/2016 | MWU | 31 | Work to prepare UCC Canadian Supreme Court leave to appeal application for Canadian allocation decision. | 2.1 |
| 6/11/2016 | SV | 31 | Review of transcript from U.S. appeal hearing and analyze issues and arguments for Canadian appeal litigation. | 6.8 |
| 6/11/2016 | RSK | 29 | Review correspondence and documents regarding allocation issues. | 2.2 |
| 6/11/2016 | MWU | 29 | Review and analyze allocation document, and consider Canadian issues. | 2.6 |
| 6/11/2016 | MWU | 29 | Multiple email correspondence to and from UCC advisors regarding Nortel allocation issues. | 0.7 |
| 6/11/2016 | RJA | 29 | Review correspondence and allocation document and assess issues. | 1.9 |
| 6/12/2016 | GBS | 29 | Review and consider allocation document and Canadian litigation issues. | 1.8 |
| 6/12/2016 | GBS | 29 | Attend on call with Cassels' team regarding allocation issues. | 0.8 |
| 6/12/2016 | SV | 29 | Review transcript for U.S. hearing before Justice Stark and prepare draft outline for Canadian appeal litigation. | 2.4 |
| 6/12/2016 | HFE | 29 | Review and revise draft allocation document. | 2.3 |
| 6/12/2016 | RSK | 29 | Conference call with Cassels team regarding allocation issues. | 0.8 |
| 6/12/2016 | RSK | 29 | Review draft agreement relating to allocation issues. | 0.3 |
| 6/12/2016 | RSK | 29 | Review agreement relating to allocation issues and provide comments on Canadian issues. | 1.9 |
| 6/12/2016 | MWU | 29 | Review agreement regarding allocation issues and revise to address Canadian issues (2.8), multiple email correspondence to and from Cassels team (0.6), and conference call in evening to discuss (0.8). | 4.2 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 1994667  
Matter # 46992-00001

| Date | ID | Task | Narrative | Hours |
|---|---|---|---|---|
| 6/12/2016 | RJA | 29 | Review and comment on draft agreement relating to allocation issues. | 2.8 |
| 6/12/2016 | RJA | 29 | Conference call with Cassels team relating to allocation issues. | 0.8 |
| 6/12/2016 | JDI | 29 | Review draft agreement relating to allocation issues. | 1.8 |
| 6/12/2016 | JDI | 29 | Exchange email correspondence with M. Wunder, R. Jacobs and S. Kukulowicz regarding allocation issues. | 0.5 |
| 6/12/2016 | JDI | 29 | Participate in conference call with Cassels team to discuss allocation issues. | 0.8 |
| 6/12/2016 | JDI | 29 | Review of draft agreement relating to allocation issues and consider Canadian litigation issues. | 0.3 |
| 6/13/2016 | GBS | 29 | Review of draft agreement relating to allocation issues. | 0.6 |
| 6/13/2016 | GBS | 29 | Review and revise memo to Cassels team regarding Canadian appeal litigation. | 1.8 |
| 6/13/2016 | GBS | 29 | Attend call with Cassels team regarding allocation issues. | 1 |
| 6/13/2016 | GBS | 29 | Consider additional Canadian issues regarding draft allocation document. | 0.6 |
| 6/13/2016 | SV | 29 | Prepare outline for Canadian appeal litigation. | 2.7 |
| 6/13/2016 | HFE | 29 | Attend on call with Cassels team regarding allocation issues. | 1 |
| 6/13/2016 | RSK | 31 | Review draft outline regarding Canadian appeal litigation. | 0.6 |
| 6/13/2016 | RSK | 29 | Review and comment on draft agreement relating to allocation issues. | 1.2 |
| 6/13/2016 | RSK | 29 | Conference call with advisors regarding allocation issues. | 1 |
| 6/13/2016 | MWU | 29 | Continue work regarding allocation issues, and consider comments from multiple parties and related email correspondence with UCC advisors. | 1.9 |
| 6/13/2016 | MWU | 7 | Attend on UCC call with advisors to discuss allocation issues. | 1 |
| 6/13/2016 | MWU | 3 | Prepare May, 2016 fee account. | 1.3 |
| 6/13/2016 | JDI | 29 | Attend call with Akin Gump and Cassels to discuss allocation issues. | 1 |
| 6/14/2016 | GBS | 31 | Prepare for call with Canadian counsel for U.S. debtors and bonds regarding Canadian appeal litigation. | 0.6 |
| 6/14/2016 | GBS | 31 | Attend call with Canadian counsel to U.S. debtors and bonds regarding Canadian appeal litigation. | 0.5 |
| 6/14/2016 | SV | 31 | Attendance on call with Canadian counsel regarding experts for Canadian appeal litigation. | 0.5 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

