# EXHIBIT C

## DISBURSEMENT SUMMARY
## JUNE 1 TO JUNE 30, 2016
## (All Amounts in Canadian Dollars)

| | |
|---|---|
| Non-Taxable Disbursements | |
| Copies | $ 224.00 |
| Binding, Tabs, Disks, etc | $     5.50 |
| Online Searches – Non Taxable | $1,371.50 |
| Travel / Ground Transportation | $   30.00 |
| Telephone / Long Distance/Conference Calls | $    8.52 |
| Total Non-Taxable Disbursements | **$ 1,639.52 CDN.** |