**EXHIBIT D**

Legal*31289921.3

CASSELS BROCK & BLACKWELL LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 1994667

Matter # 46992-00001

## Disbursement Details:

| Date | Narrative | Quantity | Amount |
|---|---|---|---|
| 6/1/2016 | Copies | 2 | 0.20 |
| 6/1/2016 | Copies | 10 | 1.00 |
| 6/3/2016 | Copies | 2 | 0.20 |
| 6/3/2016 | Copies | 2 | 0.20 |
| 6/3/2016 | Copies | 2 | 0.20 |
| 6/3/2016 | Copies | 9 | 0.90 |
| 6/3/2016 | Copies | 3 | 0.30 |
| 6/6/2016 | Copies | 2 | 0.20 |
| 6/6/2016 | Copies | 5 | 0.50 |
| 6/6/2016 | Copies | 3 | 0.30 |
| 6/6/2016 | Copies | 3 | 0.30 |
| 6/6/2016 | Copies | 17 | 1.70 |
| 6/6/2016 | Copies | 4 | 0.40 |
| 6/6/2016 | Copies | 2 | 0.20 |
| 6/6/2016 | Copies | 9 | 0.90 |
| 6/6/2016 | Copies | 21 | 2.10 |
| 6/6/2016 | Copies | 9 | 0.90 |
| 6/6/2016 | Copies | 10 | 1.00 |
| 6/7/2016 | Copies | 9 | 0.90 |
| 6/7/2016 | Copies | 2 | 0.20 |
| 6/7/2016 | Copies | 9 | 0.90 |
| 6/8/2016 | Copies | 10 | 1.00 |
| 6/8/2016 | Copies | 5 | 0.50 |
| 6/9/2016 | Copies | 2 | 0.20 |
| 6/9/2016 | Copies | 11 | 1.10 |
| 6/9/2016 | Copies | 4 | 0.40 |
| 6/9/2016 | Copies | 38 | 3.80 |
| 6/10/2016 | Copies | 2 | 0.20 |
| 6/10/2016 | Copies | 5 | 0.50 |
| 6/10/2016 | Copies | 2 | 0.20 |
| 6/10/2016 | Copies | 2 | 0.20 |
| 6/12/2016 | Telephone - BELL CONFERENCING INC. INV #112021249 | 1 | 8.52 |
| 6/13/2016 | Copies | 2 | 0.20 |
| 6/13/2016 | Copies | 140 | 14.00 |
| 6/13/2016 | Copies | 34 | 3.40 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 1994667

Matter # 46992-00001

| Date | Narrative | Quantity | Amount |
| --- | --- | --- | --- |
| 6/13/2016 | Copies | 35 | 3.50 |
| 6/13/2016 | Copies | 7 | 0.70 |
| 6/13/2016 | Copies | 39 | 3.90 |
| 6/13/2016 | Copies | 5 | 0.50 |
| 6/13/2016 | Copies | 2 | 0.20 |
| 6/13/2016 | Copies | 34 | 3.40 |
| 6/13/2016 | Copies | 72 | 7.20 |
| 6/13/2016 | Copies | 2 | 0.20 |
| 6/13/2016 | Copies | 34 | 3.40 |
| 6/13/2016 | Copies | 39 | 3.90 |
| 6/13/2016 | Copies | 39 | 3.90 |
| 6/13/2016 | Copies | 35 | 3.50 |
| 6/13/2016 | Copies | 35 | 3.50 |
| 6/13/2016 | Copies | 2 | 0.20 |
| 6/13/2016 | Copies | 35 | 3.50 |
| 6/13/2016 | Copies | 38 | 3.80 |
| 6/13/2016 | Copies | 2 | 0.20 |
| 6/13/2016 | Copies | 7 | 0.70 |
| 6/13/2016 | Copies | 7 | 0.70 |
| 6/13/2016 | Copies | 3 | 0.30 |
| 6/13/2016 | Copies | 41 | 4.10 |
| 6/13/2016 | Copies | 44 | 4.40 |
| 6/14/2016 | Copies | 5 | 0.50 |
| 6/14/2016 | Copies | 34 | 3.40 |
| 6/14/2016 | Copies | 2 | 0.20 |
| 6/14/2016 | Copies | 2 | 0.20 |
| 6/14/2016 | Copies | 8 | 0.80 |
| 6/14/2016 | Copies | 17 | 1.70 |
| 6/15/2016 | Copies | 39 | 3.90 |
| 6/15/2016 | Copies | 2 | 0.20 |
| 6/15/2016 | Copies | 10 | 1.00 |
| 6/15/2016 | Copies | 10 | 1.00 |
| 6/15/2016 | Copies | 24 | 2.40 |
| 6/15/2016 | Copies | 5 | 0.50 |
| 6/15/2016 | Copies | 3 | 0.30 |
| 6/16/2016 | Copies | 30 | 3.00 |
| 6/16/2016 | Copies | 9 | 0.90 |
| 6/16/2016 | Copies | 3 | 0.30 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

