# EXHIBIT E

**SUMMARY OF LAWYERS AND PARALEGALS**
**RENDERING SERVICES DURING THE PERIOD**
**JUNE 1, 2016 THROUGH JUNE 30, 2016**
**(All Amounts in Canadian Dollars)**

| Name | Title | Department | Province of Bar Admission/Year | Hours | Rate | Billed Value |
|------|-------|-----------|-------------------------------|-------|------|--------------|
| Geoffrey B. Shaw | Partner | Advocacy | Ontario - 1986 | 40.2 | $945.00 | $37,989.00 |
| Hilary Fender | Associate | Financial Restructuring | Ontario - 2015 | 8.3 | $390.00 | $3,237.00 |
| Jane Dietrich | Partner | Financial Restructuring | Ontario - 2004 | 11.2 | $695.00 | $7,784.00 |
| Michael Wunder | Partner | Financial Restructuring | Ontario - 1990 | 58.9 | $835.00 | $49,181.50 |
| Ryan Jacobs | Partner | Financial Restructuring | Ontario - 2011 | 17 | $850.00 | $14,450.00 |
| Shayne Kukulowicz | Partner | Financial Restructuring | Ontario - 1990 | 37.1 | $925.00 | $34,317.50 |
| Stephanie Voudouris | Associate | Advocacy | Ontario - 2014 | 34.5 | $395.00 | $13,627.50 |
| Taschina Ashemeade | Student | Students | | 2.5 | $125.00 | $312.50 |
| | | | | | | |
| **TOTAL** | | | | **209.7** | | **$160,899.00** |