**Nortel Networks Inc., et al**

**Berkeley Research Group, LLC**

**Exhibit A: Time Detail**



For the Period 6/1/2016 through 6/30/2016

| Date | Professional | Hours | Description |
|---|---|---|---|
| **01. Asset Acquisition/Disposition** | | | |
| 6/1/2016 | A. Cowie | 2.9 | Analyzed allocation terms. |
| 6/1/2016 | A. Cowie | 2.9 | Continued to analyze allocation terms. |
| 6/1/2016 | J. Hyland | 2.8 | Analyzed proceeds allocation methodology. |
| 6/1/2016 | A. Cowie | 2.8 | Continued to analyze allocation terms. |
| 6/1/2016 | J. Borow | 2.6 | Prepared for allocation meetings. |
| 6/1/2016 | J. Hyland | 2.6 | Prepared summary of allocation meetings position claims recoveries. |
| 6/1/2016 | J. Hyland | 2.6 | Reviewed proceeds allocation presentation for the Committee. |
| 6/1/2016 | J. Hyland | 2.5 | Continued analyzing proceeds allocation methodology. |
| 6/1/2016 | J. Hyland | 0.4 | Conducted call with B. Kahn (Counsel) re: proceeds allocation meetings. |
| 6/1/2016 | J. Hyland | 0.2 | Conducted call with M. Sandberg (FTI) re: proceeds allocation meetings. |
| 6/2/2016 | J. Borow | 2.9 | Attended day 1 of proceeds allocation meetings. |
| 6/2/2016 | J. Borow | 2.9 | Continued to attend day 1 of proceeds allocation meetings. |
| 6/2/2016 | J. Borow | 2.9 | Continued to attend day 1 of proceeds allocation meetings. |
| 6/2/2016 | J. Hyland | 2.9 | Participated in day 1 of proceeds allocation meetings with all estates and their professionals. |
| 6/2/2016 | J. Hyland | 2.8 | Continued participating in day 1 of proceeds allocation meetings with all estates and their professionals. |
| 6/2/2016 | J. Hyland | 2.6 | Continued participating in day 1 of proceeds allocation meetings with all estates and their professionals. |
| 6/2/2016 | J. Hyland | 1.7 | Prepared final summary of allocation meetings position claims recoveries. |
| 6/2/2016 | J. Hyland | 1.2 | Continued participating in day 1 of proceeds allocation meetings with all estates and their professionals. |

Berkeley Research Group, LLC

Invoice for the 6/1/2016 - 6/30/2016 Period

| Date | Professional | Hours | Description |
|---|---|---|---|
| **01. Asset Acquisition/Disposition** | | | |
| 6/2/2016 | C. Kearns | 0.5 | Reviewed deck for Committee requested by Counsel related to estate discussions. |
| 6/2/2016 | J. Borow | 0.1 | Continued to attend portion of day 1 of proceeds allocation meetings. |
| 6/3/2016 | J. Borow | 2.9 | Attended day 2 of proceeds allocation meetings. |
| 6/3/2016 | J. Borow | 2.9 | Continued to attended day 2 of proceeds allocation meetings. |
| 6/3/2016 | J. Hyland | 2.9 | Participated in day 2 of proceeds allocation meetings. |
| 6/3/2016 | J. Hyland | 2.8 | Analyzed proceeds allocation positions from allocation meetings day 2. |
| 6/3/2016 | J. Borow | 2.8 | Reviewed issues pertaining to allocation meetings and potential allocation. |
| 6/3/2016 | J. Hyland | 2.2 | Continued participating in day 2 of proceeds allocation meetings. |
| 6/3/2016 | J. Hyland | 2.0 | Continued participating in day 2 of proceeds allocation meetings. |
| 6/3/2016 | J. Hyland | 1.5 | Analyzed proceeds allocation meetings positions. |
| 6/3/2016 | J. Borow | 0.2 | Continued to attended portion of day 2 of proceeds allocation meetings. |
