## Exhibit B

4812-4389-3303.1

**Nortel Networks, Inc.**
**Expenses**

| Employee | Description | Transaction Date | Expenses |
|---|---|---|---|
| Trozzo,Roseann (US010961420) | Mass Trans: Meetings with Jennie H. on Nortel Account\\NYC to Metro park NJ | 6/2/2016 | $21.50 |
| Mills,Rebecca Hinson (US013300310) | Mileage: Mileage for day trip to and from Raleigh for on site meeting with RLKS/Nortel team, including K. Schultea, K. Lowery, J. Heroy, L. Barrios, Raj, etc. \\CLT to Raleigh and back | 4/19/2016 | $172.80 |
| Adams,Elizabeth Trimble (US013776696) | Mileage: Travel to Nortel to pick up USVI check to be mailed along with annual report filing.\\EY Raleigh to Nortel, RTP, NC | 6/16/2016 | $4.86 |
| Wood,Jeffrey T (US013081390) | Mileage: \\client location and back | 6/23/2016 | $7.56 |
| Wood,Jeffrey T (US013081390) | Mileage: \\To client location and back | 6/20/2016 | $8.64 |
| | | Totals $ | 215.36 |