**<u>Exhibit B</u>**

**EXPENSE SUMMARY**[1]
Nortel Networks Inc., *et al.*
(Case No. 09-10138 (KG))

July 1, 2016 through July 31, 2016

| Expense Category | | Total Expenses |
|---|---|---|
| Telephone | | $57.98 |
| Travel – Transportation | | 147.04 |
| Mailing & Shipping Charges | | 52.00 |
| Duplicating Charges (at $0.10/page) | | 1,257.10 |
| Legal Research | Lexis | 2,153.46 |
| | Westlaw | 9,417.73 |
| Late Work – Meals | | 482.24 |
| Late Work – Transportation | | 1,408.93 |
| Conference Meals | | 330.06 |
| Other | | 491.17 |
| Expert Expenses | | 166,767.00 |
| **Grand Total Expenses** | | **$182,564.71** |

---

[1]    Note: This Application includes certain expenses incurred during a period related to a previously submitted fee application, but not entered into the Cleary Gottlieb accounting system until the period covered by this Application.

**EXPENSE SUMMARY**
**July 1, 2016 through July 31, 2016**

In re Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

Note: This Application includes certain expenses incurred during a period related to a previously submitted fee application but not entered into the Cleary Gottlieb accounting system until the period covered by this Application.

| Date | Amount | Narrative |
|---|---|---|
| **Telephone** | | |
| | | |
| 5/13/2016 | 5.86 | Conference Call Charges Conf. ID :     Name: Lucas Hakkenberg |
| 5/17/2016 | 3.44 | Conference Call Charges Conf. ID :     Name: Kara A. Hailey |
| 5/18/2016 | 8.31 | Conference Call Charges Conf. ID :     Name: Lucas Hakkenberg |
| 5/18/2016 | 3.53 | Conference Call Charges Conf. ID :     Name: Matthew Livingston |
| 5/19/2016 | 2.93 | Conference Call Charges Conf. ID :     Name: Russell Eckenrod |
| 5/25/2016 | 2.87 | Conference Call Charges Conf. ID :     Name: Matthew Livingston |
| 5/31/2016 | 1.22 | Conference Call Charges Conf. ID :     Name: Matthew Livingston |
| 5/31/2016 | 1.43 | Conference Call Charges Conf. ID :     Name: Philip Cantwell |
| 6/1/2016 | 1.43 | Conference Call Charges Conf. ID :     Name: Matthew Livingston |
| 6/1/2016 | 3.00 | Conference Call Charges Conf. ID :     Name: Matthew Livingston |
| 6/2/2016 | 7.87 | Conference Call Charges Conf. ID :     Name: Rebecca Reeb |
| 6/3/2016 | 4.56 | Conference Call Charges Conf. ID :     Name: Margot Gianis |
| 6/8/2016 | 3.20 | Conference Call Charges Conf. ID :     Name: Matthew Livingston |
| 6/9/2016 | 3.02 | Conference Call Charges Conf. ID :     Name: Philip Cantwell |
| 6/10/2016 | 5.31 | Conference Call Charges Conf. ID :     Name: Matthew Livingston |
| **TOTAL:** | **57.98** | |
| | | |
| **Travel - Transportation** | | |
| | | |
| 6/6/2016 | 11.75 | TRAVEL - TRANSPORTATION - Livingston (ride to train station) |
| 6/22/2016 | 55.95 | TRAVEL - TRANSPORTATION - Schweitzer (ride to airport) |
| 6/29/2016 | 79.34 | TRAVEL - TRANSPORTATION - Schweitzer (ride to airport) |
| **TOTAL:** | **147.04** | |
| | | |
| **Mailing & Shipping Charges** | | |
| | | |
| 6/15/2016 | 34.04 | SHIPPING CHARGES Inv#: 662771764  Track#: 671479870105 |
| 7/1/2016 | 9.75 | SHIPPING CHARGES Inv#: 547261470  Track#: 671479875758 |
| 7/5/2016 | 8.21 | SHIPPING CHARGES Inv#: 547387178  Track#: 671479876478 |
| **TOTAL:** | **52.00** | |
| | | |
| **Duplicating Charges (@ $0.10/page)** | | |
| | | |
| 6/30/2016 | 11.80 | NY DUPLICATING |

**EXPENSE SUMMARY**
July 1, 2016 through July 31, 2016

| Date | Amount | Narrative |
|------|--------|-----------|
| 6/30/2016 | 0.30 | NY DUPLICATING XEROX |
| 6/30/2016 | 1.10 | NY DUPLICATING XEROX |
| 6/30/2016 | 1.10 | NY DUPLICATING XEROX |
| 6/30/2016 | 1.10 | NY DUPLICATING XEROX |
| 6/30/2016 | 1.80 | NY DUPLICATING XEROX |
| 6/30/2016 | 5.80 | NY DUPLICATING XEROX |
| 6/30/2016 | 7.20 | NY DUPLICATING XEROX |
| 6/30/2016 | 8.00 | NY DUPLICATING XEROX |
| 7/1/2016 | 0.10 | NY DUPLICATING |
| 7/5/2016 | 1.00 | NY DUPLICATING |
| 7/5/2016 | 11.00 | NY DUPLICATING XEROX |
| 7/6/2016 | 0.30 | NY DUPLICATING XEROX |
| 7/7/2016 | 0.30 | NY DUPLICATING |
| 7/7/2016 | 0.30 | NY DUPLICATING XEROX |
| 7/7/2016 | 0.30 | NY DUPLICATING XEROX |
| 7/7/2016 | 5.60 | NY DUPLICATING XEROX |
| 7/8/2016 | 8.50 | NY DUPLICATING XEROX |
| 7/12/2016 | 0.40 | NY DUPLICATING XEROX |
| 7/12/2016 | 3.50 | NY DUPLICATING XEROX |
| 7/18/2016 | 1.50 | NY DUPLICATING XEROX |
| 7/18/2016 | 2.00 | NY DUPLICATING XEROX |
| 7/18/2016 | 3.70 | NY DUPLICATING XEROX |
| 7/18/2016 | 4.30 | NY DUPLICATING XEROX |
| 7/18/2016 | 6.30 | NY DUPLICATING XEROX |
| 7/19/2016 | 0.10 | NY DUPLICATING XEROX |
| 7/19/2016 | 0.20 | NY DUPLICATING XEROX |
| 7/19/2016 | 0.20 | NY DUPLICATING XEROX |
| 7/19/2016 | 0.20 | NY DUPLICATING XEROX |
| 7/19/2016 | 0.20 | NY DUPLICATING XEROX |
| 7/19/2016 | 0.20 | NY DUPLICATING XEROX |
| 7/19/2016 | 0.30 | NY DUPLICATING XEROX |
| 7/19/2016 | 0.30 | NY DUPLICATING XEROX |
| 7/19/2016 | 0.30 | NY DUPLICATING XEROX |
| 7/19/2016 | 0.30 | NY DUPLICATING XEROX |
| 7/19/2016 | 0.30 | NY DUPLICATING XEROX |
| 7/19/2016 | 0.30 | NY DUPLICATING XEROX |
| 7/19/2016 | 0.40 | NY DUPLICATING XEROX |
| 7/19/2016 | 0.40 | NY DUPLICATING XEROX |
| 7/19/2016 | 0.40 | NY DUPLICATING XEROX |
| 7/19/2016 | 0.40 | NY DUPLICATING XEROX |

