## EXHIBIT A

## NORTEL NETWORKS INC., *et al*.
## CASE NO. 09-10138 (KG)

Professional Fees and Expenses
Monthly Fee Application

| Applicant & Docket No. | Time Period Covered | Fees & Expenses Requested in Application | Fees & Expenses Allowed/Awarded | Date Application Filed | Objection Deadline |
|---|---|---|---|---|---|
| Ashurst LLP<br><br>[Docket No. 17018] | 6/1/16 - 6/30/16 | £23,416.00 (Fees)<br><br>£23.16 (Expenses) | £18,732.80 (Fees @ 80%)<br><br>£23.16 (Expenses @ 100%) | 8/1/16 | 8/22/16 |

2211551v1