# EXHIBIT A

**NORTEL NETWORKS INC., *et al*.**
**CASE NO. 09-10138 (KG)**

Professional Fees and Expenses
Monthly Fee Application

| Applicant & Docket No. | Time Period Covered | Fees & Expenses Requested in Application | Fees & Expenses Allowed/Awarded | Date Application Filed | Objection Deadline |
|---|---|---|---|---|---|
| Whiteford, Taylor & Preston LLC  [Docket No. 17054] | 6/1/16 - 6/30/16 | $27,934.00 (Fees)  $2,189.97 (Expenses) | $22,347.20 (Fees @ 80%)  $2,189.97 (Expenses @ 100%) | 8/4/2016 | 8/24/2016 |

2211552v1