# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Nortel Networks Inc., <u>et al.</u>,[1]<br><br>　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>(Jointly Administered)<br><br>**Hearing Date: TBD** |

**SEVENTH INTERIM APPLICATION OF WHITEFORD, TAYLOR & PRESTON LLC FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE <u>PERIOD FROM MAY 1, 2016 THROUGH JULY 31, 2016</u>**

| | |
|---|---|
| Name of Applicant: | <u>Whiteford, Taylor & Preston LLC</u> |
| Authorized to Provide Professional Services to: | <u>Official Committee of Unsecured Creditors</u> |
| Date of Retention: | <u>January 13, 2015, *nunc pro tunc* to November 17, 2014</u> |
| Period for which compensation and reimbursement are sought: | <u>May 1, 2016 through July 31, 2016</u> |
| Amount of Compensation sought as actual, reasonable, and necessary: | <u>$91,313.50</u> |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | <u>$4,278.00</u> |

This is a(n): __ monthly   <u>X</u>  interim   __ final

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567); Nortel Networks (CALA) Inc. (4226); and Nortel Networks India International Inc. (8667).

2210551v1

## SUMMARY OF FEE APPLICATIONS FOR COMPENSATION PERIOD
## MAY 1, 2016 THROUGH JULY 31, 2016

| Date Filed | | Requested | | Approved/ Pending Approval | | Holdback Fees Requested Fees (20%) |
|---|---|---|---|---|---|---|
| | | Fees | Expenses | Fees (80%) | Expenses (100%) | |
| Docket No. 16917 Date Filed: 6/14/16 | 5/1/16 - 5/31/16 | $42,641.50 | $1,984.49 | $34,113.20 | $1,984.49 | $8,528.30 |
| Docket No. 17054 Date Filed: 8/4/16 | 6/1/16 - 6/30/16 | $27,934.00 | $2,189.97 | $22,347.20 | $2,189.97 | $5,586.80 |
| Docket No. 17091 Date Filed: 8/16/16 | 7/1/16 - 7/31/16 | $20,738.00 | $103.54 | $16,590.40 *(Pending obj. deadline of 9/6/16)* | $103.54 *(Pending obj. deadline of 9/6/16)* | $4,147.60 |
| **TOTALS:** | | **$91,313.50** | **$4,278.00** | **$73,050.80[2]** | **$4,278.00[3]** | **$18,262.70** |

Summary of Any Objections to Fee Applications: None

---

[2] The total amount reflected in this column includes amounts pending approval.
[3] The total amount reflected in this column includes amounts pending approval.

2210551v1

Dated: August 25, 2016
    Wilmington, Delaware

*/s/ L. Katherine Good*
Christopher M. Samis (No. 4909)
L. Katherine Good (No. 5101)
Chantelle D. McClamb (No. 5978)
Whiteford, Taylor & Preston LLC
The Renaissance Centre
405 North King Street, Suite 500
Wilmington, Delaware 19801
Telephone: (302) 353-4144
Facsimile: (302) 661-7950

-and-

Fred S. Hodara, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, New York 10036
Telephone:  (212) 872-1000
Facsimile:  (212) 872-1002

*Co-Counsel to the Official Committee of Unsecured Creditors of Nortel Networks Inc., et al.*