# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

## Minute Entry

### Hearing Information:

|  |  |
|---|---|
| **Debtor:** | NORTEL NETWORKS INC., ET AL. |
| **Case Number:** | 09-10138-KG     **Chapter:** 11 |
| **Date / Time / Room:** | FRIDAY, AUGUST 26, 2016 11:00 AM   CRT#3, 6TH FL. |
| **Bankruptcy Judge:** | KEVIN GROSS |
| **Courtroom Clerk:** | SHERRY SCARUZZI |
| **Reporter / ECR:** | DANA MOORE |

### Matters:

1) Teleconference - RE: Discovery Dispute in Adv. 11-53454
   R / M #:   0 / 0

2) **ADV: 1-11-53454**
   **SNMP Research International, Inc. vs Nortel Networks Inc.**
   Teleconference - Discovery Dispute
   R / M #:   487 / 0

### Appearances:

SEE ATTACHED COURT SIGN-IN-SHEET

### Proceedings:

TELEPHONIC HEARING HELD. AGENDA ITEMS:
DISCOVERY DISPUTE - SNMP will 3 1/2 hours for Deposition, if they need more time, they are to call the court.