# Court Conference

**U.S. Bankruptcy Court-Delaware**
**Confirmed Telephonic Appearance Schedule**
**Honorable Kevin Gross (Nortel Trial Only)**

Calendar Date: 08/26/2016
Calendar Time: 11:00 AM ET

Courtroom

2nd Revision 08/26/2016 07:02 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7809551 | Peg A. Brickley | (215) 462-0953 | Dow Jones & Co. | Interested Party, Peg Brickley / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7804649 | Richard Hamilton, III | (609) 466-3536 | Avaya, Inc. | Client, Avaya, Inc. / LIVE |
| | | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7804655 | William A. Hazeltine | (302) 428-8191 | Sullivan Hazeltine Allinson, LLC | Creditor, Avaya, Inc. / LIVE |
| | | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7809657 | Anthony Loring | (212) 872-1000 | Akin Gump Strauss Hauer & Feld LLP | Creditor, Official Committee of Unsecured creditors / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7809651 | Chantelle D. McClamb | (302) 357-3267 | Whiteford, Taylor & Preston LLC | Debtor, Nortel Networks Inc. / LIVE |
| | | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7809580 | Patrick Mohan | (646) 390-5739 | Reorg Research, Inc. | Interested Party, Reorg Research, Inc. / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7804637 | Benjamin Stern | (617) 305-2022 | Holland & Knight LLP | Creditor, Avaya, Inc. / LIVE |

Peggy Drasal ext. 802

Page 1 of 2

Copyright © 2016 CourtCall, LLC. All Rights Reserved.

| | Case | Type | Name | | Phone | Firm | Representing |
|---|---|---|---|---|---|---|---|
| | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 (11-5345 4) | Hearing | 7805962 Derek C. Abbott | (302) 351-9357 | Morris Nichols Arsht & Tunnell LLP | Debtor, Nortel Networks Inc. / LIVE |
| | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 (11-5345 4) | Hearing | 7807329 Nicholas J. Brannick | (302) 651-2006 | Cole Schotz P.C. | Plaintiff(s), SNMP Research International Inc., et al / LIVE |
| | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 (11-5345 4) | Hearing | 7807352 Richard S. Busch | (615) 259-3456 | King & Ballow Law Offices | Plaintiff(s), SNMP Research International Inc., et al / LIVE |
| | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 (11-5345 4) | Hearing | 7807346 Jeffrey Case | (865) 579-0527 | SNMP | Plaintiff(s), SNMP Research International Inc., et al / LIVE |
| | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 (11-5345 4) | Hearing | 7807339 David Dean | 410-528-2972 | Cole Schotz P.C. | Plaintiff(s), SNMP Research International Inc., et al / LIVE |
| | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 (11-5345 4) | Hearing | 7805986 David Herrington | (212) 225-2266 | Cleary Gottlieb Steen & Hamilton | Debtor, Nortel Networks Inc. / LIVE |
| | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 (11-5345 4) | Hearing | 7806002 Jennifer Palmer | (212) 225-2433 | Cleary Gottlieb Steen & Hamilton | Defendant(s), Nortel Networks Inc, et al / LIVE |
| | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 (11-5345 4) | Hearing | 7807358 John L. Wood | (865) 292-2503 | Egerton, McAfee, Armistead & Davis | Plaintiff(s), SNMP Research International Inc., et al / LIVE |