IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------X
:
*In re* : Chapter 11
:
Nortel Networks Inc., *et al.*,[1] : Case No. 09-10138 (KG)
:
                      Debtors. : Jointly Administered
:
: **Objection Deadline: September 8, 2016 at 4:00 p.m. (ET)**
:
:
----------------------------------------------------------X

**REPORT BY THE MERGIS GROUP OF STAFFING AND COMPENSATION EARNED AND EXPENSES INCURRED FOR THE PERIOD OF JULY 1, 2016 THROUGH JULY 31, 2016.**

Exhibit A:     Summary of Professionals
Exhibit B:     Summary of Projects and Project Descriptions
Exhibit C:     Summary of Fees and Expenses
Exhibit D:     Summary of Time by Professional
Exhibit E:     Summary of Fees by Project
Exhibit F:     Time Description Detail by Project
Exhibit G:     Summary of Expenses by Category
Exhibit H:     Expense Detail

The Mergis Group ("Mergis") hereby submits this Monthly Staffing Report and Compensation Report (the "Report") for the period, July 1, 2016 through July 31, 2016, describing the name and functions of assigned personnel and for compensation and reimbursement of costs and Expenses received pursuant to its engagement by an order of the Bankruptcy Court entered on May 17, 2013 [D.I. No. 10555].

Mergis' fees for this period are $128,375.50.  Mergis incurred $570.72 in expenses during this period.

---

[1]     The US Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567), Nortel Networks (CALA) Inc. (4226) and Nortel Networks India International Inc. (8667) Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel/.

Dated: August 26, 2016  THE MERGIS GROUP
       Raleigh, North Carolina

*/s/ Logan DuBois*

*Managing Director*

**See Attached for Exhibits A through H**

**See Attached for Exhibits A through H**

# Exhibit A

## The Mergis Group
### Summary of Professionals

Nortel Networks, Inc. et al.
For the period of July 1, 2016 through July 31, 2016

| Professional | Position | Title / Role of Professional |
|---|---|---|
| Timothy C. Ross | Officer | Chief Financial Officer and Corporate Secretary - Management responsibility for all business and finance functions supporting the U.S. Principal Officer in the company operation and liquidation; direct responsibilities include, operating budget oversight, treasury management, general accounting and controls, tax, financial reporting, information technology, human resources, real estate management, and foreign subsidiary wind down. Employee Benefits and Pension Investment Committee member. |
| Kim Ponder | Non-Officer | Associate - General accounting & finance services for accounts payable, payment processing for normal course, intercompany, and professional, claims and litigation settlement disbursement processing, statutory reporting management & oversight. |

# Exhibit B

## The Mergis Group
### Summary of Projects and Project Descriptions

Nortel Networks, Inc. et al.
For the period of July 1, 2016 through July 31, 2016

| Project | Project Description |
|---|---|
| Administrative | Administrative matters related to the Debtors engagement. Includes board meetings, staff meetings, preparation of miscellaneous statements, surveys, and schedules, miscellaneous document review and execution, electronic minute book maintenance, and office and general case management activities. |
| Bankruptcy Reporting | Assist the Debtors with bankruptcy reporting requirements. Includes the financial reporting preparation & management review of the Monthly Operating Report (MOR), Form 26, Ordinary Course Professionals Report (OCP), US Trustee Fee Report, and related matters for the US Trustee. |
| Cash Management | Support the Debtors with cash flow management activities. Includes treasury systems management and controls, bank service contract oversight, cash flow planning and analysis, accountability for cash flow budget achievement, and cash reporting to estate constituents. |
| Claims Administration | Assist the Debtors with claims matters. Includes claims database systems and controls, data maintenance, analysis and validation, communications, distribution process planning, and claims settlement / distribution execution. |
| Compensation Application | Activities relating to the professional time tracking and preparation of the compensation application. |
| Discovery | Activities driven by requests directed to Nortel Networks Inc. in support of the business divestiture proceeds allocation litigation. Includes data / document extraction and analysis, preparation & presentation of findings, interface with legal counsel, and participate in court hearings. |
| Electronic Data and Document Preservation | Support the Debtors with the preservation of electronic data and hard copy documents. Includes governance and maintenance in compliance with court retention requirements and associated vendor service contract oversight. |
| Entity Liquidation and Wind Down | Assist the Debtors with the liquidation, wind down and/or deregistration of Nortel Networks, Inc. and its subsidiaries and branches (foreign and domestic).Includes the development and execution of step plans to ensure local law and U.S. Bankruptcy Court compliance in areas such as intercompany settlements, debt forgiveness, tax clearance certificates, final account balances; compliance with local and U.S. statutory, tax, financial and other governmental reporting requirements; repatriation of subsidiary or branch cash to parent; and coordinate with and support local accounting and legal professionals in conjunction with of all of the above. |
| Finance and General Accounting | Assist the Debtors with finance and general accounting operations in compliance with US GAAP. Includes statutory financial reporting preparation & review, month and year end close processing, finance systems & controls, journal entry preparation, management review, and posting, account reconciliations, balance sheet analysis, and normal course accounts receivable and payable administration . |

