**Exhibit B**

# Invoice

Ashurst LLP
Broadwalk House
5 Appold Street
London
EC2A 2HA

The Official Unsecured Creditors Committee for Nortel Networks Inc
c/o Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, New York  10036
United States of America

Tel  +44 (0)20 7638 1111
Fax +44 (0)20 7638 1112
www.ashurst.com

Our VAT No.: GB 108 2136 48



**Interim** (S)

VAT Invoice Date: **17 August 2016**       Our Ref: **GDB/CCN01.00001**       Invoice No.: **414238**

|  | VAT GBP | VAT Rate (%) | Fees and Disbursements GBP |
|---|---|---|---|
| **Re: BANKRUPTCY** | | | |
| **To our professional fees** (NT) | 0.00 | 0.00 | 8,244.00 |
| For the period to 31 July 2016, in connection with the above matter. | | | |
| (Please see attached). | | | |
| Document Production (NT) | 0.00 | 0.00 | 3.48 |
| | 0.00 | | 8,247.48 |
| | VAT | | 0.00 |
| | Total | | 8,247.48 |
| | **Balance Due** | | **8,247.48** |

The fees and disbursements the subject of this invoice may include fees and disbursements due to another member of the Ashurst Group.
**Payment Details**
NatWest - 15 Bishopsgate, London, EC2P 2AP - **Account No.:** 00404268
**Sort Code:** 50-00-00 - **Swift Code:** NWBKGB2L - **IBAN Code:** GB12NWBK50000000404268

Please note: Remittance advices should be sent electronically to remittances@ashurst.com

Please quote reference 414238 when settling this invoice
**Payment Terms: 21 days**

**Legal services are 100% foreign source**

AUSTRALIA  BELGIUM  CHINA  FRANCE  GERMANY  HONG KONG SAR  INDONESIA (ASSOCIATED OFFICE)  ITALY  JAPAN  PAPUA NEW GUINEA
SAUDI ARABIA  SINGAPORE  SPAIN  UNITED ARAB EMIRATES  UNITED KINGDOM  UNITED STATES OF AMERICA

Ashurst LLP is a limited liability partnership registered in England and Wales under number OC330252 and is part of the Ashurst Group. It is a law firm authorised and regulated by the Solicitors Regulation Authority of England and Wales under number 468653. A list of members of Ashurst LLP and their professional qualifications is open to inspection at its registered office Broadwalk House, 5 Appold Street, London EC2A 2HA or at the address above. The term 'partner' in relation to Ashurst LLP is used to refer to a member of Ashurst LLP or to an employee or consultant with equivalent standing and qualifications. The Ashurst Group has an office in each of the places listed above.



The Official Unsecured Creditors Committee
Re: BANKRUPTCY
GDB/GDB/CCN01.00001
For the period: to 31/07/2016
Prebill Number:1066829

| | | | | |
|---|---|---|---|---|
| Partner | Giles Boothman | 0.30 | 261.00 | (C0012) |
| | | **0.30** | **261.00** | |
| Senior Associate | Andy Wright | 0.30 | 184.50 | (C0003) |
| | | **0.30** | **184.50** | |
| Senior Associate | Antonia Croke | 2.70 | 1,660.50 | (C0007) |
| | | 4.30 | 2,644.50 | (C0012) |
| | | **7.00** | **4,305.00** | |
| Senior Associate | Lindsey Roberts | 2.70 | 1,579.50 | (C0003) |
| | | 1.30 | 760.50 | (C0007) |
| | | 0.90 | 526.50 | (C0012) |
| | | **4.90** | **2,866.50** | |
| Professional Development | Inga West | 0.30 | 186.00 | (C0012) |
| | | **0.30** | **186.00** | |
| Trainee | James Powell | 1.70 | 357.00 | (C0003) |
| | | 0.40 | 84.00 | (C0012) |
| | | **2.10** | **441.00** | |
| | **Total** | **14.90** | **8,244.00** | |

Matter: CCN01.00001 - BANKRUPTCY

## C0003 — Ashurst Fee Application/Monthly Billing Reports

|  |  | Time (Decimal) | Agreed Rate (GBP /hour) |  |
|---|---|---:|---:|---:|
| **Senior Associate** | | | | |
| ACW | Andy Wright | 0.30 | 615.00 | 184.50 |
| LROBER | Lindsey Roberts | 2.70 | 585.00 | 1,579.50 |
| **Trainee** | | | | |
| JAPOWE | James Powell | 1.70 | 210.00 | 357.00 |
| | | | Total | **2,121.00** |

