**Exhibit C**

**DISBURSEMENT SUMMARY**

**JULY 01, 2016 THROUGH JULY 31, 2016**

| | |
|---|---:|
| Document Production | £3.48 |
| **TOTAL** | **£3.48** |