**Exhibit D**

**Disbursements Detailed Breakdown**

| | |
|---|---:|
| 58 A4 Copies @ £0.06p per copy | 3.48 |
| | **3.48** |