**Exhibit E**

# SUMMARY OF ATTORNEYS AND LEGAL ASSISTANTS RENDERING SERVICES DURING THE PERIOD JULY 01, 2016 THROUGH JULY 31, 2016

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate Prior to 1 July 2016 | Hourly Billing Rate After 1 July 2016 | Total Billed Hours | Total Compensation Requested (£) |
|---|---|---|---|---|---|
| Giles Boothman | Partner for 14 years; Admitted in 1993 in England and Wales; Restructuring and Special Situations Group, London | £845 | £870 | 0.30 | 261.00 |
| Inga West | Professional Development Lawyer; Admitted in 1997 in England and Wales; Restructuring and Special Situations Group, London | £620 | £620 | 0.30 | 186.00 |
| Antonia Croke | Associate for 9 years; Admitted in 2007 in New South Wales; Australia Dispute Resolution Group, London | £595 | £615 | 7.00 | 4,305.00 |
| Andy Wright | Associate for 7 years; Admitted in 2009 in England and Wales; Employment, Incentives and Pensions Group, London | £595 | £615 | 0.30 | 184.50 |
| Lindsey Roberts | Associate for 5 years; Admitted in 2011 in England and Wales; Dispute Resolution Group, London | £570 | £585 | 4.90 | 2,866.50 |
| James Powell | Trainee Solicitor; Dispute Resolution Group, London | £205 | £210 | 2.10 | 441.00 |
| **TOTAL** | | | | **14.90** | **8,244.00** |

## COMPENSATION BY PROJECT CATEGORY
## JULY 01, 2016 THROUGH JULY 31, 2016

| Project Category | Total Hours | Total Fees (£) |
| --- | --- | --- |
| Ashurst Fee Application / Monthly Billing Reports | 4.70 | 2,121.00 |
| Creditors Committee Meetings | 4.00 | 2,421.00 |
| General Claims Analysis/Claims Objections | 6.20 | 3,702.00 |
| **TOTAL** | **14.90** | **8,244.00** |