**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 09-10138 (KG) |
| Nortel Networks Inc., et al.,[1] | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | **Hearing Date: TBD** |
| | ) | |

**NOTICE OF THIRTIETH INTERIM FEE APPLICATION REQUEST**

| | |
|---|---|
| Name of Applicant: | Ashurst LLP |
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors |
| Date of Retention: | March 5, 2009 (nunc pro tunc to January 30, 2009) |
| Period for which Compensation and Reimbursement is sought: | May 1, 2016 through July 31, 2016 |
| Amount of Compensation sought as actual, reasonable and necessary | £39,304.00 (US $51,488.24)[2] |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | £50.88 (US $66.65)[3] |

This is (a)n: _X_ interim ___ final application.

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems, Inc. (9769); Nortel Altsystems International, Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567); and Nortel Networks (CALA) Inc. (4226).

[2] The amount stated in parenthesis is for informational purposes only and reflects the international foreign exchange rate of £1 to US $1.31 as published by Bloomberg.com on the date of this application.

[3] The amount stated in parenthesis is for informational purposes only and reflects the international foreign exchange rate of £1 to US $1.31 as published by Bloomberg.com on the date of this application.

Summary of Fee Applications for Compensation Period:

| | | Requested | | Approved | | Holdback Fees Requested |
|---|---|---|---|---|---|---|
| **Date Filed Docket No.** | **Period Covered** | **Fees** | **Expenses** | **Fees (80%)** | **Expenses (100%)** | **Fees (20%)** |
| Date Filed: 06/28/2016 Docket No. 16958 | 05/01/2016 – 05/31/2016 | £7,644.00 | £24.24 | £6,115.20 | £24.24 | £1,528.80 |
| Date Filed: 08/01/2016 Docket No. 17018 | 06/01/2016 – 06/30/2016 | £23,416.00 | £23.16 | £18,732.80 | £23.16 | £4,683.20 |
| Date Filed: 08/30/2016 Docket No. 17148 | | £8,244.00 | £3.48 | Pending Obj deadline 09/20/2016 £6,595.20 | Pending Obj deadline 09/20/2016 £3.48 | £1,648.80 |
| **TOTALS:** | | £39,304.00 | £50.88 | £31,443.20 | £50.88 | £7,860.80 |

Summary of any Objections to Fee Applications: None.

Dated: August 30, 2016
London, United Kingdom

**Giles Boothman**
ASHURST LLP
Broadwalk House
5 Appold Street
London EC2A 2HA
Telephone: +44 (0)20 7638 1111
Facsimile: +44 (0)20 7638 1112

European Counsel to the Official Committee of Unsecured Creditors of Nortel Networks Inc., *et al.*