**Exhibit B**

4834-2955-5255.1

Nortel Networks, Inc.
Expenses

| Employee | Description | Transaction Date | Expenses |
|---|---|---|---|
| Lowery,Kristie L (US011686190) | Misc: Nortel meeting in Raleigh NC with Tim Ross to review registrations and concerns as well as status meeting with RLKS. Snacks during meeting for team working on testing of payroll tax withholding items for Raj P and RLKS. | 6/29/2016 | $23.82 |
| Lowery,Kristie L (US011686190) | Brkft: Nortel meeting in Raleigh NC with Tim Ross to review registrations and concerns as well as status meeting with RLKS. Rebecca Mills - Senior, Kristie Lowery - Partner, and Anne Settlemyre - Intern | 7/6/2016 | $18.52 |
| Lowery,Kristie L (US011686190) | Mileage: Nortel meeting in Raleigh NC with Tim Ross to review registrations and concerns as well as status meeting with RLKS. \\Charlotte to Raleigh RT | 7/6/2016 | $210.06 |
| Lowery,Kristie L (US011686190) | Dinner: Nortel meeting in Raleigh NC with Tim Ross to review registrations and concerns as well as status meeting with RLKS. Kristie Lowery - Partner; Rebecca Mills - Senior; Anne Settlemyre - Intern | 7/6/2016 | $37.33 |
| Gentile,Matthew Donald (US012548056) | Lunch: The business purpose of this expense was to discuss the alternative apportionment request. The attendees were Emily Dean and Matt Gentile (both of EY). The expense was approved by Jim Scott (Raleigh PPED). | 6/16/2016 | $28.78 |
| Gentile,Matthew Donald (US012548056) | Mileage: The business purpose of this expense was to travel to Charlotte for meetings. The origin was Raleigh and the destination was Charlotte.\\Raleigh; Charlotte | 6/15/2016 | $178.20 |
| Beakey III,Andrew M (US011131290) | Air: Nortel meeting - airline transaction fee\\UGJQOC | 6/28/2016 | $35.00 |
| Kennedy,Diana Lynn (US012436403) | Mileage: Mileage to Nortel office for meeting and confirm moving status\\EY office and Nortel | 7/5/2016 | $15.12 |
| Wood,Jeffrey T (US013081390) | Air: Meetings with RLKS for Nortel return reviews\\SPZCX | 7/12/2016 | $192.98 |
| Wood,Jeffrey T (US013081390) | Air: Meetings with RLKS for Nortel return reviews\\YZDCFE | 7/12/2016 | $390.16 |
| Trombley,Tarryn Kate Gurney (US012890877) | Air: Flight to Houston for meeting with RLKS\\KQZPRF | 7/12/2016 | $185.98 |
| Trombley,Tarryn Kate Gurney (US012890877) | Air: Flight to Houston - flight fee\\RVIWXG | 7/12/2016 | $7.00 |
| Trombley,Tarryn Kate Gurney (US012890877) | Air: Flight to Houston for RLKS meeting - return\\RVIWXC | 7/12/2016 | $383.16 |
| Trombley,Tarryn Kate Gurney (US012890877) | Air: Additional fee for flight to Houston for RLKS meeting. Southwest seat confirmation fee. \\KQZPRP | 7/12/2016 | $15.00 |

Nortel Networks, Inc.
Expenses

| Employee | Description | Transaction Date | Expenses |
|---|---|---|---|
| Trombley,Tarryn Kate Gurney (US012890877) | Air: Flight fee- flight to Houston for RLKS meeting\\KQZPRF | 7/12/2016 | $7.00 |
| Beakey III,Andrew M (US011131290) | Air: Nortel meetings\\UGJQOC | 6/28/2016 | $647.20 |
| | | Totals | $2,375.31 |

Air expenses have been booked at economy class.