IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Nortel Networks Inc., et al.,[1] | ) Case No. 09-10138 (KG) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |
| | ) **Hearing Date: To Be Determined** |

**THIRTIETH QUARTERLY FEE APPLICATION OF ERNST & YOUNG LLP FOR COMPENSATION FOR SERVICES RENDERED AS INDIRECT TAX SERVICE ADVISOR TO THE DEBTORS AND DEBTORS-IN-POSSESSION FOR THE PERIOD OF MAY 1, 2016 THROUGH JULY 31, 2016**

E&Y LLP hereby submits its thirtieth quarterly fee application request (the "Request") for the period May 1, 2016 through and including July 31, 2016 (the "Compensation Period").

| E&Y LLP seeks approval of the following fee application: Fee Application Filing Date | Period Covered By Application | Total Fees Requested | Total Expenses Requested | Certification of No Objection Filing Date, Docket No. | Amount of Fees Allowed (80%) | Amount of Expenses Allowed (100%) | Amount of Holdback Fees Sought |
|---|---|---|---|---|---|---|---|
| 7/15/16 | 5/1/16 – 5/31/16 | $362,830.00 | $251.82 | 8/9/16 [17060] | $290,264.00 | $251.82 | $72,566.00 |
| 8/24/16 | 6/1/16 – 6/30/16 | $389,721.50 | $215.36 | N/A | $311,777.20 | $215.36 | $77,944.30 |
| 8/29/16 | 7/1/16 – 7/31/16 | $574,824.50 | $2,375.31 | N/A | $459,859.60 | $2,375.31 | $114,964.90 |
| **TOTAL** | | **$1,327,376.00** | **$2,842.49** | | **$1,061,900.80** | **$2,842.49** | **$265,475.20** |

---

[1] Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

4845-1065-2983.1

E&Y LLP seeks interim approval of the full amount of the fees and expenses requested in the above-referenced fee application and payment by the Debtors of the amount requested in such fee application in full.

WHEREFORE, E&Y LLP respectfully requests that the Court enter the order enter the order attached hereto as Exhibit A and grant E&Y LLP such other and further relief as is just and proper.

Dated: August 30, 2016

Respectfully submitted,

/s/ Joanne Lee
Joanne Lee
Foley & Lardner LLP
321 N. Clark Street, Suite 2800
Chicago, IL 60654
Tel. 312.832.4500
jlee@foley.com

## COMPENSATION BY PROFESSIONAL
## THROUGH JULY 31, 2016

| Professional | Position | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Abbott, Douglas J. | Partner | $700 | 76.0 | $53,200.00 |
| Adams, Elizabeth Trimble | Staff | $225 | 247.6 | $55,710.00 |
| Au, Siu Long | Senior | $365 | 43.3 | $15,804.50 |
| Beakey III, Andrew M. | Partner | $700 | 27.1 | $18,970.00 |
| Beck, Taylor R. | Staff | $225 | 24.5 | $5,512.50 |
| Breton, Kristina | Senior | $365 | 138.5 | $50,552.50 |
| Brown, Matthew Peter | Manager | $510 | 4.3 | $2,193.00 |
| Carlton, Brandon Cash | National Partner | $750 | 0.8 | $600.00 |
| Carrington, Glenn | National Partner | $750 | 21.0 | $15,750.00 |
| Carroll, Kara Ruth | Staff | $225 | 70.0 | $15,750.00 |
| Carver, Gregory | National Partner | $750 | 6.0 | $4,500.00 |
| Cattrell Short, Dana | Senior | $365 | 3.0 | $1,095.00 |
| Chock, Judith C.L. | Senior Manager | $600 | 2.3 | $1,380.00 |
| Clark, Randy | Manager | $510 | 13.7 | $6,987.00 |
| Claud-White, Jennifer Ryan | Staff | $225 | 39.4 | $8,865.00 |
| Cohen, Samuel | Senior Manager | $600 | 1.0 | $600.00 |
| Davidson, Garrett M. | Manager | $510 | 44.8 | $22,848.00 |
| Davidson, Robin M. | Staff | $225 | 2.5 | $562.50 |
| De la Rosa, Anabel | Senior | $365 | 5.2 | $1,898.00 |
| Dean, Emily | Senior | $365 | 18.5 | $6,752.50 |
| DeVincenzo, Jennie Harrison | Senior Manager | $600 | 70.6 | $42,360.00 |
| Dickerson, Kelsey E. | Staff | $225 | 3.5 | $787.50 |
| Dostie, Trevor | Manager | $510 | 4.7 | $2,397.00 |
| Eaton, Antoinyce Evangeline | Senior | $365 | 1.5 | $547.50 |
| Faucette, Gregory A. | National Partner | $750 | 0.5 | $375.00 |
| Fuentes, Teresita | Partner | $700 | 3.0 | $2,100.00 |

