**Nortel Networks Inc., et al**

**Berkeley Research Group, LLC**

**Exhibit A: Time Detail**



For the Period 7/1/2016 through 7/31/2016

| Date | Professional | Hours | Description |
|---|---|---|---|
| **01. Asset Acquisition/Disposition** | | | |
| 7/4/2016 | J. Hyland | 1.4 | Reviewed the UCC response to permission to appeal and remand for the District Court to render an opinion. |
| 7/4/2016 | J. Hyland | 1.0 | Reviewed proceeds allocation issues for each allocation legal entity. |
| 7/5/2016 | J. Hyland | 2.8 | Reviewed the bondholders' response to permission to appeal and remand for the District Court to render an opinion. |
| 7/5/2016 | J. Hyland | 0.2 | Reviewed U.S. Debtors' statement of no position re: allocation appeal. |
| 7/6/2016 | J. Hyland | 2.4 | Analyzed NNSA appeal for proceeds allocation decisions. |
| 7/7/2016 | J. Hyland | 0.3 | Conducted call with M. Kennedy (Chilmark) re: proceeds allocation positions. |
| 7/8/2016 | J. Hyland | 0.4 | Conducted call with M. Sandberg (FTI) re: proceeds allocation positions. |
| 7/8/2016 | J. Hyland | 0.1 | Reviewed the four de minimis asset sale motions from the U.S. Debtors. |
| 7/13/2016 | J. Borow | 1.2 | Reviewed issue pertaining to scenarios and related allocations. |
| 7/13/2016 | J. Borow | 1.0 | Discussed with Counsel to UCC re: claims and allocation scenarios. |
| 7/15/2016 | J. Borow | 2.3 | Reviewed various allocation scenarios. |
| 7/15/2016 | J. Borow | 1.5 | Discussed with Counsel re: alternative scenarios for allocation |
| 7/18/2016 | J. Hyland | 2.8 | Analyzed U.S. Estate proceeds allocation using various methodologies. |
| 7/18/2016 | J. Hyland | 2.5 | Continued analyzing U.S. Estate proceeds allocation using various methodologies. |
| 7/18/2016 | J. Hyland | 2.1 | Continued analyzing U.S. Estate proceeds allocation using various methodologies. |
| 7/18/2016 | J. Borow | 1.8 | Reviewed allocation scenarios in anticipation of UCC meeting. |
| 7/19/2016 | J. Borow | 1.3 | Reviewed allocation scenarios and related issues. |
| 7/20/2016 | J. Hyland | 2.7 | Analyzed transaction documentation for proceeds allocation matters. |

