**Nortel Networks Inc., et al**

**Berkeley Research Group, LLC**

**Exhibit B: Expense Detail**



For the Period 7/1/2016 through 7/31/2016

| Date | Professional | Amount | Description |
|---|---|---|---|
| **01. Travel - Airline** | | | |
| 7/18/2016 | J. Hyland | $75.00 | Fee for airfare change fee due to NYC mediation early completion on 6/3/16. |
| 7/18/2016 | J. Hyland | $328.20 | Roundtrip airfare from O'Hare to LGA for mediation trip on 6/2/16-6/3/16. |
| *Expense Category Total* | | *$403.20* | |
| **02. Travel - Train and Bus** | | | |
| 7/18/2016 | J. Hyland | $47.92 | Taxi from LGA to NYC hotel during mediation trip on 6/2/16 |
| 7/18/2016 | J. Hyland | $36.95 | Taxi from mediation to NYC airport on 6/3/16. |
| 7/18/2016 | J. Hyland | $13.30 | Taxi from NYC office to mediation on 6/2/16. |
| *Expense Category Total* | | *$98.17* | |
| **06. Travel - Mileage** | | | |
| 7/18/2016 | J. Hyland | $35.00 | Mileage to O'Hare airport for NYC trip on 6/2/16. |
| *Expense Category Total* | | *$35.00* | |
| **07. Travel - Parking** | | | |
| 7/18/2016 | J. Hyland | $74.00 | Parking at O'Hare during NYC mediation trip on 6/3/16. |
| 7/18/2016 | J. Hyland | $40.00 | Parking near Chicago office on 6/2/16 before driving to O'Hare to catch flight to NYC later that day. |
| *Expense Category Total* | | *$114.00* | |
| **08. Travel - Hotel/Lodging** | | | |
| 7/18/2016 | J. Hyland | $633.54 | Hotel stay in NYC on 6/3/16 during mediation trip. |
| *Expense Category Total* | | *$633.54* | |
| **10. Meals** | | | |
| 7/18/2016 | J. Hyland | $4.01 | Breakfast during NYC mediation trip on 6/2/16. |
| 7/18/2016 | J. Hyland | $10.57 | Dinner during NYC mediation trip on 6/2/16 |

Berkeley Research Group, LLC

Invoice for the 7/1/2016 - 7/31/2016 Period

| Date | Professional | Amount | Description |
|---|---|---|---|
| **10. Meals** | | | |
| 7/18/2016 | J. Hyland | $12.52 | Lunch during NYC mediation trip on 6/2/16. |
| 7/18/2016 | J. Hyland | $7.97 | Lunch during NYC mediation trip on 6/3/16. |
| *Expense Category Total* | | *$35.07* | |
| **Total Expenses** | | **$1,318.98** | |