**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>Nortel Networks Inc., <u>et al.</u>,[1]<br><br>Debtors. | ) Chapter 11<br>)<br>) Case No. 09-10138 (KG)<br>)<br>) (Jointly Administered)<br>)<br>) Hearing Date:  TBD<br>) |

**NOTICE OF FIFTH INTERIM FEE APPLICATION REQUEST**

Name of Applicant:                           <u>Berkeley Research Group, LLC</u>

Authorized to Provide
Professional Services to:                    <u>Official Committee of Unsecured Creditors</u>

Date of Retention:                           <u>July 9, 2015, *Nunc Pro Tunc* to June 1, 2015</u>

Period for which compensation
and reimbursement is sought:           <u>May 1, 2016 through July 31, 2016[2]</u>

Amount of Compensation sought as
actual, reasonable and necessary:           <u>$492,855.50</u>

Amount of Expense Reimbursement sought
as actual, reasonable and necessary:        <u>$1,318.98</u>

This is (a)n: _X_ interim      ____ final application

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567); and Nortel Networks (CALA) Inc. (4226).

[2] Berkeley Research Group, LLC's May, June and July 2016 monthly fee applications are incorporated herein by reference.

Summary of Fee Applications for Compensation Period:

| Date Filed Docket No. | Period Covered | Fees | Expenses | Fees -80% | Expenses (100%) | Fees -20% |
|---|---|---|---|---|---|---|
| Date Filed 07/22/2016 Docket No. 17013 | 05/01/2016 to 05/31/2016 | $130,338.00 | $0.00 | $104,270.40 | $0.00 | $26,067.60 |
| Date Filed 08/22/2016 Docket No. 17128 | 06/01/2016 to 06/30/2016 | $222,791.50 | $0.00 | $178,233.20 | $0.00 | $44,558.30 |
| Date Filed 08/30/2016 Docket No. 17153 | 07/01/2016 to 07/31/2016 | $139,726.00 | $1,318.98 | $111,780.80 | $1,318.98 | $27,945.20 |
| **TOTALS:** | | $492,855.50 | $1,318.98 | $394,284.40 | $1,318.98 | $98,571.10 |

Summary of any Objections to Fee Applications:  None.

Dated:  August 31, 2016
        New York, NY

/s/ Jay Borow
Jay Borow
BERKELEY RESEARCH GROUP, LLC
810 7th Ave.
41st Floor
New York, NY  10019
Telephone:  (212) 782-1411
Facsimile:  (212) 782-1479

Financial Advisor to the Official Committee of
Unsecured Creditors of Nortel Networks Inc., *et al.*