# EXHIBIT B



# CASSELS BROCK
### L A W Y E R S

Cassels Brock & Blackwell LLP
2100, Scotia Plaza
40 King Street West
Toronto, ON Canada M5H 3C2
T  416 869 5300
F  416 360 8877

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF NORTEL NETWORKS INC
C/O AKIN GUMP STRAUSS HAUER & FELD LLP
ATTN: FRED HODARA
ONE BRYANT PARK
NEW YORK, NY  10036 USA

**INVOICE #1995086**
HST/GST #: R121379572

| Date | Matter Number | Lawyer |
|------|--------------|--------|
| **August 30, 2016** | **46992-00001** | **Michael Wunder** |

### The Official Committee of Unsecured Creditors
### Re: Nortel Networks Inc., et al.

| | | |
|---|---|---|
| Professional Fees | $ | 311,659.00 |
| Disbursements | | 978.75 |
| **Total Amount Due** | **$** | **312,637.75** CDN |

**Cassels Brock & Blackwell LLP**

Per: _____

Michael Wunder

**Wire Transfer:**
Bank of Nova Scotia
44 King St. West, Toronto, ON  M5H 1H1
Swift Code:  NOSCCATT
Bank ID:  002  Transit: 47696
CAD Funds Bank Account : 00739-11
ABA Routing #: 026 002 532
Reference: Please include the lawyer's name and the
invoice number

**Credit Card:**
Payments are accepted via telephone, email or fax.
We accept
American Express, MasterCard or Visa (please circle
one).
Card No.
_____
Expiry Date: _____ Amount:
_____
Cardholder Name:
_____
Signature:
_____

-2-

CASSELS BROCK & BLACKWELL LLP                    Invoice # 1995086
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                          Matter # 46992-00001

---

### Invoice Detail

## TO PROFESSIONAL SERVICES RENDERED up to and including 07/31/2016

| Date | ID | Task | Narrative | Hours |
|------|-----|------|-----------|-------|
| 7/1/2016 | RSK | 29 | Review legal briefs of UCC and U.S. debtors in connection with allocation litigation. | 0.4 |
| 7/1/2016 | MWU | 31 | Call with NNI's Canadian counsel and expert consultant regarding Canadian appeal litigation, and report to UCC advisors regarding same. | 1.3 |
| 7/1/2016 | MWU | 31 | Due diligence in connection with Canadian appeal litigation including call with NNI's Canadian counsel. | 2.4 |
| 7/3/2016 | RSK | 31 | Review email correspondence from M. Wunder regarding Canadian appeal litigation issues. | 0.2 |
| 7/4/2016 | GBS | 31 | Email correspondence with Cassels' team regarding Canadian appeal litigation issues. | 0.4 |
| 7/4/2016 | SV | 31 | Review Canadian case law regarding Canadian appeal litigation. | 0.8 |
| 7/4/2016 | HFE | 31 | Meet with S. Voudouris to discuss research regarding Canadian appeal litigation, and review and revise summary chart. | 2 |
| 7/4/2016 | MWU | 31 | Correspondence and calls with Cassels team and Canadian counsel for NNI regarding Canadian appeal litigation and related matters, consideration of expert witness, and update correspondence to UCC advisors. | 0.9 |
| 7/4/2016 | MWU | 31 | Email correspondence to and from UCC advisors regarding allocation litigation and research regarding CCAA issues, and report thereon. | 1.3 |
| 7/4/2016 | RJA | 31 | Email correspondence with Akin Gump and Cassels teams regarding expert witness for allocation appeal litigation. | 0.2 |
| 7/4/2016 | TAS | 31 | Canadian legal research for Canadian appeal litigation. | 2.2 |
| 7/5/2016 | GBS | 31 | Prepare for Canadian appeal litigation including UCC memo of arguments. | 3.3 |
| 7/5/2016 | HFE | 31 | Canadian research for Canadian allocation appeal litigation. | 2.2 |
| 7/5/2016 | RSK | 31 | Review court filings to prepare for Canadian allocation appeal litigation. | 0.2 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

-3-

CASSELS BROCK & BLACKWELL LLP                    Invoice # 1995086
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                          Matter # 46992-00001

| Date | ID | Task | Narrative | Hours |
|------|-----|------|-----------|-------|
| 7/5/2016 | RSK | 29 | Conference call with Akin Gump and Cassels teams regarding allocation issues and Canadian litigation appeal expert. | 0.6 |
| 7/5/2016 | RSK | 31 | Review email correspondence regarding due diligence on expert for Canadian appeal application. | 0.2 |
| 7/5/2016 | MWU | 29 | Conference call with Cassels and Akin teams to discussion allocation issues and Canadian appeal litigation issues. | 0.6 |
| 7/5/2016 | MWU | 31 | Conference regarding Canadian appeal application with G. Shaw. | 0.3 |
| 7/5/2016 | MWU | 29 | Review U.S. allocation appeal litigation filings. | 0.8 |
| 7/5/2016 | RJA | 31 | Participate in conference call with Akin Gump regarding expert for Canadian allocation appeal litigation. | 0.6 |
| 7/5/2016 | RJA | 31 | Work on Canadian appeal court documents. | 0.9 |
| 7/5/2016 | RJA | 29 | Review draft allocation document. | 0.8 |
| 7/5/2016 | JDI | 31 | Call with Akin Gump and Cassels to discuss Canadian appeal litigation. | 0.6 |
| 7/5/2016 | TAS | 31 | Canadian legal research for appeal litigation. | 2 |
| 7/6/2016 | SV | 31 | Drafting factum for Canadian litigation. | 4.4 |
| 7/6/2016 | HFE | 31 | Review Canadian case law to prepare for appeal litigation. | 0.9 |
| 7/6/2016 | MWU | 31 | Correspondence and calls with Cassels team and Canadian counsel for NNI regarding Canadian appeal litigation and related matters, and provide update to Akin Gump. | 0.4 |
| 7/6/2016 | MWU | 31 | Research regarding Canadian appeal litigation and potential experts. | 1.3 |
| 7/7/2016 | GBS | 31 | Continue preparation of Canadian allocation appeal arguments. | 3.6 |
| 7/7/2016 | KBY | 31 | Meeting with Cassels litigation team regarding Canadian appeal litigation. | 0.6 |
| 7/7/2016 | KBY | 31 | Call with Cassels and Tory teams to discuss next steps for appeal application. | 0.8 |
| 7/7/2016 | KBY | 31 | Call with Ottawa agent in relation to service and filing of Canadian appeal application. | 0.2 |
| 7/7/2016 | HFE | 31 | Prepare arguments for Canadian appeal litigation. | 3.2 |
| 7/7/2016 | RSK | 31 | Review email correspondence regarding Canadian appeal and supporting legal brief. | 0.2 |
| 7/7/2016 | RSK | 7 | Participated in Committee Call. | 0.5 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP                          Invoice # 1995086
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                        Matter # 46992-00001

| Date | ID | Task | Narrative | Hours |
|------|----|----|-----------|-------|
| 7/7/2016 | RSK | 31 | Conference call with Torys and C.D. Howe regarding expert for Canadian appeal litigation. | 0.6 |
| 7/7/2016 | RSK | 31 | Review U.S. debtors' draft legal brief for Canadian appeal litigation. | 0.6 |
| 7/7/2016 | MWU | 7 | Attend on UCC status call. | 0.5 |
| 7/7/2016 | MWU | 31 | Attend on call with NNI's Canadian counsel, Cassels team and third parties to discuss expert witnesses for Canadian appeal litigation. | 0.6 |
| 7/7/2016 | MWU | 31 | Calls and multiple email correspondence with Cassels team regarding action items and timing for Canadian appeal litigation. | 1.9 |
| 7/7/2016 | RJA | 31 | Work on Canadian appeal litigation. | 0.9 |
| 7/7/2016 | RJA | 7 | Participate in Committee call. | 0.6 |
| 7/7/2016 | JDI | 29 | Participate in call with potential expert witnesses regarding allocation issues. | 0.6 |
| 7/8/2016 | GBS | 31 | Review of expert credentials regarding Canadian appeal litigation. | 1.8 |
| 7/8/2016 | GBS | 31 | Email correspondence with Cassels' team regarding Canadian appeal litigation. | 0.3 |
| 7/8/2016 | GBS | 31 | Prepare UCC legal brief for Canadian appeal litigation. | 1.4 |
| 7/8/2016 | KBY | 31 | Call with Ottawa agent for Canadian appeal litigation. | 0.4 |
| 7/8/2016 | KBY | 31 | Correspondence to Cassels team regarding Canadian appeal litigation procedures. | 0.5 |
| 7/8/2016 | KBY | 31 | Review court filings to prepare Canadian appeal litigation application material. | 1.3 |
| 7/8/2016 | RSK | 31 | Review updates regarding Canadian appeal application and procedure. | 0.3 |
| 7/8/2016 | MWU | 31 | Review correspondence regarding Canadian appeal issues and consider expert matters and call with NNI's Canadian counsel. | 1.3 |
| 7/8/2016 | MWU | 31 | Report to UCC advisors regarding Canadian appeal litigation. | 0.5 |
| 7/8/2016 | MWU | 31 | Review report from Cassels litigation team regarding Canadian appeal matters. | 0.4 |
| 7/10/2016 | MWU | 31 | Review and research material for Canadian appeal litigation for UCC. | 1.1 |
| 7/11/2016 | GBS | 31 | Prepare Canadian allocation appeal application legal brief. | 3.9 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP                    Invoice # 1995086
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                         Matter # 46992-00001

