# EXHIBIT C

**DISBURSEMENT SUMMARY**
**JULY 1 TO JULY 31, 2016**
**(All Amounts in Canadian Dollars)**

<u>Non-Taxable Disbursements</u>

| | |
|---|---|
| Copies | $   376.30 |
| Binding, Tabs, Disks, etc | $     10.68 |
| Online Searches – Non Taxable | $   584.00 |
| Telephone / Long Distance/Conference Calls | $      7.77 |
| | |
| Total Non-Taxable Disbursements | **$   978.75 CDN.** |