# EXHIBIT E

**SUMMARY OF LAWYERS AND PARALEGALS
RENDERING SERVICES DURING THE PERIOD
JULY 1, 2016 THROUGH JULY 31, 2016
(All Amounts in Canadian Dollars)**

| Name | Title | Department | Province of Bar Admission/Year | Hours | Rate | Billed Value |
|------|-------|-----------|-------------------------------|-------|------|-------------|
| Geoffrey B. Shaw | Partner | Advocacy | Ontario - 1986 | 45.00 | $945.00 | $42,525.00 |
| Hilary Fender | Associate | Financial Restructuring | Ontario - 2015 | 8.30 | $390.00 | $3,237.00 |
| Jane Dietrich | Partner | Financial Restructuring | Ontario - 2004 | 9.00 | $695.00 | $6,255.00 |
| J.D. Timothy Pinos | Partner | Advocacy | Ontario - 1980 | 58.40 | $965.00 | $56,356.00 |
| Kate Byers | Associate | Advocacy | Ontario - 2015 | 46.00 | $390.00 | $17,940.00 |
| Michael Wunder | Partner | Financial Restructuring | Ontario - 1990 | 99.30 | $835.00 | $82,915.50 |
| Monique Sassi | Associate | Financial Restructuring | Ontario - 2013 | 51.20 | $420.00 | $21,504.00 |
| Ryan Jacobs | Partner | Financial Restructuring | Ontario - 2011 | 44.40 | $850.00 | $37,740.00 |
| Shayne Kukulowicz | Partner | Financial Restructuring | Ontario - 1990 | 43.90 | $925.00 | $40,607.50 |
| Stephanie Voudouris | Associate | Advocacy | Ontario - 2014 | 5.20 | $395.00 | $2,054.00 |
| Taschina Ashemeade | Student | Students | | 4.20 | $125.00 | $525.00 |
| | | | | | | |
| **TOTAL** | | | | **414.90** | | **$311,659.00** |