IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
|  | ) Case No. 09-10138 (KG) |
| Nortel Networks Inc. et al.,[1] | ) |
|  | ) (Jointly Administered) |
| Debtors. | ) |
|  | ) **Hearing Date: TBD** |
|  | ) |

## NOTICE OF TENTH INTERIM FEE APPLICATION REQUEST

Name of Applicant:                Cassels Brock & Blackwell LLP

Authorized to Provide
Professional Services to:         Official Committee of Unsecured Creditors

Date of Retention:                March 17, 2014, *Nunc Pro Tunc* to March 4, 2014

Period for which compensation
and reimbursement is sought:      May 1, 2016 through July 31, 2016[2]

Amount of Compensation sought as
actual, reasonable and necessary: CDN. $581,406.50 Equivalent to USD $445,648.08[3]

Amount of Expense Reimbursement sought
as actual, reasonable and necessary: CDN. $2,854.01 Equivalent to USD $2,187.60[3]

This is (a)n: _X_ interim    ____ final application

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567); and Nortel Networks (CALA) Inc. (4226).

[2] Cassels Brock & Blackwell LLP's May, 2016, June, 2016 and July, 2016 monthly fee applications are incorporated herein by reference.

[3] Reuters Exchange Rate on August 30, 2016 was CDN. $1.00 U.S. $0.7665

Legal*31554475.1

Summary of Fee Applications for Compensation Period:

| Date Filed Docket No. | Period Covered | Requested Fees | Requested Expenses | Approved Fees (80%) | Approved Expenses (100%) | Holdback Fees Requested Fees (20%) |
|---|---|---|---|---|---|---|
| Date Filed: 8/19/16 Docket No. 17123 | 5/1/16 –5/31/16 | $108,848.50 | $235.74 | $87,078.80 Pending Obj. Deadline September 9, 2016 | $235.74 Pending Obj. Deadline September 9, 2016 | $21,769.70 |
| Date Filed: 8/19/16 Docket No. 17127 | 6/1/16 - 6/30/16 | $160,899.00 | $1,639.52 | $128,719.20 Pending Obj. Deadline September 9, 2016 | $1,639.52 Pending Obj. Deadline September 9, 2016 | $32,179.80 |
| Date Filed: 8/31/16 Docket No. 17155 | 7/1/16 - 7/31/16 | $311,659.00 | $978.75 | $249,327.20 Pending Obj. Deadline September 21, 2016 | $978.75 Pending Obj. Deadline September 21, 2016 | $62,331.80 |
| TOTALS: | All amounts in CDN.$ | $581,406.50 | $2,854.01 | $465,125.20[4] | $2,854.01[5] | $116,281.30 |

Summary of any Objections to Fee Applications:  None.

Dated: August 31, 2016
      Toronto, Ontario

_____
Michael J. Wunder
CASSELS BROCK & BLACKWELL LLP
Suite 2100, Scotia Plaza
40 King Street West
Toronto, Ontario  M5H 3C2
(416) 869-5300
Canadian Counsel to the Official Committee of Unsecured Creditors of Nortel Networks Inc., *et al.*

---

[4] The total amount reflected in this column includes amounts pending approval.

[5] The total amount reflected in this column includes amounts pending approval.

Legal*31554475.1