# EXHIBIT B

**COMPENSATION BY PROJECT CATEGORY**

**JULY 1, 2016 THROUGH JULY 31, 2016**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| General Case Administration | 4.10 | $3,652.50 |
| Akin Gump Fee Applications/Monthly Billing Reports | 22.70 | $11,467.00 |
| Analysis of Other Professionals' Fee Applications/Reports | 1.10 | $848.50 |
| Creditors' Committee Meetings | 33.10 | $26,545.50 |
| Court Hearings | 4.00 | $1,327.00 |
| General Claims Analysis/Claims Objections | 23.70 | $23,726.00 |
| Analysis of Prepetition Transactions | 1.10 | $500.50 |
| Canadian Proceedings/Matters | 18.80 | $19,423.00 |
| Tax Issues | 6.50 | $6,845.50 |
| Labor Issues/Employee Benefits | 43.00 | $26,730.00 |
| Plan, Disclosure Statement and Plan Related Documentation | 3.00 | $2,070.00 |
| Asset/Stock Transaction/Business Liquidation | 0.10 | $132.50 |
| Intercompany Analysis | 172.90 | $173,957.50 |
| **TOTAL** | **334.10** | **$297,225.50** |



NORTEL NETWORKS INC. CREDITORS COMMITTEE
ATTN: JOHN  DOLITTLE
8601 SIX FORKS ROAD
SUITE 400
RALEIGH, NC  27615

| | |
|---|---|
| Invoice Number | 1673912 |
| Invoice Date | 08/29/16 |
| Client Number | 687147 |
| Matter Number | 0001 |

Re: CHAPTER 11

FOR PROFESSIONAL SERVICES RENDERED THROUGH  07/31/16 :

MATTER SUMMARY OF TIME BILLED BY TASK :

| | | HOURS | VALUE |
|---|---|---|---|
| 0002 | General Case Administration | 4.10 | $3,652.50 |
| 0003 | Akin Gump Fee Application/Monthly Billing Reports | 22.70 | $11,467.00 |
| 0004 | Analysis of Other Professionals Fee Applications/Reports | 1.10 | $848.50 |
| 0007 | Creditors Committee Meetings | 33.10 | $26,545.50 |
| 0008 | Court Hearings | 4.00 | $1,327.00 |
| 0012 | General Claims Analysis/Claims Objections | 23.70 | $23,726.00 |
| 0013 | Analysis of Pre-Petition Transactions | 1.10 | $500.50 |
| 0014 | Canadian Proceedings/Matters | 18.80 | $19,423.00 |
| 0018 | Tax Issues | 6.50 | $6,845.50 |
| 0019 | Labor Issues/Employee Benefits | 43.00 | $26,730.00 |
| 0022 | Plan, Disclosure Statement and Plan Related Documentation | 3.00 | $2,070.00 |
| 0024 | Asset/Stock Transaction/Business Liquidations | 0.10 | $132.50 |
| 0029 | Intercompany Analysis | 172.90 | $173,957.50 |
| | TOTAL | 334.10 | $297,225.50 |

| Date | Tkpr | Task | | Hours |
|------|------|------|------|-------|
| 07/12/16 | FSH | 0002 | Communications with Committee member re administrative matter. | 0.10 |
| 07/20/16 | FSH | 0002 | TC J. Bromley re preparation for filing additional debtor (.2); communications with BRG, B. Kahn re same (.1). | 0.30 |
| 07/20/16 | BMK | 0002 | Review emails re: NNIII debtor filing. | 0.40 |
| 07/25/16 | FSH | 0002 | Communications with Cleary, B. Kahn, BRG re NNIII filing (.1); follow-up re entity info (.1). | 0.20 |
| 07/26/16 | FSH | 0002 | Communications with M. Fagen re NNIII filing (.1); review reports of same (.1). | 0.20 |
| 07/26/16 | BMK | 0002 | Review of NNIII filings. | 1.20 |
| 07/26/16 | MCF | 0002 | Emails re NNIII filing; review materials re same. | 0.60 |
| 07/26/16 | AL | 0002 | Review new debtor filing. | 0.70 |
| 07/27/16 | RAJ | 0002 | Review filings in NNIII case. | 0.40 |
| 07/05/16 | MCF | 0003 | Review May prebill re confidentiality and privilege. | 1.30 |
| 07/07/16 | FBA | 0003 | Review May schedules for M. Fagen. | 0.50 |
| 07/08/16 | MCF | 0003 | Review may prebill re confidentiality and privilege. | 0.30 |
| 07/11/16 | MCF | 0003 | Review and revise May prebill re confidentiality and privilege. | 0.30 |
| 07/12/16 | AL | 0003 | Review prebill for confidentiality and privilege. | 0.90 |
| 07/13/16 | AL | 0003 | Draft May fee application (.6); review June prebill for confidentiality and privilege (.5). | 1.10 |
| 07/13/16 | FBA | 0003 | Assemble May schedules for team. | 1.00 |
| 07/14/16 | AL | 0003 | Draft May fee application (2.5); review June prebill for confidentiality and privilege (1.2). | 3.70 |
| 07/15/16 | MCF | 0003 | Review and edit fee application and schedules (.8) and emails re same (.1). | 0.90 |
| 07/15/16 | AL | 0003 | Review June prebill for confidentiality and privilege (1.3); draft May fee application (.3). | 1.60 |
| 07/16/16 | AL | 0003 | Draft May fee application. | 0.80 |
| 07/18/16 | MCF | 0003 | Review and comment on revised May fee application (.9); communications re same (.3); review B. Kahn edits and input same (.3); compile same for F. Hodara review (.3). | 1.80 |
| 07/18/16 | AL | 0003 | Draft May fee application (.3); review June prebill for confidentiality and privilege (1.5). | 1.80 |
| 07/19/16 | FSH | 0003 | Revise fee application for May (.5); communications with M. Fagen, A. Loring, R. Johnson re aspects of same (.2). | 0.70 |
| 07/19/16 | AL | 0003 | Draft and revise May fee application (1.0); prepare for filing (.3). | 1.30 |
| 07/20/16 | AL | 0003 | Review June prebill for confidentiality and privilege. | 0.40 |
| 07/22/16 | AL | 0003 | Internal correspondence re May invoice. | 0.10 |
| 07/25/16 | MCF | 0003 | Review and revise prebill re confidentiality and privilege. | 1.10 |
| 07/28/16 | FSH | 0003 | Examine fee order draft. | 0.10 |
| 07/28/16 | AL | 0003 | Review prebill for confidentiality and privilege. | 0.40 |
| 07/28/16 | FBA | 0003 | Assemble schedules for A. Loring. | 2.40 |
| 07/29/16 | AL | 0003 | Internal correspondence re: June prebill. | 0.20 |
| 07/05/16 | FSH | 0004 | Review fee applications of parties. | 0.10 |
| 07/11/16 | FSH | 0004 | Review fee applications. | 0.20 |
| 07/20/16 | AL | 0004 | Correspondence re: fee applications of other professionals. | 0.20 |
| 07/22/16 | AL | 0004 | Review fee application of other professionals. | 0.50 |
| 07/26/16 | FSH | 0004 | Examine fee applications. | 0.10 |
| 07/06/16 | FSH | 0007 | Review and comment on Committee call agenda (.1); internal communications re same (.1). | 0.20 |
| 07/06/16 | RAJ | 0007 | Emails with Akin team re agenda for Committee call. | 0.30 |
| 07/06/16 | MCF | 0007 | Review and comment on draft Committee call agenda (.2) and minutes (.1); emails re same (.2); revisions to same (.1); email agenda and document to Committee (.2). | 0.80 |

