# EXHIBIT C

**DISBURSEMENT SUMMARY**

**JULY 1, 2016 THROUGH JULY 31, 2016**

| | |
|---|---:|
| Computerized Research, Corporate Service Fees & PACER Charges | $429.13 |
| Document Retrieval | $371.90 |
| Duplication – In House | $340.40 |
| Meals (100%) | $658.31 |
| Meals – Business | $32.69 |
| Court Cost | $65.00 |
| **TOTAL** | **$1,897.43** |