# EXHIBIT D



| | |
|---|---|
| NORTEL NETWORKS INC. CREDITORS COMMITTEE<br>ATTN: JOHN DOLITTLE<br>8601 SIX FORKS ROAD<br>SUITE 400<br>RALEIGH, NC  27615 | Invoice Number    1673912<br>Invoice Date      08/29/16<br>Client Number      687147<br>Matter Number        0001 |

Re: CHAPTER 11

FOR PROFESSIONAL SERVICES RENDERED THROUGH  07/31/16 :

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | | Value |
|---|---|---|
| 07/01/16 | Meals - Business  VENDOR: MATTHEW C. FAGEN INVOICE#: 1311194907011702 DATE: 7/1/2016 Lunch, 07/01/16, Working meal, Jetblue, Matthew Fagen | $12.00 |
| 07/01/16 | Computerized Legal Research - Westlaw User: HICKS,ADRIA Date: 7/1/2016 AcctNumber: 1000532285 ConnectTime: 0.0 | $40.26 |
| 07/05/16 | Computerized Legal Research - Westlaw User: FAGEN,MATTHEW Date: 7/5/2016 AcctNumber: 1000193694 ConnectTime: 0.0 | $83.12 |
| 07/05/16 | Computerized Legal Research - Westlaw User: HICKS,ADRIA Date: 7/5/2016 AcctNumber: 1000532285 ConnectTime: 0.0 | $36.05 |
| 07/05/16 | Computerized Legal Research - Other ORIGINAL INVOICE ENTERED IN CHROME RIVER (4380079-Q22016). ATTACHED SUMMARY OF CLIENT CHARGES PROVIDED FOR COST RECOVERY ONLY. | $0.60 |
| 07/05/16 | Document Retrieval  IN VARIOUS | $371.90 |

| Date | Description | Amount |
|---|---|---|
| | COURTS VENDOR: PACER SERVICE CENTER; INVOICE#: 2503192-Q22016; DATE: 7/5/2016 - USAGE FROM: 4/1-6/30/16 | |
| 07/05/16 | Meals (100%)  VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 2434646A DATE: 7/10/2016 Matthew Fagen - Fig & Olive III - 07/05/2016 | $30.00 |
| 07/06/16 | Court Cost  VENDOR: COURTCALL LLC INVOICE#: 7694163 DATE: 7/6/2016 6/28/16 U.S. Bankruptcy Court-Delaware | $65.00 |
| 07/07/16 | Meals (100%)  7/5/16 - ANTHONY LORING VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800433; DATE: 7/7/2016  allocation call - 8 people | $86.66 |
| 07/07/16 | Meals (100%)  7/7/16 - ANITA GOMEZ VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800433; DATE: 7/7/2016 Committee call - 8 people | $140.99 |
| 07/11/16 | Meals - Business  VENDOR: DANIEL Z. VIRA INVOICE#: 1329757407152100 DATE: 7/15/2016 Dinner, 07/11/16, Worked late re Nortel and ordered Dinner from Abitino's, Abitino's, Dan Vira | $20.69 |
| 07/12/16 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: VIRA  DANIEL; Charge Type: LA DOCUMENT ACCESS; Quantity: 4.0 | $82.80 |
| 07/13/16 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: VIRA  DANIEL; Charge Type: LA DOCUMENT ACCESS; Quantity: 1.0 | $20.70 |
| 07/14/16 | Meals (100%)  7/14/16 - ANITA GOMEZ VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800434; DATE: 7/14/2016 Committee call - 8 people | $173.11 |
| 07/18/16 | Duplication - In House  Photocopy - Fagen, Matthew, NY, 98 page(s) | $9.80 |
| 07/18/16 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: VIRA  DANIEL; Charge Type: LA DOCUMENT ACCESS; Quantity: 6.0 | $124.20 |
| 07/19/16 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: VIRA  DANIEL; Charge Type: LA DOCUMENT ACCESS; Quantity: 2.0 | $41.40 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE                                                      Page 3
Bill Number: 1673912                                                                          08/29/16

| Date | Description | Amount |
|---|---|---|
| 07/20/16 | Duplication - In House  Photocopy - Loring, Anthony, NY, 354 page(s) | $35.40 |
| 07/21/16 | Meals (100%)  7/21/16 - ANITA GOMEZ  VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800435; DATE: 7/21/2016  Committee call - 8 people | $227.55 |
| 07/28/16 | Duplication - In House  Photocopy - User # 990100, NY, 1896 page(s) | $189.60 |
| 07/28/16 | Duplication - In House  Photocopy - User # 990100, NY, 1056 page(s) | $105.60 |

Current Expenses                                                                           $1,897.43

**Total Amount of This Invoice**                                                       **$299,122.93**

**Prior Balance Due**                                                                    $516,572.13

**Total Balance Due Upon Receipt**                                                       $815,695.06