# EXHIBIT E

**SUMMARY OF ATTORNEYS AND LEGAL ASSISTANTS**

**RENDERING SERVICES DURING THE PERIOD**

**JULY 1, 2016 THROUGH JULY 31, 2016**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | 2016 Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| Lisa G. Beckerman | Partner for 17 years; Admitted in 1991; Financial Restructuring Department | $1,220 | 1.00 | $1,220.00 |
| David H. Botter | Partner for 14 years; Admitted in 1990; Financial Restructuring Department | $1,220 | 26.30 | $32,086.00 |
| Fred S. Hodara | Partner for 27 years; Admitted in 1982; Financial Restructuring Department | $1,325 | 53.90 | $71,417.50 |
| Robert A. Johnson | Partner for 19 years; Admitted in 1988; Litigation Department | $1,050 | 58.50 | $61,425.00 |
| Brad M. Kahn | Partner as of January 1, 2016; Admitted in 2008; Financial Restructuring Department | $900 | 21.60 | $19,440.00 |
| Abid Qureshi | Partner for 8 years; Admitted in 1995; Financial Restructuring Department | $1,175 | 8.00 | $9,400.00 |
| Pratik Shah | Partner for 3 years; Admitted in 2002; Litigation Department | $950 | 3.50 | $3,325.00 |
| Bruce E. Simonetti | Partner for 11 years; Admitted in 1995; Tax Department | $1,000 | 5.60 | $5,600.00 |
| Kevin M. Rowe | Senior Counsel for 15 years; Admitted in 1985; Tax Department | $860 | 29.90 | $25,714.00 |
| Julius Chen | Counsel for 2 years; Admitted in 2010; Litigation Department | $700 | 14.10 | $9,870.00 |

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | 2016 Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| Daniel Z. Vira | Senior Attorney for 5 years; Admitted in 1992; Tax Department | $550 | 35.80 | $19,690.00 |
| Sharon Davidov | Associate for 1 year; Admitted in 2013; Tax Department | $655 | 6.60 | $4,323.00 |
| Matthew C. Fagen | Associate for 4 years; Admitted in 2014; Financial Restructuring Department | $690 | 19.80 | $13,662.00 |
| Anthony Loring | Associate for 1 year; Admitted in 2016; Financial Restructuring Department | $455 | 33.30 | $15,151.50 |
| Carly I. Weinreb | Associate for 3 years; Admitted in 2014; Litigation Department | $580 | 2.10 | $1,218.00 |
| Francisco B. Alvarez | Legal Assistant for 1 year; Financial Restructuring Department | $225 | 3.90 | $877.50 |
| Sarah A. D'Addese | Legal Assistant for 3 years; Financial Restructuring Department | $225 | 2.90 | $652.50 |
| Adria M. Hicks | Legal Assistant for 16 years; Litigation Department | $295 | 7.30 | $2,153.50 |

Total Amount of Fees:     **$297,225.50**

Total Number of Hours:    334.10

Blended Hourly Rate:      **$889.63**