# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 )  ) Case No. 09-10138 (KG) |
| Nortel Networks Inc. et al.,[1] | ) ) (Jointly Administered) |
| Debtors. | ) ) **Hearing Date: TBD** |

## NOTICE OF THIRTIETH INTERIM FEE APPLICATION REQUEST

Name of Applicant:                                     Akin Gump Strauss Hauer & Feld LLP

Authorized to Provide
Professional Services to:                            Official Committee of Unsecured Creditors

Date of Retention:                                       March 5, 2009, *Nunc Pro Tunc* to January 22, 2009

Period for which compensation
and reimbursement is sought:                   May 1, 2016 through July 31, 2016[2]

Amount of Compensation sought as
actual, reasonable and necessary:             $1,101,349.00

Amount of Expense Reimbursement sought
as actual, reasonable and necessary:        $16,945.44

This is (a)n:  _X_ interim      ____ final application

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567); and Nortel Networks (CALA) Inc. (4226).

[2] Akin Gump Strauss Hauer & Feld LLP's May, June, and July 2016 monthly fee applications are incorporated herein by reference.

Summary of Fee Applications for Compensation Period:

| Date Filed Docket No. | Period Covered | Requested Fees | Requested Expenses | Approved Fees (80%) | Approved Expenses (100%) | Holdback Fees Requested Fees (20%) |
|---|---|---|---|---|---|---|
| Date Filed: 07/19/16 Docket No. 17006 | 5/1/16 – 5/31/16 | $371,631.50 | $5,294.18 | $297,305.20 | $5,294.18 | $74,326.30 |
| Date Filed: 08/18/16 Docket No. 17121 | 6/1/16 – 6/30/16 | $432,492.00 | $9,753.83 | Pending Obj. deadline $345,993.60 | Pending Obj. deadline $9,753.83 | $86,498.40 |
| Date Filed: 08/31/16 Docket No. TBD | 7/1/16 – 7/31/16 | $297,225.50 | $1,897.43 | Pending Obj. deadline $237,780.40 | Pending Obj. deadline $1,897.43 | $59,445.10 |
| **TOTALS:** |  | **$1,101,349.00** | **$16,945.44** | **$881,079.20**[3] | **$16,945.44**[4] | **$220,269.80** |

Summary of any Objections to Fee Applications:  None.

Dated: August 31, 2016
New York, New York

    */s/ Fred S. Hodara*
Fred S. Hodara (*pro hac vice*)
David H. Botter (*pro hac vice*)
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, NY 10036
Telephone:  (212) 872-1000

Co-Counsel to the Official Committee of Unsecured Creditors of Nortel Networks Inc., *et al*.

---

[3] The total amount reflected in this column includes amounts pending approval.

[4] The total amount reflected in this column includes amounts pending approval.