# Exhibit A

**COMPENSATION BY PROJECT CATEGORY**

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

May 1, 2016 through July 31, 2016

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Fee/Employment Application - US | 2.50 | $1,243.00 |
| Wanland | 2.60 | $1,826.00 |
| Litigation | 8.90 | $8,452.00 |
| **TOTAL** | **14.00** | **$11,521.00** |

| Index | Date | ID | Name | Title | Hours | Amount | Narrative |
|---|---|---|---|---|---|---|---|
| 14521440 | 5/12/2016 | 3245 | Burton, Emma K. | Counsel | 0.20 | 137.00 | Review and respond to correspondence from Mr. Cantwell re subpoena for third-party's customer list (0.1); confer with Ms. Almy re matter status and next steps (0.1). |
| 14521471 | 5/13/2016 | 3245 | Burton, Emma K. | Counsel | 0.20 | 137.00 | Confer with Mr. Cantwell re subpoena for third-party's customer list and attention to service issues for same. |
| 14553350 | 5/16/2016 | 3245 | Burton, Emma K. | Counsel | 0.50 | 342.50 | Confer with Mr. Fay re service issues for Trustee subpoena for third-party's customer list (0.1); research pro hac admission for same (0.3); exchange correspondence with Mr. Cantwell re same (0.1). |
| 14553399 | 5/17/2016 | 3245 | Burton, Emma K. | Counsel | 0.40 | 274.00 | Exchange correspondence with Mr. Fay re New Jersey Bankruptcy Court rules for issuance of subpoena in connection with Trustee subpoena for third-party's customer list (0.3); exchange correspondence with Mr. Cantwell re same (0.1) |
| 14596134 | 6/1/2016 | 1830 | Almy, Monique D. | Partner | 0.20 | 146.00 | Review service requirements. |
| 14615050 | 6/6/2016 | 3245 | Burton, Emma K. | Counsel | 0.20 | 137.00 | Review and respond to correspondence from Mr. Cantwell re trustee subpoena (0.1); draft correspondence to Ms. Rasche re service of same (0.1). |
| 14656012 | 6/22/2016 | 1830 | Almy, Monique D. | Partner | 0.20 | 146.00 | Review email on service of subpoena. |
| 14656015 | 6/22/2016 | 1830 | Almy, Monique D. | Partner | 0.20 | 146.00 | Review Motion for Relief from Stay. |
| 14657831 | 6/20/2016 | 3245 | Burton, Emma K. | Counsel | 0.10 | 68.50 | Review and respond to correspondence from Ms. Rasche re Trustee subpoena and next steps. |
| 14680535 | 6/29/2016 | 1830 | Almy, Monique D. | Partner | 0.20 | 146.00 | Review email on service of subpoena. |
| 14680536 | 6/29/2016 | 1830 | Almy, Monique D. | Partner | 0.20 | 146.00 | Review Motion for Relief from Stay. |
| | | | | | **2.60** | **$1,826.00** | **Professional Services Total** |

Client: 105185 / Nortel Networks, Inc.  Proforma 1008156
Matter: 105185.0000202  8/31/2016

| Index | Date | ID | Name | Title | Hours | Amount | Narrative |
|---|---|---|---|---|---|---|---|
| 14489599 | 5/4/2016 | 1474 | Supko, Mark M. | Partner | 0.50 | 440.00 | Review correspondence from third-party re request for document production during stay (0.1); consult with Mr. Jackson re same, including review of draft response and underlying documents re stay (0.3); correspondence with Mr. Ross re status of wind-down (0.1). |
| 14491153 | 5/6/2016 | 1474 | Supko, Mark M. | Partner | 0.70 | 616.00 | Review pleadings from prior litigation re stay in connection with third-party's request for Nortel to respond to discovery during stay (0.3); correspondence with Ms. McCown re status of bankruptcy proceedings (0.1); participate in telephone conference with Ms. McCown and Messrs. Cantwell and Jackson re third-party's discovery requests and wind-down plans (0.3). |
| 14507992 | 5/4/2016 | 6634 | Jackson, Sean | Counsel | 0.40 | 264.00 | Draft email correspondence to Mr. Abramic, counsel for third-party, re third-party's request to move forward with document production pursuant to subpoena served on Nortel. |
| 14508029 | 5/6/2016 | 6634 | Jackson, Sean | Counsel | 0.40 | 264.00 | Conference call with Ms. McCown and Messrs. Supko and Cantwell re status of Nortel bankruptcy proceedings and responding to third-party's request for discovery pursuant to subpoena served on Nortel. |
| 14509578 | 5/10/2016 | 1474 | Supko, Mark M. | Partner | 0.10 | 88.00 | Correspondence with Mr. Cantwell re draft response to third-party's request for "guarantee" re Nortel wind-down. |
| 14511894 | 5/11/2016 | 1474 | Supko, Mark M. | Partner | 0.20 | 176.00 | Review draft response to third-party re Nortel wind-down and correspond with Mr. Jackson re same. |
| | | | | | 2.30 | $1,848.00 | **Professional Services Total** |

