# Exhibit B

**EXPENSE SUMMARY**

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

May 1, 2016 through July 31, 2016

| Expense Category | Service Provider if Applicable | Total Expenses |
|---|---|---:|
| Electronic Discovery | Advanced Discovery, LLC | $696.36 |
| **TOTAL** | | **$696.36** |

Client: 105185 / Nortel Networks, Inc.        Proforma Expenses
       8/31/2016

| Index | Date | ID | Name | Title | Code | Category | Amount | Narrative | Proforma | Matter |
|---|---|---|---|---|---|---|---|---|---|---|
| 7361074 | 5/26/2016 | 6634 | Jackson, Sean | Counsel | 158 | Electronic Discovery | 232.12 | Electronic Discovery CAM/Matter - Vendor: Advanced Discovery, LLC - Monthly hosing and user license fees. Inv# B170346 Date: 01/31/2016 | 1013573 | 105185.0000205 |
| 7373854 | 6/22/2016 | 6634 | Jackson, Sean | Counsel | 158 | Electronic Discovery | 232.12 | Electronic Discovery CAM/Matter - Vendor: Advanced Discovery, LLC - Monthly hosting and user license fees. Inv# B179338 Date: 04/30/2016 | 1013573 | 105185.0000205 |
| 7373855 | 6/22/2016 | 6634 | Jackson, Sean | Counsel | 158 | Electronic Discovery | 232.12 | Electronic Discovery CAM/Matter - Vendor: Advanced Discovery, LLC - Monthly hosting and user license fees for May. Inv# B181780 Date: 05/31/2016 | 1013573 | 105185.0000205 |

                 Total Disbursements    **$696.36**