# EXHIBIT A

## NORTEL NETWORKS INC., *et al*.
## CASE NO. 09-10138 (KG)

Professional Fees and Expenses
Monthly Fee Application

| Applicant & Docket No. | Time Period Covered | Fees & Expenses Requested in Application | Fees & Expenses Allowed/Awarded | Date Application Filed | Objection Deadline |
|---|---|---|---|---|---|
| Whiteford, Taylor & Preston LLC<br><br>[Docket No. 17091] | 7/1/16 - 7/31/16 | $20,738.00 (Fees)<br><br>$103.54 (Expenses) | $16,590.40 (Fees @ 80%)<br><br>$103.54 (Expenses @ 100%) | 8/16/2016 | 9/6/2016 |

2211552v1