# EXHIBIT A

## NORTEL NETWORKS INC., *et al*.
## CASE NO. 09-10138 (KG)

Professional Fees and Expenses
Monthly Fee Application

| Applicant & Docket No. | Time Period Covered | Fees & Expenses Requested in Application | Fees & Expenses Allowed/Awarded | Date Application Filed | Objection Deadline |
|---|---|---|---|---|---|
| Akin Gump Strauss Hauer & Feld LLP<br><br>[Docket No. 17121] | 6/1/16 - 6/30/16 | $432,492.00 (Fees)<br><br>$9,753.83 (Expenses) | $345,993.60 (Fees @ 80%)<br><br>$9,753.83 (Expenses @ 100%) | 8/18/16 | 9/8/16 |

2212848v1