# EXHIBIT A

## NORTEL NETWORKS INC., *et al*.
## CASE NO. 09-10138 (KG)

Professional Fees and Expenses
Monthly Fee Application

| Applicant & Docket No. | Time Period Covered | Fees & Expenses Requested in Application | Fees & Expenses Allowed/Awarded | Date Application Filed | Objection Deadline |
|---|---|---|---|---|---|
| Cassels Brock & Blackwell LLP [Docket No. 17123] | 5/1/16 - 5/31/16 | CDN$108,848.50 (Fees) CDN$235.74 (Expenses) | CDN$87,078.80 (Fees @ 80%) CDN$235.74 (Expenses @ 100%) | 8/19/16 | 9/9/16 |

2213134v1