**EXHIBIT A**

**NORTEL NETWORKS INC., _et al_.**
**CASE NO. 09-10138 (KG)**

Professional Fees and Expenses
Monthly Fee Application

| Applicant & Docket No. | Time Period Covered | Fees & Expenses Requested in Application | Fees & Expenses Allowed/Awarded | Date Application Filed | Objection Deadline |
|---|---|---|---|---|---|
| Cassels Brock & Blackwell LLP [Docket No. 17127] | 6/1/16 - 6/30/16 | CDN$160,899.00 (Fees) CDN$1,639.52 (Expenses) | CDN$128,719.20 (Fees @ 80%) CDN$1,639.52 (Expenses @ 100%) | 8/19/16 | 9/9/16 |