# Exhibit B

**NORTEL EXHIBIT B - EXPENSE DETAILS PERIOD AUGUST 1, 2016 THROUGH AUGUST 31, 2016**

| Date | Professional | Cost Type | Description | Amount |
|---|---|---|---|---|
| | | | | |