# Exhibit B

**EXPENSE SUMMARY**

Nortel Networks, Inc., *et al.*
(Case No. 09-10138 (KG))

August 1, 2016 through August 31, 2016

| **Expense Category** | **Service Provider (if applicable)** | **Total Expenses** |
|---|---|---|
| Court Costs | | $207.00 |
| Transcripts | | 232.80 |
| Witness Expenses | | 592.00 |
| Photos/Art/Spec Duplicating | Out of Office | 127.66 |
| Meals | | 113.00 |
| Messenger Services | | 145.00 |
| Courier/Delivery Service | | 189.84 |
| Computer Research | Westlaw | 296.78 |
| Postage | | 85.42 |
| Pacer | | 222.60 |
| **Total Expenses** | | **$2,212.10** |

**COST ENTRIES**

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1430698 | 08/23/16 | B | 207.00 | Court Costs - CITIZENS BANK - USBC-DE - APPEA FEE - ORDERED BY THIRD CIRCUIT - 8/23/16 | 503 | 000 | 219849 |
| 1429675 | 08/26/16 | B | 232.80 | Transcripts - DIAZ DATA SERVICES - EXPEDITED TRANSCRIPT - 8/26/16 | 506 | 971 | 219742 |
| 1428230 | 08/23/16 | B | 148.00 | Witness Expenses - JOHN MEAD WITNESS APPEARANCE/ MILEAGE FEES - 8/23/16 | 508 | 000 | 219522 |
| 1428231 | 08/23/16 | B | 148.00 | Witness Expenses - JOHN SELIGSON WITNESS APPEARANCE/ MILEAGE FEES - 8/23/16 | 508 | 000 | 219523 |
| 1428232 | 08/23/16 | B | 148.00 | Witness Expenses - DANIEL REGAN WITNESS APPEARANCE/ MILEAGE FEES - 8/23/16 | 508 | 000 | 219524 |
| 1428233 | 08/23/16 | B | 148.00 | Witness Expenses - EILEEN BRENNAN WITNESS APPEARANCE/ MILEAGE FEES - 8/23/16 | 508 | 000 | 219525 |
| 1427452 | 07/26/16 | B | 81.41 | Photos/Art/Spec Duplicating-Out of Office - D DISCOVERY - BANKRUPTCY SERVICE - 7/26/16 | 510 | 684 | 219399 |
| 1431017 | 08/30/16 | B | 46.25 | Photos/Art/Spec Duplicating-Out of Office - D DISCOVERY - BANKRUPTCY SERVICE - 8/30/16 | 510 | 594 | 219947 |
| 1427558 | 08/16/16 | B | 113.00 | Meals - DEREK C. ABBOTT - REIMBURSEMENT OF EXPENSES FOR LUNCH AFTER HEARING - W/ BROMLEY HAILEY, LIVINGSTON, CANTWELL - 8/16/16 | 512 , | 322 | 219440 |
| 1426466 | 08/05/16 | B | 5.00 | Messenger Service - to Trustee | 513S | 684 | |
| 1427909 | 08/08/16 | B | 5.00 | Messenger Service - to Trustee | 513S | 684 | |
| 1427917 | 08/08/16 | B | 5.00 | Messenger Service - to Whiteford Taylor | 513S | 684 | |
| 1427945 | 08/09/16 | B | 5.00 | Messenger Service - to USBC | 513S | 684 | |
| 1427946 | 08/09/16 | B | 5.00 | Messenger Service - to USBC | 513S | 684 | |
| 1427949 | 08/09/16 | B | 5.00 | Messenger Service - to USBC | 513S | 684 | |
| 1427951 | 08/09/16 | B | 5.00 | Messenger Service - to Trustee | 513S | 684 | |
| 1427971 | 08/11/16 | B | 5.00 | Messenger Service - to Trustee | 513S | 684 | |
| 1427979 | 08/11/16 | B | 5.00 | Messenger Service - to Whiteford Taylor | 513S | 684 | |
| 1427980 | 08/11/16 | B | 5.00 | Messenger Service - to Trustee | 513S | 684 | |
| 1427987 | 08/12/16 | B | 5.00 | Messenger Service - to UST | 513S | 684 | |
| 1427996 | 08/12/16 | B | 5.00 | Messenger Service - to USBC | 513S | 684 | |
| 1428028 | 08/16/16 | B | 5.00 | Messenger Service - to Trustee | 513S | 684 | |
| 1428034 | 08/16/16 | B | 5.00 | Messenger Service - to Whitford Taylor | 513S | 684 | |

