**EXHIBIT A**

**NORTEL NETWORKS INC., _et al_.**
**CASE NO. 09-10138 (KG)**

Professional Fees and Expenses
Monthly Fee Application

| Applicant & Docket No. | Time Period Covered | Fees & Expenses Requested in Application | Fees & Expenses Allowed/Awarded | Date Application Filed | Objection Deadline |
|---|---|---|---|---|---|
| Berkeley Research Group, LLC<br><br>[Docket No. 17153] | 7/1/16 - 7/31/16 | $139,726.00 (Fees)<br><br>$1,318.98 (Expenses) | $111,780.80 (Fees @ 80%)<br><br>$1,318.98 (Expenses @ 100%) | 8/30/16 | 9/19/16 |