# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| *In re* | Chapter 11 |
| Nortel Networks Inc., *et al.*, | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

## OMNIBUS HEARING ORDER

**IT IS HEREBY ORDERED,** that the following omnibus hearing dates have been scheduled in the above-referenced cases:

| DATE | TIME |
|---|---|
| January 10, 2017 | 10:00 a.m. (Eastern Time) |
| January 24, 2017 | 10:00 a.m. (Eastern Time) |
| February 7, 2017 | 10:00 a.m. (Eastern Time) |
| February 21, 2017 | 10:00 a.m. (Eastern Time) |
| March 7, 2017 | 10:00 a.m. (Eastern Time) |
| March 21, 2017 | 10:00 a.m. (Eastern Time) |
| April 11, 2017 | 10:00 a.m. (Eastern Time) |
| April 25, 2017 | 10:00 a.m. (Eastern Time) |
| May 9, 2017 | 10:00 a.m. (Eastern Time) |
| May 31, 2017 | 10:00 a.m. (Eastern Time) |
| June 13, 2017 | 10:00 a.m. (Eastern Time) |
| June 27, 2017 | 10:00 a.m. (Eastern Time) |