# EXHIBIT A

## NORTEL NETWORKS INC., *et al*.
## CASE NO. 09-10138 (KG)

Professional Fees and Expenses
Monthly Fee Application

| Applicant & Docket No. | Time Period Covered | Fees & Expenses Requested in Application | Fees & Expenses Allowed/Awarded | Date Application Filed | Objection Deadline |
|---|---|---|---|---|---|
| Berkeley Research Group, LLC [Docket No. 17013] | 5/1/16 - 5/31/16 | $130,338.00 (Fees) $0.00 (Expenses) | $104,270.40 (Fees @ 80%) $0.00 (Expenses @ 100%) | 7/22/16 | 8/15/16 |

2214256v1