# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NORTEL NETWORKS INC. *et. al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>Jointly Administered |

### NOTICE OF CHANGE OF ADDRESS FOR CREDITOR SUN MICROSYSTEMS, INC.

**PLEASE TAKE NOTICE** that as of August 15, 2016, the mailing address for SUN MICROSYSTEMS, INC., a creditor and party-in-interest (the "Creditor") in the above captioned Chapter 11 cases, has changed to:

> Lawrence M. Schwab, Esq.
> Thomas M. Gaa, Esq.
> **Bialson, Bergen & Schwab**
> **633 Menlo Avenue, Suite 100**
> **Menlo Park, CA 94025**
>
> Former Address
> Lawrence M. Schwab, Esq.
> Thomas M. Gaa, Esq.
> Bialson, Bergen & Schwab
> 2600 El Camino Real, Suite 300
> Palo Alto, CA 94036

**PLEASE TAKE FURTHER NOTICE** that all of the e-mail addresses, telephone numbers and facsimile numbers affiliated with the counsel for the Creditor will remain the same.

**PLEASE TAKE FURTHER NOTICE** that all future pleadings, correspondence and other documents that require receipt or service by the Creditor are to be directed to the new address.

Dated: September 21, 2016          Respectfully submitted,

/s/ Thomas M. Gaa
Thomas M. Gaa, Esq.
BIALSON, BERGEN & SCHWAB
633 Menlo Avenue, Suite 100
Menlo Park, CA 94025
Telephone: (650) 857-9500
Facsimile: (650) 494-2738
Email: tom@bbslaw.com

Attorneys for Sun Microsystems, Inc.