**EXHIBIT A**

**Debtors' Thirtieth Ordinary Course Professional Quarterly Statement for April 1, 2016 – June 30, 2016**

| Ordinary Course Professional | Description of Services | April Fees | April Disbursements & Expenses | May Fees | May Disbursements & Expenses | June Fees | June Disbursements & Expenses | Other Fees | Other Disbursements & Expenses | Total Quarterly Fees (excluding disbursements & expenses) |
|---|---|---|---|---|---|---|---|---|---|---|
| William D. Preston, P.A. | Legal services regarding Florida environmental regulatory issues | $6,040.00 | $0.00 | $1,600.00 | $268.12 | $4,760.00 | $0.00 | $0.00 | $0.00 | **$12,400.00** |