# EXHIBIT A

**NORTEL NETWORKS INC., *et al*.**
**CASE NO. 09-10138 (KG)**

Professional Fees and Expenses
Monthly Fee Application

| Applicant & Docket No. | Time Period Covered | Fees & Expenses Requested in Application | Fees & Expenses Allowed/Awarded | Date Application Filed | Objection Deadline |
|---|---|---|---|---|---|
| Ashurst LLP [Docket No. 17148] | 7/1/16 - 7/31/16 | £8,244.00 (Fees) £3.48 (Expenses) | £6,595.20 (Fees @ 80%) £3.48 (Expenses @ 100%) | 8/30/16 | 9/20/16 |