# EXHIBIT A

## NORTEL NETWORKS INC., *et al*.
## CASE NO. 09-10138 (KG)

Professional Fees and Expenses
Monthly Fee Application

| Applicant & Docket No. | Time Period Covered | Fees & Expenses Requested in Application | Fees & Expenses Allowed/Awarded | Date Application Filed | Objection Deadline |
|---|---|---|---|---|---|
| Akin Gump Strauss Hauer & Feld LLP [Docket No. 17157] | 7/1/16 - 7/31/16 | $297,225.50 (Fees) $1,897.43 (Expenses) | $237,780.40 (Fees @ 80%) $1,897.43 (Expenses @ 100%) | 8/31/16 | 9/21/16 |

2214448v1