# EXHIBIT A

**NORTEL NETWORKS INC., *et al*.**
**CASE NO. 09-10138 (KG)**

Professional Fees and Expenses
Monthly Fee Application

| Applicant & Docket No. | Time Period Covered | Fees & Expenses Requested in Application | Fees & Expenses Allowed/Awarded | Date Application Filed | Objection Deadline |
|---|---|---|---|---|---|
| Cassels Brock & Blackwell LLP  [Docket No. 17155] | 7/1/16 - 7/31/16 | CDN$311,659.00 (Fees)  CDN$978.75 (Expenses) | CDN$249,327.20 (Fees @ 80%)  CDN$978.75 (Expenses @ 100%) | 8/31/16 | 9/21/16 |

2214466v1