# **<u>EXHIBIT A</u>**

```
************************************************************************************************Page 1 of (18)
                                           WHITEFORD, TAYLOR & PRESTON        THRU 08/31/16
BILLING ATTORNEY: 01762  CHRISTOPHER M. SAMIS    DETAILED  BILLING REPORT     AS OF 9/16/2016 4:41:49 PM
                                           PROFORMA NUMBER: 565581            LAST DATE BILLED 09/16/16


CLIENT 091281         OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF    ADDRESS: OFFICIAL COMMITTEE OF UNSECURED
                      NORTEL NETWORKS, INC.                                    CREDITORS OF NORTEL NETWORKS, INC.
MATTER 00001          NORTEL                                                   C/O FRED S. HODARA, ESQ.
CASE ID                                                                        AKIN GUMP STRAUSS HAUER & FELD, LLP
                                                                               ONE BRYANT PARK
                                                                               BANK OF AMERICA TOWER
                                                                               NEW YORK, NY 10036-6745

INVOICE NUMBER _____ INVOICE DATE ____/____/____
```

| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 13065254 | 08/01/16 | | E-MAILS TO B. KAHN AND T. MINOTT RE: STIPULATION EXTENDING PPI APPEAL DEADLINES (.1 X 2). | S16 | | .20 | 01762 | CMS | 106.00 | 106.00 |
| 13065263 | 08/01/16 | | REVIEW TRADE CONSORTIUM MOTION FOR LEAVE TO APPEAL ALLOCATION DECISION TO CANADIAN SUPREME COURT. | S16 | | .80 | 01762 | CMS | 424.00 | 530.00 |
| 13065271 | 08/01/16 | | REVIEW ASHURST 89TH MONTHLY FEE APPLICATION (.2); EMAIL TO C. LANO RE: DRAFTING NOTICE AND COS FOR SAME (.1); REVIEW SAME (.1); EMAIL TO M. FAGEN RE: SAME (.1) | S20 | | .50 | 01761 | LKG | 250.00 | 780.00 |
| 13065272 | 08/01/16 | | REVIEW STIPULATION TO EXTEND BRIEFING DEADLINES IN PPI APPEAL (.1) | S16 | | .10 | 01761 | LKG | 50.00 | 830.00 |
| 13096685 | 08/01/16 | | FILE ASHURST JUNE 2016 FEE APPLICATION. | S20 | | .40 | 01831 | CL | 98.00 | 928.00 |
| 13096691 | 08/01/16 | | COORDINATE WITH DLS RE SERVICE OF ASHURST FEE APPLICATION. | S20 | | .10 | 01831 | CL | 24.50 | 952.50 |
| 13096700 | 08/01/16 | | REVISE WTP FEE APPLICATION. | S19 | | .70 | 01831 | CL | 171.50 | 1,124.00 |
| 13096704 | 08/01/16 | | CONFER WITH C. SAMIS, K. GOOD, S.GERALD RE STATUS OF CASE. | S1 | | .20 | 01831 | CL | 49.00 | 1,173.00 |
| 13096709 | 08/01/16 | | REVISE CRITICAL DATES CALENDAR. | S1 | | .30 | 01831 | CL | 73.50 | 1,246.50 |
| 13096713 | 08/01/16 | | PREPARE ASHURST EIGHTY-NINTH FEE APPLICATION. | S20 | | .30 | 01831 | CL | 73.50 | 1,320.00 |
| 13066816 | 08/02/16 | | REVIEW TRADE CONSORTIUM'S APPLICATION FOR LEAVE TO APPEAL CANADIAN ALLOCATION DECISION | S16 | | .80 | 01761 | LKG | 400.00 | 1,720.00 |
| 13096720 | 08/02/16 | | CONFER WITH C.SAMIS RE STATUS OF WTP FEE APPLICATION. | S19 | | .10 | 01831 | CL | 24.50 | 1,744.50 |
| 13096725 | 08/02/16 | | FINALIZE WTP EIGHTEENTH MONTHLY FEE APPLICATION. | S19 | | 1.30 | 01831 | CL | 318.50 | 2,063.00 |

```
*******************************************************************************************Page 2 of (18)
                                    WHITEFORD, TAYLOR & PRESTON    THRU 08/31/16
BILLING ATTORNEY: 01762  CHRISTOPHER M. SAMIS    DETAILED  BILLING REPORT    AS OF 9/16/2016 4:41:49 PM
                                    PROFORMA NUMBER: 565581    LAST DATE BILLED 09/16/16
```

| CLIENT 091281 | OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF |
|---|---|
|  | NORTEL NETWORKS, INC. |
| MATTER 00001 | NORTEL |
| CASE ID |  |

| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 13112093 | 08/02/16 | | PREPARE AND CIRCULATE DAILY DOCKET DISTRIBUTIONS | S1 | | .40 | 41315 | CM | 80.00 | 2,143.00 |
| 13067369 | 08/03/16 | | REVIEW DERRY RESPONSE TO 43RD OMNIBUS OBJECTION TO CLAIMS. | S9 | | .20 | 01762 | CMS | 106.00 | 2,249.00 |
| 13067371 | 08/03/16 | | REVIEW 63RD TORYS MONTHLY FEE APPLICATION. | S20 | | .20 | 01762 | CMS | 106.00 | 2,355.00 |
| 13067372 | 08/03/16 | | REVIEW 51ST E&Y MONTHLY FEE APPLICATION. | S20 | | .30 | 01762 | CMS | 159.00 | 2,514.00 |
| 13067373 | 08/03/16 | | REVIEW FIRST NOTICE OF FORMALLY ALLOWED CLAIMS. | S9 | | .20 | 01762 | CMS | 106.00 | 2,620.00 |
| 13067374 | 08/03/16 | | REVIEW 42ND OMNIBUS OBJECTION TO CLAIMS. | S9 | | .60 | 01762 | CMS | 318.00 | 2,938.00 |
| 13067375 | 08/03/16 | | REVIEW 43RD OMNIBUS OBJECTION TO CLAIMS. | S9 | | .60 | 01762 | CMS | 318.00 | 3,256.00 |
| 13067376 | 08/03/16 | | REVIEW 44TH OMNIBUS OBJECTION TO CLAIMS. | S9 | | .60 | 01762 | CMS | 318.00 | 3,574.00 |
| 13067377 | 08/03/16 | | REVIEW 89TH HURON MONTHLY FEE APPLICATION. | S20 | | .20 | 01762 | CMS | 106.00 | 3,680.00 |
| 13067378 | 08/03/16 | | REVIEW 58TH MONTHLY APPLICATION OF JOHN RAY. | S20 | | .20 | 01762 | CMS | 106.00 | 3,786.00 |
| 13069556 | 08/03/16 | | REVIEW SERVICE LISTS AND FILINGS RE: COUNSEL FOR HITACHI (.2); EMAIL TO M. FAGEN, M. WUNDER RE: SAME (.1) | S1 | | .30 | 01761 | LKG | 150.00 | 3,936.00 |
| 13069559 | 08/03/16 | | REVIEW L. DERRY RESPONSE TO 43RD CLAIM OBJECTION (.2); REVIEW D. MCGREGOR RESPONSE TO SAME (.2) | S9 | | .40 | 01761 | LKG | 200.00 | 4,136.00 |
| 13069567 | 08/03/16 | | REVIEW REVISED DRAFTS OF RESTRUCTURING SUPPORT AGREEMENT | S16 | | .60 | 01761 | LKG | 300.00 | 4,436.00 |
| 13096766 | 08/03/16 | | REVISE WTP EIGHTEENTH MONTHLY FEE APPLICATION. | S19 | | .30 | 01831 | CL | 73.50 | 4,509.50 |
| 13096770 | 08/03/16 | | PREPARE FEE CHART. | S19 | | .20 | 01831 | CL | 49.00 | 4,558.50 |
| 13112475 | 08/03/16 | | PREPARE AND CIRCULATE DAILY DOCKET DISTRIBUTIONS | S1 | | .20 | 41315 | CM | 40.00 | 4,598.50 |
| 13068238 | 08/04/16 | | REVIEW MONITOR MARK-UP AND MOST RECENT REVISED SETTLEMENT AND PLAN SUPPORT AGREEMENT. | S6 | | 2.10 | 01762 | CMS | 1,113.00 | 5,711.50 |

```
***********************************************************************************************Page 3 of (18)
                                        WHITEFORD, TAYLOR & PRESTON     THRU 08/31/16
BILLING ATTORNEY: 01762  CHRISTOPHER M. SAMIS   DETAILED  BILLING REPORT  AS OF 9/16/2016 4:41:49 PM
                                        PROFORMA NUMBER: 565581          LAST DATE BILLED 09/16/16
```

