# **<u>EXHIBIT B</u>**

```
*************************************************************************************************Page 16 of (18)
                                            WHITEFORD, TAYLOR & PRESTON     THRU 08/31/16
BILLING ATTORNEY: 01762  CHRISTOPHER M. SAMIS   DETAILED   BILLING REPORT   AS OF 9/16/2016 4:41:49 PM
                                            PROFORMA NUMBER: 565581         LAST DATE BILLED 09/16/16
```

| CLIENT 091281 | OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF |
| --- | --- |
|  | NORTEL NETWORKS, INC. |
| MATTER 00001 | NORTEL |
| CASE ID |  |

*** DISBURSEMENTS ***

| INDEX | DATE | REFER-# | CODE | CTRL-# | TKPR | | AMOUNT | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | 10 | | | PHOTOCOPIES | | 3.50 |
| 5126171 | 08/15/16 | | 101 | | 01762 | DLS DISCOVERY - COURIER EXPENSE-COPY/PRINT; ENVELOPE; PDF EMAILED TO CLIENT; PRINTING ON LABEL STOCK; POSTAGE; HAND DELIVERY W BANKRUPTCY SERVICE | 61.78 | |
| 5126173 | 08/15/16 | | 101 | | 01762 | DLS DISCOVERY - COURIER EXPENSE-COPY/PRINT; ENVELOPE; PDF EMAILED TO CLIENT; PRINTING ON LABEL STOCK; POSTAGE; HAND DELIVERY W BANKRUPTCY SERVICE | 102.58 | |
| 5126172 | 08/15/16 | | 101 | | 01762 | DLS DISCOVERY - COURIER EXPENSE-COPY/PRINT; ENVELOPE; PDF EMAILED TO CLIENT; PRINTING ON LABEL STOCK; POSTAGE; HAND DELIVERY W BANKRUPTCY SERVICE | 61.78 | |
| 5126174 | 08/25/16 | | 101 | | 01762 | DLS DISCOVERY - COURIER EXPENSE-COPY PRINT/INCLUDES STUFFING AND METERING, ENVELOPES, POSTAGE AND DELIVERY SERVICE | 89.43 | |
| | | | *101 | | | COURIER EXPENSE | | 315.57 |
| | | | | | | *TOTAL DISBURSEMENTS* | 319.07 | |