## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

--------------------------------------------------------X
                    :

*In re*                         :       Chapter 11
                    :

Nortel Networks Inc., *et al.*,    :       Case No. 09-10138 (KG)
                    :

              Debtors.     :       Jointly Administered

--------------------------------X

## OMNIBUS HEARING ORDER

        **IT IS HEREBY ORDERED,** that the following omnibus hearing dates have been scheduled in the above-referenced cases:

| DATE | TIME |
|------|------|
| January 10, 2017 | 10:00 a.m. (Eastern Time) |
| January 24, 2017 | 10:00 a.m. (Eastern Time) |
| February 7, 2017 | 10:00 a.m. (Eastern Time) |
| February 21, 2017 | 10:00 a.m. (Eastern Time) |
| March 7, 2017 | 10:00 a.m. (Eastern Time) |
| March 21, 2017 | 10:00 a.m. (Eastern Time) |
| April 11, 2017 | 10:00 a.m. (Eastern Time) |
| April 25, 2017 | 10:00 a.m. (Eastern Time) |
| May 9, 2017 | 10:00 a.m. (Eastern Time) |
| May 31, 2017 | 10:00 a.m. (Eastern Time) |
| June 13, 2017 | 10:00 a.m. (Eastern Time) |
| June 27, 2017 | 10:00 a.m. (Eastern Time) |

*[signature]*

**Dated: September 23rd, 2016**
**Wilmington, Delaware**

**KEVIN GROSS**
**UNITED STATES BANKRUPTCY JUDGE**