# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| *In re* | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
|  | **Objection Deadline: October 6, 2016 at 4:00 p.m. (ET)** |

## REPORT BY THE MERGIS GROUP OF STAFFING AND COMPENSATION EARNED AND EXPENSES INCURRED FOR THE PERIOD OF AUGUST 1, 2016 THROUGH AUGUST 31, 2016.

Exhibit A:   Summary of Professionals
Exhibit B:   Summary of Projects and Project Descriptions
Exhibit C:   Summary of Fees and Expenses
Exhibit D:   Summary of Time by Professional
Exhibit E:   Summary of Fees by Project
Exhibit F:   Time Description Detail by Project
Exhibit G:   Summary of Expenses by Category
Exhibit H:   Expense Detail

The Mergis Group ("Mergis") hereby submits this Monthly Staffing Report and Compensation Report (the "Report") for the period, August 1, 2016 through August 31, 2016, describing the name and functions of assigned personnel and for compensation and reimbursement of costs and Expenses received pursuant to its engagement by an order of the Bankruptcy Court entered on May 17, 2013 [D.I. No. 10555].

Mergis' fees for this period are $115,379.00.  Mergis incurred $41.38 in expenses during this period.

---

[1] The US Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567), Nortel Networks (CALA) Inc. (4226) and Nortel Networks India International Inc. (8667) Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel/.

Dated: September 26, 2016  THE MERGIS GROUP
       Raleigh, North Carolina

Logan Dubois

*Managing Director*

**See Attached for Exhibits A through H**

**See Attached for Exhibits A through H**

# Exhibit A

## The Mergis Group
### Summary of Professionals

Nortel Networks, Inc. et al.
For the period of August 1, 2016 through August 31, 2016

| Professional | Position | Title / Role of Professional |
|---|---|---|
| Timothy C. Ross | Officer | Chief Financial Officer and Corporate Secretary - Management responsibility for all business and finance functions supporting the U.S. Principal Officer in the company operation and liquidation; direct responsibilities include, operating budget oversight, treasury management, general accounting and controls, tax, financial reporting, information technology, human resources, real estate management, and foreign subsidiary wind down. Employee Benefits and Pension Investment Committee member. |
| Kim Ponder | Non-Officer | Associate - General accounting & finance services for accounts payable, payment processing for normal course, intercompany, and professional, claims and litigation settlement disbursement processing, statutory reporting management & oversight. |

# Exhibit B

## The Mergis Group
### Summary of Projects and Project Descriptions

Nortel Networks, Inc. et al.
For the period of August 1, 2016 through August 31, 2016

| Project | Project Description |
|---|---|
| Administrative | Administrative matters related to the Debtors engagement. Includes board meetings, staff meetings, preparation of miscellaneous statements, surveys, and schedules, miscellaneous document review and execution, electronic minute book maintenance, and office and general case management activities. |
| Bankruptcy Reporting | Assist the Debtors with bankruptcy reporting requirements. Includes the financial reporting preparation & management review of the Monthly Operating Report (MOR), Form 26, Ordinary Course Professionals Report (OCP), US Trustee Fee Report, and related matters for the US Trustee. |
| Cash Management | Support the Debtors with cash flow management activities. Includes treasury systems management and controls, bank service contract oversight, cash flow planning and analysis, accountability for cash flow budget achievement, and cash reporting to estate constituents. |
| Claims Administration | Assist the Debtors with claims matters. Includes claims database systems and controls, data maintenance, analysis and validation, communications, distribution process planning, and claims settlement / distribution execution. |
| Compensation Application | Activities relating to the professional time tracking and preparation of the compensation application. |
| Discovery | Activities driven by requests directed to Nortel Networks Inc. in support of the business divestiture proceeds allocation litigation. Includes data / document extraction and analysis, preparation & presentation of findings, interface with legal counsel, and participate in court hearings. |
| Electronic Data and Document Preservation | Support the Debtors with the preservation of electronic data and hard copy documents. Includes governance and maintenance in compliance with court retention requirements and associated vendor service contract oversight. |
| Entity Liquidation and Wind Down | Assist the Debtors with the liquidation, wind down and/or deregistration of Nortel Networks, Inc. and its subsidiaries and branches (foreign and domestic).Includes the development and execution of step plans to ensure local law and U.S. Bankruptcy Court compliance in areas such as intercompany settlements, debt forgiveness, tax clearance certificates, final account balances; compliance with local and U.S. statutory, tax, financial and other governmental reporting requirements; repatriation of subsidiary or branch cash to parent; and coordinate with and support local accounting and legal professionals in conjunction with of all of the above. |
| Finance and General Accounting | Assist the Debtors with finance and general accounting operations in compliance with US GAAP. Includes statutory financial reporting preparation & review, month and year end close processing, finance systems & controls, journal entry preparation, management review, and posting, account reconciliations, balance sheet analysis, and normal course accounts receivable and payable administration . |

