# **CERTIFICATE OF SERVICE**

I, Tamara K. Minott, certify that I am not less than 18 years of age, and that service of the foregoing **Report by the Mergis Group of Staffing and Compensation Earned and Expenses Incurred for the Period of August 1, 2016 through August 31, 2016** was caused to be made on September 26, 2016, in the manner indicated upon the entities identified below.

Dated: September 26, 2016  
Wilmington, DE

*/s/ Tamara K. Minott*  
Tamara K. Minott (No. 5643)

**VIA HAND DELIVERY**

Mark Kenney, Esq.  
Office of the U.S. Trustee  
844 King Street  
Suite 2207, Lockbox 35  
Wilmington, DE 19801-3519  
(Trustee)

Christopher M. Samis, Esq.  
L. Katherine Good, Esq.  
Whiteford Taylor & Preston LLC  
The Renaissance Center  
405 N. King Street, Suite 500  
Wilmington, DE 19801  
(Counsel for Official Committee Of Unsecured Creditors)

**VIA FIRST CLASS MAIL**

Nortel Networks, Inc.  
Attn: Accounts Payable  
8601 Six Forks Rd.  
Suite 400  
Raleigh, NC 27615  
(Debtor)

Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer & Feld LLP  
One Bryant Park  
New York, NY 10036  
(Counsel for Official Committee Of Unsecured Creditors)

7342377.32