**Exhibit B**

# Invoice

Ashurst LLP
Broadwalk House
5 Appold Street
London
EC2A 2HA

The Official Unsecured Creditors Committee for Nortel Networks Inc
c/o Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, New York  10036
United States of America

Tel  +44 (0)20 7638 1111
Fax +44 (0)20 7638 1112
www.ashurst.com

Our VAT No.: GB 108 2136 48

ashurst

**Interim** (S)

VAT Invoice Date: **23 September 2016**     Our Ref: **GDB/CCN01.00001**     Invoice No.: **416020**

| | VAT GBP | VAT Rate (%) | Fees and Disbursements GBP |
|---|---|---|---|
| **Re: BANKRUPTCY** | | | |
| **To our professional fees** (NT) | 0.00 | 0.00 | 5,691.50 |
| For the period to 31 August 2016, in connection with the above matter. | | | |
| (Please see attached) | | | |
| Document Production (NT) | 0.00 | 0.00 | 3.12 |
| | 0.00 | | 5,694.62 |
| | | VAT | 0.00 |
| | | Total | 5,694.62 |
| | | **Balance Due** | **5,694.62** |

The fees and disbursements the subject of this invoice may include fees and disbursements due to another member of the Ashurst Group.

**Payment Details**
NatWest - 15 Bishopsgate, London, EC2P 2AP - **Account No.:** 00404268
**Sort Code:** 50-00-00 - **Swift Code:** NWBKGB2L - **IBAN Code:** GB12NWBK50000000404268

**Please note:** Remittance advices should be sent electronically to remittances@ashurst.com

Please quote reference 416020 when settling this invoice
**Payment Terms: 21 days**

**Legal services are 100% foreign source**

AUSTRALIA  BELGIUM  CHINA  FRANCE  GERMANY  HONG KONG SAR  INDONESIA (ASSOCIATED OFFICE)  ITALY  JAPAN  PAPUA NEW GUINEA
SAUDI ARABIA  SINGAPORE  SPAIN  UNITED ARAB EMIRATES  UNITED KINGDOM  UNITED STATES OF AMERICA

Ashurst LLP is a limited liability partnership registered in England and Wales under number OC330252 and is part of the Ashurst Group. It is a law firm authorised and regulated by the Solicitors Regulation Authority of England and Wales under number 468653. A list of members of Ashurst LLP and their professional qualifications is open to inspection at its registered office Broadwalk House, 5 Appold Street, London EC2A 2HA or at the address above. The term 'partner' in relation to Ashurst LLP is used to refer to a member of Ashurst LLP or to an employee or consultant with equivalent standing and qualifications. The Ashurst Group has an office in each of the places listed above.



The Official Unsecured Creditors Committ
Re: BANKRUPTCY
GDB/GDB/CCN01.00001
For the period: to 31/08/2016

**Matter: CCN01.00001 - BANKRUPTCY**

<u>**C0003**</u>     <u>**Ashurst Fee Application/Monthly Billing Reports**</u>

| | | Time (Decimal) | Agreed Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Senior Associate** | | | | |
| LROBER | Lindsey Roberts | 1.30 | 585.00 | 760.50 |
| **Trainee** | | | | |
| JAPOWE | James Powell | 3.60 | 210.00 | 756.00 |
| | | | Total | **1,516.50** |

## C0003       Ashurst Fee Application/Monthly Billing Reports

|  |  |  |  | Time (Decimal) | Agreed Rate (GBP /hour) | Amount |
|---|---|---|---|---|---|---|

### Detailed Time Breakdown

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/08/2016 | James Powell | MISC | Retrieving July fee estimate; Email to LROBER re the same | 0.30 | 210.00 | 63.00 |
| 11/08/2016 | Lindsey Roberts | INTD | Emails to JAPOWE re: July fee/expenses estimates; email to Brad Kahn re: the same | 0.20 | 585.00 | 117.00 |
| 15/08/2016 | James Powell | REVI | Reviewing and marking-up amendments to the July pre-bill | 0.60 | 210.00 | 126.00 |
| 15/08/2016 | Lindsey Roberts | INTD | Discussion with JAPOWE re July Fee application and interim fee application | 0.10 | 585.00 | 58.50 |
| 16/08/2016 | James Powell | MISC | Checking amendments have gone in to July invoice; Liaising with Billing re further amendment | 0.10 | 210.00 | 21.00 |
| 16/08/2016 | Lindsey Roberts | READ | Review of draft invoice for fee application | 0.20 | 585.00 | 117.00 |
| 17/08/2016 | James Powell | DRFT | Drafting July Monthly Fee Application; Discussion with LROBER re the same | 1.20 | 210.00 | 252.00 |
| 17/08/2016 | James Powell | DRFT | Drafting Thirtieth Interim Fee Application | 0.50 | 210.00 | 105.00 |
| 17/08/2016 | Lindsey Roberts | DRFT | Review/comment on draft interim fee application and July fee application | 0.40 | 585.00 | 234.00 |
| 23/08/2016 | Lindsey Roberts | LETT | Email to Katie Good re: CNO | 0.20 | 585.00 | 117.00 |
| 30/08/2016 | James Powell | LETT | Email to Matthew Fagen re July Monthly Fee Application and Interim Fee Application | 0.10 | 210.00 | 21.00 |
| 30/08/2016 | James Powell | LETT | Email to LROBER attaching July and Interim Fee Applications for sign off and draft email to Matthew Fagen | 0.30 | 210.00 | 63.00 |
| 30/08/2016 | James Powell | DRFT | Finalising July Monthly Fee Application; Email to Credit Control to confirm receipt of fees | 0.40 | 210.00 | 84.00 |
| 30/08/2016 | James Powell | DRFT | Finalising Thirtieth Interim Fee Application | 0.10 | 210.00 | 21.00 |
| 30/08/2016 | Lindsey Roberts | READ | Review of interim and monthly fee application | 0.20 | 585.00 | 117.00 |
|  |  |  |  |  |  | 1,516.50 |

