**Exhibit C**

**DISBURSEMENT SUMMARY**

**AUGUST 01, 2016 THROUGH AUGUST 31, 2016**

| | |
|---|---:|
| Document Production | £3.12 |
| **TOTAL** | **£3.12** |