**Exhibit D**

**Disbursements Detailed Breakdown**

Document Production 52 pages – £0.06pp                                                      £3.12