**Exhibit E**

**SUMMARY OF ATTORNEYS AND LEGAL ASSISTANTS**
**RENDERING SERVICES DURING THE PERIOD**
**AUGUST 01, 2016 THROUGH AUGUST 31, 2016**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate After 1 July 2016 | Total Billed Hours | Total Compensation Requested (£) |
|---|---|---|---|---|
| Angela Pearson | Partner for 8 years; Admitted in 1993 in England and Wales; Restructuring and Special Situations Group, London | £820 | 0.20 | 164.00 |
| Antonia Croke | Associate for 9 years; Admitted in 2007 in New South Wales; Australia Dispute Resolution Group, London | £615 | 6.10 | 3,751.50 |
| Lindsey Roberts | Associate for 5 years; Admitted in 2011 in England and Wales; Dispute Resolution Group, London | £585 | 1.60 | 936.00 |
| James Powell | Trainee Solicitor; Dispute Resolution Group, London | £210 | 4.00 | 840.00 |
| **TOTAL** | | | **11.90** | **5,691.50** |

## COMPENSATION BY PROJECT CATEGORY
## AUGUST 01, 2016 THROUGH AUGUST 31, 2016

| Project Category | Total Hours | Total Fees (£) |
| --- | --- | --- |
| Ashurst Fee Application / Monthly Billing Reports | 4.90 | 1,516.50 |
| Creditors Committee Meetings | 3.20 | 1,962.00 |
| General Claims Analysis/Claims Objections | 3.80 | 2,213.00 |
| **TOTAL** | **11.90** | **5,691.50** |