**EXHIBIT B**

**Satisfied Obligations**

# Exhibit B

## Satisfied Claims

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Reason for Modification<br>or Disallowance |
|---|---|---|---|
| KONET PR<br>PO BOX 366243<br>SAN JUAN  00936-6243<br>PUERTO RICO | 515011080<br><br>09-12515<br>Nortel Networks<br>(CALA), Inc. | - (S)<br>- (A)<br>- (P)<br>$46,350.00 (U)<br>$46,350.00 (T) | Satisfied Claim.  Claim should be expunged as the invoice related to the scheduled liability was paid pursuant to one or more of the Payment Orders and/or in the ordinary course of business.<br><br>Invoice # 09162NORTEL dated 6/12/2009 in the amount of $46,350.00 was paid by ACH on 9/10/2009.  The total amount of the ACH on 9/10/2009 was $120,601.50, which also included payment for another invoice not relevant to this scheduled liability. |
| KUEHNE & NAGEL<br>12 FORGE PARK DRIVE<br>FRANKLIN, MA  02038 | 515011200<br><br>09-12515<br>Nortel Networks<br>(CALA), Inc. | - (S)<br>- (A)<br>- (P)<br>$34,614.25 (U)<br>$34,614.25 (T) | Satisfied Claim.  Claim should be expunged as the invoices related to the scheduled liability were paid pursuant to one or more of the Payment Orders and/or in the ordinary course of business.<br><br>Invoice # 8450000200811 dated 6/29/2009 in the amount of $17,290.00 and invoice #8450000200862 dated 6/30/2009 in the amount of $6,456.00 were paid by wire on 10/29/2009.  The total amount of the wire was $23,746.00, which included the payment of both invoices.<br><br>Invoice # 8450000201648 dated 7/6/2009 in the amount of $10,868.25 was paid by ACH on 10/29/2009. |
| TUV RHEINLAND OF NORTH AMERICA INC<br>1279 QUARRY LANE<br>PLEASANTON, CA  94566 | 101016960<br><br>09-10140<br>Nortel Altsystems, Inc. | - (S)<br>- (A)<br>- (P)<br>$2,750.00 (U)<br>$2,750.00 (T) | Satisfied Claim.  Claim should be expunged as the invoice related to the scheduled liability was paid pursuant to one or more of the Payment Orders and/or in the ordinary course of business.<br><br>Invoice # 10506520 dated 12/22/2008 in the amount of $2,750.00 was paid by ACH on 12/29/2009.  The total amount of the ACH on 12/22/2009 was $20,150.00, which also included payment for other invoices not relevant to this scheduled liability. |
| **Totals:** | **3 Claims** | **- (S)<br>- (A)<br>- (P)<br>$83,714.25 (U)<br>$83,714.25 (T)** | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

*Page 1 of 1*