IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 09-10138 |
| | § | |
| **Nortel Networks Inc., et al.** | § | |
| | § | |
| Debtor(s) | § | CHAPTER 11 |

## TAXING AUTHORITY'S NOTICE OF WITHDRAWAL
## OF PROOF OF CLAIM NO. 8811

**YOU ARE HEREBY NOTIFIED** that **Harris County et al.'s** claim number 8811 filed in associated case number 16-11714 Nortel Networks India International Inc. in the amount of **$2,030.78** is **WITHDRAWN**. No taxes are due.

Date: 9-27-16

Respectfully submitted,

LINEBARGER GOGGAN

JOHN P. DILLMAN
State Bar No. 05874400
TARA L. GRUNDEMEIER
State Bar No. 24036691
Post Office Box 3064
Houston, Texas 77253-3064
(713) 844-3400 - Telephone
(713) 844-3503 - Telecopier

*Counsel for Harris County et al.*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 09-10138 |
| | § | |
| **Nortel Networks Inc., et al.** | § | |
| | § | |
| Debtor(s) | § | CHAPTER 11 |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing **Harris County et al.'s Notice of Withdrawal of Proof of Claim Number 8811 filed in associated case number 16-11714 Nortel Networks India International Inc.** shall be served via electronic means if available, otherwise by regular, first class mail upon the following entities on ___9-27-16___.

Debtor(s)

Nortel Networks Inc., et al.
2221 Lakeside Boulevard
Richardson, TX 75082

Attorney in Charge for Debtor(s)

Derek C. Abbott
Morris Nichols Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19899

Trustee

Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

Respectfully submitted,

LINEBARGER GOGGAN
BLAIR & SAMPSON, LLP

JOHN P. DILLMAN
State Bar No. 05874400
TARA L. GRUNDEMEIER
State Bar No. 24036691
Post Office Box 3064
Houston, Texas 77253-3064
(713) 844-3478 - Telephone
(713) 844-3503 - Telecopier

*Counsel for Harris County et al*