**Exhibit B**

**EXPENSE SUMMARY**[1]
Nortel Networks Inc., *et al.*
(Case No. 09-10138 (KG))

August 1, 2016 through August 31, 2016

| **Expense Category** | | **Total Expenses** |
|---|---|---|
| Telephone | | $111.33 |
| Travel – Transportation | | 1,167.68 |
| Travel - Meals | | 73.97 |
| Mailing & Shipping Charges | | 538.82 |
| Duplicating Charges (at $0.10/page) | | 1,994.70 |
| Legal Research | Lexis | 70.57 |
| | PACER | 1,501.20 |
| Late Work – Meals | | 2,297.51 |
| Late Work – Transportation | | 3,633.87 |
| Conference Meals | | 814.13 |
| Other | | 30,307.24 |
| Expert Expenses | | 144,370.50 |
| **Grand Total Expenses** | | **$186,881.52** |

---

[1] Note: This Application includes certain expenses incurred during a period related to a previously submitted fee application, but not entered into the Cleary Gottlieb accounting system until the period covered by this Application.

**EXPENSE SUMMARY**            **In re Nortel Networks Inc., et al.**
**August 1, 2016 through August 31, 2016**            **(Case No. 09-10138 (KG))**

Note: This Application includes certain expenses incurred during a period related to a previously submitted fee application but not entered into the Cleary Gottlieb accounting system until the period covered by this Application.

| Date | Amount | Narrative |
|---|---|---|
| **Telephone** | | |
| 6/13/2016 | 2.20 | Conference Call Charges Conf. ID :    Name: Philip Cantwell |
| 6/15/2016 | 0.95 | Conference Call Charges Conf. ID :    Name: Matthew Livingston |
| 6/15/2016 | 1.40 | Conference Call Charges Conf. ID :    Name: Ryan Redway |
| 6/16/2016 | 2.29 | Conference Call Charges Conf. ID :    Name: Matt Rappoport |
| 6/16/2016 | 4.95 | Conference Call Charges Conf. ID :    Name: Matthew Livingston |
| 6/16/2016 | 7.08 | Conference Call Charges Conf. ID :    Name: Philip Cantwell |
| 6/17/2016 | 5.11 | Conference Call Charges Conf. ID :    Name: Philip Cantwell |
| 6/20/2016 | 24.31 | Conference Call Charges Conf. ID :    Name: Lucas Hakkenberg |
| 6/20/2016 | 18.42 | Conference Call Charges Conf. ID :    Name: Ryan Redway |
| 6/22/2016 | 3.19 | Conference Call Charges Conf. ID :    Name: Matt Rappoport |
| 6/22/2016 | 4.34 | Conference Call Charges Conf. ID :    Name: Matthew Livingston |
| 6/23/2016 | 3.82 | Conference Call Charges Conf. ID :    Name: Ryan Redway |
| 6/29/2016 | 2.61 | Conference Call Charges Conf. ID :    Name: Matthew Livingston |
| 6/30/2016 | 3.75 | Conference Call Charges Conf. ID :    Name: Matt Rappoport |
| 7/1/2016 | 1.80 | Conference Call Charges Conf. ID :    Name: Lisa M. Schweitzer |
| 7/5/2016 | 2.48 | Conference Call Charges Conf. ID :    Name: Hugh Murtagh |
| 7/6/2016 | 5.57 | Conference Call Charges Conf. ID :    Name: James L. Bromley |
| 7/6/2016 | 1.66 | Conference Call Charges Conf. ID :    Name: Lisa M. Schweitzer |
| 7/6/2016 | 5.21 | Conference Call Charges Conf. ID :    Name: Matthew Livingston |
| 7/7/2016 | 2.48 | Conference Call Charges Conf. ID :    Name: Lisa M. Schweitzer |
| 7/8/2016 | 0.77 | Conference Call Charges Conf. ID :    Name: Lisa M. Schweitzer |
| 7/12/2016 | 6.94 | Conference Call Charges Conf. ID :    Name: James L. Bromley |
| **TOTAL:** | **111.33** | |
| **Travel - Transportation**[1] | | |
| 6/29/2016 | 79.34 | TRAVEL - TRANSPORATION - Kennedy (Chilmark Partners) Trip to New York (ride to airport - authorized by Schweitzer) |
| 8/3/2016 | 79.34 | TRAVEL - TRANSPORTATION - Kennedy (Chilmark Partners) and Ray (Greylock Partners) Trip to New York (ride to airport - authorized by Schweitzer) |
| 8/10/2016 | 45.00 | TRAVEL - TRANSPORTATION - Bromley (booking fee) |
| 8/10/2016 | 268.00 | TRAVEL - TRANSPORTATION - Bromley (roundtrip train ticket) |
| 8/10/2016 | 45.00 | TRAVEL - TRANSPORTATION - Cantwell (booking fee) |
| 8/10/2016 | 268.00 | TRAVEL - TRANSPORTATION - Cantwell (roundtrip train ticket) |
| 8/10/2016 | 45.00 | TRAVEL - TRANSPORTATION - Hailey (booking fee) |

| | | |
|---|---|---|
| **EXPENSE SUMMARY** | | **In re Nortel Networks Inc., et al.** |
| **August 1, 2016 through August 31, 2016** | | **(Case No. 09-10138 (KG))** |

