# **<u>EXHIBIT A</u>**

Tax

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Cardarelli | Corrado | 25/08/2016 | reviewed litigation documents; | 1.0 | 845.00 | 13861914 |
| Cardarelli | Corrado | 29/08/2016 | reviewed litigation document (0.4); considered tax issues (0.6); email memo to Scott Bomhof re same (0.8) | 1.8 | 1,521.00 | 13866842 |

Tax

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Collins | Allan | 01/08/2016 | attention to fee application; | 2.6 | 715.00 | 13821207 |
| Gray | William | 01/08/2016 | Review monthly and quarterly fee application filing | 0.7 | 661.50 | 13833697 |
| Fleary | Kristina | 02/08/2016 | reviewing fee application. | 0.5 | 137.50 | 13818566 |
| Bauer | Alison D. | 02/08/2016 | Attention to monthly application issues | 0.2 | 173.00 | 13818617 |
| Collins | Allan | 02/08/2016 | attention to fee application; | 3.3 | 907.50 | 13821210 |
| Collins | Allan | 03/08/2016 | attention to fee application; | 2.8 | 770.00 | 13821213 |
| Fleary | Kristina | 03/08/2016 | reviewed fee application | 1.0 | 275.00 | 13835846 |
| Bauer | Alison D. | 04/08/2016 | Attention to monthly application | 0.9 | 778.50 | 13823299 |
| Gray | William | 05/08/2016 | Review filing and transition of fee application process | 0.7 | 661.50 | 13833727 |
| Fleary | Kristina | 08/08/2016 | reviewed and updated quarterly fee application | 1.2 | 330.00 | 13835891 |
| Bauer | Alison D. | 09/08/2016 | Attention to quarterly application | 0.3 | 259.50 | 13831856 |
| Gray | William | 15/08/2016 | Review fee application for filings | 0.7 | 661.50 | 13860636 |
| Fleary | Kristina | 17/08/2016 | reviewing fee application | 0.5 | 137.50 | 13846431 |
| Bauer | Alison D. | 18/08/2016 | Review and comment on quarterly fee application | 0.4 | 346.00 | 13848609 |
| Fleary | Kristina | 24/08/2016 | reviewing and updating fee application | 0.6 | 165.00 | 13859078 |
| Gray | William | 24/08/2016 | Work on quarterly fee application | 0.4 | 378.00 | 13871270 |
| Gray | William | 25/08/2016 | Review all filings | 1.6 | 1,512.00 | 13871274 |
| Gray | William | 31/08/2016 | Review quarterly fee application; deadline issues | 0.3 | 283.50 | 13871310 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Slavens | Adam | 01/08/2016 | email correspondence with Cassels team and Torys team re service of Supreme Court leave application; | 0.3 | 174.00 | 13815803 |
| Slavens | Adam | 01/08/2016 | reviewing filed Supreme Court leave applications; | 1.8 | 1,044.00 | 13815807 |
| Gray | William | 01/08/2016 | Review Supreme Court petition brief filing | 2.3 | 2,173.50 | 13833698 |
| Laskin | Aria | 02/08/2016 | addressing filing and service issues for SCC leave application (1.5); | 1.5 | 405.00 | 13818512 |
| Bomhof | Scott A. | 02/08/2016 | reviewing issues related to litigation documents and intercompany claims related to D&O escrow and D&O trust; | 1.2 | 834.00 | 13821496 |
| Slavens | Adam | 02/08/2016 | reviewing CCAA case court documents re D&O matters (3.0); email correspondence with L. Schweitzer and S. Bomhof re same (0.4); | 3.4 | 1,972.00 | 13830158 |
| Slavens | Adam | 02/08/2016 | email correspondence with Torys team re Supreme Court leave application (0.5); reviewing Rules re same (1.0); | 1.5 | 870.00 | 13830164 |
| Gray | William | 02/08/2016 | Review materials for leave to appeal to Canadian Supreme Court | 1.6 | 1,512.00 | 13833706 |
| Laskin | Aria | 03/08/2016 | coordinating final service / filing issues (0.4); | 0.4 | 108.00 | 13819932 |
| Slavens | Adam | 03/08/2016 | reviewing filed Supreme Court leave applications; | 2.8 | 1,624.00 | 13830169 |
| Slavens | Adam | 03/08/2016 | email correspondence with Torys team re Supreme Court leave application (0.5); reviewing Rules re same (0.7); | 1.2 | 696.00 | 13830191 |
| Slavens | Adam | 04/08/2016 | reviewing litigation document; | 1.5 | 870.00 | 13830214 |
| Gray | William | 04/08/2016 | Review Supreme Court filings | 1.5 | 1,417.50 | 13833723 |
| Slavens | Adam | 05/08/2016 | email correspondence with Torys team re Supreme Court leave application (0.2); reviewing Rules re same (1.3); | 1.5 | 870.00 | 13830295 |
