# **<u>EXHIBIT B</u>**

**Nortel**
**August 2016 Disbursements**

| | | | | |
|---|---|---|---|---|
| Library Costs | | 04/08/2016 | $ 231.25 | Library Costs |
| | | | | PAYPAL *CHASECAMBRI 01142559040 US Article download, ICR Special Issue - US cooperation in foreign proceedings |
| Laser Printing | | 02/08/2016 | 0.30 | Laser Printing |
| Laser Printing | | 12/08/2016 | 0.30 | Laser Printing |
| Laser Printing | | 12/08/2016 | 13.60 | Laser Printing |
| Laser Printing | | 17/08/2016 | 0.20 | Laser Printing |
| Laser Printing | | 19/08/2016 | 18.60 | Laser Printing |
| Laser Printing | | 29/08/2016 | 27.90 | Laser Printing |
| Laser Printing | | 29/08/2016 | 7.40 | Laser Printing |
| Laser Printing | | 04/08/2016 | 1.90 | Laser Printing |
| Laser Printing | | 04/08/2016 | 0.70 | Laser Printing |
| Laser Printing | | 04/08/2016 | 0.20 | Laser Printing |
| Laser Printing | | 04/08/2016 | 1.90 | Laser Printing |
| Laser Printing | | 04/08/2016 | 0.70 | Laser Printing |
| Laser Printing | | 04/08/2016 | 0.10 | Laser Printing |
| Laser Printing | | 04/08/2016 | 0.10 | Laser Printing |
| Laser Printing | | 04/08/2016 | 0.10 | Laser Printing |
| Laser Printing-Colour | | 08/08/2016 | 1.70 | Laser Printing-Colour |
| Laser Printing-Colour | | 08/08/2016 | 2.55 | Laser Printing-Colour |
| Laser Printing-Colour | | 08/08/2016 | 0.85 | Laser Printing-Colour |
| Laser Printing-Colour | | 08/08/2016 | 0.85 | Laser Printing-Colour |
| | | | $ 79.95 | |
| | | | $ 311.20 | |