# EXHIBIT A

# HOURS/BILLABLE AMOUNTS BY PROJECT
# NORTEL NETWORKS, INC.

**Name:** RLKS Executive Solutions LL

**Working Dates:** Start Date 8/1/2016    End Date 8/31/2016

**Enter Billing Rate/Hr:** 590.00

| Project No. | Project Name | Hours/Minutes Worked | Billing Rate | Billing Amount |
|---|---|---|---|---|
| 1 | IT Infrastructure Support/eData Search Support | 182.10 | $590.00 | $107,439.00 |
| 2 | Document Management and Research Support, Call Center | 59.90 | $590.00 | $35,341.00 |
| 3 | Human Resources - Former Employee Related Projects | 10.80 | $590.00 | $6,372.00 |
| 4 | Fee Apps | 40.50 | $590.00 | $23,895.00 |
| 5 | Non-working travel | 12.00 | $295.00 | $3,540.00 |
| 6 | Claims Administration & Reconciliation, Distribution Support | 753.80 | $590.00 | $444,742.00 |
| 7 | Tax/Finance Matters and Budget Projects | 37.50 | $590.00 | $22,125.00 |
| 8 | Misc Debtor Issues and Communications | 1.90 | $590.00 | $1,121.00 |
| 9 | Analyst Support and Case Modeling | 150.30 | $590.00 | $88,677.00 |
|  | **Hours/Billing Amount for Period:** | **1,248.80** |  | **$733,252.00** |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 8/1/2016 | NetBackup configuration changes to policies, monitoring / Server security updates / malware definitions | Brandon Bangerter | 1 | 4.6 |
| 8/1/2016 | Correspondence - re: Frontier | Kathryn Schultea | 1 | 0.4 |
| 8/1/2016 | IT Infrastructure Support | Raj Perubhatla | 1 | 5.7 |
| 8/2/2016 | Access updates to servers and shares / patch installation and removal / troubleshooting errors | Brandon Bangerter | 1 | 3.3 |
| 8/2/2016 | Correspondence - Nortel Services Agreement | Kathryn Schultea | 1 | 0.3 |
| 8/2/2016 | IT Infrastructure monitoring | Raj Perubhatla | 1 | 2.2 |
| 8/3/2016 | Configuration and updates to servers / NetBackup configuration changes and starts / monitoring | Brandon Bangerter | 1 | 5.1 |
| 8/4/2016 | NetBackup starts and updates / monitoring of jobs | Brandon Bangerter | 1 | 1.4 |
| 8/4/2016 | IT infrastructure monitoring | Raj Perubhatla | 1 | 5.7 |
| 8/5/2016 | Correspondence - Data Foundry | Kathryn Schultea | 1 | 0.8 |
| 8/5/2016 | Correspondence and review of details for tape storage | Kathryn Schultea | 1 | 1.3 |
| 8/5/2016 | IT Infrastructure Support | Raj Perubhatla | 1 | 5.4 |
| 8/8/2016 | NetBackup monitoring / restarts and updates to policies / resolving server space issues | Brandon Bangerter | 1 | 2.0 |
| 8/8/2016 | IT Infrastructure Support | Raj Perubhatla | 1 | 0.7 |
| 8/9/2016 | NetBackup configuration changes to policies, monitoring / Server security updates / malware definitions | Brandon Bangerter | 1 | 2.2 |
| 8/9/2016 | On-site IT Infrastructure for burnt out PDU | Raj Perubhatla | 1 | 2.7 |
| 8/9/2016 | IT infrastructure monitoring | Raj Perubhatla | 1 | 2.2 |
| 8/10/2016 | Server security updates, patches, virus / malware definitions, space reclamation, troubleshooting errors | Brandon Bangerter | 1 | 2.8 |
| 8/11/2016 | Correspondence - Document Destruction | Kathryn Schultea | 1 | 0.3 |
| 8/11/2016 | Hard Drive Restoration for Discovery | Raj Perubhatla | 1 | 4.3 |
| 8/11/2016 | IT Infrastructure Monitoring | Raj Perubhatla | 1 | 2.2 |
| 8/12/2016 | Server configuration changes / NetBackup changes and monitoring / security updates | Brandon Bangerter | 1 | 4.3 |
| 8/12/2016 | Received, read, reviewed correspondence re data searches for litigation matters | Kathryn Schultea | 1 | 2.3 |
| 8/12/2016 | Hard Drive Restoration for Discovery | Raj Perubhatla | 1 | 4.8 |
| 8/13/2016 | Website support | Raj Perubhatla | 1 | 1.2 |
| 8/14/2016 | IT Support: Hard Drive Restoration | Raj Perubhatla | 1 | 3.8 |
| 8/15/2016 | Server configuration updates / definitions / scans and troubleshooting error messages | Brandon Bangerter | 1 | 5.5 |
| 8/15/2016 | Correspondence - Nortel Service Agreement (Cert. of destruction) | Kathryn Schultea | 1 | 0.8 |
| 8/15/2016 | IT infrastructure monitoring | Raj Perubhatla | 1 | 5.3 |
| 8/16/2016 | Data center power issues / updates on consumption and usage / configuration update | Brandon Bangerter | 1 | 4.3 |
| 8/16/2016 | IT Support for Discovery | Raj Perubhatla | 1 | 6.7 |
| 8/17/2016 | Office configuration changes for access to VPN, shares, servers | Brandon Bangerter | 1 | 2.7 |
| 8/17/2016 | Server configuration changes / NetBackup changes and monitoring / access rights to shares | Brandon Bangerter | 1 | 3.8 |
| 8/17/2016 | IT Support for Discovery | Raj Perubhatla | 1 | 5.7 |
| 8/18/2016 | Data Center office cleanup / inventory of items / hardware checks / connections and configurations | Brandon Bangerter | 1 | 5.8 |
| 8/18/2016 | Iron Mountain material review from requested former EE files | Kathryn Schultea | 1 | 3.5 |
| 8/18/2016 | IT Support for Discovery | Raj Perubhatla | 1 | 1.3 |
| 8/19/2016 | Server security updates, patches, virus / malware definitions, space reclamation, troubleshooting errors | Brandon Bangerter | 1 | 4.4 |
| 8/19/2016 | IT Support for Discovery | Raj Perubhatla | 1 | 4.7 |
| 8/20/2016 | IT Support for Discovery | Raj Perubhatla | 1 | 2.7 |
| 8/22/2016 | NetBackup offsite NAS physical move and reconfiguration / policy updates for server changes and starts | Brandon Bangerter | 1 | 5.3 |
| 8/22/2016 | Correspondence - Iron Mountain Retrieval request | Kathryn Schultea | 1 | 1.1 |
| 8/22/2016 | IT infrastructure monitoring | Raj Perubhatla | 1 | 2.2 |
| 8/23/2016 | NetBackup configuration changes to policies, monitoring / server hardware replacements and testing | Brandon Bangerter | 1 | 4.5 |
| 8/23/2016 | IT Support for Discovery | Raj Perubhatla | 1 | 1.7 |
| 8/23/2016 | IT infrastructure monitoring | Raj Perubhatla | 1 | 2.8 |
| 8/23/2016 | IT Support for Org Structure | Raj Perubhatla | 1 | 1.2 |
| 8/25/2016 | Preparation for and updates for conference call / Server administration and updates | Brandon Bangerter | 1 | 4.8 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 8/25/2016 | IT Support for Discovery | Raj Perubhatla | 1 | 1.6 |
| 8/26/2016 | NetBackup configuration changes to policies, monitoring / Server security updates / malware definitions | Brandon Bangerter | 1 | 3.4 |
| 8/26/2016 | IT Support for Discovery | Raj Perubhatla | 1 | 5.2 |
| 8/29/2016 | Server security updates, patches, virus / malware definitions, space reclamation, troubleshooting errors | Brandon Bangerter | 1 | 6.5 |
| 8/29/2016 | IT Support for file servers | Raj Perubhatla | 1 | 1.2 |
| 8/29/2016 | IT infrastructure monitoring | Raj Perubhatla | 1 | 1.2 |
| 8/30/2016 | NetBackup updates / restarts / monitoring; server administrator and patch updates | Brandon Bangerter | 1 | 3.7 |
| 8/30/2016 | Investigate EE address maintenance | Raj Perubhatla | 1 | 1.2 |
| 8/31/2016 | Sonicwall troubleshooting and restarts / server updates / NetBackup monitoring and changes | Brandon Bangerter | 1 | 2.8 |
| 8/31/2016 | IT infrastructure monitoring | Raj Perubhatla | 1 | 2.5 |
| 8/1/2016 | Employee Claims Distribution - Captured claimant calls regarding tax solicitation letters, entered tracking and noted address changes. | Felicia Buenrostro | 2 | 2.0 |
