# EXHIBIT B

# EXHIBIT B
## EXPENSE SUMMARY

**Nortel Networks Inc., et al.**
(Case No. 09-10138 (KG))

**RLKS Executive Solutions**
**August 1 - 31, 2016**

| Expense Category | | Total Expenses |
|---|---|---|
| Travel – Airline (at economy fare booking) | $ | 1,368.20 |
| Travel – Lodging | | 269.90 |
| Travel – Transportation | | 390.12 |
| Travel – Meals | | 36.85 |
| Office Expenses | | - |
| TOTAL | $ | 2,065.07 |
| | | |

## Nortel Expense Report

PERIOD: **August 1 - 31, 2016**

| Date | Description | Air | Lodging | Transportation | Meals | Office Expenses | Professional | Comments on Meals/Transportation |
|------|-------------|-----|---------|----------------|-------|-----------------|--------------|----------------------------------|
| 8/15/2016 | Travel to Bankruptcy Court | $684.10 | $269.90 | $188.81 | $24.85 | | Mary Cilia | A-Economy Airfare (little advance notice); T- Car Service from Home to Airport and Avis Rental Car; M-D=$24.85 |
| 8/16/2016 | Travel from Bankruptcy Court | $684.10 | | $201.31 | $12.00 | | Mary Cilia | A-Economy Airfare (little advance notice); T- Avis Rental Car and Car Service from Airport to Home; M-B=$12.00 |
| | | $ 1,368.20 | $  269.90 | $  390.12 | $  36.85 | $      - | | |