# EXHIBIT A

## CUMULATIVE COMPENSATION BY PROJECT CATEGORY FOR APPLICATION PERIOD

Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

August 1, 2016 through September 30, 2016

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

# HOURS/BILLABLE AMOUNTS BY PROJECT
## John Ray-Nortel

| | | |
|---|---|---|
| **Name:** | **John J. Ray, III** | |

| | Start Date | End Date |
|---|---|---|
| **Working Dates:** | **8/1/16** | **9/30/16** |
| **Enter Billing Rate/Hr:** | **770.00** | |

| Project No. | Project Name | Hours/Minutes Worked | Billing Rate | Billing Amount |
|---|---|---|---|---|
| 1 | MOR, required monthly/period disclosures, Schedule Admendments, Form 26 | 1.3 | $770.00 | $1,001.00 |
| 2 | Contracts - assumption/rejection analysis & support, Executory contract review | | | |
| 3 | Claims Matters | 7.2 | $770.00 | $5,544.00 |
| 4 | Preparation & presentation of financial and other information; cash/expense management; analysis of proposed transactions; assist with business processes | | | |
| 5 | Asset Sales or Other Transactional Support | | | |
| 6 | IT Infrastructure / Data Support | | | |
| 7 | Litigation Support; Attendance and testimony at hearings; Investigation matters at the request of counsel | 123.8 | $770.00 | $95,326.00 |
| 8 | Creditor Meetings; Various administrative matters (Tax, Financial, Board, Employee) | 18.0 | $770.00 | $13,860.00 |
| 9 | Development of Plan of Reorganization; Disclosure Statement | | | |
| 10 | Non-Working Travel | | | |
| 11 | Fee Application | 6.3 | $770.00 | $4,851.00 |
| | **Hours/Billing Amount for Period:** | **156.6** | | **$120,582.00** |

# Nortel TIME SHEET

**156.6**

John Ray

| Enter Date | Description | Professional | Project No. (1-11) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 8/1/16 | Update re RTP facility turn back on lease termination | John Ray | 7 | 2.0 |
| 8/3/16 | Review and sign NTEC liquidation documentation | John Ray | 8 | 1.3 |
| 8/3/16 | Prepare July fee app | John Ray | 11 | 0.3 |
| 8/4/16 | Work related to litigation matters; litigation work and resolution | John Ray | 7 | 2.0 |
| 8/5/16 | Review comments from other estates and parties re litigation | John Ray | 7 | 3.5 |
| 8/5/16 | Further work on litigation resolution matter | John Ray | 7 | 1.3 |
| 8/5/16 | Edit and file July fee app | John Ray | 11 | 2.7 |
| 8/8/16 | Communication with Cleary re Canada proceeding re litigation review matter | John Ray | 7 | 2.8 |
| 8/9/16 | Review multiple drafts of various documents re litigation | John Ray | 7 | 4.5 |
| 8/9/16 | Review communication related to Canada leave to appeal | John Ray | 7 | 0.8 |
| 8/9/16 | Review matters related to newly file RIP claim | John Ray | 3 | 0.8 |
| 8/9/16 | Edits to draft agreements circulated by Cleary re litigation | John Ray | 7 | 3.5 |
| 8/9/16 | Review June MOR and form 26; execute | John Ray | 1 | 1.3 |
| 8/10/16 | Communication from Tory's re canada leave to appeal | John Ray | 7 | 0.8 |
| 8/11/16 | Review of draft reply on claims objections | John Ray | 7 | 1.3 |
| 8/11/16 | Additional review of documents related to litigation and discussions with estates re same | John Ray | 7 | 3.5 |
| 8/11/16 | Further commuication with Tory's re Canada leave to appeal | John Ray | 7 | 0.8 |
| 8/11/16 | Review material related to lease turn back and claims related thereto | John Ray | 7 | 2.8 |
| 8/11/16 | Review of draft agreements re litigation | John Ray | 7 | 2.5 |
| 8/12/16 | Communication with PBGC re claim; review of materials related to positions | John Ray | 7 | 2.0 |
| 8/12/16 | Review comments from committee and other estates re litigation | John Ray | 7 | 1.3 |
| 8/14/16 | Review RM report | John Ray | 7 | 0.3 |
| 8/14/16 | Review most recent draft of agreements re litigation | John Ray | 7 | 0.3 |
| 8/15/16 | Further review of various litigation documents | John Ray | 7 | 3.0 |
| 8/15/16 | Review and execution of stipulation | John Ray | 3 | 1.0 |
| 8/15/16 | Work related to PBGC claim | John Ray | 7 | 2.3 |
| 8/16/16 | Call with Cleary re litigation matters | John Ray | 7 | 3.0 |
| 8/17/16 | Follow up on Canada leave to appeal | John Ray | 7 | 0.3 |
| 8/18/16 | Review comments from Cleary and Chilmark re litigation reply re same | John Ray | 7 | 3.0 |
| 8/19/16 | NTEC liquidation matter | John Ray | 8 | 0.5 |
| 8/21/16 | PBGC claim matter | John Ray | 7 | 1.3 |
| 8/21/16 | Prepare quarterly fee app | John Ray | 11 | 3.0 |
| 8/22/16 | Call with Cleary re PBGC claim | John Ray | 7 | 0.8 |
| 8/22/16 | Work with RLKS re distributions to former employees | John Ray | 8 | 0.8 |
| 8/22/16 | Review and file quarterly fee app | John Ray | 11 | 0.3 |
| 8/23/16 | Work related to litigation | John Ray | 7 | 2.8 |
| 8/23/16 | PBGC claim matter | John Ray | 7 | 0.5 |
| 8/25/16 | NTEC liquidation matter | John Ray | 8 | 0.5 |
| 8/26/16 | Review documents re litigation | John Ray | 7 | 4.5 |
| 8/26/16 | SNMP matter; litigation update | John Ray | 7 | 0.5 |
| 8/27/16 | Review of litigation matters documentation | John Ray | 7 | 3.5 |
| 8/29/16 | SNMP matter; litigation update | John Ray | 7 | 0.5 |
| 8/30/16 | Review and comment on drafts related to litigation | John Ray | 7 | 2.8 |
| 8/30/16 | Review and sign federal and state tax returns | John Ray | 8 | 2.8 |
| 8/31/16 | Update re lease termination matter | John Ray | 8 | 0.5 |
| 8/31/16 | Review 3rd circuit brief re Demel | John Ray | 7 | 1.0 |
| 9/3/16 | Work related to litigation matters | John Ray | 7 | 3.0 |
| 9/7/16 | Insurance renewal matter | John Ray | 7 | 0.5 |
| 9/7/16 | Work related to litigation matters | John Ray | 7 | 3.3 |
| 9/8/16 | Further work related to litigation matters | John Ray | 7 | 3.8 |
| 9/9/16 | Further work related to litigation matters | John Ray | 7 | 3.5 |
| 9/10/16 | Claims update | John Ray | 3 | 0.8 |
| 9/10/16 | Review drafts of litigation matters status and documents | John Ray | 7 | 3.8 |

