# EXHIBIT B

**EXPENSE SUMMARY/DETAIL**

Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

August 1, 2016 through September 30, 2016

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

**Nortel Networks, Inc.**

**EXPENSE SUMMARY**
**August 1, 2016 through September 30, 2016**

**John Ray**

| Expense Category | | Total Expenses |
|---|---|---:|
| Travel – Airline | | $     - |
| Travel – Lodging | | 675.00 |
| Travel – Transportation | | - |
| Travel – Meals | | 61.00 |
| Parking | | - |
| TOTAL | $ | 736.00 |
| | | |

John Ray Time and Expense--Nortel

PERIOD: August 1, 2016 through September 30, 2016

| Date | Description | Air | Lodging | Transportation | Meals | Parking | Professional |
|---|---|---|---|---|---|---|---|
| 8/3/16 | New York meal | | | | $ 61.00 | | John Ray |
| 8/3/16 | New York hotel | | $ 675.00 | | | | John Ray |