# EXHIBIT A

# HOURS/BILLABLE AMOUNTS BY PROJECT
# NORTEL NETWORKS, INC.

**Name:** RLKS Executive Solutions LLC

**Working Dates:** Start Date 9/1/2016  End Date 9/30/2016
**Enter Billing Rate/Hr:** 590.00

| Project No. | Project Name | Hours/Minutes Worked | Billing Rate | Billing Amount |
|---|---|---|---|---|
| 1 | IT Infrastructure Support/eData Search Support | 182.20 | $590.00 | $107,498.00 |
| 2 | Document Management and Research Support, Call Center | 200.90 | $590.00 | $118,531.00 |
| 3 | Human Resources - Former Employee Related Projects | 0.80 | $590.00 | $472.00 |
| 4 | Fee Apps | 39.00 | $590.00 | $23,010.00 |
| 5 | Non-working travel | | | |
| 6 | Claims Administration & Reconciliation, Distribution Support | 483.90 | $590.00 | $285,501.00 |
| 7 | Tax/Finance Matters and Budget Projects | 18.70 | $590.00 | $11,033.00 |
| 8 | Misc Debtor Issues and Communications | 1.30 | $590.00 | $767.00 |
| 9 | Analyst Support and Case Modeling | 152.50 | $590.00 | $89,975.00 |
| | **Hours/Billing Amount for Period:** | **1,079.30** | | **$636,787.00** |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 9/1/2016 | Server security updates, patches, virus / malware definitions, space reclamation, troubleshooting errors | Brandon Bangerter | 1 | 2.4 |
| 9/1/2016 | Correspondence - Nortel Services Agreement | Kathryn Schultea | 1 | 0.3 |
| 9/1/2016 | IT Infrastructure Support | Raj Perubhatla | 1 | 5.3 |
| 9/2/2016 | NetBackup configuration changes to policies, monitoring / Server security updates / definitions updates | Brandon Bangerter | 1 | 3.7 |
| 9/2/2016 | Oracle database backups | Raj Perubhatla | 1 | 3.7 |
| 9/6/2016 | Configuration and updates to servers / NetBackup configuration changes and starts / hardware errors | Brandon Bangerter | 1 | 5.8 |
| 9/6/2016 | IT infrastructure support for hard drive restoration | Raj Perubhatla | 1 | 3.3 |
| 9/7/2016 | Data Center cables runs, cleanup, tracing routes and troubleshooting hardware errors | Brandon Bangerter | 1 | 6.8 |
| 9/8/2016 | NetBackup monitoring / restarts and updates to policies / resolving server space issues / hardware fixes | Brandon Bangerter | 1 | 5.0 |
| 9/8/2016 | IT Infrastructure Support for ClearCase servers | Raj Perubhatla | 1 | 5.3 |
| 9/9/2016 | Server configuration changes and troubleshooting errors / NetBackup changes / security updates | Brandon Bangerter | 1 | 5.6 |
| 9/9/2016 | Oracle Backups | Raj Perubhatla | 1 | 5.2 |
| 9/9/2016 | IT Infrastructure support for hard drive files | Raj Perubhatla | 1 | 2.4 |
| 9/12/2016 | Server hardware replacement and troubleshooting DNS and resolutions issues | Brandon Bangerter | 1 | 4.3 |
| 9/12/2016 | IT Infrastructure support for hard drive restores | Raj Perubhatla | 1 | 3.7 |
| 9/12/2016 | IT Infrastructure Support | Raj Perubhatla | 1 | 1.7 |
| 9/13/2016 | Server configuration updates / definitions / scans and troubleshooting error messages | Brandon Bangerter | 1 | 5.1 |
| 9/13/2016 | IT Infrastructure support for hard drive restores | Raj Perubhatla | 1 | 4.4 |
| 9/13/2016 | Office365Email support | Raj Perubhatla | 1 | 3.7 |
| 9/14/2016 | Access updates to servers and shares / patch installation and removal / troubleshooting errors | Brandon Bangerter | 1 | 4.4 |
| 9/14/2016 | IT Infrastructure support | Raj Perubhatla | 1 | 3.3 |
| 9/15/2016 | Server configuration changes / NetBackup changes and monitoring / access rights to shares | Brandon Bangerter | 1 | 4.8 |
| 9/15/2016 | Office365 Email PST support | Raj Perubhatla | 1 | 5.3 |
| 9/16/2016 | Data center rack documentation / troubleshooting SonicWALL switches with support | Brandon Bangerter | 1 | 5.2 |
| 9/16/2016 | Correspondence - re: Sonic wall issue | Kathryn Schultea | 1 | 0.8 |
| 9/16/2016 | IT Infrastructure Monitoring | Raj Perubhatla | 1 | 3.6 |
| 9/16/2016 | Sonicwall troubleshooting | Raj Perubhatla | 1 | 2.4 |
| 9/19/2016 | NetBackup configuration changes to policies, monitoring / server hardware replacements and testing | Brandon Bangerter | 1 | 1.8 |
| 9/19/2016 | ClearCase server support | Raj Perubhatla | 1 | 4.3 |
| 9/19/2016 | Website support | Raj Perubhatla | 1 | 3.8 |
| 9/20/2016 | IT Infrastructure monitoring | Raj Perubhatla | 1 | 5.4 |
| 9/21/2016 | Preparation for and updates for conference call / Server administration and updates | Brandon Bangerter | 1 | 2.3 |
| 9/21/2016 | IT Support for evaluating QuickBooks 2017 solution | Raj Perubhatla | 1 | 3.2 |
| 9/22/2016 | Server security updates, patches, virus / malware definitions, space reclamation, troubleshooting errors | Brandon Bangerter | 1 | 3.8 |
| 9/22/2016 | Correspondence reviews - re: Zurich follow-ups | Kathryn Schultea | 1 | 0.4 |
| 9/22/2016 | IT Support for evaluating QuickBooks 2017 solution | Raj Perubhatla | 1 | 5.2 |
| 9/23/2016 | IT Support for evaluating QuickBooks 2017 solution | Raj Perubhatla | 1 | 2.9 |
| 9/26/2016 | NetBackup updates / restarts / monitoring; server administrator and patch updates / troubleshooting | Brandon Bangerter | 1 | 4.5 |
| 9/26/2016 | IT Infrastructure monitoring | Raj Perubhatla | 1 | 4.2 |
| 9/27/2016 | Data center rack documentation / troubleshooting hardware / updates to configurations | Brandon Bangerter | 1 | 3.8 |
| 9/27/2016 | IT infrastructure monitoring | Raj Perubhatla | 1 | 5.2 |
| 9/28/2016 | NetBackup monitoring / restarts and updates to policies / resolving server space issues / hardware fixes | Brandon Bangerter | 1 | 4.2 |
| 9/28/2016 | IT Infrastructure support | Raj Perubhatla | 1 | 2.8 |
| 9/29/2016 | NetBackup monitoring and restarts / changes to configurations | Brandon Bangerter | 1 | 3.8 |
| 9/29/2016 | IT infrastructure monitoring | Raj Perubhatla | 1 | 3.3 |
| 9/30/2016 | NetBackup updates / restarts / monitoring and troubleshooting | Brandon Bangerter | 1 | 4.3 |
| 9/30/2016 | Employee Claims Reserve Report development | Raj Perubhatla | 1 | 3.3 |
| 9/30/2016 | IT Support for datacenter activities | Raj Perubhatla | 1 | 2.2 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 9/1/2016 | HR Employee file request research in SAP / BOXI | Brandon Bangerter | 2 | 3.6 |
| 9/1/2016 | Employee Claims Distribution - review of w-4 forms submitted | Daniel Tollefsen | 2 | 5.6 |
