# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------X
: 
*In re* : Chapter 11
: 
Nortel Networks Inc., *et al.*,[1] : Case No. 09-10138 (KG)
: 
               Debtors. : Jointly Administered
: 
: **RE D.I. 16996, 17089**
: 
----------------------------------------------------------X

**CERTIFICATION OF COUNSEL REGARDING PROPOSED
SUPPLEMENTAL ORDER REGARDING DEBTORS' FORTY-SECOND
OMNIBUS OBJECTION (SUBSTANTIVE) TO CERTAIN CLAIMS
PURSUANT TO 11 U.S.C. § 502, FED. R. BANKR. P. 3007 AND
DEL. L.R. 3007-1 (NO-BASIS CLAIMS, MODIFY AND ALLOW
CLAIMS, RECLASSIFY AND ALLOW CLAIMS, NO-BASIS
EQUITY CLAIMS, WRONG DEBTOR CLAIMS AND REDUNDANT CLAIMS)**

      I, Tamara K. Minott, counsel to the debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors"), hereby certify as follows regarding the proposed *Supplemental Order Regarding Debtors' Forty-Second Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (No-Basis Claims, Modify and Allow Claims, Reclassify and Allow Claims, No-Basis Equity Claims, Wrong Debtor Claims and Redundant Claims)* (the "Proposed Supplemental Order"), attached as **Exhibit A** hereto:

---

[1] The Debtors in the jointly administered chapter 11 cases bearing Case No. 09-10138, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567), Nortel Networks (CALA) Inc. (4226), and Nortel Networks India International Inc. (8667). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

1.      On July 15, 2016, the Debtors filed the *Debtors' Forty-Second Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (No-Basis Claims, Modify and Allow Claims, Reclassify and Allow Claims, No-Basis Equity Claims, Wrong Debtor Claims and Redundant Claims)* [D.I. 16996] (the "Forty-Second Omnibus Objection").

2.      Prior to the hearing on the Forty-Second Omnibus Objection on August 16, 2016, the Debtors received informal comments from (i) Tannor Partners Credit Fund, LP and (ii) the Employment Development Department (collectively, the "Respondents") relating to Forty-Second Omnibus Objection.

3.      On August 16, 2016, the Court entered the *Order Granting Forty-Second Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (No-Basis Claims, Modify and Allow Claims, Reclassify and Allow Claims, No-Basis Equity Claims, Wrong Debtor Claims and Redundant Claims)* [D.I. 17089] (the "Forty-Second Omnibus Order"). Pursuant to the Forty-Second Omnibus Order, the Forty-Second Omnibus Objection was continued with respect to (i) Claim No. 23.01 filed by Tannor Partners Credit Fund, LP and (ii) Claim No. 1353 filed by Employment Development Department to the hearing scheduled for September 13, 2016 at 10:00 a.m. (ET). The Debtors subsequently continued the hearing on Claim No. 23.01 filed by Tannor Partners Credit Fund, LP and Claim No. 1353 filed by Employment Development Department to the hearing scheduled for October 13, 2016 at 10:00 a.m. (ET).

4.      As a result of negotiations between the Debtors and Tannor Partners Credit Fund, LP, the parties have agreed that the Forty-Second Omnibus Objection as it pertains to Claim No. 23.01 shall be granted, and that Claim No. 23.01 shall be disallowed in full.

5. As a result of negotiations between the Debtors and and the Employment Development Department, the parties have agreed that the Forty-Second Omnibus Objection as it pertains to Claim No. 1353 shall be withdrawn, and that Claim No. 1353 shall be allowed as (i) a priority claim in the amount of $20,152.81 against Nortel Altsystems Inc. and (ii) a general unsecured claim in the amount of in the amount of $2,447.60 against Nortel Altsystems Inc.

6. The agreed treatment of Claim No. 23.01 filed by Tannor Partners Credit Fund, LP and Claim No. 1353 filed by Employment Development Department is addressed within the Proposed Supplemental Order attached hereto as **Exhibit 1**.

WHEREFORE, the Debtors respectfully request that the Court enter the Proposed Supplemental Order attached hereto as **Exhibit 1** at its earliest convenience and grant such other relief as may be just and proper.

Dated:  October 11, 2016
Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone:  (212) 225-2000
Facsimile:  (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

 /s/ Tamara K. Minott
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Andrew R. Remming (No. 5120)
Tamara K. Minott (No. 5643)
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, DE  19899-1347

Telephone: (302) 658-9200
Facsimile: (302) 425-4663

*Counsel for the Debtors and
Debtors in Possession*

10469106.2