# Exhibit B

**NORTEL EXHIBIT B - EXPENSE DETAILS PERIOD SEPTEMBER 1, 2016 THROUGH SEPTEMBER 30, 2016**

| Date | Professional | Cost Type | Description | Amount |
|---|---|---|---|---|
| | | | | |