Robert Kinamon
21515 NE 143rd Place
Woodinville WA 98077
425-881-6035
rkinamon@comcast.net
October 3, 2016



Honorable Judge Kevin Gross
824 North Market Street
6th Floor
Wilmington, DE 19801

Dear Honorable Judge Kevin Gross:

I turned 70 today. Since January of 2009, I have been spent my retirement years without benefit of the pension I fairly earned at Nortel Networks. During that period, the legal profession has benefitted from Nortel's bankruptcy in excess of $2 billion. The duration and cost of these proceeding is beyond ridiculous. In my opinion, it is shameful and makes a mockery of our legal system.

Please take charge of this bankruptcy and bring it to immediate resolution. I would like to get some benefit of my hard earned pension while still living. The amount owed to me is $150,908.52. Refer to Epiq Systems claim 1825 and 6595. I realize I'll only receive a fraction of that amount but would like to put this terrible experience behind me.

Thank you for considering my request. I would appreciate notification of a firm distribution date. If there is no end in sight, I suggest all creditors be notified through a single, easy to find announcement on the internet.

Sincerely,

Robert Kinamon