**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

-----------------------------------------------------------X
                                          :

| | |
|---|---|
| *In re* | Case No. 09-10138 (KG) |
| Nortel Networks Inc., *et al.*,[1] | (Jointly Administered) |
| Debtors. | Re: D.I. 17246 |

-----------------------------------------------------------X

## NOTICE OF SERVICE

        PLEASE TAKE NOTICE that on October 12, 2016, copies of the following were served, in the manner indicated, upon the individual identified on the attached service list.

1.    U.S. Debtors' First Set of Requests for Admission Directed to Coface North America Insurance Company;

2.    U.S. Debtors' First Request for the Production of Documents Directed to Coface North America Insurance Company;

3.    U.S. Debtors' First Set of Interrogatories Directed to Coface North America Insurance Company; and

4.    Notice of Deposition Pursuant to Rule 30(b)(6) Directed to Coface North America Insurance Company (D.I. 17246, Filed 10/12/16).

Dated: October 12, 2016
Wilmington, DE                   MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                */s/ Tamara K. Minott*
                                Eric D. Schwartz (No. 3134)
                                Derek C. Abbott (No. 3376)

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567), Nortel Networks (CALA) Inc. (4226), and Nortel Networks India International Inc. (8667).  Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

Andrew R. Remming (No. 5120)
Tamara K. Minott (No. 5643)
1201 North Market Street
Wilmington, DE  19899-1347
Telephone:  (302) 658-9200
Facsimile:  (302) 658-3989

*Counsel for the Debtors and Debtors in Possession*

**Via First Class Mail and Email**

Foley & Lardner LLP
Douglas Spelfogel
90 Park Avenue
New York, NY 10016-1314