# EXHIBIT A

```
*************************************************************************************************Page 1 of (12)
```

|  | WHITEFORD, TAYLOR & PRESTON | THRU 09/30/16 |
|---|---|---|
| BILLING ATTORNEY: 01762   CHRISTOPHER M. SAMIS | DETAILED  BILLING REPORT | AS OF 10/7/2016 3:41:30 PM |
|  | PROFORMA NUMBER: 576626 | LAST DATE BILLED 09/16/16 |

CLIENT 091281          OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF     ADDRESS: OFFICIAL COMMITTEE OF UNSECURED
                       NORTEL NETWORKS, INC.                                    CREDITORS OF NORTEL NETWORKS, INC.
MATTER 00001           NORTEL                                                   C/O FRED S. HODARA, ESQ.
CASE ID                                                                         AKIN GUMP STRAUSS HAUER & FELD, LLP
                                                                                ONE BRYANT PARK
                                                                                BANK OF AMERICA TOWER
                                                                                NEW YORK, NY 10036-6745

INVOICE NUMBER _____ INVOICE DATE ____/____/____

| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 13116247 | 09/01/16 |  | PREPARE FOR AND PARTICIPATE IN WEEKLY COMMITTEE CALL. | S3 |  | .50 | 01762 | CMS | 265.00 | 265.00 |
| 13116262 | 09/01/16 |  | E-MAIL TO D. BOTTER AND B. KAHN RE: 9/1/16 COMMITTEE CALL. | S3 |  | .10 | 01762 | CMS | 53.00 | 318.00 |
| 13116976 | 09/02/16 |  | REVIEW AND UPDATE CRITICAL DATES. | S1 |  | .20 | 01762 | CMS | 106.00 | 424.00 |
| 13116991 | 09/02/16 |  | E-MAIL TO F. HODARA AND OTHERS RE: 3D CIR. BRIEFING CONFERNENCE IN ALLOCATION APPEAL. | S16 |  | .10 | 01762 | CMS | 53.00 | 477.00 |
| 13116994 | 09/02/16 |  | CALL FROM J. ALBERTO RE: 3D CIR. BRIEFING CONFERENCE IN ALLOCATION APPEAL. | S16 |  | .20 | 01762 | CMS | 106.00 | 583.00 |
| 13142767 | 09/02/16 |  | REVISE CRITICAL DATES CALENDAR. | S1 |  | .20 | 01831 | CL | 49.00 | 632.00 |
| 13142768 | 09/02/16 |  | REVISE FEE APPLICATION CHART. | S20 |  | .40 | 01831 | CL | 98.00 | 730.00 |
| 13169246 | 09/02/16 |  | REVIEW ORDER SETTING STATUS CONFERENCE IN ALLOCATION APPEALS | S16 |  | .10 | 01761 | LKG | 50.00 | 780.00 |
| 13132188 | 09/06/16 |  | E-MAILS TO J. CHEN RE: PREPARATION FOR THIRD CIRCUIT BRIEFING CONFERENCE IN ALLOCATION APPEAL (.1 X 4). | S16 |  | .40 | 01762 | CMS | 212.00 | 992.00 |
| 13132199 | 09/06/16 |  | CALL TO J. CHEN RE: STRATEGY FOR THIRD CIRCUIT BRIEFING CONFERENCE. | S16 |  | .30 | 01762 | CMS | 159.00 | 1,151.00 |
| 13132200 | 09/06/16 |  | CALL TO R. WEBER RE: STRATEGY FOR THIRD CIRCUIT BRIEFING CONFERENCE. | S16 |  | .30 | 01762 | CMS | 159.00 | 1,310.00 |
| 13132201 | 09/06/16 |  | E-MAIL TO J. ALBERTO RE: PARTY INFORMATION FOR THIRD CIRCUIT BRIEFING CONFERENCE LETTER. | S16 |  | .10 | 01762 | CMS | 53.00 | 1,363.00 |
| 13132202 | 09/06/16 |  | CALL FROM J. ALBERTO RE: STRATEGY FOR THIRD CIRCUIT BRIEFING CONFERENCE. | S16 |  | .20 | 01762 | CMS | 106.00 | 1,469.00 |

```
                                       WHITEFORD, TAYLOR & PRESTON      THRU 09/30/16
BILLING ATTORNEY: 01762  CHRISTOPHER M. SAMIS       DETAILED  BILLING REPORT     AS OF 10/7/2016 3:41:30 PM
                                       PROFORMA NUMBER: 576626        LAST DATE BILLED 09/16/16
```

