# **<u>EXHIBIT B</u>**

```
************************************************************************************Page 10 of (12)
BILLING ATTORNEY: 01762  CHRISTOPHER M. SAMIS      WHITEFORD, TAYLOR & PRESTON     THRU 09/30/16
                                                    DETAILED  BILLING REPORT       AS OF 10/7/2016 3:41:30 PM
                                                    PROFORMA NUMBER: 576626        LAST DATE BILLED 09/16/16
```

| CLIENT 091281 | OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF |
|---|---|
| | NORTEL NETWORKS, INC. |
| MATTER 00001 | NORTEL |
| CASE ID | |

***DISBURSEMENTS ***

| INDEX | DATE | REFER-# | CODE | CTRL-# | TKPR | | AMOUNT | |
|---|---|---|---|---|---|---|---|---|
| | | | 10 | | | PHOTOCOPIES | | .40 |
| 5224947 | 09/06/16 | | 101 | | 01762 | DLS DISCOVERY - COURIER EXPENSE-COPY/PRINT; ENVELOPES; PRINTING ON LABEL STOCK; POSTAGE; GEN. LABOR; HAND DELIVERY W BANKRUPTCY SERVICE | 62.51 | |
| 5224948 | 09/06/16 | | 101 | | 01762 | DLS DISCOVERY - COURIER EXPENSE-COPY/PRINT; ENVELOPES; PRINTING ON LABEL STOCK; POSTAGE; GEN. LABOR; HAND DELIVERY W BANKRUPTCY SERVICE; PDF EMAILED TO CLIENT | 74.23 | |
| 5224949 | 09/06/16 | | 101 | | 01762 | DLS DISCOVERY - COURIER EXPENSE-COPY/PRINT; ENVELOPES; PRINTING ON LABEL STOCK; POSTAGE; GEN. LABOR; HAND DELIVERY W BANKRUPTCY SERVICE | 35.61 | |
| 5224946 | 09/06/16 | | 101 | | 01762 | DLS DISCOVERY - COURIER EXPENSE-COPY/PRINT; ENVELOPES; PRINTING ON LABEL STOCK; POSTAGE; GEN. LABOR; EXPEDITED RUSH HAND DELIVERY W BANKRUPTCY SERVICE | 63.51 | |
| 5224950 | 09/19/16 | | 101 | | 01762 | DLS DISCOVERY - COURIER EXPENSE-PRINT/COPY; ENVELOPE; PRINTING ON LABEL STOCK; POSTAGE; HAND DELIVERY W BANKRUPTCY SERVICE | 36.78 | |
| | | | *101 | | | COURIER EXPENSE | | 272.64 |
| 5224952 | 09/07/16 | | 61 | | 01762 | CHRISTOPHER SAMIS - CLIENT TRAVEL REIMBURSEMENT-AMTRAK-TRAVEL TO PHILADELPHIA RE HEARING | 96.00 | |
| | | | *61 | | | CLIENT TRAVEL REIMBURSEMENT | | 96.00 |
| | | | | | | *TOTAL DISBURSEMENTS* | 369.04 | |