# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| ------------------------------------------------------------X | : |
| *In re* | : Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | : Case No. 09-10138 (KG) |
| Debtors. | : Jointly Administered |
|  | : **RE D.I. 15544, 15545, 15830** |
| ------------------------------------------------------------X | : |

## NOTICE OF EXECUTION OF
## SETTLEMENT AND PLANS SUPPORT AGREEMENT

PLEASE TAKE NOTICE THAT as a result of the mediation regarding the Allocation Dispute[2] among the U.S., Canadian, and EMEA Nortel estates, on or about October 12, 2016 (i) the Canadian Debtors; (ii) the Monitor; (iii) the Debtors; (iv) the EMEA Debtors; (v) the EMEA Non-Filed Entities; (vi) the Joint Administrators; (vii) NNSA; (viii) the NNSA Conflicts Administrator; (ix) the French Liquidator; (x) the Bondholder Group; (xi) the members of the CCC; (xii) the UCC; (xiii) the U.K. Pension Trustee; (xiv) the PPF; (xv) the Joint Liquidators; and (xvi) the NNCC Bondholder Signatories (collectively, the "Parties" and each a "Party") have entered into that certain Settlement and Plans Support Agreement (together with all Annexes thereto, in each case as amended, supplemented or otherwise modified from time to

---

[1] The Debtors in the jointly administered chapter 11 cases bearing Case No. 09-10138, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567), Nortel Networks (CALA) Inc. (4226), and Nortel Networks India International Inc. (8667). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

[2] Capitalized terms used, but not otherwise defined, herein shall have the meaning ascribed to them in Settlement and Support Agreement (as defined below and attached hereto as Exhibit A).

time in accordance with the terms thereof, the "Settlement and Support Agreement"), which represents a global resolution of the Allocation Dispute.

       The Debtors will seek approval of the Settlement and Support Agreement and related relief at a later date. The effectiveness of the Settlement and Support Agreement remains subject to the various terms and conditions contained therein, including without limitation Section 9 thereof.

       PLEASE TAKE FURTHER NOTICE THAT (a) a copy of the executed Settlement and Support Agreement is annexed hereto at **Exhibit A**, and (b) certain previously non-public financial information regarding the Debtors is annexed hereto as **Exhibit B**.

| | |
|---|---|
| Dated: October 12, 2016<br>Wilmington, DE | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>James L. Bromley (admitted *pro hac vice*)<br>Lisa M. Schweitzer (admitted *pro hac vice*)<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone: (212) 225-2000<br>Facsimile: (212) 225-3999<br><br>- and -<br><br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>    */s/ Derek C. Abbott*<br>Derek C. Abbott (No. 3376)<br>Eric D. Schwartz (No. 3134)<br>Andrew R. Remming (No. 5120)<br>Tamara K. Minott (No. 5643)<br>1201 North Market Street<br>Wilmington, DE 19899-1347<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989<br><br>*Counsel for the U.S. Debtors and Debtors in Possession* |