# Exhibit B

**Debtor Financial Information**

DISCLAIMER

The enclosed information has been prepared by Nortel Networks Inc. and its US debtor affiliates. None of Nortel Networks, Inc. (the "Company") nor any of its subsidiaries, affiliates, officers, directors, employees, consultants, advisors, agents and representatives make any representation or warranty, express or implied at law or in equity, in connection with any of the information made available either herein or subsequent to this document (the "Discussion Materials"), including, but not limited to, the past, present or future value of the anticipated realizable value of assets, claims, costs, expenses and liabilities of the Company, its pending bankruptcy cases and any claims, litigation and settlements with respect to the cases.  Accordingly, any person, company or interested party will rely solely upon its own independent examination and assessment of the information and other publicly available information in making any decision in connection with the pending disputes regarding the allocation of sale proceeds and other related matters and the proposed Settlement and Plans Support Agreement (the "Settlement Agreement") or any other proposed settlements or alternative resolution of these matters and in no event shall any recipient party make any claim against the Company or any of its subsidiaries, affiliates, officers, directors, employees, consultants, advisors, agents or representatives in respect of, or based upon, the information presented herein or subsequent to this document.

None of the Company nor any of its subsidiaries, affiliates, officers, directors, employees, consultants, advisors, agents and representatives, shall have any liability to any recipient party or its representatives as a result of receiving and/or evaluating any information including, but not limited to, the Discussion Material, concerning the pending disputes regarding the allocation of sale proceeds and other related matters and the proposed Settlement Agreement or any other proposed settlements or alternative resolution of these matters.  The Discussion Material is being provided to you on a confidential basis in accordance with the terms of the confidentiality agreement (the "Confidentiality Agreement") entered into between the recipient and the Company and certain of its affiliates. The Discussion Material may only be used by the recipient as provided in the Confidentiality Agreement.

Any operational information, financial projections, forecasts, budgets or design modifications with respect to the Company's operations or asset recoveries (the "projections") were not prepared with a view toward public disclosure or compliance with the published guidelines of the Securities and Exchange Commission (the "SEC") or the guidelines established by the American Institute of Certified Public Accountants regarding projections or forecasts. The projections do not purport to present the Company's financial condition in accordance with accounting principles generally accepted in the United States. The Company's independent accountants have not examined, compiled or otherwise applied procedures to the projections and, accordingly, do not express an opinion or any other form of assurance with respect to the projections. The inclusion of the information in the Discussion Materials should not be regarded as an indication that the Company or its affiliates or representatives consider the Discussion Materials to be a reliable prediction of future events, and the Discussion Materials should not be relied upon as such. Neither the Company nor any of its affiliates or representatives has made or makes any representation to any person regarding the projections or the ultimate outcome of the Company's bankruptcy cases or any matters with respect to the allocation disputes or any proposed settlement thereof or any other alternatives, and none of them undertakes any obligation to publicly update such information to reflect further information or circumstances existing after the date when the information was made or to reflect the occurrence of future events, even in the event that any or all of the assumptions underlying the projections are shown to be in error.

**Nortel Networks Inc.,** *et. al.*
**CONFIDENTIAL DISCUSSION MATERIAL**
**Preliminary and Subject to Material Change**
**Subject to FRE 408 and Confidentiality Agreement**
*in $ millions*
*dated September 30, 2016*

| | NNI | NNCC | Consolidated NNI/NNCC | NN CALA | NNI Debtor Subsidiaries[1] | All Other US Debtor[2] |
|---|---|---|---|---|---|---|
| **Estimated Priority & Admin. Claims** | | | | | | |
| Tax[3][4] | 100 | TBD | 100 | TBD | TBD | TBD |
| Employee/Other[3] | 30 | - | 30 | 2 | - | 1 |
| SNMP Litigation[5] | - | - | - | - | - | - |
| Pension Plan (PBGC Claim)[6] | TBD | TBD | TBD | TBD | TBD | TBD |
| Admin. Expense Reimbursement[7] | - | TBD | - | TBD | TBD | TBD |
| **Total (excluding TBD values)[3][8]** | **130** | **TBD** | **130** | **TBD** | **TBD** | **TBD** |
| **Estimated Unsecured Claims** | | | | | | |
| *Debt & Related Guarantee Claims* | | | | | | |
| Bond Claim | - | 151 | 151 | - | - | - |
| Bond Guarantee Claim | 3,935 | - | 3,935 | - | - | - |
| EDC Guarantee Claim | 21 | - | 21 | - | - | - |
| *Other Unsecured Claims* | | | | | | |
| Pension Plan (PBGC Claim)[6] | 708 | 708 | 708 | 708 | 4,956 | 4,956 |
| Employee Claims[8] | 317 | 2 | 317 | 7 | 14 | 14 |
| Other Unsecured Claims[8] | 364 | - | 364 | 8 | - | - |
| *Affiliate Claims* | | | | | | |
| due to Canadian Debtors | - | - | - | 43 | 18 | - |
| due to EMEA Debtor/Non-Debtor | - | - | - | - | - | - |
| due to 4th Estate (China/APAC/CALA) | 7 | - | 7 | 4 | - | - |
| *US Debtor Intercompany Claims* | | | | | | |
| due to NNI | - | - | - | 162 | 298 | 132 |
| due to NNCC[9] | 144 | - | n/a | - | - | - |
| due to NNCC - Support Agreement[9] | TBD | - | n/a | - | - | - |
| due to Other US Debtor | 7 | - | 7 | 3 | - | 30 |
| **Total (excluding TBD values)** | **5,502** | **861** | **5,509** | **935** | **5,285** | **5,132** |

