IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
: 
*In re* : Chapter 11
 : 
Nortel Networks Inc., *et al.*,[1] : Case No. 09-10138 (KG)
 : Jointly Administered
                  Debtors. : 
 : 
 : **Hearing Date:**
 : **October 21, 2016 at 11:00 a.m. (ET) [Requested]**
 : **Objections Due:**
 : **October 18, 2016 at 4:00 p.m. (ET)  [Requested]**
---------------------------------------------------------------x

**NOTICE OF DEBTORS' MOTION FOR AN ORDER AUTHORIZING
ENTRY INTO ESCROW AGREEMENT TO FACILITATE GLOBAL SETTLEMENT**

       PLEASE TAKE NOTICE that the debtors and debtors-in-possession (collectively, the "Debtors") in the above-captioned cases, have today filed the attached **Debtors' Motion for an Order Authorizing Entry Into Escrow Agreement to Facilitate Global Settlement** (the "Motion").

       PLEASE TAKE FURTHER NOTICE that any party wishing to oppose the entry of an order approving the Motion must file a response or an objection to the Motion (the "Response") with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 on or before **the date set by the Court in connection with the motion to shorten notice filed concurrently with the Motion, which the Debtors have requested to be October 18, 2016 at 4:00 p.m. (ET) (the "Objection Deadline")**.  At the same time, you must serve such Response upon the undersigned counsel for the Term Loan Agent so as to be received by the requested Objection Deadline.

       PLEASE TAKE FURTHER NOTICE THAT **THE DEBTORS HAVE REQUESTED THAT A HEARING ON THE MOTION BE SCHEDULED FOR OCTOBER 21, 2016 AT 11:00 A.M. (ET)** BEFORE THE HONORABLE KEVIN GROSS, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 6TH FLOOR, COURTROOM #3, WILMINGTON, DELAWARE 19801.  ONLY PARTIES WHO HAVE FILED A TIMELY RESPONSE IN ACCORDANCE

---

[1] Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567), Nortel Networks (CALA) Inc. (4226) and Nortel Networks India International Inc. (8667).  Contact information for the U.S. Debtors and their petitions are available at http://dm.epiq11.com/nortel.

WITH THE PROCEDURES ABOVE, WILL BE CONSIDERED BY THE BANKRUPTCY COURT AT THE HEARING.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: October 12, 2016

        CLEARY GOTTLIEB STEEN & HAMILTON LLP
        James L. Bromley (admitted *pro hac vice*)
        Lisa M. Schweitzer (admitted *pro hac vice*)
        One Liberty Plaza
        New York, NY  100006
        Telephone:  (212) 225-2000
        Facsimile:  (212) 225-3999

        – and –

        MORRIS, NICHOLS, ARSHT & TUNNEL LLP

        */s/ Tamara K. Minott*
        Derek C. Abbott (No. 3376)
        Andrew R. Remming (No. 5120)
        Tamara K. Minott (No. 5643)
        1201 North Market Street
        P.O. Box 1347
        Wilmington, Delaware 19801
        Telephone:  (302) 658-9200
        Facsimile:  (302) 658-3989

        *Counsel for Debtors and Debtors in Possession*