**EXHIBIT A**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
: Chapter 11
*In re* :
: Case No. 09-10138 (KG)
Nortel Networks Inc., *et al.*,[1] :
: Jointly Administered
          Debtors. :
: **RE: D.I.** _____
:
---------------------------------------------------------X

**ORDER SHORTENING NOTICE OF DEBTORS' MOTION AUTHORIZING
ENTRY INTO ESCROW AGREEMENT TO FACILITATE GLOBAL SETTLEMENT**

Upon the motion dated October 12, 2016 (the "Motion"),[2] of Nortel Networks Inc. ("NNI"), and certain of its affiliates, as debtors and debtors in possession in the above-captioned cases (the "Debtors"), for entry of an order, as more fully described in the Motion, pursuant to sections 102(1) and 105(a) of the Bankruptcy Code, Bankruptcy Rules 2002 and 9006 and Local Rule 9006-1, (i) shortening notice to allow the Currency Conversion Motion to be considered on an expedited basis, (ii) scheduling the Currency Conversion Motion to be heard at a hearing on October 21, 2016 at 11 a.m. (Eastern Time), (iii) setting October 18, 2016 at 4:00 p.m. (Eastern Time) as the deadline to object to the Currency Conversion Motion, with replies (if any) to be filed by 12:30 p.m. (Eastern Time) on October 19, 2016 and it appearing that no other or further notice is necessary; and the Court having jurisdiction to consider the Motion and the relief

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567), Nortel Networks (CALA) Inc. (4226) and Nortel Networks India International Inc. (8667). Contact information for the U.S. Debtors and their petitions are available at http://dm.epiq11.com/nortel.

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Motion.

requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having determined that consideration of the Motion is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief requested in the Motion, and that such relief is in the best interests of the Debtors, their estates, their creditors and the parties in interest; and upon the record in these proceedings; and after due deliberation;

IT IS HEREBY ORDERED THAT:

1. The Motion is **GRANTED** as set forth herein.

2. The Currency Conversion Motion will be considered at a hearing on **October 21, 2016 at 11 a.m. (Eastern Time)**.

3. Objections, if any, to the Currency Conversion Motion shall be filed and served in accordance with the Local Rules of this Court by no later than **October 18, 2016, at 4:00 p.m. (Eastern Time)**.

4. Replies, if any, to such objections shall be filed and served by no later than **12:30 p.m. (Eastern Time) on October 19, 2016**.

5. Notwithstanding any provision in the Federal Rules of Bankruptcy Procedure to the contrary, (a) the terms of this Order shall be immediately effective and enforceable upon its entry, (b) the Debtors are not subject to any stay in the implementation, enforcement or realization of the relief granted in this Order, and (c) the Debtors may, in their discretion and without further delay, take any action and perform any act authorized under this Order.

- 3 -

      6.      The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: _____, 2016      _____
      Wilmington, Delaware      THE HONORABLE KEVIN GROSS
                                    UNITED STATES BANKRUPTCY JUDGE