**Exhibit B**

4833-6695-4042.1

**Nortel Networks, Inc.**
**Expenses**

| Employee | Description | Transaction Date | Expenses |
|---|---|---|---|
| Abbott,Douglas J. (US012013835) | Air: Nortel trip to review tax returns - IOSOPH\\IOSOPH | 6/23/2016 | $640.43 |
| Abbott,Douglas J. (US012013835) | Air: AmEx booking fee - Nortel trip to review tax returns - IOSOPH\\IOSOPH | 6/23/2016 | $7.00 |
| Abbott,Douglas J. (US012013835) | Air: Nortel return review - air change fee\\IOSOPH | 7/13/2016 | $200.03 |
| Abbott,Douglas J. (US012013835) | Air: AmEx booking fee - Nortel return review\\IOSOPH | 7/14/2016 | $7.00 |
| Abbott,Douglas J. (US012013835) | Taxi: Nortel tax return review - RDU Taxi\\airport - hotel | 8/1/2016 | $42.56 |
| Abbott,Douglas J. (US012013835) | Misc snacks for Nortel tax return review | 8/1/2016 | $5.00 |
| Abbott,Douglas J. (US012013835) | Tolls: Nortel tax return review\\home - airport | 8/1/2016 | $4.50 |
| Abbott,Douglas J. (US012013835) | Mileage: Nortel tax return review\\home - airport | 8/1/2016 | $16.20 |
| Abbott,Douglas J. (US012013835) | Misc: Nortel tax return review - Uber tip (paid cash) | 8/2/2016 | $5.00 |
| Abbott,Douglas J. (US012013835) | Misc: Coffee and snacks while travelling for Doug Abbott & Andy Beakey - discuss Nortel tax return review | 8/3/2016 | $12.50 |
| Abbott,Douglas J. (US012013835) | Tolls: Nortel tax return review\\airport - home | 8/3/2016 | $4.50 |
| Abbott,Douglas J. (US012013835) | Parking: Nortel tax return review - parking at airport for NC trip | 8/3/2016 | $72.00 |
| Abbott,Douglas J. (US012013835) | Misc: Nortel tax return review - Uber tip (paid cash) | 8/3/2016 | $7.00 |
| Abbott,Douglas J. (US012013835) | Mileage: Nortel tax return review\\airport - home | 8/3/2016 | $16.20 |
| Abbott,Douglas J. (US012013835) | Lodge: Hotel stay for 3 nights for Nortel tax return review (total $455 - $4 for a water = $451)\\IOSOPH | 8/4/2016 | $451.00 |
| AMERICAN EXPRESS PURCHASING CARD (US | Voucher: E2269196 Inv.#AMEX201608110002 IMCLNortelNetworksInc - Panera Bread meal for attendees at lunch: Diana Kennedy, Tarryn Trombley, Ari Shapiro, Eric Graham, Jeff Wood, Trimble Adams, Andy Beakey, & Doug Abbott. | 8/2/2016 | $124.75 |
| AMERICAN EXPRESS PURCHASING CARD (US | Voucher: E2269196 Inv.#AMEX201608110002 IMCLNortelNetworksInc - Zoe's Kitchen meal for attendees at lunch: Diana Kennedy, Tarryn Trombley, Ari Shapiro, Eric Graham, Matt Gentile, Jeff Wood, Trimble Adams, Jim Scott, Andy Beakey, & Doug Abbott. | 8/3/2016 | $187.41 |
| Kennedy,Diana Lynn (US012436403) | Air: Travel for work / meetings\\YNSXEN | 7/12/2016 | $623.00 |
| Kennedy,Diana Lynn (US012436403) | Air: AMEX booking fee\\YNSXEN | 7/12/2016 | $7.00 |
| Kennedy,Diana Lynn (US012436403) | Copy and print fees for client deliverables | 8/5/2016 | $15.00 |
| Kennedy,Diana Lynn (US012436403) | Dinner while travelling out of town | 8/15/2016 | $11.50 |
| Kennedy,Diana Lynn (US012436403) | Taxi: Travel for work / meetings\\Airport/Hotel | 8/15/2016 | $15.77 |

