**EXHIBIT A**

**NORTEL NETWORKS INC., _et al_.**
**CASE NO. 09-10138 (KG)**

Professional Fees and Expenses
Monthly Fee Application

| Applicant & Docket No. | Time Period Covered | Fees & Expenses Requested in Application | Fees & Expenses Allowed/Awarded | Date Application Filed | Objection Deadline |
|---|---|---|---|---|---|
| Whiteford, Taylor & Preston LLC [Docket No. 17200] | 8/1/16 - 8/31/16 | $30,684.00 (Fees) $319.07 (Expenses) | $24,547.20 (Fees @ 80%) $319.07 (Expenses @ 100%) | 9/22/2016 | 10/12/2016 |