**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re Nortel Networks Inc., *et al.,* | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | 09-10138 (KG) |
| | ) | (Jointly Administered) |
| | ) | |
| | ) | **Related D.I. Nos.  3507, 3759, 4782 & 5275** |
| | ) | **Claim Nos. 4624-4638; 7471, 7740, 7923,** |
| | ) | **8422, 8801; 8789-8803** |
| | ) | |
| SNMP Research International, Inc. | ) | |
| | ) | |
| and | ) | |
| | ) | |
| SNMP Research, Inc., | ) | Adv. Proc. No. 11-53454 (KG) |
| | ) | |
| Plaintiffs, | ) | **Related Adv. D.I. 160** |
| | ) | |
| v. | ) | |
| | ) | |
| Nortel Networks Inc., *et al.,*[1] | ) | |
| | ) | |
| and | ) | |
| | ) | |
| Avaya Inc., | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATION OF COUNSEL REGARDING STIPULATION CONCERNING**
**LIMITED CONSOLIDATION OF PLAINTIFFS' PROOFS OF CLAIM AND**
**OBJECTIONS THERETO WITH ADVERSARY PROCEEDING**

The undersigned counsel for plaintiffs, SNMP Research International, Inc. and SNMP

Research, Inc. (together, "**SNMP Research**"), hereby certify as follows:

---

[1]     Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are:   Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Component Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226), and Nortel Networks India International Inc. (8667) (collectively, the "**Debtors**").

1.      SNMP Research filed Proofs of Claim Nos. 4624-4638 against the Debtors (the "**Original Proofs of Claim**"), asserting claims against the Debtors (except Nortel Networks (CALA) Inc.) for alleged prepetition infringement of SNMP Research's intellectual property and breach of contract.  The Original Proofs of Claim have been amended as follows (collectively, as amended, the "**Proofs of Claim**"):

   a.      Claim Nos. 4624 and 4626-4638 were amended by Claim Nos. 8425-8438;

   b.      Claim Nos. 8425-8438 were further amended by Claim Nos. 8789-8803;

   c.      Claim No. 4625 has been amended by Claim Nos. 7471, 7740, 7923, 8422 and 8801.

2.      On July 9, 2010, the Debtors filed their *Twelfth Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L. R. 3007-1 (No Liability Claims, Reduce and Allow Claims, No-Basis 503(b)(9) Claims, Multi-Debtor Duplicate Claims and Wrong Debtor Claim)* [D.I. 3507] (the "**Claim Objection**"), in which the Debtors objected to the Original Proofs of Claim.

3.      On August 4, 2010, SNMP Research filed its response to the Claim Objection [D.I. 3759] (the "**Claim Objection Response**").  In the Claim Objection Response, SNMP Research, *inter alia*, requested that the Court set a discovery and briefing schedule regarding the Claim Objection.

4.      A scheduling order regarding the Claim Objection was entered on January 31, 2011 [D.I. 4782].  On April 20, 2011, an amended scheduling order regarding the Claim Objection was entered [D.I. 5275].  As of the date hereof, the Claim Objection remains unresolved.

5.      On November 2, 2011, SNMP Research filed their initial Complaint against the Debtors and certain other defendants [Adv. D.I. 1].  On December 27, 2013, Plaintiffs filed an

amended complaint against the Debtors and certain other defendants [Adv. D.I. 115].   On

March 24, 2015, the Plaintiffs filed their Second Amended Complaint against the Debtors and

Avaya, Inc. ("**Avaya**") [Adv. D.I. 160] (the "**Second Amended Complaint**").

6.      The Second Amended Complaint asserts claims against the Debtors for, *inter alia*,

(i) alleged unauthorized post-petition use, distribution, license, and sale of the Debtors' products

containing SNMP Research's intellectual property in the Debtors' ordinary course of business

(the "**Post-Petition Use Claims**") and (ii) the Debtors' alleged unauthorized transfers of SNMP

Research intellectual property in connection with its post-petition asset sales.

7.      The factual and legal allegations made by SNMP Research with respect to the

Post-Petition Use Claims asserted in this adversary proceeding ("**Adversary Proceeding**") are

similar in certain respects to the claims set forth in the Proofs of Claim.   The Proofs of Claim

also assert a nominal claim for failure to pay royalties on licensed products that were due and

owing as of the bankruptcy filings.

8.      The parties have entered into a stipulation (the "**Stipulation**") whereby all claims

asserted by SNMP Research against the Debtors in the Proofs of Claim and any pending and

subsequent objections to the Proofs of Claim, will be procedurally consolidated with this

Adversary Proceeding for administration so as to proceed according to the same schedule and, to

the extent appropriate, joined for hearings and/or trial in this Adversary Proceeding.

9.      A copy of the Stipulation and the proposed order approving same are attached

hereto as **Exhibit 1**.

10.     SNMP Research requests that the Court enter an order approving the Stipulation substantially in the form attached hereto at the Court's earliest convenience.

Dated: October 14, 2016

**COLE SCHOTZ P.C.**

**OF COUNSEL**

Richard S. Busch, Esq.
Andrew Coffman, Esq.
**King & Ballow Law Offices**
315 Union Street, Suite 1100
Nashville, TN 37201
(615) 259-3456 (Phone)
(615) 726-5417 (Fax)
rbusch@kingballow.com
acoffman@kingballow.com

    -and-

John L. Wood, Esq.
**Egerton, McAfee, Armistead & Davis, P.C.**
900 S. Gay Street
Knoxville, TN 37902
(865) 546-0500 (Phone)
(865) 525-5293 (Fax)
jwood@emlaw.com

*/s/  Nicholas J. Brannick*
Norman L. Pernick (No. 2290)
Nicholas J. Brannick (No. 5721)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
(302) 651-2002 (Phone)
(302) 652-3117 (Fax)
npernick@coleschotz.com
nbrannick@coleschotz.com

    -and-

G. David Dean, Esq.
300 E. Lombard Street, Suite 1450
Baltimore, MD 21202
(410) 230-0660 (Phone)
(410) 230-0667 (Fax)
ddean@coleschotz.com

*Counsel for Plaintiffs SNMP Research, Inc. and SNMP Research International, Inc.*