# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re Nortel Networks Inc., *et al.*, | Chapter 11 |
| Debtors. | 09-10138 (KG)<br>(Jointly Administered)<br><br>Related D.I. No. ___ |
| SNMP Research International, Inc.<br><br>and<br><br>SNMP Research, Inc.,<br><br>Plaintiffs,<br><br>v.<br><br>Nortel Networks Inc., *et al.*,[1]<br><br>and<br><br>Avaya Inc.,<br><br>Defendants. | Adv. Proc. No. 11-53454 (KG)<br><br>Related Adv. D.I. ___ |

### ORDER APPROVING STIPULATION CONCERNING LIMITED CONSOLIDATION OF PLAINTIFFS' PROOFS OF CLAIM AND OBJECTIONS THERETO WITH ADVERSARY PROCEEDING

The Parties[2] having entered into a *Stipulation Concerning Limited Consolidation of Plaintiffs' Proofs of Claim and Objections thereto with Adversary Proceeding* (the

---

[1] Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Component Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567), Nortel Networks (CALA) Inc. (4226), and Nortel Networks India International Inc. (8667) (collectively, the "**Debtors**").

[2] Capitalized terms used but not defined in this Order shall have the meaning given those terms in the Stipulation.

"**Stipulation**"), the Court having reviewed the Stipulation and determined that the proposed Stipulation will promote the efficient administration of these matters, it is ORDERED that:

1. The Stipulation, attached hereto as Exhibit A, is approved.

2. All claims asserted by SNMP Research against the Debtors in the Proofs of Claim and any pending and subsequent objections to the Proofs of Claim, are procedurally consolidated with this Adversary Proceeding for administration so as to proceed according to the same schedule and, to the extent appropriate, joined for hearings and/or trial in this Adversary Proceeding.

3. Entry into the Stipulation will not affect the rights, claims, or defenses of any of the Parties. The consolidation and joinder of the Proofs of Claims and pending and subsequent objections thereto, shall not affect the Parties' substantive or procedural rights (including, without limitation, whether a jury trial right exists regarding any claims). The Parties further specifically agree that such consolidation and joinder shall not serve as a basis for a party to argue for a jury trial of an issue, matter or cause of action as to which no jury trial right would have existed without such consolidation and joinder.

4. Any additional objections to the Proofs of Claim shall be filed in this Adversary Proceeding, provided that such filing in this Adversary Proceeding is for administrative purposes only and shall not modify or limit any objection that may be held by the U.S. Debtors or the U.S. Debtors' right to object or otherwise defend against the Proofs of Claim.

5. To the extent that SNMP Research is permitted to amend any Proof of Claim, such amended Proof of Claim and any objections thereto shall be consolidated with this Adversary Proceeding on the same terms as set forth herein, subject to the U.S. Debtors' reservation of all their objections and defenses to any such claim. Nothing herein shall waive or

impair any defenses or objections the U.S. Debtors would have to any such requested amendment.

Dated: _____, 2016
       Wilmington, Delaware

                                      Honorable Kevin Gross
                                      United States Bankruptcy Judge

# **EXHIBIT A**

*Stipulation*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re Nortel Networks Inc., *et al.*, | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | 09-10138 (KG) |
| | ) | (Jointly Administered) |
| | ) | |
| | ) | Related D.I. Nos. 3507, 3759, 4782 & 5275 |
| | ) | Claim Nos. 4624-4638; 7471, 7740, 7923, |
| | ) | 8422, 8801; 8789-8803 |
| | ) | |
| SNMP Research International, Inc. | ) | |
| | ) | |
| and | ) | |
| | ) | |
| SNMP Research, Inc., | ) | Adv. Proc. No. 11-53454 (KG) |
| | ) | |
| Plaintiffs, | ) | **Related Adv. D.I. 160** |
| | ) | |
| v. | ) | |
| | ) | |
| Nortel Networks Inc., *et al.*,[1] | ) | |
| | ) | |
| and | ) | |
| | ) | |
| Avaya Inc., | ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION CONCERNING LIMITED
CONSOLIDATION OF PLAINTIFFS' PROOFS OF CLAIM AND
OBJECTIONS THERETO WITH ADVERSARY PROCEEDING**

SNMP Research International, Inc. and SNMP Research, Inc. (together, "**SNMP Research**"), and the above-captioned Debtors (together with SNMP Research, the "**Parties**"), by their undersigned counsel and pursuant to Federal Rule of Civil Procedure 42, made applicable

---

[1] Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Component Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226), and Nortel Networks India International Inc. (8667) (collectively, the "**Debtors**").

to this adversary proceeding ("**Adversary Proceeding**") by Federal Rule of Bankruptcy Procedure 7042, hereby stipulate and agree as follows:

### Recitals

A. SNMP Research filed Proofs of Claim Nos. 4624-4638 against the Debtors (the "**Original Proofs of Claim**"), asserting claims against the Debtors (except Nortel Networks (CALA) Inc.) for alleged prepetition infringement of SNMP Research's intellectual property and breach of contract. The Original Proofs of Claim have been amended as follows (collectively, as amended, the "**Proofs of Claim**"):

   i. Claim Nos. 4624 and 4626-4638 were amended by Claim Nos. 8425-8438;

   ii. Claim Nos. 8425-8438 were further amended by Claim Nos. 8789-8803;

   iii. Claim No. 4625 has been amended by Claim Nos. 7471, 7740, 7923, 8422 and 8801.

B. On July 9, 2010, the Debtors filed their *Twelfth Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L. R. 3007-1 (No Liability Claims, Reduce and Allow Claims, No-Basis 503(b)(9) Claims, Multi-Debtor Duplicate Claims and Wrong Debtor Claim)* [D.I. 3507] (the "**Claim Objection**"), in which the Debtors objected to the Original Proofs of Claim.

