Nicholas J. DeRoma
Senior Vice President and General Counsel

Dept. 0020, GMS 036/NO/248, BRAM
Tel 905 863-1300 (ESN 333)
Fax 905 863-8544 (ESN 333)



*How the world shares ideas.*

RESPONSE EXHIBIT A-1

# Memorandum

| | |
|---|---|
| **Date** | 25 May 1999 |
| **To** | William Lasalle |
| | Dept. 9788 / RICH2 |
| **From** | Nick DeRoma |
| **Subject** | New Executive Compensation Portfolio |

In the past few months, you have all received information from John Roth regarding his "right angle" turn and, specifically, changes to the executive compensation program that support this vision. These changes have resulted in the elimination of bands and the accompanying compensation system where band level dictated salary range, bonus target, stock option grants and perquisites. The new system puts the focus on the market value of your job and the results you achieve and how you achieve them.

Each EMT position has been reviewed by me and Executive Compensation and a market reference range established using compensation survey data. This market range determines the range potential for each element of the compensation package. However, it is important to remember that this range is a "potential" only based on market data. You, as an individual, influence the "actual" compensation you receive: exceptional performance could result in SMIAP and Stock Options in excess of these target ranges; conversely, there are no guarantees. Poor performance could result in awards below these ranges or no awards at all.

All EMT's are now expected to have "skin in the game." This will be achieved by asking each EMT to hold Nortel shares. Ownership guidelines have been in place at the senior EMT level since 1997 and are now being cascaded down the organization.

Your personal compensation package is summarized below. Let me again reinforce the fact that your actual awards may be outside of these ranges as determined by your own contribution.

### Your Personalized Direct Compensation Portfolio

| | |
|---|---:|
| Base Salary as at April 1, 1999 | $ 220,000 |
| 1999 Bonus Range Potential | 35 - 45% |
| 1999 Stock Option Range Potential | 6,000 – 10, 000 |

In addition to your direct compensation, as an EMT you are eligible for certain perquisites. I've attached a memo from Bill Donovan that discusses these in detail and provides more context regarding these compensation changes.

25 May 1999
New Exec Comp Portfolio
Page 2



*How the world shares ideas.*

I encourage each of you to refer to the New Directions in Executive Compensation overview on the Employee Services Portfolio website, http://47.28.160.188/index.html, under Compensation/Executive Management Team.  This will provide you with additional information regarding changes in executive compensation.

Once you've had a change to familiarize yourself with this information, should you have any questions I encourage you to speak with me or Joan Koszo (333-1267).

N.J. DeRoma

RESPONSE EXHIBIT A-2

Northern Telecom Ltd.
8200 Dixie Road, Suite 100
Brampton, ON  L6T 5P6
Canada



**Memorandum**

Date:        April 5, 1999

To:          Executive Management Team

From:        Bill Donovan

Subject:     **New Executive Compensation Portfolio**

We have evolved our approach to executive compensation to be aligned with contemporary practices and be competitive with other companies in the high tech and data industries.
Our "total reward" approach to compensation means that, taken together, all elements of an executive's compensation portfolio add up to a competitive package. Furthermore, our goal is to offer our executives a total compensation package that is above the average offered by our comparator group.

The compensation portfolio for our executives worldwide consists of base salary, short-term incentives (SMIAP/EMIP), long-term incentives (stock options), perquisites, and benefits. These elements are market driven and are derived from a "market reference range"; a concept we've introduced that replaces band-based targets and ranges for salary, bonus and stock options. **Your individual salary, bonus and stock options ranges will be communicated directly to you from your management team.**

Also this year is the extension of share ownership guidelines to the entire EMT. Guidelines are expressed as percentages of actual base salary. You will have four years from January 1, 1999 to accumulate these shares, which will include shares held in your Nortel investment plans or personal investment portfolios.

The following table shows the North American share ownership guidelines.

| Share Ownership Guidelines | |
|---|---|
| North America | % of base salary |
| Base Salary less than $200,000 | 50% |
| Base Salary between $200,000 and $350,000 | 100% |
| Base Salary between $350,000 and $500,000 | 200% |
| Base Salary greater than $500,000 | 300% |

For more background information on all these elements, what's changing and why, please refer to the *New Directions in Executive Compensation* overview on the Employee Services Portfolio website, http://47.28.160.118/index.html, under Compensation/Executive Management Team.

