# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re Nortel Networks Inc., *et al.*, ) | Chapter 11 |
| ) | |
| Debtors. ) | 09-10138 (KG) |
| ) | (Jointly Administered) |
| ) | |
| ) | **Related D.I. No.** 17257 |
| ) | |
| SNMP Research International, Inc. ) | |
| ) | |
| and ) | |
| ) | |
| SNMP Research, Inc., ) | Adv. Proc. No. 11-53454 (KG) |
| ) | |
| Plaintiffs, ) | **Related Adv. D.I.** 501 |
| ) | |
| v. ) | |
| ) | |
| Nortel Networks Inc., *et al.*,[1] ) | |
| ) | |
| and ) | |
| ) | |
| Avaya Inc., ) | |
| ) | |
| Defendants. ) | |

## ORDER APPROVING STIPULATION CONCERNING LIMITED CONSOLIDATION OF PLAINTIFFS' PROOFS OF CLAIM AND OBJECTIONS THERETO WITH ADVERSARY PROCEEDING

The Parties[2] having entered into a *Stipulation Concerning Limited Consolidation of Plaintiffs' Proofs of Claim and Objections thereto with Adversary Proceeding* (the

---

[1] Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Component Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567), Nortel Networks (CALA) Inc. (4226), and Nortel Networks India International Inc. (8667) (collectively, the "**Debtors**").

[2] Capitalized terms used but not defined in this Order shall have the meaning given those terms in the Stipulation.

"**Stipulation**"), the Court having reviewed the Stipulation and determined that the proposed Stipulation will promote the efficient administration of these matters, it is ORDERED that:

1. The Stipulation, attached hereto as Exhibit A, is approved.

2. All claims asserted by SNMP Research against the Debtors in the Proofs of Claim and any pending and subsequent objections to the Proofs of Claim, are procedurally consolidated with this Adversary Proceeding for administration so as to proceed according to the same schedule and, to the extent appropriate, joined for hearings and/or trial in this Adversary Proceeding.

3. Entry into the Stipulation will not affect the rights, claims, or defenses of any of the Parties. The consolidation and joinder of the Proofs of Claims and pending and subsequent objections thereto, shall not affect the Parties' substantive or procedural rights (including, without limitation, whether a jury trial right exists regarding any claims). The Parties further specifically agree that such consolidation and joinder shall not serve as a basis for a party to argue for a jury trial of an issue, matter or cause of action as to which no jury trial right would have existed without such consolidation and joinder.

4. Any additional objections to the Proofs of Claim shall be filed in this Adversary Proceeding, provided that such filing in this Adversary Proceeding is for administrative purposes only and shall not modify or limit any objection that may be held by the U.S. Debtors or the U.S. Debtors' right to object or otherwise defend against the Proofs of Claim.

5. To the extent that SNMP Research is permitted to amend any Proof of Claim, such amended Proof of Claim and any objections thereto shall be consolidated with this Adversary Proceeding on the same terms as set forth herein, subject to the U.S. Debtors' reservation of all their objections and defenses to any such claim. Nothing herein shall waive or

impair any defenses or objections the U.S. Debtors would have to any such requested amendment.

Dated: Oct. 17, 2016
Wilmington, Delaware

_____
Honorable Kevin Gross
United States Bankruptcy Judge

3