# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| Nortel Networks Inc., *et al.,* | ) | Case No. 09-10138 (KG) |
| | ) | (Jointly Administered) |
| Debtors. | ) | **Related to Adv. Docket No. 17259** |
| SNMP Research International, Inc. | ) | |
| and SNMP Research, Inc., | ) | |
| Plaintiffs, | ) | |
| | ) | Adv. Proc. No. 11-53454 (KG) |
| v. | ) | |
| | ) | **Related to Adv. Docket No. 502** |
| Nortel Networks Inc., *et al.*, | ) | |
| and Avaya Inc., | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I, Nicholas J. Brannick, hereby certify that on October 17, 2016, I caused a copy of the **Order Approving Stipulation Concerning Limited Consolidation of plaintiffs' Proofs of Claim and Objections Thereto With Adversary Proceeding** to be served via First-Class Mail upon the parties listed on the attached service list.

Dated: October 17, 2016

COLE SCHOTZ P.C.

*/s/ Nicholas J. Brannick*
Nicholas J. Brannick (No. 5721)
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117
nbrannick@coleschotz.com

*Counsel to SNMP Research International, Inc. and SNMP Research, Inc.*

53651/0001-11636937v29

## SNMP Service List

Derek C. Abbot, Esq.
Eric D. Schwartz, Esq.
Andrew R. Remming, Esq.
Tamara Minott, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19801

Lisa M. Schweitzer, Esq.
David H. Herrington, Esq.
Philip A. Cantwell, Esq.
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

53651/0001-11636937v29