# EXHIBIT A

**Nortel Networks, Inc, et al.**
**(Case No. 09-10138 (KG))**

**CHILMARK PARTNERS, LLC**
**August 1, 2016 - August 30, 2016**

**Summary of Services Rendered by Project**

| Project Code | Nature of Services | Aug 2016 Hours |
|---|---|---|
| 1 | Asset Analysis and Recovery | 6.0 |
| 2 | Business Operations / General Corporate / Real Estate | - |
| 3 | Projections/Business Plan/Corporate wind-down | - |
| 4 | Analysis of Historical Results | - |
| 5 | Meetings with Debtor's Counsel | - |
| 6 | Committee Matters and Creditor Meetings | - |
| 7 | Claims Administration and Analysis | 45.0 |
| 8 | Intercompany Transactions/Balances | - |
| 9 | Intellectual Property | - |
| 10 | Employee Benefits / Pension | - |
| 11 | Fee Applications Preparation | - |
| 12 | Tax Issues | - |
| 13 | Hearings | - |
| 14 | Litigation / Adversary Proceedings | 127.0 |
| 15 | Travel | 8.0 |
| 16 | Plan of Reorganization / Disclosure Statement | - |
| | **TOTAL** | 186.0 |

**Summary of Services Rendered by Professional**

| Name | Aug 2016 Hours |
|---|---|
| Michael Kennedy, Member | 183.0 |
| Aaron Taylor, Member | - |
| Matthew Rosenberg, Managing Director | 3.0 |
| Paul Huettner, Analyst | - |
| Jamie Ellis, Analyst | - |
| James Elish, Analyst | - |
| **TOTAL** | 186.0 |

**Nortel Networks, Inc**
August 1, 2016 - August 30, 2016 Time Detail
Chilmark Partners, LLC
Michael Kennedy

| Date | Description of Work | Aug 2016 Hours | Code |
|---|---|---|---|
| 8/1/2016 | Calls, communications, prepare material re: allocation litigation matters and strategy | 6.0 | 14 |
| 8/1/2016 | Travel to New York | 4.0 | 15 |
| 8/2/2016 | Communications with monitor representatives re: litigation | 1.0 | 7 |
| 8/2/2016 | Calls, communications, prepare material re: allocation litigation matters and strategy | 10.0 | 14 |
| 8/3/2016 | Communications with monitor representatives re: litigation | 1.0 | 7 |
| 8/3/2016 | Meetings with US counsel, other professionals & creditors | 4.0 | 14 |
| 8/3/2016 | Follow-up with US counsel, other professionals & review of material / analysis | 3.0 | 14 |
| 8/3/2016 | Travel to Chicago | 4.0 | 15 |
| 8/5/2016 | Calls, communications, prepare material re: allocation litigation matters and strategy | 6.0 | 14 |
| 8/8/2016 | Review draft material, calls & communications re: claims matters | 3.0 | 7 |
| 8/8/2016 | Calls, communications, prepare material re: allocation litigation matters and strategy | 5.0 | 14 |
| 8/9/2016 | Calls, communications, prepare material re: allocation litigation matters and strategy | 8.0 | 14 |
| 8/10/2016 | Calls and communications w/ management re: claims & asset recovery | 2.0 | 1 |
| 8/10/2016 | Draft, comment and review material re: allocation litigation matters and strategy | 4.0 | 14 |
| 8/11/2016 | Calls and communications with creditor representatives | 2.0 | 7 |
| 8/11/2016 | Draft, comment and review material re: allocation litigation matters and strategy | 5.0 | 14 |
| 8/11/2016 | Review and update material from management re: costs | 4.0 | 14 |
| 8/12/2016 | Review draft material, calls & communications re: claims matters | 3.0 | 7 |
| 8/12/2016 | Calls, communications, prepare material re: allocation litigation matters and strategy | 7.0 | 14 |
| 8/14/2016 | Draft, comment and review material re: allocation litigation matters and strategy | 3.0 | 14 |
| 8/15/2016 | Calls and communications with creditor representatives | 2.0 | 7 |
| 8/16/2016 | Communications with monitor representatives re: litigation | 2.0 | 7 |
| 8/16/2016 | Calls, communications, prepare material re: allocation litigation matters and strategy | 5.0 | 14 |
| 8/17/2016 | Review RM Report | 2.0 | 1 |
| 8/17/2016 | Calls, communications and discussion with other professionals re: taxes | 2.0 | 14 |
| 8/17/2016 | Draft, comment and review material re: allocation litigation matters and strategy | 4.0 | 14 |
| 8/18/2016 | Review cash flash report | 1.0 | 1 |
| 8/18/2016 | Review draft material, calls & communications re: claims matters | 3.0 | 7 |
| 8/18/2016 | Calls, communications, prepare material re: allocation litigation matters and strategy | 5.0 | 14 |
| 8/19/2016 | Review draft material, calls & communications re: claims matters | 6.0 | 7 |
| 8/19/2016 | Calls, communications, prepare material re: allocation litigation matters and strategy | 3.0 | 14 |
| 8/21/2016 | Review draft material, calls & communications re: claims matters | 3.0 | 7 |
| 8/22/2016 | Review draft material, calls & communications re: claims matters | 5.0 | 7 |
| 8/22/2016 | Calls, communications, prepare material re: allocation litigation matters and strategy | 3.0 | 14 |
| 8/23/2016 | Calls and communications with creditor representatives | 2.0 | 7 |
| 8/24/2016 | Calls, communications, prepare material re: allocation litigation matters and strategy | 9.0 | 14 |
| 8/25/2016 | Calls, communications, prepare material re: allocation litigation matters and strategy | 8.0 | 14 |
| 8/26/2016 | Review draft material, calls & communications re: claims matters | 3.0 | 7 |
| 8/26/2016 | Calls, communications, prepare material re: allocation litigation matters and strategy | 7.0 | 14 |
| 8/29/2016 | Review draft material, calls & communications re: claims matters | 5.0 | 7 |
| 8/30/2016 | Calls, communications, prepare material re: allocation litigation matters and strategy | 7.0 | 14 |
| 8/30/2016 | Review draft material, calls & communications re: claims matters | 4.0 | 7 |
| 8/31/2016 | Draft, comment and review material re: allocation litigation matters and strategy | 6.0 | 14 |
| 8/31/2016 | Review cash flash report | 1.0 | 1 |
| **Aug 2016 Total** | | **183.0** | |

**Nortel Networks, Inc**
August 1, 2016 - August 30, 2016 Time Detail
Chilmark Partners, LLC
Matthew Rosenberg

| Date | Description of Work | Aug 2016 Hours | Code |
|---|---|---|---|
| 8/2/2016 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 8/5/2016 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 8/11/2016 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| | **Aug 2016 Total** | **3.0** | |