# EXHIBIT B

**EXPENSE DETAIL**

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

August 1, 2016 Through August 31, 2016

| Professional | Trip Date | Description | Amount |
|---|---|---|---|
| Mike Kennedy | 8/2/16-8/3/16 | Flight to New York, NY | $ 997.33 |
| Mike Kennedy | 8/2/16-8/3/16 | Hotel (one night) | $ 500.00 |
| Mike Kennedy | 8/2/16-8/3/16 | Ground Transportation | $ 104.00 |
| Mike Kennedy | 8/2/16-8/3/16 | Dinner | $ 30.00 |
| **Total Expenses** | | | **$ 1,631.33** |

Note: All airfare is being charged at a coach class rate.