IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
:
*In re*                                       :    Chapter 11
:
:    Case No. 09-10138 (KG)
Nortel Networks Inc., *et al.*,               :
:    Jointly Administered
Debtors.                       :
:
---------------------------------------------------------X

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, Tamara K. Minott, hereby moves for the admission pro hac vice of Lucas Hakkenberg (the "Admittee") of Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, New York 10006 to represent Nortel Networks Inc. and certain of its affiliates, as debtors and debtors in possession (collectively, the "Debtors"), in connection with the above-captioned proceedings.

Dated: October 18, 2016          MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Wilmington, Delaware
                                 */s/ Tamara K. Minott*
                                 Tamara K. Minott (No. 5643)
                                 1201 North Market Street
                                 Wilmington, Delaware 19801
                                 Telephone: (302) 658-9200
                                 Facsimile: (302) 658-3989

                                 *Counsel for the Debtors*
                                 *and Debtors-in-Possession*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission pro hac vice is granted.

**Dated: October 18th, 2016**          KEVIN GROSS
**Wilmington, Delaware**               UNITED STATES BANKRUPTCY JUDGE