## CERTIFICATE OF SERVICE

I hereby certify, that on this 18th day of October 2016, the Pension Benefit Guaranty Corporation's Joinder in Debtors' Forty-Fifth Omnibus Objection (Substantive) to, *Inter Alia*, Claims in Exhibit A that are No-Basis Pension Claims (Dkt. No. 17205) was served by the Court's CM/ECF system or by Federal Express on the following:

| | |
|---|---|
| Derek C. Abbot<br>Eric D. Schwartz<br>Thomas F. Driscoll<br>Tamara K. Minott<br>Andrew R. Remming<br>Morris, Nichols, Arsht & Tunnell, LLP<br>1201 N. Market Street<br>Wilmington, DE 19899-1347<br><br>via CM/ECF | James L. Bromley<br>Nora K. Abularach<br>J. Anne Marie Beisler<br>Elizabeth C. Block<br>Cleary Gottlieb Steen & Hamilton LLP<br>One Liberty Plaza<br>New York, NY 10006<br><br>via CM/ECF |
| Elihu Ezekiel Allinson, III<br>Sullivan Hazeltine Allinson LLC<br>901 North Market Street, Suite 1300<br>Wilmington, DE 19801<br><br>via CM/ECF | Sheila R. Block<br>Scott A. Bomhof<br>James Gotowiec<br>Andrew Gray<br>Molly Reynolds<br>Adam M. Slavens<br>Torys LLP<br>79 Wellington Street West<br>30th Floor<br>Box 270 TD Centre<br>Toronto, ON M5K 1N2<br>Canada<br><br>via Federal Express |
| Mary Caloway<br>Mona A. Parikh<br>Peter James Duhig<br>Buchanan Ingersoll & Rooney PC<br>919 North Market Street, Suite 1500<br>Wilmington, DE 19801-1228<br><br>via CM/ECF | Kevin M. Capuzzi<br>Jennifer R. Hoover<br>Sarah R. Stafford<br>Benesch Friedlander Coplan & Aronoff LLP<br>222 Delaware Avenue, Suite 801<br>Wilmington, DE 19801-1611<br><br>via CM/ECF |

| | |
|---|---|
| Nancy G. Everett<br>Winston & Strawn LLP<br>35 W. Wacker Drive<br>Chicago, IL 60601<br><br>via CM/ECF | Shelley A. Kinsella<br>Rafael Xavier Zahralddin-Aravena<br>Jonathan M. Stemerman<br>Eric Michael Sutty<br>Elliott Greenleaf<br>1105 North Market Street<br>17th Floor<br>Wilmington, DE 19801<br><br>via CM/ECF |
| Mark D. Plevin<br>Mark S. Supko<br>Crowell & Moring LLP<br>1001 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20004-2595<br><br>via Federal Express | Raymond Howard Lemisch<br>Klehr Harrison Harvey Branzburg LLP<br>919 N. Market Street<br>Suite 1000<br>Wilmington, DE 19801<br><br>via CM/ECF |
| Kathleen A. Murphy<br>Jacob S. Pultman<br>Allen & Overy LLP<br>1221 Avenue of the Americas<br>New York, NY 10020<br><br>via CM/ECF | Christopher M. Samis<br>L. Katherine Good<br>Whiteford Taylor & Preston LLC<br>The Renaissance Centre<br>405 North King Street, Suite 500<br>Wilmington, De 19801<br><br>via CM/ECF |
| Rene E. Thorne<br>Jackson Lewis LLP<br>650 Poydras Street, Suite 1900<br>New Orleans, LA 70130<br><br>via Federal Express | Derek J.T. Adler<br>Hughes Hubbard & Reed LLP<br>One Battery Park Plaza<br>New York, NY 10004<br><br>via Federal Express |
| James L. Patton<br>Young, Conaway, Stargatt & Taylor<br>Rodney Square<br>1000 N. King Street<br>Wilmington, DE 19801<br><br>via CM/ECF | Christine Doniak<br>Robert A. Johnson<br>Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Park<br>New York, NY 10036<br><br>via CM/ECF |

| | |
|---|---|
| Drew G. Sloan<br>Richards, Layton & Finger, P.A.<br>920 N. King Street<br>One Rodney Square<br>Wilmington, DE 19801<br><br>via Federal Express | Ryan Jacobs<br>Shayne Kukulowicz<br>Michael Wunder<br>Cassels Brock & Blackwell LLP<br>Suite 2100, Scotia Plaza<br>40 King Street West<br>Toronto, ON M5H 3C2<br><br>via Federal Express |
| Richard K. Milin<br>Togut Segal & Segal LLP<br>One Penn Plaza, Suite 3335<br>New York, NY 10119<br><br>via Federal Express | Mark S. Kenney<br>United States Trustee<br>844 King Street, Room 2207<br>Lockbox #35<br>Wilmington, DE 19801<br><br>U.S. Trustee<br>via CM/ECF |

  /s/ Vicente Matias Murrell
Vicente Matias Murrell
Attorney