# EXHIBIT A

**NORTEL NETWORKS INC., _et al_.**
**CASE NO. 09-10138 (KG)**

Professional Fees and Expenses
Monthly Fee Application

| Applicant & Docket No. | Time Period Covered | Fees & Expenses Requested in Application | Fees & Expenses Allowed/Awarded | Date Application Filed | Objection Deadline |
|---|---|---|---|---|---|
| Ashurst LLP<br><br>[Docket No. 17204] | 8/1/16 - 8/31/16 | £5,691.50 (Fees)<br><br>£3.12 (Expenses) | £4,553.20 (Fees @ 80%)<br><br>£3.12 (Expenses @ 100%) | 9/26/16 | 10/17/16 |