# EXHIBIT A

Court File No. 09-CL-7950

***ONTARIO***
**SUPERIOR COURT OF JUSTICE**
**COMMERCIAL LIST**

SUPERIOR COURT OF JUSTICE COUR SUPÉRIEURE DE JUSTICE

| THE HONOURABLE MR. JUSTICE NEWBOULD | ) ) ) ) | WEDNESDAY, THE 19TH DAY OF OCTOBER, 2016 |
|---|---|---|

**IN THE MATTER OF THE *COMPANIES' CREDITORS ARRANGEMENT ACT*, R.S.C. 1985, c. C-36, AS AMENDED**

**AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF NORTEL NETWORKS CORPORATION, NORTEL NETWORKS LIMITED, NORTEL NETWORKS GLOBAL CORPORATION, NORTEL NETWORKS INTERNATIONAL CORPORATION, NORTEL NETWORKS TECHNOLOGY CORPORATION, NORTEL COMMUNICATIONS INC., ARCHITEL SYSTEMS CORPORATION AND NORTHERN TELECOM CANADA LIMITED**

**APPLICATION UNDER THE *COMPANIES' CREDITORS ARRANGEMENT ACT*, R.S.C. 1985, c. C-36, AS AMENDED**

**ORDER**
**(Approval of Canadian Distribution Escrow Agreement and Currency Conversion)**

**THIS MOTION** made by Nortel Networks Corporation ("**NNC**"), Nortel Networks Limited ("**NNL**"), Nortel Networks Technology Corporation, Nortel Networks Global Corporation, Nortel Networks International Corporation, Nortel Communications Inc., Architel Systems Corporation and Northern Telecom Canada Limited (collectively, the "**Canadian Debtors**") jointly with Ernst & Young Inc. in its capacity as monitor (the "**Monitor**") of the Canadian Debtors for the relief set out in the Notice of Motion dated October 14, 2016, was heard this day at 330 University Avenue, Toronto, Ontario.

**ON READING** the One Hundred and Thirtieth Report of the Monitor dated October 14, 2016 (the "**Report**"), and on hearing submissions of counsel for the Monitor and counsel for those other parties present, no one appearing for any other person on the service list

although duly served as appears from the affidavit of Christopher Armstrong sworn October 17, 2016, filed.

**SERVICE**

1. **THIS COURT ORDERS** that the time for the service of the Notice of Motion and the Motion Record is hereby abridged and validated so that this motion is properly returnable today and hereby dispenses with further service thereof.

2. **THIS COURT ORDERS** that capitalized terms used herein and not otherwise defined shall have the meaning given to them in the Report.

**APPROVAL OF CANADIAN DISTRIBUTION ESCROW AGREEMENT**

3. **THIS COURT ORDERS** that the Canadian Distribution Escrow Agreement substantially in the form appended as Annex "K" to the Settlement and Support Agreement (included at Appendix "A" to the Report) be and is hereby approved. NNC, NNL and the Monitor be and are hereby authorized to enter into the Canadian Distribution Escrow Agreement and to perform their respective obligations thereunder and to enter into such additional instruments and documents and take such additional actions as are necessary or appropriate to give effect to the Canadian Distribution Escrow Agreement.

4. **THIS COURT ORDERS** that the establishment and opening of the Canadian Escrow Account be and is hereby approved. The Canadian Debtors and the Monitor be and are hereby authorized to issue such directions to the U.S. Distribution Agent as may be necessary to effect the transfer of an amount of the Sale Proceeds specified by the Monitor (not to exceed U.S.$1.2 billion) to the Canadian Distribution Agent as contemplated pursuant to Section 7(b)(iv) of the Settlement and Support Agreement.

**CURRENCY CONVERSION**

5. **THIS COURT ORDERS** that the conversion of up to U.S.$1.2 billion of the Sale Proceeds from U.S. dollars to Canadian dollars on the terms contemplated by Section 7 of the Settlement and Support Agreement be and is hereby approved, and the Canadian Debtors be and are hereby authorized to perform their obligations under Section 7 of the Settlement and Support Agreement. The Monitor be and is hereby authorized to direct the conversion of such Sale Proceeds by the Canadian Distribution Agent (or its affiliate) on the date(s) and in the manner specified from time to time by the Monitor. The Monitor shall have no liability in connection with any such conversion save for any gross negligence or wilful misconduct on its part.

**MISCELLANEOUS**

6. **THIS COURT HEREBY REQUESTS** the aid and recognition of any court, tribunal, regulatory or administrative body having jurisdiction in Canada, the United States, the United Kingdom or elsewhere, to give effect to this Order and to assist the Canadian Debtors, the Monitor and their respective agents in carrying out the terms of this Order. All courts, tribunals, regulatory and administrative bodies are hereby respectfully requested to make such orders and to provide such assistance to the Canadian Debtors and to the Monitor, as an officer of this Court, as may be necessary or desirable to give effect to this Order, to grant representative status to the Monitor in any foreign proceeding, or to assist the Canadian Debtors and the Monitor and their respective agents in carrying out the terms of this Order.

7. **THIS COURT ORDERS** that each of the Canadian Debtors and the Monitor be at liberty and are hereby authorized and empowered to apply to any court, tribunal, regulatory or administrative body, wherever located, for the recognition of this Order and for assistance in carrying out the terms of this Order.

ENTERED AT / INSCRIT À TORONTO
ON / BOOK NO:
LE / DANS LE REGISTRE NO:

OCT 19 2016

PER / PAR:

**IN THE MATTER OF THE *COMPANIES' CREDITORS ARRANGEMENT ACT*, R.S.C. 1985, c. C-36, AS AMENDED**
**AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF NORTEL NETWORKS CORPORATION et al.**

Court File No. 09-CL-7950

*ONTARIO*
**SUPERIOR COURT OF JUSTICE**
**(COMMERCIAL LIST)**

**Proceeding commenced at Toronto**

**ORDER**
**(Approval of Canadian Escrow Agreement and Currency Conversion)**

**GOODMANS LLP**
Barristers & Solicitors
Bay Adelaide Centre
333 Bay Street, Suite 3400
Toronto, ON M5H 2S7
**Jay A. Carfagnini** LSUC#: 22293T
**Joseph Pasquariello** LSUC#: 38390C
**Christopher G. Armstrong** LSUC#: 55148B
Tel: 416.979.2211
Fax: 416.979.1234
Lawyers for the Monitor, Ernst & Young Inc.

6595377

**IN THE MATTER OF THE *COMPANIES' CREDITORS ARRANGEMENT ACT*, R.S.C. 1985, c. C-36, AS AMENDED**
**AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF NORTEL NETWORKS CORPORATION et al.**

Court File No. 09-CL-7950

October 19, 2016
The relief sought is not opposed. Order to go.
[signature]

***ONTARIO***
**SUPERIOR COURT OF JUSTICE**
**(COMMERCIAL LIST)**

**Proceeding commenced at Toronto**

**MOTION RECORD**
**(Approval of Canadian Distribution Escrow Agreement and Currency Conversion)**

**GOODMANS LLP**
Barristers & Solicitors
Bay Adelaide Centre
333 Bay Street, Suite 3400
Toronto, ON M5H 2S7

**Jay A. Carfagnini** LSUC#: 22293T
jcarfagnini@goodmans.ca
**Joseph Pasquariello** LSUC#: 38390C
jpasquariello@goodmans.ca
**Christopher G. Armstrong** LSUC#: 55148B
carmstrong@goodmans.ca

Tel: 416.979.2211
Fax: 416.979.1234

Lawyers for the Monitor, Ernst & Young Inc.

OCT 17 2016

6621424