## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-----------------------------------------------------------X
:
*In re*                                                    :        Chapter 11
                                                           :
Nortel Networks Inc., *et al.,*[1]                         :        Case No. 09-10138 (KG)
                                                           :
                                      Debtors.             :        Jointly Administered
                                                           :
                                                           :
-----------------------------------------------------------X

## NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED FOR
## HEARING ON OCTOBER 21, 2016 AT 11:00 A.M. (EASTERN TIME)

By permission of chambers, any party wishing to participate telephonically must make arrangements through CourtCall **at least one hour prior to the hearing**. CourtCall has been made aware of this extended deadline. CourtCall will not accept reservations after the extended deadline has passed without permission of chambers. Please do not contact chambers prior to the expiration of the extended deadline.

## CONTESTED MATTER GOING FORWARD

1.      Debtors' Motion for an Order Authorizing Entry Into Escrow Agreement to Facilitate Global Settlement (D.I. 17250, Filed 10/12/16).

        Objection Deadline:    October 18, 2016 at 4:00 p.m. (ET).

        Related Pleadings:

        (a)     Order Shortening Notice of Debtors' Motion for an Order Authorizing Entry Into Escrow Agreement to Facilitate Global Settlement (D.I. 17252, Filed 10/13/16); and

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567), Nortel Networks (CALA) Inc. (4226), and Nortel Networks India International Inc. (8667). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

[2]     **Amended items appear in bold.**

(b)     Reply to PBGC "Response" to Debtors' Motion for an Order Authorizing Entry Into Escrow Agreement to Facilitate Global Settlement (Dkt. No. 17250) (D.I. 17280, Filed 10/19/16); **and**

(c)     **Notice of Entry of Canadian Court Order Approving Canadian Distribution Escrow Agreement and Currency Conversion to Facilitate Global Settlement (D.I. 17289, Filed 10/20/16).**

Responses Received:

(a)     Pension Benefit Guaranty Corporation's Response to Debtors' Motion for an Order Authorizing Entry Into Canadian Currency Escrow Agreement to Facilitate Global Settlement (Dkt. No. 17250) (D.I. 17270, Filed 10/18/16).

Status: The hearing on this matter will go forward.

| | |
|---|---|
| Dated: October 20, 2016<br>Wilmington, DE | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>James L. Bromley (admitted *pro hac vice*)<br>Lisa M. Schweitzer (admitted *pro hac vice*)<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone:  (212) 225-2000<br>Facsimile:  (212) 225-3999 |

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Tamara K. Minott*
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Andrew R. Remming (No. 5120)
Tamara K. Minott (No. 5643)
1201 North Market Street
Wilmington, DE  19899-1347
Telephone:  (302) 658-9200
Facsimile:  (302) 658-3989

*Counsel for the Debtors and Debtors in Possession*