# SIGN-IN-SHEET

**CASE NAME:** Nortel Networks, Inc.
**CASE NO.:** 09-10138 (KG)
**COURTROOM LOCATION:** 3
**DATE:** 10/21/16

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Jay Ruttman | Allen & Overy | Monitor |
| Joe Badtke-Berkow | " | " |
| Kathleen Murphy | Buchanan Ingersoll | " |
| Marc Abrams | Willkie Farr & Gallagher | UKPI / PPF |
| Andrew Hanrahan | " | " |
| Justin Alberto | Bayard | " |
| Vince Matteo Murro | Pension Benefit Guaranty Corp. | Pension Benefit Guaranty Corp. |
| Garth D. Wilson | " | " |
| Jeffrey Schler | Fox Rothschild | No-Ld Trade Claims Consort. |
| Andrew Leblanc | Milbank Tweed Hadley, McCloy | Ad Hoc Group of Bondholders |
| Ben Feder | Kelley Drye & Warren | PBGC |
| Stephen Miller | Morris James LLP | Law Debenture of New York as Trustee |
| Peter Keane | Pachulski Stang | Ad Hoc Group of Bondholders |
| William Chipman | Chipman Brown Cicero & Cole LLP | Wilmington Trust |

# SIGN - IN - SHEET

**CASE NAME:** Nortel Networks, Inc.  **COURTROOM NO.:** 3

**CASE NO.:** 09-10138 (KG)  **DATE:** 10/21/16

**PLEASE PRINT OR YOUR APPEARANCE CANNOT BE CORRECTLY NOTED!**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Fred Hodara | Akin Gump | Official Cmtee Unsec Creds |
| David Botter | " | " |
| Chris Samis | Whiteford Taylor | " |
| Derek Abbott | MNAT | US Debtors |
| Jim Bromley | Cleary | " |
| Lukas Hakkenberg | CGSY | " |
| Mark Kenney | U.S. Trustee | U.S. Trustee |
| Jaime Chapman | UCST | Joint Administrators |

# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Kevin Gross (Nortel Trial Only)
## Courtroom

Calendar Date: 10/21/2016
Calendar Time: 11:00 AM ET

Amended Calendar 10/21/2016 07:20 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7915913 | Eric Bilmes | (212) 588-5115 | HBK Capital Management | Interested Party, Eric Bilmes / LISTEN ONLY |
| | | Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7911016 | Philip Cantwell | 212-225-2422 | Cleary Gottlieb Steen & Hamilton | Debtor, Nortel Networks Inc., / LISTEN ONLY |
| | | Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7921548 | Matthew Chiappardi | (609) 805-1670 | Law 360 | Interested Party, Law 360 / LISTEN ONLY |
| | | Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7916400 | Esther Chung | (646) 855-6705 | Bank of America | Interested Party, Bank of America / LISTEN ONLY |
| | | Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7916842 | David Crichlow | (212) 940-8941 | Katten Muchin Rosenman LLP | Creditor, Willmington Trust / LIVE |
| | | Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7918593 | David Dean | 410-528-2972 | Cole Schotz P.C. | Creditor, SNMP Research / LISTEN ONLY |
| | | Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7915864 | Angela Dimsdale-Gill | (212) 728-3135 | Hogan Lovells US LLP | Interested Party, UK Pension Trust / LIVE |

Peggy Drasal ext. 802

Page 1 of 3

Copyright © 2016 CourtCall, LLC. All Rights Reserved.

| | | | | | | |
|---|---|---|---|---|---|---|
| Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7916831 | Karen B. Dine | (212) 940-8772 | Katten Muchin Rosenman LLP | Creditor, Wilmington Trust / LISTEN ONLY |
| Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7915878 | Weston T. Eguchi | (212) 728-8881 | Willkie Farr & Gallagher LLP | Interested Party, UK Pension Trust / LIVE |
| Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7913355 | Kimberly B. Gianis | (203) 862-8250 | Contrarian Capital Management | Interested Party, Contrarian Capital Management / LISTEN ONLY |
| Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7919012 | Brian Guiney | (212) 336-2305 | Patterson Belknap Webb & Tyler | Creditor, Law Debenture / LIVE |
| Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7920473 | Taylor B. Harrison | (212) 390-7831 | Merger Market | Interested Party, Taylor Harrison / LISTEN ONLY |
| Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7916980 | Timothy Lavelle | (203) 542-4230 | Silverpoint Capital LP | Interested Party, Silverpoint Capital LP / LISTEN ONLY |
| Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7909502 | Selinda A. Melnik | (302) 357-5305 | DLA Piper US, LLP | Creditor, Canadian Creditors Commitee / LISTEN ONLY |
| Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7915875 | D.J. Miller | (416) 304-0559 | Thornton Grout Finnigan LLP | Interested Party, UK Pension Trust / LIVE |
| Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7921515 | Vincent Murrell | (202) 326-4020 ext. 3580 | Pension Benefit Guaranty Corporation | Creditor, Pension Benefit Guaranty Corporation / LISTEN ONLY |
| Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7917354 | Caroline Parker-Beaudrias | (212) 837-6000 | Hughes Hubbard & Reed LLP (New York) | Specially Appearing For, Joint Adminstrators / LIVE |

| Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7916837 | Jonathan Rehm | (212) 525-0875 | HSBC Bank | Creditor, Matt Doheny / LISTEN ONLY |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7919308 | Jason B. Sanjana | (212) 588-8890 | Reorg Research, Inc. | Interested Party, Reorg Research, Inc. / LISTEN ONLY |
| Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7916841 | Amer Tiwana | (646) 616-3052 | Cowen & Co. | Interested Party, Cowen and Company / LISTEN ONLY |
| Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7909905 | Michael J. Wunder | (416) 860-6484 | Cassels Brock & Blackwell LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7907314 | Mark Zigler | (416) 542-6288 | Koskie Minsky, LLP | Creditor, Canadian Creditors Committee / LISTEN ONLY |
| Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 (11-5345 4) | Hearing | 7911242 | Eric Weiss | (212) 530-5420 | Milbank, Tweed, Hadley & McCloy, LLP | Creditor, Ad Hoc Bondholder Group / LISTEN ONLY |
| Nortel Networks India International Inc. | 16-11714 | Hearing | 7917019 | Anthony Loring | (212) 872-1000 | Akin Gump Strauss Hauer & Feld LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |