The Office of the Clerk,

The United States Bankruptcy Court for the eDistrict of Delaware

824 Market Street

Wilmington, Delaware 19801



Adam Khan

11564 Evening Spring Ct.

Cupertino, CA 95014

October 10, 2016

Cell: 408-568-7816

RE: Case #:           Case No. 09-10138(KG) Response/Objection

67a.   United States Bankruptcy Court, District of Delaware

   Debtors:    Nortel Networks Inc., et al.,

   Case #:     Case No. 09-10138(KG) Response/Objection

   Objection:  Notice of Debtors' Forty-Fifth Omnibus Objection

67b.   Claimant:    Adam Khan

   Claim #:     8807

   Claim Amount: $2190.86 – Check for $2186.81 + $4.00 Bank Fees.

   Reason:      Returned Check due to Insufficient Funds.

67c.   A copy of the Check (front and back) with the letter from the bank stating there were insufficient funds was provided to Epiq. This is attached to this claim. This check was a refund for no longer participating in the Nortel Neteworks Employee Stock Purchase Plan (ESPP). I was employeed by Alteon Networks which was purchased by Nortel and I had to ask the controller, Aaron Bean, 2/3 times to withdraw from the Nortel Networks ESPP.

The payment was stopped and there is no record of a duplicate check being issued.

Epiq's response was first to question the validity of the check; I offered to send them the original check. The next response was to state that this was a payroll account, other than payroll why would a check be issued from this account. The ESPP plan takes contributions directly from the

employees' paycheck and that is why I believe this was from the payroll account. Epiq then stated what was the reason for not claiming this sooner. I was laid off by Nortel and had to move to find work. Eventually I resettled in the same area and in clearing out old mail came across this letter.

67d.   Letter and check attached.

67e.   Adam Khan

11564 Evening Spring Ct.

Cupertino, CA 95014

Cell: 408-568-7816

Responses to be filed with:

1. United States Bankruptcy Court for the District of Delaware
2. Cleary Gottleib Steen and Hamilton LLP
3. Morris, Nichols, Arsht and Tunnell LLP

To be sent by certified mail on Oct 11, 2016.



# BANK OF THE WEST

10-22-2001

ADAM KHAN
SAMINA GUL
2655 KEYSTONE AVE #23
SANTA CLARA   CA   95051-7123

Dear Customer,

In accordance with federal regulations this letter is to notify you that your account    C15-095661
has been charged for the following items returned unpaid by the drawee bank.

```
   Amount   Return Reason                               Reference #
   2,186.81  NON SUFFICIENT FUNDS                       000050039400
```

→ *File a claim!*

GREG, TIM -

```
   2,186.81   TOTAL RETURNS
       4.00   TOTAL FEES
   2,190.81   TOTAL CHARGED

         1   TOTAL ENCLOSED
```