IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| ------------------------------------------------------------X | Chapter 11 |
| *In re* | Case No. 09-10138 (KG) |
| Nortel Networks Inc., *et al.*,[1] | Jointly Administered |
| Debtors. |  |
| ------------------------------------------------------------X |  |

NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON OCTOBER 27, 2016 AT 10:00 A.M. (EASTERN TIME)

**THE HEARING HAS BEEN CANCELLED AT THE DIRECTION OF THE COURT**

By permission of chambers, any party wishing to participate telephonically must make arrangements through CourtCall **at least one hour prior to the hearing**. CourtCall has been made aware of this extended deadline. CourtCall will not accept reservations after the extended deadline has passed without permission of chambers. Please do not contact chambers prior to the expiration of the extended deadline.

**ADJOURNED/RESOLVED MATTERS**

1. Debtors' Twenty-Second Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (No Liability Claims, Reduce and Allow Claims, Redundant Claims, Wrong Debtor Claims and No-Basis 503(b)(9) Claims) (D.I. 7183, Filed 2/7/12).

    Objection Deadline: February 23, 2012 at 4:00 p.m. (ET). Extended for Coface North America Insurance Company, Jaco Electronics, Inc. and Monarch Master Funding LTD regarding Claim Nos. 392, 6820, and 7076 to October 13, 2016 at 4:00 p.m. (ET).

    Remaining Responses Received:

    (a) Response to Debtors' Twenty-Second Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (No Liability Claims, Reduce and Allow Claims, Redundant Claims,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567), Nortel Networks (CALA) Inc. (4226), and Nortel Networks India International Inc. (8667). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

Wrong Debtor Claims and No-Basis 503(b)(9) Claims) (D.I. 17229, Filed 10/7/16).

Related Pleading:

(a) Order Granting Debtors' Twenty-Second Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (No Liability Claims, Reduce And Allow Claims, Redundant Claims, Wrong Debtor Claims And No-Basis 503(b)(9) Claims) (D.I. 7354, Entered 3/8/12);

(b) First Supplemental Order Granting Debtors' Twenty-Second Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (No Liability Claims, Reduce And Allow Claims, Redundant Claims, Wrong Debtor Claims And No-Basis 503(b)(9) Claims) (D.I. 7430, Entered 3/22/12);

(c) Second Supplemental Order Granting Debtors' Twenty-Second Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (No Liability Claims, Reduce and Allow Claims, Redundant Claims, Wrong Debtor Claims and No-Basis 503(b)(9) Claims) (D.I. 7559, Entered 4/18/12);

(d) Third Supplemental Order Granting Debtors' Twenty-Second Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (No Liability Claims, Reduce and Allow Claims, Redundant Claims, Wrong Debtor Claims and No-Basis 503(b)(9) Claims) (D.I. 7626, Entered 5/9/12);

(e) Fourth Supplemental Order Granting Debtors' Twenty-Second Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (No Liability Claims, Reduce and Allow Claims, Redundant Claims, Wrong Debtor Claims and No-Basis 503(b)(9) Claims) (D.I. 8273, Entered 8/22/12); and

(f) Order Approving Stipulation Resolving Claims With Various ASM Entities (D.I.16406, Entered 12/21/15).

Status: The hearing on the Objection with respect to response (a) has been adjourned to a date to be determined.

2. Debtors' Forty-Fifth Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007 1 (Amended or Superseded Claims, Insufficient Documentation Claims, Non-Debtor Liability Claims, No-Basis Claims, No-Basis 503(b)(9) Claims, No-Basis Deferred Compensation Claims, No-Basis Pension Claims, No-Basis Retiree Claims, No-Basis Equity Claims, Redundant Claims, Modified, Reclassified and Allowed Claims and Wrong Debtor Claims) (D.I. 17205, Filed 9/27/16).

Objection Deadline: October 18, 2016 at 4:00 p.m. (ET).

Responses Received:

(a) Response and Objection to Disallowing Claim No. 3732 by John H. Yoakum (D.I. 17244, Filed 10/12/16);

(b) Response to Forty Fifth Omnibus Objection to Claims Filed by William J LaSalle (D.I. 17258, Filed 10/14/16);

(c) Response Opposing the Motion for an Entry of an Order Approving: Debtors' Forty-Fifth Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007 1 (Amended or Superseded Claims, Insufficient Documentation Claims, Non-Debtor Liability Claims, No-Basis Claims, No-Basis 503(b)(9) Claims, No-Basis Deferred Compensation Claims, No-Basis Pension Claims, No-Basis Retiree Claims, No-Basis Equity Claims, Redundant Claims, Modified, Reclassified and Allowed Claims and Wrong Debtor Claims) Filed by Bogden Wislocki (D.I. 17279, Filed 10/19/16); and

(d) Objection to Forty Fifth Omnibus Objection Filed by Adam Kahn (D.I. 17298, Filed 10/18/16).

Related Pleading: None.

Status: The hearing with respect to Responses (a), (b) and (c) has been adjourned to the hearing scheduled for November 8th, 2016 at 10:00 a.m. (ET). The Debtors have determined to withdraw the objection with respect to Claim No. 8807 resolving Response (d).

3. Debtors' Motion for Entry of an Order Authorizing the Claims Agent to Reflect Certain Claims that have been Satisfied as Paid (D.I. 17206, Filed 9/27/16).

Objection Deadline: October 18, 2016 at 4:00 p.m. (ET).

Responses Received: None.

Related Pleading:

(a) Certificate of No Objection Regarding Debtors' Motion for Entry of an Order Authorizing the Claims Agent to Reflect Certain Claims that have been Satisfied as Paid (D.I. 17282, Filed 10/19/16); and

(b) Order Authorizing the Claims Agent to Reflect Certain Claims that have been Satisfied as Paid (D.I. 17287, Entered 10/20/16).

Status: An order has been entered regarding this matter. No hearing is necessary.

4.     Debtors' Motion Pursuant to Bankruptcy Rule 9019 for Entry of an Order (I) Approving the Settlement of Proof of Claim No. 3911 Filed by Wanland & Associates Inc. and (II) Modifying the Automatic Stay as Necessary in Connection with Such Settlement (D.I. 17226, Filed 10/6/16).

Objection Deadline:  October 20, 2016 at 4:00 p.m. (ET).

Responses Received:  None.

Related Pleading:

(a)    Certificate of No Objection Regarding Debtors' Motion Pursuant to Bankruptcy Rule 9019 for Entry of an Order (I) Approving the Settlement of Proof of Claim No. 3911 Filed by Wanland & Associates Inc. and (II) Modifying the Automatic Stay as Necessary in Connection with Such Settlement (D.I. 17297, Filed 10/21/16); and

(b)    Order Granting Debtors' Motion (I)Approving the Settlement of Proof of Claim No 3911 Filed by Wanland & Associates Inc and (II)Modifying the Automatic Stay as Necessary in Connection with Such Settlement (D.I. 17299, Entered 10/24/16).

Status: An order has been entered regarding this matter.  No hearing is necessary.

Dated: October 25, 2016
Wilmington, DE

CLEARY GOTTLIEB STEEN & HAMILTON LLP
James L. Bromley (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone:  (212) 225-2000
Facsimile:  (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

    */s/ Tamara K. Minott*
Eric D. Schwartz (No. 3134)
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Tamara K. Minott (No. 5643)
1201 North Market Street
Wilmington, DE  19899-1347
Telephone:  (302) 658-9200
Facsimile:  (302) 658-3989

*Counsel for the Debtors and Debtors in Possession*