```
                     IN THE UNITED STATES BANKRUPTCY COURT
                       FOR THE DISTRICT OF DELAWARE


IN RE:                        )    Case No. 09-10138(KG)
                              )    (Jointly Administered)
                              )
NORTEL NETWORKS, INC., et al.,)    Chapter 11
                              )
                              )    Courtroom 3
                              )    824 Market Street
          Debtors.            )    Wilmington, Delaware
                              )
                              )    October 21, 2016
                              )    11:02 a.m.


                       TRANSCRIPT OF PROCEEDINGS
                BEFORE THE HONORABLE JUDGE KEVIN GROSS
                   UNITED STATES BANKRUPTCY JUDGE

APPEARANCES:

For Debtors:              Cleary Gottlieb Steen & Hamilton
                          BY: JAMES BROMLEY, ESQ.
                          BY: LUKE HAKKENBERG, ESQ.
                          One Liberty Plaza
                          New York, NY  10006
                          (212) 225-2000


ECRO:                     GINGER MACE

Transcription Service:    DIAZ TRANSCRIPTION SERVICES
                          331 Schuylkill Street
                          Harrisburg, Pennsylvania 17110
                          (717) 233-6664
                          www.diazdata.com


Proceedings recorded by electronic sound recording;
transcript produced by transcription service
```

APPEARANCES:
(Continued)

For the Monitor:                Buchanan Ingersoll & Rooney,PC
                                BY: KATHLEEN MURPHY, ESQ.
                                1105 N. Market St., Ste. 1900
                                Wilmington, DE  19801-1054
                                (302) 552-4214

                                Allen & Overly, LLP
                                BY: JACOB PULTMAN, ESQ.
                                BY: JOSEPH BADTKE-BERKOW, ESQ.
                                1221 Avenue of the Americas
                                New York, NY  10020
                                (212) 610-6300

For Interested Party,           Willkie Farr & Gallagher, LLP
Nortel Networks UK              BY: MARC ABRAMS, ESQ.
Pension Trust:                  BY: ANDREW HANRAHAN, ESQ.
                                727 Seventh Avenue
                                New York, NY  10019
                                (212) 728-8000

For Official Creditor's         Whiteford Taylor Preston
Committee:                      BY: CHRISTOPHER M. SAMIS, ESQ.
                                The Renaissance Center
                                405 North King Street
                                Wilmington, DE  19801
                                (302) 357-3266

                                Akin Gump Strauss Hauer & Feld
                                BY: FRED HODARA, ESQ.
                                BY: DAVID BOTTER, ESQ.
                                One Bryant Park
                                Bank of America Tower
                                New York, NY  10036
                                (212) 872-1000

For PBGC:                       PGBC
                                BY: VICENTE M. MURRELL, ESQ.
                                BY: GARTH D. WILSON, ESQ.
                                34471200 K Street NW
                                Washington, DC  20005
                                (202) 326-4000

                                Kelly, Drye & Warren
                                BY:  BENJAMIN D. FEDER, ESQ.
                                101 Park Avenue
                                New York, NY  10178
                                (212) 808-7800

APPEARANCES:
(Continued)

For UK Pension Claimants:      Bayard, PA
                               BY: JUSTIN R. ALBERTO, ESQ.
                               222 Delaware Ave., Ste. 900
                               Wilmington DE  19899
                               (302) 429-4226

For Ad Hoc Group of           Pachulski Stang Ziehl & Jones
Bondholders:                  BY: PETER J. KEANE, ESQ.
                              919 North Market Street
                              17th Floor
                              Wilmington, DE  19801
                              (302) 778-6462

                              Millbank Tweed Hadley & McCloy
                              BY: ANDREW LEBLANC, ESQ.
                              1850 K Street NW, Suite 1100
                              Washington, DC  20006
                              (202) 835-7500

For Law Debenture:            Morris James LLP
                              BY: STEPHEN M. MILLER, ESQ.
                              500 Delaware Avenue, Ste. 1500
                              Wilmington, DE  19801-1494
                              (302) 888-6853

For Nortel Trade Claims       Fox Rothschild, LLP
Consortium:                   BY: JEFFREY SCHLERF, ESQ.
                              919 North Market Street
                              Suite 300, P.O. Box 2323
                              Wilmington, DE  19899
                              (302) 622-4263

For Wilmington Trust:         Chipman Brown Cicero & Cole
                              BY: WILLIAM CHIPMAN, JR., ESQ.
                              Hercules Plaza
                              1313 North Market Street
                              Suite 5400
                              Wilmington, DE  19801

For The Office of the         United States Department of
United States Trustee:        Justice
                              BY: MARK KENNEY, ESQ.
                              844 King Street, Room 2207
                              Lockbox #35
                              Wilmington, DE 19899-0035
                              (302) 573-6491

APPEARANCES:
(Continued)

For Joint Administrators:          Young Conaway Stargatt &
                                   Taylor
                                   BY: JAIME LUTON CHAPMAN, ESQ.
                                   Rodney Square
                                   1000 North King Street
                                   Wilmington, DE  19801
                                   (302) 571-6000

TELEPHONIC APPEARANCES:

For Joint Administrators:          Hughes Hubbard & Reed LLP
                                   BY: CAROLINE PARKER-BEAUDRIAS,
                                   ESQ.
                                   (212) 837-6000

For Official Creditor's
Committee:                         Akin Gump Strauss Hauer & Feld
                                   BY: ANTHONY LORING, ESQ.
                                   (212) 872-1000

For SNMP:                          Cole Schotz
                                   BY: DAVID DEAN, ESQ.
                                   (410) 528-2972

For Law Debenture Trust:           Patterson Belknap Webb & Tyler
                                   BY: BRIAN GUINEY, ESQ.
                                   (212) 336-2305

For Ad Hoc Group of                Milbank Tweed Hadley & McCloy
Bondholders:                       BY: ERIC WEISS, ESQ.
                                   (212) 530-5420

For Wilmington Trust:              Katten Munchin Rosenmann, LLP
                                   BY: KAREN B. DINE, ESQ.
                                   (212) 940-8772
                                   BY: DAVID CRICHLOW, ESQ.
                                   (212) 940-8941

For Bank of America:               Bank of America
                                   BY: ESTHER CHUNG
                                   (846) 855-6705

```
TELEPHONIC APPEARANCES:
(Continued)

For Canadian Creditors           DLA Piper US, LLP
Committee:                       BY: SELINDA A. MELNIK, ESQ.
                                 (302) 468-5650


For Interested Party,            Reorg Research, Inc.
Reorg Research:                  BY: JASON B. SANJANA, ESQ.
                                 (212) 588-8890


For Interested Party,            Cowen and Company
Cowan and Company:               BY: AMER TIWANA, ESQ.
                                 (646) 616-3052


For Interested Party,            Willkie Farr & Gallagher, LLP
Nortel Networks UK               BY: WESTON T. EGUCHI, ESQ.
Pension Trust:                   (212) 728-8881


                                 Hogan & Lovells US LLP
                                 BY: ANGELA DIMSDALE-GILL, ESQ.
                                 212-728-3135


For UK Pension Claimants:        Thornton Grout Finnigan, LLP
                                 BY: D.J. Miller, ESQ.
                                 (416) 304-0559


For Former Employees of          Koskie Minsky, LLP
Nortel (Canada):                 BY: MARK ZIGLER, ESQ.
                                 (416) 542-6288


For Michael J. Wunder:           Cassels Brock & Blackwell, LLP
                                 BY: MICHAEL J. WUNDER, ESQ.
                                 416-860-6484


For Interested Party:            HBK Capital Management
                                 BY: ERIC BILMES
                                 (212) 588-5115


                                 Contrarian Capital Management
                                 BY: KIMBERLY B. GAINES
                                 (203) 862-8250


                                 Merger Market
                                 BY: TAYLOR B. HARRISON
                                 (212) 390-7831
```

TELEPHONIC APPEARANCES:
(Continued)

For Debtor:                    Cleary Gottlieb Steen
                               & Hamilton
                               BY: PHILIP CANTWELL, ESQ.
                               (212) 225-2422

For Creditor:                  Silver Point Capital
                               BY: TIMOTHY LAVELLE, ESQ.
                               (212) 542-4230

                               HSBC Bank
                               BY: JONATHAN REHM, ESQUIRE
                               (212) 525-0875

1

 1  WILMINGTON, DELAWARE, FRIDAY, OCTOBER 21, 2016, 11:02 A.M.

 2              THE CLERK:  Please rise.

 3              THE COURT:  Good morning, everyone.  You may be

 4  seated.  Thank you.  Mr. Abbott, you've attracted a full

 5  house today.

 6              MR. ABBOTT:  Good morning, Your Honor.  Happily,

 7  it was not I --

 8              THE COURT:  All right.

 9                      (Laughter)

10              MR. ABBOTT:  -- that attracted the full house,

11  Your Honor.  But obviously, a lot of news in the last little

12  bit with Nortel --

13              THE COURT:  Yes.

14              MR. ABBOTT:  -- Your Honor.  So today's hearing

15  is just the one matter that's the first step in that motion.

16  I'll cede the podium to Mr. Bromley to address the motion,

17  if I may.

18              THE COURT:  Thank you, Mr. Abbott.  Mr. Bromley,

19  it's good to see you again and you survived the mediation.

20              MR. BROMLEY:  Your colleague, Mr. -- or Judge

21  Farnan was very kind to us during the mediation --

22              THE COURT:  Good.

23              MR. BROMLEY:  -- Your Honor.

24              THE COURT:  Good.

25              MR. BROMLEY:  A lot of good stories.

1          THE COURT:  I bet.

2          MR. BROMLEY:  A lot of good stories.

3                    (Laughter)

4          MR. BROMLEY:  So, Your Honor, it's obviously with

5 a great deal of relief and pride that we are before you

6 today.

7          THE COURT:  Yes.

8          MR. BROMLEY:  With the first step of hopefully,

9 approving the settlement of the allocation dispute in the

10 Nortel cases.  This has been long and coming.  It's been an

11 extraordinary difficult effort as you might imagine.  And

12 but I have to say, I wish to first of all thank everyone

13 who's been involved in this for their patience and

14 cooperation to see it through to this point.

15          There's really -- it's really hard to explain how

16 complicated it has been to try to settle the case.  And, you

17 know, I was thinking about when this case started that when

18 the dispute started, that if we went to trial, that it was a

19 failure of sorts that we weren't able to settle before that.

20 But the fact is that, you know, that the trial certainly

21 illuminated a lot of issues.  It focused us very carefully.

22 And I have to give credit to everyone on both sides of the

23 aisle for looking deep into themselves, putting aside

24 personal animus that had built up over the years, putting

25 aside some concerns of paranoia and the like, and we all

1  have them, and knuckle down to get this done.  So --

2             THE COURT:  Yes.  I spent the afternoon yesterday

3  reading the Settlement Agreement.  And it's quite

4  complicated.  And I recognize how hard everyone worked to

5  achieve it.

6             MR. BROMLEY:  Well, it is quite complicated and I

7  apologize that you've had to read it, Your Honor, but at

8  least you didn't have to write it.

9             THE COURT:  That's right.

10                        (Laughter)

11             MR. BROMLEY:  So if I can just give you a short

12  summary of sort of the steps that we're talking about.

13  Obviously, here today we're here today for the first step

14  which is the Currency Conversion Motion.  One of the things

15  that was a key element to this Settlement Agreement was that

16  we needed to recognize that cash needed to move.  That cash

17  needed to be converted into difference currencies, to be

18  positioned in the event that the settlements are all

19  approved.  And what we have here is a recognition that the

20  Canadian Debtors are going to owe a substantial amount of

21  money to their creditors that need to be paid in Canadian

22  Dollars.

23             THE COURT:  Right.

24             MR. BROMLEY:  And all of the money has been

25  sitting in the United States in U.S. Dollars since 2011 was

1  the last deposit we had after the Iceberg sale.  In the old

2  days, it would have been very easy to simply go to J.P.

3  Morgan or Citibank and say, we'd like to have this money

4  converted into Canadian Dollars, please hold it as Canadian

5  Dollars.

6              THE COURT:  Yes.

7              MR. BROMLEY:  In the days following the financial

8  crisis and the Dodd Frank Statute and financial regulatory

9  regimes that have come up in the years following, that's no

10  longer possible.  There are a lot of very complicated

11  restrictions about capital and holding moneys in accounts

12  and it's actually been very difficult to hold $7 billion in

13  cash all collateralized.  I would, you know, I think that

14  that is a -- something that has been a problem all the way

15  through.  But then when we looked at the issue of having to

16  covert some of these moneys into other currencies, our --

17  the banks in the United States basically said it's

18  impossible to do that.

19              THE COURT:  Okay.

20              MR. BROMLEY:  We cannot convert these funds and

21  hold them in U.S. accounts.  And so what we then looked at

22  was well, Chase, do you have a bank in Canada and we can

23  just put it into the bank account in Canada.  They do, but

24  they're not a deposit taking institution in Canada, so

25  again, capital requirements came into play.  And we checked

1  this up and down to make sure that the stories were correct.

2  We talked to other banks in the United States and that's --

3  really there was no other choice.  And so the Monitor and

4  the Canadian Debtors went out and talked to several

5  institutions in Canada.  They decided on Royal Trust which

6  is a unit of Royal Bank.  It's one of the largest

7  institutions --

8              THE COURT:  Yes.

9              MR. BROMLEY:  -- in Canada.

10              THE COURT:  Yes.

11              MR. BROMLEY:  And so for those purposes, we feel

12  that the institution is as good as it's going to get in

13  Canada.  All of the holdings will be instead of in U.S. T-

14  Bills and the like, it will be in Canadian T-Bills.  The

15  amount of money that would be transferred would be up to

16  $1.2 billion U.S. Dollars.  The -- this is part of an

17  arrangement in the settlement to make sure that the cash

18  that would be distributed out to the U.S. Debtors or to the

19  Bondholders in U.S. Dollars would not have to be converted

20  into Canadian Dollars and then back into U.S. Dollars.

