# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311−1 | User: GingerM | Date Created: 10/26/2016 |
| Case: 09−10138−KG | Form ID: ntcBK | Total: 63 |

**Recipients of Notice of Electronic Filing:**
```
ust         U.S. Trustee          USTPRegion03.WL.ECF@USDOJ.GOV
aty         Andrew R. Remming     aremming@mnat.com
aty         Christopher M. Samis  csamis@wtplaw.com
aty         David H Herrington    dherrington@cgsh.com
aty         Derek C. Abbott       dabbott@mnat.com
aty         Derek C. Abbott       dabbott@mnat.com
aty         Elihu Ezekiel Allinson, III   ZAllinson@SHA−LLC.com
aty         Eric D. Schwartz      eschwartz@mnat.com
aty         James L. Bromley      jbromley@cgsh.com
aty         James L. Patton       bankfilings@ycst.com
aty         Jennifer R. Hoover    jhoover@beneschlaw.com
aty         Jennifer R. Hoover    jhoover@beneschlaw.com
aty         Joseph Badtke−Berkow  joseph.badtkeberkow@allenovery.com
aty         Kathleen A. Murphy    kathleen.murphy@bipc.com
aty         Kevin M. Capuzzi      kcapuzzi@beneschlaw.com
aty         Mark S. Kenney        mark.kenney@usdoj.gov
aty         Mary Caloway          mary.caloway@bipc.com
aty         Mona A. Parikh        mona.parikh@bipc.com
aty         Nancy G. Everett      neverett@winston.com
aty         Peter James Duhig     peter.duhig@bipc.com
aty         Raymond H. Lemisch    rlemisch@klehr.com
aty         Sarah R Stafford      sstafford@beneschlaw.com
aty         Shelley A. Kinsella   sak@elliottgreenleaf.com
aty         Shelley A. Kinsella   sak@elliottgreenleaf.com
aty         Tamara K. Minott      tminott@mnat.com
```
                                                                          TOTAL: 25

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
```
db          Nortel Networks Inc., et al.    2221 Lakeside Boulevard     Richardson, TX 75082
frep        Allen & Overy LLP,              1221 Avenue of the Americas     New York, NY 10020
aty         Adam M. Slavens     79 Wellington Street West    30th Floor    Box 270, TD
            Centre       Toronto     ON, M5K 1N2 CANADA
aty         Alexandra S. McCown     Cleary Gottlieb Steen & Hamilton LLP    One Liberty Plaza    New York, NY
            10006
aty         Andrew Gray    79 Wellington Street West    30th Floor    Box 270, TD Centre    Toronto    ON,
            M5K 1N2 CANADA
aty         Ann Nee    Cleary Gottlieb Steen & Hamilton LLP    One Liberty Plaza    New York, NY 10006
aty         Avram E. Luft    Cleary Gottlieb Steen & Hamilton LLP    One Liberty Plaza    New York, NY 10006
aty         Bradley S. Pensyl    Allen & Overy LLP    1221 Avenue of the Americas    New York, NY 10020
aty         Brent M. Tunis    Cleary Gottlieb Steen & Hamilton LLP    One Liberty Plaza    New York, NY 10006
aty         Claire N. Rajan    Allen & Overy LLP    1101 New York Avenue, NW    11th Floor    Washington,
            DC 20005
aty         Daniel D. Queen    Cleary Gottlieb Steen & Hamilton LLP    One Liberty Plaza    New York, NY 10006
aty         Danni Byam    Clearly Gottlieb Steen & Hamilton LLP    One Liberty Plaza    New York, NY 10006
aty         Darryl G. Stein    Cleary Gottlieb Steen & Hamilton LLP    One Liberty Plaza    New York, NY 10006
aty         Derek J.T. Adler    Hughes Hubbard & Reed LLP    One Battery Park Plaza    New York, NY 10004
aty         Elizabeth C. Block    Cleary Gottlieb Steen & Hamilton LLP    One Liberty Plaza    New York, NY 10006
aty         Howard S Zelbo    Cleary Gottlieb Steen & Hamilton LLP    One Liberty Plaza    New York, NY 10006
aty         Inna Rozenberg    Cleary Gottlieb Steen & Hamilton LLP    One Liberty Plaza    New York, NY 10006
aty         J. Anne Marie Beisler    Cleary Gottlieb Steen & Hamilton LLP    One Liberty Plaza    New York, NY
            10006
aty         Jacob S. Pultman    Allen & Overy LLP    1221 Avenue of the Americas    New York, NY 10020
aty         James Gotowiec    79 Wellington Street West    30th Floor    Box 270, TD
            Centre       Toronto     ON, M5K 1N2 CANADA
aty         Jane VanLare    Cleary Gottlieb Steen & Hamilton LLP    One Liberty Plaza    New York, NY 10006
aty         Jeffrey A. Rosenthal    Cleary, Gottlieb, Steen & Hamilton    One Liberty Plaza    New York, NY
            10006−1470
aty         Ken Coleman    Allen & Overy LLP    1221 Avenue of the Americas    New York, NY 10020
aty         Lisa M. Schweitzer    Cleary Gottlieb Steen & Hamilton LLP    One Liberty Plaza    New York, NY
            10006
aty         Lucas Hakkenberg    Cleary Gottlieb Steen Hamilton LLP    One Liberty Plaza    New York, NY 10006
aty         Margot Gianis    Cleary Gottlieb Steen & Hamilton LLP    One Liberty Plaza    New York, NY 10006
aty         Mark D. Plevin    Crowell & Moring LLP    1001 Pennsylvania Avenue, N.W.    Washington, DC
            20004−2595
aty         Mark S Supko    Crowell & Moring LLP    1001 Pennsylvania Avenue N.W.    Washington, DC 20004
aty         Mark S. Grube    Cleary Gottlieb Steen & Hamilton LLP    One Liberty Plaza    New York, NY 10006
```

| | | | | |
|---|---|---|---|---|
| aty | Matthew J Livingston | Cleary Gottlieb Steen Hamilton LLP | One Liberty Plaza | New York, NY 10006 |
| aty | Michelle Parthum | Cleary Gottlieb Steen & Hamilton LLP | One Liberty Plaza | New York, NY 10006 |
| aty | Molly Reynolds | 79 Wellington Street West    30th Floor    Box 270, TD Centre    Toronto    ON, M5K 1N2 CANADA | | | |
| aty | Nora K Abularach | Cleary Gottlieb Steen & Hamilton LLP | One Liberty Plaza | New York, NY 10006 |
| aty | Philip A. Cantwell | Cleary Gottlieb Steen & Hamilton LLP | One Liberty Plaza | New York, NY 10006 |
| aty | Rene E. Thorne | Jackson Lewis LLP    650 Poydras Street | Suite 1900 | New Orleans, LA 70130 |
| aty | Scott A. Bomhof | Torys LLP    79 Wellington Street West    30th Floor    Box 270, TD Centre    Toronto, ON M5K 1N2 | | |
| aty | Sheila R. Block | 79 Wellington Street West    30th Floor    Box 270 TD Centre    Toronto    ON, M5K 1N2 CANADA | | |
| aty | Thomas F. Driscoll, III | Morris, Nichols, Arsht & Tunnell LLP    1201 North Market Street    Wilmington, DE 19801 | | |

TOTAL: 38