**Exhibit B**

# Invoice

Ashurst LLP
Broadwalk House
5 Appold Street
London
EC2A 2HA

The Official Unsecured Creditors Committee for Nortel Networks Inc
c/o Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, New York  10036
United States of America

Tel  +44 (0)20 7638 1111
Fax +44 (0)20 7638 1112
www.ashurst.com

Our VAT No.: GB 108 2136 48



**Interim** (S)

VAT Invoice Date: **19 October 2016**     Our Ref: **GDB/CCN01.00001**     Invoice No.: **417652**

|  | VAT GBP | VAT Rate (%) | Fees and Disbursements GBP |
|---|---|---|---|
| **Re: BANKRUPTCY** |  |  |  |
| **To our professional fees** (NT) | 0.00 | 0.00 | 5,676.00 |
| For the period to 30 September 2016, in connection with the above matter. |  |  |  |
| (Please see attached) |  |  |  |
| Document Production (NT) | 0.00 | 0.00 | 6.00 |
|  | 0.00 |  | 5,682.00 |
|  |  | VAT | 0.00 |
|  |  | Total | 5,682.00 |
|  |  | **Balance Due** | **5,682.00** |

The fees and disbursements the subject of this invoice may include fees and disbursements due to another member of the Ashurst Group.

**Payment Details**

NatWest - 15 Bishopsgate, London, EC2P 2AP - **Account No.:** 00404268
**Sort Code:** 50-00-00 - **Swift Code:** NWBKGB2L - **IBAN Code:** GB12NWBK50000000404268

Please note: Remittance advices should be sent electronically to remittances@ashurst.com

Please quote reference 417652 when settling this invoice
**Payment Terms: 21 days**

**Legal services are 100% foreign source**

AUSTRALIA  BELGIUM  CHINA  FRANCE  GERMANY  HONG KONG SAR  INDONESIA (ASSOCIATED OFFICE)  ITALY  JAPAN  PAPUA NEW GUINEA
SAUDI ARABIA  SINGAPORE  SPAIN  UNITED ARAB EMIRATES  UNITED KINGDOM  UNITED STATES OF AMERICA

Ashurst LLP is a limited liability partnership registered in England and Wales under number OC330252 and is part of the Ashurst Group. It is a law firm authorised and regulated by the Solicitors Regulation Authority of England and Wales under number 468653. A list of members of Ashurst LLP and their professional qualifications is open to inspection at its registered office Broadwalk House, 5 Appold Street, London EC2A 2HA or at the address above. The term 'partner' in relation to Ashurst LLP is used to refer to a member of Ashurst LLP or to an employee or consultant with equivalent standing and qualifications. The Ashurst Group has an office in each of the places listed above.



The Official Unsecured Creditors Committee
Re: BANKRUPTCY
GDB/GDB/CCN01.00001
For the period: to 30/09/2016
Prebill Number:1079060

**Matter: CCN01.00001 - BANKRUPTCY**

### C0003    Ashurst Fee Application/Monthly Billing Reports

|  |  | Time (Decimal) | Agreed Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Senior Associate** | | | | |
| LROBER | Lindsey Roberts | 0.80 | 585.00 | 468.00 |
| **Trainee** | | | | |
| IKHAN | Ibrahim Khan | 4.10 | 210.00 | 861.00 |
| JAPOWE | James Powell | 0.30 | 210.00 | 63.00 |
| | | | Total | **1,392.00** |

### Detailed Time Breakdown

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 14/09/2016 | James Powell | REVI | Reviewing pre-bill, marking up amendments | 0.30 | 210.00 | 63.00 |
| 14/09/2016 | Lindsey Roberts | LETT | Emails internally and to B Kahn re August fee/expense estimates. | 0.20 | 585.00 | 117.00 |
| 21/09/2016 | Ibrahim Khan | REVI | First monthly review of prebilling guide, marking up after reviewing filesite email records, sending to billing department. | 0.80 | 210.00 | 168.00 |
| 22/09/2016 | Ibrahim Khan | DRFT | Drafting the monthly fee application | 2.00 | 210.00 | 420.00 |
| 22/09/2016 | Ibrahim Khan | INTD | Discussion with LROBER re monthly application and amendments to draft. | 0.30 | 210.00 | 63.00 |
| 22/09/2016 | Lindsey Roberts | DRFT | Review and mark-up monthly fee application; discussion with IKHAN re: the same | 0.50 | 585.00 | 292.50 |
| 23/09/2016 | Ibrahim Khan | LETT | Emailing Billing re August invoice and breakdown | 0.10 | 210.00 | 21.00 |
| 23/09/2016 | Ibrahim Khan | LETT | Emailing Lindsey re draft fee application | 0.20 | 210.00 | 42.00 |
| 23/09/2016 | Ibrahim Khan | DRFT | Amending monthly fee application with LROBER's comments and updating figures according to daily currency exchange. | 0.50 | 210.00 | 105.00 |
| 23/09/2016 | Ibrahim Khan | LETT | Email out nortel bill to Matthew Saunders | 0.10 | 210.00 | 21.00 |
| 23/09/2016 | Ibrahim Khan | MISC | Arranging files with new updated monthly application | 0.10 | 210.00 | 21.00 |
| 23/09/2016 | Lindsey Roberts | LETT | Emails re: CNO for Nortel fee application | 0.10 | 585.00 | 58.50 |
| | | | | | | **1,392.00** |

