**Exhibit C**

**DISBURSEMENT SUMMARY**

**SEPTEMBER 01, 2016 THROUGH SEPTEMBER 30, 2016**

| Document Production | £6.00 |
|---|---|
| **TOTAL** | **£6.00** |