**Exhibit D**

**Disbursements Detailed Breakdown**

100 pages @ 0.06p                                                                                                        £6.00