**Exhibit E**

# SUMMARY OF ATTORNEYS AND LEGAL ASSISTANTS RENDERING SERVICES DURING THE PERIOD SEPTEMBER 01, 2016 THROUGH SEPTEMBER 30, 2016

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate After 1 July 2016 | Total Billed Hours | Total Compensation Requested (£) |
|---|---|---|---|---|
| Antonia Croke | Associate for 9 years; Admitted in 2007 in New South Wales; Australia Dispute Resolution Group, London | £615 | 6.00 | 3,690.00 |
| Lindsey Roberts | Associate for 5 years; Admitted in 2011 in England and Wales; Dispute Resolution Group, London | £585 | 1.60 | 936.00 |
| James Powell | Trainee Solicitor; Dispute Resolution Group, London | £210 | 0.7 | 147.00 |
| Ibrahim Khan | Trainee Solicitor; Dispute Resolution Group, London | £210 | 4.30 | 903.00 |
| **TOTAL** | | | **12.60** | **5,676.00** |

## COMPENSATION BY PROJECT CATEGORY
## SEPTEMBER 01, 2016 THROUGH SEPTEMBER 30, 2016

| Project Category | Total Hours | Total Fees (£) |
|---|---|---|
| Ashurst Fee Application / Monthly Billing Reports | 5.20 | 1,392.00 |
| Creditors Committee Meetings | 2.90 | 1,647.00 |
| General Claims Analysis/Claims Objections | 4.50 | 2,637.00 |
| **TOTAL** | **12.60** | **5,676.00** |