# EXHIBIT B

## COMPENSATION BY PROJECT CATEGORY

## AUGUST 1, 2016 THROUGH AUGUST 31, 2016

| Project Category | Total Hours | Total Fees |
| --- | --- | --- |
| General Case Administration | 0.10 | $132.50 |
| Akin Gump Fee Applications/Monthly Billing Reports | 21.00 | $10,830.50 |
| Analysis of Other Professionals' Fee Applications/Reports | 1.00 | $803.00 |
| Creditors' Committee Meetings | 23.50 | $19,812.50 |
| Court Hearings | 10.70 | $7,480.50 |
| General Claims Analysis/Claims Objections | 35.30 | $36,185.00 |
| Canadian Proceedings/Matters | 16.00 | $17,416.50 |
| Tax Issues | 7.50 | $6,496.50 |
| Labor Issues/Employee Benefits | .50 | $525.00 |
| Travel | 1.00 | $1,220.00 |
| Intercompany Analysis | 117.60 | $131,532.50 |
| **TOTAL** | **234.70** | **$232,836.00** |



NORTEL NETWORKS INC. CREDITORS COMMITTEE
ATTN: JOHN DOLITTLE
8601 SIX FORKS ROAD
SUITE 400
RALEIGH, NC  27615

Invoice Number 1681430
Invoice Date 10/19/16
Client Number 687147
Matter Number 0001

Re: CHAPTER 11

FOR PROFESSIONAL SERVICES RENDERED THROUGH  08/31/16 :

MATTER SUMMARY OF TIME BILLED BY TASK :

|  |  | HOURS | VALUE |
|---|---|---|---|
| 0002 | General Case Administration | 0.10 | $132.50 |
| 0003 | Akin Gump Fee Application/Monthly Billing Reports | 21.00 | $10,830.50 |
| 0004 | Analysis of Other Professionals Fee Applications/Reports | 1.00 | $803.00 |
| 0007 | Creditors Committee Meetings | 23.50 | $19,812.50 |
| 0008 | Court Hearings | 10.70 | $7,480.50 |
| 0009 | Financial Reports and Analysis | 0.50 | $401.50 |
| 0012 | General Claims Analysis/Claims Objections | 35.30 | $36,185.00 |
| 0014 | Canadian Proceedings/Matters | 16.00 | $17,416.50 |
| 0018 | Tax Issues | 7.50 | $6,496.50 |
| 0019 | Labor Issues/Employee Benefits | 0.50 | $525.00 |
| 0025 | Travel | 1.00 | $1,220.00 |
| 0029 | Intercompany Analysis | 117.60 | $131,532.50 |
|  | TOTAL | 234.70 | $232,836.00 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  Page 2
Bill Number: 1681430  10/19/16

