# EXHIBIT C

**DISBURSEMENT SUMMARY**

**AUGUST 1, 2016 THROUGH AUGUST 31, 2016**

| | |
|---|---:|
| Computerized Research, Corporate Service Fees & PACER Charges | $672.69 |
| Courier Service/Messenger Service – Off Site | $235.41 |
| Document Retrieval | $2.10 |
| Duplication – In House | $241.90 |
| Meals (100%) | $1,126.23 |
| Travel – Ground Transportation | $81.20 |
| Travel – Train Fare | $416.00 |
| **TOTAL** | **$2,775.53** |