# EXHIBIT D



NORTEL NETWORKS INC. CREDITORS COMMITTEE
ATTN: JOHN DOLITTLE
8601 SIX FORKS ROAD
SUITE 400
RALEIGH, NC  27615

| | |
|---|---|
| Invoice Number | 1681430 |
| Invoice Date | 10/19/16 |
| Client Number | 687147 |
| Matter Number | 0001 |

Re: CHAPTER 11

FOR PROFESSIONAL SERVICES RENDERED THROUGH  08/31/16 :

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | | Value |
|---|---|---|
| 06/23/16 | Duplication - In House  Photocopy - Hicks, Adria, DC, 96 page(s) | $9.60 |
| 06/29/16 | Meals (100%)  VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 2429102 DATE: 7/3/2016  Matthew Fagen - Brooklyn Diner - 06/29/2016 | $23.50 |
| 07/05/16 | Document Retrieval  VENDOR: PACER SERVICE CENTER; INVOICE#: 2504648-Q22016; DATE: 7/5/2016 - USAGE FROM: 4/1-6/30/16 | $2.10 |
| 07/06/16 | Duplication - In House  Photocopy - Hicks, Adria, DC, 75 page(s) | $7.50 |
| 07/25/16 | Courier Service/Messenger Service- Off Site  VENDOR: UNITED PARCEL SERVICE INVOICE#: 000002E52E316A DATE: 7/30/2016 TRACKING #: 1Z02E52E4456207124; PICKUP DATE: 07/25/2016; SENDER: David Botter/LR; RECEIVER: Unknown - David H. Botter; | $14.40 |
| 07/25/16 | Courier Service/Messenger Service- Off Site  VENDOR: UNITED PARCEL SERVICE INVOICE#: 000002E52E316A DATE: 7/30/2016 | $3.65 |

| Date | Description | Amount |
|---|---|---|
| 07/25/16 | Courier Service/Messenger Service- Off Site  VENDOR: UNITED PARCEL SERVICE INVOICE#: 000002E52E316A DATE: 7/30/2016 TRACKING #: 1Z02E52E4456207124; PICKUP DATE: 07/25/2016; SENDER: David Botter/LR; RECEIVER: Unknown - David H. Botter; | $16.00 |
| 07/25/16 | Courier Service/Messenger Service- Off Site  VENDOR: UNITED PARCEL SERVICE INVOICE#: 000002E52E316A DATE: 7/30/2016 TRACKING #: 1Z02E52E4456207124; PICKUP DATE: 07/25/2016; SENDER: David Botter/LR; RECEIVER: Unknown - David H. Botter; | $1.36 |
| 07/28/16 | Meals (100%)  7/28/16 - ANTHONY LORING - Committee call 10 people VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800437; DATE: 7/28/2016 | $227.55 |
| 08/02/16 | Duplication - In House  Photocopy - Alvarez, Frankie, NY, 304 page(s) | $30.40 |
| 08/03/16 | Meals (100%)  VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 2458558 DATE: 8/7/2016 Matthew Fagen - Akdeniz - 08/03/2016 | $21.03 |
| 08/04/16 | Duplication - In House  Photocopy - Loring, Anthony, NY, 1944 page(s) | $194.40 |
| 08/04/16 | Meals (100%)  8/4/16 - ANITA GOMEZ VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800438; DATE: 8/4/2016 Committee call - 10 people | $217.21 |
| 08/05/16 | Travel - Ground Transportation VENDOR: BRAD M. KAHN INVOICE#: 1359829408052101 DATE: 8/5/2016 Taxi/Car Service/Public Transport, 08/05/16, Car from home to office re Nortel Conference Call, Uber Car Service | $30.64 |
| 08/05/16 | Travel - Ground Transportation VENDOR: ANTHONY LORING INVOICE#: 1363865108100004 DATE: 8/10/2016 Taxi/Car Service/Public Transport, 08/05/16, Taxi from OBP to home after working late on Nortel matters., Uber | $20.99 |
| 08/08/16 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: 1663MK  CUI; Charge Type: DOCUMENT PRINTING; Quantity: 15.0 | $202.50 |
| 08/08/16 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; | $324.00 |

| Date | Description | Amount |
|---|---|---|
| 08/08/16 | Employee: 1663MK  CUI; Charge Type: SINGLE DOCUMENT RETRIEVAL; Quantity: 15.0 Computerized Legal Research - Lexis Service: SHEPARD'S SERVICE; Employee: 1663MK  CUI; Charge Type: LEGAL CITATION SERVICES; Quantity: 15.0 | $104.63 |
| 08/11/16 | Meals (100%)  8/11/16 - ANTHONY LONG VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800439; DATE: 8/11/2016 Committee call - 10 people | $227.55 |
| 08/15/16 | Travel - Train Fare  VENDOR: AMERICAN EXPRESS INVOICE#: 459594 DATE: 8/15/2016 NAME: BOTTER DAVID H TICKET #: 0679634984 DEPARTURE DATE: 08/16/2016 ROUTE: UNKNOWN | $32.00 |
| 08/15/16 | Travel - Train Fare  VENDOR: AMERICAN EXPRESS INVOICE#: 459594 DATE: 8/15/2016 NAME: BOTTER DAVID H TICKET #: 5149068053 DEPARTURE DATE: 08/16/2016 ROUTE: NYP.WIL NYP Business fare reduced. | $384.00 |
| 08/16/16 | Travel - Ground Transportation VENDOR: DAVID H. BOTTER INVOICE#: 1391802708311801 DATE: 8/31/2016 Taxi/Car Service/Public Transport, 08/16/16, Taxi from Wilmington train station to court house re: omnibus hearing., The Date Taxi | $9.00 |
| 08/18/16 | Meals (100%)  8/18/16 - ANITA GOMEZ VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800441; DATE: 8/18/2016 Committee call - 10 people | $211.22 |
| 08/25/16 | Computerized Legal Research - Westlaw User: LORING,ANTHONY Date: 8/25/2016 AcctNumber: 1000193694 ConnectTime: 0.0 | $41.56 |
| 08/25/16 | Meals (100%)  8/25/16 - ANITA GOMEZ VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800442; DATE: 8/25/2016 Committee call - 10 people | $173.11 |
| 08/26/16 | Courier Service/Messenger Service- Off Site  VENDOR: CITY EXPEDITOR INC INVOICE#: 60450 DATE: 8/31/2016 SENDER'S NAME: ANITA GOMEZ; JOB NUMBER: 1072309; PICKUP: One Bryant Park; DESTINATION: 9 KODIAK DRIVE; DATE: 08/26/2016 | $200.00 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  
Bill Number: 1681430

Page 4  
10/19/16

| | | | |
|---|---|---|---|
| 08/29/16 | Travel - Ground Transportation VENDOR: ANTHONY LORING INVOICE#: 1395264009021603 DATE: 9/2/2016 Taxi/Car Service/Public Transport, 08/29/16, Late taxi home., Uber | $20.57 | |
| 08/29/16 | Meals (100%)  VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 2479155 DATE: 9/4/2016 Anthony Loring - Bella Vita 43rd/8th) - 08/29/2016 | $25.06 | |
| | Current Expenses | | $2,775.53 |

**Total Amount of This Invoice**     **$235,611.53**

**Prior Balance Due**     $220,269.80

**Total Balance Due Upon Receipt**     $455,881.33