# EXHIBIT E

**SUMMARY OF ATTORNEYS AND LEGAL ASSISTANTS**

**RENDERING SERVICES DURING THE PERIOD**

**AUGUST 1, 2016 THROUGH AUGUST 31, 2016**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | 2016 Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| David H. Botter | Partner for 14 years; Admitted in 1990; Financial Restructuring Department | $1,220 | 38.20 | $46,406.00 |
| Fred S. Hodara | Partner for 27 years; Admitted in 1982; Financial Restructuring Department | $1,325 | 54.30 | $71,947.50 |
| Robert A. Johnson | Partner for 19 years; Admitted in 1988; Litigation Department | $1,050 | 56.50 | $59,325.00 |
| Brad M. Kahn | Partner as of January 1, 2016; Admitted in 2008; Financial Restructuring Department | $900 | 211.80 | $10,620.00 |
| Abid Qureshi | Partner for 8 years; Admitted in 1995; Financial Restructuring Department | $1,175 | 2.20 | $2,585.00 |
| Kevin M. Rowe | Senior Counsel for 15 years; Admitted in 1985; Tax Department | $860 | 15.50 | $13,330.00 |
| Julius Chen | Counsel for 2 years; Admitted in 2010; Litigation Department | $700 | 1.20 | $840.00 |
| Matthew C. Fagen | Associate for 4 years; Admitted in 2014; Financial Restructuring Department | $690 | 15.10 | $10,419.00 |
| Anthony Loring | Associate for 1 year; Admitted in 2016; Financial Restructuring Department | $455 | 35.60 | $16,198.00 |
| Francisco B. Alvarez | Legal Assistant for 1 year; Financial Restructuring Department | $225 | 3.90 | $877.50 |

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | 2016 Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| Sarah A. D'Addese | Legal Assistant for 3 years; Financial Restructuring Department | $225 | 2.90 | $652.50 |

Total Amount of Fees:       **$232,836.00**

Total Number of Hours:      234.70

Blended Hourly Rate:        **$992.06**