# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Bankr. Case No. 09-10138 (KG) |
| Debtors. | (Jointly Administered) |
| SNMP Research International, Inc. and SNMP Research, Inc., | |
| Plaintiffs, | Adv. Proc. No. 11-53454 (KG) |
| v. | |
| Nortel Networks Inc., *et al.*, and Avaya Inc., | |
| Defendants. | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on October 27, 2016, copies of the following were served, in the manner indicated, on the parties identified on the attached service list.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567), Nortel Networks (CALA) Inc. (4226), and Nortel Networks India International Inc. (8667). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

1

1. Debtors' First Supplemental Initial Disclosures Pursuant to Fed. R. Bankr. P. 7026(a)(1); and

2. U.S. Debtors' Second Supplemental Responses and Objections to Certain Plaintiff's First and Second Sets of Interrogatories and Requests for Production of Documents.

Dated: October 27, 2016
Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

Lisa M. Schweitzer (admitted *pro hac vice*)
David H. Herrington (admitted *pro hac vice*)
Matthew Gurgel (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

- and –

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

_____/s/ Tamara K. Minott_____
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Andrew R. Remming (No. 5120)
Tamara K. Minott (No. 5643)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19801
Telephone: (302) 658-9200
Facsimile: (302) 658-3989

*Counsel for the Debtors
and Debtors in Possession*

10519651.1

# SERVICE LIST

**VIA EMAIL AND HAND DELIVERY**

Norman L. Pernick
Nicholas J. Brannick
Cole Schotz P.C.
500 Delaware Avenue
Suite 1410
Wilmington, DE  19801
Email:  *NPernick@coleschotz.com*
           *Nbrannick@coleschotz.com*


**VIA EMAIL AND FIRST CLASS U.S. MAIL**

G. David Dean
Cole Schotz P.C.
300 E. Lombard Street
Suite 1450
Baltimore, MD  21202
Email:  *DDean@coleschotz.com*

Richard S. Busch
King & Ballow Law Offices
315 Union Street
Suite 1100
Nashville, TN  37201
Email:  *rbusch@kingballow.com*

John L. Wood
Egerton, McAfee, Armistead
  & Davis, P.C.
900 S. Gay Street
Knoxville, TN  37902
Email:  *JWood@emlaw.com*

10519651.1