# EXHIBIT A

**COMPENSATION BY PROJECT CATEGORY**

Nortel Networks, Inc., *et al.*
(Case No. 09-10138 (KG))

September 1, 2016 through September 30, 2016

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration | 1.5 | $517.50 |
| Creditor Communications and Meetings | .3 | 190.00 |
| Fee Applications (MNAT- Filing) | 4.6 | 1,580.00 |
| Fee Applications (Others – Filing) | 11.3 | 4,097.00 |
| Fee Applications (MNAT- Objections) | .6 | 217.50 |
| Fee Applications (Others- Objections) | 5.7 | 2,022.50 |
| Other Contested Matters | 2.2 | 1,148.50 |
| Non-Working Travel | 1.4 | 497.00 |
| Court Hearings | 9.3 | 3,196.00 |
| Claims Objections and Administration | 41.3 | 19,016.50 |
| Plan and Disclosure Statement | 10.4 | 5,694.00 |
| Litigation/Adversary Proceedings | 8.5 | 3,911.50 |
| Professional Retention (Others-Filing) | .1 | 27.50 |
| General Corporate Matters | 11.4 | 7,078.50 |
| Schedules/SOFA/U.S. Trustee Reports | .1 | 71.00 |
| Allocation | 44.6 | 20,453.50 |
| **TOTAL** | **153.3** | **$69,718.50** |

Nortel Networks, Inc.      Case 09-10138-MFW   Doc 17315-2   Filed 10/27/16   Page 2 of 18      INVOICE# ******
63989-DIP                      PRO FORMA 469236            AS OF 09/30/16
DATE: 10/25/16 11:09:27

## TIME ENTRIES

| INDEX | ID | LAST NAME | DATE | STAT | TASK | BILLED HOURS | BILLED AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| | | Case Administration | | | | | | |
| 3857106 | 594 | Conway | 09/13/16 | B | B110 | 0.50 | 137.50 | Review and respond to email from T. Minott re filing pro hac vice motion of M Livingston (.1); extract and prep for efiling (.2); efile w/the Courts (.2) |
| 3856149 | 684 | Maddox | 09/12/16 | B | B110 | 0.20 | 55.00 | Emails with M Livingston and T Minott re M Livingston pro hac (.1); draft pro hac (.1) |
| 3863387 | 684 | Maddox | 09/27/16 | B | B110 | 0.10 | 27.50 | Calendar critical dates |
| 3864702 | 684 | Maddox | 09/29/16 | B | B110 | 0.10 | 27.50 | Call with T Minott re Epiq website |
| 3856303 | 971 | Minott | 09/12/16 | B | B110 | 0.20 | 90.00 | Review M. Livingston pro hac (.1) and emails with M. Maddox re same (.1) |
| 3856305 | 971 | Minott | 09/12/16 | B | B110 | 0.10 | 45.00 | Emails with M. Livingston re pro hac |
| 3857191 | 971 | Minott | 09/13/16 | B | B110 | 0.30 | 135.00 | Emails with M. Livingston re pro hac (.1); finalize same and email to A. Conway re same (.2) |
| | | | | | Total Task: B110 | 1.50 | 517.50 | |
| | | Creditor Communications and Meetings | | | | | | |
| 3860349 | 322 | Abbott | 09/20/16 | B | B150 | 0.10 | 71.00 | Telephone call w/ creditor re: case status |
| 3852007 | 961 | Remming | 09/02/16 | B | B150 | 0.20 | 119.00 | Review vmail from notice recipient and return call |
| | | | | | Total Task: B150 | 0.30 | 190.00 | |
| | | Fee Applications (MNAT - Filing) | | | | | | |
| 3855957 | 684 | Maddox | 09/12/16 | B | B160 | 0.60 | 165.00 | Review MNAT Aug pro forma |
| 3857403 | 684 | Maddox | 09/14/16 | B | B160 | 0.50 | 137.50 | Draft MNAT Aug fee app |
| 3857334 | 684 | Maddox | 09/14/16 | B | B160 | 0.50 | 137.50 | Edit pro forma re privileged matters |
| 3857385 | 684 | Maddox | 09/14/16 | B | B160 | 0.20 | 55.00 | Draft cos and Notice re MNAT Aug. 2016 fee app |
| 3858191 | 684 | Maddox | 09/15/16 | B | B160 | 0.20 | 55.00 | Revise MNAT fee/expenses chart |
| 3857876 | 684 | Maddox | 09/15/16 | B | B160 | 0.30 | 82.50 | Revise notice and cos re MNAT fee app (.2); revise MNAT fee app for Aug (.1) |
| 3858138 | 684 | Maddox | 09/15/16 | B | B160 | 0.50 | 137.50 | File and serve MNAT Aug fee app |
| 3857190 | 971 | Minott | 09/13/16 | B | B160 | 1.10 | 495.00 | Review and revise August pro forma |
| 3857699 | 971 | Minott | 09/14/16 | B | B160 | 0.50 | 225.00 | Review MNAT Aug. fee app |
| 3858333 | 971 | Minott | 09/15/16 | B | B160 | 0.10 | 45.00 | Email from M. Maddox re service of MNAT Aug. fee app |

| ID | | Timekeeper | Date | | Task | Hours | Amount | Description |
|---|---|---|---|---|---|---|---|---|
| 3858342 | 971 | Minott | 09/15/16 | B | B160 | 0.10 | 45.00 | Conf. with M. Maddox re MNAT Aug. fee app |
| | | | | Total Task: | B160 | 4.60 | 1,580.00 | |

Fee Applications (Others - Filing)

| ID | | Timekeeper | Date | | Task | Hours | Amount | Description |
|---|---|---|---|---|---|---|---|---|
| 3857351 | 322 | Abbott | 09/14/16 | B | B165 | 0.10 | 71.00 | Review Huron 91st fee app |
| 3863302 | 322 | Abbott | 09/27/16 | B | B165 | 0.10 | 71.00 | Review august 2016 Ashurst fee app |
| 3856573 | 594 | Conway | 09/13/16 | B | B165 | 0.10 | 27.50 | Review service of interim and quarterly fee app of Ernst & Young |
| 3857207 | 605 | Naimoli | 09/13/16 | B | B165 | 0.50 | 77.50 | Review and respond to email from T. Minott re filing and service of fee application (.1); Prepare, efile & serve Ninety-First Interim Application of Huron Business Advisory for the Period August 1, 2016 through August 31, 2016 (.4) |
| 3849784 | 684 | Maddox | 09/01/16 | B | B165 | 0.60 | 165.00 | Prepare fee hearing binders |
| 3849553 | 684 | Maddox | 09/01/16 | B | B165 | 0.40 | 110.00 | Revise fee exhibit |
| 3858190 | 684 | Maddox | 09/15/16 | B | B165 | 0.10 | 27.50 | Revise fee auditor chart |
| 3861024 | 684 | Maddox | 09/21/16 | B | B165 | 0.50 | 137.50 | File Notice of Filing and Service of Debtors' Thirtieth Ordinary Course Professional Quarterly Statement (.2); emails with T Minott re same (.1); serve same (.1); emails with M Livingston and T Minott re same (.1) |
| 3862139 | 684 | Maddox | 09/23/16 | B | B165 | 0.40 | 110.00 | Revise fee exhibit A |
| 3862802 | 684 | Maddox | 09/26/16 | B | B165 | 0.30 | 82.50 | Draft notice and COS re Mergis report (.2); emails with T Minott re same (.1) |
| 3862805 | 684 | Maddox | 09/26/16 | B | B165 | 0.10 | 27.50 | Prep Mergis Aug report for filing |
| 3862806 | 684 | Maddox | 09/26/16 | B | B165 | 0.50 | 137.50 | File and serve Mergis Aug report |
| 3863487 | 684 | Maddox | 09/27/16 | B | B165 | 0.20 | 55.00 | Draft Cleary notice of Aug fee app (.1); emails with T Minott re same (.1) |
| 3863514 | 684 | Maddox | 09/27/16 | B | B165 | 0.70 | 192.50 | Draft COS re Cleary fee app (.1); prep and file Cleary fee app (.3); serve same (.3) |
| 3863578 | 684 | Maddox | 09/27/16 | B | B165 | 0.20 | 55.00 | Draft notice and COS re Torys fee app |
| 3864848 | 684 | Maddox | 09/29/16 | B | B165 | 0.60 | 165.00 | File and serve Torys Aug fee app (.5); revise fee auditor chart (.1) |
| 3864842 | 684 | Maddox | 09/29/16 | B | B165 | 0.40 | 110.00 | Revise notice and COS re Torys fee app (.2); emails with T Minott re same (.1); emails with K Fleary and T Minott re fee app (.1) |
| 3850171 | 971 | Minott | 09/01/16 | B | B165 | 0.10 | 45.00 | Email from W. Freeman re service of C&M fee apps |
| 3852953 | 971 | Minott | 09/02/16 | B | B165 | 0.20 | 90.00 | Emails from M. Maddox and K. Schultea re RLKS fee app |
| 3854201 | 971 | Minott | 09/07/16 | B | B165 | 0.50 | 225.00 | Weekly fee application/CNO email to Nortel |
| 3854205 | 971 | Minott | 09/07/16 | B | B165 | 0.10 | 45.00 | Emails with A. Eber re CDS invoice |
| 3857185 | 971 | Minott | 09/13/16 | B | B165 | 0.10 | 45.00 | Email from T. Naimoli re service of Huron fee app |
| 3857186 | 971 | Minott | 09/13/16 | B | B165 | 0.10 | 45.00 | Review notice and COS re Huron August fee app |

