# Exhibit B

### EXPENSE SUMMARY

Nortel Networks, Inc., *et al.*
(Case No. 09-10138 (KG))

September 1, 2016 through September 30, 2016

| **Expense Category** | **Service Provider (if applicable)** | **Total Expenses** |
|---|---|---|
| Court Costs | | $25.00 |
| Transcripts | | 354.05 |
| Travel | | 62.94 |
| Messenger Services | | 80.00 |
| Courier/Delivery Service | | 166.68 |
| Computer Research | Westlaw | 1,245.16 |
| Postage | | 112.61 |
| Pacer | | 162.90 |
| Conference Calls | | 74.00 |
| **Total Expenses** | | **$2,283.34** |

## COST ENTRIES

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1434711 | 09/13/16 | B | 25.00 | Court Costs - CITIZENS BANK - USDC-DE - PRO H FEE - M. LIVINGSTON - 9/13/16 | 503 | 000 | 220634 |
| 1431801 | 09/07/16 | B | 239.25 | Transcripts - RELIABLE COPY SERVICE-DELAWARE HOURLY TRANSCRIPT - ORIGINAL - 9/7/16 | 506 | 684 | 220111 |
| 1430670 | 09/07/16 | B | 18.00 | Transcripts - CLERK OF COURT - CD OF 9/7/16 NORTEL NETWORKS INC. HEARING - US COURT OF APPEALS FOR THE THIRD CIRCUIT | 506 | 322 | 219848 |
| 1434861 | 09/16/16 | B | 96.80 | Transcripts - VERITEXT/NEW YORK REPORTING CO ORIGINAL TRANSCRIPT - 9/16/16 | 506 | 000 | 220649 |
| 1430466 | 09/07/16 | B | 62.94 | Travel - DEREK C. ABBOTT- REIMBURSEMENT OF MILEAGE AND PARKING EXPENSES - ATTEND THIRD CIRCUIT SCHEDULING CONFERENCE - PHILADELPHIA - 9/7/16 | 511 PA | 322 | 219814 |
| 1430033 | 09/01/16 | B | 5.00 | Messenger Service - to Trustee | 513S | 684 | |
| 1431614 | 09/09/16 | B | 5.00 | Messenger Service - to USBC | 513S | 684 | |
| 1431622 | 09/09/16 | B | 5.00 | Messenger Service - to Chipman Brown | 513S | 684 | |
| 1431623 | 09/09/16 | B | 5.00 | Messenger Service - to DLA Piper | 513S | 684 | |
| 1431665 | 09/14/16 | B | 5.00 | Messenger Service - to Trustee | 513S | 684 | |
| 1431666 | 09/14/16 | B | 5.00 | Messenger Service - to Whiteford Taylor | 513S | 684 | |
| 1431670 | 09/14/16 | B | 5.00 | Messenger Service - to Buchanon Ingersoll | 513S | 684 | |
| 1431685 | 09/15/16 | B | 5.00 | Messenger Service - to Whiteford Taylor | 513S | 684 | |
| 1431686 | 09/15/16 | B | 5.00 | Messenger Service - to Trustee | 513S | 684 | |
| 1432971 | 09/21/16 | B | 5.00 | Messenger Service - to USBC | 513S | 684 | |
| 1433001 | 09/23/16 | B | 5.00 | Messenger Service - to USBC | 513S | 684 | |
| 1433030 | 09/26/16 | B | 5.00 | Messenger Service - to Trustee | 513S | 684 | |
| 1433050 | 09/28/16 | B | 5.00 | Messenger Service - to Trustee | 513S | 684 | |
| 1433052 | 09/28/16 | B | 5.00 | Messenger Service - to Whiteford Taylor | 513S | 684 | |
| 1433083 | 09/30/16 | B | 5.00 | Messenger Service - to Trustee | 513S | 684 | |
| 1433084 | 09/30/16 | B | 5.00 | Messenger Service - to Whiteford Taylor | 513S | 684 | |
| 1431294 | 08/26/16 | B | 41.40 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 220059 |
| 1431281 | 09/01/16 | B | 56.28 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 220058 |
| 1431253 | 09/09/16 | B | 62.10 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 220043 |
| 1434330 | 09/26/16 | B | 6.90 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 220609 |

Nortel Networks, Inc.
63989-DIP
DATE: 10/25/16 11:09:27

Case 09-10138-MEW    Doc 17315-3    Filed 10/27/16    Page 3 of 3

PRO FORMA 409236    AS OF 09/30/16    INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1432057 | 09/23/16 | B | 358.08 | Computer Research - Westlaw Search Performed by: ROTH-MOORE,ANDREW | 515 | 000 | |
| 1432058 | 09/24/16 | B | 269.51 | Computer Research - Westlaw Search Performed by: ROTH-MOORE,ANDREW | 515 | 000 | |
| 1434592 | 09/26/16 | B | 617.57 | Computer Research - Westlaw Search Performed by: ROTH-MOORE,ANDREW | 515 | 000 | |
| 1429877 | 09/01/16 | B | 4.29 | Postage | 520 | 684 | |
| 1431516 | 09/07/16 | B | 7.23 | Postage | 520 | 594 | |
| 1431525 | 09/09/16 | B | 74.70 | Postage | 520 | 684 | |
| 1431533 | 09/14/16 | B | 4.08 | Postage | 520 | 684 | |
| 1431542 | 09/15/16 | B | 5.34 | Postage | 520 | 684 | |
| 1432900 | 09/26/16 | B | 3.14 | Postage | 520 | 684 | |
| 1432908 | 09/27/16 | B | 7.86 | Postage | 520 | 684 | |
| 1432921 | 09/29/16 | B | 5.97 | Postage | 520 | 684 | |
| 1434813 | 09/30/16 | B | 162.90 | Pacer charges for the month of September | 529 | 000 | |
| 1434709 | 08/26/16 | B | 37.00 | Conference Calls - CITIZENS BANK - COURTCALL CONFERENCE SERVICES - #7805962 - D. ABBOTT - 8/26/16 | 552H | 000 | 220634 |
| 1434710 | 08/26/16 | B | 37.00 | Conference Calls - CITIZENS BANK - COURTCALL CONFERENCE SERVICES - #7805986 - D. HARRINGTO - 8/26/16 | 552H N | 000 | 220634 |
| | | | 2,283.34 | | | | |