# United States Bankruptcy Court

## District of Delaware

In re: **Nortel Networks, Inc.**

Case No.: **09-10138**

Court ID (Court use only)_____

### NOTICE OF PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

| | |
|---|---|
| **Optical NN Holdings, LLC** | **Jefferies Leverage Credit Products, LLC** |
| Name of Transferee | Name of Transferor |
| | |
| Name and Address where notices to transferee should be sent | Court Record Address of Transferor (Court Use Only) |
| **Optical NN Holdings, LLC** | |
| **One Maritime Plaza, Suite 2100** | |
| **San Francisco, CA 94111** | |
| **Attn: Michael G. Linn** | |
| Last Four Digits of Acct #: _____ | Last Four Digits of Acct. #: _____ |
| | |
| Name and Address where transferee payments should be sent (if different from above) | Name and Current Address of Transferor |
| | **Jefferies Leverage Credit Products, LLC** |
| | **101 Hudson St. 11th Floor** |
| | **Jersey City, NJ 07032** |

Court Claim # (if known):  **6983**
Claim Amount:              **$ 413,819.68**
Transferred Amount:        **$206,909.84**
Date Claim Filed:          January 26, 2009

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/ Andrew A. Jones_____        Date: 11/2/2016
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

~~DEADLINE TO OBJECT TO TRANSFER~~

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____                                  _____
                                                **CLERK OF THE COURT**

## EVIDENCE OF TRANSFER OF CLAIM

TO:    United States Bankruptcy Court ("Bankruptcy Court")
District of Delaware
Attn: Clerk

AND TO:    Nortel Networks, Inc., et al. ("Debtor")
Case No. 09-10138

**Claim # 6983**
**Total Claim Amount: $413,819.68**
**Dollar Amount of Claim Transferred Hereby: $206,909.84**
**Percentage of Claim Transferred: 50%**

    **JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC**, its successors and assigns (collectively, the "Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

**OPTICAL NN HOLDINGS, LLC**
**ONE MARITIME PLAZA, SUITE 2100**
**SAN FRANCISCO, CA 94111**

    and its successors and assigns (collectively, "Buyer"), all rights, title, and interest in and to **50%** of the claim of Seller, including all rights of stoppage in transit, replevin, reclamation and cure payments, in the aggregate principal amount of **$206,909.84** (collectively, the "Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

    Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

    You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

-15-

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated October 31, 2016.

**SELLER**

**JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC**

By: /s/ William P. McLoughlin

Name: William P. McLoughlin
Title: Senior Vice President
Jefferies Leveraged Credit Products, LLC

**OPTICAL NN HOLDINGS, LLC**

BY: FARALLON CAPITAL MANAGEMENT, L.L.C.,
ITS MANAGER

By: /s/ Michael G. Linn

Name: Michael G. Linn
Title: Managing Member