**EXHIBIT A**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
: 
: Chapter 11
*In re* :
: Case No. 09-10138 (KG)
Nortel Networks Inc., *et al.*,[1] :
: Jointly Administered
Debtors. :
: **RE:  D.I. _____**
:
:
---------------------------------------------------------X

**PROPOSED ORDER GRANTING DEBTORS' OBJECTION TO PROOFS OF CLAIM
FILED BY PENSION BENEFIT GUARANTY CORPORATION
AND MOTION FOR AN ORDER
(I) DISALLOWING PBGC'S LATE-FILED AMENDED CLAIMS,
(II) DISALLOWING CERTAIN OF THE PBGC CLAIMS, AND
(III) DEEMING CERTAIN OF THE PBGC CLAIMS
<u>SATISFIED IN PART BY POST-PETITION TRANSFERS</u>**

Upon the Debtors' Objection to Proofs of Claim Filed by Pension Benefit Guaranty Corporation and Motion for an Order (I) Disallowing PBGC's Late-Filed Amended Claims, (II) Disallowing Certain of the PBGC Claims, and (III) Deeming Certain of the PBGC Claims Satisfied in Part by Post-Petition Transfers dated November 2, 2016 (the "<u>Objection</u>"),[2] filed by Nortel Networks Inc. and certain of its affiliates, as debtors and debtors-in-possession in the above-captioned cases (collectively, the "<u>Debtors</u>"), requesting an Order pursuant to Sections 105 and 502 of Title 11 of the United States Code (the "<u>Bankruptcy Code</u>") and rules 3007(a)

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567), Nortel Networks (CALA) Inc. (4226) and Nortel Networks India International, Inc. (8667). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Objection.

and 9014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and rule 3007 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") disallowing and expunging the Amended PBGC Claims in their entirety, reducing and deeming satisfied in part the Unfunded Benefits Liability Claim, and disallowing and expunging each of the Minimum Funding Contribution Claim, the Amortization Claim and the Insurance Claim in full as described therein; and upon all other documentation filed in connection with the Objection, including the PBGC Claims, attached to the Tunis Declaration as Exhibits 8 through 15; and adequate notice of the Objection having been given as set forth in the Objection; and it appearing that no other or further notice is required and the Court having subject matter jurisdiction to consider the Objection and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and the Court having determined that consideration of the Objection is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and upon the record of the hearing on the Objection and upon the evidence adduced at the hearing; and good and sufficient cause appearing therefor

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

1. The Objection is **GRANTED** with respect to the Amended PBGC Claims. The Amended PBGC Claims are hereby disallowed in full and expunged.

2. The Objection is **GRANTED** with respect to the Unfunded Benefits Liability Claim. The Unfunded Benefits Liability Claim is hereby reduced and allowed by application of the prudent investor rate, deemed to be satisfied in part by the post-petition transfer of the Pension Plan assets, and reduced and allowed in an amount to be determined by the Court that represents the damage suffered by the Debtors as a result of the PBGC failing to pursue its controlled group claims against Canadian and EMEA affiliates of the Debtors.

3. The Objection is **GRANTED** with respect to the Minimum Funding Contribution Claim. The Minimum Funding Contribution Claim is hereby disallowed in full and expunged.

4. The Objection is **GRANTED** with respect to the Amortization Claim. The Amortization Claim is hereby disallowed in full and expunged.

5. The Objection is **GRANTED** with respect to the Insurance Claim. The Insurance Claim is hereby disallowed in full and expunged.

6. The Debtors, the Debtors' claims agent, Epiq Bankruptcy Solutions, LLC, and the Clerk of this Court are authorized to take all actions necessary and appropriate to give effect to this Order.

7. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: _____
       Wilmington, Delaware

                                          _____
                                          THE HONORABLE KEVIN GROSS
                                          UNITED STATES BANKRUPTCY JUDGE