IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X
:
*In re* : Chapter 11
:
Nortel Networks Inc., *et al.*,[1] : Case No. 09-10138 (KG)
:
Debtors. : Jointly Administered
:
:
:
:
:
------------------------------------------------------------X

**DECLARATION OF BRENT M. TUNIS IN SUPPORT OF DEBTORS' OBJECTION TO PROOFS OF CLAIM FILED BY PENSION BENEFIT GUARANTY CORPORATION AND MOTION FOR AN ORDER (I) DISALLOWING PBGC'S LATE-FILED AMENDED CLAIMS, (II) DISALLOWING CERTAIN OF THE PBGC CLAIMS, AND (III) DEEMING CERTAIN OF THE PBGC CLAIMS SATISFIED IN PART BY POST-PETITION TRANSFERS**

I, Brent M. Tunis, do hereby declare as follows pursuant to 28 U.S.C. § 1746:

1.   I am associated with the law firm of Cleary Gottlieb Steen & Hamilton LLP, co-counsel to Nortel Networks Inc. and its affiliated debtors, as respective debtors and debtors in possession, in the above-captioned proceedings (the "Debtors"). I am admitted to practice before this Court *pro hac vice*.

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567), Nortel Networks (CALA) Inc. (4226) and Nortel Networks India International, Inc. (8667). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

1

2. I respectfully submit this declaration in support of Debtors' Objection to Proofs of Claim Filed by Pension Benefit Guaranty Corporation (the "PBGC") and Motion for an Order (I) Disallowing PBGC's Late-Filed Amended Claims, (II) Disallowing Certain of the PBGC Claims, and (III) Deeming Certain of the PBGC Claims Satisfied in Party by Post-Petition Transfers.

3. Annexed to this declaration as Exhibit 1 is a true and correct copy of the I.R.S. Form 5500 Annual Return/Report of Employee Benefit Plan for the year beginning January 1, 2009 and ending September 8, 2009 (the "Nortel Networks Retirement Income Plan Form 5500").

4. Annexed to this declaration as Exhibit 2 is a true and correct copy of the Agreement for Appointment of Trustee and Termination of Plan, executed by The Retirement Plan Committee of Nortel Networks Retirement Income Plan on August 31, 2009, and countersigned by the PBGC on September 8, 2009 (the "Trusteeship Agreement").

5. Annexed to this declaration as Exhibit 3 is a true and correct copy of the Complaint for Pension Plan Termination, No. 3:09-00657 (M.D. Tenn. July 17, 2009) [D.I. 1].

6. Annexed to this declaration as Exhibit 4 is a true and correct copy of the Notice of Dismissal, No. 3:09-00657 (M.D. Tenn. Sept. 8, 2009) [D.I. 5].

7. Annexed to this declaration as Exhibit 5 is a true and correct copy of the Stipulation Regarding Filing of Claims by PBGC executed by the PBGC and the Debtors on September 24, 2009 [D.I. 1546-1] (the "Claims Stipulation").

8. Annexed to this declaration as Exhibit 6 is a true and correct copy of the Claims Procedure Order, In re Nortel Networks Corp., File No. 09-CL-7950 (Can. Sup. Ct. J. July 30, 2009).

9. Annexed to this declaration as <u>Exhibit 7</u> is a true and correct copy of the Minute Order, <u>In re Nortel Networks UK Ltd.</u>, No. 536 of 2009 (Eng. High Ct. of J. Ch. Div. May 18, 2010).

10. Annexed to this declaration as <u>Exhibit 8</u> is a true and correct copy of the proof of claim by the PBGC on the Debtors' claims register as claim 4735 on September 29, 2009 (the "<u>Unfunded Benefits Liability Claim</u>").

11. Annexed to this declaration as <u>Exhibit 9</u> is a true and correct copy of the proof of claim by the PBGC on the Debtors' claims register as claim 4736 on September 29, 2009 (the "<u>Minimum Funding Contribution Claim</u>").

12. Annexed to this declaration as <u>Exhibit 10</u> is a true and correct copy of the proof of claim by the PBGC on the Debtors' claims register as claim 4737 on September 29, 2009 (the "<u>Insurance Claim</u>").

13. Annexed to this declaration as <u>Exhibit 11</u> is a true and correct copy of the proof of claim by the PBGC on the Debtors' claims register as claim 4738 on September 29, 2009 (the "<u>Amortization Claim</u>").

14. Annexed to this declaration as <u>Exhibit 12</u> is a true and correct copy of the proof of claim by the PBGC on the Debtors' claims register as claim 8763 on July 7, 2014, which purports to amend claim 4735 (the "<u>Amended Unfunded Benefits Liability Claim</u>").

15. Annexed to this declaration as <u>Exhibit 13</u> is a true and correct copy of the proof of claim by the PBGC on the Debtors' claims register as claim 8762 on July 7, 2014, which purports to amend claim 4737 (the "<u>Amended Insurance Claim</u>").

16.     Annexed to this declaration as <u>Exhibit 14</u> is a true and correct copy of the proof of claim by the PBGC on the Debtors' claims register as claim 8761 on July 7, 2014, which purports to amend claim 4736 (the "<u>Amended Minimum Funding Contribution Claim</u>").

17.     Annexed to this declaration as <u>Exhibit 15</u> is a true and correct copy of the proof of claim by the PBGC on the Debtors' claims register as claim 8760 on July 7, 2014, which purports to amend claim 4738 (the "<u>Amended Amortization Claim</u>").

*[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]*

Pursuant to 28 U.S.C. § 1746 I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: New York, New York
       November 2, 2016

                                   _____
                                         Brent M. Tunis