**EXHIBIT 4**

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESEE
# NASHVILLE DIVISION

| | |
|---|---|
| In re: The Nortel Networks Retirement Income Plan ) | |
| ) | |
| PENSION BENEFIT GUARANTY ) | Civil Action No. 3:09-00657 |
| CORPORATION ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| RETIREMENT PLAN COMMITTEE OF THE NORTEL ) | |
| NETWORKS RETIREMENT INCOME PLAN, ) | |
| as administrator of the Nortel Networks Retirement ) | |
| Income Plan ) | |
| c/o Nortel Networks, Inc. ) | |
| 220 Athens Way, Suite 300 ) | |
| Nashville, TN 37228-1397 ) | |
| ) | |
| NORTEL NETWORKS, INC, ) | |
| as default administrator of the Nortel ) | |
| Networks Retirement Income Plan ) | |
| 220 Athens Way, Suite 300 ) | |
| Nashville, TN 37228-1397 ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF DISMISSAL

Plaintiff Pension Benefit Guaranty Corporation, through its undersigned counsel, Vincente Matias Murrell, hereby notifies the Court of its dismissal of this action, pursuant to Federal Rule of Civil Procedure 41(a), against the Retirement Plan Committee of the Nortel Networks Retirement Income Plan and Nortel Networks Inc. with prejudice solely with

respect to any action for termination of the subject pension plan and the appointment of the PBGC as statutory trustee.

Dated: September 8, 2009  Respectfully submitted,
Washington, D.C.

   s/Vicente Matias Murrell
ISRAEL GOLDOWITZ
Chief Counsel
CHARLES L. FINKE
Deputy Chief Counsel
STEPHEN SCHREIBER
Assistant Chief Counsel
VICENTE MATIAS MURRELL
(MD Bar No. 9806240098)
Attorney

PENSION BENEFIT GUARANTY
CORPORATION
Office of the Chief Counsel
1200 K Street, N.W.
Washington, D.C. 20005-4026
Phone: (202) 326-4020, ext. 3580
Fax: (202) 326-4112
E-mails: murrell.vicente@pbgc.gov *and*
efile@pbgc.gov
Attorneys for Plaintiff
Pension Benefit Guaranty Corporation