**EXHIBIT 7**

IN THE HIGH COURT OF JUSTICE
CHANCERY DIVISION
COMPANIES COURT

MR    Registrar Nicholls



IN THE MATTERS OF:

| | |
|---|---|
| NORTEL NETWORKS UK LIMITED ("NNUK") | |
| NORTEL NETWORKS SA ("NN FRANCE") | |
| NORTEL GMBH | No 536 of 2009 |
| NORTEL NETWORKS NV | No 539 of 2009 |
| NORTEL NETWORKS S.P.A | No 542 of 2009 |
| NORTEL NETWORKS BV | No 550 of 2009 |
| NORTEL NETWORKS POLSKA SP. Z.O.O | No 552 of 2009 |
| NORTEL NETWORKS HISPANIA SA | No 553 of 2009 |
| NORTEL NETWORKS INTERNATIONAL FINANCE & HOLDING BV | No 554 of 2009 |
| | No 535 of 2009 |
| NORTEL NETWORKS (AUSTRIA) GMBH | |
| NORTEL NETWORKS SRO | No 549 of 2009 |
| NORTEL NETWORKS ENGINEERING SERVICE KFT | No 537 of 2009 |
| NORTEL NETWORKS PORTUGAL SA | No 538 of 2009 |
| NORTEL NETWORKS SLOVENSKO SRO | No 540 of 2009 |
| NORTEL NETWORKS FRANCE SAS | No 547 of 2009 |
| NORTEL NETWORKS OY | No 551 of 2009 |
| NORTEL NETWORKS ROMANIA SRL | No 544 of 2009 |
| NORTEL NETWORKS AB | No 545 of 2009 |
| NORTEL NETWORKS (IRELAND) LIMITED ("NORTEL IRELAND") | No 546 of 2009 |
| | No 548 of 2009 |
| (INDIVIDUALLY THE "COMPANY" AND TOGETHER THE "COMPANIES") | No 541 of 2009 |

AND IN THE MATTER OF THE INSOLVENCY ACT 1986

---

## MINUTE OF ORDER

---

UPON THE APPLICATION OF:

(1) Alan Robert Bloom, Alan Michael Hudson, Stephen John Harris and Christopher John Wilkinson Hill of Ernst & Young LLP, the joint administrators of Nortel Networks UK Limited, Nortel Networks SA, Nortel GmbH, Nortel Networks NV, Nortel Networks S.p.A, Nortel Networks BV, Nortel Networks Polska Sp. z.o.o, Nortel Networks Hispania

CONFIDENTIAL    NORTEL_ADMIN0000026

SA, Nortel Networks International Finance & Holdings BV, Nortel Networks (Austria) GmbH, Nortel Networks sro, Nortel Networks Engineering Service Kft, Nortel Networks Portugal SA, Nortel Networks Slovensko sro, Nortel Networks Finance SAS, Nortel Networks Oy, Nortel Networks Romania SRL, Nortel Networks AB; and

(2) Alan Robert Bloom and David Hughes, the joint administrators of Nortel Networks (Ireland) Limited

AND UPON HEARING Counsel for the Applicants

AND UPON READING the First Witness Statement of Stephen John Harris dated 4 May 2010 and the exhibit thereto

IT IS ORDERED AND DIRECTED THAT:

(a) Pursuant to paragraphs 63 and 68(2) of Schedule B1 of the IA 1986, the Joint Administrators be at liberty to take the steps set out at paragraph (b) below;

(b) The Joint Administrators be at liberty to (i) request (in substantially the form annexed hereto) that the creditors of the Companies do submit details of their claims in writing to the Joint Administrators, and (ii) seek to agree such claims, despite the fact that, at present, the Joint Administrators do not yet propose to make (and are not yet in a position to make) a distribution to any class of creditors due to the current status of the administration;

(c) Pursuant to rule 7.31(5) of the Insolvency Rules 1986, the first witness statement of Stephen John Harris dated 4 May 2010 and the exhibit thereto shall not be open to inspection without the leave of the Court; and

(d) The costs of and incidental to this application be paid as an expense of the administrations and paid out of the assets of the Companies.

