# **EXHIBIT A**

Tax

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Cardarelli | Corrado | 02/09/2016 | conference call with lawyers from Cleary re litigation document and tax matters; | 0.8 | 676.00 | 13881770 |
| Cardarelli | Corrado | 02/09/2016 | responded to corporate lawyers re outcome of call with Cleary; | 0.4 | 338.00 | 13881772 |
| Cardarelli | Corrado | 12/09/2016 | reviewed comments from Goodmans on litigation document (0.5); | 0.5 | 422.50 | 13892511 |
| Cardarelli | Corrado | 13/09/2016 | reviewed litigation document mark-up and send comments to Guy Berman (0.6) | 0.6 | 507.00 | 13898235 |
| Cardarelli | Corrado | 14/09/2016 | reviewed proposed changes to litigation document (1.2) | 1.2 | 1,014.00 | 13898245 |
| Cardarelli | Corrado | 15/09/2016 | reviewed and commented on latest tax related changes to litigation document; | 1.2 | 1,014.00 | 13904114 |

Tax

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Gray | William | 01/09/2016 | Review fee application filings | 0.4 | 378.00 | 13882022 |
| Fleary | Kristina | 12/09/2016 | attention to fee application | 2.3 | 632.50 | 13888691 |
| Fleary | Kristina | 14/09/2016 | reviewing fee application | 1.0 | 275.00 | 13894703 |
| Gray | William | 22/09/2016 | Review fee application and trustee report | 0.7 | 661.50 | 13916970 |
| Gray | William | 26/09/2016 | Review fee application | 0.6 | 567.00 | 13922091 |
| Fleary | Kristina | 27/09/2016 | review of fee application(.8); confer with A. Bauer re fee application(.2) | 1.0 | 275.00 | 13919992 |
| Bauer | Alison D. | 27/09/2016 | Review and revise fee application and draft changes (2.2); meeting with K. Fleary (.2) communications with MNAT and Torys Team (.2) | 2.6 | 2,249.00 | 13921622 |
| Bauer | Alison D. | 28/09/2016 | Confer with W. Gray regarding comments on fee application (.1) | 0.1 | 86.50 | 13924187 |
| Gray | William | 28/09/2016 | Review quarterly fee application(.6) confer with A Bauer re same (.1) | 0.7 | 661.50 | 13929921 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Slavens | Adam | 01/09/2016 | reviewing litigation document (1.8); email correspondence with Cleary team and Torys team re same (0.4); voice message from C. Armstrong re same (0.2); | 2.4 | 1,392.00 | 13880685 |
| Gray | William | 01/09/2016 | Review appeal papers and status of case | 1.3 | 1,228.50 | 13882020 |
| Opolsky | Jeremy | 02/09/2016 | call with Darryl Stein re: appeal issues (0.4); reviewing documents re: same (0.3); correspondence with Cleary team and Darryl Steam re: same (0.2). | 0.9 | 454.50 | 13876956 |
| Slavens | Adam | 02/09/2016 | telephone call with C. Armstrong re litigation document (0.4); preparing for same (0.5); email correspondence with Torys team re same (0.4); reviewing litigation document (1.0); | 2.3 | 1,334.00 | 13880701 |
| Slavens | Adam | 02/09/2016 | reviewing Court of Appeal order (0.1); coordinating filing of same (1.0); | 1.1 | 638.00 | 13880705 |
| Laskin | Aria | 02/09/2016 | reviewing order; | 0.2 | 54.00 | 13881592 |
| Gray | William | 02/09/2016 | Review court filings | 0.8 | 756.00 | 13882026 |
| Slavens | Adam | 03/09/2016 | reviewing litigation document (2.5); email correspondence with J. Ray, Cleary team and Torys team re same (0.3); | 2.8 | 1,624.00 | 13880741 |
| Slavens | Adam | 04/09/2016 | reviewing litigation document (3.8); preparing reporting email to Cleary team re same (0.4); | 4.2 | 2,436.00 | 13880746 |
| Opolsky | Jeremy | 06/09/2016 | call with Margot Gianis (CGSH) re: appeal issues (0.1); correspondence with CGSH re: same (0.2); correspondence with Cleary Gottleb re: litigation issues (0.8); | 1.1 | 555.50 | 13880344 |
| Slavens | Adam | 06/09/2016 | reviewing litigation document; | 2.7 | 1,566.00 | 13882994 |
| Slavens | Adam | 06/09/2016 | reviewing correspondence to Supreme Court (0.2); reviewing Supreme Court Rules re same (2.4); | 2.6 | 1,508.00 | 13882996 |
| Gray | William | 06/09/2016 | Review all filings(1.0); review proposed litigation document(.3) | 1.3 | 1,228.50 | 13899653 |
