# **<u>EXHIBIT B</u>**

**Nortel**
**September 2016 Disbursements**

| Code | Description | Date | Amount | Detail |
|---|---|---|---|---|
| 303 | Taxi & Travel | 29/09/2016 | 6.81 | Taxi & Travel — Slavens, Adam; Taxi/Car Service - court house court |
| 303 | Taxi & Travel | 29/09/2016 | 6.81 | Taxi & Travel — Slavens, Adam; Taxi/Car Service - Torys court |
| | | | **$ 13.62** | |
| 308 | Agents Fees | 12/09/2016 | **$ 12,338.06** | Agents Fees - - VENDOR: SUPREME LAW GROUP - ADA, SLAVENS - INV.# 1419 - AGENT'S ACCOUNT - NORTEL - |
| 808 | Laser Printing | 12/09/2016 | 46.70 | Laser Printing |
| 808 | Laser Printing | 13/09/2016 | 4.30 | Laser Printing |
| 808 | Laser Printing | 13/09/2016 | 13.30 | Laser Printing |
| 808 | Laser Printing | 15/09/2016 | 26.70 | Laser Printing |
| 808 | Laser Printing | 19/09/2016 | 0.90 | Laser Printing |
| 808 | Laser Printing | 26/09/2016 | 12.60 | Laser Printing |
| 808 | Laser Printing | 27/09/2016 | 1.70 | Laser Printing |
| 808 | Laser Printing | 27/09/2016 | 0.90 | Laser Printing |
| 808 | Laser Printing | 28/09/2016 | 12.60 | Laser Printing |
| 808 | Laser Printing | 29/09/2016 | 0.40 | Laser Printing |
| 808 | Laser Printing | 30/09/2016 | 11.30 | Laser Printing |
| 4808 | Laser Printing | 26/09/2016 | 0.20 | Laser Printing |
| 4808 | Laser Printing | 26/09/2016 | 1.90 | Laser Printing |
| 4808 | Laser Printing | 26/09/2016 | 0.80 | Laser Printing |
| | | | **$ 134.30** | |
| 885 | On Line Research Charges - Quicklaw | 29/09/2016 | 38.12 | On Line Research Charges - Quicklaw |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 28/09/2016 | 14.87 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 29/09/2016 | 283.61 | On Line Research Charges -WestlaweCarswell Incl. |
| | | | **$ 336.60** | |
| | | | **$ 12,822.58** | |