**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS, INC, et al., | Case No. 09-10138 (KG) |
| Debtors. | (Jointly Administered) |

**NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS**
**AND REQUEST TO BE ADDED TO MASTER SERVICE LIST**

PLEASE TAKE NOTICE that the undersigned appear in the above-captioned cases as counsel for Pension Benefit Guaranty Corporation ("PBGC"). Pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure and section 1109(b) of the Bankruptcy Code, demand that all notices given or required to be given and all papers served in these cases be delivered to and served upon the parties identified below at the following address and further request to be added to the Master Service List:

> Eric R. Wilson, Esq.
> Sarah L. Reid, Esq.
> Benjamin D. Feder, Esq.
> Kelley Drye & Warren LLP
> 101 Park Avenue
> New York, New York 10178
> Tel: (212) 808-7800
> Fax: (212) 808-7987
> E-mail:  KDWBankruptcyDepartment@kelleydrye.com
>                ewilson@kelleydrye.com
>                sreid@kelleydrye.com
>                bfeder@kelleydrye.com

PLEASE TAKE FURTHER NOTICE that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints, or demands, whether formal or

informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile, or otherwise in these cases.

This Notice of Appearance and any subsequent appearance, pleading, claim, or suit is not intended nor shall be deemed to waive the PBGC's's (i) right to have final orders in non-core matters entered only after *de novo* review by a district court judge, (ii) right to trial by jury in any proceedings so triable herein or in any case, controversy, or proceeding related hereto, (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal, or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which the PBGC is or may be entitled under agreements at law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are hereby expressly reserved.

Dated: November 2, 2016
New York, New York

                                      KELLEY DRYE & WARREN LLP

                                      By: */s/ Eric R. Wilson*
                                      Eric R. Wilson, Esq.
                                      Sarah L. Reid, Esq.
                                      Benjamin D. Feder, Esq.
                                      Gilbert R. Saydah Jr. Esq. (DE Bar No. 4304)
                                      101 Park Avenue
                                      New York, New York 10178
                                      Tel: (212) 808-7800
                                      Fax: (212) 808-7897

                                      *Counsel to Pension Benefit Guaranty Corporation*