**EXHIBIT A**

**NORTEL NETWORKS INC., *et al*.**
**CASE NO. 09-10138 (KG)**

Professional Fees and Expenses
Monthly Fee Application

| Applicant & Docket No. | Time Period Covered | Fees & Expenses Requested in Application | Fees & Expenses Allowed/Awarded | Date Application Filed | Objection Deadline |
|---|---|---|---|---|---|
| Whiteford, Taylor & Preston LLC [Docket No. 17248] | 9/1/16 - 9/30/16 | $18,200.50 (Fees) $369.04 (Expenses) | $14,560.40 (Fees @ 80%) $369.04 (Expenses @ 100%) | 10/12/2016 | 11/1/2016 |

2219020v1