# EXHIBIT A

**Wislocki Proof of Claim**

**United States Bankruptcy Court for the District of Delaware**

Nortel Networks Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5075
New York, NY 10150-5075

# PROOF OF CLAIM

| In Re: | Chapter 11 |
| --- | --- |
| Nortel Networks Inc., et al. | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

| Name of Debtor Against Which Claim is Held | Case No. of Debtor |
| --- | --- |
| Nortel Networks Inc | 09-10138 |

**NOTE:** This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503. A separate claim form must be used for claims asserted under 11 U.S.C. § 503(b)(9).

**THIS SPACE IS FOR COURT USE ONLY**

Name and address of Creditor : (and name and address where notices should be sent if different from Creditor)

NNI (CREDITOR.DBF,CREDNUM)CREDNUM # 1000011052******
WISLOCKI, BOGDAN
115 HAYWARD ST
YONKERS, NY 10704-1854

Telephone number: 914-720-3864  Email Address: bwislock@nortel.com

☐ Check this box to indicate that this claim amends a previously filed claim.

**Court Claim Number:** _____
*(If known)*

Filed on: _____

Name and address where payment should be sent (if different from above)

make payment into my account in the Nortel Networks Long-Term Investment Plan into the Fixed Income Investment fund

Telephone number: _____   Email Address: _____

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are filing a claim against any of the Canadian Debtors for the same claim herein in their creditor protection matters pending in Canada.

1. Amount of Claim as of Date Case Filed: $ 333153.61

If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete Item 5.

☒ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges.

2. **Basis for Claim:** breach of fiduciary duty and failed to disclose material information
(See instruction #2 on reverse side.)

3. Last four digits of any number by which creditor identifies debtor: _____
3a. Debtor may have scheduled account as: _____
(See instruction #3a on reverse side.)

4. **Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.  don't know ?

Nature of property or right of setoff:  ☐ Real Estate  ☐ Motor Vehicle  ☐ Other
Describe: _____

Value of Property: $_____  Annual Interest Rate _____%

Amount of arrearage and other charges as of time case filed included in secured claim, if any:

$_____  Basis for perfection: _____

Amount of Secured Claim: $_____  Amount Unsecured: $_____

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.  don't know ?

Specify the priority of the claim:

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(____).

**Amount entitled to priority:**

$_____

6. **Credits:** The amount of all payments on this claim h _____ im.

7. **Documents:** Attach redacted copies of any documen _____ e orders, invoices, itemized statements of running accounts, _____ You may also attach a summary. Attach redacted copies of do _____ rest. You may also attach a summary. *(See definition of "reda* _____
**DO NOT SEND ORIGINAL DOCUMENTS. ATTAC**
**SCANNING.**
If the documents are not available, please explain:

Filed: USBC - District of Delaware
Nortel Networks Inc., Et Al.
09-10138 (KG)    0000005352

**FOR COURT USE ONLY**

**FILED / RECEIVED**

**SEP 30 2009**

**EPIQ BANKRUPTCY SOLUTIONS, LLC**

| Date: 9/30/09 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. |
| --- | --- |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

Failed to disclose material information about Nortel's condition and future guidance.
In Nov 2007 Nortel Networks Inc announced the closure of the Nortel Networks Long-Term Investment Plan's Nortel Networks Stock Fund as of Jan 1, 2008 stating that investments into this fund would have to occur by Dec 31, 2007 and be forever barred after that. Why? What was this decision based on? If Nortel felt the fund was bad and needed to be closed, why not close it immediately and not allow any investments into it from the moment of the decision? The information, which the decision to close this fund was based on, was not disclosed, a breach of fiduciary duty to the Nortel Networks Long-Term Investment Plan participants.

Misleading Information about Nortel's turnaround progress and future guidance.
E-mails from Nortel's CEO/President and upper management in Nov/Dec 2007 to employees painted a rosy picture about Nortel's promising future. Not a mention about any possibility of a bankruptcy in Nortel's future. Also inconsistent with the decision to close the Nortel Networks Long-Term Investment Plan's Nortel Networks Stock Fund.

Breach of fiduciary duty to Nortel Networks Long-Term Investment Plan's Nortel Networks Stock Fund participants by choosing the voluntary filing for Chapter 11 Bankruptcy which was clearly not in the best interest of the Nortel Networks Long-Term Investment Plan's Nortel Networks Stock Fund participants. Nortel Networks Inc had a fiduciary responsibility to act in the best interest of the Nortel Networks Long-Term Investment Plan's Nortel Networks Stock Fund participants. Nortel Networks Inc chose to act in the best interest of other parties, breaching their fiduciary duty to Nortel Networks Long-Term Investment Plan's Nortel Networks Stock Fund participants.

| | |
|---|---|
| Total amount of claim | $333153.61 |
| Principle amount | $315516.25 |
| 2008 interest @4% | $12620.65 |
| 2009 interest @1.59% | $5016.71 |

Make payment to my account in the Nortel Networks Long-Term Investment Plan into the Fixed Income Investment Fund, account information on file with Nortel Networks Inc.

Bogdan Wislocki
Sept. 30, 2009

# N❂RTEL

## LONG-TERM INVESTMENT PLAN

### *Summary of Account*

| Fund | Opening Balance ($) | Additions/ Subtractions ($) | Investment Gain or Loss ($) | Closing Balance ($) | % of Assets (%) |
|---|---|---|---|---|---|
| Fixed Income Investment Fund | 300,427.93 | -307,967.75 | 7,539.82 | 0.00 | 0.0 |
| Nortel Networks Stock Fund | 0.00 | 316,991.53 | -3,050.30 | 313,941.23 | 100.0 |
| **Total Market Value of Your Account** | **$300,427.93** | **$9,023.78** | **$4,489.52** | **$313,941.23** | **100.0%*** |

*\*The sum of asset percents may not add up to 100% due to rounding.*

### *Investment Directions*

| Fund | Employee Contributions % | Employer Contributions % |
|---|---|---|
| Fixed Income Investment Fund | 100 | 100 |
| **Total** | **100%** | **100%** |

**Review Your 401(k) Account - Microsoft Internet Explorer**

Address: https://lb21.resources.hewitt.com/ybr5tba1cl1/ybr5tba1cl1r5b/DcRvwAcct010GdeOpen.do?eWlmYBR5ClntId=02153&wd... Go



**your benefits resources™**                                    **N☉RTEL**

Secure Mailbox    Feedback    Contact Us    Log Off

| **401(k) Savings** | **Personal Info** |

Review Account | Manage Investments | Withdrawals/Loans | Plan Information

A⬇ A⬆

## Welcome, BOGDAN WISLOCKI.

 **Important Information on the Nortel Stock Fund**
Effective January 15, 2009, the Retirement Plan Committee decided to shut down and liquidate the assets of the Nortel Stock Fund under the Nortel Networks Long Term Investment Plan. For employees who participated in the Nortel Stock Fund, the units you held in the fund have been sold and the value has been transferred to a default target date fund (a Masterworks Lifepath Fund) with a target date closest to your age 65 retirement date. The units in the stock fund were sold on January 16, 2009 and the transfer to the target date fund occurred on January 23, 2009. You can view this transaction online and make any changes to your investment instructions on the Your Benefits Resources website or by calling the plan's Savings Center at 1-800-726-0026.

 View or Print Nortel Payroll and Long-Term Savings Center Cut-off Dates.

## Review Your 401(k) Account

(This includes Long-Term Investment Plan.)

### Your Account Summary

**As of 09-25-2009**

| | |
|---|---|
| Current Balance | $56,835.96 |
| Vested Balance | $56,835.96 |
| Your Year-to-Date Rate | 18.2% |

**Find It Fast**
**401(k) Savings**

Beneficiaries ▼  GO

**Changing jobs?**
If you leave the company, you can roll over to an individual retirement account (IRA) online:

- No documentation needed
- Open a new account or add to an account you already have
- Consolidate your retirement savings
- Leading IRA providers available

**Looking for other ways to save?**
Hewitt's Personal Finance Center can help with Annuities, Advisors, 529 Plans, and more.

**Related Info**

- Contribution Details
- Your Portfolio Performance

**Did You Know?**

**The choices you make today affect your account in the future.** Your choices of a contribution rate and investment strategy dramatically impact your balance. See how much more your account can grow if you contribute more.

Internet

BOGDAN WISLOCKI Hewitt Associates - 09-25-2009 3:47 p.m. Central Daylight Time

# Manage Your Investments

Your Portfolio Performance   **Your Investment Transactions**   Fund Performance

**Find It Fast**
401(k) Savings

Beneficiaries

## Your Investment Transactions

From  12-27-2007  to  12-31-2007   **Redisplay**
(Between 08-24-2007 and 09-24-2009)

### Activity Summary - Long-Term Investment Plan As of 12-31-2007

| Fund | Opening Balance | Cumulative Activity | Unrealized Gains/Losses | Closing Balance |
|---|---|---|---|---|
| **Fixed Income Invest Fund** | **$316,906.15** | **-$316,991.53** | **$85.38** | **$0.00** |
| Units/Shares | 127,238.688 | -127,238.688 | | 0.000 |
| NAV/Price | $2.491 | | | $2.492 |
| **Nortel Networks Stock Fund** | **$0.00** | **$316,991.53** | **-$3,050.30** | **$313,941.23** |
| Units/Shares | 0.000 | 697,530.917 | | 697,530.917 |
| NAV/Price | $0.471 | | | $0.450 |
| **Total** | **$316,906.15** | **$0.00** | **-$2,964.92** | **$313,941.23** |

### Activity Detail - Long-Term Investment Plan As of 12-31-2007   Change Date Range

| Valuation Date | Transaction | Amount | NAV/Price | Units/Shares |
|---|---|---|---|---|
| **Fixed Income Invest Fund** | | **-$316,991.53** | | **-127,238.688** |
| 12-28-2007 | Transfer Out | -$316,991.53 | $2.491 | -127,238.688 |
| **Nortel Networks Stock Fund** | | **$316,991.53** | | **697,530.917** |
| 12-28-2007 | Transfer In | $316,991.53 | $0.454 | 697,530.917 |

**Answer Center**

- Your Customer ID and PIN for Quicken®
- Your Customer ID and PIN for Microsoft Money®

## Disclaimer

Hewitt Associates does not give any warranty or other assurance as to the operation, quality or functionality of the site. Access to the site may be interrupted, restricted or delayed for any reason.

Hewitt Associates also does not give any warranty or other assurance as to the content of the material appearing on the site, its accuracy, completeness, timelessness or fitness for any particular purpose.

Copyright © 2005-2009 Hewitt Associates LLC

BOGDAN WISLOCKI Hewitt Associates - 09-25-2009 3:41 p.m. Central Daylight Time

# Manage Your Investments

**Your Portfolio Performance**   Your Investment Transactions · Fund Performance

**Find It Fast**
401(k) Savings

| Beneficiaries |

## Your Portfolio Performance

Show | Long-Term Investment Plan Total ▼ | From | 12-28-2007 | 🗓 | to | 01-22-2009 | 🗓 |   **Redisplay**

(Between 08-24-2007 and 09-24-2009)

**Long-Term Investment Plan Total** (12-28-2007 to 01-22-2009)

| | Balance | Your Return | Gains/Losses | Change Current Mix | Change Future Investments | Units/Shares | NAV/Price |
|---|---|---|---|---|---|---|---|
| **Total** | $23,171.48 | -95.70% | -$325,419.61 | 100% | N/A | | |
| **Stable Value** | $0.00 | | $51.08 | 0% | N/A | | |
| Fixed Income Invest Fund | $0.00 | 1.10% | $51.08 | 0% | N/A | 0.000 | $2.603928 |
| **Mid Cap Equity** | $6,160.19 | | -$3,497.83 | 27% | N/A | | |
| DWS MidCap Fund | $6,160.19 | -60.80% | -$3,497.83 | 27% | N/A | 2,520.853 | $2.443691 |
| **International** | $6,430.60 | | -$3,227.18 | 28% | N/A | | |
| Templeton Foreign Fund | $6,430.60 | -56.90% | -$3,227.18 | 28% | N/A | 607.903 | $10.578354 |
| **Small Cap Equity** | $9,105.41 | | -$3,229.43 | 39% | N/A | | |
| Royce Premier Fund | $9,105.41 | -47.00% | -$3,229.43 | 39% | N/A | 935.751 | $9.730601 |
| **Company Stock** | $1,475.28 | | -$315,516.25 | 6% | N/A | | |
| Nortel Networks Stock Fund<br>View Stock Information | $1,475.28 | -99.50% | -$315,516.25 | 6% | N/A | 697,530.917 | $0.002115 |

### Stock Information

| | Equivalent Shares | Stock Fund Cost | Current Stock Price | Total Stock Value |
|---|---|---|---|---|
| Nortel Networks Stock Fund | 17,774.457831 | $316,991.53 | $0.083 | $1,475.28 |

### Take Action

Change Future Investments

Transfer Money

Change Contributions

**Related Info**

- Your Asset Allocation Pie Charts
- Tools and Calculators

**Answer Center**

- Keep a Long-Term Investment Focus
- Unit Accounting
- Your Rate of Return
- Your Customer ID and PIN for Quicken®
- Your Customer ID and PIN for Microsoft Money®

---

**Did You Know?**

- **Short-term investment losses aren't unusual.** As long as your investment strategy is sound, your gains will generally outpace your losses over time. That's why it's important to Keep a Long-Term Investment Focus.
- Creating the Right Mix of Investments is the key to good investment performance.

---

### Help With Your Decisions

**Need help managing your investments?** Find the resource that meets your investment needs.

**Reviewed your asset allocation recently?** If you haven't done this in the past 12 months, now might be a good time. Reallocating regularly is one way to make sure that your account continues to meet your savings objectives.

**Disclaimer**

Hewitt Associates does not give any warranty or other assurance as to the operation, quality or functionality of the site. Access to the site may be interrupted, restricted or delayed for any reason.

Hewitt Associates also does not give any warranty or other assurance as to the content of the material appearing on the site, its accuracy, completeness, timelessness or fitness for any particular purpose.

