# **CERTIFICATE OF SERVICE**

I, Tamara K. Minott, certify that I am not less than 18 years of age, and that service of the foregoing **Debtors' Reply In Further Support Of Its Forty-Fifth Omnibus Objection (Substantive) To Certain Claims** was caused to be made on November 3, 2016, in the manner indicated upon the individual identified below.

Date: November 3, 2016
/s/ *Tamara K. Minott*
Tamara K. Minott (No. 5643)

**Via Overnight Mail**

Bogdan Wislocki
115 Hayward St.
Yonkers, NY 10704