# EXHIBIT A

# HOURS/BILLABLE AMOUNTS BY PROJECT
# NORTEL NETWORKS, INC.

**Name:** RLKS Executive Solutions LLC

**Working Dates:** Start Date 10/1/2016    End Date 10/31/2016
**Enter Billing Rate/Hr:** 590.00

| Project No. | Project Name | Hours/Minutes Worked | Billing Rate | Billing Amount |
|---|---|---|---|---|
| 1 | IT Infrastructure Support/eData Search Support | 124.00 | $590.00 | $73,160.00 |
| 2 | Document Management and Research Support, Call Center | 153.30 | $590.00 | $90,447.00 |
| 3 | Human Resources - Former Employee Related Projects | 1.30 | $590.00 | $767.00 |
| 4 | Fee Apps | 43.00 | $590.00 | $25,370.00 |
| 5 | Non-working travel | 53.00 | $295.00 | $15,635.00 |
| 6 | Claims Administration & Reconciliation, Distribution Support | 516.50 | $590.00 | $304,735.00 |
| 7 | Tax/Finance Matters and Budget Projects | 43.00 | $590.00 | $25,370.00 |
| 8 | Misc Debtor Issues and Communications | | | |
| 9 | Analysis/Case Modeling/Plan/Disclosure Support | 674.00 | $590.00 | $397,660.00 |
| | **Hours/Billing Amount for Period:** | **1,608.10** | | **$933,144.00** |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 10/2/2016 | IT Infrastructure Support | Raj Perubhatla | 1 | 4.3 |
| 10/3/2016 | Server security updates, patches, virus / malware definitions, space reclamation, troubleshooting errors | Brandon Bangerter | 1 | 4.4 |
| 10/3/2016 | Correspondence and review of details for tape storage | Kathryn Schultea | 1 | 0.7 |
| 10/3/2016 | Electronic Media @ IRM coordination | Raj Perubhatla | 1 | 2.3 |
| 10/4/2016 | Data Center cables runs, cleanup, tracing routes and troubleshooting hardware errors | Brandon Bangerter | 1 | 3.8 |
| 10/5/2016 | NetBackup configuration changes to policies, monitoring / Server security updates / definitions updates | Brandon Bangerter | 1 | 3.6 |
| 10/6/2016 | Rebuilding hardware for access to servers, printers, and shares / VPN access | Brandon Bangerter | 1 | 5.3 |
| 10/6/2016 | NetBackup monitoring / restarts and updates to policies / resolving server space issues / hardware fixes | Brandon Bangerter | 1 | 2.5 |
| 10/7/2016 | NetBackup configuration changes to policies, monitoring / server hardware replacements and testing | Brandon Bangerter | 1 | 2.7 |
| 10/7/2016 | IT Infrastructure monitoring | Raj Perubhatla | 1 | 2.2 |
| 10/7/2016 | Datacenter onsite inspection | Raj Perubhatla | 1 | 0.7 |
| 10/7/2016 | EV5 Maintenance | Raj Perubhatla | 1 | 2.4 |
| 10/10/2016 | Configuration and updates to servers / NetBackup configuration changes and starts / hardware errors | Brandon Bangerter | 1 | 4.6 |
| 10/10/2016 | IT Infrastructure Support | Raj Perubhatla | 1 | 2.4 |
| 10/11/2016 | Server configuration changes and troubleshooting errors / NetBackup changes / security updates | Brandon Bangerter | 1 | 4.3 |
| 10/12/2016 | NetBackup policy updates, job restarts, catalog cleanup / servers space issues | Brandon Bangerter | 1 | 3.8 |
| 10/12/2016 | IT Infrastructure Support | Raj Perubhatla | 1 | 3.2 |
| 10/13/2016 | Server configuration updates / definitions / scans and troubleshooting error messages | Brandon Bangerter | 1 | 2.7 |
| 10/14/2016 | Server configuration changes / NetBackup changes and monitoring / access rights to shares | Brandon Bangerter | 1 | 4.8 |
| 10/14/2016 | QuickBooks testing for Interim distribution | Raj Perubhatla | 1 | 2.2 |
| 10/14/2016 | IT Infrastructure support | Raj Perubhatla | 1 | 3.3 |
| 10/14/2016 | QuickBooks call with RTP in the morning | Raj Perubhatla | 1 | 0.5 |
| 10/14/2016 | QuickBooks call with RTP in the afternoon | Raj Perubhatla | 1 | 0.7 |
| 10/17/2016 | NetBackup configuration changes to policies, monitoring / server hardware replacements and testing | Brandon Bangerter | 1 | 3.4 |
| 10/17/2016 | IT Infrastructure support | Raj Perubhatla | 1 | 5.7 |
| 10/18/2016 | NetBackup configuration changes to policies, monitoring / resolving server hardware issues | Brandon Bangerter | 1 | 2.3 |
| 10/18/2016 | IT Infrastructure monitoring | Raj Perubhatla | 1 | 3.6 |
| 10/18/2016 | IT Infrastructure Support | Raj Perubhatla | 1 | 1.6 |
| 10/18/2016 | IT Infrastructure support for QuickBooks | Raj Perubhatla | 1 | 2.7 |
| 10/18/2016 | ECMS Database support | Raj Perubhatla | 1 | 2.5 |
| 10/21/2016 | NetBackup policy updates, job restarts, catalog cleanup / servers space issues | Brandon Bangerter | 1 | 1.7 |
| 10/21/2016 | IT Infrastructure Support: email setup | Raj Perubhatla | 1 | 4.7 |
| 10/23/2016 | IT Infrastructure support in the Data center | Raj Perubhatla | 1 | 4.2 |
| 10/26/2016 | Datacenter hardware replacement and testing / Installation of new post printer / NetBackup monitoring | Brandon Bangerter | 1 | 3.4 |
| 10/26/2016 | Positive pay development | Raj Perubhatla | 1 | 4.0 |
| 10/26/2016 | IT Infrastructure support | Raj Perubhatla | 1 | 2.2 |
| 10/27/2016 | IT Infrastructure monitoring | Raj Perubhatla | 1 | 3.3 |
| 10/28/2016 | NetBackup monitoring / restarts and updates to policies / hardware replacement and testing | Brandon Bangerter | 1 | 2.5 |
| 10/28/2016 | IT Infrastructure monitoring | Raj Perubhatla | 1 | 4.5 |
| 10/31/2016 | IT Support for Livelink searches | Raj Perubhatla | 1 | 4.3 |
| 10/3/2016 | Employee Claims Distribution - Research addresses of Claimants for notification | Daniel Tollefsen | 2 | 7.3 |
| 10/3/2016 | Employee Claims Distribution - Captured claimant calls regarding tax solicitation letters, entered tracking and noted address changes. | Felicia Buenrostro | 2 | 3.0 |
| 10/3/2016 | Correspondence - Iron Mountain Retrieval request | Kathryn Schultea | 2 | 1.8 |
| 10/4/2016 | Employee Claims Distribution - Research addresses of Claimants for notification | Daniel Tollefsen | 2 | 6.4 |
| 10/4/2016 | Employee Claims Distribution - Captured claimant calls regarding tax solicitation letters, entered tracking and noted address changes. | Felicia Buenrostro | 2 | 5.0 |
| 10/5/2016 | Employee Claims Distribution - Research addresses of Claimants for notification | Daniel Tollefsen | 2 | 7.6 |
| 10/5/2016 | Employee Claims Distribution - Captured claimant calls regarding tax solicitation letters, entered tracking and noted address changes. | Felicia Buenrostro | 2 | 4.0 |
| 10/5/2016 | Call Center - Claimant calls regarding tax solicitation questions and related follow-up, data entry of information provided | Leticia Barrios | 2 | 1.2 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 10/6/2016 | Research and review work of Canadian claimants and tier previous W-2's | Daniel Tollefsen | 2 | 7.8 |
| 10/6/2016 | Employee Claims Distribution - Captured claimant calls regarding tax solicitation letters, entered tracking and noted address changes. | Felicia Buenrostro | 2 | 3.0 |
| 10/7/2016 | Research and review work of Canadian claimants and tier previous W-2's | Daniel Tollefsen | 2 | 5.5 |
| 10/10/2016 | Research and review work of Canadian claimants and tier previous W-2's | Daniel Tollefsen | 2 | 7.7 |
| 10/10/2016 | Employee Claims Distribution - Captured claimant calls regarding tax solicitation letters, entered tracking and noted address changes. | Felicia Buenrostro | 2 | 6.0 |
| 10/10/2016 | Correspondence - Document Destruction and review of final inventory | Kathryn Schultea | 2 | 2.5 |
| 10/10/2016 | Call Center - Claimant calls regarding tax solicitation questions and related follow-up, data entry of information provided | Leticia Barrios | 2 | 2.5 |
| 10/11/2016 | Research and review work of Canadian claimants and tier previous W-2's | Daniel Tollefsen | 2 | 7.3 |
| 10/11/2016 | Employee Claims Distribution - Captured claimant calls regarding tax solicitation letters, entered tracking and noted address changes. | Felicia Buenrostro | 2 | 5.0 |
| 10/11/2016 | Call Center - Claimant calls regarding tax solicitation questions and related follow-up, data entry of information provided | Leticia Barrios | 2 | 1.5 |
