# EXHIBIT B

# EXHIBIT B
## EXPENSE SUMMARY

**Nortel Networks Inc., et al.**
(Case No. 09-10138 (KG))

**RLKS Executive Solutions**
**October 1 - 31, 2016**

| Expense Category | Total Expenses |
|---|---|
| Travel – Airline (at economy fare booking) | $   6,338.70 |
| Travel – Lodging | 5,025.34 |
| Travel – Transportation | 1,952.95 |
| Travel – Meals | 680.90 |
| Office Expenses | 585.07 |
| TOTAL | $ 14,582.96 |
| | |

Nortel Expense Report
**PERIOD:** October 1 - 31, 2016

| Date | Description | Air | Lodging | Transportation | Meals | Office Expenses | Professional | Comments on Meals/Transportation |
|---|---|---|---|---|---|---|---|---|
| 10/4/2016 | Travel to New York City | $575.10 | $575.00 | $205.00 | | | Kathryn Schultea | Economy airfare; One night hotel stay; Car service to/from airport |
| 10/4/2016 | Travel to New York City | $575.10 | $575.00 | $220.90 | $31.18 | | Mary Cilia | A-Economy Airfare; T- Car Service from Home to Airport and Airport to Hotel; M-D=$31.18 |
| 10/4/2016 | Travel to New York | $575.10 | $575.00 | $137.19 | $75.00 | | Raj Perubhatla | Car to Airport; car from Airport to Hotel; dinner; one night hotel stay; economy airfare |
| 10/5/2016 | Onsite - Cleary Offices | | $575.00 | $40.31 | $298.49 | | Kathryn Schultea | One night hotel stay; Dinner - KS, MC, RP, TR |
| 10/5/2016 | Onsite - Cleary Offices | | $575.00 | $15.00 | | | Mary Cilia | T-Car Service from Hotel to Cleary Offices |
| 10/5/2016 | Meetings in Cleary office | | $575.00 | | $32.00 | | Raj Perubhatla | Breakfast; one night hotel stay |
| 10/6/2016 | Onsite - Cleary Offices; return travel | $575.10 | | $224.25 | | | Kathryn Schultea | Economy airfare; Car service to/from airport |
| 10/6/2016 | Onsite - Cleary Offices; return travel | $575.10 | | $219.36 | | | Mary Cilia | A-Economy Airfare; T- Car Service from Cleary Offices to Airport and Airport to Home |
| 10/6/2016 | Meetings in Cleary office; return travel | $575.10 | | $92.00 | | | Raj Perubhatla | Economy airfare; car from Airport |
| 10/13/2016 | Office Supplies | | | | | $188.87 | Brandon Bangerter | OfficeMax - Claimant Distribution printer materials |
| 10/25/2016 | Travel to Charlotte, North Carolina | $486.35 | $273.02 | $107.00 | | | Felicia Buenrostro | Economy airfare; One night hotel stay; Car service to airport |
| 10/25/2016 | Travel to Charlotte, North Carolina | $486.35 | $273.02 | $160.00 | $138.56 | | Kathryn Schultea | Economy aifare; One night hotel stay; Car service to airport/airport to hotel; Dinner - KS, FB, LB ($46.19 each) |
| 10/25/2016 | Travel to EY Site - Charlotte | $471.35 | $241.63 | $105.00 | | | Leticia Barrios | Economy airfare; One night hotel stay; car service to airport |
| 10/26/2016 | Onsite - E&Y Offices | | $273.02 | | | | Felicia Buenrostro | One night hotel stay |
| 10/26/2016 | Onsite - E&Y Offices | | $273.02 | $54.94 | | | Kathryn Schultea | One night hotel stay; Uber car from dinner |
| 10/26/2016 | Onsite - EY Office Meetings | | $241.63 | | | | Leticia Barrios | One night hotel stay |
| 10/27/2016 | Travel from Charlotte North Carolina | $486.35 | | $107.00 | | | Felicia Buenrostro | Economy airfare; Car service to airport; |
| 10/27/2016 | Travel from Charlotte North Carolina | $486.35 | | $160.00 | $105.67 | | Kathryn Schultea | Economy airfare; Car service to/from airport; Lunch - KS, FB, LB ($35.22 each) |
| 10/27/2016 | Travel from EY Site - Charlotte | $471.35 | | $105.00 | | | Leticia Barrios | Economy airfare; car service from airport |
| 10/31/2016 | Office Supplies | | | | | $396.20 | Kathryn Schultea | NNI Letter Jacket Envelops for Distribution |
| | | $ 6,338.70 | $ 5,025.34 | $ 1,952.95 | $ 680.90 | $ 585.07 | | |