# EXHIBIT A

**CUMULATIVE COMPENSATION BY PROJECT
CATEGORY FOR APPLICATION PERIOD**

Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

October 1, 2016 through October 31, 2016

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

## HOURS/BILLABLE AMOUNTS BY PROJECT
## John Ray-Nortel

| | Name: | John J. Ray, III | |
|---|---|---|---|
| | | Start Date | End Date |
| | Working Dates: | 10/1/16 | 10/31/16 |
| | Enter Billing Rate/Hr: | 770.00 | |

| Project No. | Project Name | Hours/Minutes Worked | Billing Rate | Billing Amount |
|---|---|---|---|---|
| 1 | MOR, required monthly/period disclosures, Schedule Admendments, Form 26 | | | |
| 2 | Contracts - assumption/rejection analysis & support, Executory contract review | | | |
| 3 | Claims Matters | | | |
| 4 | Preparation & presentation of financial and other information; cash/expense management; analysis of proposed transactions; assist with business processes | | | |
| 5 | Asset Sales or Other Transactional Support | | | |
| 6 | IT Infrastructure / Data Support | | | |
| 7 | Litigation Support; Attendance and testimony at hearings; Investigation matters at the request of counsel | | | |
| 8 | Creditor Meetings; Various administrative matters (Tax, Financial, Board, Employee) | | | |
| 9 | Development of Plan of Reorganization; Disclosure Statement | 109.6 | $770.00 | $84,392.00 |
| 10 | Non-Working Travel | | | |
| 11 | Fee Application | 4.1 | $770.00 | $3,157.00 |
| | **Hours/Billing Amount for Period:** | **113.7** | | **$87,549.00** |

## Nortel TIME SHEET

**John Ray**

113.7

| Enter Date | Description | Professional | Project No. (1-11) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 10/1/16 | Plan related work; claims etc | John Ray | 9 | 5.5 |
| 10/1/16 | Prepare August September fee app | John Ray | 11 | 3.3 |
| 10/2/16 | PSA review | John Ray | 9 | 5.3 |
| 10/3/16 | Further PSA review | John Ray | 9 | 6.3 |
| 10/3/16 | Review and send for filing August September fee app | John Ray | 11 | 0.3 |
| 10/4/16 | Review claims and estimates; reserves | John Ray | 9 | 5.5 |
| 10/4/16 | Escrow account documentation | John Ray | 9 | 4.0 |
| 10/4/16 | Edit and file August September fee app | John Ray | 11 | 0.5 |
| 10/5/16 | Plan related work | John Ray | 9 | 6.0 |
| 10/5/16 | NTEC liquidation | John Ray | 9 | 2.0 |
| 10/6/16 | Plan related work; review of docs and claims | John Ray | 9 | 1.5 |
| 10/6/16 | Plan related work; review of docs and claims | John Ray | 9 | 5.0 |
| 10/7/16 | Review and execute claims stips | John Ray | 9 | 4.0 |
| 10/7/16 | Further plan and claim related work | John Ray | 9 | 3.0 |
| 10/8/16 | Review budget for case | John Ray | 9 | 4.0 |
| 10/10/16 | Review of budget and claims related to DS | John Ray | 9 | 3.0 |
| 10/11/16 | Further plan and claim related work | John Ray | 9 | 4.0 |
| 10/12/16 | Plan review | John Ray | 9 | 6.0 |
| 10/13/16 | Call related to plan and disclosure statement claims; budget | John Ray | 9 | 5.8 |
| 10/14/16 | Review plan and disclosure statement related docs | John Ray | 9 | 2.5 |
| 10/15/16 | Review plan comments | John Ray | 9 | 1.8 |
| 10/17/16 | Further review of documents related to plan and disclosure statement | John Ray | 9 | 2.3 |
| 10/18/16 | Comments on disclosure statement | John Ray | 9 | 2.0 |
| 10/19/16 | Review of plan and disclosure statement and claims descriptions | John Ray | 9 | 3.0 |
| 10/20/16 | Disclosure statement update | John Ray | 9 | 2.5 |
| 10/21/16 | Review of claims related to disclosure statement | John Ray | 9 | 2.8 |
| 10/24/16 | Review of Canadian plan | John Ray | 9 | 3.0 |
| 10/25/16 | Review of disclosure statement and plan | John Ray | 9 | 3.5 |
| 10/25/16 | Claims matter; review of materials provided by RLKS | John Ray | 9 | 2.8 |
| 10/26/16 | Plan and disclosure statement review (1.5) and Board call 1.0 | John Ray | 9 | 2.5 |
| 10/27/16 | Review of Canadian plan materials | John Ray | 9 | 3.0 |
| 10/28/16 | Further review of plan and disclosure statement | John Ray | 9 | 3.5 |
| 10/31/16 | Review of mark up to both Canadian and US plans and related materials | John Ray | 9 | 3.5 |