# EXHIBIT B

**EXPENSE SUMMARY/DETAIL**

Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

October 1, 2016 through October 31, 2016

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

## Nortel Networks, Inc.

### EXPENSE SUMMARY
### October 1, 2016 through October 31, 2016

**John Ray**

| Expense Category | | Total Expenses |
|---|---|---|
| Travel – Airline | | $        - |
| Travel – Lodging | | - |
| Travel – Transportation | | - |
| Travel – Meals | | - |
| Office Expense | | 78.50 |
| TOTAL | | $    78.50 |
| | | |

John Ray Time and Expense--Nortel

PERIOD: October 1, 2016 through October 31, 2016

| Date | Description | Air | Lodging | Transportation | Meals | Office | Professional |
|---|---|---|---|---|---|---|---|
| 10/29/16 | Shipping documents | | | | | $ 34.50 | John Ray |
| 10/29/16 | Shipping documents | | | | | $ 44.00 | John Ray |