IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X  Chapter 11
:
*In re*                                                                        :  Case No. 09-10138 (KG)
:
Nortel Networks Inc., *et al.*,[1]                              :  Jointly Administered
:
                  Debtors.                          :
:
---------------------------------------------------------X

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON NOVEMBER 8, 2016 AT 10:00 A.M. (EASTERN TIME)**

By permission of chambers, any party wishing to participate telephonically must make arrangements through CourtCall **at least one hour prior to the hearing**. CourtCall has been made aware of this extended deadline. CourtCall will not accept reservations after the extended deadline has passed without permission of chambers. Please do not contact chambers prior to the expiration of the extended deadline.

**UNCONTESTED MATTERS WITH CERTIFICATE OF NO OBJECTION**

1. Debtors' Motion Pursuant to Bankruptcy Rule 9019 for Entry of an Order Approving the Stipulation Resolving Claims with CRT Special Investments LLC (D.I. 17268, Filed 10/18/16).

    Objection Deadline: November 1, 2016 at 4:00 p.m. (ET).

    Responses Received: None.

    Related Pleading:

    (a) Certificate of No Objection Regarding Debtors' Motion Pursuant to Bankruptcy Rule 9019 for Entry of an Order Approving the Stipulation Resolving Claims with CRT Special Investments LLC (D.I. 17331, Filed 11/2/16); and

    (b) Proposed Form of Order.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567), Nortel Networks (CALA) Inc. (4226), and Nortel Networks India International Inc. (8667). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

Status: There have been no objections and a CNO has been filed.

2.  Debtors' Motion Pursuant to Bankruptcy Rule 9019 for Entry of an Order Approving the Stipulation Resolving Claims with Bulldog Investors General Partnership (D.I. 17269, Filed 10/18/16).

    Objection Deadline:  November 1, 2016 at 4:00 p.m. (ET).

    Responses Received:  None.

    Related Pleading:

    (a) Certificate of No Objection Regarding Debtors' Motion Pursuant to Bankruptcy Rule 9019 for Entry of an Order Approving the Stipulation Resolving Claims with Bulldog Investors General Partnership (D.I. 17332, Filed 11/2/16); and

    (b) Proposed Form of Order.

    Status: There have been no objections and a CNO has been filed.

**CONTESTED MATTER GOING FORWARD**

3.  Debtors' Forty-Fifth Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007 1 (Amended or Superseded Claims, Insufficient Documentation Claims, Non-Debtor Liability Claims, No-Basis Claims, No-Basis 503(b)(9) Claims, No-Basis Deferred Compensation Claims, No-Basis Pension Claims, No-Basis Retiree Claims, No-Basis Equity Claims, Redundant Claims, Modified, Reclassified and Allowed Claims and Wrong Debtor Claims) (D.I. 17205, Filed 9/27/16).

    Objection Deadline:  October 18, 2016 at 4:00 p.m. (ET).

    Responses Received:

    (a) Response and Objection to Disallowing Claim No. 3732 by John H. Yoakum (D.I. 17244, Filed 10/12/16);

    (b) Response to Forty Fifth Omnibus Objection to Claims Filed by William J LaSalle (D.I. 17258, Filed 10/14/16);

    (c) Response Opposing the Motion for an Entry of an Order Approving: Debtors' Forty-Fifth Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007 1 (Amended or Superseded Claims, Insufficient Documentation Claims, Non-Debtor Liability Claims, No-Basis Claims, No-Basis 503(b)(9) Claims, No-Basis Deferred Compensation Claims, No-Basis Pension Claims, No-Basis Retiree Claims, No-Basis Equity Claims, Redundant Claims, Modified, Reclassified and Allowed

2

Claims and Wrong Debtor Claims) Filed by Bogdan Wislocki (D.I. 17279, Filed 10/19/16); and

(d) Objection to Forty Fifth Omnibus Objection Filed by Adam Kahn (D.I. 17298, Filed 10/18/16).

Related Pleading:

(a) Debtors' Reply In Further Support Of Its Forty-Fifth Omnibus Objection (Substantive) To Certain Claims (D.I. 17335, Filed 11/3/16).

Status: The hearing with respect to Response (c) will go forward. Responses (a) and (b) have been resolved. The Debtors have determined to withdraw the objection with respect to Claim No. 8807, resolving Response (d). The Debtors plan to hand up a revised proposed order at the hearing.

| | |
|---|---|
| Dated: November 4, 2016<br>Wilmington, DE | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>James L. Bromley (admitted *pro hac vice*)<br>Lisa M. Schweitzer (admitted *pro hac vice*)<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone: (212) 225-2000<br>Facsimile: (212) 225-3999<br><br>- and -<br><br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>    */s/ Tamara K. Minott*<br>Eric D. Schwartz (No. 3134)<br>Derek C. Abbott (No. 3376)<br>Andrew R. Remming (No. 5120)<br>Tamara K. Minott (No. 5643)<br>1201 North Market Street<br>Wilmington, DE 19899-1347<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989<br><br>*Counsel for the Debtors and Debtors in Possession* |