# EXHIBIT A

**Nortel Networks, Inc, et al.**
**(Case No. 09-10138 (KG))**

**CHILMARK PARTNERS, LLC**
**September 1, 2016 - September 30, 2016**

**Summary of Services Rendered by Project**

| Project Code | Nature of Services | Sept 2016 Hours |
|---|---|---|
| 1 | Asset Analysis and Recovery | 38.0 |
| 2 | Business Operations / General Corporate / Real Estate | - |
| 3 | Projections/Business Plan/Corporate wind-down | - |
| 4 | Analysis of Historical Results | - |
| 5 | Meetings with Debtor's Counsel | - |
| 6 | Committee Matters and Creditor Meetings | - |
| 7 | Claims Administration and Analysis | 18.0 |
| 8 | Intercompany Transactions/Balances | - |
| 9 | Intellectual Property | - |
| 10 | Employee Benefits / Pension | - |
| 11 | Fee Applications Preparation | - |
| 12 | Tax Issues | - |
| 13 | Hearings | - |
| 14 | Litigation / Adversary Proceedings | 137.0 |
| 15 | Travel | - |
| 16 | Plan of Reorganization / Disclosure Statement | - |
| | **TOTAL** | 193.0 |

**Summary of Services Rendered by Professional**

| Name | Sept 2016 Hours |
|---|---|
| Michael Kennedy, Member | 188.0 |
| Aaron Taylor, Member | - |
| Matthew Rosenberg, Managing Director | 5.0 |
| Paul Huettner, Analyst | - |
| Jamie Ellis, Analyst | - |
| James Elish, Analyst | - |
| **TOTAL** | 193.0 |

**Nortel Networks, Inc**
September 1, 2016 - September 30, 2016 Time Detail
Chilmark Partners, LLC
<u>Michael Kennedy</u>

| Date | Description of Work | Sept 2016 Hours | Code |
|---|---|---|---|
| 9/1/2016 | Draft, comment and review material re: allocation litigation matters | 7.0 | 14 |
| 9/2/2016 | Calls, communications, prepare material re: allocation litigation matters | 6.0 | 14 |
| 9/3/2016 | Calls, communications, prepare material re: allocation litigation matters | 4.0 | 14 |
| 9/3/2016 | Review draft material, calls & communications re: claims matters | 1.0 | 7 |
| 9/4/2016 | Calls, communications, prepare material re: allocation litigation matters | 2.0 | 14 |
| 9/5/2016 | Calls and communications with creditor representatives | 2.0 | 7 |
| 9/5/2016 | Draft, comment and review material re: allocation litigation matters | 5.0 | 14 |
| 9/6/2016 | Review Monitor cash forecast & cash flash | 1.0 | 1 |
| 9/6/2016 | Draft, comment and review material re: allocation litigation matters | 6.0 | 14 |
| 9/7/2016 | Review and update material from management re: data request | 2.0 | 14 |
| 9/7/2016 | Calls, communications, prepare material re: allocation litigation matters | 7.0 | 14 |
| 9/8/2016 | Draft, comment and review material re: allocation litigation matters | 6.0 | 14 |
| 9/9/2016 | Calls, communications, prepare material re: allocation litigation matters | 5.0 | 14 |
| 9/10/2016 | Review draft material, calls & communications re: claims matters | 5.0 | 7 |
| 9/12/2016 | Review draft material re: asset recovery & claims matters | 3.0 | 1 |
| 9/12/2016 | Calls and communications with creditor representatives | 4.0 | 7 |
| 9/12/2016 | Review draft material, calls & communications re: claims matters | 2.0 | 7 |
| 9/13/2016 | Calls, communications, prepare material re: allocation litigation matters | 5.0 | 14 |
| 9/14/2016 | Calls, communications and discussion with other professionals re: status | 3.0 | 14 |
| 9/14/2016 | Calls, communications, prepare material re: allocation litigation matters | 5.0 | 14 |
| 9/15/2016 | Draft, comment and review material re: allocation litigation matters | 6.0 | 14 |
| 9/16/2016 | Draft, comment and review material re: allocation litigation matters | 6.0 | 14 |
| 9/16/2016 | Review draft material, calls & communications re: claims matters | 2.0 | 7 |
| 9/17/2016 | Draft, comment and review material re: allocation litigation matters | 3.0 | 14 |
| 9/18/2016 | Draft, comment and review material re: allocation litigation matters | 5.0 | 14 |
| 9/19/2016 | Calls, communications and discussion with other professionals re: status | 3.0 | 14 |
| 9/19/2016 | Discuss litigation & review of material / analysis for discussion | 4.0 | 14 |
| 9/19/2016 | Review draft material, calls & communications re: claims matters | 2.0 | 7 |
| 9/20/2016 | Calls, communications and discussion with other professionals re: taxes | 2.0 | 14 |
| 9/20/2016 | Discuss litigation & review of material / analysis for discussion | 4.0 | 14 |
| 9/20/2016 | Review and update material from management re: costs | 4.0 | 14 |
| 9/21/2016 | Calls, communications and discussion with other professionals re: status | 3.0 | 14 |
| 9/21/2016 | Review Monitor cash forecast & cash flash | 1.0 | 1 |
| 9/22/2016 | Calls, communications, prepare material re: allocation litigation matters | 7.0 | 14 |
| 9/23/2016 | Calls, communications, prepare material re: allocation litigation matters | 8.0 | 14 |
| 9/25/2016 | Review Monitor court filings | 2.0 | 1 |
| 9/25/2016 | Draft, comment and review material re: allocation litigation matters | 4.0 | 14 |
| 9/26/2016 | Review draft material re: asset recovery & claims matters | 3.0 | 1 |
| 9/26/2016 | Review Monitor cash forecast & cash flash | 1.0 | 1 |
| 9/26/2016 | Review and analysis of Monitors claim data | 4.0 | 1 |
| 9/27/2016 | Calls and communications w/ management re: claims & asset recovery | 2.0 | 1 |
| 9/27/2016 | Review draft material re: asset recovery & claims matters | 5.0 | 1 |
| 9/27/2016 | Draft, comment and review material re: allocation litigation matters | 2.0 | 14 |
| 9/28/2016 | Calls, communications and discussion with other professionals re: taxes | 2.0 | 14 |
| 9/28/2016 | Calls and communications w/ management re: claims & asset recovery | 3.0 | 1 |
| 9/28/2016 | Review draft material re: asset recovery & claims matters | 5.0 | 1 |
| 9/29/2016 | Calls and communications w/ management re: claims & asset recovery | 1.0 | 1 |
| 9/29/2016 | Draft, comment and review material re: allocation litigation matters | 2.0 | 14 |
| 9/29/2016 | Review draft material re: asset recovery & claims matters | 4.0 | 1 |
| 9/30/2016 | Draft, comment and review material re: allocation litigation matters | 4.0 | 14 |
| 9/30/2016 | Review draft material re: asset recovery & claims matters | 3.0 | 1 |
| **Sept 2016 Total** | | **188.0** | |

**Nortel Networks, Inc**
September 1, 2016 - September 30, 2016 Time Detail
Chilmark Partners, LLC
Matthew Rosenberg

| Date | Description of Work | Sept 2016 Hours | Code |
|---|---|---|---|
| 9/12/2016 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 9/15/2016 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 9/20/2016 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 9/23/2016 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 9/28/2016 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| **Sept 2016 Total** | | **5.0** | |