# EXHIBIT B

**EXPENSE DETAIL**

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

September 1, 2016 Through September 30, 2016

|  | Date | Description | Amount |
|---|---|---|---|
| Chilmark | 9/30/2016 | Conference Calls | $ 73.18 |
| **Total Expenses** | | | **$ 73.18** |