**EXHIBIT A**

Case 09-10138-MFW    Doc 17344-2    Filed 11/04/16    Page 1 of 9

# Exhibit A

## No Liability Claims

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Reason for<br>Disallowance |
|---|---|---|---|
| FLAHERTY, LAUREN<br>C/O RACHEL B. MERSKY, ESQUIRE<br>MONZACK MERSKY MCLAUGHLIN AND BROWDER,<br>P.A., 1201 N. ORANGE ST STE 400<br>WILMINGTON, DE  19801 | 6263<br>12/15/09<br>09-10149<br>Architel Systems (U.S.)<br>Corporation | - (S)<br>- (A)<br>$10,950.00 (P)<br>$1,217,483.00 (U)<br>$1,228,433.00 (T) | The Claim asserts liability for certain severance related payments for which the Debtors are not liable. |
| FLAHERTY, LAUREN<br>C/O RACHEL B. MERSKY, ESQUIRE<br>MONZACK MERSKY MCLAUGHLIN AND BROWDER,<br>P.A., 1201 N. ORANGE ST STE 400<br>WILMINGTON, DE  19801 | 6264<br>12/15/09<br>09-10150<br>Nortel Networks<br>International Inc. | - (S)<br>- (A)<br>$10,950.00 (P)<br>$1,217,483.00 (U)<br>$1,228,433.00 (T) | The Claim asserts liability for certain severance related payments for which the Debtors are not liable. |
| FLAHERTY, LAUREN<br>C/O RACHEL B. MERSKY, ESQUIRE<br>MONZACK MERSKY MCLAUGHLIN AND BROWDER,<br>P.A., 1201 N. ORANGE ST STE 400<br>WILMINGTON, DE  19801 | 6265<br>12/15/09<br>09-10151<br>Northern Telecom<br>International Inc. | - (S)<br>- (A)<br>$10,950.00 (P)<br>$1,217,483.00 (U)<br>$1,228,433.00 (T) | The Claim asserts liability for certain severance related payments for which the Debtors are not liable. |
| FLAHERTY, LAUREN<br>C/O RACHEL B. MERSKY, ESQUIRE<br>MONZACK MERSKY MCLAUGHLIN AND BROWDER,<br>P.A., 1201 N. ORANGE ST STE 400<br>WILMINGTON, DE  19801 | 6266<br>12/15/09<br>09-10152<br>Nortel Networks Cable<br>Solutions Inc. | - (S)<br>- (A)<br>$10,950.00 (P)<br>$1,217,483.00 (U)<br>$1,228,433.00 (T) | The Claim asserts liability for certain severance related payments for which the Debtors are not liable. |
| FLAHERTY, LAUREN<br>C/O RACHEL B. MERSKY, ESQUIRE<br>MONZACK MERSKY MCLAUGHLIN AND BROWDER,<br>P.A., 1201 N. ORANGE ST STE 400<br>WILMINGTON, DE  19801 | 6267<br>12/15/09<br>09-10145<br>CoreTek, Inc. | - (S)<br>- (A)<br>$10,950.00 (P)<br>$1,217,483.00 (U)<br>$1,228,433.00 (T) | The Claim asserts liability for certain severance related payments for which the Debtors are not liable. |
| FLAHERTY, LAUREN<br>C/O RACHEL B. MERSKY, ESQUIRE<br>MONZACK MERSKY MCLAUGHLIN AND BROWDER,<br>P.A., 1201 N. ORANGE ST STE 400<br>WILMINGTON, DE  19801 | 6268<br>12/15/09<br>09-10146<br>Nortel Networks<br>Applications Management<br>Solutions Inc. | - (S)<br>- (A)<br>$10,950.00 (P)<br>$1,217,483.00 (U)<br>$1,228,433.00 (T) | The Claim asserts liability for certain severance related payments for which the Debtors are not liable. |
| FLAHERTY, LAUREN<br>C/O RACHEL B. MERSKY, ESQUIRE<br>MONZACK MERSKY MCLAUGHLIN AND BROWDER,<br>P.A., 1201 N. ORANGE ST STE 400<br>WILMINGTON, DE  19801 | 6269<br>12/15/09<br>09-10147<br>Nortel Networks Optical<br>Components Inc. | - (S)<br>- (A)<br>$10,950.00 (P)<br>$1,217,483.00 (U)<br>$1,228,433.00 (T) | The Claim asserts liability for certain severance related payments for which the Debtors are not liable. |

