# EXHIBIT B

## COMPENSATION BY PROJECT CATEGORY

## SEPTEMBER 1, 2016 THROUGH SEPTEMBER 30, 2016

| Project Category | Total Hours | Total Fees |
| --- | --- | --- |
| General Case Administration | 0.60 | $630.00 |
| Akin Gump Fee Applications/Monthly Billing Reports | 11.90 | $6,382.00 |
| Analysis of Other Professionals' Fee Applications/Reports | 0.20 | $265.00 |
| Creditors' Committee Meetings | 33.80 | $28,480.50 |
| Court Hearings | 4.70 | $2,364.50 |
| Financial Reports and Analysis | 0.10 | $45.50 |
| General Claims Analysis/Claims Objections | 23.00 | $24,814.50 |
| Canadian Proceedings/Matters | 3.20 | $3,184.00 |
| Tax Issues | 3.60 | $3,214.50 |
| Labor Issues/Employee Benefits | 9.10 | $6,750.00 |
| Travel | 5.00 | $5,043.75 |
| Intercompany Analysis | 192.10 | $194,485.50 |
| **TOTAL** | **287.30** | **$275,559.75** |



NORTEL NETWORKS INC. CREDITORS COMMITTEE
ATTN: JOHN DOLITTLE
8601 SIX FORKS ROAD
SUITE 400
RALEIGH, NC  27615

Invoice Number    1683935
Invoice Date      10/31/16
Client Number     687147
Matter Number     0001

Re: CHAPTER 11

FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/16 :

MATTER SUMMARY OF TIME BILLED BY TASK :

|      |                                              | HOURS  | VALUE        |
|------|----------------------------------------------|--------|--------------|
| 0002 | General Case Administration                  | 0.60   | $630.00      |
| 0003 | Akin Gump Fee Application/Monthly Billing Reports | 11.90 | $6,282.00 |
| 0004 | Analysis of Other Professionals Fee Applications/Reports | 0.20 | $265.00 |
| 0007 | Creditors Committee Meetings                 | 33.80  | $28,480.50   |
| 0008 | Court Hearings                               | 4.70   | $2,364.50    |
| 0009 | Financial Reports and Analysis               | 0.10   | $45.50       |
| 0012 | General Claims Analysis/Claims Objections    | 23.00  | $24,814.50   |
| 0014 | Canadian Proceedings/Matters                 | 3.20   | $3,184.00    |
| 0018 | Tax Issues                                   | 3.60   | $3,214.50    |
| 0019 | Labor Issues/Employee Benefits               | 9.10   | $6,750.00    |
| 0025 | Travel                                       | 5.00   | $5,043.75    |
| 0029 | Intercompany Analysis                        | 192.10 | $194,485.50  |
|      | TOTAL                                        | 287.30 | $275,559.75  |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  Page 2
Invoice Number: 1683935  October 31, 2016

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| 09/23/16 | RAJ | 0002 | Analyze Committee bylaws. | 0.40 |
| 09/29/16 | RAJ | 0002 | Analyze issues re: Committee bylaws. | 0.20 |
| 09/02/16 | FSH | 0003 | Review August pre-bill for confidentiality and privilege. | 0.20 |
| 09/09/16 | AL | 0003 | Review prebill for confidentiality and privilege. | 3.80 |
| 09/10/16 | AL | 0003 | Review prebill for confidentiality and privilege. | 1.10 |
| 09/13/16 | FSH | 0003 | Internal communications re: fee application prep (.1); review info re: same (.1). | 0.20 |
| 09/16/16 | FSH | 0003 | Analyze receivables, billings. | 0.30 |
| 09/16/16 | AL | 0003 | Review prebill for confidentiality and privilege (.3); prepare table of outstanding fees (2.0); internal correspondence re:: same (.1). | 2.40 |
| 09/19/16 | AL | 0003 | Prepare table of outstanding fees (.3); internal communication re: same (.2). | 0.50 |
| 09/20/16 | AL | 0003 | Review prebill for confidentiality and privilege. | 1.30 |
| 09/27/16 | MCF | 0003 | Review prebill re: confidentiality and privilege. | 1.10 |
| 09/29/16 | AL | 0003 | Review prebill for confidentiality and privilege. | 0.80 |
| 09/30/16 | AL | 0003 | Internal communication re: review of prebill for confidentiality and privilege. | 0.20 |
| 09/13/16 | FSH | 0004 | Examine fee application. | 0.20 |
| 09/01/16 | FSH | 0007 | Prepare for Committee call (.2); participate in same (.2). | 0.40 |
| 09/01/16 | RAJ | 0007 | Attend Committee call. | 0.20 |
| 09/01/16 | DHB | 0007 | Prepare for Committee call (.2); emails re: same (.1); attend same (.2). | 0.50 |
| 09/01/16 | BMK | 0007 | Prepare for Committee call (0.5); attend same (0.2). | 0.70 |
| 09/01/16 | AL | 0007 | Prepare for (.4) and attend (.2) Committee call. | 0.80 |
| 09/06/16 | AL | 0007 | Draft Committee call agenda. | 0.40 |
| 09/07/16 | FSH | 0007 | Review Committee call agenda (.1); communications with J. Chen, D. Botter, B. Kahn re: presentations (.2). | 0.30 |
| 09/07/16 | AL | 0007 | Prepare for Committee call. | 0.90 |
| 09/08/16 | FSH | 0007 | Participate in Committee call. | 0.30 |
| 09/08/16 | RAJ | 0007 | Attend Committee call (.3); post-call discussion with D. Botter (.1); follow-up call with Committee member (.2). | 0.60 |
| 09/08/16 | DHB | 0007 | Prepare for Committee call (.5); attend same (.3) and follow-up (.1). | 0.90 |
| 09/08/16 | AL | 0007 | Prepare for (1.0) and attend (.3) Committee call. | 1.30 |
| 09/14/16 | FSH | 0007 | Review Committee call agenda and communications thereon with A. Loring, R. Johnson. | 0.10 |
| 09/14/16 | AL | 0007 | Draft agenda for Committee call (.8); prepare for same (1.7). | 2.50 |
| 09/15/16 | FSH | 0007 | Communicate with D. Botter re: upcoming meeting (.1); communicate with R. Johnson re: agenda (.1); prepare for meeting (.2); participate in same (.4). | 0.80 |
| 09/15/16 | RAJ | 0007 | Attend Committee call (.4); follow-up emails with Committee member (.2). | 0.60 |
| 09/15/16 | DHB | 0007 | Prepare for Committee call (.4); attend same (.4). | 0.80 |
| 09/15/16 | BMK | 0007 | Attend Committee call (0.4); prepare for same (0.3). | 0.70 |
| 09/15/16 | AL | 0007 | Prepare for Committee call. | 1.30 |
| 09/21/16 | FSH | 0007 | Review Committee call agenda and comment thereon. | 0.10 |
| 09/21/16 | BMK | 0007 | Review Committee call agenda (0.2); prepare for same (0.4). | 0.60 |
| 09/21/16 | AL | 0007 | Draft agenda for Committee call (.7); internal correspondence re: same (.4). | 1.10 |
| 09/22/16 | FSH | 0007 | Participate in Committee call (.3); communications with B. Kahn and A. Loring re: emergency Committee call (.1). | 0.40 |
| 09/22/16 | RAJ | 0007 | Attend Committee call (.3); follow-up emails re: same (.4). | 0.70 |
| 09/22/16 | AQ | 0007 | Attend Committee call. | 0.30 |
| 09/22/16 | DHB | 0007 | Prepare for Committee meeting (.4); attend same (.3). | 0.70 |
| 09/22/16 | BMK | 0007 | Prepare for Committee call (0.1); attend Committee call (0.3). | 0.40 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE                                                          Page 3
Invoice Number: 1683935                                                                  October 31, 2016

