# EXHIBIT C

# DISBURSEMENT SUMMARY

## SEPTEMBER 1, 2016 THROUGH SEPTEMBER 30, 2016

| | |
|---|---:|
| Computerized Research, Corporate Service Fees & PACER Charges | $172.16 |
| Duplication – In House | $505.30 |
| Meals – Business | $53.16 |
| Meals (100%) | $1,356.17 |
| Overtime – Admin Staff | $21.43 |
| Travel – Airfare | $1,576.20 |
| Travel – Ground Transportation | $451.62 |
| Travel – Lodging (Hotel, Apt, Other) | $271.31 |
| Travel – Train Fare | $280.00 |
| **TOTAL** | **$4,687.35** |