# EXHIBIT D



| | |
|---|---|
| NORTEL NETWORKS INC. CREDITORS COMMITTEE<br>ATTN: JOHN DOLITTLE<br>8601 SIX FORKS ROAD<br>SUITE 400<br>RALEIGH, NC  27615 | Invoice Number      1683935<br>Invoice Date        10/31/16<br>Client Number        687147<br>Matter Number          0001 |

Re: CHAPTER 11

FOR PROFESSIONAL SERVICES RENDERED THROUGH  09/30/16 :

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | | Value |
|---|---|---|
| 09/01/16 | Duplication - In House  Photocopy - Loring, Anthony, NY, 73 page(s) | $7.30 |
| 09/01/16 | Meals (100%)  8/29/16 - ANTHONY LONG<br>VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800443; DATE: 9/1/2016<br>Allocation call - 5 people | $64.89 |
| 09/01/16 | Meals (100%)  9/1/16 - ANITA GOMEZ VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800443; DATE: 9/1/2016<br>Committee call - 8 people | $211.22 |
| 09/04/16 | Travel - Airfare  VENDOR: ABID QURESHI INVOICE#: 1403644809131901 DATE: 9/13/2016<br>Airfare, 09/04/16, Airfare from Philly (actual trip on Sept. 7th) back to Houston after Third Circuit hearing. | $788.10 |
| 09/06/16 | Travel - Airfare  VENDOR: ABID QURESHI INVOICE#: 1403644809131901 DATE: 9/13/2016<br>Airfare, 09/06/16, Airfare from Houston to Philly for Third Circuit hearing. | $788.10 |
| 09/06/16 | Travel - Ground Transportation | $67.67 |

| | | |
|---|---|---|
| | VENDOR: ABID QURESHI INVOICE#: 1403644809131901 DATE: 9/13/2016 Taxi/Car Service/Public Transport, 09/06/16, Car to airport for trip to Philly., Uber | |
| 09/06/16 | Travel - Lodging (Hotel, Apt, Other) VENDOR: ABID QURESHI INVOICE#: 1403644809131901 DATE: 9/13/2016 Hotel - Lodging, 09/06/16, Room rate for hotel stay., Le Meridien Philadelphia | $271.31 |
| 09/06/16 | Travel - Train Fare  VENDOR: AMERICAN EXPRESS INVOICE#: 474672 DATE: 9/6/2016 NAME: CHEN ZE WEN JULIUS TICKET #: 0010122254 DEPARTURE DATE: 09/07/2016 ROUTE: WAS PHL WAS | $313.00 |
| 09/06/16 | Travel - Train Fare  VENDOR: AMERICAN EXPRESS INVOICE#: 474672 DATE: 9/6/2016 NAME: CHEN ZE WEN JULIUS TICKET #: 0680486161 DEPARTURE DATE: 09/07/2016 ROUTE: UNKNOWN | $32.00 |
| 09/07/16 | Travel - Ground Transportation VENDOR: ANTHONY LORING INVOICE#: 1403160809092101 DATE: 9/9/2016 Taxi/Car Service/Public Transport, 09/07/16, Late taxi home., Uber | $12.82 |
| 09/07/16 | Computerized Legal Research - Westlaw User: LORING,ANTHONY Date: 9/7/2016 AcctNumber: 1000193694 ConnectTime: 0.0 | $41.56 |
| 09/07/16 | Travel - Ground Transportation VENDOR: Z.W. JULIUS CHEN INVOICE#: 1403831009131901 DATE: 9/13/2016 Taxi/Car Service/Public Transport, 09/07/16, Meeting, Court with client in Philadelphia, Uber | $85.78 |
| 09/07/16 | Travel - Ground Transportation VENDOR: Z.W. JULIUS CHEN INVOICE#: 1403831009131901 DATE: 9/13/2016 Taxi/Car Service/Public Transport, 09/07/16, Meeting, Court with client in Philadelphia, Uber | $81.70 |
| 09/07/16 | Meals - Business  VENDOR: Z.W. JULIUS CHEN INVOICE#: 1403831009131901 DATE: 9/13/2016 Breakfast, 09/07/16, Breakfast at train station, Meeting, Court with client in Philadelphia, McDonald's Restaurant, Julius Chen | $10.76 |
| 09/07/16 | Meals - Business  VENDOR: Z.W. JULIUS CHEN INVOICE#: 1403831009131901 DATE: 9/13/2016 | $8.58 |

