# EXHIBIT E

**SUMMARY OF ATTORNEYS AND LEGAL ASSISTANTS**

**RENDERING SERVICES DURING THE PERIOD**

**SEPTEMBER 1, 2016 THROUGH SEPTEMBER 30, 2016**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | 2016 Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| David H. Botter | Partner for 14 years; Admitted in 1990; Financial Restructuring Department | $1,220 | 41.30 | $50,386.00 |
| Fred S. Hodara | Partner for 27 years; Admitted in 1982; Financial Restructuring Department | $1,325 | 43.50 | $57,637.50 |
| Robert A. Johnson | Partner for 19 years; Admitted in 1988; Litigation Department | $1,050 | 63.70 | $66,885.00 |
| Brad M. Kahn | Partner as of January 1, 2016; Admitted in 2008; Financial Restructuring Department | $900 | 27.80 | $25,020.00 |
| Abid Qureshi | Partner for 8 years; Admitted in 1995; Financial Restructuring Department | $1,175 | 14.45 | $16,978.75 |
| Pratik Shah | Partner for 3 years; Admitted in 2002; Litigation Department | $950 | 6.70 | $6,365.00 |
| Bruce E. Simonetti | Partner for 11 years; Admitted in 1995; Tax Department | $1,000 | 3.80 | $3,800.00 |
| Eric D. Field | Senior Counsel for 3 years; Admitted in 1998; Labor Department | $965 | 1.00 | $965.00 |
| Kevin M. Rowe | Senior Counsel for 15 years; Admitted in 1985; Tax Department | $860 | 13.50 | $11,610.00 |

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | 2016 Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| Julius Chen | Counsel for 2 years; Admitted in 2010; Litigation Department | $700 | 16.95 | $11,865.00 |
| Daniel Z. Vira | Senior Attorney for 5 years; Admitted in 1992; Tax Department | $550 | 4.70 | $2,585.00 |
| Anne M. Evans | Associate for 3 years; Admitted in 2014; Litigation Department | $580 | 3.70 | $2,146.00 |
| Matthew C. Fagen | Associate for 4 years; Admitted in 2014; Financial Restructuring Department | $690 | 2.50 | $1,725.00 |
| Anthony Loring | Associate for 1 year; Admitted in 2016; Financial Restructuring Department | $455 | 30.60 | $13,923.00 |
| Sarah A. D'Addese | Legal Assistant for 3 years; Financial Restructuring Department | $225 | 2.80 | $630.00 |
| Adria M. Hicks | Legal Assistant for 16 years; Litigation Department | $295 | 10.30 | $3,038.50 |

Total Amount of Fees:      **$275,559.75**

Total Number of Hours:    287.30

Blended Hourly Rate:        **$959.14**