**Nortel Networks Inc., et al**

**Berkeley Research Group, LLC**



**Exhibit A: Time Detail**

For the Period 8/1/2016 through 8/31/2016

| Date | Professional | Hours | Description |
|---|---|---|---|
| **01. Asset Acquisition/Disposition** | | | |
| 8/1/2016 | J. Hyland | 2.6 | Analyzed a proceeds allocation assumption. |
| 8/1/2016 | J. Hyland | 0.2 | Summarized proceeds allocation matter for Counsel. |
| 8/2/2016 | C. Kearns | 0.8 | Participated in call with Counsel F. Hodara (Counsel) to discuss status of settlement and claims related considerations. |
| 8/2/2016 | C. Kearns | 0.2 | Emailed with Counsel re: issues related to currency conversion of escrow funds. |
| 8/3/2016 | A. Cowie | 2.9 | Analyzed potential dollar swap strategies. |
| 8/3/2016 | A. Cowie | 2.2 | Continued to analyze potential dollar swap strategies. |
| 8/3/2016 | J. Borow | 0.8 | Participated in discussion with professionals to UCC re: allocation scenarios and related claims information. |
| 8/3/2016 | C. Kearns | 0.2 | Emailed with Counsel re: issues related to currency conversion of escrow funds. |
| 8/5/2016 | J. Hyland | 2.9 | Revised Committee report on proceeds allocation. |
| 8/5/2016 | J. Hyland | 2.8 | Analyzed assumption in proceeds allocation. |
| 8/5/2016 | J. Hyland | 2.7 | Continued analyzing assumption in proceeds allocation. |
| 8/5/2016 | A. Kaplan | 2.5 | Analyzed proceeds allocation scenario assumptions. |
| 8/5/2016 | A. Kaplan | 1.5 | Continued analyzing proceeds allocation scenario assumptions. |
| 8/8/2016 | J. Hyland | 2.6 | Reviewed proceeds allocation issue. |
| 8/8/2016 | A. Kaplan | 2.5 | Analyzed proceeds allocation scenario assumptions. |
| 8/8/2016 | A. Kaplan | 2.0 | Continued analyzing proceeds allocation scenario assumptions. |
| 8/8/2016 | C. Kearns | 0.4 | Reviewed additional scenarios re: settlement proposals and related emails with Counsel. |
| 8/9/2016 | J. Hyland | 2.5 | Continued reviewing proceeds allocation issue. |

