**Nortel Networks Inc., et al**

**Berkeley Research Group, LLC**

**Attachment B: Fees By Professional**



For the Period 8/1/2016 through 8/31/2016

| Professional | Title | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| A. Cowie | Director | $650.00 | 77.0 | $50,050.00 |
| A. Kaplan | Consultant | $325.00 | 8.5 | $2,762.50 |
| C. Kearns | Managing Director | $940.00 | 11.6 | $10,904.00 |
| J. Blum | Case Assistant | $120.00 | 3.6 | $432.00 |
| J. Borow | Managing Director | $940.00 | 16.0 | $15,040.00 |
| J. Hyland | Managing Director | $700.00 | 144.1 | $100,870.00 |
| R. Cohen | Associate | $250.00 | 4.5 | $1,125.00 |
| **Total** | | | **265.3** | **$181,183.50** |
| **Blended Rate** | | | | **$682.94** |

Berkeley Research Group, LLC

Invoice for the 8/1/2016 - 8/31/2016 Period