**Nortel Networks Inc., et al**

**Berkeley Research Group, LLC**

**Attachment C: Fees By Task Code**



For the Period 8/1/2016 through 8/31/2016

| Task Code | Hours | Fees |
|---|---|---|
| 01. Asset Acquisition/Disposition | 77.4 | $53,641.50 |
| 05. Professional Retention/ Fee Application Preparation | 12.4 | $6,634.00 |
| 08. Interaction/Meetings with Creditors | 5.2 | $4,335.00 |
| 10. Recovery/SubCon/Lien Analysis | 147.6 | $100,252.00 |
| 11. Claim Analysis/Accounting | 14.7 | $10,721.00 |
| 13. Intercompany Transactions/Balances | 1.6 | $1,120.00 |
| 18. Operating and Other Reports | 0.3 | $210.00 |
| 19. Cash Flow/Cash Management Liquidity | 6.1 | $4,270.00 |
| **Total** | **265.3** | **$181,183.50** |
| **Blended Rate** | | **$682.94** |