**EXHIBIT B**

**Plan Administrator Agreement**

**TO BE FILED**