# EXHIBIT C

**Executory Contracts and Unexpired Leases Assumed by the Debtors**

**TO BE FILED**