**EXHIBIT F**

**List of Directors and Officers of the Debtors**

**TO BE FILED**