**EXHIBIT G**

**Amended By-Laws of the Wind Down Debtors**

**TO BE FILED**