**Appendix E**

**Creditors' Committee Letter in Support of Plan Confirmation**

**To Be Filed**