# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-----------------------------------------------------------X

*In re*

Nortel Networks Inc., *et al.*,[1]

                    Debtors.

-----------------------------------------------------------X

Chapter 11

Case No. 09-10138 (KG)

Jointly Administered

**RE: D.I. 17347 & 17348**

## DEBTORS' MOTION FOR ENTRY OF AN ORDER SHORTENING THE OBJECTION DEADLINE AND NOTICE OF THE HEARING TO CONSIDER APPROVAL OF DISCLOSURE STATEMENT

Nortel Networks Inc. ("NNI") and certain of its affiliates, as debtors and debtors in possession, (collectively, the "Debtors") hereby file this motion ("Motion to Shorten Notice") for entry of an order, substantially in the form attached hereto as **Exhibit A**, pursuant to sections 102(1) and 105(a) of title 11 of the United States Code (as amended, the "Bankruptcy Code"), Rules 2002 and 9006 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rules 2002-1(b) and 9006-1(e) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), (i) shortening notice of the hearing (the "Disclosure Statement Hearing") to consider approval of the Disclosure Statement (as defined below) so that the Disclosure Statement Hearing may be scheduled for December 1, 2016, at 9:00 a.m. (ET) and (ii) shortening and setting the deadline

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567), Nortel Networks (CALA) Inc. (4226), and Nortel Networks India International Inc. (8667). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

for objections to approval of the Disclosure Statement for November 18, 2016, at 4:00 p.m. (ET). In support of this Motion to Shorten Notice, the Debtors respectfully state as follows:

## JURISDICTION

1.    The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1334 and 157.  This Motion to Shorten Notice is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). Venue is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

2.    The Debtors consent to the entry of final orders or judgments by the Court if it is determined that the Court, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution.

3.    The statutory predicate for the relief requested herein is section 105 of title 11 of the United States Code (the "Bankruptcy Code"), as supplemented by Rule 9006 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 9006-1(e) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules").

## BACKGROUND

4.    On January 14, 2009 (the "Petition Date"), the Debtors, other than Nortel Networks (CALA) Inc. and Nortel Networks India International Inc.,[2] filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code, which cases are consolidated for procedural purposes only.  The Debtors continue to operate as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

---

[2]    Nortel Networks (CALA) Inc. and Nortel Networks India International Inc. filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code on July 14, 2009 and July 26, 2016, respectively, each of which was consolidated and is being jointly administered with the other Debtors' chapter 11 cases for procedural purposes [D.I. 1098; D.I. 17090].

[NEWYORK 3269561_6]

5.      The Office of the United States Trustee for the District of Delaware (the "U.S. Trustee") has appointed an Official Committee of Unsecured Creditors (the "Committee") in respect of the Debtors [D.I.s 141, 142], and an ad hoc group of bondholders has been organized (the "Bondholder Group"). A consortium of creditors holding trade claims (the "Trade Claims Consortium") also has been organized.

6.      On the Petition Date, the Debtors' ultimate corporate parent Nortel Networks Corporation ("NNC"), NNI's direct corporate parent Nortel Networks Limited ("NNL," and together with NNC and their affiliates, including the Debtors, the "Nortel Group"), and certain of their Canadian affiliates (collectively, the "Canadian Debtors")[3] commenced a proceeding with the Ontario Superior Court of Justice (the "Canadian Court") under the Companies' Creditors Arrangement Act (Canada) (the "CCAA"), seeking relief from their creditors (collectively, the "Canadian Proceedings") and a Monitor, Ernst & Young Inc. (the "Monitor"), was appointed by the Canadian Court.  Also on the Petition Date, the High Court of England and Wales placed nineteen of the Nortel Group's European affiliates (collectively, the "EMEA Debtors")[4] into administration (the "English Proceedings") under the control of individuals from Ernst & Young LLP (collectively, the "Joint Administrators").  Other Nortel Group affiliates have commenced and in the future may commence additional creditor protection, insolvency and dissolution proceedings around the world.

---

[3]      The Canadian Debtors include the following entities:   NNC, NNL, Nortel Networks Technology Corporation, Nortel Networks Global Corporation and Nortel Networks International Corporation.

