# Exhibit A

Proposed Order

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X
:
*In re*                                                     :    Chapter 11
:
Nortel Networks Inc., *et al.*,[1]                          :    Case No. 09-10138 (KG)
:
                Debtors.     :    Jointly Administered
:
:    **RE: D.I. \_\_\_\_\_**
:
------------------------------------------------------------X

**ORDER GRANTING DEBTORS' MOTION FOR ENTRY OF AN ORDER
SHORTENING THE OBJECTION DEADLINE AND NOTICE OF THE
HEARING TO CONSIDER APPROVAL OF DISCLOSURE STATEMENT**

Upon the motion (the "Motion to Shorten Notice")[2] of Nortel Networks Inc. ("NNI") and certain of its affiliates, as debtors and debtors in possession, (collectively, the "Debtors"), pursuant to section 105(a) of the Bankruptcy Code, Bankruptcy Rule 9006 and Local Rules 2004-1 and 9006-1(e), requesting entry of an order (i) shortening notice of the Disclosure Statement Hearing so that the Disclosure Statement Hearing may be scheduled for December 1, 2016, at 9:00 a.m. (ET) and (ii) shortening and setting the Objection Deadline as November 18, 2016, at 4:00 p.m. (ET); and the Court having jurisdiction to consider the Motion to Shorten Notice and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motion to Shorten Notice and the relief requested therein being a core proceeding pursuant

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567), Nortel Networks (CALA) Inc. (4226), and Nortel Networks India International Inc. (8667). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

[2] Capitalized terms not defined are defined them in the Motion to Shorten Notice.

2

to 28 U.S.C. § 157(b); and venue being proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED, DECREED, AND ADJUDGED THAT:

1. The Motion to Shorten Notice is GRANTED as set forth herein.

2. The Disclosure Statement Hearing shall be held on December 1, 2016, at 9:00 a.m. (ET).

3. The deadline to file and serve objections, if any, to approval of the Disclosure Statement shall be November 18, 2016, at 4:00 p.m. (ET).

4. This Court retains jurisdiction to construe and enforce the terms of this Order.

Dated: _____, 2016
      Wilmington, Delaware

_____
THE HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE