## **Exhibit B**

Notice of Disclosure Statement Hearing

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X
:
*In re* : Chapter 11
:
Nortel Networks Inc., *et al.*,[1] : Case No. 09-10138 (KG)
:
                  Debtors. : Jointly Administered
:
: **[Proposed] Hearing Date: December 1, 2016, at 9:00 a.m. (ET)**
: **[Proposed] Objection Deadline: November 18, 2016, at 4:00 p.m. (ET)**
------------------------------------------------------------X

## NOTICE OF HEARING TO CONSIDER APPROVAL OF DISCLOSURE STATEMENT

**TO:**     ALL HOLDERS OF CLAIMS AGAINST, AND EQUITY INTERESTS IN, THE DEBTORS AND ALL OTHER PARTIES IN INTEREST IN THE ABOVE-CAPTIONED CHAPTER 11 CASES:

      **PLEASE TAKE NOTICE** that on November 4, 2016, Nortel Networks Inc. ("NNI") and certain of its affiliates, other than Nortel Networks India International Inc., as debtors and debtors in possession, (collectively, the "Debtors"), filed the *[Proposed] Disclosure Statement for the First Amended Joint Chapter 11 Plan of Nortel Networks Inc. and Certain of Its Affiliated Debtors*] (D.I. 17348) (the "Proposed Disclosure Statement") and the proposed *First Amended Joint Chapter 11 Plan of Nortel Networks Inc. and Certain of its Affiliated Debtors* (D.I. 17347) (the "Proposed Plan").

      **PLEASE TAKE FURTHER NOTICE** of the following deadlines and procedures with respect to the Proposed Disclosure Statement:

      **Disclosure Statement Hearing Date**. A hearing to consider approval of the Proposed Disclosure Statement is scheduled for **December 1, 2016, at 9:00 a.m. (Prevailing Eastern Time)** (the "Disclosure Statement Hearing") before the Honorable Kevin Gross, United States Bankruptcy Judge, in Courtroom #3, United States Bankruptcy Court for the District of

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567), Nortel Networks (CALA) Inc. (4226), and Nortel Networks India International Inc. (8667). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

Delaware, 824 N. Market Street, Sixth Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court").

The Disclosure Statement Hearing may be continued from time to time without further notice other than the advisement or announcement of the adjourned date(s) by the Debtors in open court or as indicated in any notice of agenda of matters scheduled for hearing filed with the Bankruptcy Court. The Debtors may modify the Proposed Disclosure Statement and Proposed Plan, if necessary, prior to, during, or as a result of the Disclosure Statement Hearing without further notice. Upon approval of the Proposed Disclosure Statement by the Bankruptcy Court, Holders of Claims against and Interests in the Debtors who are entitled to vote on the Proposed Plan will receive a copy of the approved Disclosure Statement, the Proposed Plan and other documents related thereto, if applicable, unless otherwise ordered by the Bankruptcy Court.

