**EXHIBIT F**

**BALLOT FOR HOLDERS OF NNCALA OR ALTSYSTEMS CLASS 3A (GENERAL UNSECURED CLAIMS) AND 3C (CONVENIENCE CLASS CLAIMS)**

**[PROPOSED FORM OF BALLOT]**

NO PERSON HAS BEEN AUTHORIZED TO GIVE ANY INFORMATION OR ADVICE, OR TO MAKE ANY REPRESENTATION, OTHER THAN WHAT IS INCLUDED IN THE MATERIALS MAILED WITH THIS BALLOT.

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| *In re* | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

**BALLOT FOR ACCEPTING OR REJECTING THE FIRST AMENDED JOINT CHAPTER 11 PLAN OF NORTEL NETWORKS, INC. AND CERTAIN OF ITS AFFILIATED DEBTORS**

**(CLASS 3A: GENERAL UNSECURED CLAIMS)**
**(CLASS 3C: CONVENIENCE CLAIMS)**

THE **VOTING DEADLINE** BY WHICH YOUR BALLOT MUST BE ***ACTUALLY RECEIVED*** BY THE DEBTORS' VOTING AGENT, EPIQ BANKRUPTCY SOLUTIONS, IS

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567), Nortel Networks (CALA) Inc. (4226), and Nortel Networks India International Inc. (8667). For the avoidance of doubt, the Plan and Disclosure Statement do not include a Plan for Nortel Networks India International ("NNIII"). NNIII will file a separate Chapter 11 Plan in its case. Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.
.

**4:00 P.M., PREVAILING EASTERN TIME ON [●], 2017**.  IF YOUR BALLOT IS NOT *ACTUALLY RECEIVED* ON OR BEFORE THE VOTING DEADLINE, THE VOTES REPRESENTED BY YOUR BALLOT MAY *NOT* BE COUNTED.

Please use this Ballot to cast your vote to accept or reject the First Amended Joint Chapter 11 Plan of Nortel Networks, Inc. and Certain of Its Affiliated Debtors (as it may be amended, the "Plan").  Capitalized terms used and not otherwise defined herein shall have the meaning set forth in the Plan. The Plan is Appendix A to the Disclosure Statement With Respect To The First Amended Joint Chapter 11 Plan of Nortel Networks, Inc. and Certain of Its Affiliated Debtors, dated [●], 2016 (the "Disclosure Statement"), which accompanies this Ballot.  If you do not have a copy of the Disclosure Statement, you may obtain a copy from the Voting Agent or from the Debtors' restructuring website at http://dm.epiq11.com/nortel.  Before you transmit such votes, please review the Plan and the Disclosure Statement carefully.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding upon you if it is accepted by the Holders of two-thirds in amount and more than one-half in number of Claims in each Class that vote on the Plan and if it otherwise satisfies the requirements of section 1129(a) of the Bankruptcy Code.  If the requisite acceptances are not obtained (or if a Class of Claims or Equity Interests is deemed to reject the Plan), the Bankruptcy Court may nonetheless confirm the Plan if it finds that the Plan provides fair and equitable treatment to, and does not discriminate unfairly against, the Class or Classes rejecting it, and otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code.  To have your votes counted, you must complete, sign and return this Ballot in accordance with the instructions described below.

**HOW TO VOTE**

1. COMPLETE ITEM 1 AND ITEM 2.
2. CHECK THE BOX IN ITEM 3 IF YOU ARE NOT VOTING TO ACCEPT OR REJECT THE PLAN AND ELECT TO OPT OUT OF THE RELEASES CONTAIN IN ARTICLE XIII OF THE PLAN.
3. COMPLETE ITEM 4.  NOTE THAT THIS ITEM IS OPTIONAL.
3. REVIEW THE CERTIFICATIONS CONTAINED IN ITEM 5.    **SIGN THE BALLOT.**
4. RETURN THE BALLOT TO THE VOTING AGENT.
5. YOU MUST VOTE *YOUR ENTIRE CLAIM* TO ACCEPT OR TO REJECT THE PLAN AND *MAY NOT SPLIT YOUR VOTE*.

You must provide all of the information requested by this Ballot. Failure to do so may result in the disqualification of your vote.

