## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------X
:
:     Chapter 11
*In re* :
:     Case No. 09-10138 (KG)
:
Nortel Networks Inc., *et al.*, :
:     Jointly Administered
                         Debtors. :
:
----------------------------------------------------------X

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

      Pursuant to Local Rule 9010-1 and the attached certification, Tamara K. Minott, hereby moves for the admission pro hac vice of Eva Pascale Bibi (the "Admittee") of Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, New York 10006 to represent Nortel Networks Inc. and certain of its affiliates, as debtors and debtors in possession (collectively, the "Debtors"), in connection with the above-captioned proceedings.

Dated:  November 7, 2016           MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Wilmington, Delaware

                                     */s/ Tamara K. Minott*
                                 Tamara K. Minott (No. 5643)
                                 1201 North Market Street
                                 Wilmington, Delaware 19801
                                 Telephone:  (302) 658-9200
                                 Facsimile: (302) 658-3989

                                 *Counsel for the Debtors*
                                 *and Debtors-in-Possession*

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission pro hac vice is granted.

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of New York, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this proceeding.  I also certify that I am generally familiar with this Court's Local Rules and with the Revised Standing Order for District Court Fund effective September 1, 2016.  I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

Dated:  November 7, 2016
New York, New York

*/s/ Eva Pascale Bibi*
Eva Pascale Bibi
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, New York 10006
Telephone:  (212) 225-2000
Fax: (212) 225-3999
Email: pbibi@cgsh.com