IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------X
                            :

*In re*                            :        Chapter 11
                            :

Nortel Networks Inc., *et al.*,[1]    :        Case No. 09-10138 (KG)
                            :

              Debtors.    :        Jointly Administered
                            :

                            :        **Objection Deadline: November 17, 2016 at 4:00 p.m.**
                            :        **(ET)**
                            :
                            :
-------------------------------------------------------X

## REPORT BY THE MERGIS GROUP OF STAFFING AND COMPENSATION EARNED AND EXPENSES INCURRED FOR THE PERIOD OF SEPTEMBER 1, 2016 THROUGH SEPTEMBER 30, 2016.

Exhibit A:      Summary of Professionals
Exhibit B:      Summary of Projects and Project Descriptions
Exhibit C:      Summary of Fees and Expenses
Exhibit D:      Summary of Time by Professional
Exhibit E:      Summary of Fees by Project
Exhibit F:      Time Description Detail by Project
Exhibit G:      Summary of Expenses by Category
Exhibit H:      Expense Detail

The Mergis Group ("Mergis") hereby submits this Monthly Staffing Report and Compensation Report (the "Report") for the period, September 1, 2016 through September 30, 2016, describing the name and functions of assigned personnel and for compensation and reimbursement of costs and Expenses received pursuant to its engagement by an order of the Bankruptcy Court entered on May 17, 2013 [D.I. No. 10555].

Mergis' fees for this period are $121,737.00.  Mergis incurred $123.81 in expenses during this period.

---

[1]      The US Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567), Nortel Networks (CALA) Inc. (4226) and Nortel Networks India International Inc. (8667) Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel/.

Dated:  November 7, 2016          THE MERGIS GROUP
        Raleigh, North Carolina

_____
Logan Dubois

*Managing Director*

**See Attached for Exhibits A through H**

# Exhibit A

## The Mergis Group
### Summary of Professionals

Nortel Networks, Inc. et al.
For the period of September 1, 2016 through September 30, 2016

| Professional | Position | Title / Role of Professional |
|---|---|---|
| Timothy C. Ross | Officer | Chief Financial Officer and Corporate Secretary - Management responsibility for all business and finance functions supporting the U.S. Principal Officer in the company operation and liquidation; direct responsibilities include, operating budget oversight, treasury management, general accounting and controls, tax, financial reporting, information technology, human resources, real estate management, and foreign subsidiary wind down. Employee Benefits and Pension Investment Committee member. |
| Kim Ponder | Non-Officer | Associate - General accounting & finance services for accounts payable, payment processing for normal course, intercompany, and professional, claims and litigation settlement disbursement processing, statutory reporting management & oversight. |

# Exhibit B

## The Mergis Group
### Summary of Projects and Project Descriptions

Nortel Networks, Inc. et al.
For the period of September 1, 2016 through September 30, 2016

| Project | Project Description |
|---|---|
| Administrative | Administrative matters related to the Debtors engagement.  Includes board meetings, staff meetings, preparation of  miscellaneous statements, surveys, and schedules, miscellaneous document review and execution, electronic minute book maintenance, and office and general case management activities. |
| Bankruptcy Reporting | Assist the Debtors with bankruptcy reporting requirements.  Includes the financial reporting preparation & management review of the Monthly Operating Report (MOR), Form 26, Ordinary Course Professionals Report (OCP), US Trustee Fee Report, and related matters for the US Trustee. |
| Cash Management | Support the Debtors with cash flow management activities.  Includes treasury systems management and controls, bank service contract oversight, cash flow planning and analysis, accountability for cash flow budget achievement,  and cash reporting to estate constituents. |
| Claims Administration | Assist the Debtors with claims matters.  Includes claims database systems and controls, data maintenance,  analysis and validation, communications, distribution process planning, and claims settlement / distribution execution. |
| Compensation Application | Activities relating to the professional time tracking  and preparation of the compensation application. |
| Discovery | Activities driven by requests directed to Nortel Networks Inc. in support of the business divestiture proceeds allocation litigation. Includes data / document extraction and analysis, preparation & presentation of findings, interface with legal counsel,  and participate in court hearings. |
| Electronic Data and Document Preservation | Support the Debtors with the preservation of electronic data and hard copy documents. Includes  governance and maintenance in compliance with court retention requirements and associated vendor service contract oversight. |
| Entity Liquidation and Wind Down | Assist the Debtors with the liquidation, wind down and/or deregistration of Nortel Networks, Inc. and its subsidiaries and branches (foreign and domestic).Includes the development and execution of step plans to ensure local law and U.S. Bankruptcy Court compliance in areas such as intercompany settlements, debt forgiveness, tax clearance certificates, final account balances;  compliance with local and U.S. statutory, tax, financial and other governmental reporting requirements; repatriation of subsidiary or branch cash to parent;  and coordinate with and support local accounting and legal professionals in conjunction with of all of the above. |
| Finance and General Accounting | Assist the Debtors with finance and general accounting operations in compliance with US GAAP.  Includes statutory financial reporting preparation & review, month and year end close processing, finance systems & controls, journal entry preparation, management review, and posting, account reconciliations, balance sheet analysis, and normal course accounts receivable and payable administration . |

