# Exhibit A

**Amended or Superseded Claims, Insufficient Documentation Claims, Non-Debtor Liability Claims, No-Basis 503(b)(9) Claims, No-Basis Equity Claims, No-Basis Deferred Compensation Claims, No-Basis Pension Claims, No-Basis Retiree Claims, No-Basis Claims, Redundant Claims, Modified, Reclassified and Allowed Claims and Wrong Debtor Claims**

## Claim to be Modified

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| ANSTEAD, VICTORIA 3894 RIDGE LEA RD APT A AMHERST, NY  14228-2759 | 6825 1/21/10 09-12515 Nortel Networks (CALA), Inc. | - (S) - (A) - (P) $90,000.00 (U) $90,000.00 (T) | Disallowed | | The Claim is related to ownership of equity interests in the Canadian Debtors, and therefore fails to meet the standard for prima facie validity and is not a liability of any Debtor. |
| ANSTEAD, VICTORIA 3894 RIDGE LEA RD., APT. A AMHERST, NY  14228 | 8363 9/7/12 09-12515 Nortel Networks (CALA), Inc. | - (S) - (A) - (P) $1,063.40 (U) $1,063.40 (T) | Disallowed | | The Claim is related to ownership of equity interests in the Canadian Debtors, and therefore fails to meet the standard for prima facie validity and is not a liability of any Debtor. |
| ANSTEAD, VICTORIA M. 3894 RIDGE LEA RD APT A AMHERST, NY  14228-2759 | 6826 1/21/10 09-12515 Nortel Networks (CALA), Inc. | Unspecified* | Disallowed | | The Claim is related to ownership of equity interests in the Canadian Debtors, and therefore fails to meet the standard for prima facie validity and is not a liability of any Debtor. |
| BARRAN, DANIEL 15560 SE 67TH PL BELLEVUE, WA  98006-5417 | 5385 9/30/09 09-10138 Nortel Networks Inc. | - (S) - (A) $20,178.04 (P) $48,418.17 (U) $48,418.17 (T) | Disallowed | | The Claim asserts liability for certain estimated tax assessments made by the UK tax authorities against the claimant for which the Debtors are not liable. The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan. Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released. See D.I.s 9127 and 9323. The Claim asserts liability for termination benefits. Claim is redundant of claim 6855 filed by the claimant or an affiliate of the claimant asserting the same underlying liability.  Remaining claim 6855 has also been modified, reclassified and/or applied to the correct debtor on this Exhibit. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

*Page 1 of 25*

## Exhibit A

**Amended or Superseded Claims, Insufficient Documentation Claims, Non-Debtor Liability Claims, No-Basis 503(b)(9) Claims, No-Basis Equity Claims, No-Basis Deferred Compensation Claims, No-Basis Pension Claims, No-Basis Retiree Claims, No-Basis Claims, Redundant Claims, Modified, Reclassified and Allowed Claims and Wrong Debtor Claims**

### Claim to be Modified

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| BARRAN, DANIEL 2616 N.E. 27TH TERRACE FT. LAUDERDALE, FL 33306 | 6855 1/22/10 09-12515 Nortel Networks (CALA), Inc. | - (S) - (A) $20,178.04 (P) $48,418.17 (U) $48,418.17 (T) | - (S) - (A) - (P) $4,453.23 (U) $4,453.23 (T) | | The Claim asserts liability for certain estimated tax assessments made by the UK tax authorities against the claimant for which the Debtors are not liable.<br><br>The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan. Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released. See D.I.s 9127 and 9323.<br><br>This claim asserts liability for termination benefits.<br><br>Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |
| BIEGHLER, BRET 3329 SAN PATRICIO DRIVE PLANO, TX 75025 | 3579 9/24/09 09-10138 Nortel Networks Inc. | Unspecified* | Disallowed | | The Claim asserts liability for certain estimated tax assessments made by the UK tax authorities against the claimant for which the Debtors are not liable. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

# Exhibit A

**Amended or Superseded Claims, Insufficient Documentation Claims, Non-Debtor Liability Claims, No-Basis 503(b)(9) Claims, No-Basis Equity Claims, No-Basis Deferred Compensation Claims, No-Basis Pension Claims, No-Basis Retiree Claims, No-Basis Claims, Redundant Claims, Modified, Reclassified and Allowed Claims and Wrong Debtor Claims**

## Claim to be Modified

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| BISSLAND, RICHARD G 77 CRANBERRY RUN SOUTHAMPTON, NJ 08088 | 5963 10/13/09 NO DEBTOR | Unspecified* | Disallowed | | The Claim is related to ownership of equity interests in the Canadian Debtors, and therefore fails to meet the standard for prima facie validity and is not a liability of any Debtor. |
| BISSLAND, RICHARD G. 77 CRANBERRY RUN SOUTHAMPTON, NJ 08088 | 5970 10/13/09 09-10138 Nortel Networks Inc. | - (S) $100,000.00 (A) - (P) - (U) $100,000.00 (T) | Disallowed | | The Claim is related to ownership of equity interests in the Canadian Debtors, and therefore fails to meet the standard for prima facie validity and is not a liability of any Debtor.  Requirements of section 503(b)(9) are not met. |
| BLANKENSHIP, STEPHANIE 1530 VIA CAMPO AUREO SAN JOSE, CA 95120 | 6310 12/18/09 09-10138 Nortel Networks Inc. | - (S) $3,529.40 (A) - (P) - (U) $3,529.40 (T) | Disallowed | | The Claim is related to ownership of equity interests in the Canadian Debtors, and therefore fails to meet the standard for prima facie validity and is not a liability of any Debtor.  Requirements of section 503(b)(9) are not met. |
| BLANKENSHIP, STEPHANIE 1530 VIA CAMPO AUREO SAN JOSE, CA 95120 | 6311 12/18/09 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $3,529.40 (U) $3,529.40 (T) | Disallowed | | The Claim is related to ownership of equity interests in the Canadian Debtors, and therefore fails to meet the standard for prima facie validity and is not a liability of any Debtor. |
| BLANKENSHIP, STEPHANIE 1530 VIA CAMPO AUREO SAN JOSE, CA 95120 | 7081 2/8/10 09-10138 Nortel Networks Inc. | - (S) - (A) $8,432.37 (P) - (U) $8,432.37 (T) | Disallowed | | The Claim is related to ownership of equity interests in the Canadian Debtors, and therefore fails to meet the standard for prima facie validity and is not a liability of any Debtor. |
| BROWN, JUSTIN 451 JUNIPERO ST PLEASANTON, CA 94566-7619 | 3372 9/21/09 09-10138 Nortel Networks Inc. | Unspecified* | Disallowed | | The Claim asserts liability for certain estimated tax assessments made by the UK tax authorities against the claimant for which the Debtors are not liable. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

