IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS, INC., et al. | Case No. 09-10138 (KG) |
|  | (Jointly Administered) |
| Debtors. |  |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Marisa A. Lorenzo, Esq. of the law firm Kelley Drye & Warren LLP to represent the Pension Benefit Guaranty Corporation in the above-captioned cases.

*/s/ Gilbert R. Saydah Jr.*
Gilbert R. Saydah Jr. (DE Bar No. 4304)
KELLEY DRYE & WARREN LLP
101 Park Avenue
New York, New York 10178
Tel: 212-808-7800
Email: gsaydah@kelleydrye.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York. I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund effective July 23, 2009. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for the District Court.

*/s/ Marisa A. Lorenzo*
Marisa A. Lorenzo
KELLEY DRYE & WARREN LLP
101 Park Avenue
New York, New York 10178
Tel: 212-808-7800
Email: mlorenzo@kelleydrye.com

## ORDER GRANTING MOTION

*IT IS HEREBY ORDERED* that counsel's Motion for Admission *Pro Hac Vice* is granted.