# Exhibit A

NORTEL EXHIBIT A - TIME DETAILS PERIOD OCTOBER 1, 2016 THROUGH OCTOBER 31, 2016

| Task Code | Task Code Description | Professional | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Brown, Coley P | 10/13/2016 | Corresponded with Cleary regarding the terms of the litigation settlement agreement and updated analysis. | 1.3 | 550 | $ 715.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Brown, Coley P | 10/12/2016 | Reviewed terms of the litigation settlement reached between creditors and impact on restructuring. | 1.3 | 550 | $ 715.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Brown, Coley P | 10/12/2016 | Documented notes regarding terms of the litigation settlement reached between creditors for purposes of plan of reorganization. | 1.4 | 550 | $ 770.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Lukenda, James | 10/13/2016 | Nortel - review settlement correspondence motion | 0.7 | 750 | $ 525.00 |
| 6 | Retention and Fee Applications | Brown, Coley P | 10/11/2016 | Reviewed and updated monthly fee application documents and exhibits. | 2.0 | 550 | $ 1,100.00 |
| 6 | Retention and Fee Applications | Lukenda, James | 10/11/2016 | Nortel - review and sign-off monthly fee application | 0.3 | 750 | $ 225.00 |
| 7 | Disclosure Statement / Plan | Brown, Coley P | 10/13/2016 | Assisted Cleary with updating claims analysis for purposes of the disclosure statement and plan of reorganization. | 1.6 | 550 | $ 880.00 |
| 7 | Disclosure Statement / Plan | Brown, Coley P | 10/13/2016 | Worked with Cleary to provide updated claims information for purposes of the disclosure statement. | 1.2 | 550 | $ 660.00 |
| 7 | Disclosure Statement / Plan | Brown, Coley P | 10/19/2016 | Updated notes regarding draft disclosure statement and plan based on latest review. | 1.3 | 550 | $ 715.00 |
| 7 | Disclosure Statement / Plan | Brown, Coley P | 10/20/2016 | Reviewed a draft of the disclosure statement and documented notes accordingly. | 1.0 | 550 | $ 550.00 |
| 7 | Disclosure Statement / Plan | Brown, Coley P | 10/20/2016 | Reviewed a draft of the plan and documented notes accordingly. | 1.4 | 550 | $ 770.00 |
| 7 | Disclosure Statement / Plan | Brown, Coley P | 10/20/2016 | Reviewed a draft of the disclosure statement and followed up with Cleary regarding the same. | 0.9 | 550 | $ 495.00 |
| 7 | Disclosure Statement / Plan | Brown, Coley P | 10/21/2016 | Reviewed a draft of the plan and followed up with Cleary regarding the same. | 1.2 | 550 | $ 660.00 |
| 7 | Disclosure Statement / Plan | Brown, Coley P | 10/24/2016 | Updated underlying claims analysis for purposes of the plan. | 1.0 | 550 | $ 550.00 |
| 7 | Disclosure Statement / Plan | Brown, Coley P | 10/24/2016 | Reconciled exhibits within the draft plan and documented notes accordingly. | 1.6 | 550 | $ 880.00 |
| 7 | Disclosure Statement / Plan | Brown, Coley P | 10/25/2016 | Updated notes regarding draft disclosure statement and plan based on latest review. | 1.0 | 550 | $ 550.00 |
| 7 | Disclosure Statement / Plan | Brown, Coley P | 10/25/2016 | Reviewed a draft of the disclosure statement and plan and documented notes accordingly. | 1.5 | 550 | $ 825.00 |
| 7 | Disclosure Statement / Plan | Brown, Coley P | 10/26/2016 | Reconciled draft of the disclosure statement against underlying claims analysis. | 1.3 | 550 | $ 715.00 |
| 7 | Disclosure Statement / Plan | Brown, Coley P | 10/26/2016 | Reconciled draft of the plan against underlying claims analysis. | 1.6 | 550 | $ 880.00 |
| 7 | Disclosure Statement / Plan | Brown, Coley P | 10/26/2016 | Corresponded with RLKS regarding the estimated recoveries under various plan classes in the plan. | 1.6 | 550 | $ 880.00 |
| 7 | Disclosure Statement / Plan | Brown, Coley P | 10/27/2016 | Reviewed a draft of the disclosure statement and plan and documented notes accordingly. | 1.2 | 550 | $ 660.00 |
| 7 | Disclosure Statement / Plan | Brown, Coley P | 10/27/2016 | Reconciled exhibits within the draft disclosure statement and documented notes accordingly. | 1.1 | 550 | $ 605.00 |
| 7 | Disclosure Statement / Plan | Brown, Coley P | 10/28/2016 | Reviewed a draft of the disclosure statement and documented notes accordingly. | 0.9 | 550 | $ 495.00 |
| 7 | Disclosure Statement / Plan | Brown, Coley P | 10/28/2016 | Reviewed a draft of the plan and documented notes accordingly. | 1.5 | 550 | $ 825.00 |
| 7 | Disclosure Statement / Plan | Brown, Coley P | 10/31/2016 | Reviewed a draft of the disclosure statement and followed up with Cleary regarding the same. | 1.5 | 550 | $ 825.00 |
| 7 | Disclosure Statement / Plan | Brown, Coley P | 10/31/2016 | Reviewed a draft of the plan and followed up with Cleary regarding the same. | 1.3 | 550 | $ 715.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 10/3/2016 | Updated various employee claims analyses based on review. | 1.1 | 550 | $ 605.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 10/3/2016 | Reviewed and updated employee claims analysis and documented notes accordingly. | 1.3 | 550 | $ 715.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 10/3/2016 | Updated employee claims analysis based on revised Nortel notes. | 1.3 | 550 | $ 715.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 10/4/2016 | Investigated certain employee claims matters per request from Cleary. | 1.0 | 550 | $ 550.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 10/4/2016 | Analyzed employee claims database and updated underlying analyses. | 1.1 | 550 | $ 605.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 10/4/2016 | Updated employee claims analysis and circulated to working team. | 1.2 | 550 | $ 660.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 10/5/2016 | Reconciled employee claims against the claims register and updated analysis. | 1.3 | 550 | $ 715.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 10/5/2016 | Corresponded with A. Tsai of Epiq regarding the claims register and docket. | 1.6 | 550 | $ 880.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 10/6/2016 | Reconciled employee claims analysis and provided comments to Epiq. | 1.1 | 550 | $ 605.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 10/6/2016 | Reviewed employee claim documents and documented notes. | 1.4 | 550 | $ 770.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 10/7/2016 | Worked with A. Tsai and B. Hunt of Epiq to update the claims register for certain items. | 1.0 | 550 | $ 550.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 10/7/2016 | Reconciled employee claims against the claims register and updated analysis. | 1.1 | 550 | $ 605.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 10/7/2016 | Updated employee claims analysis based on comments from Cleary. | 1.4 | 550 | $ 770.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 10/10/2016 | Updated various employee claims analyses based on review. | 1.0 | 550 | $ 550.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 10/10/2016 | Updated various employee claims analyses based on review of supporting documents. | 1.0 | 550 | $ 550.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 10/10/2016 | Updated employee claims analysis based on revised Nortel notes. | 1.2 | 550 | $ 660.00 |

