# Exhibit B

**NORTEL EXHIBIT B - EXPENSE DETAILS PERIOD OCTOBER 1, 2016  THROUGH OCTOBER 31, 2016**

| Date | Professional | Cost Type | Description | Amount |
|---|---|---|---|---|
|  |  |  |  |  |