IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
:
:
*In re*                                                  : Chapter 11
:
:  Case No. 09-10138 (KG)
Nortel Networks Inc., *et al.*,                          :
:  Jointly Administered
Debtors.                                                 :
:
---------------------------------------------------------X

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

      Pursuant to Local Rule 9010-1 and the attached certification, Tamara K. Minott, hereby moves for the admission pro hac vice of Eva Pascale Bibi (the "Admittee") of Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, New York 10006 to represent Nortel Networks Inc. and certain of its affiliates, as debtors and debtors in possession (collectively, the "Debtors"), in connection with the above-captioned proceedings.

Dated: November 7, 2016        MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Wilmington, Delaware

                                                */s/ Tamara K. Minott*
                              Tamara K. Minott (No. 5643)
                              1201 North Market Street
                              Wilmington, Delaware 19801
                              Telephone: (302) 658-9200
                              Facsimile: (302) 658-3989

                              *Counsel for the Debtors*
                              *and Debtors-in-Possession*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission pro hac vice is granted.

**Dated: November 8th, 2016**                    KEVIN GROSS
**Wilmington, Delaware**                         UNITED STATES BANKRUPTCY JUDGE