IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | x | |
|---|---|---|
| | : | |
| In re: | : | Chapter 11 |
| | : | |
| NORTEL NETWORKS, INC., <u>et al</u>. | : | Case No. 09-10138 (KG) |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | |
| | x | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

     Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Sarah L. Reid, Esq. of the law firm Kelley Drye & Warren LLP to represent the Pension Benefit Guaranty Corporation in the above-captioned cases.

     */s/ Gilbert R. Saydah Jr.*
     Gilbert R. Saydah Jr. (DE Bar No. 4304)
     KELLEY DRYE & WARREN LLP
     101 Park Avenue
     New York, New York 10178
     Tel: 212-808-7800
     Email: gsaydah@kelleydrye.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

     Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York. I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund effective July 23, 2009. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for the District Court.

     */s/ Sarah L. Reid*
     Sarah L. Reid
     KELLEY DRYE & WARREN LLP
     101 Park Avenue
     New York, New York 10178
     Tel: 212-808-7800
     Email: sreid@kelleydrye.com

## ORDER GRANTING MOTION

     *IT IS HEREBY ORDERED* that counsel's motion for admission *Pro Hac Vice* is granted.

**Dated: November 8th, 2016**       **KEVIN GROSS**
**Wilmington, Delaware**      **UNITED STATES BANKRUPTCY JUDGE**