**EXHIBIT B**



## CASSELS BROCK
LAWYERS

Cassels Brock & Blackwell LLP
2100, Scotia Plaza
40 King Street West
Toronto, ON Canada M5H 3C2
T  416 869 5300
F  416 360 8877

**OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF NORTEL NETWORKS INC
C/O AKIN GUMP STRAUSS HAUER & FELD LLP
ATTN: FRED HODARA
ONE BRYANT PARK
NEW YORK, NY  10036 USA**

**INVOICE #1998796**
HST/GST #: R121379572

| Date | Matter Number | Lawyer |
|---|---|---|
| October 24, 2016 | 46992-00001 | Michael Wunder |

### The Official Committee of Unsecured Creditors
### Re: Nortel Networks Inc., et al.

| | |
|---|---|
| Professional Fees | $   84,570.50 |
| Disbursements | 140.87 |
| **Total Amount Due** | **$   84,711.37 CDN** |

Cassels Brock & Blackwell LLP

Per: _____
Michael Wunder

**Wire Transfer:**
Bank of Nova Scotia
44 King St. West, Toronto, ON  M5H 1H1
Swift Code:  NOSCCATT
Bank ID:  002  Transit: 47696
CAD Funds Bank Account : 00739-11
ABA Routing #: 026 002 532
Reference: Please include the lawyer's name and the invoice number

**Credit Card:**
Payments are accepted via telephone, email or fax.
We accept
American Express, MasterCard or Visa (please circle one).
Card No. _____
Expiry Date: _____  Amount: _____
Cardholder Name: _____
Signature: _____

-2-

CASSELS BROCK & BLACKWELL LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 1998796

Matter # 46992-00001

## Invoice Detail

### TO PROFESSIONAL SERVICES RENDERED up to and including 08/31/2016

| Date | ID | TASK | Narrative | Hours |
|---|---|---|---|---|
| 8/1/2016 | RSK | 31 | Review Supreme Court of Canada ("SCC") leave applications filed by NNSA and Bondholders. | 1.3 |
| 8/1/2016 | MWU | 31 | Multiple email correspondence to and from Cassels team and Ottawa agent regarding service of Canadian appeal litigation application record, and email correspondence with NNI's Canadian counsel regarding same. | 0.6 |
| 8/1/2016 | MWU | 31 | Email correspondence with Akin Gump regarding allocation issues, and Canadian court filings for allocation appeal litigation. | 0.5 |
| 8/1/2016 | RJA | 31 | Email correspondence with Akin Gump team regarding Supreme Court of Canada leave applications. | 0.5 |
| 8/2/2016 | MS | 31 | Attend to service matters relating to Canadian court materials. | 0.5 |
| 8/2/2016 | KBY | 31 | Attending to multiple matters for service of Canadian UCC appeal materials. | 1.9 |
| 8/2/2016 | RSK | 7 | Telephone attendance with Akin Gump regarding Canadian leave application and Committee presentation. | 0.3 |
| 8/2/2016 | RSK | 31 | Review correspondence regarding service of Canadian leave application and forward same to Canadian service list. | 0.5 |
| 8/2/2016 | RSK | 31 | Review of Trade Claims Consortium Canadian leave to appeal application. | 0.7 |
| 8/2/2016 | RSK | 31 | Exchange email correspondence with Akin Gump and Cassels teams regarding Canadian appeal applications. | 0.4 |
| 8/2/2016 | MWU | 31 | Correspondence to and from counsel for NNI regarding Canadian appeal litigation. | 1.3 |
| 8/2/2016 | MWU | 31 | Multiple email correspondence and calls to and from Cassels team, and Ottawa agent regarding service and filing issues for Canadian appeal litigation and review and comment notice to service list. | 1.3 |
| 8/2/2016 | MWU | 31 | Review SCC appeal applications filed by multiple parties regarding Canadian allocation decision. | 1.8 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

