EXHIBIT C

**DISBURSEMENT SUMMARY**
**AUGUST 1 TO AUGUST 31, 2016**
**(All Amounts in Canadian Dollars)**

Non-Taxable Disbursements
  Copies                                    $   130.10
  Telephone / Long Distance/Conference Calls    $   10.77

Total Non-Taxable Disbursements          **$  140.87 CDN.**