# EXHIBIT D

CASSELS BROCK & BLACKWELL LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 1998796  
Matter # 46992-00001

## Disbursement Details:

| Date | Narrative | Quantity | Amount |
|---|---|---|---|
| 7/22/2016 | Telephone - BELL CONFERENCING INC. INV # 112134279 | 1 | 1.86 |
| 8/2/2016 | Copies | 4 | 0.40 |
| 8/2/2016 | Copies | 4 | 0.40 |
| 8/2/2016 | Copies | 4 | 0.40 |
| 8/2/2016 | Copies | 35 | 3.50 |
| 8/2/2016 | Copies | 10 | 1.00 |
| 8/2/2016 | Copies | 6 | 0.60 |
| 8/2/2016 | Copies | 19 | 1.90 |
| 8/2/2016 | Copies | 4 | 0.40 |
| 8/2/2016 | Copies | 4 | 0.40 |
| 8/2/2016 | Copies | 2 | 0.20 |
| 8/2/2016 | Copies | 19 | 1.90 |
| 8/2/2016 | Copies | 3 | 0.30 |
| 8/2/2016 | Copies | 2 | 0.20 |
| 8/2/2016 | Copies | 2 | 0.20 |
| 8/2/2016 | Copies | 3 | 0.30 |
| 8/2/2016 | Copies | 2 | 0.20 |
| 8/2/2016 | Copies | 15 | 1.50 |
| 8/3/2016 | Copies | 19 | 1.90 |
| 8/3/2016 | Copies | 20 | 2.00 |
| 8/3/2016 | Copies | 20 | 2.00 |
| 8/4/2016 | Copies | 3 | 0.30 |
| 8/4/2016 | Copies | 66 | 6.60 |
| 8/4/2016 | Copies | 2 | 0.20 |
| 8/4/2016 | Copies | 62 | 6.20 |
| 8/4/2016 | Copies | 7 | 0.70 |
| 8/4/2016 | Copies | 26 | 2.60 |
| 8/4/2016 | Copies | 2 | 0.20 |
| 8/5/2016 | Copies | 18 | 1.80 |
| 8/8/2016 | Copies | 2 | 0.20 |
| 8/9/2016 | Copies | 5 | 0.50 |
| 8/9/2016 | Copies | 11 | 1.10 |
| 8/9/2016 | Copies | 9 | 0.90 |
| 8/9/2016 | Copies | 29 | 2.90 |
| 8/9/2016 | Copies | 3 | 0.30 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 1998796

Matter # 46992-00001

| Date | Narrative | Quantity | Amount |
|---|---|---|---|
| 8/9/2016 | Copies | 2 | 0.20 |
| 8/10/2016 | Copies | 3 | 0.30 |
| 8/10/2016 | Copies | 3 | 0.30 |
| 8/10/2016 | Copies | 10 | 1.00 |
| 8/10/2016 | Copies | 42 | 4.20 |
| 8/10/2016 | Copies | 3 | 0.30 |
| 8/10/2016 | Copies | 3 | 0.30 |
| 8/10/2016 | Copies | 10 | 1.00 |
| 8/10/2016 | Copies | 10 | 1.00 |
| 8/10/2016 | Copies | 3 | 0.30 |
| 8/10/2016 | Copies | 3 | 0.30 |
| 8/10/2016 | Copies | 4 | 0.40 |
| 8/10/2016 | Copies | 4 | 0.40 |
| 8/11/2016 | Copies | 4 | 0.40 |
| 8/11/2016 | Copies | 2 | 0.20 |
| 8/11/2016 | Copies | 12 | 1.20 |
| 8/11/2016 | Copies | 16 | 1.60 |
| 8/11/2016 | Copies | 5 | 0.50 |
| 8/11/2016 | Copies | 7 | 0.70 |
| 8/11/2016 | Copies | 6 | 0.60 |
| 8/11/2016 | Copies | 5 | 0.50 |
| 8/12/2016 | Copies | 6 | 0.60 |
| 8/12/2016 | Copies | 17 | 1.70 |
| 8/12/2016 | Copies | 14 | 1.40 |
| 8/12/2016 | Copies | 5 | 0.50 |
| 8/12/2016 | Copies | 5 | 0.50 |
| 8/12/2016 | Copies | 9 | 0.90 |
| 8/12/2016 | Copies | 4 | 0.40 |
| 8/12/2016 | Copies | 4 | 0.40 |
| 8/12/2016 | Copies | 13 | 1.30 |
| 8/15/2016 | Telephone - BELL CONFERENCING INC. | 1 | 8.91 |
| 8/15/2016 | Copies | 2 | 0.20 |
| 8/15/2016 | Copies | 6 | 0.60 |
| 8/16/2016 | Copies | 2 | 0.20 |
| 8/16/2016 | Copies | 3 | 0.30 |
| 8/16/2016 | Copies | 4 | 0.40 |
| 8/16/2016 | Copies | 3 | 0.30 |
| 8/17/2016 | Copies | 2 | 0.20 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

**CASSELS BROCK & BLACKWELL LLP**  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 1998796

Matter # 46992-00001

| Date | Narrative | Quantity | Amount |
|---|---|---|---|
| 8/17/2016 | Copies | 2 | 0.20 |
| 8/17/2016 | Copies | 3 | 0.30 |
| 8/17/2016 | Copies | 3 | 0.30 |
| 8/17/2016 | Copies | 7 | 0.70 |
| 8/18/2016 | Copies | 2 | 0.20 |
| 8/18/2016 | Copies | 2 | 0.20 |
| 8/18/2016 | Copies | 2 | 0.20 |
| 8/18/2016 | Copies | 9 | 0.90 |
| 8/18/2016 | Copies | 3 | 0.30 |
| 8/18/2016 | Copies | 4 | 0.40 |
| 8/18/2016 | Copies | 2 | 0.20 |
| 8/18/2016 | Copies | 2 | 0.20 |
| 8/18/2016 | Copies | 2 | 0.20 |
| 8/18/2016 | Copies | 6 | 0.60 |
| 8/19/2016 | Copies | 77 | 7.70 |
| 8/19/2016 | Copies | 2 | 0.20 |
| 8/19/2016 | Copies | 2 | 0.20 |
| 8/19/2016 | Copies | 31 | 3.10 |
| 8/19/2016 | Copies | 72 | 7.20 |
| 8/19/2016 | Copies | 22 | 2.20 |
| 8/19/2016 | Copies | 2 | 0.20 |
| 8/19/2016 | Copies | 3 | 0.30 |
| 8/19/2016 | Copies | 72 | 7.20 |
| 8/29/2016 | Copies | 81 | 8.10 |
| 8/29/2016 | Copies | 37 | 3.70 |
| 8/30/2016 | Copies | 4 | 0.40 |
| 8/30/2016 | Copies | 4 | 0.40 |
| 8/30/2016 | Copies | 75 | 7.50 |
| 8/30/2016 | Copies | 26 | 2.60 |
| 8/30/2016 | Copies | 31 | 3.10 |
| 8/31/2016 | Copies | 3 | 0.30 |
| 8/31/2016 | Copies | 2 | 0.20 |
| 8/31/2016 | Copies | 2 | 0.20 |
| 8/31/2016 | Copies | 2 | 0.20 |
| 8/31/2016 | Copies | 2 | 0.20 |
| 8/31/2016 | Copies | 2 | 0.2 |
| | **Total** | | **140.87** |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.