**EXHIBIT E**

Legal*33862089.3

**SUMMARY OF LAWYERS AND PARALEGALS
RENDERING SERVICES DURING THE PERIOD
AUGUST 1, 2016 THROUGH AUGUST 31, 2016
(All Amounts in Canadian Dollars)**

| Name | Title | Department | Province of Bar Admission/Year | Hours | Rate | Billed Value |
|---|---|---|---|---|---|---|
| Geoffrey B. Shaw | Partner | Advocacy | Ontario - 1986 | 4.4 | $945.00 | $4,158.00 |
| Jane Dietrich | Partner | Financial Restructuring | Ontario - 2004 | 4.8 | $695.00 | $3,336.00 |
| Kate Byers | Associate | Advocacy | Ontario - 2015 | 8.7 | $390.00 | $3,393.00 |
| Michael Wunder | Partner | Financial Restructuring | Ontario - 1990 | 49.8 | $835.00 | $41,583.00 |
| Monique Sassi | Associate | Financial Restructuring | Ontario - 2013 | 14.4 | $420.00 | $6,048.00 |
| Ryan Jacobs | Partner | Financial Restructuring | Ontario - 2011 | 2.9 | $850.00 | $2,465.00 |
| Shayne Kukulowicz | Partner | Financial Restructuring | Ontario - 1990 | 25.5 | $925.00 | $23,587.50 |
|  |  |  |  |  |  |  |
| TOTAL |  |  |  | 110.5 |  | **$84,570.50** |