# CERTIFICATE OF SERVICE

I, L. Katherine Good do hereby certify that on November 8, 2016, a copy of the foregoing **Thirtieth Monthly Application of Cassels Brock & Blackwell LLP, Canadian Counsel for the Official Committee of Unsecured Creditors, for Interim Allowance of Compensation and for Reimbursement of Expenses for Services Rendered During the Period from August 1, 2016 through August 31, 2016** was served on the parties on the attached list and in the manner indicated thereon.

*/s/ L. Katherine Good*
L. Katherine Good (No. 5101)

# NORTEL NETWORKS INC.
# CASE NO. 09-10138 (KG)
# SERVICE LIST

| | |
|---|---|
| **VIA HAND DELIVERY** | **VIA FIRST CLASS MAIL AND E-MAIL** |
| *(Counsel for Debtors)* <br> Derek C. Abbott, Esq <br> Morris, Nichols, Arsht & Tunnell LLP <br> 1201 North Market Street <br> P.O. 1347 <br> Wilmington, DE 19899-1347 | *(Fee Examiner)* <br> Judith Scarborough <br> Master, Sidlow & Associates, P.A. <br> 2002 West 14th Street <br> Wilmington, DE 19806 <br> E-mail: jscarborough@mastersidlow.com |

**VIA HAND DELIVERY AND E-MAIL**

*(United States Trustee)*
Mark Kenney, Esq.
Office of the United States Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801
E-mail: Mark.Kenney@usdoj.gov

**VIA FIRST CLASS MAIL**

*(Debtors)*
Nortel Networks, Inc
Attn: Accounts Payable
P.O. Box 13010
RTP, NC 27709

*(Counsel for Debtors)*
James L. Bromley, Esq.
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

*(Counsel for Official Committee of Unsecured Creditors)*
Fred S. Hodara, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036

2219587v1