B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT
District of Delaware

In re Nortel Networks Inc.                                    Case No. 09-10138

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| SPCP Group, LLC | Tata Consultancy Services Limited |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Court Claim # (if known): 3973
Amount of Claim: $3,507,825.44
Date Claim Filed: September 25, 2009

**SPCP Group, LLC**
2 Greenwich Plaza
Greenwich, CT 06830
Attn: Operations
Tel: 203-542-4441
Fax: 201-719-2157
Email: ops-administration@silverpointcapital.com and creditadmin@silverpoint.com

With a copy to:
Pryor Cashman LLP
7 Times Square
New York, NY 10036
Attn: Ronald S. Beacher
Tel: 212-326-0148
Fax: 212-515-6959
rbeacher@pryorcashman.com

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____                    Date: 11/8/2016
Transferee/Transferee's Agent  David Steinmetz
                               Authorized Signatory

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**EVIDENCE OF TRANSFER OF CLAIM**

Exhibit B

TO:        United States Bankruptcy Court
District of Delaware
Attn: Clerk

AND TO:    Nortel Networks Inc. ("Debtor")
Case No. 09-10138

Claim #: 3973

TATA CONSULTANCY SERVICES LIMITED, its successors and assigns ("Seller"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

    **SPCP GROUP, LLC**
    2 Greenwich Plaza
    Greenwich, CT 06830
    Attn: Operations
    Tel: (203) 542-4441
    Fax: (201) 719-2157
    Email: ops-administration@silverpointcapital.com and
    creditadmin@silverpoint.com

its successors and assigns ("Buyer"), all rights, title and interest in and to the claim of Seller, including all rights of stoppage in transit, replevin and reclamation, in the principal amount of $3,507,825.44 ("Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

[Remainder of page intentionally left blank; signatures on following page]

IN WITNESS WHEREOF, each of the undersigned has duly executed this Assignment by its duly authorized representative dated November  8  , 2016.

| TATA CONSULTANCY SERVICES LIMITED | SPCP GROUP, LLC |
|---|---|
| By: <br> Name: <br> Title: <br> Date: | By: _/s/ Michael A. Gatto_ <br> Name: Michael A. Gatto <br> Title: Authorized Signatory <br> Date: |

IN WITNESS WHEREOF, each of the undersigned has duly executed this Assignment by its duly authorized representative dated November ___, 2016.

| **TATA CONSULTANCY SERVICES LIMITED** | **SPCP GROUP, LLC** |
|---|---|
| By: *Surya Kant* (signed) | By: _____ |
| Name: Surya Kant | Name: |
| Title: President-North America Operations | Title: |
| Date: 11/07/2016 | Date: |

