**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------X
: 
*In re* : Chapter 11
: 
Nortel Networks Inc., *et al.*,[1] : Case No. 09-10138 (KG)
: 
                Debtors. : Jointly Administered
: 
: **Hearing Date: TBD**
: 
---------------------------------------------------------------X

**THIRTY-FIRST QUARTERLY FEE APPLICATION REQUEST OF HURON
BUSINESS ADVISORY AS ACCOUNTING AND RESTRUCTURING
CONSULTANTS FOR DEBTORS AND DEBTORS-IN-POSSESSION, FOR
THE PERIOD AUGUST 1, 2016 THROUGH OCTOBER 31, 2016**

In accordance with the Administrative Order, under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses For Professionals, dated February 4, 2009 (D.I. 222) (the "Monthly Compensation Order"), Huron Consulting Group ("Huron" or "Huron Business Advisory") hereby submits its Thirty-First Quarterly Fee Application Request (the "Request") for the period August 1, 2016 through and including October 31, 2016[2] (the "Application Period")

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567), Nortel Networks (NNCI) Inc. (4226) and Nortel Networks India International, Inc. (8667). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2] Exhibits A and B attached to Huron's monthly applications, Docket Item Nos. 17179, 17237, and 17363, contain detailed listing of Huron's requested fees and expenses for the Application Period.

2449106.1

Huron seeks approval for the following fee applications that were filed in the Application Period:

| Fee Application Filing Date, Docket No. | Period Covered By Application | Total Fees Requested | Total Expenses Requested | Certification of No Objection Filing Date, Docket No. | Amount of Fees Allowed-80% | Amount of Expenses Allowed-100% | Amount of Holdback Fees Sought |
|---|---|---|---|---|---|---|---|
| 9/13/2016 D.I. 17179 | 8/1/2016 - 8/31/2016 | $ 39,640.50 | $ - | 10/4/2016 D.I. 17220 | $ 31,712.40 | $ - | $ 7,928.10 |
| 10/11/2016 D.I. 17237 | 9/1/2016 - 9/30/2016 | 37,381.50 | - | 11/1/2016 D.I. 17320 | 29,905.20 | - | 7,476.30 |
| 11/8/2016 D.I. 17363 | 10/1/2016 - 10/31/2016 | 38,232.00 | - | Pending | 30,585.60 | - | 7,646.40 |
| TOTAL | | $115,254.00 | $ - | | $ 92,203.20 | $ - | $ 23,050.80 |

In accordance with the Monthly Compensation Order, Huron seeks interim approval of the full amount of the fees and expenses requested in the above-referenced fee application and payment by the Debtors of the amount requested in such fee application in full.

WHEREFORE, Huron respectfully requests that the Court enter the order attached hereto as Exhibit A and grant Huron such other and further relief as is just and proper.

Dated: November 9, 2016  
New York, New York

HURON BUSINESS ADVISORY

_____  
James M. Lukenda, CIRA  
Huron Business Advisory  
599 Lexington Avenue, 25th Floor  
New York, NY 10022-7656  
Telephone: 646-277-2207  
Facsimile: 508-445-0256

*Accounting and Restructuring Consultant for the Debtors and Debtors in Possession*

## CUMULATIVE COMPENSATION SUMMARY BY PROFESSIONAL

| Professional | Title | Total Hours | Billing Rate | Total Compensation |
|---|---|---|---|---|
| James Lukenda | Managing Director | 2.30 hrs | $750 / hr | $ 1,725.00 |
| Coley P. Brown | Director | 229.70 hrs | 550 / hr | 126,335.00 |
| **Total** | | **232.00 hrs** | | **$ 128,060.00** |

**Reductions**

   Travel (50%)     -
   Agreed Accommodation on Monthly Invoice (10%)     (12,806.00)

**Net Fees**     **$ 115,254.00**

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

## CUMULATIVE COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---:|---:|
| Meeting/Teleconference with Debtor Management, Board or Counsel | 3.60 | $ 2,040.00 |
| Case Reporting: UST, SOFA, SOAL | 3.40 | 2,010.00 |
| Retention and Fee Apps | 9.20 | 5,280.00 |
| Disclosure Statement / Plan | 25.70 | 14,135.00 |
| Unsecured Claim Analysis | 190.10 | 104,595.00 |
| **Total** | **232.00** | **$ 128,060.00** |

**Reductions**

   Travel (50%)     -

   Agreed Accommodation on Monthly Invoice (10%)     (12,806.00)

**Total Fees this Application Period**     **$ 115,254.00**

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

5

**CUMULATIVE EXPENSE SUMMARY**

| Category | Amount |
|---|---|
| **Total Expenses** | $ - |

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]