FILED

2016 NOV 10 AM 8:09

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

UNITED STATES BANKRUPTCY COURT

FOR THE District Of DELAWARE

In re NORTEL NETWORKS INC. ) Case No. 09-19138m KG )
  et al.,
) Chapter 11

)

***************************************************************

Response of General Beneficial LP to Nortel Network INC. Disclosure Statement

The Debtors have Failed to provided Claim # for our one Million Five Hundred Thousand (1,500,000.00) Shares of Nortel Network Corp. Common Stock.

The Disclosure Statement Should be Rejected until all claim are accounted for.

See proof of claim attach hereto.

Date: 11-08-2016

General Beneficial LP

1522 W. Manchester AVE

Los Angeles, CALIF. 90047

# UNITED STATES BANKRUPTCY COURT, FOR THE DISTRICT OF DELAWARE

**PROOF OF INTEREST**

**Name of Debtors:** NORTEL NETWORKS INC., et al.,

**Case Number:** 09-10138(KG) (jointly administered under case no.)

MAY -7 PM 12:41

THIS SPACE IS FOR COURT USE ONLY

**1. Name of holder of the Equity Interest** (The person or entity holding an Equity Interest in the debtor. Referred to hereinafter as the "Interestholder"):

GENERAL BENEFICIAL LP.
1522 W. Manchester AVE.
Los Angeles, CALIF. 90047

**Telephone No.** (323)971-6063

- ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.
- ☒ Check box if you have never received any notices from the bankruptcy court in this case.
- ☐ Check box if the address differs from the address on the envelope sent to you.

NOTE: This form SHOULD NOT be used to make a claim against the Debtors for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtors. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtors. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell or subscribe to a share, security, or interest of a kind specified in subparagraph (a) or (b) above.

**Account or other number by which Interestholder identifies debtors:** 04-2486332

Check here if this claim:
- ☐ replaces a previously filed Proof of Interest dated: _____
- ☐ amends a previously filed Proof of Interest dated: _____

**2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**
PERSHING LLC.
One Pershing Plaza
Jersey City, NJ 07399
**Telephone No.**

**3. Date Equity Interest was acquired:** @ 2015 (security Interest).

**4. Total number of shares held:** 1,500,000 shares.

**5. Stock certificate(s) identification number:** ********************************
cusip # 656568-50-8

**6. Type of Equity Interest:**

Please indicate the type of Equity Interest you hold:

- ☒ Check this box if your Equity Interest is based on actual shares of stock held in the Debtors.
- ☐ Check this box if your Equity Interest is based on options or warrants that upon exercise entitle you to receive shares of stock in the Debtors.
- ☐ Check this box if your Equity Interest is based on some other right to convert, to purchase, sell, or subscribe to a share, security, or interest in the Debtors. ***

**7. Supporting Documents:** *Attach copies of supporting documents,* such as stock certificates, option agreements, warrants etc. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary. This Proof of Interest needs to be mailed to: United States Bankruptcy Court, For the District of Delaware.

**8. Date-Stamped Copy:** To receive an acknowledgment of the filing of your proof of interest, enclose a stamped, self-addressed envelope and copy of this proof of interest.

**Date:** 04-30-2015

Sign and print the name and title, if any, of any other person authorized to file this claim (attach copy of power of attorney, if any).
GENERAL BENEFICIAL LP. (co-owner.)

*Penalty for presenting fraudulent claims:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

461624

# Citi Personal Wealth Management

# Investment Account Statement

Statement Period: 05/01/2015 - 05/31/2015

## Portfolio Holdings

### Equities  100.00% of Portfolio

#### Common Stocks

| Date Acquired | Quantity | Unit Cost | Cost Basis | Market Price | Market Value | Unrealized Gain/Loss | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|---|---|
| **CERES INC COM NEW** | | | | Security Identifier: CERE CUSIP: 15677S400 | | | | |
| 03/31/14 Dividend Option: Cash | 187.000 | 7.4240 | 1,388.24 | 2.3700 | 443.19 | -945.05 | | |
| **ENTERTAINMENT GAMING ASIA INC COM** PAR $0.001 | | | | Security Identifier: EGT CUSIP: 29383V305 | | | | |
| 02/26/14 Dividend Option: Cash | 375.000 | 4.5360 | 1,701.00 | 2.5365 | 951.19 | -749.81 | | |
| **KID BRANDS INC COM** | | | | Security Identifier: KIDBQ CUSIP: 49375T100 | | | | |
| 11/25/13 Dividend Option: Cash | 1,000.000 | 1.1660 | 1,165.50 | 0.0012 | 1.20 | -1,164.30 | | |
| **NORTEL NETWORKS NEW COM** | | | | Security Identifier: NRTLQ CUSIP: 656568508 | | | | |
| Multiple Y Dividend Option: Cash | Total Covered 1,500,000,000 | 0.0050 | 7,448.22 | 0.0035 | 5,250.00 | -2,198.22 | | |
| **OSSEN INNOVATION CO LTD SPONSORED ADR** ISIN#US68841O1097 | | | | Security Identifier: OSN CUSIP: 68841O109 | | | | |
| 12/31/13 Dividend Option: Cash | 1,000.000 | 1.3120 | 1,312.39 | 0.7801 | 780.10 | -532.29 | | |
| **RADIOSHACK CORP COM** | | | | Security Identifier: RSHCQ CUSIP: 750438103 | | | | |
| Multiple Y Dividend Option: Cash | Total Covered 1,000.000 | 2.2450 | 2,245.05 | 0.1642 | 164.20 | -2,080.85 | | |
| **SWISHER HYGIENE INC COM NEW** | | | | Security Identifier: SWSH CUSIP: 870808300 | | | | |
| 01/21/14 Dividend Option: Cash | 200.000 | 6.1970 | 1,239.35 | 1.6100 | 322.00 | -917.35 | | |

