FILED
2016 NOV 10 AM 9:09
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

UNITED STATES BANKRUPTCY COURT

FOR THE    DISTRICT OF DELAWARE (KG)

In re NORTEL NETWORKS INC. Case NO. 09-19138 (KG)

(Chapter 11)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

{CERTIFICATE OF SERVICES}

I, Herman E. Rhynes, hereby certify under penalty of perjury that:

I am not a party to the action, am over the age of Eighteen years of age and

Reside in Los Angeles County, California.

On Nov 7, 2016, I caused to be served a true and correct copy of the Response

Of General Beneficial LP, to be sent to the Parties Listed on EXHIBITS A attach

Hereto by Mail.

Date: 11-07-2016

Herman E. Rhynes

## EXHIBIT A

**OFFICE OF THE UNITED STATES TRUSTEE**
**844 King Street, Suite 2207**
**Lockbox # 35**
**Wilmington, DE 19801**

**RICHARDS, LAYTON & FINGER, P.A.**
**920 N. King Street**
**One Rodney Square**
**Wilmington, DE 19801**

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**
**1201 North Market Street,**
**P.O. Box 1347**
**Wilmington, DE 19899-1347**