**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Nortel Networks, Inc., *et al.*<br><br>Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br>Jointly Administered<br><br>**Responses Due:** _____, 2016 @ 4:00 pm<br>**Hearing Date:** November 22, 2016 @ 10:00 am |

**MOTION OF PENSION BENEFIT GUARANTY CORPORATION
FOR AN ORDER SHORTENING THE RESPONSE DEADLINE TO AND THE NOTICE
OF HEARING ON PBGC'S MOTION FOR BRIEFING SCHEDULE ON LEGAL
ISSUES IN DEBTORS' OBJECTION TO PBGC'S CLAIMS**

The Pension Benefit Guaranty Corporation ("PBGC") moves the Court for an Order that shortens and sets the deadlines for Debtors' response to and the notice of the hearing on PBGC's Motion to Issue Briefing Schedule for the Parties to Address the Legal Issues in the Debtors' Objection to PBGC's claims (the "PBGC Briefing Schedule Motion"), filed simultaneously herewith.

**BACKGROUND**

To avoid unnecessary duplication, PBGC respectfully refers the Court and the parties to the Background section of the PBGC Briefing Schedule Motion.

**RELIEF REQUESTED**

1.     By this motion, PBGC respectfully requests that the Court issue an order, substantially in the form of **Exhibit A** attached hereto, that shortens and sets the deadline for Debtors' response to the PBGC Briefing Schedule Motion, and shortens notice of the hearing on that motion.

1

## BASIS FOR RELIEF REQUESTED

2.      The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1334 and 157.  This Motion to shorten notice is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).  Venue is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

3.      PBGC brings this motion under Section 105(a) of the U.S. Bankruptcy Code, which provides that this Court "may issue any order, process, or judgment that is necessary or appropriate to carry out the provisions of this title."  11 U.S.C. § 105(a).

4.      PBGC also brings this motion under Rule 9006 of the Federal Rules of Bankruptcy Procedure and Rule 9006-1(e) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware.  Rule 9006(c)(1) provides that this Court "for cause shown may in its discretion with or without motion or notice order the period reduced."  Local Rule 9006-1(e) states that the Court may grant PBGC's requested relief upon PBGC's "written motion (served on all interested parties) specifying the exigencies justifying shortened notice."

5.      Debtors filed their Objection to PBGC's claims on November 2, 2016.  Doc. 17325.  The Debtors listed a response date of November 16, 2016, and indicated, both in their Objection to PBGC's claims (Doc. 17325 n.24) and verbally to PBGC, their intention to seek discovery from PBGC to support their arguments.  In a conference call on November 4, 2016, PBGC proposed to Debtors' counsel that the parties first brief the legal issues before conducting any discovery, but Debtors' counsel rejected that proposal.

6.      The Court has a status conference scheduled for November 22, 2016, which is the most logical time to address this matter.  The Court's guidance is essential to establish the most efficient way to resolve the Objection.  The Debtors will not be prejudiced by a shortened

deadline to respond to PBGC's Briefing Schedule Motion and a shortened notice of the hearing thereon. The Debtors initiated the claim Objection. And the parties discussed obtaining a ruling on the legal issues first, but Debtors rejected that proposal.

WHEREFORE, PBGC respectfully requests that the Court issue an Order that shortens and sets the deadline for Debtors' response to and the notice of hearing on PBGC's Motion to Issue Briefing Schedule a briefing schedule, substantially in the form of **Exhibit A** attached hereto.

Dated: November 10, 2016                    Respectfully submitted,


/s/ Vicente Matias Murrell
ISRAEL GOLDOWITZ
Chief Counsel
CHARLES L. FINKE
Deputy Chief Counsel
PAULA J. CONNELLY
GARTH D. WILSON
Assistant Chief Counsels
VICENTE MATIAS MURRELL
(MD Bar No. 9806240098)
MARC S. PFEUFFER
Attorneys
PENSION BENEFIT GUARANTY
CORPORATION
Office of the Chief Counsel
1200 K Street, N.W., Suite 340
Washington, D.C. 20005-4026
Telephone: (202) 326-4020, ext. 3580
Facsimile: (202) 326-4112

SARAH L. REID
ERIC R. WILSON
BENJAMIN D. FEDER JR. (DE Bar No. 4304)
KELLEY DRYE & WARREN LLP
101 Park Avenue
New York, NY 10178
Telephone: (212) 808-7800
Facsimile: (212) 808-7897

## EXHIBIT A

Proposed Order

Case 09-10138-MFW    Doc 17381    Filed 11/10/16    Page 5 of 6

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Nortel Networks, Inc., *et al.*<br><br>Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br>Jointly Administered<br><br>**RE: D.I. _____** |

**ORDER GRANTING MOTION OF PENSION BENEFIT GUARANTY
CORPORATION FOR AN ORDER SHORTENING THE RESPONSE DEADLINE TO
AND THE NOTICE OF HEARING ON PBGC'S MOTION FOR BRIEFING SCHEDULE
ON LEGAL ISSUES IN DEBTORS' OBJECTION TO PBGC'S CLAIMS**

Upon the motion of the Pension Benefit Guaranty Corporation for an Order Shortening the Response Deadline to and the Notice of Hearing on PBGC's Motion for Briefing Schedule on Legal Issues in Debtors' Objection to PBGC's Claims (the "Motion"), and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED, DECREED, AND ADJUDGED THAT:

1. The Motion is granted as set forth herein.

2. The hearing on the Motion shall be held on November 22, 2016, at 10:00 a.m. (ET).

3. The deadline to file and serve objections, if any, shall be November 18, 2016, at 4:00 p.m. (ET).

Dated: _____, 2016
Wilmington, Delaware

_____
THE HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE