# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | Ref. Docket No. 17344 |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                         ) ss.:
COUNTY OF NEW YORK  )

KONSTANTINA HAIDOPOULOS, being duly sworn, deposes and says:

1. I am employed as a Senior Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 4, 2016, I caused to be served the "Notice of Debtors' Forty-Sixth Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (No-Liability Claims)," dated November 4, 2016, to which was attached the "Debtors' Forty-Sixth Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (No-Liability Claims)," dated November 4, 2016 [Docket No. 17344], by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567); and Nortel Networks (CALA) Inc. (4226).Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Konstantina Haidopoulos

Sworn to before me this
10th day of November, 2016

Notary Public

SIDNEY J. GARABATO
NOTARY PUBLIC, STATE OF NEW YORK
No. 01GA6216946
Qualified in New York County
Commission Expires March 15, 20 18

-2-

T:\Clients\NORTEL\Affidavits\46th Omni Obj_DI 17344_AFF_11-4-16.doc

# EXHIBIT A

NNI 17344 11-4-16

FLAHERTY, LAUREN
C/O RACHEL B. MERSKY, ESQUIRE
MONZACK MERSKY MCLAUGHLIN AND BROWDER,
P.A., 1201 N. ORANGE ST STE 400
WILMINGTON, DE 19801

NNI 17344 11-4-16

ROESE, JOHN
C/O RACHEL B. MERSKY, ESQUIRE
MONZACK MERSKY MCLAUGHLIN AND BROWDER,
P.A., 1201 N. ORANGE STREET SUITE 400
WILMINGTON, DE 19801

NNI 17344 11-4-16

WENDT, DIETMAR
C/O RACHEL B. MERSKY, ESQUIRE
MONZACK MERSKY MCLAUGHLIN AND BROWDER,
P.A., 1201 N. ORANGE STREET, SUITE 400
WILMINGTON, DE 19801