**CASSELS BROCK & BLACKWELL LLP**  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 1994667

Matter # 46992-00001

| Date | ID | Task | Narrative | Hours |
|---|---|---|---|---|
| 6/14/2016 | RSK | 29 | Review allocation document and consider Canadian issues. | 0.8 |
| 6/14/2016 | RSK | 31 | Review due diligence materials regarding potential experts for Canadian appeal litigation. | 0.3 |
| 6/14/2016 | MWU | 31 | Call with Canadian counsel for NNI and bonds to discuss Canadian allocation litigation issues. | 0.5 |
| 6/14/2016 | MWU | 31 | Review summary of potential experts for Canadian appeal litigation. | 0.3 |
| 6/14/2016 | MWU | 29 | Continue review of allocation document and consider comments from counsel for other parties, and related email correspondence with UCC advisors. | 3.1 |
| 6/14/2016 | JDI | 31 | Participate in call regarding evidence for Canadian appeal litigation. | 0.5 |
| 6/15/2016 | GBS | 31 | Meet with S. Voudouris to prepare outline for Canadian appeal litigation. | 0.8 |
| 6/15/2016 | GBS | 31 | Consider procedural and substantive issues for Canadian appeal litigation. | 1.4 |
| 6/15/2016 | SV | 31 | Meeting with G. Shaw regarding Canadian appeal litigation. | 0.8 |
| 6/15/2016 | RSK | 31 | Review email correspondence among Cassels team regarding expert witness issues for Canadian appeal litigation. | 0.2 |
| 6/15/2016 | RSK | 29 | Review update from Akin Gump regarding U.S. estate creditor issues. | 0.3 |
| 6/16/2016 | GBS | 31 | Prepare memo for Canadian appeal litigation. | 1.8 |
| 6/16/2016 | SV | 31 | Prepare memo regarding Canadian appeal litigation and expert witness issues. | 2.8 |
| 6/16/2016 | HFE | 7 | Attend on Nortel UCC call. | 0.6 |
| 6/16/2016 | RSK | 31 | Review and comment on memo regarding Canadian appeal litigation. | 0.5 |
| 6/16/2016 | RSK | 7 | Participated in Committee call. | 0.6 |
| 6/16/2016 | MWU | 7 | Attend on UCC call. | 0.6 |
| 6/16/2016 | MWU | 31 | Prepare correspondence to UCC advisors regarding Canadian appeal litigation. | 2.3 |
| 6/16/2016 | RJA | 29 | Continue review of allocation document and assess Canadian issues. | 2.6 |
| 6/16/2016 | JDI | 31 | Confer with G. Shaw regarding Canadian appeal litigation. | 0.3 |
| 6/16/2016 | JDI | 31 | Review memo regarding Canadian appeal litigation. | 0.3 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