**CASSELS BROCK & BLACKWELL LLP**  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 1994667

Matter # 46992-00001

| Date | Narrative | Quantity | Amount |
|---|---|---|---|
| 6/16/2016 | Copies | 7 | 0.70 |
| 6/16/2016 | Copies | 7 | 0.70 |
| 6/17/2016 | Copies | 4 | 0.40 |
| 6/17/2016 | Copies | 53 | 5.30 |
| 6/17/2016 | Copies | 39 | 3.90 |
| 6/17/2016 | Copies | 2 | 0.20 |
| 6/17/2016 | Copies | 43 | 4.30 |
| 6/17/2016 | Copies | 4 | 0.40 |
| 6/17/2016 | Copies | 53 | 5.30 |
| 6/17/2016 | Copies | 39 | 3.90 |
| 6/17/2016 | Copies | 4 | 0.40 |
| 6/17/2016 | Copies | 4 | 0.40 |
| 6/17/2016 | Copies | 5 | 0.50 |
| 6/17/2016 | Copies | 3 | 0.30 |
| 6/17/2016 | Copies | 6 | 0.60 |
| 6/19/2016 | Travel - Taxi for document delivery on June 19, 2016 | 1 | 30.00 |
| 6/20/2016 | Copies | 5 | 0.50 |
| 6/20/2016 | Copies | 3 | 0.30 |
| 6/20/2016 | Copies | 2 | 0.20 |
| 6/20/2016 | Copies | 2 | 0.20 |
| 6/20/2016 | Copies | 56 | 5.60 |
| 6/20/2016 | Copies | 2 | 0.20 |
| 6/20/2016 | Copies | 2 | 0.20 |
| 6/20/2016 | Copies | 3 | 0.30 |
| 6/20/2016 | Copies | 2 | 0.20 |
| 6/20/2016 | Copies | 3 | 0.30 |
| 6/20/2016 | Copies | 2 | 0.20 |
| 6/20/2016 | Copies | 5 | 0.50 |
| 6/20/2016 | Copies | 2 | 0.20 |
| 6/20/2016 | Copies | 5 | 0.50 |
| 6/21/2016 | Online Searches - Non Taxable - WESTLAW BILL | 1 | 1250.50 |
| 6/21/2016 | Copies | 57 | 5.70 |
| 6/21/2016 | Copies | 2 | 0.20 |
| 6/21/2016 | Copies | 42 | 4.20 |
| 6/21/2016 | Copies | 53 | 5.3 |
| 6/21/2016 | Copies | 17 | 1.7 |
| 6/21/2016 | Copies | 35 | 3.5 |
| 6/21/2016 | Copies | 3 | 0.3 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 1994667

Matter # 46992-00001

| Date | Narrative | Quantity | Amount |
|---|---|---|---|
| 6/21/2016 | Copies | 3 | 0.3 |
| 6/22/2016 | Copies | 6 | 0.6 |
| 6/23/2016 | Copies | 6 | 0.6 |
| 6/23/2016 | Copies | 39 | 3.9 |
| 6/23/2016 | Copies | 3 | 0.3 |
| 6/23/2016 | Copies | 24 | 2.4 |
| 6/23/2016 | Copies | 2 | 0.2 |
| 6/23/2016 | Copies | 39 | 3.9 |
| 6/23/2016 | Copies | 2 | 0.2 |
| 6/23/2016 | Copies | 28 | 2.8 |
| 6/23/2016 | Binding, Tabs, Disks, etc | 1 | 5.50 |
| 6/24/2016 | Copies | 6 | 0.6 |
| 6/24/2016 | Copies | 56 | 5.6 |
| 6/24/2016 | Copies | 5 | 0.5 |
| 6/24/2016 | Copies | 2 | 0.2 |
| 6/25/2016 | Copies | 3 | 0.3 |
| 6/27/2016 | Copies | 5 | 0.5 |
| 6/27/2016 | Copies | 133 | 13.3 |
| 6/27/2016 | Copies | 3 | 0.30 |
| 6/27/2016 | Copies | 5 | 0.5 |
| 6/27/2016 | Copies | 2 | 0.2 |
| 6/27/2016 | Copies | 8 | 0.8 |
| 6/28/2016 | Copies | 27 | 2.7 |
| 6/28/2016 | Copies | 27 | 2.7 |
| 6/29/2016 | Copies | 6 | 0.6 |
| 6/29/2016 | Copies | 6 | 0.6 |
| 6/29/2016 | Copies | 12 | 1.2 |
| 6/30/2016 | Copies | 27 | 2.7 |
| 6/30/2016 | Copies | 27 | 2.70 |
| 6/30/2016 | Online Searches - Non Taxable - WESTLAW BILL | 1 | 121 |
| | **Total** | | **$1,639.52** |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.