| 6/4/2016 | J. Borow | 2.1 | Reviewed allocation meetings issues and related allocation documents. |
| 6/6/2016 | A. Cowie | 2.9 | Analyzed allocation terms. |
| 6/6/2016 | A. Cowie | 2.8 | Continued to analyze allocation terms. |
| 6/6/2016 | A. Cowie | 2.4 | Continued to analyze allocation terms. |
| 6/6/2016 | J. Borow | 0.9 | Reviewed financial information resulting from allocation meetings. |
| 6/6/2016 | J. Hyland | 0.5 | Participated in call with Counsel (F. Hodara) re: follow-up from UCC call. |
| 6/6/2016 | C. Kearns | 0.5 | Reviewed draft presentation for Committee re: Estates' proceeds allocation. |
| 6/7/2016 | A. Cowie | 2.9 | Analyzed allocation terms. |
| 6/7/2016 | A. Cowie | 2.8 | Continued to analyze allocation terms. |
| 6/7/2016 | J. Borow | 2.3 | Reviewed financial information relating to allocation meetings. |
| 6/8/2016 | A. Cowie | 2.9 | Analyzed allocation terms. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **01. Asset Acquisition/Disposition** | | | |
| 6/8/2016 | A. Cowie | 2.8 | Continued to analyze allocation terms. |
| 6/8/2016 | J. Borow | 1.3 | Reviewed financial information pertaining to allocation meetings. |
| 6/8/2016 | J. Borow | 0.6 | Reviewed financial issues and presentation to UCC re: allocation and allocation meetings issues. |
| 6/9/2016 | A. Cowie | 2.9 | Analyzed allocation terms. |
| 6/9/2016 | A. Cowie | 2.8 | Continued to analyze allocation terms. |
| 6/9/2016 | J. Hyland | 1.6 | Reviewed proceeds allocation positions of various parties as distributed to Committee. |
| 6/9/2016 | J. Borow | 1.3 | Continued to conduct a financial analysis pertaining to allocation meetings discussions. |
| 6/9/2016 | J. Borow | 0.8 | Conducted a financial analysis pertaining to allocation meetings discussions. |
| 6/10/2016 | J. Hyland | 2.9 | Reviewed comments to proceeds allocation positions. |
| 6/10/2016 | J. Hyland | 2.8 | Continued reviewing comments to proceeds allocation positions. |
| 6/10/2016 | J. Hyland | 1.4 | Continued reviewing comments to proceeds allocation positions. |
| 6/10/2016 | C. Kearns | 0.2 | Read emails from Counsel re: allocation issues. |
| 6/11/2016 | J. Hyland | 2.9 | Reviewed draft analysis re: proceeds allocation. |
| 6/11/2016 | J. Hyland | 1.9 | Analyzed draft analysis re: proceeds allocation. |
| 6/11/2016 | C. Kearns | 0.5 | Reviewed allocation discussion and related emails from Counsel. |
| 6/12/2016 | J. Borow | 1.6 | Reviewed draft allocation documents resulting from allocation meetings. |
| 6/13/2016 | A. Cowie | 2.9 | Analyzed allocation terms. |
| 6/13/2016 | A. Cowie | 2.8 | Continued to analyze allocation terms. |
| 6/13/2016 | J. Hyland | 2.5 | Reviewed proceeds allocation documentation for Counsel. |
| 6/13/2016 | J. Borow | 1.3 | Reviewed draft allocation documents resulting from allocation meetings. |
| 6/13/2016 | A. Cowie | 1.2 | Continued to analyze allocation terms. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **01. Asset Acquisition/Disposition** | | | |
| 6/13/2016 | J. Hyland | 1.1 | Participated in call with Committee professionals (Akin, F. Hodara, D. Botter) re: proceeds allocation. |