| Date | Amount | Narrative |
|------|--------|-----------|
| 7/19/2016 | 0.40 | NY DUPLICATING XEROX |
| 7/19/2016 | 0.40 | NY DUPLICATING XEROX |
| 7/19/2016 | 0.40 | NY DUPLICATING XEROX |
| 7/19/2016 | 0.40 | NY DUPLICATING XEROX |
| 7/19/2016 | 0.40 | NY DUPLICATING XEROX |
| 7/19/2016 | 0.40 | NY DUPLICATING XEROX |
| 7/19/2016 | 0.40 | NY DUPLICATING XEROX |
| 7/19/2016 | 0.40 | NY DUPLICATING XEROX |
| 7/19/2016 | 0.40 | NY DUPLICATING XEROX |
| 7/19/2016 | 0.40 | NY DUPLICATING XEROX |
| 7/19/2016 | 0.50 | NY DUPLICATING XEROX |
| 7/19/2016 | 0.60 | NY DUPLICATING XEROX |
| 7/19/2016 | 0.60 | NY DUPLICATING XEROX |
| 7/19/2016 | 0.60 | NY DUPLICATING XEROX |
| 7/19/2016 | 0.60 | NY DUPLICATING XEROX |
| 7/19/2016 | 0.60 | NY DUPLICATING XEROX |
| 7/19/2016 | 0.60 | NY DUPLICATING XEROX |
| 7/19/2016 | 0.60 | NY DUPLICATING XEROX |
| 7/19/2016 | 0.70 | NY DUPLICATING XEROX |
| 7/19/2016 | 0.70 | NY DUPLICATING XEROX |
| 7/19/2016 | 0.70 | NY DUPLICATING XEROX |
| 7/19/2016 | 0.80 | NY DUPLICATING XEROX |
| 7/19/2016 | 0.80 | NY DUPLICATING XEROX |
| 7/19/2016 | 0.80 | NY DUPLICATING XEROX |
| 7/19/2016 | 0.80 | NY DUPLICATING XEROX |
| 7/19/2016 | 0.80 | NY DUPLICATING XEROX |
| 7/19/2016 | 0.80 | NY DUPLICATING XEROX |
| 7/19/2016 | 0.80 | NY DUPLICATING XEROX |
| 7/19/2016 | 0.80 | NY DUPLICATING XEROX |
| 7/19/2016 | 0.80 | NY DUPLICATING XEROX |
| 7/19/2016 | 0.80 | NY DUPLICATING XEROX |
| 7/19/2016 | 0.90 | NY DUPLICATING XEROX |
| 7/19/2016 | 1.00 | NY DUPLICATING XEROX |
| 7/19/2016 | 1.10 | NY DUPLICATING XEROX |
| 7/19/2016 | 1.10 | NY DUPLICATING XEROX |
| 7/19/2016 | 1.20 | NY DUPLICATING XEROX |
| 7/19/2016 | 1.20 | NY DUPLICATING XEROX |
| 7/19/2016 | 1.20 | NY DUPLICATING XEROX |
| 7/19/2016 | 1.20 | NY DUPLICATING XEROX |

| Date | Amount | Narrative |
|------|--------|-----------|
| 7/19/2016 | 1.20 | NY DUPLICATING XEROX |
| 7/19/2016 | 1.20 | NY DUPLICATING XEROX |
| 7/19/2016 | 1.30 | NY DUPLICATING XEROX |
| 7/19/2016 | 1.30 | NY DUPLICATING XEROX |
| 7/19/2016 | 1.30 | NY DUPLICATING XEROX |
| 7/19/2016 | 1.40 | NY DUPLICATING XEROX |
| 7/19/2016 | 1.40 | NY DUPLICATING XEROX |
| 7/19/2016 | 1.60 | NY DUPLICATING XEROX |
| 7/19/2016 | 1.60 | NY DUPLICATING XEROX |
| 7/19/2016 | 1.70 | NY DUPLICATING XEROX |
| 7/19/2016 | 1.80 | NY DUPLICATING XEROX |
| 7/19/2016 | 1.90 | NY DUPLICATING XEROX |
| 7/19/2016 | 2.00 | NY DUPLICATING XEROX |
| 7/19/2016 | 2.00 | NY DUPLICATING XEROX |
| 7/19/2016 | 2.00 | NY DUPLICATING XEROX |
| 7/19/2016 | 2.20 | NY DUPLICATING XEROX |
| 7/19/2016 | 2.20 | NY DUPLICATING XEROX |
| 7/19/2016 | 2.30 | NY DUPLICATING XEROX |
| 7/19/2016 | 2.30 | NY DUPLICATING XEROX |
| 7/19/2016 | 2.40 | NY DUPLICATING XEROX |
| 7/19/2016 | 2.40 | NY DUPLICATING XEROX |
| 7/19/2016 | 2.60 | NY DUPLICATING XEROX |
| 7/19/2016 | 2.60 | NY DUPLICATING XEROX |
| 7/19/2016 | 2.60 | NY DUPLICATING XEROX |
| 7/19/2016 | 3.20 | NY DUPLICATING XEROX |
| 7/19/2016 | 3.20 | NY DUPLICATING XEROX |
| 7/19/2016 | 3.30 | NY DUPLICATING XEROX |
| 7/19/2016 | 3.80 | NY DUPLICATING XEROX |
| 7/19/2016 | 3.80 | NY DUPLICATING XEROX |
| 7/19/2016 | 3.80 | NY DUPLICATING XEROX |
| 7/19/2016 | 3.90 | NY DUPLICATING XEROX |
| 7/19/2016 | 4.00 | NY DUPLICATING XEROX |
| 7/19/2016 | 4.00 | NY DUPLICATING XEROX |
| 7/19/2016 | 4.60 | NY DUPLICATING XEROX |
| 7/19/2016 | 4.60 | NY DUPLICATING XEROX |
| 7/19/2016 | 4.80 | NY DUPLICATING XEROX |
| 7/19/2016 | 6.20 | NY DUPLICATING XEROX |
| 7/19/2016 | 6.40 | NY DUPLICATING XEROX |
| 7/19/2016 | 6.60 | NY DUPLICATING XEROX |
| 7/19/2016 | 7.40 | NY DUPLICATING XEROX |