# Exhibit B

## The Mergis Group
### Summary of Projects and Project Descriptions

Nortel Networks, Inc. et al.
For the period of July 1, 2016 through July 31, 2016

| Project | Project Description |
|---|---|
| Human Resources | Support the Debtors in Human Resources matters.  Includes development and execution of Debtors benefit plan termination (health and welfare, 401K, etc.), plan regulatory compliance oversight and reporting (audits, plan boards & committees, etc.)  vendor services contract management and oversight, human resource related communications, and HR systems and data maintenance and reporting. |
| Information Technology Operations | Assist the Debtors with the maintenance and support of the Nortel Networks, Inc. residual company information technology infrastructure operations.  Includes vendor services  and contract oversight, data extraction, back-up, and recovery, and infrastructure problem resolution support. |
| Insurance & Risk Management | Assist the Debtors with insurance and risk management activities.   Includes tracking and periodic management review of Debtors insurance coverage; ensuring compliance with established policies, leases, and contracts.  Provide service oversight to agent/broker contract. |
| Plan of Reorganization | Assist the Debtors with the preparation of the plan of reorganization and associated disclosure statement.  Includes financial analysis and Debtors review. |
| Professional Fee Applications | Assist the Debtors with the payment administration of engaged professionals.  Includes financial recording of professional fee applications to Debtors' books and records, reconciliation to Omnibus Fee Order to Debtors' books and records, fee disbursement based on Certificate of No Objection (CNO) , and associated year end regulatory reporting. |
| Real Estate Management | Assist the Debtors with lease and real estate matters.  Includes property management vendor contract oversight,  property management budget achievement accountability and associated financial planning & analysis, lease and sub-lease management / governance, and property marketing activities. |
| Residual Business Operations | Assist the Debtors in the resolution of outstanding residual business operations matters.  Includes activities relating to residual business services customer, vendor, and/or buyer contracts and associated receivables, payables, and/or inventory,  regulatory and government required business reporting surveys and schedules, and review and action of service of process notifications. |
| Tax Matters | Assist the Debtors with tax matters.   Includes vendor service contract oversight, financial analysis support and management review of federal, state, and local Tax returns, claims, and audits, and authorization of tax related matters (annual report filings, settlements, etc.) . |
| Travel | Authorized travel to support Debtors projects. |

# Exhibit C

## The Mergis Group
## Summary of Fees and Expenses

Nortel Networks, Inc. et al.
For the period of July 1, 2016 through July 31, 2016

|  | Fees | Expenses | Total |
|---|---|---|---|
| For the period of July 1, 2016 through July 31, 2016 | $ 128,375.50 | $ 570.72 | $ 128,946.22 |

Exhibit C                                                                                                                                    Page 1 of 1

# Exhibit D

## The Mergis Group
## Summary of Time by Professional

Nortel Networks, Inc. et al.
For the period of July 1, 2016 through July 31, 2016

| Professional | Position | Title / Role of Professional | Hours |
|---|---|---|---|
| Timothy C. Ross | Officer | Chief Financial Officer and Corporate Secretary - Management responsibility for all business and finance functions supporting the U.S. Principal Officer in the company operation and liquidation; direct responsibilities include, operating budget oversight, treasury management, general accounting and controls, tax, financial reporting, information technology, human resources, real estate management, and foreign subsidiary wind down.  Employee Benefits and Pension Investment Committee member. | 170.50 |
| Kim Ponder | Non-Officer | Associate - General accounting & finance services for accounts payable, payment processing for normal course, intercompany, and professional, claims and litigation settlement disbursement processing, statutory reporting management & oversight. | 172.75 |

| | |
|---|---|
| **Hours for the period of  July 1, 2015 through July 31, 2015** | **343.25** |
| Billing Rate | $ 374.00 |
| **Fees for the period of July 1, 2015 through July 31, 2015** | **$ 128,375.50** |

# Exhibit E

## The Mergis Group
### Summary of Fees by Project

Nortel Networks, Inc. et al.
For the period of July 1, 2016 through July 31, 2016