### Detailed Time Breakdown

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---:|---:|---:|
| 06/07/2016 | Lindsey Roberts | LETT | Email re: June fee and expense estimates | 0.10 | 585.00 | 58.50 |
| 06/07/2016 | Lindsey Roberts | READ | Review of Fee Examiner Preliminary Report | 0.20 | 585.00 | 117.00 |
| 07/07/2016 | Andy Wright | LETT | Internal email correspondence with Lindsey Roberts re. LCP fee note | 0.10 | 615.00 | 61.50 |
| 07/07/2016 | Lindsey Roberts | LETT | Email to Brad re: fee examiners report | 0.20 | 585.00 | 117.00 |
| 07/07/2016 | Lindsey Roberts | LETT | Emails re: June fee and expense estimates | 0.20 | 585.00 | 117.00 |
| 07/07/2016 | Lindsey Roberts | LETT | Emails to/from ACW re: LCP expert fees and supporting information | 0.30 | 585.00 | 175.50 |
| 08/07/2016 | Andy Wright | MISC | Discussion and email correspondence with LCP re. invoice | 0.20 | 615.00 | 123.00 |
| 21/07/2016 | Lindsey Roberts | LETT | Email to Katie re filing CNO | 0.10 | 585.00 | 58.50 |
| 25/07/2016 | Lindsey Roberts | LETT | Reveiw Fee Examiners Report | 0.20 | 585.00 | 117.00 |
| 25/07/2016 | Lindsey Roberts | LETT | Email to ACW on LCP fees | 0.10 | 585.00 | 58.50 |
| 27/07/2016 | Lindsey Roberts | DRFT | Amending Exhibit B for interim fee application; email to K Good re: the same | 0.40 | 585.00 | 234.00 |
| 28/07/2016 | James Powell | REVI | Reviewing and marking-up amendments to the Pre-Bill | 0.50 | 210.00 | 105.00 |
| 28/07/2016 | Lindsey Roberts | LETT | Emails re: fee application | 0.20 | 585.00 | 117.00 |
| 29/07/2016 | James Powell | MISC | Drafting the Ashurst June monthly fee application; Discussion with LROBER re the same; Liaising with Credit Control; Email to Matt Fagen re filing the application | 1.20 | 210.00 | 252.00 |
| 29/07/2016 | Lindsey Roberts | INTD | Discussion with JAPOWE re: fee application | 0.10 | 585.00 | 58.50 |
| 29/07/2016 | Lindsey Roberts | READ | Review and comment on draft invoice and fee allocation on phase codes | 0.20 | 585.00 | 117.00 |
| 29/07/2016 | Lindsey Roberts | READ | Review of final fee application notice (and invoice) and spreadsheet of fee narratives | 0.40 | 585.00 | 234.00 |
| | | | | | | **2,121.00** |

Matter: CCN01.00001 - BANKRUPTCY

## C0007    Creditors Committee Meetings

| | | Time (Decimal) | Agreed Rate (GBP /hour) | |
|---|---|---|---|---|
| **Senior Associate** | | | | |
| ACROKE | Antonia Croke | 2.70 | 615.00 | 1,660.50 |
| LROBER | Lindsey Roberts | 1.30 | 585.00 | 760.50 |
| | | | Total | **2,421.00** |

### Detailed Time Breakdown

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 07/07/2016 | Antonia Croke | LETT | Review agenda for UCC call and email LROBER re same | 0.20 | 615.00 | 123.00 |
| 07/07/2016 | Lindsey Roberts | READ | Read UCC call agenda and related materials | 0.20 | 585.00 | 117.00 |
| 07/07/2016 | Lindsey Roberts | INTD | Email to ACROKE re: UCC call | 0.10 | 585.00 | 58.50 |
| 07/07/2016 | Lindsey Roberts | ATTD | Attend UCC call | 0.60 | 585.00 | 351.00 |
| 14/07/2016 | Antonia Croke | READ | Review Agenda for UCC call | 0.10 | 615.00 | 61.50 |
| 14/07/2016 | Antonia Croke | ATTD | Attend UCC call | 0.60 | 615.00 | 369.00 |
| 14/07/2016 | Lindsey Roberts | READ | Reading UCC call agenda and associated materials | 0.30 | 585.00 | 175.50 |
| 21/07/2016 | Antonia Croke | READ | Review Agenda for UCC call; EMEA Debtor comments on creditor confidentiality a'ment; UCC's opposition to NNSA's cross-petition in support of direct appeal; and minutes of 7/4/16 UCC call | 0.70 | 615.00 | 430.50 |
| 21/07/2016 | Antonia Croke | ATTD | Attend UCC call | 0.60 | 615.00 | 369.00 |
| 21/07/2016 | Lindsey Roberts | LETT | Email to ACROKE re UCC call | 0.10 | 585.00 | 58.50 |
| 28/07/2016 | Antonia Croke | LETT | Review Agenda for UCC call | 0.10 | 615.00 | 61.50 |
| 28/07/2016 | Antonia Croke | ATTD | Attend UCC call | 0.40 | 615.00 | 246.00 |