| Professional | Position | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Funderburk, Kerry M. | National Executive Director | $700 | 4.0 | $2,800.00 |
| Galicia, Berta A. | Staff | $225 | 21.4 | $4,815.00 |
| Gant, Alyxandra Rose | Staff | $225 | 1.1 | $247.50 |
| Gentile, Matthew Donald | Senior Manager | $600 | 55.1 | $33,060.00 |
| Gering, Rachel R. | National Partner | $750 | 0.5 | $375.00 |
| Goodwin, Mary Kathleen | Staff | $225 | 1.8 | $405.00 |
| Gouri, Amit | Senior Manager | $600 | 2.0 | $1,200.00 |
| Graham, Eric G. | Staff | $225 | 193.5 | $43,537.50 |
| Hausser, Kenneth C. | National Executive | $750 | 2.0 | $1,500.00 |
| Heroy, Jessica R. | Senior Manager | $600 | 1.5 | $900.00 |
| Higaki, Shiho | Manager | $510 | 3.8 | $1,938.00 |
| Jackson, Stephen F. | National Partner | $750 | 5.0 | $3,750.00 |
| Jansen, Stephen T. | Staff | $225 | 11.1 | $2,497.50 |
| Kennedy, Diana Lynn | Senior Manager | $600 | 81.3 | $48,780.00 |
| Lawrence, Kyle | Manager | $365 | 0.4 | $146.00 |
| Lawrence, Kyle* | Manager | $510 | 0.8 | $408.00 |
| Lowery, Kristie L. | National Partner | $750 | 90.2 | $65,400.00 |
| Maahs, Kevin D. | Senior | $365 | 12.7 | $4,635.50 |
| Marsh, Jessica M. | Staff | $225 | 2.2 | $495.00 |
| Mauro, Jenna Marie | Staff | $225 | 4.8 | $1,080.00 |
| Messing, Daniel P. | Executive Director | $700 | 3.0 | $2,100.00 |
| Metcalf, Connie F. | Executive Director | $700 | 0.5 | $350.00 |
| Mielke, Jessica E. | Staff | $225 | 4.1 | $922.50 |
| Mills, Rebecca Hinson | Senior | $365 | 188.7 | $67,269.50 |
| Moore, Meredith M. | Senior | $365 | 28.0 | $10,220.00 |
| Oliver, Angel L. | Senior | $365 | 156.3 | $57,049.50 |
| Pantely, Nicholas D. | Staff | $225 | 1.2 | $270.00 |
| Peabody, Brian A. | National Partner | $750 | 1.4 | $1,050.00 |
| Persaud, Shivanie Kamini | Staff | $225 | 6.3 | $1,417.50 |
| Petrozzi, Gino V. | Senior Manager | $600 | 4.1 | $2,460.00 |

4845-1065-2983.1

| Professional | Position | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Powell, Timothy C. | Senior Manager | $600 | 11.5 | $6,900.00 |
| Quigley, Nicholas W. | Manager | $510 | 6.7 | $3,417.00 |
| Razook, Janel J. | Manager | $510 | 14.8 | $7,548.00 |
| Riordon, Paige Bell | Senior Manager | $600 | 0.5 | $300.00 |
| Scott, James E. | Partner | $700 | 90.9 | $63,630.00 |
| Serratos Prudencio, Daniel | Staff | $225 | 46.6 | $10,485.00 |
| Settlemyre, Anne B. | Staff | $225 | 105.1 | $22,972.50 |
| Shapiro, Ari J. | Staff | $225 | 359.80 | $80,955.00 |
| Spieler, Kathryn | Staff | $225 | 11.9 | $2,677.50 |
| Spyker, Deborah J. | National Executive Director | $750 | 2.2 | $1,650.00 |
| Stafman, Jeremy Andrew | Staff | $225 | 11.1 | $2,497.50 |
| Tarud, Jessica | Staff | $225 | 29.1 | $6,547.50 |
| Trombley, Tarryn Kate Gurney | Manager | $510 | 197.3 | $100,623.00 |
| Trozzo, Roseann | Manager | $510 | 88.6 | $45,186.00 |
| Tufino, Salvatore J. | National Executive Director | $750 | 4.0 | $3,000.00 |
| Wells, Sharice Ivory Marie | Staff | $225 | 33.5 | $7,537.50 |
| Wood, Jeffrey T. | Executive Director | $700 | 372.2 | $260,540.00 |
| Wren, Kaitlin Doyle | Staff | $225 | 7.7 | $1,732.50 |
| TOTAL | | | 3,155.6 | $1,327,376.00 |

\* Employee received a promotion during the quarterly period.

## COMPENSATION BY PROJECT CATEGORY
## THROUGH JULY 31, 2016

| Project Category[1] | Total Hours | Total Fees |
|---|---|---|
| Employment Tax | 934.3 | $374,303.50 |
| Federal Compliance | 749.5 | $265,850.00 |
| Federal Consulting | 1,066.2 | $513,822.50 |
| International Compliance | 21.6 | $7,165.00 |
| International Consulting | 123.2 | $58,054.00 |
| State and Local Consulting | 111.8 | $57,185.50 |
| State and Local Compliance | 102.3 | $26,448.00 |
| NC Alternate Appt | 46.7 | $24,547.50 |
| **TOTAL** | **3,155.6** | **$1,327,376.00** |

## EXPENSE SUMMARY
## THROUGH JULY 31, 2016

| Expense Category | Total Expenses |
|---|---|
| Air[2] | $1,863.48 |
| Meals | $126.13 |
| Mileage | $785.70 |
| Miscellaneous | $67.18 |
| **TOTAL** | **$2,842.49** |

---

[1] Two additional categories were added on May and July fee statements which include International Compliance and NC Alternate Appt.

[2] All air expenses are coach/economy class.

4