Berkeley Research Group, LLC

Invoice for the 7/1/2016 - 7/31/2016 Period

| Date | Professional | Hours | Description |
|---|---|---|---|
| **01. Asset Acquisition/Disposition** | | | |
| 7/20/2016 | J. Hyland | 2.4 | Continued analyzing transaction documentation for proceeds allocation matters. |
| 7/20/2016 | J. Borow | 1.7 | Reviewed information pertaining to allocation scenarios. |
| 7/20/2016 | J. Hyland | 1.5 | Reviewed U.S. Estate proceeds allocation summary. |
| 7/21/2016 | J. Borow | 2.3 | Reviewed proceeds allocation summary. |
| 7/22/2016 | J. Hyland | 2.9 | Analyzed transaction documentation for proceeds allocation matters. |
| 7/22/2016 | J. Hyland | 2.7 | Continued analyzing transaction documentation for proceeds allocation matters. |
| 7/22/2016 | J. Hyland | 2.5 | Continued analyzing transaction documentation for proceeds allocation matters. |
| 7/22/2016 | J. Hyland | 2.4 | Continued analyzing transaction documentation for proceeds allocation matters. |
| 7/25/2016 | J. Hyland | 2.9 | Analyzed proceeds allocation assumptions. |
| 7/25/2016 | A. Cowie | 2.9 | Analyzed updated allocation scenarios. |
| 7/25/2016 | J. Hyland | 2.8 | Continued analyzing proceeds allocation assumption. |
| 7/25/2016 | A. Cowie | 2.8 | Continued to analyze updated allocation scenarios. |
| 7/26/2016 | A. Cowie | 2.9 | Analyzed updated allocation scenarios. |
| 7/26/2016 | J. Hyland | 2.9 | Reviewed supporting documentation for proceeds allocation assumption. |
| 7/26/2016 | A. Cowie | 2.8 | Continued to analyze updated allocation scenarios. |
| 7/26/2016 | J. Hyland | 2.7 | Reviewed supporting documentation for proceeds allocation assumption. |
| 7/26/2016 | A. Cowie | 2.6 | Continued to analyze updated allocation scenarios. |
| 7/27/2016 | A. Cowie | 2.9 | Analyzed updated allocation scenarios. |
| 7/27/2016 | A. Cowie | 2.8 | Continued to analyze updated allocation scenarios. |
| 7/27/2016 | J. Hyland | 2.8 | Summarized proceeds allocation supporting documentation for an assumption. |
| 7/27/2016 | J. Hyland | 2.6 | Continued summarizing proceeds allocation supporting documentation for an assumption. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **01. Asset Acquisition/Disposition** | | | |
| 7/27/2016 | C. Kearns | 0.2 | Reviewed status of escrow account analysis. |
| 7/28/2016 | A. Cowie | 2.9 | Analyzed updated allocation scenarios. |
| 7/28/2016 | J. Hyland | 2.8 | Analyzed proceeds allocation assumption supporting documentation. |
| 7/28/2016 | J. Hyland | 0.3 | Reviewed proceeds allocation assumptions. |
| 7/29/2016 | A. Cowie | 1.9 | Analyzed intra-estate allocation figures. |
| **Task Code Total Hours** | | **90.7** | |
| **05. Professional Retention/ Fee Application Preparation** | | | |
| 7/7/2016 | J. Blum | 0.5 | Prepared the twelfth monthly fee application. |
| 7/8/2016 | J. Hyland | 0.1 | Prepared fee estimate for Counsel. |
| 7/18/2016 | J. Blum | 0.4 | Updated the word document for the twelfth monthly fee application. |
| 7/20/2016 | J. Hyland | 0.4 | Reviewed May fee application. |
| 7/21/2016 | J. Hyland | 0.6 | Continued reviewing May fee application. |
| 7/21/2016 | J. Blum | 0.2 | Made final edits to the twelfth monthly fee application and sent to case expert for final review. |
| 7/22/2016 | M. Haverkamp | 0.8 | Edited Nortel May fee application. |
| 7/25/2016 | J. Blum | 0.9 | Edited raw data in preparation of the thirteenth monthly fee application. |
| 7/29/2016 | J. Hyland | 0.4 | Reviewed BRG's portion of interim fee app order for the period ending 4/30/16 for Counsel. |
| **Task Code Total Hours** | | **4.3** | |
| **07. Interaction/Meetings with Debtors/Counsel** | | | |
| 7/7/2016 | A. Cowie | 0.3 | Participated in discussion with M. Kennedy (Chilmark) in regard to allocation scenarios. |
| 7/13/2016 | A. Cowie | 0.4 | Participated in call with M. Kennedy (Chilmark) in regard to creditor recoveries. |
| **Task Code Total Hours** | | **0.7** | |