| Date | ID | Task | Narrative | Hours |
|------|-----|------|-----------|-------|
| 7/11/2016 | KBY | 31 | Review service and filing requirements for Supreme Court of Canada application. | 0.1 |
| 7/11/2016 | RSK | 31 | Review correspondence regarding Canadian appeal litigation. | 0.3 |
| 7/11/2016 | RSK | 31 | Review and comment on UCC appeal application material. | 0.8 |
| 7/11/2016 | MWU | 31 | Email correspondence with NNI's Canadian counsel regarding Canadian appeal litigation procedural matters and expert evidence, and provide updates to Cassels team and UCC advisors. | 0.7 |
| 7/11/2016 | MWU | 31 | Review Canadian court filings regarding allocation litigation and court orders, and analyze issues for UCC court filing. | 1.6 |
| 7/11/2016 | RJA | 31 | Work on UCC Canadian appeal brief for allocation litigation. | 2.1 |
| 7/12/2016 | KBY | 31 | Research regarding Canadian appeal litigation. | 1.3 |
| 7/12/2016 | KBY | 31 | Review draft notice of application for Canadian appeal. | 0.4 |
| 7/12/2016 | RSK | 29 | Review correspondence regarding allocation issues. | 0.4 |
| 7/12/2016 | RSK | 29 | Review correspondence regarding Canadian allocation status. | 0.3 |
| 7/12/2016 | MWU | 31 | Multiple correspondence to and from Cassels team regarding Canadian appeal litigation and procedural matters. | 0.7 |
| 7/12/2016 | MWU | 31 | Prepare court filing for UCC for Canadian appeal litigation. | 2.8 |
| 7/12/2016 | RJA | 31 | Review and comment on draft Canadian appeal application material. | 1.7 |
| 7/12/2016 | JDI | 29 | Review and comment on Canadian allocation issues. | 0.8 |
| 7/13/2016 | GBS | 31 | Correspondence with Cassels team regarding Canadian appeal litigation. | 0.5 |
| 7/13/2016 | GBS | 31 | Meet with Cassels team regarding Canadian appeal litigation. | 0.4 |
| 7/13/2016 | MS | 31 | Meeting regarding Canadian litigation action items. | 0.4 |
| 7/13/2016 | KBY | 31 | Prepare for Canadian appeal litigation including conferences with Cassels lawyers and calls and email correspondence with Ottawa agent. | 2.2 |
| 7/13/2016 | KBY | 31 | Review CCAA court allocation decision (re: appeal preparation). | 0.3 |
| 7/13/2016 | RSK | 31 | Office conference regarding Canadian appeal litigation. | 0.4 |
| 7/13/2016 | RSK | 29 | Review allocation document and consider Canadian issues. | 0.9 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

-6-

CASSELS BROCK & BLACKWELL LLP                          Invoice # 1995086
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                                Matter # 46992-00001

| Date | ID | Task | Narrative | Hours |
|------|-----|------|-----------|-------|
| 7/13/2016 | RSK | 31 | Prepare Canadian litigation appeal application. | 1.2 |
| 7/13/2016 | MWU | 31 | Multiple correspondence and calls to and from Cassels team regarding Canadian appeal litigation and procedural matters. | 0.8 |
| 7/13/2016 | MWU | 31 | Review and provide comments on application material for Canadian appeal litigation. | 2.2 |
| 7/13/2016 | MWU | 29 | Review agreement regarding allocation matters, and analyze for Canadian issues. | 1.9 |
| 7/13/2016 | RJA | 31 | Continue work on Canadian appeal litigation application. | 2.1 |
| 7/14/2016 | GBS | 31 | Correspondence with agent regarding Supreme Court of Canada filing requirements. | 0.8 |
| 7/14/2016 | GBS | 7 | Attend UCC Committee call (part). | 0.4 |
| 7/14/2016 | GBS | 31 | Prepare for and attend meeting with Cassels team to prepare for Canadian appeal litigation. | 1.6 |
| 7/14/2016 | GBS | 31 | Review Notice of Application for Canadian litigation. | 0.5 |
| 7/14/2016 | MS | 31 | Prepare draft Canadian court application material. | 5.4 |
| 7/14/2016 | KBY | 31 | Prepare application material for appeal and draft protocol for electronic service. | 3.3 |
| 7/14/2016 | RSK | 29 | Review allocation document and consider Canadian issues. | 2.1 |
| 7/14/2016 | RSK | 31 | Prepare for Canadian appeal litigation. | 0.8 |
| 7/14/2016 | RSK | 7 | Participated in Committee call. | 0.6 |
| 7/14/2016 | RSK | 31 | Conference call with Cassels and Torys regarding Canadian litigation. | 0.5 |
| 7/14/2016 | RSK | 31 | Meeting with Cassels team regarding Canadian appeal litigation arguments (1.2) and preparing legal brief 1.2). | 2.4 |
| 7/14/2016 | MWU | 7 | Attend on UCC call. | 0.6 |
| 7/14/2016 | MWU | 31 | Meet with Cassels team to discuss Canadian allocation appeal litigation procedural matters and court filing substantive issues. | 1.2 |
| 7/14/2016 | MWU | 31 | Conference call with Canadian counsel for NNI and Cassels team to discuss Canadian allocation appeal litigation. | 0.5 |
| 7/14/2016 | MWU | 29 | Review agreement regarding allocation matters and consider Canadian issues. | 2.6 |
| 7/14/2016 | RJA | 31 | Meeting with Cassels team to discuss Canadian appeal process legal brief and arguments. | 1.2 |
| 7/14/2016 | RJA | 31 | Prepare Canadian litigation arguments for appeal. | 2.1 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.