| Date | Tkpr | Task | | Hours |
|------|------|------|--|-------|
| 07/06/16 | AL | 0007 | Draft agenda for Committee call (.6); prepare for same (1.1). | 1.70 |
| 07/07/16 | FSH | 0007 | Outline presentation for Committee (.2); participate in Committee call (.7). | 0.90 |
| 07/07/16 | AQ | 0007 | Attend (partial) Committee call. | 0.50 |
| 07/07/16 | DHB | 0007 | Prepare for Committee call (.2); attend same (.7). | 0.90 |
| 07/07/16 | MCF | 0007 | Prepare for (.4) and participate in (.7) Committee call. | 1.10 |
| 07/07/16 | CIW | 0007 | Attend weekly Committee call (.7); prepare for same (.1). | 0.80 |
| 07/07/16 | ZJC | 0007 | Participation in Committee call (partial). | 0.60 |
| 07/07/16 | AL | 0007 | Prepare for (.2) and attend (partial) (.5); Committee call. | 0.70 |
| 07/13/16 | FSH | 0007 | Review and comment on agenda and correspond with A. Loring re same. | 0.20 |
| 07/13/16 | RAJ | 0007 | Emails re agenda for Committee call. | 0.20 |
| 07/13/16 | DHB | 0007 | Review Committee call agenda (.1) and emails re same (.1). | 0.20 |
| 07/13/16 | MCF | 0007 | Review and edit draft agenda (.2); emails re same (.1); send documents to Committee (.2). | 0.50 |
| 07/13/16 | AL | 0007 | Draft agenda for Committee call (1.0); prepare for same (1.0). | 2.00 |
| 07/14/16 | FSH | 0007 | Prepare outline for Committee presentation (.3); participate in Committee call (.6). | 0.90 |
| 07/14/16 | RAJ | 0007 | Attend Committee call (.6); prepare for same (.3). | 0.90 |
| 07/14/16 | AQ | 0007 | Prepare for (.3) and attend Committee call (.6). | 0.90 |
| 07/14/16 | DHB | 0007 | Prepare for Committee call (.4); attend same (.6). | 1.00 |
| 07/14/16 | BMK | 0007 | Attend Committee call. | 0.60 |
| 07/14/16 | MCF | 0007 | Prepare for (.2) and participate in (.6) Committee call. | 0.80 |
| 07/14/16 | CIW | 0007 | Attend weekly committee call (.6); prepare for same (.5). | 1.10 |
| 07/14/16 | AL | 0007 | Prepare for (.4) and attend (.6) Committee call. | 1.00 |
| 07/20/16 | FSH | 0007 | Revise and comment on Committee call agenda (.1); communicate with M. Fagen re materials for Committee (.1). | 0.20 |
| 07/20/16 | RAJ | 0007 | Emails re agenda for Committee call. | 0.30 |
| 07/20/16 | MCF | 0007 | Revise draft Committee call agenda (.2); emails with team re same (.1); revisions to same (.1) and send to Committee (.2). | 0.60 |
| 07/20/16 | AL | 0007 | Draft Committee call agenda (.7); revise same (.4); prepare for Committee call (.9). | 2.00 |
| 07/21/16 | FSH | 0007 | Communications with M. Fagen, B. Kahn, R. Johnson re Committee meeting and presentations (.3); prepare presentation to Committee (.3); participate in Committee meeting (.6). | 1.20 |
| 07/21/16 | RAJ | 0007 | Attend Committee call. | 0.60 |
| 07/21/16 | DHB | 0007 | Prepare for (.1) and attend (partial) Committee call (.5). | 0.60 |
| 07/21/16 | BMK | 0007 | Prepare for Committee call (0.6); attend same (0.6). | 1.20 |
| 07/26/16 | AL | 0007 | Prepare for Committee call. | 0.20 |
| 07/27/16 | FSH | 0007 | Review and comment on Committee call agenda (.1); correspond w/ A. Loring re same (.1). | 0.20 |
| 07/27/16 | MCF | 0007 | Review and revise draft Committee call agenda (.2); emails with team re same (.1); send agenda to Committee with meeting materials (.2). | 0.50 |
| 07/27/16 | AL | 0007 | Draft agenda for Committee call (.9); internal correspondence re: same (.4); prepare for same (.9). | 2.20 |
| 07/28/16 | FSH | 0007 | Final preparation for Committee meeting and outline presentation (.3); communications with B. Kahn re same (.1); participate in Committee call (.4). | 0.80 |
| 07/28/16 | RAJ | 0007 | Attend Committee call. | 0.40 |
| 07/28/16 | AQ | 0007 | Attend Committee call. | 0.40 |
| 07/28/16 | BMK | 0007 | Participate in Committee call | 0.40 |
| 07/28/16 | MCF | 0007 | Prepare for (.2) and attend (.4) Committee call. | 0.60 |
| 07/28/16 | AL | 0007 | Prepare for (1.5) and attend (.4) Committee call. | 1.90 |
| 07/05/16 | FSH | 0008 | Examine hearing agenda letter. | 0.10 |
| 07/05/16 | SAD | 0008 | Review docket for updates and pull substantive pleadings (.3); send to M. Fagen (.1). | 0.40 |
| 07/06/16 | SAD | 0008 | Review docket for updates and pull substantive pleadings (.2); send to M. Fagen (.1). | 0.30 |