Client: 105185 / Nortel Networks, Inc.  
Matter: 105185.0000206

Proforma 1008169, 1013575 and 1019073  
8/31/2016

| Index | Date | ID | Name | Title | Hours | Amount | Narrative |
|---|---|---|---|---|---|---|---|
| 14436499 | 4/12/2016 | 302 | Regan, James J. | Partner | 1.00 | 1,020.00 | Review fee examiner's report (0.5); review information re possible appeal by US subsidiary (0.3); exchange emails with Mr. Plevin re same (0.2). |
| 14463644 | 4/27/2016 | 1474 | Supko, Mark M. | Partner | 0.20 | 176.00 | Consult with Mr. Jackson re new complaint filed by Spherix asserting former Nortel patent. |
| 14486448 | 4/27/2016 | 302 | Regan, James J. | Partner | 0.60 | 612.00 | Review lawsuit information re Spherix (0.4); exchange emails with Mr. Supko re same (0.2). |
| 14511584 | 5/4/2016 | 302 | Regan, James J. | Partner | 0.80 | 816.00 | Review Canadian appellate decision denying appeal by Nortel US (0.3); exchange emails with Mr. Plevin re same (0.2); review correspondence from Mr. Supko (0.1); review third-party subpoena (0.2). |
| 14551699 | 5/18/2016 | 302 | Regan, James J. | Partner | 1.30 | 1,326.00 | Exchange several emails with Messrs. Plevin and Supko re Delaware district court action to certify appeal to third circuit (1.0); review court order (0.3). |
| 14554846 | 5/18/2016 | 1052 | Plevin, Mark D. | Partner | 0.50 | 410.00 | Review Law360 article and appended ruling by Judge Stark certifying the appeals of Judge Gross' Allocation Decision for direct Third Circuit review (0.4); draft and send e-mail to Mr. Regan and Mr. Supko re same (0.1). |
| 14617862 | 6/7/2016 | 302 | Regan, James J. | Partner | 0.30 | 306.00 | Exchange emails with Mr. Supko re third-party request for discovery. |
| 14752174 | 7/18/2016 | 302 | Regan, James J. | Partner | 0.40 | 408.00 | Review correspondence from client, Mr. Ross re discovery issues (0.2); confer with Mr. Supko re same (0.2). |
| 14752296 | 7/21/2016 | 302 | Regan, James J. | Partner | 1.00 | 1,020.00 | Review and edit note to client re discovery issues (0.6); exchange emails with Mr. Plevin (0.3); review fee examiner report (0.1). |
| 14786344 | 7/22/2016 | 302 | Regan, James J. | Partner | 0.50 | 510.00 | Review emails with Messrs. Ross and Plevin re discovery issues. |
| | | | | | **6.60** | **$6,604.00** | **Professional Services Total** |

Client: 105185 / Nortel Networks, Inc.  Proforma 1009937
Matter: 105185.0000189  8/31/2016

| Index | Date | ID | Name | Title | Hours | Amount | Narrative |
|---|---|---|---|---|---|---|---|
| 14574561 | 5/27/2016 | 1830 | Almy, Monique D | Partner | 1.30 | 949.00 | Review and finalize 69th interim for November, December, and January (0.8); review Fee Examiner Spreadsheet for February, March, and April (0.2); review 28th Quarterly (0.2); review Exhibit A Order (0.1). |
| 14571628 | 5/27/2016 | 2444 | Perales, Olegario | Specialist | 0.50 | 122.50 | Prepare sixty-ninth interim fee application for February 1, 2016 through April 30, 2016. |
| 14571629 | 5/27/2016 | 2444 | Perales, Olegario | Specialist | 0.40 | 98.00 | Draft sixty-ninth interim spreadsheet file for Ms. Scarborough (Fee Examiner). |
| 14571630 | 5/27/2016 | 2444 | Perales, Olegario | Specialist | 0.20 | 49.00 | Prepare twenty-eighth quarterly application. |
| 14571632 | 5/27/2016 | 2444 | Perales, Olegario | Specialist | 0.10 | 24.50 | Prepare order approving fees for February 2016 through April 2016 fee statements. |
|  |  |  |  |  | **2.50** | **$1,243.00** | **Professional Services Total** |