Nortel Networks, Inc.  
63989-DIP  
DATE: 09/14/16 11:10:40

PRO FORMA   406939        AS OF 08/31/16                                    INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1428064 | 08/17/16 | B | 5.00 | Messenger Service - to USBC | 513S | 684 | |
| 1428066 | 08/17/16 | B | 5.00 | Messenger Service - to USBC | 513S | 684 | |
| 1428089 | 08/19/16 | B | 5.00 | Messenger Service - to Trustee | 513S | 684 | |
| 1429893 | 08/22/16 | B | 5.00 | Messenger Service - to Trustee | 513S | 684 | |
| 1429894 | 08/22/16 | B | 5.00 | Messenger Service - to Whiteford Taylor | 513S | 684 | |
| 1429908 | 08/23/16 | B | 5.00 | Messenger Service - to Trustee | 513S | 684 | |
| 1429921 | 08/23/16 | B | 5.00 | Messenger Service - to Sullivan | 513S | 684 | |
| 1429923 | 08/24/16 | B | 5.00 | Messenger Service - to Trustee | 513S | 684 | |
| 1429925 | 08/24/16 | B | 5.00 | Messenger Service - to Trustee | 513S | 546 | |
| 1429929 | 08/25/16 | B | 5.00 | Messenger Service - to Trustee | 513S | 684 | |
| 1429944 | 08/25/16 | B | 5.00 | Messenger Service - to Trustee | 513S | 684 | |
| 1429960 | 08/26/16 | B | 5.00 | Messenger Service - to Trustee | 513S | 684 | |
| 1429978 | 08/29/16 | B | 5.00 | Messenger Service - to USBC | 513S | 971 | |
| 1429979 | 08/29/16 | B | 5.00 | Messenger Service - to Trustee | 513S | 971 | |
| 1429986 | 08/29/16 | B | 5.00 | Messenger Service - to Trustee | 513S | 684 | |
| 1427474 | 08/05/16 | B | 6.90 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 219427 |
| 1427544 | 08/11/16 | B | 71.24 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 219428 |
| 1427060 | 08/11/16 | B | 24.04 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 219323 |
| 1429691 | 08/12/16 | B | 31.85 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 219752 |
| 1429680 | 08/19/16 | B | 24.95 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 219751 |
| 1428416 | 08/23/16 | B | 15.43 | Courier/Delivery Service | 514 | 322 | 219573 |
| 1428417 | 08/23/16 | B | 15.43 | Courier/Delivery Service | 514 | 322 | 219573 |
| 1427776 | 08/19/16 | B | 296.78 | Computer Research - Westlaw Search Performed by: MINOTT,TAMARA | 515 | 000 | |
| 1426302 | 08/05/16 | B | 4.08 | Postage | 520 | 684 | |
| 1427851 | 08/08/16 | B | 4.71 | Postage | 520 | 684 | |
| 1427856 | 08/09/16 | B | 5.34 | Postage | 520 | 684 | |
| 1427869 | 08/11/16 | B | 1.99 | Postage | 520 | 684 | |
| 1427873 | 08/11/16 | B | 7.23 | Postage | 520 | 684 | |
| 1427875 | 08/12/16 | B | 8.16 | Postage | 520 | 971 | |
| 1427884 | 08/16/16 | B | 3.45 | Postage | 520 | 684 | |
| 1427895 | 08/18/16 | B | 1.36 | Postage | 520 | 684 | |

Nortel Networks, Inc.  
63989-DIP  
DATE: 09/14/16 11:10:40

PRO FORMA 406939    AS OF 08/31/16    INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1427906 | 08/19/16 | B | 4.08 | Postage | 520 | 684 | |
| 1429841 | 08/22/16 | B | 7.23 | Postage | 520 | 684 | |
| 1429843 | 08/23/16 | B | 3.45 | Postage | 520 | 684 | |
| 1429847 | 08/24/16 | B | 6.38 | Postage | 520 | 684 | |
| 1429851 | 08/24/16 | B | 7.86 | Postage | 520 | 546 | |
| 1429853 | 08/25/16 | B | 3.45 | Postage | 520 | 684 | |
| 1429856 | 08/25/16 | B | 7.86 | Postage | 520 | 684 | |
| 1429861 | 08/26/16 | B | 3.45 | Postage | 520 | 684 | |
| 1429864 | 08/29/16 | B | 5.34 | Postage | 520 | 594 | |
| 1426936 | 07/31/16 | B | 67.60 | Pacer charges for the month of July | 529 | 000 | |
| 1430848 | 08/31/16 | B | 155.00 | Pacer charges for the month of August | 529 | 000 | |

        2,212.10