| CLIENT 091281 | OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF |
|---|---|
|  | NORTEL NETWORKS, INC. |
| MATTER 00001 | NORTEL |
| CASE ID |  |

| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 13068239 | 08/04/16 | | PREPARE FOR WEEKLY COMMITTEE CALL. | S3 | | .50 | 01762 | CMS | 265.00 | 5,976.50 |
| 13068240 | 08/04/16 | | PARTICIPATE IN WEEKLY COMMITTEE CALL. | S3 | | .50 | 01762 | CMS | 265.00 | 6,241.50 |
| 13068252 | 08/04/16 | | REVIEW CRITICAL DATES AND UPDATE CALENDAR REGARDING SAME. | S1 | | .20 | 01762 | CMS | 106.00 | 6,347.50 |
| 13068261 | 08/04/16 | | E-MAIL TO M. FAGEN RE: QUESTION ON APPEALABILITY AND EFFECTIVENESS OF ORDERS. | S1 | | .10 | 01762 | CMS | 53.00 | 6,400.50 |
| 13069571 | 08/04/16 | | REVIEW FURTHER COMMITTEE COMMENTS TO PLAN SUPPORT AGREEMENT. | S6 | | .40 | 01762 | CMS | 212.00 | 6,612.50 |
| 13098691 | 08/04/16 | | CONFER WITH C.MCCLAMB RE WTP EIGHTEENTH MONTHLY FEE APPLICATION. | S19 | | .10 | 01831 | CL | 24.50 | 6,637.00 |
| 13098715 | 08/04/16 | | FILE WTP EIGHTEENTH MONTHLY FEE APPLICATION. | S19 | | .40 | 01831 | CL | 98.00 | 6,735.00 |
| 13098716 | 08/04/16 | | CONFER WITH DLS RE SERVICE OF WTP MONTHLY FEE APPLICATION. | S19 | | .10 | 01831 | CL | 24.50 | 6,759.50 |
| 13098722 | 08/04/16 | | EMAIL UST WTP AND ASHURST FILED FEE APPLICATIONS. | S20 | | .10 | 01831 | CL | 24.50 | 6,784.00 |
| 13108203 | 08/04/16 | | REVIEW AND SIGN WTP 18TH MONTHLY FEE APPLICATION (.4) | S19 | | .40 | 01761 | LKG | 200.00 | 6,984.00 |
| 13108209 | 08/04/16 | | REVIEW PENSION BENEFIT GUARANTY CORPORATION'S JOINDER IN DEBTORS' FORTY-THIRD OMNIBUS OBJECTION (SUBSTANTIVE) TO, INTER ALIA, CLAIMS IN EXHIBIT A THAT ARE NO-BASIS PENSION CLAIMS | S9 | | .10 | 01761 | LKG | 50.00 | 7,034.00 |
| 13108214 | 08/04/16 | | MEETING WITH C. SAMIS RE: APPELLATE PROCEDURE ISSUE | S16 | | .10 | 01761 | LKG | 50.00 | 7,084.00 |
| 13108217 | 08/04/16 | | REVIEW COMMENTS TO SPSA | S16 | | .50 | 01761 | LKG | 250.00 | 7,334.00 |
| 13110766 | 08/04/16 | | REVIEW WTP EIGHTEENTH MONTHLY FEE APPLICATION | S19 | | .40 | 01797 | CDM | 132.00 | 7,466.00 |
| 13115240 | 08/04/16 | | REVIEW TORY'S JULY FEE APPLICATION (.2) | S20 | | .20 | 01761 | LKG | 100.00 | 7,566.00 |

```
*********************************************************************************************Page 4 of (18)
                                         WHITEFORD, TAYLOR & PRESTON    THRU 08/31/16
BILLING ATTORNEY: 01762  CHRISTOPHER M. SAMIS   DETAILED  BILLING REPORT  AS OF 9/16/2016 4:41:49 PM
                                         PROFORMA NUMBER: 565581         LAST DATE BILLED 09/16/16


CLIENT 091281             OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
                          NORTEL NETWORKS, INC.
MATTER 00001              NORTEL
CASE ID
```

| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 13109101 | 08/05/16 | | REVIEW 59TH MONTHLY FEE APPLICATION OF JOHN RAY (.2) | S20 | | .20 | 01761 | LKG | 100.00 | 7,666.00 |
| 13104125 | 08/08/16 | | REVISE INTERIM FEE CHART AND EMAIL SAME TO K.GOOD. | S20 | | .30 | 01831 | CL | 73.50 | 7,739.50 |
| 13109577 | 08/08/16 | | REVIEW DEBTORS' SECOND NOTICE OF FORMALLY ALLOWED CLAIMS | S9 | | .20 | 01761 | LKG | 100.00 | 7,839.50 |
| 13106910 | 08/09/16 | | REVISE FEE CHART FOR COMMITTEE PROFESSIONALS FEE ORDER. | S20 | | .40 | 01831 | CL | 98.00 | 7,937.50 |
| 13106914 | 08/09/16 | | PREPARE WTP NINETEENTH MONTHLY FEE APPLICATION. | S19 | | 1.60 | 01831 | CL | 392.00 | 8,329.50 |
| 13110312 | 08/09/16 | | RESEARCH RE: THIRD CIRCUIT PANEL AND OPERATING PROCEDURE FOR MERITS BRIEFING ON ALLOCATION APPEAL (1.1); CONFER WITH C. SAMIS RE; SAME (.2); TELEPHONE CALL WITH M. FAGEN RE: SAME (.2); EMAIL X2 TO M. FAGEN, R. JOHNSON RE: SAME (.2) | S16 | | 1.70 | 01761 | LKG | 850.00 | 9,179.50 |
| 13110315 | 08/09/16 | | EMAIL TO M. FAGEN, A. LORING RE: INTERIM FEE APPLICATION DEADLINE | S20 | | .10 | 01761 | LKG | 50.00 | 9,229.50 |
| 13110316 | 08/09/16 | | EMAIL TO C. LANO RE: FINALIZING INTERIM FEE ORDER EXHIBIT (.1) | S20 | | .10 | 01761 | LKG | 50.00 | 9,279.50 |
| 13112106 | 08/09/16 | | PREPARE AND CIRCULATE DAILY DOCKET DISTRIBUTIONS | S1 | | .60 | 41315 | CM | 120.00 | 9,399.50 |
| 13116067 | 08/09/16 | | REVIEW 3RD CIRCUIT ORDER RE: CERTIFICATION (.1); MEETING WITH C. LANO RE: PAYMENT OF APPEAL FEE (.1) | S16 | | .20 | 01761 | LKG | 100.00 | 9,499.50 |
| 13076589 | 08/10/16 | | E-MAIL TO C. MCCLAMB RE: PAYMENT OF FILING FEE IN CONNECTION WITH CERTIFICATION OF ALLOCATION APPEAL. | S16 | | .10 | 01762 | CMS | 53.00 | 9,552.50 |
| 13096789 | 08/10/16 | | CONTINUED PREPARING WTP NINETEENTH MONTHLY FEE APPLICATION. | S19 | | .80 | 01831 | CL | 196.00 | 9,748.50 |
| 13096798 | 08/10/16 | | REVIEW DOCKET AND PREPARE CNO TO AKIN GUMP 88TH | S20 | | .30 | 01831 | CL | 73.50 | 9,822.00 |

```
*********************************************************************************************Page 5 of (18)
                                      WHITEFORD, TAYLOR & PRESTON        THRU 08/31/16
BILLING ATTORNEY: 01762  CHRISTOPHER M. SAMIS    DETAILED  BILLING REPORT  AS OF 9/16/2016 4:41:49 PM
                                      PROFORMA NUMBER: 565581             LAST DATE BILLED 09/16/16
```