# Exhibit B

## The Mergis Group
### Summary of Projects and Project Descriptions

Nortel Networks, Inc. et al.
For the period of August 1, 2016 through August 31, 2016

| Project | Project Description |
|---|---|
| Human Resources | Support the Debtors in Human Resources matters. Includes development and execution of Debtors benefit plan termination (health and welfare, 401K, etc.), plan regulatory compliance oversight and reporting (audits, plan boards & committees, etc.) vendor services contract management and oversight, human resource related communications, and HR systems and data maintenance and reporting. |
| Information Technology Operations | Assist the Debtors with the maintenance and support of the Nortel Networks, Inc. residual company information technology infrastructure operations. Includes vendor services and contract oversight, data extraction, back-up, and recovery, and infrastructure problem resolution support. |
| Insurance & Risk Management | Assist the Debtors with insurance and risk management activities. Includes tracking and periodic management review of Debtors insurance coverage; ensuring compliance with established policies, leases, and contracts. Provide service oversight to agent/broker contract. |
| Plan of Reorganization | Assist the Debtors with the preparation of the plan of reorganization and associated disclosure statement. Includes financial analysis and Debtors review. |
| Professional Fee Applications | Assist the Debtors with the payment administration of engaged professionals. Includes financial recording of professional fee applications to Debtors' books and records, reconciliation to Omnibus Fee Order to Debtors' books and records, fee disbursement based on Certificate of No Objection (CNO), and associated year end regulatory reporting. |
| Real Estate Management | Assist the Debtors with lease and real estate matters. Includes property management vendor contract oversight, property management budget achievement accountability and associated financial planning & analysis, lease and sub-lease management / governance, and property marketing activities. |
| Residual Business Operations | Assist the Debtors in the resolution of outstanding residual business operations matters. Includes activities relating to residual business services customer, vendor, and/or buyer contracts and associated receivables, payables, and/or inventory, regulatory and government required business reporting surveys and schedules, and review and action of service of process notifications. |
| Tax Matters | Assist the Debtors with tax matters. Includes vendor service contract oversight, financial analysis support and management review of federal, state, and local Tax returns, claims, and audits, and authorization of tax related matters (annual report filings, settlements, etc.) . |
| Travel | Authorized travel to support Debtors projects. |

# Exhibit C

## The Mergis Group
## Summary of Fees and Expenses

Nortel Networks, Inc. et al.
For the period of August 1, 2016 through August 31, 2016

|  | Fees | Expenses | Total |
|---|---|---|---|
| For the period of August 1, 2016 through August 31, 2016 | $ 115,379.00 | $ 41.38 | $ 115,420.38 |

Exhibit C    Page 1 of 1

# Exhibit D

## The Mergis Group
## Summary of Time by Professional

Nortel Networks, Inc. et al.
For the period of August 1, 2016 through August 31, 2016

| Professional | Position | Title / Role of Professional | Hours |
|---|---|---|---|
| Timothy C. Ross | Officer | Chief Financial Officer and Corporate Secretary - Management responsibility for all business and finance functions supporting the U.S. Principal Officer in the company operation and liquidation; direct responsibilities include, operating budget oversight, treasury management, general accounting and controls, tax, financial reporting, information technology, human resources, real estate management, and foreign subsidiary wind down. Employee Benefits and Pension Investment Committee member. | 168.50 |
| Kim Ponder | Non-Officer | Associate - General accounting & finance services for accounts payable, payment processing for normal course, intercompany, and professional, claims and litigation settlement disbursement processing, statutory reporting management & oversight. | 140.00 |

**Hours for the period of August 1, 2015 through August 31, 2015** — **308.50**

   Billing Rate — $ 374.00

**Fees for the period of August 1, 2015 through August 31, 2015** — **$ 115,379.00**

# Exhibit E

## The Mergis Group
**Summary of Fees by Project**

Nortel Networks, Inc. et al.
For the period of August 1, 2016 through August 31, 2016