Matter: CCN01.00001 - BANKRUPTCY

## C0007        Creditors Committee Meetings

|  |  | Time (Decimal) | Agreed Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Senior Associate** | | | | |
| ACROKE | Antonia Croke | 3.00 | 615.00 | 1,845.00 |
| LROBER | Lindsey Roberts | 0.20 | 585.00 | 117.00 |
| | | | Total | **1,962.00** |

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 04/08/2016 | Antonia Croke | READ | Review Agenda for UCC call, Mins of previous call and PPI order | 0.20 | 615.00 | 123.00 |
| 04/08/2016 | Antonia Croke | ATTD | Attend UCC call | 0.50 | 615.00 | 307.50 |
| 11/08/2016 | Antonia Croke | READ | Review Agenda for UCC call; minutes of previous call; and BRG deck on recovery analyses of the SPSA | 0.80 | 615.00 | 492.00 |
| 11/08/2016 | Antonia Croke | ATTD | Attend UCC call | 0.90 | 615.00 | 553.50 |
| 18/08/2016 | Antonia Croke | LETT | Review email re cancellation of UCC call | 0.10 | 615.00 | 61.50 |
| 25/08/2016 | Antonia Croke | LETT | Review agenda for UCC call and minutes of previous call | 0.10 | 615.00 | 61.50 |
| 25/08/2016 | Antonia Croke | ATTD | Attend UCC call | 0.30 | 615.00 | 184.50 |
| 25/08/2016 | Lindsey Roberts | INTD | Discussion with ACROKE re: UCC calls; email from Fred re: further UCC call re: settlement agreement | 0.20 | 585.00 | 117.00 |
| 26/08/2016 | Antonia Croke | LETT | Review UCC call; follow up email | 0.10 | 615.00 | 61.50 |
| | | | | | | **1,962.00** |

Matter: CCN01.00001 - BANKRUPTCY

## C0012     General Claims Analysis/Claims Objections

| | | Time (Decimal) | Agreed Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Partner** | | | | |
| AMP | Angela Pearson | 0.20 | 820.00 | 164.00 |
| **Senior Associate** | | | | |
| ACROKE | Antonia Croke | 3.10 | 615.00 | 1,906.50 |
| LROBER | Lindsey Roberts | 0.10 | 585.00 | 58.50 |
| **Trainee** | | | | |
| JAPOWE | James Powell | 0.40 | 210.00 | 84.00 |
| | | | Total | **2,213.00** |

### Detailed Time Breakdown

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/08/2016 | Antonia Croke | LETT | Review email re applications filed with Sup Ct of Canada | 0.10 | 615.00 | 61.50 |
| 02/08/2016 | Antonia Croke | LETT | Review emails re trade claims consortium's application for leave to appeal | 0.10 | 615.00 | 61.50 |
| 03/08/2016 | Antonia Croke | LETT | Review emails re UCC application for leave to appeal to the Sup Ct of Canada | 0.10 | 615.00 | 61.50 |
| 04/08/2016 | Antonia Croke | READ | Review updated SPSA | 0.60 | 615.00 | 369.00 |
| 05/08/2016 | Antonia Croke | READ | Review UCC comments on updated SPSA and email re same | 0.50 | 615.00 | 307.50 |
| 05/08/2016 | Angela Pearson | LETT | Review emails (in/out) | 0.20 | 820.00 | 164.00 |
| 05/08/2016 | James Powell | READ | Reviewing Nortel Bloomberg news story | 0.10 | 210.00 | 21.00 |
| 10/08/2016 | Antonia Croke | READ | Review Court order and email re 3rd circuit granting petitions for leave to appeal | 0.20 | 615.00 | 123.00 |
| 10/08/2016 | Antonia Croke | LETT | Review email re consolidation of apps for leave to appeal to SCC | 0.10 | 615.00 | 61.50 |
| 11/08/2016 | Antonia Croke | LETT | Review email re applications for leave to appeal to SCC | 0.10 | 615.00 | 61.50 |
| 11/08/2016 | Antonia Croke | LETT | Review monitor's draft request to the Can SC to toll the time to file responses to the applications for leave to appeal | 0.20 | 615.00 | 123.00 |
| 12/08/2016 | Antonia Croke | LETT | Review emails re application for leave to appeal to the SCC | 0.10 | 615.00 | 61.50 |
| 15/08/2016 | Antonia Croke | LETT | Review email re motion for leave to appeal to the Canadian SC | 0.10 | 615.00 | 61.50 |
| 15/08/2016 | James Powell | READ | Reviewing Bloomberg Nortel news stories; Email to LROBER re the same | 0.30 | 210.00 | 63.00 |
| 15/08/2016 | Lindsey Roberts | READ | Email from James re: recent articles on settlement and appeal | 0.10 | 585.00 | 58.50 |
| 18/08/2016 | Antonia Croke | READ | Review email re BRG recovrey analysis issues | 0.10 | 615.00 | 61.50 |
| 18/08/2016 | Antonia Croke | LETT | Review emails re Canadian Sup Ct motion | 0.10 | 615.00 | 61.50 |
| 26/08/2016 | Antonia Croke | READ | Review revised draft of SPSA and email from B Kahn re same | 0.70 | 615.00 | 430.50 |
| | | | | | | **2,213.00** |