| Date | Amount | Narrative |
|---|---|---|
| 8/10/2016 | 268.00 | TRAVEL - TRANSPORTATION - Hailey (roundtrip train ticket) |
| 8/16/2016 | 60.00 | TRAVEL - TRANSPORTATION - Bromley (ride from train station) |
| 8/16/2016 | 10.00 | TRAVEL - TRANSPORTATION - Bromley (ride within Delaware) |
| **TOTAL:** | **1,167.68** | |
| | | |
| **Travel - Meals** | | |
| | | |
| 8/16/2016 | 9.01 | TRAVEL MEALS - Hailey Trip to Delaware |
| 6/22/2016 | 8.98 | TRAVEL MEALS - Kennedy (Chilmark Partners) Trip to New York (authorized by Schweitzer) |
| 6/22/2016 | 30.49 | TRAVEL MEALS - Kennedy (Chilmark Partners) Trip to New York (authorized by Schweitzer) |
| 6/29/2016 | 25.49 | TRAVEL MEALS - Kennedy (Chilmark Partners) Trip to New York (authorized by Schweitzer) |
| **TOTAL:** | **73.97** | |
| | | |
| **Mailing & Shipping Charges** | | |
| | | |
| 7/21/2016 | 10.13 | SHIPPING CHARGES Inv#: 549071167  Track#: 671479880529 |
| 7/21/2016 | 12.22 | SHIPPING CHARGES Inv#: 549071167  Track#: 671479880530 |
| 7/21/2016 | 22.10 | SHIPPING CHARGES Inv#: 549071167  Track#: 671479880540 |
| 7/21/2016 | 10.13 | SHIPPING CHARGES Inv#: 549071167  Track#: 671479880551 |
| 7/21/2016 | 12.22 | SHIPPING CHARGES Inv#: 549071167  Track#: 671479880562 |
| 7/21/2016 | 10.13 | SHIPPING CHARGES Inv#: 549071167  Track#: 671479880595 |
| 7/21/2016 | 19.79 | SHIPPING CHARGES Inv#: 549071167  Track#: 671479880600 |
| 7/21/2016 | 10.13 | SHIPPING CHARGES Inv#: 549071167  Track#: 671479880610 |
| 7/21/2016 | 19.79 | SHIPPING CHARGES Inv#: 549071167  Track#: 671479880621 |
| 7/21/2016 | 10.13 | SHIPPING CHARGES Inv#: 549071167  Track#: 671479880632 |
| 7/21/2016 | 19.79 | SHIPPING CHARGES Inv#: 549071167  Track#: 671479880643 |
| 7/21/2016 | 10.13 | SHIPPING CHARGES Inv#: 549071167  Track#: 671479880665 |
| 7/21/2016 | 22.10 | SHIPPING CHARGES Inv#: 549071167  Track#: 671479880676 |
| 7/21/2016 | 21.54 | SHIPPING CHARGES Inv#: 549071167  Track#: 671479880780 |
| 7/21/2016 | 29.07 | SHIPPING CHARGES Inv#: 663726270  Track#: 671479880713 |
| 7/21/2016 | 29.07 | SHIPPING CHARGES Inv#: 663968824  Track#: 671479880573 |
| 7/21/2016 | 34.32 | SHIPPING CHARGES Inv#: 663968824  Track#: 671479880584 |
| 7/21/2016 | 31.62 | SHIPPING CHARGES Inv#: 663968824  Track#: 671479880698 |
| 7/21/2016 | 29.07 | SHIPPING CHARGES Inv#: 663968824  Track#: 671479880702 |
| 7/21/2016 | 30.70 | SHIPPING CHARGES Inv#: 663968824  Track#: 671479880724 |
| 7/26/2016 | 8.21 | SHIPPING CHARGES Inv#: 549654009  Track#: 671479881628 |
| 7/29/2016 | 32.08 | SHIPPING CHARGES Inv#: 549878460  Track#: 671479882521 |
| 7/29/2016 | 17.91 | SHIPPING CHARGES Inv#: 550110894  Track#: 671479882565 |
| 8/1/2016 | -10.25 | SHIPPING CHARGES (credit) |
| 8/2/2016 | 11.90 | SHIPPING CHARGES Inv#: 550460984  Track#: 6.7148E+11 |

| EXPENSE SUMMARY | | | In re Nortel Networks Inc., et al. |
|---|---|---|---|
| **August 1, 2016 through August 31, 2016** | | | **(Case No. 09-10138 (KG))** |

| Date | Amount | Narrative |
|---|---|---|
| 8/4/2016 | 23.89 | SHIPPING CHARGES Inv#: 550460984  Track#: 6.7148E+11 |
| 8/8/2016 | 21.21 | SHIPPING CHARGES Inv#: 550919042  Track#: 6.7148E+11 |
| 8/9/2016 | 18.98 | SHIPPING CHARGES Inv#: 551137091  Track#: 6.7148E+11 |
| 8/9/2016 | 20.71 | SHIPPING CHARGES Inv#: 551137091  Track#: 6.7148E+11 |
| **TOTAL:** | **538.82** | |
| | | |
| **Duplicating Charges (@ $0.10/page)** | | |
| | | |
| 7/29/2016 | 0.20 | NY DUPLICATING |
| 7/29/2016 | 0.20 | NY DUPLICATING |
| 7/29/2016 | 0.20 | NY DUPLICATING |
| 7/29/2016 | 4.00 | NY DUPLICATING |
| 7/29/2016 | 4.50 | NY DUPLICATING |
| 7/29/2016 | 18.90 | NY DUPLICATING |
| 7/29/2016 | 62.00 | NY DUPLICATING |
| 7/29/2016 | 65.60 | NY DUPLICATING |
| 8/1/2016 | 2.30 | NY DUPLICATING XEROX |
| 8/1/2016 | 2.60 | NY DUPLICATING XEROX |
| 8/1/2016 | 6.60 | NY DUPLICATING XEROX |
| 8/3/2016 | 0.30 | NY DUPLICATING XEROX |
| 8/3/2016 | 0.50 | NY DUPLICATING XEROX |
| 8/3/2016 | 0.60 | NY DUPLICATING XEROX |
| 8/3/2016 | 0.60 | NY DUPLICATING XEROX |
| 8/3/2016 | 0.60 | NY DUPLICATING XEROX |
| 8/3/2016 | 0.60 | NY DUPLICATING XEROX |
| 8/3/2016 | 0.60 | NY DUPLICATING XEROX |
| 8/3/2016 | 0.90 | NY DUPLICATING XEROX |
| 8/3/2016 | 1.20 | NY DUPLICATING XEROX |
| 8/3/2016 | 1.80 | NY DUPLICATING XEROX |
| 8/3/2016 | 3.10 | NY DUPLICATING XEROX |
| 8/3/2016 | 3.40 | NY DUPLICATING XEROX |
| 8/3/2016 | 3.60 | NY DUPLICATING XEROX |
| 8/3/2016 | 3.60 | NY DUPLICATING XEROX |
| 8/3/2016 | 5.40 | NY DUPLICATING XEROX |
| 8/3/2016 | 6.00 | NY DUPLICATING XEROX |
| 8/3/2016 | 8.60 | NY DUPLICATING XEROX |
| 8/3/2016 | 9.00 | NY DUPLICATING XEROX |
| 8/3/2016 | 11.40 | NY DUPLICATING XEROX |
| 8/3/2016 | 12.60 | NY DUPLICATING XEROX |
| 8/3/2016 | 12.60 | NY DUPLICATING XEROX |