| Gray | William | 05/08/2016 | Review Supreme Court filings | 1.3 | 1,228.50 | 13833726 |
| Opolsky | Jeremy | 08/08/2016 | correspondence with agent at Supreme Court of Canada re: appeal issues; | 0.1 | 50.50 | 13829776 |
| Bomhof | Scott A. | 08/08/2016 | telephone call with J. Kimmel regarding SCC leave application issues (.4); calls to leave to appeal applicants to discuss Canadian Debtors request for an extension of time to file materials (.8); | 1.2 | 834.00 | 13831231 |
| Slavens | Adam | 08/08/2016 | email correspondence with Torys team, Cleary team and Goodmans team re Supreme Court leave application; | 1.0 | 580.00 | 13832592 |
| Gray | William | 08/08/2016 | Review Supreme Court filings | 1.3 | 1,228.50 | 13833731 |
| Slavens | Adam | 09/08/2016 | email correspondence with Torys team, Cleary team and Goodmans team re Supreme Court leave application (1.0); telephone calls with Applicants re same (1.0); | 2.0 | 1,160.00 | 13832750 |
| Slavens | Adam | 09/08/2016 | reviewing litigation document; | 2.4 | 1,392.00 | 13832771 |
| Gray | William | 10/08/2016 | Review all filings | 1.3 | 1,228.50 | 13833736 |
| Slavens | Adam | 10/08/2016 | email correspondence and telephone calls with leave applicants, P. Kolla and M. Wunder re SCC leave application and motion to extend time for filing (2.6); reviewing and discussing Rules re same with S. Bomhoff (0.8); reviewing and commenting on draft motions (2.0); telephone call with M. Dillion re same (0.5); email correspondence with Cleary team re same (0.4); | 6.3 | 3,654.00 | 13834556 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Bomhof | Scott A. | 10/08/2016 | reviewing Canadian Debtors draft motion regarding deferral of SCC materials and discuss same with A. Slavens; | 0.5 | 347.50 | 13838585 |
| Slavens | Adam | 11/08/2016 | email correspondence and telephone calls with leave applicants, P. Kolla and M. Wunder re SCC leave application and motion to extend time for filing (2.8); reviewing and commenting on draft motions (0.8); telephone call with M. Dillion re same (0.3); email correspondence with S. Block, S. Bomhof and Cleary team re same (0.7); | 4.6 | 2,668.00 | 13837289 |
| Slavens | Adam | 11/08/2016 | reviewing litigation document; | 1.6 | 928.00 | 13837294 |
| Block | Sheila R. | 11/08/2016 | telephone call with Bromley;(.3) office conference with Scott Bomholf regarding Supreme Court of Canada filings;(.2) | 0.5 | 445.00 | 13837384 |
| Bomhof | Scott A. | 11/08/2016 | telephone call with Goodmans, Dentons and Bennett Jones regarding SCC motion to extend filing deadlines (.3); telephone call with J. Bromley to discuss SCC motion (.3); office conference with S. Block regarding Supreme Court of Canada filings (.2) | 0.8 | 556.00 | 13838594 |
| Gray | William | 11/08/2016 | Review court filings regarding appellate process | 2.2 | 2,079.00 | 13860655 |
| Bomhof | Scott A. | 12/08/2016 | telephone call with J. Bromley and telephone call with P. Kolla regarding consent to motion to delay filing of materials with SCC | 0.6 | 417.00 | 13838611 |
| Slavens | Adam | 12/08/2016 | email correspondence and telephone calls with leave applicants, P. Kolla, G. Finlayson and M. Wunder re SCC leave application and motion to extend time for filing (2.0); reviewing motions (0.6); email correspondence with S. Block, S. Bomhof and Cleary team re same (0.3); | 2.9 | 1,682.00 | 13839941 |
| Gray | William | 12/08/2016 | Review appeal papers | 1.3 | 1,228.50 | 13860629 |
| Slavens | Adam | 15/08/2016 | telephone calls with P. Kolla re Court of Appeal order (0.3); preparing draft of same (1.0); reviewing and commenting on draft of same (0.4); email correspondence with Cassels team and Cleary team re same (0.5); reviewing requirements re Supreme Court form re status of order (1.0); | 3.2 | 1,856.00 | 13847027 |
| Gray | William | 15/08/2016 | Review Appellate filings | 1.2 | 1,134.00 | 13860637 |