| 8/1/2016 | Request for Nortel EE files from Iron Mountain | Felicia Buenrostro | 2 | 1.0 |
| 8/1/2016 | Correspondence - re: RTP facility turn back and review related documents | Kathryn Schultea | 2 | 1.3 |
| 8/1/2016 | Correspondence - re: Sub-tenants letters | Kathryn Schultea | 2 | 0.6 |
| 8/2/2016 | Employee Claims Distribution - Captured claimant calls regarding tax solicitation letters, entered tracking and noted address changes. | Felicia Buenrostro | 2 | 1.0 |
| 8/3/2016 | Employee Claims Distribution - Captured claimant calls regarding tax solicitation letters, entered tracking and noted address changes. | Felicia Buenrostro | 2 | 2.5 |
| 8/4/2016 | Employee Claims Distribution - Captured claimant calls regarding tax solicitation letters, entered tracking and noted address changes. | Felicia Buenrostro | 2 | 3.0 |
| 8/4/2016 | Request for Nortel EE files from Iron Mountain | Felicia Buenrostro | 2 | 1.5 |
| 8/5/2016 | Employee Claims Distribution - Captured claimant calls regarding tax solicitation letters, entered tracking and noted address changes. | Felicia Buenrostro | 2 | 2.5 |
| 8/8/2016 | Employee Claims Distribution - Captured claimant calls regarding tax solicitation letters, entered tracking and noted address changes. | Felicia Buenrostro | 2 | 2.5 |
| 8/9/2016 | Request for Nortel EE files from Iron Mountain | Felicia Buenrostro | 2 | 1.3 |
| 8/9/2016 | Employee Claims Distribution - Captured claimant calls regarding tax solicitation letters, entered tracking and noted address changes. | Felicia Buenrostro | 2 | 1.0 |
| 8/10/2016 | Employee Claims Distribution - Captured claimant calls regarding tax solicitation letters, entered tracking and noted address changes. | Felicia Buenrostro | 2 | 1.3 |
| 8/10/2016 | Request for Nortel EE files from Iron Mountain | Felicia Buenrostro | 2 | 1.0 |
| 8/11/2016 | Employee Claims Distribution - Captured claimant calls regarding tax solicitation letters, entered tracking and noted address changes. | Felicia Buenrostro | 2 | 3.0 |
| 8/11/2016 | Review Zurich documentation | Kathryn Schultea | 2 | 1.5 |
| 8/12/2016 | Employee Claims Distribution - Captured claimant calls regarding tax solicitation letters, entered tracking and noted address changes. | Felicia Buenrostro | 2 | 1.0 |
| 8/15/2016 | Employee Claims Distribution - Captured claimant calls regarding tax solicitation letters, entered tracking and noted address changes. | Felicia Buenrostro | 2 | 1.0 |
| 8/15/2016 | Review and responded to various emails re service agreements post facility move | Kathryn Schultea | 2 | 2.0 |
| 8/16/2016 | Employee Claims Distribution - Captured claimant calls regarding tax solicitation letters, entered tracking and noted address changes. | Felicia Buenrostro | 2 | 1.0 |
| 8/16/2016 | Correspondence - SNMP Data | Kathryn Schultea | 2 | 0.6 |
| 8/17/2016 | Employee Claims Distribution - Captured claimant calls regarding tax solicitation letters, entered tracking and noted address changes. | Felicia Buenrostro | 2 | 2.0 |
| 8/17/2016 | Request for Nortel EE files from Iron Mountain | Felicia Buenrostro | 2 | 0.8 |
| 8/19/2016 | Employee Claims Distribution - Captured claimant calls regarding tax solicitation letters, entered tracking and noted address changes. | Felicia Buenrostro | 2 | 2.0 |
| 8/22/2016 | Employee Claims Distribution - Captured claimant calls regarding tax solicitation letters, entered tracking and noted address changes. | Felicia Buenrostro | 2 | 2.0 |
| 8/22/2016 | Request for Nortel EE files from Iron Mountain | Felicia Buenrostro | 2 | 1.3 |
| 8/22/2016 | Correspondence - Transfer Agreement | Kathryn Schultea | 2 | 1.3 |
| 8/22/2016 | Correspondence - re: Zurich follow-up | Kathryn Schultea | 2 | 0.8 |
| 8/23/2016 | Employee Claims Distribution - Captured claimant calls regarding tax solicitation letters, entered tracking and noted address changes. | Felicia Buenrostro | 2 | 2.0 |
| 8/24/2016 | Employee Claims Distribution - Captured claimant calls regarding tax solicitation letters, entered tracking and noted address changes. | Felicia Buenrostro | 2 | 3.0 |
| 8/25/2016 | Employee Claims Distribution - Captured claimant calls regarding tax solicitation letters, entered tracking and noted address changes. | Felicia Buenrostro | 2 | 1.0 |
| 8/26/2016 | Employee Claims Distribution - Captured claimant calls regarding tax solicitation letters, entered tracking and noted address changes. | Felicia Buenrostro | 2 | 2.0 |
| 8/29/2016 | Employee Claims Distribution - Captured claimant calls regarding tax solicitation letters, entered tracking and noted address changes. | Felicia Buenrostro | 2 | 2.3 |
| 8/30/2016 | Employee Claims Distribution - Captured claimant calls regarding tax solicitation letters, entered tracking and noted address changes. | Felicia Buenrostro | 2 | 3.0 |
| 8/31/2016 | Request for Nortel EE files from Iron Mountain | Felicia Buenrostro | 2 | 2.0 |
| 8/31/2016 | Employee Claims Distribution - Captured claimant calls regarding tax solicitation letters, entered tracking and noted address changes. | Felicia Buenrostro | 2 | 1.0 |
| 8/31/2016 | Read, review, and responded re land lord correspondence | Kathryn Schultea | 2 | 0.8 |
| 8/1/2016 | Conf. Call - Proposed Nortel Transition Agreement Discussion | Kathryn Schultea | 3 | 0.6 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 8/10/2016 | Review - Mergis staffing documents for June | Kathryn Schultea | 3 | 0.3 |
| 8/19/2016 | Correspondence - Proof of Employment from former employees | Kathryn Schultea | 3 | 0.3 |
| 8/19/2016 | Data pull for subpoena | Kathryn Schultea | 3 | 0.8 |
| 8/24/2016 | Correspondence - Iron Mountain - Subpoena request | Kathryn Schultea | 3 | 2.0 |
| 8/25/2016 | Correspondence - Iron Mountain Retrieval request | Kathryn Schultea | 3 | 1.3 |
| 8/29/2016 | HR Support | Raj Perubhatla | 3 | 3.2 |
| 8/30/2016 | Correspondence - Follow up on Employment Records | Kathryn Schultea | 3 | 2.3 |
| 8/1/2016 | Fee application work and consolidation | Kathryn Schultea | 4 | 3.0 |
| 8/5/2016 | Fee Application Tracking | Brandon Bangerter | 4 | 1.0 |
| 8/5/2016 | Fee Application Tracking | Daniel Tollefsen | 4 | 1.0 |
| 8/5/2016 | Fee Application Tracking | Felicia Buenrostro | 4 | 1.0 |
| 8/5/2016 | Fee application | Kathryn Schultea | 4 | 1.0 |
| 8/5/2016 | Fee Application Tracking | Raj Perubhatla | 4 | 1.0 |
| 8/6/2016 | Fee Application Tracking | Mary Cilia | 4 | 1.0 |
| 8/11/2016 | Fee application work and consolidation | Kathryn Schultea | 4 | 3.5 |
| 8/12/2016 | Fee Application Tracking | Brandon Bangerter | 4 | 1.0 |
| 8/12/2016 | Fee Application Tracking | Daniel Tollefsen | 4 | 1.0 |
| 8/12/2016 | Fee Application Tracking | Felicia Buenrostro | 4 | 1.0 |
| 8/12/2016 | Fee Application Tracking | Raj Perubhatla | 4 | 1.0 |
| 8/13/2016 | Fee Application Tracking | Leticia Barrios | 4 | 1.0 |
| 8/13/2016 | Fee Application Tracking | Mary Cilia | 4 | 1.0 |