# Nortel TIME SHEET

**156.6**

**John Ray**

| Enter Date | Description | Professional | Project No. (1-11) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 9/11/16 | Review of documents re litigation dispute | John Ray | 7 | 4.0 |
| 9/12/16 | Further updated documents review re litigation | John Ray | 7 | 4.5 |
| 9/12/16 | Claims update | John Ray | 3 | 0.8 |
| 9/14/16 | Review documents and comments re litigation | John Ray | 7 | 3.5 |
| 9/16/16 | Further review of litigation documents; comments | John Ray | 7 | 2.8 |
| 9/16/16 | Review letter to PBGC | John Ray | 7 | 0.3 |
| 9/19/16 | Review draft board materials | John Ray | 8 | 2.3 |
| 9/19/16 | Claims matters; update | John Ray | 3 | 1.0 |
| 9/20/16 | Board call re update | John Ray | 3 | 1.0 |
| 9/20/16 | Work related to litigation; review of comments | John Ray | 8 | 3.5 |
| 9/20/16 | Review supplemental board materials | John Ray | 8 | 0.8 |
| 9/20/16 | Review of draft document related to Nortel litigation matters | John Ray | 7 | 3.8 |
| 9/20/16 | Claims update | John Ray | 3 | 0.5 |
| 9/21/16 | Review matters for Board call | John Ray | 8 | 2.0 |
| 9/21/16 | Work related to litigation mark up of documents | John Ray | 7 | 3.0 |
| 9/21/16 | Review and execute claims stipulation | John Ray | 3 | 0.5 |
| 9/22/16 | Board call re litigation | John Ray | 7 | 1.0 |
| 9/23/16 | Further review of litigation matter drafts | John Ray | 7 | 2.5 |
| 9/23/16 | Additional review of communications and mark ups of litigation matters drafts | John Ray | 7 | 1.8 |
| 9/23/16 | Board matter follow up | John Ray | 8 | 2.0 |
| 9/24/16 | Call with mediator | John Ray | 7 | 0.3 |
| 9/25/16 | Work related to litigation matters; update re France | John Ray | 7 | 0.8 |
| 9/26/16 | Review and execute MOR | John Ray | 8 | 0.5 |
| 9/26/16 | Review and execute claims matter; objection | John Ray | 3 | 0.8 |
| 9/27/16 | Litigation related work; disclosure statement | John Ray | 7 | 2.0 |
| 9/28/16 | NTEC liquidation; execute documents | John Ray | 8 | 0.5 |
| 9/29/16 | Further litigation work; mark up documents | John Ray | 7 | 3.5 |
| 9/29/16 | Execute certain litigation related documents | John Ray | 7 | 3.3 |
| 9/30/16 | Mark up documents related to litigation | John Ray | 7 | 3.0 |