| 9/1/2016 | Employee Claims Distribution - Captured claimant calls regarding tax solicitation letters, entered tracking and noted address changes. | Felicia Buenrostro | 2 | 2.5 |
| 9/1/2016 | Request for Nortel EE files from Iron Mountain | Felicia Buenrostro | 2 | 0.5 |
| 9/1/2016 | Correspondence - Follow up on Employment Records | Kathryn Schultea | 2 | 3.5 |
| 9/2/2016 | Employee Claims Distribution - review of w-4 forms submitted | Daniel Tollefsen | 2 | 5.8 |
| 9/2/2016 | Employee Claims Distribution - Captured claimant calls regarding tax solicitation letters, entered tracking and noted address changes. | Felicia Buenrostro | 2 | 1.3 |
| 9/2/2016 | Correspondence - Iron Mountain Retrieval request | Kathryn Schultea | 2 | 1.0 |
| 9/6/2016 | Employee Claims Distribution - Verification and documenting of submitted w-4 forms | Daniel Tollefsen | 2 | 5.5 |
| 9/6/2016 | Employee Claims Distribution - Captured claimant calls regarding tax solicitation letters, entered tracking and noted address changes. | Felicia Buenrostro | 2 | 2.0 |
| 9/6/2016 | Request for Nortel EE files from Iron Mountain | Felicia Buenrostro | 2 | 0.8 |
| 9/6/2016 | Correspondence and review of details for tape storage | Kathryn Schultea | 2 | 1.0 |
| 9/6/2016 | Call Center - Claimant calls regarding tax solicitation questions and related follow-up, data entry of information provided | Leticia Barrios | 2 | 6.3 |
| 9/7/2016 | Employee Claims Distribution - Verification and documenting of submitted w-4 forms | Daniel Tollefsen | 2 | 5.8 |
| 9/7/2016 | Employee Claims Distribution - Captured claimant calls regarding tax solicitation letters, entered tracking and noted address changes. | Felicia Buenrostro | 2 | 1.5 |
| 9/8/2016 | HR Employee file request research in SAP / BOXI | Brandon Bangerter | 2 | 1.2 |
| 9/8/2016 | Employee Claims Distribution - Verification and documenting of submitted w-4 forms | Daniel Tollefsen | 2 | 6.4 |
| 9/8/2016 | Employee Claims Distribution - Captured claimant calls regarding tax solicitation letters, entered tracking and noted address changes. | Felicia Buenrostro | 2 | 1.5 |
| 9/8/2016 | Request for Nortel EE files from Iron Mountain | Felicia Buenrostro | 2 | 0.6 |
| 9/9/2016 | Employee Claims Distribution - Verification and documenting of submitted w-4 forms | Daniel Tollefsen | 2 | 5.7 |
| 9/9/2016 | Employee Claims Distribution - Captured claimant calls regarding tax solicitation letters, entered tracking and noted address changes. | Felicia Buenrostro | 2 | 1.3 |
| 9/9/2016 | Request for Nortel EE files from Iron Mountain | Felicia Buenrostro | 2 | 0.3 |
| 9/9/2016 | Correspondence - Iron Mountain - Subpoena request searches | Kathryn Schultea | 2 | 2.0 |
| 9/12/2016 | Employee Claims Distribution - Comparison and verification of employee addresses with other data bases | Daniel Tollefsen | 2 | 5.8 |
| 9/12/2016 | Employee Claims Distribution - Captured claimant calls regarding tax solicitation letters, entered tracking and noted address changes. | Felicia Buenrostro | 2 | 2.5 |
| 9/13/2016 | Employee Claims Distribution - Comparison and verification of employee addresses with other data bases | Daniel Tollefsen | 2 | 6.3 |
| 9/13/2016 | Employee Claims Distribution - Captured claimant calls regarding tax solicitation letters, entered tracking and noted address changes. | Felicia Buenrostro | 2 | 1.5 |
| 9/13/2016 | Correspondence and review - Iron Mountain retrieval request | Kathryn Schultea | 2 | 1.3 |
| 9/14/2016 | Employee Claims Distribution - W-2 review and verification using Pro-Business | Daniel Tollefsen | 2 | 5.6 |
| 9/14/2016 | Employee Claims Distribution - Captured claimant calls regarding tax solicitation letters, entered tracking and noted address changes. | Felicia Buenrostro | 2 | 1.3 |
| 9/14/2016 | Correspondence and review - Iron Mountain retrieval request | Kathryn Schultea | 2 | 1.3 |
| 9/15/2016 | Employee Claims Distribution - W-2 review and verification using Pro-Business | Daniel Tollefsen | 2 | 6.9 |
| 9/15/2016 | Employee Claims Distribution - Captured claimant calls regarding tax solicitation letters, entered tracking and noted address changes. | Felicia Buenrostro | 2 | 1.5 |
| 9/15/2016 | Call Center - Claimant calls regarding tax solicitation questions and related follow-up, data entry of information provided | Leticia Barrios | 2 | 4.8 |
| 9/16/2016 | HR Employee file request research in SAP / BOXI | Brandon Bangerter | 2 | 1.8 |
| 9/16/2016 | Employee Claims Distribution - W-2 review and verification using Pro-Business | Daniel Tollefsen | 2 | 5.4 |
| 9/16/2016 | Employee Claims Distribution - Captured claimant calls regarding tax solicitation letters, entered tracking and noted address changes. | Felicia Buenrostro | 2 | 1.0 |
| 9/19/2016 | Employee Claims Distribution - W-2 review and verification of last known work state for LSI Dist. Claimants using Pro-Business | Daniel Tollefsen | 2 | 5.6 |
| 9/19/2016 | Employee Claims Distribution - Captured claimant calls regarding tax solicitation letters, entered tracking and noted address changes. | Felicia Buenrostro | 2 | 1.0 |
| 9/19/2016 | Request for Nortel EE files from Iron Mountain | Felicia Buenrostro | 2 | 0.3 |
| 9/19/2016 | Call Center - Claimant calls regarding tax solicitation questions and related follow-up, data entry of information provided | Leticia Barrios | 2 | 5.3 |
| 9/20/2016 | Employee Claims Distribution - W-2 review and verification of last known work state for LSI Dist. Claimants using Pro-Business | Daniel Tollefsen | 2 | 6.2 |
| 9/20/2016 | Employee Claims Distribution - Captured claimant calls regarding tax solicitation letters, entered tracking and noted address changes. | Felicia Buenrostro | 2 | 0.7 |
| 9/20/2016 | Call Center - Claimant calls regarding tax solicitation questions and related follow-up, data entry of information provided | Leticia Barrios | 2 | 1.2 |
| 9/21/2016 | Meeting - RLKS team regarding verification process for last known work state for LIS Dist. Claimants | Daniel Tollefsen | 2 | 0.9 |
| 9/21/2016 | Employee Claims Distribution - W-2 review and verification of last known work state for LSI Dist. Claimants using Pro-Business | Daniel Tollefsen | 2 | 5.8 |
| 9/22/2016 | Employee Claims Distribution - W-2 review and verification of last known work state for LSI Dist. Claimants using Pro-Business | Daniel Tollefsen | 2 | 6.6 |