CLIENT 091281              OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
                          NORTEL NETWORKS, INC.
MATTER 00001              NORTEL
CASE ID

| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 13132203 | 09/06/16 | | REVIEW FURTHER REVISED RESTRUCTURING SUPPORT AGREEMENT. | S6 | | 1.70 | 01762 | CMS | 901.00 | 2,370.00 |
| 13132209 | 09/06/16 | | E-MAILS TO J. ALBERTO RE: LOGISTICS OF THIRD CIRCUIT BRIEFING CONFERENCE (.1 X 2). | S16 | | .20 | 01762 | CMS | 106.00 | 2,476.00 |
| 13143583 | 09/06/16 | | REVISE CRITICAL DATES CALENDAR. | S1 | | .30 | 01831 | CL | 73.50 | 2,549.50 |
| 13132119 | 09/07/16 | | PREPARE FOR 9/7/16 THIRD CIRCUIT BRIEFING CONFERENCE. | S16 | | 1.30 | 01762 | CMS | 689.00 | 3,238.50 |
| 13132121 | 09/07/16 | | TRAVEL TO THIRD CIRCUIT BRIEFING CONFERENCE (BILLED AT 50%) | S22 | | .30 | 01762 | CMS | 159.00 | 3,397.50 |
| 13132122 | 09/07/16 | | TRAVEL FROM THIRD CIRCUIT BRIEFING CONFERENCE (BILLED AT 50%) | S22 | | .30 | 01762 | CMS | 159.00 | 3,556.50 |
| 13132123 | 09/07/16 | | ATTEND THIRD CIRCUIT BRIEFING CONFERENCE. | S22 | | 1.40 | 01762 | CMS | 742.00 | 4,298.50 |
| 13132142 | 09/07/16 | | E-MAIL TO T. MINOTT RE: PAYMENT ON 19TH WTP FEE APPLICATION. | S19 | | .10 | 01762 | CMS | 53.00 | 4,351.50 |
| 13143600 | 09/07/16 | | REVIEW DOCKET AND PREPARE CNO TO WTP 19TH FEE APPLICATION. | S19 | | .20 | 01831 | CL | 49.00 | 4,400.50 |
| 13143609 | 09/07/16 | | FILE CNO TO WTP'S 19TH FEE APPLICATION. | S19 | | .20 | 01831 | CL | 49.00 | 4,449.50 |
| 13143610 | 09/07/16 | | EMAIL C.SAMIS FILED CNO TO WTP'S 19TH FEE APPLICATION. | S19 | | .10 | 01831 | CL | 24.50 | 4,474.00 |
| 13156877 | 09/07/16 | | EMAIL FROM K. GOOD RE: WEEKLY COMMITTEE CALL | S3 | | .10 | 01797 | CDM | 33.00 | 4,507.00 |
| 13159513 | 09/07/16 | | REVIEW AND EDIT AUGUST PRO FORMAS | S19 | | 1.00 | 41315 | CM | 200.00 | 4,707.00 |
| 13123270 | 09/08/16 | | CONFER WITH C. MCCLAMB RE CNO TO AKIN GUMP FEE APPLICATION. | S20 | | .10 | 01831 | CL | 24.50 | 4,731.50 |
| 13123276 | 09/08/16 | | PREPARE WTP TWENTIETH FEE APPLICATION. | S19 | | 1.40 | 01831 | CL | 343.00 | 5,074.50 |
| 13123286 | 09/08/16 | | REVIEW DOCKET AND PREPARE CNO TO AKIN GUMP'S 89TH | S20 | | .30 | 01831 | CL | 73.50 | 5,148.00 |

```
**************************************************************************************Page 3 of (12)
```