Notes:
1) Includes Qtera Corporation; Nortel Networks Optical Components Inc.; Nortel Networks HPOCS Inc.; Nortel Networks International Inc.; Northern Telecom International Inc.; Nortel Networks India International Inc.; and Nortel Networks Cable Solutions Inc.
2) Includes Nortel Alt Systems, Inc.; Nortel Altsystems International, Inc.; Xros, Inc.; Sonoma Systems; CoreTek, Inc.; Nortel Networks Applications Management Solutions, Inc.; and Architel Systems (U.S.) Corp.
3) The US Debtors have not yet set an administrative bar date, therefore all estimates are preliminary and uncertain. Nothing herein shall constitute an admission regarding the validity, priority or amount of any claims against the US Debtors.
4) For purposes of this analysis, priority tax claims are shown at NNI. Actual claims may be asserted or allowed against other Debtors.
5) SNMP has commenced an adversary proceeding asserting various post-filing claims against the US Debtors. The US Debtors reserve all rights and defenses with respect to the validity, priority and amount of these claims, as well as the proofs of claim filed by SNMP.
6) The PBGC filed claims of $708 million and asserted the claims against all Debtors as both priority and unsecured claims. In addition, there is a court-approved stipulation in place that provides the PBGC with a potential priority claim related to the value of NGS and Diamondware. The amount of the priority claim value has not yet been determined. The claims have not been allowed and are disputed by one or more parties. For purposes of this schedule, in columns where multiple US Debtors are aggregated the PBGC claim is included as a claim against each Debtor in the filed amount.
7) Such reimbursement claims may include reimbursement and reallocation obligations based on court approved bankruptcy settlements and other Bankruptcy Court orders in addition to other amounts.
8) Claim estimates include assumptions to account for contingent, unliquidated, and/or disputed claims, including certain claims that may require litigation. Nothing herein shall constitute an admission regarding the validity or amount of any specific claims against the US Debtors. The claim estimates above are significantly less than the filed claim amount for the open and unresolved claims and final allowed amounts may differ materially.
9) Any claim NNCC may hold against NNI related to the Support Agreement dated February 15, 1996 is not included in the US Debtor Intercompany Claims due to NNCC. The NNCC Support Agreement Claim has not yet been allowed and remains a contingent, disputed and unliquidated claim.

**Nortel Networks Inc., *et. al.***
**CONFIDENTIAL DISCUSSION MATERIAL**
**Preliminary and Subject to Material Change**
**Subject to FRE 408 and Confidentiality Agreement**
*in $ millions*
*dated September 30, 2016*

| | NNI | NNCC | Consolidated NNI/NNCC | NN CALA | NNI Debtor Subsidiaries[a] | All Other US Debtor[b] | Total |
|---|---|---|---|---|---|---|---|
| **Estimated US Debtor Assets** | | | | | | | |
| Cash Balance as of July 31, 2016 | 477 | 2 | 479 | 86 | 39 | 55 | 659 |
| Sale Proceeds Settlement[c] | 1,716 | - | 1,716 | 50 | - | - | 1,766 |
| Other Settlement Value[d] | 100 | - | 100 | - | - | - | 100 |
| Recovery on Canadian Priority Claim | 63 | - | 63 | - | - | - | 63 |
| Recovery on Canadian Unsecured Claim[e] | TBD | - | TBD | - | - | - | - |
| Recovery on Affiliate Claims[f] | TBD | TBD | TBD | TBD | TBD | TBD | TBD |
| Recovery on Intercompany Claims[g] | TBD | TBD | TBD | TBD | TBD | TBD | TBD |
| Estimated Cost to Liquidate all Debtors[h] | (105) | TBD | (105) | TBD | TBD | TBD | (105) |
| **Total (excluding TBD values) before Administrative, Priority & Secured Claims** | **2,251** | **2** | **2,253** | **136** | **39** | **55** | **2,483** |

Notes:
a) Includes Qtera Corporation; Nortel Networks Optical Components Inc.; Nortel Networks HPOCS Inc.; Nortel Networks International Inc.; Northern Telecom International Inc.; Nortel Networks India International Inc.; and Nortel Networks Cable Solutions Inc.
b) Includes Nortel Alt Systems, Inc.; Nortel Altsystems International, Inc.; Xros, Inc.; Sonoma Systems; CoreTek, Inc.; Nortel Networks Applications Management Solutions, Inc.; and Architel Systems (U.S.) Corp.
c) Sale Proceeds allocated to NN CALA are yet to be determined. For purposes of this schedule only, all Sale Proceeds are attributed to NNI.
d) Consists of assumed Side-letter True-up Settlement of $77 million, Iceberg Side-Letter Settlement of $2.8 million and Lockbox Cost Reimbursement Settlement of $20 million per proposed Settlement & Support Agreement.
e) NNI continues to hold a $2 billion unsecured claim against NNL and, under the proposed Settlement Agreement, will recieve distributions from the consolidated Canadian Estates parri passu without discrimination.
f) Certain US Debtors continue to hold claims against Nortel affiliates other than the EMEA and Canadian Debtors. These Nortel affiliates are expected to be liquidated in the future, potentially though insolvency proceedings, in the local jurisdictions. While certain US Debtors hold claims against these entities, the US Debtors' ability to forecast amount of timing of ultimate recovery on these claims is uncertain and not included in the estimates above.
g) Certain pre-petition claims among the US Debtors and/or US non-Debtor subsidiaries are included in the proposed Settlement Agreement. Recoveries on such claims are dependent on a number of factors and are not quantified in the estimates above.
h) Preliminary estimate of total cost to wind-up and liquidate all US Debtors and non-Debtor subsidiaries including but not limited to, finance and tax administration, facility costs, data retention, claims administration, distribution administration, professional costs through effective date and post-confirmation professional costs. This estimate does not include any costs for additional litigation expense related to the Proposed Settlement Agreement or significant unresolved claims.