**Nortel Networks, Inc.**
**Expenses**

| Employee | Description | Transaction Date | Expenses |
|---|---|---|---|
| Kennedy,Diana Lynn (US012436403) | Lodge: Hotel for 1 night for Houston meetings with RLKS | 8/16/2016 | $245.61 |
| Kennedy,Diana Lynn (US012436403) | Taxi: Travel for work / meetings\\Office/Airport | 8/16/2016 | $14.44 |
| Scott,James E (US011119307) | Dinner: Meeting to discuss data access for records relating to federal tax return. Attendees: Kathy S, Raj P, Brandon B, Daniel T, Felicia B, Letitia B (Nortel), Jeff W, Matt G, Diana K, Tarryn T and Jim S (EY). | 7/21/2016 | $544.71 |
| Scott,James E (US011119307) | Dinner: Meeting to discuss Federal return review. Attendees: Doug Abbott, Andy Beakey, Jeff Wood, Tarryn Trombley, Diana Kennedy and Jim Scott. | 8/1/2016 | $251.27 |
| Scott,James E (US011119307) | Dinner: Meeting to discuss the 2015 tax return review. Attendees: Doug Abbott, Jeff Wood, Andy Beakey, Diana Kennedy, Matt Gentile, Trimble Adams, Ari Shapiro, Sam Wolpert, Tarryn Trombley, Eric Graham and Jim Scott. | 8/2/2016 | $550.97 |
| Scott,James E (US011119307) | Taxi: Uber ~ Re: Transportation to client dinner to discuss the 2015 tax return review.\\Home / Restaurant | 8/2/2016 | $6.51 |
| Scott,James E (US011119307) | Taxi: Uber ~ Re: Transportation from client dinner to discuss the 2015 tax return review.\\Restaurant / Home | 8/3/2016 | $8.42 |
| Trombley,Tarryn Kate Gurney (US012890877) | Dinner: Travel expenses for trip to Houston to meet with RLKS: Dinner while travelling back from Houston | 8/15/2016 | $8.50 |
| Trombley,Tarryn Kate Gurney (US012890877) | Taxi: Travel expenses for trip to Houston to meet with RLKS: Taxi from HOU airport to downtown Houston\\airport/downtown Houston | 8/15/2016 | $72.20 |
| Trombley,Tarryn Kate Gurney (US012890877) | Brkft: Travel expenses for trip to Houston to meet with RLKS: Breakfast while travelling to client meeting | 8/15/2016 | $4.69 |
| Trombley,Tarryn Kate Gurney (US012890877) | Parking: Travel expenses for trip to Houston to meet with RLKS: airport parking | 8/16/2016 | $36.00 |
| Trombley,Tarryn Kate Gurney (US012890877) | Dinner: Travel expenses for trip to Houston to meet with RLKS: Dinner while travelling home from Houston | 8/16/2016 | $30.97 |
| Trombley,Tarryn Kate Gurney (US012890877) | Brkft: Travel expenses for trip to Houston to meet with RLKS: Breakfast while in Houston for client meeting | 8/16/2016 | $14.76 |
| Trombley,Tarryn Kate Gurney (US012890877) | Lodge: Travel expenses for trip to Houston to meet with RLKS: Hotel in Houston for one night \\RVIWXG | 8/17/2016 | $245.61 |

**Nortel Networks, Inc.**
**Expenses**

| Employee | Description | Transaction Date | Expenses |
|---|---|---|---|
| Trombley,Tarryn Kate Gurney (US01289087) | Misc: Travel expenses for trip to Houston to meet with RLKS: Snacks for meeting | 8/22/2016 | $15.00 |
| Wood,Jeffrey T (US013081390) | Mileage: \\Office to client meeting and back | 7/20/2016 | $5.40 |
| Wood,Jeffrey T (US013081390) | Parking: Dinner RLKS | 7/20/2016 | $1.00 |
| Wood,Jeffrey T (US013081390) | Mileage: \\Office to client meeting and back | 7/25/2016 | $5.40 |
| Wood,Jeffrey T (US013081390) | Mileage: \\Office to client meeting and back | 8/1/2016 | $5.40 |
| Wood,Jeffrey T (US013081390) | Mileage: \\Office to client meeting and back | 8/2/2016 | $6.48 |
| Wood,Jeffrey T (US013081390) | Mileage: \\Office to client and back | 8/10/2016 | $8.10 |
| Wood,Jeffrey T (US013081390) | Mileage: Houston meetings with RLKS\\Home to airport | 8/15/2016 | $7.56 |
| Wood,Jeffrey T (US013081390) | Taxi: Houston meetings with RLKS\\Airport to Houston office | 8/15/2016 | $70.85 |
| Wood,Jeffrey T (US013081390) | Brkft: Houston meetings with RLKS | 8/15/2016 | $8.50 |
| Wood,Jeffrey T (US013081390) | Lodge: Hotel for 1 night for Houston meetings with RLKS\\YZDCFE | 8/16/2016 | $245.61 |
| Wood,Jeffrey T (US013081390) | Parking: Houston meetings with RLKS | 8/16/2016 | $28.00 |
| Wood,Jeffrey T (US013081390) | Brkft: Houston meetings with RLKS | 8/16/2016 | $10.00 |
| Wood,Jeffrey T (US013081390) | Mileage: Houston meetings with RLKS\\Airport home | 8/16/2016 | $7.56 |
| Wood,Jeffrey T (US013081390) | Mileage: \\Office to client and back | 8/17/2016 | $8.10 |
| | | Totals | $4,942.97 |