C. On August 4, 2010, SNMP Research filed its response to the Claim Objection [D.I. 3759] (the "**Claim Objection Response**"). In the Claim Objection Response, SNMP Research, *inter alia*, requested that the Court set a discovery and briefing schedule regarding the Claim Objection.

D. A scheduling order regarding the Claim Objection was entered on January 31, 2011 [D.I. 4782]. On April 20, 2011, an amended scheduling order regarding the Claim

2

Objection was entered [D.I. 5275]. As of the date hereof, the Claim Objection remains unresolved.

E. On November 2, 2011, SNMP Research filed their initial Complaint against the Debtors and certain other defendants [Adv. D.I. 1]. On December 27, 2013, Plaintiffs filed an amended complaint against the Debtors and certain other defendants [Adv. D.I. 115]. On March 24, 2015, the Plaintiffs filed their Second Amended Complaint against the Debtors and Avaya, Inc. ("**Avaya**") [Adv. D.I. 160] (the "**Second Amended Complaint**").

F. The Second Amended Complaint asserts claims against the Debtors for, *inter alia*, (i) alleged unauthorized post-petition use, distribution, license, and sale of the Debtors' products containing SNMP Research's intellectual property in the Debtors' ordinary course of business (the "**Post-Petition Use Claims**") and (ii) the Debtors' alleged unauthorized transfers of SNMP Research intellectual property in connection with its post-petition asset sales.

G. The factual and legal allegations made by SNMP Research with respect to the Post-Petition Use Claims asserted in this adversary proceeding ("**Adversary Proceeding**") are similar in certain respects to the claims set forth in the Proofs of Claim. The Proofs of Claim also assert a nominal claim for failure to pay royalties on licensed products that were due and owing as of the bankruptcy filings.

H. On August 4, 2016, SNMP Research and Avaya stipulated to the dismissal of all claims against Avaya asserted in the Second Amended Complaint, with prejudice [Adv. D.I. 475] (the "**Avaya Stipulation**"). The Court approved the Avaya Stipulation by Order entered on August 5, 2016 [Adv. D.I. 476].

## **Stipulation**

The Parties hereby stipulate and agree as follows:

1. All claims asserted by SNMP Research against the Debtors in the Proofs of Claim and any pending and subsequent objections to the Proofs of Claim, will be procedurally consolidated with this Adversary Proceeding for administration so as to proceed according to the same schedule and, to the extent appropriate, joined for hearings and/or trial in this Adversary Proceeding.

2. Entry into this Stipulation will not affect the rights, claims, or defenses of any of the Parties. The consolidation and joinder of the Proofs of Claims and pending and subsequent objections thereto shall not affect the Parties' substantive or procedural rights (including, without limitation, whether a jury trial right exists regarding any claims). The Parties further specifically agree that such consolidation and joinder shall not serve as a basis for a party to argue for a jury trial of an issue, matter or cause of action as to which no jury trial right would have existed without such consolidation and joinder.

3. Any additional objections to the Proofs of Claim shall be filed in this Adversary Proceeding, provided that such filing in this Adversary Proceeding is for administrative purposes only and shall not modify or limit any objection that may be held by the U.S. Debtors or the U.S. Debtors' right to object or otherwise defend against the Proofs of Claim.

4. To the extent that SNMP Research is permitted to amend any Proof of Claim, such amended Proof of Claim and any objections thereto shall also be consolidated with this Adversary Proceeding on the same terms as set forth herein, subject to the U.S. Debtors' reservation of all their objections and defenses to any such claim. Nothing herein shall waive or

impair any defenses or objections the U.S. Debtors would have to any such amended Proof of Claim.

[*Signature Page to Follow*]

**STIPULATED AND AGREED TO THIS 14th DAY OF OCTOBER, 2016.**

**OF COUNSEL**

Richard S. Busch, Esq.
**King & Ballow Law Offices**
315 Union Street, Suite 1100
Nashville, TN 37201
(615) 259-3456 (Telephone)
(615) 726-5417 (Facsimile)
rbusch@kingballow.com

-and-

John L. Wood, Esq.
**Egerton, McAfee, Armistead & Davis, P.C.**
900 S. Gay Street
Knoxville, TN 37902
(865) 546-0500 (Telephone)
(865) 525-5293 (Facsimile)
jwood@emlaw.com

**OF COUNSEL**

Lisa M. Schweitzer
David H. Herrington
Philip A. Cantwell
**Cleary Gottlieb Steen & Hamilton LLP**
One Liberty Plaza
New York, New York 10006
(212) 225-2000 (Telephone)
(212) 225-3999 (Facsimile)
lschweitzer@cgsh.com
dherrington@cgsh.com
pcantwell@cgsh.com

**COLE SCHOTZ P.C.**

/s/ Nicholas J. Brannick
Norman L. Pernick (No. 2290)
Nicholas J. Brannick (No. 5721)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
(302) 651-2002 (Telephone)
(302) 652-3117 (Facsimile)
npernick@coleschotz.com
nbrannick@coleschotz.com

-and-

G. David Dean, Esq.
300 E. Lombard Street, Suite 1450
Baltimore, MD 21202
(410) 230-0660 (Telephone)
(410) 230-0667 (Facsimile)
ddean@coleschotz.com

*Counsel for Plaintiffs SNMP Research, Inc. and SNMP Research International, Inc.*

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

/s/ Tamara K. Minott
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Andrew R. Remming (No. 5120)
Tamara K. Minott (No. 5643)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19801
(302) 658-9200 (Telephone)
(302) 658-3989 (Facsimile)
dabbott@mnat.com
eschwartz@mnat.com
aremming@mnat.com
tminott@mnat.com

*Counsel to the Debtors and Debtors-in-Possession*