The table below represents North American EMT perquisites.

| U.S./Canada EMT Perquisites | |
|---|---|
| U.S./Canada Automobile Limit | Canada: $25,000 + 5% base salary * (cap $60,000 Cdn.) <br> U.S.: $20,000 + 5% base salary * (cap $50,000 U.S.) |
| Vacation | New Hires: 4 weeks; 5 weeks after 5 years' service |
| Short Term Disability Coverage | 26 weeks at 100% of FLEX earnings |
| Travel Insurance | 24 hour travel/accident insurance of 5x base salary to a maximum of U.S. $1 million for employee and 1x base salary for spouse |
| U.S./Canada Deferred Compensation Plan | All EMT included |
| | * Grandfathered if current allowance exceeds new limit |

You are also eligible for participation in the Supplementary Executive Retirement Program (SERP), subject to conditions of the plan. If you have not previously been a participant in this plan further details are enclosed.

Should you have any questions in this regard, please do not hesitate to contact me or Richard Fortier, Director, Executive Compensation.

Regards,


Bill Donovan
Vice President
Global Compensation and Benefits

2

RESPONSE EXHIBIT A-3



## NORTHERN TELECOM LIMITED

### SUPPLEMENTARY EXECUTIVE RETIREMENT PLAN (SERP)

In March 1983, the Northern Telecom Board of Directors approved introduction of a Supplementary Executive Retirement Plan (SERP) for senior executives throughout the Company. Details of the revised plan, effective January 1, 1999, are as follows:

### ELIGIBILITY

Eligibility is limited to senior executives with an annual base salary of $200,000 or more.

### DEFINITION

"*Final Average Earnings*" (FAE) means average of best three (3) years consecutive earnings during your last ten years prior to retirement and will include 100% of the awards received (before any deferral) in those years from the Senior Management Incentive Award Plan (SMIAP) and the Executive Management Incentive Award Plan (EMIP). The eligible bonus each year is capped at 60% of your annual base salary.

### WHEN IS THE SUPPLEMENTARY RETIREMENT BENEFIT PAYABLE?

It is payable only on retirement and if the executive meets one of the following conditions:

- has reached 65th birthday
- has reached 60th birthday with at least 20 years of eligible retirement service
- has reached 58th birthday with 85 points (sum of age and actual years of
  pensionable service)

If you leave Nortel and you are not SERP eligible, you will receive a benefit under the base pension plan only.

../2

January 1, 1999

## RETIREMENT BENEFIT FORMULA

The SERP formula is based on earnings and accumulated "credits". The formula is Total Credits x FAE = Lump Sum Benefit.

For each year worked, you will be credited with a percentage that corresponds to an Age + Service points category (refer table below). That percentage will be applied to your FAE. These credits will increase as age and service with the company increase.

| Age + Service Points | Base Pension Plan | SERP |
|---|---|---|
| Up to 45 points | 2% | 2% |
| 46 to 55 points | 5% | 5% |
| 56 to 65 points | 9% | 20% |
| 66 to 75 points | 13% | 22% |
| Over 75 points | 20% | 24% |

## RETIREMENT BENEFIT MAXIMUM

Pension benefits are capped at 550% of FAE.

## RETIREMENT PAYOUT OPTIONS

The payout option you select for your base plan portion will determine the form of payout for the total SERP payment. You will have the option of either a monthly pension or a lump sum. If you elect the lump sum option, depending on the benefit amount provided by Nortel, the amount of benefit in excess of the base pension will be paid in either monthly installments over 15 years or a lump sum cash payment.

January 1, 1999

## Lasalle, Bill (GWRTP:9786)

**From:** Shaughnessy, John (TORWM:CO1G)
**Sent:** Tuesday, September 22, 2009 9:45 AM
**To:** Lasalle, Bill (GWRTP:9786)
**Subject:** RE: Non-Qualified Pension Claim

Okay - let me see what I can do...

---

**From:** Lasalle, Bill (GWRTP:9786)
**Sent:** Tuesday, September 22, 2009 9:39 AM
**To:** Shaughnessy, John (TORWM:CO1G)
**Subject:** RE: Non-Qualified Pension Claim

John:

Unfortunately the filing deadline is September 30, 2009. I have a preliminary filing prepared with all the data I can collect about the plan, but I still need the Mercers calculation.

Thanks for anything you can do to help shake the information loose by the end of the week.