21              THE COURT:  Right, right.

22              MR. BROMLEY:  So we've done that.  So what we

23  have in front of you, Your Honor is a Conversion Motion and

24  an Escrow Agreement.  The Escrow Agreement was carefully

25  negotiated.  It is attached to the Settlement Agreement as

1  an exhibit.

2            THE COURT:  Yes.

3            MR. BROMLEY:  It is fully negotiated.  It's not

4  in a form to be finalized.  It is the document.  We have

5  redacted a limited amount of information that includes

6  contact information and account numbers, but everything else

7  is exactly as agreed to among the parties.  I would note

8  that there was a hearing or there was a motion to Judge

9  Newbould --

10            THE COURT:  Yes.

11            MR. BROMLEY:  -- that did not require a hearing

12  because there were no objections.  The Order was entered

13  granting that relief.

14            I would make one point though, Your Honor, in our

15  motion, we did make one mistake.  We indicated that the

16  Bondholder Group is a signatory to the Escrow Agreement and

17  that is not the case.  The Bondholder Group is not a

18  signatory, that was simply an error, a scrivener's error and

19  we apologize for that.

20            THE COURT:  Okay.

21            MR. BROMLEY:  So that, Your Honor, is where we

22  stand with respect to the Currency Motion.  There is no

23  opposition.  There has been a statement filed by the PBGC --

24            THE COURT:  Right.

25            MR. BROMLEY:  -- which you can address, but that

1  does not include any opposition to the Currency Conversion

2  Motion.

3           Just to give you a sense of the next steps.  The

4  Debtors will be filing a Plan and Disclosure Statement a

5  week from today on the 28th, according to the schedule

6  that's been agreed to by the parties.  And we have been in

7  consultation with the Court in Canada as to joint hearing

8  dates with the approval of the Disclosure Statement,

9  approval of the Offering Circulars, they call it, and

10 approval of the Plans.

11          THE COURT:  Yes.

12          MR. BROMLEY:  And I'm not sure if Your Honor has

13 --

14          THE COURT:  I think Justice Newbould indicated to

15 me December 1 at 9:00.  Is that right?

16          MR. BROMLEY:  Is that correct?

17          MR. PULTMAN:  It is, Your Honor.

18          THE COURT:  Good, thank you.

19          MR. BROMLEY:  So we can get the gang back

20 together --

21          THE COURT:  And that was fine with me.

22          MR. BROMLEY:  -- on December 1.

23          THE COURT:  Yes.

24          MR. BROMLEY:  And then with the following -- and

25 what was the other date, Jay?  I'm sorry

1          MR. PULTMAN:   January 24, Judge.

2          MR. BROMLEY:   January 24 for a joint hearing with

3    respect to confirmation of the Plans.

4          THE COURT:   Okay.

5          MR. BROMLEY:   The -- just to give you a sense of

6    the structure of this, Your Honor.   What we have done is we

7    have settled the dispute.   If you recall, the core of this

8    dispute was the IFSA, the Interim Funding and Settlement

9    Agreement which memorialized the agreement of all the

10   parties to not fight at that point about the allocation of

11   the sale proceeds, but to put it off for another day.   And

12   the IFSA, which was approved in July of 2009, very carefully

13   says that there are two ways that the money can be released.

14   The parties can agree or failing that, the dispute resolvers

15   will determine it.

16         THE COURT:   Right.

17         MR. BROMLEY:   Right?   And we --

18         THE COURT:   And we had the issue about --

19   arbitration and the like.

20         MR. BROMLEY:   It was the dispute resolver,

21   arbitration, and everything.

22         THE COURT:   That's right.

23         MR. BROMLEY:   So and ultimately, obviously, it

24   came down to you and at that point, Justice Morawetz

25   agreeing that you would both be the dispute resolvers under

1   the agreement and we would hold the trial.

2          We then went through the trial and, obviously,

3   from the U.S. Debtors' perspective, the result wasn't as we

4   had hoped.  Appeals have been taken.  Appeals are pending in

5   Canada, as well as, here in the United States.  And we have

6   been trying to settle this over a long period of time.

7          THE COURT:  Yes.

8          MR. BROMLEY:  Multiple mediations in the United

9   States and in Canada and ultimately, here with your own

10  former Chief, Judge Farnan.  And that ultimately, came to

11  fruition over the summer.  It took a long time for the

12  parties to put everything in -- onto paper and agree to it,

13  and thankfully, we have.  But I think it's important to

14  realize that what this is is a settlement.  It's a

15  settlement of the dispute.

16         THE COURT:  Right.

17         MR. BROMLEY:  There's no more dispute, if the

18  settlement is approved.  We, obviously, need approval from

19  this Court to settle the matter, but that's what this is.

20  This is not -- we're not asking for the Court's to make any

21  rulings and tell us what the allocation is anymore because

22  we have agreed to the allocation.  And it's important to

23  note that every party to the IFSA has signed the Settlement

24  Agreement.

25         THE COURT:  Right.

1          MR. BROMLEY:  We're using the two Plans to

2  implement the Settlement Agreement because there are lots of

3  complicated ways that this could have played out.  It would

4  have been easy to simply say, here's the money, let's go

5  home, but, of course, we have creditors in both

6  jurisdictions.  There were questions about who would pay

7  first.  If somebody paid first, then what happens to who

8  pays second.  Very complicated things.  And I know all my

9  corporate colleagues back at the office who put these things

10  together and never think they're going to fall apart, you

11  know, can learn a lesson about how complicated it can be, if

12  things ultimately do fall apart.

13          But what we ended up doing was agreeing that the

14  way to implement this and to make sure that the funds would

15  be paid out exactly as agreed was that we needed to use the

16  plan process --

17          THE COURT:  Right.

18          MR. BROMLEY:  -- both in the United States and in

19  Canada.  We have built into this, the deadlines with respect

20  to various milestones.  We have a drop dead date so to speak

21  of August 31 of next year.  It is our hope that everything

22  will be resolved well in advance of that, but I did want to

23  note that that is sort of the end date that we're looking

24  at.

25          The, you know, just to, you know, kind of

1 capsulize where we are, right?  This agreement is an

2 agreement with nearly every single party in the entire case

3 worldwide.  The PBGC is obviously not a party as their

4 statement makes clear, but this does capture all of the core

5 parties to the litigation.  It captures the U.S. Debtors,

6 the Bondholder Group, the UCC, the Canadian Debtors, the

7 Monitor, CCC, the UK Pension Authorities, the French

8 Liquidator, the French Conflicts Administrator, everyone

9 else is captured other then PBGC and the Trade Consortium

10 here in the United States.  That was an enormous exercise

11 and as we've said.  But all of those parties have agreed and

12 importantly, every party to the IFSA, the parties who have

13 the rights with respect to the moneys in the sale proceeds

14 have agreed.

15          THE COURT:  Yes.

16          MR. BROMLEY:  And that this will constitute a

17 release of the funds, pursuant to Section 12(b)(1) of the

18 IFSA.

19          With respect to where we have to get to, right?

20 We'll be filing our plan as I said, next week.  The

21 Canadian's will be filing their plan as well.  We are in

22 careful coordination with them.  So think about, we're back

23 into early days of the case where we're moving exactly in

24 long step, coordinating on a daily basis, to make sure that

25 everything that's being said here, is being said there and

1    vice versa.  And we understand that there is the possibility

2    that objections could be filed.  We're prepared to deal with

3    those, if they do come up.  We have a requirement under the

4    agreement that we inform the various Courts where the

5    appeals are pending of the current status and ask for stays

6    with respect to those matters.  And that is happening, I

7    believe, we're filing letters today.  We had a specific

8    request from Judge Stark as to the matters that are still

9    pending before him and we're telling him exactly where it

10   stands and asking for him to stand down on that.  We're

11   providing similar notification to the Court's in Canada,

12   including to the Supreme Court of Canada.

13              THE COURT:  Okay.

14              MR. BROMLEY:  So, you know, our view is

15   everything will be stayed.  Everything will be put -- held

16   in place while the settlement is considered both by you and

17   Justice Newbould, as well as, by our creditors.

18              I would note that with respect to U.S. Plan

19   issues, we do have as a condition to this agreement, the

20   agreement of over 67 percent of the two groups of bonds that

21   we have, both the $4 billion crossover bonds as we refer to

22   them, and the $150 million bonds that have been issued by

23   NNCC, a special purpose finance subsidiary in the United

24   States.

25              THE COURT:  Right.

1          MR. BROMLEY:  So we are -- those were obviously

2    requirements that we wanted to make sure that we would be

3    able to meet the voting requirements under the U.S. Plan

4    process.

5          So when -- we have all that in place.  We are

6    putting in place as well, the architecture for distributions

7    so that once the moneys are -- assuming that the settlements

8    are approved and the moneys are released from the escrow

9    accounts, that we will be able to be in a position in the

10   United States and I think this is true in all the other

11   jurisdictions, to start releasing the funds as quickly as

12   possible.  It will be in 2017, but as quickly as possible to

13   the various constituents around the world.  The one

14   advantage of having this taken -- having taken so long is

15   that most claims have been resolved.

16         THE COURT:  Yes.

17         MR. BROMLEY:  I would note, Your Honor, that, you

18   know, the PBGC's claim has not been resolved.  And I'd like

19   to just spend a moment addressing that.

20         The Plan and the Settlement Agreement makes very

21   clear that the PBGC's claim has not been resolved.  They

22   have a filed claim in the amount of $708 million in the

23   United States.  Those -- that has been filed against every

24   single Debtor under their joint and several powers under

25   ERISA.  The Debtors intend to object to that claim.  And

1   they will be objecting to that claim very soon.  And the

2   Debtors both believe that that -- the claim which has two

3   components is excessive in size.  That it also just in terms

4   of how it's calculated, but also that the claim was

5   increased by over $114 million about five years after the

6   bar date.  Now our view is the bar date is the bar date and

7   it should count for something and the claim should be

8   reduced automatically by that amount.  But that being said,

9   we do believe that the claim is calculated in a manner that

10  grossly inflates the claim against the U.S. Debtors to the

11  detriment of other creditors.

12          And that's an important issue and we intend to

13  address it promptly.  And it may be that we have to have

14  some litigation about that in front of you, but we wanted

15  you to know that.

16          THE COURT:  Yes.

17          MR. BROMLEY:  The --

18          THE COURT:  And presumably, that would have to be

19  before August 31.

20          MR. BROMLEY:  Oh, actually, Your Honor, we would

21  say it should be before January 24.

22          THE COURT:  Right.  Oh, okay, okay.

23          MR. BROMLEY:  It needs to be on an expedited

24  basis.

25          THE COURT:  All right.

1          MR. BROMLEY:  And so, you know, there will be an

2    objection.  The issues will be pretty clear.  There are

3    going to be a number of issues we believe that are able to

4    be determined on the law.  And look, we have not walked away

5    from the opportunity to settle with the PBGC.  I want to

6    make that clear.  It's just that there have been settlement

7    conversations.  There have been proposals delivered by both

8    sides.  And at the present time, we are very far apart.

9          THE COURT:  Okay.

10          MR. BROMLEY:  And it's our hope that that will

11   change, but at the moment, we have to be prepared and we are

12   prepared to take that matter to conclusion through

13   litigation, if necessary.

14          THE COURT:  Okay.

15          MR. BROMLEY:  So, Your Honor, that's I think, you

16   know, overall.  I think maybe some other folks would like to

17   say something.  And certainly, if the PBGC wants to say

18   anything, I'd like to respond.  But at present, that's where

19   the U.S. Debtors are.  Again, we'd like to thank you for

20   your patience in allowing us to get to this result and

21   certainly, once again, thank everybody who's participated in

22   this and for their cooperation.

23          THE COURT:  All right.  Thank you, Mr. Bromley.

24          MR. BROMLEY:  Thank you.

25          MR. PULTMAN:  Good morning, Your Honor.  Jacob

1  Pultman of Allen & Overy.

2              THE COURT:  Yes.

3              MR. PULTMAN:  Good to see you again, Your Honor.

4              THE COURT:  Good to see you again, yes.

5              MR. PULTMAN:  On behalf of the Canadian Debtors

6  and the Monitor, I share Your Honor's view that this is a

7  very complex Settlement Agreement.  I think we can all agree

8  that it's not simply the substance of it that makes it

9  complicated.  It is the process by which we got there.

10             THE COURT:  Yes.

11             MR. PULTMAN:  The number of parties that have

12  helped enter into it.  And it is because of that --

13             THE COURT:  The global nature of it.

14             MR. PULTMAN:  The very nature of it and the

15  environment in which it was reached.  And because of that,

16  it creates a very delicate and sensitive process going

17  forward.  Today's process is a very simple one.  Today is

18  Step 1 in that process and for purposes of today, Your

19  Honor, I think it is a very simple motion which is the

20  motion authorizing entry into the Canadian Currency Escrow

21  Agreement.

22             THE COURT:  And there's no opposition to that?

23             MR. PULTMAN:  There is no opposition.  So

24  thankfully, with respect to today's focus, we think it's a

25  very simple, straightforward matter.  As Mr. Bromley noted

1   on Wednesday, the 19th of October, Justice Newbould

2   considered the application in Canada, approved it.

3   Yesterday, we put that on the docket.

4               THE COURT:  Yes.

5               MR. PULTMAN:  I have copies of that, if Your

6   Honor requires.

7               THE COURT:  I have that, yes.  Yes, thank you.

8               MR. PULTMAN:  So for purpose of today, we join in

9   Mr. Bromley's application, the application of the Debtors

10  asking Your Honor to authorize it.  There's a lot we could

11  do to spend the time fighting about some commentary in the

12  PBGC's response.  We think today is not the day for that.

13  The Plan will come.  There may or may not be objections.  We

14  can speak to it at that time and if it's necessary, we

15  reserve the right, Your Honor, to speak at that time.  But

16  we ask Your Honor to approve the motion as a very important

17  first step to accomplishing what has been a long awaited

18  settlement.