## C0007      Creditors Committee Meetings

|  |  | Time (Decimal) | Agreed Rate (GBP /hour) | Amount |
|---|---|---:|---:|---:|
| **Senior Associate** | | | | |
| ACROKE | Antonia Croke | 2.10 | 615.00 | 1,291.50 |
| LROBER | Lindsey Roberts | 0.50 | 585.00 | 292.50 |
| **Trainee** | | | | |
| JAPOWE | James Powell | 0.30 | 210.00 | 63.00 |
| | | | Total | 1,647.00 |

### Detailed Time Breakdown

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---:|---:|---:|
| 01/09/2016 | Antonia Croke | LETT | Review agenda for UCC call; email LROBER re same | 0.10 | 615.00 | 61.50 |
| 01/09/2016 | Lindsey Roberts | PHON | Attending UCC weekly call (including reading agenda and materials pre-call) | 0.30 | 585.00 | 175.50 |
| 08/09/2016 | James Powell | PHON | Attend UCC call | 0.30 | 210.00 | 63.00 |
| 08/09/2016 | Lindsey Roberts | REVI | Review of UCC call agenda and minutes. | 0.10 | 585.00 | 58.50 |
| 08/09/2016 | Lindsey Roberts | PHON | Attend UCC call (in part) | 0.10 | 585.00 | 58.50 |
| 15/09/2016 | Antonia Croke | ATTD | Attend UCC call | 0.40 | 615.00 | 246.00 |
| 15/09/2016 | Antonia Croke | LETT | Review Agenda for UCC call; mins of prev call and case summaries | 0.20 | 615.00 | 123.00 |
| 22/09/2016 | Antonia Croke | LETT | Review agenda for UCC call and mins of previous call | 0.10 | 615.00 | 61.50 |
| 22/09/2016 | Antonia Croke | ATTD | Attend UCC call | 0.30 | 615.00 | 184.50 |
| 23/09/2016 | Antonia Croke | ATTD | Attend UCC call | 0.40 | 615.00 | 246.00 |
| 29/09/2016 | Antonia Croke | ATTD | Attend UCC call | 0.40 | 615.00 | 246.00 |
| 29/09/2016 | Antonia Croke | LETT | Review Agenda for UCC and amendment to SPSA agreement | 0.20 | 615.00 | 123.00 |

**1,647.00**

Matter: CCN01.00001 - BANKRUPTCY

## C0012    General Claims Analysis/Claims Objections

|  |  | Time (Decimal) | Agreed Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Senior Associate** | | | | |
| ACROKE | Antonia Croke | 3.90 | 615.00 | 2,398.50 |
| LROBER | Lindsey Roberts | 0.30 | 585.00 | 175.50 |
| **Trainee** | | | | |
| IKHAN | Ibrahim Khan | 0.20 | 210.00 | 42.00 |
| JAPOWE | James Powell | 0.10 | 210.00 | 21.00 |
| | | | Total | 2,637.00 |

### Detailed Time Breakdown

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 05/09/2016 | Antonia Croke | LETT | Review update on SPSA | 0.20 | 615.00 | 123.00 |
| 05/09/2016 | Lindsey Roberts | REVI | Review of emails re S Agreement | 0.30 | 585.00 | 175.50 |
| 08/09/2016 | James Powell | REVI | Summarising Bloomberg article and email to LROBER re the same | 0.10 | 210.00 | 21.00 |
| 12/09/2016 | Antonia Croke | READ | Review amended SPSA and emails re same | 0.60 | 615.00 | 369.00 |
| 12/09/2016 | Antonia Croke | LETT | Review email re allocation appeals briefing conference | 0.10 | 615.00 | 61.50 |
| 15/09/2016 | Antonia Croke | READ | Review updated SPSA and emails from Cleary and Akin re same | 0.40 | 615.00 | 246.00 |
| 20/09/2016 | Antonia Croke | LETT | Review M Wunder email re claim by Calgary ex-employees | 0.20 | 615.00 | 123.00 |
| 22/09/2016 | Antonia Croke | READ | Review updated SPA and emails from Cleary and Akin re same | 0.60 | 615.00 | 369.00 |
| 23/09/2016 | Antonia Croke | READ | Review BRG SPSA outcomes deck | 0.40 | 615.00 | 246.00 |
| 23/09/2016 | Antonia Croke | READ | Review Canadian escrow amendment | 0.40 | 615.00 | 246.00 |
| 23/09/2016 | Antonia Croke | LETT | Review update on SPSA timing | 0.10 | 615.00 | 61.50 |
| 26/09/2016 | Antonia Croke | LETT | Review updated SPSA and email from D Botter re same | 0.40 | 615.00 | 246.00 |
| 27/09/2016 | Ibrahim Khan | LETT | Considering library update re US proceedings, analyzing reports, summarising findings in email to LROBER | 0.20 | 210.00 | 42.00 |
| 27/09/2016 | Antonia Croke | LETT | Review update re CCAA stay extension etc | 0.30 | 615.00 | 184.50 |
| 29/09/2016 | Antonia Croke | LETT | Review email from F Hodara re update on the SPSA | 0.10 | 615.00 | 61.50 |
| 30/09/2016 | Antonia Croke | LETT | Review F Hodara email on update of SPSA | 0.10 | 615.00 | 61.50 |

2,637.00