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| 08/22/16 | FSH | 0002 | Review pleadings re NNIII. | 0.10 |
| 08/01/16 | AL | 0003 | Review prebill for confidentiality and privilege. | 0.30 |
| 08/05/16 | AL | 0003 | Draft June fee application. | 2.40 |
| 08/08/16 | AL | 0003 | Draft June fee application (2.9); review July prebill for confidentiality and privilege (.6). | 3.50 |
| 08/09/16 | AL | 0003 | Review prebill for confidentiality and privilege. | 2.00 |
| 08/10/16 | MCF | 0003 | Review and revise June fee application documents. | 1.60 |
| 08/10/16 | AL | 0003 | Review July prebill for confidentiality and privilege (.9); prepare June fee application (.9). | 1.80 |
| 08/15/16 | AL | 0003 | Prepare June fee application (.4); edit July prebill for confidentiality and privilege (.1). | 0.50 |
| 08/16/16 | AL | 0003 | Review July prebill for confidentiality and privilege (1.1); revise June fee application (.6). | 1.70 |
| 08/17/16 | AL | 0003 | Revise fee application. | 0.50 |
| 08/18/16 | FSH | 0003 | Review June fee application. | 0.50 |
| 08/18/16 | AL | 0003 | Draft fee application (.9); prepare same for filing (.5). | 1.40 |
| 08/22/16 | MCF | 0003 | Review and revise prebill re confidentiality and privilege. | 1.30 |
| 08/29/16 | AL | 0003 | Review prebill for confidentiality and privilege (.4); draft fee application (.3). | 0.70 |
| 08/29/16 | FBA | 0003 | Review prebill for confidentiality and privilege (0.6); assemble schedules re same (0.6). | 1.20 |
| 08/30/16 | FSH | 0003 | Review and comment on fee application. | 0.50 |
| 08/31/16 | AL | 0003 | Prepare monthly fee application and interim fee application for filing. | 1.10 |
| 08/01/16 | FSH | 0004 | Examine fee application of other professionals. | 0.10 |
| 08/11/16 | FSH | 0004 | Review fee application of other professionals. | 0.10 |
| 08/19/16 | AL | 0004 | Attention to fee applications of other professionals. | 0.60 |
| 08/23/16 | FSH | 0004 | Review fee applications of other professionals. | 0.20 |
| 08/03/16 | FSH | 0007 | Communications with M. Fagen, R. Johnson re Committee call agenda. | 0.10 |
| 08/03/16 | RAJ | 0007 | Emails re preparations for committee call. | 0.30 |
| 08/03/16 | MCF | 0007 | Draft agenda for Committee call (.3) and minutes (.2); emails re same (.3); and email same to Committee (.2). | 1.00 |
| 08/03/16 | AL | 0007 | Prepare for Committee call. | 0.20 |
| 08/04/16 | FSH | 0007 | Prepare for Committee call (.3); participate in same (.5). | 0.80 |
| 08/04/16 | RAJ | 0007 | Attend Committee call (.5); post-call discussion w/ D. Botter re next steps (.3). | 0.80 |
| 08/04/16 | DHB | 0007 | Prepare for Committee call (.4); attend same (.5); follow-up communications with R. Johnson re same (.3). | 1.20 |
| 08/04/16 | MCF | 0007 | Prepare for (.2) and participate in (.5) Committee call. | 0.70 |
| 08/04/16 | AL | 0007 | Prepare for (.6) and attend (.5) Committee call. | 1.10 |
| 08/10/16 | FSH | 0007 | Review and comment on Committee call agenda (.1); communications with B. Kahn, M. Fagen and R. Johnson re same (.1); communications with M. Fagen, A. Loring re meeting (.1). | 0.30 |
| 08/10/16 | RAJ | 0007 | Emails re agenda for Committee call. | 0.30 |
| 08/10/16 | MCF | 0007 | Draft agenda (.2) and minutes (.1) for Committee call; emails re same (.2); email same to Committee (.2). | 0.70 |
| 08/10/16 | AL | 0007 | Draft agenda for Committee call (.8); prepare for same (.3). | 1.10 |
| 08/11/16 | FSH | 0007 | Outline presentation for Committee call (.2); communications with BRG re same (.1); attend same (.8). | 1.10 |
| 08/11/16 | RAJ | 0007 | Attend Committee call (.8); follow-up emails (.1). | 0.90 |
| 08/11/16 | DHB | 0007 | Prepare for Committee call (.7); attend same (.8). | 1.50 |
| 08/11/16 | MCF | 0007 | Prepare for (.1) and participate in (.8) Committee call. | 0.90 |
| 08/11/16 | AL | 0007 | Prepare for (.6) and attend (.8) Committee call. | 1.40 |
| 08/17/16 | FSH | 0007 | Numerous communications with M. Fagen, B. Kahn, D. Botter, BRG re | 0.30 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  Page 3
Bill Number: 1681430  10/19/16