| ID | Code | Name | | Date | | Task | Hours | Amount | Description |
|---|---|---|---|---|---|---|---|---|---|
| 3857216 | 971 | Minott | | 09/13/16 | B | B165 | 0.30 | 135.00 | Review Huron Aug. fee app and emails with C. Brown re same (.2); email to T. Naimoli re notice and COS re same (.1) |
| 3857682 | 971 | Minott | | 09/14/16 | B | B165 | 0.50 | 225.00 | Weekly fee application/CNO email to Nortel |
| 3861057 | 971 | Minott | | 09/21/16 | B | B165 | 0.10 | 45.00 | Emails from M. Maddox and M. Livingston re OCP quarterly report |
| 3861229 | 971 | Minott | | 09/21/16 | B | B165 | 0.20 | 90.00 | Emails from M. Maddox and P. Manatakis re service of OCP notice |
| 3861054 | 971 | Minott | | 09/21/16 | B | B165 | 0.30 | 135.00 | Weekly fee application/CNO email to Nortel |
| 3861055 | 971 | Minott | | 09/21/16 | B | B165 | 0.30 | 135.00 | Emails with M. Livingston re OCP statement (.1); review same (.2) |
| 3862941 | 971 | Minott | | 09/26/16 | B | B165 | 0.10 | 45.00 | Review Notice and COS re Mergis report and emails with M. Maddox re same |
| 3862942 | 971 | Minott | | 09/26/16 | B | B165 | 0.20 | 90.00 | Review Mergis August staffing report (.1); emails with T. Ross re same (.1) |
| 3863623 | 971 | Minott | | 09/27/16 | B | B165 | 0.20 | 90.00 | Emails with P. Cantwell re fee applications |
| 3863624 | 971 | Minott | | 09/27/16 | B | B165 | 0.30 | 135.00 | Review Torys fee application (.2); emails with K. Fleary re same (.1) |
| 3863618 | 971 | Minott | | 09/27/16 | B | B165 | 0.10 | 45.00 | Review AOS re OCP notice |
| 3863619 | 971 | Minott | | 09/27/16 | B | B165 | 0.10 | 45.00 | Email from M. Maddox re service of Cleary fee app |
| 3863620 | 971 | Minott | | 09/27/16 | B | B165 | 0.10 | 45.00 | Review Notice and COS re Torys fee app |
| 3863622 | 971 | Minott | | 09/27/16 | B | B165 | 0.10 | 45.00 | Emails with A. Bauer re Aug. fee app |
| 3863531 | 971 | Minott | | 09/27/16 | B | B165 | 0.30 | 135.00 | Review Cleary August fee app and Notice re same |
| 3863523 | 971 | Minott | | 09/27/16 | B | B165 | 0.20 | 90.00 | Emails with A. Eber re CDS invoice (.1); email to K. Ponder re same (.1) |
| 3863524 | 971 | Minott | | 09/27/16 | B | B165 | 0.10 | 45.00 | Further emails with K. Ponder re CDS invoices |
| 3864460 | 971 | Minott | | 09/28/16 | B | B165 | 0.40 | 180.00 | Weekly fee application/CNO email to Nortel |
| 3864470 | 971 | Minott | | 09/28/16 | B | B165 | 0.10 | 45.00 | Emails with B. Rozan re under seal materials |
| 3864843 | 971 | Minott | | 09/29/16 | B | B165 | 0.10 | 45.00 | Review Notice and COS re Torys August fee app |
| 3864844 | 971 | Minott | | 09/29/16 | B | B165 | 0.20 | 90.00 | Emails with K. Fleary re Torys August fee app and review same |
| 3864925 | 971 | Minott | | 09/29/16 | B | B165 | 0.10 | 45.00 | Email from M. Maddox re service of Torys Aug. fee app |
| | | | | | | Total Task: B165 | 11.30 | 4,097.00 | |

Fee Applications (MNAT - Objections)

| ID | Code | Name | Date | | Task | Hours | Amount | Description |
|---|---|---|---|---|---|---|---|---|
| 3849677 | 684 | Maddox | 09/01/16 | B | B170 | 0.20 | 55.00 | Draft CNO re MNAT July app (.1); emails with T Minott re same (.1) |
| 3849947 | 684 | Maddox | 09/01/16 | B | B170 | 0.10 | 27.50 | File CNO re MNAT July fee app |
| 3863621 | 971 | Minott | 09/27/16 | B | B170 | 0.10 | 45.00 | Conf. with M. Maddox re MNAT preliminary fee report and email from M. Maddox re same |
| 3863530 | 971 | Minott | 09/27/16 | B | B170 | 0.20 | 90.00 | Email from J. Scarborough re MNAT preliminary fee report and review same |
| | | | | | Total Task: B170 | 0.60 | 217.50 | |

Fee Applications (Other - Objections)

| ID | | Timekeeper | Date | | Task | Hours | Amount | Description |
|---|---|---|---|---|---|---|---|---|
| 3849680 | 684 | Maddox | 09/01/16 | B | B175 | 0.30 | 82.50 | Draft CNO re RLKS fee app (.1); emails with T Minott re same (.1); emails with T Minott and K Schultea re cno (.1) |
| 3849944 | 684 | Maddox | 09/01/16 | B | B175 | 0.10 | 27.50 | File CNO re RLKS July fee app |
| 3855573 | 684 | Maddox | 09/09/16 | B | B175 | 0.30 | 82.50 | File Mergis cno (.1); file Chilmark June fee cno (.1); file Chilmark July fee cno (.1) |
| 3855369 | 684 | Maddox | 09/09/16 | B | B175 | 0.20 | 55.00 | Emails with J Forini re Chilmark CNOs (.1); emails with T Ross and T Minott re CNO re Mergis report (.1) |
| 3855388 | 684 | Maddox | 09/09/16 | B | B175 | 0.30 | 82.50 | Draft CNO re Chilmark June fee app (.1) draft CNO re Chilmark July fee app (.1); draft CNO re Mergis fee app (.1) |
| 3857938 | 684 | Maddox | 09/15/16 | B | B175 | 0.40 | 110.00 | Draft CNO re July Cleary fee app (.1); draft CNO re June EY fee app (.1); emails with J Lee re EY cno (.1); emails with P Cantwell re Cleary cno (.1) |
| 3858240 | 684 | Maddox | 09/15/16 | B | B175 | 0.20 | 55.00 | File CNO re E&Y fee app (.1); file CNO re Cleary fee app (.1) |
| 3860771 | 684 | Maddox | 09/21/16 | B | B175 | 0.40 | 110.00 | Emails with J Lee and T Minott re EY July fee app CNO (.1); draft EY CNO (.1); emails with O Peralas re C&M fee CNO (.1); draft CM fee CNO (.1) |
| 3861067 | 684 | Maddox | 09/21/16 | B | B175 | 0.20 | 55.00 | File CNO re Seventieth Interim Application Of Crowell & Moring LLP As Special Counsel To Debtors And Debtors-In-Possession For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses for the period May 1, 2016 to July 31, 2016 (.1); file CNO re EY July fee app (.1) |
| 3860912 | 684 | Maddox | 09/21/16 | B | B175 | 0.10 | 27.50 | Emails with K Good and T Minott re BRG CNO |
| 3861644 | 684 | Maddox | 09/22/16 | B | B175 | 0.10 | 27.50 | File amended C&M cno re May-July app |
| 3861498 | 684 | Maddox | 09/22/16 | B | B175 | 0.10 | 27.50 | Email to J Scarbourgh re Huron prelim report |
| 3861499 | 684 | Maddox | 09/22/16 | B | B175 | 0.10 | 27.50 | Revise fee auditor chart |
| 3861557 | 684 | Maddox | 09/22/16 | B | B175 | 0.30 | 82.50 | Draft amended CNO re CM fee app (.1); Emails with T Minott re same (.1); emails with T Minott and J Scarbourgh re John Ray response to prelim report (.1) |
| 3850174 | 971 | Minott | 09/01/16 | B | B175 | 0.20 | 90.00 | Review RLKS and MNAT July CNOs |
| 3850178 | 971 | Minott | 09/01/16 | B | B175 | 0.10 | 45.00 | Email from K. Schultea re RLKS July CNO |
| 3850172 | 971 | Minott | 09/01/16 | B | B175 | 0.10 | 45.00 | Email from M. Maddox re RLKS CNO |
| 3854200 | 971 | Minott | 09/07/16 | B | B175 | 0.10 | 45.00 | Emails with C. Samis re WTP CNO |
| 3855641 | 971 | Minott | 09/09/16 | B | B175 | 0.10 | 45.00 | Emails from M. Maddox and T. Ross re Mergis CNO and review same |
| 3855642 | 971 | Minott | 09/09/16 | B | B175 | 0.10 | 45.00 | Email from M. Maddox re Chilmark June and July CNOs and review same |
| 3858336 | 971 | Minott | 09/15/16 | B | B175 | 0.20 | 90.00 | Review Cleary and EY CNOs |
| 3858337 | 971 | Minott | 09/15/16 | B | B175 | 0.10 | 45.00 | Emails from M. Maddox and P. Cantwell re Cleary CNO |
| 3858338 | 971 | Minott | 09/15/16 | B | B175 | 0.10 | 45.00 | Emails from M. Maddox and J. Lee re EY CNO |