DATED THIS [ ] DAY OF MAY 2010



CONFIDENTIAL

NORTEL_ADMIN0000027



**Lodgement of claim**

(bg) "Предявяване на вземане"
(cs) "Přihlášení pohledávky"
(da) »Anmeldelse af fordring«
(de) „Anmeldung einer Forderung"
(el) «Αναγγελία απαιτήσεως»
(es) «Presentación de crédito»
(et) "Nõude esitamine"
(fi) "Saatavaa koskeva ilmoitus"
(fr) «Production de créance»
(ga) "Taisceadh éilimh"
(hu) "Követelésbejelentés"
(it) «Insinuazione di credito»
(lt) "Reikalavimo pateikimas"
(lv) "Prasījuma iesniegums"
(mt) "Preżentazzjoni ta' talba"
(nl) „Indiening van een schuldvordering"
(pl) "Zgłoszenie wierzytelności"
(pt) «Reclamação de crédito»

(ro) "Cerere de admitere a creanței"

(sk) "Prihláška pohľadávky"
(sl) "Prijava terjatve"
(sv) "Anmälan av fordran"

## Claim Form

### Nortel company name
Company number: •
Registered office address: •

**Date of administration order: 14 January 2009**

**Address for the lodging of claims**
Claims may be lodged at one of the following addresses, or by email to <u>nortelemea@uk.ey.com</u>:

•
Ernst & Young LLP
1 More London Place
London
SE1 2AF
United Kingdom

•
Ernst & Young •
Local EY address
city
postcode
Local country

This form has 2 sides. The form must be signed by the creditor or a person authorised to act on behalf of the creditor. Supporting documentation should be provided with this form.

| 1 | Name of Creditor. | |
|---|---|---|
| | | |

| # | Question | Answer |
|---|---|---|
| 2 | If the Creditor is a company, give the company registration number and country of registration. | |
| 3 | Address of Creditor for correspondence. (including country) | |
| 4 | Country of residence/domicile/registered office of Creditor. | |
| 5 | For convenience, name, telephone number (including country code) and email address (if available) for contact regarding the claim. | |
| 6 | Preferred language of Creditor. | |
| 7 | Total amount of claim, including any Value Added Tax or other sales tax and outstanding uncapitalised interest as at the date the company went into administration (14 January 2009). | |
| 8 | Currency of claim (please state name of currency in full). | |
| 9 | Details of any document by reference to which the debt can be substantiated. Please supply copies of supporting documents (together with any supporting calculations if applicable). | |
| 10 | If amount in 7 above includes any Value Added Tax or other sales tax please state amount. | |
| 11 | If amount in 7 above includes outstanding uncapitalised interest please state amount. | |
| 12 | Particulars of how and when debt incurred (if you need more space append a continuation sheet to this form). If your claim is contractual please confirm details and if the contract has not been or will not be assigned or novated as part of the sales of the Nortel businesses, how the claim has been valued. | |
| 13 | Particulars of any security held, including details of the assets covered by the security, the value of the security, and the date it was given. | |
| 14 | Particulars of any reservation of title claimed in respect of goods supplied to which the claim relates. | |
| 15 | Are you claiming preferential ranking under English insolvency law? | |
| 16 | Are you claiming preferential ranking under the local insolvency law of the debtor? If so, please give details. | |
| | Signature of Creditor or person authorised to act on his behalf | |
| | Date | |

CONFIDENTIAL    NORTEL_ADMIN0000029

| Field | Value |
|---|---|
| Name in BLOCK LETTERS | |
| Position with or relation to Creditor | |
| Address of person signing (if different from 2 above) | |

For official use only
CLAIM REFERENCE NUMBER:

| Admitted to vote for | Admitted for dividend for |
|---|---|
| £ | £ |
| Date | Date |
| Administrator | Administrator |

10/27783250_5

3

CONFIDENTIAL

NORTEL_ADMIN0000030

CONFIDENTIAL

NORTEL_ADMIN0000031