| Slavens | Adam | 07/09/2016 | reviewing litigation document (2.9); email correspondence with Cassles team and Torys team re same (0.4); | 3.3 | 1,914.00 | 13882968 |
| Slavens | Adam | 07/09/2016 | reviewing, and coordinating payment of, invoice from Ottawa agent re Supreme Court of Canada matters; | 0.7 | 406.00 | 13882983 |
| Gray | William | 07/09/2016 | Review appeal filings(.6); work on confidential litigation document(.7) | 1.3 | 1,228.50 | 13899665 |
| Slavens | Adam | 08/09/2016 | reviewing litigation document (2.9); email correspondence and telephone call with M. Wunder re same (0.4); | 3.3 | 1,914.00 | 13889297 |
| Gray | William | 08/09/2016 | Work on papers | 0.8 | 756.00 | 13899667 |
| Slavens | Adam | 09/09/2016 | conducting Canadian legal research re appeal briefing; | 1.8 | 1,044.00 | 13889324 |
| Slavens | Adam | 09/09/2016 | reviewing litigation document; | 1.3 | 754.00 | 13889455 |
| Bomhof | Scott A. | 10/09/2016 | reviewing litigation documents and providing comments to Cleary; | 1.0 | 695.00 | 13887875 |
| Slavens | Adam | 10/09/2016 | reviewing litigation document (4.8); email correspondence with J. Bromley and S. Bomhof re same (0.3); | 5.1 | 2,958.00 | 13889414 |
| Slavens | Adam | 11/09/2016 | reviewing litigation document (5.6); email correspondence with J. Bromley and S. Bomhof re same (0.4); | 6.0 | 3,480.00 | 13889417 |
| Bomhof | Scott A. | 12/09/2016 | reviewing revised Canadian litigation document and related documents; | 0.5 | 347.50 | 13890789 |
| Slavens | Adam | 12/09/2016 | reviewing litigation document (3.9); email | 4.6 | 2,668.00 | 13892491 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| | | | correspondence with Cleary team, Milbank team, Akin team, Goodmans team and Cassels team (0.7); | | | |
| Opolsky | Jeremy | 12/09/2016 | correspondence with Cleary Gottlieb re: litigation issues; | 0.1 | 50.50 | 13904598 |
| Slavens | Adam | 13/09/2016 | reviewing litigation document (3.9); email correspondence with Cleary team, Goodmans team, Milbank team and Akin team re same (0.6); conference call with estates re same (1.0); | 5.5 | 3,190.00 | 13895818 |
| Bomhof | Scott A. | 13/09/2016 | telephone call with Cleary, Goodmans and Torys regarding Canadian litigation document; | 1.1 | 764.50 | 13897322 |
| Berman | Guy | 13/09/2016 | reviewing litigation document (.8); participating in conference call (.7); | 1.5 | 960.00 | 13897960 |
| Gray | William | 14/09/2016 | Review proposed litigation document | 1.8 | 1,701.00 | 13899678 |
| Slavens | Adam | 14/09/2016 | reviewing litigation document (2.4); email correspondence with estates working group re same (0.4); | 2.8 | 1,624.00 | 13901593 |
| Gray | William | 15/09/2016 | Review litigation document (.9); email correspondence A. Slavens regarding same (.3) | 1.2 | 1,134.00 | 13899685 |
| Slavens | Adam | 15/09/2016 | reviewing litigation document (1.3); email correspondence with Torys team re same (0.3); | 1.6 | 928.00 | 13901423 |
| Bomhof | Scott A. | 16/09/2016 | telephone call with Cleary team and Goodmans team regarding review of litigation documents and proposed schedule; | 1.2 | 834.00 | 13904776 |
| Slavens | Adam | 16/09/2016 | reviewing litigation document and email correspondence re same; | 2.0 | 1,160.00 | 13908244 |
| Gray | William | 16/09/2016 | Review proposed litigation document; work on appeal briefs | 2.1 | 1,984.50 | 13916937 |
| Slavens | Adam | 19/09/2016 | conference call with Goodmans team and Cleary team re litigation document (0.5); preparing for same (0.2); reviewing litigation document (1.1); | 1.8 | 1,044.00 | 13908278 |
| Gray | William | 19/09/2016 | Review litigation document | 1.6 | 1,512.00 | 13916952 |
| Laskin | Aria | 20/09/2016 | preparing to attend hearing (0.2); | 0.2 | 54.00 | 13906876 |
| Gray | William | 20/09/2016 | Review all filings (.8); work on litigation document (.9) | 1.7 | 1,606.50 | 13916954 |