Copyright © 2005-2009 Hewitt Associates LLC

Manage Your Investments

BOGDAN WISLOCKI Hewitt Associates - 09-25-2009 3:48 p.m. Central Daylight Time

# Manage Your Investments

⌐ Your Portfolio Performance   **Your Investment Transactions** ⌐ Fund Performance

## Your Investment Transactions

From | 01-14-2009 | 🗓 to | 01-23-2009 | 🗓 **Redisplay**
(Between 08-24-2007 and 09-24-2009)

**Activity Summary - Long-Term Investment Plan** As of 01-23-2009

| Fund | Opening Balance | Cumulative Activity | Unrealized Gains/Losses | Closing Balance |
|---|---|---|---|---|
| **Masterworks Lifepath 2020 Fund** | **$0.00** | **$1,475.28** | **$0.00** | **$1,475.28** |
| Units/Shares | 0.000 | 157.412 | | 157.412 |
| NAV/Price | $9.793 | | | $9.372 |
| **DWS MidCap Fund** | **$6,015.22** | **$301.53** | **-$78.65** | **$6,238.10** |
| Units/Shares | 2,400.328 | 120.526 | | 2,520.853 |
| NAV/Price | $2.506 | | | $2.475 |
| **Templeton Foreign Fund** | **$6,672.84** | **$301.52** | **-$649.42** | **$6,324.94** |
| Units/Shares | 580.910 | 26.992 | | 607.903 |
| NAV/Price | $11.487 | | | $10.405 |
| **Royce Premier Fund** | **$9,035.19** | **$402.03** | **-$235.73** | **$9,201.49** |
| Units/Shares | 895.429 | 40.322 | | 935.751 |
| NAV/Price | $10.090 | | | $9.833 |
| **Nortel Networks Stock Fund** | **$7,180.39** | **-$1,475.28** | **-$5,705.11** | **$0.00** |
| Units/Shares | 697,530.917 | -697,530.917 | | 0.000 |
| NAV/Price | $0.010 | | | $0.002 |
| **Total** | **$28,903.64** | **$1,005.08** | **-$6,668.91** | **$23,239.81** |

**Activity Detail - Long-Term Investment Plan** As of 01-23-2009   🗓 Change Date Range

| Valuation Date | Transaction | Amount | NAV/Price | Units/Shares |
|---|---|---|---|---|
| **Masterworks Lifepath 2020 Fund** | | **$1,475.28** | | **157.412** |
| 01-23-2009 | Transfer In | $1,475.28 | $9.372 | 157.412 |
| **DWS MidCap Fund** | | **$301.53** | | **120.526** |
| 01-16-2009 | Before-Tax and Company Match | $37.64 | $2.502 | 15.045 |
| 01-16-2009 | Before-Tax and Company Match | $178.80 | $2.502 | 71.469 |
| 01-16-2009 | Catch-up | $60.00 | $2.502 | 23.983 |
| 01-16-2009 | Company Non-Elective | $25.09 | $2.502 | 10.029 |
| **Templeton Foreign Fund** | | **$301.52** | | **26.992** |
| 01-16-2009 | Before-Tax and Company Match | $37.63 | $11.171 | 3.369 |
| 01-16-2009 | Before-Tax and Company Match | $178.80 | $11.171 | 16.006 |
| 01-16-2009 | Catch-up | $60.00 | $11.171 | 5.371 |
| 01-16-2009 | Company Non-Elective | $25.09 | $11.171 | 2.246 |
| **Royce Premier Fund** | | **$402.03** | | **40.322** |
| 01-16-2009 | Before-Tax and Company Match | $50.18 | $9.970 | 5.033 |
| 01-16-2009 | Before-Tax and Company Match | $238.40 | $9.970 | 23.911 |
| 01-16-2009 | Catch-up | $80.00 | $9.970 | 8.024 |

| | | | | |
|---|---|---|---|---|
| 01-16-2009 | Company Non-Elective | $33.45 | $9.970 | 3.355 |
| **Nortel Networks Stock Fund** | | **-$1,475.28** | | **-697,530.917** |
| 01-23-2009 | Transfer Out | -$1,475.28 | $0.002 | -697,530.917 |

**Answer Center**

- Your Customer ID and PIN for Quicken®
- Your Customer ID and PIN for Microsoft Money®

**Disclaimer**

Hewitt Associates does not give any warranty or other assurance as to the operation, quality or functionality of the site. Access to the site may be interrupted, restricted or delayed for any reason.

Hewitt Associates also does not give any warranty or other assurance as to the content of the material appearing on the site, its accuracy, completeness, timelessness or fitness for any particular purpose.

Copyright © 2005-2009 Hewitt Associates LLC

BOGDAN WISLOCKI Hewitt Associates - 09-25-2009 3:44 p.m. Central Daylight Time

# Manage Your Investments

**Find It Fast**
401(k) Savings

**Your Portfolio Performance**  Your Investment Transactions  Fund Performance

Beneficiaries

## Your Portfolio Performance

Show [Long-Term Investment Plan Total ▼]  **From** [12-28-2007] to [01-23-2009]  **Redisplay**
(Between 08-24-2007 and 09-24-2009)

### Long-Term Investment Plan Total (12-28-2007 to 01-23-2009)

| | Balance | Your Return | Gains/Losses | Change Current Mix | Change Future Investments | Units/Shares | NAV/Price |
|---|---|---|---|---|---|---|---|
| **Total** | $23,239.81 | -95.70% | -$325,351.28 | 100% | N/A | | |
| **Lifecycle** | $1,475.28 | | $0.00 | 6% | N/A | | |
| Masterworks Lifepath 2020 Fund | $1,475.28 | 0.00% | $0.00 | 6% | N/A | 157.412 | $9.372081 |
| **Stable Value** | $0.00 | | $51.08 | 0% | N/A | | |
| Fixed Income Invest Fund | $0.00 | 1.10% | $51.08 | 0% | N/A | 0.000 | $2.604107 |
| **Mid Cap Equity** | $6,238.10 | | -$3,419.92 | 27% | N/A | | |
| DWS MidCap Fund | $6,238.10 | -59.60% | -$3,419.92 | 27% | N/A | 2,520.853 | $2.474598 |
| **International** | $6,324.94 | | -$3,332.84 | 27% | N/A | | |
| Templeton Foreign Fund | $6,324.94 | -58.30% | -$3,332.84 | 27% | N/A | 607.903 | $10.404529 |
| **Small Cap Equity** | $9,201.49 | | -$3,133.35 | 40% | N/A | | |
| Royce Premier Fund | $9,201.49 | -45.70% | -$3,133.35 | 40% | N/A | 935.751 | $9.833275 |
| **Company Stock** | $0.00 | | -$315,516.25 | 0% | N/A | | |
| Nortel Networks Stock Fund<br>View Stock Information | $0.00 | -99.50% | -$315,516.25 | 0% | N/A | 0.000 | $0.002115 |

### Stock Information

| | Equivalent Shares | Stock Fund Cost | Current Stock Price | Total Stock Value |
|---|---|---|---|---|
| Nortel Networks Stock Fund | 0.000000 | $0.00 | $0.00 | $0.00 |

### Take Action

Change Future Investments

Transfer Money

Change Contributions

**Related Info**

- Your Asset Allocation Pie Charts
- Tools and Calculators

**Answer Center**

- Keep a Long-Term Investment Focus
- Unit Accounting
- Your Rate of Return
- Your Customer ID and PIN for Quicken®
- Your Customer ID and PIN for Microsoft Money®

> **Did You Know?**
>
> - **Short-term investment losses aren't unusual.** As long as your investment strategy is sound, your gains will generally outpace your losses over time. That's why it's important to Keep a Long-Term Investment Focus.
> - Creating the Right Mix of Investments is the key to good investment performance.

### Help With Your Decisions

**Need help managing your investments?** Find the resource that meets your investment needs.

**Reviewed your asset allocation recently?** If you haven't done this in the past 12 months, now might be a good time. Reallocating regularly is one way to make sure that your account

continues to meet your savings objectives.

## Disclaimer

Hewitt Associates does not give any warranty or other assurance as to the operation, quality or functionality of the site. Access to the site may be interrupted, restricted or delayed for any reason.

Hewitt Associates also does not give any warranty or other assurance as to the content of the material appearing on the site, its accuracy, completeness, timelessness or fitness for any particular purpose.

Copyright © 2005-2009 Hewitt Associates LLC

BOGDAN WISLOCKI Hewitt Associates - 09-28-2009 11:12 a.m. Central Daylight Time

# Manage Your Investments

⋮ Your Portfolio Performance   Your Investment Transactions | **Fund Performance**

Find It Fast
401(k) Savings

Beneficiaries

## Fund Performance

**Returns** [Average Annual Returns ▾]    **Redisplay**

**Long-Term Investment Plan**

|  | Ticker | NAV/Price | 1 Year | 3 Years | 5 Years | 10 Years |
|---|---|---|---|---|---|---|
| | | | Average Annual Returns (as of 08-31-2009) | | | |
| **Lifecycle** | | | | | | |
| Masterworks Lifepath Income Fund | | $14.887665 | -1.90% | 1.60% | 3.90% | N/A |
| Masterworks Lifepath 2010 Fund | | $13.668550 | -3.30% | 1.00% | 4.10% | N/A |
| Masterworks Lifepath 2020 Fund | | $11.860802 | -8.70% | -1.70% | 3.40% | N/A |
| Masterworks Lifepath 2030 Fund | | $10.892316 | -12.50% | -3.60% | 2.80% | N/A |
| Masterworks Lifepath 2040 Fund | | $9.868489 | -15.90% | -5.40% | 2.20% | N/A |
| **Stable Value** | | | | | | |
| Fixed Income Invest Fund | | $2.641366 | 2.80% | 4.10% | 4.30% | N/A |
| **Bond** | | | | | | |
| PIMCO Total Return Fund | N/A | $19.710799 | 12.40% | 8.60% | 6.40% | 7.20% |
| **Large Cap Equity** | | | | | | |
| NTGI Russell 1000 Value Equity Index Fund | | $12.359207 | -20.20% | -8.30% | 0.50% | 1.90% |
| NTGI S&P 500 Equity Index Fund | | $8.786597 | -18.70% | -6.00% | 0.40% | -0.80% |
| Allianz RCM Large-Cap Growth Fund | DRLCX | $7.462121 | -13.10% | -2.40% | 2.50% | -1.00% |
| **Mid Cap Equity** | | | | | | |
| DWS MidCap Fund | | $3.305124 | -30.40% | -9.00% | -0.30% | 0.50% |
| **International** | | | | | | |
| Templeton Foreign Fund | | $15.398325 | -15.50% | -4.10% | 4.40% | 4.00% |
| **Small Cap Equity** | | | | | | |
| Fidelity Low-Priced Stock Fund | FLPSX | $16.059907 | -11.10% | -2.30% | 4.90% | 10.30% |
| Royce Premier Fund | RPFIX | $13.323181 | -15.60% | 1.20% | 7.70% | N/A |

**Note**

Past results aren't a guarantee of future performance.

The value of investments will fluctuate and isn't guaranteed. All investments are subject to certain risks.

**Help With Your Decisions**

**Need help managing your investments?** Find the resource that meets your investment needs.

**Related Info**
View Fund Prospectuses

**Answer Center**

■ Yes, Your Funds Have Fees

■ Investing in Your Plan's Funds

**Disclaimer**

Hewitt Associates does not give any warranty or other assurance as to the operation, quality or functionality of the site. Access to the site may be interrupted, restricted or delayed for any reason.

Hewitt Associates also does not give any warranty or other assurance as to the content of the material appearing on the site, its accuracy, completeness, timelessness or fitness for any particular purpose.

Copyright © 2005-2009 Hewitt Associates LLC

BOGDAN WISLOCKI Hewitt Associates - 09-28-2009 11:13 a.m. Central Daylight Time

# Manage Your Investments

Your Portfolio Performance    Your Investment Transactions    **Fund Performance**

Find It Fast
401(k) Savings

Beneficiaries

## Fund Performance

Returns [Returns to Date ▼]    **Redisplay**

**Long-Term Investment Plan**

|  |  |  | Returns to Date (as of 09-25-2009) | | |
|---|---|---|---|---|---|
|  | Ticker | NAV/Price | Month | Quarter | Year |
| **Lifecycle** |  |  |  |  |  |
| Masterworks Lifepath Income Fund |  | $14.887665 | 2.26% | 9.41% | 16.03% |
| Masterworks Lifepath 2010 Fund |  | $13.668550 | 2.27% | 9.66% | 16.18% |
| Masterworks Lifepath 2020 Fund |  | $11.860802 | 2.69% | 12.03% | 19.39% |
| Masterworks Lifepath 2030 Fund |  | $10.892316 | 2.87% | 13.69% | 21.41% |
| Masterworks Lifepath 2040 Fund |  | $9.868489 | 3.10% | 15.19% | 23.00% |
| **Stable Value** |  |  |  |  |  |
| Fixed Income Invest Fund |  | $2.641366 | 0.09% | 0.32% | 1.59% |
| **Bond** |  |  |  |  |  |
| PIMCO Total Return Fund | N/A | $19.710799 | 1.62% | 5.87% | 12.47% |
| **Large Cap Equity** |  |  |  |  |  |
| NTGI Russell 1000 Value Equity Index Fund |  | $12.359207 | 2.57% | 16.78% | 13.69% |
| NTGI S&P 500 Equity Index Fund |  | $8.786597 | 2.50% | 14.24% | 18.25% |
| Allianz RCM Large-Cap Growth Fund | DRLCX | $7.462121 | 2.61% | 10.88% | 27.60% |
| **Mid Cap Equity** |  |  |  |  |  |
| DWS MidCap Fund |  | $3.305124 | 4.44% | 11.82% | 28.94% |
| **International** |  |  |  |  |  |
| Templeton Foreign Fund |  | $15.398325 | 4.38% | 19.35% | 30.75% |
| **Small Cap Equity** |  |  |  |  |  |
| Fidelity Low-Priced Stock Fund | FLPSX | $16.059907 | 2.62% | 16.60% | 30.61% |
| Royce Premier Fund | RPFIX | $13.323181 | 4.00% | 16.23% | 26.56% |

**Note**

Past results aren't a guarantee of future performance.

The value of investments will fluctuate and isn't guaranteed. All investments are subject to certain risks.

**Help With Your Decisions**

**Need help managing your investments?** Find the resource that meets your investment needs.

**Related Info**
View Fund Prospectuses

**Answer Center**

■ Yes, Your Funds Have Fees

■ Investing in Your Plan's Funds

**Disclaimer**

Hewitt Associates does not give any warranty or other assurance as to the operation, quality or functionality of the site. Access to the site may be interrupted, restricted or delayed for any reason.

Hewitt Associates also does not give any warranty or other assurance as to the content of the material appearing on the site, its accuracy, completeness, timelessness or fitness for any particular purpose.

Copyright © 2005-2009 Hewitt Associates LLC

**Wislocki, Bogdan (LEXA:4957)**

| | |
|---|---|
| **From:** | Benefits, Corp (SC100:8426) |
| **Sent:** | Monday, November 26, 2007 6:05 PM |
| **To:** | US CARP-eligible Employees |
| **Subject:** | 11/26/07 Notice of Upcoming Changes and Reminders for the Capital Accumulation and Retirement Plan (CARP) Effective January 1, 2008 |

x| Nortel

**Please review this version of the Capital Accumulation and Retirement Program (CARP) WebAlert at your earliest convenience. This iteration replaces and corrects minor errors on the version sent on Nov. 21, 2007.**

---

### CARP Investment Option Changes Effective January 1, 2008

Further to the previously announced CARP changes, effective 1/1/2008 (see side bar) Nortel will make several investment fund and other changes to the Long-Term Investment Plan (LTIP).

x

These changes coincide with implementation of the CARP amendments, but other exciting changes to the fund line-up are expected to be announced later in 2008.