| 10/12/2016 | Research and review of claimant addresses for notification purposes | Daniel Tollefsen | 2 | 5.3 |
| 10/12/2016 | Employee Claims Distribution - Captured claimant calls regarding tax solicitation letters, entered tracking and noted address changes. | Felicia Buenrostro | 2 | 4.0 |
| 10/13/2016 | Research and review of claimant addresses for notification purposes | Daniel Tollefsen | 2 | 5.8 |
| 10/13/2016 | Employee Claims Distribution - Captured claimant calls regarding tax solicitation letters, entered tracking and noted address changes. | Felicia Buenrostro | 2 | 4.0 |
| 10/13/2016 | Correspondence - Iron Mountain Retrieval request | Kathryn Schultea | 2 | 0.5 |
| 10/13/2016 | Call Center - Claimant calls regarding tax solicitation questions and related follow-up, data entry of information provided | Leticia Barrios | 2 | 2.0 |
| 10/14/2016 | Research and review of claimant addresses for notification purposes | Daniel Tollefsen | 2 | 7.3 |
| 10/14/2016 | Employee Claims Distribution - Captured claimant calls regarding tax solicitation letters, entered tracking and noted address changes. | Felicia Buenrostro | 2 | 4.0 |
| 10/17/2016 | Call Center - Claimant calls regarding tax solicitation questions and related follow-up, data entry of information provided | Leticia Barrios | 2 | 1.5 |
| 10/25/2016 | Document research for Northern Trust files on server shares | Brandon Bangerter | 2 | 2.1 |
| 10/27/2016 | Research and review work on claimants addresses and previous W-2's related to notification on future distribution | Daniel Tollefsen | 2 | 7.6 |
| 10/27/2016 | Request for Nortel EE files from Iron Mountain | Felicia Buenrostro | 2 | 1.0 |
| 10/28/2016 | Research and review work on claimants addresses and previous W-2's related to notification on future distribution | Daniel Tollefsen | 2 | 7.8 |
| 10/28/2016 | Employee Claims Distribution - Captured claimant calls regarding tax solicitation letters, entered tracking and noted address changes. | Felicia Buenrostro | 2 | 5.0 |
| 10/28/2016 | Call Center - Claimant calls regarding tax solicitation questions and related follow-up, data entry of information provided | Leticia Barrios | 2 | 1.2 |
| 10/31/2016 | Research and review work on claimants addresses and previous W-2's related to notification on future distribution | Daniel Tollefsen | 2 | 6.8 |
| 10/31/2016 | Request for Nortel EE files from Iron Mountain | Felicia Buenrostro | 2 | 1.5 |
| 10/31/2016 | Correspondence re: iron mountain materials | Kathryn Schultea | 2 | 0.8 |
| 10/24/2016 | Read, review, research subpoena request | Kathryn Schultea | 3 | 0.8 |
| 10/27/2016 | Correspondence - Iron Mountain - Subpoena request | Kathryn Schultea | 3 | 0.5 |
| 10/1/2016 | Fee Application Tracking | Mary Cilia | 4 | 1.0 |
| 10/2/2016 | Fee application work and consolidation for submission | Kathryn Schultea | 4 | 3.5 |
| 10/4/2016 | Fee application work and consolidation for submission | Kathryn Schultea | 4 | 3.5 |
| 10/7/2016 | Fee app tracking | Brandon Bangerter | 4 | 1.0 |
| 10/7/2016 | Fee App | Daniel Tollefsen | 4 | 1.0 |
| 10/7/2016 | Weekly Fee Application Work and consolidation | Felicia Buenrostro | 4 | 1.5 |
| 10/7/2016 | Fee application work | Kathryn Schultea | 4 | 1.0 |
| 10/7/2016 | Fee Apps | Raj Perubhatla | 4 | 1.0 |
| 10/8/2016 | Weekly Fee Application Work | Leticia Barrios | 4 | 1.0 |
| 10/8/2016 | Fee Application Tracking | Mary Cilia | 4 | 1.0 |
| 10/11/2016 | Preliminary examiner report review | Kathryn Schultea | 4 | 0.2 |
| 10/14/2016 | Fee app tracking | Brandon Bangerter | 4 | 1.0 |
| 10/14/2016 | Fee App | Daniel Tollefsen | 4 | 1.0 |
| 10/14/2016 | Weekly Fee Application Work and consolidation | Felicia Buenrostro | 4 | 1.3 |
| 10/14/2016 | Fee application work | Kathryn Schultea | 4 | 1.0 |
| 10/14/2016 | Fee Apps | Raj Perubhatla | 4 | 1.0 |
| 10/15/2016 | Weekly Fee Application Work | Leticia Barrios | 4 | 1.0 |
| 10/15/2016 | Fee Application Tracking | Mary Cilia | 4 | 1.0 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 10/17/2016 | Fee application | David Kantorczyk | 4 | 1.0 |
| 10/21/2016 | Fee app tracking | Brandon Bangerter | 4 | 1.0 |
| 10/21/2016 | Fee App | Daniel Tollefsen | 4 | 1.0 |
| 10/21/2016 | Weekly Fee Application Work and consolidation | Felicia Buenrostro | 4 | 1.0 |
| 10/21/2016 | Fee application work | Kathryn Schultea | 4 | 1.0 |
| 10/21/2016 | Fee Apps | Raj Perubhatla | 4 | 1.0 |
| 10/22/2016 | Weekly Fee Application Work | Leticia Barrios | 4 | 1.0 |
| 10/22/2016 | Fee Application Tracking | Mary Cilia | 4 | 1.0 |
| 10/28/2016 | Fee app tracking | Brandon Bangerter | 4 | 1.0 |
| 10/28/2016 | Fee App | Daniel Tollefsen | 4 | 1.0 |
| 10/28/2016 | Weekly Fee Application Work and consolidation | Felicia Buenrostro | 4 | 1.5 |
| 10/28/2016 | Fee application work | Kathryn Schultea | 4 | 1.0 |
| 10/28/2016 | Fee Apps | Raj Perubhatla | 4 | 1.0 |
| 10/29/2016 | Weekly Fee Application Work | Leticia Barrios | 4 | 1.0 |
| 10/29/2016 | Fee Application Tracking | Mary Cilia | 4 | 1.0 |
| 10/31/2016 | Fee Application | David Kantorczyk | 4 | 1.0 |
| 10/31/2016 | Fee application work and consolidation for submission | Kathryn Schultea | 4 | 3.5 |
| 10/2/2016 | Non-Working travel Houston to NYC | Kathryn Schultea | 5 | 5.0 |
| 10/4/2016 | Non-Working Travel: Houston to New York | Mary Cilia | 5 | 4.5 |
| 10/4/2016 | Non working travel to New York | Raj Perubhatla | 5 | 2.0 |
| 10/6/2016 | Non-Working travel NYC to Houston | Kathryn Schultea | 5 | 5.0 |
| 10/6/2016 | Non-Working Travel: New York to Houston | Mary Cilia | 5 | 4.5 |
| 10/6/2016 | Non working travel from New York | Raj Perubhatla | 5 | 2.0 |
| 10/25/2016 | Non-Working travel Houston to North Carolina | Felicia Buenrostro | 5 | 5.0 |
| 10/25/2016 | Non-working travel Houston to Charlotte NC | Kathryn Schultea | 5 | 5.0 |
| 10/25/2016 | Non-Working travel (Charlotte to Raleigh) | Leticia Barrios | 5 | 5.0 |
| 10/27/2016 | Non-working travel Charlotte NC to Houston | Felicia Buenrostro | 5 | 5.0 |
| 10/27/2016 | Non-working travel Charlotte NC to Houston | Kathryn Schultea | 5 | 5.0 |
| 10/27/2016 | Non-Working travel (Charlotte to Houston) | Leticia Barrios | 5 | 5.0 |
| 10/1/2016 | Research, review and reconcile open claims and related e-mails/ negotiations | Mary Cilia | 6 | 0.3 |
| 10/3/2016 | Summarize status of Foreign and Domestic EY tax templates and discussion with Mcilia | David Kantorczyk | 6 | 1.0 |
| 10/3/2016 | Segregate, add and analyze Allowed claims and unmatched schedules to the EY Foreign and Domestic templates. | David Kantorczyk | 6 | 7.0 |
| 10/3/2016 | Employee Claims Distribution - Open mail and scan all W-4 | Felicia Buenrostro | 6 | 1.5 |
| 10/3/2016 | Lexis Nexus - research all return mail for address changes. | Felicia Buenrostro | 6 | 3.3 |
| 10/3/2016 | Employee Claims Distribution - Develop report with findings from team on last known work state for LSI Distribution claimants W-2 processing. | Leticia Barrios | 6 | 6.7 |
| 10/3/2016 | Research and follow up e-mails with MNAT and EPIQ re: claims issues | Mary Cilia | 6 | 0.7 |
| 10/3/2016 | Review updated claim report from EPIQ and follow up research and e-mails to address issues | Mary Cilia | 6 | 2.6 |
| 10/4/2016 | Segregate, add and analyze Allowed claims and unmatched schedules to the EY Foreign and Domestic templates. | David Kantorczyk | 6 | 7.0 |
| 10/4/2016 | Employee Claims Distribution - Open mail and scan all W-4 | Felicia Buenrostro | 6 | 1.0 |
| 10/4/2016 | Lexis Nexus - research all return mail for address changes. | Felicia Buenrostro | 6 | 1.5 |
| 10/4/2016 | Employee Claims Distribution - Develop report with findings from team on last known work state for LSI Distribution claimants W-2 processing. | Leticia Barrios | 6 | 8.2 |
| 10/4/2016 | Read, review, research and respond to various creditor inquiries by phone and e-mail | Mary Cilia | 6 | 0.8 |