# Exhibit A

## No Liability Claims

---

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Reason for<br>Disallowance |
|---|---|---|---|
| FLAHERTY, LAUREN<br>C/O RACHEL B. MERSKY, ESQUIRE<br>MONZACK MERSKY MCLAUGHLIN AND BROWDER,<br>P.A., 1201 N. ORANGE ST STE 400<br>WILMINGTON, DE  19801 | 6270<br>12/15/09<br>09-10148<br>Nortel Networks HPOCS Inc. | - (S)<br>- (A)<br>$10,950.00 (P)<br>$1,217,483.00 (U)<br>$1,228,433.00 (T) | The Claim asserts liability for certain severance related payments for which the Debtors are not liable. |
| FLAHERTY, LAUREN<br>C/O RACHEL B. MERSKY, ESQUIRE<br>MONZACK MERSKY MCLAUGHLIN AND BROWDER,<br>P.A., 1201 N. ORANGE ST STE 400<br>WILMINGTON, DE  19801 | 6271<br>12/15/09<br>09-10141<br>Alteon WebSystems International, Inc. | - (S)<br>- (A)<br>$10,950.00 (P)<br>$1,217,483.00 (U)<br>$1,228,433.00 (T) | The Claim asserts liability for certain severance related payments for which the Debtors are not liable. |
| FLAHERTY, LAUREN<br>C/O RACHEL B. MERSKY, ESQUIRE<br>MONZACK MERSKY MCLAUGHLIN AND BROWDER,<br>P.A., 1201 N. ORANGE ST STE 400<br>WILMINGTON, DE  19801 | 6272<br>12/15/09<br>09-10142<br>Xros, Inc. | - (S)<br>- (A)<br>$10,950.00 (P)<br>$1,217,483.00 (U)<br>$1,228,433.00 (T) | The Claim asserts liability for certain severance related payments for which the Debtors are not liable. |
| FLAHERTY, LAUREN<br>C/O RACHEL B. MERSKY, ESQUIRE<br>MONZACK MERSKY MCLAUGHLIN AND BROWDER,<br>P.A., 1201 N. ORANGE ST STE 400<br>WILMINGTON, DE  19801 | 6273<br>12/15/09<br>09-10143<br>Sonoma Systems | - (S)<br>- (A)<br>$10,950.00 (P)<br>$1,217,483.00 (U)<br>$1,228,433.00 (T) | The Claim asserts liability for certain severance related payments for which the Debtors are not liable. |
| FLAHERTY, LAUREN<br>C/O RACHEL B. MERSKY, ESQUIRE<br>MONZACK MERSKY MCLAUGHLIN AND BROWDER,<br>P.A., 1201 N. ORANGE ST STE 400<br>WILMINGTON, DE  19801 | 6274<br>12/15/09<br>09-10144<br>Qtera Corporation | - (S)<br>- (A)<br>$10,950.00 (P)<br>$1,217,483.00 (U)<br>$1,228,433.00 (T) | The Claim asserts liability for certain severance related payments for which the Debtors are not liable. |
| FLAHERTY, LAUREN<br>C/O RACHEL B. MERSKY, ESQUIRE<br>MONZACK MERSKY MCLAUGHLIN AND BROWDER,<br>P.A., 1201 N. ORANGE ST STE 400<br>WILMINGTON, DE  19801 | 6275<br>12/15/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$10,950.00 (P)<br>$1,217,483.00 (U)<br>$1,228,433.00 (T) | The Claim asserts liability for certain severance related payments for which the Debtors are not liable. |
| FLAHERTY, LAUREN<br>C/O RACHEL B. MERSKY, ESQUIRE<br>MONZACK MERSKY MCLAUGHLIN AND BROWDER,<br>P.A., 1201 N. ORANGE ST STE 400<br>WILMINGTON, DE  19801 | 6276<br>12/15/09<br>09-10139<br>Nortel Networks Capital Corporation | - (S)<br>- (A)<br>$10,950.00 (P)<br>$1,217,483.00 (U)<br>$1,228,433.00 (T) | The Claim asserts liability for certain severance related payments for which the Debtors are not liable. |