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| 09/22/16 | AL | 0007 | Prepare for (1.2) and attend (.3) Committee call; follow-up communications re: same (.5). | 2.00 |
| 09/23/16 | FSH | 0007 | Prepare presentation for Committee (.4); communications with B. Kahn, D. Botter, BRG, A. Loring re: same (.1); final prep for meeting of Committee (.3); participate in same (.4). | 1.20 |
| 09/23/16 | RAJ | 0007 | Pre-call meeting with Akin team (partial) (.3); attend Committee call (.4); post-call debrief with D. Botter and A. Loring (.4). | 1.10 |
| 09/23/16 | AQ | 0007 | Attend Professionals' pre-call (.4) and Committee call (.4). | 0.80 |
| 09/23/16 | DHB | 0007 | Prepare for Committee call, including review of by-laws (.7); team prep (.4); attend meeting (.4) and follow-up (.4). | 1.90 |
| 09/23/16 | BMK | 0007 | Prepare for Committee call (0.8); attend pre-call (partial) (0.4); attend Committee call (0.4). | 1.60 |
| 09/23/16 | AME | 0007 | Attend Committee Call with F. Hodara, D. Botter, A. Qureshi, R. Johnson, B. Kahn, A. Loring | 0.40 |
| 09/23/16 | AL | 0007 | Prepare for (.6) and attend (.4) call with Committee; meet with Akin team beforehand (.4); follow-up with team (.4). | 1.80 |
| 09/28/16 | FSH | 0007 | Review Committee call agenda and minutes (.1); communications with R. Johnson, A. Loring, B. Kahn re: same (.2); further communications re: materials for Committee (.1). | 0.40 |
| 09/28/16 | RAJ | 0007 | Multiple emails re: agenda for Committee call. | 0.30 |
| 09/28/16 | MCF | 0007 | Revise draft agenda for Committee call (.2) and minutes (.2); emails re: same (.1) and distribute agenda and minutes to Committee (.3). | 0.80 |
| 09/28/16 | AL | 0007 | Draft agenda for Committee call (.4); prepare for same (.5). | 0.90 |
| 09/29/16 | FSH | 0007 | Review materials for Committee meeting (.2); communications with M. Fagen, B. Kahn re: same (.1); participate in same (.3). | 0.60 |
| 09/29/16 | RAJ | 0007 | Attend Committee call. | 0.30 |
| 09/29/16 | BMK | 0007 | Prepare for Committee call (0.1); attend same (0.3). | 0.40 |
| 09/29/16 | MCF | 0007 | Prepare for (.3) and participate in (.3) Committee call. | 0.60 |
| 09/29/16 | AME | 0007 | Attend Committee call. | 0.30 |
| 09/01/16 | AL | 0008 | Attention to hearing matters. | 0.30 |
| 09/01/16 | SAD | 0008 | Review docket for updates and circulate. | 0.10 |
| 09/02/16 | SAD | 0008 | Review docket for updates and pull substantive pleadings (.1); send to M. Fagen (.1). | 0.20 |
| 09/06/16 | SAD | 0008 | Review docket for updates and pull substantive pleadings (.1); send to M. Fagen (.1). | 0.20 |
| 09/07/16 | FSH | 0008 | Communications with A. Qureshi, J. Chen, D. Botter re: final preparation for Third Circuit conference (.2); numerous communications re: outcome and review reports re: same (.6). | 0.80 |
| 09/07/16 | SAD | 0008 | Review docket for updates and pull substantive pleadings (.1); send to M. Fagen (.1). | 0.20 |
| 09/08/16 | SAD | 0008 | Review docket for updates and pull substantive pleadings (.1); send to M. Fagen (.1). | 0.20 |
| 09/09/16 | SAD | 0008 | Review docket for updates and pull substantive pleadings (.1); send to M. Fagen (.1). | 0.20 |
| 09/12/16 | AL | 0008 | Internal correspondence re: cancelled hearing. | 0.10 |
| 09/12/16 | SAD | 0008 | Review docket for updates and circulate. | 0.10 |
| 09/13/16 | SAD | 0008 | Review docket for updates and pull substantive pleadings (.1); send to M. Fagen (.1). | 0.20 |
| 09/14/16 | SAD | 0008 | Review docket for updates and circulate. | 0.10 |
| 09/15/16 | SAD | 0008 | Review docket for updates and circulate. | 0.10 |
| 09/16/16 | SAD | 0008 | Review docket for updates and circulate. | 0.10 |
| 09/19/16 | SAD | 0008 | Review docket for updates and pull substantive pleadings (.1); send to M. Fagen (.1). | 0.20 |
| 09/20/16 | SAD | 0008 | Review docket for updates and circulate. | 0.10 |
| 09/21/16 | FSH | 0008 | Examine court notice re: upcoming hearing (.1); communications re: R. Johnson re: same (.1). | 0.20 |
| 09/21/16 | AL | 0008 | Attention to hearing cancellation. | 0.10 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  
Invoice Number: 1683935