| Date | Description | Amount |
|---|---|---|
| 09/07/16 | Lunch, 09/07/16, Lunch in Philadelphia, Meeting, Court with client in Philadelphia, Wendy's, Julius Chen Meals - Business  VENDOR: Z.W. JULIUS CHEN INVOICE#: 1403831009131901 DATE: 9/13/2016 | $7.14 |
| 09/07/16 | Meals Other, 09/07/16, Snack at train station/Meeting, Court with client in Philadelphia, Jamba Juice, Julius Chen Travel - Ground Transportation VENDOR: Z.W. JULIUS CHEN INVOICE#: 1403831009131901 DATE: 9/13/2016 | $8.00 |
| 09/07/16 | Taxi/Car Service/Public Transport, 09/07/16, Meeting, Court with client in Philadelphia, Freedom Taxi Travel - Ground Transportation VENDOR: ABID QURESHI INVOICE#: 1403644809131901 DATE: 9/13/2016 | $48.15 |
| 09/07/16 | Taxi/Car Service/Public Transport, 09/07/16, Car from Philly airport to hotel., Uber Travel - Ground Transportation VENDOR: ABID QURESHI INVOICE#: 1403644809131901 DATE: 9/13/2016 | $5.75 |
| 09/07/16 | Taxi/Car Service/Public Transport, 09/07/16, Car from hotel to Philly Akin office., Uber Meals - Business  VENDOR: ABID QURESHI INVOICE#: 1403644809131901 DATE: 9/13/2016 | $26.68 |
| 09/07/16 | Hotel - Breakfast, 09/07/16, Breakfast at hotel during stay in Philly., Amuse Restaurant, Abid Qureshi Travel - Ground Transportation VENDOR: ABID QURESHI INVOICE#: 1403644809131901 DATE: 9/13/2016 | $5.75 |
| 09/07/16 | Taxi/Car Service/Public Transport, 09/07/16, Car from Philly Akin office to Court for Qureshi and Chen., Uber Travel - Ground Transportation VENDOR: ABID QURESHI INVOICE#: 1403644809131901 DATE: 9/13/2016 | $52.71 |
| 09/07/16 | Taxi/Car Service/Public Transport, 09/07/16, Car from Court to airport after Third Circuit hearing., Uber Travel - Ground Transportation VENDOR: ABID QURESHI INVOICE#: 1403644809131901 DATE: 9/13/2016 | $83.29 |
| 09/07/16 | Taxi/Car Service/Public Transport, 09/07/16, Car from Houston airport to hotel., Uber Meals (100%)  VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 2484119 DATE: 9/11/2016 Anthony Loring - Fig & Olive III - 09/07/2016 | $23.78 |
| 09/07/16 | Travel - Train Fare  VENDOR: | $-65.00 |

| Date | Description | Amount |
|---|---|---|
|  | AMERICAN EXPRESS INVOICE#: 9997764 DATE: 9/7/2016 NAME: CHEN ZE WEN JULIUS TICKET #: 0010122262 DEPARTURE DATE: 09/07/2016 ROUTE: WAS PHL WAS |  |
| 09/08/16 | Meals (100%)  9/9/16 - ANITA GOMEZ VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800445; DATE: 9/8/2016 Committee call - 8 people | $211.22 |
| 09/09/16 | Overtime - Admin Staff  E-filing of 3rd Circuit docs in multiple appeal cases; Overtime for Jorge Guzman for transaction date 09/09/2016; Overtime - 1x; Client: 687147; Matter: 0001 | $21.43 |
| 09/15/16 | Duplication - In House  Photocopy - Loring, Anthony, NY, 920 page(s) | $92.00 |
| 09/15/16 | Duplication - In House  Photocopy - Loring, Anthony, NY, 420 page(s) | $42.00 |
| 09/15/16 | Meals (100%)  9/15/16 - ANITA GOMEZ VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800446; DATE: 9/15/2016 Committee call - 8 people | $227.55 |
| 09/22/16 | Computerized Legal Research - Westlaw User: EVANS,ANNIE Date: 9/22/2016 AcctNumber: 1000193694 ConnectTime: 0.0 | $41.56 |
| 09/22/16 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: 1663MK  CUI; Charge Type: DOCUMENT PRINTING; Quantity: 1.0 | $13.50 |
| 09/22/16 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: 1663MK  CUI; Charge Type: SINGLE DOCUMENT RETRIEVAL; Quantity: 1.0 | $21.60 |
| 09/22/16 | Computerized Legal Research - Lexis Service: SHEPARD'S SERVICE; Employee: 1663MK  CUI; Charge Type: LEGAL CITATION SERVICES; Quantity: 1.0 | $6.98 |
| 09/22/16 | Meals (100%)  9/22/16 - ANITA GOMEZ VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800449; DATE: 9/22/2016 | $216.12 |
| 09/23/16 | Duplication - In House  Photocopy - Loring, Anthony, NY, 1360 page(s) | $136.00 |
| 09/26/16 | Computerized Legal Research - Westlaw User: EVANS,ANNIE Date: 9/26/2016 AcctNumber: 1000193694 ConnectTime: 0.0 | $41.56 |
| 09/26/16 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: VIRA  DANIEL; Charge | $5.40 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE                                                Page 5
Invoice Number: 1683935                                                          October 31, 2016

| Date | Description | Amount |
|---|---|---|
| | Type: LA DOCUMENT ACCESS; Quantity: 3.0 | |
| 09/28/16 | Duplication - In House Photocopy - Loring, Anthony, NY, 2280 page(s) | $228.00 |
| 09/29/16 | Meals (100%) VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 2500386 DATE: 10/2/2016 Matthew Fagen - Akdeniz - 09/29/2016 | $21.03 |
| 09/29/16 | Meals (100%) 9/23/16 - ANTHONY LORING VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800451; DATE: 9/29/2016 | $119.71 |
| 09/29/16 | Meals (100%) 9/29/16 - AMITA GOMEZ VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800451; DATE: 9/29/2016 | $260.65 |

Current Expenses                                                                      $4,687.35

**Total Amount of This Invoice**                                                      **$280,247.10**