Berkeley Research Group, LLC

Invoice for the 8/1/2016 - 8/31/2016 Period

| Date | Professional | Hours | Description |
|---|---|---|---|
| **01. Asset Acquisition/Disposition** | | | |
| 8/9/2016 | J. Borow | 1.4 | Reviewed drafts of settlement agreements. |
| 8/9/2016 | C. Kearns | 0.9 | Participated in call with Counsel and Cleary re: status of open issues for settlement discussions. |
| 8/10/2016 | J. Borow | 1.3 | Reviewed drafts of settlement agreements. |
| 8/10/2016 | C. Kearns | 0.2 | Emailed with Counsel re: status of open settlement issues. |
| 8/11/2016 | J. Hyland | 2.5 | Reviewed proceeds allocation assumption. |
| 8/15/2016 | C. Kearns | 0.6 | Participated in call with F. Hodara (Counsel) and J. Bromley (Cleary) to discuss settlement status and related outcomes. |
| 8/19/2016 | J. Hyland | 2.4 | Analyzed potential allocation assumptions for a filed claim. |
| 8/19/2016 | J. Hyland | 2.3 | Continued analyzing potential allocation assumptions for a filed claim. |
| 8/22/2016 | J. Hyland | 2.7 | Reviewed updated summary of proceeds allocation summary. |
| 8/22/2016 | J. Hyland | 2.0 | Continued reviewing updated summary of proceeds allocation summary. |
| 8/22/2016 | J. Borow | 1.7 | Reviewed potential recovery scenarios. |
| 8/24/2016 | J. Hyland | 1.0 | Analyzed open matter in allocation discussion. |
| 8/25/2016 | J. Hyland | 2.8 | Analyzed allocation discussion materials. |
| 8/25/2016 | J. Hyland | 2.6 | Continued analyzing allocation discussion materials. |
| 8/26/2016 | J. Hyland | 2.9 | Reviewed summary of proceeds allocation discussions. |
| 8/26/2016 | J. Hyland | 2.7 | Continued reviewing summary of proceeds allocation discussions. |
| 8/26/2016 | J. Hyland | 0.6 | Conducted call with M. Sandberg (FTI) re: proceeds allocation. |
| 8/26/2016 | C. Kearns | 0.5 | Reviewed revised settlement agreement. |
| 8/29/2016 | J. Hyland | 2.9 | Reviewed status of allocation discussions. |
| 8/29/2016 | J. Hyland | 2.7 | Continued reviewing status of allocation discussions. |
| 8/29/2016 | J. Hyland | 1.2 | Followed up on allocation discussion assumption. |
| 8/29/2016 | J. Hyland | 1.2 | Participated in call with Counsel and M. Wunder (Cassels) re: allocation discussions. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **01. Asset Acquisition/Disposition** | | | |
| 8/29/2016 | C. Kearns | 1.2 | Participated in call with F. Hodara (Counsel) to review latest redline of draft settlement agreement and gave comments. |
| 8/29/2016 | J. Borow | 1.2 | Participated in call with UCC professionals regarding settlement agreement and potential modifications thereto. |
| 8/29/2016 | C. Kearns | 0.5 | Reviewed redline to draft settlement agreement. |
| 8/30/2016 | J. Hyland | 2.8 | Reviewed comments to allocation discussions. |
| 8/30/2016 | J. Hyland | 0.1 | Conducted call with M. Kennedy (Chilmark) re: allocation discussions. |
| 8/31/2016 | C. Kearns | 0.2 | Emailed with Counsel re: status of settlement related issues. |
| **Task Code Total Hours** | | **77.4** | |
| **05. Professional Retention/ Fee Application Preparation** | | | |
| 8/2/2016 | A. Cowie | 1.3 | Reviewed June fee application. |
| 8/4/2016 | J. Hyland | 0.2 | Reviewed June 2016 fee application. |
| 8/5/2016 | J. Blum | 0.8 | Prepared the June monthly fee application. |
| 8/8/2016 | J. Hyland | 0.2 | Reviewed a portion of the June fee application time entries. |
| 8/9/2016 | J. Hyland | 0.6 | Finalized review of the June fee application time entries. |
| 8/10/2016 | J. Hyland | 0.2 | Prepared July fee estimate for Counsel. |
| 8/11/2016 | J. Blum | 0.4 | Prepared thirteenth monthly fee application. |
| 8/15/2016 | J. Blum | 0.2 | Prepared thirteenth monthly fee application. |
| 8/16/2016 | J. Blum | 0.4 | Prepared July fee application. |
| 8/17/2016 | J. Hyland | 0.6 | Reviewed June fee application. |
| 8/19/2016 | J. Blum | 0.1 | Prepared thirteenth monthly fee application. |
| 8/22/2016 | J. Blum | 0.2 | Prepared July monthly fee application. |
| 8/26/2016 | J. Hyland | 0.8 | Reviewed detailed time and expense entries for July fee application. |
| 8/26/2016 | A. Cowie | 0.8 | Reviewed July fee app. |
| 8/26/2016 | J. Blum | 0.3 | Prepared July monthly fee application. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **05. Professional Retention/ Fee Application Preparation** | | | |
| 8/29/2016 | J. Hyland | 1.0 | Reviewed July fee application. |
| 8/29/2016 | A. Cowie | 0.9 | Reviewed July fee app. |
| 8/29/2016 | J. Blum | 0.4 | Prepared July monthly fee application. |
| 8/30/2016 | J. Borow | 0.8 | Reviewed July fee application. |
| 8/30/2016 | J. Hyland | 0.6 | Finalized July fee application for filing. |
| 8/30/2016 | J. Blum | 0.4 | Prepared July monthly fee application. |
| 8/30/2016 | J. Blum | 0.3 | Prepared fifth interim fee application. |
| 8/31/2016 | J. Hyland | 0.8 | Reviewed the fifth interim fee application. |