[4]      The EMEA Debtors include the following entities:  Nortel Networks UK Limited, Nortel Networks S.A., Nortel Networks (Ireland) Limited, Nortel GmbH, Nortel Networks France S.A.S., Nortel Networks Oy, Nortel Networks Romania SRL, Nortel Networks AB, Nortel Networks N.V., Nortel Networks S.p.A., Nortel Networks B.V., Nortel Networks Polska Sp. z.o.o., Nortel Networks Hispania, S.A., Nortel Networks (Austria) GmbH, Nortel Networks, s.r.o., Nortel Networks Engineering Service Kft, Nortel Networks Portugal S.A., Nortel Networks Slovensko, s.r.o. and Nortel Networks International Finance & Holding B.V.

[NEWYORK 3269561_6]

7.      Since the Petition Date, the Nortel Group has sold its business units and other assets to various purchasers.  For further information regarding these chapter 11 cases, reference may be made to the Monthly Operating Reports filed by the Debtors and http://dm.epiq11.com/nortel.

8.      On October 12, 2016, the Debtors filed the *Notice of Execution of Settlement and Plans Support Agreement* [D.I.17249], which attached an executed copy of that certain Settlement and Plans Support Agreement (together with all Annexes thereto, in each case as amended, supplemented or otherwise modified from time to time in accordance with the terms thereof, the "Settlement and Plans Support Agreement")[5] executed by and among the Canadian Debtors, the Monitor, the U.S. Debtors, the EMEA Debtors, the EMEA Non-Filed Entities, the Joint Administrators, NNSA, the NNSA Conflicts Administrator, the French Liquidator, the Bondholder Group, the Members of the CCC, the UCC, the U.K. Pension Trustee, the PPF, the Joint Liquidators and the NNCC Bondholder Signatories. The Settlement and Plans Support Agreement contains terms for the resolution of various disputes among the various global Nortel Debtors on an integrated basis, including a settlement of the disputes regarding the allocation among the U.S., Canadian, and EMEA Nortel estates of certain Sale Proceeds that are held in the Existing Escrow Accounts pending either the agreement of the relevant parties to the Interim Funding and Settlement Agreement dated as of June 9, 2009, approved by order of the Bankruptcy Court on June 29, 2009 [Docket No. 993], or final CCAA Court and Bankruptcy Court decisions regarding the allocation of said proceeds, which is the subject of appeals from litigation pending before the Canadian Court and the U.S. Court (the "Allocation Dispute").

---

[5]      Capitalized terms used, but not otherwise defined, herein shall have the meaning ascribed to them in Settlement and Plans Support Agreement or the Plan (as defined below).

[NEWYORK 3269561_6]

9.      Pursuant to the Settlement and Plans Support Agreement, the Debtors agreed to file and seek the approval of the Bankruptcy Court of (i) a disclosure statement to be provided to the U.S. Voting Creditors relating to the U.S. Plans (as defined below) that complies with sections 1125 and 1126(b) of the Bankruptcy Code and (ii) chapter 11 plans of reorganization (including any exhibits, annexes and schedules thereto) for the Debtors that effectuate the Settlement, consistent with the terms of the Settlement and Plans Support Agreement.   In connection with the heavily negotiated Settlement and Plans Support Agreement, the parties to the Settlement and Plans Support Agreement agreed to a proposed schedule (the "Proposed Schedule") for filing the Disclosure Statement and Plan (as defined below) and requesting a hearing to consider approval of the Disclosure Statement and a hearing to consider confirmation of the Plan.  The Proposed Schedule is as follows:

| File Plan & Disclosure Statement | November 4, 2016 |
|---|---|
| Disclosure Statement Objection Deadline | November 18, 2016 |
| Disclosure Statement Reply Deadline | November 28, 2016 |
| Disclosure Statement Hearing | December 1, 2016, at 9:00 a.m. (ET) |
| Complete Mailing of Solicitation Materials | Not later than December 9, 2016 |
| Confirmation Objection & Voting Deadline | January 9, 2017 |
| Confirmation Brief Deadline | January 19, 2017 |
| Confirmation Hearing | January 24, 2017 |

10.      A similar timeline is proposed for the effectuation of the Settlement and Plans Support Agreement by the Canadian Debtors through the filing and court approval of a CCAA plan.