**Objections to Proposed Disclosure Statement.** The deadline for filing and serving objections, if any, to approval of the Proposed Disclosure Statement is **November 18, 2016 at 4:00 p.m. (Prevailing Eastern Time)** (the "Disclosure Statement Objection Deadline"). To be considered, objections, if any, to the Proposed Disclosure Statement: (a) shall be in writing; (b) shall state the name and address of the objector and its interest in the applicable Debtors' case; (c) shall state, if appropriate, the amount and nature of the objector's Claim or Interest; (d) shall state the grounds for the responses or objections and the legal basis therefor; (e) shall reference with specificity the portions of the Proposed Disclosure Statement, as applicable, to which the responses or objections are made; (f) shall, if applicable, set forth additional or alternative proposed language to be considered for inclusion in the Proposed Disclosure Statement; and (g) shall be filed, together with proof of service, with the Clerk of the United States Bankruptcy Court, District of Delaware, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801, and served such that the responses or objections are **ACTUALLY RECEIVED** no later than the Disclosure Statement Objection Deadline by each of the following: (i) counsel to the Debtor: (a) Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, NY 10006, (Attn: James L. Bromley, Esq. and Lisa M. Schweitzer, Esq.); and (b) Morris, Nichols, Arsht & Tunnell LLP, 1201 N. Market Street, 16th Floor, Wilmington, DE 19801, (Attn: Derek C. Abbott, Esq. and Andrew R. Remming, Esq.); (ii) the Office of the United States Trustee: J. Caleb Boggs Federal Building, Room 2207, 844 N. King Street, Wilmington, DE 19801, (Attn: Mark S. Kenney, Esq.); (iii) counsel to for the Creditors' Committee: (a) Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, NY 10036, (Attn: Fred S. Hodara, Esq. and David H. Botter, Esq.); and (b) Whiteford, Taylor & Preston LLC, The Renaissance Centre, 405 North King Street, Suite 500, Wilmington, DE 19801, (Attn: Christopher M. Samis, Esq.); and (iv) counsel to the Ad Hoc Group of Bondholders: (a) Milbank, Tweed, Hadley & McCloy LLP, 28 Liberty Street, New York, NY 10005, (Attn: Albert A. Pisa, Esq.); and (b) Pachulski Stang Ziehl & Jones LLP, 919 N. Market St., Suite 1700, Wilmington, DE 19801, (Attn: Laura Davis Jones, Esq.).

**OBJECTIONS NOT TIMELY FILED AND SERVED IN THE MANNER SET FORTH ABOVE MAY NOT BE CONSIDERED BY THE BANKRUPTCY COURT.**

**Information and Documents**. You may obtain a copy of the Proposed Disclosure Statement, the Proposed Plan, the order approving the Proposed Disclosure Statement

(when entered by the Bankruptcy Court) or any related documents, exhibits or appendices free of charge by contacting either (i) Epiq Bankruptcy Solutions, LLC ("Epiq"), the Debtor's claims, noticing and solicitation agent, (a) in writing at: Nortel Networks Inc. *et al.*, c/o Epiq Bankruptcy Solutions, LLC, 10300 SW Allen Boulevard, Beaverton, OR 97005, or (b) by sending an email to tabulation@epiqsystems.com with a reference to "Nortel" in the subject line and the name of the document(s) requested in the body of the email or (ii) the undersigned counsel to the Debtor. The documents are also available for download free of charge at: http://dm.epiq11.com/nortel.

**PLEASE TAKE FURTHER NOTICE** that this notice is not a solicitation of votes to accept or reject the Proposed Plan. Votes may not be solicited until the Proposed Disclosure Statement has been approved by an order of the Bankruptcy Court.

**PLEASE TAKE FURTHER NOTICE** that contemporaneously with the service of this notice the Debtors filed the *Debtors' Motion for Entry of an Order Shortening the Objection Deadline and Notice of the Hearing to Consider Approval of Disclosure Statement* (D.I. [•]), seeking the Court's approval of certain dates in this notice, and it is possible that the Debtors may, and the Debtors reserve the right to, re-send, re-service or otherwise re-notice the *Notice of Hearing to Consider Approval of Disclosure Statement*.

**IF YOU DO NOT RESPOND IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY ENTER AN ORDER APPROVING THE PROPOSED DISCLOSURE STATEMENT (AS IT OR THE PROPOSED PLAN MAY BE MODIFIED BEFORE, DURING, OR AFTER THE DISCLOSURE STATEMENT HEARING) WITHOUT FURTHER NOTICE OR HEARING.**

| | |
|---|---|
| Dated: November 4, 2016<br>Wilmington, DE | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>James L. Bromley (admitted *pro hac vice*)<br>Lisa M. Schweitzer (admitted *pro hac vice*)<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone: (212) 225-2000<br>Facsimile: (212) 225-3999<br><br>- and -<br><br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>_____<br>Derek C. Abbott (No. 3376)<br>Andrew R. Remming (No. 5120)<br>Tamara K. Minott (No. 5643)<br>1201 North Market Street<br>Wilmington, DE 19899-1347<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989<br><br>*Counsel for the Debtors and Debtors in Possession* |