2

**Item 1.**     **Amount of Claim(s) Voted**. For the purposes of voting to accept or reject the Plan, the undersigned holds General Unsecured Claim(s) as set forth below as of [___], the Voting Record Date[2]:

**Claim(s) Against Debtor**: _____

|  |
|---|
| $ |

**Item 2.**     **Vote**.  The undersigned Holder of a General Unsecured Claim in the amount set forth in Item 1 above hereby votes to (check one box only-if you do not check a box your vote may not be counted):

❑ to **Accept** (votes for) the Plan.

OR

❑ to **Reject** (votes against) the Plan.

**Item 3.**     **Optional Third Party Release Election.**   Item 3 is to be completed only if you are not voting to accept or reject the Plan and wish to opt out of the Third Party Releases in Section 13.3.

The Holder of the Class 3A Claims set forth in Item 1 hereby elects to (please check one):

|  |
|---|
| ❑ **OPT-OUT** OF THE THIRD PARTY RELEASES |

IF YOU VOTE TO REJECT THE PLAN, YOU ARE NOT BOUND BY THE THIRD PARTY RELEASES. **Do not complete this Item 3.**

IF YOU VOTE TO **ACCEPT** THE PLAN AND THE BANKRUPTCY COURT CONFIRMS THE PLAN, YOU WILL BE BOUND BY THE TERMS OF THE PLAN, INCLUDING, WITHOUT LIMIT ATION, THE THIRD PARTY RELEASE.

---

[2] For voting only, subject to tabulation rules.

3

IF YOU **ABSTAIN FROM VOTING ON** THE PLAN AND THE BANKRUPTCY COURT CONFIRMS THE PLAN, YOU WILL BE BOUND BY THE TERMS OF THE PLAN, INCLUDING, WITHOUT LIMITATION, THE THIRD PARTY RELEASE, UNLESS YOU CHECK THE BOX IN ITEM 3 ABOVE INDICATING YOUR DECISION TO OPT -OUT OF THE THIRD PARTY RELEASE

**Article 13.3 of the Plan provides for the following Third Party Releases:**

**EFFECTIVE AS OF THE EFFECTIVE DATE, FOR GOOD AND VALUABLE CONSIDERATION, TO THE FULLEST EXTENT PERMISSIBLE UNDER APPLICABLE LAW, THE HOLDERS OF CLAIMS AGAINST AND INTERESTS IN THE DEBTORS AND EACH OF SUCH HOLDERS' PREDECESSORS, SUCCESSORS, ASSIGNS AND EACH OF THEIR PRESENT AND FORMER OFFICERS, DIRECTORS, EMPLOYEES, CONSULTANTS AND AGENTS (ACTING IN SUCH CAPACITY) WHO: (I) EITHER VOTE TO ACCEPT THIS PLAN OR ARE PRESUMED TO HAVE VOTED FOR THIS PLAN UNDER SECTION 1126(F) OF THE BANKRUPTCY CODE OR (II) ARE ENTITLED TO VOTE TO ACCEPT OR REJECT THIS PLAN AND ABSTAIN FROM VOTING AND DO NOT MARK THEIR BALLOTS TO INDICATE THEIR REFUSAL TO GRANT THE RELEASES PROVIDED HEREIN WILL BE DEEMED TO HAVE WAIVED, RELEASED, VOIDED AND DISCHARGED EACH OF THE PLAN RELEASED PARTIES FROM ANY AND ALL CLAIMS, OBLIGATIONS, DAMAGES, DEMANDS, DEBTS, RIGHTS, SUITS, JUDGMENTS OR LIABILITIES (OTHER THAN THE RIGHT TO ENFORCE THE PLAN RELEASED PARTIES' OBLIGATIONS UNDER THIS PLAN, THE SPSA AND THE CONTRACTS, INSTRUMENTS, RELEASES, AGREEMENTS AND DOCUMENTS DELIVERED UNDER THIS PLAN), WHETHER LIQUIDATED OR UNLIQUIDATED, FIXED OR CONTINGENT, MATURED OR UNMATURED, KNOWN OR UNKNOWN, FORESEEN OR UNFORESEEN, THEN EXISTING OR THEREAFTER ARISING, IN LAW, EQUITY OR OTHERWISE, THAT ARE BASED IN WHOLE OR IN PART ON ANY ACT OR OMISSION, TRANSACTION, EVENT OR OTHER OCCURRENCE TAKING PLACE ON OR PRIOR TO THE EFFECTIVE DATE IN ANY WAY RELATING TO THE DEBTORS, THE CHAPTER 11 CASES, THE DISCLOSURE STATEMENT, THE SPSA OR THE PLAN (INCLUDING, WITHOUT LIMITATION, THE SOLICITATION OF VOTES ON THE PLAN) THAT COULD HAVE BEEN ASSERTED BY THE HOLDERS OF CLAIMS AGAINST OR INTERESTS IN THE DEBTORS, IN THEIR INDIVIDUAL CAPACITIES OR ON BEHALF (WHETHER DIRECTLY OR DERIVATIVELY) OF THE DEBTORS, THEIR ESTATES, THE WIND-DOWN DEBTORS, EACH OF THEIR PREDECESSORS, SUCCESSORS, ASSIGNS AND EACH OF THEIR PRESENT AND FORMER OFFICERS, DIRECTORS, EMPLOYEES, CONSULTANTS AND AGENTS (ACTING IN SUCH CAPACITY), IN EACH CASE WITHOUT FURTHER NOTICE TO OR ORDER OF THE BANKRUPTCY COURT, ACT OR ACTION UNDER APPLICABLE LAW, REGULATION, ORDER OR RULE OR THE VOTE, CONSENT OR AUTHORIZATION OR APPROVAL OF ANY PERSON.**