# Exhibit B

## The Mergis Group
### Summary of Projects and Project Descriptions

Nortel Networks, Inc. et al.
For the period of September 1, 2016 through September 30, 2016

| Project | Project Description |
|---|---|
| Human Resources | Support the Debtors in Human Resources matters.  Includes development and execution of Debtors benefit plan termination (health and welfare, 401K, etc.), plan regulatory compliance oversight and reporting (audits, plan boards & committees, etc.)  vendor services contract management and oversight, human resource related communications, and HR systems and data maintenance and reporting. |
| Information Technology Operations | Assist the Debtors with the maintenance and support of the Nortel Networks, Inc. residual company information technology infrastructure operations.  Includes vendor services  and contract oversight, data extraction, back-up, and recovery, and infrastructure problem resolution support. |
| Insurance & Risk Management | Assist the Debtors with insurance and risk management activities.   Includes tracking and periodic management review of Debtors insurance coverage; ensuring compliance with established policies, leases, and contracts.  Provide service oversight to agent/broker contract. |
| Plan of Reorganization | Assist the Debtors with the preparation of the plan of reorganization and associated disclosure statement.  Includes financial analysis and Debtors review. |
| Professional Fee Applications | Assist the Debtors with the payment administration of engaged professionals.  Includes financial recording of professional fee applications to Debtors' books and records, reconciliation to Omnibus Fee Order to Debtors' books and records, fee disbursement based on Certificate of No Objection (CNO) , and associated year end regulatory reporting. |
| Real Estate Management | Assist the Debtors with lease and real estate matters.  Includes property management vendor contract oversight,  property management budget achievement accountability and associated financial planning & analysis, lease and sub-lease management / governance, and property marketing activities. |
| Residual Business Operations | Assist the Debtors in the resolution of outstanding residual business operations matters.  Includes activities relating to residual business services customer, vendor, and/or buyer contracts and associated receivables, payables, and/or inventory,  regulatory and government required business reporting surveys and schedules, and review and action of service of process notifications. |
| Tax Matters | Assist the Debtors with tax matters.   Includes vendor service contract oversight, financial analysis support and management review of federal, state, and local Tax returns, claims, and audits, and authorization of tax related matters (annual report filings, settlements, etc.) . |
| Travel | Authorized travel to support Debtors projects. |

# Exhibit C

## The Mergis Group
### Summary of Fees and Expenses

Nortel Networks, Inc. et al.
For the period of September 1, 2016 through September 30, 2016

|  | Fees | Expenses | Total |
|---|---|---|---|
| For the period of September 1, 2016 through September 30, 2016 | $ 121,737.00 | $      123.81 | $ 121,860.81 |

Exhibit C

# Exhibit D

## The Mergis Group
## Summary of Time by Professional

Nortel Networks, Inc. et al.
For the period of September 1, 2016 through September 30, 2016

| Professional | Position | Title / Role of Professional | Hours |
|---|---|---|---|
| Timothy C. Ross | Officer | Chief Financial Officer and Corporate Secretary - Management responsibility for all business and finance functions supporting the U.S. Principal Officer in the company operation and liquidation; direct responsibilities include,  operating budget oversight, treasury  management, general accounting and controls, tax, financial reporting, information technology, human resources, real estate management, and foreign subsidiary wind down.  Employee Benefits and Pension Investment Committee member. | 157.50 |
| Kim Ponder | Non-Officer | Associate - General accounting  & finance services for accounts payable, payment processing for normal course, intercompany, and professional, claims and litigation settlement disbursement processing, statutory reporting management & oversight. | 168.00 |

**Hours for the period of  September 1, 2015 through September 30, 2015**                                   **325.50**

   Billing Rate                                                                                                       $        374.00

**Fees for the period of September 1, 2015 through September 30, 2015**                          **$  121,737.00**

# Exhibit E

## The Mergis Group
### Summary of Fees by Project

Nortel Networks, Inc. et al.
For the period of September 1, 2016 through September 30, 2016