# Exhibit A

**Amended or Superseded Claims, Insufficient Documentation Claims, Non-Debtor Liability Claims, No-Basis 503(b)(9) Claims, No-Basis Equity Claims, No-Basis Deferred Compensation Claims, No-Basis Pension Claims, No-Basis Retiree Claims, No-Basis Claims, Redundant Claims, Modified, Reclassified and Allowed Claims and Wrong Debtor Claims**

## Claim to be Modified

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| BRYANT, ADAM 88 TAYLOR STREET ANNANDALE VANCLUSE ANNANDALE  2038 AUS | 4563 9/29/09 NO DEBTOR | - (S) - (A) $14,374.03 (P) - (U) $14,374.03 (T) | Disallowed | | The Claim asserts liability for certain estimated tax assessments made by the UK tax authorities against the claimant for which the Debtors are not liable. |
| CAREVIC, ROSS 4917 SILVERWEED DR MCKINNEY, TX  75070-7709 | 4297 9/28/09 NO DEBTOR | - (S) - (A) $43,500.96 (P) - (U) $43,500.96 (T) | Disallowed | | The Claim asserts liability for certain estimated tax assessments made by the UK tax authorities against the claimant for which the Debtors are not liable. |
| CARLIN SYSTEMS INC 31 FLOYDS RUN BOHEMIA, NY  11716-2155 | 6397 12/23/09 09-12515 Nortel Networks (CALA), Inc. | - (S) - (A) - (P) $32,475.00 (U) $32,475.00 (T) | - (S) - (A) - (P) $32,475.00 (U) $32,475.00 (T) | 09-10138 Nortel Networks Inc. | Wrong or No Debtor. Based on the careful review of the Books and Records, the Schedules, and the proof of claim, including supporting documentation provided by the Claimant, the Debtors have determined that the Claim should be asserted against Nortel Networks Inc. |
| COWGILL, WILLIAM DANIEL 1157 NECK RD PONTE VEDRA, FL  32082 | 7059 2/1/10 09-12515 Nortel Networks (CALA), Inc. | - (S) - (A) - (P) $100,000.00 (U) $100,000.00 (T) | Disallowed | | The Claim is related to ownership of equity interests in the Canadian Debtors, and therefore fails to meet the standard for prima facie validity and is not a liability of any Debtor. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

# Exhibit A

**Amended or Superseded Claims, Insufficient Documentation Claims, Non-Debtor Liability Claims, No-Basis 503(b)(9) Claims, No-Basis Equity Claims, No-Basis Deferred Compensation Claims, No-Basis Pension Claims, No-Basis Retiree Claims, No-Basis Claims, Redundant Claims, Modified, Reclassified and Allowed Claims and Wrong Debtor Claims**

### Claim to be Modified

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| CRT SPECIAL INVESTMENTS LLC<br>TRANSFEROR: MOORE, JOE T., III<br>JOSEPH E. SARACHEK<br>262 HARBOR DRIVE<br>STAMFORD, CT  06902 | 686<br>3/23/09<br>NO DEBTOR | - (S)<br>- (A)<br>$187,172.29 (P)<br>- (U)<br>$187,172.29 (T) | - (S)<br>- (A)<br>- (P)<br>$210,307.00 (U)<br>$210,307.00 (T) | 09-10138<br>Nortel Networks Inc. | This claim asserts liability for non-qualified pension benefits.<br><br>Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount.<br><br>Wrong or No Debtor. Based on a careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors believe that the Claim should be asserted against the Identified Debtor. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

# Exhibit A

**Amended or Superseded Claims, Insufficient Documentation Claims, Non-Debtor Liability Claims, No-Basis 503(b)(9) Claims, No-Basis Equity Claims, No-Basis Deferred Compensation Claims, No-Basis Pension Claims, No-Basis Retiree Claims, No-Basis Claims, Redundant Claims, Modified, Reclassified and Allowed Claims and Wrong Debtor Claims**

## Claim to be Modified

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| CRT SPECIAL INVESTMENTS LLC TRANSFEROR: BARTON, WILLIAM C. JOSEPH E. SARACHEK 262 HARBOR DRIVE STAMFORD, CT  06902 | 944 4/14/09 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $238,669.00 (U) $238,669.00 (T) | - (S) - (A) - (P) $208,207.00 (U) $208,207.00 (T) | | This claim asserts liability for non-qualified pension benefits.  Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. |
| DUONG, ANDREW 300 11TH AVE APT 207 SEATTLE, WA  98122-5315 | 218 2/9/09 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $21,829.25 (U) $21,829.25 (T) | - (S) - (A) $1,862.13 (P) $27,375.67 (U) $29,237.80 (T) | | This claim asserts liability for termination benefits.  Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.  Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

# Exhibit A

**Amended or Superseded Claims, Insufficient Documentation Claims, Non-Debtor Liability Claims, No-Basis 503(b)(9) Claims, No-Basis Equity Claims, No-Basis Deferred Compensation Claims, No-Basis Pension Claims, No-Basis Retiree Claims, No-Basis Claims, Redundant Claims, Modified, Reclassified and Allowed Claims and Wrong Debtor Claims**