**NORTEL EXHIBIT A - TIME DETAILS PERIOD OCTOBER 1, 2016 THROUGH OCTOBER 31, 2016**

| Task Code | Task Code Description | Professional | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 16 | Unsecured Claim Analysis | Brown, Coley P | 10/11/2016 | Reviewed correspondence regarding certain claims and documented notes accordingly. | 1.3 | 550 | $ 715.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 10/12/2016 | Reviewed terms of the litigation settlement reached between creditors and impact on claims analysis. | 1.3 | 550 | $ 715.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 10/14/2016 | Analyzed various employee claims and updated analyses accordingly. | 1.0 | 550 | $ 550.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 10/14/2016 | Updated employee claims analysis based on comments from Cleary. | 1.3 | 550 | $ 715.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 10/14/2016 | Reconciled employee claims analysis against claims database | 0.9 | 550 | $ 495.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 10/17/2016 | Updated various employee claims analyses based on review. | 1.4 | 550 | $ 770.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 10/17/2016 | Analyzed employee claims database and updated underlying analyses. | 1.5 | 550 | $ 825.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 10/18/2016 | Updated employee claims analysis based on comments from Cleary. | 1.2 | 550 | $ 660.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 10/18/2016 | Reviewed and updated employee claims analysis and documented notes accordingly. | 1.7 | 550 | $ 935.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 10/18/2016 | Analyzed employee claims report and updated analyses accordingly. | 1.2 | 550 | $ 660.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 10/19/2016 | Reconciled employee claims against the claims register and updated analysis. | 1.1 | 550 | $ 605.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 10/19/2016 | Reconciled employee claims against the claims register and updated analysis. | 1.4 | 550 | $ 770.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 10/21/2016 | Analyzed employee claims report and updated analyses accordingly. | 1.4 | 550 | $ 770.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 10/21/2016 | Worked with A. Tsai and B. Hunt of Epiq to update the claims register for certain items. | 1.2 | 550 | $ 660.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 10/24/2016 | Analyzed underlying claims information and updated analyses accordingly. | 0.8 | 550 | $ 440.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 10/25/2016 | Corresponded with A. Tsai and B. Hunt of Epiq regarding claims register. | 1.5 | 550 | $ 825.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 10/27/2016 | Updated various employee claims analyses based on review of supporting documents. | 1.7 | 550 | $ 935.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 10/28/2016 | Reconciled employee claims analysis and updated notes accordingly. | 1.4 | 550 | $ 770.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 10/31/2016 | Reviewed and updated employee claims analysis based on comments from Epiq. | 0.8 | 550 | $ 440.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 10/31/2016 | Updated various employee claims analyses based on review of supporting documents. | 0.7 | 550 | $ 385.00 |
| 16 | Unsecured Claim Analysis | Lukenda, James | 10/11/2016 | Nortel - call with Huron director re status of claims review  outlook on work streams | 0.2 | 750 | $ 150.00 |