**CASSELS BROCK & BLACKWELL LLP**  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 1998796  
Matter # 46992-00001

| Date | ID | TASK | Narrative | Hours |
|---|---|---|---|---|
| 8/3/2016 | MS | 31 | Correspondence regarding service of Canadian court materials. | 0.6 |
| 8/3/2016 | KBY | 31 | Coordinating post-service issues with Cassels team. | 1.8 |
| 8/3/2016 | RSK | 7 | Preparation for Committee presentation regarding summary of Canadian allocation decision appeal applications. | 1.1 |
| 8/3/2016 | RSK | 31 | Review email correspondence regarding Canadian service issues. | 0.4 |
| 8/3/2016 | MWU | 31 | Email correspondence to and from Cassels team and Ottawa agent regarding application record affidavit of service, and service on certain parties. | 0.4 |
| 8/3/2016 | MWU | 31 | Continue review of Canadian appeal application records filed by multiple core parties regarding allocation litigation. | 1.4 |
| 8/4/2016 | MS | 7 | Attending Committee call. | 0.6 |
| 8/4/2016 | KBY | 31 | Correspondence with Cassels team regarding service of court materials. | 0.2 |
| 8/4/2016 | RSK | 7 | Participated in Committee call. | 0.6 |
| 8/4/2016 | RSK | 29 | Analyze Canadian allocation issues. | 1.1 |
| 8/4/2016 | MWU | 7 | Attend on UCC call. | 0.6 |
| 8/4/2016 | MWU | 31 | Email correspondence to and from Cassels team and Ottawa service agent regarding service issues relating to Canadian appeal litigation. | 0.7 |
| 8/4/2016 | MWU | 29 | Review mark-up of draft allocation agreement with comments from other parties, and correspondence to Cassels team regarding same. | 1.8 |
| 8/4/2016 | RJA | 31 | Review allocation document and consider Canadian issues. | 0.9 |
| 8/5/2016 | GBS | 31 | Multiple email correspondence with Cassels team regarding Canadian service issues. | 0.4 |
| 8/5/2016 | MS | 31 | Correspondence regarding service of Canadian appeal material. | 0.5 |
| 8/5/2016 | RSK | 31 | Review email correspondence regarding service and filing of leave materials with Supreme Court of Canada. | 0.4 |
| 8/5/2016 | MWU | 29 | Review revised allocation support agreement and consider Canadian issues, and email correspondence with Cassels team regarding Canadian proceeding issues and comments. | 1.6 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 1998796

Matter # 46992-00001

| Date | ID | TASK | Narrative | Hours |
|---|---|---|---|---|
| 8/5/2016 | MWU | 31 | Email correspondence with Cassels team and Ottawa agent regarding service of Supreme Court of Canada appeal application record. | 0.3 |
| 8/5/2016 | JDI | 29 | Review revised allocation document. | 1.4 |
| 8/6/2016 | GBS | 31 | Multiple email correspondence with Cassels team regarding service issues. | 0.4 |
| 8/8/2016 | KBY | 31 | Correspondence with Cassels team and with Ottawa agent and reviewing draft affidavit of service for Canadian appeal application. | 0.2 |
| 8/8/2016 | RSK | 31 | Review email correspondence between Cassels and Akin Gump regarding with Cassels team. | 0.4 |
| 8/8/2016 | RSK | 31 | Review reply factum of SNMP regarding Canadian leave to appeal application. | 0.4 |
| 8/8/2016 | RSK | 31 | Review email correspondence regarding SCC service issues. | 0.3 |
| 8/8/2016 | MWU | 31 | Multiple email correspondence and calls to and from NNI's Canadian counsel, Monitor's counsel, and Canadian counsel for bonds regarding Supreme Court of Canada appeal litigation, and report to UCC advisors. | 0.9 |
| 8/8/2016 | MWU | 31 | Email correspondence with Cassels team and Ottawa agent regarding Canadian appeal litigation and time periods and next steps. | 0.6 |
| 8/9/2016 | MS | 31 | Correspondence regarding affidavit of service for Canadian appeal application. | 0.2 |
| 8/9/2016 | KBY | 31 | Correspondence with Cassels team regarding service matters. | 0.3 |
| 8/9/2016 | RSK | 31 | Review email correspondence among Cassels team regarding responding to SCC correspondence. | 0.2 |
| 8/9/2016 | RSK | 29 | Review order regarding leave to appeal allocation decision to U.S. Third Circuit Court. | 0.2 |
| 8/9/2016 | RSK | 31 | Review correspondence from SCC regarding leave application and request for Court of Appeal order. | 0.3 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