**CASSELS BROCK & BLACKWELL LLP**  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 1994667

Matter # 46992-00001

| Date | ID | Task | Narrative | Hours |
|---|---|---|---|---|
| 6/17/2016 | GBS | 31 | Review and revise memo regarding Canadian appeal litigation process. | 1.2 |
| 6/17/2016 | HFE | 29 | Review allocation document and prepare revisions. | 0.6 |
| 6/17/2016 | RSK | 29 | Review comments from multiple parties regarding allocation issues. | 1.2 |
| 6/17/2016 | RSK | 31 | Review and revise memo to UCC advisors regarding Canadian appeal application. | 0.5 |
| 6/17/2016 | MWU | 31 | Continue preparation of memo to UCC advisors regarding Canadian appeal litigation process and issues, and confer Cassels lawyers regarding same. | 2.4 |
| 6/17/2016 | MWU | 29 | Email correspondence to and from UCC advisors regarding allocation issues, and forward update to Cassels lawyers with instructions. | 0.5 |
| 6/17/2016 | RJA | 29 | Review and comment on allocation document and comments from other parties. | 2.9 |
| 6/18/2016 | RSK | 29 | Email correspondence with Cassels team regarding allocation document. | 0.4 |
| 6/18/2016 | RSK | 29 | Review allocation document comments from core parties and consider Canadian proceeding issues. | 2.6 |
| 6/18/2016 | MWU | 29 | Review allocation support agreement comments and consider Canadian issues. | 2.3 |
| 6/18/2016 | JDI | 29 | Review allocation document. | 1.7 |
| 6/18/2016 | JDI | 29 | Email correspondence with Cassels team regarding allocation issues. | 0.6 |
| 6/19/2016 | RSK | 29 | Email correspondence with UCC advisors regarding allocation issues. | 0.2 |
| 6/19/2016 | MWU | 29 | Email report to UCC advisors regarding allocation document, and Canadian issues, and related correspondence to and from Akin Gump. | 1.1 |
| 6/20/2016 | GBS | 31 | Work to prepare for UCC Canadian appeal litigation. | 1.8 |
| 6/20/2016 | HFE | 29 | Review allocation document. | 1.2 |
| 6/20/2016 | RSK | 29 | Review comments from multiple parties draft allocation document. | 1.1 |
| 6/20/2016 | RSK | 29 | Conference call with counsel for U.S. interests regarding allocation document. | 0.7 |
| 6/20/2016 | RSK | 31 | Review email correspondence from Akin Gump regarding retention of experts for Canadian appeal litigation. | 0.2 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

**CASSELS BROCK & BLACKWELL LLP**  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 1994667

Matter # 46992-00001

| Date | ID | Task | Narrative | Hours |
|---|---|---|---|---|
| 6/20/2016 | MWU | 29 | Review revised allocation document and consider Canadian case issues. | 1.4 |
| 6/20/2016 | MWU | 29 | Email correspondence to and from UCC advisors regarding allocation issues, and instructions to Cassels team. | 0.6 |
| 6/20/2016 | MWU | 29 | Review memo of comments regarding allocation document. | 0.5 |
| 6/20/2016 | MWU | 31 | Email correspondence to and from UCC advisors regarding Canadian appeal litigation. | 0.3 |
| 6/21/2016 | GBS | 29 | Review revised allocation document and analyze Canadian litigation issues. | 0.9 |
| 6/21/2016 | GBS | 31 | Prepare for call with Canadian counsel to U.S. interests to discuss Canadian appeal litigation. | 0.5 |
| 6/21/2016 | GBS | 31 | Attend call with Canadian counsel to U.S. interests regarding Canadian appeal litigation. | 0.5 |
| 6/21/2016 | SV | 31 | Call with Canadian counsel regarding Canadian appeal litigation (0.5) and meet with G. Shaw and prepare outline for UCC brief (1.1). | 1.6 |
| 6/21/2016 | RSK | 31 | Review email correspondence (0.2) and participated in call with Torys/Bennett Jones regarding expert evidence for Canadian appeal litigation (0.5). | 0.7 |
| 6/21/2016 | RSK | 29 | Conference call with advisors for core parties regarding allocation issues. | 1.8 |
| 6/21/2016 | RSK | 29 | Review allocation document, and consider Canadian proceeding issues. | 0.5 |
| 6/21/2016 | MWU | 29 | Conference call with advisors for core parties regarding allocation issues. | 1.8 |
| 6/21/2016 | MWU | 29 | Email correspondence to and from UCC advisors regarding allocation issues, and correspondence and instructions to Cassels team. | 0.6 |
| 6/21/2016 | MWU | 31 | Conference call with Canadian counsel for NNI and bondholders regarding Canadian appeal litigation. | 0.5 |
| 6/21/2016 | MWU | 31 | Email correspondence to and from UCC advisors regarding Canadian appeal litigation. | 0.4 |
| 6/21/2016 | MWU | 29 | Review revised allocation document and consider Canadian issues. | 0.9 |
| 6/21/2016 | RJA | 29 | Participate in call regarding allocation issues. | 1.8 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