| 6/13/2016 | J. Borow | 1.1 | Participated in meeting with professionals (Akin, F. Hodara, D. Botter) to the UCC re: allocation meetings allocation and related concepts. |
| 6/13/2016 | C. Kearns | 0.9 | Participated in portion of a call with Akin (F. Hodara) re: allocation terms. |
| 6/13/2016 | C. Kearns | 0.3 | Analyzed intra estate allocation issues. |
| 6/14/2016 | A. Cowie | 2.9 | Analyzed allocation terms. |
| 6/14/2016 | A. Cowie | 2.6 | Continued to analyze allocation terms. |
| 6/14/2016 | J. Borow | 1.3 | Reviewed various recovery scenarios resulting from allocation meetings. |
| 6/15/2016 | A. Cowie | 2.9 | Analyzed allocation terms. |
| 6/15/2016 | A. Cowie | 2.6 | Continued to analyze allocation terms. |
| 6/15/2016 | J. Borow | 0.9 | Reviewed various recovery scenarios resulting from allocation meetings. |
| 6/17/2016 | A. Cowie | 1.3 | Analyzed proceeds allocation reports. |
| 6/17/2016 | C. Kearns | 0.5 | Reviewed estates allocation scenarios. |
| 6/20/2016 | J. Hyland | 2.9 | Analyzed proceeds allocation calculations using various scenarios. |
| 6/20/2016 | J. Hyland | 1.6 | Participated in call with Cleary (L. Schweitzer), Milbank (A. Pisa), etc. re: proceeds allocation. |
| 6/20/2016 | J. Borow | 1.6 | Participated in discussion with UCC Counsel (F. Hodara) and Debtor's professionals (Cleary, L. Schweitzer) re: proceeds allocation meetings. |
| 6/20/2016 | J. Hyland | 1.1 | Reviewed documentation re: call with Cleary on proceeds allocation. |
| 6/20/2016 | C. Kearns | 0.4 | Reviewed proceeds allocation report. |
| 6/21/2016 | J. Hyland | 2.7 | Continued analyzing proceeds allocation calculations using various scenarios. |
| 6/23/2016 | J. Hyland | 2.9 | Reviewed various allocation positions. |
| 6/23/2016 | J. Hyland | 2.6 | Continued reviewing allocation positions from other estates. |
| 6/23/2016 | C. Kearns | 0.4 | Reviewed proceeds allocation discussion status. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| | | | |
| **01. Asset Acquisition/Disposition** | | | |
| 6/28/2016 | A. Cowie | 0.6 | Participated in call with F. Hodara (Akin) in regard to allocation modeling. |
| 6/28/2016 | J. Borow | 0.6 | Participated in discussion with Counsel (F. Hodara) re: allocation issues. |
| 6/30/2016 | J. Hyland | 2.0 | Reviewed draft motion re: proceeds allocation matter. |
| **Task Code Total Hours** | | **162.8** | |
| **05. Professional Retention/ Fee Application Preparation** | | | |
| 6/16/2016 | J. Blum | 0.4 | Started to prepare the twelfth monthly fee statement. |
| 6/30/2016 | J. Blum | 0.2 | Prepared twelfth monthly fee application. |
| **Task Code Total Hours** | | **0.6** | |
| **08. Interaction/Meetings with Creditors** | | | |
| 6/6/2016 | J. Borow | 1.7 | Participated in discussion with party in interest re: status of matter. |
| 6/6/2016 | J. Hyland | 0.6 | Participated in UCC call with members and professionals re: allocation meetings. |
| 6/6/2016 | J. Hyland | 0.1 | Conducted call with B. Kahn (Akin) re: UCC presentation. |
| 6/8/2016 | J. Borow | 0.6 | Conducted discussion with party in interest re: status of matter. |
| 6/8/2016 | C. Kearns | 0.4 | Reviewed draft presentation to Committee re: estates update requested by Counsel. |
| 6/9/2016 | A. Cowie | 1.1 | Prepared discussion materials for weekly UCC call. |