**EXPENSE SUMMARY**
**July 1, 2016 through July 31, 2016**

*In re Nortel Networks Inc., et al.*
*(Case No. 09-10138 (KG))*

| Date | Amount | Narrative |
| --- | --- | --- |
| 7/19/2016 | 7.60 | NY DUPLICATING XEROX |
| 7/19/2016 | 7.60 | NY DUPLICATING XEROX |
| 7/19/2016 | 7.80 | NY DUPLICATING XEROX |
| 7/19/2016 | 9.20 | NY DUPLICATING XEROX |
| 7/19/2016 | 11.90 | NY DUPLICATING XEROX |
| 7/19/2016 | 13.40 | NY DUPLICATING XEROX |
| 7/19/2016 | 14.20 | NY DUPLICATING XEROX |
| 7/19/2016 | 18.60 | NY DUPLICATING XEROX |
| 7/19/2016 | 23.80 | NY DUPLICATING XEROX |
| 7/19/2016 | 26.80 | NY DUPLICATING XEROX |
| 7/19/2016 | 28.40 | NY DUPLICATING XEROX |
| 7/19/2016 | 36.60 | NY DUPLICATING XEROX |
| 7/20/2016 | 0.30 | NY DUPLICATING XEROX |
| 7/20/2016 | 0.30 | NY DUPLICATING XEROX |
| 7/20/2016 | 0.30 | NY DUPLICATING XEROX |
| 7/20/2016 | 6.60 | NY DUPLICATING XEROX |
| 7/20/2016 | 6.60 | NY DUPLICATING XEROX |
| 7/21/2016 | 0.10 | NY DUPLICATING XEROX |
| 7/21/2016 | 0.10 | NY DUPLICATING XEROX |
| 7/21/2016 | 0.10 | NY DUPLICATING XEROX |
| 7/21/2016 | 0.20 | NY DUPLICATING XEROX |
| 7/21/2016 | 0.20 | NY DUPLICATING XEROX |
| 7/21/2016 | 0.50 | NY DUPLICATING XEROX |
| 7/21/2016 | 0.60 | NY DUPLICATING XEROX |
| 7/21/2016 | 0.60 | NY DUPLICATING XEROX |
| 7/21/2016 | 0.60 | NY DUPLICATING XEROX |
| 7/21/2016 | 0.80 | NY DUPLICATING XEROX |
| 7/21/2016 | 1.20 | NY DUPLICATING XEROX |
| 7/21/2016 | 1.80 | NY DUPLICATING XEROX |
| 7/21/2016 | 1.90 | NY DUPLICATING XEROX |
| 7/21/2016 | 1.90 | NY DUPLICATING XEROX |
| 7/21/2016 | 1.90 | NY DUPLICATING XEROX |
| 7/21/2016 | 2.30 | NY DUPLICATING XEROX |
| 7/21/2016 | 2.30 | NY DUPLICATING XEROX |
| 7/21/2016 | 2.80 | NY DUPLICATING XEROX |
| 7/21/2016 | 2.90 | NY DUPLICATING XEROX |
| 7/21/2016 | 2.90 | NY DUPLICATING XEROX |
| 7/21/2016 | 4.60 | NY DUPLICATING XEROX |
| 7/21/2016 | 27.60 | NY DUPLICATING XEROX |
| 7/21/2016 | 64.40 | NY DUPLICATING XEROX |