| Project | Project Description | Hours | Fees |
|---|---|---|---|
| Administrative | Administrative matters related to the Debtors engagement. Includes board meetings, staff meetings, preparation of miscellaneous statements, surveys, and schedules, miscellaneous document review and execution, electronic minute book maintenance, and office and general case management activities. | - | $ - |
| Bankruptcy Reporting | Assist the Debtors with bankruptcy reporting requirements. Includes the financial reporting preparation & management review of the Monthly Operating Report (MOR), Form 26, Ordinary Course Professionals Report (OCP), US Trustee Fee Report, and related matters for the US Trustee. | 19.50 | $ 7,293.00 |
| Cash Management | Support the Debtors with cash flow management activities. Includes treasury systems management and controls, bank service contract oversight, cash flow planning and analysis, accountability for cash flow budget achievement, and cash reporting to estate constituents. | 27.75 | $ 10,378.50 |
| Claims Administration | Assist the Debtors with claims matters. Includes claims database systems and controls, data maintenance, analysis and validation, communications, distribution process planning, and claims settlement / distribution execution. | 49.50 | $ 18,513.00 |
| Compensation Application | Activities relating to the professional time tracking and preparation of the compensation application. | 6.50 | $ 2,431.00 |
| Discovery | Activities driven by requests directed to Nortel Networks Inc. in support of the business divestiture proceeds allocation litigation. Includes data / document extraction and analysis, preparation & presentation of findings, interface with legal counsel, and participate in court hearings. | 11.00 | $ 4,114.00 |
| Electronic Data and Document Preservation | Support the Debtors with the preservation of electronic data and hard copy documents. Includes governance and maintenance in compliance with court retention requirements and associated vendor service contract oversight. | - | $ - |
| Entity Liquidation and Wind Down | Assist the Debtors with the liquidation, wind down and/or deregistration of Nortel Networks, Inc. and its subsidiaries and branches (foreign and domestic).Includes the development and execution of step plans to ensure local law and U.S. Bankruptcy Court compliance in areas such as intercompany settlements, debt forgiveness, tax clearance certificates, final account balances; compliance with local and U.S. statutory, tax, financial and other governmental reporting requirements; repatriation of subsidiary or branch cash to parent; and coordinate with and support local accounting and legal professionals in conjunction with of all of the above. | 16.50 | $ 6,171.00 |
| Finance and General Accounting | Assist the Debtors with finance and general accounting operations in compliance with US GAAP. Includes statutory financial reporting preparation & review, month and year end close processing, finance systems & controls, journal entry preparation, management review, and posting, account reconciliations, balance sheet analysis, and normal course accounts receivable and payable administration . | 100.00 | $ 37,400.00 |
| Human Resources | Support the Debtors in Human Resources matters. Includes development and execution of Debtors benefit plan termination (health and welfare, 401K, etc.), plan regulatory compliance oversight and reporting (audits, plan boards & committees, etc.) vendor services contract management and oversight, human resource related communications, and HR systems and data maintenance and reporting. | 3.00 | $ 1,122.00 |
| Information Technology Operations | Assist the Debtors with the maintenance and support of the Nortel Networks, Inc. residual company information technology infrastructure operations. Includes vendor services and contract oversight, data extraction, back-up, and recovery, and infrastructure problem resolution support. | 4.50 | $ 1,683.00 |
| Insurance & Risk Management | Assist the Debtors with insurance and risk management activities. Includes tracking and periodic management review of Debtors insurance coverage; ensuring compliance with established policies, leases, and contracts. Provide service oversight to agent/broker contract. | 0.50 | $ 187.00 |

# Exhibit E

## The Mergis Group
**Summary of Fees by Project**

Nortel Networks, Inc. et al.
For the period of July 1, 2016 through July 31, 2016

| Project | Project Description | Hours | Fees |
|---|---|---:|---:|
| Plan of Reorganization | Assist the Debtors with the preparation of the plan of reorganization and associated disclosure statement. Includes financial analysis and Debtors review. | - | $ - |
| Professional Fee Applications | Assist the Debtors with the payment administration of engaged professionals. Includes financial recording of professional fee applications to Debtors' books and records, reconciliation to Omnibus Fee Order to Debtors' books and records, fee disbursement based on Certificate of No Objection (CNO) , and associated year end regulatory reporting. | 7.50 | $ 2,805.00 |
| Real Estate Management | Assist the Debtors with lease and real estate matters. Includes property management vendor contract oversight, property management budget achievement accountability and associated financial planning & analysis, lease and sub-lease management / governance, and property marketing activities. | 76.50 | $ 28,611.00 |
| Residual Business Operations | Assist the Debtors in the resolution of outstanding residual business operations matters. Includes activities relating to residual business services customer, vendor, and/or buyer contracts and associated receivables, payables, and/or inventory, regulatory and government required business reporting surveys and schedules, and review and action of service of process notifications. | 8.25 | $ 3,085.50 |
| Tax Matters | Assist the Debtors with tax matters. Includes vendor service contract oversight, financial analysis support and management review of federal, state, and local Tax returns, claims, and audits, and authorization of tax related matters (annual report filings, settlements, etc.) . | 12.25 | $ 4,581.50 |
| Travel | Authorized travel to support Debtors projects. | - | $ - |
| **For the period of July 1, 2016 through July 31, 2016** | | **343.25** | **$ 128,375.50** |