                                                               **2,421.00**

Matter: CCN01.00001 - BANKRUPTCY

**C0012**    **General Claims Analysis/Claims Objections**

| | | Time (Decimal) | Agreed Rate (GBP /hour) | |
|---|---|---|---|---|
| **Partner** | | | | |
| GDB | Giles Boothman | 0.30 | 870.00 | 261.00 |
| **Senior Associate** | | | | |
| ACROKE | Antonia Croke | 4.30 | 615.00 | 2,644.50 |
| LROBER | Lindsey Roberts | 0.90 | 585.00 | 526.50 |
| **Professional Development** | | | | |
| IWEST | Inga West | 0.30 | 620.00 | 186.00 |
| **Trainee** | | | | |
| JAPOWE | James Powell | 0.40 | 210.00 | 84.00 |
| | | | Total | 3,702.00 |

Matter: CCN01.00001 - BANKRUPTCY

## C0012    General Claims Analysis/Claims Objections

|  |  |  | | Time (Decimal) | Agreed Rate (GBP /hour) | |
|---|---|---|---|---|---|---|

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 27/06/2016 | Inga West | MISC | Email to Antonia re currency risk point on Brexit | 0.30 | 620.00 | 186.00 |
| 04/07/2016 | Antonia Croke | LETT | Review emails and Ct docs re briefs in opposition to the petitions for authorisation of direct appeals to the Third Circuit | 0.40 | 615.00 | 246.00 |
| 05/07/2016 | Antonia Croke | LETT | Review emails re Briefs | 0.20 | 615.00 | 123.00 |
| 06/07/2016 | Antonia Croke | LETT | Review US debtors statement of no position | 0.10 | 615.00 | 61.50 |
| 07/07/2016 | Lindsey Roberts | READ | Email re: NNSA cross-petition in Third Circuit and review attached petition | 0.50 | 585.00 | 292.50 |
| 08/07/2016 | Antonia Croke | LETT | Review email re NNSA cross petition in Third circuit | 0.10 | 615.00 | 61.50 |
| 13/07/2016 | James Powell | READ | Reviewing Nortel Bloomberg news stories; Email to LROBER re the same | 0.20 | 210.00 | 42.00 |
| 14/07/2016 | Antonia Croke | READ | Review email re draft Creditor NDA and BH side letter | 0.20 | 615.00 | 123.00 |
| 14/07/2016 | Antonia Croke | READ | Review draft restructuring settlement and support agreement and UK provisions | 0.50 | 615.00 | 307.50 |
| 19/07/2016 | Lindsey Roberts | LETT | Email re Settlement Agreement | 0.20 | 585.00 | 117.00 |
| 20/07/2016 | Antonia Croke | READ | Review BRG creditor recovery scenarios in global settlement agreement analysis deck and email from F Hodara re same | 0.40 | 615.00 | 246.00 |
| 21/07/2016 | Antonia Croke | READ | Review UCC comments to settlement and plans support agreement | 0.40 | 615.00 | 246.00 |
| 25/07/2016 | Antonia Croke | LETT | Review emails re leave to appeal to the Sup Ct of Canada | 0.10 | 615.00 | 61.50 |
| 26/07/2016 | Antonia Croke | LETT | Review emails re appeal to Canadian Sup Ct | 0.10 | 615.00 | 61.50 |
| 26/07/2016 | Antonia Croke | READ | Review redline of updated Settlement and Plans Support Agreement and email re same | 0.50 | 615.00 | 307.50 |
| 26/07/2016 | Lindsey Roberts | READ | Email re: revised SPSA | 0.20 | 585.00 | 117.00 |
| 27/07/2016 | Giles Boothman | READ | Emails / docs/ agenda re latest position/ fee arrangements and team | 0.30 | 870.00 | 261.00 |
| 28/07/2016 | Antonia Croke | READ | Review revised redline UCC legal brief for leave to appeal to the Sup Ct of Canada and email re same | 0.40 | 615.00 | 246.00 |
| 28/07/2016 | Antonia Croke | READ | Review UCC brief for leave to appeal application to Sup Ct of Canada | 0.50 | 615.00 | 307.50 |
| 28/07/2016 | James Powell | LETT | Reviewing Bloomberg news stories, summarising content and email to LROBER | 0.20 | 210.00 | 42.00 |
| 29/07/2016 | Antonia Croke | LETT | Review emails re applications for leave to appeal to the Sup Ct of Canada | 0.40 | 615.00 | 246.00 |
|  |  |  |  |  |  | 3,702.00 |