| **08. Interaction/Meetings with Creditors** | | | |
| 7/5/2016 | J. Borow | 0.5 | Discussed with party in interest re: status of matter. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **08. Interaction/Meetings with Creditors** | | | |
| 7/7/2016 | J. Borow | 0.6 | Met with UCC and professionals to UCC re: status of matter. |
| 7/7/2016 | A. Cowie | 0.6 | Prepared discussion document for weekly UCC call. |
| 7/7/2016 | C. Kearns | 0.5 | Participated in call with the Committee re: status of estate discussions. |
| 7/7/2016 | J. Hyland | 0.5 | Participated in weekly UCC call with UCC members and professionals. |
| 7/8/2016 | C. Kearns | 0.3 | Emailed with Counsel re: status of estate related discussions. |
| 7/12/2016 | C. Kearns | 0.5 | Participated in a call with Counsel, Clearly and Chilmark to discuss status of allocation issues re: the bond holders. |
| 7/13/2016 | A. Cowie | 0.9 | Participated in call with F. Hodara and B. Kahn (Counsel) in regard to allocation concepts. |
| 7/14/2016 | A. Cowie | 1.3 | Prepared discussion points for weekly UCC call re: allocation scenarios. |
| 7/14/2016 | J. Borow | 0.6 | Met with UCC and professionals to UCC. |
| 7/14/2016 | C. Kearns | 0.5 | Participated in weekly Committee call re: allocation discussions. |
| 7/14/2016 | J. Hyland | 0.5 | Participated in weekly UCC call with members and professionals. |
| 7/14/2016 | C. Kearns | 0.3 | Reviewed waterfall scenarios requested by Counsel. |
| 7/15/2016 | A. Cowie | 1.8 | Prepared UCC presentation in regard to allocation discussions. |
| 7/15/2016 | A. Cowie | 0.9 | Participated in call with F. Hodara and D. Botter (Counsel) in regard to allocation discussions. |
| 7/15/2016 | C. Kearns | 0.8 | Participated in call with Counsel re: scenarios around U.S. intra-estate issues. |
| 7/18/2016 | A. Cowie | 1.9 | Prepared UCC presentation in regard to allocation discussions. |
| 7/19/2016 | A. Cowie | 2.9 | Prepared UCC presentation in regard to allocation discussions. |
| 7/19/2016 | A. Cowie | 1.8 | Continued to prepare UCC presentation in regard to allocation discussion. |
| 7/19/2016 | J. Borow | 0.7 | Discussed with Counsel and creditor re: scenarios and recovery analysis. |
| 7/19/2016 | A. Cowie | 0.7 | Participated in call with creditor in regard to creditor recoveries. |
| 7/21/2016 | J. Borow | 0.9 | Discussed with party in interest re: status of matter. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **08. Interaction/Meetings with Creditors** | | | |
| 7/21/2016 | C. Kearns | 0.6 | Participated in call with the Committee to review status of current matters. |
| 7/21/2016 | J. Hyland | 0.6 | Participated in weekly UCC call with UCC members and professionals. |
| 7/21/2016 | J. Hyland | 0.4 | Reviewed documents distributed to the Committee from Counsel. |
| 7/21/2016 | C. Kearns | 0.3 | Emailed with Counsel re: draft documents and status. |
| 7/28/2016 | J. Hyland | 1.5 | Reviewed documents distributed to UCC from Counsel for UCC discussion. |
| 7/28/2016 | J. Borow | 0.6 | Met with UCC and professionals to UCC. |
| 7/28/2016 | A. Cowie | 0.4 | Prepared discussion points for weekly UCC call. |
| *Task Code Total Hours* | | **24.4** | |
| **10. Recovery/SubCon/Lien Analysis** | | | |
| 7/3/2016 | C. Kearns | 0.3 | Reviewed recovery calculations based upon assumptions. |
| 7/7/2016 | J. Hyland | 1.8 | Analyzed claim recovery matter for Counsel. |
| 7/8/2016 | J. Hyland | 2.9 | Analyzed claim recoveries based upon various assumptions. |
| 7/8/2016 | J. Hyland | 2.8 | Continued analyzing claim recoveries based upon various assumptions. |
| 7/8/2016 | A. Cowie | 1.8 | Modeled creditor recoveries. |
| 7/11/2016 | J. Hyland | 1.8 | Reviewed documents with claims recovery assumptions. |
| 7/12/2016 | J. Hyland | 2.8 | Analyzed assumptions impacting a U.S. creditor's recovery. |
| 7/12/2016 | A. Cowie | 1.9 | Modeled creditor recoveries. |