Invoice # 1995086

Matter # 46992-00001

| Date | ID | Task | Narrative | Hours |
|------|-----|------|-----------|-------|
| 7/14/2016 | JDI | 29 | Participate in call with US Debtor's Canadian counsel regarding leave to appeal to Canadian appeal litigation. | 0.4 |
| 7/14/2016 | JDI | 29 | Confer with Cassels teams regarding Canadian appeal litigation. | 0.3 |
| 7/15/2016 | TP | 31 | Assist with preparation of Canadian application record. | 5.8 |
| 7/15/2016 | MS | 31 | Research for Canadian allocation appeal litigation. | 3.7 |
| 7/15/2016 | KBY | 31 | Preparing for electronic service of Canadian appeal application. | 0.3 |
| 7/15/2016 | RSK | 31 | Prepare legal report for Canadian appeal litigation. | 3.2 |
| 7/15/2016 | RSK | 31 | Work with M. Sassi in connection with preparation of appeal arguments. | 1.5 |
| 7/15/2016 | RSK | 29 | Office conference with M. Wunder and review correspondence regarding allocation issues. | 0.5 |
| 7/15/2016 | MWU | 29 | Prepare and send to UCC advisors memo of comments regarding allocation matters. | 1.4 |
| 7/15/2016 | MWU | 31 | Email correspondence regarding service of appeal application, and prepare draft distribution language. | 0.4 |
| 7/15/2016 | MWU | 31 | Review court filings in connection with preparation of UCC Canadian appeal litigation (0.8) and meeting with S. Kukulowicz regarding same (0.5). | 1.3 |
| 7/15/2016 | RJA | 29 | Work on Canadian allocation appeal application material. | 3.1 |
| 7/16/2016 | RSK | 31 | Review and consider comments on draft legal brief. | 0.6 |
| 7/16/2016 | MWU | 31 | Prepare court filing/legal brief for UCC for Canadian appeal litigation regarding Canadian allocation decision, and email correspondence with Cassels team regarding same. | 2.6 |
| 7/16/2016 | JDI | 31 | Review and comment on legal brief for Canadian appeal litigation. | 0.6 |
| 7/17/2016 | MS | 31 | Confer with Cassels lawyers regarding litigation strategy and court documents. | 0.5 |
| 7/17/2016 | MS | 31 | Assist to prepare Canadian appeal application record. | 5.3 |
| 7/17/2016 | RSK | 31 | Review and provide comments on UCC Canadian court application record. | 1.1 |
| 7/17/2016 | RSK | 31 | Review email correspondence regarding Canadian appeal service and filing procedures. | 0.2 |
| 7/17/2016 | MWU | 31 | Conference call with Cassels team regarding Canadian appeal litigation and UCC legal brief. | 0.5 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

-8-

CASSELS BROCK & BLACKWELL LLP                    Invoice # 1995086
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                              Matter # 46992-00001

| Date | ID | Task | Narrative | Hours |
|------|-----|------|-----------|-------|
| 7/17/2016 | MWU | 31 | Review and analyze articles and cases for UCC legal brief for Canadian appeal litigation. | 1.6 |
| 7/17/2016 | MWU | 31 | Memo to Cassels team regarding Canadian appeal litigation and action items and procedural matters for UCC legal brief filings. | 0.6 |
| 7/17/2016 | MWU | 3 | Prepare June 2016 fee account. | 1.6 |
| 7/17/2016 | JDI | 31 | Discussion with Cassels team regarding comments arguments for Canadian appeal litigation. | 0.4 |
| 7/17/2016 | JDI | 31 | Revisions to draft UCC Canadian appeal application record. | 3.5 |
| 7/18/2016 | TP | 31 | Assist to prepare UCC Canadian appeal record including cases and articles. | 8.2 |
| 7/18/2016 | GBS | 31 | Email correspondence and calls with Cassels and Ottawa agent regarding litigation. | 0.8 |
| 7/18/2016 | GBS | 31 | Revisions to Notice of Application for appeal litigation. | 0.9 |
| 7/18/2016 | GBS | 31 | Review and revise notice to core parties regarding electronic service. | 0.4 |
| 7/18/2016 | MS | 31 | Prepare UCC Canadian appeal application record. | 5.6 |
| 7/18/2016 | KBY | 31 | Correspondence with Supreme Court and agent, and prepare application record. | 2.6 |
| 7/18/2016 | KBY | 31 | Reviewing service lists (core and main party) for service of Supreme Court of Canada leave application materials and compiling list for service. | 0.9 |
| 7/18/2016 | RSK | 31 | Review and comment on revised Canadian legal brief. | 1.1 |
| 7/18/2016 | MWU | 31 | Prepare UCC legal brief for Canadian appeal litigation. | 2.1 |
| 7/18/2016 | MWU | 31 | Email correspondence and calls to and from Cassels team and Ottawa service agent regarding procedural matters. | 0.8 |
| 7/18/2016 | MWU | 31 | Multiple email correspondence regarding notice to service list for Canadian appeal litigation and prepare revised draft correspondence. | 0.6 |
| 7/18/2016 | MWU | 31 | Confer with T. Pinos and discuss Canadian appeal litigation court filings. | 0.3 |
| 7/18/2016 | MWU | 31 | Review Canadian Notice of Application and provide comments, and related correspondence. | 0.4 |
| 7/18/2016 | RJA | 31 | Continue work on UCC legal brief and arguments for Canadian appeal litigation. | 2.3 |
| 7/19/2016 | TP | 31 | Prepare UCC application record for Canadian appeal litigation. | 12.2 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP                    Invoice # 1995086
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                         Matter # 46992-00001

| Date | ID | Task | Narrative | Hours |
|------|-----|------|-----------|-------|
| 7/19/2016 | GBS | 31 | Continue to prepare arguments for Canadian appeal application. | 0.4 |
| 7/19/2016 | MS | 31 | Review and draft court materials for Canadian litigation. | 4.6 |
| 7/19/2016 | KBY | 31 | Confer with Cassels team, email and calls with agent and preparation for Canadian litigation. | 4.2 |
| 7/19/2016 | RSK | 29 | Review allocation document and related email correspondence. | 0.4 |
| 7/19/2016 | RSK | 29 | Review revised allocation analysis. | 0.2 |
| 7/19/2016 | RSK | 31 | Review email correspondence between Cassels and Akin Gump regarding Canadian appeal litigation. | 0.3 |
| 7/19/2016 | RSK | 31 | Review email correspondence regarding appeal litigation submissions. | 0.5 |
| 7/19/2016 | MWU | 31 | Prepare UCC factum for Canadian appeal litigation. | 1.9 |
| 7/19/2016 | MWU | 31 | Email correspondence and calls to and from Cassels team and Ottawa service agent regarding procedural matters, and UCC application material. | 0.7 |
| 7/19/2016 | MWU | 31 | Meet with Cassels team to discuss Canadian appeal litigation court filings. | 0.5 |
| 7/19/2016 | MWU | 31 | Review revised Canadian litigation documents and provide comments and related correspondence. | 0.3 |
| 7/19/2016 | MWU | 29 | Review mark-up of allocation document, and email correspondence to UCC advisors with comments regarding Canadian proceeding. | 0.8 |
| 7/19/2016 | MWU | 31 | Send update report to UCC advisors regarding Canadian appeal litigation. | 0.2 |
| 7/19/2016 | RJA | 31 | Meeting with Cassels team regarding Canadian appeal litigation. | 0.5 |
| 7/19/2016 | RJA | 31 | Further work on draft court filing for Canadian litigation. | 3.3 |
| 7/20/2016 | TP | 31 | Canadian litigation application record preparation. | 3.9 |
| 7/20/2016 | GBS | 31 | Meet with Cassels team regarding Canadian appeal litigation. | 0.8 |
| 7/20/2016 | GBS | 31 | Email correspondence and telephone correspondence with Ottawa agent for Canadian litigation. | 0.8 |
| 7/20/2016 | MS | 31 | Prepare for service of court materials and related correspondence regarding Canadian litigation. | 1.8 |
| 7/20/2016 | MS | 31 | Assist with preparation of Canadian court material. | 0.9 |
| 7/20/2016 | KBY | 31 | Assist to prepare Canadian litigation application, and review comments from Cassels team. | 1.8 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

-10-

CASSELS BROCK & BLACKWELL LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.