| Date | Tkpr | Task | | Hours |
|------|------|------|------|-------|
| 07/07/16 | SAD | 0008 | Review docket for updates and pull substantive pleadings (.1); send to M. Fagen (.1). | 0.20 |
| 07/08/16 | SAD | 0008 | Review docket for updates and pull substantive pleadings (.1); send to M. Fagen (.1). | 0.20 |
| 07/11/16 | SAD | 0008 | Review docket and circulate. | 0.10 |
| 07/12/16 | SAD | 0008 | Review docket for updates and circulate. | 0.10 |
| 07/13/16 | AL | 0008 | Prepare for 7-15-16 hearing. | 0.60 |
| 07/13/16 | SAD | 0008 | Review docket for updates and pull substantive pleadings (.1); send to M. Fagen (.1). | 0.20 |
| 07/14/16 | SAD | 0008 | Review docket for updates and circulate. | 0.10 |
| 07/15/16 | SAD | 0008 | Review docket for updates and pull substantive pleadings (.1); send to M. Fagen (.1). | 0.20 |
| 07/18/16 | SAD | 0008 | Review docket for updates and circulate. | 0.10 |
| 07/19/16 | SAD | 0008 | Review docket for updates and pull substantive pleadings (.1); send to M. Fagen (.1). | 0.20 |
| 07/20/16 | SAD | 0008 | Review docket for updates and circulate. | 0.10 |
| 07/21/16 | SAD | 0008 | Review docket for updates and circulate. | 0.10 |
| 07/22/16 | AL | 0008 | Internal correspondence re cancelled hearing. | 0.30 |
| 07/22/16 | SAD | 0008 | Review docket for updates and circulate. | 0.10 |
| 07/25/16 | FSH | 0008 | Review communications re upcoming hearing. | 0.10 |
| 07/25/16 | SAD | 0008 | Review docket for updates and circulate. | 0.10 |
| 07/26/16 | SAD | 0008 | Review docket for updates and circulate. | 0.10 |
| 07/27/16 | SAD | 0008 | Review docket for updates and circulate. | 0.10 |
| 07/28/16 | SAD | 0008 | Review docket for updates and circulate. | 0.10 |
| 07/29/16 | SAD | 0008 | Review docket for updates and circulate. | 0.10 |
| 07/01/16 | AL | 0012 | Review letter to judge Gross re: claim (.3); internal correspondence re: same (.1). | 0.40 |
| 07/05/16 | FSH | 0012 | Review memo re claim issues and analyze same (.5); correspond w/ D. Botter re same (.1); correspond w/ B. Kahn re same (.1); correspond w/ M. Fagen re same (.2). | 0.90 |
| 07/05/16 | RAJ | 0012 | Review possible claim strategies (.2); meeting with Akin team re claim issues (.9); analyze claim issues (.8); prepare for SNMP claim adversary proceeding discovery call (.4); review Debtors' reply brief in further support of motion for clarification re same (.5). | 2.80 |
| 07/06/16 | RAJ | 0012 | Analyze SNMP claims adversary proceeding deposition transcripts. | 1.30 |
| 07/07/16 | RAJ | 0012 | Analyze SNMP claims adversary proceeding opinion and order clarifying prior decision on summary judgment (.4); emails re same (.1). | 0.50 |
| 07/07/16 | AL | 0012 | Review and summarize Memorandum Opinion granting Motion to Clarify decision in SNMP claims adversary proceeding. | 0.60 |
| 07/11/16 | FSH | 0012 | Examine claims info (.1); review info from D. Botter re claim (.1); analyze SNMP claims memorandum opinion (.3) and review commentary re same (.2). | 0.70 |
| 07/12/16 | RAJ | 0012 | Analyze SNMP copyright damages claim issues (1.2); review discovery re same (.6). | 1.80 |
| 07/13/16 | FSH | 0012 | Examine SNMP claims adversary proceeding conference agenda and confer with R. Johnson re same. | 0.10 |
| 07/13/16 | RAJ | 0012 | Emails re SNMP claims adversary proceeding discovery disputes (.3); review discovery (.5); further analyze damages issues (1.1); emails re SNMP expert witness issue (.2). | 2.10 |
| 07/14/16 | RAJ | 0012 | Review SNMP claims adversary proceeding deposition transcripts (.7); analyze copyright caselaw for SNMP adversary proceeding (.8). | 1.50 |
| 07/15/16 | RAJ | 0012 | Review correspondence and case files re discovery disputes in preparation for SNMP claims hearing (.8); emails with Debtors' counsel re SNMP (.1); review facts re claims (.7). | 1.60 |
| 07/17/16 | MCF | 0012 | Emails re omnibus objections to claims. | 0.20 |
| 07/17/16 | AL | 0012 | Review Debtors' omnibus claims objections (.4); internal correspondence re same (.2). | 0.60 |