| | | | | | | HOURS | TKPR | TKPR | TIME VALUE | RUNNING |
|---|---|---|---|---|---|---|---|---|---|---|
| CLIENT 091281 | | | OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF | | | | | | | |
| | | | NORTEL NETWORKS, INC. | | | | | | | |
| MATTER 00001 | | | NORTEL | | | | | | | |
| CASE ID | | | | | | | | | | |
| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | WORKED | NO | INIT. | THIS PERIOD | TOTAL |
| | | | MONTHLY FEE APPLICATION. | | | | | | | |
| 13096799 | 08/10/16 | | FILE CNO TO AKIN GUMP'S 88TH MONTHLY FEE APPLICATION. | S20 | | .20 | 01831 | CL | 49.00 | 9,871.00 |
| 13096800 | 08/10/16 | | CONFER WITH K. GOOD RE SERVICE OF CNO. | S20 | | .10 | 01831 | CL | 24.50 | 9,895.50 |
| 13096801 | 08/10/16 | | UPDATE FEE APPLICATION CHART. | S20 | | .10 | 01831 | CL | 24.50 | 9,920.00 |
| 13096806 | 08/10/16 | | TELEPHONE CALL TO BANKRUPTCY COURT RE PAYMENT OF APPEAL. | S16 | | .10 | 01831 | CL | 24.50 | 9,944.50 |
| 13110348 | 08/10/16 | | REVIEW PERIODIC REPORT REGARDING VALUE, OPERATIONS AND PROFITABILITY OF ENTITIES IN WHICH THE DEBTORS' ESTATES HOLD A SUBSTANTIAL OR CONTROLLING INTEREST | S12 | | .40 | 01761 | LKG | 200.00 | 10,144.50 |
| 13110350 | 08/10/16 | | REVIEW CNO RE: AKIN GUMP 88TH MONTHLY FEE APPLICATION (.1); MEETING WITH C. LANO RE: SAME (.1) | S20 | | .20 | 01761 | LKG | 100.00 | 10,244.50 |
| 13110856 | 08/10/16 | | REVIEW DEFICIENCY NOTICE AND ARRANGE FOR PAYMENT OF APPEAL FEE | S1 | | .10 | 01797 | CDM | 33.00 | 10,277.50 |
| 13124532 | 08/10/16 | | EMAIL X2 TO C. SAMIS RE: APPEAL FILING FEE (.2); REVIEW ORDER RE: SAME (.1) | S16 | | .30 | 01761 | LKG | 150.00 | 10,427.50 |
| 13124541 | 08/10/16 | | REVIEW PLEADINGS RE: REQUEST FOR EXTENSION OF BRIEFING DEADLINES IN CANADA RE: ALLOCATION APPEAL | S16 | | .60 | 01761 | LKG | 300.00 | 10,727.50 |
| 13124542 | 08/10/16 | | REVIEW AGENDA FOR 8/11 COMMITTEE CALL | S3 | | .10 | 01761 | LKG | 50.00 | 10,777.50 |
| 13124543 | 08/10/16 | | REVIEW CRG CLAIM ANALYSIS RE: SETTLEMENT PROPOSALS | S16 | | .30 | 01761 | LKG | 150.00 | 10,927.50 |
| 13076309 | 08/11/16 | | REVIEW MONITOR'S DRAFT REQUEST TO THE SUPREME COURT OF CANADA TO TOLL THE TIME TO FILE RESPONSES TO THE APPLICATIONS FOR LEAVE TO APPEAL THE CANADIAN ALLOCATION DECISION (.3) | S16 | | .30 | 01761 | LKG | 150.00 | 11,077.50 |

```
*******************************************************************************************Page 6 of (18)
                                        WHITEFORD, TAYLOR & PRESTON    THRU 08/31/16
BILLING ATTORNEY: 01762  CHRISTOPHER M. SAMIS  DETAILED  BILLING REPORT  AS OF 9/16/2016 4:41:49 PM
                                        PROFORMA NUMBER: 565581        LAST DATE BILLED 09/16/16
```

CLIENT 091281           OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
                        NORTEL NETWORKS, INC.
MATTER 00001            NORTEL
CASE ID

| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 13076310 | 08/11/16 | | ATTEND 8/11 COMMITTEE CALL | S3 | | .80 | 01761 | LKG | 400.00 | 11,477.50 |
| 13076315 | 08/11/16 | | REVIEW DEBTORS' REPLY IN SUPPORT OF 43RD OMNIBUS CLAIM OBJECTION (.3) | S9 | | .30 | 01761 | LKG | 150.00 | 11,627.50 |
| 13076316 | 08/11/16 | | MEETING WITH C. SAMIS RE: PAYMENT OF APPEAL FILING FEE (.1); EMAIL TO C. SAMIS RE: SAME (.1) | S16 | | .20 | 01761 | LKG | 100.00 | 11,727.50 |
| 13076322 | 08/11/16 | | REVIEW 63RD MONTHLY APPLICATION OF RLKS (.2); REVIEW 30TH QUARTERLY FEE APPLICATION OF HURON (.1); REVIEW 91ST INTERIM APPLICATION OF MNAT (.1); REVIEW MERGIS JUNE STAFFING REPORT (.1) | S20 | | .50 | 01761 | LKG | 250.00 | 11,977.50 |
| 13076541 | 08/11/16 | | REVIEW UPDATED BRG RECOVERY ANALYSIS. | S16 | | 1.10 | 01762 | CMS | 583.00 | 12,560.50 |
| 13076544 | 08/11/16 | | REVIEW MONITOR'S DRAFT REQUEST TO THE SUPREME COURT OF CANADA TO TOLL THE TIME TO FILE RESPONSES TO THE APPLICATIONS FOR LEAVE TO APPEA. | S16 | | .20 | 01762 | CMS | 106.00 | 12,666.50 |
| 13076545 | 08/11/16 | | PARTICIPATE IN WEEKLY COMMITTEE CALL. | S3 | | .80 | 01762 | CMS | 424.00 | 13,090.50 |
| 13076561 | 08/11/16 | | E-MAIL TO B. KAHN RE: FEE AND EXPENSE ESTIMATES FOR JULY FOR COMPANY'S AUDITORS. | S11 | | .10 | 01762 | CMS | 53.00 | 13,143.50 |
| 13076564 | 08/11/16 | | E-MAILS TO R. JOHNSON AND K. GOOD RE: PAYMENT OF FEES ASSOCIATED WITH DIRECT CERTIFICATION (.1 X 2). | S16 | | .20 | 01762 | CMS | 106.00 | 13,249.50 |
| 13107385 | 08/11/16 | | TELEPHONE CALL FROM BANKRUPTCY COURT RE PAYMENT OF APPEAL. | S16 | | .20 | 01831 | CL | 49.00 | 13,298.50 |
| 13107421 | 08/12/16 | | REVIEW 8/16/16 AGENDA. | S10 | | .10 | 01831 | CL | 24.50 | 13,323.00 |
| 13079639 | 08/15/16 | | MEETING WITH C. SAMIS RE: 8/16 HEARING (.1); EMAIL TO A. LORING RE: 8/16 HEARING (.1); EMAIL TO C. LANO RE: PREPARATION FOR SAME (.1) | S10 | | .30 | 01761 | LKG | 150.00 | 13,473.00 |
| 13079655 | 08/15/16 | | REVIEW MNAT 30TH QUARTERLY FEE APPLICATION | S20 | | .10 | 01761 | LKG | 50.00 | 13,523.00 |
| 13079656 | 08/15/16 | | EMAIL TO M. MADDOX RE: 29TH OMNIBUS FEE ORDER | S20 | | .20 | 01761 | LKG | 100.00 | 13,623.00 |

```
*****************************************************************************************************Page 7 of (18)
                                    WHITEFORD, TAYLOR & PRESTON        THRU 08/31/16
BILLING ATTORNEY: 01762  CHRISTOPHER M. SAMIS    DETAILED  BILLING REPORT   AS OF 9/16/2016 4:41:49 PM
                                    PROFORMA NUMBER: 565581        LAST DATE BILLED 09/16/16


CLIENT 091281         OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
                      NORTEL NETWORKS, INC.
MATTER 00001          NORTEL
CASE ID
```

| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | (.1); REVIEW COC FOR SAME (.1) | | | | | | | |
| 13079662 | 08/15/16 | | REVIEW NN INDIA PLEADINGS AND PREPARE FOR 8/16 HEARING | S10 | | .70 | 01761 | LKG | 350.00 | 13,973.00 |
| 13079745 | 08/15/16 | | E-MAIL TO C. MCCLAMB RE: PREPARATION OF LETTER ON DIRECT APPEAL FEES. | S16 | | .10 | 01762 | CMS | 53.00 | 14,026.00 |
| 13104155 | 08/15/16 | | COORDINATE WITH COURTCALL RE A.LORING'S 8/16/16 TELEPHONIC APPEARANCE. | S10 | | .20 | 01831 | CL | 49.00 | 14,075.00 |
| 13104156 | 08/15/16 | | REVIEW A.LORING'S 8/16/16 TELEPHONIC APPEARANCE AND FORWARD SAME. | S10 | | .10 | 01831 | CL | 24.50 | 14,099.50 |
| 13104157 | 08/15/16 | | RESEARCH AND PROVIDE K. GOOD 8/16/16 AGENDA. | S10 | | .10 | 01831 | CL | 24.50 | 14,124.00 |
| 13104165 | 08/15/16 | | CONFER WITH C. MCCLAMB RE INTERIM FEE APPLICATION. | S19 | | .10 | 01831 | CL | 24.50 | 14,148.50 |
| 13104166 | 08/15/16 | | FINALIZE WTP NINETEENTH FEE APPLICATION. | S19 | | .40 | 01831 | CL | 98.00 | 14,246.50 |
| 13104167 | 08/15/16 | | REVIEW DOCKET RE WTP FEE APPLICATIONS FOR SEVENTH INTERIM FEE APPLICATION. | S19 | | .20 | 01831 | CL | 49.00 | 14,295.50 |
| 13110913 | 08/15/16 | | DRAFT LETTER CERTIFYING PAYMENT OF APPEAL FEE | S16 | | .50 | 01797 | CDM | 165.00 | 14,460.50 |
| 13081269 | 08/16/16 | | PREPARE FOR AND ATTEND 8/16 HEARING | S10 | | 1.60 | 01761 | LKG | 800.00 | 15,260.50 |
| 13081275 | 08/16/16 | | REVIEW WTP 19TH (JULY) MONTHLY FEE APPLICATION (.6); MEETING WITH C. LANO RE: CHANGES TO SAME (.1); EMAIL X2 TO C. LANO RE: FILING SAME (.2) | S19 | | .90 | 01761 | LKG | 450.00 | 15,710.50 |
| 13081476 | 08/16/16 | | E-MAIL TO K. GOOD RE: PREPARATION FOR 8/16/16 HEARING. | S10 | | .10 | 01762 | CMS | 53.00 | 15,763.50 |
| 13107445 | 08/16/16 | | FILE WTP NINETEENTH MONTHLY FEE APPLICATION. | S19 | | .30 | 01831 | CL | 73.50 | 15,837.00 |
| 13107446 | 08/16/16 | | EMAIL UST AND FEE EXAMINER FILED FEE APPLICATION. | S19 | | .10 | 01831 | CL | 24.50 | 15,861.50 |
| 13107447 | 08/16/16 | | CONFER WITH DLS RE SERVICE OF FEE APPLICATION. | S19 | | .10 | 01831 | CL | 24.50 | 15,886.00 |

```
*********************************************************************************************Page 8 of (18)
                                    WHITEFORD, TAYLOR & PRESTON       THRU 08/31/16
BILLING ATTORNEY: 01762  CHRISTOPHER M. SAMIS   DETAILED  BILLING REPORT   AS OF 9/16/2016 4:41:49 PM
                                    PROFORMA NUMBER: 565581           LAST DATE BILLED 09/16/16
```

| CLIENT 091281 | OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF |
|---|---|
| | NORTEL NETWORKS, INC. |
| MATTER 00001 | NORTEL |
| CASE ID | |

| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 13107448 | 08/16/16 | | REVIEW DOCKET AND PREPARE SEVENTH INTERIM FEE APPLICATION. | S19 | | .40 | 01831 | CL | 98.00 | 15,984.00 |
| 13107449 | 08/16/16 | | REVISE CRITICAL DATES CALENDAR. | S1 | | .30 | 01831 | CL | 73.50 | 16,057.50 |
| 13083547 | 08/17/16 | | REVIEW INTERIM COMPENSATION ORDER RE INTERIM FEE APPLICATIONS AND PREPARE MEMO TO C. SAMIS AND K. GOOD RE SAME. | S19 | | .30 | 01831 | CL | 73.50 | 16,131.00 |
| 13085450 | 08/17/16 | | E-MAIL TO R. JOHNSON RE: LETTER CONFIRMING PAYMENT OF FEE IN CONNECTION WITH DIRECT CERTIFICATION. | S16 | | .10 | 01762 | CMS | 53.00 | 16,184.00 |
| 13085469 | 08/17/16 | | E-MAIL TO C. LANO RE: CALENDARING UPCOMING INTERIM FEE DEADINES. | S20 | | .10 | 01762 | CMS | 53.00 | 16,237.00 |
| 13085472 | 08/17/16 | | E-MAILS TO C. MCCLAMB RE: LETTER CONFIRMING PAYMENT OF FEE IN CONNECTION WITH DIRECT CERTIFICATION (.1 X 2). | S16 | | .20 | 01762 | CMS | 106.00 | 16,343.00 |
| 13110388 | 08/17/16 | | REVIEW NOTICE OF AMENDED EX C FOR NNIII ORDER RE: PREVIOUSLY ENTERED ORDERS | S1 | | .10 | 01761 | LKG | 50.00 | 16,393.00 |
| 13085951 | 08/18/16 | | CALL FROM G. WILSON RE: PBGC ISSUES WITH DIRECT CERTIFICATION FEE AND RELATED PROCESS. | S16 | | .30 | 01762 | CMS | 159.00 | 16,552.00 |
| 13085970 | 08/18/16 | | E-MAIL TO R. JOHNSON RE: PBGC ISSUES WITH DIRECT CERTIFICATION FEE AND RELATED PROCESS. | S16 | | .10 | 01762 | CMS | 53.00 | 16,605.00 |
| 13107713 | 08/18/16 | | FILE AKIN GUMP'S 89TH FEE APPLICATION. | S20 | | .40 | 01831 | CL | 98.00 | 16,703.00 |
| 13107716 | 08/18/16 | | CONFER WITH DLS RE SERVICE OF AKIN GUMP'S FEE APPLICATION. | S20 | | .10 | 01831 | CL | 24.50 | 16,727.50 |
| 13107719 | 08/18/16 | | UPDATE FEE APPLICATION CHART. | S20 | | .20 | 01831 | CL | 49.00 | 16,776.50 |
| 13110379 | 08/18/16 | | MEETING WITH C. SAMIS RE: APPEAL FEE PAYMENTS AND LETTER SUBMISSION (.1); TELEPHONE CALL WITH C. SAMIS, G. WILSON RE: SUBMISSION OF SAME FOR PBGC (.1) | S16 | | .20 | 01761 | LKG | 100.00 | 16,876.50 |

```
*********************************************************************************************Page 9 of (18)
                                        WHITEFORD, TAYLOR & PRESTON      THRU 08/31/16
BILLING ATTORNEY: 01762  CHRISTOPHER M. SAMIS    DETAILED   BILLING REPORT     AS OF 9/16/2016 4:41:49 PM
                                        PROFORMA NUMBER: 565581          LAST DATE BILLED 09/16/16
```

| CLIENT 091281 | | | OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF<br>NORTEL NETWORKS, INC. | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| MATTER 00001<br>CASE ID | | | NORTEL | | | | | | | |

| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 13111009 | 08/18/16 | | REVIEW AKIN MONTHLY FEE APPLICATION FOR FILING | S20 | | .20 | 01797 | CDM | 66.00 | 16,942.50 |
| 13112482 | 08/18/16 | | PREPARE AND CIRCULATE DAILY DOCKET DISTRIBUTIONS | S1 | | 1.50 | 41315 | CM | 300.00 | 17,242.50 |
| 13086495 | 08/19/16 | | REVIEW PBGC DIRECT CERTFICATION FEE LETTERS. | S16 | | .20 | 01762 | CMS | 106.00 | 17,348.50 |
| 13107489 | 08/19/16 | | CONFER WITH C. SAMIS RE STATUS OF WTP INTERIM FEE APPLICATION. | S19 | | .10 | 01831 | CL | 24.50 | 17,373.00 |
| 13107490 | 08/19/16 | | CONFER WITH C. MCCLAMB RE CASSELS MAY 2016 FEE APPLICATION. | S19 | | .10 | 01831 | CL | 24.50 | 17,397.50 |
| 13107491 | 08/19/16 | | DRAFT FEE CHART TO SEVENTH INTERIM ORDER. | S19 | | .30 | 01831 | CL | 73.50 | 17,471.00 |
| 13107492 | 08/19/16 | | FILE CASSELS TWENTY-SEVENTH FEE APPLICATION. | S20 | | .40 | 01831 | CL | 98.00 | 17,569.00 |
| 13107493 | 08/19/16 | | CONFER WITH DLS RE SERVICE OF CASSELS FEE APPLICATION. | S20 | | .10 | 01831 | CL | 24.50 | 17,593.50 |
| 13107494 | 08/19/16 | | EMAIL UST FILED CASSELS FEE APPLICATION. | S20 | | .10 | 01831 | CL | 24.50 | 17,618.00 |
| 13107495 | 08/19/16 | | UPDATE FEE APPLICATION CHART. | S20 | | .60 | 01831 | CL | 147.00 | 17,765.00 |
| 13107507 | 08/19/16 | | FILE CASSELS TWENTY-EIGHTH FEE APPLICATION. | S20 | | .30 | 01831 | CL | 73.50 | 17,838.50 |
| 13107508 | 08/19/16 | | CONFER WITH C.MCCLAMB RE SERVICE OF CASSELS' TWENTY-SEVENTH FEE APPLICATION. | S20 | | .10 | 01831 | CL | 24.50 | 17,863.00 |
| 13107509 | 08/19/16 | | CONFER WITH DLS RE SERVICE OF CASSELS' TWENTY-EIGHTH MONTHLY FEE APPLICATION. | S20 | | .10 | 01831 | CL | 24.50 | 17,887.50 |
| 13107510 | 08/19/16 | | EMAIL UST CASSELS' FILED TWENTY-EIGHTH MONTHLY FEE APPLICATION. | S20 | | .10 | 01831 | CL | 24.50 | 17,912.00 |
| 13107963 | 08/19/16 | | REVIEW 76TH MONTHLY APPLICATION OF CHILMARK PARTNERS (.2); REVIEW 77TH MONTHLY APPLICATION OF CHILMARK PARTNERS (.2); REVIEW 23RD QUARTERLY FEE APPLICATION OF TORYS (.1) | S20 | | .40 | 01761 | LKG | 200.00 | 18,112.00 |
| 13111031 | 08/19/16 | | REVIEW CASSELS 27TH MONTHLY FEE APPLICATION FOR | S20 | | .30 | 01797 | CDM | 99.00 | 18,211.00 |

```
****************************************************************************************************Page 10 of (18)
                                         WHITEFORD, TAYLOR & PRESTON      THRU 08/31/16
BILLING ATTORNEY: 01762  CHRISTOPHER M. SAMIS   DETAILED  BILLING REPORT   AS OF 9/16/2016 4:41:49 PM
                                         PROFORMA NUMBER: 565581           LAST DATE BILLED 09/16/16
```