| Project | Project Description | Hours | Fees |
|---|---|---|---|
| Administrative | Administrative matters related to the Debtors engagement.  Includes board meetings, staff meetings, preparation of  miscellaneous statements, surveys, and schedules, miscellaneous document review and execution, electronic minute book maintenance, and office and general case management activities. | - | $ - |
| Bankruptcy Reporting | Assist the Debtors with bankruptcy reporting requirements.  Includes the financial reporting preparation & management review of the Monthly Operating Report (MOR), Form 26, Ordinary Course Professionals Report (OCP), US Trustee Fee Report, and related matters for the US Trustee. | 19.00 | $ 7,106.00 |
| Cash Management | Support the Debtors with cash flow management activities.  Includes treasury systems management and controls, bank service contract oversight, cash flow planning and analysis, accountability for cash flow budget achievement,  and cash reporting to estate constituents. | 33.50 | $ 12,529.00 |
| Claims Administration | Assist the Debtors with claims matters.  Includes claims database systems and controls, data  maintenance,  analysis and validation, communications, distribution process planning, and claims settlement / distribution execution. | 62.25 | $ 23,281.50 |
| Compensation Application | Activities relating to the professional time tracking  and preparation of the compensation application. | 8.50 | $ 3,179.00 |
| Discovery | Activities driven by requests directed to Nortel Networks Inc. in support of the business divestiture proceeds allocation litigation. Includes data / document extraction and analysis, preparation & presentation of findings, interface with legal counsel,  and participate in court hearings. | 15.00 | $ 5,610.00 |
| Electronic Data and Document Preservation | Support the Debtors with the preservation of electronic data and hard copy documents.  Includes  governance and maintenance in compliance with court retention requirements and associated vendor service contract oversight. | - | $ - |
| Entity Liquidation and Wind Down | Assist the Debtors with the liquidation, wind down and/or deregistration of Nortel Networks, Inc. and its subsidiaries and branches (foreign and domestic).Includes the development and execution of step plans to ensure local law and U.S. Bankruptcy Court compliance in areas such as intercompany settlements, debt forgiveness, tax clearance certificates, final account balances;  compliance with local and U.S. statutory, tax, financial and other governmental reporting requirements; repatriation of subsidiary or branch cash to parent; and coordinate with and support local accounting and legal professionals in conjunction with of all of the above | 10.00 | $ 3,740.00 |
| Finance and General Accounting | Assist the Debtors with finance and general accounting operations in compliance with US GAAP.  Includes statutory financial reporting preparation & review, month and year end close processing, finance systems & controls, journal entry preparation, management review, and posting, account reconciliations, balance sheet analysis, and normal course accounts receivable and payable administration . | 105.75 | $ 39,550.50 |
| Human Resources | Support the Debtors in Human Resources matters.  Includes development and execution of Debtors benefit plan termination (health and welfare, 401K, etc.), plan regulatory compliance oversight and reporting (audits, plan boards & committees, etc.)  vendor services contract management and oversight, human resource related communications, and HR systems and data maintenance and reporting. | 2.00 | $ 748.00 |
| Information Technology Operations | Assist the Debtors with the maintenance and support of the Nortel Networks, Inc. residual company information technology infrastructure operations.  Includes vendor services  and contract oversight, data extraction, back-up, and recovery, and infrastructure problem resolution support. | 0.50 | $ 187.00 |
| Insurance & Risk Management | Assist the Debtors with insurance and risk management activities.   Includes tracking and periodic management review of Debtors insurance coverage; ensuring compliance with established policies, leases, and contracts.  Provide service oversight to agent/broker contract. | 3.50 | $ 1,309.00 |

# Exhibit E

## The Mergis Group
### Summary of Fees by Project

Nortel Networks, Inc. et al.
For the period of August 1, 2016 through August 31, 2016

| Project | Project Description | Hours | Fees |
|---|---|---|---|
| Plan of Reorganization | Assist the Debtors with the preparation of the plan of reorganization and associated disclosure statement. Includes financial analysis and Debtors review. | - | $ - |
| Professional Fee Applications | Assist the Debtors with the payment administration of engaged professionals. Includes financial recording of professional fee applications to Debtors' books and records, reconciliation to Omnibus Fee Order to Debtors' books and records, fee disbursement based on Certificate of No Objection (CNO), and associated year end regulatory reporting. | 7.25 | $ 2,711.50 |
| Real Estate Management | Assist the Debtors with lease and real estate matters. Includes property management vendor contract oversight, property management budget achievement accountability and associated financial planning & analysis, lease and sub-lease management / governance, and property marketing activities. | 17.50 | $ 6,545.00 |
| Residual Business Operations | Assist the Debtors in the resolution of outstanding residual business operations matters. Includes activities relating to residual business services customer, vendor, and/or buyer contracts and associated receivables, payables, and/or inventory, regulatory and government required business reporting surveys and schedules, and review and action of service of process notifications. | 9.25 | $ 3,459.50 |
| Tax Matters | Assist the Debtors with tax matters. Includes vendor service contract oversight, financial analysis support and management review of federal, state, and local Tax returns, claims, and audits, and authorization of tax related matters (annual report filings, settlements, etc.). | 14.50 | $ 5,423.00 |
| Travel | Authorized travel to support Debtors projects. | - | $ - |
| **For the period of August 1, 2016 through August 31, 2016** | | **308.50** | **$ 115,379.00** |

# Exhibit F

## The Mergis Group
### Time Description Detail by Project

Nortel Networks, Inc. et al.
For the period of August 1, 2016 through August 31, 2016