| | | |
|---|---|---|
| **EXPENSE SUMMARY** | | **In re Nortel Networks Inc., et al.** |
| **August 1, 2016 through August 31, 2016** | | **(Case No. 09-10138 (KG))** |

| Date | Amount | Narrative |
|---|---|---|
| 8/3/2016 | 15.60 | NY DUPLICATING XEROX |
| 8/3/2016 | 15.60 | NY DUPLICATING XEROX |
| 8/3/2016 | 16.20 | NY DUPLICATING XEROX |
| 8/3/2016 | 18.60 | NY DUPLICATING XEROX |
| 8/3/2016 | 19.80 | NY DUPLICATING XEROX |
| 8/3/2016 | 364.20 | NY DUPLICATING XEROX |
| 8/4/2016 | 4.80 | NY DUPLICATING XEROX |
| 8/5/2016 | 0.10 | NY DUPLICATING XEROX |
| 8/5/2016 | 6.70 | NY DUPLICATING XEROX |
| 8/5/2016 | 6.70 | NY DUPLICATING XEROX |
| 8/8/2016 | 1.80 | NY DUPLICATING XEROX |
| 8/9/2016 | 39.70 | NY DUPLICATING |
| 8/9/2016 | 0.10 | NY DUPLICATING XEROX |
| 8/9/2016 | 0.10 | NY DUPLICATING XEROX |
| 8/9/2016 | 0.10 | NY DUPLICATING XEROX |
| 8/9/2016 | 0.10 | NY DUPLICATING XEROX |
| 8/9/2016 | 0.20 | NY DUPLICATING XEROX |
| 8/9/2016 | 0.20 | NY DUPLICATING XEROX |
| 8/9/2016 | 0.20 | NY DUPLICATING XEROX |
| 8/9/2016 | 0.20 | NY DUPLICATING XEROX |
| 8/9/2016 | 0.20 | NY DUPLICATING XEROX |
| 8/9/2016 | 0.20 | NY DUPLICATING XEROX |
| 8/9/2016 | 0.40 | NY DUPLICATING XEROX |
| 8/9/2016 | 0.40 | NY DUPLICATING XEROX |
| 8/9/2016 | 0.70 | NY DUPLICATING XEROX |
| 8/9/2016 | 19.00 | NY DUPLICATING XEROX |
| 8/9/2016 | 38.00 | NY DUPLICATING XEROX |
| 8/9/2016 | 38.00 | NY DUPLICATING XEROX |
| 8/10/2016 | 0.10 | NY DUPLICATING XEROX |
| 8/10/2016 | 0.20 | NY DUPLICATING XEROX |
| 8/10/2016 | 0.30 | NY DUPLICATING XEROX |
| 8/10/2016 | 0.50 | NY DUPLICATING XEROX |
| 8/10/2016 | 0.90 | NY DUPLICATING XEROX |
| 8/10/2016 | 0.90 | NY DUPLICATING XEROX |
| 8/10/2016 | 1.80 | NY DUPLICATING XEROX |
| 8/10/2016 | 2.20 | NY DUPLICATING XEROX |
| 8/10/2016 | 5.70 | NY DUPLICATING XEROX |
| 8/10/2016 | 6.30 | NY DUPLICATING XEROX |
| 8/10/2016 | 9.90 | NY DUPLICATING XEROX |
| 8/10/2016 | 12.60 | NY DUPLICATING XEROX |

**EXPENSE SUMMARY**                  **In re Nortel Networks Inc., et al.**
**August 1, 2016 through August 31, 2016**            **(Case No. 09-10138 (KG))**

| Date | Amount | Narrative |
|---|---|---|
| 8/10/2016 | 17.10 | NY DUPLICATING XEROX |
| 8/10/2016 | 18.90 | NY DUPLICATING XEROX |
| 8/10/2016 | 19.80 | NY DUPLICATING XEROX |
| 8/10/2016 | 19.80 | NY DUPLICATING XEROX |
| 8/10/2016 | 56.70 | NY DUPLICATING XEROX |
| 8/10/2016 | 167.40 | NY DUPLICATING XEROX |
| 8/11/2016 | 2.90 | NY DUPLICATING XEROX |
| 8/11/2016 | 6.60 | NY DUPLICATING XEROX |
| 8/11/2016 | 28.60 | NY DUPLICATING XEROX |
| 8/12/2016 | 0.10 | NY DUPLICATING XEROX |
| 8/12/2016 | 0.20 | NY DUPLICATING XEROX |
| 8/12/2016 | 0.20 | NY DUPLICATING XEROX |
| 8/12/2016 | 0.20 | NY DUPLICATING XEROX |
| 8/12/2016 | 0.20 | NY DUPLICATING XEROX |
| 8/12/2016 | 0.20 | NY DUPLICATING XEROX |
| 8/12/2016 | 0.20 | NY DUPLICATING XEROX |
| 8/12/2016 | 0.40 | NY DUPLICATING XEROX |
| 8/12/2016 | 1.40 | NY DUPLICATING XEROX |
| 8/12/2016 | 1.40 | NY DUPLICATING XEROX |
| 8/12/2016 | 1.40 | NY DUPLICATING XEROX |
| 8/12/2016 | 1.80 | NY DUPLICATING XEROX |
| 8/12/2016 | 1.80 | NY DUPLICATING XEROX |
| 8/12/2016 | 2.20 | NY DUPLICATING XEROX |
| 8/12/2016 | 2.40 | NY DUPLICATING XEROX |
| 8/12/2016 | 2.40 | NY DUPLICATING XEROX |
| 8/12/2016 | 2.80 | NY DUPLICATING XEROX |
| 8/12/2016 | 3.80 | NY DUPLICATING XEROX |
| 8/12/2016 | 4.20 | NY DUPLICATING XEROX |
| 8/12/2016 | 4.40 | NY DUPLICATING XEROX |
| 8/12/2016 | 4.40 | NY DUPLICATING XEROX |
| 8/12/2016 | 8.40 | NY DUPLICATING XEROX |
| 8/12/2016 | 8.40 | NY DUPLICATING XEROX |
| 8/12/2016 | 12.60 | NY DUPLICATING XEROX |
| 8/12/2016 | 37.20 | NY DUPLICATING XEROX |
| 8/15/2016 | 1.90 | NY DUPLICATING XEROX |
| 8/15/2016 | 6.90 | NY DUPLICATING XEROX |
| 8/15/2016 | 7.50 | NY DUPLICATING XEROX |
| 8/15/2016 | 9.60 | NY DUPLICATING XEROX |
| 8/15/2016 | 19.20 | NY DUPLICATING XEROX |
| 8/15/2016 | 27.00 | NY DUPLICATING XEROX |