| Slavens | Adam | 16/08/2016 | telephone calls with Peter Kolla re draft order (0.2); reviewing and commenting on draft order (0.9); email correspondence with Cleary team re same (0.3); | 1.4 | 812.00 | 13847052 |
| Slavens | Adam | 17/08/2016 | preparing form re status of order for Supreme Court (1.5); email correspondence with Cassels team and M. Dillon re same (0.4); reviewing draft order (0.3); email correspondence with Cleary team re same (0.3); reviewing Supreme Court order re extension of time (0.2); email correspondence with Cleary team re same (0.1); | 2.8 | 1,624.00 | 13847021 |
| Bomhof | Scott A. | 17/08/2016 | reviewing filing with Supreme Court of Canada (.3); reviewing draft order for Court of Appeal decision(.2); | 0.5 | 347.50 | 13847920 |
| Laskin | Aria | 17/08/2016 | reviewing affidavit and other service / final order issues (0.4); | 0.4 | 108.00 | 13850917 |
| Gray | William | 17/08/2016 | Review appellate papers | 1.8 | 1,701.00 | 13860647 |
| Slavens | Adam | 18/08/2016 | reviewing draft Court of Appeal order and email | 3.8 | 2,204.00 | 13851652 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| | | | correspondence re same (0.3); reviewing Rules re same (2.0); reviewing litigation document re same (1.5); | | | |
| Gray | William | 22/08/2016 | Work on review of Appellate filings | 1.3 | 1,228.50 | 13871260 |
| Bomhof | Scott A. | 23/08/2016 | reviewing revised litigation document and exchange messages with J. Bromley regarding Canadian litigation document; | 0.8 | 556.00 | 13855216 |
| Slavens | Adam | 24/08/2016 | reviewing litigation document; | 0.7 | 406.00 | 13859972 |
| Bomhof | Scott A. | 24/08/2016 | reviewing Canadian dollar litigation document and discussing same with G. Berman; | 0.5 | 347.50 | 13860789 |
| Berman | Guy | 24/08/2016 | reviewing litigation document (2.3);discussing re same with S. Bomhoff (.2) | 2.5 | 1,600.00 | 13863634 |
| Gray | William | 24/08/2016 | Review appeal filings (.7); review status of Supreme Court process ` (.7); review litigation process(.8) | 2.2 | 2,079.00 | 13871272 |
| Bomhof | Scott A. | 25/08/2016 | telephone call with G. Berman re litigation document(.2); exchange emails with c. Cardarelli regarding Canadian dollar litigation document(.2) | 0.4 | 278.00 | 13860793 |
| Slavens | Adam | 25/08/2016 | telephone call with P. Kolla re Court of Appeal order; | 0.3 | 174.00 | 13864259 |
| Slavens | Adam | 26/08/2016 | reviewing litigation document; | 3.8 | 2,204.00 | 13864251 |
| Bomhof | Scott A. | 26/08/2016 | Calls with G. Berman and C. Cardarelli re: Canadian Litigation Document (0.6); Review litigation documents (1.5); exchange emails with J. Bromley re: Canadian Litigation Document (0.2) | 2.3 | 1,598.50 | 13864381 |
| Berman | Guy | 26/08/2016 | reviewing litigation document (.6) ; call with S. Bomhoff (.2); Call with Sandra Rock at Cleary (.3); | 1.1 | 704.00 | 13871936 |
| Slavens | Adam | 28/08/2016 | reviewing litigation document; | 3.5 | 2,030.00 | 13864272 |
| Bomhof | Scott A. | 29/08/2016 | Review and provide comment on litigation document (1.5); telephone conversation with A. Slavens, G. Berman and Cassels Brock re: Canadian Litigation Document (1.0); | 2.5 | 1,737.50 | 13865828 |
| Slavens | Adam | 29/08/2016 | reviewing litigation document (5.8); conference call with Cassels team, S. Bomhof and G. Berman re same (0.4); | 6.2 | 3,596.00 | 13870522 |
| Gray | William | 29/08/2016 | Review appellate papers | 0.7 | 661.50 | 13871301 |
| Berman | Guy | 29/08/2016 | call on litigation document with Cassel Brock and Torys team (Bomhoff and Slavens); | 0.3 | 192.00 | 13871938 |
| Slavens | Adam | 30/08/2016 | reviewing litigation document; | 1.4 | 812.00 | 13870519 |
| Bomhof | Scott A. | 30/08/2016 | review tax comments on Litigation Document and discuss same with G. Berman; | 0.4 | 278.00 | 13871236 |
| DeMarinis | Tony | 30/08/2016 | reviewing correspondence and materials in relation to litigation document; | 1.0 | 845.00 | 13871257 |
| Gray | William | 31/08/2016 | Work on review of appellate papers | 0.7 | 661.50 | 13871311 |
| Slavens | Adam | 31/08/2016 | reviewing litigation document; | 3.0 | 1,740.00 | 13872677 |