| 8/15/2016 | Fee Application Tracking | David Kantorczyk | 4 | 1.0 |
| 8/19/2016 | Fee Application Tracking | Brandon Bangerter | 4 | 1.0 |
| 8/19/2016 | Fee Application Tracking | Daniel Tollefsen | 4 | 1.0 |
| 8/19/2016 | Fee Application Tracking | Felicia Buenrostro | 4 | 1.0 |
| 8/19/2016 | Fee application | Kathryn Schultea | 4 | 1.0 |
| 8/19/2016 | Fee Application Tracking | Raj Perubhatla | 4 | 1.0 |
| 8/20/2016 | Fee Application Tracking | Leticia Barrios | 4 | 1.0 |
| 8/20/2016 | Fee Application Tracking | Mary Cilia | 4 | 1.0 |
| 8/24/2016 | Quarterly fee application work | Kathryn Schultea | 4 | 3.5 |
| 8/26/2016 | Fee Application Tracking | Brandon Bangerter | 4 | 1.0 |
| 8/26/2016 | Fee Application Tracking | Daniel Tollefsen | 4 | 1.0 |
| 8/26/2016 | Weekly Fee Application Work and consolidation | Felicia Buenrostro | 4 | 1.5 |
| 8/26/2016 | Fee application | Kathryn Schultea | 4 | 1.0 |
| 8/26/2016 | Fee Application Tracking | Raj Perubhatla | 4 | 1.0 |
| 8/27/2016 | Fee Application Tracking | Leticia Barrios | 4 | 1.0 |
| 8/27/2016 | Fee Application Tracking | Mary Cilia | 4 | 1.0 |
| 8/31/2016 | Fee Application Tracking | David Kantorczyk | 4 | 1.0 |
| 8/31/2016 | Fee application work and consolidation | Kathryn Schultea | 4 | 2.0 |
| 8/15/2016 | Non-Working Travel: Houston to Wilmington | Mary Cilia | 5 | 6.0 |
| 8/16/2016 | Non-Working Travel: Wilmington to Houston | Mary Cilia | 5 | 6.0 |
| 8/1/2016 | Review and document claimant's tax information into W-4 Layout file for database load | Daniel Tollefsen | 6 | 4.9 |
| 8/1/2016 | Segregate, add and analyze additionally Allowed claims to the EY Foreign and Domestic templates. | David Kantorczyk | 6 | 7.0 |
| 8/1/2016 | Employee Claims Distribution - Open mail and scan all W-4 | Felicia Buenrostro | 6 | 2.5 |
| 8/1/2016 | Research returned mail for address changes | Felicia Buenrostro | 6 | 1.0 |
| 8/1/2016 | Correspondence received, researched, and responded re W-4 solicitation | Kathryn Schultea | 6 | 2.3 |
| 8/1/2016 | Research and documentation related to omnibus objection responses; related e-mails and phone calls | Mary Cilia | 6 | 4.9 |
| 8/2/2016 | Review and document claimant's tax information into W-4 Layout file for database load | Daniel Tollefsen | 6 | 4.8 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 8/2/2016 | Segregate, add and analyze additionally Allowed claims to the EY Foreign and Domestic templates. | David Kantorczyk | 6 | 7.0 |
| 8/2/2016 | Employee Claims Distribution - Open mail and scan all W-4 | Felicia Buenrostro | 6 | 2.0 |
| 8/2/2016 | Research returned mail for address changes | Felicia Buenrostro | 6 | 2.5 |
| 8/2/2016 | Read, review and respond to various e-mails related to claims | Kathryn Schultea | 6 | 1.8 |
| 8/2/2016 | Employee Claims Distribution - follow up on calls regarding tax solicitation letters | Kathryn Schultea | 6 | 4.3 |
| 8/2/2016 | Research and documentation related to omnibus objection responses; related e-mails and phone calls | Mary Cilia | 6 | 3.4 |
| 8/2/2016 | Read, review and respond to various e-mails related to claims | Mary Cilia | 6 | 1.4 |
| 8/3/2016 | Review and document claimant's tax information into W-4 Layout file for database load | Daniel Tollefsen | 6 | 5.5 |
| 8/3/2016 | Segregate, add and analyze additionally Allowed claims to the EY Foreign and Domestic templates. | David Kantorczyk | 6 | 7.5 |
| 8/3/2016 | Employee Claims Distribution - Open mail and scan all W-4 | Felicia Buenrostro | 6 | 3.0 |
| 8/3/2016 | Research returned mail for address changes | Felicia Buenrostro | 6 | 1.0 |
| 8/3/2016 | Conf. Call - Employee Gross to Net Calculation - Status Update | Kathryn Schultea | 6 | 1.0 |
| 8/3/2016 | Read, responded to emails re interim distribution | Kathryn Schultea | 6 | 1.5 |
| 8/3/2016 | Review details of testing file for tax calculations | Kathryn Schultea | 6 | 3.0 |
| 8/3/2016 | Employee Claims Distribution - Enter Claimant's tax information into W-4 Layout file for database load. | Kathryn Schultea | 6 | 2.5 |
| 8/3/2016 | Research, review and reconcile open claims and related e-mails/ negotiations | Mary Cilia | 6 | 1.1 |
| 8/3/2016 | Research and provide update on cross-border claims to M. Kennedy | Mary Cilia | 6 | 0.9 |
| 8/3/2016 | Research and documentation related to omnibus objection responses; related e-mails and phone calls | Mary Cilia | 6 | 2.7 |
| 8/4/2016 | Review and document claimant's tax information into W-4 Layout file for database load | Daniel Tollefsen | 6 | 4.9 |
| 8/4/2016 | Segregate, add and analyze additionally Allowed claims to the EY Foreign and Domestic templates. | David Kantorczyk | 6 | 7.5 |
| 8/4/2016 | Employee Claims Distribution - Open mail and scan all W-4 | Felicia Buenrostro | 6 | 1.0 |
| 8/4/2016 | Research returned mail for address changes | Felicia Buenrostro | 6 | 0.5 |
| 8/4/2016 | Read, review, research and respond to calls and emails re misc former employee requests | Kathryn Schultea | 6 | 2.5 |
| 8/4/2016 | Employee Claims Distribution - review integration testing | Kathryn Schultea | 6 | 2.0 |
| 8/4/2016 | Employee Claims Distribution - review W-4 elections from returned solicitation letters | Kathryn Schultea | 6 | 3.0 |
| 8/4/2016 | Research and documentation related to omnibus objection responses; related e-mails and phone calls | Mary Cilia | 6 | 3.3 |
| 8/4/2016 | Research, review and reconcile open claims and related e-mails/ negotiations | Mary Cilia | 6 | 1.2 |
| 8/5/2016 | Segregate, add and analyze additionally Allowed claims to the EY Foreign and Domestic templates. | David Kantorczyk | 6 | 6.0 |
| 8/5/2016 | Employee Claims Distribution - Open mail and scan all W-4 | Felicia Buenrostro | 6 | 2.0 |
| 8/5/2016 | Review and follow-up re former foreign EE matrix for handling in interim distribution | Kathryn Schultea | 6 | 3.5 |
| 8/5/2016 | Employee Claims Distribution - follow up on calls regarding tax solicitation letters | Kathryn Schultea | 6 | 2.0 |
| 8/5/2016 | Research and documentation related to omnibus objection responses; related e-mails and phone calls | Mary Cilia | 6 | 2.3 |
| 8/5/2016 | Research, review and reconcile open claims and related e-mails/ negotiations | Mary Cilia | 6 | 1.4 |
| 8/8/2016 | Review and document claimant's tax information into W-4 Layout file for database load | Daniel Tollefsen | 6 | 4.8 |
| 8/8/2016 | Segregate, add and analyze additionally Allowed claims to the EY Foreign and Domestic templates. | David Kantorczyk | 6 | 5.0 |
| 8/8/2016 | Verify that claims allowed on the First Notice of Formally Claims filed by NNI are properly reflected by EPIQ | David Kantorczyk | 6 | 3.0 |
| 8/8/2016 | Research returned mail for address changes | Felicia Buenrostro | 6 | 1.3 |
| 8/8/2016 | Employee Claims Distribution - Open mail and scan all W-4 | Felicia Buenrostro | 6 | 1.5 |
| 8/8/2016 | Interim distribution - QC and testing review | Kathryn Schultea | 6 | 4.3 |
| 8/8/2016 | Correspondence - Nortel Solicitation Employee Letter Review | Kathryn Schultea | 6 | 1.5 |