| 9/23/2016 | Employee Claims Distribution - W-2 review and verification of last known work state for LSI Dist. Claimants using Pro-Business | Daniel Tollefsen | 2 | 6.3 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 9/23/2016 | Call Center - Claimant calls regarding tax solicitation questions and related follow-up, data entry of information provided | Leticia Barrios | 2 | 1.2 |
| 9/26/2016 | Employee Claims Distribution - W-4 review and verification regarding accuracy of form as completed by claimant | Daniel Tollefsen | 2 | 6.3 |
| 9/26/2016 | Request for Nortel EE files from Iron Mountain | Felicia Buenrostro | 2 | 2.0 |
| 9/26/2016 | Call Center - Claimant calls regarding tax solicitation questions and related follow-up, data entry of information provided | Leticia Barrios | 2 | 1.2 |
| 9/27/2016 | Employee Claims Distribution - W-4 review and verification regarding accuracy of form as completed by claimant | Daniel Tollefsen | 2 | 5.6 |
| 9/27/2016 | Employee Claims Distribution - Captured claimant calls regarding tax solicitation letters, entered tracking and noted address changes. | Felicia Buenrostro | 2 | 3.0 |
| 9/27/2016 | Call Center - Claimant calls regarding tax solicitation questions and related follow-up, data entry of information provided | Leticia Barrios | 2 | 1.2 |
| 9/28/2016 | Employee Claims Distribution - W-4 review and verification regarding accuracy of form as completed by claimant | Daniel Tollefsen | 2 | 5.6 |
| 9/28/2016 | Employee Claims Distribution - Captured claimant calls regarding tax solicitation letters, entered tracking and noted address changes. | Felicia Buenrostro | 2 | 1.0 |
| 9/29/2016 | Employee Claims Distribution - W-4 review and verification regarding accuracy of form as completed by claimant | Daniel Tollefsen | 2 | 6.8 |
| 9/29/2016 | Employee Claims Distribution - Captured claimant calls regarding tax solicitation letters, entered tracking and noted address changes. | Felicia Buenrostro | 2 | 1.0 |
| 9/29/2016 | Detail review and correspondence - Iron Mountain Activity Report | Kathryn Schultea | 2 | 1.7 |
| 9/29/2016 | Correspondence - Document Destruction | Kathryn Schultea | 2 | 0.3 |
| 9/29/2016 | Call Center - Claimant calls regarding tax solicitation questions and related follow-up, data entry of information provided | Leticia Barrios | 2 | 4.2 |
| 9/30/2016 | Employee Claims Distribution - Research addresses of Claimants for notification | Daniel Tollefsen | 2 | 5.9 |
| 9/30/2016 | Request for Nortel EE files from Iron Mountain | Felicia Buenrostro | 2 | 0.8 |
| 9/30/2016 | Employee Claims Distribution - Captured claimant calls regarding tax solicitation letters, entered tracking and noted address changes. | Felicia Buenrostro | 2 | 0.5 |
| 9/23/2016 | Correspondence and research former EE engagement communication and agreement | Kathryn Schultea | 3 | 0.8 |
| 9/2/2016 | Fee app tracking | Brandon Bangerter | 4 | 1.0 |
| 9/2/2016 | Fee App | Daniel Tollefsen | 4 | 1.0 |
| 9/2/2016 | Weekly Fee Application Work and consolidation | Felicia Buenrostro | 4 | 1.5 |
| 9/2/2016 | Fee application work and consolidation | Kathryn Schultea | 4 | 2.5 |
| 9/3/2016 | Weekly Fee Application Work | Leticia Barrios | 4 | 1.0 |
| 9/3/2016 | Fee Application Tracking | Mary Cilia | 4 | 1.0 |
| 9/9/2016 | Fee app tracking | Brandon Bangerter | 4 | 1.0 |
| 9/9/2016 | Fee App | Daniel Tollefsen | 4 | 1.0 |
| 9/9/2016 | Weekly Fee Application Work and consolidation | Felicia Buenrostro | 4 | 1.0 |
| 9/9/2016 | Fee application | Kathryn Schultea | 4 | 1.0 |
| 9/9/2016 | Fee Apps | Raj Perubhatla | 4 | 1.0 |
| 9/10/2016 | Weekly Fee Application Work | Leticia Barrios | 4 | 1.0 |
| 9/10/2016 | Fee Application Tracking | Mary Cilia | 4 | 1.0 |
| 9/16/2016 | Fee app tracking | Brandon Bangerter | 4 | 1.0 |
| 9/16/2016 | Fee App | Daniel Tollefsen | 4 | 1.0 |
| 9/16/2016 | Weekly Fee Application Work and consolidation | Felicia Buenrostro | 4 | 1.5 |
| 9/16/2016 | Fee application | Kathryn Schultea | 4 | 1.5 |
| 9/16/2016 | Fee Apps | Raj Perubhatla | 4 | 1.0 |
| 9/17/2016 | Weekly Fee Application Work | Leticia Barrios | 4 | 1.0 |
| 9/17/2016 | Fee Application Tracking | Mary Cilia | 4 | 1.0 |
| 9/23/2016 | Fee app tracking | Brandon Bangerter | 4 | 1.0 |
| 9/23/2016 | Fee App | Daniel Tollefsen | 4 | 1.0 |
| 9/23/2016 | Weekly Fee Application Work and consolidation | Felicia Buenrostro | 4 | 1.0 |
| 9/23/2016 | Fee Apps | Raj Perubhatla | 4 | 1.0 |
| 9/24/2016 | Weekly Fee Application Work | Leticia Barrios | 4 | 1.0 |
| 9/24/2016 | Fee Application Tracking | Mary Cilia | 4 | 1.0 |
| 9/30/2016 | Fee app tracking | Brandon Bangerter | 4 | 1.0 |
| 9/30/2016 | Fee App | Daniel Tollefsen | 4 | 1.0 |
| 9/30/2016 | Fee Application | David Kantorczyk | 4 | 1.0 |
| 9/30/2016 | Weekly Fee Application Work and consolidation | Felicia Buenrostro | 4 | 1.5 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 9/30/2016 | Fee application and consolidation | Kathryn Schultea | 4 | 3.5 |
| 9/30/2016 | Weekly Fee Application Work | Leticia Barrios | 4 | 1.0 |
| 9/30/2016 | Fee Apps | Raj Perubhatla | 4 | 1.0 |
| 9/1/2016 | Meeting with EY and RLKS team for status update related to the Gross to Net Tax Project | Daniel Tollefsen | 6 | 1.3 |
| 9/1/2016 | Segregate, add and analyze Allowed claims to the EY Foreign and Domestic templates. | David Kantorczyk | 6 | 7.0 |
| 9/1/2016 | Lexis Nexus - research all return mail for address changes. | Felicia Buenrostro | 6 | 1.5 |
| 9/1/2016 | Employee Claims Distribution - Open mail and scan all W-4 | Felicia Buenrostro | 6 | 0.8 |
| 9/1/2016 | Meeting with RLKS team re: Interim Distribution | Felicia Buenrostro | 6 | 1.0 |
| 9/1/2016 | Employee Claims Distribution - Canadian claimant information, tax documents, and home addresses report follow up | Kathryn Schultea | 6 | 2.5 |
| 9/1/2016 | Meeting with EY and RLKS team members to discuss status update for Gross to Net Tax Project | Kathryn Schultea | 6 | 1.3 |
| 9/1/2016 | Preparation of updated claims status reports and review and reconcile claims to be resolved by omnibus objection; preparation of omnibus objection claims analysis files | Mary Cilia | 6 | 8.9 |
| 9/1/2016 | Read, review and respond to various e-mails related to claims; related calls | Mary Cilia | 6 | 1.3 |