BILLING ATTORNEY: 01762  CHRISTOPHER M. SAMIS
WHITEFORD, TAYLOR & PRESTON
DETAILED  BILLING REPORT
PROFORMA NUMBER: 576626
THRU 09/30/16
AS OF 10/7/2016 3:41:30 PM
LAST DATE BILLED 09/16/16

CLIENT 091281              OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
                          NORTEL NETWORKS, INC.
MATTER 00001              NORTEL
CASE ID

| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | MONTHLY FEE APPLICATION. | | | | | | | |
| 13132165 | 09/08/16 | | E-MAILS TO R. JOHNSON AND J. CHEN RE: CASE-OPENING FILINGS IN ALLOCATION APPEAL (.1 X 2). | S16 | | .20 | 01762 | CMS | 106.00 | 5,254.00 |
| 13156668 | 09/08/16 | | EMAILS WITH A. LORING RE AKIN 89TH MONTHLY FEE APPLICATION | S20 | | .10 | 01797 | CDM | 33.00 | 5,287.00 |
| 13156669 | 09/08/16 | | WEEKLY COMMITTEE CONFERENCE CALL | S3 | | .50 | 01797 | CDM | 165.00 | 5,452.00 |
| 13156671 | 09/08/16 | | DRAFT SUMMARY OF WEEKLY COMMITTEE CALL AND EMAIL SAME | S3 | | .70 | 01797 | CDM | 231.00 | 5,683.00 |
| 13156878 | 09/08/16 | | REVIEW AGENDA IN PREPARATION FOR WEEKLY COMMITTEE CALL | S3 | | .20 | 01797 | CDM | 66.00 | 5,749.00 |
| 13159515 | 09/08/16 | | PREPARE AND CIRCULATE DAILY DOCKET DISTRIBUTIONS | S1 | | .90 | 41315 | CM | 180.00 | 5,929.00 |
| 13124882 | 09/09/16 | | REVIEW 9/13/16 AGENDA. | S10 | | .10 | 01831 | CL | 24.50 | 5,953.50 |
| 13124883 | 09/09/16 | | REVISE CRITICAL DATES CALENDAR. | S1 | | .10 | 01831 | CL | 24.50 | 5,978.00 |
| 13124903 | 09/09/16 | | FILE CNO RE AKIN GUMP'S 89TH FEE APPLICATION. | S20 | | .20 | 01831 | CL | 49.00 | 6,027.00 |
| 13124904 | 09/09/16 | | REVIEW DOCKET AND PREPARE CNO TO CASSELS 28TH MONTHLY FEE APPLICATION. | S20 | | .30 | 01831 | CL | 73.50 | 6,100.50 |
| 13132174 | 09/09/16 | | E-MAILS TO C. MCCLAMB AND A. HICKS RE: INFORMATION FOR CASE-OPEINING FILINGS IN ALLOCATION APPEAL (.1 X 2). | S16 | | .20 | 01762 | CMS | 106.00 | 6,206.50 |
| 13156913 | 09/09/16 | | EMAILS WITH C. SAMIS AND J. CHEN RE: INFORMATION FOR NOTICES OF APPEARANCE | S1 | | .20 | 01797 | CDM | 66.00 | 6,272.50 |
| 13160717 | 09/09/16 | | REVIEW AGENDA FOR 9/13 HEARING | S10 | | .10 | 01761 | LKG | 50.00 | 6,322.50 |
| 13132113 | 09/11/16 | | E-MAILS TO J. ALBERTO AND A. REMMING RE: TRANSCRIPT FROM THIRD CIRCUIT BRIEFING CONFERENCE (.1 X 3). | S16 | | .30 | 01762 | CMS | 159.00 | 6,481.50 |

```
***********************************************************************************************Page 4 of (12)
                                        WHITEFORD, TAYLOR & PRESTON      THRU 09/30/16
BILLING ATTORNEY: 01762  CHRISTOPHER M. SAMIS    DETAILED  BILLING REPORT      AS OF 10/7/2016 3:41:30 PM
                                        PROFORMA NUMBER: 576626          LAST DATE BILLED 09/16/16
```