Regards,

Bill

---

**From:** Shaughnessy, John (TORWM:CO1G)
**Sent:** Tuesday, September 22, 2009 9:34 AM
**To:** Lasalle, Bill (GWRTP:9786)
**Subject:** RE: Non-Qualified Pension Claim

Bill, I'm still pushing to get this for you. Quite frankly, I have been disappointed with Mercer's responsiveness on this but I'll continue to push them. Your cross-border moves seem to be causing them some challenges but I think they now have the earnings information they need to get the SERP calculation done...

When is your deadline for fiiling a claim?

John

---

**From:** Lasalle, Bill (GWRTP:9786)
**Sent:** Wednesday, September 16, 2009 12:04 PM
**To:** Shaughnessy, John (TORWM:CO1G)
**Subject:** RE: Non-Qualified Pension Claim

All I can ask. Thanks again!

---

**From:** Shaughnessy, John (TORWM:CO1G)
**Sent:** Wednesday, September 16, 2009 10:32 AM
**To:** Lasalle, Bill (GWRTP:9786)
**Subject:** RE: Non-Qualified Pension Claim

9/24/2009

I've followed up a few times...will continue to press them ...

---

**From:** Lasalle, Bill (GWRTP:9786)
**Sent:** Wednesday, September 16, 2009 10:15 AM
**To:** Shaughnessy, John (TORWM:CO1G)
**Subject:** FW: Non-Qualified Pension Claim

Hi John:

Just wanted to touch base with you on this issue as the time is running out on my ability to file a claim. Anything you can do to nudge Mercers along would be much appreciated.

Thanks,

Bill

---

**From:** Shaughnessy, John (TORWM:CO1G)
**Sent:** Tuesday, September 01, 2009 12:17 PM
**To:** Lasalle, Bill (GWRTP:9786)
**Cc:** King, Elena (TORWM:0064)
**Subject:** RE: Non-Qualified Pension Claim

Hi Bill.

I'll co-ordinate this with Mercer & forward to you once completed.

Regards,

John Shaughnessy
Executive Compensation
Nortel
ESN 333-1965
(905) 863-1965
email - johnsha@nortel.com

---

**From:** Lasalle, Bill (GWRTP:9786)
**Sent:** Tuesday, September 01, 2009 12:09 PM
**To:** Shaughnessy, John (TORWM:CO1G)
**Cc:** King, Elena (TORWM:0064)
**Subject:** Non-Qualified Pension Claim

John:

I understand from Bill Donovan that you requested that Mercers prepare an analysis of Bill's entitlement under the Nortel Senior Executive Retirement Plan (SERP). The analysis will be used by Bill to support his claim for the non-qualified portion of his pension benefit, which he will submit to the Bankruptcy Court.

I am also among the few remaining employees who participated in the SERP. I would be extremely grateful if you would request that Mercers prepare a similar report for me so that I may use it as support for any claim I may have. I expect the analysis in my case may be more complicated than Bill's, because I have been an employee of both NNI and NNL over the past 10 years.

9/24/2009

Your assistance is greatly appreciated. Please let me know if you need anything from me.

Regards,

Bill


Bill LaSalle
General Counsel - Enterprise Solutions
Nortel
Email: blasalle@nortel.com
Office: (919) 905-1700 ESN: 355-1700
Facsimile: (919) 905-8362 ESN: 355-8362

9/24/2009

John Marks, ASA
Senior Associate

161 Bay Street
P.O. Box 501
Toronto, Ontario  M5J 2S5
416 868 2970  Fax 416 868 0322
john.marks@mercer.com
www.mercer.ca

# MERCER

MARSH  MERCER  KROLL
GUY CARPENTER  OLIVER WYMAN

RESPONSE EXHIBIT C

01 October 2009

Ms. Pat Morris
Mercer (Canada) Limited
Toronto, Ontario
M9C 5K1

**Private & Confidential**

**Subject:** SERP Retirement Estimates – W. Lasalle

Dear Pat:

As requested, we have prepared the pension and company-initiated SERP estimates you requested for Mr. Lasalle. All calculations for Canadian service are in Canadian dollars and for US service are in US dollars. The pension entitlements for the Pension Service (qualified) and Restoration (non-qualified) plans for US service were provided in the email of September 29, 2009 from Katie Perez.

The calculated service, pension credits and pensionable earnings have been frozen at December 31, 2007 as per CARP. In addition, Mr. Lasalle is only eligible for the PSP SERP on January 1, 2010.

## Retirement Date January 1, 2010

### Canadian Service

Assuming Mr. Lasalle's service ceases to accrue on December 31, 2007 and he commences his pension on January 1, 2010 (at age 57.25); he will have deemed credited service of 5.25 years in the base plan and 5.25 years in the SERP. The accumulated pension credits will be 42.25% under the registered and excess plans (deemed) and 86.25% under the PSP SERP.