19              THE COURT:  All right, thank you.

20              MR. PULTMAN:  Thank you, Your Honor.

21              THE COURT:  Thank you, thank you.  Mr. Leblanc,

22  don't say anything to upset the settlement.

23                          (Laughter)

24              MR. LEBLANC:  I certainly don't think I will,

25  Your Honor.  I just wanted to add a little to what Mr.

1  Bromley said really in just two places.  One, I won't give

2  you exact numbers, but just to give the Court even an update

3  on what he said, over two-thirds is absolutely correct.  I

4  think the numbers for the NNCC Bonds is over 90 percent that

5  have joined in the settlement.  And for the Crossover Bonds,

6  I believe the number right as we sit here today is over 80

7  percent that have joined in that.  And that's in the

8  aggregate, almost or just over $4 billion worth of claims

9  against these estates.  So that's well in excess of $3

10 billion worth of bondholders who have joined in the

11 settlement and have bound themselves to the Plans, to

12 support the Plans that are going to be put before the Court.

13          Your Honor, and the only other point I wanted to

14 make and their -- the Debtors' response to the PBGC Motion

15 lays this out, but with respect to the IFSA, and I want to

16 be clear about what the parties have done here, as Mr.

17 Bromley said, there -- the selling Debtors all need to

18 approve a distribution under the IFSA.  And if that happens,

19 then there doesn't have to be a litigation.

20          THE COURT:  Right.

21          MR. LEBLANC:  And that's the Section 12(b)(1).

22 But there's even a further wrinkle on that that I think is

23 important for the Court to keep in mind as the process moves

24 forward.  And that is that each of the Canadian Debtor and

25 the U.S. Debtors further agreed in the IFSA that they

1   wouldn't approve an allocation under that 12(b)(1) unless

2   they also had the support of the creditor -- their main

3   creditor constituencies.

4           And I think that's important because it's not as

5   though the Debtors just got together and came to the

6   resolution that's contained in the Settlement Agreement.  It

7   was many, many more parties, including my client's and the

8   UCC in the United States.  And so, the IFSA, we talked

9   colloquially about their being five keys to the lockbox and

10  there are two ways to open that lockbox.   One is with brute

11  force through a litigation which we've gone down that road

12  for some time.  The other way is the five -- what we believe

13  to be five keys to that lockbox could all be placed in it,

14  opened at the same time.  Those five keys are the three main

15  selling Debtors; the EMEA Estate, the Canadian Estate, the

16  U.S. Estate.  And then because the consent of both the

17  Bondholder Group and the UCC is an expressed requirement of

18  the IFSA, that you had to have that as well --

19          THE COURT:  Yes.

20          MR. LEBLANC:  -- as an additional protection.

21  And the Bondholder consent is actually a requirement both

22  for the Monitor to use its key and for the U.S. Debtor to

23  use its key.  And I think it's important to keep that in

24  mind as you think about this and as we move this forward.

25  And again, today's not the time to deal with it, but the

1  reason it's important to think about that is each of the

2  creditor constituencies, and we're not a fiduciary for

3  anybody other than our own clients.  I concede that.  But we

4  are the largest creditor constituency in both the U.S. and

5  in Canada.

6              THE COURT:  Yes.

7              MR. PULTMAN:  We fully support the settlement.

8  The UCC of which the PBGC is a member, also was an active

9  part of these negotiations and is a fiduciary for all

10 creditors in these estates.  And the UCC used their key as

11 well to open this lockbox.  And we'll hear a lot of things

12 as we move forward about why you shouldn't or you can't

13 affect the issues that are pending on appeal, but the issues

14 that are pending on appeal is if we tried that brute force

15 approach to opening the lockbox and went down 12(b)(2) and

16 said we're going to get decisions and force that lockbox

17 open through an adversarial process.  We have chosen a

18 different route.

19             THE COURT:  Yes.

20             MR. LEBLANC:  And everybody who has a key to that

21 lockbox, including a fiduciary on -- two fiduciaries for the

22 U.S. Creditors, and including the single largest creditor

23 probably constituting something in the range of 80 percent

24 of all debts in the United States, our group, has said, we

25 all want the lockbox to be opened on these terms.

1              And so I only wanted to make that point because

2      the Debtors rightly said that it's the selling Debtors each

3      who have a key can open -- each can agree and open that

4      lockbox, but it doesn't just stop there because the IFSA

5      also makes sure that the U.S. Estate couldn't do that

6      without the support, which it actively has of its

7      overwhelmingly largest creditor and its fiduciary for all of

8      its creditors, including the PBGC.

9              And I wanted to just give that additional context

10     because I think it -- as everyone has said, I was here.

11     I've made this point a few times.  I was here, we're coming

12     up close to the eight year anniversary on this and I was

13     here on those first days with a dispute and it's good to be

14     back to finally be -- seeing the light at the end of the

15     tunnel and a way to wrap this up and get distributions

16     actually out to people.  And we will be active in urging

17     that the Court do that on the earliest opportunity.

18              THE COURT:  All right.

19              MR. LEBLANC:  So unless Your Honor has any

20     questions for me, thank you for --

21              THE COURT:  No.

22              MR. LEBLANC:  -- the time.  Thank you.

23              THE COURT:  Thank you, Mr. Leblanc.  Mr. Hodara,

24     good morning.

25              MR. HODARA:  Good morning, Your Honor.  Fred

1   Hodara for the Official Committee from Akin, Gump, Strauss,

2   Hauer & Feld.

3          So, Your Honor, I rise only to say that the

4   Committee concurs in Mr. Leblanc's analysis that he just

5   walked through.  I think that it's obvious to the Court all

6   of the parties that have signed the Settlement Agreement and

7   the Committee, of course, is one of those.  But the analysis

8   that Mr. Leblanc walked through of the nature of the

9   settlement and the route that was taken by the parties to

10  get there, I think is important and I wanted to be clear

11  that the Committee supports that analysis and that view.

12         There's been a lot of discussion already this

13  morning by Mr. Bromley about the PBGC.  Your Honor's aware

14  that they are a member of our Creditors Committee.

15         THE COURT:  Yes, yes.

16         MR. HODARA:  And have been from the very

17  beginning of the case.  I want to be clear that they have

18  throughout recognized all of their duties and have been an

19  upstanding member of the Committee.  It's our hope that the

20  Committee may be useful in helping to bridge the gap that

21  was described between the parties, so that this can be a

22  fully consensual arrangement from all corners.  Thank you,

23  Your Honor.

24         THE COURT:  All right.  Thank you, Mr. Hodara.

25         MR. MURRELL:  Good morning, Your Honor.  Vincente

1  Matias Murrell on behalf of the Pension Benefit Guarantee

2  Corporation.

3              THE COURT:  Yes, good morning.

4              MR. MURRELL:  Good morning, Your Honor.  Good to

5  be in front of you again.

6              THE COURT:  Yes, sir.

7              MR. MURRELL:  Your Honor, PBGC has some

8  statements to say.  I yield to PBGC's outside counsel, Ben

9  Feder of Kelley, Drye & Warren.

10              THE COURT:  All right, thank you.  Good morning.

11              MR. FEDER:  Good morning, Your Honor.  For the

12  record, Benjamin Feder of Kelley, Drye & Warren on behalf of

13  the Pension Benefit Guarantee Corporation.  I am keenly

14  aware of how late I'm arriving to this party and --

15              THE COURT:  Well, you were a member of the

16  Committee, so obviously, you were involved.  Well, maybe not

17  your firm, but the PBGC.

18              MR. FEDER:  No, the PBGC has been here from the

19  beginning.

20              THE COURT:  Yes.

21              MR. FEDER:  Our firm has just been engaged.

22              THE COURT:  Yes.

23              MR. FEDER:  So I will be very brief.  As has been

24  stated, we are not objecting to the motion before the Court

25  today.  The PBGC filed their response and this was primarily

1  with respect to the Debtors' characterization of the

2  settlement as global.  Obviously, a significant number of

3  parties are involved, probably most of them, but as has been

4  noted, PBGC is not part of this.  The Trade Consortium is

5  not part of this.  And we simply wanted to bring to the

6  Court's attention certain key issues which PBGC believes

7  have been raised by the settlement and we'll be before the

8  Court.

9           And I don't think anything else needs to be said

10 about them, our pleading speaks for itself as does the

11 Debtors' reply.  And obviously, the PBGC believes strongly

12 in the validity of its claims and, as well as, the potential

13 issues raised by the Settlement Agreement.

14          I stand here today, I simply wish to emphasize

15 that while the gap between the Debtors and the PBGC is not

16 insignificant, we remain willing and ready to engage with

17 the Debtors and any other parties to the Settlement

18 Agreement in order to try and achieve a consensual outcome

19 here.  Thank you.

20          THE COURT:  All right.  Thank you, Mr. Feder.

21          MR. SCHLERF:  Good morning, Your Honor.

22          THE COURT:  Yes, good -- I'm sorry, good morning.

23          MR. SCHLERF:  Jeffrey Schlerf for the Nortel

24 Trade Claims Consortium, Your Honor.  If you recall, our co-

25 counsel is Steve Pohl at Brown Rudnick who is in trial this

1    week and unfortunately could not make it.

2            THE COURT:  All right.

3            MR. SCHLERF:  Your Honor, obviously, we're not

4    objecting to this motion before you this morning, but just

5    wanted to very, very briefly explain our position vis-a-vis

6    the settlement.

7            We are a party to the Third Circuit Appeal.  We

8    were one of the principals at the mediation.  Our group has

9    not signed onto the Settlement Agreement yet.  Our group is

10   still with counsel reviewing it.  We may or may not

11   ultimately be onboard.  If we decide not to be a party to

12   the settlement, we still have a live appeal which we plan to

13   pursue.  That's really all I have to say, Your Honor.

14           THE COURT:  All right.

15           MR. SCHLERF:  Thank you.

16           THE COURT:  Thank you, Mr. Schlerf.  Anyone else?

17                (No audible response.)

18           THE COURT:  Well today's matter is uncontested.

19   And I'm certainly satisfied supported by business judgment,

20   sound business purpose.  It's proposed in good faith.  And

21   the Debtors are receiving fair and reasonable value in

22   exchange, so I'm going to approve the motion.  I've said

23   very little because I recognize and someone said how complex

24   and delicate a situation that I'm dealing with and you all

25   are dealing with.  And there's more to be done and the Court

1  is available and will be ready to act accordingly.  I

2  certainly would wish that the PBGC and the other parties to

3  the settlement engage in discussion or particularly with the

4  Debtors I should say and I'm sure that they will.  And with

5  that, I will be pleased to sign the Order.

6           ALL:  Thank you, Your Honor.

7           THE COURT:  All right.  I think I have the Order

8  and I'll sign that --

9           MR. BROMLEY:  You do, Your Honor.

10           THE COURT:  Yes, I do.  All right.  Thank you,

11  everyone for attending.

12           ALL:  Thank you, Your Honor.

13           THE COURT:  And with that, we will stand in

14  recess and good afternoon -- good morning, to you.

15           MR. BROMLEY:  Thank you, Your Honor.

16  (Whereupon, at 11:32 a.m., the hearing was adjourned.)

17

18                      CERTIFICATION

19       I certify that the foregoing is a correct

20  transcript from the electronic sound recording of the

21  proceedings in the above-entitled matter.

22

23

24  _____          October 25, 2016 ___
25  Traci L. Calaman Transcriber                     Date
26  Diaz Transcription Services