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| | | | upcoming Committee meeting. | |
| 08/17/16 | RAJ | 0007 | Emails re upcoming Committee call. | 0.20 |
| 08/17/16 | DHB | 0007 | Review Committee call agenda (.1) and emails re same (.1). | 0.20 |
| 08/17/16 | MCF | 0007 | Emails re Committee call/agenda/cancellation. | 0.40 |
| 08/17/16 | AL | 0007 | Prepare for Committee call (1.1); internal correspondence re: same (.3). | 1.40 |
| 08/24/16 | FSH | 0007 | Review and comment on Committee call agenda (.1); communications with M. Fagen re same (.1). | 0.20 |
| 08/24/16 | AL | 0007 | Draft and edit Committee call agenda (.7); prepare for Committee call (.7). | 1.40 |
| 08/25/16 | FSH | 0007 | Communicate with A. Loring re call prep (.1); outline presentation to Committee (.3); participate in Committee call (.3). | 0.70 |
| 08/25/16 | DHB | 0007 | Prepare for Committee call (.2); attend same (.3) and follow-up w/ B. Kahn (.1). | 0.60 |
| 08/25/16 | BMK | 0007 | Prepare for Committee call (0.5); attend committee call (0.3); follow up to same (0.1) | 0.90 |
| 08/25/16 | KMR | 0007 | Attend Committee call. | 0.30 |
| 08/25/16 | AL | 0007 | Prepare for (.7) and attend (.3) Committee call. | 1.00 |
| 08/30/16 | FSH | 0007 | Communications with R. Johnson, D. Botter, B. Kahn re upcoming Committee meeting. | 0.20 |
| 08/31/16 | FSH | 0007 | Internal communications re Committee call agenda. | 0.20 |
| 08/31/16 | DHB | 0007 | Email communications re Committee call agenda and review of same. | 0.10 |
| 08/31/16 | MCF | 0007 | Revisions to Committee call agenda (.1); communications re same (.1); send email to Committee (.2). | 0.40 |
| 08/31/16 | AL | 0007 | Draft Committee call agenda. | 0.60 |
| 08/03/16 | SAD | 0008 | Review docket for updates and pull substantive pleadings (.1); send to M. Fagen (.1). | 0.20 |
| 08/04/16 | SAD | 0008 | Review docket for updates and circulate. | 0.10 |
| 08/05/16 | SAD | 0008 | Review docket for updates and circulate. | 0.10 |
| 08/08/16 | SAD | 0008 | Review docket for updates and circulate. | 0.10 |
| 08/09/16 | SAD | 0008 | Review docket for updates and pull substantive pleadings (.1); send to M. Fagen (.1). | 0.20 |
| 08/10/16 | SAD | 0008 | Review docket for updates and circulate. | 0.10 |
| 08/12/16 | FSH | 0008 | Communications with A. Loring re upcoming hearing. | 0.10 |
| 08/12/16 | DHB | 0008 | Review hearing agenda. | 0.20 |
| 08/12/16 | AL | 0008 | Internal correspondence re: hearing agenda. | 0.30 |
| 08/12/16 | SAD | 0008 | Review docket for updates and pull substantive pleadings (.1); send to M. Fagen (.1). | 0.20 |
| 08/15/16 | FSH | 0008 | Examine court agenda (.1); correspond with D. Botter re same (.1); communications with Cleary re same (.1). | 0.30 |
| 08/15/16 | AL | 0008 | Prepare for 8-16-16 hearing re NNIII filing / first days. | 0.50 |
| 08/15/16 | SAD | 0008 | Review docket for updates and pull substantive pleadings (.1); send to M. Fagen (.1). | 0.20 |
| 08/16/16 | FSH | 0008 | Participate telephonically in hearing re NNIII and other matters. | 0.80 |
| 08/16/16 | RAJ | 0008 | Monitor omnibus hearing. | 0.80 |
| 08/16/16 | DHB | 0008 | Prepare for hearing (.4); attend same (1.0). | 1.40 |
| 08/16/16 | MCF | 0008 | Prepare for (.2) and participate in portion of (.6) hearing. | 0.80 |
| 08/16/16 | SAD | 0008 | Review docket for updates and circulate. | 0.10 |
| 08/17/16 | SAD | 0008 | Review docket for updates and circulate. | 0.10 |
| 08/18/16 | SAD | 0008 | Review docket for updates and pull substantive pleadings (.1); send to M. Fagen (.1). | 0.20 |
| 08/22/16 | SAD | 0008 | Review docket for updates and circulate. | 0.10 |
| 08/23/16 | SAD | 0008 | Review docket for updates and pull substantive pleadings; send to M. Fagen. | 0.10 |
| 08/24/16 | SAD | 0008 | Review docket for updates and pull substantive pleadings (.1); send to M. Fagen (.1). | 0.20 |
| 08/25/16 | SAD | 0008 | Review docket for updates and pull substantive pleadings (.1); send to M. Fagen (.1). | 0.20 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE                                                  Page 4
Bill Number: 1681430                                                                   10/19/16