| ID | | Attorney | Date | | Task | Hours | Amount | Description |
|---|---|---|---|---|---|---|---|---|
| 3861056 | 971 | Minott | 09/21/16 | B | B175 | 0.10 | 45.00 | Emails with K. Ponder re BRG May CNO |
| 3861049 | 971 | Minott | 09/21/16 | B | B175 | 0.10 | 45.00 | Emails with K. Ponder re BRG May CNO |
| 3861053 | 971 | Minott | 09/21/16 | B | B175 | 0.20 | 90.00 | Email from O. Perales re C&M CNO (.1); review EY and C&M CNOs and emails with M. Maddox re same (.1) |
| 3861231 | 971 | Minott | 09/21/16 | B | B175 | 0.20 | 90.00 | Review John Ray preliminary report and email to J. Ray and R. Smith re same |
| 3861232 | 971 | Minott | 09/21/16 | B | B175 | 0.10 | 45.00 | Review Huron preliminary fee report and email to C. Brown re same |
| 3861233 | 971 | Minott | 09/21/16 | B | B175 | 0.10 | 45.00 | Email from C. Brown re Huron preliminary fee report |
| 3861043 | 971 | Minott | 09/21/16 | B | B175 | 0.10 | 45.00 | Further Emails from M. Maddox and J. Lee re EY July CNO |
| 3861044 | 971 | Minott | 09/21/16 | B | B175 | 0.10 | 45.00 | Email from M. Maddox re C&M CNO |
| 3861857 | 971 | Minott | 09/22/16 | B | B175 | 0.10 | 45.00 | Email from M. Maddox re Huron preliminary fee report |
| 3861860 | 971 | Minott | 09/22/16 | B | B175 | 0.10 | 45.00 | Emails with S. Hughes and M. Maddox re C&M CNO |
| 3861861 | 971 | Minott | 09/22/16 | B | B175 | 0.20 | 90.00 | Emails to and from J. Ray and R. Smith re preliminary fee report (.1); email from M. Maddox re same (.1) |
| 3861862 | 971 | Minott | 09/22/16 | B | B175 | 0.10 | 45.00 | Review amended C&M CNO and emails with M. Maddox re same |
| | | | | | Total Task: B175 | 5.70 | 2,022.50 | |

Other Contested Matters

| ID | | Attorney | Date | | Task | Hours | Amount | Description |
|---|---|---|---|---|---|---|---|---|
| 3855098 | 221 | Schwartz | 09/07/16 | B | B190 | 0.10 | 71.00 | Review Order Authorizing Joint Administration |
| 3857449 | 322 | Abbott | 09/14/16 | B | B190 | 0.30 | 213.00 | Telephone call w/ Schweitzer re: letter to court (.1), review docket re: same (.2) |
| 3853328 | 594 | Conway | 09/06/16 | B | B190 | 0.60 | 165.00 | Review and respond to email from T. Minott re service of U.S. Debtors' Responses and Objections to Plaintiffs' Rule 30(b)(6) Deposition Notice and efile nos re same (.1); handle email service (.2); draft nos and email to T. Minott for review (.1); efile w/the Court (.1); email to wp re other form of service (.1) |
| 3851970 | 961 | Remming | 09/02/16 | B | B190 | 0.30 | 178.50 | Office conf. w/ T. Minott re discovery motion (.1); tele w/ P. Cantwell and T. Minott re same (.2) |
| 3852159 | 961 | Remming | 09/02/16 | B | B190 | 0.10 | 59.50 | Office conf. w/ T. Minott re Nortel India |
| 3853221 | 961 | Remming | 09/06/16 | B | B190 | 0.30 | 178.50 | Review draft of SNMP discovery motion |
| 3853413 | 961 | Remming | 09/06/16 | B | B190 | 0.30 | 178.50 | Review responses and objection to SNMP 30b6 depo notice |
| 3868190 | 961 | Remming | 09/14/16 | B | B190 | 0.10 | 59.50 | Review and respond to email from T. Minott re DE depo rules |
| 3860601 | 971 | Minott | 09/20/16 | B | B190 | 0.10 | 45.00 | Emails with M. Livingston and P. Cantwell re Notice of amended exhibit re previously entered orders motion |
| | | | | | Total Task: B190 | 2.20 | 1,148.50 | |

Non-Working Travel

| ID | | Attorney | Date | | Task | Hours | Amount | Description |
|---|---|---|---|---|---|---|---|---|
| 3853910 | 322 | Abbott | 09/07/16 | B | B195 | 1.40 | 497.00 | Travel to and from Philadelphia for 3rd Circuit scheduling conference |
| | | | | Total Task: | B195 | 1.40 | 497.00 | |

Court Hearings

| ID | | Attorney | Date | | Task | Hours | Amount | Description |
|---|---|---|---|---|---|---|---|---|
| 3864005 | 221 | Schwartz | 09/22/16 | B | B300 | 0.10 | 71.00 | Review M. Kenney email w\ attachment re: hearing |
| 3855280 | 594 | Conway | 09/08/16 | B | B300 | 0.10 | 27.50 | Discuss agenda of matters w/M. Maddox |
| 3855899 | 594 | Conway | 09/09/16 | B | B300 | 0.10 | 27.50 | Review email from T. Minott re filing agenda |
| 3849586 | 684 | Maddox | 09/01/16 | B | B300 | 0.10 | 27.50 | File AOS re Notice of Agenda of Matters Scheduled for Hearing. |
| 3850877 | 684 | Maddox | 09/02/16 | B | B300 | 0.10 | 27.50 | Emails with T Minott re agenda |
| 3853819 | 684 | Maddox | 09/07/16 | B | B300 | 0.20 | 55.00 | Revise agenda (.1); emails with T Minott and M Cilia re same (.1) |
| 3853961 | 684 | Maddox | 09/07/16 | B | B300 | 0.10 | 27.50 | Meeting with D Abbott re transcript from third circuit hearing |
| 3854037 | 684 | Maddox | 09/07/16 | B | B300 | 0.10 | 27.50 | Emails with G Matthews re third circuit transcript from today's hearing |
| 3855284 | 684 | Maddox | 09/09/16 | B | B300 | 0.30 | 82.50 | Emails with T Minott re agenda (.1); file and serve agenda (.2) |
| 3855292 | 684 | Maddox | 09/09/16 | B | B300 | 0.10 | 27.50 | Emails with T Minott re 3rd circuit transcript from Sept. 7 |
| 3857381 | 684 | Maddox | 09/14/16 | B | B300 | 0.20 | 55.00 | File AOS re Notice of Agenda of Matters Scheduled for Hearing (.1); emails with T Minott re same (.1) |
| 3857383 | 684 | Maddox | 09/14/16 | B | B300 | 0.10 | 27.50 | Email to P Dodszuweit re 3rd circuit transcript |
| 3857419 | 684 | Maddox | 09/14/16 | B | B300 | 0.10 | 27.50 | Emails with D Abbott and K Murphy re 3rd circuit transcript |
| 3857433 | 684 | Maddox | 09/14/16 | B | B300 | 0.40 | 110.00 | Emails with T Minott, A Remming and D Abbott re 3rd circuit CD and transcript (.1); additional emails with G Matthews re same (.1); additional emails with K Murphy and D Abbott re same (.1); coordinate CD to K Murphy (.1) |
| 3858254 | 684 | Maddox | 09/15/16 | B | B300 | 0.20 | 55.00 | Draft 9.27 agenda |
| 3857959 | 684 | Maddox | 09/15/16 | B | B300 | 0.30 | 82.50 | Call with G Matthews re 3rd circuit transcript (.1); review same (.2) |
| 3858017 | 684 | Maddox | 09/15/16 | B | B300 | 0.10 | 27.50 | Meeting with T Minott re 3rd circuit transcript |
| 3858503 | 684 | Maddox | 09/16/16 | B | B300 | 0.10 | 27.50 | Emails with T Minott re 9.27 agenda |
| 3859193 | 684 | Maddox | 09/19/16 | B | B300 | 0.30 | 82.50 | Draft 9.28 SNMP agenda (.2); emails with T Minott re same (.1) |
| 3860250 | 684 | Maddox | 09/19/16 | B | B300 | 0.10 | 27.50 | Emails with S Scarruzi re omnibus hearing dates |
| 3860876 | 684 | Maddox | 09/21/16 | B | B300 | 0.80 | 220.00 | Revise 9/28 agenda (.1); file same (.1); coordinate copy to chambers (.1); file COC re Certification of Counsel Regarding Omnibus Hearing Dates (.1); serve 9/28 agenda (.2); draft NSO re same (.1); emails with T Minott re NOS (.1) |
| 3860769 | 684 | Maddox | 09/21/16 | B | B300 | 0.20 | 55.00 | Draft COC re omnibus hearing dates (.1); emails with T Minott re same (.1) |
| 3860923 | 684 | Maddox | 09/21/16 | B | B300 | 0.10 | 27.50 | File Notice of Service Regarding Notice of Agenda of Matters Scheduled for Telephonic Hearing on September 28, 2016 at 9:30 a.m. (Eastern Time) |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 3862078 | 684 | Maddox | 09/23/16 | B | B300 | 0.10 | 27.50 | Emails with T Minott and D Abbott re Coface and agenda |
| 3862079 | 684 | Maddox | 09/23/16 | B | B300 | 0.20 | 55.00 | Revise 9.27 agenda (.1); emails with T Minott re same (.1) |
| 3862092 | 684 | Maddox | 09/23/16 | B | B300 | 0.10 | 27.50 | Call with S Scaruzzi re hearing and agenda |
| 3862100 | 684 | Maddox | 09/23/16 | B | B300 | 0.20 | 55.00 | File and serve agenda for 9.27 |
| 3862101 | 684 | Maddox | 09/23/16 | B | B300 | 0.10 | 27.50 | Serve omnibus hearing order |
| 3862102 | 684 | Maddox | 09/23/16 | B | B300 | 0.10 | 27.50 | Coordinate agenda to chambers |
| 3864151 | 684 | Maddox | 09/28/16 | B | B300 | 0.20 | 55.00 | Emails with S Scaruzzi re omnibus hearing date change (.1); emails with T Minott and M Livingston re same (.1) |
| 3864155 | 684 | Maddox | 09/28/16 | B | B300 | 0.20 | 55.00 | Draft notice of rescheduled hearing (.1); emails with T Minott re same (.1) |
| 3864159 | 684 | Maddox | 09/28/16 | B | B300 | 0.20 | 55.00 | File and serve Notice of Rescheduled Omnibus Hearing Date from March 21, 2017 at 10:00 a.m. (ET) to March 28, 2017 at 10:00 a.m. (ET) |
| 3864704 | 684 | Maddox | 09/29/16 | B | B300 | 0.20 | 55.00 | File AOS re omnibus hearing order (.1); emails with T Minott re same (.1) |
| 3850170 | 971 | Minott | 09/01/16 | B | B300 | 0.10 | 45.00 | Review AOS re agenda and emails with M. Maddox re same |
| 3851281 | 971 | Minott | 09/02/16 | B | B300 | 0.20 | 90.00 | Email from M. Maddox re 9/13 draft agenda and review same |
| 3853456 | 971 | Minott | 09/06/16 | B | B300 | 0.10 | 45.00 | Email to M. Cilia, M. Livingston and M. Maddox re 9/13 draft agenda |
| 3853452 | 971 | Minott | 09/06/16 | B | B300 | 0.10 | 45.00 | Emails with M. Cilia re 9/13 agenda |
| 3854209 | 971 | Minott | 09/07/16 | B | B300 | 0.20 | 90.00 | Emails with M. Cilia, M. Livingston and M. Maddox re 9/13 agenda |
| 3854751 | 971 | Minott | 09/08/16 | B | B300 | 0.10 | 45.00 | Email to M. Cilia and M. Livingston re 9/13 draft agenda |
| 3854761 | 971 | Minott | 09/08/16 | B | B300 | 0.10 | 45.00 | Email from M. Cilia re 9/13 agenda |
| 3855644 | 971 | Minott | 09/09/16 | B | B300 | 0.10 | 45.00 | Email from M. Maddox re service of 9/13 agenda |
| 3855646 | 971 | Minott | 09/09/16 | B | B300 | 0.10 | 45.00 | Further emails with M. Livingston re 9/13 hearing |
| 3855647 | 971 | Minott | 09/09/16 | B | B300 | 0.20 | 90.00 | Call with S. Scaruzzi re 9/13 hearing (.1); revise 9/13 agenda (.1) |
| 3857683 | 971 | Minott | 09/14/16 | B | B300 | 0.10 | 45.00 | Review AOS re 9/13 agenda and emails with M. Maddox re same |
| 3858827 | 971 | Minott | 09/16/16 | B | B300 | 0.10 | 45.00 | Emails with D. Abbott re 9/27 draft agenda |
| 3860597 | 971 | Minott | 09/20/16 | B | B300 | 0.10 | 45.00 | Emails with M. Livingston re omnibus hearing dates |
| 3860598 | 971 | Minott | 09/20/16 | B | B300 | 0.20 | 90.00 | Emails with M. Maddox and M. Livingston re omnibus hearings |
| 3860600 | 971 | Minott | 09/20/16 | B | B300 | 0.10 | 45.00 | Conf. with M. Maddox re omnibus hearing dates |
| 3861042 | 971 | Minott | 09/21/16 | B | B300 | 0.50 | 225.00 | Email and Conf. with M. Maddox re 9/28 SNMP status conf. (.2); conf. with M. Maddox re 9/27 agenda (.1); review COC re omnibus hearing dates and emails with M. Maddox re same (.2) |
| 3861046 | 971 | Minott | 09/21/16 | B | B300 | 0.10 | 45.00 | Review NOS re 9/27 agenda and emails with M. Maddox re same |
| 3862345 | 971 | Minott | 09/23/16 | B | B300 | 0.10 | 45.00 | Review revised 9/27 agenda and emails with M. Maddox re same |