| Gray | William | 21/09/2016 | Review all filings (1.3); work on litigation document (1); conference with S. Bomhof (.3) | 2.6 | 2,457.00 | 13916960 |
| Gray | William | 22/09/2016 | Review litigation document | 1.3 | 1,228.50 | 13916966 |
| Gray | William | 23/09/2016 | Review litigation document; | 1.4 | 1,323.00 | 13916976 |
| Slavens | Adam | 23/09/2016 | reviewing litigation document and email correspondence re same; | 1.6 | 928.00 | 13917330 |
| Gray | William | 26/09/2016 | Review litigation document | 1.7 | 1,606.50 | 13922098 |
| Slavens | Adam | 26/09/2016 | reviewing litigation document; | 1.5 | 870.00 | 13922387 |
| Opolsky | Jeremy | 28/09/2016 | Review of class action litigation docs and correspondence with Cleary Gottlieb re same | 0.4 | 202.00 | 13924380 |
| Gray | William | 28/09/2016 | Review appeal papers | 1.3 | 1,228.50 | 13929922 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Opolsky | Jeremy | 20/09/2016 | correspondence with Cleary Gottlieb re: Canadian legal advice; | 0.1 | 50.50 | 13913040 |
| Slavens | Adam | 21/09/2016 | conducting Canadian legal research re contract law for D&O claims filed by Canadian employees; | 2.4 | 1,392.00 | 13917379 |
| Slavens | Adam | 26/09/2016 | conducting Canadian legal research re contract law for D&O claims filed by Canadian employees; | 1.7 | 986.00 | 13922431 |
| Bogach | Alex | 27/09/2016 | meeting with A Slavens (0.2); reviewing previous Torys research (0.4); call with A Slavens and M Gianis (0.5); | 1.1 | 242.00 | 13919562 |
| Bogach | Alex | 27/09/2016 | conducting legal research; | 2.9 | 638.00 | 13919688 |
| Slavens | Adam | 27/09/2016 | conducting Canadian legal research re contract law for D&O claims filed by Canadian employees (2.5); conference call with M. Gianis and A. Bogach re same (0.4); office conference with A. Bogach re same (0.2); reviewing claims documentation re same (1.0); | 4.1 | 2,378.00 | 13922273 |
| Bogach | Alex | 28/09/2016 | conducting legal research; | 2.0 | 440.00 | 13924080 |
| Slavens | Adam | 28/09/2016 | conducting Canadian legal research re contract law for D&O claims filed by Canadian employees; | 1.5 | 870.00 | 13927555 |
| Bogach | Alex | 29/09/2016 | conducting legal research (4.4); confer and preparing memo with A Slavens (.2); | 4.6 | 1,012.00 | 13924926 |
| Slavens | Adam | 29/09/2016 | conducting Canadian legal research re contract law for D&O claims filed by Canadian employees (1.7); office conference and email correspondence with A. Bogach re same (0.2); | 1.9 | 1,102.00 | 13927449 |
| Slavens | Adam | 30/09/2016 | conducting Canadian legal research re contract law for D&O claims filed by Canadian employees (1); reviewing draft memorandum re same (1); | 2.0 | 1,160.00 | 13934920 |

Canadian CCAA Proceedings/Matters

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Opolsky | Jeremy | 01/09/2016 | correspondence with Torys team re: CCAA issues; | 0.3 | 151.50 | 13918446 |
| Opolsky | Jeremy | 09/09/2016 | Correspondence with Cleary Gottlieb re Canadian discovery procedures and law | 0.5 | 252.50 | 13886510 |
| Slavens | Adam | 14/09/2016 | reviewing CCAA case court documents; | 0.6 | 348.00 | 13901595 |
| Bomhof | Scott A. | 15/09/2016 | reviewing Monitor's motion record regarding Calgary employee claims (.6); reviewing revised litigation documents and revised Canadian litigation document (1.3); | 1.9 | 1,320.50 | 13899587 |
| Slavens | Adam | 15/09/2016 | reviewing motion record re claim of Former Calgary Employees and claim resolution plan re same (1.0); email correspondence with L. Schweitzer and S. Bomhof re same (0.3); | 1.3 | 754.00 | 13901427 |
| Opolsky | Jeremy | 16/09/2016 | correspondence with Cleary Gottlieb re: securities issue; | 0.1 | 50.50 | 13902317 |
| Bomhof | Scott A. | 16/09/2016 | reviewing materials filed for determination of terminated Calgary employee claims (1.6); | 1.6 | 1,112.00 | 13904775 |