- Four LTIP Fund Options Are Changing
- The Nortel Stock Fund is closing for new contributions and transfers
- Default investment options are changing to Target Date Funds
- Changes to how Plan operating expenses are paid

For details about previously announced changes to CARP, click the links below for Web Alerts 1-4.

WebAlert #1 CARP Changes Reminder

#### Four LTIP Fund Options Are Changing

WebAlert #2: CARP Website

Four of the LTIP investment funds will change on January 1, 2008 by charging a lower expense ratio due to moving to a new share class or account structure. In all four cases, the underlying investment strategies and fund families remain the same. **You do not need to take any action.**

WebAlert #3: Nortel Stock Purchase Plan (NSPP)

WebAlert #4: Financial Planning and Retirement Resources

An overview of the changes follows:

The Allianz RCM Large-Cap Growth Fund and the PIMCO Total Return Fund will be invested in "institutional class shares" (as opposed to administrative or retail class) with a lower expense ratio. Two other funds — the DWS MidCap Fund and the Templeton Foreign Fund — will be invested in "separately managed accounts" to minimize management fees by leveraging Nortel's buying power. As a result, these two funds will not have ticker symbols and are not publicly traded.

#### Nortel Stock Fund Closing to New Contributions and Transfers

In conjunction with implementation of the CARP changes, the Nortel Stock Fund will be closing as of January 1, 2008 to all new contributions and transfers. This means that you will no longer be able to direct any future contributions or transfer money into the Nortel Stock Fund after December 31, 2007.

Any assets in the Nortel Stock Fund as of December 31, 2007 can remain in the fund until further notice. You do not have to transfer this money out of the Nortel Stock Fund at this time, but any monies transferred out of the Nortel Stock Fund after December 31, 2007 cannot be returned to this Fund

If you do not redirect contributions currently directed to The Nortel Stock Fund by December 30, 2007, they will automatically be mapped to a default Target Date Fund. (See below section for details.) You can transfer investments out of the default Target Date Fund at any time.

Employees may still purchase Nortel shares through the U.S. Stock Purchase Plan (NSPP). As communicated previously, we are pleased to advise that former Traditional and Balanced program members and, in fact, ALL regular full-time and part-time employees (those working greater than 20 hours per week and greater than 5 months per year) will be allowed to participate in the Nortel Stock Purchase Program. Participation is optional.

Watch your inbox for enrollment instructions coming to you soon, or alternatively, you can find enrollment information at the link below.

**With respect to the LTIP, please note that employees may only update investment instructions prior to December 31, 2007 and/or transfer money out of the Nortel Stock Fund if they are not subject to any trading restrictions with respect to Nortel stock or in possession of material non-public information about Nortel. In addition, employees who are considered "reporting insiders" or "non-reporting insiders" may only update investment instructions from the Nortel Stock Fund prior to December 31, 2007 to other fund elections and/or transfer money out of the Nortel Stock Fund during an open "Window Period" in accordance with applicable corporate policies and procedures.**

**ACTION** - Review and update your current investment instructions now

# Default investment options are changing to Target Date Funds

**Target Date Funds**
Beginning January 1, 2008, the Target Date Funds will be the default investments (if you fall under the default circumstances explained in this update or otherwise do not select investments for 100% of the contributions made to the Plan.) See the above action link regarding updating investment instructions under the LTIP prior to December 31, 2007.

These funds have been available in the plan for several years and are professionally-managed retirement portfolios that offer a blend of stocks, bonds and short-term investments within a single fund.

With a Target Date Fund, you simply decide what year you plan to retire, and then choose the one Target Date fund that most closely matches that retirement date. It is invested in a portfolio that is appropriate for your age. As you get closer to your retirement date, the fund's mix will become more and more conservative—eventually leading to the Masterworks LifePath Income Fund, which is a Target Maturity fund that is suitable for retirement or if you are very near retirement.

The default Target Date funds will use age 65 as the retirement date and are as follows:

- Masterworks LifePath 2010 Fund
- Masterworks LifePath 2020 Fund
- Masterworks LifePath 2030 Fund
- Masterworks LifePath 2040 Fund

# Changes to how Plan operating expenses are paid

Each LTIP fund option has operating expenses that you pay whenever you own shares in the

9/30/2009

fund. These fees are reflected on the LTIP website as an Expense Ratio and will now include a new fee specifically for plan administration expenses (approx. 0.10%). The exact amount may fluctuate slightly from year to year and will be disclosed to plan participants on a forward-looking basis. This fee replaces a higher charge previously included in the management fees charged by several of the investment funds in the LTIP. The new fee is a more equitable way of spreading the plan's operating expenses across all participants. To review these fees, visit the Check Performance link on the main 401(k) Savings Plan page on the Hewitt Web Site.

http://resources.hewitt.com/nortelnetworks

**Questions:** If you have questions about the fund changes, please contact the Long-Term Savings Center at 1-800-726-0026 on Monday through Friday from 9:00 a.m. to 6:00 p.m., Eastern Time.

If there are any discrepancies between the information in this communication and the applicable Nortel benefit plans, the actual plan documents will, in all cases, govern the details of the benefit coverage and plan administration. In accordance with applicable law and each plan and/or program, Nortel reserves the right to further amend or discontinue the plan(s) and/or program(s) described in this communication at any time without prior notice to, or consent by, employees.

**Wislocki, Bogdan (LEXA:4957)**

| | |
|---|---|
| **From:** | CEO, OfficeOf (NASHF:8442) |
| **Sent:** | Monday, October 15, 2007 2:19 PM |
| **To:** | Nortel Employees |
| **Subject:** | SEC Settlement Reached |

⌐x⌐ Nortel

Team Nortel:

Another day and another important step forward for our company and for all of us. On the heels of our recent Ontario Securities Commission (OSC) settlement, today we announced a settlement with the Securities and Exchange Commission (SEC).

This settlement fully resolves all issues between the SEC and Nortel. You've probably seen the SEC's own press release and the direct language they used. And, you've also seen that we will be paying a fine (which, by the way, we reserved in second quarter's financial results). However, the SEC did recognize that Nortel's current management team, Board and employees did what was necessary to address the issues that caused our past restatements.

Linda Thomsen, Director of the Commission's Division of Enforcement, is quoted in the SEC press release saying: "… under new leadership, Nortel has undertaken significant efforts to address the wrongdoing, remedy the harm and implement a remediation plan to prevent recurrence of the misconduct." We're very pleased that the SEC issued this statement, and believe that our performance is a best practice for a company working to resolve these types of issues.

No doubt none of us are proud of that chapter of our history. And there is absolutely no doubt that this must never be repeated. We will rebuild this great company – and we will do so with integrity and ethics at the forefront of everything we do.

With this settlement in place, team Nortel moves forward with an even more intense focus on making this a great technology company that drives superior value for our customers and our shareholders. We are seeing new momentum with marquee customers. We're reshaping our supply model, re-focusing our R&D spend, re-calibrating our product offerings and launching game-changing alliances. We're back in the game. We're competing hard, and we're starting to win.

There is a lot to do, and as I said in my ZMAIL after the NLM conference – we need to re-double our efforts and deliver on our year. We need to pave the way to 2008 and beyond. We need to deliver on all of our commitments. But today, we can all take a moment to recognize the tremendous efforts made by many employees over several years to ensure that our future is unencumbered by SEC or OSC investigations.

Together, we're building a company that is values-driven and based on a firm foundation of ethics and integrity. We share an enthusiasm for the future of this company, and our collective belief and commitment will guide us as we lead Nortel to its rightful place as a technology and thought leader. I thank you for your efforts.

Mike Z

### Wislocki, Bogdan (LEXA:4957)

**From:**   CEO, OfficeOf (NASHF:8442)
**Sent:**   Wednesday, November 07, 2007 11:41 AM
**To:**     Nortel employees
**Subject:** Making Our Strategic Vision a Reality

On Tuesday we reported our third quarter financials to the investment community and to our shareholders. The results were strong, and you are to thank for that! Let me just say, that in a very tough market, we're not only competing and winning but our innovations are increasingly shaping the future direction of the industry. That doesn't mean we're in the clear yet. We've had a solid quarter that keeps us on track, and we're making progress on all fronts but we still have to drive hard to finish the year.

Overall I am pleased with the quarter and with the work we are doing. We are doing what we said we would do. Our performance so far this year is starting to bring the new business model to life. We are seeing this in productivity gains, in gross and operating margins and in our R&D spend re-calibration, among other areas. We are also making strong progress achieving our strategic objectives, increasing Nortel's relevance in the market. Orders are up. Customers are responding. Momentum is building.

Let's look at some of the specifics:

- **Orders** (excluding UMTS) increased by 9% year-over-year and by 5% year-to-date demonstrating that our strategy is on track and our technology bets are paying off. **Revenues** (excluding UMTS) decreased by 2% in the quarter but grew by 2% year-to-date.

- **Enterprise** continues its strong performance with revenues of $671 million, up 18% representing the fifth consecutive quarter of year-over-year growth and strong double-digit growth in the data and applications businesses.

- **Gross margin** was the highest in nine quarters, increasing to 43%, up 460 basis points over last year. This was driven by strong double-digit productivity coming from the Operations and LC teams. To give you some market context, our competitors' gross margin numbers have been flat to down ranging from up 80 basis points to down 430 basis points, with all but Avaya showing a

negative change.

- **Operating margin** came in at 5%, an improvement of 277 basis points over last year. This is the highest operating margin since 2004. In particular, I want to note the significant improvements in operating margin by Carrier Networks both in the current quarter (up 779 basis points) as well as on a year-to-date basis (up 948 basis points).

- Our **cash** position is $3.13 billion, which is down from last quarter primarily the result of the early repayment of $1.13 billion of debt.

In addition to the tangible results I've outlined above, even more reassuring is the strong progress we are seeing against the three strategic imperatives we laid out to drive the future growth of our business: transformed enterprise; next-generation mobility and convergence; and, services and solutions. These are areas of significant market opportunity, and we are investing to further our growth in these segments. Our customers (and I've been meeting with a lot of them lately on the road!) recognize our leadership in these areas, and we are tracking towards making our strategic vision a reality.

For example, we continue to accelerate our execution and build on our strong traction in Enterprise. And our recently announced agreement with Dell will add even more firepower to our enterprise go-to-market strategy. Increasingly, our actions in the Enterprise space are seen as market-movers: Gartner recently put us in the Leaders quadrant in the '2007 Unified Communications Magic Quadrant' report. Our Microsoft Innovation Communications Alliance is winning the battle for the evolution of business communications. This was a gutsy play. But the move is paying off. We have signed 300 joint customers and 900,000 licenses in unified communications. Enterprises are changing faster than ever before and we will be there to help them navigate the future.

In the Services area we saw an increase in revenues this quarter (6%, UMTS adjusted) and profitability (operating margin is up 281 basis points). But it was equally satisfying to speak positively to the investor community about our multimedia services and Telepresence capabilities. We have the best Telepresence solution in the market, and we announced with Polycom this quarter that high definition video conferencing and Telepresence will be added to unified communications. As customers come on board and endorse these offers, we will drive both cost savings and increased employee productivity for our customers.

The Carrier space remains challenging, but our strategic bet on WiMAX is starting to pay dividends. WiMAX and 4G are a $7.5 billion opportunity through 2010. While we declared WiMAX technology a priority in 2004, our competitors are just getting into the game. We're well ahead of the curve with 34 customer wins and trials including strength in the key markets.

We will outflank our competition in the battle for city infrastructure with our game-changing PBT solution – bringing engineering simplicity and savings directly to our customers. This has already resulted in 30 new Ethernet wins since our milestone BT announcement in January of this year. Our innovative approach has moved this market from conversation to execution. Video will be the next killer application causing a dramatic increase in bandwidth demands, and we are ready. Our 40Gig solution offers long-haul transport without complex engineering and an easy migration path to a 100Gig solution.

As I said last quarter, the second half of this year will be about passionate execution. That has not changed. I want to thank you for pulling together and continuing to drive hard toward our targets. Don't let up. We need that continued momentum through the rest of the year to ensure we not only meet our targets but exceed them.

Our recently completed annual ESAT survey reinforces that your confidence is building. And eighty-six percent of you participated – a remarkable achievement that demonstrates how engaged you are, and how much you care about the future of this company and your role in our success. On balance, this year's ESAT results show some of the best numbers I have seen in my tenure (I'll be sharing these with you in the coming weeks) but I know that we as a leadership team still have much work to do to create a Nortel where you can achieve all of your professional goals.

Yesterday, on the earnings call, we told the street we'd deliver on our fourth quarter commitments; that we'd show progress on our business model targets; and that we'd demonstrate market momentum, key customer wins and strong partnerships. Now we have to do what we said we would do. Finish the year, and pave the way for 2008 and beyond. A high say/do ratio is the foundation of our future success. If each of us fulfills our individual commitments, collectively there will be no stopping us!

In the end it is up to all of us – it's our continued commitment, drive and resilience that will make the turnaround a success and will return this company to greatness. Thanks for all that you do every day.

Mike Z

P.S. - I'm pleased to see that overall coverage by media and analysts of Nortel's Q3 earnings has been upbeat, with the positive headlines continuing to be posted.

**Wislocki, Bogdan (LEXA:4957)**

| | |
|---|---|
| **From:** | CEO, OfficeOf (TORWM:8442) |
| **Sent:** | Thursday, December 20, 2007 12:48 PM |
| **To:** | Nortel employees |
| **Subject:** | A few final words... |

What a year 2007 was! We had our highs and lows. And in the end, we reshaped this company. We gave new focus to our innovation engine, enhanced our simplicity and productivity, and loudly heralded the arrival of the hyperconnected era. We forged new partnerships, secured new client engagements and challenged the competition at every turn. What made the difference? You. I saw your passion and your commitment in my travels worldwide. And I heard about it from our customers. Today, they talk to me about the potential of our future partnership, not the status of our past challenges. They are signing up because they believe in the new Nortel as a partner -- today and into the future.

Our future success no longer depends on regulators or courts. **It depends on us -- on our ability to accelerate this year's progress into 2008 and make us a *smarter*, *stronger* and better *performing* company.** A company that can reclaim its rightful leadership position in the market. I won't mince words: **2008 will be a highly competitive year. There is still a lot of work to be done. But with *forceful optimism*, *confidence* and *passion*, we will make the right decisions, the tough choices and the bold moves. There is no team in the industry that I'd rather have by my side than you! And I know we can do it.**

Every day, I am inspired by your dedication and relentless pursuit of excellence. Not to mention the incredibly hard work you've put in. Please take a well-deserved break next week. You've earned it. Re-charge your batteries and look back on 2007 with pride.