| 10/5/2016 | Segregate, add and analyze Allowed claims and unmatched schedules to the EY Foreign and Domestic templates. | David Kantorczyk | 6 | 6.0 |
| 10/5/2016 | Review and analysis of post petition payments in regard to claims scheduled for distribution | David Kantorczyk | 6 | 0.8 |
| 10/5/2016 | Lexis Nexus - research all return mail for address changes. | Felicia Buenrostro | 6 | 3.0 |
| 10/5/2016 | Employee Claims Distribution - Open mail and scan all W-4 | Felicia Buenrostro | 6 | 1.0 |
| 10/5/2016 | Employee Claims Distribution - Develop report with findings from team on last known work state for LSI Distribution claimants W-2 processing. | Leticia Barrios | 6 | 7.7 |
| 10/6/2016 | Review of open claims for unliquidated assertions | David Kantorczyk | 6 | 2.0 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 10/6/2016 | Review and analysis of post petition payments in regard to claims scheduled for distribution | David Kantorczyk | 6 | 2.0 |
| 10/6/2016 | Segregate, add and analyze Allowed claims and unmatched schedules to the EY Foreign and Domestic templates. | David Kantorczyk | 6 | 3.0 |
| 10/6/2016 | Employee Claims Distribution - Open mail and scan all W-4 | Felicia Buenrostro | 6 | 1.3 |
| 10/6/2016 | Lexis Nexus - research all return mail for address changes. | Felicia Buenrostro | 6 | 3.3 |
| 10/6/2016 | Employee Claims Distribution - Pull W-2 reports for Canadian claimants for 2009 forward for severance withholding review | Leticia Barrios | 6 | 7.3 |
| 10/6/2016 | Research, review and reconcile open claims and related e-mails/ negotiations | Mary Cilia | 6 | 2.1 |
| 10/7/2016 | Preparation for and meeting with EY on Gross to Net Calculation / Claims status updates | Brandon Bangerter | 6 | 2.4 |
| 10/7/2016 | Segregate, add and analyze Allowed claims and unmatched schedules to the EY Foreign and Domestic templates. | David Kantorczyk | 6 | 7.0 |
| 10/7/2016 | Meeting with RLKS and EY team members to discuss status update for Gross to Net Tax Project (W-2 Work address verifications, timelines, and W-4 Load file) | Felicia Buenrostro | 6 | 5.0 |
| 10/7/2016 | Meeting with RLKS and EY team members to discuss status update for Gross to Net Tax Project and case status | Kathryn Schultea | 6 | 1.0 |
| 10/7/2016 | Research, review and reconcile open claims and related e-mails/ negotiations | Mary Cilia | 6 | 3.2 |
| 10/7/2016 | Read, review, research and respond to various creditor inquiries by phone and e-mail | Mary Cilia | 6 | 1.6 |
| 10/7/2016 | Research issue regarding omnibus objections; related e-mails and calls to address issue and prepare revised exhibit | Mary Cilia | 6 | 1.7 |
| 10/8/2016 | Research, review and reconcile open claims and related e-mails/ negotiations | Mary Cilia | 6 | 2.3 |
| 10/10/2016 | Segregate, add and analyze Allowed claims and unmatched schedules to the EY Foreign and Domestic templates. | David Kantorczyk | 6 | 4.0 |
| 10/10/2016 | Employee Claims Distribution - Open mail and scan all W-4 | Felicia Buenrostro | 6 | 0.8 |
| 10/10/2016 | Lexis Nexus - research all return mail for address changes. | Felicia Buenrostro | 6 | 1.0 |
| 10/10/2016 | Employee Claims Distribution - Developed a report of resident address changes received from W-4 Solicitation processing and compared to Epic addresses. | Leticia Barrios | 6 | 5.3 |
| 10/10/2016 | Conference call with MNAT re: claim objection response and related document requests; related prep and follow up | Mary Cilia | 6 | 0.8 |
| 10/10/2016 | Research, review and reconcile open claims and related e-mails/ negotiations | Mary Cilia | 6 | 2.8 |
| 10/11/2016 | Segregate, add and analyze Allowed claims and unmatched schedules to the EY Foreign and Domestic templates. | David Kantorczyk | 6 | 7.0 |
| 10/11/2016 | Employee Claims Distribution - Open mail and scan all W-4 | Felicia Buenrostro | 6 | 1.0 |
| 10/11/2016 | Lexis Nexus - research all return mail for address changes. | Felicia Buenrostro | 6 | 2.0 |
| 10/11/2016 | Employee Claims Distribution - follow up on calls regarding tax solicitation letters and related address matters | Kathryn Schultea | 6 | 2.7 |
| 10/11/2016 | Correspondence re: EE Claims and research for matters on interim distribution | Kathryn Schultea | 6 | 1.4 |
| 10/11/2016 | Employee Claims Distribution - Developed a report of resident address changes received from W-4 Solicitation processing and compared to Epic addresses. | Leticia Barrios | 6 | 6.3 |
| 10/11/2016 | Research, review and reconcile open claims and related e-mails/ negotiations | Mary Cilia | 6 | 1.6 |
| 10/11/2016 | Review updated claims report from EPIQ and provide comments on issues | Mary Cilia | 6 | 1.3 |
| 10/12/2016 | Update status meeting with team members on Claims calculations and tax / QuickBooks checks printing | Brandon Bangerter | 6 | 3.3 |
| 10/12/2016 | Work on tax status of foreign claimants. | David Kantorczyk | 6 | 3.0 |
| 10/12/2016 | Completion of work on post-petition payments regarding upcoming intermediate distribution | David Kantorczyk | 6 | 3.0 |
| 10/12/2016 | Update LSI Non-employee distribution template. | David Kantorczyk | 6 | 2.0 |
| 10/12/2016 | Employee Claims Distribution - Open mail and scan all W-4 | Felicia Buenrostro | 6 | 1.0 |
| 10/12/2016 | Lexis Nexus - research all return mail for address changes. | Felicia Buenrostro | 6 | 1.5 |
| 10/12/2016 | Correspondence re: Claims Distribution matters | Kathryn Schultea | 6 | 1.5 |
| 10/12/2016 | Correspondence - Follow up on Employment Records review for addresses | Kathryn Schultea | 6 | 3.5 |
| 10/12/2016 | Employee Claims Distribution - Developed a report of resident address changes received from W-4 Solicitation processing and compared to Epic addresses. | Leticia Barrios | 6 | 8.3 |
| 10/12/2016 | Review claims upload report from R. Perubhatla; research newly filed claims and prepare updates load report for new claims | Mary Cilia | 6 | 2.2 |
| 10/12/2016 | Review of omnibus objection responses; related research and e-mails | Mary Cilia | 6 | 1.7 |
| 10/13/2016 | Claims printer installation and configuration / testing from server and through VPN connection | Brandon Bangerter | 6 | 2.5 |
| 10/13/2016 | Diligence and update interim distribution files | David Kantorczyk | 6 | 8.0 |
| 10/13/2016 | Lexis Nexus - research all return mail for address changes. | Felicia Buenrostro | 6 | 0.8 |
| 10/13/2016 | Correspondence re: last known work address matters | Kathryn Schultea | 6 | 1.5 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 10/13/2016 | Employee Claims Distribution - Developed a report of resident address changes received from W-4 Solicitation processing and compared to Epic addresses. | Leticia Barrios | 6 | 5.3 |
| 10/14/2016 | Diligence and update interim distribution files | David Kantorczyk | 6 | 8.0 |
| 10/14/2016 | Conf call with EY re: State footprint/address change review and related material review and preparation for discussion | Kathryn Schultea | 6 | 3.0 |
| 10/14/2016 | Correspondence re: former EE W9 discussion | Kathryn Schultea | 6 | 0.3 |
| 10/14/2016 | Correspondence re: Employer Tax - Employee Claims | Kathryn Schultea | 6 | 0.8 |
| 10/14/2016 | File review of W-4 address changes and compare | Kathryn Schultea | 6 | 1.8 |
| 10/14/2016 | Employee Claims Distribution - Developed a report of resident address changes received from W-4 Solicitation processing and compared to Epic addresses. | Leticia Barrios | 6 | 6.3 |
| 10/14/2016 | Read, review, research and respond to various creditor inquiries by phone and e-mail | Mary Cilia | 6 | 2.3 |
| 10/16/2016 | Read, review, research and respond to various creditor inquiries by phone and e-mail | Mary Cilia | 6 | 0.3 |
| 10/17/2016 | Claims file review, diligence, and reconciliation / recovery model to case exhibits | Brandon Bangerter | 6 | 5.3 |
| 10/17/2016 | Review and revise tax ID solicitation letter for interim distribution claimants | David Kantorczyk | 6 | 1.0 |