# Exhibit A

## No Liability Claims

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Reason for<br>Disallowance |
|---|---|---|---|
| FLAHERTY, LAUREN<br>C/O RACHEL B. MERSKY, ESQUIRE<br>MONZACK MERSKY MCLAUGHLIN AND BROWDER,<br>P.A., 1201 N. ORANGE ST STE 400<br>WILMINGTON, DE  19801 | 6277<br>12/15/09<br>09-10140<br>Nortel Altsystems, Inc. | - (S)<br>- (A)<br>$10,950.00 (P)<br>$1,217,483.00 (U)<br>$1,228,433.00 (T) | The Claim asserts liability for certain severance related payments for which the Debtors are not liable. |
| FLAHERTY, LAUREN<br>C/O RACHEL B. MERSKY, ESQUIRE<br>MONZACK MERSKY MCLAUGHLIN AND BROWDER,<br>P.A., 1201 N. ORANGE ST STE 400<br>WILMINGTON, DE  19801 | 6808<br>1/20/10<br>09-12515<br>Nortel Networks (CALA), Inc. | - (S)<br>- (A)<br>$10,950.00 (P)<br>$1,217,483.00 (U)<br>$1,228,433.00 (T) | The Claim asserts liability for certain severance related payments for which the Debtors are not liable. |
| ROESE, JOHN<br>C/O RACHEL B. MERSKY, ESQUIRE<br>MONZACK MERSKY MCLAUGHLIN AND BROWDER,<br>P.A., 1201 N. ORANGE STREET SUITE 400<br>WILMINGTON, DE  19801 | 6249<br>12/15/09<br>09-10149<br>Architel Systems (U.S.)<br>Corporation | - (S)<br>- (A)<br>$10,950.00 (P)<br>$1,236,195.60 (U)<br>$1,247,145.60 (T) | The Claim asserts liability for certain severance related payments for which the Debtors are not liable. |
| ROESE, JOHN<br>C/O RACHEL B. MERSKY, ESQUIRE<br>MONZACK MERSKY MCLAUGHLIN AND BROWDER,<br>P.A., 1201 N. ORANGE STREET SUITE 400<br>WILMINGTON, DE  19801 | 6250<br>12/15/09<br>09-10150<br>Nortel Networks<br>International Inc. | - (S)<br>- (A)<br>$10,950.00 (P)<br>$1,236,195.60 (U)<br>$1,247,145.60 (T) | The Claim asserts liability for certain severance related payments for which the Debtors are not liable. |
| ROESE, JOHN<br>C/O RACHEL B. MERSKY, ESQUIRE<br>MONZACK MERSKY MCLAUGHLIN AND BROWDER,<br>P.A., 1201 N. ORANGE STREET SUITE 400<br>WILMINGTON, DE  19801 | 6251<br>12/15/09<br>09-10151<br>Northern Telecom<br>International Inc. | - (S)<br>- (A)<br>$10,950.00 (P)<br>$1,236,195.60 (U)<br>$1,247,145.60 (T) | The Claim asserts liability for certain severance related payments for which the Debtors are not liable. |
| ROESE, JOHN<br>C/O RACHEL B. MERSKY, ESQUIRE<br>MONZACK MERSKY MCLAUGHLIN AND BROWDER,<br>P.A., 1201 N. ORANGE STREET SUITE 400<br>WILMINGTON, DE  19801 | 6252<br>12/15/09<br>09-10152<br>Nortel Networks Cable<br>Solutions Inc. | - (S)<br>- (A)<br>$10,950.00 (P)<br>$1,236,195.60 (U)<br>$1,247,145.60 (T) | The Claim asserts liability for certain severance related payments for which the Debtors are not liable. |
| ROESE, JOHN<br>C/O RACHEL B. MERSKY, ESQUIRE<br>MONZACK MERSKY MCLAUGHLIN AND BROWDER,<br>P.A., 1201 N. ORANGE STREET SUITE 400<br>WILMINGTON, DE  19801 | 6253<br>12/15/09<br>09-10143<br>Sonoma Systems | - (S)<br>- (A)<br>$10,950.00 (P)<br>$1,236,195.60 (U)<br>$1,247,145.60 (T) | The Claim asserts liability for certain severance related payments for which the Debtors are not liable. |