Page 4  
October 31, 2016

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| 09/21/16 | SAD | 0008 | Review docket for updates and circulate. | 0.10 |
| 09/22/16 | AL | 0008 | Review order re: omnibus hearing dates. | 0.10 |
| 09/22/16 | SAD | 0008 | Review docket for updates and circulate. | 0.10 |
| 09/26/16 | SAD | 0008 | Review docket for updates and pull substantive pleadings (.1); send to M. Fagen (.1). | 0.20 |
| 09/27/16 | AL | 0008 | Review order re: omnibus hearing dates. | 0.30 |
| 09/27/16 | SAD | 0008 | Review docket for updates and circulate. | 0.10 |
| 09/28/16 | SAD | 0008 | Review docket for updates and circulate. | 0.10 |
| 09/29/16 | SAD | 0008 | Review docket for updates and circulate. | 0.10 |
| 09/30/16 | SAD | 0008 | Review docket for updates and circulate. | 0.10 |
| 09/26/16 | AL | 0009 | Internal correspondence re: July MOR. | 0.10 |
| 09/01/16 | RAJ | 0012 | Emails from/to Cleary re: SNMP claims adversary proceeding. | 0.20 |
| 09/06/16 | RAJ | 0012 | Emails with Cleary re: SNMP claim litigation (.2); review SNMP docket (.3). | 0.50 |
| 09/08/16 | RAJ | 0012 | Review issues re: claims (.4); emails with Akin team re: claims (.1). | 0.50 |
| 09/09/16 | RAJ | 0012 | Review SNMP claims adversary proceeding discovery filings. | 0.20 |
| 09/10/16 | RAJ | 0012 | Review SNMP claims adversary proceeding update. | 0.10 |
| 09/12/16 | FSH | 0012 | Review claim proposals and analysis (.3); communications with A. Loring, D. Botter re: same (.2). | 0.50 |
| 09/13/16 | FSH | 0012 | Examine SNMP claims adversary proceeding scheduling order (.1); examine correspondence of parties re: discovery (.1). | 0.20 |
| 09/13/16 | RAJ | 0012 | Calls and emails with D. Herrington (Cleary) re: SNMP claims adversary proceeding pretrial preparations (.2); review certification of counsel and revised SNMP scheduling order (.2). | 0.40 |
| 09/13/16 | BMK | 0012 | Review docs re: claim issues. | 1.90 |
| 09/13/16 | AL | 0012 | Review SNMP claims adversary proceeding scheduling order (.6); internal correspondence re: same (.2). | 0.80 |
| 09/14/16 | RAJ | 0012 | Call with D. Herrington (Cleary) re: SNMP claims litigation developments (.4); review deposition transcripts in connection with same (1.2). | 1.60 |
| 09/16/16 | FSH | 0012 | Examine communications re: claim and communicate with D. Botter, C. Kearns, B. Kahn re: same. | 0.20 |
| 09/16/16 | RAJ | 0012 | Emails from/to F. Hodara re: claim (.2); review correspondence re: same (.1). | 0.30 |
| 09/16/16 | DHB | 0012 | Review correspondence re: claims (.1); communications re: same (.1). | 0.20 |
| 09/17/16 | RAJ | 0012 | Emails with Akin team re: PBGC claims. | 0.30 |
| 09/19/16 | FSH | 0012 | Examine pleadings re: claims. | 0.70 |
| 09/19/16 | RAJ | 0012 | Review developments in SNMP claims adversary proceeding discovery. | 0.30 |
| 09/19/16 | DHB | 0012 | Emails re: claims issues. | 0.10 |
| 09/20/16 | FSH | 0012 | Examine analysis of claims dispute. | 0.10 |
| 09/20/16 | DHB | 0012 | Emails with other professionals re: claims issues. | 0.20 |
| 09/21/16 | FSH | 0012 | Review case law re: claim (.9); examine correspondence and communications among parties re: same (.5). | 1.40 |
| 09/21/16 | RAJ | 0012 | Follow up with Cleary re: SNMP claims adversary proceeding discovery (.2, .1); emails re: SNMP status conference (.2); multiple emails re: claim (.4, .2); review correspondence re: claims (.2). | 1.30 |
| 09/21/16 | DHB | 0012 | Analyze claims issues and communications re: same (.5) (.2); review correspondence re: same (.1) and follow-on emails (.2); communicate with F. Hodara re: same (.2); further emails re: quantification of same (.2). | 1.40 |
| 09/23/16 | RAJ | 0012 | Analyze case law re: claims. | 0.80 |
| 09/23/16 | BMK | 0012 | Emails re: claim issue. | 0.30 |
| 09/24/16 | FSH | 0012 | Further case law review (.3); communications with D. Botter, B. Simonetti re: same (.2). | 0.50 |
| 09/24/16 | DHB | 0012 | Detailed review of case law re: claims (1.2); emails re: same (.2). | 1.40 |
| 09/25/16 | FSH | 0012 | Communications with D. Botter, B. Simonetti and E. Field and analyze issues raised re: claim. | 0.40 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE                                                Page 5
Invoice Number: 1683935                                                                October 31, 2016