| 8/31/2016 | J. Blum | 0.1 | Prepared the fifth interim fee application. |
| **Task Code Total Hours** | | **12.4** | |
| **08. Interaction/Meetings with Creditors** | | | |
| 8/4/2016 | J. Borow | 0.6 | Met with UCC and professionals to UCC re: status of matter. |
| 8/4/2016 | J. Hyland | 0.6 | Participated in weekly UCC call with UCC members and professionals. |
| 8/4/2016 | A. Cowie | 0.5 | Participated in a portion of weekly UCC call re: creditor recoveries and other case matters. |
| 8/11/2016 | C. Kearns | 0.8 | Participated in call with Committee re: status of settlement discussions and other Committee matters. |
| 8/11/2016 | J. Borow | 0.8 | Participated in meeting of UCC and professionals to UCC. |
| 8/11/2016 | J. Hyland | 0.8 | Participated in weekly Committee call with Committee members and Committee professionals. |
| 8/11/2016 | C. Kearns | 0.2 | Followed up with Counsel re: open items after Committee call. |
| 8/25/2016 | J. Borow | 0.3 | Met with UCC and professionals to UCC re: status of matter. |
| 8/25/2016 | C. Kearns | 0.3 | Participated in call with the Committee re: status of settlement discussions. |
| 8/25/2016 | J. Hyland | 0.3 | Participated in weekly UCC call with UCC members and professionals. |
| **Task Code Total Hours** | | **5.2** | |
| **10. Recovery/SubCon/Lien Analysis** | | | |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **10. Recovery/SubCon/Lien Analysis** | | | |
| 8/1/2016 | J. Hyland | 2.6 | Analyzed recoveries based upon various assumptions. |
| 8/1/2016 | A. Cowie | 1.3 | Analyzed CDN - U.S. side letters recovery calculations. |
| 8/2/2016 | J. Hyland | 2.8 | Reviewed claim recoveries using assumptions from Counsel. |
| 8/2/2016 | A. Cowie | 2.3 | Analyzed impact of foreign exchange rates in regard to global creditor recoveries. |
| 8/2/2016 | C. Kearns | 0.3 | Reviewed summary of waterfall recovery scenarios requested by Counsel. |
| 8/3/2016 | J. Hyland | 2.7 | Analyzed U.S. claim recoveries with various assumptions. |
| 8/3/2016 | J. Hyland | 2.6 | Continued analyzing U.S. claim recoveries with various assumptions. |
| 8/3/2016 | R. Cohen | 2.5 | Calculated the price of a call option related to claim recoveries. |
| 8/3/2016 | J. Hyland | 2.5 | Continued analyzing U.S. claim recoveries with various assumptions. |
| 8/3/2016 | J. Hyland | 2.3 | Continued analyzing U.S. claim recoveries with various assumptions. |
| 8/3/2016 | J. Hyland | 2.0 | Continued analyzing U.S. claim recoveries with various assumptions. |
| 8/3/2016 | R. Cohen | 2.0 | Investigated on Bloomberg, call option pricing for currencies related to claim recoveries. |
| 8/3/2016 | A. Cowie | 0.7 | Participated in call with Counsel (F. Hodara and D. Botter) re: PBGC recovery scenarios. |
| 8/3/2016 | C. Kearns | 0.3 | Reviewed summary of waterfall recovery scenarios requested by Counsel. |
| 8/4/2016 | J. Hyland | 2.9 | Analyzed recoveries on U.S. claims based upon scenarios. |
| 8/4/2016 | J. Hyland | 2.7 | Continued analyzing recoveries on U.S. claims based upon scenarios. |
| 8/4/2016 | J. Hyland | 2.4 | Continued analyzing recoveries on U.S. claims based upon scenarios. |
| 8/4/2016 | J. Hyland | 2.2 | Reviewed U.S. creditor recovery presentation for Committee. |
| 8/4/2016 | A. Cowie | 1.7 | Analyzed creditor recovery scenarios. |
| 8/4/2016 | J. Borow | 1.5 | Reviewed recovery scenario presentations. |
| 8/4/2016 | A. Cowie | 1.1 | Participated in discussion with M. Kennedy (Chilmark) in regard to creditor recovery scenarios. |
| 8/4/2016 | J. Hyland | 0.7 | Conducted call with Counsel re: Creditor recoveries. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **10. Recovery/SubCon/Lien Analysis** | | | |
| 8/4/2016 | J. Hyland | 0.3 | Conducted call with M. Kennedy (Chilmark) re: Creditor recoveries. |
| 8/4/2016 | C. Kearns | 0.3 | Reviewed draft deck on recovery sensitivities re: claim settlement. |
| 8/4/2016 | J. Hyland | 0.2 | Conducted call with R. Johnson (Counsel) re: Creditor recoveries. |
| 8/5/2016 | J. Borow | 1.5 | Reviewed recovery scenario presentations. |
| 8/5/2016 | A. Cowie | 1.2 | Analyzed creditor recovery scenarios. |
| 8/5/2016 | J. Borow | 1.1 | Met with professionals to UCC and member of UCC re: recovery scenarios. |
| 8/5/2016 | C. Kearns | 0.5 | Participated in call with C. Green (PBGC) and F. Hodara (Counsel) re: recovery waterfall analyses. |
| 8/6/2016 | A. Cowie | 2.4 | Analyzed creditor recovery scenarios. |
| 8/7/2016 | A. Cowie | 2.3 | Analyzed creditor recovery scenarios. |
| 8/8/2016 | J. Hyland | 2.9 | Analyzed creditor recoveries based upon various scenarios. |
| 8/8/2016 | J. Hyland | 2.7 | Continued analyzing creditor recoveries based upon various scenarios. |
| 8/8/2016 | J. Borow | 1.6 | Reviewed recovery scenario presentations. |
| 8/8/2016 | J. Borow | 1.4 | Reviewed recovery scenario presentations. |
| 8/9/2016 | A. Cowie | 2.9 | Analyzed creditor recovery scenarios. |