5

11.     On November 4, 2016, in accordance with the Proposed Schedule, the Debtors (other than NNIII) filed the *Proposed Disclosure Statement for the First Amended Joint Chapter 11 Plan of Nortel Networks Inc. and Certain of Its Affiliated Debtors* (D.I. 17348) (as it may be amended, modified, and/or supplemented, the "Disclosure Statement") and the *First Amended Joint Chapter 11 Plan of Nortel Networks Inc. and Its Affiliated Debtors*, dated November 4, 2016 (D.I. 17347) (as may be amended, modified, and/or supplemented, the "Plan").  The Debtors understand that the Canadian Debtors intent to file their *Plan of Compromise and Arrangement* on or about November 4, 2016 as well.

12.     Contemporaneously with the filing of this Motion to Shorten Notice, the Debtors will mail or otherwise transmit, consistent with Bankruptcy Rules 2002(b), 2002(d) and 3017(a) and Local Rules 2002-1(b) and 3017-1(a), the *Notice of Hearing to Consider Approval of Disclosure Statement* (in the form attached hereto as **Exhibit B**) to: (a) the U.S. Trustee; (b) the Canadian Debtors; (c) the EMEA Debtors; (d) the Committee; (e) the Bondholder Group; (f) the Trade Claim Consortium; (g) the Internal Revenue Service; (h) the Securities and Exchange Commission; (i) the United States Attorney's Office for the District of Delaware; (j) all creditors; (k) all equity security holders and (l) all parties who have requested notice under Bankruptcy Rule 2002.

13.     If the Disclosure Statement Hearing is scheduled for December 1, 2016, the Debtors intend to file a motion to approve the Disclosure Statement, and, among other things, related solicitation procedures on November 4, 2016, so as to provide at least twenty-one (21) days' notice of such motion.

[NEWYORK 3269561_6]

**RELIEF REQUESTED**

14.     By this Motion to Shorten Notice, the Debtors respectfully request that the Court enter an order, substantially in the form of **Exhibit A** attached hereto, (i) shortening notice of the Disclosure Statement Hearing; (ii) scheduling the Disclosure Statement Hearing for December 1, 2016, at 9:00 a.m. (ET); (iii) requiring objections, if any, to approval of the Disclosure Statement to be filed and served by November 18, 2016, at 4:00 p.m. (ET) (the "Objection Deadline"); and (iv) granting such other relief as may be just and proper under the circumstances.

**BASIS FOR RELIEF REQUESTED**

15.     Section 105(a) of the Bankruptcy Code provides that the Court "may issue any order, process, or judgment that is necessary or appropriate to carry out the provisions" of the Bankruptcy Code.  11 U.S.C. § 105(a).  Moreover, Bankruptcy Rule 9006(c) provides that "the court for cause shown may in its discretion with or without motion or notice order the period reduced."  Fed. R. Bankr. P. 9006(c)(1).  In exercising such discretion, the court should "consider the prejudice to parties entitled to notice and weigh this against the reasons for hearing the motion on an expedited basis."  *In re Philadelphia Newspapers, LLC*, 690 F.3d 161, 172 (3d Cir. 2012) (noting the commonality of such motions "given the accelerated time frame of bankruptcy proceedings").  Local Rule 9006-1(e) likewise provides for shortened notice "by order of the Court, on written motion . . . specifying the exigencies justifying shortened notice."  Del. Bankr. L.R. 9006-1(e).

16.     Cause exists to shorten notice of the Debtor's Disclosure Statement hearing. Ordinarily, Bankruptcy Rule 2002(b) requires that the Debtor give "not less than 28 days' notice by mail of the time fixed (1) for filing objections and the hearing to consider approval of a disclosure statement . . . ." Fed. R. Bankr. P. 2002(b); see Fed. R. Bankr. P. 3017(a) (providing

that "the court shall hold a hearing on at least 28 days' notice to the debtor, creditors, equity security holders and other parties in interest as provided in Rule 2002 to consider the disclosure statement and any objections or modifications thereto"). Local Rule 3017-1 provides that the hearing on approval of a disclosure statement "shall be at least thirty-five (35) days following service of the disclosure statement and the objection deadline shall be at least twenty-eight (28) days from service of the disclosure statement." Del. Bankr. L.R. 3017-1(a).