**Item 4.** **Voluntary Election For Convenience Claim Treatment.** As explained in the Plan and the Disclosure Statement, a Convenience Claim is any General Unsecured Claim (i) in an amount equal to or less than $25,000 whose holder elects on this Ballot for such Claim(s) to be Allowed as a Convenience Claim in accordance with the Plan, or, (ii) if larger than $25,000, whose holder elects on this Ballot for such Claim to be reduced and Allowed at $25,000 in order to receive treatment as a Convenience Claim in the amount of $25,000 in accordance with the Plan. If you make the Convenience Class Election below**, then you will be deemed to have waived your Class 3A Claim(s) listed above in Item 1, and instead your Claim(s) listed in Item 1 shall be converted to Class 3C Convenience Claim(s) in the aggregate amount of $25,000 or less, and your vote on this Ballot will count as a Class 3C vote.**

**The undersigned holder of Class 3A General Unsecured Claims as set forth in Item 1:**

> ❏ **ACCEPTS the Convenience Class Election** and the conversion of its its Class 3A General Unsecured Claim(s) listed above in Item 1 into a Class 3C Convenience Claim in the aggregate amount of $25,000 or less.

**Item 5.** **Acknowledgements and Certification**. By signing and returning this Ballot, the undersigned certifies that:

(a) the information in Item 1 is true and correct;

(b) no other Ballot cast with respect to the amount of the Class 3 Claims identified in Item 1 have been cast with respect to such Class 3 Claims, or that any such previously cast Ballots are hereby revoked;

(c) a copy of the Disclosure Statement relating to the Plan, including without limitation the release and injunction provisions of Article XIII of the Plan, has been provided to and reviewed by the undersigned; and

(d) as the Holder or authorized signatory of the amount of Class 3 Claims set forth in Item 1, the undersigned has full power and authority to vote to accept or reject the Plan.

The undersigned also acknowledges that this solicitation is subject to all the terms and conditions set forth in the Disclosure Statement and the Plan.

Name:_____
        (Print or Type)

Signature:_____

5

Name of Signatory:_____
(if other than Holder)

Title:_____
(if applicable)

Street Address:_____

City, State, Zip Code:_____

Telephone Number:_____

Date Completed:_____

This Ballot shall not constitute or be deemed a proof of claim or equity interest, an assertion of a Claim or Equity Interest, or an admission by the Debtors of the nature, validity or amount of any Claim or Equity Interest.