| Project | Project Description | Hours | Fees |
|---------|---------------------|-------|------|
| Administrative | Administrative matters related to the Debtors engagement.  Includes board meetings, staff meetings, preparation of  miscellaneous statements, surveys, and schedules, miscellaneous document review and execution, electronic minute book maintenance, and office and general case management activities. | - | $ - |
| Bankruptcy Reporting | Assist the Debtors with bankruptcy reporting requirements.  Includes the financial reporting preparation & management review of the Monthly Operating Report (MOR), Form 26, Ordinary Course Professionals Report (OCP), US Trustee Fee Report, and related matters for the US Trustee. | 13.00 | $ 4,862.00 |
| Cash Management | Support the Debtors with cash flow management activities.  Includes treasury systems management and controls, bank service contract oversight, cash flow planning and analysis, accountability for cash flow budget achievement,  and cash reporting to estate constituents. | 43.00 | $ 16,082.00 |
| Claims Administration | Assist the Debtors with claims matters.  Includes claims database systems and controls, data  maintenance,  analysis and validation, communications, distribution process planning, and claims settlement / distribution execution. | 67.00 | $ 25,058.00 |
| Compensation Application | Activities relating to the professional time tracking  and preparation of the compensation application. | 8.00 | $ 2,992.00 |
| Discovery | Activities driven by requests directed to Nortel Networks Inc. in support of the business divestiture proceeds allocation litigation. Includes data / document extraction and analysis, preparation & presentation of findings, interface with legal counsel,  and participate in court hearings. | 4.50 | $ 1,683.00 |
| Electronic Data and Document Preservation | Support the Debtors with the preservation of electronic data and hard copy documents.  Includes  governance and maintenance in compliance with court retention requirements and associated vendor service contract oversight. | - | $ - |
| Entity Liquidation and Wind Down | Assist the Debtors with the liquidation, wind down and/or deregistration of Nortel Networks, Inc. and its subsidiaries and branches (foreign and domestic).Includes the development and execution of step plans to ensure local law and U.S. Bankruptcy Court compliance in areas such as intercompany settlements, debt forgiveness, tax clearance certificates, final account balances;  compliance with local and U.S. statutory, tax, financial and other governmental reporting requirements; repatriation of subsidiary or branch cash to parent; and coordinate with and support local accounting and legal professionals in conjunction with all of the above. | 3.50 | $ 1,309.00 |
| Finance and General Accounting | Assist the Debtors with finance and general accounting operations in compliance with US GAAP.  Includes statutory financial reporting preparation & review, month and year end close processing, finance systems & controls, journal entry preparation, management review, and posting, account reconciliations, balance sheet analysis, and normal course accounts receivable and payable administration . | 115.75 | $ 43,290.50 |
| Human Resources | Support the Debtors in Human Resources matters.  Includes development and execution of Debtors benefit plan termination (health and welfare, 401K, etc.), plan regulatory compliance oversight and reporting (audits, plan boards & committees, etc.)  vendor services contract management and oversight, human resource related communications, and HR systems and data maintenance and reporting. | 1.00 | $ 374.00 |
| Information Technology Operations | Assist the Debtors with the maintenance and support of the Nortel Networks, Inc. residual company information technology infrastructure operations.  Includes vendor services  and contract oversight, data extraction, back-up, and recovery, and infrastructure problem resolution support. | 2.00 | $ 748.00 |
| Insurance & Risk Management | Assist the Debtors with insurance and risk management activities.   Includes tracking and periodic management review of Debtors insurance coverage; ensuring compliance with established policies, leases, and contracts.  Provide service oversight to agent/broker contract. | 7.50 | $ 2,805.00 |

# Exhibit E

## The Mergis Group
### Summary of Fees by Project

Nortel Networks, Inc. et al.
For the period of September 1, 2016 through September 30, 2016

| Project | Project Description | Hours | | Fees |
|---|---|---|---|---|
| Plan of Reorganization | Assist the Debtors with the preparation of the plan of reorganization and associated disclosure statement.  Includes financial analysis and Debtors review. | 20.00 | $ | 7,480.00 |
| Professional Fee Applications | Assist the Debtors with the payment administration of engaged professionals.  Includes financial recording of professional fee applications to Debtors' books and records, reconciliation to Omnibus Fee Order to Debtors' books and records, fee disbursement based on Certificate of No Objection (CNO) , and associated year end regulatory reporting. | 4.50 | $ | 1,683.00 |
| Real Estate Management | Assist the Debtors with lease and real estate matters.  Includes property management vendor contract oversight,  property management budget achievement accountability and associated financial planning & analysis, lease and sub-lease management / governance, and property marketing activities. | 5.50 | $ | 2,057.00 |
| Residual Business Operations | Assist the Debtors in the resolution of outstanding residual business operations matters.  Includes activities relating to residual business services customer, vendor, and/or buyer contracts and associated receivables, payables, and/or inventory,  regulatory and government required business reporting surveys and schedules, and review and action of service of process notifications. | 11.75 | $ | 4,394.50 |
| Tax Matters | Assist the Debtors with tax matters.   Includes vendor service contract oversight, financial analysis support and management review of federal, state, and local Tax returns, claims, and audits, and authorization of tax related matters (annual report filings, settlements, etc.) . | 18.50 | $ | 6,919.00 |
| Travel | Authorized travel to support Debtors projects. | - | $ | - |
| **For the period of September 1, 2016 through September 30, 2016** | | **325.50** | | **$ 121,737.00** |

# Exhibit F

## The Mergis Group
### Time Description Detail by Project

Nortel Networks, Inc. et al.
For the period of September 1, 2016 through September 30, 2016