## Claim to be Modified

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| DUONG, ANDREW 300 11TH AVE., APT. 207 SEATTLE, WA 98122 | 3100 9/17/09 NO DEBTOR | - (S) - (A) - (P) $15,625.15 (U) $15,625.15 (T) | Disallowed | | The Claim is related to ownership of equity interests in the Canadian Debtors, and therefore fails to meet the standard for prima facie validity and is not a liability of any Debtor. |
| EGGERS, RICHARD R 843 ELMIRA DR SUNNYVALE, CA 94087 | 2797 9/10/09 NO DEBTOR | - (S) - (A) $16,295.80 (P) - (U) $16,295.80 (T) | Disallowed | | The Claim is related to ownership of equity interests in the Canadian Debtors, and therefore fails to meet the standard for prima facie validity and is not a liability of any Debtor. |
| EGGERS, RICHARD R 843 ELMIRA DR SUNNYVALE, CA 94087 | 6378 12/23/09 09-12515 Nortel Networks (CALA), Inc. | - (S) - (A) $16,295.80 (P) - (U) $16,295.80 (T) | Disallowed | | The Claim is related to ownership of equity interests in the Canadian Debtors, and therefore fails to meet the standard for prima facie validity and is not a liability of any Debtor. |
| FARVARDIN, ANOOSH 601 SNEAD DR PLANO, TX 75025 | 7101 2/12/10 09-12515 Nortel Networks (CALA), Inc. | - (S) - (A) - (P) $100,500.00 (U) $100,500.00 (T) | Disallowed | | The Claim is related to ownership of equity interests in the Canadian Debtors, and therefore fails to meet the standard for prima facie validity and is not a liability of any Debtor. |
| FITZPATRICK, THOMAS J. 1201 MOTTROM DRIVE MCLEAN, VA 22101 | 8808 7/6/16 09-10138 Nortel Networks Inc. | - (S) - (A) $108,295.30 (P) - (U) $108,295.30 (T) | - (S) - (A) - (P) $108,295.30 (U) $108,295.30 (T) | | Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

# Exhibit A

**Amended or Superseded Claims, Insufficient Documentation Claims, Non-Debtor Liability Claims, No-Basis 503(b)(9) Claims, No-Basis Equity Claims, No-Basis Deferred Compensation Claims, No-Basis Pension Claims, No-Basis Retiree Claims, No-Basis Claims, Redundant Claims, Modified, Reclassified and Allowed Claims and Wrong Debtor Claims**

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| FLYNN, HAROLD 241 210TH PL NE SAMMAMISH, WA 98074-3937 | 3174 9/18/09 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $67,470.14 (U) $67,470.14 (T) | - (S) - (A) - (P) $3,450.00 (U) $3,450.00 (T) | | The Claim is related to ownership of equity interests in the Canadian Debtors, and therefore fails to meet the standard for prima facie validity and is not a liability of any Debtor. Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. |
| FOLEY, NANCY 22020 DE LA GUERRA WOODLAND HILLS, CA 91364 | 6959 1/25/10 09-12515 Nortel Networks (CALA), Inc. | Unspecified* | Disallowed | | The Claim is related to ownership of equity interests in the Canadian Debtors, and therefore fails to meet the standard for prima facie validity and is not a liability of any Debtor. |
| GARRETT, TONY L. 1825 NEW HOPE CHURCH RD APEX, NC 27523 | 8295 6/11/12 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $92,776.81 (U) $92,776.81 (T) | Disallowed | | The Claim is related to ownership of equity interests in the Canadian Debtors, and therefore fails to meet the standard for prima facie validity and is not a liability of any Debtor. |
| GREER, NORMA 3201 TOLER ROAD ROWLETT, TX 75089 | 6835 1/22/10 09-12515 Nortel Networks (CALA), Inc. | - (S) - (A) $98,976.42 (P) - (U) $98,976.42 (T) | Disallowed | | The Claim is related to ownership of equity interests in the Canadian Debtors, and therefore fails to meet the standard for prima facie validity and is not a liability of any Debtor. |
| HE, QIAN 4308 HELSTON DR PLANO, TX 75024 | 6719 1/15/10 09-12515 Nortel Networks (CALA), Inc. | - (S) - (A) $38,571.34 (P) - (U) $38,571.34 (T) | Disallowed | | Amended or Superseded claim. This claim was amended by claim 8778. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

# Exhibit A

**Amended or Superseded Claims, Insufficient Documentation Claims, Non-Debtor Liability Claims, No-Basis 503(b)(9) Claims, No-Basis Equity Claims, No-Basis Deferred Compensation Claims, No-Basis Pension Claims, No-Basis Retiree Claims, No-Basis Claims, Redundant Claims, Modified, Reclassified and Allowed Claims and Wrong Debtor Claims**

## Claim to be Modified

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| HURLBERT, ROYDELL S 2387 AMES ROAD CORTLAND, NY 13045 | 4524 9/29/09 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $92,759.33 (U) $92,759.33 (T) | Disallowed | | The Claim is related to ownership of equity interests in the Canadian Debtors, and therefore fails to meet the standard for prima facie validity and is not a liability of any Debtor. |
| IBRAHIM, TAREK F. 224 HUDSON ST., # 4B HOBOKEN, NJ 07030 | 1554 7/16/09 09-10138 Nortel Networks Inc. | - (S) - (A) $250,468.46 (P) - (U) $250,468.46 (T) | Disallowed | | The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan. Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released. See D.I.s 9127 and 9323. |
| IBRAHIM, TAREK F. 224 HUDSON ST., # 4B HOBOKEN, NJ 07030 | 1555 7/16/09 09-10138 Nortel Networks Inc. | - (S) - (A) $418,699.74 (P) - (U) $418,699.74 (T) | - (S) - (A) - (P) $1,479.10 (U) $1,479.10 (T) | | The Claim is related to ownership of equity interests in the Canadian Debtors, and therefore fails to meet the standard for prima facie validity and is not a liability of any Debtor.

Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.

Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

# Exhibit A

**Amended or Superseded Claims, Insufficient Documentation Claims, Non-Debtor Liability Claims, No-Basis 503(b)(9) Claims, No-Basis Equity Claims, No-Basis Deferred Compensation Claims, No-Basis Pension Claims, No-Basis Retiree Claims, No-Basis Claims, Redundant Claims, Modified, Reclassified and Allowed Claims and Wrong Debtor Claims**

## Claim to be Modified

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| JOANNOU, DION 2839 NORTH EAST 24TH PLACE FORT LAUDERDALE, FL  33305 | 5388 9/28/09 NO DEBTOR | $14,374.03 (S) - (A) - (P) - (U) $14,374.03 (T) | Disallowed | | The Claim asserts liability for certain estimated tax assessments made by the UK tax authorities against the claimant for which the Debtors are not liable. |
| JOANNOU, DION 2839 NE 24TH PLACE FORT LAUDERDALE, FL  33305 | 5389 9/28/09 NO DEBTOR | Unspecified* | Disallowed | | The claim asserts liability for non-qualified pension benefits. Claim is redundant of claim 8732 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. |
| KADI, SERGIO 16208 E LULLWATER DRIVE PANAMA CITY BEACH, FL  32413 | 4252 9/28/09 09-10138 Nortel Networks Inc. | - (S) - (A) $16,867.00 (P) - (U) $16,867.00 (T) | Disallowed | | The Claim asserts liability for certain estimated tax assessments made by the UK tax authorities against the claimant for which the Debtors are not liable. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

# Exhibit A

**Amended or Superseded Claims, Insufficient Documentation Claims, Non-Debtor Liability Claims, No-Basis 503(b)(9) Claims, No-Basis Equity Claims, No-Basis Deferred Compensation Claims, No-Basis Pension Claims, No-Basis Retiree Claims, No-Basis Claims, Redundant Claims, Modified, Reclassified and Allowed Claims and Wrong Debtor Claims**

### Claim to be Modified

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| KHATRI, MADAN 760 EASTON LANE ELK GROVE VILLAGE, IL  60007 | 5870 10/5/09 NO DEBTOR | - (S) - (A) - (P) $150,000.00 (U) $150,000.00 (T) | Disallowed | | The Claim is related to ownership of equity interests in the Canadian Debtors, and therefore fails to meet the standard for prima facie validity and is not a liability of any Debtor. The claim asserts liability for retiree medical benefits. Pursuant to the Retiree Welfare Settlement Agreement, this/these claim(s) was/were previously disallowed and expunged. See D.I. 9938. The claim asserts liability for long-term disability benefits. Pursuant to the Long-Term Disability Settlement Agreement, this/these claim(s) was/were previously disallowed and expunged. See D.I. 10406. Non-Debtor Liability Claim. Claim asserts amounts that the Debtors do not recognize in their Books and Records as valid liabilities of any of the Debtors in these chapter 11 cases and appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

# Exhibit A

**Amended or Superseded Claims, Insufficient Documentation Claims, Non-Debtor Liability Claims, No-Basis 503(b)(9) Claims, No-Basis Equity Claims, No-Basis Deferred Compensation Claims, No-Basis Pension Claims, No-Basis Retiree Claims, No-Basis Claims, Redundant Claims, Modified, Reclassified and Allowed Claims and Wrong Debtor Claims**

## Claim to be Modified

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| LASALLE, WILLIAM 136 PENNSYLVANIA AVENUE BRYN MAWR, PA 19010 | 4249 9/28/09 09-10138 Nortel Networks Inc. | - (S) - (A) $357.31 (P) - (U) $357.31 (T) | - (S) - (A) $303.85 (P) $97,437.18 (U) $97,741.03 (T) | | This claim asserts liability for non-qualified pension benefits. Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |
| LASALLE, WILLIAM 136 PENNSYLVANIA AVENUE BRYN MAWR, PA 19010 | 4250 9/28/09 NO DEBTOR | - (S) - (A) $14,071.07 (P) - (U) $14,071.07 (T) | Disallowed | | The Claim asserts liability for certain estimated tax assessments made by the UK tax authorities against the claimant for which the Debtors are not liable. |
| LASALLE, WILLIAM 136 PENNSYLVANIA AVENUE BRYN MAWR, PA 10910 | 4251 9/28/09 NO DEBTOR | Unspecified* | Disallowed | | This claim asserts liability for non-qualified pension benefits. Non-Debtor Liability Claim. Claim asserts amounts that the Debtors do not recognize in their Books and Records as valid liabilities of any of the Debtors in these chapter 11 cases and appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

# Exhibit A

**Amended or Superseded Claims, Insufficient Documentation Claims, Non-Debtor Liability Claims, No-Basis 503(b)(9) Claims, No-Basis Equity Claims, No-Basis Deferred Compensation Claims, No-Basis Pension Claims, No-Basis Retiree Claims, No-Basis Claims, Redundant Claims, Modified, Reclassified and Allowed Claims and Wrong Debtor Claims**

## Claim to be Modified

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| LASALLE, WILLIAM 136 PENNSYLVANIA AVENUE BRYN MAWR, PA 19010 | 5840 10/2/09 09-10138 Nortel Networks Inc. | - (S) - (A) $449,702.00 (P) - (U) $449,702.00 (T) | Disallowed | | This claim asserts liability for non-qualified pension benefits. Non-Debtor Liability Claim. Claim asserts amounts that the Debtors do not recognize in their Books and Records as valid liabilities of any of the Debtors in these chapter 11 cases and appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