**CASSELS BROCK & BLACKWELL LLP**
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.

Invoice # 1998796

Matter # 46992-00001

| Date | ID | TASK | Narrative | Hours |
|---|---|---|---|---|
| 8/9/2016 | MWU | 31 | Calls and email correspondence regarding request for consent for Canadian motion regarding allocation appeal litigation, report to UCC advisors, multiple calls with Canadian counsel for Monitor, U.S. Debtors, and bonds, calls and email correspondence with Cassels and Ottawa agent, and consider structure for extension and termination provisions. | 2.2 |
| 8/9/2016 | MWU | 29 | Review and analysis of draft allocation agreement and consider Canadian issues, and call and email correspondence with NNI's Canadian counsel regarding same. | 1.1 |
| 8/10/2016 | MS | 31 | Correspondence with Cassels team regarding service of Canadian court materials. | 0.4 |
| 8/10/2016 | RSK | 31 | Review email correspondence and Canadian draft motion materials of Monitor regarding tolling of time periods for Canadian appeal applications. | 1.8 |
| 8/10/2016 | RSK | 31 | Review Cassels email correspondence regarding SCC correspondence. | 0.2 |
| 8/10/2016 | RSK | 29 | Review BRG analysis regarding allocation issues. | 0.3 |
| 8/10/2016 | MWU | 31 | Calls and email correspondence regarding Monitor request for consent for Canadian motion regarding for extension of time to file responding material, report to UCC advisors, conference calls with Canadian counsel for Monitor, US Debtors, and bonds, review and provide comments on multiple drafts of motion material, and call with Ottawa agent regarding same. | 3.1 |
| 8/10/2016 | RJA | 31 | Review correspondence from Monitor regarding SCC tolling request and draft motion record. | 0.8 |
| 8/11/2016 | KBY | 31 | Communications with Cassels team regarding Canadian appeal application. | 0.1 |
| 8/11/2016 | RSK | 7 | Participated in Committee call. | 0.7 |
| 8/11/2016 | RSK | 31 | Review of revised Canadian motion to toll time periods for Canadian appeal applications. | 0.8 |
| 8/11/2016 | MWU | 31 | Review revised Canadian motion material for Canadian appeal litigation, and report to UCC advisors. | 0.5 |
| 8/11/2016 | MWU | 7 | Attend on UCC call. | 0.7 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