**CASSELS BROCK & BLACKWELL LLP**  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 1994667

Matter # 46992-00001

| Date | ID | Task | Narrative | Hours |
|---|---|---|---|---|
| 6/22/2016 | GBS | 31 | Meet with Cassels team to prepare for Canadian appeal litigation. | 0.6 |
| 6/22/2016 | SV | 31 | Meeting with G. Shaw to prepare Canadian appeal litigation. | 0.6 |
| 6/22/2016 | RSK | 29 | Review Monitor's petition for direct appeal in U.S. proceedings regarding U.S. court allocation decision. | 0.5 |
| 6/22/2016 | RSK | 31 | Review and assess summary of Canadian appeal litigation arguments. | 0.7 |
| 6/22/2016 | RSK | 31 | Review email correspondence regarding Canadian appeal litigation and procedural matters. | 0.3 |
| 6/22/2016 | MWU | 29 | Review revised agreement regarding allocation issues, consider Canadian issues, and memo to Cassels team. | 1.4 |
| 6/23/2016 | GBS | 31 | Email correspondence with Cassels team regarding Canadian appeal litigation. | 0.4 |
| 6/23/2016 | GBS | 31 | Attend call with Akin Gump regarding Canadian appeal litigation. | 0.3 |
| 6/23/2016 | GBS | 31 | Attend call with Canadian counsel for NNI regarding Canadian appeal litigation. | 0.3 |
| 6/23/2016 | RSK | 31 | Conference call with Akin Gump regarding expert evidence for Canadian appeal litigation. | 0.3 |
| 6/23/2016 | RSK | 7 | Participated in Committee call. | 0.5 |
| 6/23/2016 | MWU | 7 | Attend on UCC call. | 0.5 |
| 6/23/2016 | MWU | 31 | Attend on call with Akin Gump team discuss Canadian appeal litigation. | 0.3 |
| 6/23/2016 | MWU | 31 | Call with NNI's Canadian counsel and update UCC advisors regarding Canadian litigation. | 0.3 |
| 6/23/2016 | MWU | 29 | Review draft allocation document and email correspondence with Cassels team regarding same and Canadian issues. | 0.8 |
| 6/23/2016 | RJA | 7 | Participate in weekly UCC call. | 0.5 |
| 6/23/2016 | RJA | 31 | Call with Akin and Cassels teams regarding leave to appeal Canadian allocation decision. | 0.3 |
| 6/23/2016 | RJA | 29 | Review draft agreement and analyze allocation issues. | 1.7 |
| 6/24/2016 | GBS | 31 | Continue preparation of Canadian appeal litigation court filing. | 3.4 |
| 6/24/2016 | GBS | 31 | Email correspondence with Cassels team regarding allocation document and Canadian litigation issues. | 0.3 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