| 6/9/2016 | J. Borow | 0.5 | Participated in weekly call with UCC and professionals to UCC. |
| 6/9/2016 | C. Kearns | 0.5 | Participated in weekly Committee call re: status of discussions. |
| 6/9/2016 | J. Hyland | 0.5 | Participated in weekly UCC call with Committee members and professionals. |
| 6/13/2016 | A. Cowie | 0.7 | Participated in call with B. Guiney and C. Dent (Patterson Belknap) in regard to NNCC bonds recovery scenarios. |
| 6/13/2016 | J. Hyland | 0.7 | Participated in call with B. Guiney and C. Dent (Patterson Belknap) re: recoveries based upon proceeds allocation scenarios. |
| 6/14/2016 | C. Kearns | 0.2 | Participated in conference call with F. Hodara (Akin) re: U.S. intra-estate issues. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **08. Interaction/Meetings with Creditors** | | | |
| 6/16/2016 | J. Hyland | 0.7 | Participated in weekly Committee call with Committee members and professionals. |
| 6/16/2016 | J. Borow | 0.7 | Participated in weekly meeting with UCC and Counsel to UCC. |
| 6/16/2016 | A. Cowie | 0.7 | Prepared discussion points for weekly UCC call. |
| 6/20/2016 | C. Kearns | 0.2 | Participated in telecom with F. Hodara (Akin) re: U.S. intra-estate issues. |
| 6/22/2016 | C. Kearns | 0.5 | Participated in a call with D. Botter (Akin) re: recovery waterfall among U.S. estates based on scenarios requested by counsel. |
| 6/23/2016 | C. Kearns | 0.6 | Participated in call with Akin (F. Hodara) and Counsel to NNCC holders (D. Lowenthal) re: status of discussions and issues related to their claims. |
| 6/23/2016 | C. Kearns | 0.5 | Participated in a call with Akin (F. Hodara), L. Schweitzer (Cleary) and M. Kennedy (Chilmark) regarding NNCC and other is estate issues. |
| 6/23/2016 | C. Kearns | 0.5 | Participated in weekly call with the Committee the status is discussions and appeal. |
| 6/23/2016 | J. Borow | 0.5 | Participated in weekly meeting with UCC and professionals to UCC. |
| 6/23/2016 | J. Hyland | 0.5 | Participated in weekly UCC call with UCC members and professionals. |
| 6/24/2016 | C. Kearns | 0.3 | Reviewed deck for Counsel requested by individual Committee member. |
| 6/27/2016 | C. Kearns | 0.3 | Reviewed deck for Counsel requested by individual Committee members. |
| 6/28/2016 | C. Kearns | 0.3 | Reviewed draft deck for Committee requested by counsel re: recovery scenarios. |
| 6/29/2016 | C. Kearns | 1.1 | Participated in call with Akin (F. Hodara) to review recovery models based on various scenarios for U.S. estate allocations as requested by counsel. |
| 6/30/2016 | J. Hyland | 0.9 | Participated in portion of weekly Committee call with Committee members and Committee professionals. |
| 6/30/2016 | J. Borow | 0.9 | Participated in weekly meeting with UCC and Committee Counsel. |
| 6/30/2016 | A. Cowie | 0.9 | Participated in weekly UCC call re: creditor recoveries. |
| 6/30/2016 | C. Kearns | 0.3 | Reviewed final revisions to deck for Committee on U.S. estate relate issues prepared at request of Counsel. |
| **Task Code Total Hours** | | **18.0** | |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **10. Recovery/SubCon/Lien Analysis** | | | |
| 6/1/2016 | C. Kearns | 1.3 | Reviewed allocation discussion status and waterfall recovery scenarios requested by Counsel. |