**EXPENSE SUMMARY**
**July 1, 2016 through July 31, 2016**

In re Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

| Date | Amount | Narrative |
|------|--------|-----------|
| 7/22/2016 | 0.10 | NY DUPLICATING XEROX |
| 7/22/2016 | 0.20 | NY DUPLICATING XEROX |
| 7/22/2016 | 0.20 | NY DUPLICATING XEROX |
| 7/22/2016 | 0.20 | NY DUPLICATING XEROX |
| 7/22/2016 | 0.20 | NY DUPLICATING XEROX |
| 7/22/2016 | 0.20 | NY DUPLICATING XEROX |
| 7/22/2016 | 0.20 | NY DUPLICATING XEROX |
| 7/22/2016 | 0.20 | NY DUPLICATING XEROX |
| 7/22/2016 | 0.30 | NY DUPLICATING XEROX |
| 7/22/2016 | 0.40 | NY DUPLICATING XEROX |
| 7/22/2016 | 0.50 | NY DUPLICATING XEROX |
| 7/22/2016 | 0.60 | NY DUPLICATING XEROX |
| 7/22/2016 | 0.70 | NY DUPLICATING XEROX |
| 7/22/2016 | 0.90 | NY DUPLICATING XEROX |
| 7/22/2016 | 1.00 | NY DUPLICATING XEROX |
| 7/22/2016 | 1.10 | NY DUPLICATING XEROX |
| 7/22/2016 | 1.30 | NY DUPLICATING XEROX |
| 7/22/2016 | 1.40 | NY DUPLICATING XEROX |
| 7/22/2016 | 1.60 | NY DUPLICATING XEROX |
| 7/22/2016 | 1.90 | NY DUPLICATING XEROX |
| 7/22/2016 | 1.90 | NY DUPLICATING XEROX |
| 7/22/2016 | 2.00 | NY DUPLICATING XEROX |
| 7/22/2016 | 2.30 | NY DUPLICATING XEROX |
| 7/22/2016 | 2.60 | NY DUPLICATING XEROX |
| 7/22/2016 | 3.00 | NY DUPLICATING XEROX |
| 7/22/2016 | 3.30 | NY DUPLICATING XEROX |
| 7/22/2016 | 3.40 | NY DUPLICATING XEROX |
| 7/22/2016 | 3.60 | NY DUPLICATING XEROX |
| 7/22/2016 | 3.80 | NY DUPLICATING XEROX |
| 7/22/2016 | 4.00 | NY DUPLICATING XEROX |
| 7/22/2016 | 4.00 | NY DUPLICATING XEROX |
| 7/22/2016 | 4.50 | NY DUPLICATING XEROX |
| 7/22/2016 | 4.60 | NY DUPLICATING XEROX |
| 7/22/2016 | 5.40 | NY DUPLICATING XEROX |
| 7/22/2016 | 11.90 | NY DUPLICATING XEROX |
| 7/24/2016 | 0.30 | NY DUPLICATING XEROX |
| 7/24/2016 | 0.40 | NY DUPLICATING XEROX |
| 7/24/2016 | 2.30 | NY DUPLICATING XEROX |
| 7/24/2016 | 7.10 | NY DUPLICATING XEROX |
| 7/25/2016 | 0.10 | NY DUPLICATING |

| Date | Amount | Narrative |
|---|---|---|
| 7/25/2016 | 5.30 | NY DUPLICATING |
| 7/25/2016 | 0.10 | NY DUPLICATING XEROX |
| 7/25/2016 | 0.10 | NY DUPLICATING XEROX |
| 7/25/2016 | 0.10 | NY DUPLICATING XEROX |
| 7/25/2016 | 0.10 | NY DUPLICATING XEROX |
| 7/25/2016 | 0.20 | NY DUPLICATING XEROX |
| 7/25/2016 | 0.20 | NY DUPLICATING XEROX |
| 7/25/2016 | 0.20 | NY DUPLICATING XEROX |
| 7/25/2016 | 0.20 | NY DUPLICATING XEROX |
| 7/25/2016 | 0.20 | NY DUPLICATING XEROX |
| 7/25/2016 | 0.20 | NY DUPLICATING XEROX |
| 7/25/2016 | 0.20 | NY DUPLICATING XEROX |
| 7/25/2016 | 0.20 | NY DUPLICATING XEROX |
| 7/25/2016 | 0.20 | NY DUPLICATING XEROX |
| 7/25/2016 | 0.20 | NY DUPLICATING XEROX |
| 7/25/2016 | 0.20 | NY DUPLICATING XEROX |
| 7/25/2016 | 0.20 | NY DUPLICATING XEROX |
| 7/25/2016 | 0.20 | NY DUPLICATING XEROX |
| 7/25/2016 | 0.20 | NY DUPLICATING XEROX |
| 7/25/2016 | 0.30 | NY DUPLICATING XEROX |
| 7/25/2016 | 0.30 | NY DUPLICATING XEROX |
| 7/25/2016 | 0.40 | NY DUPLICATING XEROX |
| 7/25/2016 | 0.40 | NY DUPLICATING XEROX |
| 7/25/2016 | 0.40 | NY DUPLICATING XEROX |
| 7/25/2016 | 0.40 | NY DUPLICATING XEROX |
| 7/25/2016 | 0.40 | NY DUPLICATING XEROX |
| 7/25/2016 | 0.40 | NY DUPLICATING XEROX |
| 7/25/2016 | 0.60 | NY DUPLICATING XEROX |
| 7/25/2016 | 0.60 | NY DUPLICATING XEROX |
| 7/25/2016 | 0.60 | NY DUPLICATING XEROX |
| 7/25/2016 | 0.70 | NY DUPLICATING XEROX |
| 7/25/2016 | 0.70 | NY DUPLICATING XEROX |
| 7/25/2016 | 0.80 | NY DUPLICATING XEROX |
| 7/25/2016 | 0.80 | NY DUPLICATING XEROX |
| 7/25/2016 | 0.80 | NY DUPLICATING XEROX |
| 7/25/2016 | 0.80 | NY DUPLICATING XEROX |
| 7/25/2016 | 0.80 | NY DUPLICATING XEROX |
| 7/25/2016 | 0.80 | NY DUPLICATING XEROX |