# Exhibit F

## The Mergis Group
### Time Description Detail by Project

Nortel Networks, Inc. et al.
For the period of July 1, 2016 through July 31, 2016

| Project (Date | Professional | Project Work Description | H |
|---|---|---|---|
| **Bankruptcy Reporting** | | | |
| 7/18/2016 | Timothy C. Ross | Prepared and analyzed Debtors cash receipts and disbursements for the monthly operating report | |
| 7/19/2016 | Timothy C. Ross | Prepared and analyzed Debtors cash receipts and disbursements for the monthly operating report | |
| 7/19/2016 | Timothy C. Ross | Prepared Debtors trustee disbursements analysis. | |
| 7/19/2016 | Timothy C. Ross | Prepared Debtors monthly operating report | |
| 7/22/2016 | Timothy C. Ross | Prepared Debtors monthly operating report | |
| 7/25/2016 | Timothy C. Ross | Prepared Debtors monthly operating report | |
| 7/25/2016 | Timothy C. Ross | Prepare December 2015 Form 26. | |
| 7/26/2016 | Timothy C. Ross | Prepare December 2015 Form 26. | |
| **Bankruptcy Reporting Total** | | | |
| **Cash Management** | | | |
| 7/5/2016 | Kim Ponder | FCB deposit. | |
| 7/5/2016 | Timothy C. Ross | Worked Debtors foreign subsidiary banking matter | |
| 7/5/2016 | Timothy C. Ross | Reviewed and authorized Debtors bank deposits. | |
| 7/6/2016 | Timothy C. Ross | Received, reviewed, and responded to Debtors banking matters | |
| 7/6/2016 | Timothy C. Ross | Reviewed Debtors payment proposal, prepared and analyzed cash flow requirements and executed Treasury funding transactions. | |
| 7/7/2016 | Timothy C. Ross | Reviewed, authorized, and released Debtors disbursements. | |
| 7/8/2016 | Timothy C. Ross | Reviewed, authorized, and released Debtors disbursements. | |
| 7/13/2016 | Timothy C. Ross | Received, reviewed, and responded to Debtors foreign subsidiary banking matters | |
| 7/13/2016 | Timothy C. Ross | Reviewed Debtors payment proposal, prepared and analyzed cash flow requirements and executed Treasury funding transactions. | |
| 7/14/2016 | Timothy C. Ross | Reviewed, authorized, and released Debtors disbursements. | |
| 7/15/2016 | Timothy C. Ross | Received, researched and responded to Debtors counsel (LH) | |
| 7/15/2016 | Timothy C. Ross | Reviewed, authorized, and released Debtors foreign subsidiary disbursements | |
| 7/18/2016 | Kim Ponder | FCB deposit. | |
| 7/18/2016 | Timothy C. Ross | Worked Debtors treasury management matters | |
| 7/19/2016 | Kim Ponder | FCB & VEBA deposits. | |
| 7/19/2016 | Timothy C. Ross | Reviewed and authorized Debtors bank deposits. | |
| 7/20/2016 | Timothy C. Ross | Analyzed cash receipts and disbursement variance to budget / published results to US Principal Officer | |
| 7/20/2016 | Timothy C. Ross | Reviewed Debtors payment proposal, prepared and analyzed cash flow requirements and executed Treasury funding transactions. | |
| 7/21/2016 | Kim Ponder | FCB deposit. | |
| 7/21/2016 | Timothy C. Ross | Reviewed, authorized, and released Debtors disbursements. | |
| 7/25/2016 | Timothy C. Ross | Received, reviewed, and responded to Debtors foreign subsidiary treasury matters | |
| 7/25/2016 | Timothy C. Ross | Reviewed, authorized, and released Debtors foreign subsidiary disbursements | |
| 7/26/2016 | Kim Ponder | VEBA deposit. | |
| 7/28/2016 | Timothy C. Ross | Reviewed Debtors payment proposal, prepared and analyzed cash flow requirements and executed Treasury funding transactions. | |
| 7/29/2016 | Kim Ponder | FCB deposit. | |
| 7/29/2016 | Timothy C. Ross | Reviewed, authorized, and released Debtors disbursements. | |
| **Cash Management Total** | | | |
| **Claims Administration** | | | |
| 7/6/2016 | Kim Ponder | Claims research. | |
| 7/7/2016 | Timothy C. Ross | Received, researched, and responded to Debtors financial consultant (MK) | |
| 7/7/2016 | Timothy C. Ross | Conference call with Debtors wind down consultant (MC) | |
| 7/8/2016 | Timothy C. Ross | Received, researched, and responded to Debtors financial consultant (MK) | |
| 7/11/2016 | Kim Ponder | Claims research. | |
| 7/11/2016 | Kim Ponder | Conference call with RLKS (M Cilia) and T Ross. | |
| 7/11/2016 | Timothy C. Ross | Received, researched, and responded to Debtors foreign affiliate professional | |
| 7/11/2016 | Timothy C. Ross | Researched and responded to Debtors wind down consultant (MC) request | |
| 7/11/2016 | Timothy C. Ross | Conference call with Debtors wind down consultant (MC) | |
| 7/13/2016 | Kim Ponder | Claims research. | |
| 7/14/2016 | Timothy C. Ross | Received, reviewed, and actioned Debtors claims matters | |
| 7/15/2016 | Timothy C. Ross | Received, researched and responded to Debtors financial consultant (MK) | |
| 7/18/2016 | Timothy C. Ross | Researched and responded to Debtors financial advisor (MK) | |
| 7/18/2016 | Timothy C. Ross | Researched and responded to Debtors financial advisor (MK) | |
| 7/18/2016 | Timothy C. Ross | Worked request from Debtors financial advisor (MK) | |
| 7/20/2016 | Kim Ponder | Claims research. | |
| 7/22/2016 | Kim Ponder | Responded to former employee inquiry. | |
| 7/25/2016 | Kim Ponder | Received, scanned and forward jurisdiction communications to EY. | |
| 7/26/2016 | Kim Ponder | Received, researched and responded to inquiry. | |
| 7/27/2016 | Kim Ponder | Claims research. | |
| 7/28/2016 | Kim Ponder | Claims research. | |
| 7/29/2016 | Kim Ponder | Received, scanned and forward jurisdiction communications to EY. | |