| 7/13/2016 | A. Cowie | 2.1 | Modeled creditor recoveries. |
| 7/14/2016 | A. Cowie | 2.8 | Modeled creditor recoveries. |
| 7/14/2016 | J. Hyland | 2.7 | Analyzed creditor recoveries based upon current assumptions. |
| 7/14/2016 | A. Cowie | 2.7 | Continued to model creditor recoveries. |
| 7/14/2016 | J. Hyland | 2.4 | Continued analyzing creditor recoveries based upon current assumptions. |
| 7/14/2016 | A. Cowie | 1.3 | Continued to model creditor recoveries. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **10. Recovery/SubCon/Lien Analysis** | | | |
| 7/15/2016 | J. Hyland | 2.9 | Analyzed creditor recoveries with various assumptions. |
| 7/15/2016 | A. Cowie | 2.8 | Modeled creditor recoveries. |
| 7/15/2016 | A. Cowie | 2.6 | Continued to model creditor recoveries. |
| 7/15/2016 | J. Hyland | 2.2 | Continued analyzing creditor recoveries with various assumptions. |
| 7/15/2016 | J. Hyland | 1.0 | Participated on call with Counsel re: U.S. creditor recoveries. |
| 7/15/2016 | C. Kearns | 0.2 | Reviewed summary of waterfalls requested by Counsel based on current status of discussions. |
| 7/18/2016 | C. Kearns | 0.4 | Reviewed latest draft waterfall analysis requested by Committee members and provided to Counsel. |
| 7/19/2016 | J. Hyland | 2.9 | Analyzed claims recoveries based upon various assumptions. |
| 7/19/2016 | J. Hyland | 2.8 | Continued analyzing claims recoveries based upon various assumptions. |
| 7/19/2016 | J. Hyland | 1.0 | Participated in call with Counsel and creditor re: creditor recoveries. |
| 7/19/2016 | C. Kearns | 0.7 | Participated in call with Counsel and a creditor re: waterfall scenarios and key issues. |
| 7/19/2016 | C. Kearns | 0.5 | Reviewed revised deck for committee requests by Counsel on analysis of current version of recovery discussions. |
| 7/20/2016 | C. Kearns | 0.4 | Emailed with Counsel re: creditor recovery scenarios. |
| 7/21/2016 | J. Hyland | 2.0 | Analyzed U.S. claims and claim recoveries. |
| 7/26/2016 | J. Hyland | 1.6 | Analyzed claims recoveries relative to NNIII filing. |
| 7/26/2016 | C. Kearns | 1.0 | Reviewed allocation recoveries and provided comments to Counsel. |
| 7/28/2016 | C. Kearns | 0.3 | Reviewed latest creditor recovery scenarios. |
| 7/29/2016 | J. Hyland | 2.5 | Reviewed claim recoveries with various allocation scenarios. |
| 7/29/2016 | J. Hyland | 2.4 | Continued reviewing claim recoveries with various allocation scenarios. |
| **Task Code Total Hours** | | **60.3** | |
| **11. Claim Analysis/Accounting** | | | |
| 7/8/2016 | J. Hyland | 2.7 | Analyzed claims by estate. |
| 7/13/2016 | J. Hyland | 2.6 | Analyzed claim details for a U.S. creditor. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **11. Claim Analysis/Accounting** | | | |
| 7/18/2016 | J. Hyland | 1.0 | Reviewed omnibus claims objections filed by NNI. |
| 7/25/2016 | J. Hyland | 2.3 | Reviewed analyses of claims re: NNIII. |
| 7/26/2016 | J. Borow | 1.6 | Researched for hedging issues related to claims. |
| *Task Code Total Hours* | | **10.2** | |
| **18. Operating and Other Reports** | | | |
| 7/26/2016 | J. Hyland | 2.7 | Reviewed NNIII filing forms and schedules. |
| *Task Code Total Hours* | | **2.7** | |
| **19. Cash Flow/Cash Management Liquidity** | | | |
| 7/1/2016 | J. Hyland | 1.0 | Analyzed cash balances and forecasted cash balances. |
| 7/6/2016 | J. Hyland | 0.3 | Reviewed NNL's cash forecast as of 6/26/2016. |
| 7/22/2016 | J. Hyland | 0.4 | Reviewed the 7/17/2016 cash forecast for Canadian entities. |
| *Task Code Total Hours* | | **1.7** | |
| **26. Tax Issues** | | | |
| 7/7/2016 | J. Hyland | 0.9 | Conducted call with K. Rowe (Counsel) re: U.S. taxes. |
| 7/8/2016 | J. Hyland | 0.2 | Conducted call with M. Kennedy (Chilmark) re: U.S. taxes. |
| 7/19/2016 | J. Hyland | 0.8 | Conducted call with K. Rowe (Counsel) re: U.S. taxes. |
| *Task Code Total Hours* | | **1.9** | |
| **Total Hours** | | **196.9** | |