Invoice # 1995086

Matter # 46992-00001

| Date | ID | Task | Narrative | Hours |
|------|-----|------|-----------|-------|
| 7/20/2016 | RSK | 31 | Review email correspondence from Ottawa agent regarding form and filing procedures for SCC. | 0.3 |
| 7/20/2016 | RSK | 31 | Review and exchange comments on draft memorandum of law for Canadian appeal litigation. | 1.7 |
| 7/20/2016 | RSK | 29 | Review email correspondence regarding allocation issues. | 0.4 |
| 7/20/2016 | MWU | 31 | Prepare UCC factum for Canadian appeal litigation. | 2.1 |
| 7/20/2016 | MWU | 31 | Email correspondence and calls to and from Cassels team and Ottawa service agent regarding procedural matters, and UCC application material. | 1.1 |
| 7/20/2016 | MWU | 31 | Confer with Cassels team regarding Canadian appeal litigation court filings and comments, and related email correspondence. | 0.5 |
| 7/20/2016 | MWU | 29 | Review agreement regarding allocation issues, and email correspondence to UCC advisors with comments regarding Canadian proceeding, follow up correspondence with UCC advisors, and call with NNI's Canadian counsel regarding same. | 1.6 |
| 7/20/2016 | MWU | 31 | Email correspondence with Akin Gump and prepare for UCC status call and Canadian proceeding update. | 0.4 |
| 7/20/2016 | RJA | 31 | Work on draft Canadian appeal litigation application. | 2.7 |
| 7/21/2016 | TP | 31 | Review Canadian case law, prepare revised memo of law, and correspondence and calls with Cassels team regarding same. | 11.4 |
| 7/21/2016 | GBS | 31 | Telephone calls with Ottawa agent regarding Canadian appeal litigation, and report to Cassels team. | 1.4 |
| 7/21/2016 | GBS | 31 | Email correspondence with Cassels team and prepare for service of appeal application. | 1.8 |
| 7/21/2016 | MS | 31 | Review Canadian court materials and assist with arrangements for filing and service regarding same. | 1.6 |
| 7/21/2016 | MS | 31 | Calls with Ottawa agent regarding service and filing of Canadian court materials. | 0.7 |
| 7/21/2016 | KBY | 31 | Revising draft documents for application for Canadian appeal application, conferences with Cassels team and calls and email correspondence with NNI's Canadian counsel. | 4.9 |
| 7/21/2016 | RSK | 31 | Review revised draft legal brief and exchange email correspondence with Cassels team regarding same. | 0.8 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

-11-

CASSELS BROCK & BLACKWELL LLP                          Invoice # 1995086
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                          Matter # 46992-00001

| Date | ID | Task | Narrative | Hours |
|------|-----|------|-----------|-------|
| 7/21/2016 | RSK | 31 | Conference call with Cassels team regarding Canadian litigation. | 0.7 |
| 7/21/2016 | RSK | 7 | Participated in Committee call. | 0.5 |
| 7/21/2016 | RSK | 29 | Review comments relating to agreement regarding allocation issues, and related email correspondence. | 0.9 |
| 7/21/2016 | RSK | 31 | Office conference with T. Pinos regarding Canadian legal brief. | 0.3 |
| 7/21/2016 | MWU | 31 | Prepare UCC legal brief for Canadian appeal litigation. | 1.8 |
| 7/21/2016 | MWU | 31 | Email correspondence and calls to and from Cassels team and Ottawa service agent regarding procedural matters, and UCC application material. | 0.9 |
| 7/21/2016 | MWU | 29 | Multiple correspondence to and from UCC advisors regarding allocation document and negotiations, and comments from other parties. | 0.5 |
| 7/21/2016 | MWU | 29 | Review marks-up of allocation document from counsel for Monitor and EMEA debtors, and email correspondence to UCC advisors. | 1.4 |
| 7/21/2016 | MWU | 7 | Attend on UCC status call. | 0.5 |
| 7/21/2016 | MWU | 29 | Attend on conference call with Cleary and Akin to discuss draft allocation document, including Canadian proceeding comments (1.0) and related email correspondence to and from UCC advisors reporting thereon (0.3). | 1.3 |
| 7/21/2016 | RJA | 31 | Work on Canadian litigation appeal court filings. | 2.3 |
| 7/21/2016 | RJA | 7 | Participate in Committee call. | 0.5 |
| 7/22/2016 | TP | 31 | Confer with Cassels team and prepare Canadian legal brief for Canadian litigation. | 6.6 |
| 7/22/2016 | GBS | 31 | Attend to work regarding service and filing for Canadian appeal litigation. | 0.4 |
| 7/22/2016 | GBS | 31 | Attend call with Cassels and NNI's Canadian counsel regarding Canadian appeal litigation. | 0.5 |
| 7/22/2016 | GBS | 31 | Review and provide comments on Canadian legal brief. | 1.6 |
| 7/22/2016 | GBS | 31 | Attend meeting with Cassels team regarding Canadian litigation. | 0.7 |
| 7/22/2016 | MS | 31 | Review and draft Canadian court materials. | 5.7 |
| 7/22/2016 | KBY | 31 | Meeting with Cassels team regarding Canadian appeal documents (0.7) and input citations in and make other revisions to legal brief (3.5). | 4.2 |

-12-

CASSELS BROCK & BLACKWELL LLP                    Invoice # 1995086
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                         Matter # 46992-00001

| Date | ID | Task | Narrative | Hours |
|------|----|------|-----------|-------|
| 7/22/2016 | KBY | 31 | Correspondence with Ottawa agent and NNI's Canadian counsel regarding service and filing of application. | 1.7 |
| 7/22/2016 | KBY | 31 | Calls with NNI's Canadian counsel and Cassels team and email correspondence for service list regarding appeal applications. | 0.4 |
| 7/22/2016 | RSK | 31 | Correspondence to Akin Gump regarding litigation status. | 0.2 |
| 7/22/2016 | RSK | 31 | Review email correspondence to Canadian service list regarding Canadian litigation. | 0.2 |
| 7/22/2016 | RSK | 31 | Review revised draft legal brief and exchange further comments with Cassels team. | 0.8 |
| 7/22/2016 | RSK | 31 | Office conference with Cassels lawyers regarding litigation document. | 0.7 |
| 7/22/2016 | MWU | 31 | Prepare UCC factum for Canadian appeal litigation (2.2), and conference with Cassels team to discuss revised draft and amendments (0.7). | 2.9 |
| 7/22/2016 | MWU | 31 | Email correspondence and calls to and from Cassels team and Ottawa service agent regarding procedural matters, and review correspondence to service list from NNI's Canadian counsel. | 0.7 |
| 7/22/2016 | MWU | 31 | Correspondence to and from Canadian counsel for NNI and bonds regarding Canadian appeal litigation. | 0.3 |
| 7/22/2016 | MWU | 29 | Review proposed amendments to draft allocation document from counsel for other core parties. | 1.6 |
| 7/22/2016 | RJA | 31 | Work on Canadian appeal application record for Canadian litigation. | 2.9 |
| 7/22/2016 | JDI | 31 | Review revised notice of application for UCC appeal litigation. | 0.3 |
| 7/24/2016 | MWU | 29 | Continue review and analysis of Canadian proceeding issues and provisions in mark-ups of allocation document. | 1.8 |
| 7/24/2016 | MWU | 3 | Prepare June 2016 fee account. | 1.2 |
| 7/25/2016 | GBS | 31 | Meet with Cassels team regarding preparation of Canadian litigation material. | 0.4 |
| 7/25/2016 | MS | 31 | Preparation of Canadian court materials. | 1.8 |
| 7/25/2016 | KBY | 31 | Meeting with members of Cassels team (0.7) and continue preparation of court filings and arrangements for same (2.9). | 3.6 |
| 7/25/2016 | RSK | 29 | Office conference with M. Wunder regarding allocation issues. | 0.2 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

-13-

CASSELS BROCK & BLACKWELL LLP                    Invoice # 1995086
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                          Matter # 46992-00001

| Date | ID | Task | Narrative | Hours |
|------|----|----|-----------|-------|
| 7/25/2016 | RSK | 31 | Review comments on Canadian litigation document. | 0.2 |
| 7/25/2016 | RSK | 29 | Review comments on agreement relating to allocation issues, and exchange email correspondence with Cassels team regarding same. | 1.8 |
| 7/25/2016 | MWU | 31 | Continue preparation of UCC factum for Canadian appeal litigation, and review Canadian case law regarding same. | 2.7 |
| 7/25/2016 | MWU | 31 | Email correspondence and calls to and from Cassels team and Ottawa service agent regarding procedural matters, and review correspondence to service list from NNI's Canadian counsel. | 0.4 |
| 7/25/2016 | MWU | 29 | Review allocation document with comments from counsel for Monitor and EMEA debtors, confer with Cassels team, and memo of comments to UCC advisors. | 1.8 |
| 7/25/2016 | RJA | 29 | Review and consider agreement relating to allocation issues and related Canadian case issues. | 1.9 |
| 7/26/2016 | TP | 31 | Meetings and conference calls regarding Canadian litigation court filing, review comments and prepare revised draft. | 4.7 |
| 7/26/2016 | GBS | 31 | Email correspondence with Ottawa agent for Canadian application. | 0.4 |
| 7/26/2016 | GBS | 31 | Meet with Cassels team regarding Canadian litigation matters. | 0.4 |
| 7/26/2016 | GBS | 31 | Review and revise Canadian litigation arguments and email correspondence with Cassels team. | 2.2 |
| 7/26/2016 | MS | 31 | Preparation of Canadian litigation application. | 3.2 |
| 7/26/2016 | KBY | 31 | Confer with Cassels team and research Canadian appellate decisions. | 4.5 |
| 7/26/2016 | RSK | 31 | Exchange email correspondence with Cassels team regarding Canadian litigation arguments. | 0.4 |
| 7/26/2016 | RSK | 29 | Review allocation document and discussed same with M. Wunder. | 0.8 |
| 7/26/2016 | MWU | 31 | Continue preparation UCC factum for Canadian litigation, and email correspondence to and from Cassels team. | 1.2 |
| 7/26/2016 | MWU | 29 | Review revised draft of allocation document from counsel for NNI, and related email correspondence to and from Cassels team and UCC advisors. | 1.4 |
| 7/26/2016 | MWU | 29 | Email correspondence with Canadian counsel for bonds and NNI regarding Canadian allocation issues. | 0.3 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP                          Invoice # 1995086
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                        Matter # 46992-00001