| Date | Tkpr | Task | | Hours |
|------|------|------|---|-------|
| 07/18/16 | FSH | 0012 | Review claims info. | 0.10 |
| 07/18/16 | RAJ | 0012 | Analyze SNMP copyright damages claims issues (.5); internal correspondence re copyright damages research (.3); internal correspondence re SNMP claims adversary proceeding (.1); review information on 42nd, 43rd, 44th omnibus claims objections (.2). | 1.10 |
| 07/18/16 | BMK | 0012 | Review claims analyses and filings. | 0.60 |
| 07/18/16 | AL | 0012 | Review Debtors' notice of allowed claims (.8); internal correspondence re same (.2). | 1.00 |
| 07/19/16 | FSH | 0012 | Communicate with BRG re claims analysis. | 0.10 |
| 07/19/16 | RAJ | 0012 | Analyze SNMP claims adversary proceeding discovery and pre-trial schedule (.5); call with D. Herrington (Cleary) re SNMP strategy (.7). | 1.20 |
| 07/20/16 | RAJ | 0012 | Review analysis of copyright damages cases for SNMP claim (.5); review deposition transcripts (.6). | 1.10 |
| 07/21/16 | FSH | 0012 | Communicate with R. Johnson re SNMP claims adversary proceeding discovery. | 0.10 |
| 07/21/16 | RAJ | 0012 | Further analyze issues re SNMP copyright damages claims (.4); internal correspondence re SNMP damages issues (.1); review information re claims (.6); internal correspondence re copyright damages research (.3); analyze caselaw (.5). | 1.90 |
| 07/26/16 | RAJ | 0012 | Review SNMP claims adversary proceeding discovery. | 1.40 |
| 07/25/16 | AL | 0013 | Call with Debtor counsel re: pre-petition transactions (.8); follow-up to same (.3). | 1.10 |
| 07/05/16 | FSH | 0014 | Review info from Cassels re Canadian leave application and next steps (.2); participate in call w/ Cassels re same (.6). | 0.80 |
| 07/05/16 | RAJ | 0014 | Call with Cassels team re appellate issues. | 0.60 |
| 07/05/16 | AQ | 0014 | Call with Cassels regarding SCC leave process issues. | 0.60 |
| 07/05/16 | DHB | 0014 | Conference call with Canadian counsel. | 0.60 |
| 07/05/16 | MCF | 0014 | Meeting with Akin and Cassels team re Canadian allocation appeal issues. | 0.60 |
| 07/05/16 | AL | 0014 | Prepare for call re: appellate proceedings in Canada (1.0); attend same (.6). | 1.60 |
| 07/06/16 | FSH | 0014 | Communications w/ Cassels re appeal. | 0.10 |
| 07/08/16 | FSH | 0014 | Examine Canadian expert info. | 0.10 |
| 07/08/16 | RAJ | 0014 | Review developments re SCC leave petition. | 0.20 |
| 07/11/16 | FSH | 0014 | Examine Canadian Monitor's report. | 0.20 |
| 07/14/16 | RAJ | 0014 | Review developments in preparation for SCC allocation appeal petition (.2); emails with M. Wunder re same (.1). | 0.30 |
| 07/19/16 | FSH | 0014 | Review information and proposed language re Canadian appeal process (.1); communications with M. Wunder re same (.1). | 0.20 |
| 07/22/16 | RAJ | 0014 | Emails re petition to SCC (.2); review Cassels draft petition to SCC (1.2). | 1.40 |
| 07/25/16 | DHB | 0014 | Email communications re Canadian leave issues. | 0.20 |
| 07/26/16 | FSH | 0014 | Review draft Canadian appellate brief (1.1); communications with R. Johnson re same (.2); outline issues and comments (.3); communications with J. Chen re same (.1); analyze issues (.2). | 1.90 |
| 07/26/16 | RAJ | 0014 | Analyze latest revised draft of allocation document (1.2); follow up re comments to draft petition to SCC (.2, .1, .5); multiple emails with Akin team and Cassels team re same (.3). | 2.30 |
| 07/26/16 | ZJC | 0014 | Review Cassels draft of brief seeking leave to file appeal in Canadian Supreme Court (1.5); communicate with P. Shah re same (.4). | 1.90 |
| 07/26/16 | PAS | 0014 | Review comments from R. Johnson and F. Hodara on Canadian certiorari petition. | 0.40 |
| 07/27/16 | FSH | 0014 | Review revised Canadian brief (.1); communications with M. Wunder re same (.5). | 0.60 |
| 07/27/16 | RAJ | 0014 | Review revised draft UCC petition to SCC (.3); multiple emails re same (.2, .1, .3); review and comment on revised NNI draft petition to SCC (.9); review draft expert affidavit (.3). | 2.10 |

| Date | Tkpr | Task | | Hours |
|------|------|------|---|-------|
| 07/27/16 | AQ | 0014 | Review and analyze draft SCC pleading and emails regarding same. | 0.50 |
| 07/27/16 | ZJC | 0014 | Review Cassels edits to brief to Canadian Supreme Court. | 0.20 |
| 07/28/16 | FSH | 0014 | Communications with M. Wunder re Canadian expert affidavit and drafts (.2); examine revisions (.2). | 0.40 |
| 07/29/16 | FSH | 0014 | Follow-up re filing of motions by parties in Canadian proceeding and commence review of same. | 0.30 |
| 07/30/16 | AQ | 0014 | Review and analyze SCC leave pleadings filed. | 0.70 |
| 07/05/16 | FSH | 0018 | Review tax issues. | 0.20 |
| 07/06/16 | FSH | 0018 | Review memoranda and analyses re tax issues (1.0); call w/ NNI, K. Rowe re same (1.0); follow-up w/ K. Rowe, D. Botter re same (.5). | 2.50 |
| 07/06/16 | KMR | 0018 | Review of tax issues (2.5); call with NNI reps (1.0); follow up meeting and analysis (.3). | 3.80 |
| 07/11/16 | BES | 0019 | Review of pension claims. | 1.40 |
| 07/11/16 | DZV | 0019 | Confer with B. Simonetti regarding pension claims and related issues (0.3); research and review statutory and case law regarding same (6.0). | 6.30 |
| 07/12/16 | BES | 0019 | Review of pension claims. | 1.10 |
| 07/12/16 | DZV | 0019 | Conduct research regarding pension claims (5.6); confer with B. Simonetti regarding same (0.2). | 5.80 |
| 07/13/16 | BES | 0019 | Review pension claims. | 1.20 |
| 07/13/16 | DZV | 0019 | Consider pension issues (4.7); prepare email summary of same (0.6). | 5.30 |
| 07/14/16 | DZV | 0019 | Prepare draft of pension memorandum. | 7.50 |
| 07/15/16 | BES | 0019 | Review of pension claims. | 1.30 |
| 07/15/16 | BMK | 0019 | Attend call re: pension claim analysis and related issues. | 0.70 |
| 07/18/16 | BES | 0019 | Prepare memorandum re pension claims. | 0.60 |
| 07/18/16 | DZV | 0019 | Communicate with B. Simonetti regarding draft of memorandum relating to pension claims (0.3); research regarding same (6.7); revise memorandum to incorporate comments from B. Simonetti (1.4). | 8.40 |
| 07/19/16 | DZV | 0019 | Communicate with B. Simonetti regarding pension (0.2); follow-up research regarding same (1.4); update pension memorandum accordingly (0.9). | 2.50 |
| 07/20/16 | BMK | 0019 | Review of pension claim issues and analyses (0.7); emails re: same (0.2). | 0.90 |
| 07/05/16 | MCF | 0022 | Consider plan issues (.7); research same (.8); internal communications re: same (1.2). | 2.70 |
| 07/08/16 | MCF | 0022 | Internal correspondence re: plan issues. | 0.30 |
| 07/01/16 | FSH | 0024 | Examine info re de minimis sale. | 0.10 |
| 07/01/16 | FSH | 0029 | Review revisions to Akin direct appeal brief and comment thereon (.4); review issues re appellate briefing (.3) and numerous communications with R. Johnson, P. Shah, J. Chen, A. Qureshi, D. Botter, Milbank and Cleary re same (.5); examine creditor letter re same (.1). | 1.30 |
| 07/01/16 | RAJ | 0029 | Multiple emails with Akin team re specific edits to draft Committee brief in opposition to petitions to Third Circuit to authorize direct allocation appeal (.4, .5, .2); internal communications re appellate issues (.2); review appellate caselaw cited by petitioners (.8); emails re escrow accounts (.2); confer with Cleary re draft brief by U.S. Debtors (.2, .3); draft email reports to Committee re revisions to draft briefs and status (.3, .2, .2); review Cleary draft brief (.3); multiple emails with appellate team and with Robbins Russell re Cleary draft (.4). | 4.20 |
| 07/01/16 | DHB | 0029 | Further communications re escrowed proceeds (.1); further emails re 3rd Circuit allocation appeal issues (.1) (.3); review new drafts of briefs (.4). | 0.90 |
| 07/01/16 | AMH | 0029 | Complete ECF applications for attorneys for 3d circuit allocation appeals. | 3.20 |
| 07/01/16 | BMK | 0029 | Review emails re: opposition to allocation appeal 3d circuit certification. | 0.40 |
| 07/01/16 | ZJC | 0029 | Review and respond to US Debtors' comments on drafts of oppositions to petitions for permission to appeal allocation decisions (2.5); resolve cite-check and formatting edits and conform brief to local rules (1.3); incorporate P. Shah edits and circulate to Akin Gump team (.8); internal | 5.00 |