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| CLIENT 091281 | | | OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF |||||||||
| | | | NORTEL NETWORKS, INC. |||||||||
| MATTER 00001 | | | NORTEL |||||||||
| CASE ID | | | |||||||||

| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | FILING | | | | | | | |
| 13111032 | 08/19/16 | | REVIEW CASSELS 28TH MONTHLY FEE APPLICATION FOR FILING | S20 | | .30 | 01797 | CDM | 99.00 | 18,310.00 |
| 13110417 | 08/22/16 | | REVIEW BRG 13TH MONTHLY FEE APPLICATION (.2); EMAIL TO M. FAGEN RE: SAME (.1); DRAFT NOTICE FOR SAME (.1); DRAFT COS FOR SAME (.1); EFILE SAME (.2); EMAIL TO DLS RE: SERVICE OF SAME (.1) | S20 | | .80 | 01761 | LKG | 400.00 | 18,710.00 |
| 13110419 | 08/22/16 | | REVIEW NNIII BAR DATE NOTICE (.2) | S9 | | .20 | 01761 | LKG | 100.00 | 18,810.00 |
| 13110420 | 08/22/16 | | REVIEW 27TH QUARTERLY FEE APPLICATION OF JOHN RAY (.1) | S20 | | .10 | 01761 | LKG | 50.00 | 18,860.00 |
| 13107312 | 08/23/16 | | REVIEW JULY MOR | S12 | | .30 | 01761 | LKG | 150.00 | 19,010.00 |
| 13107313 | 08/23/16 | | EMAIL TO L. ROBERTS, J. POWELL RE: CNO FOR ASHURST JUNE FEE APPLICATION | S20 | | .10 | 01761 | LKG | 50.00 | 19,060.00 |
| 13107316 | 08/23/16 | | UPDATE CAPTION FOOTNOTE RE: NNIII FILING (.1); EMAIL TO C. LANO, C. SAMIS, C. MCCLAMB RE: SAME (.1) | S1 | | .20 | 01761 | LKG | 100.00 | 19,160.00 |
| 13107879 | 08/23/16 | | EMAIL TO C. SAMIS RE: FILING LETTER WITH 3RD CIRCUIT RE: PAYMENT OF APPEAL FEE (.1); EMAIL TO R. JOHNSON RE: SAME (.1); EMAIL X4 TO M. FAGEN, B. KAHN RE: SAME (.3); EMAIL TO C. MCCLAMB RE: SAME (.1); REVIEW/REVISE SAME (.2); FINALIZE AND EFILE SAME (.3) | S16 | | 1.00 | 01761 | LKG | 500.00 | 19,660.00 |
| 13112070 | 08/23/16 | | EMAILS WITH K. GOOD RE: LETTER TO THIRD CIRCUIT REGARDING PAYMENT OF FEES | S1 | | .20 | 01797 | CDM | 66.00 | 19,726.00 |
| 13103208 | 08/24/16 | | REVIEW JUNE FEE APPLICATION OF E&Y (.2); REVIEW RKLS 25TH QUARTERLY FEE APPLICATION (.1) | S20 | | .20 | 01761 | LKG | 100.00 | 19,826.00 |
| 13103227 | 08/24/16 | | REVIEW MINUTES FROM 8/11 COMMITTEE CALL (.1); REVIEW AGENDA FOR 8/25 COMMITTEE CALL | S3 | | .20 | 01761 | LKG | 100.00 | 19,926.00 |

```
************************************************************************************************Page 11 of (18)
                                        WHITEFORD, TAYLOR & PRESTON      THRU 08/31/16
BILLING ATTORNEY: 01762  CHRISTOPHER M. SAMIS      DETAILED  BILLING REPORT   AS OF 9/16/2016 4:41:49 PM
                                        PROFORMA NUMBER: 565581          LAST DATE BILLED 09/16/16
```

CLIENT 091281           OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
                        NORTEL NETWORKS, INC.
MATTER 00001            NORTEL
CASE ID

| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 13112493 | 08/24/16 | | PREPARE AND CIRCULATE DAILY DOCKET DISTRIBUTIONS | S1 | | .10 | 41315 | CM | 20.00 | 19,946.00 |
| 13097174 | 08/25/16 | | PARTICIPATE IN WEEKLY COMMITTEE CALL. | S3 | | .60 | 01762 | CMS | 318.00 | 20,264.00 |
| 13097175 | 08/25/16 | | PREPARE FOR WEEKLY COMMITTEE CALL. | S3 | | .30 | 01762 | CMS | 159.00 | 20,423.00 |
| 13103129 | 08/25/16 | | ATTEND WEEKLY COMMITTEE CALL (.3) | S3 | | .30 | 01761 | LKG | 150.00 | 20,573.00 |
| 13103133 | 08/25/16 | | DRAFT CNO FOR WTP JUNE FEE APPLICATION (.1); EFILE SAME (.1); REVIEW/REVISE WTP INTERIM FEE APPLICATION FOR MAY - JULY (.3); EFILE SAME (.1); EMAIL TO DLS RE: SERVICE OF SAME (.1) | S19 | | .70 | 01761 | LKG | 350.00 | 20,923.00 |
| 13103136 | 08/25/16 | | DRAFT CNO FOR ASHURST JUNE FEE APPLICATION (.1); EFILE SAME (.1); REVIEW 91ST MONTHLY APPLICATION OF CLEARY GOTTLIEB (.2) | S20 | | .20 | 01761 | LKG | 100.00 | 21,023.00 |
| 13103142 | 08/25/16 | | REVIEW UPDATE ON SETTLEMENT NEGOTIATIONS RE: ALLOCATION DISPUTE | S16 | | .10 | 01761 | LKG | 50.00 | 21,073.00 |
| 13103143 | 08/25/16 | | REVIEW SNMP LETTER TO JUDGE GROSS RE: STATUS REPORTS (.2); REVIEW SNMP LETTER TO JUDGE GROSS RE: DEPOSITION HOURS (.2); REVIEW RESPONSE LETTER FRO AVAYA (.1); REVIEW RESPONSE LETTER FROM DEBTORS (.1) | S16 | | .60 | 01761 | LKG | 300.00 | 21,373.00 |
| 13112496 | 08/25/16 | | PREPARE AND CIRCULATE DAILY DOCKET DISTRIBUTION | S1 | | .60 | 41315 | CM | 120.00 | 21,493.00 |
| 13097388 | 08/26/16 | | REVIEW FURTHER REVISED RESTRUCTURING SUPPORT AGREEMENT. | S6 | | 2.70 | 01762 | CMS | 1,431.00 | 22,924.00 |
| 13097389 | 08/26/16 | | REVIEW CANADIAN DISTRIBUTION ESCROW AGREEMENT. | S6 | | 1.80 | 01762 | CMS | 954.00 | 23,878.00 |
| 13097712 | 08/26/16 | | E-MAILS TO A. LORING, K. GOOD, C. MCCLAMB AND C. MOSULY RE: PREPARATION FOR 8/26/16 HEARING (.1 X 6). | S10 | | .60 | 01762 | CMS | 318.00 | 24,196.00 |
| 13101261 | 08/26/16 | | REVIEW SUMMARY OF SNMP TELEPHONIC HEARING | S10 | | .10 | 01761 | LKG | 50.00 | 24,246.00 |
| 13101265 | 08/26/16 | | REVIEW REVISED SETTLEMENT AGREEMENT | S16 | | .60 | 01761 | LKG | 300.00 | 24,546.00 |

```
*********************************************************************************************Page 12 of (18)
                                        WHITEFORD, TAYLOR & PRESTON        THRU 08/31/16
BILLING ATTORNEY: 01762  CHRISTOPHER M. SAMIS  DETAILED  BILLING REPORT     AS OF 9/16/2016 4:41:49 PM
                                        PROFORMA NUMBER: 565581             LAST DATE BILLED 09/16/16


CLIENT 091281           OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
                        NORTEL NETWORKS, INC.
MATTER 00001            NORTEL
CASE ID
```