| Project / Date | Professional | Project Work Description |
|---|---|---|
| **Bankruptcy Reporting** | | |
| 8/11/2016 | Timothy C. Ross | Conference call with Debtors wind down consultant (MC) |
| 8/16/2016 | Timothy C. Ross | Prepared Debtors monthly operating report |
| 8/17/2016 | Timothy C. Ross | Prepared Debtors monthly operating report |
| 8/18/2016 | Timothy C. Ross | Prepared and analyzed Debtors cash receipts and disbursements for the monthly operating report |
| 8/18/2016 | Timothy C. Ross | Prepared Debtors monthly operating report |
| 8/19/2016 | Timothy C. Ross | Prepared Debtors monthly operating report |
| 8/22/2016 | Timothy C. Ross | Received, reviewed, and responded to Debtors counsel (ML) |
| **Bankruptcy Reporting Total** | | |
| **Cash Management** | | |
| 8/2/2016 | Timothy C. Ross | Reviewed, authorized, and released Debtors foreign subsidiary disbursements |
| 8/2/2016 | Timothy C. Ross | Reviewed Debtors payment proposal, prepared and analyzed cash flow requirements and executed Treasury funding transactions. |
| 8/2/2016 | Timothy C. Ross | Reviewed, authorized, and released Debtors disbursements. |
| 8/8/2016 | Timothy C. Ross | Prepared and executed Debtors foreign subsidiary banking documents package |
| 8/9/2016 | Timothy C. Ross | Received, reviewed, and responded to Debtors foreign subsidiary banking matters |
| 8/10/2016 | Kim Ponder | FCB deposit. |
| 8/10/2016 | Timothy C. Ross | Reviewed and authorized Debtors bank deposits. |
| 8/10/2016 | Timothy C. Ross | Reviewed Debtors payment proposal, prepared and analyzed cash flow requirements and executed Treasury funding transactions. |
| 8/11/2016 | Timothy C. Ross | Reviewed, authorized, and released Debtors foreign subsidiary disbursements |
| 8/11/2016 | Timothy C. Ross | Reviewed, authorized, and released Debtors disbursements. |
| 8/15/2016 | Kim Ponder | Communication to Citi service re: outstanding check. |
| 8/15/2016 | Timothy C. Ross | Worked Debtors cash management matters |
| 8/16/2016 | Timothy C. Ross | Worked Debtors treasury management matters |
| 8/16/2016 | Timothy C. Ross | Reviewed Debtors payment proposal, prepared and analyzed cash flow requirements and executed Treasury funding |
| 8/17/2016 | Timothy C. Ross | Reviewed, authorized, and released Debtors disbursements. |
| 8/17/2016 | Timothy C. Ross | Reviewed and authorized Debtors bank deposits. |
| 8/19/2016 | Kim Ponder | FCB deposit. |
| 8/19/2016 | Timothy C. Ross | Analyzed cash receipts and disbursement variance to budget / published results to US Principal Officer |
| 8/19/2016 | Timothy C. Ross | Prepared for conference call with Debtors counsel |
| 8/19/2016 | Timothy C. Ross | Conference call with Debtors counsel (KH, MR) |
| 8/24/2016 | Timothy C. Ross | Reviewed Debtors payment proposal, prepared and analyzed cash flow requirements and executed Treasury funding transactions. |
| 8/25/2016 | Timothy C. Ross | Reviewed, authorized, and released Debtors disbursements. |
| 8/30/2016 | Timothy C. Ross | Reviewed and authorized Debtors bank deposits. |
| 8/30/2016 | Timothy C. Ross | Reviewed, authorized, and released Debtors foreign subsidiary disbursements |
| 8/31/2016 | Timothy C. Ross | Reviewed Debtors payment proposal, prepared and analyzed cash flow requirements and executed Treasury funding transactions. |
| 8/31/2016 | Timothy C. Ross | Worked Debtors foreign subsidiary banking matter |
| **Cash Management Total** | | |
| **Claims Administration** | | |
| 8/1/2016 | Kim Ponder | Claims research. |
| 8/2/2016 | Timothy C. Ross | Received, reviewed, and responded to Debtors financial consultant request (MK) |
| 8/8/2016 | Kim Ponder | Claims research. |
| 8/9/2016 | Kim Ponder | Claims research. |
| 8/9/2016 | Timothy C. Ross | Updated Debtors G&A allocation model for June 2016 actual results.. |
| 8/9/2016 | Timothy C. Ross | Worked claims question from Debtors wind down professional (MC) |
| 8/12/2016 | Kim Ponder | Received, scanned and forward jurisdiction communications to EY. |
| 8/17/2016 | Kim Ponder | Claims research. |
| 8/18/2016 | Kim Ponder | Claims research. |
| 8/19/2016 | Kim Ponder | Received, scanned and forwarded jurisdiction communications to EY. |
| 8/19/2016 | Kim Ponder | Claims research. |
| 8/22/2016 | Kim Ponder | Claims research. |
| 8/23/2016 | Kim Ponder | Claims research. |
| 8/24/2016 | Kim Ponder | Received, scanned and forwarded jurisdiction communications to EY. |
| 8/24/2016 | Kim Ponder | Claims research. |
| 8/24/2016 | Timothy C. Ross | Performed document/data search |
| 8/25/2016 | Kim Ponder | Claims research. |
| 8/25/2016 | Timothy C. Ross | Conference call with Debtors former employee (ES) |
| 8/26/2016 | Kim Ponder | Claims research. |
| 8/26/2016 | Kim Ponder | Claims research. |
| 8/31/2016 | Timothy C. Ross | Updated Debtors G&A allocation model for July 2016 actual results.. |
| **Claims Administration Total** | | |

# Exhibit F

## The Mergis Group
### Time Description Detail by Project

Nortel Networks, Inc. et al.
For the period of August 1, 2016 through August 31, 2016