| | | |
|---|---|---|
| **EXPENSE SUMMARY** | | **In re Nortel Networks Inc., et al.** |
| **August 1, 2016 through August 31, 2016** | | **(Case No. 09-10138 (KG))** |

| Date | Amount | Narrative |
|---|---|---|
| 8/15/2016 | 32.40 | NY DUPLICATING XEROX |
| 8/16/2016 | 1.50 | NY DUPLICATING XEROX |
| 8/16/2016 | 1.90 | NY DUPLICATING XEROX |
| 8/16/2016 | 13.00 | NY DUPLICATING XEROX |
| 8/16/2016 | 92.80 | NY DUPLICATING XEROX |
| 8/16/2016 | 104.00 | NY DUPLICATING XEROX |
| 8/17/2016 | 0.10 | NY DUPLICATING XEROX |
| 8/17/2016 | 0.10 | NY DUPLICATING XEROX |
| 8/17/2016 | 0.10 | NY DUPLICATING XEROX |
| 8/17/2016 | 0.10 | NY DUPLICATING XEROX |
| 8/17/2016 | 0.10 | NY DUPLICATING XEROX |
| 8/17/2016 | 0.20 | NY DUPLICATING XEROX |
| 8/17/2016 | 0.20 | NY DUPLICATING XEROX |
| 8/17/2016 | 0.20 | NY DUPLICATING XEROX |
| 8/17/2016 | 0.30 | NY DUPLICATING XEROX |
| 8/17/2016 | 0.30 | NY DUPLICATING XEROX |
| 8/17/2016 | 0.30 | NY DUPLICATING XEROX |
| 8/17/2016 | 0.30 | NY DUPLICATING XEROX |
| 8/17/2016 | 0.30 | NY DUPLICATING XEROX |
| 8/17/2016 | 0.30 | NY DUPLICATING XEROX |
| 8/17/2016 | 0.30 | NY DUPLICATING XEROX |
| 8/17/2016 | 0.40 | NY DUPLICATING XEROX |
| 8/17/2016 | 0.40 | NY DUPLICATING XEROX |
| 8/17/2016 | 0.40 | NY DUPLICATING XEROX |
| 8/17/2016 | 0.40 | NY DUPLICATING XEROX |
| 8/17/2016 | 0.40 | NY DUPLICATING XEROX |
| 8/17/2016 | 0.40 | NY DUPLICATING XEROX |
| 8/17/2016 | 0.40 | NY DUPLICATING XEROX |
| 8/17/2016 | 0.50 | NY DUPLICATING XEROX |
| 8/17/2016 | 0.50 | NY DUPLICATING XEROX |
| 8/17/2016 | 0.60 | NY DUPLICATING XEROX |
| 8/17/2016 | 0.80 | NY DUPLICATING XEROX |
| 8/17/2016 | 0.80 | NY DUPLICATING XEROX |
| 8/17/2016 | 0.80 | NY DUPLICATING XEROX |
| 8/17/2016 | 0.90 | NY DUPLICATING XEROX |
| 8/17/2016 | 0.90 | NY DUPLICATING XEROX |
| 8/17/2016 | 0.90 | NY DUPLICATING XEROX |
| 8/17/2016 | 1.00 | NY DUPLICATING XEROX |
| 8/17/2016 | 1.00 | NY DUPLICATING XEROX |
| 8/17/2016 | 1.10 | NY DUPLICATING XEROX |

| | | |
|---|---|---|
| **EXPENSE SUMMARY** | | **In re Nortel Networks Inc., et al.** |
| **August 1, 2016 through August 31, 2016** | | **(Case No. 09-10138 (KG))** |