| **Last Name** | **First Name** | **Date** | **Description** | **Hours** | **Value** | **Index#** |
|---|---|---|---|---|---|---|
| DeMarinis | Tony | 05/08/2016 | reviewing leave to appeal issues and materials; | 1.0 | 845.00 | 13826256 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Opolsky | Jeremy | 01/08/2016 | reviewing appeal documents (0.2); | 0.2 | 101.00 | 13814795 |
| DeMarinis | Tony | 02/08/2016 | reviewing leave to appeal and related materials and correspondence; | 1.0 | 845.00 | 13818039 |
| Opolsky | Jeremy | 02/08/2016 | reviewing Canadian appeal documents; | 0.5 | 252.50 | 13818563 |
| DeMarinis | Tony | 03/08/2016 | consideration and review of leave to appeal issues, process, and materials; | 1.5 | 1,267.50 | 13821548 |
| Opolsky | Jeremy | 09/08/2016 | reviewing appeal documents; | 0.1 | 50.50 | 13833210 |
| Opolsky | Jeremy | 10/08/2016 | reviewing appeal documents and issues; | 0.3 | 151.50 | 13834372 |
| Opolsky | Jeremy | 16/08/2016 | correspondence re: Appeal issues; | 0.1 | 50.50 | 13843660 |
| Opolsky | Jeremy | 17/08/2016 | reviewing correspondence re: Supreme Court Appeal; | 0.1 | 50.50 | 13846217 |
| DeMarinis | Tony | 18/08/2016 | reviewing counsel correspondence, materials and issues on leave to appeal; | 0.9 | 760.50 | 13847892 |
| DeMarinis | Tony | 22/08/2016 | reviewing file in regards to post-allocation issues and requirements; | 1.3 | 1,098.50 | 13853026 |
| Slavens | Adam | 23/08/2016 | reviewing CCAA case court documents; | 1.0 | 580.00 | 13859964 |

U.S. Proceedings/Matters

| **Last Name** | **First Name** | **Date** | **Description** | **Hours** | **Value** | **Index#** |
|---|---|---|---|---|---|---|
| Slavens | Adam | 05/08/2016 | reviewing chapter 11 case court materials; | 1.5 | 870.00 | 13830296 |
| Slavens | Adam | 23/08/2016 | reviewing chapter 11 case court documents; | 2.0 | 1,160.00 | 13859962 |