| 8/8/2016 | Initial formulation of communication to accompany distribution | Kathryn Schultea | 6 | 2.0 |
| 8/8/2016 | Employee Claims Distribution - Claimant calls regarding tax solicitation questions and related follow-up, data entry of information provided | Leticia Barrios | 6 | 4.3 |
| 8/8/2016 | Employee Claims Distribution - Enter Claimant's tax information into W-4 Layout file for database load. | Leticia Barrios | 6 | 4.2 |
| 8/8/2016 | Research, review and reconcile open claims and related e-mails/ negotiations | Mary Cilia | 6 | 1.7 |
| 8/8/2016 | Research and documentation related to omnibus objection responses; related e-mails and phone calls | Mary Cilia | 6 | 4.8 |
| 8/8/2016 | Continued reconciliation of claims register to the general ledger and related documentation and updates to claims database | Mary Cilia | 6 | 0.6 |
| 8/9/2016 | Review and document claimant's tax information into W-4 Layout file for database load | Daniel Tollefsen | 6 | 4.8 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 8/9/2016 | Review of post-petition payment information to determine whether any payments had been made in regard to the non-employee claims scheduled to be paid on the intermediate distribution. | David Kantorczyk | 6 | 3.0 |
| 8/9/2016 | Segregate, add and analyze additionally Allowed claims to the EY Foreign and Domestic templates. | David Kantorczyk | 6 | 5.0 |
| 8/9/2016 | Research returned mail for address changes | Felicia Buenrostro | 6 | 2.0 |
| 8/9/2016 | Employee Claims Distribution - Open mail and scan all W-4 | Felicia Buenrostro | 6 | 2.3 |
| 8/9/2016 | Correspondence - Lexus Nexis - Review deceased employee claimants and addresses | Kathryn Schultea | 6 | 2.0 |
| 8/9/2016 | Employee Claims Distribution - review entries and load problems from claimant's tax information into W-4 layout file for database load. | Kathryn Schultea | 6 | 2.5 |
| 8/9/2016 | Employee Claims Distribution - Claimant calls regarding tax solicitation questions and related follow-up, data entry of information provided | Leticia Barrios | 6 | 4.5 |
| 8/9/2016 | Employee Claims Distribution - Enter Claimant's tax information into W-4 Layout file for database load. | Leticia Barrios | 6 | 4.2 |
| 8/9/2016 | Research and documentation related to omnibus objection responses; related e-mails and phone calls | Mary Cilia | 6 | 7.4 |
| 8/9/2016 | Read, review, research and respond to various creditor inquiries by phone and e-mail | Mary Cilia | 6 | 2.2 |
| 8/9/2016 | Research, review and reconcile open claims and related e-mails/ negotiations | Mary Cilia | 6 | 1.7 |
| 8/10/2016 | Review and document claimant's tax information into W-4 Layout file for database load | Daniel Tollefsen | 6 | 5.4 |
| 8/10/2016 | Segregate, add and analyze additionally Allowed claims to the EY Foreign and Domestic templates. | David Kantorczyk | 6 | 8.0 |
| 8/10/2016 | Meeting with EY and RLKS team members to discuss solicitation letter distribution and processing. | Felicia Buenrostro | 6 | 1.0 |
| 8/10/2016 | Employee Claims Distribution - Open mail and scan all W-4 | Felicia Buenrostro | 6 | 2.0 |
| 8/10/2016 | Research returned mail for address changes | Felicia Buenrostro | 6 | 1.0 |
| 8/10/2016 | Conf. Call - Employee Gross to Net Calculation - Status Update | Kathryn Schultea | 6 | 0.8 |
| 8/10/2016 | Meeting with EY and RLKS team members to discuss solicitation letter distribution and processing. | Kathryn Schultea | 6 | 1.0 |
| 8/10/2016 | Attend the Nortel Employee Claims Conference Call with Cleary to discuss employee claims. Discussed non-qualified claims allowed and outstanding issues. | Leticia Barrios | 6 | 1.0 |
| 8/10/2016 | Employee Claims Distribution - Claimant calls regarding tax solicitation questions and related follow-up, data entry of information provided | Leticia Barrios | 6 | 5.3 |
| 8/10/2016 | Meeting with EY and RLKS team members to discuss solicitation letter distribution and processing. | Leticia Barrios | 6 | 1.0 |
| 8/10/2016 | Research and documentation related to omnibus objection responses; related e-mails and phone calls | Mary Cilia | 6 | 10.6 |
| 8/10/2016 | Read, review, research and respond to various creditor inquiries by phone and e-mail | Mary Cilia | 6 | 0.7 |
| 8/10/2016 | Research, review and reconcile open claims and related e-mails/ negotiations | Mary Cilia | 6 | 2.3 |
| 8/10/2016 | Conference call with Cleary, Huron and RLKS re: various claims issues and work streams; related prep and follow up e-mails | Mary Cilia | 6 | 1.3 |
| 8/11/2016 | Review and document claimant's tax information into W-4 Layout file for database load | Daniel Tollefsen | 6 | 5.8 |
| 8/11/2016 | Segregate, add and analyze additionally Allowed claims to the EY Foreign and Domestic templates. | David Kantorczyk | 6 | 8.0 |
| 8/11/2016 | Employee Claims Distribution - Open mail and scan all W-4 | Felicia Buenrostro | 6 | 2.0 |
| 8/11/2016 | Research returned mail for address changes | Felicia Buenrostro | 6 | 1.0 |
| 8/11/2016 | Correspondence with EY - Nortel Update Summary | Kathryn Schultea | 6 | 1.8 |
| 8/11/2016 | Employee Claims Distribution - Claimant calls regarding tax solicitation questions and related follow-up, data entry of information provided | Leticia Barrios | 6 | 4.5 |
| 8/11/2016 | Employee Claims Distribution - Review Nortel mail and populate W-4 Layout file with returned solicitation letters. | Leticia Barrios | 6 | 4.2 |
| 8/11/2016 | Research and documentation related to omnibus objection responses; review of draft replies and comments; related e-mails and phone calls | Mary Cilia | 6 | 7.9 |
| 8/11/2016 | Read, review, research and respond to various creditor inquiries by phone and e-mail | Mary Cilia | 6 | 0.5 |
| 8/12/2016 | Review and document claimant's tax information into W-4 Layout file for database load | Daniel Tollefsen | 6 | 4.9 |
| 8/12/2016 | Segregate, add and analyze additionally Allowed claims to the EY Foreign and Domestic templates. | David Kantorczyk | 6 | 7.0 |
| 8/12/2016 | Employee Claims Distribution - Open mail and scan all W-4 | Felicia Buenrostro | 6 | 2.0 |
| 8/12/2016 | Research returned mail for address changes | Felicia Buenrostro | 6 | 2.0 |
| 8/12/2016 | Employee Claims Distribution - Review EY status update and summary of work streams and follow-up on task items on project plan | Kathryn Schultea | 6 | 1.8 |
| 8/12/2016 | Employee Claims Distribution - Review Nortel mail and populate W-4 Layout file with returned solicitation letters. | Leticia Barrios | 6 | 5.3 |
| 8/12/2016 | Read, review, research and respond to various creditor inquiries by phone and e-mail | Mary Cilia | 6 | 1.8 |
| 8/12/2016 | Research, review and reconcile open claims and related e-mails/ negotiations | Mary Cilia | 6 | 4.7 |
| 8/14/2016 | Read, review, research and respond to various e-mails related to claims objections | Mary Cilia | 6 | 0.7 |
| 8/15/2016 | Update status meeting with team members on Claims calculations and tax | Brandon Bangerter | 6 | 1.3 |