| 9/2/2016 | Lexis Nexus - research all return mail for address changes. | Felicia Buenrostro | 6 | 2.5 |
| 9/2/2016 | Employee Claims Distribution - Open mail and scan all W-4 | Felicia Buenrostro | 6 | 0.7 |
| 9/2/2016 | Correspondence - NNI W4 LSI Layout File | Kathryn Schultea | 6 | 1.5 |
| 9/2/2016 | Correspondence - NNI Annual Tax Returns follow up | Kathryn Schultea | 6 | 0.5 |
| 9/2/2016 | Employee Claims Distribution - Enter LSI Claimant's tax information into W-4 Layout file for database load | Leticia Barrios | 6 | 6.2 |
| 9/2/2016 | Research, review and reconcile open claims and related e-mails/ negotiations | Mary Cilia | 6 | 3.6 |
| 9/2/2016 | Read, review, research and respond to various creditor inquiries by phone and e-mail | Mary Cilia | 6 | 1.8 |
| 9/2/2016 | Research, review and reconcile open claims and related e-mails/ negotiations | Mary Cilia | 6 | 1.3 |
| 9/5/2016 | Employee Claims Distribution - Enter Claimant's tax information into W-4 layout file for database load | Leticia Barrios | 6 | 5.3 |
| 9/6/2016 | Lexis Nexus - research all return mail for address changes. | Felicia Buenrostro | 6 | 2.5 |
| 9/6/2016 | Employee Claims Distribution - Open mail and scan all W-4 | Felicia Buenrostro | 6 | 1.0 |
| 9/6/2016 | Correspondence - Nortel - Kansas Dept. of Labor Communications | Kathryn Schultea | 6 | 0.3 |
| 9/6/2016 | Correspondence - Nortel message line | Kathryn Schultea | 6 | 0.8 |
| 9/6/2016 | Correspondence - Nortel Claim calls follow-up | Kathryn Schultea | 6 | 2.5 |
| 9/6/2016 | Read, review, research and respond to various creditor inquiries by phone and e-mail | Mary Cilia | 6 | 1.6 |
| 9/6/2016 | Research, review and reconcile open claims and related e-mails/ negotiations | Mary Cilia | 6 | 2.2 |
| 9/6/2016 | Research and documentation related to omnibus objection adjourned claims; related e-mails and phone calls | Mary Cilia | 6 | 1.1 |
| 9/7/2016 | Segregate, add and analyze Allowed claims to the EY Foreign and Domestic templates. | David Kantorczyk | 6 | 3.0 |
| 9/7/2016 | Lexis Nexus - research all return mail for address changes. | Felicia Buenrostro | 6 | 3.0 |
| 9/7/2016 | Employee Claims Distribution - Open mail and scan all W-4 | Felicia Buenrostro | 6 | 1.5 |
| 9/7/2016 | Employee Claims Distribution - review historical W2 reports to validate last known work location | Kathryn Schultea | 6 | 4.5 |
| 9/7/2016 | Employee Claims Distribution -  follow up on calls regarding tax solicitation letters | Kathryn Schultea | 6 | 3.0 |
| 9/7/2016 | Research, review and reconcile open claims and related e-mails/ negotiations | Mary Cilia | 6 | 2.4 |
| 9/7/2016 | Read, review, research and respond to various creditor inquiries by phone and e-mail | Mary Cilia | 6 | 2.7 |
| 9/7/2016 | Read, review and respond to various e-mails related to claims | Mary Cilia | 6 | 0.8 |
| 9/8/2016 | Segregate, add and analyze Allowed claims to the EY Foreign and Domestic templates. | David Kantorczyk | 6 | 6.0 |
| 9/8/2016 | Lexis Nexus - research all return mail for address changes. | Felicia Buenrostro | 6 | 2.5 |
| 9/8/2016 | Employee Claims Distribution - Open mail and scan all W-4 | Felicia Buenrostro | 6 | 0.8 |
| 9/8/2016 | Employee Claims Distribution - Canadian claimant information, tax documents, and home addresses report follow up | Kathryn Schultea | 6 | 2.5 |
| 9/8/2016 | Employee Claims Distribution - Review Nortel mail and populate W-4 Layout file with returned solicitation letters. | Kathryn Schultea | 6 | 4.0 |
| 9/8/2016 | Employee Claims Distribution - Train RLKS team member on W-4 solicitation re-mail processing | Leticia Barrios | 6 | 5.3 |
| 9/8/2016 | Research, review and reconcile open claims and related e-mails/ negotiations | Mary Cilia | 6 | 1.6 |
| 9/8/2016 | Read, review and respond to various e-mails related to claims | Mary Cilia | 6 | 0.8 |
| 9/9/2016 | Segregate, add and analyze Allowed claims to the EY Foreign and Domestic templates. | David Kantorczyk | 6 | 6.5 |
| 9/9/2016 | Lexis Nexus - research all return mail for address changes. | Felicia Buenrostro | 6 | 1.0 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 9/9/2016 | Employee Claims Distribution - Open mail and scan all W-4 | Felicia Buenrostro | 6 | 0.8 |
| 9/9/2016 | Read, review, research and respond to calls and emails re misc. former employee requests | Kathryn Schultea | 6 | 3.0 |
| 9/9/2016 | Employee Claims Distribution - Provide EY a list of claimants with Exempt status and provide copies of each claimants W-4 form submitted | Leticia Barrios | 6 | 3.2 |
| 9/9/2016 | Research, review and reconcile open claims and related e-mails/ negotiations | Mary Cilia | 6 | 0.4 |
| 9/9/2016 | Read, review, research and respond to various creditor inquiries by phone and e-mail | Mary Cilia | 6 | 1.3 |
| 9/12/2016 | Update status meeting with team members on Claims calculations and tax | Brandon Bangerter | 6 | 0.8 |
| 9/12/2016 | Meeting - RLKS team - Gross to net tax project | Daniel Tollefsen | 6 | 1.4 |
| 9/12/2016 | Segregate, add and analyze Allowed claims to the EY Foreign and Domestic templates. | David Kantorczyk | 6 | 3.0 |
| 9/12/2016 | Employee Claims Distribution - Open mail and scan all W-4 | Felicia Buenrostro | 6 | 1.0 |
| 9/12/2016 | Lexis Nexus - research all return mail for address changes. | Felicia Buenrostro | 6 | 2.5 |
| 9/12/2016 | Employee Claims Distribution - file upload testing | Kathryn Schultea | 6 | 2.5 |
| 9/12/2016 | Historical file pulls and research on former employees working in or for Canada with filed claims | Kathryn Schultea | 6 | 2.8 |
| 9/12/2016 | Meeting with RLKS team to discuss Canadian Employee Summary and Severance participants | Kathryn Schultea | 6 | 1.0 |
| 9/12/2016 | Employee Claims Distribution - Enter LSI claimant's resident address information into report for EV5 database load | Leticia Barrios | 6 | 4.3 |
| 9/12/2016 | Read, review, research and respond to various creditor inquiries by phone and e-mail | Mary Cilia | 6 | 2.3 |
| 9/12/2016 | Research, review and reconcile open claims and related e-mails/ negotiations | Mary Cilia | 6 | 3.9 |
| 9/12/2016 | Conference call with T. Ayres and claimant re: cross-border claims reconciliation and negotiations; related prep and follow up | Mary Cilia | 6 | 2.4 |