CLIENT 091281            OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
                         NORTEL NETWORKS, INC.
MATTER 00001             NORTEL
CASE ID

| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|-------|------|----|-----------------------------|------|-----|--------------|---------|------------|------------------------|---------------|
| 13132116 | 09/11/16 | | REVIEW FURTHER REVISED SPSA AND RELATED DOCUMENTS. | S6 | | 2.90 | 01762 | CMS | 1,537.00 | 8,018.50 |
| 13139744 | 09/11/16 | | REVIEW AUGUST 2016 PRO FORMA. | S19 | | .80 | 01762 | CMS | 424.00 | 8,442.50 |
| 13127181 | 09/12/16 | | REVIEW DOCKET AND PREPARE CNO TO CASSELS BROCK TWENTY-SEVENTH MONTHLY FEE APPLICATION. | S20 | | .30 | 01831 | CL | 73.50 | 8,516.00 |
| 13127182 | 09/12/16 | | CONFER WITH C. MCCLAMB RE CNOS TO CASSELS & BROCK'S FEE APPLICATIONS. | S19 | | .10 | 01831 | CL | 24.50 | 8,540.50 |
| 13127189 | 09/12/16 | | FILE CNOS RE CASSELS BROCK'S TWENTY-SEVENTH AND TWENTY-EIGHTH FEE APPLICATIONS. | S19 | | .30 | 01831 | CL | 73.50 | 8,614.00 |
| 13127190 | 09/12/16 | | REVISE FEE APPLICATION CHART. | S19 | | .10 | 01831 | CL | 24.50 | 8,638.50 |
| 13127193 | 09/12/16 | | REVIEW DOCKET AND PREPARE CNO RE BERKELEY RESEARCH GROUP'S 13TH MONTHLY FEE APPLICATION. | S20 | | .30 | 01831 | CL | 73.50 | 8,712.00 |
| 13156690 | 09/12/16 | | REVIEW CNO FOR CASSELS' 28TH FEE APPLICATION | S20 | | .10 | 01797 | CDM | 33.00 | 8,745.00 |
| 13156692 | 09/12/16 | | REVIEW CNO FOR CASSELS' 27TH FEE APPLICATION | S20 | | .10 | 01797 | CDM | 33.00 | 8,778.00 |
| 13159520 | 09/12/16 | | PREPARE AND CIRCULATE DAILY DOCKET DISTRIBUTIONS | S1 | | .50 | 41315 | CM | 100.00 | 8,878.00 |
| 13132277 | 09/13/16 | | E-MAIL TO C. LANO RE: UPCOMING DEADLINES. | S1 | | .10 | 01762 | CMS | 53.00 | 8,931.00 |
| 13132278 | 09/13/16 | | E-MAIL TO J. BOROW RE: CNO FOR 14TH BRG FEE APPLICATION. | S20 | | .10 | 01762 | CMS | 53.00 | 8,984.00 |
| 13132284 | 09/13/16 | | E-MAIL TO B. KAHN RE: FEE AND EXPENSE ESTIMATES FOR AUGUST 2016. | S8 | | .10 | 01762 | CMS | 53.00 | 9,037.00 |
| 13148538 | 09/13/16 | | REVISE CRITICAL DATES CALENDAR. | S1 | | .30 | 01831 | CL | 73.50 | 9,110.50 |
| 13148541 | 09/13/16 | | MEETING WITH C. SAMIS, C. MCCLAMB, AND S. GERALD RE STATUS OF CASE. | S1 | | .10 | 01831 | CL | 24.50 | 9,135.00 |
| 13148547 | 09/13/16 | | FILE CNO TO BRG MONTHLY FEE APPLICATION. | S20 | | .20 | 01831 | CL | 49.00 | 9,184.00 |

```
********************************************************************************Page 5 of (12)
                                      WHITEFORD, TAYLOR & PRESTON      THRU 09/30/16
BILLING ATTORNEY: 01762  CHRISTOPHER M. SAMIS     DETAILED  BILLING REPORT    AS OF 10/7/2016 3:41:30 PM
                                      PROFORMA NUMBER: 576626         LAST DATE BILLED 09/16/16
```