Final average earnings of $659,614.41 (based on earnings from January 1, 2003 to December 31, 2005) have been used to calculate deemed benefits under the registered and excess plans at January 1, 2010. The earnings for the period August 8, 2003 to August 7, 2006 have been used for the PSP SERP calculations. The average base earnings are

# MERCER



MARSH   MERCER   KROLL
GUY CARPENTER   OLIVER WYMAN

Page 2
01 October 2009
Ms. Pat Morris
Mercer (Canada) Limited

$490,000.00 for this period and the three-year average bonus for this period is $183,195.58 when limited to 60% of base pay at the end of the calendar year.

Mr. Lasalle is only eligible for the PSP SERP on January 1, 2010. Please note he is not entitled to any benefits from the registered and excess plans; they have been calculated as an offset for the SERP only. The SERP entitlements are as follows.

| **Retirement on January 1, 2010** | | |
|---|---|---|
| | *Monthly Pension* | *Lump Sum Payable* |
| SERP | $1,874 | $301,944 |

The above value and pension are as at January 1, 2010. The monthly pension payable from the SERP is not subject to adjustment. The pension is assumed to be payable as a J&S 60% annuity.

Mr. Lasalle transferred to Canada on October 14, 2002 with the understanding that he would not lose any SERP benefits due to the transfer. As a result, the SERP calculation for his Canadian service has been determined as if he was in the PSP SERP from his date of transfer with an offset for his deemed service in the traditional Part II plan from his date of transfer. We understand that the SERP benefit, for this period, will be paid from the US.

## US Service

If Mr. Lasalle retires on January 1, 2010, he will have credited service of 3.75 years in the base plan and 3.5833 years in the PSP SERP, based on his transfer date of October 14, 2002. The accumulated pension credits are 18.75% at January 1, 2008 under the Pension Service and Restoration plans and 17.92% at January 1, 2010 under the PSP SERP. Final average earnings of $620,300.78 (US) have been used to calculate benefits under the

# MERCER

MARSH  MERCER  KROLL
GUY CARPENTER  OLIVER WYMAN

Page 3
01 October 2009
Ms. Pat Morris
Mercer (Canada) Limited

Pension Service and Resoration plans at January 1, 2010 (as provided in Katie Perez's email of September 29, 2009). The earnings for the SERP are the same as those used in Canada, but they have been converted to US dollars using the Foreign Exchange Rate Policy. In this case we have used the exchange rate of 1.0634 for all calendar years prior to December 31, 2007. This produces average base earnings of $460,786.16 and a three-year average bonus of $172,273.44 when limited to 60% of base pay.

Mr. Lasalle is only eligible for the PSP SERP on January 1, 2010. The value of the Pension Service and Restoration plans exceed the value of the PSP SERP therefore there is no benefit from the SERP for US service. The value of the Restoration plan does not exceed 50% of the Final Average Earnings and therefore can be paid on a lump sum basis. The following table provides the breakdown of the member's entitlements.

| | Retirement on January 1, 2010 | |
|---|---|---|
| | *Monthly Pension* | *Lump Sum Payable* |
| Pension Service Plan | $355 | $50,420 |
| Restoration Plan | 686 | 97,338 |
| SERP | 0 | 0 |
| Total | $1,041 | $147,758 |

The pension amounts are all payable in a J&S50% form.

## Information and Assumptions

The above calculations have been prepared based on the following information and assumptions:

# MERCER


MARSH  MERCER  KROLL
GUY CARPENTER  OLIVER WYMAN

Page 4
01 October 2009
Ms. Pat Morris
Mercer (Canada) Limited

| | |
|---|---|
| Date of Birth of Member: | September 11, 1952 |
| Date of Birth of Spouse: | May 22, 1955 |
| Continuous Service Date: | March 15, 1999 |
| Credited Service Date: | March 15, 1999 |
| Date of Transfer to Canada: | October 14, 2002 |
| Period of Service in the US: | March 15, 1999 to October 13, 2002 |
| Interest Rate used for the SERP: | 6.00% |
| Mortality: | GAM83<br>Sex-distinct - SERP |

If you should have any questions, do not hesitate to call.

Yours very truly,

John Marks
Senior Associate

Copy:
Teresa Palandra, Mercer

l:\nortelcm\correspondence\2009_corr\marks\lasalle1001.doc