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **12(b)(1)(3)** 17:17  24:21  25:1 | | **and**(182) 5:12  5:13  7:19  8:5  8:10  8:11 | | **away**(1) 21:4 | | **calaman**(1) 32:25 |
| **12(b)(2)(1)** 26:15 | | 8:13  8:16  8:22  8:25  8:25  9:1  9:3  9:4  9:6 | | **back**(5) 11:20  13:19  16:9  17:22  27:14 | | **calculated**(2) 20:4  20:9 |
| **a.m**(3) 1:15  7:1  32:16 | | 9:19  9:24  10:3  10:8  10:8  10:11  10:12 | | **badtke-berkow**(1) 2:12 | | **call**(1) 13:9 |
| **abbott**(5) 7:4  7:6  7:10  7:14  7:18 | | 10:20  10:21  10:22  10:25  11:1  11:2  11:3 | | **bad**(7) 2:35  4:42  4:42  6:13  10:22  10:23 | | **came**(4) 10:25  14:24  15:10  25:5 |
| **able**(4) 8:19  19:3  19:9  21:3 | | 11:3  11:4  11:11  11:14  11:20  11:23  12:6 | | 11:6 | | **can**(13) 9:11  10:22  13:25  13:19  14:13 |
| **about**(18) 8:17  9:12  10:11  14:10  14:18 | | 12:16  12:18  13:4  13:6  13:9  13:12  13:21 | | | | 14:14  16:11  16:11  22:7  23:14  27:3  27:3 |
| 16:6  16:11  17:10  20:5  20:14  23:11  24:16 | | 13:24  13:24  14:8  14:11  14:17  14:18  14:19 | | **bankruptcy**(2) 1:1  1:20 | | 28:21 |
| 25:9  25:24  26:1  26:12  28:13  30:10 | | 14:21  14:23  14:24  15:1  15:2  15:5  15:9 | | **banks**(2) 10:17 | | **can't**(1) 26:12 |
| | | 15:9  15:10  15:12  15:13  15:21  15:22  16:8 | | **bar**(3) 20:6  20:6  20:6 | | **canada**(15) 5:29  10:22  10:23  10:24  11:5 |
| **aboveentitled**  (1) 32:21 | | 16:10  16:14  16:18  17:7  17:11  17:11  17:16 | | **basically**(1) 10:17 | | 11:9  11:13  13:7  15:5  15:9  16:19  18:11 |
| **abrams**(1) 2:18 | | 17:25  18:1  18:5  18:6  18:9  18:10  18:16 | | **basis**(2) 17:24  20:24 | | 18:12  23:2  26:5 |
| **absolutely**(1) 24:3 | | 18:22  19:8  19:10  19:18  19:20  19:24  19:25 | | **bayard**(1) 3:4 | | |
| **accomplishing**(1) 23:17 | | 20:1  20:6  20:7  20:12  20:12  20:13  20:18 | | **because**(11) 12:12  15:21  16:2  22:12  22:15 | | **canadian**(13) 5:4  9:20  9:21  10:4  10:4  11:4 |
| **according**(1) 13:5 | | 21:1  21:4  21:8  21:10  21:11  21:17  21:20 | | 25:4  25:16  27:1  27:4  27:10  31:23 | | 11:14  11:20  17:6  22:5  22:20  24:24  25:15 |
| **accordingly**(1) 32:1 | | 21:22  22:6  22:12  22:14  22:15  22:16  22:18 | | | | |
| **account**(2) 10:23  12:6 | | 22:22  23:14  24:5  24:7  24:11  24:13  24:14 | | **been**(30) 8:10  8:10  8:13  8:16  9:24  10:2 | | **canadian's**(1) 17:21 |
| **accounts**(3) 10:11  10:21  19:9 | | 24:15  24:18  24:21  24:24  24:24  25:4  25:5 | | 10:12  10:14  12:23  13:6  13:6  15:4  15:6 | | **cannot**(1) 10:20 |
| **achieve**(2) 9:5  30:18 | | 25:7  25:8  25:9  25:16  25:17  25:21  25:22 | | 16:4  18:22  19:15  19:18  19:21  19:23  21:6 | | **cantwell**(1) 6:6 |
| **act**(1) 32:1 | | 25:23  25:24  25:25  26:2  26:4  26:9  26:10 | | 21:7  23:17  28:12  28:16  28:18  29:18  29:21 | | **capital**(5) 5:36  5:40  6:9  10:11  10:25 |
| **active**(2) 26:8  27:16 | | 26:11  26:15  26:15  26:16  26:20  26:22  27:1 | | 29:23  30:3  30:7 | | **capsulize**(1) 17:1 |
| **actively**(1) 27:6 | | 27:3  27:7  27:9  27:12  27:13  27:15  27:15 | | | | **capture**(1) 17:4 |
| **actually**(4) 10:12  20:20  25:21  27:16 | | 27:16  28:6  28:9  28:10  28:11  28:16  28:18 | | **before**(10) 1:19  8:5  8:19  18:9  20:19  20:21 | | **captured**(1) 17:9 |
| **add**(1) 23:25 | | 29:14  29:25  30:5  30:7  30:9  30:11  30:12 | | 24:12  29:24  30:7  31:4 | | **captures**(1) 17:5 |
| **additional**(2) 25:20  27:9 | | 30:15  30:16  30:17  30:18  31:1  31:19  31:20 | | | | **careful**(1) 17:22 |
| **address**(3) 7:16  12:25  20:13 | | 31:21  31:23  31:24  31:24  31:25  31:25  32:1 | | **beginning**(2) 28:17  29:19 | | **carefully**(3) 8:21  11:24  14:12 |
| **addressing**(1) 19:19 | | 32:2  32:4  32:4  32:8  32:13  32:14 | | **behalf**(3) 22:5  29:1  29:12 | | **caroline**(1) 4:15 |
| **adjourned**(1) 32:16 | | | | **being**(4) 17:25  17:25  20:8  25:9 | | **case**(7) 1:5  8:16  8:17  12:17  17:2  17:23 |
| **administered**(1) 1:6 | | **andrew**(2) 2:19  3:18 | | **believe**(6) 18:7  20:2  20:9  21:3  24:6  25:12 | | 28:17 |
| **administrator**(1) 17:8 | | **angela**(1) 5:21 | | **believes**(2) 30:6  30:11 | | |
| **administrators**(2) 4:4  4:14 | | **animus**(1) 8:24 | | **belknap**(1) 4:28 | | **cases**(1) 8:10 |
| **advance**(1) 16:22 | | **anniversary**(1) 27:12 | | **ben**(1) 29:8 | | **cash**(4) 9:16  9:16  10:13  11:17 |
| **advantage**(1) 19:14 | | **another**(1) 14:11 | | **benefit**(2) 29:1  29:13 | | **cassels**(1) 5:32 |
| **adversarial**(1) 26:17 | | **anthony**(1) 4:21 | | **benjamin**(2) 2:47  29:12 | | **ccc**(1) 17:7 |
| **affect**(1) 26:13 | | **any**(4) 13:1  15:20  27:19  30:17 | | **bet**(1) 8:1 | | **cede**(1) 7:16 |
| **after**(2) 10:1  20:5 | | **anybody**(1) 26:3 | | **between**(2) 28:21  30:15 | | **center**(1) 2:26 |
| **afternoon**(2) 9:2  32:14 | | **anymore**(1) 15:21 | | **billion**(5) 10:12  11:16  18:21  24:8  24:10 | | **certain**(1) 30:6 |
| **again**(8) 7:19  10:25  21:19  21:21  22:3  22:4 | | **anyone**(1) 31:16 | | **bills**(1) 11:14 | | **certainly**(6) 8:20  21:17  21:21  23:24  31:19 |
| 25:25  29:5 | | **anything**(3) 21:18  23:22  30:9 | | **bilmes**(1) 5:37 | | 32:2 |
| **against**(3) 19:23  20:10  24:9 | | **apart**(1) 16:10  16:12  21:8 | | **bit**(1) 7:12 | | |
| **aggregate**(1) 24:8 | | **apologize**(2) 9:7  12:19 | | **blackwell**(1) 5:32 | | **certification**(1) 32:18 |
| **agree**(4) 14:14  15:12  22:7  27:3 | | **appeal**(4) 26:13  26:14  31:7  31:12 | | **bondholder**(5) 12:16  12:17  17:6  25:17 | | **certify**(1) 32:19 |
| **agreed**(7) 12:7  13:6  15:22  16:15  17:11 | | **appeals**(3) 15:4  15:4  18:5 | | 25:21 | | **change**(1) 21:11 |
| 17:14  24:25 | | **appearances**(3) 4:12  5:1  6:1 | | | | **chapman**(1) 4:6 |
| | | **application**(3) 23:2  23:9  23:9 | | **bondholders**(4) 3:11  4:33  11:19  24:10 | | **chapter**(1) 1:8 |
| **agreeing**(2) 14:25  16:13 | | **approach**(1) 26:15 | | **bonds**(5) 18:20  18:21  18:22  24:4  24:5 | | **characterization**(1) 30:1 |
| **agreement**(24) 9:3  9:15  11:24  11:24  11:25 | | **approval**(4) 13:8  13:9  13:10  15:18 | | **both**(11) 8:22  14:25  16:5  16:18  18:16 | | **chase**(1) 10:22 |
| 12:16  14:9  14:9  15:1  15:24  16:2  17:1 | | **approved**(4) 23:16  24:18  25:1  31:22 | | 18:21  20:2  21:7  25:16  25:21  26:4 | | **checked**(1) 10:25 |
| 17:2  18:4  18:19  18:20  19:20  19:20  22:7  22:21 | | **approved**(5) 9:19  14:12  15:18  19:8  23:2 | | | | **chief**(1) 15:10 |
| 25:6  26:30  30:13  30:18  31:9 | | **approving**(1) 8:9 | | **botter**(1) 2:33 | | **chipman**(2) 3:36  3:37 |
| | | **arbitration**(2) 14:19  14:21 | | **bound**(1) 24:11 | | **choice**(1) 11:3 |
| **aisle**(1) 8:23 | | **architecture**(1) 19:6 | | **box**(1) 3:32 | | **chosen**(1) 26:17 |
| **akin**(3) 2:31  4:20  28:1 | | **are**(33) 8:5  9:18  9:20  10:10  14:13  15:4 | | **brian**(1) 4:29 | | **christopher**(1) 2:25 |
| **al.**(1) 1:8 | | 16:2  17:1  17:21  18:5  18:8  19:1  19:5  19:7 | | **bridge**(1) 28:20 | | **chung**(1) 4:43 |
| **alberto**(1) 3:5 | | 19:8  19:9  21:2  21:5  21:8  21:11  21:19 | | **brief**(1) 29:23 | | **cicero**(1) 3:36 |
| **all**(39) 7:8  8:12  8:25  9:18  9:24  10:13 | | 24:12  25:10  25:14  26:4  26:13  26:14  28:14 | | **briefly**(1) 31:5 | | **circuit**(1) 31:7 |
| 10:14  11:13  14:9  16:8  17:4  17:11  19:5 | | 29:24  30:3  31:7  31:21  31:25 | | **bring**(1) 30:5 | | **circulars**(1) 13:9 |
| 19:10  20:25  21:23  22:7  23:19  24:17  25:13 | | | | **brock**(1) 5:32 | | **citibank**(1) 10:3 |
| 26:9  26:24  26:25  27:7  27:18  28:5  28:18 | | **around**(1) 19:13 | | | | **claim**(10) 19:18  19:21  19:22  19:25  20:1 |
| 28:22  28:24  29:10  30:20  31:2  31:13  31:14 | | **arrangement**(1) 11:17  28:22 | | **bromley**(53) 1:25  7:16  7:18  7:20  7:23 | | 20:2  20:4  20:7  20:9  20:10 |
| 31:24  32:6  32:7  32:10  32:12 | | **arriving**(1) 29:14 | | 7:25  8:2  8:4  8:8  9:6  9:11  9:24  10:7  10:20 | | |
| | | **aside**(2) 8:23  8:25 | | 11:9  11:11  11:22  12:5  12:11  12:21  12:25 | | **claimants**(2) 3:4  5:24 |
| **allen**(2) 2:10  22:1 | | **ask**(2) 18:5  23:16 | | 13:12  13:16  13:19  13:22  13:24  14:2  14:5 | | **claims**(3) 3:29  19:15  24:8  30:12  30:24 |
| **allocation**(5) 8:9  14:10  15:21  15:22  25:1 | | **asking**(3) 15:20  18:10  23:10 | | 14:17  14:20  14:23  15:8  15:17  16:1  16:18 | | **clear**(7) 17:4  19:21  21:2  21:6  24:16  28:10 |
| **allowing**(1) 21:20 | | **assuming**(1) 19:7 | | 17:16  18:14  19:1  19:17  19:17  20:20  20:23 | | 28:17 |
| **almost**(1) 24:8 | | **attached**(1) 11:25 | | 21:1  21:10  21:15  21:23  21:24  22:25  24:1 | | |
| **already**(1) 28:12 | | **attending**(1) 32:11 | | 24:17  28:13  32:9  32:15 | | **cleary**(2) 1:24  6:4 |
| **also**(5) 20:3  20:4  25:2  26:8  27:5 | | **attention**(1) 30:6 | | | | **clerk**(1) 7:2 |
| **amer**(1) 5:13 | | **attracted**(1) 7:4  7:10 | | **bromley's**(1) 23:9 | | **client's**(1) 25:7 |
| **america**(3) 2:35  4:42  4:42 | | **audible**(1) 31:17 | | **brown**(2) 3:36  30:25 | | **clients**(1) 26:3 |
| **americas**(1) 2:13 | | **august**(2) 16:21  20:19 | | **brute**(2) 25:10  26:14 | | **close**(1) 27:12 |
| **among**(1) 12:7 | | **authorities**(1) 17:7 | | **bryant**(1) 2:34 | | **cole**(2) 3:36  4:24 |
| **amount**(5) 9:20  11:15  12:5  19:22  20:8 | | **authorize**(1) 23:10 | | **buchanan**(1) 2:4 | | **collateralized**(1) 10:13 |
| **analysis**(3) 28:4  28:7  28:11 | | **authorizing**(1) 22:20 | | **built**(2) 8:24  16:19 | | **colleague**(1) 7:20 |
| | | **automatically**(1) 20:8 | | **business**(2) 31:19  31:20 | | **colleagues**(1) 16:9 |
| | | **available**(1) 32:1 | | **but**(34) 7:11  8:12  8:20  9:7  10:15  10:23 | | **colloquially**(1) 25:9 |
| | | **ave**(1) 3:6 | | 12:6  12:25  14:11  15:13  15:19  16:5  16:13 | | **come**(3) 10:9  18:3  23:13 |
| | | **avenue**(4) 2:13  2:20  2:48  3:25 | | 16:22  17:4  17:11  19:12  20:4  20:8  20:14 | | **coming**(2) 8:10  27:11 |
| | | **awaited**(1) 23:17 | | 21:11  21:18  23:15  24:12  24:15  24:22  25:25 | | **commentary**(1) 23:11 |
| | | **aware**(2) 28:13  29:14 | | 26:3  26:13  27:4  28:7  29:17  30:3  31:4 | | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| committee(11) 2:25 4:20 5:5 5:8 1 28:4 28:7 28:11 28:14 28:19 28:20 29:16 | | crichlow(1) 4:39 | | easy(2) 10:2 16:4 | | finance(1) 18:23 | |
| | | crisis(1) 10:8 | | ecro(1) 1:31 | | financial(1) 10:7 10:8 | |
| company(2) 5:12 5:13 | | crossover(2) 18:21 24:5 | | effort(1) 8:11 | | fine(1) 13:21 | |
| complex(2) 22:7 31:23 | | currencies(2) 9:17 10:16 | | eguchi(1) 5:17 | | finnigan(1) 5:24 | |
| complicated(8) 8:16 9:4 9:6 10:10 16:3 16:8 16:11 22:9 | | currency(4) 9:14 12:22 13:1 22:20 | | eight(1) 27:12 | | firm(2) 29:17 29:21 | |
| | | current(1) 18:5 | | electronic(2) 1:39 32:20 | | first(5) 7:15 8:8 8:12 9:13 16:7 16:7 23:17 27:13 | |
| components(1) 20:3 | | d.j(1) 5:25 | | element(1) 9:15 | | | |
| conaway(1) 4:4 | | daily(1) 17:24 | | else(4) 12:6 17:9 30:9 31:16 | | five(5) 20:5 25:9 25:12 25:13 25:14 | |
| concede(1) 26:3 | | date(7) 13:25 16:20 16:23 20:6 20:6 20:6 32:25 | | emea(1) 1:36 | | floor(1) 3:13 | |
| concerns(1) 8:25 | | | | emphasize(1) 30:14 | | focus(1) 22:24 | |
| conclusion(1) 18:19 | | | | employees(1) 5:28 | | focused(1) 8:21 | |
| concurs(1) 28:4 | | dates(1) 13:8 | | end(2) 16:23 27:14 | | folks(1) 21:16 | |
| condition(1) 18:19 | | david(2) 2:33 4:25 4:39 | | ended(1) 16:13 | | following(3) 10:7 10:9 13:24 | |
| confirmation(1) 14:3 | | day(2) 14:11 23:12 | | engage(2) 30:16 32:3 | | for(65) 1:12 1:24 2:4 2:17 2:24 2:39 3:4 3:10 3:23 3:29 3:36 3:43 4:4 4:14 4:19 4:24 4:28 4:32 4:36 4:42 5:4 5:8 5:12 5:16 5:24 5:28 5:32 5:36 6:4 6:9 8:13 8:23 9:13 11:11 12:19 14:2 14:11 15:11 15:20 18:5 18:10 19:6 20:7 21:19 21:22 22:18 23:8 23:12 24:4 24:5 24:23 25:12 25:22 25:22 26:2 26:9 26:21 27:7 27:20 27:20 28:1 29:11 30:10 30:23 32:11 | |
| conflicts(1) 17:8 | | days(4) 10:2 10:7 17:23 27:13 | | engaged(1) 29:21 | | | |
| consensual(3) 28:22 30:18 | | dead(1) 16:20 | | enormous(1) 17:10 | | | |
| consent(2) 25:16 25:21 | | deadlines(1) 16:19 | | enter(1) 22:12 | | | |
| considered(2) 18:16 23:2 | | deal(3) 8:5 18:2 25:25 | | entered(1) 12:12 | | | |
| consortium(4) 3:30 17:9 30:4 30:24 | | dealing(2) 31:24 31:25 | | entire(1) 17:2 | | | |
| constituencies(2) 25:3 26:2 | | dean(1) 4:25 | | entry(1) 22:20 | | | |
| constituency(1) 26:4 | | debenture(2) 3:23 4:28 | | environment(1) 22:15 | | | |
| constituents(1) 19:13 | | debtor(4) 6:4 19:24 24:24 25:22 | | eric(2) 4:33 5:37 | | | |
| constitute(1) 17:16 | | debtors(28) 1:12 1:24 9:20 11:4 11:18 13:4 13:5 17:5 17:6 19:25 20:2 20:10 21:19 22:5 23:9 24:14 24:17 24:25 25:5 25:15 27:2 27:2 30:11 30:15 30:11 31:21 32:4 | | erisa(1) 19:25 | | force(3) 25:11 26:14 26:16 | |
| constituting(1) 26:23 | | | | error(2) 12:18 12:18 | | foregoing(1) 32:19 | |
| consultation(1) 13:7 | | | | escrow(5) 11:24 11:24 12:16 19:8 22:20 | | form(1) 12:4 | |
| contact(1) 12:6 | | | | esq(38) 1:25 1:26 2:5 2:11 2:12 2:18 2:19 2:25 2:32 2:32 2:42 2:46 2:47 3:5 3:11 3:18 3:24 3:30 3:37 3:45 4:6 4:16 4:21 4:25 4:29 4:33 4:37 4:39 5:5 5:9 5:13 5:17 5:21 5:25 5:29 5:33 6:6 6:10 | | former(2) 5:28 15:10 | |
| contained(1) 25:6 | | | | | | forward(4) 22:17 24:24 25:24 26:12 | |
| context(1) 27:9 | | | | | | fox(1) 3:29 | |
| continued(5) 2:2 3:2 4:2 5:2 6:2 | | debts(1) 26:24 | | | | frank(1) 10:8 | |
| contrarian(1) 5:40 | | december(2) 13:15 13:22 | | | | fred(2) 2:32 27:25 | |
| conversations(1) 21:7 | | decide(1) 31:11 | | esquire(1) 6:14 | | french(2) 17:7 17:8 | |
| conversion(3) 9:14 11:23 13:1 | | decided(1) 11:5 | | estate(4) 25:15 25:15 25:16 27:5 | | friday(1) 7:1 | |
| convert(1) 10:20 | | decisions(1) 26:16 | | estates(2) 24:9 26:10 | | from(11) 13:5 15:3 15:18 18:8 19:8 21:5 28:1 28:16 28:22 29:18 32:20 | |
| converted(3) 9:17 10:4 11:19 | | deep(1) 8:23 | | esther(1) 4:43 | | | |
| cooperation(2) 8:14 21:22 | | delaware(2) 1:2 1:12 | | even(2) 24:2 24:22 | | | |
| coordinating(1) 17:24 | | delicate(2) 22:16 31:24 | | event(1) 9:18 | | front(3) 11:23 20:14 29:5 | |
| coordination(1) 17:22 | | delivered(1) 21:7 | | every(4) 15:23 17:2 17:12 19:23 | | fruition(1) 15:11 | |
| copies(1) 23:5 | | department(1) 3:43 | | everybody(2) 21:21 26:20 | | full(2) 7:4 7:10 | |
| core(2) 14:7 17:4 | | deposit(2) 10:1 10:24 | | everyone(7) 7:3 8:12 8:22 9:4 17:8 27:10 32:11 | | fully(3) 12:3 26:17 28:22 | |
| corners(1) 23:5 | | described(1) 28:21 | | | | funding(1) 14:8 | |
| corporate(1) 16:9 | | determine(1) 14:15 | | | | funds(4) 10:20 16:14 17:17 19:11 | |
| corporation(2) 29:2 29:13 | | determined(1) 21:4 | | everything(7) 12:6 14:21 15:12 16:21 17:25 18:15 18:15 | | further(2) 24:22 24:25 | |
| correct(4) 11:1 13:16 24:3 32:19 | | detriment(1) 20:11 | | | | gaines(1) 5:41 | |
| could(5) 16:3 18:2 23:10 25:13 31:1 | | diaz(1) 1:33 | | | | gallagher(2) 2:17 5:16 | |
| couldn't(1) 27:5 | | did(3) 12:11 12:15 16:22 | | exact(1) 24:2 | | gang(1) 13:19 | |
| counsel(3) 29:8 30:25 31:10 | | didn't(1) 9:8 | | exactly(4) 12:7 16:15 17:23 18:9 | | gap(2) 28:20 30:15 | |
| count(1) 20:7 | | difference(1) 9:17 | | excess(1) 24:9 | | garth(1) 2:41 | |
| course(2) 16:5 28:7 | | different(1) 26:18 | | excessive(1) 20:3 | | get(9) 8:1 11:12 13:19 17:19 21:20 26:16 27:15 28:10 | |
| court(89) 1:1 7:3 7:6 7:13 7:18 7:22 7:24 8:1 8:7 9:2 9:9 9:23 10:6 10:19 11:8 11:10 11:21 12:2 12:10 12:20 12:24 13:7 13:11 13:14 13:18 13:21 13:23 14:4 14:16 14:18 14:22 15:7 15:16 15:19 15:25 16:17 17:15 18:12 18:13 18:25 19:16 20:16 20:18 20:22 20:25 21:9 21:14 21:23 22:2 22:4 22:10 22:13 22:22 23:4 23:7 23:19 23:21 24:2 24:12 24:20 24:23 25:19 26:6 26:19 27:17 27:18 27:21 27:23 28:5 28:15 28:24 29:3 29:6 29:10 29:15 29:20 29:22 29:24 30:8 30:20 30:22 31:2 31:14 31:16 31:18 31:25 32:7 32:10 32:13 | | difficult(2) 8:11 10:12 | | exchange(1) 31:22 | | | |
| | | dimsdale-gill(1) 5:21 | | exercise(1) 17:10 | | | |
| | | dine(1) 4:37 | | exhibit(1) 12:1 | | ginger(1) 1:31 | |
| | | disclosure(2) 13:4 13:8 | | expedited(1) 20:23 | | give(9) 8:22 9:11 13:3 14:5 24:1 24:2 27:9 | |
| | | discussion(2) 28:12 32:3 | | explain(2) 8:15 31:5 | | global(2) 22:13 30:2 | |
| | | dispute(10) 8:9 8:18 14:7 14:8 14:14 14:20 14:25 15:15 15:17 27:13 | | expressed(1) 25:17 | | going(8) 9:20 11:12 16:10 21:3 22:16 24:12 26:16 31:22 | |
| | | | | extraordinary(1) 8:11 | | | |
| | | distributed(1) 11:18 | | fact(1) 8:20 | | | |
| | | distribution(1) 24:18 | | failing(1) 14:14 | | gone(1) 25:11 | |
| | | distributions(2) 19:6 27:15 | | failure(1) 8:19 | | good(27) 7:3 7:6 7:19 7:22 7:24 7:25 8:2 8:12 13:18 21:25 22:3 22:4 27:13 27:24 27:25 28:25 29:3 29:4 29:4 29:10 29:11 30:21 30:22 30:22 31:20 32:14 32:14 | |
| | | district(1) 1:2 | | fair(1) 31:21 | | | |
| | | dla(1) 5:4 | | faith(1) 31:20 | | | |
| | | docket(1) 23:3 | | fall(2) 16:10 16:12 | | | |
| | | document(1) 12:4 | | far(1) 21:8 | | | |
| | | dodd(1) 10:8 | | farnan(2) 7:21 15:10 | | | |
| | | does(3) 13:1 17:4 30:10 | | farr(2) 2:17 5:16 | | got(2) 22:9 25:5 | |
| | | doesn't(2) 24:19 27:4 | | feder(8) 2:47 29:9 29:11 29:12 29:18 29:21 29:23 30:20 | | gottlieb(2) 1:24 6:4 | |
| | | doing(1) 16:13 | | | | granting(1) 12:13 | |
| | | dollars(8) 9:22 9:25 10:4 10:5 11:16 11:19 11:20 11:20 | | feel(1) 11:11 | | great(1) 8:5 | |
| | | | | feld(3) 2:31 4:20 28:2 | | gross(1) 1:19 | |
| | | | | few(1) 27:11 | | grossly(1) 20:10 | |
| | | don't(3) 23:22 23:24 30:9 | | fiduciaries(1) 26:21 | | group(9) 3:10 4:32 12:16 12:17 17:6 25:17 26:24 31:8 31:9 | |
| | | done(5) 9:1 11:22 14:6 24:16 31:25 | | fiduciary(4) 26:2 26:9 26:21 27:7 | | | |
| | | down(6) 9:1 11:1 14:24 18:10 25:11 26:15 | | fight(1) 14:10 | | | |
| | | drop(1) 16:20 | | fighting(1) 23:11 | | groups(1) 18:20 | |
| | | drye(2) 2:46 29:9 29:12 | | filed(5) 12:23 18:2 19:22 19:23 29:25 | | grout(1) 5:24 | |
| | | during(1) 7:21 | | filing(2) 13:4 17:20 17:21 18:7 | | guarantee(2) 29:1 29:13 | |
| | | duties(1) 28:18 | | finalized(1) 12:4 | | guiney(1) 4:29 | |
| | | each(4) 24:24 26:1 27:2 27:3 | | finally(1) 27:14 | | gump(3) 2:31 4:20 28:1 | |
| | | earliest(1) 27:17 | | | | | |
| | | early(1) 17:23 | | | | | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