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| 08/26/16 | FSH | 0008 | Examine court agenda. | 0.10 |
| 08/26/16 | DHB | 0008 | Email communications re SNMP hearing. | 0.40 |
| 08/26/16 | AL | 0008 | Prepare for (1.0) and attend (.5) discovery hearing in SNMP claims adversary proceeding; internal correspondence re: same (.4). | 1.90 |
| 08/26/16 | SAD | 0008 | Review docket for updates and pull substantive pleadings (.1); send to M. Fagen (.1). | 0.20 |
| 08/29/16 | SAD | 0008 | Review docket for updates and pull substantive pleadings (.2); send to M. Fagen (.1). | 0.30 |
| 08/30/16 | SAD | 0008 | Review docket for updates and pull substantive pleadings (.2); send to M. Fagen (.1). | 0.30 |
| 08/31/16 | SAD | 0008 | Review docket for updates and circulate. | 0.10 |
| 08/11/16 | FSH | 0009 | Examine MOR. | 0.10 |
| 08/11/16 | AL | 0009 | Internal correspondence re: June Monthly Operating Report. | 0.20 |
| 08/23/16 | AL | 0009 | Correspondence re: July MOR. | 0.10 |
| 08/24/16 | FSH | 0009 | Examine MOR. | 0.10 |
| 08/01/16 | RAJ | 0012 | Multiple emails re SNMP claim. | 0.30 |
| 08/02/16 | RAJ | 0012 | Review discovery in SNMP claims adversary proceeding (.8). | 0.80 |
| 08/03/16 | RAJ | 0012 | Review Debtors' materials re claim (.6); analyze issues re claim (.5, .2); internal correspondence re: same (1.3); review discovery filing in re same(.1). | 2.70 |
| 08/04/16 | RAJ | 0012 | Review claim issues (.6); analyze Debtors' draft objection to claims (1.3, .5); multiple emails with Akin and BRG teams re claim analysis (.4, .2, .3); review notice of settlement of Avaya claims in SNMP claims adversary proceeding and emails re same (.2); follow-up call with BRG (.3). | 3.80 |
| 08/04/16 | AQ | 0012 | Review and analyze BRG presentation re claim; emails regarding same. | 0.40 |
| 08/04/16 | AL | 0012 | Review filing in SNMP claims adversary proceeding. | 0.70 |
| 08/05/16 | FSH | 0012 | Examine SNMP claims pleading. | 0.10 |
| 08/05/16 | RAJ | 0012 | Review BRG analysis of claim scenarios (.4); call with Committee member (.5); analyze legal issues re claim (1.2); analyze Ivanhoe issues (.4, .3); emails with BRG and Akin teams re financial analysis of claim issues (.3, .2); multiple emails with Akin team re Ivanhoe issues (.2). | 3.50 |
| 08/05/16 | AQ | 0012 | Emails regarding Committee member claim (.2); review and analyze draft objection to Committee member claim (.5). | 0.70 |
| 08/05/16 | BMK | 0012 | Call with Committee member re: claim issues. | 0.50 |
| 08/08/16 | FSH | 0012 | Examine SNMP claims reply factum (.2); review materials re claims (.2). | 0.40 |
| 08/08/16 | RAJ | 0012 | Further analyze case law re issues arising in claim (2.3, .9); correspond with M. Fagen re same (.2); email with F. Hodara re same (.1); review revised BRG analysis of claim issues and related emails (.3). | 3.80 |
| 08/08/16 | AL | 0012 | Attention to allowed claims. | 0.30 |
| 08/09/16 | FSH | 0012 | Analyze claim issue (.2); communications with R. Johnson re same (.2). | 0.40 |
| 08/09/16 | RAJ | 0012 | Analyze legal issues re claims (.7); review cases re joint and several unsecured claims (1.4); emails with F. Hodara (.2); review revised BRG deck (two iterations) and multiple emails re same (.3, .2, .3). | 3.10 |
| 08/09/16 | BMK | 0012 | Review claims analyses from BRG. | 1.40 |
| 08/10/16 | FSH | 0012 | Review Cleary draft objection to claim (.2) and analyze issues in connection therewith (.2). | 0.40 |
| 08/10/16 | RAJ | 0012 | Review BRG analysis of claims (.3, .2); analyze claim (1.2); multiple emails with Akin and BRG teams re claims (.2, .1, .1); review prior BRG presentations re recoveries (.8). | 2.90 |
| 08/11/16 | RAJ | 0012 | Emails re BRG financial analysis of claims (.3, .1). | 0.40 |
| 08/15/16 | RAJ | 0012 | Review materials for omnibus claim hearing (.4); analyze case law pertinent to claim (1.4). | 1.80 |
| 08/16/16 | RAJ | 0012 | Analyze case law relevant to claims. | 2.60 |
| 08/22/16 | FSH | 0012 | Examine claims information from Cleary (.3); communications with D. Botter, BRG re same (.2); analyze related information (.2); examine | 0.80 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  Page 5
Bill Number: 1681430  10/19/16