| ID | | Name | Date | | Task | Hours | Amount | Description |
|---|---|---|---|---|---|---|---|---|
| 3862346 | 971 | Minott | 09/23/16 | B | B300 | 0.20 | 90.00 | Email from D. Abbott re 9/27 agenda (.1); review 9/27 agenda and emails with M. Maddox re same (.1) |
| 3862347 | 971 | Minott | 09/23/16 | B | B300 | 0.10 | 45.00 | Conf. with M. Maddox re 9/27 agenda |
| 3862343 | 971 | Minott | 09/23/16 | B | B300 | 0.10 | 45.00 | Emails from M. Maddox and A. Lewis re service of agenda |
| 3864466 | 971 | Minott | 09/28/16 | B | B300 | 0.10 | 45.00 | Email from M. Livingston re omnibus hearing date |
| 3864467 | 971 | Minott | 09/28/16 | B | B300 | 0.10 | 45.00 | Emails with M. Maddox re omnibus hearing date change |
| 3864464 | 971 | Minott | 09/28/16 | B | B300 | 0.10 | 45.00 | Review Notice of rescheduled hearing and emails with M. Maddox re same |
| 3864824 | 971 | Minott | 09/29/16 | B | B300 | 0.10 | 45.00 | Review AOS re omnibus hearing order and agenda and emails with M. Maddox re same |
| | | | | Total Task: | B300 | 9.30 | 3,196.00 | |

Claims Objections and Administration

| ID | | Name | Date | | Task | Hours | Amount | Description |
|---|---|---|---|---|---|---|---|---|
| 3862240 | 034 | Roth-Moore | 09/23/16 | B | B310 | 0.10 | 42.50 | Discussed with D. Abbott and T. Minott estimation research |
| 3862325 | 034 | Roth-Moore | 09/23/16 | B | B310 | 2.20 | 935.00 | Draft memo and conduct related research re estimation caselaw |
| 3862446 | 034 | Roth-Moore | 09/23/16 | B | B310 | 2.60 | 1,105.00 | Research estimation motions and outcome in Delaware bankruptcies |
| 3862572 | 034 | Roth-Moore | 09/25/16 | B | B310 | 3.60 | 1,530.00 | Draft a summary of Delaware cases that include estimation motions |
| 3862887 | 034 | Roth-Moore | 09/26/16 | B | B310 | 5.30 | 2,252.50 | Draft summaries of Delaware cases dealing with estimation motions (5.2), email D. Abbott and T. Minott re summary along with relevant case documents (.1) |
| 3863216 | 034 | Roth-Moore | 09/27/16 | B | B310 | 0.10 | 42.50 | Review email from D. Abbott to P. Cantwell re summaries of cases dealing with estimation |
| 3863980 | 034 | Roth-Moore | 09/28/16 | B | B310 | 0.20 | 85.00 | Discussion with D. Abbott re caselaw discussing estimation |
| 3864403 | 034 | Roth-Moore | 09/28/16 | B | B310 | 0.80 | 340.00 | Review Gross bench ruling re estimation, drafted email summarizing ruling to P. Cantwell, D. Abbott, T. Minott |
| 3855105 | 221 | Schwartz | 09/07/16 | B | B310 | 0.10 | 71.00 | Review Certification of Counsel Regarding Debtors' Forty-Third Omnibus Objection (Substantive) to Certain Claims and Review Order |
| 3855096 | 221 | Schwartz | 09/07/16 | B | B310 | 0.10 | 71.00 | Review Certification of Counsel Regarding Twenty-Ninth Omnibus Order |
| 3855097 | 221 | Schwartz | 09/07/16 | B | B310 | 0.10 | 71.00 | Review Certification of Counsel Regarding Debtors' Forty Second Omnibus Objection (Substantive) to Certain Claims and review order |
| 3849678 | 322 | Abbott | 09/01/16 | B | B310 | 0.60 | 426.00 | Review Demel response brief draft |
| 3849684 | 322 | Abbott | 09/01/16 | B | B310 | 0.10 | 71.00 | Call to Spelfogel re: Coface claim |
| 3855278 | 322 | Abbott | 09/09/16 | B | B310 | 0.10 | 71.00 | Call to Spelfogel re: hearing on Jaco/Coface |
| 3858830 | 322 | Abbott | 09/16/16 | B | B310 | 0.20 | 142.00 | Telephone call w/ Spelfogel re: Jaco claim |
| 3859462 | 322 | Abbott | 09/19/16 | B | B310 | 0.40 | 284.00 | Review docs re: Coface/Jaco claim |
| 3859463 | 322 | Abbott | 09/19/16 | B | B310 | 0.10 | 71.00 | Telephone call w/ Cilia re: Coface/Jaco claim |