| Slavens | Adam | 16/09/2016 | reviewing motion record re claim of Former Calgary Employees and claim resolution plan re same (3.8); email correspondence with L. Schweitzer and S. Bomhof re same (0.3); reviewing CCAA case court materials and TSX information re NNL's filing status (1.4); | 5.5 | 3,190.00 | 13908243 |
| Bomhof | Scott A. | 19/09/2016 | reviewing factums/briefs filed for Calgary employee claims motion; | 1.0 | 695.00 | 13904788 |
| Slavens | Adam | 19/09/2016 | reviewing factums re Calgary Former Employees Claims motion (2.3); email correspondence with M. Wunder and S. Bomhof re same (0.2); | 2.5 | 1,450.00 | 13908280 |
| Bomhof | Scott A. | 20/09/2016 | telephone call with A. Slavens and M. Wunder regarding Calgary employee claims motion(.3); follow up with Cleary regarding attending hearing on claims(.2); | 0.5 | 347.50 | 13907005 |
| Slavens | Adam | 20/09/2016 | conference call with M. Wunder and S. Bomhof re motion returnable September 22, 2016 (0.3); email correspondence with L. Schweitzer re same (0.2); reviewing motion materials re same (1.8); | 2.3 | 1,334.00 | 13917380 |
| Slavens | Adam | 20/09/2016 | reviewing litigation document and email correspondence re same (0.8); | 0.8 | 464.00 | 13917388 |
| Bomhof | Scott A. | 21/09/2016 | reviewing briefs/authorities filed by the Monitor, the directors and the Calgary employees regarding Calgary employee claims hearing (1.2); confer with W. Gray (.3) | 1.5 | 1,042.50 | 13910692 |
| Slavens | Adam | 21/09/2016 | reviewing motion materials re motion returnable September 22, 2016; | 1.5 | 870.00 | 13917372 |
| Laskin | Aria | 21/09/2016 | preparing for hearing (0.2); | 0.2 | 54.00 | 13920273 |
| Laskin | Aria | 22/09/2016 | preparing for and attending hearing for Calgary employees' claim (6.6); | 6.6 | 1,782.00 | 13920281 |
| Bomhof | Scott A. | 26/09/2016 | reviewing Monitor's motion record for CCAA stay extension and filing of late claims (.2); telephone call with M. Wunder with respect to same (.3); | 0.5 | 347.50 | 13918253 |
| Laskin | Aria | 26/09/2016 | reporting on Calgary employees' hearing (0.6); | 0.6 | 162.00 | 13920444 |
| Slavens | Adam | 26/09/2016 | reviewing report re D&O claims motion; | 0.3 | 174.00 | 13922421 |
| Slavens | Adam | 27/09/2016 | reviewing motion record re motion returnable September 29, 2016 (2.5); preparing reporting email to L. Schweitzer re same (0.5); email correspondence with M. Wunder re same (0.1); | 3.8 | 2,204.00 | 13922373 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Bomhof | Scott A. | 27/09/2016 | reviewing endorsement re D&O claims (0.5); email correspondence with L. Schweitzer and A. Laskin re same (0.2); exchange emails with Cleary and Dentons regarding September 29 CCAA extension motion (.2); reviewing decision of Justice Newbould regarding Calgary employee claims (.4); | 0.6 | 417.00 | 13923134 |
| Slavens | Adam | 28/09/2016 | reviewing revised draft order re motion returnable September 29, 2016 (0.1); preparing for same (0.8); | 0.9 | 522.00 | 13927557 |
| Bomhof | Scott A. | 29/09/2016 | discussing CCAA stay extension hearing with A. Slavens; | 0.3 | 208.50 | 13926095 |
| Slavens | Adam | 29/09/2016 | attending motion returnable September 29, 2016 (1.6); preparing reporting email to L. Schweitzer re same (0.2); office conferences with S. Block and S. Bomhof re same (0.4); | 2.2 | 1,276.00 | 13927383 |
| Slavens | Adam | 30/09/2016 | reviewing CCAA case court orders; | 0.2 | 116.00 | 13934922 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Slavens | Adam | 08/09/2016 | reviewing chapter 11 case court documents; | 1.3 | 754.00 | 13889302 |
| Slavens | Adam | 14/09/2016 | reviewing chapter 11 case court documents; | 1.5 | 870.00 | 13901594 |
| Slavens | Adam | 20/09/2016 | reviewing draft chapter 11 plan; | 2.0 | 1,160.00 | 13990397 |
| Slavens | Adam | 22/09/2016 | reviewing draft chapter 11 plan; | 1.6 | 928.00 | 13917365 |
| Slavens | Adam | 28/09/2016 | reviewing and commenting on draft chapter 11 plan; | 2.8 | 1,624.00 | 13927548 |