I wish you and your families a happy holiday season, and a healthy and successful 2008. And I extend my personal thanks to you for your efforts this past year.

Thank you,
Mike Z

# NORTEL NETWORKS
# LONG-TERM INVESTMENT PLAN

## SUMMARY PLAN DESCRIPTION

## 2007

This booklet is a Summary Plan Description (SPD) under the terms of the Employee
Retirement Income Security Act of 1974 (ERISA).

# NORTEL NETWORKS LONG-TERM INVESTMENT PLAN

## TABLE OF CONTENTS

INTRODUCTION ........................................................................................................... 3

PLAN DETAILS .............................................................................................................
    Eligibility ........................................................................................................ 3
    Enrollment ....................................................................................................... 4
    Employee Contributions ................................................................................. 5
    Eligible Earnings ............................................................................................ 6
    Company Contributions .................................................................................. 7
    Vesting ............................................................................................................ 8
    Investment Options ........................................................................................ 8
    Changing Your Contribution Rate or Investment Options ............................ 9
    Fund Transfers / Reallocations ..................................................................... 9
    Determining the Value of Your Account......................................................... 9
    Account Statements ...................................................................................... 10
    Assignment of Benefits ................................................................................ 10
    Voting Rights ................................................................................................ 10
    Loans and Withdrawals ................................................................................ 10
    Distributions after Termination of Employment with Nortel Networks ..... 14
    Selling Nortel Networks Corporation Common Shares (Purchased Through
        the Plan) after Termination of Employment with Nortel Networks .. 14


ADMINISTRATIVE INFORMATION
    Type of Administration and Funding ................................................................ 14
    Claims and Appeal Rights ................................................................................ 15
    When Benefits May Not Be Paid ..................................................................... 17
    Tax Information ................................................................................................. 17
    Statement of ERISA Rights .............................................................................. 17
    Continuation of the Plan .................................................................................. 19
    Plan Documents ............................................................................................... 19
    Plan Information ............................................................................................... 19

APPENDIX A—ABOUT THE INVESTMENT OPTIONS ......................................... 21

APPENDIX B—TAX CONSEQUENCES ................................................................. 36

APPENDIX C—PLAN LOAN PROGRAM PROCEDURE ......................................... 40

APPENDIX D—FEES AND EXPENSES ................................................................. 44

# INTRODUCTION

## Nortel Networks Long-Term Investment Plan

The Nortel Networks Long-Term Investment Plan (sometimes referred to in this document as the "Plan") provides employees a tax-effective way to accumulate savings primarily for retirement. The Company (see "Eligibility") matches the employee's contributions up to a specified maximum. The Plan is intended to be a "qualified" plan under the provisions of Sections 401(a) and 401(k) of the Internal Revenue Code of 1986 (as amended) and has received a determination from the Internal Revenue Service that it is a qualified plan.

Nortel Networks Inc. sponsors the Long-Term Investment Plan as part of the Capital Accumulation and Retirement Programs, with the Traditional, Balanced and Investor programs available through December 31, 2007. With the exception of the company match percentage and a disability provision (see "Company Contributions") in the Investor program, Long-Term Investment Plan provisions are the same under each of these programs.

This document is a Summary Plan Description (SPD) under the terms of the Employee Retirement Income Security Act of 1974 (ERISA). The complete terms of the Nortel Networks Long-Term Investment Plan can be found in the Plan document. If there is a difference between the information in this summary and the Plan document, the Plan document will govern. You may review a copy of the Plan document upon request to HR Shared Services at ESN 355-9351, toll-free at (800) 676-4636 or at (919) 905-9351. In no case does this document indicate or guarantee a right to future employment.

# PLAN DETAILS

## Eligibility

Generally, all employees of Nortel Networks Inc. and its subsidiaries and affiliates that have adopted the Plan for their employees are eligible to participate. There are no minimum age or service requirements for Plan participation.

Former employees, including former employees who are receiving severance benefits, are not eligible to participate in the Plan. Employees who are covered by a collective bargaining agreement that does not specifically provide for participation in the Plan are not eligible to participate. Individuals who provide services to the Company through temporary service agencies or other leasing organizations and independent contractors are not eligible to participate in the Plan. Non-resident aliens who receive no U.S.-source income from the Company are also excluded.

3

The list of subsidiaries and affiliates of Nortel Networks Inc. that have adopted the Plan follows.  Please contact HR Shared Services at ESN 355-9351, toll-free at (800) 676-4636 or at (919) 905-9351 for updates of this list.

Nortel Networks Inc.
Nortel Networks CALA, Inc.
Alteon WebSystems, Inc.

Each of the subsidiaries and affiliates that have adopted the Plan is referred to in this SPD as the "Company."

## Enrollment

**Step 1 – For enrollment on or after January 1, 2008**, you no longer need to make a Capital Accumulation and Retirement program choice as follows.  **Start with Step 2**.

**For enrollment prior to January 1, 2008, make your Capital Accumulation and Retirement Program Selection:** Before you can participate in the Plan, you must first select a Capital Accumulation and Retirement program.  If you were on the payroll of a Company on March 31, 2000, you were required to select a program by March 31, 2000. If you are hired or rehired after March 31, 2000 but before January 1, 2008, you must register a program selection within 31 days of your hire or rehire date.  If you transfer to a Company from a Nortel Networks employer that is not a Company after March 31, 2000 but before January 1, 2008, you must register a program selection within 31 days of the date you transfer to that Company.

You can register your Capital Accumulation and Retirement program selection prior to January 1, 2008 in one of two ways:
  - online, using the web-based Decision Support Tool at
    https://app43.nortelnetworks.com/    or
  - on paper, by completing the Program Selection Form (found in the new hire folder on
    Services @Work) and returning the signed original  to the address provided on the
    form.

Do not use both methods to register your Capital Accumulation and Retirement program selection. When both a hard copy form and a web enrollment are received, the choice received first will be used to enroll you.

**If you do not register your Capital Accumulation and Retirement program choice within 31 days of the date of your hire, rehire or transfer to the U.S., you will be enrolled in the appropriate default program.** If you are eligible for the Traditional, Balanced and Investor programs, your default is to the Traditional program.  If you are eligible for the Balanced and Investor programs only, your default is to the Balanced program.

A confirmation statement will be mailed to your home on receipt of your Capital Accumulation and Retirement program selection or default.

The process described above only enrolls you in your Capital Accumulation and Retirement program choice. **You must complete a separate enrollment process to participate in the Long-Term Investment Plan**.

**Step 2 - Enroll in the Long-Term Investment Plan:**  To participate in the Plan, you must enroll through the Plan's Long-Term Savings Center at Hewitt, the plan's recordkeeper. Your participation begins as soon as administratively practicable after your Capital Accumulation and Retirement program selection is registered (for periods prior to January 1, 2008) and your enrollment in the Long-Term Investment Plan is registered with all of the affected processes, including payroll and Hewitt's records.  Generally, your participation begins the first full pay cycle after your enrollment is complete and your payroll and other affected records are processed.

> Online Enrollment
> For online enrollment in the Plan, you are required to have a password.  Log on to http://resources.hewitt.com/nortelnetworks, enter your user id and password and then follow the system prompts to enter your contribution rate and your investment choices.  If you have never had a password, you will be able to select one of your own choosing after selecting the log on button and registering as a new user.

> Phone Enrollment
> You can contact the Savings Center toll-free at (800) 726-0026 and speak to a representative to enroll.  You will be asked to enter identifying information and provide a password.  If you have never had a password, you will be able to select one of your own choosing when you first call in.  To be transferred to a Savings Center representative at any time during the call, press the star key then zero.

> Select Your Beneficiary
> You may select a beneficiary to receive death benefits from the Plan.  You may enter your beneficiary information directly into the Plan Website at the above web address or you may speak to a representative at the Savings Center who can make the designation for you.

## Employee Contributions

You may have from 1% to 50% (in whole percentages or dollars) of your "eligible earnings" deducted from your pay and contributed directly to the Plan. These contributions are called "Employee Elected Company Contributions."

A maximum for these employee contributions is set by Internal Revenue Service (IRS) regulations (402(g)). The maximum contribution in year 2007 is $15,500 and the

maximum for 2008 will be $15,500 if under age 50.  Federal law adjusts this maximum periodically to take into account changes in the cost of living.  If you contributed to a prior employer's 401(k) plan this year, those contributions should be taken into consideration when you decide to enroll in the LTIP so that you do not exceed the annual limits.

In addition, the laws that govern the Plan place additional limitations on the amount that certain "highly compensated" employees (defined for 2007 as employees who were paid at least $100,000 in 2006 and for 2008 as employees who were paid at least $100,000 in 2007) may contribute to the Plan.  Laws also place certain other limits on total contributions to the Plan, including Company Contributions.  The IRS has set a (401(a)(17)) compensation (pay) limit of $225,000 in year 2007 for earnings to be considered eligible for contributions to a 401(k) plan. This compensation limit for 2008 will be $230,000.  This limit is also adjusted periodically by federal law.

If your Employee Elected Company Contributions reach the IRS annual limit for employee contributions, both employee and employer contributions will automatically stop for the remainder of the year.

If you reach the annual compensation limit before you reach the annual employee contribution limit, employee contributions will continue until you reach the employee contribution limit; however, Company Contributions will be limited to the annual compensation limit times the Plan match limit.  For example, if in 2007 you are a Balanced program participant with eligible compensation of $240,000, you can receive up to $6,750 in Company Contributions.  This amount is a calculation of the 2007 IRS annual compensation limit of $225,000 times 50% Plan match times the first 6% of eligible earnings.  (See "Company Contributions" for Plan match amounts.)

If you will be age 50 or older at any time in 2007 you're eligible to contribute up to an additional $5,000 to the plan in 2007, under the catch-up contribution option that IRS rules allow.  For 2008 and later years, the catch-up contribution limit will also be $5,000. This annual catch-up contribution maximum is also adjusted periodically by federal law. Since the catch-up contribution is a contribution in excess of the limit of $15,500 in 2007 or $15,500 in 2008, be sure your regular contribution rate will reach these limits by year end before deciding to contribute catch-up contributions.  Catch-up contributions are not eligible for company matching contributions.

You may also roll over certain distributions from other qualified plans into the Plan.  (See Appendix B for information on taxes and rollovers.)

## **Eligible Earnings**

"Eligible earnings" include base pay, overtime pay, sales commissions, merit cash, promotion cash, career development cash, skill block awards, lead pay, shift differential and specific bonuses listed in the Plan document (e.g. Annual Incentive Plan (previously named SUCCESS), Strategic Project Success Incentive Plan and Strategic Business

Incentive Plan). Compensation deferred under an eligible deferred compensation plan is not considered eligible earnings.

NOTE: Mortgage differential, reimbursements and other expense allowances and other special categories of compensation are excluded from eligible earnings under the Plan. Severance pay is also not counted as eligible earnings from which contributions may be made.

## Company Contributions

For plan years prior to January 1, 2008, the Company generally matched 50%, 60% or 100% of your Employee Company Elected Contributions (see "Employee Contributions") depending on the Capital Accumulation and Retirement program that you selected. The Plan match is made on the first 6% of eligible earnings that you contribute each pay period, subject to IRS limits.

- Traditional program - matches 60% of up to 6% of eligible earnings contributed each pay period
- Balanced program - matches 50% of up to 6% of eligible earnings contributed each pay period
- Investor program - matches 100% of up to 6% of eligible earnings contributed each pay period

For plan years beginning on or after January 1, 2008, the Company will match 50% of your Employee Company Elected Contributions (see "Employee Contributions"). The Plan match is made on the first 6% of eligible earnings that you contribute each pay period, subject to IRS limits.

These matching contributions are called "Company Contributions." Once the Company makes the maximum contribution to your account during a year, matching Company Contributions will cease.

**Automatic Company Contribution -** For plan years beginning on or after January 1, 2008, the Company will make an Automatic Company Contribution whether you elect to contribute or not. The contribution is 2% of your eligible earnings each pay period, subject to IRS limits.

**Disability Provision for Investor Program Participants -** If you elected the Investor program and become totally and permanently disabled before January 1, 2008, you may apply for the continuation of a Company Contribution from the date you become totally and permanently disabled up to the earlier of the date that you cease to be totally and permanently disabled, age 65 or your death. This Company Contribution will be 4% of your base pay for the calendar year immediately preceding the date you became totally and permanently disabled.

**Disability Provision for Traditional and Balanced Program Participants -** If you

7

elected the Traditional or Balanced program and become totally and permanently disabled before January 1, 2008, you may apply for a Company Contribution to begin January 1, 2008 up to the earlier of the date that you cease to be totally and permanently disabled, age 65 or your death. The Company Contribution will take effect as soon as administratively possible after your application is received but not before January 1, 2008. The Company Contribution will be equal to 4% of your base pay for the calendar year immediately preceding the date you became totally and permanently disabled.

If you first became totally and permanently disabled on or after January 1, 2008, the Company will automatically contribute 2% of your base pay for the calendar year immediately preceding the date you became totally and permanently disabled.

The Company Contribution will be made monthly and will be the only contribution made on your behalf while you are totally and permanently disabled.

With respect to Company Contributions, you are "totally and permanently disabled" when you become entitled to receive a disability insurance benefit under federal Social Security law.

## Vesting

"Vested" amounts in the Plan are amounts that cannot be taken away or forfeited from your account (although they are subject to investment loss).

All Employee Elected Company Contributions and Company Contributions (subject to adjustment for investment gains/losses) are always 100% vested. (see "Company Contributions")

## Investment Options

You may invest both your "Employee Elected Company Contributions" (see "Employee Contributions") and the Company Contributions (see "Company Contributions") in any of the investment fund options. Information about those options can be obtained from the Plan website or Savings Center (see "Administrative Information"). A general description, including performance history, of each option is included in Appendix A of this SPD.

You may invest all of your contributions in one fund or in combinations of more than one fund in 1% minimum increments. You may also invest your Employee Elected Company Contributions differently than your Company Contributions. If you fail to make an election regarding your investment options, your Employee Elected Company Contributions and matching Company Contributions will be invested in the default fund which, prior to January 1, 2008, is the Fixed Income Investment Fund. Effective January 1, 2008, the default fund is a Masterworks Lifepath Fund according to your age.

## Changing Your Contribution Rate or Investment Options

You can change the percentage of your Eligible Earnings that you contribute as
Employee Elected Company Contributions (see "Employee Contributions"), including
suspending your contributions completely. Generally, these changes are effective during
the next full pay period (unless special scheduling is needed to accommodate occurrences
such as year-end processing, systems conversion, or holidays). You can also change the
way that your Employee Elected Company Contributions or the Company Contributions
are invested by electing different options among the investment options available to you.
Generally, these changes are effective the next business day.