| 10/17/2016 | Diligence and update interim distribution files | David Kantorczyk | 6 | 3.0 |
| 10/17/2016 | Review and analysis of post petition payments in regard to claims scheduled for distribution | David Kantorczyk | 6 | 3.0 |
| 10/17/2016 | Employee Claims Distribution - Validate W-4 address changes and create Epic a file of differences with names and address changes | Felicia Buenrostro | 6 | 8.3 |
| 10/17/2016 | Conference call and follow-up correspondence re: PBGC claim | Kathryn Schultea | 6 | 2.6 |
| 10/17/2016 | Employee Claims Distribution - Validate W-4 address changes and create Epic a file of differences with names and address changes for loading | Leticia Barrios | 6 | 7.2 |
| 10/17/2016 | Review of additional omnibus objection responses; related research and e-mails | Mary Cilia | 6 | 1.4 |
| 10/17/2016 | Read, review, research and respond to various creditor inquiries by phone and e-mail | Mary Cilia | 6 | 1.5 |
| 10/17/2016 | Research, review and reconcile open claims and related e-mails/ negotiations | Mary Cilia | 6 | 1.2 |
| 10/18/2016 | Review, compare, and diligence the Master Claims general Ledger file to the latest claims recon file | Brandon Bangerter | 6 | 7.5 |
| 10/18/2016 | Review and analysis of post petition payments in regard to claims scheduled for distribution | David Kantorczyk | 6 | 4.0 |
| 10/18/2016 | Draft tax ID solicitation letters | David Kantorczyk | 6 | 3.0 |
| 10/18/2016 | Employee Claims Distribution - Validate W-4 address changes and create Epic a file of differences with names and address changes | Felicia Buenrostro | 6 | 8.0 |
| 10/18/2016 | Conf. Call re: Cornerstone and follow-up research for materials requested | Kathryn Schultea | 6 | 2.3 |
| 10/18/2016 | Employee Claims Distribution - Validate W-4 address changes and create Epic a file of differences with names and address changes for loading | Leticia Barrios | 6 | 8.3 |
| 10/18/2016 | Continued research related to omnibus objection responses; related e-mails | Mary Cilia | 6 | 2.9 |
| 10/18/2016 | Research, review and reconcile open claims and related e-mails/ negotiations | Mary Cilia | 6 | 2.4 |
| 10/19/2016 | Review, compare, and diligence the Master Claims general Ledger file to the latest claims recon file | Brandon Bangerter | 6 | 6.8 |
| 10/19/2016 | Preparation for and meeting with EY on Employment tax updates / Claims status updates | Brandon Bangerter | 6 | 1.5 |
| 10/19/2016 | Draft tax ID solicitation letter for foreign vendor claimants, transmittal letter for interim distribution and general tax ID solicitation letter | David Kantorczyk | 6 | 5.0 |
| 10/19/2016 | Employee Claims Distribution - Validate W-4 address changes and create Epic a file of differences with names and address changes | Felicia Buenrostro | 6 | 7.8 |
| 10/19/2016 | Conf. Call re: PBGC Claim and related research as requested in meeting | Kathryn Schultea | 6 | 1.8 |
| 10/19/2016 | Correspondence re: Interim Distribution and non-employee solicitation | Kathryn Schultea | 6 | 1.5 |
| 10/19/2016 | Correspondence re: Nortel Claims Call follow-up | Kathryn Schultea | 6 | 2.0 |
| 10/19/2016 | Employee Claims Distribution - Validate W-4 address changes and create Epic a file of differences with names and address changes for loading | Leticia Barrios | 6 | 7.8 |
| 10/19/2016 | Continued research related to omnibus objection responses; related e-mails | Mary Cilia | 6 | 2.6 |
| 10/20/2016 | Review, compare, and diligence the Master Claims general Ledger file to the latest claims recon file | Brandon Bangerter | 6 | 6.4 |
| 10/20/2016 | Segregate, add and analyze Allowed claims and unmatched schedules to the EY Foreign and Domestic templates. | David Kantorczyk | 6 | 6.5 |
| 10/20/2016 | Employee Claims Distribution - Validate W-4 address changes and create Epic a file of differences with names and address changes | Felicia Buenrostro | 6 | 8.0 |
| 10/20/2016 | Conf. Call re: PBGC Claim matter | Kathryn Schultea | 6 | 1.5 |
| 10/20/2016 | Correspondence re: Solicitation Letters | Kathryn Schultea | 6 | 1.5 |
| 10/20/2016 | Employee Claims Distribution - Validate W-4 address changes and create Epic a file of differences with names and address changes for loading | Leticia Barrios | 6 | 8.7 |
| 10/20/2016 | Research, review and reconcile open claims and related e-mails/ negotiations | Mary Cilia | 6 | 2.8 |
| 10/20/2016 | Read, review, research and respond to various creditor inquiries by phone and e-mail | Mary Cilia | 6 | 1.7 |
| 10/21/2016 | Segregate, add and analyze Allowed claims to the EY Foreign and Domestic templates. | David Kantorczyk | 6 | 5.0 |
| 10/21/2016 | Employee Claims Distribution - Validate W-4 address changes and create Epic a file of differences with names and address changes | Felicia Buenrostro | 6 | 7.3 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 10/21/2016 | Correspondence - Lexus Nexis - Review deceased employee claimants and addresses | Kathryn Schultea | 6 | 1.5 |
| 10/21/2016 | Correspondence re: NNI Postage | Kathryn Schultea | 6 | 0.5 |
| 10/21/2016 | Correspondence re: W4 Addresses | Kathryn Schultea | 6 | 2.3 |
| 10/21/2016 | Employee Claims Distribution - Validate W-4 address changes and create Epic a file of differences with names and address changes for loading | Leticia Barrios | 6 | 5.3 |
| 10/21/2016 | Research and reconciliation related to open cross-border employee claims; related e-mails with Monitor and Cleary | Mary Cilia | 6 | 1.8 |
| 10/21/2016 | Continued research related to omnibus objection responses; related e-mails | Mary Cilia | 6 | 0.9 |
| 10/22/2016 | Correspondence re: Interim Non-Employee Distribution | Kathryn Schultea | 6 | 1.0 |
| 10/24/2016 | Review, compare, and diligence the Master Claims general Ledger file to the latest claims recon file | Brandon Bangerter | 6 | 5.8 |
| 10/24/2016 | Segregate, add and analyze Allowed claims to the EY Foreign and Domestic templates. | David Kantorczyk | 6 | 4.0 |
| 10/24/2016 | Employee Claims Distribution - Validate W-4 address changes and create Epic a file of differences with names and address changes | Felicia Buenrostro | 6 | 8.0 |
| 10/24/2016 | Employee Claims Distribution - Validate W-4 address changes and create Epic a file of differences with names and address changes | Felicia Buenrostro | 6 | 7.8 |
| 10/24/2016 | Correspondence with Cornerstone and review of materials received | Kathryn Schultea | 6 | 0.7 |
| 10/24/2016 | Employee Claims Distribution - Validate W-4 address changes and create Epic a file of differences with names and address changes for loading | Leticia Barrios | 6 | 7.3 |
| 10/24/2016 | Research and respond to request for information from Cleary re: open cross-border employee claims; related e-mails and follow up | Mary Cilia | 6 | 1.8 |
| 10/24/2016 | Read, review, research and respond to various creditor inquiries by phone and e-mail | Mary Cilia | 6 | 1.6 |
| 10/25/2016 | Review, compare, and diligence the Master Claims general Ledger file to the latest claims recon file | Brandon Bangerter | 6 | 7.3 |
| 10/25/2016 | Employee Claims Distribution - Validate W-4 address changes and create Epic a file of differences with names and address changes | Felicia Buenrostro | 6 | 3.0 |
| 10/25/2016 | Research NT documents for objection filing | Kathryn Schultea | 6 | 2.8 |
| 10/25/2016 | Continued research related to omnibus objection responses; related e-mails and calls/negotiations | Mary Cilia | 6 | 2.6 |
| 10/25/2016 | Follow up research and e-mails re: open cross-border employee and non-employee claims | Mary Cilia | 6 | 1.9 |
| 10/26/2016 | Review, compare, and diligence the Master Claims general Ledger file to the latest claims recon file | Brandon Bangerter | 6 | 5.6 |
| 10/26/2016 | Phone conference with EY including preparation and summarization | David Kantorczyk | 6 | 0.5 |
| 10/26/2016 | Segregate, add and analyze Allowed claims to the EY Foreign and Domestic templates. | David Kantorczyk | 6 | 2.5 |