## Exhibit A

### No Liability Claims

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Reason for<br>Disallowance |
|---|---|---|---|
| ROESE, JOHN<br>C/O RACHEL B. MERSKY, ESQUIRE<br>MONZACK MERSKY MCLAUGHLIN AND BROWDER,<br>P.A., 1201 N. ORANGE STREET SUITE 400<br>WILMINGTON, DE 19801 | 6254<br>12/15/09<br>09-10144<br>Qtera Corporation | - (S)<br>- (A)<br>$10,950.00 (P)<br>$1,236,195.60 (U)<br>$1,247,145.60 (T) | The Claim asserts liability for certain severance related payments for which the Debtors are not liable. |
| ROESE, JOHN<br>C/O RACHEL B. MERSKY, ESQUIRE<br>MONZACK MERSKY MCLAUGHLIN AND BROWDER,<br>P.A., 1201 N. ORANGE STREET SUITE 400<br>WILMINGTON, DE 19801 | 6255<br>12/15/09<br>09-10145<br>CoreTek, Inc. | - (S)<br>- (A)<br>$10,950.00 (P)<br>$1,236,195.60 (U)<br>$1,247,145.60 (T) | The Claim asserts liability for certain severance related payments for which the Debtors are not liable. |
| ROESE, JOHN<br>C/O RACHEL B. MERSKY, ESQUIRE<br>MONZACK MERSKY MCLAUGHLIN AND BROWDER,<br>P.A., 1201 N. ORANGE STREET SUITE 400<br>WILMINGTON, DE 19801 | 6256<br>12/15/09<br>09-10146<br>Nortel Networks<br>Applications Management<br>Solutions Inc. | - (S)<br>- (A)<br>$10,950.00 (P)<br>$1,236,195.60 (U)<br>$1,247,145.60 (T) | The Claim asserts liability for certain severance related payments for which the Debtors are not liable. |
| ROESE, JOHN<br>C/O RACHEL B. MERSKY, ESQUIRE<br>MONZACK MERSKY MCLAUGHLIN AND BROWDER,<br>P.A., 1201 N. ORANGE STREET SUITE 400<br>WILMINGTON, DE 19801 | 6257<br>12/15/09<br>09-10147<br>Nortel Networks Optical<br>Components Inc. | - (S)<br>- (A)<br>$10,950.00 (P)<br>$1,236,195.60 (U)<br>$1,247,145.60 (T) | The Claim asserts liability for certain severance related payments for which the Debtors are not liable. |
| ROESE, JOHN<br>C/O RACHEL B. MERSKY, ESQUIRE<br>MONZACK MERSKY MCLAUGHLIN AND BROWDER,<br>P.A., 1201 N. ORANGE STREET SUITE 400<br>WILMINGTON, DE 19801 | 6258<br>12/15/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$10,950.00 (P)<br>$1,236,195.60 (U)<br>$1,247,145.60 (T) | The Claim asserts liability for certain severance related payments for which the Debtors are not liable. |
| ROESE, JOHN<br>C/O RACHEL B. MERSKY, ESQUIRE<br>MONZACK MERSKY MCLAUGHLIN AND BROWDER,<br>P.A., 1201 N. ORANGE STREET SUITE 400<br>WILMINGTON, DE 19801 | 6259<br>12/15/09<br>09-10139<br>Nortel Networks Capital<br>Corporation | - (S)<br>- (A)<br>$10,950.00 (P)<br>$1,236,195.60 (U)<br>$1,247,145.60 (T) | The Claim asserts liability for certain severance related payments for which the Debtors are not liable. |
| ROESE, JOHN<br>C/O RACHEL B. MERSKY, ESQUIRE<br>MONZACK MERSKY MCLAUGHLIN AND BROWDER,<br>P.A., 1201 N. ORANGE STREET SUITE 400<br>WILMINGTON, DE 19801 | 6260<br>12/15/09<br>09-10140<br>Nortel Altsystems, Inc. | - (S)<br>- (A)<br>$10,950.00 (P)<br>$1,236,195.60 (U)<br>$1,247,145.60 (T) | The Claim asserts liability for certain severance related payments for which the Debtors are not liable. |