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| 09/25/16 | BES | 0012 | Review of issues re: claim. | 2.40 |
| 09/25/16 | DHB | 0012 | Review memo re: claim (.5); detailed emails re: same (.2). | 0.70 |
| 09/26/16 | FSH | 0012 | Further communications with E. Field, D. Botter re: claim analysis. | 0.10 |
| 09/26/16 | RAJ | 0012 | Emails re: SNMP claims adversary proceeding discovery. | 0.20 |
| 09/27/16 | FSH | 0012 | Review claims update. | 0.10 |
| 09/27/16 | RAJ | 0012 | Review SNMP claims adversary proceeding deposition transcripts. | 1.50 |
| 09/27/16 | AL | 0012 | Review omnibus claims objection (.4); internal correspondence re: same (.2). | 0.60 |
| 09/28/16 | FSH | 0012 | Communicate with D. Botter re: claim. | 0.10 |
| 09/28/16 | DHB | 0012 | Various conversations with PBGC and debtors re: claims (.3) (.2). | 0.50 |
| 09/16/16 | FSH | 0014 | Review Canadian materials re: parties. | 0.20 |
| 09/16/16 | AL | 0014 | Review CCC concise statement of case. | 0.30 |
| 09/19/16 | RAJ | 0014 | Review motion record and case filings re: Calgary employees (.4); multiple emails with Akin and Cassels teams re: same (.2). | 0.60 |
| 09/20/16 | RAJ | 0014 | Review updates and briefing re: Calgary employees claim. | 0.40 |
| 09/20/16 | BMK | 0014 | Review emails re: Canadian claims issues. | 0.50 |
| 09/21/16 | RAJ | 0014 | Review additional court filings re: Calgary employees claim. | 0.20 |
| 09/26/16 | FSH | 0014 | Review Cassels analysis of Monitor's report (.2) and communicate with Cassels re: same (.1). | 0.30 |
| 09/26/16 | RAJ | 0014 | Review motion for extension of stay in Canada. | 0.30 |
| 09/27/16 | BMK | 0014 | Review update on Canadian motion and hearing | 0.40 |
| 09/07/16 | KMR | 0018 | Review of tax implications of revised allocation document. | 0.50 |
| 09/19/16 | KMR | 0018 | Review tax issues in allocation document in preparation for call with B. McRae. | 0.50 |
| 09/20/16 | KMR | 0018 | Continue review of tax issues in the allocation document (0.5): call with Cleary re: tax issues (0.6); follow up research re: same (1.2). | 2.30 |
| 09/21/16 | FSH | 0018 | Examine tax information from K. Rowe. | 0.10 |
| 09/21/16 | DHB | 0018 | Email communications re: tax issues (.2). | 0.20 |
| 09/24/16 | EDF | 0019 | Receive and emails re: PBGC. | 0.20 |
| 09/25/16 | DZV | 0019 | Review pension plan memorandum and related rules (1.2); emails with B. Simonetti, D. Botter and F. Hodara regarding same. (0.6). | 1.80 |
| 09/25/16 | BMK | 0019 | Review information re: pensions. | 1.20 |
| 09/25/16 | EDF | 0019 | Review memo re: pensions; draft email re: pension claim. | 0.60 |
| 09/26/16 | BES | 0019 | Review pension matters. | 1.40 |
| 09/26/16 | DZV | 0019 | Review cases regarding treatment of pension plan claim. | 2.90 |
| 09/26/16 | BMK | 0019 | Review pension issues. | 0.80 |
| 09/26/16 | EDF | 0019 | Draft email re: pension claim. | 0.20 |
| 09/06/16 | AQ | 0025 | Travel Houston to Philadelphia for 3d Circuit hearing (actual time 4.50). | 2.25 |
| 09/07/16 | AQ | 0025 | Return travel from Philadelphia to Houston following 3d. Circuit status conference (actual time 2.0). | 1.00 |
| 09/07/16 | ZJC | 0025 | Travel between Philadelphia and Washington, D.C. for conference (actual time 3.5). | 1.75 |
| 09/01/16 | FSH | 0029 | Examine comments of Committee members to allocation document and communications with Cleary re: same (.1); communications with C. Kearns and D. Botter re: allocation document (.1); analyze allocation document issues (.2); communications re: allocation document (.1). | 0.50 |
| 09/01/16 | RAJ | 0029 | Analyze Third Circuit allocation appellate issues. | 0.30 |
| 09/01/16 | DHB | 0029 | Emails re: allocation document (.1) (.2); communicate with D. Newman re: same (.1). | 0.40 |
| 09/01/16 | KMR | 0029 | Continue review of allocation document (0.5); update re: status of allocation document (0.3). | 0.80 |
| 09/02/16 | FSH | 0029 | Examine 3rd Circuit letter re: allocation appeal (.1); communications with A. Qureshi, R. Johnson, J. Chen, P. Shah re: same (.3); analyze issues re: conference on same (.3). | 0.70 |
| 09/02/16 | RAJ | 0029 | Emails with Akin team re: Third Circuit briefing re: allocation appeal. | 0.30 |
| 09/02/16 | AQ | 0029 | Review and analyze 3d Circuit allocation appeal order and emails regarding same. | 0.30 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  
Invoice Number: 1683935

Page 6  
October 31, 2016

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| 09/02/16 | DHB | 0029 | Review 3rd Circuit allocation appeal order (.4) and extensive email communications re: same (.1) (.3). | 0.80 |
| 09/02/16 | AMH | 0029 | Retrieve updated docket re: new allocation appeal case assignment (.2); draft sample appearance (.4); correspond with A. Loring and J. Chen re: same (.1); leave voice message for clerk's office re: same (.1). | 0.80 |
| 09/02/16 | ZJC | 0029 | Internal communications re: Third Circuit order for case management conference in allocation appeal (.5); summarize and analyze existing briefing for P. Shah (1.3). | 1.80 |
| 09/02/16 | PAS | 0029 | Review Third Circuit order re: in-court conference re: allocation appeal briefing issues (.3); follow up email correspondence with J. Chen and rest of team (.2). | 0.50 |
| 09/02/16 | AL | 0029 | Correspond with A. Hicks re: allocation appeals in Third Circuit (.1); review order re: same (.4); correspondence with Committee re: same (.3). | 0.80 |
| 09/03/16 | DHB | 0029 | Emails with Bonds and team re: 3rd Circuit allocation appeal issues (.2) communicate with S. Pohl re: same (.1); emails re: status of allocation document (.4) and begin review of new draft (.8). | 1.50 |
| 09/03/16 | ZJC | 0029 | Internal communication re: district court briefing and allocation appellate strategy. | 0.40 |
| 09/03/16 | PAS | 0029 | Email correspondence with A. Qureshi re: Third Circuit allocation appeal briefing conference (.3); draft email memo re: proposed position on Third Circuit briefing (2.0); related communication with J. Chen (.2). | 2.50 |
| 09/04/16 | FSH | 0029 | Review revised allocation document and analyze currency insert (.9); communications with parties re: same (.4); review outline from P. Shah re: appeal (.1); analyze issues re: same (.3). | 1.70 |
| 09/04/16 | AQ | 0029 | Emails re: allocation document (.2); emails re: 3d Circuit allocation appeal appearance (.2). | 0.40 |
| 09/04/16 | DHB | 0029 | Communications re: 3rd Circuit allocation appeal issues. | 0.40 |
| 09/04/16 | KMR | 0029 | Reviewed revised allocation document. | 0.80 |
| 09/04/16 | ZJC | 0029 | Review and revise P. Shah recommendations for appellate briefing in preparation for Third Circuit allocation appeal case management conference. | 0.30 |
| 09/04/16 | PAS | 0029 | Review further thoughts from J. Chen re: proposed allocation appeal briefing schedule (.2); circulate email memo to bankruptcy team re: proposed position for Third Circuit briefing conference (.3). | 0.50 |
| 09/05/16 | FSH | 0029 | TC Cleary re: allocation appeal, allocation document (.4); provide allocation document comments and other issues to B. Kahn, A. Loring (.2); communications re: same (.2); communications with D. Botter, J. Chen, A. Qureshi re: court conference (.3). | 1.10 |
| 09/05/16 | RAJ | 0029 | Multiple emails among Akin team re: Third Circuit allocation appeal briefing (.3, .1); review and comment on briefing issues (.2). | 0.60 |
| 09/05/16 | AQ | 0029 | Review and analyze emails re: 3d Circuit allocation appeal status conference and allocation document. | 0.30 |
| 09/05/16 | DHB | 0029 | Detailed review of allocation document (1.6) (1.5); conference call re: same (.4); draft email re: comments for inclusion (.4); review email re: 3rd Circuit briefing allocation appeal issues and emails re: same (.4) (.2). | 4.50 |
| 09/05/16 | KMR | 0029 | Continued review of revised allocation document. | 0.50 |
| 09/05/16 | ZJC | 0029 | Call with U.S. Debtor counsel to discuss allocation document and Third Circuit allocation appeal case management conference (.4), and draft summary of same (.5); drafting appeal brief strategy summary for U.S. Debtor counsel (.7). | 1.60 |
| 09/05/16 | PAS | 0029 | Review email correspondence re: allocation appeal briefing plan and related issues for upcoming Third Circuit allocation appeal conference hearing. | 0.30 |
| 09/06/16 | FSH | 0029 | Communications with J. Chen, A. Qureshi, P. Shah re: final prep for allocation appeal court conference (.3); communications with other parties re: same (.4); communications with Committee member, J. Chen, | 0.90 |