| 8/9/2016 | J. Hyland | 2.9 | Analyzed recovery scenarios using various assumptions. |
| 8/9/2016 | A. Cowie | 2.9 | Continued to analyze creditor recovery scenarios. |
| 8/9/2016 | A. Cowie | 2.6 | Continued to analyze creditor recovery scenarios. |
| 8/9/2016 | J. Hyland | 1.6 | Reviewed status of creditor recovery scenario report for Committee. |
| 8/9/2016 | C. Kearns | 0.4 | Reviewed changes to deck requested by counsel re: claim recoveries. |
| 8/10/2016 | A. Cowie | 2.9 | Prepared recovery deck for UCC meeting. |
| 8/10/2016 | J. Hyland | 2.7 | Reviewed claim recovery scenario deck for Committee. |
| 8/10/2016 | A. Cowie | 1.8 | Continued to prepare recovery deck for UCC meeting. |
| 8/11/2016 | A. Cowie | 2.7 | Analyzed creditor recoveries. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **10. Recovery/SubCon/Lien Analysis** | | | |
| 8/11/2016 | A. Cowie | 2.4 | Continued analyzing creditor recoveries. |
| 8/11/2016 | J. Hyland | 1.8 | Analyzed creditor recovery summary. |
| 8/11/2016 | A. Cowie | 0.8 | Analyzed creditor recoveries and related assumptions. |
| 8/11/2016 | A. Cowie | 0.4 | Participated in call with M. Kennedy (Chilmark) re: creditor recoveries. |
| 8/12/2016 | A. Cowie | 2.9 | Analyzed creditor recoveries. |
| 8/12/2016 | A. Cowie | 2.8 | Continued analyzing creditor recoveries. |
| 8/12/2016 | A. Cowie | 0.4 | Participated in discussion with D. Lowenthal (Patterson Belknap) re: creditor recoveries. |
| 8/15/2016 | J. Hyland | 2.9 | Analyzed creditor recoveries based upon various scenarios. |
| 8/15/2016 | A. Cowie | 2.9 | Analyzed side letters re: NNI recoveries. |
| 8/15/2016 | J. Hyland | 2.6 | Continued analyzing creditor recoveries based upon various scenarios. |
| 8/15/2016 | A. Cowie | 1.1 | Participated in call with Cleary (J. Bromley) and Chilmark (M. Kennedy) and Counsel (D. Botter) re: creditor recoveries. |
| 8/15/2016 | C. Kearns | 0.3 | Reviewed Chilmark waterfall recovery analysis re: Canada. |
| 8/16/2016 | A. Cowie | 2.9 | Analyzed side letters re: NNI recoveries. |
| 8/16/2016 | A. Cowie | 2.8 | Continued to analyze side letters re: NNI recoveries. |
| 8/16/2016 | C. Kearns | 0.3 | Reviewed status of claim recovery analyses requested by individual Committee members. |
| 8/17/2016 | A. Cowie | 0.7 | Analyzed side letters re: NNI recoveries. |
| 8/17/2016 | C. Kearns | 0.3 | Emailed with Counsel re: claim recovery analyses requested by an individual Committee member. |
| 8/18/2016 | J. Hyland | 2.9 | Reviewed allocation discussions and related claim recoveries. |
| 8/18/2016 | J. Hyland | 2.7 | Continued reviewing allocation discussions and related claim recoveries. |
| 8/18/2016 | J. Hyland | 1.3 | Continued reviewing allocation discussions and related claim recoveries. |
| 8/22/2016 | A. Cowie | 2.8 | Analyzed creditor recoveries. |
| 8/22/2016 | A. Cowie | 2.8 | Continued to analyze creditor recoveries. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **10. Recovery/SubCon/Lien Analysis** | | | |
| 8/22/2016 | A. Cowie | 1.7 | Continued to analyze creditor recoveries. |
| 8/23/2016 | A. Cowie | 2.8 | Analyzed creditor recoveries. |
| 8/23/2016 | J. Hyland | 2.8 | Reviewed claims recovery scenario calculations. |
| 8/23/2016 | J. Hyland | 2.7 | Continued reviewing claims recovery scenario calculations. |
| 8/23/2016 | J. Hyland | 1.5 | Reviewed analysis of recovery calculations for a claimant. |
| 8/23/2016 | A. Cowie | 0.7 | Participated in call with M. Kennedy (Chilmark) re: creditor recoveries. |
| 8/24/2016 | A. Cowie | 2.7 | Analyzed claim recovery calculations. |
| 8/24/2016 | A. Cowie | 0.8 | Analyzed creditor recoveries. |
| 8/25/2016 | J. Hyland | 2.5 | Calculated claim recoveries based upon certain assumptions. |
| 8/25/2016 | A. Cowie | 0.9 | Analyzed creditor recoveries. |
| 8/29/2016 | A. Cowie | 2.6 | Analyzed creditor recovery scenarios. |
| 8/29/2016 | A. Cowie | 1.2 | Continued to analyze creditor recovery scenarios. |
| **Task Code Total Hours** | | **147.6** | |
| **11. Claim Analysis/Accounting** | | | |
| 8/1/2016 | J. Hyland | 2.9 | Analyzed certain U.S. claims. |
| 8/1/2016 | C. Kearns | 0.3 | Emailed with counsel re: status of key claims as against the draft settlement agreement. |
| 8/3/2016 | C. Kearns | 0.8 | Participated in call with F. Hodara (Counsel) to discuss status of settlement and claims related considerations. |
| 8/5/2016 | J. Hyland | 1.0 | Prepared for call with creditor. |
| 8/5/2016 | J. Hyland | 0.5 | Conducted call with a U.S. creditor (C. Green) and Counsel (F. Hodara). |
| 8/5/2016 | A. Cowie | 0.5 | Participated in call with PBGC (C. Green) re: claims. |
| 8/17/2016 | J. Hyland | 2.9 | Analyzed amounts included in a filed claim. |
| 8/17/2016 | J. Hyland | 2.2 | Continued analyzing amounts included in a filed claim. |
| 8/22/2016 | J. Hyland | 2.8 | Reviewed claims analyses for a claimant. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| | | | |