17.    Absent the relief requested in this Motion, the Bankruptcy Rules and Local Rules would require that the Objection Deadline be December 2, 2016, or thereafter.  For the reasons set forth below, the Debtors respectfully submit that cause exists to shorten the notice period so that the Objection Deadline may be set for November 18, 2016, at 4:00 p.m. (ET).

18.    Additionally, absent the relief requested herein, the Local Rules would require that the Disclosure Statement Hearing be held on December 9, 2016, or thereafter.  The Debtors further respectfully submit that cause exists to shorten the notice period by eight days so that the Disclosure Statement Hearing may be held on December 1, 2016.

19.    Expedited consideration of the Disclosure Statement is in the best interests of the Debtors, their creditors, equity security holders, and other stakeholders.  The Settlement and Plans Support Agreement represents a significant milestone in the Debtors' Chapter 11 cases. As discussed above, to consummate that agreement, the parties must seek to undertake a process for confirmation of the Plan consistent with the Settlement and Plans Support Agreement, including the proposed timeline with respect to filing the Disclosure Statement and Plan and requesting a hearing to consider approval of the Disclosure Statement and a hearing to consider confirmation of the Plan.  Such timeline has been heavily negotiated in order to efficiently and effectively coordinate the consideration, approval and implementation of the Settlement and

8

Plans Support Agreement in these proceedings simultaneously with the other Nortel insolvency proceedings worldwide, and the parties to the SPSA support holding the Disclosure Statement Hearing on December 1, 2016, subject to the Court's availability on that date. The Settlement and Plans Support Agreement is the product of arms'-length negotiations by the parties to the Allocation Dispute and seeks to resolve years of litigation regarding the allocation of the Sale Proceeds and allow the Debtors to make distributions to creditors holding allowed claims as expeditiously as possible.

20.     Scheduling the Disclosure Statement to be considered on shortened notice is supported by the signatories to the settlement, which constitute the vast majority of the parties in interest in these proceedings.   Moreover, allowing the Disclosure Statement Hearing and Objection Deadline to be held on shortened notice, with the Disclosure Statement to be heard and considered on December 1, would ensure that if the Debtors are permitted to solicit their creditors following the December 1 hearing, their creditors would receive ample time before the proposed January 24, 2017 Confirmation Hearing to review and vote on the Plan.

21.     For these reasons, the Debtors respectfully submit that cause exists to schedule the Disclosure Statement Hearing for December 1, 2016, at 9:00 a.m. (ET) and to set the Objection Deadline for November 18, 2016, at 4:00 p.m. (ET).

## NOTICE

22.     Copies of this Motion to Shorten Notice are being served by overnight delivery, hand delivery, and/or email on: (a) the U.S. Trustee; (b) the Canadian Debtors; (c) the EMEA Debtors; (d) the Committee; (e) the Bondholder Group; (f) the Trade Claim Consortium; (g) the Internal Revenue Service; (h) the Securities and Exchange Commission; (i) the United States Attorney's Office for the District of Delaware; (j) all creditors; (k) all equity security holders and

9

(l) the Notice Parties.  The Debtors also will serve a copy of the Disclosure Statement on the Notice Parties in the foregoing manner.  The Debtors submit that, under the circumstances, no other or further notice of this Motion to Shorten Notice is required under the circumstances.

WHEREFORE, the Debtors respectfully request that the Court enter an order, substantially in the form attached hereto as **Exhibit A**, (i) shortening notice of the Disclosure Statement Hearing; (ii) scheduling the Disclosure Statement Hearing for December 1, 2016, at 9:00 a.m. (ET); (iii) requiring objections, if any, to approval of the Disclosure Statement to be filed and served by November 18, 2016, at 4:00 p.m. (ET); and (iv) granting such other relief as may be just and proper under the circumstances.

Dated: November 4, 2016
      Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone:  (212) 225-2000
Facsimile:  (212) 225-3999

- and -

MORRIS NICHOLS, ARSHT & TUNNELL LLP

   */s/ Tamara K. Minott*
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Tamara K. Minott (No. 5643)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19801
Telephone:  (302) 658-9200
Facsimile: (302) 658-3989

*Counsel for the Debtors*
*and Debtors in Possession*