**VOTING INSTRUCTIONS**

**In re Nortel Networks, Inc., Case No. 09-10138 (Bankr. D. Del.)**

**YOUR VOTE MUST BE FORWARDED IN AMPLE TIME FOR YOUR VOTE TO BE *ACTUALLY RECEIVED* BY THE DEBTORS' VOTING AGENT, EPIQ BANKRUPTCY SOLUTIONS, BY 4:00 P.M., PREVAILING EASTERN TIME ON [●], 2017, OR YOUR VOTE MAY NOT BE COUNTED.**

**IT MAY BE FORWARDED TO THE VOTING AGENT IN THE RETURN ENVELOPE PROVIDED OR AS FOLLOWS:**

| **If by U.S. First Class Mail to:** | **If by Overnight Courier or Personal Delivery:** |
|---|---|
| Nortel Networks Ballot Processing<br>c/o Epiq Bankruptcy Solutions, LLC<br>P.O. Box 4422<br>Beaverton, OR 97076-4422 | Nortel Networks Ballot Processing<br>c/o Epiq Bankruptcy Solutions, LLC<br>10300 SW Allen Boulevard<br>Beaverton, OR 97005 |

**Please Take Notice That**:

1. The rules which govern the solicitation and tabulation of votes to accept or reject the Plan can be found in the Disclosure Statement Order [Docket No. ]. Capitalized terms used but not defined herein shall have the meanings assigned to them in the Plan. **PLEASE READ THE PLAN AND THE DISCLOSURE STATEMENT CAREFULLY BEFORE COMPLETING THIS BALLOT.**

2. To ensure that your vote is counted, you must: (a) complete the Ballot; (b) indicate your decision either to accept or reject the Plan in Item 2 of the Ballot; and (c) sign and return the Ballot so that it is actually received by the Voting Agent by the Voting Deadline. **Ballots will not be accepted by email, facsimile or other electronic means.**

3. If you hold Claims in more than one Class of Claims entitled to vote on the Plan, you must use separate Ballots for each Class of Claims.

4. If you hold Claims in more than one Class of Claims entitled to vote on the Plan, you must vote all of your Claims in a Class or in different Classes either to accept or reject the Plan. Ballots cast by the same Holder in different Classes which do not all vote to accept or reject the Plan will not be counted. You may not split your vote and, accordingly, a Ballot that partially rejects and partially accepts or that votes to both accept and reject will not be counted.

5. Any executed Ballot received by the Voting Agent that does not indicate either an acceptance or rejection of the Plan will not be counted.

6. Any unsigned Ballot or Ballot not bearing an original signature will not be counted.

7. If you are completing the Ballot on behalf of an Entity, indicate your relationship with that Entity and the capacity in which you are signing.

8. Except to the extent determined by the Debtors in their reasonable discretion or as otherwise permitted by the Court, the Debtors will not accept or count any Ballots received after the Voting Deadline.

9. The Debtors and/or their agents shall have reasonable discretion to determine if a Ballot properly complies with these procedures and instructions.

10. Any entity entitled to vote to accept or reject the Plan may change its vote before the Voting Deadline by completing and casting a superseding Ballot so that it is received on or before such deadline.

11. If multiple Ballots are submitted voting the same claim, only the last properly completed Ballot received before the Voting Deadline shall be deemed to reflect the voter's intent and thus to supersede and revoke any prior Ballots received by the Voting Agent.

12. For purposes of the numerosity requirement of section 1126(c) of the Bankruptcy Code and based on a reasonable review by the Solicitation Agent, separate Claims held by a single creditor in a particular class shall be aggregated as if such creditor held one Claim against the Debtors in such class, and the votes related to such Claims shall be treated as a single vote to accept or reject the Plan.

---

IF YOU ARE A HOLDER OF A CLAIM ENTITLED TO VOTE ON THE PLAN AND HAVE ANY QUESTIONS CONCERNING THE PROCEDURES FOR VOTING ON THE PLAN, PLEASE CONTACT THE VOTING AGENT **BY TELEPHONE AT (646) 282-2500 AND REQUEST TO SPEAK TO A MEMBER OF THE SOLICITATION TEAM OR BY EMAIL TO TABULATION@EPIQSYSTEMS.COM AND REFERENCE "NORTEL" IN THE SUBJECT LINE.**

---

**YOU SHOULD REVIEW THE DISCLOSURE STATEMENT AND PLAN CAREFULLY BEFORE YOU VOTE. YOU MAY WISH TO SEEK LEGAL ADVICE CONCERNING THE PLAN AND YOUR CLASSIFICATION AND TREATMENT UNDER THE PLAN.**