| Project / Date | Professional | Project Work Description | H |
|---|---|---|---|
| **Bankruptcy Reporting** | | | |
| 9/21/2016 | Timothy C. Ross | Prepared and analyzed Debtors cash receipts and disbursements for the monthly operating report | |
| 9/23/2016 | Timothy C. Ross | Prepared Debtors monthly operating report. | |
| 9/26/2016 | Timothy C. Ross | Prepared Debtors monthly operating report. | |
| 9/27/2016 | Timothy C. Ross | Reviewed and researched query from Debtors counsel (ML) | |
| **Bankruptcy Reporting Total** | | | |
| **Cash Management** | | | |
| 9/1/2016 | Timothy C. Ross | Received, reviewed, and responded to  Debtors foreign subsidiary professional (LN) | |
| 9/1/2016 | Timothy C. Ross | Reviewed, authorized, and released Debtors disbursements. | |
| 9/6/2016 | Kim Ponder | FCB deposit. | |
| 9/6/2016 | Timothy C. Ross | Reviewed and authorized Debtors bank deposits. | |
| 9/7/2016 | Timothy C. Ross | Reviewed Debtors payment proposal, prepared and analyzed cash flow requirements and executed Treasury funding transactions. | |
| 9/8/2016 | Kim Ponder | FCB deposit. | |
| 9/8/2016 | Timothy C. Ross | Follow-up with Debtors counsel (RB) | |
| 9/8/2016 | Timothy C. Ross | Reviewed and authorized Debtors bank deposits. | |
| 9/8/2016 | Timothy C. Ross | Reviewed, authorized, and released Debtors disbursements. | |
| 9/13/2016 | Timothy C. Ross | Download daily foreign bank account balances. | |
| 9/13/2016 | Timothy C. Ross | Worked Debtors treasury management matters | |
| 9/14/2016 | Timothy C. Ross | Reviewed Debtors payment proposal, prepared and analyzed cash flow requirements and executed Treasury funding transactions. | |
| 9/14/2016 | Timothy C. Ross | Reviewed, authorized, and released Debtors foreign subsidiary disbursements | |
| 9/15/2016 | Timothy C. Ross | Download daily foreign bank account balances. | |
| 9/15/2016 | Timothy C. Ross | Status follow-up with Debtors counsel | |
| 9/15/2016 | Timothy C. Ross | Reviewed, authorized, and released Debtors disbursements. | |
| 9/16/2016 | Timothy C. Ross | Received, reviewed, and responded to Debtors counsel (RR) | |
| 9/19/2016 | Kim Ponder | FCB deposit. | |
| 9/19/2016 | Timothy C. Ross | Download daily foreign bank account balances. | |
| 9/19/2016 | Timothy C. Ross | Reviewed and authorized Debtors bank deposits. | |
| 9/20/2016 | Timothy C. Ross | Worked Debtors escrow statement mailing issue | |
| 9/21/2016 | Timothy C. Ross | Reviewed Debtors payment proposal, prepared and analyzed cash flow requirements and executed Treasury funding transactions. | |
| 9/21/2016 | Timothy C. Ross | Prepared and executed Debtors post filing intercompany settlements | |
| 9/22/2016 | Timothy C. Ross | Worked Debtors wind down consultant (MC) request | |
| 9/22/2016 | Timothy C. Ross | Analyzed cash receipts and disbursement variance to budget / published results to US Principal Officer | |
| 9/22/2016 | Timothy C. Ross | Reviewed, authorized, and released Debtors disbursements. | |
| 9/23/2016 | Kim Ponder | FCB deposit. | |
| 9/23/2016 | Timothy C. Ross | Reviewed and authorized Debtors bank deposits. | |
| 9/23/2016 | Timothy C. Ross | Download daily foreign bank account balances. | |
| 9/26/2016 | Timothy C. Ross | Worked Debtors treasury management matters | |
| 9/27/2016 | Timothy C. Ross | Reviewed and responded to Debtors treasury management matters | |
| 9/28/2016 | Timothy C. Ross | Reviewed Debtors payment proposal, prepared and analyzed cash flow requirements and executed Treasury funding transactions. | |
| 9/28/2016 | Timothy C. Ross | Download daily foreign bank account balances. | |
| 9/29/2016 | Timothy C. Ross | Reviewed, authorized, and released Debtors disbursements. | |
| 9/29/2016 | Timothy C. Ross | Reviewed, authorized, and released Debtors foreign subsidiary disbursements | |
| 9/30/2016 | Kim Ponder | FCB deposit. | |
| 9/30/2016 | Timothy C. Ross | Received, reviewed, and responded to Debtors counsel (LH) | |
| 9/30/2016 | Timothy C. Ross | Reviewed and authorized Debtors bank deposits. | |
| **Cash Management Total** | | | |
| **Claims Administration** | | | |
| 9/1/2016 | Timothy C. Ross | Conference call with Debtors wind down consultant (MC) | |
| 9/1/2016 | Timothy C. Ross | Worked Debtors claims matter | |
| 9/2/2016 | Kim Ponder | Received, scanned and forwarded jurisdiction communications to EY. | |
| 9/6/2016 | Timothy C. Ross | Received, reviewed, and actioned debtors DOL communication | |
| 9/6/2016 | Timothy C. Ross | Received, researched and responded to Debtors financial consultant (MK) | |
| 9/8/2016 | Kim Ponder | Received, scanned and forwarded jurisdiction communications to EY. | |
| 9/12/2016 | Kim Ponder | Claims research. | |
| 9/12/2016 | Timothy C. Ross | Researched and responded to Debtors financial consultant (MK) | |
| 9/13/2016 | Kim Ponder | Phone conference with M. Cilia. | |
| 9/13/2016 | Kim Ponder | Claims research. | |
| 9/13/2016 | Timothy C. Ross | Received, reviewed, and responded to Debtors counsel (KH) | |
| 9/16/2016 | Kim Ponder | Claims research. | |
| 9/16/2016 | Timothy C. Ross | Received, researched, and responded to Debtors financial consultant (MK) request | |

# Exhibit F

**The Mergis Group**
**Time Description Detail by Project**

Nortel Networks, Inc. et al.
For the period of September 1, 2016 through September 30, 2016

| Project / Date | Professional | Project Work Description |
|---|---|---|
| 9/19/2016 | Kim Ponder | Claims research. |
| 9/20/2016 | Kim Ponder | Claims research. |
| 9/20/2016 | Timothy C. Ross | Received, researched and responded to Debtors counsel (PC) request |
| 9/21/2016 | Kim Ponder | Received, scanned and forwarded jurisdiction communications to EY. |
| 9/21/2016 | Kim Ponder | Claim research. |
| 9/22/2016 | Kim Ponder | Claims research. |
| 9/23/2016 | Kim Ponder | Notarized state employment tax document. |
| 9/23/2016 | Kim Ponder | Correspondence with ADP. |
| 9/26/2016 | Kim Ponder | Claims research. |
| 9/28/2016 | Kim Ponder | Claims research. |
| 9/29/2016 | Kim Ponder | Claims research. |