# Exhibit A

**Amended or Superseded Claims, Insufficient Documentation Claims, Non-Debtor Liability Claims, No-Basis 503(b)(9) Claims, No-Basis Equity Claims, No-Basis Deferred Compensation Claims, No-Basis Pension Claims, No-Basis Retiree Claims, No-Basis Claims, Redundant Claims, Modified, Reclassified and Allowed Claims and Wrong Debtor Claims**

## Claim to be Modified

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| LEE, KAREN LADONNA TAYLOR 8115 DREAMY WAY RALEIGH, NC 27613 | 8810 7/28/16 NO DEBTOR | - (S) - (A) $1,671.00 (P) $28,261.00 (U) $29,932.00 (T) | - (S) $10,877.47 (A) $1,670.61 (P) $17,383.53 (U) $29,931.61 (T) | 09-10138 Nortel Networks Inc. | This claim asserts liability for termination benefits. Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. Wrong or No Debtor. Based on a careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors believe that the Claim should be asserted against the Identified Debtor. |
| LEGER, JEAN-BERTIN J 612 WELLS COURT UNIT 202 CLEARWATER, FL 33756 | 6760 1/19/10 09-12515 Nortel Networks (CALA), Inc. | - (S) - (A) $80,573.97 (P) - (U) $80,573.97 (T) | Disallowed | | The Claim is related to ownership of equity interests in the Canadian Debtors, and therefore fails to meet the standard for prima facie validity and is not a liability of any Debtor. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

# Exhibit A

**Amended or Superseded Claims, Insufficient Documentation Claims, Non-Debtor Liability Claims, No-Basis 503(b)(9) Claims, No-Basis Equity Claims, No-Basis Deferred Compensation Claims, No-Basis Pension Claims, No-Basis Retiree Claims, No-Basis Claims, Redundant Claims, Modified, Reclassified and Allowed Claims and Wrong Debtor Claims**

## Claim to be Modified

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| LEGER, JEAN-BERTIN J<br>612 WELLS COURT UNIT 202<br>CLEARWATER, FL 33756 | 6761<br>1/19/10<br>09-12515<br>Nortel Networks<br>(CALA), Inc. | - (S)<br>$80,573.97 (A)<br>- (P)<br>- (U)<br>$80,573.97 (T) | Disallowed | | The Claim is related to ownership of equity interests in the Canadian Debtors, and therefore fails to meet the standard for prima facie validity and is not a liability of any Debtor.<br><br>Requirements of section 503(b)(9) are not met. |
| MCBRIDE, ROBERT O.<br>4308 DENSIFLORUM CT<br>WILMINGTON, NC 28412 | 8263<br>5/17/12<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$140,574.55 (U)<br>$140,574.55 (T) | Disallowed | | The Claim is related to ownership of equity interests in the Canadian Debtors, and therefore fails to meet the standard for prima facie validity and is not a liability of any Debtor. |
| MCCRAY, MICHAEL<br>40080 E. 88TH AVENUE<br>BENNETT, CO 80102 | 6200<br>12/7/09<br>09-10138<br>Nortel Networks Inc. | Unspecified* | Disallowed | | The Claim is related to ownership of equity interests in the Canadian Debtors, and therefore fails to meet the standard for prima facie validity and is not a liability of any Debtor. |
| MCCRAY, MICHAEL<br>40080 EAST 88TH AVE<br>BENNETT, CO 80102 | 6201<br>12/7/09<br>NO DEBTOR | - (S)<br>- (A)<br>$20,000.00 (P)<br>- (U)<br>$20,000.00 (T) | Disallowed | | The Claim is related to ownership of equity interests in the Canadian Debtors, and therefore fails to meet the standard for prima facie validity and is not a liability of any Debtor. |
| MCCRAY, MICHAEL<br>40080 EAST 88TH AVE<br>BENNETT, CO 80102 | 6467<br>12/28/09<br>09-12515<br>Nortel Networks<br>(CALA), Inc. | - (S)<br>- (A)<br>$20,000.00 (P)<br>- (U)<br>$20,000.00 (T) | Disallowed | | The Claim is related to ownership of equity interests in the Canadian Debtors, and therefore fails to meet the standard for prima facie validity and is not a liability of any Debtor.<br><br>Insufficient Documentation and Claim not in Debtors' Books and Records. |
| MCQUEEN, LINDA C<br>5706 FINSBURY CT<br>RALEIGH, NC 27609-3955 | 6957<br>1/25/10<br>09-12515<br>Nortel Networks<br>(CALA), Inc. | - (S)<br>- (A)<br>$3,611.45 (P)<br>- (U)<br>$3,611.45 (T) | Disallowed | | The Claim is related to ownership of equity interests in the Canadian Debtors, and therefore fails to meet the standard for prima facie validity and is not a liability of any Debtor. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

# Exhibit A

**Amended or Superseded Claims, Insufficient Documentation Claims, Non-Debtor Liability Claims, No-Basis 503(b)(9) Claims, No-Basis Equity Claims, No-Basis Deferred Compensation Claims, No-Basis Pension Claims, No-Basis Retiree Claims, No-Basis Claims, Redundant Claims, Modified, Reclassified and Allowed Claims and Wrong Debtor Claims**

## Claim to be Modified

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| MIDDLETON, DANIEL JAY 4912 TRAILRIDGE PASS ATLANTA, GA 30338 | 4177 9/28/09 NO DEBTOR | - (S) - (A) $100,000.00 (P) - (U) $100,000.00 (T) | - (S) - (A) - (P) $4,836.65 (U) $4,836.65 (T) | 09-10138 Nortel Networks Inc. | The Claim asserts liability for certain estimated tax assessments made by the UK tax authorities against the claimant for which the Debtors are not liable. Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. Wrong or No Debtor. Based on a careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors believe that the Claim should be asserted against the Identified Debtor. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