-6-

**CASSELS BROCK & BLACKWELL LLP**
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.

Invoice # 1998796

Matter # 46992-00001

| Date | ID | TASK | Narrative | Hours |
|---|---|---|---|---|
| 8/11/2016 | MWU | 31 | Multiple calls and email correspondence with Canadian counsel for U.S. debtors, bonds, Monitor, Akin Gump regarding Canadian appeal litigation and request for time to file responding material. | 2.2 |
| 8/11/2016 | RJA | 7 | Participate in Committee call. | 0.7 |
| 8/12/2016 | MS | 29 | Review Canadian proceeding orders in connection with allocation issues assessment. | 3.7 |
| 8/12/2016 | KBY | 31 | Reviewing correspondence from Ottawa agent regarding Canadian service issues. | 0.2 |
| 8/12/2016 | RSK | 31 | Review revised Canadian motion materials regarding tolling of time to file responding material. | 1.1 |
| 8/12/2016 | RSK | 31 | Review email correspondence regarding Monitor motion to SCC for extension of time periods and related consents. | 0.6 |
| 8/12/2016 | MWU | 3 | Prepare July fee account. | 1.7 |
| 8/12/2016 | MWU | 31 | Multiple email correspondence and calls to and from Canadian counsel for Monitor and US Debtors, and updating UCC advisors regarding Canadian appeal litigation and motion to extend time, and review filed material and blacklines showing changes from prior drafts. | 1.2 |
| 8/14/2016 | MWU | 3 | Prepare July 2016 fee account. | 0.9 |
| 8/15/2016 | GBS | 31 | Meet with Cassels team to consider service issues of Leave Application to Supreme Court of Canada. | 0.4 |
| 8/15/2016 | GBS | 31 | Correspondence with Canadian counsel to NNI regarding order from Ontario Court of Appeal to discuss Canadian service issues. | 0.2 |
| 8/15/2016 | KBY | 31 | Meeting with Cassels litigation team to discuss issues, correspondence with Ottawa agent and prepare Supreme Court of Canada appeal form. | 2.1 |
| 8/15/2016 | RSK | 31 | Review correspondence with Canadian counsel for NNI regarding SCC requests on leave application. | 0.3 |
| 8/15/2016 | MWU | 31 | Email correspondence to and from Cassels team and Canadian counsel for NNI regarding issued Court of Appeal order for Supreme Court file and timing for same. | 0.4 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

**CASSELS BROCK & BLACKWELL LLP**  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 1998796

Matter # 46992-00001

| Date | ID | TASK | Narrative | Hours |
|---|---|---|---|---|
| 8/16/2016 | GBS | 31 | Email exchanges with Cassels team regarding communication with the Supreme Court of Canada regarding appeal application. | 0.8 |
| 8/16/2016 | GBS | 31 | Email exchanges with Canadian counsel to NNI regarding Supreme Court of Canada leave applications. | 0.4 |
| 8/16/2016 | KBY | 31 | Coordinating completion and filing of form for Supreme Court of Canada. | 1.7 |
| 8/16/2016 | RSK | 31 | Review email correspondence regarding draft Ontario Court of Appeal order. | 0.2 |
| 8/16/2016 | RSK | 31 | Review draft SCC form and draft Ontario Court of Appeal order. | 0.4 |
| 8/16/2016 | RSK | 31 | Email correspondence between Cassels and NNI's counsel regarding letter from SCC. | 0.3 |
| 8/16/2016 | MWU | 31 | Multiple correspondence to and from Cassels team, Ottawa agent and NNI's Canadian counsel regarding Canadian appeal litigation and filing material with Supreme Court, and review and provide comments on filing for UCC appeal litigation. | 0.6 |
| 8/16/2016 | MWU | 31 | Review draft Canadian order for appeal decision, and correspondence with Cassels and other core parties regarding form of order and related issues. | 0.3 |
| 8/16/2016 | MWU | 3 | Continue preparation of May 2016 fee account. | 0.3 |
| 8/16/2016 | MWU | 3 | Continue preparation of June 2016 fee account. | 0.4 |
| 8/17/2016 | GBS | 31 | Email correspondence with Cassels team and Canadian counsel to NNI regarding form of Ontario Court of Appeal order. | 0.6 |
| 8/17/2016 | GBS | 31 | Review draft order tolling reply time to Supreme Court of Canada leave application. | 0.1 |
| 8/17/2016 | MS | 31 | Correspondence with Cassels team regarding Canadian court filings. | 0.4 |
| 8/17/2016 | KBY | 31 | Correspondence with Cassels team and Ottawa agent regarding Canadian court filings and service issues. | 0.2 |
| 8/17/2016 | RSK | 31 | Review consent order filed with Ontario Court of Appeal. | 0.2 |
| 8/17/2016 | RSK | 31 | Email correspondence to Canadian service list approving form of Ontario Court of Appeal order. | 0.3 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 1998796