**CASSELS BROCK & BLACKWELL LLP**  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 1994667

Matter # 46992-00001

| Date | ID | Task | Narrative | Hours |
|---|---|---|---|---|
| 6/24/2016 | HFE | 29 | Research regarding Canadian case law for Canadian appeal litigation. | 2.6 |
| 6/24/2016 | RSK | 29 | Review email correspondence regarding Canadian allocation issues. | 0.4 |
| 6/24/2016 | RSK | 29 | Review allocation document provide comments. | 0.8 |
| 6/24/2016 | MWU | 29 | Review allocation document, liaise with Cassels team, and prepare and circulate comments to UCC advisors. | 1.4 |
| 6/24/2016 | MWU | 31 | Confer with J. Dietrich and provide instructions regarding Canadian legal research regarding Canadian appeal litigation issues. | 0.3 |
| 6/24/2016 | RJA | 29 | Review draft allocation document and assess Canadian issues. | 1.7 |
| 6/24/2016 | JDI | 29 | Review allocation document and proposed amendments. | 0.8 |
| 6/28/2016 | MWU | 31 | Prepare for Supreme Court of Canada leave for appeal application for UCC regarding Canadian allocation decision. | 1.8 |
| 6/29/2016 | GBS | 31 | Calls and email correspondence regarding expert witnesses for Canadian appeal litigation. | 1.8 |
| 6/29/2016 | SV | 31 | Prepare summary regarding expert evidence for Canadian appeal litigation. | 0.8 |
| 6/29/2016 | RSK | 31 | Email correspondence between Cassels and Akin Gump regarding retention of expert witness for Canadian appeal litigation. | 0.3 |
| 6/29/2016 | MWU | 31 | Call with NNI's Canadian counsel and report to UCC advisors regarding Canadian appeal litigation, and confer with Cassels lawyers regarding same, and correspondence to and from UCC advisors with updates. | 0.8 |
| 6/29/2016 | MWU | 31 | Correspondence to NNI's Canadian counsel regarding Canadian appeal litigation. | 0.3 |
| 6/29/2016 | MWU | 31 | Correspondence to and from G. Shaw regarding Canadian appeal litigation and next steps, and instructions for Canadian appeal litigation preparation. | 0.7 |
| 6/29/2016 | TAS | 31 | Research Canadian case law for Canadian appeal litigation. | 2.5 |
| 6/30/2016 | GBS | 31 | Email correspondence and calls with Cassels team regarding Canadian appeal litigation, and prepare for same. | 1.1 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

**CASSELS BROCK & BLACKWELL LLP**  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 1994667

Matter # 46992-00001

| Date | ID | Task | Narrative | Hours |
|---|---|---|---|---|
| 6/30/2016 | GBS | 31 | Call and email correspondence regarding Canadian appeal litigation and expert evidence. | 0.4 |
| 6/30/2016 | RSK | 29 | Review draft allocation document comments, and consider Canadian issues. | 0.7 |
| 6/30/2016 | RSK | 7 | Participated in UCC call. | 0.9 |
| 6/30/2016 | RSK | 31 | Review email correspondence regarding retention of consultant to assist with expert retention for Canadian appeal litigation. | 0.3 |
| 6/30/2016 | MWU | 7 | Attend on UCC call. | 0.9 |
| 6/30/2016 | MWU | 31 | Email correspondence and calls to and from NNI's Canadian counsel, Cassels, and UCC advisors regarding Canadian appeal litigation including expert evidence. | 0.7 |
| | | | **Total** | **209.7** |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