| 6/6/2016 | J. Hyland | 2.9 | Reviewed proceeds allocation recovery calculations. |
| 6/6/2016 | J. Hyland | 2.5 | Analyzed U.S. claim recoveries. |
| 6/6/2016 | J. Hyland | 1.9 | Continued reviewing proceeds allocation recovery calculations. |
| 6/7/2016 | J. Hyland | 2.6 | Analyzed recoveries based upon proceeds allocation scenario. |
| 6/7/2016 | J. Hyland | 2.5 | Continued analyzing recoveries based upon proceeds allocation scenario. |
| 6/8/2016 | J. Hyland | 0.8 | Conducted call with M. Kennedy (Chilmark) re: claim recovery calculations. |
| 6/8/2016 | J. Hyland | 0.7 | Conducted call with M. Sandberg (FTI) re: claim recovery calculations. |
| 6/8/2016 | A. Cowie | 0.6 | Participated in discussion with M. Kennedy (Chilmark) in regard to creditor recoveries modeling. |
| 6/9/2016 | J. Hyland | 2.5 | Reviewed analysis for creditor recoveries. |
| 6/9/2016 | J. Hyland | 2.4 | Analyzed claim recovery scenarios. |
| 6/9/2016 | J. Hyland | 2.3 | Continued reviewing analysis for creditor recoveries. |
| 6/12/2016 | C. Kearns | 0.4 | Reviewed allocation discussion comments from Counsel and Committee members. |
| 6/13/2016 | J. Hyland | 2.9 | Analyzed proceeds allocation recovery scenarios. |
| 6/13/2016 | J. Hyland | 2.8 | Continued analyzing proceeds allocation recovery scenarios. |
| 6/13/2016 | A. Cowie | 1.1 | Analyzed updated creditor recovery modeling. |
| 6/14/2016 | J. Hyland | 2.9 | Analyzed proceeds allocation recovery scenarios for Counsel. |
| 6/14/2016 | J. Hyland | 2.8 | Continued analyzing proceeds allocation recovery scenarios for Counsel. |
| 6/14/2016 | C. Kearns | 0.3 | Reviewed status of scenarios requested by Counsel on intra-estate issues. |
| 6/15/2016 | J. Hyland | 2.7 | Reviewed recovery calculations in U.S. estate. |
| 6/15/2016 | C. Kearns | 0.5 | Reviewed waterfall recovery scenarios requested by Counsel re: U.S. intra-estate issues. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **10. Recovery/SubCon/Lien Analysis** | | | |
| 6/16/2016 | A. Cowie | 2.9 | Analyzed allocation creditor recovery detailed model. |
| 6/16/2016 | J. Hyland | 2.5 | Analyzed claim recovery calculations for all estates. |
| 6/16/2016 | J. Hyland | 2.4 | Continued analyzing claim recovery calculations for all estates. |
| 6/17/2016 | A. Cowie | 1.9 | Analyzed allocation creditor recovery detailed model. |
| 6/17/2016 | C. Kearns | 0.3 | Reviewed waterfall recovery scenarios for U.S. estates. |
| 6/21/2016 | J. Hyland | 2.6 | Prepared claim recovery scenarios. |
| 6/21/2016 | J. Hyland | 2.5 | Continued preparing claim recovery scenarios. |
| 6/21/2016 | C. Kearns | 0.1 | Emailed with Counsel re: questions regarding treatment of various claims. |
| 6/22/2016 | J. Hyland | 2.9 | Reviewed creditor recovery documentation for Counsel. |
| 6/22/2016 | J. Hyland | 1.5 | Continued reviewing creditor recovery documentation for Counsel. |
| 6/22/2016 | J. Hyland | 0.5 | Participated in call with D. Botter (Counsel) re: claim recoveries for a creditor. |
| 6/23/2016 | J. Hyland | 2.8 | Revised deck analyzing claim recoveries for a creditor. |
| 6/24/2016 | J. Hyland | 2.8 | Revised analysis calculating various creditor recoveries. |