| Date | Amount | Narrative |
|---|---|---|
| 7/25/2016 | 0.80 | NY DUPLICATING XEROX |
| 7/25/2016 | 0.80 | NY DUPLICATING XEROX |
| 7/25/2016 | 0.80 | NY DUPLICATING XEROX |
| 7/25/2016 | 0.80 | NY DUPLICATING XEROX |
| 7/25/2016 | 0.80 | NY DUPLICATING XEROX |
| 7/25/2016 | 0.90 | NY DUPLICATING XEROX |
| 7/25/2016 | 0.90 | NY DUPLICATING XEROX |
| 7/25/2016 | 1.20 | NY DUPLICATING XEROX |
| 7/25/2016 | 1.20 | NY DUPLICATING XEROX |
| 7/25/2016 | 1.20 | NY DUPLICATING XEROX |
| 7/25/2016 | 1.50 | NY DUPLICATING XEROX |
| 7/25/2016 | 1.50 | NY DUPLICATING XEROX |
| 7/25/2016 | 1.60 | NY DUPLICATING XEROX |
| 7/25/2016 | 1.60 | NY DUPLICATING XEROX |
| 7/25/2016 | 1.60 | NY DUPLICATING XEROX |
| 7/25/2016 | 1.60 | NY DUPLICATING XEROX |
| 7/25/2016 | 1.60 | NY DUPLICATING XEROX |
| 7/25/2016 | 1.60 | NY DUPLICATING XEROX |
| 7/25/2016 | 1.80 | NY DUPLICATING XEROX |
| 7/25/2016 | 1.80 | NY DUPLICATING XEROX |
| 7/25/2016 | 2.00 | NY DUPLICATING XEROX |
| 7/25/2016 | 2.00 | NY DUPLICATING XEROX |
| 7/25/2016 | 2.20 | NY DUPLICATING XEROX |
| 7/25/2016 | 2.20 | NY DUPLICATING XEROX |
| 7/25/2016 | 2.40 | NY DUPLICATING XEROX |
| 7/25/2016 | 2.40 | NY DUPLICATING XEROX |
| 7/25/2016 | 2.40 | NY DUPLICATING XEROX |
| 7/25/2016 | 2.40 | NY DUPLICATING XEROX |
| 7/25/2016 | 2.60 | NY DUPLICATING XEROX |
| 7/25/2016 | 2.60 | NY DUPLICATING XEROX |
| 7/25/2016 | 2.70 | NY DUPLICATING XEROX |
| 7/25/2016 | 2.80 | NY DUPLICATING XEROX |
| 7/25/2016 | 2.80 | NY DUPLICATING XEROX |
| 7/25/2016 | 3.10 | NY DUPLICATING XEROX |
| 7/25/2016 | 3.10 | NY DUPLICATING XEROX |
| 7/25/2016 | 3.20 | NY DUPLICATING XEROX |
| 7/25/2016 | 3.20 | NY DUPLICATING XEROX |
| 7/25/2016 | 3.60 | NY DUPLICATING XEROX |
| 7/25/2016 | 3.60 | NY DUPLICATING XEROX |
| 7/25/2016 | 4.00 | NY DUPLICATING XEROX |

**EXPENSE SUMMARY**
**July 1, 2016 through July 31, 2016**

In re Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

| Date | Amount | Narrative |
|------|--------|-----------|
| 7/25/2016 | 4.00 | NY DUPLICATING XEROX |
| 7/25/2016 | 4.00 | NY DUPLICATING XEROX |
| 7/25/2016 | 4.10 | NY DUPLICATING XEROX |
| 7/25/2016 | 4.10 | NY DUPLICATING XEROX |
| 7/25/2016 | 4.30 | NY DUPLICATING XEROX |
| 7/25/2016 | 4.30 | NY DUPLICATING XEROX |
| 7/25/2016 | 4.60 | NY DUPLICATING XEROX |
| 7/25/2016 | 4.60 | NY DUPLICATING XEROX |
| 7/25/2016 | 4.80 | NY DUPLICATING XEROX |
| 7/25/2016 | 5.60 | NY DUPLICATING XEROX |
| 7/25/2016 | 6.40 | NY DUPLICATING XEROX |
| 7/25/2016 | 8.40 | NY DUPLICATING XEROX |
| 7/25/2016 | 10.80 | NY DUPLICATING XEROX |
| 7/25/2016 | 12.80 | NY DUPLICATING XEROX |
| 7/25/2016 | 14.20 | NY DUPLICATING XEROX |
| 7/26/2016 | 0.10 | NY DUPLICATING XEROX |
| 7/26/2016 | 0.20 | NY DUPLICATING XEROX |
| 7/26/2016 | 0.20 | NY DUPLICATING XEROX |
| 7/26/2016 | 0.20 | NY DUPLICATING XEROX |
| 7/26/2016 | 0.30 | NY DUPLICATING XEROX |
| 7/26/2016 | 0.30 | NY DUPLICATING XEROX |
| 7/26/2016 | 0.30 | NY DUPLICATING XEROX |
| 7/26/2016 | 0.40 | NY DUPLICATING XEROX |
| 7/26/2016 | 0.50 | NY DUPLICATING XEROX |
| 7/26/2016 | 0.50 | NY DUPLICATING XEROX |
| 7/26/2016 | 0.50 | NY DUPLICATING XEROX |
| 7/26/2016 | 0.90 | NY DUPLICATING XEROX |
| 7/26/2016 | 1.10 | NY DUPLICATING XEROX |
| 7/26/2016 | 1.10 | NY DUPLICATING XEROX |
| 7/26/2016 | 1.30 | NY DUPLICATING XEROX |
| 7/26/2016 | 1.30 | NY DUPLICATING XEROX |
| 7/26/2016 | 1.30 | NY DUPLICATING XEROX |
| 7/26/2016 | 1.30 | NY DUPLICATING XEROX |
| 7/26/2016 | 1.40 | NY DUPLICATING XEROX |
| 7/26/2016 | 1.50 | NY DUPLICATING XEROX |
| 7/26/2016 | 1.50 | NY DUPLICATING XEROX |
| 7/26/2016 | 1.60 | NY DUPLICATING XEROX |
| 7/26/2016 | 1.90 | NY DUPLICATING XEROX |
| 7/26/2016 | 2.10 | NY DUPLICATING XEROX |
| 7/26/2016 | 2.20 | NY DUPLICATING XEROX |