# Exhibit F

## The Mergis Group
### Time Description Detail by Project

Nortel Networks, Inc. et al.
For the period of July 1, 2016 through July 31, 2016

| Project / Date | Professional | Project Work Description |
|---|---|---|
| 7/29/2016 | Kim Ponder | Claims research. |

**Claims Administration Total**

**Compensation Application**

| Date | Professional | Project Work Description |
|---|---|---|
| 7/1/2016 | Kim Ponder | Compensation application preparation re: update of timekeeping records. |
| 7/8/2016 | Kim Ponder | Compensation application preparation re: update of timekeeping records. |
| 7/8/2016 | Timothy C. Ross | Compensation application preparation re: update of timekeeping records. |
| 7/15/2016 | Kim Ponder | Compensation application preparation re: update of timekeeping records. |
| 7/15/2016 | Timothy C. Ross | Compensation application preparation re: update of timekeeping records. |
| 7/22/2016 | Kim Ponder | Compensation application preparation re: update of timekeeping records. |
| 7/22/2016 | Timothy C. Ross | Compensation application preparation re: update of timekeeping records. |
| 7/25/2016 | Timothy C. Ross | Prepared DRAFT Mergis staffing & compensation report for CGSH review |
| 7/29/2016 | Kim Ponder | Compensation application preparation re: update of timekeeping records. |
| 7/29/2016 | Timothy C. Ross | Compensation application preparation re: update of timekeeping records. |

**Compensation Application Total**

**Discovery**

| Date | Professional | Project Work Description |
|---|---|---|
| 7/6/2016 | Timothy C. Ross | Meeting with Debtors counsel (JP) and wind down consultant (RP) |
| 7/7/2016 | Timothy C. Ross | Conference call with Debtors counsel (JP) and wind down consultant (RP) |
| 7/8/2016 | Timothy C. Ross | Reviewed, worked, and responded to Debtors request from counsel (JP) |
| 7/11/2016 | Timothy C. Ross | Worked Debtors discovery request from Counsel (JP) |
| 7/11/2016 | Timothy C. Ross | Conference call with Debtors counsel (JP) and wind down consultant (RP) |
| 7/13/2016 | Timothy C. Ross | Conference call with Debtors counsel (JP, PC) and consultant (DC) |
| 7/14/2016 | Timothy C. Ross | Received, reviewed, and responded to questions from Counsel (PC) |
| 7/19/2016 | Timothy C. Ross | Researched and responded to request from Debtors counsel (PC) |
| 7/26/2016 | Timothy C. Ross | Received, reviewed, and responded to Debtors counsel (PC) request |

**Discovery Total**

**Entity Liquidation and Wind Down**

| Date | Professional | Project Work Description |
|---|---|---|
| 7/5/2016 | Timothy C. Ross | Received, reviewed, and responded to Debtors counsel (MR) |
| 7/15/2016 | Kim Ponder | Received, researched and responded to requests for information. |
| 7/15/2016 | Timothy C. Ross | Researched and responded to wind down consultant (MC) questions |
| 7/18/2016 | Timothy C. Ross | Researched and responded to Debtors wind down consultant (MC) |
| 7/19/2016 | Timothy C. Ross | Conference call with Debtors counsel (MR, RR) |
| 7/20/2016 | Timothy C. Ross | Received, reviewed, and responded to questions from Debtors counsel (KH, ML) |
| 7/20/2016 | Timothy C. Ross | Reviewed materials and prepared for conference call with Debtors counsel and wind down consultan |
| 7/21/2016 | Timothy C. Ross | Conference call with Debtors counsel (KH, PC, ML) and wind down consultant (MC) |
| 7/21/2016 | Timothy C. Ross | Reviewed materials and prepared for conference call with Debtors counsel and wind down consultant |
| 7/22/2016 | Timothy C. Ross | Received, reviewed, and responded to Debtors foreign subsidiary matters |
| 7/22/2016 | Timothy C. Ross | Conference call with Debtors foreign tax professional (NV, VM) and Debtors counsel (KH, MR) |
| 7/26/2016 | Timothy C. Ross | Reviewed and responded to Debtors counsel (KH, MR) |