| Date | ID | Task | Narrative | Hours |
|------|-----|------|-----------|-------|
| 7/26/2016 | RJA | 31 | Work on Canadian appeal application. | 2.7 |
| 7/26/2016 | RJA | 31 | Review comments from Akin Gump on draft Canadian litigation court filing. | 0.5 |
| 7/26/2016 | JDI | 31 | Review email correspondence from Akin Gump regarding litigation issues. | 0.4 |
| 7/27/2016 | GBS | 31 | Review draft expert affidavit in support of appeal application. | 0.8 |
| 7/27/2016 | GBS | 31 | Email correspondence with Cassels team and Ottawa agent regarding Canadian appeal application. | 0.7 |
| 7/27/2016 | GBS | 31 | Continue finalization of Canadian litigation court filings. | 1.6 |
| 7/27/2016 | MS | 31 | Preparation of Canadian court materials. | 2.2 |
| 7/27/2016 | KBY | 31 | Calls and meetings with Cassels team, research Canadian appellate decisions for Canadian litigation. | 2.9 |
| 7/27/2016 | RSK | 29 | Review additional comments from Cassels and Akin Gump regarding allocation issues. | 0.3 |
| 7/27/2016 | RSK | 31 | Meeting with Cassels team to prepare litigation document. | 0.8 |
| 7/27/2016 | RSK | 31 | Review revised Canadian litigation court filing and provide comments. | 1.1 |
| 7/27/2016 | MWU | 31 | Continue preparation of litigation court documents, review comments from UCC advisors and confer with Cassels team regarding same, and circulate revised draft brief. | 1.9 |
| 7/27/2016 | MWU | 31 | Correspondence to and from counsel for NNI regarding Canadian appeal litigation. | 0.3 |
| 7/27/2016 | MWU | 31 | Review draft Canadian economic expert witness affidavit for Canadian appeal litigation. | 0.8 |
| 7/27/2016 | MWU | 31 | Review revised legal brief for U.S. debtors for Canadian litigation. | 0.7 |
| 7/27/2016 | MWU | 29 | Review revised draft of allocation document from counsel for NNI, and related email correspondence to and from Cassels team and UCC advisors, and circulate Canadian comments. | 2.2 |
| 7/27/2016 | RJA | 29 | Review draft allocation document and consider Canadian issues. | 1.6 |
| 7/27/2016 | RJA | 31 | Review and comment on draft Canadian application record and legal brief. | 1.4 |
| 7/27/2016 | RJA | 31 | Meeting with Cassels team regarding SCC draft leave application. | 0.8 |
| 7/27/2016 | JDI | 31 | Review revised arguments for Canadian litigation. | 0.4 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

-15-

CASSELS BROCK & BLACKWELL LLP                    Invoice # 1995086
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                         Matter # 46992-00001

| Date | ID | Task | Narrative | Hours |
|------|-----|------|-----------|-------|
| 7/27/2016 | JDI | 31 | Review revised Canadian court material and related email correspondence. | 0.7 |
| 7/28/2016 | GBS | 31 | Continue review of and revisions to affidavit in support of Canadian litigation application. | 0.8 |
| 7/28/2016 | GBS | 31 | Review and comment on draft Canadian litigation court filing. | 0.9 |
| 7/28/2016 | GBS | 31 | Meet with Cassels team to prepare Canadian litigation application. | 0.7 |
| 7/28/2016 | GBS | 7 | Attend UCC call. | 0.5 |
| 7/28/2016 | GBS | 31 | Email correspondence with Cassels team and Ottawa agent regarding finalization of Canadian litigation application. | 0.6 |
| 7/28/2016 | GBS | 31 | Assist to finalize Canadian legal brief with Cassels team. | 0.8 |
| 7/28/2016 | GBS | 31 | Email correspondence and calls with Ottawa agent and Canadian counsel for U.S. debtors regarding Canadian appeal litigation. | 1.4 |
| 7/28/2016 | MS | 31 | Preparation of Canadian court materials. | 5.2 |
| 7/28/2016 | KBY | 31 | Work to finalize court filing, correspondence with Ottawa agent and confer with Cassels team. | 2.6 |
| 7/28/2016 | RSK | 7 | Participated in Committee call. | 0.5 |
| 7/28/2016 | RSK | 31 | Meeting with Cassels team to discuss litigation application (0.7) and numerous follow-up email correspondence (0.6). | 1.3 |
| 7/28/2016 | RSK | 31 | Review draft expert affidavit in support of Canadian appeal application. | 0.7 |
| 7/28/2016 | RSK | 31 | Exchange email correspondence with Canadian counsel for trade creditor consortium regarding Canadian litigation. | 0.2 |
| 7/28/2016 | RSK | 31 | Review updated legal brief for U.S. debtors. | 0.8 |
| 7/28/2016 | MWU | 31 | Continue preparation UCC legal brief for Canadian litigation, meet with Cassels team to discuss revised expert affidavit, and revise legal brief, and circulate to UCC and advisors. | 2.8 |
| 7/28/2016 | MWU | 31 | Correspondence to and from Canadian counsel for NNI regarding Canadian litigation. | 0.3 |
| 7/28/2016 | MWU | 31 | Review revised (i) Canadian economic expert witness affidavit and (ii) U.S. debtors' brief, for Canadian litigation. | 1.1 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP                    Invoice # 1995086
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                  Matter # 46992-00001

| Date | ID | Task | Narrative | Hours |
|------|----|------|-----------|-------|
| 7/28/2016 | MWU | 31 | Multiple email correspondence and calls to and from Cassels team, Ottawa agent, counsel for U.S. debtors regarding service and filing issues for Canadian appeal litigation and review and comment on application notice and other related documents. | 1.8 |
| 7/28/2016 | MWU | 29 | Review revised allocation document from counsel for NNI, and related email correspondence to and from Cassels team and UCC advisors. | 1.9 |
| 7/28/2016 | RJA | 31 | Work with Cassels team to finalize Canadian litigation filing. | 2.1 |
| 7/28/2016 | RJA | 31 | Meeting with Cassels team regarding Canadian appeal application. | 0.7 |
| 7/29/2016 | TP | 31 | Continue preparation of Canadian litigation application. | 5.6 |
| 7/29/2016 | GBS | 31 | Review revised application material and consider arguments. | 2.6 |
| 7/29/2016 | GBS | 31 | Multiple email correspondence with Cassels team regarding finalization of Canadian litigation application. | 0.8 |
| 7/29/2016 | MS | 31 | Assist with service and filing of Canadian court materials and correspondence regarding same. | 2.6 |
| 7/29/2016 | RSK | 31 | Review memorandum of law of New York Mellon. | 0.2 |
| 7/29/2016 | RSK | 31 | Review responding factum of Monitor regarding SNMP Canadian litigation. | 0.4 |
| 7/29/2016 | RSK | 31 | Review email correspondence regarding UCC leave application and related email correspondence with multiple parties. | 1.8 |
| 7/29/2016 | RSK | 31 | Email correspondence with Canadian counsel for Trade Claims Consortium regarding Canadian litigation. | 0.4 |
| 7/29/2016 | MWU | 31 | Continue preparation of UCC legal brief for Canadian litigation, review NNI legal brief, provide comments on UCC legal brief. | 1.8 |
| 7/29/2016 | MWU | 31 | Correspondence to and from Canadian counsel for NNI regarding Canadian litigation. | 0.4 |
| 7/29/2016 | MWU | 31 | Multiple email correspondence and calls to and from Cassels team, Ottawa agent, counsel for U.S. debtors regarding service and filing issues for Canadian appeal litigation and review and comment on application notice and other related documents. | 2.2 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