| Date | Tkpr | Task | | Hours |
|------|------|------|--|-------|
| | | | correspondence re Cleary/US Debtors' draft statement on petition to appeal (.4). | |
| 07/01/16 | PAS | 0029 | Email correspondence with Akin Gump team re: incorporation of allocation appeal comments from Cleary Gottleib (.3); review and edit new version of draft Third Circuit allocation appeal opposition brief (.5); review draft brief of US Debtors (1.2). | 2.00 |
| 07/04/16 | AL | 0029 | Prepare for call on allocation issues. | 0.20 |
| 07/05/16 | FSH | 0029 | Analyze comments of parties to allocation document (.4); communications w/ R. Johnson, Committee re finalization of allocation appeal brief (.2); analyze allocation issues raised by NNI (.3); examine court filings (.3); tc Cleary re pending issues (.3); analyze same (.2); correspond w/ D. Botter, A. Qureshi, M. Fagen, A. Loring, R. Johnson re allocation issues (.8); communications w/ J. Chen, R. Johnson re Third Circuit filings (.2); examine filed briefs, exhibits (.4); communications w/ R. Johnson, Committee re same (.1). | 3.20 |
| 07/05/16 | RAJ | 0029 | Final review of Committee's circuit court response to petitions to authorize direct appeal (.3); multiple emails with Akin team re filing in circuit court (.3, .2); call with Cassels team re appellate issues (.6); review Third Circuit dockets (.3); review Bondholder Group's as-filed response and compare with prior draft (.7, .4); review exhibits to answer (.3); multiple emails regarding statement by U.S. Debtors (.3); review statement filed by U.S. Debtors (.1); draft communications to Committee reporting on filings (.2, .1). | 3.80 |
| 07/05/16 | AQ | 0029 | Team meeting regarding allocation issues (.7); call with Cleary re allocation appellate issues (.2). | 0.90 |
| 07/05/16 | DHB | 0029 | Review and consider issues relating to allocation party (1.5); correspond with M. Fagen re same (.7); review emails re allocation appellate issues (.3); and follow-up meeting re allocation issues (.8); begin review of final 3rd Circuit allocation appeal briefing (.6); emails re US Debtors position (.1) (.1). | 4.10 |
| 07/05/16 | AMH | 0029 | Forward draft notices of appearance to J. Chen for review (.1); draft certificates of service and file notices of appearance re: team (.4); email exchange with K. Owen re: ecf login and password re: A. Qureshi (.2); confer with clerk's office re: questions (.6); review and finalize brief for filing (1.1); review federal rules re service and email update to J. Chen (.5). | 2.90 |
| 07/05/16 | KMR | 0029 | Continue analysis of tax issues re allocation documents. | 0.50 |
| 07/05/16 | ZJC | 0029 | Finalize and file opposition to permissions for permission to appeal allocation decision to the Third Circuit. | 2.70 |
| 07/05/16 | PAS | 0029 | Review as-filed Third Circuit allocation appeal certification papers (.2) and follow up email correspondence (.1). | 0.30 |
| 07/05/16 | AL | 0029 | Consider allocation issues (.4); correspondence with team re: same (.3). | 0.70 |
| 07/06/16 | FSH | 0029 | Follow-up from Third Circuit allocation decision brief filings (.3); review NNSA appellate pleading (.2) and analyze issues therein (.2); communications w/ R. Johnson, J. Chen re same (.3); outline next steps and consider same (.3); conference call w/ Cleary re same (.5). | 1.80 |
| 07/06/16 | RAJ | 0029 | Analyze NNSA cross-petition for direct allocation appeal (.4); review NNSA exhibits included with cross-petition (.3); multiple emails with Akin team re NNSA cross-petition (.3, .2); review appellate procedural issues (.4); draft written report to Committee re NNSA cross-petition and next steps (.5); develop talking points re appellate filings for Committee (.3) and multiple emails re same (.1). | 2.50 |
| 07/06/16 | AQ | 0029 | Review and analyze NNI allocation appeal 3d Circuit pleading. | 0.20 |
| 07/06/16 | DHB | 0029 | Continue review of filed 3rd Circuit allocation appeal briefs (.5); conference call with Cleary team re allocation document (.5) and internal communication re same (1.0); follow-up call with Cleary team re next steps (.5); email communications re NNSA pleadings (.2). | 2.70 |