|  |  |  |  |  |  | HOURS | TKPR | TKPR | TIME VALUE | RUNNING |
|---|---|---|---|---|---|---|---|---|---|---|
| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | WORKED | NO | INIT. | THIS PERIOD | TOTAL |
| 13101267 | 08/26/16 | | REVIEW CHILMARK PARTNERS 26TH QUARTERLY FEE APPLICATION | S20 | | .10 | 01761 | LKG | 50.00 | 24,596.00 |
| 13101270 | 08/26/16 | | CORRESPONDENCE WITH C. SAMIS RE: 8/26 TELEPHONIC STATUS CONFERENCE | S10 | | .10 | 01761 | LKG | 50.00 | 24,646.00 |
| 13111146 | 08/26/16 | | ATTENDANCE AT SNMP DISCOVERY TELEPHONIC HEARING | S10 | | .90 | 01797 | CDM | 297.00 | 24,943.00 |
| 13111184 | 08/26/16 | | DRAFT EMAIL SUMMARIZING TELEPHONIC HEARING REGARDING SNMP DISCOVERY DISPUTE | S10 | | .40 | 01797 | CDM | 132.00 | 25,075.00 |
| 13098566 | 08/29/16 | | E-MAIL TO J. CHEN RE: ORAL ARGUMENT IN ALLOCATION APPEAL. | S16 | | .10 | 01762 | CMS | 53.00 | 25,128.00 |
| 13100546 | 08/29/16 | | REVIEW 8/30/16 AGENDA. | S10 | | .10 | 01831 | CL | 24.50 | 25,152.50 |
| 13100547 | 08/29/16 | | REVISE CRITICAL DATES CALENDAR. | S1 | | .20 | 01831 | CL | 49.00 | 25,201.50 |
| 13100548 | 08/29/16 | | UPDATE FEE APPLICATION CHART. | S20 | | .30 | 01831 | CL | 73.50 | 25,275.00 |
| 13100809 | 08/29/16 | | REVIEW MERGIS JULY STAFFING REPORT (.2); REVIEW 30TH INTERIM OF CLEARY GOTTLIEB (.1) | S20 | | .20 | 01761 | LKG | 100.00 | 25,375.00 |
| 13100992 | 08/30/16 | | E-MAILS TO J. CHEN RE: THIRD CIRCUIT APPELLATE PROCESS (.1 X 2). | S16 | | .20 | 01762 | CMS | 106.00 | 25,481.00 |
| 13102090 | 08/30/16 | | FILE ASHURST JULY 2016 FEE APPLICATION. | S20 | | .40 | 01831 | CL | 98.00 | 25,579.00 |
| 13102091 | 08/30/16 | | FILE ASHURST'S 30TH INTERIM FEE APPLICATION. | S20 | | .30 | 01831 | CL | 73.50 | 25,652.50 |
| 13102092 | 08/30/16 | | CONFER WITH DLS RE SERVICE OF ASHURST'S JULY 2016 FEE APPLICATION AND INTERIM FEE APPLICATION. | S20 | | .10 | 01831 | CL | 24.50 | 25,677.00 |
| 13102093 | 08/30/16 | | EMAIL UST ASHURST'S FILED JULY 2016 AND INTERIM FEE APPLICATIONS. | S20 | | .10 | 01831 | CL | 24.50 | 25,701.50 |
| 13102094 | 08/30/16 | | REVISE FEE APPLICATION CHART. | S20 | | .20 | 01831 | CL | 49.00 | 25,750.50 |
| 13102095 | 08/30/16 | | REVISE INTERIM FEE CHART ORDER. | S20 | | .20 | 01831 | CL | 49.00 | 25,799.50 |

```
*********************************************************************************************************Page 13 of (18)
                                          WHITEFORD, TAYLOR & PRESTON      THRU 08/31/16
BILLING ATTORNEY: 01762  CHRISTOPHER M. SAMIS    DETAILED  BILLING REPORT   AS OF 9/16/2016 4:41:49 PM
                                          PROFORMA NUMBER: 565581          LAST DATE BILLED 09/16/16


CLIENT 091281            OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
                         NORTEL NETWORKS, INC.
MATTER 00001             NORTEL
CASE ID
```

| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 13102120 | 08/30/16 | | FILE BERKELEY RESEARCH GROUP'S MONTHLY FEE APPLICATION. | S20 | | .30 | 01831 | CL | 73.50 | 25,873.00 |
| 13102121 | 08/30/16 | | CONFER WITH DLS RE SERVICE OF BERKELEY RESEARCH GROUP FEE APPLICATION. | S20 | | .10 | 01831 | CL | 24.50 | 25,897.50 |
| 13102122 | 08/30/16 | | EMAIL UST AND FEE EXAMINER BERKELEY RESEARCH GROUP FILED FEE APPLICATION. | S20 | | .10 | 01831 | CL | 24.50 | 25,922.00 |
| 13102123 | 08/30/16 | | REVISE CRITICAL DATES CALENDAR. | S1 | | .20 | 01831 | CL | 49.00 | 25,971.00 |
| 13107288 | 08/30/16 | | REVIEW ASHURST JULY MONTHLY FEE APPLICATION (.2); EMAIL TO C. LANO RE: DRAFTING NOTICE AND COS FOR SAME (.1); REVIEW SAME (.1); REVIEW ASHURST INTERIM FEE APPLICATION AND COS (.1); EMAIL TO C. LANO RE: FILING AND SERVICE OF SAME (.1); EMAIL TO M. FAGEN RE: ASHURST INTERIM AND MONTHLY FEE APPLICATIONS (.1); REVIEW 53RD MONTHLY FEE APPLICATION OF E&Y (.2); REVIEW 30TH INTERIM FEE APPLICATION OF E&Y (.1); REVIEW BRG JULY FEE APPLICATION (.2); EMAIL TO C. LANO RE: PREPARATION OF NOTICE AND COS FOR SAME (.1); REVIEW SAME (.1); EMAIL TO C. LANO RE: FILING AND SERVICE OF SAME (.1) | S20 | | 1.50 | 01761 | LKG | 750.00 | 26,721.00 |
| 13105917 | 08/31/16 | | E-MAIL TO T. MINOTT RE: CNO FOR WTP 18TH MONTHLY FEE APPLICATION (.1 X 2). | S19 | | .20 | 01762 | CMS | 106.00 | 26,827.00 |
| 13105918 | 08/31/16 | | E-MAIL TO C. MOSULY RE: UPDATING PROFESSIONAL FEE CHART. | S20 | | .10 | 01762 | CMS | 53.00 | 26,880.00 |
| 13105926 | 08/31/16 | | REVIEW 53RD FEE APPLICATON OF E&Y. | S20 | | .30 | 01762 | CMS | 159.00 | 27,039.00 |
| 13105927 | 08/31/16 | | REVIEW JULY 2016 MERGIS STAFFING REPORT. | S20 | | .20 | 01762 | CMS | 106.00 | 27,145.00 |
| 13105928 | 08/31/16 | | REVIEW 91ST CLEARY FEE APPLICATION. | S20 | | .30 | 01762 | CMS | 159.00 | 27,304.00 |
| 13105929 | 08/31/16 | | REVIEW JULY 2016 MOR. | S12 | | .40 | 01762 | CMS | 212.00 | 27,516.00 |
| 13105930 | 08/31/16 | | REVIEW JUNE 2016 E&Y FEE APPLICATION. | S20 | | .30 | 01762 | CMS | 159.00 | 27,675.00 |

```
******************************************************************************************Page 14 of (18)
                                    WHITEFORD, TAYLOR & PRESTON      THRU 08/31/16
BILLING ATTORNEY: 01762  CHRISTOPHER M. SAMIS   DETAILED  BILLING REPORT   AS OF 9/16/2016 4:41:49 PM
                                    PROFORMA NUMBER: 565581          LAST DATE BILLED 09/16/16
```