**Project (Date    Professional    Project Work Description**

**Compensation Application**

| Date | Professional | Project Work Description |
|---|---|---|
| 8/5/2016 | Kim Ponder | Compensation application preparation re: update of timekeeping records. |
| 8/5/2016 | Timothy C. Ross | Compensation application preparation re: update of timekeeping records. |
| 8/11/2016 | Timothy C. Ross | Received, reviewed, updated and finalized Mergis Staffing & Compensation report with CGSH edits and submitted to MNAT for court filing. |
| 8/12/2016 | Kim Ponder | Compensation application preparation re: update of timekeeping records. |
| 8/12/2016 | Timothy C. Ross | Compensation application preparation re: update of timekeeping records. |
| 8/19/2016 | Kim Ponder | Compensation application preparation re: update of timekeeping records. |
| 8/19/2016 | Timothy C. Ross | Compensation application preparation re: update of timekeeping records. |
| 8/23/2016 | Timothy C. Ross | Prepared DRAFT Mergis staffing & compensation report for CGSH review |
| 8/26/2016 | Kim Ponder | Compensation application preparation re: update of timekeeping records. |
| 8/26/2016 | Timothy C. Ross | Compensation application preparation re: update of timekeeping records. |
| 8/29/2016 | Timothy C. Ross | Received, reviewed, updated and finalized Mergis Staffing & Compensation report with CGSH edits and submitted to MNAT for court filing. |

**Compensation Application Total**

**Discovery**

| Date | Professional | Project Work Description |
|---|---|---|
| 8/8/2016 | Timothy C. Ross | Received, reviewed, and responded to request from Debtors counsel (PC) |
| 8/9/2016 | Timothy C. Ross | Received and responded to request from Debtors Counsel (PC) |
| 8/10/2016 | Timothy C. Ross | Worked debtors discovery request from Counsel (PC) |
| 8/22/2016 | Timothy C. Ross | Received, reviewed, and actioned Debtors subpoena for employee records |
| 8/23/2016 | Timothy C. Ross | Working session with Debtor consultant (DC) |
| 8/25/2016 | Timothy C. Ross | Received, researched, and responded to Debtors counsel (PC) request |
| 8/26/2016 | Timothy C. Ross | Received, reviewed, and acknowledged Debtors service of process notification(s) |
| 8/26/2016 | Timothy C. Ross | Conference call with Debtors counsel (PC) |
| 8/26/2016 | Timothy C. Ross | Conference call with Debtors former employee (TN) |
| 8/29/2016 | Timothy C. Ross | Worked Debtors notice of deposition |
| 8/31/2016 | Timothy C. Ross | Conference call with Debtors counsel (PC) |
| 8/31/2016 | Timothy C. Ross | Received, reviewed, and actioned Debtors service of process notification(s) |

**Discovery Total**

**Entity Liquidation and Wind Down**

| Date | Professional | Project Work Description |
|---|---|---|
| 8/9/2016 | Timothy C. Ross | Conference call with Debtors counsel (MR, KH) and foreign subsidiary professionals (AB, NS, PJ) |
| 8/9/2016 | Timothy C. Ross | Worked 8/9 conference call actions |
| 8/23/2016 | Timothy C. Ross | Received, reviewed, and responded to Debtors foreign subsidiary professional (AB) |
| 8/24/2016 | Timothy C. Ross | Prepared for meeting with Debtors wind down consultant (KS) |
| 8/25/2016 | Timothy C. Ross | Conference call with Debtors wind down consultant (KS) |
| 8/25/2016 | Timothy C. Ross | Received, reviewed, and responded to Debtors counsel (MR) |
| 8/26/2016 | Timothy C. Ross | Received, reviewed, and responded to Debtors foreign subsidiary matters |
| 8/30/2016 | Timothy C. Ross | Received, reviewed, and responded to Debtors foreign subsidiary counsel (MR, LV) |
| 8/30/2016 | Timothy C. Ross | Conference call with Debtors (MR) and Debtors foreign subsidiary counsel (LV) |

**Entity Liquidation and Wind Down Total**

**Finance and General Accounting**

| Date | Professional | Project Work Description |
|---|---|---|
| 8/1/2016 | Kim Ponder | Loaded fx rates @ 7/31. |
| 8/1/2016 | Kim Ponder | Month end close. |
| 8/1/2016 | Kim Ponder | Normal course payables |
| 8/1/2016 | Timothy C. Ross | Prepared and submitted Debtors residual staffing time schedule. |
| 8/1/2016 | Timothy C. Ross | Worked Debtors residual staffing matters |
| 8/1/2016 | Timothy C. Ross | Reviewed and authorized Debtors bank reconciliations |
| 8/2/2016 | Timothy C. Ross | Prepared results and responded to Debtors counsel (KH) request |
| 8/3/2016 | Kim Ponder | Month end close. |
| 8/3/2016 | Kim Ponder | Normal course payables |
| 8/3/2016 | Kim Ponder | Monitored email. |
| 8/4/2016 | Kim Ponder | Monitored email. |
| 8/5/2016 | Kim Ponder | Monitored email. |
| 8/8/2016 | Timothy C. Ross | Conducted conference call with Debtors foreign subsidiary professional (MS, WAC, LNVP, and JRHC) |
| 8/8/2016 | Timothy C. Ross | Prepared and submitted Debtors residual staff time report. |
| 8/8/2016 | Timothy C. Ross | Prepared for conference call with Debtors foreign subsidiary professional |
| 8/8/2016 | Timothy C. Ross | Worked Debtors financial and accounting matters |
| 8/8/2016 | Timothy C. Ross | Reviewed and authorized Debtors invoices for payment |
| 8/9/2016 | Kim Ponder | Normal course payables |
| 8/9/2016 | Kim Ponder | Correspondence with Deloitte Guatemala. |
| 8/9/2016 | Timothy C. Ross | Reviewed and authorized Debtors foreign subsidiary invoices for payment |
| 8/9/2016 | Timothy C. Ross | Worked Debtors financial and accounting matters |
| 8/10/2016 | Kim Ponder | Posted cash receipts. |