| Date | Amount | Narrative |
|---|---|---|
| 8/17/2016 | 1.10 | NY DUPLICATING XEROX |
| 8/17/2016 | 1.10 | NY DUPLICATING XEROX |
| 8/17/2016 | 1.20 | NY DUPLICATING XEROX |
| 8/17/2016 | 1.20 | NY DUPLICATING XEROX |
| 8/17/2016 | 1.30 | NY DUPLICATING XEROX |
| 8/17/2016 | 1.30 | NY DUPLICATING XEROX |
| 8/17/2016 | 1.40 | NY DUPLICATING XEROX |
| 8/17/2016 | 1.40 | NY DUPLICATING XEROX |
| 8/17/2016 | 1.60 | NY DUPLICATING XEROX |
| 8/17/2016 | 1.60 | NY DUPLICATING XEROX |
| 8/17/2016 | 1.60 | NY DUPLICATING XEROX |
| 8/17/2016 | 1.80 | NY DUPLICATING XEROX |
| 8/17/2016 | 2.00 | NY DUPLICATING XEROX |
| 8/17/2016 | 2.00 | NY DUPLICATING XEROX |
| 8/17/2016 | 2.00 | NY DUPLICATING XEROX |
| 8/17/2016 | 2.30 | NY DUPLICATING XEROX |
| 8/17/2016 | 2.30 | NY DUPLICATING XEROX |
| 8/17/2016 | 2.60 | NY DUPLICATING XEROX |
| 8/17/2016 | 2.80 | NY DUPLICATING XEROX |
| 8/17/2016 | 3.20 | NY DUPLICATING XEROX |
| 8/17/2016 | 5.40 | NY DUPLICATING XEROX |
| 8/17/2016 | 6.30 | NY DUPLICATING XEROX |
| 8/17/2016 | 6.40 | NY DUPLICATING XEROX |
| 8/17/2016 | 7.10 | NY DUPLICATING XEROX |
| 8/17/2016 | 24.00 | NY DUPLICATING XEROX |
| 8/17/2016 | 24.00 | NY DUPLICATING XEROX |
| 8/19/2016 | 39.40 | NY DUPLICATING |
| 8/19/2016 | 0.20 | NY DUPLICATING XEROX |
| 8/19/2016 | 0.20 | NY DUPLICATING XEROX |
| 8/19/2016 | 0.40 | NY DUPLICATING XEROX |
| 8/19/2016 | 1.00 | NY DUPLICATING XEROX |
| 8/19/2016 | 1.10 | NY DUPLICATING XEROX |
| 8/19/2016 | 3.20 | NY DUPLICATING XEROX |
| 8/19/2016 | 9.60 | NY DUPLICATING XEROX |
| 8/19/2016 | 22.20 | NY DUPLICATING XEROX |
| 8/22/2016 | 1.30 | NY DUPLICATING XEROX |
| 8/23/2016 | 2.00 | NY DUPLICATING XEROX |
| 8/24/2016 | 0.80 | NY DUPLICATING XEROX |
| 8/24/2016 | 1.60 | NY DUPLICATING XEROX |
| 8/24/2016 | 2.00 | NY DUPLICATING XEROX |

| EXPENSE SUMMARY | | In re Nortel Networks Inc., et al. |
|---|---|---|
| **August 1, 2016 through August 31, 2016** | | **(Case No. 09-10138 (KG))** |

| Date | Amount | Narrative |
|---|---|---|
| 8/25/2016 | 0.20 | NY DUPLICATING XEROX |
| 8/25/2016 | 0.70 | NY DUPLICATING XEROX |
| 8/25/2016 | 2.30 | NY DUPLICATING XEROX |
| 8/25/2016 | 5.40 | NY DUPLICATING XEROX |
| 8/25/2016 | 7.40 | NY DUPLICATING XEROX |
| 8/25/2016 | 7.40 | NY DUPLICATING XEROX |
| 8/25/2016 | 7.40 | NY DUPLICATING XEROX |
| 8/25/2016 | 8.10 | NY DUPLICATING XEROX |
| 8/26/2016 | 0.30 | NY DUPLICATING |
| 8/26/2016 | 1.40 | NY DUPLICATING XEROX |
| 8/26/2016 | 3.20 | NY DUPLICATING XEROX |
| 8/26/2016 | 5.90 | NY DUPLICATING XEROX |
| 8/26/2016 | 7.80 | NY DUPLICATING XEROX |
| 8/26/2016 | 8.00 | NY DUPLICATING XEROX |
| 8/26/2016 | 8.10 | NY DUPLICATING XEROX |
| 8/29/2016 | 2.50 | NY DUPLICATING XEROX |
| 8/29/2016 | 2.50 | NY DUPLICATING XEROX |
| 8/29/2016 | 12.90 | NY DUPLICATING XEROX |
| 8/30/2016 | 0.10 | NY DUPLICATING XEROX |
| 8/30/2016 | 0.10 | NY DUPLICATING XEROX |
| 8/30/2016 | 0.90 | NY DUPLICATING XEROX |
| 8/30/2016 | 2.70 | NY DUPLICATING XEROX |
| 8/30/2016 | 7.50 | NY DUPLICATING XEROX |
| 8/30/2016 | 7.60 | NY DUPLICATING XEROX |
| 8/30/2016 | 12.90 | NY DUPLICATING XEROX |
| **TOTAL:** | **1,994.70** | |
| | | |
| **Legal Research - Lexis** | | |
| | | |
| 7/1/2016 | 0.74 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 7/1/2016 | 1.53 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 7/2/2016 | 0.75 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 7/2/2016 | 1.52 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 7/3/2016 | 0.76 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 7/3/2016 | 1.53 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 7/4/2016 | 0.75 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 7/4/2016 | 1.53 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 7/5/2016 | 0.75 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 7/5/2016 | 1.51 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 7/6/2016 | 0.76 | COMPUTER RESEARCH - LEXIS PUBLISHER |

| | |
|---|---|
| **EXPENSE SUMMARY** | In re Nortel Networks Inc., et al. |
| **August 1, 2016 through August 31, 2016** | (Case No. 09-10138 (KG)) |

| Date | Amount | Narrative |
|---|---|---|
| 7/6/2016 | 1.52 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 7/7/2016 | 0.75 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 7/7/2016 | 1.51 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 7/8/2016 | 0.75 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 7/8/2016 | 1.51 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 7/9/2016 | 0.74 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 7/9/2016 | 1.53 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 7/10/2016 | 0.75 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 7/10/2016 | 1.52 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 7/11/2016 | 0.76 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 7/11/2016 | 1.52 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 7/12/2016 | 0.76 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 7/12/2016 | 1.50 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 7/13/2016 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 7/13/2016 | 1.54 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 7/14/2016 | 0.76 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 7/14/2016 | 1.52 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 7/15/2016 | 0.76 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 7/15/2016 | 1.51 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 7/16/2016 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 7/16/2016 | 1.53 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 7/17/2016 | 0.75 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 7/17/2016 | 1.51 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 7/18/2016 | 0.76 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 7/18/2016 | 1.50 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 7/19/2016 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 7/19/2016 | 1.50 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 7/20/2016 | 0.75 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 7/20/2016 | 1.53 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 7/21/2016 | 0.76 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 7/21/2016 | 1.50 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 7/22/2016 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 7/22/2016 | 1.52 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 7/23/2016 | 0.77 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 7/23/2016 | 1.53 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 7/24/2016 | 0.76 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 7/24/2016 | 1.51 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 7/25/2016 | 0.76 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 7/25/2016 | 1.53 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 7/26/2016 | 0.76 | COMPUTER RESEARCH - LEXIS PUBLISHER |