| 8/15/2016 | Review and document claimant's tax information into W-4 Layout file for database load | Daniel Tollefsen | 6 | 6.6 |
| 8/15/2016 | Segregate, add and analyze additionally Allowed claims to the EY Foreign and Domestic templates. | David Kantorczyk | 6 | 7.0 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 8/15/2016 | Research returned mail for address changes | Felicia Buenrostro | 6 | 2.3 |
| 8/15/2016 | Employee Claims Distribution - Open mail and scan all W-4 | Felicia Buenrostro | 6 | 1.3 |
| 8/15/2016 | Correspondence - Nortel Claim calls follow-up | Kathryn Schultea | 6 | 2.0 |
| 8/15/2016 | Preparation for meeting onsite at EY re: tax for distribution | Kathryn Schultea | 6 | 2.5 |
| 8/15/2016 | Employee Claims Distribution - Claimant calls regarding tax solicitation questions and related follow-up, data entry of information provided | Leticia Barrios | 6 | 5.3 |
| 8/15/2016 | Review of documents and preparation for omnibus objection hearing | Mary Cilia | 6 | 2.8 |
| 8/15/2016 | Read, review, research and respond to various e-mails related to claims objections and related correspondents with claimants | Mary Cilia | 6 | 2.1 |
| 8/16/2016 | Meeting with EY on claims status / tax issues / sign off of calculations | Brandon Bangerter | 6 | 1.6 |
| 8/16/2016 | Segregate, add and analyze additionally Allowed claims to the EY Foreign and Domestic templates. | David Kantorczyk | 6 | 7.0 |
| 8/16/2016 | Meet onsite at EY in Houston and RLKS team members to discuss status update on tax for claims distribution. | Felicia Buenrostro | 6 | 1.6 |
| 8/16/2016 | Research returned mail for address changes | Felicia Buenrostro | 6 | 2.0 |
| 8/16/2016 | Employee Claims Distribution - Open mail and scan all W-4 | Felicia Buenrostro | 6 | 2.2 |
| 8/16/2016 | Meeting onsite RLKS/EY re status updates on tax solicitation, claims and interim distributions | Kathryn Schultea | 6 | 1.6 |
| 8/16/2016 | Correspondence - Nortel message line | Kathryn Schultea | 6 | 0.4 |
| 8/16/2016 | Correspondence - Solicitation responses - LSI payments | Kathryn Schultea | 6 | 1.0 |
| 8/16/2016 | Meet onsite at EY in Houston and RLKS team members to discuss status update on tax for claims distribution. | Leticia Barrios | 6 | 1.6 |
| 8/16/2016 | Employee Claims Distribution - Claimant calls regarding tax solicitation questions and related follow-up, data entry of information provided | Leticia Barrios | 6 | 5.3 |
| 8/16/2016 | Preparation for and attendance at omnibus objection hearing | Mary Cilia | 6 | 3.8 |
| 8/16/2016 | Read, review, research and respond to various e-mails related to claims | Mary Cilia | 6 | 1.4 |
| 8/16/2016 | Read, review, research and respond to various creditor inquiries by phone and e-mail | Mary Cilia | 6 | 2.7 |
| 8/16/2016 | Claims Database Updates | Raj Perubhatla | 6 | 2.8 |
| 8/17/2016 | Review and document if claimant's tax information is received and if completed correctly and enter into W-4 Layout file for database load | Daniel Tollefsen | 6 | 5.8 |
| 8/17/2016 | Segregate, add and analyze additionally Allowed claims to the EY Foreign and Domestic templates. | David Kantorczyk | 6 | 6.0 |
| 8/17/2016 | Review and analyze claims and post petition disbursements in connection with the interim distribution of allowed secured, priority and admin NNI claims. | David Kantorczyk | 6 | 2.0 |
| 8/17/2016 | Employee Claims Distribution - Open mail and scan all W-4 | Felicia Buenrostro | 6 | 2.0 |
| 8/17/2016 | Research returned mail for address changes | Felicia Buenrostro | 6 | 1.5 |
| 8/17/2016 | Employee Claims Distribution - reviewed pulled W2 reports from Pro-Business on international and virtual site former employees for claims | Kathryn Schultea | 6 | 4.5 |
| 8/17/2016 | Follow-up on state reopening matters for claim distributions | Kathryn Schultea | 6 | 2.3 |
| 8/17/2016 | Employee Claims Distribution - Review Nortel mail and populate W-4 Layout file with returned solicitation letters. | Leticia Barrios | 6 | 7.7 |
| 8/17/2016 | Read, review, research and respond to various creditor inquiries by phone and e-mail | Mary Cilia | 6 | 1.7 |
| 8/17/2016 | Research, review and reconcile open claims and related e-mails/ negotiations | Mary Cilia | 6 | 5.8 |
| 8/18/2016 | Gross to Net Calculation update meeting on claims status | Brandon Bangerter | 6 | 1.1 |
| 8/18/2016 | Review and document if claimant's tax information is received and if completed correctly and enter into W-4 Layout file for database load | Daniel Tollefsen | 6 | 6.5 |
| 8/18/2016 | Segregate, add and analyze additionally Allowed claims to the EY Foreign and Domestic templates. | David Kantorczyk | 6 | 6.0 |
| 8/18/2016 | Employee Claims Distribution - Open mail and scan all W-4 | Felicia Buenrostro | 6 | 1.0 |
| 8/18/2016 | Research returned mail for address changes | Felicia Buenrostro | 6 | 2.5 |
| 8/18/2016 | Meeting with EY and RLKS team members to discuss solicitation letter distribution and processing. | Felicia Buenrostro | 6 | 1.0 |
| 8/18/2016 | Conf. Call with EY and RLKS team members to discuss solicitation letter distribution and processing. | Kathryn Schultea | 6 | 1.3 |
| 8/18/2016 | Meeting with EY and RLKS team members to discuss solicitation letter distribution and processing. | Leticia Barrios | 6 | 1.0 |
| 8/18/2016 | Employee Claims Distribution - Review Nortel mail and populate W-4 with returned solicitation letters. | Leticia Barrios | 6 | 5.2 |
| 8/18/2016 | Read, review, research and respond to various creditor inquiries by phone and e-mail | Mary Cilia | 6 | 2.4 |
| 8/18/2016 | Research, review and reconcile open claims and related e-mails/ negotiations; call with D. Abbott | Mary Cilia | 6 | 5.6 |
| 8/19/2016 | Review and document if claimant's tax information is received and if completed correctly and enter into W-4 Layout file for database load | Daniel Tollefsen | 6 | 5.7 |
| 8/19/2016 | Segregate, add and analyze additionally Allowed claims to the EY Foreign and Domestic templates. | David Kantorczyk | 6 | 8.0 |
| 8/19/2016 | Review Canadian tax obligation work from EY | Kathryn Schultea | 6 | 0.8 |
| 8/19/2016 | Employee Claims Distribution - Pull W2 reports from Pro-Business on international and HR Virtual Site claimants for last known work address and validation. | Leticia Barrios | 6 | 5.5 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 8/19/2016 | Read, review, research and respond to various creditor inquiries by phone and e-mail | Mary Cilia | 6 | 1.8 |
| 8/19/2016 | Review and research related to potential schedule matches and related e-mails | Mary Cilia | 6 | 5.3 |
| 8/19/2016 | Research, review and reconcile open claims and related e-mails/ negotiations | Mary Cilia | 6 | 1.8 |
| 8/22/2016 | Review and document if claimant's tax information is received and if completed correctly and enter into W-4 Layout file for database load | Daniel Tollefsen | 6 | 6.3 |
| 8/22/2016 | Segregate, add and analyze additionally Allowed claims to the EY Foreign and Domestic templates. | David Kantorczyk | 6 | 7.0 |