| 9/13/2016 | Segregate, add and analyze Allowed claims to the EY Foreign and Domestic templates. | David Kantorczyk | 6 | 5.5 |
| 9/13/2016 | Phone conference with N. Quigley, K.Maahs and J.Wood of EY to discuss the Foreign and Domestic tax templates including preparation and summarization | David Kantorczyk | 6 | 2.0 |
| 9/13/2016 | Lexis Nexus - research all return mail for address changes. | Felicia Buenrostro | 6 | 4.0 |
| 9/13/2016 | Employee Claims Distribution - Open mail and scan all W-4 | Felicia Buenrostro | 6 | 0.8 |
| 9/13/2016 | Historical file pulls and research on former employees working in or for Canada with filed claims | Kathryn Schultea | 6 | 4.5 |
| 9/13/2016 | Employee Claims Distribution - Enter LSI claimant's resident address information into report for EV5 database load | Leticia Barrios | 6 | 5.7 |
| 9/13/2016 | Read, review and respond to various e-mails related to claims | Mary Cilia | 6 | 0.8 |
| 9/13/2016 | Finalize employee omnibus objection file and e-mail to Cleary for review and response | Mary Cilia | 6 | 2.9 |
| 9/13/2016 | Research, review and reconcile open claims and related e-mails/ negotiations | Mary Cilia | 6 | 1.2 |
| 9/14/2016 | Gross to Net Calculation update meeting on claims status | Brandon Bangerter | 6 | 1.0 |
| 9/14/2016 | Meeting - RLKS team - W-2 verification process | Daniel Tollefsen | 6 | 1.2 |
| 9/14/2016 | Segregate, add and analyze Allowed claims and unmatched schedules to the EY Foreign and Domestic templates. | David Kantorczyk | 6 | 5.7 |
| 9/14/2016 | Weekly Nortel Networks outside consultant claim call including RLKS, Cleary and Huron including preparation and summarization. | David Kantorczyk | 6 | 0.3 |
| 9/14/2016 | Lexis Nexus - research all return mail for address changes. | Felicia Buenrostro | 6 | 3.0 |
| 9/14/2016 | Employee Claims Distribution - Open mail and scan all W-4 | Felicia Buenrostro | 6 | 1.0 |
| 9/14/2016 | Correspondence - W4's Summary Details | Kathryn Schultea | 6 | 2.3 |
| 9/14/2016 | Conf. Call - Employee Gross to Net Calculation - Status Update | Kathryn Schultea | 6 | 1.0 |
| 9/14/2016 | Employee Claims Distribution - file upload testing | Kathryn Schultea | 6 | 2.0 |
| 9/14/2016 | Employee Claims Distribution - Train RLKS team members on Pro-Business and distribute LSI claimant reports among team for W-2 verification processing | Leticia Barrios | 6 | 5.3 |
| 9/14/2016 | Conference call with Cleary, Huron and RLKS re: various claims issues and work streams; related prep and follow up e-mails | Mary Cilia | 6 | 1.6 |
| 9/14/2016 | Read, review, research and respond to various creditor inquiries by phone and e-mail | Mary Cilia | 6 | 1.1 |
| 9/14/2016 | Research, review and reconcile open claims and related e-mails/ negotiations | Mary Cilia | 6 | 3.3 |
| 9/15/2016 | Revise Foreign and Domestic tax templates pursuant to telephonic conference | David Kantorczyk | 6 | 1.0 |
| 9/15/2016 | Segregate, add and analyze Allowed claims and unmatched schedules to the EY Foreign and Domestic templates. | David Kantorczyk | 6 | 5.0 |
| 9/15/2016 | Lexis Nexus - research all return mail for address changes. | Felicia Buenrostro | 6 | 3.0 |
| 9/15/2016 | Employee Claims Distribution - Open mail and scan all W-4 | Felicia Buenrostro | 6 | 1.0 |
| 9/15/2016 | Preparation for meeting with EY re: Canadian Matters | Kathryn Schultea | 6 | 2.0 |
| 9/15/2016 | Employee Claims Distribution - review historical W2 reports to validate last known work location | Kathryn Schultea | 6 | 4.5 |
| 9/15/2016 | Correspondence - Solicitation responses - LSI payments | Kathryn Schultea | 6 | 1.0 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 9/15/2016 | Correspondence - Address verification updates | Kathryn Schultea | 6 | 0.5 |
| 9/15/2016 | Read, review, research and respond to various creditor inquiries by phone and e-mail | Mary Cilia | 6 | 0.8 |
| 9/15/2016 | Read, review and respond to various e-mails related to claims | Mary Cilia | 6 | 0.8 |
| 9/15/2016 | Research, review and reconcile open claims and related e-mails/ negotiations | Mary Cilia | 6 | 2.3 |
| 9/16/2016 | Revise Foreign and Domestic tax templates pursuant to telephonic conference and transmit to EY | David Kantorczyk | 6 | 5.0 |
| 9/16/2016 | Segregate, add and analyze Allowed claims and unmatched schedules to the EY Foreign and Domestic templates. | David Kantorczyk | 6 | 2.0 |
| 9/16/2016 | Lexis Nexus - research all return mail for address changes. | Felicia Buenrostro | 6 | 3.0 |
| 9/16/2016 | Employee Claims Distribution - Open mail and scan all W-4 | Felicia Buenrostro | 6 | 0.6 |
| 9/16/2016 | Conf. Call - Nortel/EY Canadian follow up discussion | Kathryn Schultea | 6 | 0.5 |
| 9/16/2016 | Canadian Distribution Matters | Kathryn Schultea | 6 | 2.0 |
| 9/16/2016 | Employee Claims Distribution - Verify last known work state for LSI Distribution claimants by reviewing W-2 in Pro-Business | Leticia Barrios | 6 | 3.3 |
| 9/16/2016 | Conference call with Cleary re: cross-border employee claims; related prep and follow up | Mary Cilia | 6 | 1.9 |
| 9/16/2016 | Read, review and respond to various e-mails related to claims | Mary Cilia | 6 | 0.7 |
| 9/16/2016 | Read, review, research and respond to various creditor inquiries by phone and e-mail | Mary Cilia | 6 | 1.2 |
| 9/19/2016 | Last known work state validation lookups in tax payment history for claims purposes | Brandon Bangerter | 6 | 3.1 |
| 9/19/2016 | Segregate, add and analyze Allowed claims and unmatched schedules to the EY Foreign and Domestic templates. | David Kantorczyk | 6 | 6.0 |
| 9/19/2016 | Employee Claims Distribution - Open mail and scan all W-4 | Felicia Buenrostro | 6 | 0.5 |
| 9/19/2016 | Lexis Nexus - research all return mail for address changes. | Felicia Buenrostro | 6 | 1.0 |
| 9/19/2016 | Employee Tax Solicitation lookup - last known addresses | Felicia Buenrostro | 6 | 3.0 |
| 9/19/2016 | Research and respond to e-mail for status update re: cross-border employee claims | Mary Cilia | 6 | 1.2 |
| 9/19/2016 | Read, review, research and respond to various creditor inquiries by phone and e-mail | Mary Cilia | 6 | 1.4 |
| 9/19/2016 | Research, review and reconcile open claims and related e-mails/ negotiations | Mary Cilia | 6 | 2.8 |