CLIENT 091281          OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
                       NORTEL NETWORKS, INC.
MATTER 00001           NORTEL
CASE ID

| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 13148549 | 09/13/16 | | CONFER WITH C. MCCLAMB RE CNO TO BRG 13TH MONTHLY FEE APPLICATION. | S20 | | .10 | 01831 | CL | 24.50 | 9,208.50 |
| 13156696 | 09/13/16 | | REVIEW CNO FOR BRG'S 13TH MONTHLY FEE APPLICATION | S20 | | .20 | 01797 | CDM | 66.00 | 9,274.50 |
| 13163915 | 09/13/16 | | REVIEW HURON AUGUST FEE APPLICATION | S20 | | .20 | 01761 | LKG | 100.00 | 9,374.50 |
| 13159729 | 09/14/16 | | REVIEW COMPILATION OF CONCISE SUMMARIES OF CASE FILED IN THIRD CIRCUIT APPEAL | S16 | | .60 | 01761 | LKG | 300.00 | 9,674.50 |
| 13159730 | 09/14/16 | | REVIEW AGENDA FOR 9/15 COMMITTEE CALL AND EMAIL TO C. MCCLAMB RE: ATTENDING SAME | S3 | | .10 | 01761 | LKG | 50.00 | 9,724.50 |
| 13159737 | 09/14/16 | | REVIEW REVISED SETTLEMENT AGREEMENT DRAFT | S16 | | .80 | 01761 | LKG | 400.00 | 10,124.50 |
| 13156726 | 09/15/16 | | WEEKLY COMMITTEE CALL | S3 | | .50 | 01797 | CDM | 165.00 | 10,289.50 |
| 13156812 | 09/15/16 | | REVIEW AGENDA FOR COMMITTEE CALL | S3 | | .20 | 01797 | CDM | 66.00 | 10,355.50 |
| 13160607 | 09/15/16 | | REVIEW MNAT AUGUST FEE APPLICATION | S20 | | .10 | 01761 | LKG | 50.00 | 10,405.50 |
| 13160618 | 09/15/16 | | REVIEW SUMMARY OF 9/15 COMMITTEE CALL | S3 | | .10 | 01761 | LKG | 50.00 | 10,455.50 |
| 13132347 | 09/16/16 | | E-MAILS TO J. ALBERTO RE: HEARING TRANSCRIPT FROM THIRD CIRCUIT BRIEFING CONFERENCE AND APPELLATE ISSUES AND PROCEDURE IN ALLOCATION APPEAL (.1 X 5). | S16 | | .50 | 01762 | CMS | 265.00 | 10,720.50 |
| 13159179 | 09/16/16 | | EMAIL TO C. MOSULY RE: APPEAL FILING FEE | S16 | | .10 | 01761 | LKG | 50.00 | 10,770.50 |
| 13149996 | 09/20/16 | | REVISE WTP TWENTIETH FEE APPLICATION. | S19 | | .80 | 01831 | CL | 196.00 | 10,966.50 |
| 13149998 | 09/20/16 | | CONFER WITH K. GOOD RE STATUS OF CNO TO BERKELEY RESEARCH GROUP'S FOURTEENTH FEE APPLICATION. | S20 | | .10 | 01831 | CL | 24.50 | 10,991.00 |
| 13150002 | 09/20/16 | | REVIEW DOCKET AND PREPARE CNO TO BRG'S FOURTEENTH MONTHLY FEE APPLICATION. | S20 | | .30 | 01831 | CL | 73.50 | 11,064.50 |
| 13150003 | 09/20/16 | | FILE CNO TO BRG'S FOURTEENTH MONTHLY FEE APPLICATION. | S20 | | .20 | 01831 | CL | 49.00 | 11,113.50 |

```
***************************************************************************************Page 6 of (12)
```

| | WHITEFORD, TAYLOR & PRESTON | THRU 09/30/16 |
BILLING ATTORNEY: 01762 CHRISTOPHER M. SAMIS | DETAILED BILLING REPORT | AS OF 10/7/2016 3:41:30 PM
| | PROFORMA NUMBER: 576626 | LAST DATE BILLED 09/16/16