**had**(8) 8:24 9:7 10:1 14:18 15:4 18:7 25:2 25:18

**hadley**(2) 3:17 4:32
**hakkenberg**(1) 1:26
**hamilton**(2) 1:24 6:5
**hanrahan**(1) 2:19
**happening**(1) 18:6
**happens**(2) 16:7 24:18
**happily**(1) 7:6
**hard**(2) 8:15 9:4
**harrisburg**(1) 1:35
**harrison**(1) 5:45
**has**(23) 8:10 8:16 9:24 10:14 12:23 13:12 15:23 19:18 19:21 19:21 19:23 20:2 23:17 26:20 26:24 27:6 27:10 27:19 29:7 29:18 29:21 29:23 30:3 31:8

**hauer**(3) 2:31 4:20 28:2
**have**(62) 8:12 8:22 9:1 9:8 9:19 10:2 10:5 10:9 10:22 11:19 11:23 12:4 13:6 14:6 14:7 15:4 15:5 15:13 15:22 16:3 16:4 16:5 16:19 16:20 17:11 17:12 17:14 17:19 18:3 18:19 18:21 18:22 19:5 19:15 19:22 20:13 20:13 20:18 21:4 21:6 21:7 21:11 22:11 23:5 23:7 24:5 24:7 24:10 24:11 24:16 24:19 25:18 26:17 27:3 28:6 28:16 28:17 28:18 30:7 31:12 31:13 32:7