| Date | Tkpr | Task | Description | Hours |
|---|---|---|---|---|
| | | | claims information and BRG communication re same (.1). | |
| 08/22/16 | RAJ | 0012 | Multiple emails with Akin and BRG teams re claims negotiations (.2); review financial analyses of recoveries (.2). | 0.40 |
| 08/23/16 | RAJ | 0012 | Multiple emails re claim litigation issues (.3); review filings in SNMP claims adversary proceeding (.2). | 0.50 |
| 08/25/16 | RAJ | 0012 | Review correspondence re SNMP claims discovery dispute (.2); multiple emails with Akin and BRG teams re claims disputes (.3). | 0.50 |
| 08/25/16 | BMK | 0012 | Review of claim issues. | 0.80 |
| 08/25/16 | AL | 0012 | Review correspondence in SNMP claims adversary proceeding (.8); internal correspondence re: same (.2). | 1.00 |
| 08/26/16 | RAJ | 0012 | Emails re SNMP claims discovery dispute and telephonic hearing. | 0.30 |
| 08/01/16 | FSH | 0014 | Communications with Cassels, M. Fagen re materials for Committee (.2); analyze issues in Affidavit (.6); review Canadian leave applications and supportive filings (1.8). | 2.60 |
| 08/01/16 | RAJ | 0014 | Review applications for leave to appeal to Supreme Court of Canada filed by US Debtors, Bondholder Group, BNY Mellon and NNSA (2.3, 1.4); multiple emails re same with Akin and Cassels teams (.3, .2); follow up with SCC agent for Trade Claims Consortium (.1). | 4.30 |
| 08/01/16 | MCF | 0014 | Review memoranda re petitions for leave to appeal Canadian allocation decision (.8); email to Committee re same (.3); further email re same (.6). | 1.70 |
| 08/01/16 | AL | 0014 | Attention to applications for leave to appeal allocation decisions to Supreme Court of Canada. | 0.40 |
| 08/02/16 | FSH | 0014 | Communications with Cassels, R. Johnson re aspects of Canadian leave filings. | 0.60 |
| 08/02/16 | RAJ | 0014 | Analyze issues regarding applications for leave to appeal to SCC (1.5); call with S. Kukulowicz (Cassels) re SCC memoranda of argument (.1). | 1.60 |
| 08/03/16 | AQ | 0014 | Review and analyze SCC briefs. | 0.20 |
| 08/03/16 | AQ | 0014 | Review and analyze SCC briefs. | 0.70 |
| 08/08/16 | DHB | 0014 | Emails re Canadian appeals related issues (.2); review Canadian leave applications (1.5). | 1.70 |
| 08/09/16 | FSH | 0014 | Examine info from Cassels re Canadian letter request. | 0.10 |
| 08/10/16 | FSH | 0014 | Review information re SCC leave application (.1); communications with Committee member and Cassels re same (.1). | 0.20 |
| 08/10/16 | BMK | 0014 | Review of Canadian leave issues. | 0.60 |
| 08/11/16 | FSH | 0014 | Confer with M. Wunder re Canadian appeal development. | 0.20 |
| 08/11/16 | RAJ | 0014 | Review Monitor's draft motion record to SCC to extend time (.4); emails re Monitor's draft motion to SCC (.2). | 0.60 |
| 08/12/16 | FSH | 0014 | Communications re Canadian appeal pleadings (.2); examine same (.1). | 0.30 |
| 08/17/16 | FSH | 0014 | Examine Canadian order (.1) and communications with M. Wunder re same (.1). | 0.20 |
| 08/04/16 | FSH | 0018 | Communicate with K. Rowe re pending tax issues. | 0.10 |
| 08/09/16 | KMR | 0018 | Research re: allocation tax issues. | 0.80 |
| 08/15/16 | KMR | 0018 | Conference call with NNI and advisors re: allocation tax issues (1.0); follow up analysis re: same (.7). | 1.70 |
| 08/16/16 | KMR | 0018 | Review tax issues re: allocation (2.0); email re: same (.4). | 2.40 |
| 08/17/16 | KMR | 0018 | Review and respond to emails re: allocation tax issues. | 1.00 |
| 08/31/16 | KMR | 0018 | Continue review of tax implications of allocation document. | 1.50 |
| 08/02/16 | RAJ | 0019 | Analyze PBGC claims issues (.5). | 0.50 |
| 08/16/16 | DHB | 0025 | Travel to and from Wilmington for Omnibus hearing (actual time 2.0 hours). | 1.00 |
| 08/01/16 | FSH | 0029 | Continue analysis of allocation document (.5); communications with BRG re same (.1); communications with BRG, D. Botter re allocation issues (.3). | 0.90 |
| 08/01/16 | FSH | 0029 | Communications re extension of allocation appeal schedule. | 0.10 |
| 08/02/16 | FSH | 0029 | Analyze information re allocation concepts (.4); communications with BRG re same (.2). | 0.60 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  Page 6
Bill Number: 1681430  10/19/16

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| 08/02/16 | RAJ | 0029 | Analyze allocation issues (.7); multiple emails with Akin and BRG teams re same (.2, .1). | 1.00 |
| 08/03/16 | FSH | 0029 | Calls with Committee members re allocation, next steps (.8); communicate with B. Kahn re same (.1); call Debtor re same (.9); review materials from Debtor (.3); call S. Pohl re allocation (.2); review relevant provisions (.6); outline issues (.8); review Monitor comments (.5); commence review of revised draft (.3); provide same to Committee (.1). | 4.60 |
| 08/03/16 | RAJ | 0029 | Further analyze allocation appellate issues (1.2); review Monitor's markup of allocation document (.5); emails re same (.2); review Debtors' revision of allocation document and compare with Monitor's edits (.9). | 2.80 |
| 08/03/16 | DHB | 0029 | Emails re continuing discussions re allocation (.3); conference call with AG and BRG teams re same (.7); begin review of materials re same (.4). | 1.40 |
| 08/03/16 | KMR | 0029 | Review revised allocation documents. | 0.70 |
| 08/03/16 | MCF | 0029 | Call re allocation related discussions (.7); review materials re same (1.1). | 1.80 |
| 08/04/16 | FSH | 0029 | Review revised allocation documents (1.6); communications with BRG, D. Botter, B. Kahn, M. Fagen, A. Loring re same (1.1); communications with BRG, D. Botter re negotiations and analyses (.3); communications with Cleary and Chilmark re same (.1); communications with Committee members re same (.3); memo re issues (.4); finalize mark-up (.6). | 4.40 |
| 08/04/16 | RAJ | 0029 | Provide comments on U.S. Debtors' markup of allocation document (.5); multiple emails re reconciling edits by Monitor and by U.S. Debtors (.4, .2); emails with BRG and Akin teams re financial terms in allocation documents (.3). | 1.40 |
| 08/04/16 | DHB | 0029 | Review materials re allocation (.7); review of Monitor allocation comments (1.8); review Cleary comments (1.0); email communications re same (.2) and next steps (.2). | 3.90 |
| 08/04/16 | BMK | 0029 | Review of allocation document issues and comments to same. | 1.60 |
| 08/04/16 | KMR | 0029 | Continue review of revisions to draft allocation document (0.5); meeting re: same (1.0); work on analysis of same (0.7). | 2.20 |
| 08/05/16 | FSH | 0029 | Calls with Committee members re allocation (1.0); review BRG deck and communications re same with BRG, D. Botter (.2); communications with M. Fagen and R. Johnson re research on allocation documents issue (.1). | 1.30 |
| 08/05/16 | RAJ | 0029 | Review redline of allocation documents reflecting recent edits (.4); multiple emails with Akin team re same (.2). | 0.60 |
| 08/05/16 | DHB | 0029 | Review allocation deck (1.5); emails re same (.1); consider deck re same (.4); conference call re same (.5); begin review of changes to allocation document (.7); extensive emails re allocation issues following call (.4). | 3.60 |
| 08/05/16 | MCF | 0029 | Call with Committee member re allocation and other issues. | 0.80 |
| 08/08/16 | FSH | 0029 | Review materials re recoveries and BRG draft deck (1.1); communications with BRG re same (.3); communications with B. Kahn re same (.1); call w/ Cleary re allocation document comments and process and communications with B. Kahn, BRG and D. Botter re same (.4). | 1.90 |
| 08/08/16 | DHB | 0029 | Continue review of allocation document (.7); review BRG deck (.4) and emails re same (.3). | 1.40 |
| 08/08/16 | DHB | 0029 | Review latest BRG work re allocation document (.5); email communications re allocation document (.2) and begin review of same (.3). | 1.00 |
| 08/08/16 | KMR | 0029 | Continue analysis of tax issues in connection with allocation document. | 0.70 |
| 08/09/16 | FSH | 0029 | Correspond with B. Kahn re allocation issue (.1); review and analyze same (.5); communications with BRG re analysis (.2); review revised draft deck (.4); communications with D. Botter and BRG re same (.2); communications with Committee members re allocation document and | 3.00 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE                                                                    Page 7
Bill Number: 1681430                                                                                       10/19/16