| ID | Code | Name | Date | | Task | Hours | Amount | Description |
|---|---|---|---|---|---|---|---|---|
| 3861136 | 322 | Abbott | 09/21/16 | B | B310 | 0.20 | 142.00 | Corresp to Spelfogel re: JACO claim litigation |
| 3861516 | 322 | Abbott | 09/22/16 | B | B310 | 0.10 | 71.00 | Review corresp from Cilia re: disbursement accounts |
| 3861526 | 322 | Abbott | 09/22/16 | B | B310 | 0.20 | 142.00 | Telephone call w/ Cilia re: disbursement account issues, Jaco claim |
| 3862285 | 322 | Abbott | 09/23/16 | B | B310 | 0.10 | 71.00 | Review draft discovery re: JACO claim |
| 3862800 | 322 | Abbott | 09/26/16 | B | B310 | 0.20 | 142.00 | Review corresp from Spelfogel re: schedule for JACO litigation |
| 3862807 | 322 | Abbott | 09/26/16 | B | B310 | 0.50 | 355.00 | Review draft discovery re: JACO claim (.4); mtg w/ Minott re: same (.1) |
| 3862925 | 322 | Abbott | 09/26/16 | B | B310 | 0.20 | 142.00 | Review research re: 502(c) issues |
| 3863204 | 322 | Abbott | 09/27/16 | B | B310 | 0.30 | 213.00 | Review estimation cases |
| 3863214 | 322 | Abbott | 09/27/16 | B | B310 | 0.10 | 71.00 | Corresp w/ Cantwell re: estimation research |
| 3863912 | 322 | Abbott | 09/28/16 | B | B310 | 0.20 | 142.00 | Mtg w/ Roth-Moore re: 502(c) litigation |
| 3861643 | 684 | Maddox | 09/22/16 | B | B310 | 0.20 | 55.00 | Emails with T Conklin re Affidavit/Declaration of Service Regarding Notice of Transfer of Claim (.1); file same (.1) |
| 3863392 | 684 | Maddox | 09/27/16 | B | B310 | 0.30 | 82.50 | Draft notice of motion to deem satisfied (.2); emails with T Minott re same (.1) |
| 3863419 | 684 | Maddox | 09/27/16 | B | B310 | 0.30 | 82.50 | File and serve Motion for Entry of an Order Authorizing the Claims Agent to Reflect Certain Claims that have been Satisfied as Paid |
| 3863386 | 684 | Maddox | 09/27/16 | B | B310 | 0.40 | 110.00 | File and serve 45th omnibus obj to claims (.3); emails with T Minott re same (.1) |
| 3853455 | 971 | Minott | 09/06/16 | B | B310 | 0.10 | 45.00 | Email from M. Cilia re Tannor Partners claim |
| 3853453 | 971 | Minott | 09/06/16 | B | B310 | 0.10 | 45.00 | Email from M. Cilia re EDD claim |
| 3856311 | 971 | Minott | 09/12/16 | B | B310 | 0.10 | 45.00 | Email from M. Petro re Tannor claim |
| 3856304 | 971 | Minott | 09/12/16 | B | B310 | 0.10 | 45.00 | Email from M. Cilia re Tannor claim |
| 3861050 | 971 | Minott | 09/21/16 | B | B310 | 0.70 | 315.00 | Draft discovery requests re Coface claims |
| 3861051 | 971 | Minott | 09/21/16 | B | B310 | 0.10 | 45.00 | Emails with D. Abbott re draft discovery |
| 3861048 | 971 | Minott | 09/21/16 | B | B310 | 0.10 | 45.00 | Call with D. Abbott re Coface claims |
| 3861286 | 971 | Minott | 09/21/16 | B | B310 | 0.30 | 135.00 | Review Coface claims |
| 3861731 | 971 | Minott | 09/21/16 | B | B310 | 0.10 | 45.00 | Email from M. Livingston re omnibus objection |
| 3861856 | 971 | Minott | 09/22/16 | B | B310 | 0.20 | 90.00 | Further Emails with M. Livingston re omnibus objection |
| 3861858 | 971 | Minott | 09/22/16 | B | B310 | 3.10 | 1,395.00 | Draft discovery requests re Coface claims |
| 3862344 | 971 | Minott | 09/23/16 | B | B310 | 1.10 | 495.00 | Revise draft document requests (1.0) and email to D. Abbott re same (.1) |
| 3862340 | 971 | Minott | 09/23/16 | B | B310 | 0.30 | 135.00 | Call with P. Cantwell re claim issues (.1); conf. with D. Abbott and A. Roth-Moore re same (.2) |
| 3862931 | 971 | Minott | 09/26/16 | B | B310 | 0.50 | 225.00 | Emails with M. Livingston re draft motion to deem satisfied and revise same |

Nortel Networks, Inc.          Case 09-10138-MFW    Doc 17315-2    Filed 10/27/16    Page 11 of 18      INVOICE# ******
63989-DIP                  PRO FORMA 409236                  AS OF 09/30/16
DATE: 10/25/16 11:09:27

| ID | Code | Name | Date | | Task | Hours | Amount | Description |
|---|---|---|---|---|---|---|---|---|
| 3862943 | 971 | Minott | 09/26/16 | B | B310 | 0.10 | 45.00 | Email from D. Abbott re Coface claims |
| 3862944 | 971 | Minott | 09/26/16 | B | B310 | 0.90 | 405.00 | Review and revise draft 45th omni |
| 3862945 | 971 | Minott | 09/26/16 | B | B310 | 0.10 | 45.00 | Conf. with A. Roth-Moore re claims research |
| 3862932 | 971 | Minott | 09/26/16 | B | B310 | 0.10 | 45.00 | Emails with M. Cilia re Tannor claims |
| 3862934 | 971 | Minott | 09/26/16 | B | B310 | 0.80 | 360.00 | Call with M. Livingston re motion to deem satisfied (.1); draft same (.7) |
| 3862935 | 971 | Minott | 09/26/16 | B | B310 | 0.20 | 90.00 | Emails with M. Livingston and M. Cilia re 45th Omni and motion to deem satisfied (.1); review revised omni (.1) |
| 3862936 | 971 | Minott | 09/26/16 | B | B310 | 0.70 | 315.00 | Research re claims issues |
| 3862937 | 971 | Minott | 09/26/16 | B | B310 | 0.60 | 270.00 | Review D. Abbott comments re Coface discovery |
| 3862939 | 971 | Minott | 09/26/16 | B | B310 | 0.20 | 90.00 | Research re Coface claim |
| 3862954 | 971 | Minott | 09/26/16 | B | B310 | 0.10 | 45.00 | Call with M. Livingston re motion to deem satisfied |
| 3862955 | 971 | Minott | 09/26/16 | B | B310 | 0.80 | 360.00 | Research re claims issues and email to M. Livingston, P. Cantwell and M. Cilia re same |
| 3862965 | 971 | Minott | 09/26/16 | B | B310 | 0.70 | 315.00 | Review exhibits re omnibus claims obj |
| 3862969 | 971 | Minott | 09/26/16 | B | B310 | 0.10 | 45.00 | Emails with M. Livingston re comments re draft motion to deem claims satisfied |
| 3863016 | 971 | Minott | 09/26/16 | B | B310 | 0.40 | 180.00 | Emails from A. Roth-Moore and D. Abbott re claims research |
| 3863039 | 971 | Minott | 09/26/16 | B | B310 | 0.30 | 135.00 | Emails with M. Livingston re further revised 45th Omni and review same |
| 3862946 | 971 | Minott | 09/26/16 | B | B310 | 0.10 | 45.00 | Emails with M. Cilia re claims exhibits |
| 3862947 | 971 | Minott | 09/26/16 | B | B310 | 0.20 | 90.00 | Emails with M. Cilia re motion to deem satisfied |
| 3862948 | 971 | Minott | 09/26/16 | B | B310 | 0.20 | 90.00 | Emails with M. Cilia re claims issues |
| 3862949 | 971 | Minott | 09/26/16 | B | B310 | 0.20 | 90.00 | Email to M. Cilia re 45th Omni exhibits |
| 3862952 | 971 | Minott | 09/26/16 | B | B310 | 0.20 | 90.00 | Call with M. Livingston re omnibus objections |
| 3862953 | 971 | Minott | 09/26/16 | B | B310 | 0.10 | 45.00 | Email from M. Cilia re claims issues |
| 3862940 | 971 | Minott | 09/26/16 | B | B310 | 0.20 | 90.00 | Conf. with D. Abbott re Coface discovery |
| 3863076 | 971 | Minott | 09/26/16 | B | B310 | 0.10 | 45.00 | Email from D. Spelfogel re Coface claims |
| 3863522 | 971 | Minott | 09/27/16 | B | B310 | 0.10 | 45.00 | Conf. with D. Abbott re Coface claims |
| 3863532 | 971 | Minott | 09/27/16 | B | B310 | 0.10 | 45.00 | Email from P. Cantwell re claims research |
| 3863525 | 971 | Minott | 09/27/16 | B | B310 | 0.30 | 135.00 | Review and finalize 45th omnibus objection (.2); emails with M. Livingston re same (.1) |
| 3863526 | 971 | Minott | 09/27/16 | B | B310 | 0.10 | 45.00 | Email to M. Maddox re Notice re motion to deem satisfied |
| 3863527 | 971 | Minott | 09/27/16 | B | B310 | 0.10 | 45.00 | Email from M. Maddox re service of 45th omni |

| ID | Code | Name | Date | | Task | Hours | Amount | Description |
|---|---|---|---|---|---|---|---|---|
| 3863528 | 971 | Minott | 09/27/16 | B | B310 | 0.20 | 90.00 | Review and finalize motion to deem satisfied and emails with M. Livingston re same |
| 3863529 | 971 | Minott | 09/27/16 | B | B310 | 0.10 | 45.00 | Review Notice re motion to deem satisfied and emails with M. Maddox re same |
| 3863535 | 971 | Minott | 09/27/16 | B | B310 | 0.10 | 45.00 | Emails with T. Conklin re service of motion to deem satisfied |
| 3863700 | 971 | Minott | 09/27/16 | B | B310 | 4.40 | 1,980.00 | Research re claims issues |
| 3864459 | 971 | Minott | 09/28/16 | B | B310 | 0.30 | 135.00 | Email from A. Roth-Moore re claims research |
| 3864469 | 971 | Minott | 09/28/16 | B | B310 | 1.00 | 450.00 | Research re claims issues |
| 3864826 | 971 | Minott | 09/29/16 | B | B310 | 0.20 | 90.00 | Research re claims issues |
| | | | | Total Task: | B310 | 41.30 | 19,016.50 | |