To change either your contribution rate or the investment options you have previously
elected, request your change through the Plan's web site at
http://resources.hewitt.com/nortelnetworks or call the Savings Center toll-free at (800)
726-0026. A valid Password is required to submit changes through the web site or by
phone. In order for a contribution rate change to be reflected on your next paycheck, your
request must generally be completed before the close of the New York Stock Exchange
(usually 4:00 p.m. Eastern) on the preceding payroll date (usually every other Friday).

## Fund Transfers/Reallocations

You can transfer your account balance in one or more funds to different funds in 1%
minimum increments. Or you can specify in what percentages you would like your total
balances to be allocated. If the Fund Transfer or Fund Reallocation request is completed
before the daily deadline of the close of the New York Stock Exchange (usually 4:00
p.m. Eastern), the transfer will be effective the same day notice is given. Transfers can be
made through the Plan's web site or by calling the Savings Center toll-free at (800) 726-
0026 (see "Administrative Information").

## Determining the Value of Your Account

The term "value" means the monetary value of your account. The value of your account
is re-calculated daily, based on the current market price of the investments you hold in
your account.

The balance in your account is adjusted for contributions, distributions, loans, and fund
transfers/reallocations. Increases or decreases resulting from investment gains or losses,
investment expenses and any changes in share price are also reflected in the balance.

## Account Statements

Prior to January 1, 2008, you will receive a written statement twice each year. Beginning
January 1, 2008, you will receive a written statement once each year. These statements

will show the balances of your account and all activity since your previous statement.

Between statements, you can obtain information about your account online at http://resources.hewitt.com/nortelnetworks or from the Savings Center toll-free at (800) 726-0026 (see "Administrative Information").

## Assignment of Benefits

Participant accounts are generally not assignable and cannot be transferred or attached by creditors. Participant accounts cannot be used as collateral. However, to the extent required by federal law, accounts may be assigned by certain divorce and support orders called "Qualified Domestic Relations Orders" and are also subject to federal tax liens.

## Voting Rights

Vested units representing whole Nortel Networks Corporation common shares held by the Plan's trustee and credited to the account of Plan participants, beneficiaries, or alternate payees as of the record date of any meeting of shareholders of Nortel Networks Corporation will be voted by the trustee at each such meeting in accordance with the instructions from such participants, beneficiaries, and alternate payees. Each such individual will be provided with a copy of the proxy materials relating to such meeting together with an appropriate form for the participant to indicate his or her voting instructions. If the individual who has such voting rights does not give instructions to the trustee on a timely basis, that person will be deemed to have given a proxy to the persons designated by Nortel Networks in its shareholder meeting notice to vote the shares.

## Loans and Withdrawals

**Active employee** — As an active employee, there are three ways you can get money out of the Plan: loans, in-service withdrawals and hardship withdrawals. An early withdrawal federal excise tax of 10% generally applies to in-service or hardship withdrawals if you are less than 59-1/2 years old.

- Loans. The loan option is described in Appendix C.

- Age 59-1/2 Withdrawals. At age 59-1/2 you may withdraw all or part of your Account Balance even while continuing to be employed by Nortel Networks. Only one age 59-1/2 withdrawal is permitted each calendar year.

- In-service Withdrawals. You may withdraw the contributions made to the Plan by you and the Company prior to January 1, 1983, rollover contributions made prior to May 2000 and "eligible" matching Company Contributions, and earnings on each. Eligible matching Company Contributions are those made prior to May 1, 2000 and contributed at least 2 calendar years before the date of the withdrawal. Only one

10

withdrawal of the pre-May 2000 rollover account is allowed over your lifetime. In-service withdrawals may be requested in the form of cash or shares of Nortel Networks stock (if the contributions and earnings you are withdrawing are held in the form of Nortel Networks shares and you hold at least 50 shares that are available for this in-service withdrawal.

- Hardship Withdrawals. Hardship withdrawals of Employee Elected Company Contributions and certain Company Contributions made before January 1, 1983 are permitted if you provide documentation to the Service Center (see "Administrative Information") of an immediate and heavy financial need as defined by Internal Revenue Service guidelines. The IRS guidelines are restrictive about documentation and eligibility. You may only withdraw cash in a hardship withdrawal.

Key requirements for a hardship withdrawal:

- Employee has no other way to meet financial need.
- Types of financial needs covered are limited to:
  - Purchase of a primary residence, excluding mortgage payments
  - Tuition, related educational fees, and room and board expenses for post-secondary education for employee or dependent
  - Medical expenses of the employee or dependents that are not covered by medical insurance and would be deductible medical expenses for federal income tax purposes
  - Amount necessary to prevent eviction from your primary residence or foreclosure on your home mortgage.
- The amount available for a hardship withdrawal is limited to the lesser of:
  - The total amount of your Employee Elected Company Contributions (see "Employee Contributions"), earnings on those contributions that were credited to your account before January 1, 1989, and vested matching Company Contributions (see "Company Contributions"), and earnings that are not available for an "In-Service Withdrawal" and
  - The amount necessary to satisfy the hardship. Consult the Service Center (see "Administrative Information"). All financial hardship distributions are made in cash.

Certain other provisions apply to all withdrawals:

- Cash withdrawals are prorated across the investment funds.
- Withdrawal requests that have a portion paid in shares deplete the stock fund first according to the account hierarchy, before all other funds. The account hierarchy and the number of shares available to you for withdrawal are found on the plan web site or by calling the Savings Center (800) 726-0026.

**Terminated employees** — When you are no longer an active employee, there are several ways you may qualify for a benefit from the Plan.

- <u>Retirement on or after age 65</u>. If your account balance is $1,000 or less, you will automatically receive a lump sum payment immediately following your retirement. If your Plan balance is more than $1,000, you may maintain your Plan account after termination of your employment by deferring receipt of your benefits.

  To defer receipt, you don't have to take any action after retirement.   If you elect to defer receipt of your balance, your benefit payment will begin when you request a distribution or installment stream, but no later than April 1 of the calendar year after you reach age 70-1/2.

  If your Plan balance is more than $1,000, you may elect one of the following payment options to begin at any time after termination up to the maximum deferral date described above.

    - Lump sum payment,

    - Monthly installment payments of a fixed amount which can be changed as required (e.g. $200 per month) until balance is depleted or another option chosen.
    - Monthly calculated installments made over a specified number of months, not to exceed your life expectancy.

  If you defer receipt of your benefits (maintain your Plan account), you will have the option of rolling over an immediate lump sum distribution from the Nortel Networks Retirement Income Plan into your Plan account within 60 days of receipt of that lump sum distribution.  In a qualified rollover, the amount rolled-over is generally not taxed in the year of the rollover, but is taxed when later distributed to the participant or beneficiary.

- <u>Termination of Employment</u>. If your account balance is $1,000 or less, you will automatically receive a lump sum distribution. If your Plan balance is more than $1,000, you may maintain your Plan account after termination of your employment by deferring receipt of your benefits. To defer receipt, you don't have to take any action after retirement.   If you elect to defer receipt of your balance, your benefit payment will begin when you request a distribution or installment stream, but no later than April 1 of the calendar year after you reach age 70-1/2.

  If your Plan balance is more than $1,000 and you are at least age 59 1/2, you may elect one of the following payment options to begin at any time after termination up to the maximum deferral date described above.

    - Lump sum payment,

12

- Monthly installment payments of a fixed amount which can be changed as required (e.g. $200 per month) until balance is depleted or another option chosen.
- Monthly calculated installments made over a specified number of months, not to exceed your life expectancy.

However, if you are less than age 59-1/2, your only payment option is a lump sum payment.

If you defer receipt of your benefits (maintain your Plan account), you will have the option of rolling over an immediate lump sum distribution from your Nortel Networks Retirement Income Plan into your Plan account within 60 days of receipt of that lump sum distribution. In a qualified rollover, the amount rolled-over is generally not taxed in the year of the rollover, but is taxed when later distributed to the participant or beneficiary.

- <u>Disability</u>. If you become totally and permanently disabled, you will have the same options for the timing and form of payment as described under "Termination of Employment" above. You are "totally and permanently disabled" for purposes of this provision of the Plan if you have a physical or mental condition which makes you permanently unable to continue your normal employment with the Company. The Plan Administrator has established procedures to determine who is "totally and permanently disabled."

- <u>Death.</u> If you are married and die before your benefit from the Plan is paid to you and before you elect a form of payment from the Plan, payment will be made to your spouse unless your spouse executed consent forms provided by the Service Center consenting to the naming of an alternate beneficiary. Your spouse or beneficiary should submit a request for payment to the Service Center (see "Administrative Information"). If your spouse is the beneficiary and your account balance is more than $1,000, your spouse may defer receipt of the balance until the date you would have reached age 70-1/2. If you are not married or your spouse consented to the naming of an alternate beneficiary, the benefit will be paid to your beneficiary in a lump sum no later than the end of the fiscal quarter after the fiscal quarter in which the Plan Administrator is informed of the death.

Effective 2007, in the event of your death, designated non-spousal beneficiaries who are identified on your Nortel Networks Long-Term Investment Plan (401k) account will now be allowed to directly roll over any distributions into an individual retirement account (IRA). The rolled-over distribution is not subject to mandatory tax withholding, and the non-spousal beneficiary is not subject to immediate income tax. The IRA provider should be consulted to determine how and when distributions will need to be processed from the IRA. To qualify for this benefit, non-spousal beneficiaries must roll over the LTIP distributions directly into an IRA and cannot roll over any distributions first received as a lump sum. Non-spousal beneficiaries include designated beneficiaries and trusts that are designated beneficiaries and not estates.

### Distributions after Termination of Employment with Nortel Networks

After you leave Nortel Networks, generally, amounts paid to you under the Plan will be paid in cash. However, if you participate in the Nortel Networks Corporation Stock Fund, you may elect to receive the part of your Account invested in that Fund in the form of Nortel Networks Corporation common shares or cash.

### Selling Nortel Networks Corporation Common Shares (Purchased Through the Plan) after Termination of Employment with Nortel Networks

If you receive Nortel Networks Corporation common shares as part of the distribution to you after you leave Nortel Networks, you may sell those Nortel Networks Corporation common shares at any time. However, if you are an "affiliate" of Nortel Networks Corporation you may not re-offer or resell Nortel Networks Corporation common shares received from the Plan unless the common shares are registered under the Securities Act of 1933 or offered and sold pursuant to an exemption from such registration (for example, pursuant to Rule 144 under the Securities Act of 1933). Generally, an employee who is an officer or director of Nortel Networks Corporation or who holds a policy making position with the Company may be an "affiliate" of Nortel Networks Corporation. You should contact the Plan Administrator if you have any questions regarding whether you may be considered an "affiliate" of Nortel Networks Corporation.

# ADMINISTRATIVE INFORMATION

## Type of Administration and Funding

The Nortel Networks Long-Term Savings Center (Savings Center) administers most of the features of the Plan and is maintained by Hewitt Associates. Hewitt provides an interactive 'Your Benefit Resources' web site that you can use to enroll in the Plan, obtain information concerning your account balances, make investment changes, or change the amounts you are contributing. You can enroll or request account changes online at http://resources.hewitt.com/nortelnetworks. Select the log-on button, enter your user id, and password. If you have never logged on before, select the link 'Register as a new user'. You will be asked to provide identifying information. You will be assigned a user id and will be asked to create a password.

You may also call the Savings Center toll-free at (800) 726-0026 (during regular business

hours) to enroll in the Plan, obtain information concerning your account balances, make investment changes, or change the amount you are contributing to the Plan. You will be asked to provide identifying information and a password, or be transferred to a Service Center representative. If you need a password or have forgotten it, you can request that a new password be e-mailed or mailed to your address on file. If you would like to be transferred to a Savings Center representative at any time during the call, press the star key then zero.

Plan participants and the Company contribute to the trust fund held by the plan trustee. Plan assets are held in the trust fund by the plan trustee. The plan trustee is selected by the Board of Directors of Nortel Networks Inc. The plan trustee pays benefits directly from the trust fund. See the "Plan Information" section for information on the plan trustee.

Administrative expenses of the Plan are either paid by the plan participant who is responsible for that expense, or shared by all plan participants, or shared by plan participants and the Company, depending on the type of the expense. For details, see Appendix D.

# Claims and Appeal Rights

## Claims Procedure

All claims for benefits under the Plan shall be submitted on a Claim Initiation Form and sent to the Nortel Networks Benefit Determination Review Team (the "Nortel Networks BDRT") at Post Office Box 1407 Lincolnshire, IL 60069-1407 (a Claim Initiation Form may be obtained by calling the plan's Savings Service Center at 1-800-726-0026). If the Nortel Networks BDRT determines that any individual who has claimed a right to receive benefits under the Plan is not entitled to receive all or any part of the benefits claimed, it shall inform the claimant in writing of its determination and the reasons therefore in a manner calculated to be understood by the claimant. Such notification shall be given within a reasonable period of time, but not later than ninety (90) days after receipt of the claim by the Nortel Networks BDRT, unless the Nortel Networks BDRT determines that special circumstances require an extension of time for processing the claim. If the Nortel Networks BDRT determines that an extension of time for processing is required, written notice of the extension shall be furnished to the claimant prior to the termination of the initial ninety (90) day period. In no event shall such extension exceed a period of ninety (90) days from the end of such initial period. The extension notice shall indicate the special circumstances requiring an extension of time and the date by which the Plan expects to render the benefit determination.    Such notification shall set forth, in a manner calculated to be understood by the claimant: (i) the specific reason or reasons for the adverse determination; (ii) reference to the specific plan provisions on which the

determination is based; (iii) a description of any additional material or information necessary for the claimant to perfect the claim and an explanation of why such material or information is necessary; (iv) a description of the Plan's review procedures and the time limits applicable to such procedures, including a statement of the claimant's right to bring a civil action under section 502(a) of ERISA following an adverse benefit determination on review.

## Appeal Procedure

Following an initial adverse decision by the Nortel Networks BDRT concerning a claim for benefits, a claimant may appeal such determination within sixty (60) days of receipt of the notification of the adverse benefit determination. Such an appeal should be filed with the Employee Benefits Committee. A claimant who appeals a denied claim may submit to the Employee Benefits Committee written comments, documents, records, and other information relating to the claim for benefits. The claimant shall be provided, upon request and free of charge, reasonable access to, and copies of, all documents, records, and other information relevant to the claimant's claim for benefits. A document, record, or other information is "relevant" to a claim for benefits if it: (i)was relied upon in making the benefit determination; (ii) was submitted, considered, or generated in the course of making the benefit determination, without regard to whether such document, record, or other information was relied upon in making the benefit determination; or (iii) demonstrates compliance with the administrative processes and safeguards required by ERISA and the applicable regulations in making the benefit determination. The review of such an appeal by the Employee Benefits Committee shall take into account all comments, documents, records, and other information submitted by the claimant relating to the claim, without regard to whether such information was submitted or considered in the initial benefit determination.