| 10/26/2016 | Continued research related to omnibus objection responses; related e-mails and calls/negotiations | Mary Cilia | 6 | 1.4 |
| 10/27/2016 | Review, compare, and diligence the Master Claims general Ledger file to the latest claims recon file | Brandon Bangerter | 6 | 8.8 |
| 10/27/2016 | Provide claim information to Cleary regarding Debtor's Objection to be filed | David Kantorczyk | 6 | 0.8 |
| 10/27/2016 | Employee Tax Solicitation lookup - last known addresses | Felicia Buenrostro | 6 | 2.0 |
| 10/27/2016 | Employee Claims Distribution - Review list of W-4 solicitation claimants with invalid submissions and gather information to contact | Leticia Barrios | 6 | 3.3 |
| 10/27/2016 | Continued research related to omnibus objection responses; | Mary Cilia | 6 | 2.4 |
| 10/28/2016 | Review, compare, and diligence the Master Claims general Ledger file to the latest claims recon file | Brandon Bangerter | 6 | 6.4 |
| 10/28/2016 | Employee Claims Distribution - review and finalize the validation file of W4 changes | Kathryn Schultea | 6 | 4.5 |
| 10/28/2016 | Employee Claims Distribution - Provide RLKS team members a report of International LSI Claimants and W-4 Solicitation responses with incorrect information to capture contact information | Leticia Barrios | 6 | 5.3 |
| 10/28/2016 | Read, review, research and respond to various creditor inquiries by phone and e-mail | Mary Cilia | 6 | 3.7 |
| 10/31/2016 | Review, compare, and diligence the Master Claims general Ledger file to the latest claims recon file | Brandon Bangerter | 6 | 7.8 |
| 10/31/2016 | Diligence on interim distribution check file | David Kantorczyk | 6 | 4.5 |
| 10/31/2016 | Employee Claims Distribution - Open mail and scan all W-4 | Felicia Buenrostro | 6 | 1.7 |
| 10/31/2016 | Call Center - Claimant calls regarding tax solicitation questions and related follow-up, data entry of information provided | Kathryn Schultea | 6 | 1.5 |
| 10/31/2016 | Received, reviewed various requests for research to support claims position | Kathryn Schultea | 6 | 2.3 |
| 10/31/2016 | Employee Claims Distribution - Provide RLKS team members a report of International LSI Claimants and W-4 Solicitation responses with incorrect information to capture contact information | Leticia Barrios | 6 | 5.3 |
| 10/31/2016 | Research, review and reconcile open claims and related e-mails/ negotiations | Mary Cilia | 6 | 2.2 |
| 10/31/2016 | Continued research related to omnibus objection responses; related e-mails | Mary Cilia | 6 | 1.8 |
| 10/1/2016 | Review and comment on materials from E&Y re EE tax summary detail and Canadian summary | Kathryn Schultea | 7 | 2.3 |
| 10/2/2016 | Review and comment on tax budget summary | Kathryn Schultea | 7 | 0.5 |
| 10/3/2016 | Correspondence - Nortel - EY Employment Tax Summary | Kathryn Schultea | 7 | 0.5 |
| 10/6/2016 | Meeting and follow-up correspondence re: Canadian Withholding Issue | Kathryn Schultea | 7 | 1.5 |
| 10/7/2016 | Conf. Call - Weekly Debrief with Tax and case status | Kathryn Schultea | 7 | 1.0 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 10/10/2016 | Follow-up on budget related items for disclosure and several quick calls re same | Kathryn Schultea | 7 | 2.8 |
| 10/11/2016 | Tax budget matters | Kathryn Schultea | 7 | 1.8 |
| 10/11/2016 | Reconciliation of September bank accounts and related reporting | Mary Cilia | 7 | 4.5 |
| 10/12/2016 | Conf. Call with EY re: Employment Tax Update | Kathryn Schultea | 7 | 1.0 |
| 10/12/2016 | Meeting with EY/RL on Tax budget | Kathryn Schultea | 7 | 2.3 |
| 10/12/2016 | Tax services budget | Richard Lydecker | 7 | 1.0 |
| 10/13/2016 | Correspondence re: Employment Tax Budget Details | Kathryn Schultea | 7 | 0.7 |
| 10/13/2016 | Correspondence re: Tax Budget | Kathryn Schultea | 7 | 1.0 |
| 10/13/2016 | Tax services budget | Richard Lydecker | 7 | 0.8 |
| 10/14/2016 | Conf. Call re: Weekly Debrief | Kathryn Schultea | 7 | 0.3 |
| 10/14/2016 | Correspondence - Tax budget outlook | Kathryn Schultea | 7 | 1.5 |
| 10/14/2016 | EY call projects JS,KS,AB | Richard Lydecker | 7 | 0.3 |
| 10/14/2016 | Tax services budget | Richard Lydecker | 7 | 0.5 |
| 10/16/2016 | Disclosure Statement | Richard Lydecker | 7 | 1.3 |
| 10/17/2016 | Various emails and discussion on materials provided for tax budget | Kathryn Schultea | 7 | 2.7 |
| 10/17/2016 | Correspondence re: Address changes - impacted claimant population with EY | Kathryn Schultea | 7 | 0.8 |
| 10/17/2016 | Plan Review | Richard Lydecker | 7 | 1.0 |
| 10/18/2016 | Tax update conference call | Kathryn Schultea | 7 | 0.5 |
| 10/18/2016 | Plan Review | Richard Lydecker | 7 | 1.5 |
| 10/18/2016 | Tax update call JS,KS,JW,KA,AB | Richard Lydecker | 7 | 0.5 |
| 10/20/2016 | Correspondence re: various litigation cost review | Kathryn Schultea | 7 | 0.8 |
| 10/20/2016 | Plan Review | Richard Lydecker | 7 | 0.6 |
| 10/21/2016 | EY conference call JW,DA,AB,JS | Richard Lydecker | 7 | 0.5 |
| 10/24/2016 | Correspondence re: Tax Issue on Employee Distributions | Kathryn Schultea | 7 | 1.0 |
| 10/25/2016 | Review materials and preparation for EFT set-ups | Kathryn Schultea | 7 | 2.2 |
| 10/28/2016 | Conf. Call re: Weekly Debrief | Kathryn Schultea | 7 | 1.0 |
| 10/28/2016 | Multiple correspondence on tax account set up and documentation needs | Kathryn Schultea | 7 | 0.5 |
| 10/28/2016 | Multiple correspondence on new states needed for distributions and testing scripts | Kathryn Schultea | 7 | 2.0 |
| 10/31/2016 | Correspondence - re additional tax states and testing | Kathryn Schultea | 7 | 1.3 |
| 10/31/2016 | Review EY statements and comparison of projected fees | Kathryn Schultea | 7 | 0.5 |
| 10/1/2016 | Review and update plan administrators agreement | Kathryn Schultea | 9 | 1.0 |
| 10/1/2016 | Review and comment on claims section of draft disclosure statement and provide summary of open claims | Mary Cilia | 9 | 2.7 |
| 10/1/2016 | Review revised recovery model output and draft reports | Mary Cilia | 9 | 0.8 |
| 10/2/2016 | Review draft disclosure statement | Kathryn Schultea | 9 | 0.5 |
| 10/3/2016 | Various emails and materials received, reviewed and responded re in-person claims meeting at Cleary in NY | Kathryn Schultea | 9 | 4.7 |
| 10/3/2016 | Meeting with Kim Ponder to discuss last known work address and location codes to load into EV5 | Leticia Barrios | 9 | 1.0 |
| 10/3/2016 | Prepare employee and non-employee claims analysis and reconciliation to review at meeting in New York for purposes of analyzing required claims reserves in the recovery model; related calls and e-mails with M. Kennedy and Cleary | Mary Cilia | 9 | 13.6 |
| 10/3/2016 | Employee Claims Distribution Modeling: T8 file | Raj Perubhatla | 9 | 5.3 |
| 10/3/2016 | Recovery Model development | Raj Perubhatla | 9 | 2.2 |
| 10/4/2016 | Conf. Call with M&T Bank re: Nortel accounts and related follow-up | Kathryn Schultea | 9 | 1.6 |
| 10/4/2016 | Review draft settlement and plan support agreement | Kathryn Schultea | 9 | 2.0 |
| 10/4/2016 | Review draft budget and relevant materials provided in advance of NY mtg with follow-up communication | Kathryn Schultea | 9 | 2.5 |
| 10/4/2016 | Conference call with M&T Bank re: opening of claims distribution accounts; related follow up e-mails and calls | Mary Cilia | 9 | 2.3 |
| 10/4/2016 | Review draft settlement and plan support agreement; reconciliation of schedules and documentation of items relevant to recovery model and questions | Mary Cilia | 9 | 2.3 |
| 10/4/2016 | Review draft budget and other materials provided in advance of meeting; documentation of notes and questions | Mary Cilia | 9 | 3.8 |
| 10/4/2016 | Recovery Model development | Raj Perubhatla | 9 | 3.2 |

# NORTEL TIME SHEET

RLKS Executive Solutions LLC

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 10/4/2016 | Working travel to New York to attend Distribution meetings: Recovery Model development | Raj Perubhatla | 9 | 3.0 |