# Exhibit A

## No Liability Claims

---

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number / Date Filed / Case Info | Total Amount Claimed | Reason for Disallowance |
|---|---|---|---|
| ROESE, JOHN<br>C/O RACHEL B. MERSKY, ESQUIRE<br>MONZACK MERSKY MCLAUGHLIN AND BROWDER,<br>P.A., 1201 N. ORANGE STREET SUITE 400<br>WILMINGTON, DE 19801 | 6261<br>12/15/09<br>09-10141<br>Alteon WebSystems International, Inc. | - (S)<br>- (A)<br>$10,950.00 (P)<br>$1,236,195.60 (U)<br>$1,247,145.60 (T) | The Claim asserts liability for certain severance related payments for which the Debtors are not liable. |
| ROESE, JOHN<br>C/O RACHEL B. MERSKY, ESQUIRE<br>MONZACK MERSKY MCLAUGHLIN AND BROWDER,<br>P.A., 1201 N. ORANGE STREET SUITE 400<br>WILMINGTON, DE 19801 | 6262<br>12/15/09<br>09-10142<br>Xros, Inc. | - (S)<br>- (A)<br>$10,950.00 (P)<br>$1,236,195.60 (U)<br>$1,247,145.60 (T) | The Claim asserts liability for certain severance related payments for which the Debtors are not liable. |
| ROESE, JOHN<br>C/O RACHEL B. MERSKY, ESQUIRE<br>MONZACK MERSKY MCLAUGHLIN AND BROWDER,<br>P.A., 1201 N. ORANGE STREET SUITE 400<br>WILMINGTON, DE 19801 | 6281<br>12/15/09<br>09-10148<br>Nortel Networks HPOCS Inc. | - (S)<br>- (A)<br>$10,950.00 (P)<br>$1,236,195.60 (U)<br>$1,247,145.60 (T) | The Claim asserts liability for certain severance related payments for which the Debtors are not liable. |
| ROESE, JOHN<br>C/O RACHEL B. MERSKY, ESQUIRE<br>MONZACK MERSKY MCLAUGHLIN AND BROWDER,<br>P.A., 1201 N. ORANGE STREET SUITE 400<br>WILMINGTON, DE 19801 | 6807<br>1/20/10<br>09-12515<br>Nortel Networks (CALA), Inc. | - (S)<br>- (A)<br>$10,950.00 (P)<br>$1,236,195.60 (U)<br>$1,247,145.60 (T) | The Claim asserts liability for certain severance related payments for which the Debtors are not liable. |
| WENDT, DIETMAR<br>C/O RACHEL B. MERSKY, ESQUIRE<br>MONZACK MERSKY MCLAUGHLIN AND BROWDER,<br>P.A., 1201 N. ORANGE STREET, SUITE 400<br>WILMINGTON, DE 19801 | 6233<br>12/14/09<br>09-10152<br>Nortel Networks Cable Solutions Inc. | - (S)<br>- (A)<br>$10,950.00 (P)<br>$1,407,676.58 (U)<br>$1,418,626.58 (T) | The Claim asserts liability for certain severance related payments for which the Debtors are not liable. |
| WENDT, DIETMAR<br>C/O RACHEL B. MERSKY, ESQUIRE<br>MONZACK MERSKY MCLAUGHLIN AND BROWDER,<br>P.A., 1201 N. ORANGE STREET, SUITE 400<br>WILMINGTON, DE 19801 | 6234<br>12/14/09<br>09-10151<br>Northern Telecom International Inc. | - (S)<br>- (A)<br>$10,950.00 (P)<br>$1,407,676.58 (U)<br>$1,418,626.58 (T) | The Claim asserts liability for certain severance related payments for which the Debtors are not liable. |
| WENDT, DIETMAR<br>C/O RACHEL B. MERSKY, ESQUIRE<br>MONZACK MERSKY MCLAUGHLIN AND BROWDER,<br>P.A., 1201 N. ORANGE STREET, SUITE 400<br>WILMINGTON, DE 19801 | 6235<br>12/14/09<br>09-10150<br>Nortel Networks International Inc. | - (S)<br>- (A)<br>$10,950.00 (P)<br>$1,407,676.58 (U)<br>$1,418,626.58 (T) | The Claim asserts liability for certain severance related payments for which the Debtors are not liable. |