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| | | | D. Botter re: allocation document (.2). | |
| 09/06/16 | RAJ | 0029 | Emails with Akin team re: Third Circuit allocation appeal briefing issues (.3, .1, .2); review and comment on draft letter to clerk of court re: procedural setting of appeals (.4, .1); review dockets (.3, .2). | 1.60 |
| 09/06/16 | AQ | 0029 | Review and analyze 3d. Circuit allocation appeal submissions regarding briefing. | 0.60 |
| 09/06/16 | DHB | 0029 | Telephone call with D. Lowenstein re: 3rd Circuit allocation appeal conference (.2); emails with S. Pohl re: same (.1); extensive emails re: prep for same and communications with other parties (.5); 3rd Circuit emails (.1). | 0.90 |
| 09/06/16 | AMH | 0029 | Conduct research re: 3rd Circuit allocation appeals (2.0); draft appearances for same (.5). | 2.50 |
| 09/06/16 | ZJC | 0029 | Advise on case-opening documents in Third Circuit allocation appeal (.3); draft response to Third Circuit order requesting information pertaining to case management conference (2); discuss case management conference with Committee memeber and update Akin Gump team (.6). | 2.90 |
| 09/06/16 | PAS | 0029 | Review Third Circuit order re: request for party/counsel information in advance of allocation appeal conference. | 0.20 |
| 09/06/16 | AL | 0029 | Internal correspondence re: documents for Third Circuit allocation appeal. | 0.30 |
| 09/07/16 | FSH | 0029 | Communications with B. Kahn and D. Botter re: mark-up to allocation document (.1) and review same (.4). | 0.50 |
| 09/07/16 | RAJ | 0029 | Emails with J. Chen re: Third Circuit allocation appeals conference (.2, .1); review news reports of conference (.2); analyze appellate rules re: briefing issues (.4, .2); review revised drafts of allocation document (.5, .3); multiple emails with Akin team re: same (.2, .1). | 2.20 |
| 09/07/16 | AQ | 0029 | Emails regarding allocation appeals status conference (.2); review and analyze appellate pleadings and consider issues on appeal in preparation for 3d. Circuit status conference (1.8); attend 3d. Circuit status conference (.9). | 2.90 |
| 09/07/16 | DHB | 0029 | Extensive email communications re: 3rd Circuit allocation appeals hearing (.5); review comments to allocation document (.4); email to Committee re: same (.1). | 1.00 |
| 09/07/16 | AMH | 0029 | Update appearances re: changes in party designation in allocation appeals (1.0); draft other initiating papers and forward for A. Loring's review (.8). | 1.80 |
| 09/07/16 | BMK | 0029 | Review and comment on allocation document (2.7); emails re: same (0.3). | 3.00 |
| 09/07/16 | ZJC | 0029 | Prepare for (.7) and attend (.9) Third Circuit allocation appeals case management conference; drafting summary of case management conference (1.1); review and advise on opening appeal documents (.6). | 3.30 |
| 09/07/16 | PAS | 0029 | Review email memo summary of Third Circuit conference on allocation appeal from J. Chen and related follow up. | 0.30 |
| 09/07/16 | AL | 0029 | Prepare administrative documents for Third Circuit appeal of allocation opinions (2.5). | 2.50 |
| 09/08/16 | FSH | 0029 | Communications with Cleary, D. Botter re: allocation document, next steps (.6); review allocation appeals briefing proposal and analyze issues (.3); communications with R. Johnson, A. Qureshi, P. Shah, J. Chen re: same (.4). | 1.30 |
| 09/08/16 | RAJ | 0029 | Multiple emails with Akin team re: filings due in Third Circuit allocation appeals (.3, .2); review, analyze and edit draft filings (1.7, 1.4); review Third Circuit rules and FRAP requirements (1.2); analyze appellate briefing issues (.3); draft email to Akin team re: appellate briefing proposal (.4); multiple emails with Akin and Cleary teams re: developments with allocation document (.3); follow-up emails with Akin team re: briefing schedule for appeals and cross-appeals (.4). | 6.20 |
| 09/08/16 | AQ | 0029 | Conference call with Cleary and Robbins Russell regarding 3d. Circuit | 1.00 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  
Invoice Number: 1683935