### 11. Claim Analysis/Accounting

| Date | Professional | Hours | Description |
|---|---|---|---|
| 8/22/2016 | C. Kearns | 0.3 | Responded to call from a large holder (no material, non-public information was discussed). |
| 8/23/2016 | C. Kearns | 0.4 | Reviewed correspondence with Counsel re: PBGC claim status. |
| 8/25/2016 | C. Kearns | 0.1 | Emailed with Counsel re: open issues with PBGC claim. |
| **Task Code Total Hours** | | **14.7** | |

### 13. Intercompany Transactions/Balances

| Date | Professional | Hours | Description |
|---|---|---|---|
| 8/15/2016 | J. Hyland | 1.6 | Reviewed July restructuring manager's report. |
| **Task Code Total Hours** | | **1.6** | |

### 18. Operating and Other Reports

| Date | Professional | Hours | Description |
|---|---|---|---|
| 8/11/2016 | J. Hyland | 0.3 | Reviewed U.S. Debtors' June 2016 MOR. |
| **Task Code Total Hours** | | **0.3** | |

### 19. Cash Flow/Cash Management Liquidity

| Date | Professional | Hours | Description |
|---|---|---|---|
| 8/4/2016 | J. Hyland | 0.3 | Analyzed CCAA cash forecast as of 7/31/2016. |
| 8/17/2016 | J. Hyland | 2.5 | Analyzed cash balances by Debtor. |
| 8/23/2016 | J. Hyland | 1.4 | Analyzed cash by legal entity. |
| 8/26/2016 | J. Hyland | 1.9 | Reviewed escrow agreement for cash management. |
| **Task Code Total Hours** | | **6.1** | |
| **Total Hours** | | **265.3** | |