**Claims Administration Total**

**Compensation Application**

| | | |
|---|---|---|
| 9/2/2016 | Kim Ponder | Compensation application preparation re:  update of timekeeping records. |
| 9/2/2016 | Timothy C. Ross | Compensation application preparation re:  update of timekeeping records. |
| 9/9/2016 | Kim Ponder | Compensation application preparation re:  update of timekeeping records. |
| 9/9/2016 | Timothy C. Ross | Compensation application preparation re:  update of timekeeping records. |
| 9/12/2016 | Timothy C. Ross | Prepared DRAFT Mergis staffing & compensation report for CGSH review |
| 9/16/2016 | Kim Ponder | Compensation application preparation re:  update of timekeeping records. |
| 9/16/2016 | Timothy C. Ross | Compensation application preparation re:  update of timekeeping records. |
| 9/23/2016 | Kim Ponder | Compensation application preparation re:  update of timekeeping records. |
| 9/23/2016 | Timothy C. Ross | Compensation application preparation re:  update of timekeeping records. |
| 9/26/2016 | Timothy C. Ross | Received, reviewed, updated and finalized Mergis Staffing & Compensation report with CGSH edits and submitted to MNAT for court filing. |
| 9/30/2016 | Kim Ponder | Compensation application preparation re:  update of timekeeping records. |
| 9/30/2016 | Timothy C. Ross | Compensation application preparation re:  update of timekeeping records. |

**Compensation Application Total**

**Discovery**

| | | |
|---|---|---|
| 9/7/2016 | Timothy C. Ross | Received, reviewed, and actioned Debtors discovery matters |
| 9/12/2016 | Timothy C. Ross | Received, reviewed, and responded to Debtors discovery matters |
| 9/15/2016 | Timothy C. Ross | Reviewed and responded to Debtors consultant (DC) |
| 9/19/2016 | Timothy C. Ross | Reviewed and authorized Debtors consultant charges (includes resolving charges issue |
| 9/20/2016 | Timothy C. Ross | Received, reviewed, and responded to Debtors consultant (DC) |
| 9/23/2016 | Timothy C. Ross | Conference call with Debtors counsel (PC) |
| 9/26/2016 | Timothy C. Ross | Reviewed and responded to Debtors consultant (DC) |
| 9/27/2016 | Timothy C. Ross | Reviewed and responded to Debtors consultant (DC) |

**Discovery Total**

**Entity Liquidation and Wind Down**

| | | |
|---|---|---|
| 9/7/2016 | Timothy C. Ross | Follow-up with Debtors foreign subsidiary counsel (LM) |
| 9/8/2016 | Timothy C. Ross | Conference call with Debtors counsel (KH) |
| 9/8/2016 | Timothy C. Ross | Prepared for conference call with Counsel (KH, MR) |
| 9/12/2016 | Timothy C. Ross | Received, reviewed, and responded to Debtors counsel (KH) |
| 9/22/2016 | Timothy C. Ross | Conference call with Debtors counsel (KH) |

**Entity Liquidation and Wind Down Total**

**Finance and General Accounting**

| | | |
|---|---|---|
| 9/1/2016 | Kim Ponder | Normal course payables |
| 9/1/2016 | Kim Ponder | Review of GTQ financials. |
| 9/1/2016 | Kim Ponder | Month end close. |
| 9/2/2016 | Kim Ponder | Normal course payables |
| 9/2/2016 | Kim Ponder | Month end close. |
| 9/6/2016 | Kim Ponder | Normal course payables |
| 9/6/2016 | Kim Ponder | Month end close. |
| 9/6/2016 | Timothy C. Ross | Reviewed and responded to Debtors tax professional (PS) |
| 9/6/2016 | Timothy C. Ross | Worked Debtors financial and accounting matters |
| 9/7/2016 | Kim Ponder | Posted cash receipts. |
| 9/7/2016 | Kim Ponder | Normal course payables |
| 9/7/2016 | Kim Ponder | Draft 30th OCP statement. |
| 9/7/2016 | Kim Ponder | Communications with Frontier re:  account disconnects. |
| 9/7/2016 | Kim Ponder | Month end close. |
| 9/7/2016 | Timothy C. Ross | Worked Debtors foreign subsidiary financial and accounting matters |
| 9/7/2016 | Timothy C. Ross | Worked Debtors financial and accounting matters |
| 9/8/2016 | Kim Ponder | Normal course payables |