# Exhibit A

**Amended or Superseded Claims, Insufficient Documentation Claims, Non-Debtor Liability Claims, No-Basis 503(b)(9) Claims, No-Basis Equity Claims, No-Basis Deferred Compensation Claims, No-Basis Pension Claims, No-Basis Retiree Claims, No-Basis Claims, Redundant Claims, Modified, Reclassified and Allowed Claims and Wrong Debtor Claims**

## Claim to be Modified

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| MILSTEAD, JAMES D 558 EAST HEMLOCK ST OXNARD, CA 93033 | 6343 12/21/09 09-12515 Nortel Networks (CALA), Inc. | Unspecified* | Disallowed | | The Claim is related to ownership of equity interests in the Canadian Debtors, and therefore fails to meet the standard for prima facie validity and is not a liability of any Debtor.<br><br>The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| MILSTEAD, JAMES D 558 EAST HEMLOCK OXNARD, CA 93033 | 6344 12/21/09 09-12515 Nortel Networks (CALA), Inc. | - (S) - (A) $43,200.00 (P) - (U) $43,200.00 (T) | Disallowed | | The Claim is related to ownership of equity interests in the Canadian Debtors, and therefore fails to meet the standard for prima facie validity and is not a liability of any Debtor.<br><br>The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| MOHAMMED, IMTIAZ 6823 CORTE DE FLORES PLEASANTON, CA 94566 | 2756 9/8/09 NO DEBTOR | - (S) - (A) $25,764.47 (P) - (U) $25,764.47 (T) | Disallowed | | The Claim is related to ownership of equity interests in the Canadian Debtors, and therefore fails to meet the standard for prima facie validity and is not a liability of any Debtor. |
| MUCERINO, JOSEPH 5914 COVERDALE WAY APT K ALEXANDRIA, VA 22310-5407 | 8475 4/12/13 09-10138 Nortel Networks Inc. | - (S) - (A) $350,740.06 (P) - (U) $350,740.06 (T) | Disallowed | | The Claim is related to ownership of equity interests in the Canadian Debtors, and therefore fails to meet the standard for prima facie validity and is not a liability of any Debtor. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

# Exhibit A

**Amended or Superseded Claims, Insufficient Documentation Claims, Non-Debtor Liability Claims, No-Basis 503(b)(9) Claims, No-Basis Equity Claims, No-Basis Deferred Compensation Claims, No-Basis Pension Claims, No-Basis Retiree Claims, No-Basis Claims, Redundant Claims, Modified, Reclassified and Allowed Claims and Wrong Debtor Claims**

## Claim to be Modified

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| NAGARAJ, KESAVAMURTHY 4201 WARMINSTER DR PLANO, TX 75093 | 3730.01 9/24/09 NO DEBTOR | - (S) - (A) $13,500.00 (P) - (U) $13,500.00 (T) | Disallowed | | The Claim is related to ownership of equity interests in the Canadian Debtors, and therefore fails to meet the standard for prima facie validity and is not a liability of any Debtor. |
| NAGARAJ, KESAVAMURTHY 4201 WARMINSTER DR PLANO, TX 75093 | 3730.02 9/24/09 NO DEBTOR | - (S) - (A) - (P) $69,006.05 (U) $69,006.05 (T) | Disallowed | | Non-Debtor Liability Claim. Claim asserts amounts that the Debtors do not recognize in their Books and Records as valid liabilities of any of the Debtors in these chapter 11 cases and appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases. |
| NAGARAJ, KESAVAMURTHY 4201 WARMINSTER DR PLANO, TX 75093 | 7145 3/12/10 09-12515 Nortel Networks (CALA), Inc. | - (S) - (A) $9,879.47 (P) - (U) $9,879.47 (T) | Disallowed | | The Claim is related to ownership of equity interests in the Canadian Debtors, and therefore fails to meet the standard for prima facie validity and is not a liability of any Debtor. |
| NAGARAJ, KESAVAMURTHY 4201 WARMINSTER DR PLANO, TX 75093 | 7146 3/12/10 09-12515 Nortel Networks (CALA), Inc. | - (S) $9,879.47 (A) - (P) - (U) $9,879.47 (T) | Disallowed | | The Claim is related to ownership of equity interests in the Canadian Debtors, and therefore fails to meet the standard for prima facie validity and is not a liability of any Debtor. Requirements of section 503(b)(9) are not met. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

*Page 18 of 25*

# Exhibit A

**Amended or Superseded Claims, Insufficient Documentation Claims, Non-Debtor Liability Claims, No-Basis 503(b)(9) Claims, No-Basis Equity Claims, No-Basis Deferred Compensation Claims, No-Basis Pension Claims, No-Basis Retiree Claims, No-Basis Claims, Redundant Claims, Modified, Reclassified and Allowed Claims and Wrong Debtor Claims**

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| PIASENTIN, RICHARD<br>345 RED OSIER ROAD<br>WATERLOO, ON  N2V 2V8<br>CANADA | 5742<br>10/1/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$15,097.00 (U)<br>$15,097.00 (T) | - (S)<br>- (A)<br>$571.89 (P)<br>$11,224.58 (U)<br>$11,796.47 (T) | 09-10138<br>Nortel Networks Inc. | The Claim asserts liability for certain estimated tax assessments made by the UK tax authorities against the claimant for which the Debtors are not liable.<br><br>Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount.<br><br>Wrong or No Debtor. Based on a careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors believe that the Claim should be asserted against the Identified Debtor. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

# Exhibit A

**Amended or Superseded Claims, Insufficient Documentation Claims, Non-Debtor Liability Claims, No-Basis 503(b)(9) Claims, No-Basis Equity Claims, No-Basis Deferred Compensation Claims, No-Basis Pension Claims, No-Basis Retiree Claims, No-Basis Claims, Redundant Claims, Modified, Reclassified and Allowed Claims and Wrong Debtor Claims**