Matter # 46992-00001

| Date | ID | TASK | Narrative | Hours |
|---|---|---|---|---|
| 8/17/2016 | RSK | 31 | Review email correspondence from counsel for core parties regarding form of Ontario Court of Appeal order. | 0.4 |
| 8/17/2016 | RSK | 31 | Review draft SCC order regarding extension of time for responding materials. | 0.2 |
| 8/17/2016 | MWU | 31 | Review issued Canadian court order regarding extension of time to file responding material for Canadian appeal land reporting to UCC and advisors. | 0.3 |
| 8/17/2016 | MWU | 31 | Multiple email correspondence to and from Cassels team and Canadian counsel for core parties regarding form of Court of Appeal order. | 0.3 |
| 8/17/2016 | MWU | 29 | Email correspondence with UCC advisors regarding allocation recovery analysis. | 0.2 |
| 8/17/2016 | MWU | 3 | Prepare May 2016 fee application. | 1.6 |
| 8/18/2016 | RSK | 29 | Review revised allocation document and provide comments. | 1.8 |
| 8/18/2016 | MWU | 3 | Prepare June 2016 fee application. | 1.3 |
| 8/18/2016 | MWU | 29 | Email correspondence with UCC advisors regarding allocation issues. | 0.2 |
| 8/18/2016 | MWU | 31 | Review correspondence from Canadian counsel to Monitor regarding Canadian court order, and update Cassels team. | 0.2 |
| 8/19/2016 | RSK | 29 | Review revised allocation document and provide comments. | 0.6 |
| 8/19/2016 | MWU | 29 | Review allocation document and proposed revisions including assessing Canadian related provisions and Canadian litigation issues, and prepare mark-up and forward comments. | 2.6 |
| 8/19/2016 | MWU | 3 | Prepare June 2016 fee application. | 0.4 |
| 8/22/2016 | RSK | 29 | Review email correspondence regarding currency conversion issues and related allocation issues. | 0.3 |
| 8/23/2016 | MS | 31 | Review Canadian proceeding orders in connection with allocation issue assessment. | 2.8 |
| 8/23/2016 | MWU | 29 | Email correspondence with Akin Gump regarding allocation matters and Canadian claims issues, and related email correspondence to and from M. Sassi with instructions for due diligence review. | 0.7 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

**CASSELS BROCK & BLACKWELL LLP**  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 1998796

Matter # 46992-00001

| Date | ID | TASK | Narrative | Hours |
|---|---|---|---|---|
| 8/24/2016 | MWU | 12 | Email correspondence to and from Akin Gump regarding allocation matters and claims issues, and analyze Canadian claims issues. | 0.6 |
| 8/25/2016 | GBS | 31 | Prepare for UCC call and report on Canadian litigation status. | 0.6 |
| 8/25/2016 | GBS | 7 | Attend Committee call. | 0.5 |
| 8/25/2016 | RSK | 29 | Review update regarding status of allocation issues. | 0.2 |
| 8/25/2016 | RSK | 7 | Participated in Committee call. | 0.5 |
| 8/25/2016 | MWU | 29 | Review report from Akin Gump regarding allocation issues. | 0.2 |
| 8/26/2016 | RSK | 29 | Review allocation documents and consider Canadian issues. | 1.2 |
| 8/26/2016 | MWU | 29 | Review multiple email correspondence to and from UCC advisors regarding status of allocation matters and email correspondence with Cassels team regarding allocation documents. | 0.5 |
| 8/28/2016 | RSK | 29 | Review email correspondence regarding allocation issues. | 0.3 |
| 8/28/2016 | MWU | 29 | Multiple email correspondence to and from UCC advisors and Cassels team regarding allocation issues, and correspondence to Canadian counsel for NNI. | 0.7 |
| 8/28/2016 | MWU | 29 | Review draft agreements regarding allocation matters, and analyze for Canadian issues. | 1.8 |
| 8/28/2016 | JDI | 29 | Email correspondence with Cassels lawyers regarding allocation issues. | 0.2 |
| 8/29/2016 | MS | 29 | Detailed review and analysis of documents relating to allocation matters, and consider Canadian issues and Canadian court orders. | 1.8 |
| 8/29/2016 | RSK | 29 | Conference call with Akin Gump regarding allocation issues. | 0.8 |
| 8/29/2016 | RSK | 29 | Conference call with Canadian counsel for NNI regarding allocation issues. | 0.7 |
| 8/29/2016 | RSK | 29 | Review allocation document and discussed same with Cassels team. | 1.9 |
| 8/29/2016 | MWU | 29 | Attend on conference call with UCC advisors to discuss allocation issues. | 1.1 |
| 8/29/2016 | MWU | 29 | Review and analyze draft allocation agreement and related agreements, and consider Canadian issues. | 1.8 |