-12-

**CASSELS BROCK & BLACKWELL LLP**  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 1994667

Matter # 46992-00001

| Name | Title | Department | Province of Bar Admission/Year | Hours | Rate | Billed Value |
|---|---|---|---|---|---|---|
| Geoffrey B. Shaw | Partner | Advocacy | Ontario - 1986 | 40.20 | $945.00 | $37,989.00 |
| Hilary Fender | Associate | Financial Restructuring | Ontario - 2015 | 8.30 | $390.00 | $3,237.00 |
| Jane Dietrich | Partner | Financial Restructuring | Ontario - 2004 | 11.20 | $695.00 | $7,784.00 |
| Michael Wunder | Partner | Financial Restructuring | Ontario - 1990 | 58.90 | $835.00 | $49,181.50 |
| Ryan Jacobs | Partner | Financial Restructuring | Ontario - 2011 | 17.00 | $850.00 | $14,450.00 |
| Shayne Kukulowicz | Partner | Financial Restructuring | Ontario - 1990 | 37.10 | $925.00 | $34,317.50 |
| Stephanie Voudouris | Associate | Advocacy | Ontario - 2014 | 34.50 | $395.00 | $13,627.50 |
| Taschina Ashemeade | Student | Students | | 2.50 | $125.00 | $312.50 |
| | | | | | | |
| TOTAL | | | | 209.70 | | $160,899.00 |

**TOTAL PROFESSIONAL FEES**  $ 160,899.00

**Non-Taxable Disbursements**

| | |
|---|---|
| Copies | 224.00 |
| Binding, Tabs, Disks, etc | 5.50 |
| Online Searches - Non Taxable | 1,371.50 |
| Travel / Ground Transportation | 30.00 |
| Telephone / Long Distance/Conference Calls | 8.52 |
| **Total Disbursements and Tax** | 1,639.52 |
| **Total Fees, Disbursements & Tax** | $ 162,538.52 CDN |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 1994667

Matter # 46992-00001

### Time Summary By Task Code:

| Task Codes | Description | Hours | Fees |
|---|---|---|---|
| 0003 | Cassels Brock Fee Application/Monthly Billing Reports | 2.90 | 2,421.50 |
| 0007 | Creditors Committee Meetings | 8.20 | 6,848.50 |
| 0029 | Intercompany Analysis | 95.60 | 76,054.50 |
| 0031 | Canadian Proceedings/Matters | 103.00 | 75,574.50 |
| TOTAL | | 209.70 | $ 160,899.00 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 1994667

Matter # 46992-00001

## Disbursement Details:

| Date | Narrative | Quantity | Amount |
|---|---|---|---|
| 6/1/2016 | Copies | 2 | 0.20 |
| 6/1/2016 | Copies | 10 | 1.00 |
| 6/3/2016 | Copies | 2 | 0.20 |
| 6/3/2016 | Copies | 2 | 0.20 |
| 6/3/2016 | Copies | 2 | 0.20 |
| 6/3/2016 | Copies | 9 | 0.90 |
| 6/3/2016 | Copies | 3 | 0.30 |
| 6/6/2016 | Copies | 2 | 0.20 |
| 6/6/2016 | Copies | 5 | 0.50 |
| 6/6/2016 | Copies | 3 | 0.30 |
| 6/6/2016 | Copies | 3 | 0.30 |
| 6/6/2016 | Copies | 17 | 1.70 |
| 6/6/2016 | Copies | 4 | 0.40 |
| 6/6/2016 | Copies | 2 | 0.20 |
| 6/6/2016 | Copies | 9 | 0.90 |
| 6/6/2016 | Copies | 21 | 2.10 |
| 6/6/2016 | Copies | 9 | 0.90 |
| 6/6/2016 | Copies | 10 | 1.00 |
| 6/7/2016 | Copies | 9 | 0.90 |
| 6/7/2016 | Copies | 2 | 0.20 |
| 6/7/2016 | Copies | 9 | 0.90 |
| 6/8/2016 | Copies | 10 | 1.00 |
| 6/8/2016 | Copies | 5 | 0.50 |
| 6/9/2016 | Copies | 2 | 0.20 |
| 6/9/2016 | Copies | 11 | 1.10 |
| 6/9/2016 | Copies | 4 | 0.40 |
| 6/9/2016 | Copies | 38 | 3.80 |
| 6/10/2016 | Copies | 2 | 0.20 |
| 6/10/2016 | Copies | 5 | 0.50 |
| 6/10/2016 | Copies | 2 | 0.20 |
| 6/10/2016 | Copies | 2 | 0.20 |
| 6/12/2016 | Telephone - BELL CONFERENCING INC. INV #112021249 | 1 | 8.52 |
| 6/13/2016 | Copies | 2 | 0.20 |
| 6/13/2016 | Copies | 140 | 14.00 |
| 6/13/2016 | Copies | 34 | 3.40 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