| 6/24/2016 | J. Hyland | 2.2 | Continued revising analysis calculating various creditor recoveries. |
| 6/24/2016 | A. Dianderas | 1.5 | Prepared exchange rate analysis in regard to creditor recoveries. |
| 6/27/2016 | J. Hyland | 2.9 | Revised claim recovery deck for the Committee. |
| 6/27/2016 | J. Hyland | 2.6 | Continued revising claim recovery deck for the Committee. |
| 6/28/2016 | A. Cowie | 2.9 | Updated creditor recovery model for additional scenarios. |
| 6/28/2016 | J. Hyland | 2.8 | Reviewed recovery deck for discussion with Counsel. |
| 6/28/2016 | J. Hyland | 2.7 | Analyzed recovery calculations for claims. |
| 6/28/2016 | J. Borow | 2.4 | Reviewed recovery scenarios and related recoveries to various constituents. |
| 6/28/2016 | J. Hyland | 1.9 | Continued analyzing recovery calculations for claims. |
| 6/28/2016 | A. Cowie | 1.9 | Continued to update creditor recovery model. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **10. Recovery/SubCon/Lien Analysis** | | | |
| 6/28/2016 | J. Hyland | 0.6 | Participated in call with Counsel (F. Hodara) re: claim recoveries based upon various scenarios. |
| 6/29/2016 | A. Cowie | 2.9 | Prepared presentation on creditor recoveries for the UCC. |
| 6/29/2016 | J. Hyland | 2.9 | Reviewed claim recovery calculations for the Committee. |
| 6/29/2016 | A. Cowie | 2.8 | Continued to prepare presentation on creditor recoveries for the UCC. |
| 6/29/2016 | A. Cowie | 2.3 | Continued to prepare presentation on creditor recoveries for the UCC. |
| 6/29/2016 | J. Hyland | 2.0 | Continued reviewing claim recovery calculations for the Committee. |
| 6/29/2016 | J. Borow | 1.8 | Reviewed recovery scenarios in both substantive and unconsolidated considerations. |
| 6/30/2016 | A. Cowie | 2.9 | Prepared presentation on creditor recoveries for the UCC. |
| 6/30/2016 | A. Cowie | 1.8 | Continued to prepare presentation on creditor recoveries for the UCC. |
| **Task Code Total Hours** | | **108.9** | |
| **11. Claim Analysis/Accounting** | | | |
| 6/15/2016 | J. Hyland | 2.4 | Analyzed specific claim in U.S. estate. |
| 6/15/2016 | J. Hyland | 2.3 | Continued analyzing specific claim in U.S. estate. |
| 6/29/2016 | J. Hyland | 1.2 | Analyzed claims in U.S. claims motion. |
| 6/29/2016 | J. Hyland | 0.1 | Conducted call with M. Kennedy (Chilmark) re: U.S. claims motion. |
| 6/30/2016 | J. Hyland | 1.1 | Reviewed SNMP brief in opposition to Debtors' motion to clarify. |
| **Task Code Total Hours** | | **7.1** | |
| **18. Operating and Other Reports** | | | |
| 6/29/2016 | J. Hyland | 1.6 | Analyzed May MOR issued by the U.S. Debtors. |
| **Task Code Total Hours** | | **1.6** | |
| **19. Cash Flow/Cash Management Liquidity** | | | |
| 6/8/2016 | J. Hyland | 2.9 | Analyzed cash balances and cash forecasts. |
| 6/8/2016 | J. Hyland | 2.7 | Continued analyzing cash balances and cash forecasts. |
| 6/22/2016 | J. Hyland | 0.5 | Reviewed NNL cash forecast as of 6/12/2016. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **19. Cash Flow/Cash Management Liquidity** | | | |
| 6/30/2016 | A. Cowie | 0.2 | Analyzed updated world cash positions report provided by the Debtors. |
| **Task Code Total Hours** | | **6.3** | |
| **Total Hours** | | **305.3** | |