**EXPENSE SUMMARY**
**July 1, 2016 through July 31, 2016**

In re Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

| Date | Amount | Narrative |
|------|--------|-----------|
| 7/26/2016 | 2.30 | NY DUPLICATING XEROX |
| 7/26/2016 | 3.30 | NY DUPLICATING XEROX |
| 7/26/2016 | 4.00 | NY DUPLICATING XEROX |
| 7/26/2016 | 4.30 | NY DUPLICATING XEROX |
| 7/26/2016 | 4.40 | NY DUPLICATING XEROX |
| 7/26/2016 | 4.90 | NY DUPLICATING XEROX |
| 7/26/2016 | 4.90 | NY DUPLICATING XEROX |
| 7/26/2016 | 5.30 | NY DUPLICATING XEROX |
| 7/26/2016 | 5.80 | NY DUPLICATING XEROX |
| 7/26/2016 | 6.10 | NY DUPLICATING XEROX |
| 7/26/2016 | 6.20 | NY DUPLICATING XEROX |
| 7/26/2016 | 7.10 | NY DUPLICATING XEROX |
| 7/26/2016 | 7.20 | NY DUPLICATING XEROX |
| 7/26/2016 | 7.80 | NY DUPLICATING XEROX |
| 7/26/2016 | 8.70 | NY DUPLICATING XEROX |
| 7/26/2016 | 12.20 | NY DUPLICATING XEROX |
| 7/26/2016 | 15.20 | NY DUPLICATING XEROX |
| 7/26/2016 | 32.80 | NY DUPLICATING XEROX |
| 7/26/2016 | 72.30 | NY DUPLICATING XEROX |
| 7/27/2016 | 2.70 | NY DUPLICATING XEROX |
| 7/27/2016 | 6.90 | NY DUPLICATING XEROX |
| 7/28/2016 | 0.10 | NY DUPLICATING XEROX |
| 7/28/2016 | 0.10 | NY DUPLICATING XEROX |
| 7/28/2016 | 0.20 | NY DUPLICATING XEROX |
| 7/28/2016 | 0.20 | NY DUPLICATING XEROX |
| 7/28/2016 | 0.20 | NY DUPLICATING XEROX |
| 7/28/2016 | 0.20 | NY DUPLICATING XEROX |
| 7/28/2016 | 0.20 | NY DUPLICATING XEROX |
| 7/28/2016 | 0.20 | NY DUPLICATING XEROX |
| 7/28/2016 | 0.20 | NY DUPLICATING XEROX |
| 7/28/2016 | 0.30 | NY DUPLICATING XEROX |
| 7/28/2016 | 0.40 | NY DUPLICATING XEROX |
| 7/28/2016 | 0.40 | NY DUPLICATING XEROX |
| 7/28/2016 | 0.60 | NY DUPLICATING XEROX |
| 7/28/2016 | 0.90 | NY DUPLICATING XEROX |
| 7/28/2016 | 0.90 | NY DUPLICATING XEROX |
| 7/28/2016 | 1.00 | NY DUPLICATING XEROX |
| 7/28/2016 | 1.00 | NY DUPLICATING XEROX |
| 7/28/2016 | 1.10 | NY DUPLICATING XEROX |

**EXPENSE SUMMARY**
**July 1, 2016 through July 31, 2016**

In re Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

| Date | Amount | Narrative |
|------|--------|-----------|
| 7/28/2016 | 1.10 | NY DUPLICATING XEROX |
| 7/28/2016 | 1.10 | NY DUPLICATING XEROX |
| 7/28/2016 | 1.10 | NY DUPLICATING XEROX |
| 7/28/2016 | 1.20 | NY DUPLICATING XEROX |
| 7/28/2016 | 1.20 | NY DUPLICATING XEROX |
| 7/28/2016 | 1.20 | NY DUPLICATING XEROX |
| 7/28/2016 | 1.30 | NY DUPLICATING XEROX |
| 7/28/2016 | 1.30 | NY DUPLICATING XEROX |
| 7/28/2016 | 1.30 | NY DUPLICATING XEROX |
| 7/28/2016 | 1.60 | NY DUPLICATING XEROX |
| 7/28/2016 | 1.60 | NY DUPLICATING XEROX |
| 7/28/2016 | 1.60 | NY DUPLICATING XEROX |
| 7/28/2016 | 1.60 | NY DUPLICATING XEROX |
| 7/28/2016 | 1.70 | NY DUPLICATING XEROX |
| 7/28/2016 | 2.00 | NY DUPLICATING XEROX |
| 7/28/2016 | 2.00 | NY DUPLICATING XEROX |
| 7/28/2016 | 2.60 | NY DUPLICATING XEROX |
| 7/28/2016 | 2.60 | NY DUPLICATING XEROX |
| 7/28/2016 | 3.00 | NY DUPLICATING XEROX |
| 7/28/2016 | 4.20 | NY DUPLICATING XEROX |
| 7/28/2016 | 7.90 | NY DUPLICATING XEROX |
| 7/28/2016 | 14.10 | NY DUPLICATING XEROX |
| 7/29/2016 | 0.10 | NY DUPLICATING XEROX |
| 7/29/2016 | 0.10 | NY DUPLICATING XEROX |
| 7/29/2016 | 0.20 | NY DUPLICATING XEROX |
| 7/29/2016 | 0.30 | NY DUPLICATING XEROX |
| 7/29/2016 | 0.40 | NY DUPLICATING XEROX |
| 7/29/2016 | 0.60 | NY DUPLICATING XEROX |
| 7/29/2016 | 0.80 | NY DUPLICATING XEROX |
| 7/29/2016 | 1.00 | NY DUPLICATING XEROX |
| 7/29/2016 | 4.20 | NY DUPLICATING XEROX |
| 7/29/2016 | 13.50 | NY DUPLICATING XEROX |
| 7/29/2016 | 58.60 | NY DUPLICATING XEROX |
| **TOTAL:** | **1,257.10** | |
| | | |
| **Legal Research - Lexis** | | |
| | | |
| 6/1/2016 | 0.79 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 6/1/2016 | 1.57 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 6/2/2016 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |

**EXPENSE SUMMARY**
**July 1, 2016 through July 31, 2016**

In re Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

| Date | Amount | Narrative |
|------|--------|-----------|
| 6/2/2016 | 1.55 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 6/3/2016 | 0.79 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 6/3/2016 | 1.57 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 6/4/2016 | 0.80 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 6/4/2016 | 1.58 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 6/5/2016 | 0.78 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 6/5/2016 | 1.58 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 6/6/2016 | 0.78 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 6/6/2016 | 1.56 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 6/7/2016 | 0.79 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 6/7/2016 | 1.58 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 6/8/2016 | 0.79 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 6/8/2016 | 1.57 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 6/9/2016 | 0.78 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 6/9/2016 | 1.55 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 6/10/2016 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 6/10/2016 | 1.57 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 6/11/2016 | 0.79 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 6/11/2016 | 1.57 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 6/12/2016 | 0.79 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 6/12/2016 | 1.55 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 6/13/2016 | 195.98 | COMPUTER RESEARCH - LEXIS |
| 6/13/2016 | 425.70 | COMPUTER RESEARCH - LEXIS |
| 6/13/2016 | 0.79 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 6/13/2016 | 1.57 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 6/14/2016 | 0.79 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 6/14/2016 | 1.57 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 6/15/2016 | 0.79 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 6/15/2016 | 1.58 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 6/16/2016 | 50.08 | COMPUTER RESEARCH - LEXIS |
| 6/16/2016 | 50.08 | COMPUTER RESEARCH - LEXIS |
| 6/16/2016 | 97.99 | COMPUTER RESEARCH - LEXIS |
| 6/16/2016 | 0.78 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 6/16/2016 | 1.56 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 6/17/2016 | 0.78 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 6/17/2016 | 1.60 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 6/18/2016 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 6/18/2016 | 1.57 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 6/19/2016 | 154.60 | COMPUTER RESEARCH - LEXIS |
| 6/19/2016 | 0.78 | COMPUTER RESEARCH - LEXIS PUBLISHER |