**Entity Liquidation and Wind Down Total**

**Finance and General Accounting**

| Date | Professional | Project Work Description |
|---|---|---|
| 7/1/2016 | Kim Ponder | Historical data management. |
| 7/4/2016 | Kim Ponder | Month end close |
| 7/4/2016 | Kim Ponder | Historical data management. |
| 7/5/2016 | Kim Ponder | Normal course payables |
| 7/5/2016 | Kim Ponder | Intercompany reconciliation. |
| 7/5/2016 | Kim Ponder | Posted cash receipts. |
| 7/5/2016 | Kim Ponder | Month end close. |
| 7/5/2016 | Timothy C. Ross | Prepared and submitted residual staff time report. |
| 7/5/2016 | Timothy C. Ross | Worked Debtors general accounting matters |
| 7/5/2016 | Timothy C. Ross | Worked Debtors foreign subsidiary financial matters |
| 7/6/2016 | Kim Ponder | Normal course payables |
| 7/7/2016 | Kim Ponder | Normal course payables |
| 7/7/2016 | Kim Ponder | Normal course payables |
| 7/7/2016 | Kim Ponder | Month end close. |
| 7/7/2016 | Timothy C. Ross | Worked Debtors general accounting matters |
| 7/8/2016 | Kim Ponder | Month end close. |
| 7/8/2016 | Timothy C. Ross | Reviewed and authorized Debtors residual invoices for disbursement. |
| 7/8/2016 | Timothy C. Ross | Worked Debtors general accounting matters |
| 7/11/2016 | Kim Ponder | Posted distribution receipt. |
| 7/11/2016 | Kim Ponder | Month end close. |
| 7/11/2016 | Timothy C. Ross | Prepared, submitted, and approved Debtors residual staffing and consultant time reporting |
| 7/11/2016 | Timothy C. Ross | Worked Debtors general accounting matters |

# Exhibit F

## The Mergis Group
### Time Description Detail by Project

Nortel Networks, Inc. et al.
For the period of July 1, 2016 through July 31, 2016

| Project / Date | Professional | Project Work Description |
|---|---|---|
| 7/13/2016 | Kim Ponder | Normal course payables |
| 7/13/2016 | Kim Ponder | Normal course payables |
| 7/13/2016 | Timothy C. Ross | Prepared Interco/affiliate AR/AP reporting and reconciled balances |
| 7/14/2016 | Kim Ponder | Normal course payables |
| 7/14/2016 | Kim Ponder | Month end closing and report preparation. |
| 7/14/2016 | Timothy C. Ross | Received, reviewed, and responded to Debtors foreign subsidiary professional (LNVP) |
| 7/14/2016 | Timothy C. Ross | Reviewed and authorized Debtors foreign subsidiary audit report and financials |
| 7/15/2016 | Kim Ponder | Reconciled Professional fees to Fee Examiner reports. |
| 7/15/2016 | Timothy C. Ross | Reviewed and authorized Debtors invoices for payment |
| 7/18/2016 | Kim Ponder | Normal course payables |
| 7/18/2016 | Kim Ponder | Posted cash receipts. |
| 7/18/2016 | Kim Ponder | Intercompany reconciliation. |
| 7/18/2016 | Timothy C. Ross | Prepared and submitted residual consultant time reports. |
| 7/19/2016 | Kim Ponder | Normal course payables |
| 7/19/2016 | Kim Ponder | Posted cash receipts. |
| 7/20/2016 | Kim Ponder | Intercompany reconciliation. |
| 7/21/2016 | Kim Ponder | Posted cash receipts. |
| 7/21/2016 | Kim Ponder | GL reconciliations. |
| 7/22/2016 | Kim Ponder | Normal course payables |
| 7/25/2016 | Kim Ponder | Received, researched and responded to IL unemployment inquiry |
| 7/25/2016 | Kim Ponder | Normal course payables |
| 7/25/2016 | Kim Ponder | Received, researched and responded to CT Corp inquiry. |
| 7/25/2016 | Kim Ponder | Financial update re: Co 3160. |
| 7/25/2016 | Timothy C. Ross | Prepared and submitted Debtors residual staff time report. |
| 7/26/2016 | Kim Ponder | Normal course payables |
| 7/26/2016 | Timothy C. Ross | Follow-up on Debtors foreign subsidiary matters |
| 7/27/2016 | Kim Ponder | Normal course payables |
| 7/28/2016 | Kim Ponder | Normal course payables |
| 7/28/2016 | Kim Ponder | Prepared US Trustee package. |
| 7/29/2016 | Kim Ponder | Posted cash receipts. |
| 7/29/2016 | Kim Ponder | Month end close. |

**Finance and General Accounting Total**

**Human Resources**

| | | |
|---|---|---|
| 7/11/2016 | Timothy C. Ross | Received, reviewed, and responded to Debtors trust manager (JW) |
| 7/19/2016 | Timothy C. Ross | Reviewed and authorized deposit of refund to Health & Welfare Trust.. |
| 7/25/2016 | Kim Ponder | Received and responded to involuntary deduction orders |
| 7/28/2016 | Kim Ponder | Received and responded to SSA inquiries. |

**Human Resources Total**

**Information Technology Operations**

| | | |
|---|---|---|
| 7/15/2016 | Kim Ponder | QB issue resolution. |
| 7/29/2016 | Kim Ponder | Applied QB updates. |

**Information Technology Operations Total**

**Insurance & Risk Management**

| | | |
|---|---|---|
| 7/26/2016 | Timothy C. Ross | Followed up with Debtors insurance agent |