-17-

CASSELS BROCK & BLACKWELL LLP                    Invoice # 1995086
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                      Matter # 46992-00001

| Date | ID | Task | Narrative | Hours |
|------|-----|------|-----------|-------|
| 7/29/2016 | MWU | 29 | Review proposed comments to allocation document from Akin Gump, and review of Canadian court orders. | 2.1 |
| 7/29/2016 | RJA | 31 | Work with Cassels team to finalize UCC Canadian appeal application and legal brief. | 1.9 |
| 7/31/2016 | RSK | 31 | Review email correspondence regarding service of Canadian litigation material. | 0.4 |
| 7/31/2016 | MWU | 31 | Multiple email correspondence to and from Cassels team and Ottawa agent regarding service of Canadian litigation application record, and email correspondence with NNI's Canadian counsel regarding same. | 0.8 |
| | | | **Total** | **414.9** |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

-18-

CASSELS BROCK & BLACKWELL LLP                           Invoice # 1995086
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                          Matter # 46992-00001

| Name | Title | Department | Province of Bar Admission/Year | Hours | Rate | Billed Value |
|------|-------|------------|-------------------------------|-------|------|--------------|
| Geoffrey B. Shaw | Partner | Advocacy | Ontario - 1986 | 45.00 | $945.00 | $42,525.00 |
| Hilary Fender | Associate | Financial Restructuring | Ontario - 2015 | 8.30 | $390.00 | $3,237.00 |
| Jane Dietrich | Partner | Financial Restructuring | Ontario - 2004 | 9.00 | $695.00 | $6,255.00 |
| J.D. Timothy Pinos | Partner | Advocacy | Ontario - 1980 | 58.40 | $965.00 | $56,356.00 |
| Kate Byers | Associate | Advocacy | Ontario - 2015 | 46.00 | $390.00 | $17,940.00 |
| Michael Wunder | Partner | Financial Restructuring | Ontario - 1990 | 99.30 | $835.00 | $82,915.50 |
| Monique Sassi | Associate | Financial Restructuring | Ontario - 2013 | 51.20 | $420.00 | $21,504.00 |
| Ryan Jacobs | Partner | Financial Restructuring | Ontario - 2011 | 44.40 | $850.00 | $37,740.00 |
| Shayne Kukulowicz | Partner | Financial Restructuring | Ontario - 1990 | 43.90 | $925.00 | $40,607.50 |
| Stephanie Voudouris | Associate | Advocacy | Ontario - 2014 | 5.20 | $395.00 | $2,054.00 |
| Taschina Ashemeade | Student | Students | | 4.20 | $125.00 | $525.00 |
| | | | | | | |
| **TOTAL** | | | | **414.90** | | **$311,659.00** |

**TOTAL PROFESSIONAL FEES**                              $   311,659.00

**Non-Taxable Disbursements**

    Copies                                        376.30
    Binding, Tabs, Disks, etc                      10.68
    Online Searches - Non Taxable                 584.00
    Telephone / Long Distance/Conference Calls      7.77

**Total Disbursements and Tax**                              978.75
**Total Fees, Disbursements & Tax**                  $  312,637.75 CDN

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one
month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP                          Invoice # 1995086
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                        Matter # 46992-00001

## Time Summary By Task Code:

| Task Codes | Description | Hours | Fees |
|---|---|---|---|
| 0003 | Cassels Brock Fee Application/Monthly Billing Reports | 2.80 | 2,338.00 |
| 0007 | Creditors Committee Meetings | 5.70 | 5,064.00 |
| 0029 | Intercompany Analysis | 45.70 | 38,894.50 |
| 0031 | Canadian Proceedings/Matters | 360.70 | 265,362.50 |
| | | | |
| TOTAL | | 414.9 | $ 311,659.00 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.

Invoice # 1995086

Matter # 46992-00001

## Disbursement Details:

| Date | Narrative | Quantity | Amount |
|------|-----------|----------|--------|
| 7/4/2016 | Copies | 2 | 0.20 |
| 7/4/2016 | Copies | 3 | 0.30 |
| 7/4/2016 | Copies | 3 | 0.30 |
| 7/4/2016 | Copies | 3 | 0.30 |
| 7/4/2016 | Copies | 6 | 0.60 |
| 7/4/2016 | Copies | 2 | 0.20 |
| 7/4/2016 | Copies | 3 | 0.30 |
| 7/4/2016 | Copies | 3 | 0.30 |
| 7/4/2016 | Copies | 2 | 0.20 |
| 7/4/2016 | Copies | 3 | 0.30 |
| 7/4/2016 | Copies | 4 | 0.40 |
| 7/4/2016 | Copies | 13 | 1.30 |
| 7/4/2016 | Online Searches - Non Taxable - WESTLAW BILL | 1 | 387.50 |
| 7/5/2016 | Copies | 42 | 4.20 |
| 7/5/2016 | Copies | 2 | 0.20 |
| 7/5/2016 | Copies | 35 | 3.50 |
| 7/5/2016 | Online Searches - Non Taxable - WESTLAW BILL | 1 | 196.50 |
| 7/5/2016 | Telephone - BELL CONFERENCING INC. INV # 112050810 | 1 | 5.04 |
| 7/6/2016 | Copies | 17 | 1.70 |
| 7/6/2016 | Copies | 42 | 4.20 |
| 7/6/2016 | Copies | 29 | 2.90 |
| 7/7/2016 | Copies | 16 | 1.60 |
| 7/7/2016 | Copies | 15 | 1.50 |
| 7/7/2016 | Copies | 20 | 2.00 |
| 7/7/2016 | Copies | 17 | 1.70 |
| 7/7/2016 | Copies | 2 | 0.20 |
| 7/7/2016 | Copies | 23 | 2.30 |
| 7/7/2016 | Copies | 17 | 1.70 |
| 7/8/2016 | Copies | 1 | 0.10 |
| 7/8/2016 | Copies | 23 | 2.30 |
| 7/8/2016 | Copies | 2 | 0.20 |
| 7/8/2016 | Copies | 2 | 0.20 |
| 7/8/2016 | Copies | 17 | 1.70 |
| 7/8/2016 | Copies | 32 | 3.20 |
| 7/8/2016 | Binding, Tabs, Disks, etc | 1 | 3.25 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.

Invoice # 1995086

Matter # 46992-00001

| Date | Narrative | Quantity | Amount |
|------|-----------|---------:|-------:|
| 7/11/2016 | Copies | 10 | 1.00 |
| 7/11/2016 | Copies | 42 | 4.20 |
| 7/11/2016 | Copies | 14 | 1.40 |
| 7/11/2016 | Copies | 51 | 5.10 |
| 7/11/2016 | Copies | 35 | 3.50 |
| 7/11/2016 | Copies | 23 | 2.30 |
| 7/11/2016 | Copies | 23 | 2.30 |
| 7/11/2016 | Copies | 13 | 1.30 |
| 7/11/2016 | Copies | 3 | 0.30 |
| 7/11/2016 | Copies | 4 | 0.40 |
| 7/12/2016 | Copies | 13 | 1.30 |
| 7/12/2016 | Copies | 3 | 0.30 |
| 7/12/2016 | Copies | 5 | 0.50 |
| 7/12/2016 | Copies | 4 | 0.40 |
| 7/12/2016 | Copies | 4 | 0.40 |
| 7/12/2016 | Copies | 2 | 0.20 |
| 7/12/2016 | Copies | 3 | 0.30 |
| 7/12/2016 | Copies | 13 | 1.30 |
| 7/12/2016 | Copies | 3 | 0.30 |
| 7/12/2016 | Copies | 2 | 0.20 |
| 7/12/2016 | Copies | 13 | 1.30 |
| 7/12/2016 | Copies | 14 | 1.40 |
| 7/12/2016 | Copies | 4 | 0.40 |
| 7/12/2016 | Copies | 2 | 0.20 |
| 7/12/2016 | Copies | 4 | 0.40 |
| 7/12/2016 | Copies | 2 | 0.20 |
| 7/12/2016 | Copies | 4 | 0.40 |
| 7/12/2016 | Copies | 4 | 0.40 |
| 7/12/2016 | Copies | 6 | 0.60 |
| 7/12/2016 | Copies | 3 | 0.30 |
| 7/13/2016 | Copies | 4 | 0.40 |
| 7/13/2016 | Copies | 16 | 1.60 |
| 7/13/2016 | Copies | 2 | 0.20 |
| 7/13/2016 | Copies | 2 | 0.20 |
| 7/13/2016 | Copies | 14 | 1.40 |
| 7/13/2016 | Copies | 51 | 5.10 |
| 7/13/2016 | Copies | 35 | 3.50 |
| 7/13/2016 | Copies | 2 | 0.20 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.