| Date | Tkpr | Task | | Hours |
|------|------|------|--|-------|
| 07/06/16 | AMH | 0029 | Attention to allocation appeal briefs. | 0.30 |
| 07/06/16 | MCF | 0029 | Prepare for (.2) and participate in (.5) call with NNI re allocation. | 0.70 |
| 07/06/16 | CIW | 0029 | Internal correspondence re: allocation. | 0.20 |
| 07/06/16 | ZJC | 0029 | Review NNSA petition for permission to appeal allocation decision (1.2) and circulate initial analysis for response (.6). | 1.80 |
| 07/06/16 | PAS | 0029 | Review summary of Third Circuit cross-petition filing on allocation appeal (.2) and follow up email correspondence with Akin Gump team (.1). | 0.30 |
| 07/07/16 | FSH | 0029 | Telephone call with S. Pohl re allocation document and follow-up (.3); analyze public importance issue (.2); telephone call with M. Kennedy and L. Schweitzer re allocation document (.2); communications with BRG re same (.1); analyze next steps (.3); telephone call with Milbank re foregoing (.2); communications with Milbank, P. Shah, R. Johnson, J. Chen, A. Qureshi re allocation appellate filings (.6). | 1.90 |
| 07/07/16 | RAJ | 0029 | Emails re allocation appellate issues (.3); follow-up emails re response to NNSA cross-petition (.3, .2); draft emails to bondholder group counsel and U.S. debtors re same (.2); emails re developments in negotiations (.2). | 1.20 |
| 07/07/16 | AQ | 0029 | Emails re allocation document. | 0.20 |
| 07/07/16 | DHB | 0029 | Review NNSA 3rd Circuit allocation appeal brief (.6); email communications re same (.2) and position thereon (.2); extensive emails re discussions (.3). | 1.30 |
| 07/07/16 | KMR | 0029 | Discussions with J. Hyland re: allocation issues (0.9); meeting re: status of the allocation case (0.5); continued research re: tax issues relating to allocation document (1.0). | 2.40 |
| 07/07/16 | PAS | 0029 | Internal correspondence re: potential response to Third Circuit cross-petition re: allocation appeal. | 0.30 |
| 07/08/16 | FSH | 0029 | Numerous communications with BRG, D. Botter re allocation, next steps, analysis. | 0.40 |
| 07/08/16 | RAJ | 0029 | Emails with Akin and BRG teams re allocation (.3); review BRG financial analyses re: same (.3). | 0.60 |
| 07/08/16 | AQ | 0029 | Emails re allocation document. | 0.20 |
| 07/08/16 | KMR | 0029 | Continue review of US tax issues re: allocation document. | 1.20 |
| 07/08/16 | MCF | 0029 | Emails re allocation issues. | 0.30 |
| 07/09/16 | DHB | 0029 | Telephone call with Committee member re allocation document (.4); email to F. Hodara re same (.1). | 0.50 |
| 07/11/16 | FSH | 0029 | Examine allocation analysis (.1); examine Third Circuit information (.3); communications with Cleary re next steps (.1). | 0.50 |
| 07/11/16 | KMR | 0029 | Continue analysis of tax issues re: allocation documents. | 2.40 |
| 07/12/16 | FSH | 0029 | Examine allocation document  and comments of parties (.3); communicate with A. Loring re same (.1); communications with BRG, D. Botter, B. Kahn re allocation issues (.4); review aspects of allocation document (.3); call with Cleary, Chilmark, BRG, D. Botter, B. Kahn re same (.7); communication with D. Botter and B. Kahn re next steps (.3); circulate draft allocation document (.1); memo to BRG re issues therein (.3); analyze issues (.5); telephone call with Cleary re foregoing (.4). | 3.40 |
| 07/12/16 | RAJ | 0029 | Review revised allocation document (.4); analyze revisions to allocation document (.5, .2); multiple emails re allocation document (.2, .1); provide comments to allocation document (.3). | 1.70 |
| 07/12/16 | DHB | 0029 | Emails re allocation document (.1); conference call with Cleary re status of discussions (.4) and follow-up (.7); email communications re allocation document (.3); begin review of same (.4). | 1.90 |
| 07/12/16 | BMK | 0029 | Call with J. Bromley re: allocation status (0.7); follow up to same (0.3); review updated allocation document (1.1). | 2.10 |
| 07/12/16 | KMR | 0029 | Continue analysis of tax issues re: allocation document. | 2.40 |
| 07/12/16 | MCF | 0029 | Review draft allocation document (.6) and email to Committee re same (.3); emails re allocation issues (.4); review allocation document (.5). | 1.80 |