| CLIENT 091281 | OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF |
|---|---|
| | NORTEL NETWORKS, INC. |
| MATTER 00001 | NORTEL |
| CASE ID | |

| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 13105931 | 08/31/16 | | REVIEW 77TH FEE APPLICATION OF CHILMARK. | S20 | | .20 | 01762 | CMS | 106.00 | 27,781.00 |
| 13105932 | 08/31/16 | | REVIEW 76TH FEE APPLICATION OF CHILMARK PARTNERS. | S20 | | .20 | 01762 | CMS | 106.00 | 27,887.00 |
| 13105933 | 08/31/16 | | REVIEW 63RD RLKS FEE APPLICATION. | S20 | | .30 | 01762 | CMS | 159.00 | 28,046.00 |
| 13105934 | 08/31/16 | | REVIEW REPLY IN SUPPORT OF 43RD OMNIBUS OBJECTION. | S9 | | .20 | 01762 | CMS | 106.00 | 28,152.00 |
| 13105935 | 08/31/16 | | REVIEW 91ST MNAT FEE APPLICATION. | S20 | | .30 | 01762 | CMS | 159.00 | 28,311.00 |
| 13105936 | 08/31/16 | | REVIEW JUNE 30, 2016 2015.3 REPORT. | S12 | | .30 | 01762 | CMS | 159.00 | 28,470.00 |
| 13105937 | 08/31/16 | | REVIEW JUNE 2016 MOR. | S12 | | .30 | 01762 | CMS | 159.00 | 28,629.00 |
| 13105938 | 08/31/16 | | REVIEW 90TH HURON FEE APPLICATION. | S20 | | .20 | 01762 | CMS | 106.00 | 28,735.00 |
| 13105939 | 08/31/16 | | REVIEW SECOND NOTICE OF FORMALLY ALLOWED CLAIMS. | S9 | | .20 | 01762 | CMS | 106.00 | 28,841.00 |
| 13105940 | 08/31/16 | | REVIEW 64TH FEE APPLICATION OF TORYS. | S20 | | .20 | 01762 | CMS | 106.00 | 28,947.00 |
| 13106058 | 08/31/16 | | REVIEW 90TH MONTHLY FEE APPLICATION OF AKIN GUMP (.2); REVIEW NOTICE AND COS FOR SAME (.1); REVIEW 30TH INTERIM FEE APPLICATION OF AKIN GUMP (.1); REVIEW COS FOR SAME (.1); EMAIL X2 TO C. LANO RE: FILING AND SERVICE OF SAME (.1); EMAIL TO A. LORING RE: SAME (.1) | S20 | | .70 | 01761 | LKG | 350.00 | 29,297.00 |
| 13106059 | 08/31/16 | | REVIEW BRG INTERIM FEE APPLICATION (.1); EMAIL X2 TO C. LANO RE: FILING AND SERVICE OF SAME (.1); EMAIL TO M. FAGEN RE: SAME (.1) | S20 | | .30 | 01761 | LKG | 150.00 | 29,447.00 |
| 13106062 | 08/31/16 | | REVIEW CASSELS BROCK JULY FEE APPLICATION (.2); EMAIL TO C. LANO RE: FILING SAME (.1) | S20 | | .30 | 01761 | LKG | 150.00 | 29,597.00 |
| 13107098 | 08/31/16 | | REVIEW CROWELL & MORING JULY FEE APPLICATION (.2); REVIEW CROWELL & MORING INTERIM FEE APPLICATION (.1) | S20 | | .30 | 01761 | LKG | 150.00 | 29,747.00 |
| 13107822 | 08/31/16 | | FILE BERKELEY RESEARCH GROUP FIFTH INTERIM FEE | S20 | | .30 | 01831 | CL | 73.50 | 29,820.50 |

```
***********************************************************************************************Page 15 of (18)
                                        WHITEFORD, TAYLOR & PRESTON         THRU 08/31/16
BILLING ATTORNEY: 01762  CHRISTOPHER M. SAMIS   DETAILED  BILLING REPORT    AS OF 9/16/2016 4:41:49 PM
                                        PROFORMA NUMBER: 565581             LAST DATE BILLED 09/16/16


CLIENT 091281            OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
                         NORTEL NETWORKS, INC.
MATTER 00001             NORTEL
CASE ID
```

| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | APPLICATION. | | | | | | | |
| 13107823 | 08/31/16 | | FILE CASSELS BROCK TWENTY-NINTH FEE APPLICATION. | S20 | | .30 | 01831 | CL | 73.50 | 29,894.00 |
| 13107824 | 08/31/16 | | EMAIL M. WUNDER RE STATUS OF FILED TWENTY-NINTH FEE APPLICATION. | S20 | | .10 | 01831 | CL | 24.50 | 29,918.50 |
| 13107832 | 08/31/16 | | REVIEW CASSELS BROCK'S NINTH INTERIM FEE APPLICATION AND FILED INTERIM APPLICATIONS. | S20 | | .20 | 01831 | CL | 49.00 | 29,967.50 |
| 13107833 | 08/31/16 | | CONFER WITH C. MCCLAMB RE CASSELS BROCK'S NINTH INTERIM FEE APPLICATION. | S20 | | .10 | 01831 | CL | 24.50 | 29,992.00 |
| 13107843 | 08/31/16 | | FILE AKIN GUMP'S 90TH MONTHLY FEE APPLICATION. | S20 | | .40 | 01831 | CL | 98.00 | 30,090.00 |
| 13107844 | 08/31/16 | | FILE AKIN GUMP'S 30TH INTERIM FEE APPLICATION. | S20 | | .30 | 01831 | CL | 73.50 | 30,163.50 |
| 13107845 | 08/31/16 | | CONFER WITH DLS RE SERVICE OF AKIN GUMP'S FEE APPLICATIONS. | S20 | | .10 | 01831 | CL | 24.50 | 30,188.00 |
| 13107846 | 08/31/16 | | FILE CASSELS 10TH INTERIM FEE APPLICATION. | S20 | | .30 | 01831 | CL | 73.50 | 30,261.50 |
| 13107847 | 08/31/16 | | EMAIL UST AND FEE EXAMINER FILED FEE APPLICATIONS. | S20 | | .10 | 01831 | CL | 24.50 | 30,286.00 |
| 13111212 | 08/31/16 | | REVIEW CASSELS JULY MONTHLY FEE APPLICATION | S20 | | .20 | 01797 | CDM | 66.00 | 30,352.00 |
| 13111213 | 08/31/16 | | EMAIL FROM M. WUNDER RE: CASSELS' JULY MONTHLY FEE APPLICATION | S20 | | .10 | 01797 | CDM | 33.00 | 30,385.00 |
| 13111285 | 08/31/16 | | EMAILS WITH M. WUNDER RE CASSELS' INTERIM FEE APPLICATION | S20 | | .20 | 01797 | CDM | 66.00 | 30,451.00 |
| 13111286 | 08/31/16 | | REVIEW CASSELS' INTERIM FEE APPLICATION | S20 | | .10 | 01797 | CDM | 33.00 | 30,484.00 |
| 13112503 | 08/31/16 | | PREPARE AND CIRCULATE DAILY DOCKET DISTRIBUTION | S1 | | 1.00 | 41315 | CM | 200.00 | 30,684.00 |
| | | | | | | 73.80**TIME VALUE TOTAL** | | | 30,684.00 | |