# Exhibit F

## The Mergis Group
### Time Description Detail by Project

Nortel Networks, Inc. et al.
For the period of August 1, 2016 through August 31, 2016

| Project | Date | Professional | Project Work Description |
|---|---|---|---|
| | 8/10/2016 | Kim Ponder | Normal course payables |
| | 8/10/2016 | Kim Ponder | Month end close. |
| | 8/10/2016 | Timothy C. Ross | Worked Debtors financial and accounting matters |
| | 8/10/2016 | Timothy C. Ross | Reconciled and loaded Budget revisions to QuickBooks. |
| | 8/11/2016 | Kim Ponder | Intercompany billing. |
| | 8/11/2016 | Kim Ponder | Normal course payables |
| | 8/11/2016 | Kim Ponder | Prepared intercompany confirmation package. |
| | 8/11/2016 | Kim Ponder | Month end close. |
| | 8/11/2016 | Timothy C. Ross | Reconciled and completed IC confirmation request from NNAsia |
| | 8/11/2016 | Timothy C. Ross | Worked Debtors financial and accounting matters |
| | 8/12/2016 | Kim Ponder | Month end close. |
| | 8/12/2016 | Timothy C. Ross | Worked Debtors financial and accounting matters |
| | 8/12/2016 | Timothy C. Ross | Prepared Interco/affiliate AR/AP reporting and reconciled balancing |
| | 8/15/2016 | Kim Ponder | Month end close. |
| | 8/15/2016 | Kim Ponder | QB updates and maintenance. |
| | 8/15/2016 | Timothy C. Ross | Prepared, submitted, and approved Debtors residual staffing and consultant time reporting |
| | 8/15/2016 | Timothy C. Ross | Reviewed and authorized Debtors Bank reconciliations. |
| | 8/15/2016 | Timothy C. Ross | Prepared and recorded NNIII CH11 BK journal entries. |
| | 8/15/2016 | Timothy C. Ross | Modified and reconciled Interco related financial reports |
| | 8/16/2016 | Kim Ponder | Normal course payables |
| | 8/16/2016 | Kim Ponder | Month end close and reporting. |
| | 8/16/2016 | Kim Ponder | GL reconciliations. |
| | 8/16/2016 | Timothy C. Ross | Modified and reconciled Interco related financial reports |
| | 8/17/2016 | Kim Ponder | Normal course payables |
| | 8/17/2016 | Kim Ponder | Communication to Deloitte GTQ re: Citibank process. |
| | 8/18/2016 | Kim Ponder | Posted cash receipts. |
| | 8/18/2016 | Kim Ponder | Normal course payables |
| | 8/18/2016 | Kim Ponder | QB report maintenance. |
| | 8/22/2016 | Kim Ponder | Normal course payables |
| | 8/22/2016 | Timothy C. Ross | Prepared, submitted, and approved Debtors residual staffing and consultant time reporting |
| | 8/23/2016 | Timothy C. Ross | Prepared intercompany invoices. |
| | 8/24/2016 | Kim Ponder | Normal course payables |
| | 8/24/2016 | Kim Ponder | Received, researched and forwarded findings to EY re: Kansas DOL |
| | 8/24/2016 | Kim Ponder | Communicated with CT Corporation. |
| | 8/24/2016 | Kim Ponder | Intercompany billing. |
| | 8/25/2016 | Kim Ponder | Normal course payables |
| | 8/25/2016 | Timothy C. Ross | Reviewed and authorized Debtors GL account reconciliations. |
| | 8/26/2016 | Timothy C. Ross | Reviewed and authorized Debtors residual invoices for payment |
| | 8/29/2016 | Kim Ponder | Received and responded to request for litigation related data. |
| | 8/29/2016 | Timothy C. Ross | Authorized and submitted Debtors residual staffing time reports for disbursement to consultant |
| | 8/29/2016 | Timothy C. Ross | Reviewed and authorized released of Debtors foreign subsidiary financial statements |
| | 8/29/2016 | Timothy C. Ross | Reviewed and authorized Debtors foreign subsidiary invoices for disbursement |
| | 8/30/2016 | Kim Ponder | Monitored email. |
| | 8/30/2016 | Timothy C. Ross | Worked Debtors financial and accounting matters |
| | 8/31/2016 | Kim Ponder | Normal course payables |
| | 8/31/2016 | Kim Ponder | Monitored email. |
| | 8/31/2016 | Timothy C. Ross | Worked Debtors consultant agreement extension and consideration error reconciliation |
| **Finance and General Accounting Total** | | | |