| EXPENSE SUMMARY | | In re Nortel Networks Inc., et al. |
|---|---|---|
| August 1, 2016 through August 31, 2016 | | (Case No. 09-10138 (KG)) |

| Date | Amount | Narrative |
|---|---|---|
| 7/26/2016 | 1.52 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 7/27/2016 | 0.76 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 7/27/2016 | 1.54 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 7/28/2016 | 0.76 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 7/28/2016 | 1.49 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 7/29/2016 | 0.76 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 7/29/2016 | 1.51 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 7/30/2016 | 0.76 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 7/30/2016 | 1.53 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 7/31/2016 | 0.75 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| 7/31/2016 | 1.54 | COMPUTER RESEARCH - LEXIS PUBLISHER |
| **TOTAL:** | **70.57** | |
| | | |
| **Legal Research - PACER** | | |
| | | |
| 8/3/2016 | 3.00 | COMPUTER RESEARCH - PACER |
| 8/3/2016 | 6.70 | COMPUTER RESEARCH - PACER |
| 8/3/2016 | 11.00 | COMPUTER RESEARCH - PACER |
| 8/3/2016 | 11.70 | COMPUTER RESEARCH - PACER |
| 8/3/2016 | 58.10 | COMPUTER RESEARCH - PACER |
| 8/3/2016 | 61.40 | COMPUTER RESEARCH - PACER |
| 8/3/2016 | 86.50 | COMPUTER RESEARCH - PACER |
| 8/3/2016 | 96.90 | COMPUTER RESEARCH - PACER |
| 8/3/2016 | 105.20 | COMPUTER RESEARCH - PACER |
| 8/3/2016 | 111.70 | COMPUTER RESEARCH - PACER |
| 8/3/2016 | 337.80 | COMPUTER RESEARCH - PACER |
| 8/3/2016 | 611.20 | COMPUTER RESEARCH - PACER |
| **TOTAL:** | **1,501.20** | |
| | | |
| **Late Work - Meals** | | |
| | | |
| 6/18/2016 | 26.34 | Late Work Meals - Cantwell |
| 6/20/2016 | 13.84 | Late Work Meals - Graham |
| 6/20/2016 | 25.07 | Late Work Meals - Hakkenberg |
| 6/20/2016 | 36.58 | Late Work Meals - Livingston |
| 6/20/2016 | 18.97 | Late Work Meals - Murtagh |
| 6/20/2016 | 10.11 | Late Work Meals - Schweitzer |
| 6/22/2016 | 38.37 | Late Work Meals - Chang |
| 6/22/2016 | 24.55 | Late Work Meals - Livingston |
| 6/22/2016 | 36.11 | Late Work Meals - Palmer |

**EXPENSE SUMMARY**  In re Nortel Networks Inc., et al.
**August 1, 2016 through August 31, 2016**  (Case No. 09-10138 (KG))

| Date | Amount | Narrative |
|---|---|---|
| 6/22/2016 | 12.34 | Late Work Meals - Schweitzer |
| 6/23/2016 | 24.39 | Late Work Meals - Schweitzer |
| 6/23/2016 | 39.25 | Late Work Meals - Stein |
| 6/27/2016 | 31.05 | Late Work Meals - Livingston |
| 6/28/2016 | 31.78 | Late Work Meals - Livingston |
| 6/28/2016 | 21.63 | Late Work Meals - Palmer |
| 6/28/2016 | 24.35 | Late Work Meals - Schweitzer |
| 6/29/2016 | 10.90 | Late Work Meals - Canavan |
| 6/29/2016 | 18.14 | Late Work Meals - Gallagher |
| 6/29/2016 | 27.37 | Late Work Meals - Livingston |
| 6/29/2016 | 11.44 | Late Work Meals - Schweitzer |
| 6/29/2016 | 13.34 | Late Work Meals - Tecce (Quinn Emanuel) (authorized by Schweitzer) |
| 6/30/2016 | 16.74 | Late Work Meals - Gianis |
| 7/1/2016 | 34.04 | Late Work Meals - Chang |
| 7/5/2016 | 10.14 | Late Work Meals - Bromley |
| 7/5/2016 | 21.34 | Late Work Meals - Herrington |
| 7/5/2016 | 21.00 | Late Work Meals - Livingston |
| 7/5/2016 | 17.84 | Late Work Meals - Murtagh |
| 7/5/2016 | 11.24 | Late Work Meals - Schweitzer |
| 7/5/2016 | 20.58 | Late Work Meals - Stein |
| 7/6/2016 | 26.38 | Late Work Meals - Bromley |
| 7/6/2016 | 21.43 | Late Work Meals - Palmer |
| 7/6/2016 | 16.17 | Late Work Meals - Stein |
| 7/7/2016 | 30.26 | Late Work Meals - Murtagh |
| 7/18/2016 | 45.36 | Late Work Meals - Cantwell |
| 7/18/2016 | 39.67 | Late Work Meals - Livingston |
| 7/19/2016 | 12.42 | Late Work Meals - Bromley |
| 7/19/2016 | 49.09 | Late Work Meals - Cantwell |
| 7/19/2016 | 25.39 | Late Work Meals - Graham |
| 7/19/2016 | 23.42 | Late Work Meals - Sheridan |
| 7/20/2016 | 30.47 | Late Work Meals - Bromley |
| 7/20/2016 | 31.25 | Late Work Meals - Canavan |
| 7/20/2016 | 44.61 | Late Work Meals - Cantwell |
| 7/20/2016 | 20.95 | Late Work Meals - Graham |
| 7/20/2016 | 33.84 | Late Work Meals - Livingston |
| 7/21/2016 | 50.00 | Late Work Meals - Cantwell |
| 7/21/2016 | 33.96 | Late Work Meals - Bromley |
| 7/21/2016 | 28.50 | Late Work Meals - Gonzalez |
| 7/21/2016 | 20.96 | Late Work Meals - Herrington |
| 7/22/2016 | 38.24 | Late Work Meals - Chang |