| 8/22/2016 | Employee Claims Distribution - Open mail and scan all W-4 | Felicia Buenrostro | 6 | 2.0 |
| 8/22/2016 | Research returned mail for address changes | Felicia Buenrostro | 6 | 1.0 |
| 8/22/2016 | Correspondence - Status update on interim distribution | Kathryn Schultea | 6 | 1.0 |
| 8/22/2016 | Read, review, research and respond to calls and emails re EE requests | Kathryn Schultea | 6 | 1.8 |
| 8/22/2016 | Correspondence - Former Employee W-4 Anomalies | Kathryn Schultea | 6 | 2.0 |
| 8/22/2016 | Employee Claims Distribution - Review Nortel mail and populate W-4 Layout file with returned solicitation letters. | Leticia Barrios | 6 | 6.3 |
| 8/22/2016 | Employee Claims Distribution - Claimant calls regarding tax solicitation questions and related follow-up, data entry of information provided | Leticia Barrios | 6 | 1.3 |
| 8/22/2016 | Research, review and reconcile open claims and related e-mails/ negotiations | Mary Cilia | 6 | 2.8 |
| 8/22/2016 | Read, review, research and respond to various creditor inquiries by phone and e-mail | Mary Cilia | 6 | 1.6 |
| 8/22/2016 | Review and research related to potential schedule matches and related e-mails | Mary Cilia | 6 | 1.8 |
| 8/22/2016 | Prepare non-employee omnibus objection file for next round of omnibus objections and add claims/schedules reviewed to date that are ready for objection | Mary Cilia | 6 | 2.3 |
| 8/22/2016 | Claims Database Updates | Raj Perubhatla | 6 | 4.2 |
| 8/23/2016 | Review and document if claimant's tax information is received and if completed correctly and enter into W-4 Layout file for database load | Daniel Tollefsen | 6 | 5.3 |
| 8/23/2016 | Revise EY Foreign claimant withholding template and transmit same to EY for comment. | David Kantorczyk | 6 | 3.0 |
| 8/23/2016 | Employee Claims Distribution - Open mail and scan all W-4 | Felicia Buenrostro | 6 | 2.0 |
| 8/23/2016 | Research returned mail for address changes | Felicia Buenrostro | 6 | 1.8 |
| 8/23/2016 | Correspondence - NTEC | Kathryn Schultea | 6 | 0.3 |
| 8/23/2016 | Correspondence - Tax solicitation EY pre-meeting | Kathryn Schultea | 6 | 1.0 |
| 8/23/2016 | Correspondence - T7 Calc finding | Kathryn Schultea | 6 | 0.5 |
| 8/23/2016 | Correspondence - W4's Summary Details | Kathryn Schultea | 6 | 2.5 |
| 8/23/2016 | Correspondence - LTD and Retiree Committee vendors | Kathryn Schultea | 6 | 0.5 |
| 8/23/2016 | Correspondence - Veba | Kathryn Schultea | 6 | 0.3 |
| 8/23/2016 | Employee Claims Distribution - Review Nortel mail and populate W-4 Layout file with returned solicitation letters. | Leticia Barrios | 6 | 5.5 |
| 8/23/2016 | Employee Claims Distribution - Claimant calls regarding tax solicitation questions and related follow-up, data entry of information provided | Leticia Barrios | 6 | 1.0 |
| 8/23/2016 | Prepare employee omnibus objection file for next round of omnibus objections and add claims reviewed to date that are ready for objection | Mary Cilia | 6 | 1.8 |
| 8/23/2016 | Read, review, research and respond to various creditor inquiries by phone and e-mail | Mary Cilia | 6 | 0.7 |
| 8/23/2016 | Review claims update report from EPIQ and make review expected changes | Mary Cilia | 6 | 5.3 |
| 8/23/2016 | Research, review and reconcile open claims and related e-mails/ negotiations | Mary Cilia | 6 | 2.1 |
| 8/24/2016 | Gross to Net Calculation update meeting on claims status | Brandon Bangerter | 6 | 1.0 |
| 8/24/2016 | Review and document if claimant's tax information is received and if completed correctly and enter into W-4 Layout file for database load | Daniel Tollefsen | 6 | 4.6 |
| 8/24/2016 | Conference call regarding claimant gross to net calc - status update | Daniel Tollefsen | 6 | 0.8 |
| 8/24/2016 | Agree Omnibus Objection 42 as Ordered and Second Notice of Formally Allowed Claims to current EPIQ Extract and note exceptions. | David Kantorczyk | 6 | 6.0 |
| 8/24/2016 | Review of post-petition payment information to determine whether any payments had been made in regard to the non-employee claims scheduled to be paid on the intermediate distribution. | David Kantorczyk | 6 | 1.0 |
| 8/24/2016 | Weekly Nortel Networks outside consultant claim call including RLKS, Cleary and Huron including preparation and summarization. | David Kantorczyk | 6 | 0.5 |
| 8/24/2016 | Research returned mail for address changes | Felicia Buenrostro | 6 | 0.5 |
| 8/24/2016 | Employee Claims Distribution - Open mail and scan all W-4 | Felicia Buenrostro | 6 | 1.5 |
| 8/24/2016 | Conf. Call with EY and RLKS team members to discuss status update on tax for LSI claims distribution. | Kathryn Schultea | 6 | 1.0 |
| 8/24/2016 | Correspondence - LTIP Restoration Payment | Kathryn Schultea | 6 | 0.6 |
| 8/24/2016 | Correspondence - Nortel Sampling & Testing | Kathryn Schultea | 6 | 1.8 |
| 8/24/2016 | Employee Claims Distribution - Review Nortel mail and populate W-4 Layout file with returned solicitation letters. | Leticia Barrios | 6 | 4.5 |
| 8/24/2016 | Meeting with EY and RLKS team members to discuss status update on tax for LSI claims distribution. | Leticia Barrios | 6 | 1.0 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 8/24/2016 | Read, review and respond to various e-mails related to claims | Mary Cilia | 6 | 1.2 |
| 8/24/2016 | Update claims database related to newly filed claims and claim changes | Mary Cilia | 6 | 3.6 |
| 8/24/2016 | Read, review, research and respond to various creditor inquiries by phone and e-mail | Mary Cilia | 6 | 1.8 |
| 8/24/2016 | Research, review and reconcile open claims and related e-mails/ negotiations | Mary Cilia | 6 | 2.3 |
| 8/24/2016 | Conference call with Cleary, Huron and RLKS re: various claims issues and work streams; related prep and follow up e-mails | Mary Cilia | 6 | 1.2 |
| 8/25/2016 | Review and document if claimant's tax information is received and if completed correctly and enter into W-4 Layout file for database load | Daniel Tollefsen | 6 | 5.2 |
| 8/25/2016 | Agree Omnibus Objections 43 and 44 as to current EPIQ Extract and note exceptions. | David Kantorczyk | 6 | 3.0 |
| 8/25/2016 | Segregate, add and analyze additionally Allowed claims to the EY Foreign and Domestic templates. | David Kantorczyk | 6 | 4.0 |
| 8/25/2016 | Employee Claims Distribution - Open mail and scan all W-4 | Felicia Buenrostro | 6 | 1.7 |
| 8/25/2016 | Research returned mail for address changes | Felicia Buenrostro | 6 | 2.5 |
| 8/25/2016 | Conf. Call - Team Mtg. re: solicitation letters | Kathryn Schultea | 6 | 1.0 |
| 8/25/2016 | Correspondence - Claim type mapping/coding | Kathryn Schultea | 6 | 1.0 |
| 8/25/2016 | Meeting with RLKS team members to discuss tax implications for LSI Distribution and provide status to team. | Kathryn Schultea | 6 | 1.0 |
| 8/25/2016 | Deceased file review | Kathryn Schultea | 6 | 1.3 |
| 8/25/2016 | Meeting with RLKS team members to discuss tax implications for LSI Distribution and provide status to team. | Leticia Barrios | 6 | 1.0 |