| 9/20/2016 | Last known work state validation lookups in tax payment history for claims purposes | Brandon Bangerter | 6 | 4.3 |
| 9/20/2016 | Segregate, add and analyze Allowed claims and unmatched schedules to the EY Foreign and Domestic templates. | David Kantorczyk | 6 | 6.0 |
| 9/20/2016 | Employee Claims Distribution - Open mail and scan all W-4 | Felicia Buenrostro | 6 | 0.5 |
| 9/20/2016 | Lexis Nexus - research all return mail for address changes. | Felicia Buenrostro | 6 | 1.5 |
| 9/20/2016 | Employee Tax Solicitation lookup - last known addresses | Felicia Buenrostro | 6 | 4.0 |
| 9/20/2016 | Employee Claims Distribution - Verify last known work state for LSI Distribution claimants by reviewing W-2 in Pro-Business | Leticia Barrios | 6 | 4.8 |
| 9/20/2016 | Research, review and reconcile open claims and related e-mails/ negotiations | Mary Cilia | 6 | 3.1 |
| 9/20/2016 | Read, review, research and respond to various creditor inquiries by phone and e-mail | Mary Cilia | 6 | 1.0 |
| 9/20/2016 | Claims database support | Raj Perubhatla | 6 | 1.2 |
| 9/21/2016 | Last known work state validation lookups in tax payment history for claims purposes | Brandon Bangerter | 6 | 3.6 |
| 9/21/2016 | Segregate, add and analyze Allowed claims and unmatched schedules to the EY Foreign and Domestic templates. | David Kantorczyk | 6 | 5.5 |
| 9/21/2016 | Weekly Nortel Networks outside consultant claim call including RLKS, Cleary and Huron including preparation and summarization. | David Kantorczyk | 6 | 0.5 |
| 9/21/2016 | Employee Tax Solicitation lookup - last known addresses | Felicia Buenrostro | 6 | 4.5 |
| 9/21/2016 | Meeting with RLKS team members to discuss solicitation letter distribution and processing. | Felicia Buenrostro | 6 | 1.0 |
| 9/21/2016 | Employee Claims Distribution - Verify last known work state for LSI Distribution claimants by reviewing W-2 in Pro-Business | Leticia Barrios | 6 | 5.7 |
| 9/21/2016 | Review of cross-border employee claims/ employee files to gather information for objection | Mary Cilia | 6 | 3.6 |
| 9/21/2016 | Revisions to employee omnibus objection file for next round of omnibus objections | Mary Cilia | 6 | 1.7 |
| 9/21/2016 | Conference call with Cleary, Huron and RLKS re: various claims issues and work streams; related prep and follow up e-mails | Mary Cilia | 6 | 1.8 |
| 9/21/2016 | Research, review and reconcile open claims and related e-mails/ negotiations | Mary Cilia | 6 | 0.9 |
| 9/21/2016 | Read, review, research and respond to various creditor inquiries by phone and e-mail | Mary Cilia | 6 | 1.8 |
| 9/22/2016 | Last known work state validation lookups in tax payment history for claims purposes | Brandon Bangerter | 6 | 1.2 |
| 9/22/2016 | Segregate, add and analyze Allowed claims and unmatched schedules to the EY Foreign and Domestic templates. | David Kantorczyk | 6 | 7.0 |
| 9/22/2016 | Employee Tax Solicitation lookup - last known addresses | Felicia Buenrostro | 6 | 5.5 |
| 9/22/2016 | Employee Claims Distribution - Verify last known work state for LSI Distribution claimants by reviewing W-2 in Pro-Business | Leticia Barrios | 6 | 5.8 |
| 9/22/2016 | Research and respond to inquiry related to foreign lease payments and related claims | Mary Cilia | 6 | 2.1 |
| 9/22/2016 | Read, review, research and respond to various creditor inquiries by phone and e-mail | Mary Cilia | 6 | 1.4 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 9/22/2016 | Continued review of additional documents related to cross-border employee claims to gather information for objection | Mary Cilia | 6 | 1.7 |
| 9/23/2016 | Segregate, add and analyze Allowed claims and unmatched schedules to the EY Foreign and Domestic templates. | David Kantorczyk | 6 | 7.0 |
| 9/23/2016 | Employee Tax Solicitation lookup - last known addresses | Felicia Buenrostro | 6 | 6.0 |
| 9/23/2016 | Correspondence - Residential address issues and follow-up items | Kathryn Schultea | 6 | 0.5 |
| 9/23/2016 | Employee Claims Distribution - Verify last known work state for LSI Distribution claimants by reviewing W-2 in Pro-Business | Leticia Barrios | 6 | 3.8 |
| 9/24/2016 | Read, review, research and respond to various creditor inquiries by phone and e-mail | Mary Cilia | 6 | 0.3 |
| 9/24/2016 | Review additional documentation related to claim adjourned from omnibus objection and related e-mail | Mary Cilia | 6 | 0.8 |
| 9/26/2016 | Segregate, add and analyze Allowed claims and unmatched schedules to the EY Foreign and Domestic templates. | David Kantorczyk | 6 | 7.0 |
| 9/26/2016 | Employee Claims Distribution - Open mail and scan all W-4 | Felicia Buenrostro | 6 | 0.7 |
| 9/26/2016 | Lexis Nexus - research all return mail for address changes. | Felicia Buenrostro | 6 | 1.0 |
| 9/26/2016 | Employee Tax Solicitation lookup - last known addresses | Felicia Buenrostro | 6 | 3.0 |
| 9/26/2016 | Employee Claims Distribution - Developed report in preparation of EV5 load of LSI claimants with last known work state changes based upon W-2 Pro-Business verification | Leticia Barrios | 6 | 4.8 |
| 9/26/2016 | Finalize drafting and review of omnibus objection and motion to deem claims satisfied claims exhibit files and provide to EPIQ to draft exhibits; related e-mails | Mary Cilia | 6 | 3.3 |
| 9/26/2016 | Research, review and reconcile open claims and related e-mails/ negotiations | Mary Cilia | 6 | 2.4 |
| 9/26/2016 | Review draft of omnibus objection and motion to deem claims satisfied and reconcile to exhibit drafts; related e-mails and comments | Mary Cilia | 6 | 1.8 |
| 9/26/2016 | Follow up research and e-mails related to claims adjourned from omnibus objection | Mary Cilia | 6 | 0.7 |
| 9/26/2016 | Draft notice of claim withdrawal for cross-border claim and circulate for comment | Mary Cilia | 6 | 0.3 |
| 9/27/2016 | Segregate, add and analyze Allowed claims and unmatched schedules to the EY Foreign and Domestic templates. | David Kantorczyk | 6 | 6.0 |
| 9/27/2016 | Employee Claims Distribution - Open mail and scan all W-4 | Felicia Buenrostro | 6 | 0.8 |
| 9/27/2016 | Lexis Nexus - research all return mail for address changes. | Felicia Buenrostro | 6 | 2.0 |
| 9/27/2016 | Employee Claims Distribution - Developed report in preparation of EV5 load of LSI claimants with last known work state changes based upon W-2 Pro-Business verification | Leticia Barrios | 6 | 5.3 |