CLIENT 091281          OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
                       NORTEL NETWORKS, INC.
MATTER 00001           NORTEL
CASE ID

| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 13157807 | 09/20/16 | | EMAIL X2 TO J. BORROW, J. HYLAND RE: CNO FOR JULY FEE APPLICATION (.1); EMAIL X2 TO C. LANO RE: DRAFTING AND FILING SAME (.1); REVIEW SAME (.1) | S20 | | .30 | 01761 | LKG | 150.00 | 11,263.50 |
| 13157819 | 09/20/16 | | REVIEW STATUS REPORT RE: CCAA CLAIMS BY FORMER EMPLOYEES | S9 | | .20 | 01761 | LKG | 100.00 | 11,363.50 |
| 13150081 | 09/21/16 | | PREPARE AND FILE CNO TO BERKELEY RESEARCH GROUP TWELFTH MONTHLY FEE APPLICATION. | S20 | | .40 | 01831 | CL | 98.00 | 11,461.50 |
| 13150086 | 09/21/16 | | PREPARE WTP TWENTIETH MONTHLY FEE APPLICATION. | S19 | | .30 | 01831 | CL | 73.50 | 11,535.00 |
| 13150087 | 09/21/16 | | REVISE CRITICAL DATES CALENDAR. | S1 | | .30 | 01831 | CL | 73.50 | 11,608.50 |
| 13150101 | 09/21/16 | | PREPARE DRAFT OF WTP INTERIM FEE APPLICATION. | S19 | | .20 | 01831 | CL | 49.00 | 11,657.50 |
| 13157168 | 09/21/16 | | REVIEW DEBTORS' 30TH QUARTERLY OCP NOTICE | S20 | | .10 | 01761 | LKG | 50.00 | 11,707.50 |
| 13157177 | 09/21/16 | | REVIEW AGENDA FOR 9/22 COMMITTEE CALL | S3 | | .10 | 01761 | LKG | 50.00 | 11,757.50 |
| 13157181 | 09/21/16 | | REVIEW/REVISE WTP AUGUST FEE APPLICATION | S19 | | .40 | 01761 | LKG | 200.00 | 11,957.50 |
| 13157206 | 09/21/16 | | EMAIL X3 TO C. MCCLAMB, C. LANO RE: FILING CNO FOR BRG MAY FEE APPLICATION | S20 | | .20 | 01761 | LKG | 100.00 | 12,057.50 |
| 13157242 | 09/21/16 | | REVIEW CNO FOR BRG 13TH MONTHLY FEE APPLICATION | S20 | | .20 | 01797 | CDM | 66.00 | 12,123.50 |
| 13142649 | 09/22/16 | | REVIEW REVISED VERSION OF SPSA | S6 | | .80 | 01761 | LKG | 400.00 | 12,523.50 |
| 13142657 | 09/22/16 | | EMAIL TO L. ROBERTS, J. POWELL RE: CNO FOR 90TH MONTHLY FEE APPLICATION OF ASHURST (.1); REVIEW SAME (.1); EMAIL TO C. LANO RE: FILING SAME (.1); EMAIL TO A. LORING RE: CNO FOR AKIN GUMP 90TH MONTHLY FEE APPLICATION (.1); REVIEW SAME (.1); EMAIL TO C. LANO RE FILING SAME (.1) | S20 | | .60 | 01761 | LKG | 300.00 | 12,823.50 |
| 13142662 | 09/22/16 | | REVIEW/REVISE WTP AUGUST FEE APPLICATION | S19 | | .30 | 01761 | LKG | 150.00 | 12,973.50 |
| 13142665 | 09/22/16 | | REVIEW UST LETTER RE: ALLOCATION APPEAL | S16 | | .10 | 01761 | LKG | 50.00 | 13,023.50 |

| | | | | | | | WHITEFORD, TAYLOR & PRESTON | | THRU 09/30/16 | |
|---|---|---|---|---|---|---|---|---|---|---|---|
BILLING ATTORNEY: 01762  CHRISTOPHER M. SAMIS       DETAILED  BILLING REPORT       AS OF 10/7/2016 3:41:30 PM
                                                    PROFORMA NUMBER: 576626        LAST DATE BILLED 09/16/16