**having**(3) 10:15 19:14 19:14
**hbk**(1) 5:36
**hear**(1) 26:11
**hearing**(6) 7:14 12:8 12:11 13:7 14:2
**held**(1) 18:15
**helped**(1) 22:12
**helping**(1) 28:20
**hercules**(1) 3:38
**here**(15) 9:13 9:13 9:19 15:5 15:9 17:10 17:25 24:6 24:16 27:10 27:11 27:13 29:18 30:14 30:19

**here's**(1) 16:4
**him**(3) 18:9 18:9 18:10
**hoc**(2) 3:10 4:32

**hodara**(6) 2:32 27:23 27:25 28:1 28:16 28:24

**hogan**(1) 5:20
**hold**(4) 10:4 10:12 10:21 15:1
**holding**(1) 10:11
**holdings**(1) 11:13
**home**(1) 16:5
**honor**(41) 7:6 7:11 7:14 7:23 8:4 9:7 11:23 12:14 12:21 13:12 13:17 14:6 19:7 20:20 21:15 21:25 22:3 22:19 23:6 23:10 23:15 23:16 23:20 23:25 24:13 27:19 27:25 28:3 28:23 28:25 29:4 29:7 29:11 30:21 30:24 31:3 31:13 32:6 32:9 32:12 32:15

**honor's**(2) 22:6 28:13
**honorable**(1) 1:19
**hope**(3) 16:21 21:10 28:19
**hoped**(1) 15:4
**hopefully**(1) 8:8
**house**(2) 7:5 7:10
**how**(6) 8:15 9:4 16:11 20:4 29:14 31:23
**hsbc**(1) 6:13
**hubbard**(1) 4:14
**hughes**(1) 4:14
**i'd**(2) 19:18 21:18
**i'll**(2) 7:16 32:8
**i'm**(6) 13:12 13:25 29:14 30:22 31:19 31:22 31:24 32:4

**i've**(2) 27:11 31:22
**iceberg**(1) 10:1
**ifsa**(11) 14:8 14:12 15:23 17:12 17:18 24:15 24:18 24:25 25:8 25:18 27:4

**illuminated**(1) 8:21
**imagine**(1) 8:11
**implement**(2) 16:2 16:14
**important**(9) 15:13 15:22 20:12 23:16 24:23 25:4 25:23 26:1 28:10

**importantly**(1) 17:12
**impossible**(1) 10:18
**inc**(2) 1:8 5:8
**include**(1) 13:1
**includes**(1) 12:5
**including**(5) 18:12 25:7 26:21 26:22 27:8
**increased**(1) 20:5
**indicated**(2) 12:15 13:14
**inflates**(1) 20:10
**inform**(1) 18:4
**information**(2) 12:5 12:6
**ingersoll**(1) 2:4
**insignificant**(1) 30:16
**instead**(1) 11:13
**institution**(2) 10:24 11:12
**institutions**(2) 11:5 11:7
**intend**(2) 19:25 20:12
**interested**(5) 2:17 5:8 5:12 5:16 5:36
**interim**(1) 14:8
**into**(12) 8:23 9:17 10:4 10:16 10:23 10:25 11:20 11:20 16:19 17:23 22:12 22:20

**involved**(3) 8:13 29:16 30:3
**issue**(3) 10:15 14:18 20:12
**issued**(1) 18:22
**issues**(8) 8:21 18:19 21:2 21:3 26:13 26:13 30:6 30:13

**it's**(27) 7:19 8:4 8:10 8:15 9:3 10:12 10:17 11:6 11:12 12:3 15:13 15:14 15:22 20:4 21:6 21:10 22:8 22:24 23:14 25:4 25:23 26:1 27:2 27:13 28:5 28:19 31:20

**its**(6) 25:22 25:23 27:6 27:7 27:8 30:12
**itself**(1) 30:10
**j.p**(1) 10:2
**jacob**(2) 2:11 21:25
**jaime**(1) 4:6
**james**(2) 1:25 3:23
**january**(3) 14:1 14:2 20:21
**jay**(1) 13:25
**jeffrey**(2) 3:30 30:23
**join**(1) 23:8
**joined**(3) 24:5 24:7 24:10
**joint**(5) 4:4 4:14 13:7 14:2 19:24
**jointly**(1) 1:6
**jonathan**(1) 6:14
**jones**(1) 3:10
**joseph**(1) 2:2
**judge**(7) 1:19 1:20 7:20 12:8 14:1 15:10 18:8

**judgment**(1) 31:19
**july**(1) 14:12
**jurisdictions**(2) 16:6 19:11
**just**(19) 7:15 9:11 10:23 13:3 14:5 16:25 19:19 20:3 21:6 23:25 24:1 24:2 24:8 25:5 27:4 27:9 28:4 29:21 31:4

**justice**(5) 3:44 13:14 14:24 18:17 23:1
**justin**(1) 3:5
**karen**(1) 4:37
**kathleen**(1) 2:5
**katten**(1) 4:36
**keane**(1) 3:11
**keenly**(1) 29:13
**keep**(2) 24:23 25:23
**kelley**(2) 29:9 29:12
**kelly**(1) 2:46
**kenney**(1) 3:45
**kevin**(1) 1:19

**key**(7) 9:15 25:22 25:23 26:10 26:20 27:3 30:6

**keys**(3) 25:9 25:13 25:14
**kimberly**(1) 5:41
**kind**(2) 7:21 16:25
**king**(3) 2:27 3:46 4:8
**know**(12) 8:17 8:20 10:13 16:8 16:11 16:25 16:25 18:14 19:18 20:15 21:1 21:16

**knuckle**(1) 9:1
**koskie**(1) 5:28
**largest**(4) 11:6 26:4 26:22 27:7
**last**(2) 7:11 10:1
**late**(1) 29:14
**laughter**(4) 7:9 8:3 9:10 23:23
**lavelle**(1) 6:10
**law**(3) 3:23 4:28 21:4
**lays**(1) 24:15
**learn**(1) 16:11
**least**(1) 9:8
**leblanc**(10) 3:18 23:21 23:24 24:21 25:20 26:20 27:19 27:22 27:23 28:8

**leblanc's**(1) 28:4
**lesson**(1) 16:11
**let's**(1) 16:4
**letters**(1) 18:7
**liberty**(1) 1:27
**light**(1) 27:14
**like**(8) 8:25 10:3 11:14 14:19 19:18 21:16 21:18 21:19

**limited**(1) 12:5
**liquidator**(1) 17:8
**litigation**(5) 17:5 20:14 21:13 24:19 25:11
**little**(3) 7:11 23:25 31:23
**live**(1) 31:12
**llp**(12) 2:10 2:17 3:23 3:29 4:14 4:36 5:4 5:16 5:20 5:24 5:28 5:32

**lockbox**(10) 3:47 25:9 25:10 25:13 26:11 26:15 26:16 26:21 26:25 27:4

**long**(6) 8:10 15:6 15:11 17:24 19:14 23:17
**longer**(1) 10:10
**look**(1) 21:4
**looked**(2) 10:15 10:21
**looking**(2) 8:23 16:23
**loring**(1) 4:21
**lot**(8) 7:11 7:25 8:2 8:21 10:10 23:10 26:11 28:12

**lots**(1) 16:2
**lovells**(1) 5:20
**luke**(1) 1:26
**luton**(1) 4:6
**mace**(1) 1:31
**made**(1) 27:11
**main**(2) 25:2 25:14
**make**(12) 11:1 11:17 12:14 12:15 15:20 16:14 17:24 19:2 21:6 24:14 27:1 31:1

**makes**(4) 17:4 19:20 22:8 27:5
**management**(2) 5:36 5:40
**manner**(1) 20:9
**many**(2) 25:7 25:7
**marc**(1) 2:18
**mark**(3) 3:45 5:29
**market**(6) 1:11 2:6 3:12 3:31 3:39 5:44
**matias**(1) 29:1
**matter**(6) 7:15 15:19 21:12 22:25 31:18 32:21

**matters**(2) 18:6 18:8
**may**(8) 7:3 7:17 20:13 23:13 23:13 28:20 31:10 31:10

**maybe**(2) 21:16 29:16

**mccloy**(2) 3:17 4:32
**mediation**(3) 7:19 7:21 31:8
**mediations**(1) 15:8
**meet**(1) 19:3
**melnik**(1) 5:5
**member**(4) 26:8 28:14 28:19 29:15
**memorialized**(1) 14:9
**merger**(1) 5:44
**michael**(2) 5:32 5:33
**might**(1) 8:11
**milbank**(1) 4:32
**milestones**(1) 16:20
**millbank**(1) 3:17
**miller**(2) 3:24 5:25
**million**(3) 18:22 19:22 20:5
**mind**(2) 24:23 25:24
**minsky**(1) 5:28
**mistake**(1) 12:15
**moment**(2) 19:19 21:11
**money**(6) 9:21 9:24 10:3 11:15 14:13 16:4
**moneys**(5) 10:11 10:16 17:13 19:7 19:8
**monitor**(5) 2:4 11:3 17:7 22:6 25:22
**morawetz**(1) 14:24
**more**(3) 15:17 25:7 31:25
**morgan**(1) 10:3
**morning**(15) 7:3 7:6 21:25 27:24 27:25 28:13 28:25 29:3 29:4 29:10 29:11 30:21 30:22 31:4 32:14

**morris**(1) 3:23
**most**(2) 19:15 30:3
**motion**(15) 7:15 7:16 9:14 11:23 12:8 12:15 12:22 13:2 22:19 22:20 23:16 24:14 29:24 31:4 31:22

**move**(3) 9:16 25:24 26:12
**moves**(1) 24:23
**moving**(1) 17:23
**multiple**(1) 15:8
**munchin**(1) 4:36
**murphy**(1) 2:5
**murrell**(5) 2:40 28:25 29:1 29:4 29:7
**nature**(4) 22:13 22:14 28:8
**nearly**(1) 17:2
**necessary**(2) 21:13 23:14
**need**(3) 9:21 15:18 24:17
**needed**(4) 9:16 9:16 9:17 16:15
**needs**(2) 20:23 30:9
**negotiated**(2) 11:25 12:3
**negotiations**(1) 26:9
**networks**(3) 1:8 2:18 5:17
**never**(1) 16:10
**new**(5) 1:28 2:14 2:21 2:36 2:49
**newbould**(4) 12:9 13:14 18:17 23:1
**news**(1) 7:11
**next**(3) 13:3 16:21 17:20
**nncc**(2) 18:23 24:4
**nortel**(8) 1:8 2:18 3:29 5:17 5:29 7:12 8:10 30:23

**north**(5) 2:27 3:12 3:31 3:39 4:8
**not**(32) 7:7 10:24 11:19 12:3 12:11 12:17 12:17 13:1 13:12 14:10 15:20 15:20 17:3 19:18 19:21 21:4 22:8 22:12 23:12 23:13 25:4 25:25 26:2 29:16 29:24 30:4 30:5 30:15 31:1 31:3 31:9 31:10 31:11

**note**(5) 12:7 15:23 16:23 18:18 19:17
**noted**(2) 22:25 30:4
**notification**(1) 18:11
**now**(1) 20:6
**number**(4) 21:3 22:11 24:6 30:2
**numbers**(3) 12:6 24:2 24:4
**object**(1) 19:25
**objecting**(3) 20:1 29:24 31:4
**objection**(1) 21:2
**objections**(3) 12:12 18:2 23:13
**obvious**(1) 28:5

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|------|-----------|------|-----------|------|-----------|------|-----------|

**obviously**(12) 7:11 8:4 9:13 14:23 15:2 15:18 17:3 19:1 29:16 30:2 30:11 31:3

**october**(4) 1:14 7:1 23:1 32:24

**off**(1) 14:11
**offering**(1) 13:9
**office**(2) 3:43 16:9
**official**(3) 2:24 4:19 28:1
**okay**(8) 10:19 12:20 14:4 18:13 20:22 20:22 21:9 21:14

**old**(1) 10:1
**onboard**(1) 31:11
**once**(2) 19:7 21:21
**one**(13) 1:27 2:34 7:15 9:14 11:6 12:14 12:15 19:13 22:17 24:1 25:10 28:7 31:8

**only**(3) 24:13 27:1 28:3
**onto**(2) 15:12 31:9
**open**(5) 25:10 26:11 26:17 27:3 27:3
**opened**(2) 25:14 26:25
**opening**(1) 26:15
**opportunity**(2) 21:5 27:17
**opposition**(4) 12:23 13:1 22:22 22:23
**order**(4) 12:12 30:18 32:5 32:7
**other**(13) 10:16 11:2 11:3 13:25 17:9 19:10 20:11 21:16 24:13 25:12 26:3 30:17 32:2

**our**(18) 10:16 12:14 16:21 17:20 18:14 18:17 20:6 21:10 26:3 26:24 28:4 28:19 29:21 30:10 30:24 31:5 31:8 31:9

**out**(6) 11:4 11:18 16:3 16:15 24:15 27:16
**outcome**(1) 30:18
**outside**(1) 29:8
**over**(9) 8:24 15:6 15:11 18:20 20:5 24:3 24:4 24:6 24:8

**overall**(1) 21:16
**overly**(1) 2:10
**overwhelmingly**(1) 27:7
**overy**(1) 22:1
**owe**(1) 9:20
**own**(2) 15:9 26:3
**p.o**(1) 3:32

**pachulski**(1) 3:10
**paid**(3) 9:21 16:7 16:15
**paper**(1) 16:6
**paranoia**(1) 8:25
**park**(2) 2:34 2:48
**parker-beaudrias**(1) 4:15
**part**(4) 11:16 26:9 30:4 30:5
**participated**(1) 21:21
**particularly**(1) 32:3