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| | | | related issues (.4); call with Cleary re same (.9); review 3rd Circuit order re: allocation appeal and numerous communications re same (.3). | |
| 08/09/16 | RAJ | 0029 | Analyze Third Circuit order authorizing direct allocation appeal and implications (.5); multiple emails with Akin team re same (.3); analyze appellate issues (.4). | 1.20 |
| 08/09/16 | DHB | 0029 | Continue review of changes to allocation document (.4); call with Cleary re same (1.0); follow-up emails (.2); review latest recovery scenarios deck (.4); emails re same (.2); review 3rd Circuit allocation appeal order (.1); emails re same (.2). | 2.50 |
| 08/09/16 | BMK | 0029 | Review Third Circuit grant of petitions for direct allocation appeal. | 0.30 |
| 08/09/16 | MCF | 0029 | Review and circulate Third Circuit order granting petitions for leave to appeal allocation decision (.3); email to clients re same (.2). | 0.50 |
| 08/09/16 | ZJC | 0029 | Discuss and respond to inquiries regarding Third Circuit grant of permissions to appeal allocation decision. | 0.20 |
| 08/10/16 | FSH | 0029 | Review and comment on revised BRG allocation presentation (.4); call with BRG re same (.3); communications with D. Botter, B. Kahn and R. Johnson re same (.2); analysis of allocation concept in presentation (.3); finalization of same (.1). | 1.30 |
| 08/10/16 | RAJ | 0029 | Analyze allocation appellate issues (.7); email with A. Qureshi re appeal (.1); call with J. Rosenthal re appeal (.1); multiple emails re allocation status (.2). | 1.10 |
| 08/11/16 | FSH | 0029 | Communications with D. Botter, BRG re allocation analysis (.2); examine report (.1); communicate with R. Johnson re allocation issues (.2); analyze same (.3); communications with Cleary, BRG, D. Botter, M. Fagen re revisions and related issues (.5); review same (.5). | 1.80 |
| 08/11/16 | RAJ | 0029 | Confer with Cleary re Third Circuit allocation appellate issues (.2, .1); emails with Akin team re US Debtors' further revised draft of allocation document and issues (.2, .3, .1); analyze revised draft allocation documents and compare to prior drafts (1.2); follow up with Whiteford Taylor re allocation appellate issues (.1); analyze Third Circuit allocation appellate issues (.5). | 2.70 |
| 08/12/16 | FSH | 0029 | Communications with R. Johnson, D. Botter, B. Kahn re allocation document, next steps (.4); communications with BRG re analysis (.2). | 0.60 |
| 08/12/16 | RAJ | 0029 | Analyze revisions to allocation document (1.3, 1.1); multiple emails with Akin team re edits to allocation document (.4); call with J. Bromley re allocation document (.2); follow-up emails with Akin/BRG teams re allocation document (.6); draft comments to allocation document(.5). | 4.10 |
| 08/12/16 | DHB | 0029 | Detailed review of allocation document and comments re same (1.3); emails re same (.2); telephone call with J. Bromley and R. Johnson re same and open issues (.3); emails re 3rd Circuit allocation appeal issues (.4). | 2.20 |
| 08/15/16 | FSH | 0029 | Respond to creditor calls re allocation (.5); communications with D. Botter and BRG re same (.2); communications with D. Botter re allocation analysis (.1); communication re: allocation document (.7). | 1.50 |
| 08/15/16 | RAJ | 0029 | Multiple emails re comments to allocation document (.2); review Law Debenture comments to allocation document (.3). | 0.50 |
| 08/15/16 | DHB | 0029 | Communicate with F. Hodara re allocation status (.1) and telephone call with creditors re status (.5); allocation conference call with US Debtors (.7); review deck re same (.1); communicate with F. Hodara (.1) and calls with creditors re status (.3). | 1.80 |
| 08/15/16 | BMK | 0029 | Review allocation presentation materials (0.5); review comments to allocation document (0.4). | 0.90 |
| 08/16/16 | FSH | 0029 | Analyze issues in allocation document (.2); communications with Committee members, D. Botter, B. Kahn re same (.4); review analysis (.2). | 0.80 |
| 08/16/16 | RAJ | 0029 | Emails re allocation document. | 0.20 |
| 08/16/16 | DHB | 0029 | Call with Committee member re allocation document (.3); emails re | 0.40 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  
Bill Number: 1681430