Plan and Disclosure Statement

| ID | Code | Name | Date | | Task | Hours | Amount | Description |
|---|---|---|---|---|---|---|---|---|
| 3862286 | 322 | Abbott | 09/23/16 | B | B320 | 3.90 | 2,769.00 | Review draft plan |
| 3860645 | 971 | Minott | 09/20/16 | B | B320 | 4.70 | 2,115.00 | Email from M. Livingston re draft plan (.1); review same (4.6) |
| 3861230 | 971 | Minott | 09/21/16 | B | B320 | 0.20 | 90.00 | Further review draft plan documents |
| 3861045 | 971 | Minott | 09/21/16 | B | B320 | 0.80 | 360.00 | Review draft plan |
| 3862338 | 971 | Minott | 09/23/16 | B | B320 | 0.80 | 360.00 | Conf. with D. Abbott re plan comments (.1); revise plan (.6); email to M. Livingston re same (.1) |
| | | | | Total Task: | B320 | 10.40 | 5,694.00 | |

Litigation/Adversary Proceedings

| ID | Code | Name | Date | | Task | Hours | Amount | Description |
|---|---|---|---|---|---|---|---|---|
| 3855476 | 322 | Abbott | 09/09/16 | B | B330 | 0.10 | 71.00 | Review SNMP subpoena |
| 3857346 | 322 | Abbott | 09/14/16 | B | B330 | 0.10 | 71.00 | Review Demel motion for new evidence |
| 3865319 | 322 | Abbott | 09/30/16 | B | B330 | 0.10 | 71.00 | Review letter from Demel |
| 3849533 | 684 | Maddox | 09/01/16 | B | B330 | 0.10 | 27.50 | Call with M Livingston and T Minott re Demel brief |
| 3860768 | 684 | Maddox | 09/21/16 | B | B330 | 0.10 | 27.50 | Emails with S Scarruzi re SNMP status conference |
| 3860835 | 961 | Remming | 09/20/16 | B | B330 | 0.10 | 59.50 | Review email from D. Herrington re cancellation of SNMP status conf |
| 3860840 | 961 | Remming | 09/20/16 | B | B330 | 0.10 | 59.50 | Review email from T. Minott re cancellation of SNMP status conf |
| 3864327 | 961 | Remming | 09/28/16 | B | B330 | 0.10 | 59.50 | Review emails from P. Cantwell re SNMP filing |
| 3850179 | 971 | Minott | 09/01/16 | B | B330 | 1.60 | 720.00 | Review Third Circuit local rules and Demel response brief |
| 3850173 | 971 | Minott | 09/01/16 | B | B330 | 0.10 | 45.00 | Email from D. Abbott re Demel response brief |
| 3850168 | 971 | Minott | 09/01/16 | B | B330 | 0.10 | 45.00 | Email from J. Ray re Demel response brief |
| 3850169 | 971 | Minott | 09/01/16 | B | B330 | 0.20 | 90.00 | Call with M. Livingston and M. Maddox re Demel brief |

| ID | | Attorney | Date | | Task | Hours | Amount | Description |
|---|---|---|---|---|---|---|---|---|
| 3851283 | 971 | Minott | 09/02/16 | B | B330 | 0.10 | 45.00 | Emails from D. Abbott and D. Herrington re SNMP meet and confer |
| 3851284 | 971 | Minott | 09/02/16 | B | B330 | 0.10 | 45.00 | Emails with D. Abbott re SNMP call |
| 3851534 | 971 | Minott | 09/02/16 | B | B330 | 0.20 | 90.00 | Emails with M. Livingston re Demel response brief |
| 3851418 | 971 | Minott | 09/02/16 | B | B330 | 0.50 | 225.00 | Review draft motion to extend stipulation |
| 3851286 | 971 | Minott | 09/02/16 | B | B330 | 0.40 | 180.00 | Conf. with A. Remming re SNMP motion (.2); call with A. Remming and P. Cantwell re same (.2) |
| 3853446 | 971 | Minott | 09/06/16 | B | B330 | 0.10 | 45.00 | Call with M. Livingston re Demel response brief |
| 3853447 | 971 | Minott | 09/06/16 | B | B330 | 0.40 | 180.00 | Emails with P. Cantwell re SNMP discovery responses and objections (.1); finalize same (.2); emails with A. Conway re same (.1) |
| 3853450 | 971 | Minott | 09/06/16 | B | B330 | 0.10 | 45.00 | Emails with P. Cantwell re discovery responses |
| 3853444 | 971 | Minott | 09/06/16 | B | B330 | 0.10 | 45.00 | Email from A. Conway re service of SNMP discovery responses and review NOS re same |
| 3854211 | 971 | Minott | 09/07/16 | B | B330 | 0.60 | 270.00 | Draft notice of 30(b)(6) subpoena and subpoena (.5); emails with P. Cantwell re same (.1) |
| 3854801 | 971 | Minott | 09/08/16 | B | B330 | 0.30 | 135.00 | Emails with E. Gallagher re discovery responses |
| 3855674 | 971 | Minott | 09/09/16 | B | B330 | 0.10 | 45.00 | Review SNMP supplemental discovery responses |
| 3857189 | 971 | Minott | 09/13/16 | B | B330 | 0.30 | 135.00 | Review COC re scheduling order and amended scheduling order |
| 3857675 | 971 | Minott | 09/14/16 | B | B330 | 0.10 | 45.00 | Review Order re Demel motion |
| 3857720 | 971 | Minott | 09/14/16 | B | B330 | 0.20 | 90.00 | Email from D. Herrington re Avaya deposition |
| 3857728 | 971 | Minott | 09/14/16 | B | B330 | 0.10 | 45.00 | Conference with A. Remming re deposition issue |
| 3857734 | 971 | Minott | 09/14/16 | B | B330 | 0.50 | 225.00 | Research re deposition practice (.3); emails with A. Remming re same (.1); email to D. Herrington re same (.1) |
| 3857684 | 971 | Minott | 09/14/16 | B | B330 | 0.10 | 45.00 | Review Demel motion re new evidence |
| 3858340 | 971 | Minott | 09/15/16 | B | B330 | 0.30 | 135.00 | Email from D. Herrington re depositions (.1); emails from D. Abbott and D. Herrington re same (.2) |
| 3859709 | 971 | Minott | 09/19/16 | B | B330 | 0.10 | 45.00 | Review 9/28 SNMP agenda |
| 3860834 | 971 | Minott | 09/20/16 | B | B330 | 0.20 | 90.00 | Emails with D. Herrington re 9/28 status conference (.1); email to M. Maddox re same (.1) |
| 3864471 | 971 | Minott | 09/28/16 | B | B330 | 0.60 | 270.00 | Emails with P. Cantwell re consolidation stipulation (.2) and review same (.4) |
| 3864926 | 971 | Minott | 09/29/16 | B | B330 | 0.20 | 90.00 | Emails with P. Cantwell re SNMP stipulation |
| | | | | | Total Task: B330 | 8.50 | 3,911.50 | |

Professional Retention (Others - Filing)

| ID | | Attorney | Date | | Task | Hours | Amount | Description |
|---|---|---|---|---|---|---|---|---|
| 3863866 | 684 | Maddox | 09/28/16 | B | B360 | 0.10 | 27.50 | File AOS re Notice of Filing and Service of Debtors' Thirtieth Ordinary Course Professional Quarterly Statement |
| | | | | | Total Task: B360 | 0.10 | 27.50 | |