The Employee Benefits Committee shall make a decision on the claimant's appeal no later than the date of the meeting of the Employee Benefits Committee that immediately follows the Plan's receipt of a request for review, unless the request for review is filed within thirty (30) days preceding the date of such meeting. In such case, a benefit determination may be made by no later than the date of the second meeting following the Plan's receipt of the request for review. If special circumstances require a further extension of time for processing, a benefit determination shall be rendered not later than the third meeting of the Employee Benefits Committee following the Plan's receipt of the request for review. If such an extension of time for review is required because of special circumstances, the Employee Benefits Committee shall provide the claimant with written notice of the extension, describing the special circumstances and the date as of which the benefit determination will be made, prior to the commencement of the extension. The Employee Benefits Committee shall notify the claimant of the benefit determination as soon as possible, but not later than five (5) days after the benefit determination is made.

An appeal to the Employee Benefits Committee should follow the process described above and should be mailed to:

Nortel Networks Inc.
Employee Benefits Committee
220 Athens Way, Suite 300
Nashville, TN  37228

# When Benefits May Not Be Paid

There are some situations when benefits may not be payable, or may be less than you expect. These situations are as follows:

- If you do not apply for benefits or fail to provide information needed to compute your benefit, no benefit can be paid.

# Tax Information

Tax information can be found in Appendix B.

# Statement of ERISA Rights

As a member of the Long-Term Investment Plan, you are entitled to certain rights and protections under the Employee Retirement Income Security Act of 1974 (ERISA). ERISA provides that all plan members will be entitled to:

- Examine, without charge, at the Plan Administrator's office and at other specified places such as worksites and the offices of HR Shared Services, all plan documents, including copies of all documents filed by the plan with the U.S. Department of Labor, such as detailed annual reports.
- Obtain copies of all plan documents and other plan information upon written request to HR Shared Services (acting on behalf of the Plan Administrator). The administrator may make a reasonable charge for the copies.
- Receive a summary of the plan's annual financial report. The Plan Administrator is required by law to furnish each participant with a copy of this summary annual report.
- Obtain a statement, free of charge, telling you whether you have a right to receive a benefit and, if so, the amount of your vested benefits.

In addition to creating rights for plan members, ERISA imposes duties upon the people who are responsible for the operation of the plan. The people who operate the plan, called "fiduciaries" of the plan, have a duty to do so prudently and in the interest of you and other plan members and beneficiaries. No one, including your employer, or any other person, may fire you or otherwise discriminate against you in any way to prevent you from obtaining a benefit or exercising your rights under ERISA. If your claim for a benefit is denied in whole or in part, you must receive a written explanation of the reason

for the denial. You have the right to have the Plan Administrator review and reconsider your claim. If you have a claim for benefits which is denied or ignored, in whole or in part, you may file suit in state or Federal court, but only after you have exhausted the plan's claims and appeals procedure, but only after you have exhausted the plan's claims and appeals procedure as described on pages 15 through17.

Under ERISA, there are steps you can take to enforce the above rights. For instance, if you request materials from the plan and do not receive them within 30 days, you may file suit in a federal court. The court may require the Plan Administrator to provide the materials and pay you up to $110 a day until you receive the materials, unless the materials were not sent because of reasons beyond the Administrator's control. If you have a claim for benefits which is denied or ignored, in whole or in part, you may file suit in a state or federal court, but only after you have exhausted the plan's claims and appeals procedure as described on pages 15 through17.

If the plan fiduciaries misuse the plan's money, or if you are discriminated against for asserting your rights, you may seek assistance from the U.S. Department of Labor, or you may file suit in a federal court. The court will decide who should pay court costs and legal fees. If you are successful, the court may order the person you have sued to pay these costs and fees. If you lose, the court may order you to pay these costs and fees, for example, if it finds your claim is frivolous. If you have any questions about the Plan, you should contact the Nortel Networks Long-Term Savings Center (acting for the Plan Administrator). If you have any questions about this statement or about your rights under ERISA, or if you need assistance in obtaining documents from the Plan Administrator, you should contact the nearest office of the Employee Benefits Security Administration, U.S. Department of Labor, listed in your telephone directory, or:

Division of Technical Assistance and Inquiries Employee Benefits

Security Administration U.S. Department of Labor 200 Constitution Ave. N.W.

Washington, D.C.  20210


You may also obtain certain publications about your rights and responsibilities under

ERISA by calling the publications hotline of the Employee Benefits Security

Administration or visit the EBSA website at www.dol.gov/ebsa.


# Continuation of the Plan

Nortel Networks Inc. reserves the right to change the Plan and, if necessary, discontinue it at any time. Amendments will be made by appropriate actions of the committees to which the Company has delegated amendment responsibilities and by the Board of

Directors of the Company.

# Plan Documents

This description of the Nortel Networks Long-Term Investment Plan summarizes the official Plan document. We have tried to write this summary in clear, understandable and non-technical language. The official Plan texts are the Nortel Networks Long-Term Investment Plan and the Trust Agreement between Nortel Networks Inc. and the Plan Trustee. The official Plan texts are the governing documents in the event questions arise and will control if there is a conflict between these documents and this summary.

# Plan Information

| | |
|---|---|
| Plan Sponsor: | Nortel Networks Inc.<br>220 Athens Way, Suite 300<br>Nashville, TN 37228<br>(615) 432-4000 or ESN 222-4000 |
| Plan Name: | Nortel Networks Long-Term Investment Plan |
| Plan Administrator: | Nortel Networks Retirement Plan Committee<br>220 Athens Way, Suite 300<br>Nashville, TN 37228<br>(615) 432-4000 or ESN 222-4000 |
| Type of Plan: | A defined contribution pension plan. |
| Employer Identification Number: | 04-2486332 |
| Plan Number: | 003 |
| Plan Year: | January 1 through December 31 |
| Trustee: | Northern Trust Company<br>50 South LaSalle St<br>Chicago, IL 60603<br>312-630-6000 |
| Agent for Legal Process: | Lynn Egan |

Nortel Networks Inc.
220 Athens Way, Suite 300
Nashville, TN 37228

(615) 432-4000 or ESN 222-4000

# *LONG-TERM INVESTMENT PLAN – APPENDIX A*

## ABOUT THE INVESTMENT OPTIONS

The Plan offers several investment fund options.   Several of these funds are mutual funds.   While many mutual funds outside the Long-Term Investment Plan charge a "load" or sales charge when you buy shares, no load is charged to the participant for any Plan funds. (Loads are a percentage of the investment amount and may be charged when you buy, when you sell or throughout the period you own the fund.)

Investments in the mutual funds are made at the unit value of such funds. The unit value is based on the closing price for the relevant mutual fund on the date of investment. The unit values of these funds may differ slightly from the mutual fund's net asset value for reasons including the fact that a portion of these funds may be held in cash.

Investments in the Nortel Networks Corporation Stock Fund are made at the unit value of such fund which is based on the daily composite price of Nortel Networks Corporation common shares on the date of investment.  The daily composite price is set at 4:00 p.m. Eastern. The unit value of this fund may differ slightly from the daily composite price for reasons including the fact that a small portion of this fund is held in cash to facilitate trading.  Effective January 1, 2008, the Nortel Networks Stock Fund is closed to new investments from participants.

Investments in the Fixed Income Investment Fund are made at the unit value of such fund which is calculated daily based on the value of the fund's investments as of the preceding month-end plus the value of accrued interest to date of the investment. Unit values of this fund are also affected by a portion of this fund being held in cash and certain investment management expenses that may be charged to the fund.

The relevant unit values at which investment purchases are made will be reflected on the written statements that are sent to participants. Daily units prices are also available online at http://resources.hewitt.com/nortelnetworks  or from the Savings Center toll-free at (800) 726-0026.  The Savings Center can provide further details regarding the calculation of the relevant purchase price.  Please note that any of the investment fund options may be temporarily closed by the fund manager to new investments.


Following are the general descriptions of each investment option, based on information provided by each investment manager. For more detailed information, please request a prospectus from the Savings Center (see "Administrative Information") and discuss with

your investment advisor.

# FIXED INCOME INVESTMENT FUND

## Type of Fund

Stable Value/Fixed Income fund invested in investment contracts and securities carried at book value - a combination selected to protect the portfolio from gains and losses associated with interest rate movements.

## Objective

To provide stability of principal with potentially higher returns than money market funds over most time periods.

## Investment Strategy

Invests in a well-diversified portfolio of high-quality fixed income instruments and financial institution book value liquidity agreements that provide principal protection. Investments are selected according to their relative value, quality, liquidity, maturity and other characteristics.

## This investment generally appeals to:

- Short-term investors looking to preserve principal.
- Individuals seeking an income-oriented investment designed to stay ahead of inflation.
- Individuals looking for a conservative investment to supplement their total portfolios.

## Fund Manager – Deutsche Asset Management Inc.

2006:  4.75%
2005:  4.62%
2004:  4.61%
2003:  5.18%
2002:  5.99%
2001:  6.22%
2000:  6.28%
1999:  6.28%
1998:  6.57%
1997:  6.47%

Note: Past performance is not indicative or a guarantee of future returns. Further information regarding the performance history can be obtained by checking the Hewitt web site at http://resources.hewitt.com/nortelnetworks or by calling the Savings Center toll-free at (800) 726-0026.

# PIMCO TOTAL RETURN A FUND

## Type of Fund
Marketable Bond fund invested in broad range of domestic fixed income securities, including corporate, government and mortgage sectors.

## Objective
Provide a total return consistent with the broad bond market.

## Investment Strategy
Invests in a well-diversified portfolio of high-quality debt securities, including corporate, government, and mortgage bonds. This fund may invest in non-U.S. and non-investment grade bonds as well.

## This investment generally appeals to:
- Medium-term investors looking to preserve principal, but with a higher risk/return potential than typical money market or stable value funds.
- Investors willing to accept the volatility of bond returns reacting inversely to interest rates.
- Individuals seeking an income-oriented investment designed to stay ahead of inflation.
- Individuals looking for a more conservative investment to supplement their total portfolios.

## Fund Manager – Allianz Global Inv Fund Mgmt

2006:  3.71%
2005:  2.64%
2004:  4.86%
2003:  5.27%
2002:  9.92%
2001:  9.25%
2000:  11.76%
1999: -0.53%
1998:  N/A
1997:  N/A

Note: Past performance is not indicative or a guarantee of future returns. Further information regarding the performance history can be obtained by checking the Hewitt web site at http://resources.hewitt.com/nortelnetworks or by calling the Savings Center toll-free at (800) 726-0026.

23

# DWS LIFECYCLE LONG RANGE FUND (INSTITUTIONAL CLASS)

## Type of Fund
Balanced fund that includes domestic stocks, bonds and cash.  The Fund uses a combination of actively and passively-managed underlying funds.

## Objective
Provide current income and long-term capital growth with reduced risk over time.

## Investment Strategy
Invests in a broadly diversified mix of stock, bond and money market investments selected and adjusted based on changing market and economic conditions.

## This investment generally appeals to:

- Medium and long-term investors willing to accept short-term price fluctuations in exchange for potential income and growth opportunities.

- Individuals seeking a broadly diversified mix of investments.

- Individuals wanting exposure to stocks, bonds and money markets without making the asset allocation decision. That decision is deferred to the investment manager.

## Fund Manager – Aberdeen Asset Management Inc.

2006:  9.15%
2005:  4.81%
2004:  11.92%
2003:  20.01%
2002: -11.03%
2001: -4.52%
2000: -2.08%
1999: 13.17%
1998: 21.50%
1997: 23.51%

Note: Past performance is not indicative or a guarantee of future returns. Further information regarding the performance history can be obtained by checking the Hewitt web site at http://resources.hewitt.com/nortelnetworks or by calling the Savings Center toll-free at (800) 726-0026.

# MASTERWORKS LIFEPATH INCOME FUND AND THE 2010 - 2040 FUNDS

## Type of Funds
Lifestyle funds with premixed investments in different funds and asset classes based on the investor's approximate retirement age.

## Objectives
Provide total return - including capital gains, dividends, and interest - for investors retiring in a particular year.

## Investment Strategies
Offers a more conservative allocation to stocks, bonds, and cash as the retirement date approaches. In other words, Masterworks LifePath Income Fund is the most conservative of these funds and Masterworks LifePath 2040 is relatively aggressive. The funds can invest up to 20% in foreign securities.

Special Note: With the five Masterworks LifePath funds, investors select the appropriate option based on the year they plan to retire. For example, the 2010 fund is geared more to retirement around 2010. As the retirement year approaches, the allocation within each fund shifts among stocks, bonds, and cash, moving more to bonds and cash as retirement approaches.

The Masterworks LifePath Income Fund will have a relatively larger percentage of assets in bonds and cash than the Masterworks LifePath 2010, and so on. Please note that these funds are designed to be selected as a single diversified investment choice for those who wish to leave their investment allocation to the fund managers.

## This investment generally appeals to:
- Medium and long-term investors seeking income and growth.
- Individuals seeking one investment choice for all assets.
- Individuals seeking a broadly diversified mix of investments that offers a risk/reward spectrum based on approximate year of retirement. The asset allocation decision is deferred to the fund manager.

## Fund Manager – Barclays Global Investors

Masterworks LifePath Income Fund

2005:  9.19%
2005:  4.57%

2004:  7.40%
2003:  12.75%
2002: -2.60%
2001:  3.39%
2000:  4.73%
1999:  4.84%
1998: 10.31%
1997: 10.71%

Note: Past performance is not indicative or a guarantee of future returns. Further information regarding the performance history can be obtained by checking the Hewitt web site at http://resources.hewitt.com/nortelnetworks or by calling the Savings Center toll-free at (800) 726-0026.

## Masterworks LifePath 2010 Fund

2006:  10.69%
2005:  5.50%
2004:  8.64%
2003:  16.54%
2002: -8.00%
2001: -0.93%
2000:  0.71%
1999:  9.49%
1998: 15.71%
1997: 16.58%

Note: Past performance is not indicative or a guarantee of future returns. Further information regarding the performance history can be obtained by checking the Hewitt web site at http://resources.hewitt.com/nortelnetworks or by calling the Savings Center toll-free at (800) 726-0026.

## Masterworks LifePath 2020 Fund

2006:  13.60%
2005:  6.92%
2004:  10.15%
2003:  20.83%
2002: -12.37%
2001: -6.33%
2000: -3.72%
1999: 14.15%
1998: 19.61%
1997: 21.21%

Note: Past performance is not indicative or a guarantee of future returns. Further information regarding the performance history can be obtained by checking the Hewitt web site at http://resources.hewitt.com/nortelnetworks or by calling the Savings Center toll-free at (800) 726-0026.