| 10/4/2016 | Recovery Model development | Raj Perubhatla | 9 | 2.8 |
| 10/5/2016 | Meeting in Cleary offices re draft plans, recovery model, disclosure statement, and related work | Kathryn Schultea | 9 | 12.5 |
| 10/5/2016 | Meeting at Cleary offices re: draft plans, disclosure statements, recovery model, etc. and related prep and follow up | Mary Cilia | 9 | 12.5 |
| 10/5/2016 | On site meetings in NY | Raj Perubhatla | 9 | 10.5 |
| 10/5/2016 | Recovery Model development | Raj Perubhatla | 9 | 3.5 |
| 10/6/2016 | Continued meetings at Cleary re draft plans, disclosure statement, modeling and budget related matters | Kathryn Schultea | 9 | 6.0 |
| 10/6/2016 | Continued meetings at Cleary offices re: draft plans, disclosure statements, recovery model, etc. and related prep and follow up | Mary Cilia | 9 | 6.0 |
| 10/6/2016 | On site meetings in NY | Raj Perubhatla | 9 | 5.0 |
| 10/6/2016 | Working travel from New York: Recovery Model development | Raj Perubhatla | 9 | 3.0 |
| 10/6/2016 | Recovery Model development | Raj Perubhatla | 9 | 3.7 |
| 10/7/2016 | Meeting with EY and RLKS team for status update related to the Gross to Net Tax Project | Daniel Tollefsen | 9 | 2.3 |
| 10/7/2016 | Working internal group meeting on interim distribution project, case status and work to support modeling validation and other disclosure claim items | Kathryn Schultea | 9 | 4.0 |
| 10/7/2016 | Meeting with RLKS and EY team members to discuss status update for Gross to Net Tax Project (W-2 Work address verifications, timelines, and W-4 Load file) | Leticia Barrios | 9 | 5.0 |
| 10/7/2016 | Prepare revised structure files and claims reserve estimates for draft recovery model using revised assumptions and reconcile all elements to various sources | Mary Cilia | 9 | 6.3 |
| 10/7/2016 | Weekly Status Call on Interim Distribution | Raj Perubhatla | 9 | 1.0 |
| 10/7/2016 | EE Full population reporting for the upcoming distributions | Raj Perubhatla | 9 | 2.7 |
| 10/7/2016 | Distribution Model: fix the rounding problems for T8 testing | Raj Perubhatla | 9 | 2.8 |
| 10/8/2016 | Continued preparation and revision of structure files and claims reserve estimates for draft recovery model using revised assumptions and reconcile all elements to various sources | Mary Cilia | 9 | 5.4 |
| 10/8/2016 | Distribution Model: fix the rounding problems for T8 testing | Raj Perubhatla | 9 | 11.5 |
| 10/9/2016 | Conference call with R. Perubhatla re: recovery model inputs; structure files and reporting; related prep, follow up and e-mails | Mary Cilia | 9 | 4.7 |
| 10/9/2016 | Reconciliation of allowed claims reserves from claims database to recovery model | Mary Cilia | 9 | 2.9 |
| 10/9/2016 | Recovery Model development | Raj Perubhatla | 9 | 13.7 |
| 10/10/2016 | Review and follow-up on account opening forms | Kathryn Schultea | 9 | 0.6 |
| 10/10/2016 | Continued work on initial recovery model inputs; structure files and reporting; related conference calls and e-mails | Mary Cilia | 9 | 2.9 |
| 10/10/2016 | Preparation of claims data for convenience class analysis on multiple debtors for Chilmark and Cleary | Mary Cilia | 9 | 1.1 |
| 10/10/2016 | Review and reconciliation of initial run recovery model reports; subsequent revisions and reconciliations of revised output reports | Mary Cilia | 9 | 6.6 |
| 10/10/2016 | Preparation of high and low case claims reserve to review with J. Ray; related e-mails and calls with M. Kennedy | Mary Cilia | 9 | 2.2 |
| 10/10/2016 | Recovery Model development | Raj Perubhatla | 9 | 9.3 |
| 10/11/2016 | Correspondence re: M&T Bank Follow-up and check ordering | Kathryn Schultea | 9 | 2.0 |
| 10/11/2016 | Correspondence re: NTEC Liquidation | Kathryn Schultea | 9 | 0.5 |
| 10/11/2016 | Multiple revisions of high and low case claims reserve file; related research and e-mails and calls with M. Kennedy | Mary Cilia | 9 | 3.9 |
| 10/11/2016 | Research and review issues related to employee interim distributions and related e-mails | Mary Cilia | 9 | 1.3 |
| 10/11/2016 | Conference call re: convenience class claims; related prep and follow up research and e-mails | Mary Cilia | 9 | 2.2 |
| 10/11/2016 | Revise structure charts for updated recovery model run and related e-mails with R. Perubhatla | Mary Cilia | 9 | 2.4 |
| 10/11/2016 | Research and e-mails related to opening of bank accounts for claims distributions | Mary Cilia | 9 | 0.8 |
| 10/11/2016 | Recovery Model development and Model Runs | Raj Perubhatla | 9 | 13.6 |
| 10/12/2016 | Meeting with EY and RLKS team for status update related to the Gross to Net Tax Project | Daniel Tollefsen | 9 | 1.1 |
| 10/12/2016 | Correspondence re: Structure Charts and related load reporting | Kathryn Schultea | 9 | 1.3 |
| 10/12/2016 | Research and e-mails with J. Ray re: convenience class claims | Mary Cilia | 9 | 1.3 |
| 10/12/2016 | Review and reconcile operating budget and integration into claims reserve files and recovery model structure files; related e-mails and conference call with M. Kennedy and T. Ross | Mary Cilia | 9 | 2.4 |
| 10/12/2016 | Review and reconciliation of revised recovery model reports | Mary Cilia | 9 | 2.8 |
| 10/12/2016 | Preparation of work plan for D. Kantorczyk; related e-mails and conference call | Mary Cilia | 9 | 1.3 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 10/12/2016 | Preparation and circulation of materials for conference call with J. Ray re: plan of reorganization and disclosure statement | Mary Cilia | 9 | 2.1 |
| 10/12/2016 | Review of potential liquidating debtors; related analysis and e-mails | Mary Cilia | 9 | 2.3 |
| 10/12/2016 | Recovery Model development and Model Runs | Raj Perubhatla | 9 | 9.3 |
| 10/12/2016 | Distribution Model: weekly status call | Raj Perubhatla | 9 | 1.0 |
| 10/12/2016 | Distribution Model: Assess the Employer taxes | Raj Perubhatla | 9 | 1.2 |
| 10/13/2016 | Conf. Calls re: Nortel Plan Discussion with Cleary, J.Ray and others, with related prep and follow-up | Kathryn Schultea | 9 | 4.5 |
| 10/13/2016 | Conf. call re: Disclosure Statement Analysis Call | Kathryn Schultea | 9 | 0.8 |
| 10/13/2016 | Correspondence re: M&T Bank Update | Kathryn Schultea | 9 | 0.3 |
| 10/13/2016 | Conference call with Cleary, MNAT, M. Kennedy, and J. Ray re: plan of reorganization, disclosure statement, recovery model assumptions, claim reserve estimates, etc.,; related prep and follow up | Mary Cilia | 9 | 4.9 |
| 10/13/2016 | Continued review of potential liquidating debtors and preparation of materials for conference call with EY and Cleary; related e-mails | Mary Cilia | 9 | 2.2 |
| 10/13/2016 | Development of summary reports from recovery model and related e-mails and call with R. Perubhatla | Mary Cilia | 9 | 1.4 |
| 10/13/2016 | E-mails related to due diligence of recovery model and set up of virtual data room for due diligence | Mary Cilia | 9 | 0.7 |
| 10/13/2016 | Review of revised recovery model run reports and reconciliation of files to source data files | Mary Cilia | 9 | 5.8 |
| 10/13/2016 | Recovery Model development and Model Runs | Raj Perubhatla | 9 | 4.4 |
| 10/13/2016 | Recovery Model development: Reporting | Raj Perubhatla | 9 | 3.2 |
| 10/13/2016 | Conference call for plan coordination | Raj Perubhatla | 9 | 1.0 |
| 10/14/2016 | Meeting with RLKS and EY team members to discuss status update for Gross to Net Tax Project (W-2 Work address verifications, timelines, and W-4 Load file) | Felicia Buenrostro | 9 | 1.0 |
| 10/14/2016 | Follow-up correspondence on M&T finalizing accounts | Kathryn Schultea | 9 | 0.4 |
| 10/14/2016 | Review feed back on testing results and follow-up | Kathryn Schultea | 9 | 0.6 |
| 10/14/2016 | Meeting with RLKS and EY team members to discuss status update for Gross to Net Tax Project (W-2 Work address verifications, timelines, and W-4 Load file) | Leticia Barrios | 9 | 1.0 |