## Exhibit A

### No Liability Claims

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Reason for<br>Disallowance |
|---|---|---|---|
| WENDT, DIETMAR<br>C/O RACHEL B. MERSKY, ESQUIRE<br>MONZACK MERSKY MCLAUGHLIN AND BROWDER,<br>P.A., 1201 N. ORANGE STREET, SUITE 400<br>WILMINGTON, DE  19801 | 6236<br>12/14/09<br>09-10149<br>Architel Systems (U.S.)<br>Corporation | - (S)<br>- (A)<br>$10,950.00 (P)<br>$1,407,676.58 (U)<br>$1,418,626.58 (T) | The Claim asserts liability for certain severance related payments for which the Debtors are not liable. |
| WENDT, DIETMAR<br>C/O RACHEL B. MERSKY, ESQUIRE<br>MONZACK MERSKY MCLAUGHLIN AND BROWDER,<br>P.A., 1201 N. ORANGE STREET, SUITE 400<br>WILMINGTON, DE  19801 | 6237<br>12/14/09<br>09-10148<br>Nortel Networks HPOCS Inc. | - (S)<br>- (A)<br>$10,950.00 (P)<br>$1,407,676.58 (U)<br>$1,418,626.58 (T) | The Claim asserts liability for certain severance related payments for which the Debtors are not liable. |
| WENDT, DIETMAR<br>C/O RACHEL B. MERSKY, ESQUIRE<br>MONZACK MERSKY MCLAUGHLIN AND BROWDER,<br>P.A., 1201 N. ORANGE STREET, SUITE 400<br>WILMINGTON, DE  19801 | 6238<br>12/14/09<br>09-10147<br>Nortel Networks Optical<br>Components Inc. | - (S)<br>- (A)<br>$10,950.00 (P)<br>$1,407,676.58 (U)<br>$1,418,626.58 (T) | The Claim asserts liability for certain severance related payments for which the Debtors are not liable. |
| WENDT, DIETMAR<br>C/O RACHEL B. MERSKY, ESQUIRE<br>MONZACK MERSKY MCLAUGHLIN AND BROWDER,<br>P.A., 1201 N. ORANGE STREET, SUITE 400<br>WILMINGTON, DE  19801 | 6239<br>12/14/09<br>09-10146<br>Nortel Networks<br>Applications Management<br>Solutions Inc. | - (S)<br>- (A)<br>$10,950.00 (P)<br>$1,407,676.58 (U)<br>$1,418,626.58 (T) | The Claim asserts liability for certain severance related payments for which the Debtors are not liable. |
| WENDT, DIETMAR<br>C/O RACHEL B. MERSKY, ESQUIRE<br>MONZACK MERSKY MCLAUGHLIN AND BROWDER,<br>P.A., 1201 N. ORANGE STREET, SUITE 400<br>WILMINGTON, DE  19801 | 6240<br>12/14/09<br>09-10145<br>CoreTek, Inc. | - (S)<br>- (A)<br>$10,950.00 (P)<br>$1,407,676.58 (U)<br>$1,418,626.58 (T) | The Claim asserts liability for certain severance related payments for which the Debtors are not liable. |
| WENDT, DIETMAR<br>C/O RACHEL B. MERSKY, ESQUIRE<br>MONZACK MERSKY MCLAUGHLIN AND BROWDER,<br>P.A., 1201 N. ORANGE STREET, SUITE 400<br>WILMINGTON, DE  19801 | 6241<br>12/14/09<br>09-10144<br>Qtera Corporation | - (S)<br>- (A)<br>$10,950.00 (P)<br>$1,407,676.58 (U)<br>$1,418,626.58 (T) | The Claim asserts liability for certain severance related payments for which the Debtors are not liable. |
| WENDT, DIETMAR<br>C/O RACHEL B. MERSKY, ESQUIRE<br>MONZACK MERSKY MCLAUGHLIN AND BROWDER,<br>P.A., 1201 N. ORANGE STREET, SUITE 400<br>WILMINGTON, DE  19801 | 6242<br>12/14/09<br>09-10143<br>Sonoma Systems | - (S)<br>- (A)<br>$10,950.00 (P)<br>$1,407,676.58 (U)<br>$1,418,626.58 (T) | The Claim asserts liability for certain severance related payments for which the Debtors are not liable. |