Page 8  
October 31, 2016

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| | | | allocation appeals briefing order (.6); review and analyze draft proposal regarding 3d. Circuit briefing and emails regarding same (.4). | |
| 09/08/16 | DHB | 0029 | Email communications with F. Hodara and J. Bromley re: status of allocation document (.2) (.1); emails re: IT issues (.2) (.1); telephone call with A. LeBlanc re: same (.3); extensive email communications re: 3rd Circuit allocation appeals issues (.4) and review of potential briefing issues (.2). | 1.50 |
| 09/08/16 | AMH | 0029 | Prepare initial allocation appeal documents. | 2.40 |
| 09/08/16 | BMK | 0029 | Review allocation document issues. | 1.20 |
| 09/08/16 | KMR | 0029 | Review latest draft of allocation document (0.5); update re: status of the case (0.4). | 0.90 |
| 09/08/16 | ZJC | 0029 | Discuss allocation appellate briefing with bondholders and US Debtor counsel (.6); review case opening documents (.8); review proposed briefing schedule (1.7). | 3.10 |
| 09/08/16 | PAS | 0029 | Telephone conference with co-counsel from Robbins Russell and Cleary Gottleib re: proposed allocation appeal briefing plan in response to Third Circuit's request (.6); review draft proposed briefing schedule from Clearly Gottleib (1.0). | 1.60 |
| 09/08/16 | AL | 0029 | Attention to filing documents in Third Circuit appeal of allocation decisions. | 0.20 |
| 09/09/16 | FSH | 0029 | Examine allocation comments of parties (1.2); communications with D. Botter, Cassels re: same (.4); numerous communications re: briefing and analyze same (.3); communications with parties re: allocation document and next steps (.2); review disclosures (.2). | 2.30 |
| 09/09/16 | RAJ | 0029 | Analyze appellate rules and local rules re: Third Circuit allocation appeal briefing (.8); develop briefing proposal for cross-appeals (.5); draft comments to Akin team re: Debtors' briefing proposal (.3); multiple emails with Akin team re: same (.2, .1); review edits to allocation document from Joint Administrators and Monitor (1.0); multiple emails with Akin team re: JA and Monitor comments (.3); additional emails with Akin and Cassels re: Monitor's issues (.2); further edits to Third Circuit filings (.6); multiple emails with A. Hicks, J. Guzman, K. Owen re: logistics of filings in multiple appeals (1.2, .5); review dockets (.4); multiple emails with counsel for Debtors, Bondholder Group re: Third Circuit briefing schedule (.3, .2). | 6.60 |
| 09/09/16 | AQ | 0029 | Emails regarding 3d. Circuit allocation appeal schedule and briefing. | 0.30 |
| 09/09/16 | DHB | 0029 | Email communications re: allocation document (.2) (.3); review JA comments (.8); draft comments email re: same (.3); review Canadian comments (.7); draft email with comments (.4); communications re: 3rd Circuit briefing and miscellaneous notices (.6); email communications re: IT issues (.2). | 3.50 |
| 09/09/16 | AMH | 0029 | Prepare initial documents for Third Circuit allocation appeal. | 2.00 |
| 09/09/16 | KMR | 0029 | Review drafts of allocation documents. | 0.40 |
| 09/09/16 | ZJC | 0029 | Correspondence with US Debtor and Bondholders counsel regarding Third Circuit allocation appeal briefing proposal; (.2); review revised briefing proposal (.8). | 1.00 |
| 09/09/16 | PAS | 0029 | Review comments on draft Third Circuit allocation appeal briefing schedule and related email correspondence. | 0.30 |
| 09/10/16 | RAJ | 0029 | Analyze Third Circuit allocation appeal filings (3.1); draft email to Akin team re: articulation of issues on appeal and contingent cross-appeal (.7). | 3.80 |
| 09/10/16 | DHB | 0029 | Email communications re: IT issues (.1) and 3rd Circuit allocation appeal issues (.1). | 0.20 |
| 09/10/16 | KMR | 0029 | Review of revised allocation document. | 0.40 |
| 09/10/16 | ZJC | 0029 | Review R. Johnson summary of case-opening documents filed in Third Circuit allocation appeals. | 0.10 |
| 09/11/16 | FSH | 0029 | Review revised allocation document (.8); numerous communications with Cleary, Cassels, D. Botter, B. Kahn re: same (.6); analyze issues | 1.90 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE                                                   Page 9
Invoice Number: 1683935                                                              October 31, 2016

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| | | | (.5). | |
| 09/11/16 | DHB | 0029 | Complete review of changes to allocation document and compare to other drafts (1.5); extensive email communications re: same and next steps (.5); emails with Cleary re: same (.1); emails with M. Wunder re: Canadian changes (.1). | 2.20 |
| 09/11/16 | BMK | 0029 | Review updated allocation document (2.2); emails re: same (0.6). | 2.80 |
| 09/11/16 | KMR | 0029 | Reviewed revised allocation document. | 0.30 |
| 09/11/16 | AL | 0029 | Correspondence re: allocation document. | 0.20 |
| 09/12/16 | FSH | 0029 | Communications with Cassels, D. Botter re: allocation document and review aspects of same (.3); communications with D. Botter, A. Loring re: creditor issues and review aspects of allocation document re: same (.4); communications with D. Botter re: issues to be discussed with Debtors and follow up (.2); communications with Cleary, D. Botter re: next steps (.4). | 1.30 |
| 09/12/16 | RAJ | 0029 | Review revised draft of allocation document (.6); multiple emails re: same (.3, .2). | 1.10 |
| 09/12/16 | AQ | 0029 | Review and analyze comments to allocation document. | 0.40 |
| 09/12/16 | DHB | 0029 | Review allocation document (.5); telephone call with A. LeBlanc re: status (.3); telephone call with J. Bromley re: same (.5); follow-on emails re: same and timing (.2) (.2)(.7); emails re: same (.1) (.2); review of same (.5). | 3.20 |
| 09/12/16 | KMR | 0029 | Review modifications to allocation document. | 0.40 |
| 09/12/16 | AL | 0029 | Review allocation documents. | 0.70 |
| 09/13/16 | FSH | 0029 | Communicate with D. Botter and B. Kahn re: next steps (.1); work on allocation document issues and communications with Cassels, B. Kahn, Cleary re: same (1.2); communicate with Committee member re: allocation (.1); examine 3rd Circuit allocation appeals filings (.1). | 1.50 |
| 09/13/16 | DHB | 0029 | Email communications re: allocation appeals. | 0.10 |
| 09/13/16 | BMK | 0029 | Review allocation-related documents. | 0.90 |
| 09/14/16 | FSH | 0029 | Analyze information from Debtors re: allocation appeals (.2); communicate with D. Botter and B. Kahn re: same (.1); review revised draft (.4); communications with B. Kahn and D. Botter re: same (.4). | 1.10 |
| 09/14/16 | RAJ | 0029 | Follow up with Cleary re: proposed allocation appeals briefing schedule and emails with counsel to Monitor (.2, .1); review further revised allocation document and compare to prior (.8). | 1.10 |
| 09/14/16 | DHB | 0029 | Email communications re: allocation document status with Cleary (.1); communicate with B. Kahn and F. Hodara re: same (.2); review new changes (.7); extensive email communications re: final order issues (.4). | 1.40 |
| 09/14/16 | BMK | 0029 | Review updated draft of allocation document (1.7); distribute same to UCC (0.2). | 1.90 |
| 09/15/16 | FSH | 0029 | Further review of allocation document (.3); examine briefing proposal for allocation appeal and analyze issues (.2); communiacte with R. Johnson re: same (.1); meet with B. Kahn, D. Botter, K. Rowe re: allocation document issues (.3); review aspects of allocation document, changes (1.1). | 2.00 |
| 09/15/16 | RAJ | 0029 | Review Third Circuit allocation appeal filings in preparation for Committee call (.5); confer with Cleary re: Third Circuit briefing proposal (.1, .1); multiple emails with Akin team re: same (.2); review Third Circuit dockets and letters from clerk of court to certain parties (.8); further analyze appellate rules re: briefing issues in cross-appeals (.6). | 2.30 |
| 09/15/16 | BMK | 0029 | Review proposed alloaction appellate briefing schedule (0.5); review emails re: same (0.3); review updated allocation doc (1.6). | 2.40 |
| 09/15/16 | KMR | 0029 | Review revised allocation document (0.3); update re: status of the case (0.4). | 0.70 |
| 09/16/16 | FSH | 0029 | Communicate with R. Johnson re: transcript (.1); examine court filings re: 3rd Circuit allocation appeals (.2). | 0.30 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  
Invoice Number: 1683935

Page 10  
October 31, 2016

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| 09/16/16 | RAJ | 0029 | Review transcript of allocation appeals case management conference (.5); emails re: same with Akin team (.2); further analyze appellate briefing issues (.6); review additional filings in Third Circuit (.5); call with Committee member re: Third Circuit record on appeal (.4). | 1.30 |
| 09/16/16 | KMR | 0029 | Work on analysis of tax issues in allocation document. | 0.80 |
| 09/19/16 | FSH | 0029 | Communicate with D. Botter re: status of allocation document. | 0.10 |
| 09/19/16 | RAJ | 0029 | Review appellate rules re: briefing (.5); analyze issues re: allocation cross-appeals (.7). | 1.20 |
| 09/19/16 | DHB | 0029 | Email communications re: status (.1); begin review of 3rd Circuit transcript (.3). | 0.40 |
| 09/19/16 | BMK | 0029 | Emails re: status of allocation issues. | 0.20 |
| 09/20/16 | FSH | 0029 | Communicate with D. Botter and B. Kahn re: next steps (.3); call with J. Bromley re: same (.4); review exchange between estates and analyze issues therein (.2). | 0.80 |
| 09/20/16 | RAJ | 0029 | Analyze possible alternative allocation appellate briefing structures and schedules. | 0.70 |
| 09/20/16 | DHB | 0029 | Telephone call with J. Bromley re: allocation status. | 0.30 |
| 09/21/16 | FSH | 0029 | Examine information from D. Botter re: allocation issues (.1); communications with BRG, D. Botter re: same and next steps (.2); TC Committee member re: Agreement (.3); communicate with D. Botter re: same (.2); communicate with R. Johnson re: appeal, record (.1); TC B. O'Connor and follow up re: Agreement items (.4). | 1.30 |
| 09/21/16 | RAJ | 0029 | Review update re: allocation document. | 0.20 |
| 09/21/16 | AQ | 0029 | Review and analyze correspondence re: allocation and emails regarding same. | 0.30 |
| 09/21/16 | DHB | 0029 | Email communications re: allocation status (.1). | 0.10 |
| 09/21/16 | KMR | 0029 | Follow up review relating to McRae allocation call. | 2.20 |
| 09/22/16 | FSH | 0029 | Examine and outline open issues in allocation document (.2); communications with D. Botter, Cleary re: pending issues (.3); examine BRG analysis (.1); communicate with D. Botter, B. Kahn, A. Qureshi, R. Johnson, A. Loring re: process, issues with allocation document and 3rd Circuit (.4); examine communication from Cleary re: status and arrangements for next steps (.4); review revised allocation document (.6); communications with R. Johnson, D. Botter, B. Kahn re: same and re: next steps (.3); communications with BRG, B. Kahn, D. Botter re: BRG analysis (.2); outline analysis of allocation document and status (.6); communicate with R. Johnson re: allocation appeal (.1); call with Cleary re: pending issues (.9); review BRG analysis (.2). | 4.30 |
| 09/22/16 | RAJ | 0029 | Analyze revised allocation (.7, .8); provide comments to Akin team re: revised allocation document (.3); analyze appellate bonding issues (1.8, 1.1); communicate with A. Evans re: bonding research (.4, .3); draft email to Akin team re: bonding issues (.5); analyze jurisdictional issues (1.2); draft email to Akin team re: jurisdictional issues (.4); follow up emails and call with Committee member re: record on appeal (.2, .1); multiple follow-up emails with Akin team re: jurisdictional issues (.3). | 8.10 |
| 09/22/16 | AQ | 0029 | Review and analyze revised allocation document (.6); emails regarding appeal and allocation document issues (.3); consider appellate stay and bonding issues re: allocation appeal (.4); review and analyze proposed briefing agreement prepared by Cleary and edit same (.4). | 1.70 |
| 09/22/16 | DHB | 0029 | Email communications re: allocation document (.2); review latest draft (.6); emails re: same and consider possible contest issues (.5); telephone call with Committee members re: same (.2) (.2) (.2); conference call with Cleary re: settlement issues (.9); review multiple drafts of BRG report (.4). | 3.20 |
| 09/22/16 | AMH | 0029 | Attention to allocation appeal documents. | 0.80 |
| 09/22/16 | BMK | 0029 | Review and comment on allocation deck from BRG (1.3); review updated allocation documents (1.5). | 2.80 |

| Date | Tkpr | Task | Description | Hours |
|---|---|---|---|---|
| 09/22/16 | KMR | 0029 | Meeting re: status of the case (0.6); review revised allocation document (0.4). | 1.00 |
| 09/22/16 | AME | 0029 | Research case law re: allocation (1.9); attention to team correspondence re: allocation (.3). | 2.20 |
| 09/23/16 | FSH | 0029 | Communicate with B. Kahn re: new allocation documents (.1); examine finalized BRG deck (.2); examine further revised allocation document (.5); analyze issues raised by counsel (.3); communicate with D. Botter, B. Kahn, A. Loring, R. Johnson to review same (.4); further communication re: next steps, appeal issues (.6); TC Cleary re: allocation document (.1); communications with Committee members re: same (.2); review latest draft (.3). | 2.70 |
| 09/23/16 | RAJ | 0029 | Further analyze jurisdictional appellate issues in allocation appeal (1.3); multiple emails with Akin team re: same (.5, .2); further review terms of revised allocation document (.7); confirm details of allocation document parties and appellate parties (.4); review BRG financial analysis (.3); call with D. Stein (Cleary) re: record on appeal (.1); analyze briefing issues (.4). | 3.90 |
| 09/23/16 | AQ | 0029 | Communicate with team re: allocation document issues (.3); consider plan confirmation and pending appeal withdrawal issues (.4). | 0.70 |
| 09/23/16 | DHB | 0029 | Review new changes to allocation document (.5); consider issues and emails re: same (.4); begin review of relevant precedent (.4). | 1.30 |
| 09/23/16 | KMR | 0029 | Review final changes to allocation document (0.3); update re: status of case (0.5). | 0.80 |
| 09/23/16 | AME | 0029 | Communicate with F. Hodara, D. Botter, A. Qureshi, R. Johnson, B. Kahn, A. Loring re: issues related to allocation document. | 0.80 |
| 09/24/16 | FSH | 0029 | Review allocation document. | 0.30 |
| 09/24/16 | AQ | 0029 | Review allocation document (.3) and emails re: same (.2). | 0.50 |
| 09/24/16 | AL | 0029 | Internal correspondence re: allocation document. | 0.10 |
| 09/26/16 | FSH | 0029 | Info from Cleary re: allocation timing (.1); examine info from EMEA re: same and communications with D. Botter, Cleary re: same (.3); examine revised allocation document (.3); communications with D. Botter, R. Johnson re: timing (.2); respond to call of creditor re: status (.5). | 1.40 |
| 09/26/16 | RAJ | 0029 | Analyze allocation appellate briefing issues (1.2); emails with Akin team re: requirements for October 7 deadline (.4); review revised allocation document and related emails (.5). | 2.10 |
| 09/26/16 | AQ | 0029 | Emails re: allocation document and upcoming appellate deadlines. | 0.20 |
| 09/26/16 | DHB | 0029 | Review latest changes to allocation document and emails re: same (.3); emails re: timing (.2); consider implication of delay and next steps and communications re: same (.4); review 3rd Circuit transcript re: next steps in allocation appeal (.6); emails with team re: same (.2); draft status email to Committee (.4); continue work re: same (.2). | 2.30 |
| 09/26/16 | BMK | 0029 | Review updated allocation document (0.7); emails re: same (0.4); follow up re: timing issues (0.6). | 1.70 |
| 09/27/16 | FSH | 0029 | Analyze timing issue respecting allocation document and appeal and communicate with R. Johnson re: same (.2); examine 3rd Circuit filings (.1). | 0.30 |
| 09/27/16 | RAJ | 0029 | Emails with D. Botter re: allocation appellate briefing (.2, .1); confer with Committee member re: appellate briefing (.2); analyze FRAP re: appellate briefing and develop possible alternatives (.8). | 1.30 |
| 09/27/16 | DHB | 0029 | Communications re: 3rd Circuit allocation appeal status (.2); review briefing schedules (.1). | 0.30 |
| 09/28/16 | FSH | 0029 | Communicate with R. Johnson and D. Botter re: allocation document briefing schedule (.1); examine information from Cleary and latest revision of allocation document (.2); communications with Cleary, Milbank, R. Johnson re: same (.3); analyze timing issue (.1); conference call with Cleary re: same (.5); examine Third Circuit summary (.1); communications with B. Kahn re: same (.1). | 1.40 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE                                                              Page 12
Invoice Number: 1683935                                                                               October 31, 2016

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| 09/28/16 | RAJ | 0029 | Emails re: allocation appellate briefing issues (.4, .2); call with Cleary and Milbank re: allocation document (.5); review Third Circuit filings by Committee member (.4); consider possible alternative briefing structure (.3). | 1.80 |
| 09/28/16 | DHB | 0029 | Review additional changes to allocation document (.3); conference call re: same (.4); follow-on emails re: same (.2). | 0.90 |
| 09/28/16 | ZJC | 0029 | Call with U.S. interests to discuss status of settlement negotiations and Third Circuit proceedings. | 0.40 |
| 09/29/16 | FSH | 0029 | Communications with R. Johnson re: Third Circuit allocation document (.1); analyze allocation document provisions (.4); communications with Milbank, Cleary re: next steps (.3); communicate with Committee re: same (.2); communications re: Plan and Disclosure Statement and Committee (.6). | 1.60 |
| 09/29/16 | RAJ | 0029 | Emails re: allocation appellate briefing schedule (.3, .1); emails re: updates in allocation document process (.2, .2). | 0.80 |
| 09/29/16 | DHB | 0029 | Email communications re: finalization of allocation document. | 0.50 |
| 09/29/16 | BMK | 0029 | Work on execution of allocation document. | 0.70 |
| 09/29/16 | KMR | 0029 | Review update re: allocation. | 0.20 |
| 09/30/16 | FSH | 0029 | Numerous communications with Milbank, Cleary, D. Botter, B. Kahn, A. Loring re: allocation document, logistical issues (.6); analyze issues re: same and re: next steps (.2). | 0.80 |
| 09/30/16 | RAJ | 0029 | Analyze issues re: allocation appellate briefing (.5); analyze counterproposal from Canadian Debtors (.4); multiple emails with Akin team and bondholder counsel re: Canadian Debtor counterproposal (.3, .2); review transcript of case management hearing with respect to appellate briefing (.7). | 2.10 |
| 09/30/16 | AQ | 0029 | Review and analyze proposed allocation appeal briefing schedule (.3); emails regarding proposed 3d. Circuit briefing schedule (.2). | 0.50 |
| 09/30/16 | DHB | 0029 | Extensive emails re: execution of allocation document and related documents (.5) and signatures (.1); emails re: allocation document materials (.2) and briefing (.1). | 0.90 |
| 09/30/16 | BMK | 0029 | Finalize allocation document (0.2); numerous emails re: same (0.5). | 0.70 |
| 09/30/16 | ZJC | 0029 | Review and discuss Appellees' counterproposal on briefing for Third Circuit allocation appeal. | 0.30 |
| 09/30/16 | PAS | 0029 | Review Appellee's Third Circuit allocation appeal briefing proposal and compare with our proposal. | 0.50 |
| | | | Total Hours | 287.30 |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| F S HODARA | 43.50 | at | $1325.00 | = | $57,637.50 |
| R A JOHNSON | 63.70 | at | $1050.00 | = | $66,885.00 |
| B E SIMONETTI | 3.80 | at | $1000.00 | = | $3,800.00 |
| A QURESHI | 14.45 | at | $1175.00 | = | $16,978.75 |
| D H BOTTER | 41.30 | at | $1220.00 | = | $50,386.00 |
| B M KAHN | 27.80 | at | $900.00 | = | $25,020.00 |
| P A SHAH | 6.70 | at | $950.00 | = | $6,365.00 |
| K M ROWE | 13.50 | at | $860.00 | = | $11,610.00 |
| E D FIELD | 1.00 | at | $965.00 | = | $965.00 |
| Z CHEN | 16.95 | at | $700.00 | = | $11,865.00 |
| M C FAGEN | 2.50 | at | $690.00 | = | $1,725.00 |
| A M EVANS | 3.70 | at | $580.00 | = | $2,146.00 |
| A LORING | 30.60 | at | $455.00 | = | $13,923.00 |
| D Z VIRA | 4.70 | at | $550.00 | = | $2,585.00 |
| A M HICKS | 10.30 | at | $295.00 | = | $3,038.50 |
| S A D'ADDESE | 2.80 | at | $225.00 | = | $630.00 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  Page 13
Invoice Number: 1683935  October 31, 2016

| Timekeeper | Hours | Rate | Value | |
|---|---|---|---|---|
| | Current Fees | | | $275,559.75 |

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | | |
|---|---|---|
| Computerized Legal Research - Lexis | $47.48 | |
| Computerized Legal Research - Westlaw | $124.68 | |
| Duplication - In House | $505.30 | |
| Meals - Business | $53.16 | |
| Meals (100%) | $1,356.17 | |
| Overtime - Admin Staff | $21.43 | |
| Travel - Airfare | $1,576.20 | |
| Travel - Ground Transportation | $451.62 | |
| Travel - Lodging (Hotel, Apt, Other) | $271.31 | |
| Travel - Train Fare | $280.00 | |
| Current Expenses | | $4,687.35 |

**Total Amount of This Invoice** **$280,247.10**