# Exhibit F

## The Mergis Group
## Time Description Detail by Project

Nortel Networks, Inc. et al.
For the period of September 1, 2016 through September 30, 2016

| Project Date | Professional | Project Work Description | H |
|---|---|---|---|
| 9/8/2016 | Kim Ponder | Month end close. | |
| 9/8/2016 | Kim Ponder | Telephone conference with Verizon re: service disconnect | |
| 9/8/2016 | Timothy C. Ross | Worked Debtors financial and accounting matters | |
| 9/9/2016 | Kim Ponder | Posted cash receipts. | |
| 9/9/2016 | Kim Ponder | Normal course payables | |
| 9/9/2016 | Kim Ponder | Month end close. | |
| 9/9/2016 | Timothy C. Ross | Reviewed and authorized Debtors residual invoices for payment | |
| 9/9/2016 | Timothy C. Ross | Received, reviewed, and responded to Debtors professional invoicing matter | |
| 9/9/2016 | Timothy C. Ross | Prepared Interco/affiliate AR/AP reporting and reconciled balancing | |
| 9/9/2016 | Timothy C. Ross | Reviewed and authorized Debtors foreign subsidiary invoices for paymen | |
| 9/12/2016 | Kim Ponder | Received and responded to request re: organization chart | |
| 9/12/2016 | Timothy C. Ross | Prepared and submitted Debtors residual staffing time report | |
| 9/12/2016 | Timothy C. Ross | Worked Debtors financial and accounting matters | |
| 9/13/2016 | Kim Ponder | Normal course payables | |
| 9/13/2016 | Timothy C. Ross | Reviewed and authorized Debtors foreign subsidiary financial statements and audit report | |
| 9/13/2016 | Timothy C. Ross | Worked Debtors financial and accounting matters | |
| 9/14/2016 | Kim Ponder | Month end close. | |
| 9/14/2016 | Kim Ponder | GL reconciliations. | |
| 9/14/2016 | Timothy C. Ross | Worked Debtors financial and accounting matters | |
| 9/15/2016 | Kim Ponder | Conference call with Frontier and Raj Perubhatla. | |
| 9/15/2016 | Kim Ponder | Normal course payables | |
| 9/15/2016 | Kim Ponder | Month end close. | |
| 9/15/2016 | Timothy C. Ross | Reviewed and authorized Debtors residual invoices for payment | |
| 9/16/2016 | Timothy C. Ross | Prepared and recorded EMEA intercompany correcting entries | |
| 9/16/2016 | Timothy C. Ross | Received, reviewed, and responded to Debtors foreign subsidiary counsel (DJ | |
| 9/19/2016 | Kim Ponder | Posted cash receipts. | |
| 9/19/2016 | Timothy C. Ross | Prepared and submitted Debtors residual staffing time report. | |
| 9/19/2016 | Timothy C. Ross | Reviewed and authorized Debtors Bank reconciliations | |
| 9/19/2016 | Timothy C. Ross | Prepared corrected Interco/affiliate AR/AP reporting and reconciled balancing | |
| 9/19/2016 | Timothy C. Ross | Researched and responded to Debtors counsel (MR) request | |
| 9/20/2016 | Kim Ponder | Month end close and reporting. | |
| 9/20/2016 | Timothy C. Ross | Researched and reconciled Debtor tax receivable | |
| 9/21/2016 | Kim Ponder | Normal course payables | |
| 9/21/2016 | Kim Ponder | Normal course payables | |
| 9/21/2016 | Timothy C. Ross | Researched and responded to Debtors counsel (ML) | |
| 9/22/2016 | Kim Ponder | Normal course payables | |
| 9/22/2016 | Kim Ponder | Quarterly intercompany settlement. | |
| 9/22/2016 | Kim Ponder | Normal course payables | |
| 9/23/2016 | Kim Ponder | Retention of Citi Escrow statements. | |
| 9/23/2016 | Kim Ponder | Normal course payables | |
| 9/23/2016 | Timothy C. Ross | Received, reviewed, and responded to Debtors foreign subsidiary financial reporting matters | |
| 9/23/2016 | Timothy C. Ross | Reviewed and authorized Debtors residual invoices for payment | |
| 9/26/2016 | Timothy C. Ross | Prepared and submitted Debtors residual staffing time report. | |
| 9/27/2016 | Kim Ponder | Month end close. | |
| 9/27/2016 | Kim Ponder | Normal course payables | |
| 9/27/2016 | Kim Ponder | Reconciliation review and update. | |
| 9/27/2016 | Timothy C. Ross | Reviewed and authorized Debtors foreign subsidiary invoices for paymen | |
| 9/27/2016 | Timothy C. Ross | Reviewed and authorized Debtors foreign subsidiary invoices for paymen | |
| 9/29/2016 | Kim Ponder | Normal course payables | |
| 9/29/2016 | Kim Ponder | Prepared budget estimates. | |
| 9/29/2016 | Timothy C. Ross | Reviewed and authorized Debtors foreign subsidiary invoices for payment. | |
| 9/30/2016 | Kim Ponder | Prepared analysis and schedules. | |

**Finance and General Accounting Total**

**Human Resources**

| | | | |
|---|---|---|---|
| 9/9/2016 | Timothy C. Ross | Received, reviewed, and actioned Debtors former employee records reques | |
| 9/23/2016 | Kim Ponder | Received and responded to SSA inquiry re: former employee | |

**Human Resources Total**

**Information Technology Operations**

| | | | |
|---|---|---|---|
| 9/6/2016 | Timothy C. Ross | Received, reviewed, and responded to Debtors IT consultant (RP) | |
| 9/7/2016 | Timothy C. Ross | Received, reviewed, and responded to Debtors IT matters | |
| 9/13/2016 | Timothy C. Ross | Received, reviewed, and responded to Debtors wind down consultant (RP | |
| 9/28/2016 | Timothy C. Ross | Prepared and issued NNUK invoice | |

**Information Technology Operations Total**

**Insurance & Risk Management**

## Exhibit F

### The Mergis Group
### Time Description Detail by Project

Nortel Networks, Inc. et al.
For the period of September 1, 2016 through September 30, 2016

| Project (Date | Professional | Project Work Description | H |
|---|---|---|---|
| 9/7/2016 | Timothy C. Ross | Prepared and communicated policy coverage renewal/extension options to Principal Officer (JR) | |
| 9/8/2016 | Timothy C. Ross | Responded to Debtors insurance broker (SK) | |
| 9/13/2016 | Timothy C. Ross | Received, researched, and responded to Debtors insurance broker (SK) | |
| 9/13/2016 | Timothy C. Ross | Reviewed Debtors foreign subsidiary insurance documents | |
| 9/14/2016 | Timothy C. Ross | Prepared correspondence to Debtors foreign subsidiary counsel (AS) | |
| 9/20/2016 | Timothy C. Ross | Worked Debtors insurance matters | |
| 9/20/2016 | Timothy C. Ross | Compiled supporting information and completed application | |
| 9/22/2016 | Timothy C. Ross | Prepared follow-up correspondence to Debtors counsel (KH) | |
| 9/22/2016 | Timothy C. Ross | Prepared vendor response | |
| **Insurance & Risk Management Total** | | | |

**Plan of Reorganization**

| | | | |
|---|---|---|---|
| 9/27/2016 | Timothy C. Ross | Conference call with Debtors counsel (LS, ML, PC, LH), financial consultant (MK), and wind down consultant (MC, RP | |
| 9/27/2016 | Timothy C. Ross | Reviewed Debtors documents | |
| 9/28/2016 | Timothy C. Ross | Conference call with Debtors financial consultant (MK) | |
| 9/28/2016 | Timothy C. Ross | Analyzed and revised 2016+ cost budget | |
| 9/29/2016 | Timothy C. Ross | Analyzed and revised 2016+ cost budget | |
| 9/30/2016 | Timothy C. Ross | Analyzed and revised 2016+ cost budget | |
| **Plan of Reorganization Total** | | | |

**Professional Fee Applications**

| | | | |
|---|---|---|---|
| 9/2/2016 | Kim Ponder | Processed fee applications filed by Professionals. | |
| 9/15/2016 | Kim Ponder | Processed fee application filed by Professional. | |
| 9/23/2016 | Kim Ponder | Processed fee application filed by Professional. | |
| 9/27/2016 | Kim Ponder | Processed fee applications filed by Professionals. | |
| **Professional Fee Applications Total** | | | |

**Real Estate Management**

| | | | |
|---|---|---|---|
| 9/1/2016 | Timothy C. Ross | Finalized and communicated the 2016 RTP tenant operating expenses (taxes & utilities) true-up analysis | |
| 9/1/2016 | Timothy C. Ross | Follow-up with Debtors former landlord for status update | |
| 9/6/2016 | Timothy C. Ross | Researched and responded to former subtenant questions (SG) | |
| 9/8/2016 | Timothy C. Ross | Worked Debtors property management matters | |
| 9/13/2016 | Timothy C. Ross | Worked Debtors property management wind down matters | |
| 9/20/2016 | Kim Ponder | Conference call with GPT and AT&T. | |
| 9/22/2016 | Timothy C. Ross | Follow-up with Debtors former landlord | |
| 9/27/2016 | Kim Ponder | Prepared package to former subtenant. | |
| **Real Estate Management Total** | | | |

**Residual Business Operations**

| | | | |
|---|---|---|---|
| 9/1/2016 | Kim Ponder | Weekly post office delivery. | |
| 9/6/2016 | Timothy C. Ross | Prepared environmental reserve analysis and authorized payment of professional fees for payment | |
| 9/7/2016 | Timothy C. Ross | Worked Debtors residual business matters | |
| 9/8/2016 | Kim Ponder | Weekly postal delivery and handling. | |
| 9/9/2016 | Timothy C. Ross | Worked Debtors residual office space renewal. | |
| 9/12/2016 | Kim Ponder | Weekly postal delivery. | |
| 9/19/2016 | Kim Ponder | Weekly postal delivery and processing. | |
| 9/20/2016 | Timothy C. Ross | Worked Debtors residual business matter | |
| 9/23/2016 | Kim Ponder | Postal delivery and processing. | |
| 9/26/2016 | Timothy C. Ross | Worked request from Debtors counsel (MR) | |
| 9/30/2016 | Kim Ponder | Weekly postal delivery and processing. | |
| **Residual Business Operations Total** | | | |

**Tax Matters**

| | | | |
|---|---|---|---|
| 9/1/2016 | Timothy C. Ross | Received, reviewed, and responded to Debtors tax professional (NV) | |
| 9/1/2016 | Timothy C. Ross | Follow-up with Debtors tax professional (MG) for status update | |
| 9/1/2016 | Timothy C. Ross | Updated foreign bank account daily balances | |
| 9/6/2016 | Timothy C. Ross | Received, reviewed, and responded to Debtors foreign subsidiary tax professional (PS) | |
| 9/6/2016 | Timothy C. Ross | Received, reviewed, and responded to Debtors wind down consultant (KS) | |
| 9/7/2016 | Timothy C. Ross | Received, reviewed, and actioned Debtors tax matters | |
| 9/8/2016 | Timothy C. Ross | Reviewed and responded to Debtors foreign subsidiary tax matters | |
| 9/8/2016 | Timothy C. Ross | Received, reviewed, and actioned Debtors tax matters | |
| 9/9/2016 | Timothy C. Ross | Reviewed and authorized Debtors tax matters | |
| 9/12/2016 | Timothy C. Ross | Reviewed and authorized Debtors foreign subsidiary tax matters | |
| 9/15/2016 | Kim Ponder | Tax return pickup from EY office and delivered to USPS. | |
| 9/15/2016 | Timothy C. Ross | Received, reviewed, and responded to Debtors foreign branch tax matter | |

# Exhibit F

## The Mergis Group
## Time Description Detail by Project

Nortel Networks, Inc. et al.
For the period of September 1, 2016 through September 30, 2016

| Project | Date | Professional | Project Work Description | H |
|---|---|---|---|---|
| | 9/19/2016 | Timothy C. Ross | Reviewed and responded to Debtors foreign subsidiary tax professionals (PS) | |
| | 9/19/2016 | Timothy C. Ross | Received, reviewed, and responded to Debtors counsel (MR) | |
| | 9/19/2016 | Timothy C. Ross | Met with Debtors tax professional (JW) | |
| | 9/20/2016 | Timothy C. Ross | Conference call with Debtors counsel (KH, MR) and tax professional (NV) | |
| | 9/20/2016 | Timothy C. Ross | Prepared and executed Debtors tax correspondence | |
| | 9/21/2016 | Timothy C. Ross | Prepared for meeting with Debtors foreign subsidiary tax professiona | |
| | 9/21/2016 | Timothy C. Ross | Reviewed and authorized Debtors tax matters | |
| | 9/22/2016 | Kim Ponder | Meeting with EY and preparation of tax return filing packages | |
| | 9/22/2016 | Timothy C. Ross | Conference call with Debtors foreign subsidiary tax profession (PJ, AG) and Debtors counsel (KH | |
| | 9/23/2016 | Kim Ponder | Posted 2015 state tax returns. | |
| | 9/23/2016 | Timothy C. Ross | Reviewed and executed Debtors tax matters | |
| | 9/27/2016 | Kim Ponder | Delivered documents to EY. | |
| | 9/27/2016 | Timothy C. Ross | Received, reviewed, and responded to Debtors tax matters | |

**Tax Matters Total**

**For the period of September 1, 2016 through September 30, 2016**

**Exhibit G**

**The Mergis Group**
**Summary of Expenses By Category**

**Nortel Networks, Inc. et al.**
For the period of September 1, 2016 through September 30, 2016

| Expense Category | Expenses |
|---|---|
| Airfare | - |
| Lodging | - |
| Meals | - |
| Parking | - |
| Ground Transportation | - |
| Office Expense | 123.81 |
| Professional | - |
| Miscellaneous | - |
| **For the period of September 1, 2016 through September 30, 2016** | **$ 123.81** |

# Exhibit H

## The Mergis Group
### Expense Detail

Nortel Networks, Inc. et al.
For the period of September 1, 2016 through September 30, 2016

| Date (s) Incurred | Name of Professional | Purpose | Location Visited | |
|---|---|---|---|---|
| 09/23/16 | Kim Ponder | Certified Mailing of 2015 State Tax Returns | US Post Office | |
| | **Expense Category** | **Vendor** | | **Expenses** |
| | Airfare | | | - |
| | Lodging | | | - |
| | Meals | | | - |
| | Parking | | | - |
| | Ground Transportation | | | - |
| | Office Expense | US Post Office | | 123.81 |
| | Professional | | | - |
| | Miscellaneous | | | - |
| | **Total** | | $ | **123.81** |

| Date (s) Incurred | Name of Professional | Purpose | Location Visited | |
|---|---|---|---|---|
| | **Expense Category** | **Vendor** | | **Expenses** |
| | Airfare | | | - |
| | Lodging | | | - |
| | Meals | | | - |
| | Parking | | | - |
| | Ground Transportation | | | - |
| | Office Expense | | | - |
| | Professional | | | - |
| | Miscellaneous | | | - |
| | **Total** | | $ | **-** |

| Date (s) Incurred | Name of Professional | Purpose | Location Visited | |
|---|---|---|---|---|
| | **Expense Category** | **Vendor** | | **Expenses** |
| | Airfare | | | - |
| | Lodging | | | - |
| | Meals | | | - |
| | Parking | | | - |
| | Ground Transportation | | | - |
| | Office Expense | | | - |
| | Professional | | | - |
| | Miscellaneous | | | - |
| | **Total** | | $ | **-** |

| Date (s) Incurred | Name of Professional | Purpose | Location Visited | |
|---|---|---|---|---|
| | **Expense Category** | **Vendor** | | **Expenses** |
| | Airfare | | | - |
| | Lodging | | | - |
| | Meals | | | - |
| | Parking | | | - |
| | Ground Transportation | | | - |
| | Office Expense | | | - |
| | Professional | | | - |
| | Miscellaneous | | | - |
| | **Total** | | $ | **-** |

| | | | | |
|---|---|---|---|---|
| **For the period of September 1, 2016 through September 30, 2016** | | | $ | **123.81** |