## Claim to be Modified

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| POWELL, JUDY D 4547 BOXCROFT CIRCLE MOUNT JULIET, TN 37122 | 8809 7/11/16 NO DEBTOR | - (S) - (A) - (P) $27,000.00 (U) $27,000.00 (T) | Disallowed | | This claim asserts liability for termination benefits.<br><br>Based on careful review of the Debtors' Books and Records, their Schedules, and the proofs of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing by any of the Debtors to the claimant with respect to such claim and none of the Debtors in these chapter 11 cases is liable for the claim. |
| RATTRAY, STEPHEN A. 4308 DENSIFLORUM COURT WILMINGTON, NC 28412 | 7976 9/13/11 NO DEBTOR | - (S) - (A) - (P) $1,897,848.02 (U) $1,897,848.02 (T) | Disallowed | | The claim asserts liability for termination benefits.<br><br>Claim is redundant of claim 8262 filed by the claimant or an affiliate of the claimant asserting the same underlying liability.<br><br>The claim asserts liability for retiree medical benefits.<br><br>Pursuant to the Retiree Welfare Settlement Agreement, this/these claim(s) was/were previously disallowed and expunged. See D.I. 9938.<br><br>The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| RATTRAY, STEPHEN A. 4308 DENSIFLORUM COURT WILMINGTON, NC 28412 | 8260 5/14/12 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $466,134.00 (U) $466,134.00 (T) | Disallowed | | The claim asserts liability for retiree medical benefits.<br><br>Pursuant to the Retiree Welfare Settlement Agreement, this/these claim(s) was/were previously disallowed and expunged. See D.I. 9938. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

# Exhibit A

**Amended or Superseded Claims, Insufficient Documentation Claims, Non-Debtor Liability Claims, No-Basis 503(b)(9) Claims, No-Basis Equity Claims, No-Basis Deferred Compensation Claims, No-Basis Pension Claims, No-Basis Retiree Claims, No-Basis Claims, Redundant Claims, Modified, Reclassified and Allowed Claims and Wrong Debtor Claims**

## Claim to be Modified

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| RATTRAY, STEPHEN A.<br>4308 DENSIFLORUM COURT<br>WILMINGTON, NC  28412 | 8261<br>5/14/12<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$309,815.14 (U)<br>$309,815.14 (T) | Disallowed | | The Claim is related to ownership of equity interests in the Canadian Debtors, and therefore fails to meet the standard for prima facie validity and is not a liability of any Debtor. |
| RATTRAY, STEPHEN A.<br>4308 DENSIFLORUM COURT<br>WILMINGTON, NC  28412 | 8441<br>1/2/13<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$3,128,921.00 (U)<br>$3,128,921.00 (T) | Disallowed | | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| RATTRAY, STEPHEN A.<br>4308 DENSIFLORUM COURT<br>WILMINGTON, NC  28412 | 8442<br>1/2/13<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$814,207.86 (U)<br>$814,207.86 (T) | Disallowed | | The claim asserts liability for retiree medical benefits.<br><br>Pursuant to the Retiree Welfare Settlement Agreement, this/these claim(s) was/were previously disallowed and expunged. See D.I. 9938. |
| RATTRAY, STEPHEN A.<br>4308 DENSIFLORUM COURT<br>WILMINGTON, NC  28412 | 8473<br>4/8/13<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$1,103,306.00 (U)<br>$1,103,306.00 (T) | Disallowed | | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| REEVES-HALL, ANDREW<br>THE CROW'S NEST<br>19 LYNCH HILL PARK<br>WHITCHURCH<br>HAMPSHIRE  RG28 7NF<br>UNITED KINGDOM | 3092<br>9/17/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$12,676.61 (U)<br>$12,676.61 (T) | Disallowed | | The Claim asserts liability for certain estimated tax assessments made by the UK tax authorities against the claimant for which the Debtors are not liable. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

# Exhibit A

**Amended or Superseded Claims, Insufficient Documentation Claims, Non-Debtor Liability Claims, No-Basis 503(b)(9) Claims, No-Basis Equity Claims, No-Basis Deferred Compensation Claims, No-Basis Pension Claims, No-Basis Retiree Claims, No-Basis Claims, Redundant Claims, Modified, Reclassified and Allowed Claims and Wrong Debtor Claims**

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| REEVES-HALL, ANDREW<br>THE CROW'S NEST<br>19 LYNCH HILL PARK<br>WHITCHURCH<br>HAMPSHIRE  RG28 7NF<br>UNITED KINGDOM | 3093<br>9/17/09<br>09-10138, 09-10139,<br>09-10150<br>Multiple Debtors | - (S)<br>$12,676.61 (A)<br>- (P)<br>- (U)<br>$12,676.61 (T) | Disallowed | | The Claim asserts liability for certain estimated tax assessments made by the UK tax authorities against the claimant for which the Debtors are not liable.<br><br>Requirements of section 503(b)(9) are not met. |
| ROMAN, PEDRO<br>329 MADISON AVE<br>HASBROUCK HEIGHTS, NJ  07604 | 2580<br>9/3/09<br>NO DEBTOR | Unspecified* | Disallowed | | The Claim is related to ownership of equity interests in the Canadian Debtors, and therefore fails to meet the standard for prima facie validity and is not a liability of any Debtor. |
| RUDZINSKI, RANDY<br>1924 PARIS AVE<br>PLANO, TX  75025 | 4104<br>9/28/09<br>NO DEBTOR | - (S)<br>- (A)<br>$153,984.40 (P)<br>- (U)<br>$153,984.40 (T) | Disallowed | | The Claim is related to ownership of equity interests in the Canadian Debtors, and therefore fails to meet the standard for prima facie validity and is not a liability of any Debtor. |
| SARNICKE, SAMUEL E<br>118 SIMMONS RD<br>MCMURRAY, PA  15317 | 2546<br>9/3/09<br>NO DEBTOR | - (S)<br>- (A)<br>$197,984.90 (P)<br>- (U)<br>$197,984.90 (T) | Disallowed | | The Claim is related to ownership of equity interests in the Canadian Debtors, and therefore fails to meet the standard for prima facie validity and is not a liability of any Debtor. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit A

**Amended or Superseded Claims, Insufficient Documentation Claims, Non-Debtor Liability Claims, No-Basis 503(b)(9) Claims, No-Basis Equity Claims, No-Basis Deferred Compensation Claims, No-Basis Pension Claims, No-Basis Retiree Claims, No-Basis Claims, Redundant Claims, Modified, Reclassified and Allowed Claims and Wrong Debtor Claims**

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| SHERRELL, WENDELL F. 15455 MANCHESTER RD  UNIT 4256 BALLWIN, MO  63022-5086 | 5379 9/30/09 NO DEBTOR | - (S) - (A) - (P) $73,030.00 (U) $73,030.00 (T) | - (S) - (A) - (P) $60.00 (U) $60.00 (T) | 09-10138 Nortel Networks Inc. | The Claim asserts liability for certain estimated tax assessments made by the UK tax authorities against the claimant for which the Debtors are not liable. Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. Wrong or No Debtor. Based on a careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors believe that the Claim should be asserted against the Identified Debtor. |
| TURVAVILLE, TERESA L 331 MELVIN JONES DR NASHVILLE, TN  37217 | 8812 8/26/16 09-10138 Nortel Networks Inc. | - (S) - (A) $7,095.99 (P) - (U) $7,095.99 (T) | Disallowed | | The claim asserts liability for termination benefits. Claim is redundant of claim 7983 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. |
| WANG, LIPING 1805 CHILDRESS LN ALLEN, TX  75013 | 372 2/23/09 09-10138 Nortel Networks Inc. | - (S) - (A) $141,208.15 (P) - (U) $141,208.15 (T) | Disallowed | | The Claim is related to ownership of equity interests in the Canadian Debtors, and therefore fails to meet the standard for prima facie validity and is not a liability of any Debtor. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit A

**Amended or Superseded Claims, Insufficient Documentation Claims, Non-Debtor Liability Claims, No-Basis 503(b)(9) Claims, No-Basis Equity Claims, No-Basis Deferred Compensation Claims, No-Basis Pension Claims, No-Basis Retiree Claims, No-Basis Claims, Redundant Claims, Modified, Reclassified and Allowed Claims and Wrong Debtor Claims**

### Claim to be Modified

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| WENHAM, TERENCE 136 CARDINAL DRIVE ROSWELL, GA 30075 | 3322 9/21/09 NO DEBTOR | - (S) - (A) $73,000.00 (P) - (U) $73,000.00 (T) | Disallowed | | The Claim is related to ownership of equity interests in the Canadian Debtors, and therefore fails to meet the standard for prima facie validity and is not a liability of any Debtor. The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| WESSELOW, STEPHEN 113 BRAELANDS DR CARY, NC 27518 | 5940 10/9/09 NO DEBTOR | - (S) - (A) $13,886.46 (P) $13,886.46 (U) $13,886.46 (T) | Disallowed | | The Claim asserts liability for certain estimated tax assessments made by the UK tax authorities against the claimant for which the Debtors are not liable. |
| WEYAND, CHRIS 1420 MCCLURE DR ALLEN, TX 75013-4001 | 3229 9/18/09 NO DEBTOR | - (S) - (A) - (P) $14,374.03 (U) $14,374.03 (T) | Disallowed | | The Claim asserts liability for certain estimated tax assessments made by the UK tax authorities against the claimant for which the Debtors are not liable. |
| WIGGIN, CHRISTOPHER PO BOX 223 528 N. SHORE ROAD SPOFFORD, NH 03462 | 4588 9/29/09 NO DEBTOR | - (S) - (A) $14,195.95 (P) - (U) $14,195.95 (T) | Disallowed | | The Claim asserts liability for certain estimated tax assessments made by the UK tax authorities against the claimant for which the Debtors are not liable. |
| WISLOCKI, BOGDAN 115 HAYWARD ST YONKERS, NY 10704-1854 | 5352 9/30/09 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $333,153.61 (U) $333,153.61 (T) | Disallowed | | The Claim is related to ownership of equity interests in the Canadian Debtors, and therefore fails to meet the standard for prima facie validity and is not a liability of any Debtor. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

# Exhibit A

**Amended or Superseded Claims, Insufficient Documentation Claims, Non-Debtor Liability Claims, No-Basis 503(b)(9) Claims, No-Basis Equity Claims, No-Basis Deferred Compensation Claims, No-Basis Pension Claims, No-Basis Retiree Claims, No-Basis Claims, Redundant Claims, Modified, Reclassified and Allowed Claims and Wrong Debtor Claims**

## Claim to be Modified

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| YOAKUM, JOHN 1704 KILARNEY DRIVE CARY, NC  27511 | 3732 9/25/09 09-10138 Nortel Networks Inc. | - (S) - (A) $545,841.00 (P) - (U) $545,841.00 (T) | - (S) - (A) - (P) $27,500.00 (U) $27,500.00 (T) | | This claim asserts liability for patent awards. The Claim is related to ownership of equity interests in the Canadian Debtors, and therefore fails to meet the standard for prima facie validity and is not a liability of any Debtor. The claim asserts liability for retiree medical benefits. Pursuant to the Retiree Welfare Settlement Agreement, this/these claim(s) was/were previously disallowed and expunged. See D.I. 9938. |
| Totals: | 79 Claims | $14,374.03 (S) $206,659.45 (A) $3,538,573.24 (P) $9,550,825.15 (U) $13,256,189.33 (T) | - (S) $12,193.00 (A) $4,944.21 (P) $760,600.56 (U) $777,737.77 (T) | | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

*Page 25 of 25*