-10-

**CASSELS BROCK & BLACKWELL LLP**
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.

Invoice # 1998796

Matter # 46992-00001

| Date | ID | TASK | Narrative | Hours |
|---|---|---|---|---|
| 8/29/2016 | MWU | 29 | Confer with Cassels team regarding allocation issues. | 0.3 |
| 8/29/2016 | MWU | 29 | Conference call with Canadian counsel for NNI and Cassels team regarding allocation and distribution issues. | 0.7 |
| 8/29/2016 | MWU | 29 | Email correspondence to and from UCC advisors regarding allocation issues. | 0.2 |
| 8/29/2016 | JDI | 29 | Review and analyze Canadian issues regarding allocation documents. | 1.1 |
| 8/29/2016 | JDI | 29 | Participate on call with Canadian counsel for NNI regarding allocation matters. | 0.7 |
| 8/29/2016 | JDI | 29 | Review allocation document and consider Canadian issues. | 1.4 |
| 8/30/2016 | MS | 29 | Detailed review and analysis of documents relating to allocation matters, and consider Canadian issues and Canadian court orders. | 2.9 |
| 8/30/2016 | RSK | 29 | Review allocation document and related email correspondence with UCC advisors. | 0.8 |
| 8/30/2016 | MWU | 29 | Review and analyze draft allocation document comments and consider Canadian issues. | 1.4 |
| 8/30/2016 | MWU | 3 | Prepare July 2016 fee application. | 1.7 |
| 8/31/2016 | MWU | 3 | Prepare quarterly fee application. | 0.5 |
| 8/31/2016 | MWU | 29 | Email correspondence with NNI's Canadian counsel regarding allocation issues. | 0.2 |
| 8/31/2016 | MWU | 29 | Continue review of documents relating to allocation issues. | 0.9 |
| | | | **Total** | **110.5** |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

-11-

**CASSELS BROCK & BLACKWELL LLP**  Invoice # 1998796
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.  Matter # 46992-00001

| Name | Title | Department | Province of Bar Admission/Year | Hours | Rate | Billed Value |
|---|---|---|---|---|---|---|
| Geoffrey B. Shaw | Partner | Advocacy | Ontario - 1986 | 4.40 | $945.00 | $4,158.00 |
| Jane Dietrich | Partner | Financial Restructuring | Ontario - 2004 | 4.80 | $695.00 | $3,336.00 |
| Kate Byers | Associate | Advocacy | Ontario - 2015 | 8.70 | $390.00 | $3,393.00 |
| Michael Wunder | Partner | Financial Restructuring | Ontario - 1990 | 49.80 | $835.00 | $41,583.00 |
| Monique Sassi | Associate | Financial Restructuring | Ontario - 2013 | 14.40 | $420.00 | $6,048.00 |
| Ryan Jacobs | Partner | Financial Restructuring | Ontario - 2011 | 2.90 | $850.00 | $2,465.00 |
| Shayne Kukulowicz | Partner | Financial Restructuring | Ontario - 1990 | 25.50 | $925.00 | $23,587.50 |
| | | | | | | |
| **TOTAL** | | | | **110.50** | | **$ 84,570.50** |

**TOTAL PROFESSIONAL FEES**  $ 84,570.50

**Non-Taxable Disbursements**

Copies  130.10
Telephone / Long Distance/Conference Calls  10.77

**Total Disbursements and Tax**  140.87

**Total Fees, Disbursements & Tax**  $ 84,711.37 CDN

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 1998796

Matter # 46992-00001

## Time Summary By Task Code:

| Task Codes | Description | Hours | Fees |
|---|---|---|---|
| 0003 | Cassels Brock Fee Application/Monthly Billing Reports | 8.80 | 7,348.00 |
| 0007 | Creditors Committee Meetings | 6.30 | 5,365.00 |
| 0017 | General Adversary Proceedings | 0.60 | 501.00 |
| 0029 | Intercompany Analysis | 41.40 | 31,329.00 |
| 0031 | Canadian Proceedings/Matters | 53.40 | 40,027.50 |
| TOTAL | | 110.5 | $ 84,570.50 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP          Invoice # 1998796
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                Matter # 46992-00001

## Disbursement Details:

| Date | Narrative | Quantity | Amount |
|---|---|---|---|
| 7/22/2016 | Telephone - BELL CONFERENCING INC. INV # 112134279 | 1 | 1.86 |
| 8/2/2016 | Copies | 4 | 0.40 |
| 8/2/2016 | Copies | 4 | 0.40 |
| 8/2/2016 | Copies | 4 | 0.40 |
| 8/2/2016 | Copies | 35 | 3.50 |
| 8/2/2016 | Copies | 10 | 1.00 |
| 8/2/2016 | Copies | 6 | 0.60 |
| 8/2/2016 | Copies | 19 | 1.90 |
| 8/2/2016 | Copies | 4 | 0.40 |
| 8/2/2016 | Copies | 4 | 0.40 |
| 8/2/2016 | Copies | 2 | 0.20 |
| 8/2/2016 | Copies | 19 | 1.90 |
| 8/2/2016 | Copies | 3 | 0.30 |
| 8/2/2016 | Copies | 2 | 0.20 |
| 8/2/2016 | Copies | 2 | 0.20 |
| 8/2/2016 | Copies | 3 | 0.30 |
| 8/2/2016 | Copies | 2 | 0.20 |
| 8/2/2016 | Copies | 15 | 1.50 |
| 8/3/2016 | Copies | 19 | 1.90 |
| 8/3/2016 | Copies | 20 | 2.00 |
| 8/3/2016 | Copies | 20 | 2.00 |
| 8/4/2016 | Copies | 3 | 0.30 |
| 8/4/2016 | Copies | 66 | 6.60 |
| 8/4/2016 | Copies | 2 | 0.20 |
| 8/4/2016 | Copies | 62 | 6.20 |
| 8/4/2016 | Copies | 7 | 0.70 |
| 8/4/2016 | Copies | 26 | 2.60 |
| 8/4/2016 | Copies | 2 | 0.20 |
| 8/5/2016 | Copies | 18 | 1.80 |
| 8/8/2016 | Copies | 2 | 0.20 |
| 8/9/2016 | Copies | 5 | 0.50 |
| 8/9/2016 | Copies | 11 | 1.10 |
| 8/9/2016 | Copies | 9 | 0.90 |
| 8/9/2016 | Copies | 29 | 2.90 |
| 8/9/2016 | Copies | 3 | 0.30 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 1998796

Matter # 46992-00001

| Date | Narrative | Quantity | Amount |
|---|---|---|---|
| 8/9/2016 | Copies | 2 | 0.20 |
| 8/10/2016 | Copies | 3 | 0.30 |
| 8/10/2016 | Copies | 3 | 0.30 |
| 8/10/2016 | Copies | 10 | 1.00 |
| 8/10/2016 | Copies | 42 | 4.20 |
| 8/10/2016 | Copies | 3 | 0.30 |
| 8/10/2016 | Copies | 3 | 0.30 |
| 8/10/2016 | Copies | 10 | 1.00 |
| 8/10/2016 | Copies | 10 | 1.00 |
| 8/10/2016 | Copies | 3 | 0.30 |
| 8/10/2016 | Copies | 3 | 0.30 |
| 8/10/2016 | Copies | 4 | 0.40 |
| 8/10/2016 | Copies | 4 | 0.40 |
| 8/11/2016 | Copies | 4 | 0.40 |
| 8/11/2016 | Copies | 2 | 0.20 |
| 8/11/2016 | Copies | 12 | 1.20 |
| 8/11/2016 | Copies | 16 | 1.60 |
| 8/11/2016 | Copies | 5 | 0.50 |
| 8/11/2016 | Copies | 7 | 0.70 |
| 8/11/2016 | Copies | 6 | 0.60 |
| 8/11/2016 | Copies | 5 | 0.50 |
| 8/12/2016 | Copies | 6 | 0.60 |
| 8/12/2016 | Copies | 17 | 1.70 |
| 8/12/2016 | Copies | 14 | 1.40 |
| 8/12/2016 | Copies | 5 | 0.50 |
| 8/12/2016 | Copies | 5 | 0.50 |
| 8/12/2016 | Copies | 9 | 0.90 |
| 8/12/2016 | Copies | 4 | 0.40 |
| 8/12/2016 | Copies | 4 | 0.40 |
| 8/12/2016 | Copies | 13 | 1.30 |
| 8/15/2016 | Telephone - BELL CONFERENCING INC. | 1 | 8.91 |
| 8/15/2016 | Copies | 2 | 0.20 |
| 8/15/2016 | Copies | 6 | 0.60 |
| 8/16/2016 | Copies | 2 | 0.20 |
| 8/16/2016 | Copies | 3 | 0.30 |
| 8/16/2016 | Copies | 4 | 0.40 |
| 8/16/2016 | Copies | 3 | 0.30 |
| 8/17/2016 | Copies | 2 | 0.20 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 1998796

Matter # 46992-00001

| Date | Narrative | Quantity | Amount |
|---|---|---|---|
| 8/17/2016 | Copies | 2 | 0.20 |
| 8/17/2016 | Copies | 3 | 0.30 |
| 8/17/2016 | Copies | 3 | 0.30 |
| 8/17/2016 | Copies | 7 | 0.70 |
| 8/18/2016 | Copies | 2 | 0.20 |
| 8/18/2016 | Copies | 2 | 0.20 |
| 8/18/2016 | Copies | 2 | 0.20 |
| 8/18/2016 | Copies | 9 | 0.90 |
| 8/18/2016 | Copies | 3 | 0.30 |
| 8/18/2016 | Copies | 4 | 0.40 |
| 8/18/2016 | Copies | 2 | 0.20 |
| 8/18/2016 | Copies | 2 | 0.20 |
| 8/18/2016 | Copies | 2 | 0.20 |
| 8/18/2016 | Copies | 6 | 0.60 |
| 8/19/2016 | Copies | 77 | 7.70 |
| 8/19/2016 | Copies | 2 | 0.20 |
| 8/19/2016 | Copies | 2 | 0.20 |
| 8/19/2016 | Copies | 31 | 3.10 |
| 8/19/2016 | Copies | 72 | 7.20 |
| 8/19/2016 | Copies | 22 | 2.20 |
| 8/19/2016 | Copies | 2 | 0.20 |
| 8/19/2016 | Copies | 3 | 0.30 |
| 8/19/2016 | Copies | 72 | 7.20 |
| 8/29/2016 | Copies | 81 | 8.10 |
| 8/29/2016 | Copies | 37 | 3.70 |
| 8/30/2016 | Copies | 4 | 0.40 |
| 8/30/2016 | Copies | 4 | 0.40 |
| 8/30/2016 | Copies | 75 | 7.50 |
| 8/30/2016 | Copies | 26 | 2.60 |
| 8/30/2016 | Copies | 31 | 3.10 |
| 8/31/2016 | Copies | 3 | 0.30 |
| 8/31/2016 | Copies | 2 | 0.20 |
| 8/31/2016 | Copies | 2 | 0.20 |
| 8/31/2016 | Copies | 2 | 0.20 |
| 8/31/2016 | Copies | 2 | 0.20 |
| 8/31/2016 | Copies | 2 | 0.2 |
| | **Total** | | **140.87** |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.