**CASSELS BROCK & BLACKWELL LLP**  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 1994667

Matter # 46992-00001

| Date | Narrative | Quantity | Amount |
|---|---|---|---|
| 6/13/2016 | Copies | 35 | 3.50 |
| 6/13/2016 | Copies | 7 | 0.70 |
| 6/13/2016 | Copies | 39 | 3.90 |
| 6/13/2016 | Copies | 5 | 0.50 |
| 6/13/2016 | Copies | 2 | 0.20 |
| 6/13/2016 | Copies | 34 | 3.40 |
| 6/13/2016 | Copies | 72 | 7.20 |
| 6/13/2016 | Copies | 2 | 0.20 |
| 6/13/2016 | Copies | 34 | 3.40 |
| 6/13/2016 | Copies | 39 | 3.90 |
| 6/13/2016 | Copies | 39 | 3.90 |
| 6/13/2016 | Copies | 35 | 3.50 |
| 6/13/2016 | Copies | 35 | 3.50 |
| 6/13/2016 | Copies | 2 | 0.20 |
| 6/13/2016 | Copies | 35 | 3.50 |
| 6/13/2016 | Copies | 38 | 3.80 |
| 6/13/2016 | Copies | 2 | 0.20 |
| 6/13/2016 | Copies | 7 | 0.70 |
| 6/13/2016 | Copies | 7 | 0.70 |
| 6/13/2016 | Copies | 3 | 0.30 |
| 6/13/2016 | Copies | 41 | 4.10 |
| 6/13/2016 | Copies | 44 | 4.40 |
| 6/14/2016 | Copies | 5 | 0.50 |
| 6/14/2016 | Copies | 34 | 3.40 |
| 6/14/2016 | Copies | 2 | 0.20 |
| 6/14/2016 | Copies | 2 | 0.20 |
| 6/14/2016 | Copies | 8 | 0.80 |
| 6/14/2016 | Copies | 17 | 1.70 |
| 6/15/2016 | Copies | 39 | 3.90 |
| 6/15/2016 | Copies | 2 | 0.20 |
| 6/15/2016 | Copies | 10 | 1.00 |
| 6/15/2016 | Copies | 10 | 1.00 |
| 6/15/2016 | Copies | 24 | 2.40 |
| 6/15/2016 | Copies | 5 | 0.50 |
| 6/15/2016 | Copies | 3 | 0.30 |
| 6/16/2016 | Copies | 30 | 3.00 |
| 6/16/2016 | Copies | 9 | 0.90 |
| 6/16/2016 | Copies | 3 | 0.30 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

| | | | |
|---|---|---|---|
| CASSELS BROCK & BLACKWELL LLP | | Invoice # 1994667 | |
| The Official Committee of Unsecured Creditors | | | |
| Re: Nortel Networks Inc, et al. | | Matter # 46992-00001 | |

| Date | Narrative | Quantity | Amount |
|---|---|---|---|
| 6/16/2016 | Copies | 7 | 0.70 |
| 6/16/2016 | Copies | 7 | 0.70 |
| 6/17/2016 | Copies | 4 | 0.40 |
| 6/17/2016 | Copies | 53 | 5.30 |
| 6/17/2016 | Copies | 39 | 3.90 |
| 6/17/2016 | Copies | 2 | 0.20 |
| 6/17/2016 | Copies | 43 | 4.30 |
| 6/17/2016 | Copies | 4 | 0.40 |
| 6/17/2016 | Copies | 53 | 5.30 |
| 6/17/2016 | Copies | 39 | 3.90 |
| 6/17/2016 | Copies | 4 | 0.40 |
| 6/17/2016 | Copies | 4 | 0.40 |
| 6/17/2016 | Copies | 5 | 0.50 |
| 6/17/2016 | Copies | 3 | 0.30 |
| 6/17/2016 | Copies | 6 | 0.60 |
| 6/19/2016 | Travel - Taxi for document delivery on June 19, 2016 | 1 | 30.00 |
| 6/20/2016 | Copies | 5 | 0.50 |
| 6/20/2016 | Copies | 3 | 0.30 |
| 6/20/2016 | Copies | 2 | 0.20 |
| 6/20/2016 | Copies | 2 | 0.20 |
| 6/20/2016 | Copies | 56 | 5.60 |
| 6/20/2016 | Copies | 2 | 0.20 |
| 6/20/2016 | Copies | 2 | 0.20 |
| 6/20/2016 | Copies | 3 | 0.30 |
| 6/20/2016 | Copies | 2 | 0.20 |
| 6/20/2016 | Copies | 3 | 0.30 |
| 6/20/2016 | Copies | 2 | 0.20 |
| 6/20/2016 | Copies | 5 | 0.50 |
| 6/20/2016 | Copies | 2 | 0.20 |
| 6/20/2016 | Copies | 5 | 0.50 |
| 6/21/2016 | Online Searches - Non Taxable - WESTLAW BILL | 1 | 1250.50 |
| 6/21/2016 | Copies | 57 | 5.70 |
| 6/21/2016 | Copies | 2 | 0.20 |
| 6/21/2016 | Copies | 42 | 4.20 |
| 6/21/2016 | Copies | 53 | 5.3 |
| 6/21/2016 | Copies | 17 | 1.7 |
| 6/21/2016 | Copies | 35 | 3.5 |
| 6/21/2016 | Copies | 3 | 0.3 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

**CASSELS BROCK & BLACKWELL LLP**  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 1994667

Matter # 46992-00001

| Date | Narrative | Quantity | Amount |
|---|---|---|---|
| 6/21/2016 | Copies | 3 | 0.3 |
| 6/22/2016 | Copies | 6 | 0.6 |
| 6/23/2016 | Copies | 6 | 0.6 |
| 6/23/2016 | Copies | 39 | 3.9 |
| 6/23/2016 | Copies | 3 | 0.3 |
| 6/23/2016 | Copies | 24 | 2.4 |
| 6/23/2016 | Copies | 2 | 0.2 |
| 6/23/2016 | Copies | 39 | 3.9 |
| 6/23/2016 | Copies | 2 | 0.2 |
| 6/23/2016 | Copies | 28 | 2.8 |
| 6/23/2016 | Binding, Tabs, Disks, etc | 1 | 5.50 |
| 6/24/2016 | Copies | 6 | 0.6 |
| 6/24/2016 | Copies | 56 | 5.6 |
| 6/24/2016 | Copies | 5 | 0.5 |
| 6/24/2016 | Copies | 2 | 0.2 |
| 6/25/2016 | Copies | 3 | 0.3 |
| 6/27/2016 | Copies | 5 | 0.5 |
| 6/27/2016 | Copies | 133 | 13.3 |
| 6/27/2016 | Copies | 3 | 0.30 |
| 6/27/2016 | Copies | 5 | 0.5 |
| 6/27/2016 | Copies | 2 | 0.2 |
| 6/27/2016 | Copies | 8 | 0.8 |
| 6/28/2016 | Copies | 27 | 2.7 |
| 6/28/2016 | Copies | 27 | 2.7 |
| 6/29/2016 | Copies | 6 | 0.6 |
| 6/29/2016 | Copies | 6 | 0.6 |
| 6/29/2016 | Copies | 12 | 1.2 |
| 6/30/2016 | Copies | 27 | 2.7 |
| 6/30/2016 | Copies | 27 | 2.70 |
| 6/30/2016 | Online Searches - Non Taxable - WESTLAW BILL | 1 | 121 |
| | **Total** | | **$1,639.52** |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.