**EXPENSE SUMMARY**
**July 1, 2016 through July 31, 2016**

*In re Nortel Networks Inc., et al.*
*(Case No. 09-10138 (KG))*

| Date | Amount | Narrative |
|------|--------|-----------|
| 6/19/2016 | 1.58 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 6/20/2016 | 0.79 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 6/20/2016 | 1.58 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 6/21/2016 | 0.78 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 6/21/2016 | 1.58 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 6/22/2016 | 25.04 | COMPUTER RESEARCH - LEXIS |
| 6/22/2016 | 0.80 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 6/22/2016 | 1.56 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 6/23/2016 | 0.78 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 6/23/2016 | 1.58 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 6/24/2016 | 179.64 | COMPUTER RESEARCH - LEXIS |
| 6/24/2016 | 195.98 | COMPUTER RESEARCH - LEXIS |
| 6/24/2016 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 6/24/2016 | 1.59 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 6/25/2016 | 0.78 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 6/25/2016 | 1.59 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 6/26/2016 | 0.79 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 6/26/2016 | 1.58 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 6/27/2016 | 54.44 | COMPUTER RESEARCH - LEXIS |
| 6/27/2016 | 97.99 | COMPUTER RESEARCH - LEXIS |
| 6/27/2016 | 555.26 | COMPUTER RESEARCH - LEXIS |
| 6/27/2016 | 0.78 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 6/27/2016 | 1.57 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 6/28/2016 | 0.79 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 6/28/2016 | 1.57 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 6/29/2016 | 0.78 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 6/29/2016 | 1.57 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 6/30/2016 | 0.78 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 6/30/2016 | 1.56 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| **TOTAL:** | **2,153.46** | |
| | | |
| **Legal Research - Westlaw** | | |
| | | |
| 6/1/2016 | 267.24 | COMPUTER RESEARCH - WESTLAW |
| 6/2/2016 | 217.21 | COMPUTER RESEARCH - WESTLAW |
| 6/2/2016 | 407.82 | COMPUTER RESEARCH - WESTLAW |
| 6/3/2016 | 53.89 | COMPUTER RESEARCH - WESTLAW |
| 6/6/2016 | 45.04 | COMPUTER RESEARCH - WESTLAW |
| 6/6/2016 | 107.79 | COMPUTER RESEARCH - WESTLAW |
| 6/6/2016 | 113.23 | COMPUTER RESEARCH - WESTLAW |

| Date | Amount | Narrative |
|------|--------|-----------|
| 6/8/2016 | 53.89 | COMPUTER RESEARCH - WESTLAW |
| 6/8/2016 | 323.36 | COMPUTER RESEARCH - WESTLAW |
| 6/10/2016 | 53.89 | COMPUTER RESEARCH - WESTLAW |
| 6/11/2016 | 215.57 | COMPUTER RESEARCH - WESTLAW |
| 6/12/2016 | 53.89 | COMPUTER RESEARCH - WESTLAW |
| 6/13/2016 | 53.89 | COMPUTER RESEARCH - WESTLAW |
| 6/13/2016 | 745.97 | COMPUTER RESEARCH - WESTLAW |
| 6/22/2016 | 53.89 | COMPUTER RESEARCH - WESTLAW |
| 6/26/2016 | 549.27 | COMPUTER RESEARCH - WESTLAW |
| 6/27/2016 | 53.89 | COMPUTER RESEARCH - WESTLAW |
| 6/27/2016 | 648.90 | COMPUTER RESEARCH - WESTLAW |
| 6/29/2016 | 53.89 | COMPUTER RESEARCH - WESTLAW |
| 6/29/2016 | 5,151.42 | COMPUTER RESEARCH - WESTLAW |
| 6/30/2016 | 32.12 | COMPUTER RESEARCH - WESTLAW |
| 6/30/2016 | 53.89 | COMPUTER RESEARCH - WESTLAW |
| 7/6/2016 | 53.89 | COMPUTER RESEARCH - WESTLAW |
| 7/15/2016 | 53.89 | COMPUTER RESEARCH - WESTLAW |
| **TOTAL:** | **9,417.73** | |
| | | |
| **Late Work - Meals** | | |
| | | |
| 6/22/2016 | 27.49 | Late Work Meals - Redway |
| 6/27/2016 | 38.69 | Late Work Meals - Redway |
| 6/27/2016 | 46.95 | Late Work Meals - Rosenthal |
| 6/30/2016 | 14.08 | Late Work Meals - Herrington |
| 7/8/2016 | 27.49 | Late Work Meals - Redway |
| 7/11/2016 | 25.62 | Late Work Meals - Cantwell |
| 7/11/2016 | 13.42 | Late Work Meals - Livingston |
| 7/11/2016 | 11.86 | Late Work Meals - Murtagh |
| 7/11/2016 | 23.58 | Late Work Meals - Palmer |
| 7/11/2016 | 13.64 | Late Work Meals - Schweitzer |
| 7/12/2016 | 42.34 | Late Work Meals - Cantwell |
| 7/13/2016 | 42.43 | Late Work Meals - Cantwell |
| 7/13/2016 | 20.96 | Late Work Meals - Graham |
| 7/13/2016 | 16.80 | Late Work Meals - Murtagh |
| 7/13/2016 | 27.29 | Late Work Meals - Palmer |
| 7/13/2016 | 15.43 | Late Work Meals - Schweitzer |
| 7/14/2016 | 30.17 | Late Work Meals - Cantwell |
| 7/14/2016 | 12.24 | Late Work Meals - Graham |
| 7/15/2016 | 31.76 | Late Work Meals - Sheridan |

**EXPENSE SUMMARY**
**July 1, 2016 through July 31, 2016**

*In re Nortel Networks Inc., et al.*
*(Case No. 09-10138 (KG))*

| Date | Amount | Narrative |
|------|--------|-----------|
| **TOTAL:** | **482.24** | |
| | | |
| **Late Work - Transportation** | | |
| | | |
| 5/2/2016 | 25.72 | Late Work Transportation - Cantwell |
| 5/2/2016 | -23.72 | Late Work Transportation - Cantwell (credit) |
| 5/3/2016 | 100.96 | Late Work Transportation - Schweitzer |
| 5/3/2016 | -98.96 | Late Work Transportation - Schweitzer (credit) |
| 5/4/2016 | 97.38 | Late Work Transportation - Schweitzer |
| 5/4/2016 | -95.38 | Late Work Transportation - Schweitzer (credit) |
| 5/5/2016 | 32.79 | Late Work Transportation - Stein |
| 5/5/2016 | -30.79 | Late Work Transportation - Stein (credit) |
| 5/6/2016 | 29.62 | Late Work Transportation - Gianis |
| 5/6/2016 | -27.62 | Late Work Transportation - Gianis (credit) |
| 5/25/2016 | 13.19 | Late Work Transportation - Chang |
| 6/6/2016 | 16.55 | Late Work Transportation - Livingston |
| 6/8/2016 | 15.95 | Late Work Transportation - Livingston |
| 6/9/2016 | 90.74 | Late Work Transportation - Schweitzer |
| 6/13/2016 | 47.48 | Late Work Transportation - Gallagher |
| 6/13/2016 | 96.27 | Late Work Transportation - Schweitzer |
| 6/14/2016 | 40.65 | Late Work Transportation - Cantwell |
| 6/15/2016 | 11.73 | Late Work Transportation - Livingston |
| 6/15/2016 | 23.35 | Late Work Transportation - Redway |
| 6/16/2016 | 15.00 | Late Work Transportation - Livingston |
| 6/17/2016 | 32.86 | Late Work Transportation - Cantwell |
| 6/17/2016 | 12.13 | Late Work Transportation - Livingston |
| 6/19/2016 | 191.96 | Late Work Transportation - Hakkenberg (weekend ride) |
| 6/22/2016 | 143.11 | Late Work Transportation - Palmer |
| 6/22/2016 | 20.39 | Late Work Transportation - Redway |
| 6/22/2016 | 92.79 | Late Work Transportation - Schweitzer |
| 6/23/2016 | 25.57 | Late Work Transportation - Chang |
| 6/23/2016 | 33.24 | Late Work Transportation - Herrington |
| 6/23/2016 | 29.98 | Late Work Transportation - Redway |
| 6/23/2016 | 43.49 | Late Work Transportation - Stein |
| 6/24/2016 | 33.71 | Late Work Transportation - Redway |
| 6/27/2016 | 33.71 | Late Work Transportation - Redway |
| 6/27/2016 | 44.89 | Late Work Transportation - Rosenthal |
| 6/28/2016 | 33.71 | Late Work Transportation - Redway |
| 6/28/2016 | 95.35 | Late Work Transportation - Schweitzer |
| 6/28/2016 | 18.23 | Late Work Transportation - Sheridan (ride on 6/27/16) |

**EXPENSE SUMMARY**
**July 1, 2016 through July 31, 2016**

*In re Nortel Networks Inc., et al.*
*(Case No. 09-10138 (KG))*

| Date | Amount | Narrative |
|------|--------|-----------|
| 6/30/2016 | 23.77 | Late Work Transportation - Gallagher |
| 6/30/2016 | 29.16 | Late Work Transportation - Herrington |
| 7/1/2016 | 27.38 | Late Work Transportation - Redway |
| 7/6/2016 | 12.79 | Late Work Transportation - Stein |
| 7/8/2016 | 21.40 | Late Work Transportation - Redway |
| 7/8/2016 | 8.00 | Late Work Transportation - Sheridan |
| 7/12/2016 | 12.40 | Late Work Transportation - Sheridan |
| 7/12/2016 | 8.00 | Late Work Transportation - Sheridan (ride on 7/11/16) |
| **TOTAL:** | **1,408.93** | |
| | | |
| **Conference Meals** | | |
| | | |
| 6/21/2016 | 68.59 | Conference Meals (3 attendees) |
| 6/22/2016 | 43.55 | Conference Meals (5 attendees) |
| 6/29/2016 | 76.21 | Conference Meals (5 attendees) |
| 6/29/2016 | 81.66 | Conference Meals (5 attendees) |
| 7/26/2016 | 60.05 | Conference Meals (4 attendees) |
| **TOTAL:** | **330.06** | |
| | | |
| **Other** | | |
| | | |
| 6/13/2016 | 21.20 | Money Order for Apostille |
| 6/24/2016 | -20.00 | Money Order for Apostille (credit) |
| 7/7/2016 | 14.97 | Computer Research - Vendor: CourtAlert.Com, Inc. |
| 7/26/2016 | 475.00 | Transcription Services |
| **TOTAL:** | **491.17** | |
| | | |
| **Expert Expenses** | | |
| | | |
| 7/28/2016 | 43,296.50 | Expert Expense (Details to be provided under seal to the Court, the Office of the US Trustee, and the Fee Examiner pursuant to the Order Modifying the Application of Local Rules 2014-1(C) and 2016-2(F) [D.I. 9584] and the Order Appointing Fee Examiner and Establishing Related Procedures for Compensation and Reimbursement of Expenses for Professionals and Consideration of Fee Applications [D.I. 11082].) |
| 7/28/2016 | 123,470.50 | Expert Expense (Details to be provided under seal to the Court, the Office of the US Trustee, and the Fee Examiner pursuant to the Order Modifying the Application of Local Rules 2014-1(C) and 2016-2(F) [D.I. 9584] and the Order Appointing Fee Examiner and Establishing Related Procedures for Compensation and Reimbursement of Expenses for Professionals and Consideration of Fee Applications [D.I. 11082].) |
| **TOTAL:** | **166,767.00** | |
| | | |
| | | |
| **GRAND TOTAL:** | **182,564.71** | |