**Insurance & Risk Management Total**

**Professional Fee Applications**

| | | |
|---|---|---|
| 7/5/2016 | Kim Ponder | Processed fee applications filed by Professionals. |
| 7/8/2016 | Kim Ponder | Reconciled Professional fees to Fee Examiner reports. |
| 7/13/2016 | Kim Ponder | Processed fee applications filed by Professionals. |
| 7/19/2016 | Kim Ponder | Processed fee application filed by Professional. |
| 7/20/2016 | Kim Ponder | Processed fee application filed by Professional. |
| 7/20/2016 | Kim Ponder | Reconciled Professional fees to Fee Examiners reports. |
| 7/25/2016 | Kim Ponder | Processed fee application filed by Professional. |
| 7/25/2016 | Kim Ponder | Received, researched and responded to MNAT inquiry. |
| 7/28/2016 | Kim Ponder | Processed fee applications filed by Professionals. |

**Professional Fee Applications Total**

**Real Estate Management**

| | | |
|---|---|---|
| 7/5/2016 | Timothy C. Ross | Conference call with Debtors counsel (HM, SH, PM), property manager (AL, KE) and third party engineer (TP) |
| 7/5/2016 | Timothy C. Ross | Reviewed materials and compiled financials from third party engineer (TP) |
| 7/6/2016 | Timothy C. Ross | Meeting with Debtors subtenant (DC, JR), property manager (AL, KE) and wind down consultant (KS) |

# Exhibit F

## The Mergis Group
### Time Description Detail by Project

Nortel Networks, Inc. et al.
For the period of July 1, 2016 through July 31, 2016

| Project / Date | Professional | Project Work Description |
|---|---|---|
| 7/7/2016 | Kim Ponder | Received and responded to inquiry. |
| 7/7/2016 | Timothy C. Ross | Researched and responded to Debtors property management matters |
| 7/12/2016 | Kim Ponder | NNI facility evacuation. |
| 7/12/2016 | Timothy C. Ross | Performed Debtors property walkthrough with property manager (KE) and wind down consultants (KS, DT, BB, RP |
| 7/13/2016 | Timothy C. Ross | Conference call with Debtors counsel (LS, HM), property manager (AL), and wind down consultant (KS |
| 7/13/2016 | Timothy C. Ross | Conference call with Debtors wind down consultant (KS) |
| 7/13/2016 | Timothy C. Ross | Conference call with Debtors property manager (AL) and wind down consultant (KS) |
| 7/14/2016 | Kim Ponder | Prepared communications re: service transition. |
| 7/14/2016 | Timothy C. Ross | Received, reviewed, and worked request from Debtors counsel (HM) |
| 7/15/2016 | Timothy C. Ross | Prepared Debtors equipment sale invoices |
| 7/18/2016 | Timothy C. Ross | Received, researched, and responded to Debtors wind down consultant (KS) |
| 7/20/2016 | Timothy C. Ross | Meeting with Debtors subtenant (BM) and property manager (AL, KE) |
| 7/20/2016 | Timothy C. Ross | Performed Debtors property walkthrough with property manager (AL) and wind down consultants (KS, DT, BB, RP |
| 7/21/2016 | Kim Ponder | Prepared service discontinuation communications. |
| 7/21/2016 | Timothy C. Ross | Worked Debtors property management issue |
| 7/21/2016 | Timothy C. Ross | On Debtors property site to conduct walkthrough with subtenant |
| 7/21/2016 | Timothy C. Ross | On Debtors property site to meet with property manager (AL, KE) |
| 7/22/2016 | Kim Ponder | Communications with RTP service providers. |
| 7/22/2016 | Timothy C. Ross | Worked Debtors property management matters |
| 7/25/2016 | Kim Ponder | Prepared check and package re: warranty. |
| 7/25/2016 | Timothy C. Ross | Worked Debtors property management matters |
| 7/26/2016 | Timothy C. Ross | Worked Debtors property management matters |
| 7/27/2016 | Kim Ponder | Utility transfers |
| 7/27/2016 | Kim Ponder | RTP warranty transfer communication and package preparation. |
| 7/27/2016 | Timothy C. Ross | On Debtor site |
| 7/28/2016 | Kim Ponder | RTP location evacuation assistance. |
| 7/28/2016 | Timothy C. Ross | On Debtor site |
| 7/29/2016 | Timothy C. Ross | On Debtor site |

**Real Estate Management Total**

**Residual Business Operations**

| | | |
|---|---|---|
| 7/6/2016 | Timothy C. Ross | Reviewed and acknowledged Debtors service of process notification (s) |
| 7/8/2016 | Timothy C. Ross | Worked Debtors residual business matters |
| 7/11/2016 | Timothy C. Ross | Reviewed and authorized Debtors invoices for payment |
| 7/14/2016 | Timothy C. Ross | Received, reviewed, and responded to Debtors foreign subsidiary matters |
| 7/14/2016 | Timothy C. Ross | Received, reviewed, and actioned Debtors service of process notification |
| 7/15/2016 | Timothy C. Ross | Prepared Debtors residual invoices |
| 7/19/2016 | Kim Ponder | Historical data management in residual company space and transition of Ricoh services |
| 7/26/2016 | Kim Ponder | Weekly postal task. |

**Residual Business Operations Total**

**Tax Matters**

| | | |
|---|---|---|
| 7/1/2016 | Kim Ponder | Provided data requested by EY. |
| 7/5/2016 | Timothy C. Ross | Received, reviewed, and responded to Debtors counsel (MR) |
| 7/6/2016 | Timothy C. Ross | Updated foreign bank account daily balances |
| 7/6/2016 | Timothy C. Ross | Meeting with Debtors tax professional (KT) and wind down consultant (KS) |
| 7/6/2016 | Timothy C. Ross | Received, reviewed, and responded to Debtors tax matters |
| 7/8/2016 | Timothy C. Ross | Updated foreign bank account daily balances |
| 7/11/2016 | Timothy C. Ross | Received, reviewed, and actioned Debtors tax matters |
| 7/11/2016 | Timothy C. Ross | Follow-up on Debtors foreign subsidiary tax matters |
| 7/14/2016 | Timothy C. Ross | Received, reviewed, and actioned Debtors tax matters |
| 7/14/2016 | Timothy C. Ross | Reviewed and authorized Debtors foreign subsidiary tax matters |
| 7/15/2016 | Timothy C. Ross | Updated foreign bank account daily balances |
| 7/19/2016 | Timothy C. Ross | Reviewed and executed Debtors tax matters |
| 7/21/2016 | Timothy C. Ross | Worked Debtors tax matters |
| 7/22/2016 | Kim Ponder | Prepared data analysis requested by EY. |
| 7/25/2016 | Timothy C. Ross | Updated foreign bank account daily balances |
| 7/25/2016 | Timothy C. Ross | Meeting with Debtors tax professional (JW) |
| 7/26/2016 | Kim Ponder | Researched and forwarded property tax information to EY |
| 7/26/2016 | Timothy C. Ross | Reviewed and executed Debtors tax matters |
| 7/26/2016 | Timothy C. Ross | Conference call with Debtors counsel (KH, MR) and foreign subsidiary tax professional (PJ |

**Tax Matters Total**

**For the period of July 1, 2016 through July 31, 2016**

## Exhibit G

## The Mergis Group
## Summary of Expenses By Category

## Nortel Networks, Inc. et al.
For the period of July 1, 2016 through July 31, 2016

| Expense Category | Expenses |
|---|---:|
| Airfare | - |
| Lodging | - |
| Meals | - |
| Parking | - |
| Ground Transportation | - |
| Office Expense | 520.89 |
| Professional | - |
| Miscellaneous | 49.83 |
| **For the period of July 1, 2016 through July 31, 2016** | **$ 570.72** |

# Exhibit H

## The Mergis Group
### Expense Detail

Nortel Networks, Inc. et al.
For the period of July 1, 2016 through July 31, 2016

| Date (s) Incurred | Name of Professional | Purpose | Location Visited | |
|---|---|---|---|---|
| 07/29/16 | Kim Ponder | Toner Cartridges & Postage | Local | |
| | **Expense Category** | **Vendor** | | **Expenses** |
| | Airfare | | | - |
| | Lodging | | | - |
| | Meals | | | - |
| | Parking | | | - |
| | Ground Transportation | | | - |
| | Office Expense | Staples | | 520.89 |
| | Professional | | | - |
| | Miscellaneous | US Post Office | | 49.83 |
| | **Total** | | **$** | **570.72** |

| Date (s) Incurred | Name of Professional | Purpose | Location Visited | |
|---|---|---|---|---|
| | **Expense Category** | **Vendor** | | **Expenses** |
| | Airfare | | | - |
| | Lodging | | | - |
| | Meals | | | - |
| | Parking | | | - |
| | Ground Transportation | | | - |
| | Office Expense | | | - |
| | Professional | | | - |
| | Miscellaneous | | | - |
| | **Total** | | **$** | **-** |

| Date (s) Incurred | Name of Professional | Purpose | Location Visited | |
|---|---|---|---|---|
| | **Expense Category** | **Vendor** | | **Expenses** |
| | Airfare | | | - |
| | Lodging | | | - |
| | Meals | | | - |
| | Parking | | | - |
| | Ground Transportation | | | - |
| | Office Expense | | | - |
| | Professional | | | - |
| | Miscellaneous | | | - |
| | **Total** | | **$** | **-** |

| Date (s) Incurred | Name of Professional | Purpose | Location Visited | |
|---|---|---|---|---|
| | **Expense Category** | **Vendor** | | **Expenses** |
| | Airfare | | | - |
| | Lodging | | | - |
| | Meals | | | - |
| | Parking | | | - |
| | Ground Transportation | | | - |
| | Office Expense | | | - |
| | Professional | | | - |
| | Miscellaneous | | | - |
| | **Total** | | **$** | **-** |

| **For the period of July 1, 2016 through July 31, 2016** | | | **$** | **570.72** |
|---|---|---|---|---|