Invoice # 1995086

Matter # 46992-00001

| Date | Narrative | Quantity | Amount |
|------|-----------|---------:|-------:|
| 7/13/2016 | Copies | 14 | 1.40 |
| 7/13/2016 | Copies | 51 | 5.10 |
| 7/13/2016 | Copies | 35 | 3.50 |
| 7/13/2016 | Copies | 2 | 0.20 |
| 7/13/2016 | Copies | 14 | 1.40 |
| 7/13/2016 | Copies | 51 | 5.10 |
| 7/13/2016 | Copies | 35 | 3.50 |
| 7/13/2016 | Copies | 18 | 1.80 |
| 7/13/2016 | Copies | 17 | 1.70 |
| 7/13/2016 | Copies | 17 | 1.70 |
| 7/13/2016 | Copies | 4 | 0.40 |
| 7/13/2016 | Copies | 2 | 0.20 |
| 7/13/2016 | Copies | 59 | 5.90 |
| 7/13/2016 | Copies | 5 | 0.50 |
| 7/13/2016 | Copies | 3 | 0.30 |
| 7/13/2016 | Copies | 16 | 1.60 |
| 7/13/2016 | Copies | 2 | 0.20 |
| 7/13/2016 | Copies | 59 | 5.90 |
| 7/13/2016 | Copies | 3 | 0.30 |
| 7/13/2016 | Copies | 3 | 0.30 |
| 7/13/2016 | Copies | 13 | 1.30 |
| 7/14/2016 | Copies | 2 | 0.20 |
| 7/14/2016 | Copies | 8 | 0.80 |
| 7/14/2016 | Copies | 5 | 0.50 |
| 7/14/2016 | Copies | 23 | 2.30 |
| 7/14/2016 | Copies | 59 | 5.90 |
| 7/14/2016 | Copies | 7 | 0.70 |
| 7/14/2016 | Copies | 3 | 0.30 |
| 7/14/2016 | Copies | 9 | 0.90 |
| 7/14/2016 | Copies | 2 | 0.20 |
| 7/14/2016 | Copies | 9 | 0.90 |
| 7/14/2016 | Copies | 2 | 0.20 |
| 7/14/2016 | Copies | 2 | 0.20 |
| 7/14/2016 | Copies | 3 | 0.30 |
| 7/14/2016 | Copies | 2 | 0.20 |
| 7/14/2016 | Copies | 5 | 0.5 |
| 7/14/2016 | Copies | 2 | 0.2 |
| 7/14/2016 | Copies | 3 | 0.3 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one
month after the date rendered, at the rate of 1.30 % per annum until paid.

-23-

CASSELS BROCK & BLACKWELL LLP                          Invoice # 1995086
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                          Matter # 46992-00001

| Date | Narrative | Quantity | Amount |
|------|-----------|---------:|-------:|
| 7/14/2016 | Copies | 12 | 1.2 |
| 7/14/2016 | Copies | 23 | 2.3 |
| 7/14/2016 | Copies | 11 | 1.1 |
| 7/15/2016 | Copies | 11 | 1.1 |
| 7/15/2016 | Copies | 2 | 0.2 |
| 7/15/2016 | Copies | 5 | 0.5 |
| 7/15/2016 | Copies | 23 | 2.3 |
| 7/15/2016 | Copies | 2 | 0.2 |
| 7/15/2016 | Copies | 3 | 0.3 |
| 7/15/2016 | Copies | 54 | 5.4 |
| 7/15/2016 | Copies | 3 | 0.3 |
| 7/15/2016 | Copies | 3 | 0.30 |
| 7/15/2016 | Copies | 16 | 1.6 |
| 7/15/2016 | Binding, Tabs, Disks, etc | 1 | 2.75 |
| 7/17/2016 | Telephone - BELL CONFERENCING INC. INV # 112133813 | 1 | 2.73 |
| 7/18/2016 | Copies | 3 | 0.3 |
| 7/18/2016 | Copies | 5 | 0.5 |
| 7/18/2016 | Copies | 11 | 1.1 |
| 7/18/2016 | Copies | 2 | 0.2 |
| 7/18/2016 | Copies | 19 | 1.90 |
| 7/18/2016 | Copies | 36 | 3.6 |
| 7/18/2016 | Copies | 32 | 3.2 |
| 7/18/2016 | Copies | 2 | 0.2 |
| 7/18/2016 | Copies | 20 | 2 |
| 7/18/2016 | Copies | 21 | 2.1 |
| 7/18/2016 | Copies | 11 | 1.1 |
| 7/18/2016 | Copies | 2 | 0.2 |
| 7/18/2016 | Copies | 3 | 0.3 |
| 7/18/2016 | Copies | 5 | 0.5 |
| 7/18/2016 | Copies | 5 | 0.50 |
| 7/18/2016 | Copies | 3 | 0.3 |
| 7/18/2016 | Copies | 2 | 0.2 |
| 7/18/2016 | Copies | 2 | 0.2 |
| 7/18/2016 | Copies | 2 | 0.2 |
| 7/19/2016 | Copies | 18 | 1.8 |
| 7/19/2016 | Copies | 19 | 1.9 |
| 7/19/2016 | Copies | 20 | 2 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP                    Invoice # 1995086
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                          Matter # 46992-00001

| Date | Narrative | Quantity | Amount |
|------|-----------|----------|--------|
| 7/19/2016 | Copies | 13 | 1.3 |
| 7/19/2016 | Copies | 14 | 1.4 |
| 7/19/2016 | Copies | 41 | 4.1 |
| 7/19/2016 | Copies | 11 | 1.1 |
| 7/19/2016 | Copies | 3 | 0.3 |
| 7/19/2016 | Copies | 2 | 0.2 |
| 7/19/2016 | Copies | 16 | 1.6 |
| 7/19/2016 | Copies | 3 | 0.3 |
| 7/19/2016 | Copies | 4 | 0.4 |
| 7/19/2016 | Copies | 21 | 2.1 |
| 7/19/2016 | Copies | 2 | 0.2 |
| 7/19/2016 | Copies | 30 | 3 |
| 7/19/2016 | Copies | 20 | 2 |
| 7/19/2016 | Copies | 4 | 0.4 |
| 7/19/2016 | Copies | 2 | 0.2 |
| 7/19/2016 | Copies | 2 | 0.2 |
| 7/19/2016 | Copies | 3 | 0.3 |
| 7/19/2016 | Copies | 3 | 0.3 |
| 7/19/2016 | Copies | 3 | 0.3 |
| 7/19/2016 | Binding, Tabs, Disks, etc | 1 | 3.48 |
| 7/19/2016 | Binding, Tabs, Disks, etc | 1 | 1.2 |
| 7/19/2016 | Copies | 42 | 4.2 |
| 7/19/2016 | Copies | 20 | 2 |
| 7/19/2016 | Copies | 18 | 1.8 |
| 7/19/2016 | Copies | 37 | 3.70 |
| 7/19/2016 | Copies | 97 | 9.7 |
| 7/19/2016 | Copies | 42 | 4.2 |
| 7/19/2016 | Copies | 31 | 3.1 |
| 7/19/2016 | Copies | 2 | 0.2 |
| 7/19/2016 | Copies | 4 | 0.4 |
| 7/19/2016 | Copies | 4 | 0.4 |
| 7/20/2016 | Copies | 4 | 0.4 |
| 7/20/2016 | Copies | 2 | 0.2 |
| 7/20/2016 | Copies | 14 | 1.4 |
| 7/20/2016 | Copies | 7 | 0.7 |
| 7/20/2016 | Copies | 2 | 0.2 |
| 7/20/2016 | Copies | 2 | 0.2 |
| 7/20/2016 | Copies | 3 | 0.3 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.

Invoice # 1995086

Matter # 46992-00001

| Date | Narrative | Quantity | Amount |
|------|-----------|----------|--------|
| 7/20/2016 | Copies | 18 | 1.8 |
| 7/20/2016 | Copies | 2 | 0.2 |
| 7/20/2016 | Copies | 8 | 0.8 |
| 7/20/2016 | Copies | 3 | 0.3 |
| 7/20/2016 | Copies | 132 | 13.2 |
| 7/20/2016 | Copies | 3 | 0.3 |
| 7/20/2016 | Copies | 8 | 0.8 |
| 7/20/2016 | Copies | 6 | 0.6 |
| 7/20/2016 | Copies | 3 | 0.3 |
| 7/20/2016 | Copies | 32 | 3.2 |
| 7/20/2016 | Copies | 7 | 0.7 |
| 7/20/2016 | Copies | 7 | 0.7 |
| 7/20/2016 | Copies | 3 | 0.3 |
| 7/20/2016 | Copies | 3 | 0.3 |
| 7/20/2016 | Copies | 7 | 0.7 |
| 7/20/2016 | Copies | 10 | 1 |
| 7/20/2016 | Copies | 2 | 0.2 |
| 7/20/2016 | Copies | 5 | 0.5 |
| 7/20/2016 | Copies | 6 | 0.6 |
| 7/20/2016 | Copies | 7 | 0.7 |
| 7/20/2016 | Copies | 2 | 0.2 |
| 7/20/2016 | Copies | 17 | 1.7 |
| 7/20/2016 | Copies | 6 | 0.6 |
| 7/20/2016 | Copies | 2 | 0.2 |
| 7/21/2016 | Copies | 2 | 0.2 |
| 7/21/2016 | Copies | 4 | 0.4 |
| 7/21/2016 | Copies | 3 | 0.3 |
| 7/21/2016 | Copies | 10 | 1 |
| 7/21/2016 | Copies | 2 | 0.2 |
| 7/21/2016 | Copies | 3 | 0.3 |
| 7/21/2016 | Copies | 5 | 0.5 |
| 7/21/2016 | Copies | 2 | 0.2 |
| 7/21/2016 | Copies | 38 | 3.8 |
| 7/21/2016 | Copies | 62 | 6.2 |
| 7/21/2016 | Copies | 4 | 0.4 |
| 7/21/2016 | Copies | 2 | 0.2 |
| 7/21/2016 | Copies | 18 | 1.8 |
| 7/21/2016 | Copies | 8 | 0.8 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP                      Invoice # 1995086
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                    Matter # 46992-00001

| Date | Narrative | Quantity | Amount |
|------|-----------|----------|--------|
| 7/21/2016 | Copies | 42 | 4.2 |
| 7/21/2016 | Copies | 4 | 0.4 |
| 7/21/2016 | Copies | 2 | 0.2 |
| 7/21/2016 | Copies | 3 | 0.3 |
| 7/21/2016 | Copies | 42 | 4.2 |
| 7/21/2016 | Copies | 7 | 0.7 |
| 7/21/2016 | Copies | 9 | 0.9 |
| 7/21/2016 | Copies | 2 | 0.2 |
| 7/21/2016 | Copies | 5 | 0.5 |
| 7/21/2016 | Copies | 41 | 4.1 |
| 7/21/2016 | Copies | 2 | 0.2 |
| 7/22/2016 | Copies | 2 | 0.2 |
| 7/22/2016 | Copies | 17 | 1.7 |
| 7/22/2016 | Copies | 43 | 4.3 |
| 7/22/2016 | Copies | 19 | 1.9 |
| 7/22/2016 | Copies | 10 | 1 |
| 7/25/2016 | Copies | 6 | 0.6 |
| 7/25/2016 | Copies | 2 | 0.2 |
| 7/25/2016 | Copies | 8 | 0.8 |
| 7/25/2016 | Copies | 38 | 3.8 |
| 7/25/2016 | Copies | 62 | 6.2 |
| 7/25/2016 | Copies | 2 | 0.2 |
| 7/25/2016 | Copies | 23 | 2.3 |
| 7/25/2016 | Copies | 19 | 1.9 |
| 7/25/2016 | Copies | 2 | 0.2 |
| 7/26/2016 | Copies | 65 | 6.5 |
| 7/26/2016 | Copies | 2 | 0.2 |
| 7/26/2016 | Copies | 2 | 0.2 |
| 7/26/2016 | Copies | 2 | 0.2 |
| 7/27/2016 | Copies | 2 | 0.2 |
| 7/27/2016 | Copies | 7 | 0.7 |
| 7/27/2016 | Copies | 2 | 0.2 |
| 7/27/2016 | Copies | 2 | 0.2 |
| 7/27/2016 | Copies | 6 | 0.6 |
| 7/27/2016 | Copies | 9 | 0.9 |
| 7/27/2016 | Copies | 6 | 0.6 |
| 7/27/2016 | Copies | 2 | 0.2 |
| 7/27/2016 | Copies | 2 | 0.2 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.

Invoice # 1995086

Matter # 46992-00001

| Date | Narrative | Quantity | Amount |
|------|-----------|---------:|-------:|
| 7/27/2016 | Copies | 2 | 0.2 |
| 7/27/2016 | Copies | 2 | 0.2 |
| 7/27/2016 | Copies | 2 | 0.2 |
| 7/27/2016 | Copies | 2 | 0.2 |
| 7/27/2016 | Copies | 19 | 1.9 |
| 7/27/2016 | Copies | 65 | 6.5 |
| 7/27/2016 | Copies | 21 | 2.1 |
| 7/27/2016 | Copies | 3 | 0.3 |
| 7/27/2016 | Copies | 18 | 1.8 |
| 7/27/2016 | Copies | 2 | 0.2 |
| 7/27/2016 | Copies | 2 | 0.2 |
| 7/27/2016 | Copies | 2 | 0.2 |
| 7/27/2016 | Copies | 2 | 0.2 |
| 7/27/2016 | Copies | 2 | 0.2 |
| 7/27/2016 | Copies | 2 | 0.2 |
| 7/27/2016 | Copies | 2 | 0.2 |
| 7/27/2016 | Copies | 31 | 3.1 |
| 7/28/2016 | Copies | 2 | 0.2 |
| 7/28/2016 | Copies | 21 | 2.1 |
| 7/28/2016 | Copies | 9 | 0.9 |
| 7/28/2016 | Copies | 18 | 1.80 |
| 7/28/2016 | Copies | 2 | 0.2 |
| 7/28/2016 | Copies | 3 | 0.3 |
| 7/28/2016 | Copies | 3 | 0.3 |
| 7/28/2016 | Copies | 3 | 0.3 |
| 7/28/2016 | Copies | 3 | 0.3 |
| 7/28/2016 | Copies | 4 | 0.4 |
| 7/28/2016 | Copies | 4 | 0.4 |
| 7/28/2016 | Copies | 2 | 0.2 |
| 7/28/2016 | Copies | 3 | 0.3 |
| 7/28/2016 | Copies | 3 | 0.3 |
| 7/28/2016 | Copies | 2 | 0.2 |
| 7/28/2016 | Copies | 17 | 1.7 |
| 7/28/2016 | Copies | 19 | 1.9 |
| 7/28/2016 | Copies | 19 | 1.9 |
| 7/28/2016 | Copies | 12 | 1.2 |
| 7/29/2016 | Copies | 22 | 2.2 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.

Invoice # 1995086

Matter # 46992-00001

| Date | Narrative | Quantity | Amount |
|------|-----------|----------|--------|
| 7/29/2016 | Copies | 22 | 2.2 |
| 7/29/2016 | Copies | 22 | 2.2 |
| 7/29/2016 | Copies | 22 | 2.2 |
| | Total | | 978.75 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.