| Date | Tkpr | Task | | Hours |
|------|------|------|---|-------|
| 07/13/16 | FSH | 0029 | Review draft allocation document and work on issues raised therein (2.2); communications with Committee members re same (.8); communications with D. Botter and R. Johnson re same (.2); analyze info from BRG and communications with C. Kearns and J. Hyland re same (.4); call with BRG, D. Botter, R. Johnson re same (.9); telephone calls with parties re allocation document (.6). | 5.10 |
| 07/13/16 | RAJ | 0029 | Review BRG allocation analyses (.4, .3); analyze issues re allocation document (.6); call with Akin and BRG teams re allocation issues (.9); analyze revisions in latest draft allocation document (1.2); emails with Akin team re allocation document (.3, .1); emails re allocation developments (.1). | 3.90 |
| 07/13/16 | DHB | 0029 | Review allocation document (1.4); email communications re BRG analysis of same (.2) (.2) and review of same (.5); telephone calls with Committee members re status (.3); emails with F. Hodara re same (.1); conference call with BRG team (.9); follow-up emails re same (.3). | 3.90 |
| 07/13/16 | BMK | 0029 | Review of updated allocation document and related issues. | 1.10 |
| 07/13/16 | KMR | 0029 | Review issues re: allocation taxation (0.5); continue review of federal income tax issues relating to allocation document (0.8); review draft allocation document (0.7). | 2.00 |
| 07/13/16 | MCF | 0029 | Analyze allocation issues (.4) and emails re same (.3). | 0.70 |
| 07/13/16 | AL | 0029 | Attend portion of professionals call re: allocation issues. | 0.50 |
| 07/13/16 | SD | 0029 | Research tax issues re: allocation. | 0.60 |
| 07/14/16 | FSH | 0029 | TC NNI re pending allocation issues (.2); communications with Committee members re allocation document (.4); communications with D. Botter, B. Kahn, M. Fagen, R. Johnson, A. Qureshi, A. Loring re terms and next steps (.5); review allocation document issues (.3); review draft of Third Circuit and communications with R. Johnson, A. Qureshi and J. Chen re same (.1); examine communications among parties re allocation document (.1). | 1.60 |
| 07/14/16 | RAJ | 0029 | Communications with Akin team re response to NNSA cross-petition to Third Circuit (.2, .1); emails with Cleary, Milbank, Robbins Russell re same (.2). | 0.50 |
| 07/14/16 | AQ | 0029 | Communications with team re 3d. Circuit allocation appeal submission (.1) and emails regarding same (.1); review and analyze emails re allocation document (.3). | 0.50 |
| 07/14/16 | DHB | 0029 | Emails re allocation documents (.2) and 3rd Circuit allocation appeal issues (.1). | 0.30 |
| 07/14/16 | KMR | 0029 | Participate in call re: status of the allocation case (0.6); continue review of allocation document (0.7); continued analysis of federal and state tax consequences of allocation document (1.5). | 2.80 |
| 07/14/16 | ZJC | 0029 | Draft and circulate opposition to NNSA cross-petition in support of direct allocation appeal. | 0.80 |
| 07/14/16 | SD | 0029 | Research tax issues re: allocation document. | 1.30 |
| 07/15/16 | FSH | 0029 | Review BRG allocation presentation (.2); call with BRG, D. Botter, M. Fagen re same (1.0); examine allocation document (.1). | 1.30 |
| 07/15/16 | RAJ | 0029 | Review comments to latest draft of allocation document (.4); emails re same (.2). | 0.60 |
| 07/15/16 | AQ | 0029 | Call with team and with BRG re allocation issues and related implications. | 1.00 |
| 07/15/16 | DHB | 0029 | Review and consider BRG allocation deck (.5); conference call re same (1.0). | 1.50 |
| 07/15/16 | MCF | 0029 | Call re allocation status (1.0); prepare for same (.1). | 1.10 |
| 07/15/16 | SD | 0029 | Research tax issues re: allocation document. | 3.20 |
| 07/18/16 | FSH | 0029 | Communications with J. Chen and R. Johnson re Third Circuit allocation appeal filings and review related material (.3); work on allocation presentation and analysis issues and communicate with BRG re same (.4); review revised BRG deck and comment thereon (.4). | 1.10 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE
Bill Number: 1673912

| Date | Tkpr | Task | | Hours |
|------|------|------|---|-------|
| 07/18/16 | RAJ | 0029 | Review final as-filed Third Circuit statement in opposition to NNSA allocation appeal cross-petition (.1); multiple emails with Akin team re same (.2); review BRG financial analysis of allocation scenarios (.5); analyze sensitivity of results in variations of scenarios (.4); provide comments to same (.3); multiple emails with BRG and Akin teams re financial analysis (.2, .3, .1). | 2.10 |
| 07/18/16 | AQ | 0029 | Review and analyze BRG allocation deck and analysis (.4) and emails re same (.2). | 0.60 |
| 07/18/16 | DHB | 0029 | Review BRG allocation analysis (.4); emails re same (.2). | 0.60 |
| 07/18/16 | AMH | 0029 | Prepare and file response to cross petition for permission to appeal allocation decision. | 0.90 |
| 07/18/16 | BMK | 0029 | Review and comment on BRG allocation analysis. | 1.20 |
| 07/18/16 | KMR | 0029 | Review research re: allocation tax issues (.7); follow up research re: same (.5). | 1.20 |
| 07/18/16 | ZJC | 0029 | Finalize and file opposition to NNSA cross-petition in support of direct allocation appeal to the Third Circuit (.8); coordinate and file logistics with Third Circuit Clerk's office (.3). | 1.10 |
| 07/18/16 | PAS | 0029 | Review and sign off on summary filing in opposition to allocation cross-appeal. | 0.20 |
| 07/18/16 | SD | 0029 | Research tax issues re: allocation appeal. | 1.50 |
| 07/19/16 | FSH | 0029 | Continue work on allocation deck (1.2); numerous communications with BRG re same (.3); communications with Committee members, D. Botter re allocation document (1.3); review and revise document (.6); analyze comments of Cassels, R. Johnson (.3); communications with representatives re same (.2); review additional BRG analyses (.2); communications with BRG re same (.3). | 4.40 |
| 07/19/16 | RAJ | 0029 | Further analyze allocation scenarios (.4); multiple emails with Akin and BRG teams re same (.3, .2); analyze provisions in allocation document (.2); review revised BRG presentation (.3); emails re procedural issues respecting certification of direct allocation appeal to Third Circuit (.4); call with Committee member re financial analysis (.7); correspondence with Akin team re same (.2); review comments to draft allocation document (.5); review further revised BRG presentation and analysis (.3). | 3.50 |
| 07/19/16 | DHB | 0029 | Email communications re BRG allocation analysis (.4) and review of same (.3); calls with team and Committee member re same (.7). | 1.40 |
| 07/19/16 | BMK | 0029 | Call with Committee member re: allocation issues (0.7); preparation for same (0.5); review and analysis of allocation document (1.4); review and edit BRG allocation presentation (.7). | 3.30 |
| 07/19/16 | KMR | 0029 | Internal correspondence re allocation tax issues (0.5); review BRG analysis (0.4) and discussion with Hyland re: tax reserve (0.4). | 1.30 |
| 07/20/16 | FSH | 0029 | Analyze comments to allocation document and collate edits (.9); analyze further BRG analysis (.3); TC J. Bromley re pending issues (.2); communications with D. Botter, B. Kahn, Cassels re allocation document (.2); review allocation document comments and communications among parties re same (.2); call with Cleary re allocation document (.1); follow-up with Committee professionals re same (.2); communication with BRG re documents (.1). | 2.20 |
| 07/20/16 | RAJ | 0029 | Emails re developments in allocation document (.2, .1, .2); review multiple comments to draft allocation document (.4); review developments re allocation case strategy (.2, .2); review comments to draft allocation document (.3); review further BRG financial analysis re same (.3). | 1.90 |
| 07/20/16 | DHB | 0029 | Review F. Hodara and B. Kahn comments to allocation document (.6); review same and comment on same (1.1); extensive further emails re same (.4) and status (.3). | 2.40 |
| 07/20/16 | BMK | 0029 | Review and comment on allocation document. | 1.40 |

| Date | Tkpr | Task | | Hours |
|------|------|------|---|-------|
| 07/20/16 | KMR | 0029 | Continue review of BRG allocation analyses (0.4); continue review of allocation tax issues (0.5). | 0.90 |
| 07/21/16 | LGB | 0029 | Review markup of allocation documents. | 1.00 |
| 07/21/16 | FSH | 0029 | Review BRG analysis re allocation document (.3); communications with C. Kearns, B. Kahn re same (.1); continue work on draft allocation document (.4) and communications with Cleary, B. Kahn, Cassels re same (.2); correspond with R. Johnson re next steps (.2); communications with Committee re allocation document (.2); further communications with Cleary, B. Kahn, Cassels re allocation document next steps (.5). | 1.90 |
| 07/21/16 | RAJ | 0029 | Review Akin comments to allocation document (.4); analyze comments to draft allocation document (.6); multiple emails re issues (.3, .1). | 1.40 |
| 07/21/16 | AQ | 0029 | Review and analyze revised BRG allocation deck (.2) and emails regarding same (.1). | 0.30 |
| 07/21/16 | DHB | 0029 | Emails re allocation document and comments thereto (.3) and review of same (.2). | 0.50 |
| 07/21/16 | BMK | 0029 | Review and analyze allocation document (1.4); call with J. Bromley, M. Wunder re: same (1.0); summarize same for Akin team (0.4). | 2.80 |
| 07/21/16 | KMR | 0029 | Continue review of BRG allocation analysis (0.3); update on status of the allocation case (0.5). | 0.80 |
| 07/22/16 | DHB | 0029 | Begin review of comments to allocation document (.6); emails re same (.2). | 0.80 |
| 07/25/16 | FSH | 0029 | Review BRG allocation analysis (.2); review comments (1.3); communications with BRG and B. Kahn re allocation document (.3). | 1.80 |
| 07/25/16 | RAJ | 0029 | Analyze open issues in allocation document (1.6); multiple emails re same (.5). | 2.10 |
| 07/25/16 | BMK | 0029 | Review allocation document comments and issues. | 1.70 |
| 07/25/16 | KMR | 0029 | Work on analysis of US tax issues in allocation document. | 2.00 |
| 07/25/16 | MCF | 0029 | Emails re allocation document. | 0.20 |
| 07/25/16 | AL | 0029 | Internal correspondence re: allocation document. | 0.30 |
| 07/26/16 | FSH | 0029 | Communications with BRG re allocation analyses (.1); examine info from BRG (.1); communicate with R. Johnson re allocation document (.1). | 0.30 |
| 07/26/16 | RAJ | 0029 | Emails re allocation issues. | 0.20 |
| 07/26/16 | KMR | 0029 | Review revised allocation document (0.6); prepare memo outlining US tax implications of allocation document (2.0). | 2.60 |
| 07/27/16 | FSH | 0029 | Work on revised draft of allocation document (1.0); tc L. Schweitzer and J. Bromley re same (.3); communicate with Committee member re same (.3); communications with BRG re same (.1) and analyze next steps re same (.2). | 1.90 |
| 07/27/16 | AQ | 0029 | Emails regarding allocation documents. | 0.30 |
| 07/27/16 | BMK | 0029 | Review and comment on allocation document. | 1.60 |
| 07/27/16 | KMR | 0029 | Continue work on memo re issues re: allocation document. | 2.20 |
| 07/28/16 | FSH | 0029 | Continue review of revised allocation document (.7); communications with Committee members re same (.2); communicate with Cleary re same (.1); communications with BRG re issues (.2); research re concepts under discussion (.6); communications with B. Kahn, Cassels re same (.3); prepare mark-up of draft (.6); further communications with Cleary and communicate re same (.2) and circulate comments (.2). | 3.10 |
| 07/28/16 | AQ | 0029 | Emails with team regarding allocation document. | 0.20 |
| 07/28/16 | KMR | 0029 | Update re: status of the allocation case (0.4); continued analysis of US income tax consequences of allocation document (1.0). | 1.40 |
| 07/29/16 | FSH | 0029 | Call with expert re allocation concept. | 0.50 |

Total Hours     334.10

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| L G BECKERMAN | 1.00 | at | $1220.00 | = | $1,220.00 |
| F S HODARA | 53.90 | at | $1325.00 | = | $71,417.50 |
| R A JOHNSON | 58.50 | at | $1050.00 | = | $61,425.00 |
| B E SIMONETTI | 5.60 | at | $1000.00 | = | $5,600.00 |
| A QURESHI | 8.00 | at | $1175.00 | = | $9,400.00 |
| D H BOTTER | 26.30 | at | $1220.00 | = | $32,086.00 |
| B M KAHN | 21.60 | at | $900.00 | = | $19,440.00 |
| P A SHAH | 3.50 | at | $950.00 | = | $3,325.00 |
| K M ROWE | 29.90 | at | $860.00 | = | $25,714.00 |
| Z CHEN | 14.10 | at | $700.00 | = | $9,870.00 |
| M C FAGEN | 19.80 | at | $690.00 | = | $13,662.00 |
| C I WEINREB | 2.10 | at | $580.00 | = | $1,218.00 |
| A LORING | 33.30 | at | $455.00 | = | $15,151.50 |
| S DAVIDOV | 6.60 | at | $655.00 | = | $4,323.00 |
| D Z VIRA | 35.80 | at | $550.00 | = | $19,690.00 |
| A M HICKS | 7.30 | at | $295.00 | = | $2,153.50 |
| S A D'ADDESE | 2.90 | at | $225.00 | = | $652.50 |
| F B ALVAREZ | 3.90 | at | $225.00 | = | $877.50 |

Current Fees                                                                              $297,225.50


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---|
| Computerized Legal Research - Lexis | $269.10 |
| Computerized Legal Research - Other | $0.60 |
| Computerized Legal Research - Westlaw | $159.43 |
| Court Cost | $65.00 |
| Document Retrieval | $371.90 |
| Duplication - In House | $340.40 |
| Meals - Business | $32.69 |
| Meals (100%) | $658.31 |

Current Expenses                                                                        $1,897.43


**Total Amount of This Invoice**                                                **$299,122.93**

**Prior Balance Due**                                                            $516,572.13

**Total Balance Due Upon Receipt**                                              $815,695.06