**Human Resources**

| | 8/12/2016 | Kim Ponder | Received, researched and responded to NJ request. |
|---|---|---|---|
| | 8/24/2016 | Kim Ponder | Telephone call with New Jersey Child Support office. |
| | 8/24/2016 | Timothy C. Ross | Received, reviewed, and actioned Debtors records request |
| | 8/29/2016 | Timothy C. Ross | Received and actioned Debtors former employee communication |
| **Human Resources Total** | | | |

**Information Technology Operations**

| | 8/12/2016 | Kim Ponder | QB updates. |
|---|---|---|---|
| **Information Technology Operations Total** | | | |

**Insurance & Risk Management**

| | 8/1/2016 | Timothy C. Ross | Received, reviewed, and executed Debtors insurance broker/CSA agreement |
|---|---|---|---|
| | 8/2/2016 | Timothy C. Ross | Worked Debtors insurance matters |
| | 8/9/2016 | Timothy C. Ross | Conference call with Debtors insurance broker (SK) |
| | 8/17/2016 | Timothy C. Ross | Follow-up with Debtors insurance broker (SK) |
| | 8/31/2016 | Timothy C. Ross | Worked Debtors insurance matters |
| **Insurance & Risk Management Total** | | | |

# Exhibit F

## The Mergis Group
### Time Description Detail by Project

Nortel Networks, Inc. et al.
For the period of August 1, 2016 through August 31, 2016

| Project / Date | Professional | Project Work Description |
|---|---|---|
| **Professional Fee Applications** | | |
| 8/1/2016 | Kim Ponder | Processed fee application filed by Professional. |
| 8/10/2016 | Kim Ponder | Processed fee applications filed by Professionals. |
| 8/12/2016 | Kim Ponder | Processed fee applications filed by Professionals. |
| 8/15/2016 | Kim Ponder | Reconciled open holdbacks to omnibus order. |
| 8/16/2016 | Timothy C. Ross | Reviewed and established disbursement schedule for professionals |
| 8/16/2016 | Timothy C. Ross | Reviewed and authorized Debtors professional invoices for disbursement |
| 8/17/2016 | Kim Ponder | Processed fee application filed by Professional. |
| 8/19/2016 | Kim Ponder | Processed fee applications filed by Professional. |
| 8/22/2016 | Kim Ponder | Processed fee applications filed by Professionals. |
| **Professional Fee Applications Total** | | |
| **Real Estate Management** | | |
| 8/1/2016 | Kim Ponder | Communications to subtenants. |
| 8/1/2016 | Kim Ponder | Compiled map package for Cleary. |
| 8/1/2016 | Timothy C. Ross | Worked Debtors property management matters |
| 8/1/2016 | Timothy C. Ross | Worked Debtors property management matters |
| 8/1/2016 | Timothy C. Ross | Conference call with Debtors counsel (LS, HM, PM, CC), wind down professional (KS), property manager (AL) and property manager counsel |
| 8/10/2016 | Timothy C. Ross | Worked Debtors property management matters |
| 8/10/2016 | Timothy C. Ross | Worked Debtors property management matters |
| 8/11/2016 | Timothy C. Ross | Reviewed and executed Debtors property management matters |
| 8/12/2016 | Timothy C. Ross | Worked Debtors property management matters |
| 8/22/2016 | Timothy C. Ross | Received, researched, and responded to Debtors former subtenant matter |
| 8/22/2016 | Timothy C. Ross | Worked Debtors property management matter |
| 8/22/2016 | Timothy C. Ross | Prepared and analyzed 2016 tenant operating expenses (taxes & utilities) true-up |
| 8/23/2016 | Kim Ponder | Prepared documentation package re: RTP lease. |
| 8/23/2016 | Timothy C. Ross | Worked Debtors property management matters |
| 8/23/2016 | Timothy C. Ross | Created and posted Debtors financial transactions |
| 8/30/2016 | Kim Ponder | Communications with AT&T and Gramercy Property Trust. |
| 8/31/2016 | Timothy C. Ross | Received, reviewed, and responded to Debtors counsel (HM) |
| **Real Estate Management Total** | | |
| **Residual Business Operations** | | |
| 8/8/2016 | Timothy C. Ross | Worked Debtors residual consultant matters |
| 8/9/2016 | Kim Ponder | Weekly postal delivery. |
| 8/15/2016 | Timothy C. Ross | Prepared environmental reserve analysis and authorized payment of professional fees for payment |
| 8/16/2016 | Timothy C. Ross | Received, reviewed, and responded to Debtors unclaimed property matters |
| 8/18/2016 | Kim Ponder | Weekly postal delivery. |
| 8/18/2016 | Timothy C. Ross | Received, reviewed, and acknowledged Debtors service of process notification (s) |
| 8/22/2016 | Timothy C. Ross | Received, reviewed, and acknowledged Debtors service of process notification(s) |
| 8/23/2016 | Kim Ponder | Weekly postal delivery and mailing. |
| 8/23/2016 | Timothy C. Ross | Worked Debtors collection matters |
| 8/24/2016 | Timothy C. Ross | Received, reviewed, and acknowledged Debtors service of process notification(s) |
| 8/30/2016 | Timothy C. Ross | Worked Debtors service of process notification issue |
| 8/30/2016 | Timothy C. Ross | Worked Debtors collection issue |
| **Residual Business Operations Total** | | |
| **Tax Matters** | | |
| 8/1/2016 | Timothy C. Ross | Updated foreign bank account daily balances |
| 8/2/2016 | Timothy C. Ross | Received, reviewed, and actioned Debtors tax matters |
| 8/8/2016 | Kim Ponder | Received, researched and responded to EY inquiry |
| 8/9/2016 | Timothy C. Ross | Worked Debtors tax issues |
| 8/9/2016 | Timothy C. Ross | Reviewed and executed Debtors tax matters |
| 8/10/2016 | Kim Ponder | Processed tax extension per EY request. |
| 8/10/2016 | Timothy C. Ross | Meeting with Debtors tax professional (JW) |
| 8/11/2016 | Timothy C. Ross | Reviewed and authorized Debtors foreign subsidiary local tax matters |
| 8/12/2016 | Timothy C. Ross | Updated foreign bank account daily balances |
| 8/17/2016 | Timothy C. Ross | Worked Debtors request from Tax Professional (JW, AS) |
| 8/17/2016 | Timothy C. Ross | Received, reviewed, and actioned Debtors employment tax matters |
| 8/18/2016 | Timothy C. Ross | Meeting with Debtors tax professional (JW) |
| 8/19/2016 | Timothy C. Ross | Updated foreign bank account daily balances |
| 8/22/2016 | Kim Ponder | Prepared summary of property taxes. |
| 8/22/2016 | Kim Ponder | Prepared extension requests and online report filing. |
| 8/23/2016 | Timothy C. Ross | Received, reviewed, and actioned debtors tax matters |

**Exhibit G**

**The Mergis Group
Summary of Expenses By Category**

**Nortel Networks, Inc. et al.**
For the period of August 1, 2016 through August 31, 2016

| Expense Category | Expenses |
|---|---:|
| Airfare | - |
| Lodging | - |
| Meals | - |
| Parking | - |
| Ground Transportation | - |
| Office Expense | 27.51 |
| Professional | - |
| Miscellaneous | 13.87 |
| **For the period of August 1, 2016 through August 31, 2016** | **$ 41.38** |

# Exhibit H

## The Mergis Group
### Expense Detail

Nortel Networks, Inc. et al.
For the period of August 1, 2016 through August 31, 2016

| Date (s) Incurred | Name of Professional | Purpose | | Location Visited | |
|---|---|---|---|---|---|
| 08/09/16 | Timothy C. Ross | Passport photos to support NTEC Citibank signatory document requirements. | | Local | |
| | **Expense Category** | **Vendor** | | | **Expenses** |
| | Airfare | | | | - |
| | Lodging | | | | - |
| | Meals | | | | - |
| | Parking | | | | - |
| | Ground Transportation | | | | - |
| | Office Expense | | | | - |
| | Professional | | | | - |
| | Miscellaneous | Walgreens | | | 13.87 |
| | **Total** | | | **$** | **13.87** |

| Date (s) Incurred | Name of Professional | Purpose | | Location Visited | |
|---|---|---|---|---|---|
| 08/26/16 | Kim Ponder | Copy & Postage | | Local | |
| | **Expense Category** | **Vendor** | | | **Expenses** |
| | Airfare | | | | - |
| | Lodging | | | | - |
| | Meals | | | | - |
| | Parking | | | | - |
| | Ground Transportation | | | | - |
| | Office Expense | Fedex & US Post Office | | | 27.51 |
| | Professional | | | | - |
| | Miscellaneous | | | | - |
| | **Total** | | | **$** | **27.51** |

| Date (s) Incurred | Name of Professional | Purpose | | Location Visited | |
|---|---|---|---|---|---|
| | **Expense Category** | **Vendor** | | | **Expenses** |
| | Airfare | | | | - |
| | Lodging | | | | - |
| | Meals | | | | - |
| | Parking | | | | - |
| | Ground Transportation | | | | - |
| | Office Expense | | | | - |
| | Professional | | | | - |
| | Miscellaneous | | | | - |
| | **Total** | | | **$** | **-** |

| Date (s) Incurred | Name of Professional | Purpose | | Location Visited | |
|---|---|---|---|---|---|
| | **Expense Category** | **Vendor** | | | **Expenses** |
| | Airfare | | | | - |
| | Lodging | | | | - |
| | Meals | | | | - |
| | Parking | | | | - |
| | Ground Transportation | | | | - |
| | Office Expense | | | | - |
| | Professional | | | | - |
| | Miscellaneous | | | | - |
| | **Total** | | | **$** | **-** |

| | | | | | |
|---|---|---|---|---|---|
| **For the period of August 1, 2016 through August 31, 2016** | | | | **$** | **41.38** |