**EXPENSE SUMMARY** In re Nortel Networks Inc., et al.
**August 1, 2016 through August 31, 2016** (Case No. 09-10138 (KG))

| Date | Amount | Narrative |
|---|---|---|
| 7/24/2016 | 26.05 | Late Work Meals - Cantwell |
| 7/24/2016 | 32.53 | Late Work Meals - Livingston |
| 7/25/2016 | 34.83 | Late Work Meals - Bromley |
| 7/25/2016 | 40.13 | Late Work Meals - Cantwell |
| 7/25/2016 | 13.26 | Late Work Meals - Gallagher |
| 7/25/2016 | 22.10 | Late Work Meals - Herrington |
| 7/25/2016 | 26.43 | Late Work Meals - Livingston |
| 7/25/2016 | 14.85 | Late Work Meals - Murtagh |
| 7/26/2016 | 18.30 | Late Work Meals - Gallagher |
| 7/26/2016 | 16.08 | Late Work Meals - Livingston |
| 7/26/2016 | 10.89 | Late Work Meals - Schweitzer |
| 7/27/2016 | 50.00 | Late Work Meals - Cantwell |
| 7/27/2016 | 17.53 | Late Work Meals - Bromley |
| 7/27/2016 | 28.36 | Late Work Meals - Murtagh |
| 8/1/2016 | 47.72 | Late Work Meals - Cantwell |
| 8/2/2016 | 31.05 | Late Work Meals - Cantwell |
| 8/3/2016 | 41.22 | Late Work Meals - Cantwell |
| 8/3/2016 | 36.31 | Late Work Meals - Gallagher |
| 8/3/2016 | 20.81 | Late Work Meals - Livingston |
| 8/4/2016 | 29.74 | Late Work Meals - Gallagher |
| 8/8/2016 | 35.49 | Late Work Meals - Cantwell |
| 8/8/2016 | 22.93 | Late Work Meals - Lang |
| 8/8/2016 | 22.86 | Late Work Meals - Palmer |
| 8/8/2016 | 24.48 | Late Work Meals - Schweitzer |
| 8/8/2016 | 31.76 | Late Work Meals - Sheridan |
| 8/9/2016 | 21.22 | Late Work Meals - Gallagher |
| 8/9/2016 | 29.27 | Late Work Meals - Gallagher (meal on 8/8/16) |
| 8/9/2016 | 19.25 | Late Work Meals - Graham |
| 8/9/2016 | 11.70 | Late Work Meals - Lee |
| 8/10/2016 | 23.28 | Late Work Meals - Cantwell |
| 8/10/2016 | 30.05 | Late Work Meals - Cantwell (meal on 8/9/16) |
| 8/10/2016 | 21.71 | Late Work Meals - Graham |
| 8/10/2016 | 43.83 | Late Work Meals - Livingston |
| 8/11/2016 | 30.86 | Late Work Meals - Gallagher |
| 8/11/2016 | 19.96 | Late Work Meals - Graham |
| 8/11/2016 | 26.22 | Late Work Meals - Lee |
| 8/11/2016 | 37.50 | Late Work Meals - Murtagh |
| 8/13/2016 | 15.74 | Late Work Meals - Bromley (weekend meal) |
| **TOTAL:** | **2,297.51** | |

**EXPENSE SUMMARY**  In re Nortel Networks Inc., et al.
August 1, 2016 through August 31, 2016  (Case No. 09-10138 (KG))

| Date | Amount | Narrative |
|---|---|---|
| **Late Work - Transportation** | | |
| 6/6/2016 | 12.42 | Late Work Transportation - Palmer |
| 6/9/2016 | 10.69 | Late Work Transportation - Palmer |
| 6/18/2016 | 15.96 | Late Work Transportation - Livingston |
| 6/20/2016 | 18.35 | Late Work Transportation - Livingston |
| 6/27/2016 | 18.36 | Late Work Transportation - Livingston |
| 6/27/2016 | 44.89 | Late Work Transportation - Rosenthal |
| 6/28/2016 | 155.92 | Late Work Transportation - Palmer |
| 6/28/2016 | 153.79 | Late Work Transportation - Palmer (ride on 6/27/16) |
| 6/28/2016 | 33.24 | Late Work Transportation - Sheridan |
| 6/29/2016 | 23.39 | Late Work Transportation - Canavan |
| 6/29/2016 | 21.95 | Late Work Transportation - Livingston |
| 6/29/2016 | 21.23 | Late Work Transportation - Livingston (ride on 6/28/16) |
| 6/29/2016 | 92.79 | Late Work Transportation - Schweitzer |
| 6/29/2016 | 25.45 | Late Work Transportation - Sheridan |
| 6/30/2016 | 96.68 | Late Work Transportation - Murtagh |
| 6/30/2016 | 25.45 | Late Work Transportation - Sheridan |
| 7/1/2016 | 11.76 | Late Work Transportation - Livingston |
| 7/2/2016 | 24.53 | Late Work Transportation - Chang |
| 7/5/2016 | 33.91 | Late Work Transportation - Herrington |
| 7/5/2016 | 100.48 | Late Work Transportation - Murtagh |
| 7/5/2016 | 25.45 | Late Work Transportation - Sheridan |
| 7/6/2016 | 144.90 | Late Work Transportation - Palmer |
| 7/6/2016 | 21.96 | Late Work Transportation - Stein |
| 7/7/2016 | 104.88 | Late Work Transportation - Murtagh |
| 7/8/2016 | 17.15 | Late Work Transportation - Livingston |
| 7/11/2016 | 99.86 | Late Work Transportation - Murtagh |
| 7/11/2016 | 148.19 | Late Work Transportation - Palmer |
| 7/12/2016 | 32.86 | Late Work Transportation - Cantwell |
| 7/13/2016 | 99.25 | Late Work Transportation - Murtagh |
| 7/13/2016 | 137.43 | Late Work Transportation - Palmer |
| 7/13/2016 | 92.79 | Late Work Transportation - Schweitzer |
| 7/14/2016 | 45.33 | Late Work Transportation - Cantwell |
| 7/15/2016 | 33.91 | Late Work Transportation - Herrington |
| 7/15/2016 | 195.60 | Late Work Transportation - Sheridan |
| 7/19/2016 | 42.21 | Late Work Transportation - Cantwell (ride on 7/18/16) |
| 7/19/2016 | 34.97 | Late Work Transportation - Graham |
| 7/19/2016 | 25.45 | Late Work Transportation - Sheridan |
| 7/20/2016 | 48.45 | Late Work Transportation - Cantwell |

| EXPENSE SUMMARY | | | In re Nortel Networks Inc., et al. |
|---|---|---|---|
| August 1, 2016 through August 31, 2016 | | | (Case No. 09-10138 (KG)) |

| Date | Amount | Narrative |
|---|---|---|
| 7/20/2016 | 32.86 | Late Work Transportation - Cantwell (ride on 7/19/16) |
| 7/20/2016 | 13.18 | Late Work Transportation - Canavan |
| 7/20/2016 | 50.56 | Late Work Transportation - Graham |
| 7/22/2016 | 99.45 | Late Work Transportation - Bromley |
| 7/24/2016 | 10.75 | Late Work Transportation - Bromley (weekend ride from office) |
| 7/24/2016 | 10.37 | Late Work Transportation - Bromley (weekend ride to office) |
| 7/24/2016 | 29.26 | Late Work Transportation - Cantwell (weekend ride) |
| 7/24/2016 | 15.85 | Late Work Transportation - Rappoport |
| 7/25/2016 | 36.75 | Late Work Transportation - Cantwell |
| 7/25/2016 | 62.52 | Late Work Transportation - Schweitzer |
| 7/25/2016 | 10.98 | Late Work Transportation - Stein |
| 7/26/2016 | 25.74 | Late Work Transportation - Gallagher |
| 7/26/2016 | 16.56 | Late Work Transportation - Livingston |
| 7/26/2016 | 37.09 | Late Work Transportation - Rosenthal |
| 7/26/2016 | 90.74 | Late Work Transportation - Schweitzer |
| 7/27/2016 | 25.41 | Late Work Transportation - Gallagher |
| 7/28/2016 | 32.86 | Late Work Transportation - Cantwell |
| 7/28/2016 | 107.14 | Late Work Transportation - Schweitzer |
| 7/29/2016 | 41.70 | Late Work Transportation - Herrington |
| 8/1/2016 | 28.62 | Late Work Transportation - Cantwell |
| 8/2/2016 | 20.83 | Late Work Transportation - Cantwell |
| 8/2/2016 | 164.80 | Late Work Transportation - Schweitzer |
| 8/3/2016 | 60.81 | Late Work Transportation - Gallagher |
| 8/3/2016 | 18.35 | Late Work Transportation - Livingston |
| 8/3/2016 | 45.79 | Late Work Transportation - McKay |
| 8/3/2016 | 16.56 | Late Work Transportation - Rappoport |
| 8/8/2016 | 90.74 | Late Work Transportation - Schweitzer |
| 8/11/2016 | 18.17 | Late Work Transportation - Gallagher |
| 8/11/2016 | 21.95 | Late Work Transportation - Livingston |
| 8/12/2016 | 38.44 | Late Work Transportation - Gallagher |
| 8/13/2016 | 10.75 | Late Work Transportation - Bromley (weekend ride from office) |
| 8/13/2016 | 10.37 | Late Work Transportation - Bromley (weekend ride to office) |
| 8/16/2016 | 19.18 | Late Work Transportation - Gallagher |
| 8/16/2016 | 11.76 | Late Work Transportation - Livingston |
| 8/19/2016 | 15.10 | Late Work Transportation - Gallagher |
| **TOTAL:** | **3,633.87** | |
| | | |
| **Conference Meals** | | |
| | | |
| 8/2/2016 | 150.00 | Conference Meals (3 attendees) |

**EXPENSE SUMMARY**  In re Nortel Networks Inc., et al.
**August 1, 2016 through August 31, 2016**  (Case No. 09-10138 (KG))

| Date | Amount | Narrative |
| --- | --- | --- |
| 8/3/2016 | 87.10 | Conference Meals (10 attendees) |
| 8/3/2016 | 152.42 | Conference Meals (10 attendees) |
| 8/3/2016 | 424.61 | Conference Meals (10 attendees) |
| **TOTAL:** | **814.13** | |
| | | |
| **Other** | | |
| | | |
| 8/11/2016 | 11.98 | Computer Research - Vendor: CourtAlert.Com, Inc. |
| 8/11/2016 | 31.20 | Money Order for Apostille |
| 8/18/2016 | 11.20 | Money Order for Apostille |
| 8/31/2016 | 12,455.71 | Electronic Database Services |
| 9/20/2016 | 2,143.75 | Graphics Production Services[2] |
| 9/26/2016 | 6,125.00 | Litigation Consultant Fee Payment |
| 9/26/2016 | 9,528.40 | Litigation Consultant Reimbursement to Canadian Debtors (May-August 2016) |
| | | |
| **TOTAL:** | **30,307.24** | |
| | | |
| **Expert Expenses** | | |
| | | |
| 17650-004 | 27,833.00 | Expert Expense (Details to be provided under seal to the Court, the Office of the US Trustee, and the Fee Examiner pursuant to the Order Modifying the Application of Local Rules 2014-1(C) and 2016-2(F) [D.I. 9584] and the Order Appointing Fee Examiner and Establishing Related Procedures for Compensation and Reimbursement of Expenses for Professionals and Consideration of Fee Applications [D.I. 11082].) |
| 17650-004 | 116,537.50 | Expert Expense (Details to be provided under seal to the Court, the Office of the US Trustee, and the Fee Examiner pursuant to the Order Modifying the Application of Local Rules 2014-1(C) and 2016-2(F) [D.I. 9584] and the Order Appointing Fee Examiner and Establishing Related Procedures for Compensation and Reimbursement of Expenses for Professionals and Consideration of Fee Applications [D.I. 11082].) |
| **TOTAL:** | **144,370.50** | |
| | | |
| | | |
| **GRAND TOTAL:** | **186,881.52** | |
| | | |
| [1] Consistent with Cleary Gottlieb's normal procedure in the present case, Cleary Gottlieb is seeking reimbursement for only the value of standard class train and airplane fares. | | |