| 8/25/2016 | Employee Claims Distribution - Claimant calls regarding tax solicitation questions and related follow-up, data entry of information provided | Leticia Barrios | 6 | 4.3 |
| 8/25/2016 | Research, review and reconcile open claims and related e-mails/ negotiations | Mary Cilia | 6 | 2.7 |
| 8/25/2016 | Read, review, research and respond to various creditor inquiries by phone and e-mail | Mary Cilia | 6 | 1.3 |
| 8/26/2016 | Review and document if claimant's tax information is received and if completed correctly and enter into W-4 Layout file for database load | Daniel Tollefsen | 6 | 4.9 |
| 8/26/2016 | Segregate, add and analyze additionally Allowed claims to the EY Foreign and Domestic templates. | David Kantorczyk | 6 | 6.0 |
| 8/26/2016 | Employee Claims Distribution - Open mail and scan all W-4 | Felicia Buenrostro | 6 | 2.0 |
| 8/26/2016 | Research returned mail for address changes | Felicia Buenrostro | 6 | 1.0 |
| 8/26/2016 | Correspondence - Nortel form W-4 questions | Kathryn Schultea | 6 | 1.3 |
| 8/26/2016 | Employee Claims Distribution - Claimant calls regarding tax solicitation questions and related follow-up, data entry of information provided | Leticia Barrios | 6 | 5.3 |
| 8/26/2016 | Research, review and reconcile open claims and related e-mails/ negotiations | Mary Cilia | 6 | 2.3 |
| 8/28/2016 | Correspondence - Canadian taxes - options and process | Kathryn Schultea | 6 | 1.0 |
| 8/28/2016 | Research and review of documentation related to omnibus objection response on adjourned claim | Mary Cilia | 6 | 0.9 |
| 8/28/2016 | Research, review and reconcile open claims and related e-mails/ negotiations | Mary Cilia | 6 | 1.4 |
| 8/29/2016 | Review and document if claimant's tax information is received and if completed correctly and enter into W-4 Layout file for database load | Daniel Tollefsen | 6 | 6.3 |
| 8/29/2016 | Segregate, add and analyze additionally Allowed claims to the EY Foreign and Domestic templates. | David Kantorczyk | 6 | 7.0 |
| 8/29/2016 | Employee Claims Distribution - Open mail and scan all W-4 | Felicia Buenrostro | 6 | 1.0 |
| 8/29/2016 | Research returned mail for address changes | Felicia Buenrostro | 6 | 0.5 |
| 8/29/2016 | Conf. Call - re: Nortel - RLKS/EY - Canadian tax requirement discussion | Kathryn Schultea | 6 | 1.3 |
| 8/29/2016 | Read, review, research and respond to calls and emails re EE requests | Kathryn Schultea | 6 | 1.5 |
| 8/29/2016 | Canadian claimant historical file review for job history searches | Kathryn Schultea | 6 | 5.0 |
| 8/29/2016 | Employee Claims Distribution - Claimant calls regarding tax solicitation questions and related follow-up, data entry of information provided | Leticia Barrios | 6 | 3.3 |
| 8/29/2016 | Employee Claims Distribution - Summarized list of W-4 Layout File for discussion with EY. | Leticia Barrios | 6 | 5.0 |
| 8/29/2016 | Read, review, research and respond to various creditor inquiries by phone and e-mail | Mary Cilia | 6 | 1.3 |
| 8/29/2016 | Conference call with RLKS and EY re: employee claims distributions and related follow up research and e-mail | Mary Cilia | 6 | 3.2 |
| 8/29/2016 | Research, review and reconcile open claims and related e-mails/ negotiations | Mary Cilia | 6 | 1.6 |
| 8/30/2016 | CallTrax and work history reports for Claimants | Brandon Bangerter | 6 | 3.3 |
| 8/30/2016 | Review and document if claimant's tax information is received and if completed correctly and enter into W-4 Layout file for database load | Daniel Tollefsen | 6 | 5.5 |
| 8/30/2016 | Segregate, add and analyze additionally Allowed claims to the EY Foreign and Domestic templates. | David Kantorczyk | 6 | 4.0 |
| 8/30/2016 | Employee Claims Distribution - Open mail and scan all W-4 | Felicia Buenrostro | 6 | 2.0 |
| 8/30/2016 | Research returned mail for address changes | Felicia Buenrostro | 6 | 1.5 |
| 8/30/2016 | Correspondence re: Tax Issue on Employee Distributions | Kathryn Schultea | 6 | 0.8 |
| 8/30/2016 | Correspondence - Nortel Canadian summary | Kathryn Schultea | 6 | 1.5 |
| 8/30/2016 | Correspondence - NNI Work History Report | Kathryn Schultea | 6 | 1.0 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 8/30/2016 | Additional research re: employee claims distributions and related e-mails | Kathryn Schultea | 6 | 1.5 |
| 8/30/2016 | Review new W-4 submissions | Kathryn Schultea | 6 | 1.0 |
| 8/30/2016 | Employee Claims Distribution - Developed report of Canadian claimant information, tax documents, and home addresses. | Leticia Barrios | 6 | 5.7 |
| 8/30/2016 | Employee Claims Distribution - Returned phone messages from the Nortel Message Line regarding tax solicitation. | Leticia Barrios | 6 | 1.3 |
| 8/30/2016 | Read, review, research and respond to various creditor inquiries by phone and e-mail | Mary Cilia | 6 | 1.3 |
| 8/30/2016 | Research, review and reconcile open claims and related e-mails/ negotiations | Mary Cilia | 6 | 2.8 |
| 8/30/2016 | Claims Database Updates | Raj Perubhatla | 6 | 5.2 |
| 8/31/2016 | CallTrax and work history reports for Claimants | Brandon Bangerter | 6 | 3.3 |
| 8/31/2016 | Review and document if claimant's tax information is received and if completed correctly and enter into W-4 Layout file for database load | Daniel Tollefsen | 6 | 6.4 |
| 8/31/2016 | Segregate, add and analyze additionally Allowed claims to the EY Foreign and Domestic templates. | David Kantorczyk | 6 | 7.0 |
| 8/31/2016 | Research returned mail for address changes | Felicia Buenrostro | 6 | 0.8 |
| 8/31/2016 | Employee Claims Distribution - Open mail and scan all W-4 | Felicia Buenrostro | 6 | 1.5 |
| 8/31/2016 | Employee Claims Distribution - Developed report of Canadian claimant information, tax documents, and home addresses. | Kathryn Schultea | 6 | 4.5 |
| 8/31/2016 | Read, review, research and respond to various creditor inquiries by phone and e-mail | Kathryn Schultea | 6 | 0.5 |
| 8/31/2016 | Employee Claims Distribution - Developed report of Canadian claimant information, tax documents, and home addresses. | Leticia Barrios | 6 | 3.3 |
| 8/31/2016 | Read, review, research and respond to various creditor inquiries by phone and e-mail | Mary Cilia | 6 | 1.1 |
| 8/31/2016 | Review revised claims load report and update claims database based on revised EPIQ claims report; run claims status reports and updates | Mary Cilia | 6 | 3.5 |
| 8/8/2016 | Prepare July bank reconciliations and reporting | Mary Cilia | 7 | 5.2 |
| 8/9/2016 | Follow-up and agenda for meetings on tax items | Kathryn Schultea | 7 | 0.5 |
| 8/9/2016 | Follow-up on banking set-up for distributions | Kathryn Schultea | 7 | 0.8 |
| 8/9/2016 | Review June billing - EY | Kathryn Schultea | 7 | 0.3 |
| 8/10/2016 | Correspondence - Banking status update | Kathryn Schultea | 7 | 1.5 |
| 8/10/2016 | Prepare work stream update for meeting with R. Lydecker and related e-mails | Kathryn Schultea | 7 | 3.2 |
| 8/11/2016 | Conf. Call with potential bank re: opening distribution accounts and related follow-ups | Kathryn Schultea | 7 | 1.6 |
| 8/12/2016 | Review of materials and weekly conf. call with EY | Kathryn Schultea | 7 | 0.8 |
| 8/12/2016 | Received, read, reviewed correspondence re funds for interim distribution | Kathryn Schultea | 7 | 0.4 |
| 8/12/2016 | EY call update JS,DA,JW | Richard Lydecker | 7 | 0.5 |
| 8/15/2016 | Follow-up on banking set-up for distributions | Kathryn Schultea | 7 | 0.5 |
| 8/16/2016 | Meeting onsite at EY in Houston and RLKS team members re: NNI annual tax returns | Kathryn Schultea | 7 | 5.0 |
| 8/16/2016 | Meeting EY Houston 2015 tax return review | Richard Lydecker | 7 | 5.0 |
| 8/16/2016 | Review/comment EY June fees | Richard Lydecker | 7 | 0.5 |
| 8/17/2016 | Correspondence - NNI Annual Tax Returns follow up | Kathryn Schultea | 7 | 0.7 |
| 8/17/2016 | Correspondence - USTB Maturity Date | Kathryn Schultea | 7 | 0.5 |
| 8/18/2016 | Conf. Call with T. Ross - Status update | Kathryn Schultea | 7 | 0.3 |
| 8/19/2016 | Received, reviewed, responded to multiple emails re EFTPS set-up requirements and impact to banking setup | Kathryn Schultea | 7 | 1.6 |
| 8/19/2016 | Correspondence on appropriate sign-off on gross to net calculations | Kathryn Schultea | 7 | 1.3 |
| 8/19/2016 | Tests of distribution model criteria | Richard Lydecker | 7 | 0.8 |
| 8/22/2016 | Correspondence follow-up on banking account status | Kathryn Schultea | 7 | 0.4 |
| 8/22/2016 | Correspondence - re: Nortel July MOR | Kathryn Schultea | 7 | 0.3 |
| 8/23/2016 | Review/comment and further follow-up on EY July fee application | Kathryn Schultea | 7 | 1.3 |
| 8/23/2016 | Review/comment EY July fees | Richard Lydecker | 7 | 0.7 |
| 8/25/2016 | Review matrix on EFT and tax update materials for meeting | Kathryn Schultea | 7 | 1.0 |
| 8/25/2016 | Conf. Call - Tax Call | Kathryn Schultea | 7 | 1.0 |
| 8/25/2016 | Review schedule/tax projects call | Richard Lydecker | 7 | 0.5 |
| 8/29/2016 | Conference call re distribution tax issues | Richard Lydecker | 7 | 1.3 |
| 8/9/2016 | Correspondence - GENBAND Park Point Exit Confirmation | Kathryn Schultea | 8 | 0.3 |
| 8/9/2016 | Correspondence - Nortel Draft Transition Service Agreement discussion | Kathryn Schultea | 8 | 0.6 |
| 8/25/2016 | Conf. Call with T. Ross re: NTEC | Kathryn Schultea | 8 | 0.5 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 8/25/2016 | Correspondence - NTEC Liquidation | Kathryn Schultea | 8 | 0.5 |
| 8/1/2016 | W4 Layout testing file analysis | Raj Perubhatla | 9 | 4.2 |
| 8/2/2016 | Gross 2 Net call with EY | Raj Perubhatla | 9 | 1.2 |
| 8/2/2016 | Employee Claims Distribution Modeling: Local Taxes development | Raj Perubhatla | 9 | 8.2 |
| 8/3/2016 | Employee Claims Distribution Modeling: Weekly call prep and call | Raj Perubhatla | 9 | 1.2 |
| 8/3/2016 | Employee Claims Distribution Modeling: Local Taxes development | Raj Perubhatla | 9 | 7.4 |
| 8/4/2016 | Employee Claims Distribution Modeling:W4 file integration Test | Raj Perubhatla | 9 | 6.2 |
| 8/5/2016 | Employee Claims Distribution Modeling:W4 file integration Test | Raj Perubhatla | 9 | 3.2 |
| 8/6/2016 | Employee Claims Distribution Modeling: Testing | Raj Perubhatla | 9 | 9.2 |
| 8/7/2016 | Employee Claims Distribution Modeling: Testing | Raj Perubhatla | 9 | 7.2 |
| 8/8/2016 | Interim Distribution coordination | Raj Perubhatla | 9 | 3.6 |
| 8/8/2016 | Employee Claims Distribution Modeling: Additional Amounts | Raj Perubhatla | 9 | 8.2 |
| 8/9/2016 | Review files related to interim distribution and related e-mails | Mary Cilia | 9 | 0.8 |
| 8/9/2016 | Employee Claims Distribution Modeling: Additional Amounts | Raj Perubhatla | 9 | 4.2 |
| 8/10/2016 | Prepare work stream update for meeting with R. Lydecker and related e-mails | Mary Cilia | 9 | 1.1 |
| 8/10/2016 | Weekly status call prep | Raj Perubhatla | 9 | 1.2 |
| 8/10/2016 | Employee Claims Distribution Modeling: Weekly call | Raj Perubhatla | 9 | 1.0 |
| 8/10/2016 | Employee Claims Distribution Modeling:T6 Development | Raj Perubhatla | 9 | 6.4 |
| 8/11/2016 | Call with bank re:  opening of distribution accounts; related prep and follow up | Mary Cilia | 9 | 2.1 |
| 8/11/2016 | Employee Claims Distribution Modeling: Federal Exemptions | Raj Perubhatla | 9 | 2.3 |
| 8/12/2016 | Continued reconciliation of claims register to the general ledger and related documentation and updates to claims database | Mary Cilia | 9 | 1.9 |
| 8/12/2016 | Employee Claims Distribution Modeling:T6 File Testing | Raj Perubhatla | 9 | 3.4 |
| 8/15/2016 | Employee Claims Distribution Modeling: Meetings and Coordination | Raj Perubhatla | 9 | 4.7 |
| 8/17/2016 | Weekly status call prep | Raj Perubhatla | 9 | 1.3 |
| 8/17/2016 | Weekly status call | Raj Perubhatla | 9 | 1.0 |
| 8/18/2016 | Preparation of workflow for distribution processing | Kathryn Schultea | 9 | 2.5 |
| 8/18/2016 | Conference call re:  status of ongoing work streams; related prep and follow up | Mary Cilia | 9 | 1.7 |
| 8/18/2016 | Research and respond to request for additional information related to opening distribution accounts | Mary Cilia | 9 | 0.9 |
| 8/18/2016 | Employee Claims Distribution Modeling: Additional amounts calculation changes | Raj Perubhatla | 9 | 8.2 |
| 8/19/2016 | Employee Claims Distribution Modeling: Additional amounts calculation changes | Raj Perubhatla | 9 | 3.7 |
| 8/20/2016 | Employee Claims Distribution Modeling: Additional amounts calculation changes | Raj Perubhatla | 9 | 3.3 |
| 8/22/2016 | Follow up e-mails and calls related to opening of distribution accounts | Mary Cilia | 9 | 0.7 |
| 8/22/2016 | Employee Claims Distribution Modeling:T7 Testing | Raj Perubhatla | 9 | 1.4 |
| 8/23/2016 | Employee Claims Distribution Modeling: Year End Reporting | Raj Perubhatla | 9 | 1.4 |
| 8/25/2016 | Continued reconciliation of claims register to the general ledger and related documentation and updates to claims database | Mary Cilia | 9 | 5.4 |
| 8/25/2016 | Weekly Status call prep | Raj Perubhatla | 9 | 0.6 |
| 8/25/2016 | Weekly Status call | Raj Perubhatla | 9 | 0.7 |
| 8/25/2016 | IT infrastructure monitoring | Raj Perubhatla | 9 | 4.3 |
| 8/26/2016 | Review claims database upload reports from R. Perubhatla, changes to claims database and preparation of status update reports | Mary Cilia | 9 | 6.6 |
| 8/27/2016 | Follow up research and e-mails related to opening of distribution accounts | Mary Cilia | 9 | 0.8 |
| 8/29/2016 | Continued reconciliation of claims register to the general ledger and related documentation and updates to claims database | Mary Cilia | 9 | 5.8 |
| 8/30/2016 | Additional research re: employee claims distributions and related e-mails | Mary Cilia | 9 | 1.3 |
| 8/30/2016 | Continued reconciliation of claims register to the general ledger and related documentation and updates to claims database | Mary Cilia | 9 | 5.1 |
| 8/30/2016 | Call to discuss the addresses of foreign employees in the interim distribution | Raj Perubhatla | 9 | 0.7 |
| 8/31/2016 | Continued reconciliation of claims register to the general ledger and related documentation and updates to claims database | Mary Cilia | 9 | 4.0 |