| 9/27/2016 | Finalize review of additional documents related to cross-border employee claims to gather information for objection; documentation and circulation of findings | Mary Cilia | 6 | 2.5 |
| 9/27/2016 | Employee Claims Reserve Report development | Raj Perubhatla | 6 | 4.3 |
| 9/28/2016 | Segregate, add and analyze Allowed claims and unmatched schedules to the EY Foreign and Domestic templates. | David Kantorczyk | 6 | 6.0 |
| 9/28/2016 | Employee Claims Distribution - Open mail and scan all W-4 | Felicia Buenrostro | 6 | 1.0 |
| 9/28/2016 | Lexis Nexus - research all return mail for address changes. | Felicia Buenrostro | 6 | 3.5 |
| 9/28/2016 | Historical file pulls and research on former employees working in or for Canada with filed claims | Kathryn Schultea | 6 | 4.0 |
| 9/28/2016 | Correspondence - Nortel Claim calls follow-up | Kathryn Schultea | 6 | 2.5 |
| 9/28/2016 | Employee Claims Distribution - Contact LSI Claimants by email or phone with issues on their W-4 forms submitted | Leticia Barrios | 6 | 5.8 |
| 9/28/2016 | Research employee claim issue, phone call with claimant and follow up e-mails with EPIQ, Cleary and claimant to resolve claim | Mary Cilia | 6 | 1.4 |
| 9/28/2016 | Research, review and reconcile open claims and related e-mails/ negotiations | Mary Cilia | 6 | 3.1 |
| 9/28/2016 | Follow up e-mails related to cross-border claims and update of weekly status report for conference call | Mary Cilia | 6 | 1.3 |
| 9/28/2016 | Employee Claims Reserve Report development | Raj Perubhatla | 6 | 6.2 |
| 9/29/2016 | Update status meeting with team members on Claims calculations and tax | Brandon Bangerter | 6 | 1.4 |
| 9/29/2016 | Meeting - RLKS team regarding status update related to interim distribution | Daniel Tollefsen | 6 | 1.4 |
| 9/29/2016 | Segregate, add and analyze Allowed claims and unmatched schedules to the EY Foreign and Domestic templates. | David Kantorczyk | 6 | 6.5 |
| 9/29/2016 | Employee Claims Distribution - Open mail and scan all W-4 | Felicia Buenrostro | 6 | 0.5 |
| 9/29/2016 | Lexis Nexus - research all return mail for address changes. | Felicia Buenrostro | 6 | 2.0 |
| 9/29/2016 | Correspondence - Employee Gross to Net Cal - Status update | Kathryn Schultea | 6 | 0.3 |
| 9/29/2016 | Meeting with RLKS team members to discuss interim distribution | Kathryn Schultea | 6 | 1.5 |
| 9/29/2016 | Review deceased employee claimant analysis and impact on interim distribution | Kathryn Schultea | 6 | 2.5 |
| 9/29/2016 | Research, review and reconcile open claims and related e-mails/ negotiations | Mary Cilia | 6 | 0.7 |
| 9/29/2016 | Claims database maintenance | Raj Perubhatla | 6 | 2.8 |
| 9/30/2016 | Segregate, add and analyze Allowed claims and unmatched schedules to the EY Foreign and Domestic templates. | David Kantorczyk | 6 | 5.0 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 9/30/2016 | Lexis Nexus - research all return mail for address changes. | Felicia Buenrostro | 6 | 3.0 |
| 9/30/2016 | Employee Claims Distribution - Open mail and scan all W-4 | Felicia Buenrostro | 6 | 1.0 |
| 9/30/2016 | Review analysis and comparison on Nortel Canadian summary taxing | Kathryn Schultea | 6 | 0.8 |
| 9/30/2016 | Read, review, research and respond to calls and emails re EE requests | Kathryn Schultea | 6 | 1.5 |
| 9/30/2016 | Employee Claims Distribution - Contact LSI Claimants by email or phone with issues on their W-4 forms submitted | Leticia Barrios | 6 | 4.3 |
| 9/30/2016 | Read, review and respond to various e-mails related to claims | Mary Cilia | 6 | 1.1 |
| 9/1/2016 | Correspondence - Follow up on NC ruling on Corp. Income and franchise taxes | Kathryn Schultea | 7 | 0.7 |
| 9/6/2016 | Correspondence - RTP Annual Taxes and Utilities Analysis | Kathryn Schultea | 7 | 0.8 |
| 9/6/2016 | Conf. Call - Weekly debrief | Kathryn Schultea | 7 | 1.0 |
| 9/6/2016 | Tax update call JS,AB,KS,JW,DA | Richard Lydecker | 7 | 0.3 |
| 9/9/2016 | Correspondence - re: EY Weekly Debrief | Kathryn Schultea | 7 | 0.5 |
| 9/12/2016 | Correspondence - M&T Bank follow up | Kathryn Schultea | 7 | 1.0 |
| 9/12/2016 | Meeting with EY and RLKS to discuss status update for Gross to Net Tax Project | Kathryn Schultea | 7 | 1.0 |
| 9/13/2016 | Prepare August bank reconciliations and reporting | Mary Cilia | 7 | 5.4 |
| 9/14/2016 | Correspondence - M&T Bank Contact/Nortel Opportunity | Kathryn Schultea | 7 | 0.7 |
| 9/16/2016 | Conf. Call - Weekly debrief | Kathryn Schultea | 7 | 1.0 |
| 9/16/2016 | Tax call re projects, income recognition JS,KS,DA,JW | Richard Lydecker | 7 | 0.5 |
| 9/22/2016 | Correspondence reviews - re: distribution account set-up | Kathryn Schultea | 7 | 0.7 |
| 9/27/2016 | Call re settlement issues JS,JW,AB,DA | Richard Lydecker | 7 | 0.5 |
| 9/27/2016 | Year change matter | Richard Lydecker | 7 | 1.0 |
| 9/28/2016 | Correspondence - re: Nortel Accounts | Kathryn Schultea | 7 | 1.0 |
| 9/29/2016 | Review/comment and further follow-up on EY August fee application | Kathryn Schultea | 7 | 1.6 |
| 9/30/2016 | Received, reviewed tax budget outlook | Kathryn Schultea | 7 | 1.0 |
| 9/7/2016 | Correspondence - Policy Expiration | Kathryn Schultea | 8 | 0.3 |
| 9/30/2016 | Agreement update future outlook | Kathryn Schultea | 8 | 1.0 |
| 9/1/2016 | Meeting with EY and RLKS team members to discuss status update for Gross to Net Tax Project | Leticia Barrios | 9 | 1.0 |
| 9/1/2016 | Employee Claims Distribution - Developed report of Canadian claimant information, tax documents, and home addresses | Leticia Barrios | 9 | 4.8 |
| 9/1/2016 | Weekly Status call prep | Raj Perubhatla | 9 | 0.5 |
| 9/1/2016 | Weekly Status call | Raj Perubhatla | 9 | 1.0 |
| 9/1/2016 | Employee Claims Distribution Modeling: Claims file (revised) | Raj Perubhatla | 9 | 1.4 |
| 9/2/2016 | Continued reconciliation of claims register to the general ledger and related documentation | Mary Cilia | 9 | 5.1 |
| 9/2/2016 | Employee Claims Distribution Modeling: Claims file (revised) | Raj Perubhatla | 9 | 4.7 |
| 9/6/2016 | Employee Claims Distribution Modeling: State Tax Exemption | Raj Perubhatla | 9 | 4.7 |
| 9/7/2016 | Employee Claims Distribution - Provide a summary analysis on traded claims and the number of claimants without a W-4 submission | Leticia Barrios | 9 | 5.5 |
| 9/7/2016 | Employee Claims Distribution Modeling: Due diligence on W4 additional withholding impact on Net Check for the interim distribution | Raj Perubhatla | 9 | 4.3 |
| 9/8/2016 | Employee Claims Distribution Modeling: Due diligence on W4s | Raj Perubhatla | 9 | 4.2 |
| 9/9/2016 | Meeting with RLKS team to discuss Canadian Employee Summary and Severance participants | Felicia Buenrostro | 9 | 1.0 |
| 9/12/2016 | Meeting with EY and RLKS to discuss status update for Gross to Net Tax Project | Leticia Barrios | 9 | 1.0 |
| 9/12/2016 | Meeting with RLKS team to discuss Canadian Employee Summary and Severance participants | Leticia Barrios | 9 | 1.0 |
| 9/12/2016 | Conference call with K. Schultea re: employee claims distributions and withholding requirements; related follow up | Mary Cilia | 9 | 1.9 |
| 9/12/2016 | Interim distribution coordination meeting | Raj Perubhatla | 9 | 2.5 |
| 9/13/2016 | Conference call with EY re: non-employee claims distributions and required withholding taxes; related prep and follow up | Mary Cilia | 9 | 1.2 |
| 9/13/2016 | Conference call with K. Ponder re: employee claims distributions and withholding requirements; related follow up research and e-mails | Mary Cilia | 9 | 3.3 |
| 9/14/2016 | Continued research and documentation re: employee claims distributions and withholding requirements; related follow up e-mail and calls | Mary Cilia | 9 | 5.2 |
| 9/14/2016 | EE Movement activity and impact on claims research | Raj Perubhatla | 9 | 4.4 |
| 9/15/2016 | EE Movement activity and impact on claims research | Raj Perubhatla | 9 | 1.8 |
| 9/16/2016 | Conference call with K. Schultea and EY re: employee claims distributions and tax withholding; related prep and follow up | Mary Cilia | 9 | 0.9 |
| 9/16/2016 | Call to discuss Global Mobility EE Tax impact | Raj Perubhatla | 9 | 1.0 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 9/20/2016 | Continued reconciliation of claims register to the general ledger and related documentation | Mary Cilia | 9 | 4.7 |
| 9/20/2016 | Read, research and respond to e-mails re: tax withholding review of non-employee claims distributions | Mary Cilia | 9 | 1.3 |
| 9/20/2016 | IT Support for EV5 | Raj Perubhatla | 9 | 1.6 |
| 9/21/2016 | Meeting with RLKS team members to discuss interim distribution (W-2 Work address verifications, timelines, and Resident Address changes) | Felicia Buenrostro | 9 | 1.0 |
| 9/21/2016 | Meeting with RLKS team members to discuss interim distribution (W-2 Work address verifications, timelines, and Resident Address changes) | Leticia Barrios | 9 | 1.0 |
| 9/21/2016 | EV5 Development setup | Raj Perubhatla | 9 | 3.8 |
| 9/21/2016 | Weekly status call | Raj Perubhatla | 9 | 1.0 |
| 9/22/2016 | Research and respond to inquiry related to opening of claims distribution account; related e-mails, responses and documentation | Mary Cilia | 9 | 4.4 |
| 9/22/2016 | EV5 Development setup | Raj Perubhatla | 9 | 2.8 |
| 9/23/2016 | Review and reconciliation of list of employees with potential Canadian withholding and begin draft of memo documenting the issues; related e-mails and phone calls | Mary Cilia | 9 | 3.8 |
| 9/23/2016 | Continue gathering documents and information to open claims distribution account; related e-mails and phone calls | Mary Cilia | 9 | 2.4 |
| 9/23/2016 | Conference call w/ R. Perubhatla to discuss recovery/distribution models and related structure file; related prep and follow up e-mails | Mary Cilia | 9 | 1.8 |
| 9/23/2016 | Updates to EV5 in Production | Raj Perubhatla | 9 | 4.2 |
| 9/23/2016 | Review of the Distribution Model for the unsecured | Raj Perubhatla | 9 | 2.7 |
| 9/24/2016 | Review conference call agenda, research and document issues and provide comments to M. Kennedy | Mary Cilia | 9 | 0.8 |
| 9/24/2016 | Finalize Canadian withholding issue memo and circulate for comment | Mary Cilia | 9 | 0.7 |
| 9/24/2016 | Review of the Distribution Model for the unsecured | Raj Perubhatla | 9 | 8.5 |
| 9/25/2016 | Distribution Model for the unsecured: Modify and run the Test model | Raj Perubhatla | 9 | 8.2 |
| 9/26/2016 | Conference call w/ R. Perubhatla to review draft model output discuss assumptions and revise structure file; related prep and follow up | Mary Cilia | 9 | 2.8 |
| 9/26/2016 | Distribution Model for the unsecured: Modify and run the Test model | Raj Perubhatla | 9 | 2.5 |
| 9/26/2016 | Distribution Model for the unsecured: Conference call to discuss the results | Raj Perubhatla | 9 | 1.3 |
| 9/27/2016 | E-mails and phone calls related to opening of claims distribution account | Mary Cilia | 9 | 1.0 |
| 9/27/2016 | Conference call w/ Cleary and M. Kennedy to discuss preliminary planning related to preparation of a disclosure statement and the required modeling and assumptions; related prep and follow up | Mary Cilia | 9 | 4.4 |
| 9/27/2016 | Prepare structure file for employee claims reserve report and provide to R. Perubhatla; related call and e-mails | Mary Cilia | 9 | 2.2 |
| 9/27/2016 | Claims distribution modeling call | Raj Perubhatla | 9 | 1.6 |
| 9/27/2016 | Distribution Model for the unsecured: Development | Raj Perubhatla | 9 | 1.7 |
| 9/28/2016 | Review and reconciliation of first draft of employee claims reserve report; related e-mails and calls with R. Perubhatla | Mary Cilia | 9 | 1.9 |
| 9/28/2016 | Continued reconciliation of claims register to the general ledger and related documentation | Mary Cilia | 9 | 3.4 |
| 9/29/2016 | Meeting with RLKS team members to discuss interim distribution | Felicia Buenrostro | 9 | 1.5 |
| 9/29/2016 | Meeting with RLKS team members to discuss interim distribution | Leticia Barrios | 9 | 1.5 |
| 9/29/2016 | Continued reconciliation of claims register to the general ledger and related documentation | Mary Cilia | 9 | 3.3 |
| 9/29/2016 | Staff meeting to plan distribution activities | Raj Perubhatla | 9 | 1.5 |
| 9/30/2016 | Review and reconcile revised draft of employee claims reserve report; provide comments and related e-mails | Mary Cilia | 9 | 2.2 |
| 9/30/2016 | Review Canadian claims tax exposure analysis for employee claims distributions | Mary Cilia | 9 | 0.9 |
| 9/30/2016 | Employee Claims Distribution: T8 file | Raj Perubhatla | 9 | 1.7 |