CLIENT 091281            OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
                         NORTEL NETWORKS, INC.
MATTER 00001             NORTEL
CASE ID

| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 13143404 | 09/22/16 | | FINALIZED WTP TWENTIETH MONTHLY FEE APPLICATION. | S19 | | .30 | 01831 | CL | 73.50 | 13,097.00 |
| 13143419 | 09/22/16 | | CONFER WITH K. GOOD RE FILING CNO TO ASHURST FEE APPLICATION. | S20 | | .10 | 01831 | CL | 24.50 | 13,121.50 |
| 13143421 | 09/22/16 | | REVIEW DOCKET AND PREPARE CNO TO AKIN GUMP'S NINETIETH MONTHLY FEE APPLICATION. | S20 | | .30 | 01831 | CL | 73.50 | 13,195.00 |
| 13143422 | 09/22/16 | | FILE CNO TO ASHURST'S JULY 2016 FEE APPLICATION. | S20 | | .20 | 01831 | CL | 49.00 | 13,244.00 |
| 13143428 | 09/22/16 | | FILE WTP TWENTIETH MONTHLY FEE APPLICATION. | S19 | | .30 | 01831 | CL | 73.50 | 13,317.50 |
| 13143429 | 09/22/16 | | CONFER WITH DLS RE SERVICE OF WTP TWENTIETH MONTHLY FEE APPLICATION. | S19 | | .10 | 01831 | CL | 24.50 | 13,342.00 |
| 13146437 | 09/22/16 | | REVIEW MOST RECENT VERSION OF PLAN SUPPORT AGREEMENT AND RELATED DOCUMENTATION. | S6 | | 1.80 | 01762 | CMS | 954.00 | 14,296.00 |
| 13146441 | 09/22/16 | | PARTICIPATE IN WEEKLY COMMITTEE CALL. | S3 | | .40 | 01762 | CMS | 212.00 | 14,508.00 |
| 13146442 | 09/22/16 | | PREPARE FOR WEEKLY COMMITTEE CALL. | S3 | | .30 | 01762 | CMS | 159.00 | 14,667.00 |
| 13146471 | 09/22/16 | | E-MAIL TO D. BOTTER RE: PREPARATION FOR WEEKLY COMMITTEE CALL. | S3 | | .10 | 01762 | CMS | 53.00 | 14,720.00 |
| 13142292 | 09/23/16 | | REVIEW EXECUTION VERSION OF SPSA | S16 | | .70 | 01761 | LKG | 350.00 | 15,070.00 |
| 13142785 | 09/23/16 | | REVIEW 9/27/16 AGENDA. | S10 | | .10 | 01831 | CL | 24.50 | 15,094.50 |
| 13143394 | 09/26/16 | | CONFER WITH C.MCCLAMB RE ASHURST'S 91ST FEE APPPLICATION. | S20 | | .10 | 01831 | CL | 24.50 | 15,119.00 |
| 13143395 | 09/26/16 | | FILE ASHURST'S 91ST FEE APPLICATION. | S20 | | .40 | 01831 | CL | 98.00 | 15,217.00 |
| 13143396 | 09/26/16 | | CONFER WITH DLS RE SERVICE OF ASHURST'S 91ST FEE APPLICATION. | S20 | | .10 | 01831 | CL | 24.50 | 15,241.50 |
| 13143397 | 09/26/16 | | EMAIL ASHURST'S 91ST FEE APPLICATION TO FEE EXAMINER. | S20 | | .10 | 01831 | CL | 24.50 | 15,266.00 |

BILLING ATTORNEY: 01762  CHRISTOPHER M. SAMIS

WHITEFORD, TAYLOR & PRESTON
DETAILED  BILLING REPORT
PROFORMA NUMBER: 576626

THRU 09/30/16
AS OF 10/7/2016 3:41:30 PM
LAST DATE BILLED 09/16/16

CLIENT 091281

OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
NORTEL NETWORKS, INC.

MATTER 00001
CASE ID

NORTEL

| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 13143545 | 09/26/16 | | REVIEW AUGUST STAFFING REPORT OF MERGIS | S20 | | .10 | 01761 | LKG | 50.00 | 15,316.00 |
| 13146538 | 09/26/16 | | E-MAIL TO C. MCCLAMB RE: FILING AND SERVICE OF ASHURST AUGUST 2016 FEE APPLICATION. | S20 | | .10 | 01762 | CMS | 53.00 | 15,369.00 |
| 13157316 | 09/26/16 | | REVIEW ASHURST 91ST MONTHLY FEEL APPLICATION | S20 | | .40 | 01797 | CDM | 132.00 | 15,501.00 |
| 13156034 | 09/27/16 | | REVIEW FEE EXAMINER'S REPORT RE: J. RAY FEE APPLICATION (.1); REVIEW FEE EXAMINER'S REPORT RE: HURON CONSULTING (.1); | S20 | | .20 | 01761 | LKG | 100.00 | 15,601.00 |
| 13156039 | 09/27/16 | | REVIEW UPDATE RE: CCAA HEARING ON 9/29 | S10 | | .20 | 01761 | LKG | 100.00 | 15,701.00 |
| 13156040 | 09/27/16 | | REVIEW CLEARY GOTTLIEB AUGUST FEE APPLICATION | S20 | | .20 | 01761 | LKG | 100.00 | 15,801.00 |
| 13156042 | 09/27/16 | | REVIEW DEBTORS' MOTION RE: SATISFIED CLAIMS (.3); REVIEW 45TH OMNIBUS OBJECTION TO CLAIMS (.4) | S9 | | .70 | 01761 | LKG | 350.00 | 16,151.00 |
| 13153273 | 09/28/16 | | REVIEW PBGC CONCISE SUMMARY OF CASE FOR 3RD CIRCUIT APPEAL | S16 | | .20 | 01761 | LKG | 100.00 | 16,251.00 |
| 13153274 | 09/28/16 | | REVIEW FURTHER REDLINE OF SPSA | S16 | | .70 | 01761 | LKG | 350.00 | 16,601.00 |
| 13152457 | 09/29/16 | | PREPARE FOR 9/29/16 COMMITTEE CALL INCLUDING REVIEWING LASTEST SPSA. | S3 | | 1.20 | 01762 | CMS | 636.00 | 17,237.00 |
| 13152458 | 09/29/16 | | PARTICIPATE IN 9/29/16 COMMITTEE CALL. | S3 | | .40 | 01762 | CMS | 212.00 | 17,449.00 |
| 13152603 | 09/29/16 | | ATTEND WEEKLY COMMITTEE CALL | S3 | | .40 | 01761 | LKG | 200.00 | 17,649.00 |
| 13152617 | 09/29/16 | | REVIEW UPDATE X2 ON SPSA SETTLEMENT | S16 | | .10 | 01761 | LKG | 50.00 | 17,699.00 |
| 13159538 | 09/30/16 | | PREPARE AND CIRCULATE DAILY DOCKET DISTRIBUTIONS. | S1 | | 1.40 | 41315 | CM | 280.00 | 17,979.00 |
| 13160963 | 09/30/16 | | REVIEW DOCKET AND REVISE CRITICAL DATES CALENDAR. | S1 | | .40 | 01831 | CL | 98.00 | 18,077.00 |
| 13160974 | 09/30/16 | | CONFER WITH C.MCCLAMB RE CRITICAL DATES CALENDAR. | S1 | | .10 | 01831 | CL | 24.50 | 18,101.50 |

```
*******************************************************************************Page 9 of (12)
                                      WHITEFORD, TAYLOR & PRESTON    THRU 09/30/16
BILLING ATTORNEY: 01762  CHRISTOPHER M. SAMIS   DETAILED  BILLING REPORT    AS OF 10/7/2016 3:41:30 PM
                                      PROFORMA NUMBER: 576626        LAST DATE BILLED 09/16/16
_____

CLIENT 091281          OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
                       NORTEL NETWORKS, INC.
MATTER 00001           NORTEL
CASE ID
_____
```

| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 13161149 | 09/30/16 | | REVIEW CRITICAL DATES CALENDAR | S1 | | .30 | 01797 | CDM | 99.00 | 18,200.50 |
| | | | | | | 44.50**TIME VALUE TOTAL** | | | | 18,200.50 |