**parties**(17) 12:7 13:6 14:10 14:14 15:12 17:5 17:11 17:12 22:11 24:16 25:7 28:6 28:9 28:21 30:3 30:17 32:2

**party**(12) 2:17 5:8 5:12 5:16 5:36 15:23 17:2 17:3 17:12 29:14 31:7 31:11

**patience**(2) 8:13 21:20
**patterson**(1) 4:28
**pay**(1) 16:6
**pays**(1) 16:8
**pbgc**(1) 2:39
**pbgc**(20) 2:39 12:23 17:3 17:9 21:5 21:17 24:14 26:8 27:8 28:13 29:7 29:17 29:18 29:25 30:4 30:6 30:11 30:15 32:2

**pbgc's**(4) 19:18 19:21 23:12 29:8
**pending**(5) 15:4 18:5 18:9 26:13 26:14
**pennsylvania**(1) 1:35
**pension**(7) 2:19 3:4 5:18 5:24 17:7 29:1 29:13

**people**(1) 27:16
**percent**(4) 18:20 24:4 24:7 26:23
**period**(1) 15:6
**personal**(1) 8:24

**perspective**(1) 15:3
**peter**(1) 3:11
**pgbc**(1) 2:39
**philip**(1) 6:6
**piper**(1) 5:4
**place**(3) 18:16 19:5 19:6
**placed**(1) 25:13
**places**(1) 24:1
**plan**(9) 13:4 16:16 17:20 17:21 18:18 19:3 19:20 23:13 31:12

**plans**(5) 13:10 14:3 16:1 24:11 24:12
**play**(1) 10:25
**played**(1) 16:3
**plaza**(1) 1:27 3:38
**pleading**(1) 30:10
**please**(2) 7:2 10:4
**pleased**(1) 32:5
**podium**(1) 7:16
**pohl**(1) 30:25
**point**(8) 6:9 8:14 12:14 14:10 14:24 24:13 27:1 27:11

**position**(2) 19:9 31:5
**positioned**(1) 9:18
**possibility**(1) 18:1
**possible**(3) 10:10 19:12 19:12
**potential**(1) 30:12
**powers**(1) 19:24
**ppearances**(4) 1:22 2:1 3:1 4:1
**prepared**(3) 18:2 21:11 21:12

**present**(1) 21:8 21:18
**preston**(1) 2:24
**presumably**(1) 20:18
**pretty**(1) 21:2
**pride**(1) 8:5
**primarily**(1) 29:25
**principals**(1) 31:8
**probably**(2) 26:23 30:3
**problem**(1) 10:14
**proceedings**(3) 1:18 1:39 32:21
**proceeds**(2) 14:11 17:13
**process**(8) 16:16 19:4 22:9 22:16 22:17 22:18 24:23 26:17

**produced**(1) 1:40
**promptly**(1) 20:13
**proposals**(1) 21:7
**proposed**(1) 31:20
**protection**(1) 25:20
**providing**(1) 18:11

**purpose**(3) 18:23 23:8 31:20
**purposes**(2) 11:11 22:18
**pursuant**(1) 17:17
**pursue**(1) 31:13
**put**(7) 10:23 14:11 15:12 16:9 18:15 23:3 24:12

**putting**(3) 8:23 8:24 19:6
**questions**(2) 16:6 27:20
**quickly**(2) 19:11 19:12
**quite**(2) 9:3 9:6

**raised**(2) 30:7 30:13
**range**(1) 26:23
**reached**(1) 22:15
**read**(1) 9:7
**reading**(1) 9:3
**ready**(2) 30:16 32:1
**realize**(1) 15:14
**really**(5) 8:15 8:15 11:3 24:1 31:13
**reason**(1) 26:1
**reasonable**(1) 31:21
**recall**(2) 14:7 30:24
**receiving**(1) 31:21
**recess**(1) 32:14

**recognition**(1) 9:19
**recognize**(3) 9:4 9:16 31:23
**recognized**(1) 28:18
**record**(1) 29:12
**recorded**(1) 1:39
**recording**(2) 1:39 32:20
**redacted**(1) 12:5
**reduced**(1) 20:8
**reed**(1) 4:14
**refer**(1) 18:21
**regimes**(1) 10:9
**regulatory**(1) 10:8
**rehm**(1) 6:14
**release**(1) 17:17
**released**(2) 14:13 19:8
**releasing**(1) 19:11
**relief**(2) 5:12 5:13
**remain**(1) 30:16
**renaissance**(1) 2:26
**reorg**(2) 5:8 5:9
**reply**(1) 30:11
**request**(1) 18:8
**require**(1) 12:11
**requirement**(3) 18:3 25:17 25:21
**requirements**(3) 10:25 19:2 19:3
**requires**(1) 23:6
**research**(2) 5:8 5:9
**reserve**(1) 23:15
**resolution**(1) 25:6
**resolved**(4) 16:22 19:15 19:18 19:21
**resolver**(1) 14:20
**resolvers**(2) 14:14 14:25
**respect**(10) 12:22 14:3 16:19 17:13 17:19 18:6 18:18 22:24 24:15 30:1

**respond**(1) 21:18
**response**(4) 23:12 24:14 29:25 31:17
**restrictions**(1) 10:11
**result**(2) 15:3 21:20
**reviewing**(1) 31:10

**right**(31) 7:8 9:9 9:23 11:21 11:21 12:24 13:15 14:16 14:17 14:22 15:16 15:25 16:17 17:1 17:19 18:25 20:20 21:23 23:15 23:19 24:6 24:20 27:18 28:24 29:10 30:20 31:2 31:14 32:7 32:10

**rightly**(1) 27:2
**rights**(1) 17:13
**rise**(2) 7:2 28:3
**road**(1) 1:27
**rodney**(1) 4:7
**rodney**(1) 3:46
**rooney,pc**(1) 2:4
**rosenmann**(1) 4:36
**rothschild**(1) 3:29
**route**(2) 26:18 28:9
**royal**(1) 11:5 11:6
**rudnick**(1) 30:25
**rulings**(1) 15:21

**sale**(3) 10:1 14:11 17:13
**same**(1) 25:14
**samis**(1) 2:25
**sanjana**(1) 5:9
**satisfied**(1) 31:19
**say**(11) 8:12 10:3 16:4 20:21 21:17 21:17 23:22 28:3 29:8 31:13 32:4

**says**(1) 14:13
**schedule**(1) 13:5
**schlerf**(7) 3:30 30:21 30:23 30:23 31:3 31:15 31:16

**schotz**(1) 4:24
**schuylkill**(1) 1:34
**scrivener's**(1) 12:18

**seated**(1) 7:4
**second**(1) 16:8
**section**(2) 17:17 24:21
**see**(4) 7:19 8:14 22:3 22:4
**seeing**(1) 27:14
**selina**(1) 5:9
**selling**(3) 24:17 25:15 27:2
**sense**(2) 13:3 14:5
**sensitive**(1) 22:16
**service**(2) 1:33 1:40
**services**(1) 1:33
**settle**(5) 8:16 8:19 15:6 15:19 21:5
**settled**(1) 14:7
**settlement**(31) 8:9 9:3 9:15 11:17 11:25 14:8 15:14 15:15 15:18 15:23 16:2 18:16 19:20 21:6 22:7 23:18 23:22 24:5 24:11 25:6 26:7 28:6 28:9 30:3 30:7 30:13 30:17 31:6 31:9 31:12 32:3

**settlements**(2) 9:18 19:7
**seventh**(1) 2:20
**several**(1) 11:4 19:24
**share**(1) 22:6
**short**(1) 9:11
**should**(4) 20:7 20:7 20:21 32:4
**shouldn't**(1) 26:12
**sides**(2) 8:22 21:8
**sign**(1) 32:5 32:8
**signatory**(2) 12:16 12:18
**signed**(3) 15:23 28:6 31:9
**significant**(1) 30:2
**silver**(1) 6:9
**similar**(1) 28:11
**simple**(3) 22:17 22:19 22:25
**simply**(6) 10:2 12:18 16:4 22:8 30:5 30:14
**since**(1) 9:25
**single**(3) 17:2 19:24 26:22
**sir**(1) 29:6
**sit**(1) 24:6
**sitting**(1) 9:25
**situation**(1) 31:24
**size**(1) 20:3
**snmp**(1) 4:24
**some**(7) 8:25 10:16 20:14 21:16 23:11 25:12 29:7

**somebody**(1) 16:7
**someone**(1) 31:23
**something**(4) 10:14 20:7 21:17 26:23
**soon**(1) 20:1
**sorry**(2) 13:25 30:22
**sort**(2) 9:12 16:23
**sorts**(1) 8:19
**sound**(3) 1:39 31:20 32:20
**speak**(3) 16:20 23:14 23:15
**speaks**(1) 30:10
**special**(1) 18:23
**specific**(1) 18:7
**spend**(2) 19:19 23:11
**spent**(1) 9:2
**square**(1) 4:7
**stand**(4) 12:22 18:10 30:14 32:13
**stands**(1) 18:10
**stang**(1) 3:10
**stargatt**(1) 4:4
**stark**(1) 18:8
**start**(1) 19:11
**started**(2) 8:17 8:18
**stated**(1) 29:24
**statement**(4) 12:23 13:4 13:8 17:4
**statements**(1) 29:8
**states**(16) 1:1 1:20 3:43 3:44 9:25 10:17 11:2 15:5 15:9 16:18 17:10 18:24 19:10 19:23 25:8 26:24

**status**(1) 18:5
**statute**(1) 10:8
**stayed**(1) 18:15
**stays**(1) 18:5

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

ste(3) 2:6  3:6  3:25
steen(2) 1:24  6:4
step(6) 7:15  8:8  9:13  17:24  22:18  23:17
stephen(1) 3:24
steps(2) 9:12  13:3
steve(1) 30:25
still(3) 18:8  31:10  31:12
stop(1) 27:4
stories(3) 7:25  8:2  11:1
straightforward(1) 22:25
strauss(3) 2:31  4:20  28:1
street(10) 1:11  1:34  2:27  2:42  3:12  3:19
3:31  3:39  3:46  4:8

strongly(1) 30:11
structure(1) 14:6
subsidiary(1) 18:23
substance(1) 22:8
substantial(1) 9:20
suite(3) 3:19  3:32  3:40
summary(1) 9:12
summer(1) 15:11
support(4) 24:12  25:2  26:7  27:6
supported(1) 31:19
supports(1) 28:11
supreme(1) 18:12
sure(8) 11:1  11:17  13:12  16:14  17:24  19:2
27:5  32:4

survived(1) 7:19
t-bills(1) 11:14
take(1) 21:12
taken(4) 15:4  19:14  19:14  28:9
taking(1) 10:24
talked(3) 11:2  11:4  25:8
talking(1) 9:12
taylor(3) 2:24  4:5  5:45
telephonic(3) 4:12  5:1  6:1
tell(1) 15:21
telling(1) 18:9
terms(2) 20:3  26:25
than(1) 26:3
thank(27) 7:4  7:18  8:12  13:18  21:19
21:21  21:23  21:24  23:7  23:19  23:20  23:21
23:21  27:20  27:22  27:23  28:22  28:24
29:10  30:19  30:20  31:15  31:16  32:6  32:10
32:12  32:15

thankfully(2) 15:13  22:24
that(173) 7:10  7:15  8:5  8:17  8:18  8:18
8:19  8:19  8:20  8:24  9:7  9:12  9:15
9:15  9:16  9:16  9:18  9:19  9:21  10:9  10:13
10:14  10:14  10:18  11:1  11:12  11:15  11:17
11:18  11:22  12:5  12:8  12:11  12:13  12:15
12:17  12:18  12:19  12:21  12:25  13:15
13:16  13:21  14:10  14:13  14:13  14:14
14:24  14:25  15:10  15:14  15:23  16:6  16:13
16:14  16:15  16:21  16:22  16:23  16:23
16:23  17:10  17:16  17:24  18:1  18:2  18:4
18:6  18:8  18:10  18:18  18:20  18:22  19:1
19:2  19:5  19:7  19:7  19:9  19:15  19:17
19:19  19:21  19:23  19:25  20:2  20:13
20:3  20:4  20:8  20:8  20:9  20:9  20:13
20:14  20:15  20:18  21:3  21:6  21:6  21:10
21:10  21:12  22:6  22:8  22:8  22:11  22:12
22:15  22:18  22:22  23:3  23:5  23:7  23:12
23:14  23:15  24:4  24:7  24:7  24:12  24:18
24:22  24:22  24:24  24:24  24:25  25:1  25:10
25:11  25:13  25:18  25:18  25:23  26:1  26:3
26:13  26:14  26:14  26:16  26:20  27:1  27:2
27:3  27:5  27:5  27:9  27:17  27:17  28:3
28:4  28:5  28:6  28:8  28:9  28:11  28:11
28:11  28:14  28:17  28:19  28:19  28:20  28:21
30:15  31:24  32:2  32:4  32:5  32:8  32:13
32:19

that's(17) 7:15  9:9  10:9  11:3  14:22
15:19  17:25  20:1  21:15  21:18  24:7  24:9
24:21  25:4  25:6  31:13

the(301) 1:1  1:2  1:19  2:4  2:13  2:26  3:43
3:43  7:2  7:3  7:8  7:10  7:11  7:13  7:15  7:15
7:16  7:16  7:18  7:19  7:21  7:22  7:24  8:1
8:7  8:8  8:9  8:9  8:9  8:16  8:18  8:20  8:20
8:22  8:24  8:25  9:2  9:2  9:3  9:9  9:12  9:13
9:14  9:14  9:18  9:18  9:19  9:23  9:24  9:25
10:1  10:1  10:1  10:6  10:7  10:7  10:8  10:9
10:14  10:15  10:17  10:17  10:19  10:23  11:1
11:2  11:3  11:4  11:6  11:8  11:10  11:12
11:13  11:14  11:14  11:16  11:17  11:17  11:18
11:18  11:21  11:24  11:25  12:2  12:4  12:7
12:10  12:12  12:15  12:16  12:17  12:17
12:20  12:22  12:23  12:24  13:1  13:3  13:3
13:5  13:5  13:6  13:7  13:8  13:9  13:10  13:10
13:11  13:14  13:18  13:19  13:21  13:23
13:24  13:25  14:3  14:4  14:5  14:6  14:7
14:7  14:8  14:8  14:9  14:9  14:10  14:11
14:12  14:13  14:14  14:14  14:16  14:18
14:18  14:19  14:20  14:22  14:25  15:1  15:1
15:2  15:3  15:3  15:5  15:7  15:8  15:11  15:11
15:15  15:16  15:17  15:19  15:20  15:21
15:22  15:23  15:23  15:25  16:1  16:2  16:4
16:9  16:13  16:14  16:15  16:17  16:18  16:19
16:23  16:25  17:2  17:3  17:4  17:5  17:5
17:6  17:6  17:6  17:6  17:7  17:7  17:8  17:9
17:10  17:12  17:12  17:13  17:13  17:13
17:15  17:17  17:17  17:20  17:23  18:1  18:3
18:4  18:4  18:5  18:8  18:11  18:12  18:13
18:16  18:19  18:20  18:21  18:22  18:23
18:25  19:3  19:3  19:6  19:7  19:7  19:8  19:8
19:9  19:10  19:11  19:13  19:13  19:13  19:16
19:18  19:20  19:20  19:21  19:22  19:22
19:25  20:1  20:2  20:4  20:5  20:6  20:6  20:7
20:9  20:10  20:10  20:10  20:14  20:17  20:18
20:22  20:25  21:2  21:4  21:5  21:5  21:8
21:9  21:11  21:14  21:17  21:19  21:23  22:2
22:4  22:5  22:6  22:8  22:9  22:10  22:11
22:13  22:13  22:14  22:14  22:19  22:20
22:22  23:1  23:2  23:3  23:4  23:7  23:9  23:9
23:11  23:11  23:12  23:13  23:15  23:16
23:19  23:21  23:22  24:2  24:4  24:4  24:5
24:5  24:6  24:7  24:10  24:11  24:12  24:12
24:13

the(155) 24:14  24:14  24:15  24:16  24:17
24:18  24:20  24:21  24:23  24:23  24:24
24:25  24:25  25:2  25:2  25:5  25:5  25:6
25:7  25:8  25:8  25:9  25:12  25:12  25:16
25:17  25:18  25:19  25:21  25:22  25:22
25:25  25:25  26:1  26:4  26:4  26:6  26:7
26:8  26:8  26:10  26:13  26:13  26:15  26:19
26:21  26:22  26:23  26:24  26:25  27:2  27:2
27:4  27:5  27:6  27:18  27:21  27:21  27:22
27:14  27:17  27:17  27:18  27:21  27:22
27:23  28:1  28:3  28:5  28:6  28:6  28:7  28:7
28:8  28:8  28:9  28:9  28:11  28:13  28:15
28:16  28:17  28:19  28:19  28:20  28:21
28:24  29:1  29:3  29:6  29:10  29:11  29:13
29:15  29:15  29:17  29:18  29:18  29:20
29:22  29:24  29:24  29:25  30:1  30:1  30:4
30:5  30:7  30:7  30:10  30:11  30:12  30:12
30:13  30:15  30:15  30:15  30:17  30:17
30:20  30:22  30:23  31:2  31:6  31:7  31:8
31:8  31:9  31:12  31:14  31:16  31:18  31:21
31:22  31:25  32:2  32:2  32:3  32:3  32:5
32:7  32:7  32:10  32:13  32:16  32:19  32:20
32:20  32:21

their(12) 8:13  9:21  17:3  17:21  19:24
21:22  24:14  25:7  25:23  30:10  30:10  30:10

them(6) 9:1  10:21  17:22  18:22  30:3  30:10
themselves(2) 8:23  24:11
then(9) 10:15  10:21  11:20  13:24  15:2  16:7
17:9  24:19  25:16

there(24) 10:10  11:3  12:8  12:8  12:12
12:22  12:23  14:13  16:2  16:6  17:25  18:1
21:1  21:2  21:6  21:7  22:9  22:23  23:13
24:17  24:19  25:10  27:4  28:10

there's(7) 8:15  15:17  22:22  23:10  24:22
28:12  31:25

these(7) 10:16  10:20  16:9  24:9  26:9  26:10
26:25

they(11) 10:23  11:5  13:9  18:3  19:21  20:1
24:25  25:2  28:14  28:17  32:4

they're(2) 10:24  16:10
things(5) 9:14  16:8  16:9  16:12  26:11
think(24) 10:13  13:14  15:13  16:10  17:22
19:10  21:15  21:16  22:17  22:19  22:24  23:12
23:24  24:4  24:22  25:4  25:23  25:24  26:1
27:10  28:5  30:8  30:9  32:7

thinking(1) 8:17
third(1) 31:7
this(44) 8:10  8:13  8:14  8:17  9:1  9:15  10:3
11:1  11:16  14:6  14:7  15:6  15:14  15:19
15:19  15:20  16:3  16:14  16:19  17:1  17:4
17:16  18:19  19:10  19:14  21:20  21:22  22:6
24:15  25:24  25:24  26:11  27:11  27:12
27:15  28:12  28:21  29:14  29:25  30:4  30:5
30:25  31:4  31:4

thornton(1) 5:24
those(9) 11:11  17:11  18:3  18:6  19:1  19:23
25:14  27:13  28:7

though(2) 12:14  25:5
three(1) 25:14
through(8) 8:14  10:15  15:2  21:12  25:11
26:17  28:5  28:8

throughout(1) 28:18
time(10) 15:6  15:11  21:8  23:11  23:14
23:15  25:12  25:14  25:25  27:22

times(1) 27:11
timothy(1) 6:10
tiwana(1) 5:13
today(13) 7:5  8:6  9:13  9:13  13:5  18:7
22:17  22:18  23:8  23:12  24:6  29:25  30:14

today's(5) 7:14  22:17  22:24  25:25  31:18
together(3) 13:20  16:10  25:5
took(1) 15:11
tower(1) 2:35
traci(1) 32:25
trade(4) 3:29  17:9  30:4  30:24
transcriber(1) 32:25
transcript(3) 1:18  1:40  32:20
transcription(3) 1:33  1:33  1:40
transferred(1) 11:15
trial(5) 8:18  8:20  15:1  15:2  30:25
tried(1) 26:14
true(1) 19:10
trust(6) 2:19  3:36  4:28  4:36  5:18  11:5
trustee(1) 3:44
try(2) 8:16  30:18
trying(1) 15:6
tunnel(1) 17:15
tweed(3) 3:17  4:32
two(7) 14:13  16:1  18:20  20:2  24:1  25:10
26:21

two-thirds(1) 24:3
tyler(1) 4:28
u.s(19) 9:25  10:21  11:13  11:16  11:18
11:20  15:3  17:5  18:18  19:3  20:10
21:19  24:25  25:16  25:22  26:4  26:22  27:5

ucc(5) 17:6  25:8  27:10  31:10  31:11
ultimately(14) 14:23  15:9  15:10  16:12  31:11
uncontested(1) 31:18
under(7) 14:25  18:3  19:3  19:24  19:24
24:18  25:1

understand(1) 18:1
unfortunately(1) 31:1
unit(1) 11:6
united(16) 1:1  1:20  3:43  3:44  9:25  10:17
11:2  15:5  15:8  16:18  17:10  18:23  19:10
19:23  25:8  26:24

unless(2) 25:1  27:19
update(1) 24:2
upset(1) 23:22
upstanding(1) 28:19
urging(1) 27:16
use(3) 16:15  25:22  25:23
used(1) 26:10
useful(1) 28:20
using(1) 16:1
validity(1) 30:12
value(1) 31:21
various(3) 16:20  18:4  19:13
versa(1) 18:1
very(22) 7:21  8:21  10:2  10:10  10:12
14:12  16:8  19:20  20:1  21:8  22:7  22:14
22:16  22:17  22:19  22:25  23:16  28:16
29:23  31:5  31:5  31:23

vice(1) 18:1
vicente(1) 2:40
view(4) 18:14  20:6  22:6  28:11
vincente(1) 28:25
vis-a-vis(1) 31:5
voting(1) 19:3
walked(3) 21:4  28:5  28:8
want(5) 16:22  21:5  24:16  26:25  28:17
wanted(7) 19:2  20:14  23:25  24:13  27:1
27:9  28:10  30:5  31:5

wants(1) 21:17
warren(3) 2:46  29:9  29:12
was(33) 7:7  7:21  8:17  8:18  9:15  9:15
9:25  10:22  11:3  11:24  12:8  12:8  12:12
12:18  13:21  13:25  14:8  14:12  14:20  16:13
16:15  17:10  20:4  22:15  25:7  26:8  27:10
27:11  27:12  28:9  28:21  29:25  32:16

washington(2) 2:43  3:20
wasn't(1) 15:3
way(4) 10:14  16:14  25:12  27:15
ways(3) 14:13  16:3  25:10
we'd(2) 10:3  21:19
we'll(3) 17:20  26:11  30:7
we're(15) 9:12  9:13  15:20  16:1  16:23
17:22  17:23  18:2  18:7  18:9  18:10  26:2
26:16  27:11  31:3

we've(3) 11:22  17:11  25:11
webb(1) 4:28
wednesday(1) 23:1
week(3) 13:5  17:20  31:1
weiss(1) 4:33
well(14) 9:6  10:22  15:5  16:22  17:21  18:17
19:6  24:9  25:18  26:11  29:15  29:16  30:12
31:18

went(4) 8:18  11:4  15:2  26:15
were(7) 11:1  12:12  16:6  19:1  29:15  29:16
31:8

weren't(1) 8:19
weston(1) 5:17
what(15) 9:19  10:21  11:22  13:25  14:6
15:14  15:19  15:21  16:7  16:13  23:17  23:25
24:3  24:16  25:12

when(4) 8:17  8:17  10:15  19:5
where(7) 12:21  17:1  17:19  17:23  18:4
18:9  21:18

whereupon(1) 32:16

| Word | Page:Line | Word | Page:Line |
|---|---|---|---|
| | | | |

**which**(14) 9:14  11:5  12:25  14:9  14:12  20:1  22:9  22:15  22:19  25:11  26:8  27:6  30:6  31:12

**while**(2) 18:16  30:15

**whiteford**(1) 2:24

**who**(8) 16:6  16:7  16:9  17:12  24:10  26:20  27:3  30:25

**who's**(2) 8:13  21:21

**why**(1) 26:12

**will**(23) 11:13  11:14  13:4  14:15  16:22  17:16  17:21  18:15  18:15  19:9  19:12  20:1  21:1  21:2  21:10  23:13  23:24  27:16  29:23  32:1  32:4  32:5  32:13

**william**(1) 3:37

**willing**(1) 30:16

**willkie**(2) 2:17  5:16

**wilmington**(13) 1:12  2:7  2:28  3:7  3:14  3:26  3:33  3:36  3:41  3:48  4:9  4:36  7:1

**wilson**(1) 2:41

**wish**(3) 8:12  30:14  32:2

**with**(32) 7:12  8:4  8:8  12:22  13:7  13:8  13:21  13:24  14:2  15:9  16:19  17:2  17:13  17:19  17:22  18:2  18:6  18:18  21:5  22:24  24:15  25:10  25:25  27:13  30:1  30:16  31:10  31:24  31:25  32:3  32:4  32:13

**without**(1) 27:6

**won't**(1) 24:1

**worked**(1) 9:4

**world**(1) 19:13

**worldwide**(1) 17:3

**worth**(2) 24:8  24:10

**would**(20) 10:2  10:13  11:15  11:15  11:18  11:19  12:7  12:14  14:25  15:1  16:3  16:6  16:14  18:18  19:2  19:17  20:18  20:20  21:16  32:2

**wouldn't**(1) 25:1

**wrap**(1) 27:15

**wrinkle**(1) 24:22

**write**(1) 9:8

**wunder**(2) 5:32  5:33

**www.diazdata.com**(1) 1:37

**year**(2) 16:21  27:12

**years**(3) 8:24  10:9  20:5

**yes**(31) 7:13  8:7  9:2  10:6  11:8  11:10  12:2  12:10  13:11  13:23  15:7  17:15  19:16  20:16  22:2  22:4  22:10  23:4  23:7  23:7  25:19  26:6  26:19  28:15  28:15  29:3  29:6  29:20  29:22  30:22  32:10

**yesterday**(2) 9:2  23:3

**yet**(1) 31:9

**yield**(1) 29:8

**york**(5) 1:28  2:14  2:21  2:36  2:49

**you**(68) 7:3  7:4  7:18  7:19  7:19  8:5  8:11  8:16  8:20  9:8  9:11  10:13  10:22  11:23  12:25  13:3  13:18  14:5  14:7  14:24  14:25  16:10  16:25  16:25  18:14  18:16  19:17  20:14  20:15  21:1  21:15  21:19  21:23  21:24  22:3  22:4  23:7  23:19  23:20  23:21  23:21  24:2  25:18  25:24  26:12  26:12  27:20  27:22  27:23  28:22  28:24  29:5  29:10  29:15  29:16  30:19  30:20  30:24  31:4  31:15  31:16  31:24  32:6  32:9  32:10  32:12  32:14  32:15

**you've**(2) 7:4  9:7

**young**(1) 4:4

**your**(47) 7:6  7:11  7:14  7:20  7:23  8:4  9:7  11:23  12:14  12:21  13:12  13:17  14:6  15:9  19:17  20:20  21:15  21:20  21:25  22:3  22:6  22:18  23:5  23:10  23:15  23:16  23:20  23:25  24:13  27:19  27:25  28:3  28:13  28:23  28:25  29:4  29:7  29:11  29:17  30:21  30:24  31:3  31:13  32:6  32:9  32:12  32:15

**ziehl**(1) 3:10

**zigler**(1) 5:29