Page 8  
10/19/16

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| | | | same (.1). | |
| 08/17/16 | FSH | 0029 | Communications with Committee members re allocation issues and analyze same (.3); communications with D. Bottter and BRG re same (.2); communications with BRG re allocation issues (.1). | 0.60 |
| 08/17/16 | RAJ | 0029 | Emails re allocation documents. | 0.20 |
| 08/17/16 | DHB | 0029 | Consider tax issues related to allocation (.3) and emails re same (.1); email communications re allocation analysis issues (.3). | 0.70 |
| 08/17/16 | BMK | 0029 | Emails with Hodara, Botter, Kearns re: allocation status. | 0.40 |
| 08/18/16 | FSH | 0029 | Respond to call of creditor re allocation status (.3); review open issues in allocation document and revisions (1.6). | 1.90 |
| 08/22/16 | FSH | 0029 | Examine comments from Committee members and representatives to allocation document, other open issues (1.0); correspond with D. Botter re same (.1). | 1.10 |
| 08/22/16 | DHB | 0029 | Review status of allocation discussions and terms thereof (.3); emails re same (.2). | 0.50 |
| 08/23/16 | FSH | 0029 | Examine allocation appeal court filings (.1); communications with D. Botter re allocation document, next steps (.1); communications with Cassels re allocation document (.1); communications with BRG and D. Botter re same (.2); review materials for call with Cleary (.2); participate in same (.9); further communications with Committee member, D. Botter, BRG re foregoing matters (.8); prepare analysis of issues (.4). | 2.80 |
| 08/23/16 | RAJ | 0029 | Emails re allocation appeal filings in Third Circuit. | 0.20 |
| 08/24/16 | FSH | 0029 | Analyze allocation issues (.7); communications with D. Botter and B. Kahn re allocation (.1); call with BRG re same (.1). | 0.90 |
| 08/25/16 | FSH | 0029 | Calls with parties re allocation (.3); analyze pending issues (.5); internal correspondence re same (.8); call w/ Committee member re allocation issue (.6); call w/ Cleary re allocation (.3); further communications with Committee and Committee members re same (.8); communications with BRG, D. Botter re same (.3); analyze next steps (.4). | 4.00 |
| 08/25/16 | DHB | 0029 | Internal communication re: allocation issues (.5); call with Committee member (.7); follow-up and begin review of law (.7); emails re status (.2). | 2.10 |
| 08/25/16 | KMR | 0029 | Review allocation document. | 0.50 |
| 08/26/16 | FSH | 0029 | Communications with Cleary, B. Kahn re allocation document (.1); analyze issues (.1); communications with A. Loring re allocation appeal documents (.1); review of revised allocation document (1.0); communications with B. Kahn, R. Johnson, D. Botter, J. Chen re same (.4); examine info from BRG (.2) and communications with J. Hyland and D. Botter re same (.2); communications with Cleary, D. Botter, B. Kahn, Committee re allocation document (.3). | 2.40 |
| 08/26/16 | RAJ | 0029 | Emails re Third Circuit allocation appeals and docketing of direct appeal (.3); emails re developments in allocation document and discussions with other parties (.2, .1). | 0.60 |
| 08/26/16 | DHB | 0029 | Email communications re allocation document (.3) (.1); begin review of same (1.0); email communications re 3rd Circuit allocation appeal (.1); email communications re discussions with parties (.1). | 1.60 |
| 08/26/16 | BMK | 0029 | Review revised allocation documents (1.6); emails re: allocation appellate issues from Third Circuit (.3). | 1.90 |
| 08/26/16 | KMR | 0029 | Review allocation document. | 0.50 |
| 08/26/16 | AL | 0029 | Correspondence with team re: filing in Third Circuit allocation appeal. | 0.40 |
| 08/28/16 | DHB | 0029 | Detailed review of latest draft of allocation document (1.5); emails re same (.2). | 1.70 |
| 08/28/16 | KMR | 0029 | Continue review of allocation document. | 0.80 |
| 08/29/16 | FSH | 0029 | Analyze issues re allocation document (.6); communications with R. Johnson, B. Kahn re same (.3); participate in conference call with Cassels, BRG, B. Kahn, A. Loring, M. Fagen, D. Botter re draft (1.2); examine 3rd Circuit allocation appeals letter (.1); communications with | 2.70 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE                                      Page 9
Bill Number: 1681430                                                        10/19/16

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| | | | D. Botter, Milbank, Committee members re allocation document issues (.3); examine note from J. Chen re allocation appeals Court letter (.1) and follow-up re same (.1). | |
| 08/29/16 | RAJ | 0029 | Emails with Akin team re Third Circuit allocation appeals correspondence (.1); multiple emails re allocation document revisions (.4, .2); review and provide comments to revised allocation document (1.0); review revised draft (.2). | 1.90 |
| 08/29/16 | AQ | 0029 | Emails regarding 3d Cir allocation appeal (.1) and review related order (.1). | 0.20 |
| 08/29/16 | DHB | 0029 | Emails re allocation document (.3); continue review of allocation document issues (.8); conference call re same (1.2); begin review of draft comments (.4). | 2.70 |
| 08/29/16 | BMK | 0029 | Review updated allocation document (1.3); call with Committee profs re: same (1.2). | 2.50 |
| 08/29/16 | KMR | 0029 | Continue review of tax issues re: allocation. | 1.20 |
| 08/29/16 | MCF | 0029 | Call re allocation document (1.2); review comments to same (.2); review Third Circuit allocation appeals letter (1.1). | 2.50 |
| 08/29/16 | ZJC | 0029 | Review of (.3) and communications regarding (.2) Third Circuit allocation appeals case management orders. | 0.50 |
| 08/29/16 | AL | 0029 | Prepare for (.8) and attend (1.2) call on allocation document; input comments from same (1.8). | 3.80 |
| 08/30/16 | FSH | 0029 | Finalization of allocation document comments (.4); review of compendium (.2); draft emails (.2); communications re same with D. Botter, A. Loring (.2). | 1.00 |
| 08/30/16 | DHB | 0029 | Review new turn of allocation document comments (.5) and draft email to team (.3); work re same (.3); review emails re comments (.1); email to UCC re same (.1); call with J. Bromley re same (.5); follow-on emails re same (.2). | 2.00 |
| 08/30/16 | KMR | 0029 | Review of allocation document (.6); research re: tax issues re same (.6). | 1.20 |
| 08/30/16 | ZJC | 0029 | Discussion with Third Circuit clerk's office regarding filing of initial allocation appeal forms. | 0.50 |
| 08/30/16 | AL | 0029 | Input comments to allocation document (.8); internal correspondence re: same (.3); correspondence with Debtors' counsel re: same (.2). | 1.30 |
| 08/31/16 | FSH | 0029 | Analyze allocation document issues and next steps (.4); communications with D. Botter and BRG re same (.2) and communications with Cleary (.1); follow-up re Third Circuit allocation appeals (.1). | 0.80 |
| 08/31/16 | RAJ | 0029 | Multiple emails with Akin team re Third Circuit allocation appeals and developments in allocation document (.2, .1). | 0.30 |
| 08/31/16 | DHB | 0029 | Emails with J. Bromley (.1) and Milbank (.1) re allocation document; emails with team re next steps (.2). | 0.40 |
| | | | Total Hours | 234.70 |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| F S HODARA | 54.30 | at | $1325.00 | = | $71,947.50 |
| R A JOHNSON | 56.50 | at | $1050.00 | = | $59,325.00 |
| A QURESHI | 2.20 | at | $1175.00 | = | $2,585.00 |
| D H BOTTER | 38.20 | at | $1220.00 | = | $46,604.00 |
| B M KAHN | 11.80 | at | $900.00 | = | $10,620.00 |
| K M ROWE | 15.50 | at | $860.00 | = | $13,330.00 |
| Z CHEN | 1.20 | at | $700.00 | = | $840.00 |
| M C FAGEN | 15.10 | at | $690.00 | = | $10,419.00 |
| A LORING | 35.60 | at | $455.00 | = | $16,198.00 |
| S A D'ADDESE | 3.10 | at | $225.00 | = | $697.50 |
| F B ALVAREZ | 1.20 | at | $225.00 | = | $270.00 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  Page 10
Bill Number: 1681430  10/19/16

| Timekeeper | Hours | Rate | Value | |
|---|---|---|---|---|
| | | Current Fees | | $232,836.00 |
| | | Current Expenses | | $2,775.53 |
| **Total Amount of This Invoice** | | | | **$235,611.53** |
| | | **Prior Balance Due** | | $220,269.80 |
| | | **Total Balance Due Upon Receipt** | | $455,881.33 |