General Corporate Matters (including Corporate Gover

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 3861473 | 034 | Roth-Moore | 09/22/16 | B | B400 | 0.30 | 127.50 | Confer with D. Abbott re del corp law research |
| 3861813 | 097 | Van Buren | 09/22/16 | B | B400 | 2.50 | 825.00 | Research DGCL 303 (2.2); meeting with P. Vella re DGCL 303 (.3) |
| 3861355 | 322 | Abbott | 09/21/16 | B | B400 | 0.50 | 355.00 | Call with Vella, Hailey, Schweitzer re: Corp governance issues |
| 3861475 | 322 | Abbott | 09/22/16 | B | B400 | 0.30 | 213.00 | Mtg w/ Roth-Moore re: corp governance research (.1); telephone call w/ Vella re: same (.1); corresp to Schweitzer, Hailey re: same (.1) |
| 3861639 | 322 | Abbott | 09/22/16 | B | B400 | 0.20 | 142.00 | Telephone call w/ Schweitzer re: corp governance issues |
| 3861640 | 322 | Abbott | 09/22/16 | B | B400 | 0.80 | 568.00 | Telephone call w/ Vella re: corp governance issues |
| 3861652 | 322 | Abbott | 09/22/16 | B | B400 | 0.60 | 426.00 | Research re: corp governance issues |
| 3862287 | 322 | Abbott | 09/23/16 | B | B400 | 0.20 | 142.00 | Telephone call w/ Vella re: corp form issues |
| 3862136 | 322 | Abbott | 09/23/16 | B | B400 | 0.30 | 213.00 | Review corp governance research |
| 3865334 | 322 | Abbott | 09/30/16 | B | B400 | 0.10 | 71.00 | Call to Hailey re: corp format issues |
| 3859474 | 330 | Vella | 09/16/16 | B | B400 | 0.50 | 357.50 | Review resolutions |
| 3862671 | 330 | Vella | 09/21/16 | B | B400 | 1.00 | 715.00 | Call with Cleary and D. Abbott re corporate governance issues |
| 3862674 | 330 | Vella | 09/22/16 | B | B400 | 3.50 | 2,502.50 | Conference D. Abbott (.2); conference M. DiVincenzo and J. Honaker (.5); research (2.5); conference D. VanBuren (.3) |
| 3862693 | 330 | Vella | 09/23/16 | B | B400 | 0.20 | 143.00 | Call with D. Abbott |
| 3864966 | 369 | DiVincenzo | 09/22/16 | B | B400 | 0.40 | 278.00 | Conference w/P. Vella re: Section 203 issues |
| | | | Total Task: | B400 | | 11.40 | 7,078.50 | |

Schedules/SOFA/U.S. Trustee Reports

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 3855127 | 221 | Schwartz | 09/07/16 | B | B420 | 0.10 | 71.00 | Review Debtor-In-Possession Monthly Operating Report for Filing Period July 1, 2016 through July 31, 2016 |
| | | | Total Task: | B420 | | 0.10 | 71.00 | |

Allocation

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 3861750 | 034 | Roth-Moore | 09/22/16 | B | B500 | 4.90 | 2,082.50 | Draft memo and conduct research related to Delaware corporate law issues |
| 3855049 | 221 | Schwartz | 09/06/16 | B | B500 | 0.10 | 71.00 | Review disclosure statement on behalf of Appellant Ad Hoc Bondholder Group of Nortel |
| 3855084 | 221 | Schwartz | 09/07/16 | B | B500 | 0.10 | 71.00 | Review disclosure statement on behalf of Appellee Wilmington Trust NA |
| 3855086 | 221 | Schwartz | 09/07/16 | B | B500 | 0.10 | 71.00 | Review disclosure statement on behalf of Appellant Nortel Trade Claims Consortium |
| 3855299 | 221 | Schwartz | 09/08/16 | B | B500 | 0.10 | 71.00 | Review Request Answer of Clerk of Third Circuit |
| 3856936 | 221 | Schwartz | 09/09/16 | B | B500 | 0.20 | 142.00 | Review Concise Summary of the Case filed by Appellants |

| ID | Code | Name | Date | | Task | Hours | Amount | Description |
|---|---|---|---|---|---|---|---|---|
| 3856939 | 221 | Schwartz | 09/09/16 | B | B500 | 0.20 | 142.00 | Review : Concise Summary of the Case filed by Appellant Ad Hoc Bondholder Group of Nortel |
| 3856943 | 221 | Schwartz | 09/09/16 | B | B500 | 0.20 | 142.00 | Review Concise Summary of the Case filed by Appellant Stephen Taylor |
| 3856948 | 221 | Schwartz | 09/09/16 | B | B500 | 0.10 | 71.00 | Review Concise Summary of the Case filed by Appellee Official Committee of Unsecured Creditors |
| 3856949 | 221 | Schwartz | 09/09/16 | B | B500 | 0.10 | 71.00 | Review Concise Summary of the Case filed by Appellant Ernst & Young Inc |
| 3856952 | 221 | Schwartz | 09/09/16 | B | B500 | 0.10 | 71.00 | Review Concise Summary of the Case filed by Appellants Alan Robert Bloom, Stephen John Harris, David Martin Hughes and Christopher John Wilkinson Hill |
| 3856956 | 221 | Schwartz | 09/09/16 | B | B500 | 0.10 | 71.00 | Review Concise Summary of the Case filed by Appellant Nortel Trade Claims Consortium |
| 3853062 | 322 | Abbott | 09/06/16 | B | B500 | 0.20 | 142.00 | Review corresp from third circuit re: scheduling conf attendance |
| 3853319 | 322 | Abbott | 09/06/16 | B | B500 | 0.70 | 497.00 | Prepare email to third circuit re: scheduling conference (.4); corresp with 3rd Circuit re: scheduling conference (.3) |
| 3853908 | 322 | Abbott | 09/07/16 | B | B500 | 3.00 | 2,130.00 | Mtg w/ Bromley, Schweitzer, Gianis before 3rd Circuit scheduling conference (1.0); attend scheduling conference and meeting afterward (2.0) |
| 3853968 | 322 | Abbott | 09/07/16 | B | B500 | 0.10 | 71.00 | Mtg w/ Maddox re: 3rd Circuit transcript |
| 3855461 | 322 | Abbott | 09/09/16 | B | B500 | 0.40 | 284.00 | Review admin filings for allocation appeal |
| 3861428 | 322 | Abbott | 09/21/16 | B | B500 | 1.30 | 923.00 | Review draft docs re: allocation litigation |
| 3861540 | 322 | Abbott | 09/22/16 | B | B500 | 0.20 | 142.00 | Telephone call w/ Kenney re: disbursement account establishment, 3rd cir. appeal |
| 3861748 | 322 | Abbott | 09/22/16 | B | B500 | 0.50 | 355.00 | Review draft docs re: allocation litigation |
| 3863023 | 322 | Abbott | 09/26/16 | B | B500 | 0.20 | 142.00 | Telephone call w Bromley re: appeals scheduling letter Case Administration |
| 3859421 | 415 | Poland | 09/14/16 | B | B500 | 0.50 | 137.50 | Duplicate CD, convert to mp3. Review and complete e-mail request from attorney- provide technical support, prep selected documents and files as per attorney instructions. |
| 3854522 | 684 | Maddox | 09/08/16 | B | B500 | 0.10 | 27.50 | Emails with T Minott and L Hakkenberg re 3rd circuit filings |
| 3854593 | 684 | Maddox | 09/08/16 | B | B500 | 0.30 | 82.50 | Conf. with T Minott re EOA for 3rd circuit cases (.1); review 3rd circuit dockets for EOA's (.2) |
| 3854601 | 684 | Maddox | 09/08/16 | B | B500 | 0.40 | 110.00 | Draft various entry of appearances for D Abbott for 3rd circuit (.1); draft various entry of appearances for J Bromley for 3rd circuit (.1); draft various entry of appearances for L. Schweitzer for 3rd circuit (.1); draft various entry of appearances for J Rosenthal for 3rd circuit (.1) |
| 3854629 | 684 | Maddox | 09/08/16 | B | B500 | 0.40 | 110.00 | Draft various 3rd circuit corporate disclosure statements (.3); emails with T Minott re same (.1) |
| 3854632 | 684 | Maddox | 09/08/16 | B | B500 | 0.20 | 55.00 | Emails with T Minott, L Hakkenberg, D Stein, A Remming and D Abbott re 3rd circuit filings |

| ID | Code | Name | Date | | Task | Hours | Amount | Description |
|---|---|---|---|---|---|---|---|---|
| 3854685 | 684 | Maddox | 09/08/16 | B | B500 | 1.20 | 330.00 | Prepare entry of appearances and disclosure statements for filing (.5); draft COS re transcript purchase order (.2); emails with T Minott re COS' (.1); draft COS re entry of appearance (.1); draft COS re civil info sheet (.1); draft COS re disclosure statement (.1); draft COS re concise summary of case (.1) |
| 3854689 | 684 | Maddox | 09/08/16 | B | B500 | 0.60 | 165.00 | Emails with T Minott re concise exhibits (.1); retrieve exhibits and prepare for filing (.5) |
| 3855350 | 684 | Maddox | 09/09/16 | B | B500 | 0.50 | 137.50 | Prepare documents for filing in 3rd circuit |
| 3855403 | 684 | Maddox | 09/09/16 | B | B500 | 0.10 | 27.50 | Call with D Abbott and T Minott re 3rd circuit filings |
| 3855285 | 684 | Maddox | 09/09/16 | B | B500 | 0.10 | 27.50 | Conf. with T Minott re 3rd circuit filings |
| 3855491 | 684 | Maddox | 09/09/16 | B | B500 | 6.50 | 1,787.50 | File Entry of appearance for D Abbott, L Schweitzer, J Bromley and J Rosenthal in all 3rd circuit cases (1.5); file Corporate disclosure in all cases (1.4); file transcript request form (.3); file civil information sheet (.4); file concise summary(.3); serve all 3rd circuit documents (2.6) |
| 3852006 | 961 | Remming | 09/02/16 | B | B500 | 0.10 | 59.50 | Review email from D. Stein re Third Circuit status conference |
| 3852110 | 961 | Remming | 09/02/16 | B | B500 | 0.20 | 119.00 | Review emails from D. Abbott and J. Bromley re third circuit status conf |
| 3853219 | 961 | Remming | 09/06/16 | B | B500 | 0.10 | 59.50 | Review and respond to email from B. Springart re Third Circuit hearing |
| 3853220 | 961 | Remming | 09/06/16 | B | B500 | 0.20 | 119.00 | Office conf. w/ D. Abbott re third circuit status conf (.1); review emails re same (.1) |
| 3854807 | 961 | Remming | 09/08/16 | B | B500 | 0.20 | 119.00 | Review draft concise statement of case |
| 3855627 | 961 | Remming | 09/09/16 | B | B500 | 0.10 | 59.50 | Review email from L. Hakkenberg re Third Circuit filings |
| 3855628 | 961 | Remming | 09/09/16 | B | B500 | 0.10 | 59.50 | Review emails from T. Minott and D. Stein re Third Circuit filings |
| 3855817 | 961 | Remming | 09/11/16 | B | B500 | 0.10 | 59.50 | Review and respond to email from C. Samis re transcript |
| 3855887 | 961 | Remming | 09/12/16 | B | B500 | 0.10 | 59.50 | Email to T. Minott and M. Maddox re Third Circuit transcript |
| 3868199 | 961 | Remming | 09/14/16 | B | B500 | 0.10 | 59.50 | Review and respond to email from M. Maddox re 3d cir transcript |
| 3868260 | 961 | Remming | 09/15/16 | B | B500 | 0.10 | 59.50 | Review and respond to email from M. Maddox re 3d Cir transcript |
| 3858652 | 961 | Remming | 09/16/16 | B | B500 | 0.10 | 59.50 | Email to M. Maddox re Third Circuit transcript |
| 3861986 | 961 | Remming | 09/16/16 | B | B500 | 0.10 | 59.50 | Email to C. Samis re transcript from Third Circuit hearing |
| 3859756 | 961 | Remming | 09/19/16 | B | B500 | 0.50 | 297.50 | Review allocation document |
| 3859763 | 961 | Remming | 09/19/16 | B | B500 | 0.10 | 59.50 | Office conf w/ T. Minott re allocation issues |
| 3861966 | 961 | Remming | 09/22/16 | B | B500 | 0.10 | 59.50 | Review draft of allocation document |
| 3851533 | 971 | Minott | 09/02/16 | B | B500 | 0.10 | 45.00 | Conf. with A. Remming re allocation appeal conference |
| 3851416 | 971 | Minott | 09/02/16 | B | B500 | 0.20 | 90.00 | Review order re allocation status conference |
| 3853445 | 971 | Minott | 09/06/16 | B | B500 | 0.10 | 45.00 | Email from D. Abbott re scheduling conference |
| 3853451 | 971 | Minott | 09/06/16 | B | B500 | 0.10 | 45.00 | Email from D. Abbott re 9/7 conference |

| ID | Code | Name | Date | | Task | Hours | Amount | Description |
|---|---|---|---|---|---|---|---|---|
| 3853442 | 971 | Minott | 09/06/16 | B | B500 | 0.10 | 45.00 | Emails with D. Abbott re appeal forms |
| 3853443 | 971 | Minott | 09/06/16 | B | B500 | 0.10 | 45.00 | Email from P. Dodszuweit re scheduling conference |
| 3853448 | 971 | Minott | 09/06/16 | B | B500 | 0.20 | 90.00 | Emails from M. Gianis and D. Abbott re Third Circuit conference |
| 3853449 | 971 | Minott | 09/06/16 | B | B500 | 0.50 | 225.00 | Emails from J. Bromley, L. Hakkenberg and D. Abbott re 9/7 conference (.3); emails from D. Abbott and M. Gianis re same (.2) |
| 3853454 | 971 | Minott | 09/06/16 | B | B500 | 0.10 | 45.00 | Review oral order re 9/7 case management conference |
| 3854208 | 971 | Minott | 09/07/16 | B | B500 | 0.30 | 135.00 | Review corp disclosure statements |
| 3854754 | 971 | Minott | 09/08/16 | B | B500 | 0.50 | 225.00 | Emails with M. Gianis re comments re 3rd Cir. filings and further revise same |
| 3854756 | 971 | Minott | 09/08/16 | B | B500 | 0.10 | 45.00 | Review order re allocation briefing |
| 3854757 | 971 | Minott | 09/08/16 | B | B500 | 0.20 | 90.00 | Emails with M. Gianis re concise summary of the case and other appeal filings |
| 3854758 | 971 | Minott | 09/08/16 | B | B500 | 3.10 | 1,395.00 | Emails with L. Hakkenberg and D. Stein re Third Circuit allocation appeal forms (.3); draft same (2.8) |
| 3854752 | 971 | Minott | 09/08/16 | B | B500 | 0.10 | 45.00 | Review exhibits re concise summary of the case |
| 3854753 | 971 | Minott | 09/08/16 | B | B500 | 0.10 | 45.00 | Review COSs re 3rd circuit forms |
| 3855643 | 971 | Minott | 09/09/16 | B | B500 | 1.20 | 540.00 | Finalize Third Circuit case opening filings (1.0); conf. with D. Abbott and M. Maddox re same (.2) |
| 3855676 | 971 | Minott | 09/09/16 | B | B500 | 0.10 | 45.00 | Review Trade Claim Consortium concise summary of case |
| 3855633 | 971 | Minott | 09/09/16 | B | B500 | 0.20 | 90.00 | Review concise summary of the case |
| 3855640 | 971 | Minott | 09/09/16 | B | B500 | 0.10 | 45.00 | Review Bondholders' concise summary of the case |
| 3855645 | 971 | Minott | 09/09/16 | B | B500 | 0.20 | 90.00 | Conf. with M. Maddox re case opening materials |
| 3855648 | 971 | Minott | 09/09/16 | B | B500 | 0.10 | 45.00 | Emails with M. Livingston re 9/13 agenda |
| 3855649 | 971 | Minott | 09/09/16 | B | B500 | 0.30 | 135.00 | Emails with L. Hakkenberg and D. Stein re appeal issues |
| 3856310 | 971 | Minott | 09/12/16 | B | B500 | 0.30 | 135.00 | Emails from A. Remming and M. Maddox re 9/7 transcript |
| 3857678 | 971 | Minott | 09/14/16 | B | B500 | 0.10 | 45.00 | Emails from D. Abbott and D. Stein re 9/7 transcript |
| 3857679 | 971 | Minott | 09/14/16 | B | B500 | 0.10 | 45.00 | Emails with M. Maddox re case management transcript |
| 3857674 | 971 | Minott | 09/14/16 | B | B500 | 0.30 | 135.00 | Emails with L. Hakkenberg re Clerk's letter re allocation appeal |
| 3858339 | 971 | Minott | 09/15/16 | B | B500 | 1.60 | 720.00 | Emails from M. Maddox and A. Remming re Third Circuit transcript (.2); conf. with M. Maddox re comments re transcript (.2); review transcript (1.2) |
| 3858341 | 971 | Minott | 09/15/16 | B | B500 | 0.30 | 135.00 | Email from M. Maddox re revised transcript (.1); email and conf. with A. Remming re same (.1); email to D. Stein, M. Gianis, L. Hakkenberg, D. Abbott, A. Remming and M. Maddox re same (.1) |
| 3858334 | 971 | Minott | 09/15/16 | B | B500 | 0.10 | 45.00 | Emails with M. Gianis re 9/7 transcript |
| 3858335 | 971 | Minott | 09/15/16 | B | B500 | 0.10 | 45.00 | Email from D. Abbott re revised transcript |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Nortel Networks, Inc. | | | | | | | PRO FORMA 409236 | AS OF 09/30/16 | INVOICE# ****** |
| 63989-DIP | | | | | | | | | |
| DATE: 10/25/16 11:09:27 | | | | | | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 3858821 | 971 | Minott | | 09/16/16 | B | B500 | 0.10 | 45.00 | Email from P. Dodszuweit re 9/7 transcript |
| 3858823 | 971 | Minott | | 09/16/16 | B | B500 | 0.10 | 45.00 | Review CCC concise summary of the case |
| 3859734 | 971 | Minott | | 09/19/16 | B | B500 | 2.30 | 1,035.00 | Email from P. Cantwell re draft litigation document and review same |
| 3860599 | 971 | Minott | | 09/20/16 | B | B500 | 2.10 | 945.00 | Conf. with D. Abbott re draft litigation document (.1); review same (2.0) |
| 3861047 | 971 | Minott | | 09/21/16 | B | B500 | 0.20 | 90.00 | Email from D. Abbott re draft litigation documents |
| 3861052 | 971 | Minott | | 09/21/16 | B | B500 | 0.10 | 45.00 | Email from L. Schweitzer re draft litigation document |
| 3861859 | 971 | Minott | | 09/22/16 | B | B500 | 0.20 | 90.00 | Emails with D. Abbott, M. Kenney and M. Maddox re service list re appeals |
| 3861863 | 971 | Minott | | 09/22/16 | B | B500 | 0.10 | 45.00 | Email from M. Kenney re U.S. Trustee letter re appeal and review same |
| 3864947 | 971 | Minott | | 09/29/16 | B | B500 | 0.20 | 90.00 | Emails with L. Hakkenberg re litigation document |
| 3865458 | 971 | Minott | | 09/30/16 | B | B500 | 0.20 | 90.00 | Emails from D. Abbott and L. Hakkenberg re litigation document |
| 3865465 | 971 | Minott | | 09/30/16 | B | B500 | 0.10 | 45.00 | Further email from P. Cantwell re litigation issues |
| 3865467 | 971 | Minott | | 09/30/16 | B | B500 | 1.80 | 810.00 | Emails with P. Cantwell re litigation document (.2); call with P. Cantwell re same (.1); research re same (1.5) |
| | | | | Total Task: | B500 | | 44.60 | 20,453.50 | |
| | | | | FEE SUBTOTAL | | | 153.30 | 69,718.50 | |