Masterworks LifePath 2030 Fund

2006:  15.82%
2005:  7.90%
2004:  11.31%
2003:  23.72%
2002: -15.91%
2001: -9.84%
2000: -5.66%
1999: 16.80%
1998: 22.49%
1997: 24.51%

Note: Past performance is not indicative or a guarantee of future returns. Further information regarding the performance history can be obtained by checking the Hewitt web site at http://resources.hewitt.com/nortelnetworks or by calling the Savings Center toll-free at (800) 726-0026.

Masterworks LifePath 2040 Fund

2006:  17.70%
2005:  8.74%
2004:  12.05%
2003:  27.11%
2002: -18.80%
2001: -13.18%
2000:  -9.70%
1999:  21.36%
1998:  25.35%
1997:  26.86%

Note: Past performance is not indicative or a guarantee of future returns. Further information regarding the performance history can be obtained by checking the Hewitt web site at http://resources.hewitt.com/nortelnetworks or by calling the Savings Center toll-free at (800) 726-0026.

# NTGI RUSSELL 1000 VALUE EQUITY INDEX FUND

## Type of Fund

Passively-managed fund that attempts to match the return of the Russell 1000 Value Index.

## Objective

Match the returns of the Russell 1000 Value Index. This index tracks the performance of companies that have lower price-to-book ratios and forecasted growth ratios. The companies in the index are selected from among the 1,000 largest U.S. companies.

## Investments and Strategy

Include stocks in the Russell 1000 Value Index. To minimize trading expenses, the portfolio may not mirror the index exactly.

## This investment generally appeals to:

- Long-term investors willing to accept price volatility in exchange for potentially higher returns.
- Individuals wanting a very diversified fund of large companies to supplement their total portfolios.

## Fund Manager – Northern Trust Global Investments

2006:  22.23%
2005:  7.14%
2004:  16.55%
2003:  29.89%
2002: -15.52%
2001:  -5.57%
2000:   7.08%
1999:   7.35%
1998:  15.63%
1997: 35.18%

Note: Past performance is not indicative or a guarantee of future returns. Further information regarding the performance history can be obtained by checking the Hewitt web site at http://resources.hewitt.com/nortelnetworks or by calling the Savings Center toll-free at (800) 726-0026.

# NTGI S&P 500 EQUITY INDEX FUND

## Type of Fund

Passively-managed fund that attempts to match the return of the S&P 500 Index.

## Objective

Match the returns of the U.S. stock market as represented by the S&P 500 Index, a benchmark that tracks 500 companies considered to be representative of the U.S. economy.

## Investment Strategy
Includes stocks in the S&P 500 Index, generally in the same order and size as the index. To minimize trading expenses, the portfolio may not mirror the index exactly.

## This investment generally appeals to:
- Medium to longer-term investors willing to accept short-term price fluctuations in exchange for potentially higher long-term returns.
- Individuals wanting a very diversified fund of larger companies – both growth and value - to help diversify their total portfolios.

## Fund Manager – Northern Trust Global Investments

2006:  15.85%
2005:  4.92%
2004:  10.90%
2003:  28.67%
2002: -22.09%
2001: -11.92%
2000: -13.49%
1999:  27.76%
1998:  28.53%
1997:  33.38%

Note: Past performance is not indicative or a guarantee of future returns.  Further information regarding the performance history can be obtained by checking the Hewitt web site at http://resources.hewitt.com/nortelnetworks or by calling the Savings Center toll-free at (800) 726-0026.

# ALLIANZ RCM LARGE CAP GROWTH FUND

## Type of Fund
Actively-managed Large Cap Growth fund that invests primarily in stocks with market capitalization of more than $3 billion and characteristics such as high price-to-earnings ratio, high price-to-book ratio; and low dividend yield.

29

## Objective
Achieve long-term capital appreciation.

## Investment Strategy
Invests primarily in stocks of large U.S. companies in high-growth industries.

## This investment generally appeals to:
- Long-term investors willing to accept significant price volatility in exchange for potentially higher returns.
- Individuals wanting a fund of large cap growth stocks to help diversify their total portfolios.

## Fund Manager – Allianz Global Inv Fund Mgmt

2006:  6.97%
2005:  10.19%
2004:  6.72%
2003:  18.66%
2002: -23.23%
2001: -21.98%
2000: -8.35%
1999:  45.43%
1998   43.44%
1997   31.98%

Note: Past performance is not indicative or a guarantee of future returns. Further information regarding the performance history can be obtained by checking the Hewitt web site at http://resources.hewitt.com/nortelnetworks or by calling the Savings Center toll-free at (800) 726-0026.


# DWS MID CAP GROWTH FUND (INSTITUTIONAL CLASS)

## Type of Fund
Actively-managed Medium Cap Growth fund that invests in stocks with market capitalization between $1 billion and $12 billion, and characteristics such as high price-to-earnings ratio, high price-to-book ratio and low dividend yield.

## Objective
Achieve long-term capital appreciation.

## Investment Strategy

Invests in stocks of medium-sized U.S. companies in high-growth industries. Selection is based on analyzing large scale economic, political and social developments, and then focusing on the industries most likely to benefit from the changes taking place.

## This investment generally appeals to:

- Long-term investors willing to accept significant price volatility in exchange for potentially higher returns.
- Individuals wanting a fund of medium cap growth stocks to help diversify their total portfolios.

## Fund Manager – Deutsche Inv. Mgmt. Americas Inc.

2006:  10.99%
2005:  12.59%
2004:  10.06%
2003:  28.64%
2002: -20.26%
2001: -13.14%
2000:   -1.36%
1999:  49.70%
1998:  17.98%
1997:  15.68%

Note: Past performance is not indicative or a guarantee of future returns. Rates Further information regarding the performance history can be obtained by checking the Hewitt web site at http://resources.hewitt.com/nortelnetworks or by calling the Savings Center toll-free at (800) 726-0026.

# TEMPLETON FOREIGN FUND

## Type of Fund

Actively-managed International Equity fund that invests in securities of foreign companies.

## Objective

Achieve long-term capital growth.

## Investment Strategy

Invests in stocks of companies that are located or receive a majority of operating income from outside the United States. Selection is based on potential to produce a consistently higher total rate of return. Fund will invest in emerging market stocks as well.

31

## This investment generally appeals to:

- Long-term investors seeking superior long-term growth.
- Individuals comfortable with market, currency, and political risks of non-U.S. investments.
- Individuals wanting a fund of international stocks to help diversify their total portfolios.

## Fund Manager – Templeton Global Advisors Limited

2006:  19.92%
2005:  10.62%
2004:  18.13%
2003:  30.49%
2002: -8.59%
2001: -7.92%
2000:  -3.68%
1999:  39.21%
1998: -4.89%
1997:  6.65%

Note: Past performance is not indicative or a guarantee of future returns. Further information regarding the performance history can be obtained by checking the Hewitt web site at http://resources.hewitt.com/nortelnetworks or by calling the Savings Center toll-free at (800) 726-0026.

# FIDELITY LOW-PRICED STOCK FUND

## Type of Fund
Actively-managed Small-Cap Value fund that seeks capital appreciation by investing in undervalued common stock of small companies.

## Objective
Achieve capital appreciation.

## Investment Strategy
The fund invests in stocks that may be undervalued because they are overlooked by many investors, or because the public is overly pessimistic about the company's prospects. The share price and the total returns of the funds will be subject to market fluctuations. While small company stocks have potential for significant growth, they may also entail above-average risks.

## This investment generally appeals to:

- Long-term investors willing to accept high short-term price fluctuations in exchange for potentially superior long-term growth.
- Individuals wanting a portfolio of small value stocks to help diversify their total portfolios.

## Fund Manager – Fidelity Management and Research

2006:  17.75%
2005:  8.64%
2004:  22.23%
2003:  40.82%
2002:  -6.88%
2001:  26.70%
2000:  18.83%
1999:   5.08%
1998:   0.53%
1997:  26.73%

Note: Past performance is not indicative or a guarantee of future returns. Further information regarding the performance history can be obtained by checking the Hewitt web site at http://resources.hewitt.com/nortelnetworks or by calling the Savings Center toll-free at (800) 726-0026.

# ROYCE PREMIER FUND (INSTITUTIONAL CLASS)

## Type of Fund
Actively-managed Small Cap Value fund that seeks capital appreciation by investing in undervalued common stock of small companies.

## Objective
Achieve capital appreciation.

## Investment Strategy
The fund invests in stocks with market capitalizations between $500 million and $2.5 billion with a focus on higher quality companies within the small cap universe.  The share price and the total returns of the funds will be subject to market fluctuations.  While small company stocks have potential for significant growth, they may also entail above-average risks.

## This investment generally appeals to:

- Long-term investors willing to accept high short-term price fluctuations in exchange for potentially superior long-term growth.
- Individuals wanting a portfolio of small value stocks to help diversify their total portfolios.

## Fund Manager – Royce & Associates, LLC

2006:  8.86%
2005:  17.19%
2004:  22.96%
2003:  38.8%
2002:  -7.8%
2001:   9.6%
2000:  17.1%
1999:  11.5%


Note: Performance results shown are that of the Royce Premier Financial Intermediary Share Class.
Note: Past performance is not indicative or a guarantee of future returns. Further information regarding the performance history can be obtained by checking the Hewitt web site at
http://resources.hewitt.com/nortelnetworks or by calling the Savings Center toll-free at (800) 726-0026.

# NORTEL NETWORKS CORPORATION STOCK FUND

Effective January 1, 2008, the Nortel Networks Stock Fund is closed to new investments.

## Type of Fund

Company stock fund that invests primarily in the stock of one company with a small investment in cash to facilitate trading requirements.

## Objective

Achieve long-term capital growth.

## Investment Strategy

Invests primarily in Nortel Networks Corporation common shares, with a small investment in cash to facilitate the fund's trading requirements.

# This investment generally appeals to:

- Long-term investors wanting to participate in ownership of Nortel Networks Corporation.
- Individuals comfortable with fluctuations in value that can accompany a single stock investment.

2006:  -13.36%
2005:  -12.62%
2004:  -16.89%
2003:  156.19%
2002:  -78.11%
2001:  -75.94%
2000:  -35.21%
1999:  294.35%
1998:   14.04%
1997:   43.85%

Note: Past performance is not indicative or a guarantee of future returns. Further information regarding the performance history can be obtained by checking the Hewitt web site at http://resources.hewitt.com/nortelnetworks or by calling the Savings Center toll-free at (800) 726-0026.

# LONG-TERM INVESTMENT PLAN – APPENDIX B

## U.S. Federal Income Tax Consequences of Participation in the Plan

### General Tax Consequences to the Participant

The following is a general description of the federal income tax consequences of participation in the Plan; it does not describe state and local income tax consequences or any tax consequences in any jurisdiction outside the United States or special rules applicable to United States citizens residing outside the United States. State, local and foreign income tax consequences may vary. You should consult your own tax adviser with regard to your personal tax consequences of participating in the Plan.

The Plan is intended to be qualified under Section 401 of the Internal Revenue Code of 1986, as amended (the "Code"), and the following discussion is based on the assumption that it is so qualified.

Your contributions to the Plan are deducted from your wages or salary before any deduction for federal income taxes. In other words, your contributions are made on a pre-tax basis and are not subject to federal income tax at the time the contributions are made to the Plan; however, these contributions are subject to social security (FICA) taxes at such time. The Company's contributions to the Plan are not taxed or subject to FICA taxes at the time they are contributed to the Plan. In addition, investment earnings, if any, with respect to your and the Company's contributions are not taxed until such earnings are distributed to you from the Plan. You pay no federal income taxes on any of these amounts as long as they remain in the Plan.

### Withdrawals While Working

After you have reached age 59 ½ and while you remain employed with the Company, you may elect to have your entire account balance under the Plan (e.g., all of the Company's contributions and your contributions and all investment earnings then credited to your account) distributed to you in cash. If you choose to withdraw your account balance, the entire amount withdrawn will be subject to federal income tax, at ordinary income rates, when you withdraw it, except for any portion of your withdrawal that you rollover to another employer's qualified plan, an individual retirement account ("IRA") including a Roth IRA (for distributions after 2007), as described below.

**Distributions When You Leave the Company**

Your contributions, the Company's contributions and all investment earnings are subject to federal income tax, at ordinary income rates, when they are distributed to you when you leave the Company, except for any portion of your distribution that you rollover to another employer's qualified plan or an IRA, or that you elect to transfer directly from the Plan to another qualified plan or IRA, as described below. In addition, if you leave the Company before age 55 and receive a distribution of all or any portion of your account balance under the Plan before age 59½, the amount you receive will generally be subject to an additional 10% penalty, as described below.

**Withholding**

In general, the Company is required by law to withhold 20% of any amount actually distributed to you from the Plan, including any amount that you subsequently rollover to another qualified plan or an IRA. (Withholding is not required for any amount that you elect to transfer directly from the Plan to another qualified plan or an IRA.) The amount withheld is applied to satisfy a portion of your federal income tax liability with respect to the Plan distribution. Additional withholding may also be required under applicable state tax law. When you file your federal income tax return for the year in which you received your Plan distribution, you may be required to pay additional federal income tax on the distribution. However, depending on your tax bracket or if you rollover all or a portion of the distribution to another qualified plan, or to an IRA within 60 days of your receipt of the distribution from the Plan, part or all of the amount withheld may be refunded to you.

There is one exception to the 20% withholding rule. If you receive your Plan distribution in equal installments over your life, over your life and the life of your beneficiary, or over a period based on your life expectancy or that of you and your beneficiary, the Company will withhold federal income taxes from each installment at the same rate as the Company withheld federal income taxes from your salary or wages. You can, however, elect not to have any amount withheld, although you will remain liable for payment of income taxes on all Plan distributions.

**Direct Transfers and Rollovers**

If your service with the Company ends, you may request that all or a portion of your account balance be transferred directly from the Plan to another employer's qualified plan, other eligible retirement plan, or to an IRA. Note that Plan rules only allow a rollover to be made to one qualified plan or to one financial institution (not split between a plan and a financial institution or between two financial institutions).

Amounts that are directly transferred to another qualified plan or an IRA will not be subject to federal income or withholding taxes until they are paid out from such other plan or IRA. In addition, if all or any portion of your account balance is paid directly to you from the Plan and you rollover all or any portion of the amount paid to you to another employer's qualified plan or an IRA within 60 days of receipt of such amount

37

from the Plan, you will not incur federal income tax on the amount rolled over to the other qualified plan or IRA at the time of distribution from the Plan. (As noted above, such amount will be subject to federal income tax withholding at the time of distribution from the Plan.) The amount transferred directly or rolled over will retain its tax-deferred status until you receive a distribution of the amount from the qualified plan or IRA.

### Penalty Taxes

The principal type of penalty tax assessed on distributions from the Plan is an *early* distribution excise tax. The early distribution excise tax is a 10% nondeductible tax that is imposed on any distribution from the Plan, regardless of the amount, if you are under age 59½ at the time of the distribution. However, this tax will not apply if (i) you leave the Company after you reach age 55 and you receive the distribution after the termination of your employment, (ii) the distribution is made to your beneficiary after your death, (iii) you use the distribution to pay medical expenses which are deductible on your tax return, (iv) the distribution is made on account of your disability or (v) the distribution is made in a series of substantially equal installments over your remaining life (or life expectancy) or the remaining life (or life expectancy) of you and your beneficiary, regardless of your age. This tax also will not apply to the portion of any distribution that you receive following the termination of your employment that you rollover into another qualified plan or IRA within 60 days of receipt from the Plan, or to any amount that you elect to transfer directly from the Plan to another qualified plan or IRA.

### Company Stock Fund

Distributions from the Company Stock Fund are made, at the election of the Participant, in Shares or cash. There is a special rule for a distribution from the Plan that includes Shares. To use this special rule, the payment must qualify as a "lump sum distribution" (as defined below). Under this rule, you will not have to pay taxes on the "net unrealized appreciation" of the Shares received in your distribution until you sell the Shares. Net unrealized appreciation is generally equal to any increase in the value of the Shares distributed to you from the date your contributions or the Company's contributions are invested in the Company Stock Fund to the date the Shares are actually distributed to you. For example, if the Shares are worth $1,000 at the time your or the Company's contributions are invested in the Company Stock Fund and the Shares are worth $1,200 when you receive them, you will not have to pay taxes on the $200 increase in value until you later sell the Shares. In addition, any appreciation realized by you upon a later sale of the Shares may be eligible for favorable capital gains rates.

You may elect not to have the special rule apply to the net unrealized appreciation. In that case, you will be taxed on the amount of net unrealized appreciation in the year you receive the Shares, unless you transfer or roll over the Shares into another qualified plan or an IRA.

38

A "lump sum distribution" is a payment to you, within one calendar year, of your entire account balance under the Plan (and certain other similar plans of the employer) that is payable to you after you have reached age 59½ or have separated from service with the Company.

**General Tax Consequences to the Company**

The Company is generally entitled to a compensation deduction for the amounts contributed to the Plan to the same extent as if the Company had paid such amounts as current compensation.

The preceding discussion is only a general summary of certain United States income tax consequences arising from the purchase and disposition of Shares pursuant to the Plan.  It is suggested that you obtain competent professional advice regarding the application of United States Federal tax laws to your particular situation.  Moreover, the above summary relates only to United States income taxation.  Employees subject to state or local income taxation or to taxation in foreign jurisdictions may have different tax consequences, either more or less favorable, from those described above.  Such employees should seek competent professional advice regarding the applicability of provincial, state, local, or foreign tax laws.

# LONG-TERM INVESTMENT PLAN – APPENDIX C

## PLAN LOAN PROGRAM PROCEDURE

The Nortel Networks Long-Term Investment Plan (the "Plan") authorizes the Plan Administrator to direct Hewitt to make loans available to Participants who are Employees or Suspended Participants (i.e. certain former employees of the Company who became employed by another company as a result of a corporate transaction with the Company which did not entitle the former employee to a distribution from the Plan and for which there was no transfer of assets to another plan) and who is a party-in-interest, as that term is defined in ERISA Section 3(14) (hereinafter "Eligible Participants").

However, before any loan is made, the Plan requires that a written plan loan program procedure be established which sets forth the rules and guidelines for making such loans. This document shall serve as the required written loan program procedure. In addition, the Plan Administrator may use this document to serve as, or supplement, any required notice of the loan program to Participants and Beneficiaries. You will find references below to sections of the Nortel Networks Long-Term Investment Plan's Plan document. You may obtain a copy of the Plan document by contacting HR Shared Services at ESN 355-9351, toll-free at (800) 676-4636 or at (919) 905-9351. (A copying fee may be charged.)

If you have questions about Plan Loans or this Plan Loan Program Procedure, please contact the Nortel Networks Long-Term Savings Service Center toll-free at (800) 726-0026 (during regular business hours).

1. The Plan Administrator has established a Plan Loan Program effective February 1, 1994, and has directed Hewitt to administer the Plan Loan Program. All applications for loans shall be made by an Eligible Participant to Hewitt by such method which Hewitt will make available for such purpose. All loan applications shall be considered by Hewitt within a reasonable time after the Eligible Participant makes application to Hewitt.

2. Hewitt shall determine whether an Eligible Participant qualifies for a loan, applying criteria such as, but not limited to, whether adequate security has been provided for the loan; whether the Eligible Participant agrees, as a condition for receiving the loan, to make repayments through direct, after-tax payroll deduction by the Company or, where applicable, through Automated Clearing House

40

processing or coupons; whether the Eligible Participant has an outstanding Plan loan; and whether the Eligible Participant is in default on a Plan loan.

3. Adequate security must be provided by the Eligible Participant before a loan is granted. For this purpose, the Plan shall consider an Eligible Participant's interest in the Plan to be adequate security. However, in no event shall the loan be more than fifty percent (50%) of the Vested portion of the Eligible Participant's Total Account Value as of the most recently available Valuation Date at the time the loan is processed by the Hewitt.

4. No more than one (1) Plan loan shall be outstanding to an Eligible Participant at a time.  No loan shall be issued to an Eligible Participant who has defaulted on a Plan loan.

5. A Plan loan shall not be available to an Eligible Participant for a reason of financial hardship as defined in Section 7.2.(a) of the Plan (and also summarized in the Hardship Withdrawals section of this document).

6. The amount of a loan made to an Eligible Participant shall not be less than $1,000 and shall not exceed an amount equal to

   (a) the lesser of: (i) Fifty Thousand Dollars ($50,000) (reduced by the Eligible Participant's highest outstanding loan balance from the Plan during the twelve (12) month period ending on the day before the date on which the loan is made) or (ii) one-half (1/2) of the Vested portion of the Eligible Participant's Total Account Value as of the most recently available Valuation Date at the time the loan is processed by Hewitt; minus

   (b) the total outstanding loan balance of the Eligible Participant under all other . loans from all qualified plans of the Company or an Affiliated Company.

7. If an Eligible Participant requests a loan hereunder, and such loan is approved by Hewitt, the loan amount provided to the Eligible Participant (hereafter the "Loan Recipient") shall be funded by a liquidation of the Vested portion of the Loan Recipient's Total Account Value. A loan processing fee of seventy-five dollars ($75.00) (or such other amount as the Plan Administrator shall determine) shall be deducted from the loan amount. Funds shall be liquidated on a pro-rata basis from the Investment Options according to the following hierarchy (from first to be liquidated to last): matched Employee Elected Company Contributions; unmatched Employee Elected Company Contributions; Rollover Contributions; Vested Company Contributions; and Employee Contributions. Loan repayments, including interest, shall be reinvested in the Loan Recipient's account in Investment Options according to the Loan Recipient's latest investment election and in the reverse hierarchical order of the liquidation set forth in this Section 7.

8. Any loan granted under this program shall bear a fixed rate of interest over the term of the loan. The interest rate for the Plan Loan Program shall be established quarterly and shall be The Northern Trust Company's  Prime Rate plus 1% or

such other rate established by a methodology to be determined solely by the Plan Administrator in accordance with requirements of Code Section 4975(d)(1).

9. The terms of the loan shall (a) require level payments using the economic accrual method of amortization with payments by payroll deduction or, when the Loan Recipient is no longer on the payroll, by the Automated Clearing House process or coupon, to occur not less frequently than quarterly, (b) require that the loan be repaid in five (5) years or less except with respect to "mortgage loans" which must be repaid in fifteen (15) years or less with the loan due date established only in one (1) year increments; (c) allow prepayment of the full, or, on or after April 1, 1997, any portion of the loan balance at any time after six (6) months without penalty; and, (d) require that the loan, including principal and accrued interest, become due and payable in full (to the extent not otherwise due and payable) on the date the Loan Recipient or Beneficiary, as applicable, is first eligible to request a distribution of the Total Account Value under Section 2.3(b) of the Plan because of the occurrence of the following: (i) termination of employment as set forth in Section 2.3(a)(1) if such termination was initiated by the Loan Recipient or based on the Loan Recipient's acts or conduct determined in the sole discretion of the Plan Administrator not to be in the best interests of the Company; (ii) termination of employment with the Company as set forth in Section 2.3(a)(3) of the Plan; or (iii) termination of employment for any reason, including retirement pursuant to Section 2.3.a.(4) or Total and Permanent Disability pursuant to Section 2.3.b.( 2) when such Loan Recipient shall receive a distribution pursuant to Section 8.2.b. If the Loan Recipient elects not to repay the loan in full on the date set forth in this Section 9(d), the loan balance, including principal and accrued interest, may either be offset against the Vested portion of the Loan Recipient's Total Account Value or may be paid through payments paid through Automated Clearing House processing or coupons, at the election of the Loan Recipient (subject to the provisions of item # 10 below.

10. If while a loan is outstanding, a Loan Recipient becomes eligible for and requests a distribution of his or her Total Account Value pursuant to Section 2.3(b) of the Plan, except as set forth in Section 9(d) above, the loan, including principal and accrued interest, shall become due and payable in full (to the extent not otherwise due and payable) immediately. If the Loan Recipient elects not to repay the loan in full prior to the request for distribution, the loan balance, including principal and accrued interest, shall be offset against the distribution of the Loan Recipient's Total Account Value.

11. If a scheduled loan payment is not made in full on the date when such payment is due, the unpaid amount must be paid by the end of the calendar quarter following the quarter in which the repayment(s) was missed. Repayments during any quarter will first be applied to missing repayments. If the missed repayments are not repaid by the end of the calendar quarter following, the loan will be defaulted. Interest on the outstanding balance of the loan will continue to accrue in the event of default. The Plan Administrator may exercise any appropriate remedies in the

event of a default. The default will be deemed a distribution, a taxable event under the Code, and appropriate documents reporting such distribution will be issued. The defaulted loan balance shall be offset against the Vested portion of the Loan Recipient's Total Account Value at such time as the Loan Recipient is first eligible for a distribution of his or her Total Account Value in accordance with Section 2.3(b) of the Plan, unless such Loan Recipient repays the loan in full: (a) while still an Employee and (b) prior to eligibility for such a distribution.

12. Effective January 1, 1999, if while a loan is outstanding, a termination of employment with the Company occurs as a result of a corporate divestiture or other transaction which is accompanied by a fund-to-fund transfer of the Vested portion of the Loan Recipient's Total Account Value from the Fund to the trust fund of the qualified plan of the Loan Recipient's new employer, the loan may be transferred as a part of such fund-to-fund transfer. However, if that does not occur for any reason, including the election of the Loan Recipient or the new employer, the loan shall become immediately due and payable as described in item #9(d) above.

13. All terms used in this document with initial capitalization shall have the meanings assigned to them under the provisions of the Plan or as defined in this document.

# LONG-TERM INVESTMENT PLAN – APPENDIX D

## FEES AND EXPENSES

There are several types of direct and indirect expenses related to the Nortel Networks Long-Term Investment Plan (the "Plan").

a) **Expenses paid by individual participants**.
    Fund management expense (net of any rebate) is paid by plan participants who invest in that investment fund - see the table below for details. Trustee and custody expense, to the extent that it is attributable to a particular investment fund, is paid by plan participants who invest in that investment fund. A loan processing fee is paid by each plan participant who takes out a loan from the plan (see Appendix C).

b) **Expenses shared by all participants**.
    Trustee and custody expense that can not be attributed to a particular investment fund (such as fees for issuance of checks and direct deposits) is paid by all plan participants pro-rata, based on the value of their investment holdings.

c) **Expenses shared by plan participants and Nortel**.
    The expense of the record keeper (Hewitt) related to administration of plan members accounts is shared by Nortel and plan participants. To the extent that there are rebates of the fund management expense charged to participants' accounts, those rebates are applied against the record keeper expense.  Nortel pays the balance of the record keeper expense.

The rebates referenced in paragraph (c) above are provided by some mutual fund managers.  They are paid to the record keeper.  The record keeper provides some services with regard to plan members that these mutual fund managers would normally provide (in the absence of a record keeper such as Hewitt with regard to the investment of the plan member's account).  So, some of the mutual fund managers may consider the rebates to be compensation for services that the manager would otherwise have to perform. However, both Nortel and the record keeper view those payments as indirect payments from the plan as they compensate the entity that actually performs the administrative functions for the plan members. Neither Nortel, nor the record keeper will benefit, should the total amount of the rebates exceed the amount of the plan administration expense.

The breakdown of the management fees that is charged to plan participants' accounts is provided in the following table:

| Type | Funds (investment options) | Ticker | Management fee charged to participants | | |
|---|---|---|---|---|---|
| | | | Total fee % | Total fee % related to fund management | Total fee % related to plan administration |
| Commingled trusts | BGI LifePath Retirement | n/a | 0.50% | 0.50% | -- |
| | BGI LifePath 2010 | n/a | 0.50% | 0.50% | -- |
| | BGI LifePath 2020 | n/a | 0.50% | 0.50% | -- |
| | BGI LifePath 2030 | n/a | 0.50% | 0.50% | -- |
| | BGI LifePath 2040 | n/a | 0.50% | 0.50% | -- |
| | NTGI Russell 1000 Value Index | n/a | 0.01% | 0.01% | -- |
| | NTGI S&P 500 Index | n/a | 0.01% | 0.01% | -- |
| | Nortel Company Stock | n/a | 0.01% | 0.01% | -- |
| | DWS Stable Value | n/a | 0.10% | 0.10% | -- |
| Mutual funds | DWS Lifecycle Long Range Inst | BTAMX | 0.55% [1] | 0.39% [2] | 0.16% |
| | DWS Mid Cap Growth Inst | BTEAX | 1.00% [1] | 0.75% [2] | 0.25% |
| | Fidelity Low Priced Stock | FLPSX | 0.87% [1] | 0.62% [2] | 0.25% |
| | PIMCO Total Return | PTRAX | 0.68% [1] | 0.43% [2] | 0.25% |
| | RCM Large-Cap Growth | DLGAX | 0.97% [1] | 0.62% [2] | 0.35% |
| | Templeton Foreign A | TEMFX | 1.15% [1] | 0.75% [2] | 0.40% |
| | Royce Premier Inst | RPFIX | 1.02% [1] | 1.02% [2] | -- |

Notes:
  (1) Maximum management expense ratio (MER) per mutual fund prospectus. Should the maximum MER change, please refer to updated prospectus for respective mutual fund.
  (2) Maximum MER less plan administration component of the fee.

H
A
N
D

D
E
L
I
V
E
R
Y

_Rene Salisbury_
**RECEIVED BY:**

_9/30/09_
**DATE**

_343_
**TIME**