| 10/14/2016 | Conference call with EY, MNAT and Cleary re: potential liquidating debtors; related prep and follow up e-mails | Mary Cilia | 9 | 1.8 |
| 10/14/2016 | Conference call with R. Perubhatla re: interim non-employee distribution vendor setup in Quickbooks; related follow up | Mary Cilia | 9 | 0.8 |
| 10/14/2016 | Weekly status call | Raj Perubhatla | 9 | 1.0 |
| 10/15/2016 | Correspondence related to system set up and ER/EE taxation | Kathryn Schultea | 9 | 0.8 |
| 10/15/2016 | Computation of employer tax withholding estimates for budget; related e-mails | Mary Cilia | 9 | 0.4 |
| 10/15/2016 | E-mails related to various claims distribution issues | Mary Cilia | 9 | 0.3 |
| 10/15/2016 | Distribution Model: Tax Matrix loads | Raj Perubhatla | 9 | 8.2 |
| 10/16/2016 | Continued e-mails related to various claims distribution matters | Kathryn Schultea | 9 | 2.6 |
| 10/16/2016 | Review feed back on testing results and follow-up | Kathryn Schultea | 9 | 0.3 |
| 10/16/2016 | Continued e-mails related to various claims distribution issues | Mary Cilia | 9 | 3.8 |
| 10/16/2016 | Research and respond to e-mail re: intercompany balances | Mary Cilia | 9 | 0.3 |
| 10/16/2016 | Review preliminary draft of plan and disclosure statement | Mary Cilia | 9 | 2.3 |
| 10/16/2016 | Recovery Model development: Reporting | Raj Perubhatla | 9 | 6.2 |
| 10/17/2016 | Diligence and testing on structure charts related to distribution | Daniel Tollefsen | 9 | 6.8 |
| 10/17/2016 | Review of testing comments and follow-up matters | Kathryn Schultea | 9 | 0.5 |
| 10/17/2016 | Review TM M&T agreement and needed documentation | Kathryn Schultea | 9 | 0.8 |
| 10/17/2016 | Review of revised reporting templates and budget documents and follow-up conf call | Kathryn Schultea | 9 | 1.6 |
| 10/17/2016 | Upload of files to the recovery model due diligence virtual data room; subsequent conference call with B. Bangerter and D. Tollefsen to review files and source documents and discuss due diligence process | Mary Cilia | 9 | 2.4 |
| 10/17/2016 | Review of updated interim non-employee distribution files; related e-mails and call | Mary Cilia | 9 | 1.8 |
| 10/17/2016 | Review of revised reporting templates and budget from M. Kennedy; related conference call with M. Kennedy and T. Ross to discuss and subsequent revision of related estimate and structure files | Mary Cilia | 9 | 5.3 |
| 10/17/2016 | Conference call - Recovery analysis | Raj Perubhatla | 9 | 0.7 |
| 10/17/2016 | Recovery Model development: Reporting | Raj Perubhatla | 9 | 2.2 |
| 10/18/2016 | Diligence and testing on structure charts related to distribution | Daniel Tollefsen | 9 | 6.6 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 10/18/2016 | Correspondence re: New Bank Account Setups in QuickBooks | Kathryn Schultea | 9 | 2.8 |
| 10/18/2016 | Correspondence re: Plan and Disclosure Statement circulation and review | Kathryn Schultea | 9 | 2.3 |
| 10/18/2016 | Review of name and address change file from tax solicitation process; related conference call with L. Barrios to discuss development of process and form for communicating to EPIQ; related follow up e-mails | Mary Cilia | 9 | 2.3 |
| 10/18/2016 | Conference call with EPIQ re: distribution process timeline; call center changes and other issues as a result of settlement; related prep and follow up | Mary Cilia | 9 | 0.8 |
| 10/18/2016 | Update claims to G/L reconciliation files and hand off to B. Bangerter to complete; related conference call and follow up | Mary Cilia | 9 | 2.0 |
| 10/18/2016 | Update recovery model structure chart and claims reserve estimate files based on latest changes; related e-mails and calls with M. Kennedy and R. Perubhatla | Mary Cilia | 9 | 4.2 |
| 10/19/2016 | Diligence and testing on structure charts related to distribution | Daniel Tollefsen | 9 | 5.8 |
| 10/19/2016 | Meeting with EY and RLKS team for status update related to the Gross to Net Tax Project | Daniel Tollefsen | 9 | 1.2 |
| 10/19/2016 | Documentation of duties re claims distribution, account administration, tax payment processing and other items related to segregation matters | Kathryn Schultea | 9 | 3.8 |
| 10/19/2016 | Meeting with RLKS and EY team members to discuss status update for Gross to Net Tax Project (W-2 Work address verifications, timelines, and W-4 Load file) | Leticia Barrios | 9 | 1.0 |
| 10/19/2016 | Research and respond to various inquiries related to PBGC filing, plan and disclosure statement; related e-mails and calls | Mary Cilia | 9 | 1.3 |
| 10/19/2016 | Review of revised reports from updated recovery model run; upload files for due diligence; related e-mails and calls with D. Tollefsen | Mary Cilia | 9 | 4.8 |
| 10/19/2016 | Conference call with D. Kantorczyk re: interim non-employee distribution; related prep, follow up and review of files | Mary Cilia | 9 | 1.5 |
| 10/19/2016 | Conference call and follow up with B. Bangerter re: claims to G/L Reconciliation | Mary Cilia | 9 | 0.8 |
| 10/19/2016 | Research and follow up e-mails and calls re: interim non-employee distribution; transmittal letters, vendor upload process, G/L accounting, 1099/1042 process, etc. | Mary Cilia | 9 | 2.4 |
| 10/19/2016 | Distribution Model for the EE Claims: Call prep and call | Raj Perubhatla | 9 | 1.0 |
| 10/19/2016 | LSI Distribution for Vendor Claims: prep | Raj Perubhatla | 9 | 4.3 |
| 10/19/2016 | Recovery Model Reporting enhancements | Raj Perubhatla | 9 | 4.8 |
| 10/19/2016 | Distribution Model for the EE Claims: Maine Taxes changes | Raj Perubhatla | 9 | 2.5 |
| 10/20/2016 | Diligence and testing on structure charts related to distribution | Daniel Tollefsen | 9 | 7.6 |
| 10/20/2016 | Correspondence re: Nortel Plan | Kathryn Schultea | 9 | 2.0 |
| 10/20/2016 | Correspondence re: Non-Employee Interim Distribution Checks | Kathryn Schultea | 9 | 0.6 |
| 10/20/2016 | Correspondence re: Distribution Details and Flow | Kathryn Schultea | 9 | 0.3 |
| 10/20/2016 | Correspondence re: Disclosure Statement Information Requests | Kathryn Schultea | 9 | 0.8 |
| 10/20/2016 | Review and comment on distribution process structure chart/ related e-mails and call with T. Ross | Mary Cilia | 9 | 1.3 |
| 10/20/2016 | Update recovery model structure charts and claims reserve estimate files based on latest changes; introduction of convenience class into model; related e-mails and calls with M. Kennedy and R. Perubhatla | Mary Cilia | 9 | 5.6 |
| 10/20/2016 | Continued research related to omnibus objection responses; related e-mails | Mary Cilia | 9 | 1.5 |
| 10/20/2016 | Distribution Model for the EE Claims: Maine Taxes changes | Raj Perubhatla | 9 | 8.5 |
| 10/20/2016 | Recovery Model development: Process Convenience Class Claims | Raj Perubhatla | 9 | 4.7 |
| 10/21/2016 | Diligence and testing on structure charts related to distribution | Daniel Tollefsen | 9 | 6.9 |
| 10/21/2016 | Finalized new account procedures and documentation of distribution duties | Kathryn Schultea | 9 | 1.8 |
| 10/21/2016 | Finalize transmittal letter for interim distribution based on Cleary comments and other details related to interim distribution; related e-mails and revisions | Mary Cilia | 9 | 1.3 |
| 10/21/2016 | Further revisions to recovery model structure files and claims reserve estimates; circulation to R. Perubhatla for re-run of model and related e-mails and calls with R. Perubhatla and M. Kennedy | Mary Cilia | 9 | 3.2 |
| 10/21/2016 | Review and reconcile latest draft of plan and disclosure statement to recovery models | Mary Cilia | 9 | 2.6 |
| 10/21/2016 | Conference call with M. Livingston re: claims section of disclosure statement; subsequent analysis and computation of data needed to complete the claims section; related e-mails | Mary Cilia | 9 | 3.8 |
| 10/21/2016 | Follow up e-mails with D. Tollefsen re: due diligence work on the recovery models and review of results | Mary Cilia | 9 | 1.0 |
| 10/21/2016 | Recovery Model development: Process Convenience Class Claims | Raj Perubhatla | 9 | 6.2 |
| 10/22/2016 | Diligence and testing on structure charts related to distribution | Daniel Tollefsen | 9 | 6.9 |
| 10/22/2016 | Read, review and respond to various e-mails related to interim distribution, recovery models, plan and disclosure statement | Mary Cilia | 9 | 1.4 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 10/22/2016 | Recovery Model development: Process Convenience Class Claims | Raj Perubhatla | 9 | 12.6 |
| 10/23/2016 | Review and reconciliation of revised recovery model run reports; related follow up e-mails and calls with R. Perubhatla | Mary Cilia | 9 | 2.0 |
| 10/23/2016 | Read, review, research and respond to various e-mails re: recovery model outputs, information required for plan and disclosure statement | Mary Cilia | 9 | 1.8 |
| 10/23/2016 | Recovery Model development: Process Convenience Class Claims | Raj Perubhatla | 9 | 5.3 |
| 10/24/2016 | Diligence and testing on structure charts related to distribution | Daniel Tollefsen | 9 | 7.8 |
| 10/24/2016 | Diligence Disclosure Statement Exhibits | David Kantorczyk | 9 | 3.0 |
| 10/24/2016 | Populate recovery model templates from latest recovery model detail runs for all debtors and circulate for review | Mary Cilia | 9 | 2.8 |
| 10/24/2016 | Conference call with M. Kennedy and T. Ross to discuss open items related to recovery model analysis and disclosures and liquidation models; related prep and follow up | Mary Cilia | 9 | 1.6 |
| 10/24/2016 | Preparation of liquidation analysis structure files for initial run of liquidation analysis; related e-mails and call with R. Perubhatla | Mary Cilia | 9 | 2.8 |
| 10/24/2016 | Reconcile and upload latest recovery run models and recovery model templates for due diligence; related e-mails and calls with D. Kantorczyk and D. Tollefsen to discuss due diligence process and required review procedures | Mary Cilia | 9 | 2.7 |
| 10/24/2016 | Prepare organizational chart for plan and disclosure statement; related research, revisions and e-mails with Cleary and T. Ross | Mary Cilia | 9 | 1.2 |
| 10/24/2016 | Revise recovery model templates based on comments from Cleary and recirculate revised drafts | Mary Cilia | 9 | 0.8 |
| 10/24/2016 | Vendor Distribution setup | Raj Perubhatla | 9 | 8.2 |
| 10/24/2016 | Recovery Model development: Liquidation Analysis | Raj Perubhatla | 9 | 5.4 |
| 10/25/2016 | Diligence and testing on structure charts related to distribution | Daniel Tollefsen | 9 | 8.6 |
| 10/25/2016 | Diligence Disclosure Statement Exhibits | David Kantorczyk | 9 | 8.0 |
| 10/25/2016 | Conf. Call re: NNI New Bank Accounts | Kathryn Schultea | 9 | 0.5 |
| 10/25/2016 | Prepare liquidation analysis templates; review prior report changes and provide comments; update recovery model and liquidation analysis structure charts related to revised assumptions provided by M. Kennedy and circulate to R. Perubhatla | Mary Cilia | 9 | 2.4 |
| 10/25/2016 | Review and provide comments on latest draft of distributions section under the plan; follow up e-mails | Mary Cilia | 9 | 1.8 |
| 10/25/2016 | Follow up e-mails and document drafting re: organizational chart for disclosure statement and entity reconciliation | Mary Cilia | 9 | 2.3 |
| 10/25/2016 | Review and discuss results from D. Kantorczyk and D. Tollefsen due diligence efforts re: recovery model reports and draft templates; related e-mails and calls | Mary Cilia | 9 | 1.7 |
| 10/25/2016 | Follow up e-mails re: interim non-employee distribution, draft checks and related due diligence efforts | Mary Cilia | 9 | 0.8 |
| 10/25/2016 | Revise convenience class analysis to provide more detailed stratification of claims for M. Kennedy | Mary Cilia | 9 | 2.1 |
| 10/25/2016 | Vendor Distribution setup and testing printing | Raj Perubhatla | 9 | 6.2 |
| 10/25/2016 | Recovery Model development: Liquidation Analysis | Raj Perubhatla | 9 | 6.3 |
| 10/26/2016 | Diligence testing on structure charts related to distribution | Daniel Tollefsen | 9 | 7.8 |
| 10/26/2016 | Meeting with EY and RLKS team for status update related to the Gross to Net Tax Project | Daniel Tollefsen | 9 | 0.8 |
| 10/26/2016 | Diligence Disclosure Statement Exhibits | David Kantorczyk | 9 | 4.0 |
| 10/26/2016 | Meeting with EY and RLKS to discuss EFT Payment set-up, Registration status, and W-4 Layout details | Felicia Buenrostro | 9 | 8.8 |
| 10/26/2016 | On-site meeting with EY re: EFT Payment set-up, Registration Status, and W-4 Layout details | Kathryn Schultea | 9 | 8.8 |
| 10/26/2016 | Meeting with EY and RLKS to discuss EFT Payment set-up, Registration status, and W-4 Layout details | Leticia Barrios | 9 | 8.8 |
| 10/26/2016 | Review and reconciliation of initial liquidation analysis reports and preparation of summary draft templates for disclosure statement; process required revisions and follow-up reconciliation of revised reports | Mary Cilia | 9 | 6.2 |
| 10/26/2016 | Revision of recovery model templates based on comments from M. Kennedy; related calls and e-mails | Mary Cilia | 9 | 2.1 |
| 10/26/2016 | Review of recovery model disclosures and reconciliation to various source files | Mary Cilia | 9 | 1.8 |
| 10/26/2016 | Review of liquidation model disclosures; provide required information to complete disclosures | Mary Cilia | 9 | 1.6 |
| 10/26/2016 | Recovery Model development: Recovery Analysis | Raj Perubhatla | 9 | 5.3 |
| 10/27/2016 | Diligence Disclosure Statement Exhibits | David Kantorczyk | 9 | 6.0 |
| 10/27/2016 | M&T Positive Pay research and correspondence on matter | Kathryn Schultea | 9 | 0.8 |
| 10/27/2016 | Multiple email follow-ups on testing and claimant information needed for wider distribution at confirmation | Kathryn Schultea | 9 | 2.3 |
| 10/27/2016 | Revise liquidation analysis templates to remove convenience class concept; related e-mails | Mary Cilia | 9 | 1.2 |
| 10/27/2016 | Review of plan and disclosure statement revisions form latest draft; reconciliation of amounts disclosed | Mary Cilia | 9 | 2.8 |
| 10/27/2016 | Recovery Model development: fixes and modifications | Raj Perubhatla | 9 | 4.3 |
| 10/27/2016 | Recovery Model development: Revised liquidation model run without convenience class | Raj Perubhatla | 9 | 4.7 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 10/28/2016 | Diligence Disclosure Statement Exhibits | David Kantorczyk | 9 | 7.0 |
| 10/28/2016 | Follow-up request from M&T | Kathryn Schultea | 9 | 0.5 |
| 10/28/2016 | Compile data related to potential convenience class for Nortel Altsystems; revise recovery model templates to include convenience class for Nortel Altsystems, related e-mails | Mary Cilia | 9 | 1.6 |
| 10/28/2016 | Conference call with M&T Bank re: opening of claims distribution accounts and required documents; related e-mails | Mary Cilia | 9 | 0.9 |
| 10/28/2016 | Distribution Model for the EE Claims: Iowa taxes | Raj Perubhatla | 9 | 2.7 |
| 10/29/2016 | Distribution Model for the EE Claims: Tax filing report development | Raj Perubhatla | 9 | 5.2 |
| 10/30/2016 | Read, review and respond to various e-mails re: plan and disclosure statement, PBGC filings and claims distributions | Mary Cilia | 9 | 1.6 |
| 10/30/2016 | Distribution Model for the EE Claims: Tax filing report development | Raj Perubhatla | 9 | 4.7 |
| 10/31/2016 | Correspondence - M&T Bank follow up | Kathryn Schultea | 9 | 1.5 |
| 10/31/2016 | Conference call w/ B. Bangerter re: G/L to claims reconciliation project; related follow up and e-mails | Mary Cilia | 9 | 1.8 |
| 10/31/2016 | Final review and reconciliation of recovery model exhibits and related disclosures, liquidation analysis exhibits and related disclosures, intercompany administrative claim exhibits and recovery chart; related e-mails and comments | Mary Cilia | 9 | 2.4 |
| 10/31/2016 | Distribution Model for the EE Claims: Tax filing report development | Raj Perubhatla | 9 | 4.2 |