# Exhibit A

### No Liability Claims

---

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Reason for<br>Disallowance |
|---|---|---|---|
| WENDT, DIETMAR<br>C/O RACHEL B. MERSKY, ESQUIRE<br>MONZACK MERSKY MCLAUGHLIN AND BROWDER,<br>P.A., 1201 N. ORANGE STREET, SUITE 400<br>WILMINGTON, DE  19801 | 6243<br>12/14/09<br>09-10142<br>Xros, Inc. | - (S)<br>- (A)<br>$10,950.00 (P)<br>$1,407,676.58 (U)<br>$1,418,626.58 (T) | The Claim asserts liability for certain severance related payments for which the Debtors are not liable. |
| WENDT, DIETMAR<br>C/O RACHEL B. MERSKY, ESQUIRE<br>MONZACK MERSKY MCLAUGHLIN AND BROWDER,<br>P.A., 1201 N. ORANGE STREET, SUITE 400<br>WILMINGTON, DE  19801 | 6244<br>12/14/09<br>09-10141<br>Alteon WebSystems International, Inc. | - (S)<br>- (A)<br>$10,950.00 (P)<br>$1,407,676.58 (U)<br>$1,418,626.58 (T) | The Claim asserts liability for certain severance related payments for which the Debtors are not liable. |
| WENDT, DIETMAR<br>C/O RACHEL B. MERSKY, ESQUIRE<br>MONZACK MERSKY MCLAUGHLIN AND BROWDER,<br>P.A., 1201 N. ORANGE STREET, SUITE 400<br>WILMINGTON, DE  19801 | 6245<br>12/14/09<br>09-10140<br>Nortel Altsystems, Inc. | - (S)<br>- (A)<br>$10,950.00 (P)<br>$1,407,676.58 (U)<br>$1,418,626.58 (T) | The Claim asserts liability for certain severance related payments for which the Debtors are not liable. |
| WENDT, DIETMAR<br>C/O RACHEL B. MERSKY, ESQUIRE<br>MONZACK MERSKY MCLAUGHLIN AND BROWDER,<br>P.A., 1201 N. ORANGE STREET, SUITE 400<br>WILMINGTON, DE  19801 | 6246<br>12/14/09<br>09-10139<br>Nortel Networks Capital Corporation | - (S)<br>- (A)<br>$10,950.00 (P)<br>$1,407,676.58 (U)<br>$1,418,626.58 (T) | The Claim asserts liability for certain severance related payments for which the Debtors are not liable. |
| WENDT, DIETMAR<br>C/O RACHEL B. MERSKY, ESQUIRE<br>MONZACK MERSKY MCLAUGHLIN AND BROWDER,<br>P.A., 1201 N. ORANGE STREET, SUITE 400<br>WILMINGTON, DE  19801 | 6247<br>12/14/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$10,950.00 (P)<br>$1,407,676.58 (U)<br>$1,418,626.58 (T) | The Claim asserts liability for certain severance related payments for which the Debtors are not liable. |
| WENDT, DIETMAR<br>C/O RACHEL B. MERSKY, ESQUIRE<br>MONZACK MERSKY MCLAUGHLIN AND BROWDER,<br>P.A., 1201 N. ORANGE STREET, SUITE 400<br>WILMINGTON, DE  19801 | 6806<br>1/20/10<br>09-12515<br>Nortel Networks (CALA), Inc. | - (S)<br>- (A)<br>$10,950.00 (P)<br>$1,407,676.58 (U)<br>$1,418,626.58 (T) | The Claim asserts liability for certain severance related payments for which the Debtors are not liable. |

## Exhibit A

### No Liability Claims

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Reason for<br>Disallowance |
|---|---|---|---|
| **Totals:** | **48 Claims** | **- (S)**<br>**- (A)**<br>**$525,600.00 (P)**<br>**$61,781,682.88 (U)**<br>**$62,307,282.88 (T)** | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed