## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| *In re* | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
|  | Ref. Docket Nos. 17321, 17322, 17351, 17356, 17364, 17373 & 17377 |

### AFFIDAVIT OF SERVICE

| | |
|---|---|
| STATE OF NEW YORK | ) |
| | ) ss.: |
| COUNTY OF NEW YORK | ) |

TIM CONKLIN, being duly sworn, deposes and says:

1.  I am employed as a Senior Case Manager by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, 12th Floor, New York, NY 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On November 10, 2016, I caused to be served a personalized "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e) (2) or (4)" (the "Personalized Transfers"), a sample of which is annexed hereto as Exhibit A, by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on Exhibit B.

3.  All envelopes utilized in the service of the foregoing contained the following legend:  "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Tim Conklin*
Tim Conklin

Sworn to before me this
11th day of November, 2016
*/s/ Regina Amporfro*
Notary Public, State of New York
No. 01AM6064508
Qualified in Queens County
Commission Expires September 24, 2017

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

**EXHIBIT A**

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Legal Documents Enclosed
Please direct to the attention
of the Addressee,

Address Service Requested

Legal Department or President



NNI TRFNTC (MERGE2, TXNUM2) 4000116032

To:    BAR(23) MAILID *** 000112209950 ***



BRADFORD CAPITAL ADVISORS, LLC
TRANSFEROR: WIRELESS INTEGRATED NETWORKS
ATTN: BRIAN BRAGER
11 BRADFORD AVENUE
PASSAIC, NJ 07055

# THE REMAINDER OF THIS PAGE
# INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:

WIRELESS INTEGRATED NETWORKS INC.
NINOS HEROES 134 PTE. COL. CENTRO
HERMOSILLO
SONORA MEXICO, CP 83000
 MEXICO

WIRELESS INTEGRATED NETWORKS INC.
RICHARD K. WINTERS, MGR US OPERATIONS
23160 CARNOUSTIE DR
PO BOX 1453
FOLEY, AL 36535-1453

Please note that your claim # 3773-01 in the above referenced case and in the amount of
$116,326.00 allowed at $116,326.00 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000112209950 ***          NNI TRFNTC (MERGE2, TXNUM2) 4000116032



BRADFORD CAPITAL ADVISORS, LLC
TRANSFEROR: WIRELESS INTEGRATED NETWORKS
ATTN: BRIAN BRAGER
11 BRADFORD AVENUE
PASSAIC, NJ 07055

No action is required if you do not object to the transfer of your claim.  However  **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER        17351        in your objection.  If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  11/10/2016                         David D. Bird, Clerk of Co

                                          /s/ Tim Conklin

                                          EPIQ BANKRUPTCY SOLUTIONS, LLC

                                          as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  November 10, 2016.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



Address Service Requested

NNI TRFNTC (MERGE2, TXNUM2) 4000115250

To:     BAR(23) MAILID *** 000112209945 ***



ELMAALOUF, CHRISTIAN
1032 ENCHANTED ROCK DR.
ALLEN, TX 75013

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
### BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form,    **transferor**    refers to the claimant who is selling or otherwise assigning its claim.  While    **transferee**    refers to the party who is purchasing or othewise being assigned the claim.

To:    BAR(23) MAILID *** 000112209945 ***          NNI TRFNTC (MERGE2, TXNUM2) 4000115250



ELMAALOUF, CHRISTIAN
1032 ENCHANTED ROCK DR.
ALLEN, TX 75013

Please note that your claim # 8749 in the above referenced case and in the amount of
$30,000.00 allowed at $29,249.26 has been transferred (unless previously expunged by court order)

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: ELMAALOUF, CHRISTIAN
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST,**
**WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER          17377          in your objection.  If you file an
objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS**
**AS THE CLAIMANT.**

Date:  11/10/2016                          David D. Bird, Clerk of Co

                                          /s/ Tim Conklin
                                          _____
                                          EPIQ BANKRUPTCY SOLUTIONS, LLC

                                          as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  November 10, 2016.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Legal Documents Enclosed
Please direct to the attention
of the Addressee,

Address Service Requested

Legal Department or President



NNI TRFNTC (MERGE2, TXNUM2) 4000116033

To:      BAR(23) MAILID *** 000112209951 ***

HAIN CAPITAL HOLDINGS, LLC
TRANSFEROR: HERR, SCOTT A.
ATTN: ATARA MAGDER
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**

**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form,   **transferor**   refers to the claimant who is selling or otherwise assigning its claim.  While   **transferee**   refers to the party who is purchasing or otehwise being assigned the claim.

To:

HERR, SCOTT A.
2413 PRIMROSE DR
RICHARDSON, TX 75082

Please note that your claim # 4224 in the above referenced case and in the amount of

$40,458.24 allowed at $41,705.00 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000112209951 ***          NNI TRFNTC (MERGE2, TXNUM2) 4000116033



HAIN CAPITAL HOLDINGS, LLC
TRANSFEROR: HERR, SCOTT A.
ATTN: ATARA MAGDER
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

No action is required if you do not object to the transfer of your claim.  However   **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST,**
**WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER          17356          in your objection.  If you file an
objection, a hearing will be scheduled.   **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS**
**AS THE CLAIMANT.**

Date:   11/10/2016                          David D. Bird, Clerk of Co

                                            /s/ Tim Conklin
                                            _____
                                            EPIQ BANKRUPTCY SOLUTIONS, LLC

                                            as claims agent for the debtor(s).

FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  November 10, 2016.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Address Service Requested

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



NNI TRFNTC (MERGE2, TXNUM2) 4000107625

To:     BAR(23) MAILID *** 000112209942 ***



HERR, SCOTT A.
2413 PRIMROSE DR
RICHARDSON, TX 75082

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
### BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or otehwise being assigned the claim.

To:     BAR(23) MAILID *** 000112209942 ***       NNI TRFNTC (MERGE2, TXNUM2) 4000107625



HERR, SCOTT A.
2413 PRIMROSE DR
RICHARDSON, TX 75082

Please note that your claim # 4224 in the above referenced case and in the amount of
$40,458.24 allowed at $41,705.00 has been transferred (unless previously expunged by court order)

HAIN CAPITAL HOLDINGS, LLC
TRANSFEROR: HERR, SCOTT A.
ATTN: ATARA MAGDER
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

No action is required if you do not object to the transfer of your claim. However **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER      17356      in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:   11/10/2016            David D. Bird, Clerk of Co

           /s/ Tim Conklin

           EPIQ BANKRUPTCY SOLUTIONS, LLC

           as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on November 10, 2016.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Address Service Requested

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



NNI TRFNTC (MERGE2, TXNUM2) 4000115469

To:     BAR(23) MAILID *** 000112209947 ***



JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC
TRANSFEROR: SONAR CREDIT PARTNERS II, LL
520 MADISON AVE. THIRD FLOOR
NEW YORK,, NY 10022

# THE REMAINDER OF THIS PAGE
# INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF

### BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form,    **transferor**    refers to the claimant who is selling or otherwise assigning its claim.  While    **transferee**    refers to the party who is purchasing or othewise being assigned the claim.

To:    BAR(23) MAILID *** 000112209947 ***            NNI TRFNTC (MERGE2, TXNUM2) 4000115469



JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC
TRANSFEROR: SONAR CREDIT PARTNERS II, LL
520 MADISON AVE. THIRD FLOOR
NEW YORK,, NY 10022

Please note that your claim # 6983 in the above referenced case and in the amount of
$268,911.51 allowed at $206,909.84 has been transferred (unless previously expunged by court order)

OPTICAL NN HOLDINGS, LLC
TRANSFEROR: JEFFERIES LEVERAGED CREDIT P
ATTN: MICHAEL G. LINN
ONE MARITIME PLAZA, SUITE 2100
SAN FRANCISCO, CA 94111

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER        17322              in your objection.  If you file an objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  11/10/2016                    David D. Bird, Clerk of Co

                            /s/ Tim Conklin

                            EPIQ BANKRUPTCY SOLUTIONS, LLC

                            as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  November 10, 2016.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Legal Documents Enclosed
Please direct to the attention
of the Addressee,

Address Service Requested

Legal Department or President



NNI TRFNTC (MERGE2, TXNUM2) 4000115460

To:      BAR(23) MAILID *** 000112209946 ***

JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC
TRANSFEROR: SONAR CREDIT PARTNERS, LLC
520 MADISON AVE. THIRD FLOOR
NEW YORK, NY 10022

# THE REMAINDER OF THIS PAGE
# INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form,    **transferor**    refers to the claimant who is selling or otherwise assigning its claim.  While    **transferee**    refers to the party who is purchasing or othewise being assigned the claim.

To:    BAR(23) MAILID *** 000112209946 ***          NNI TRFNTC (MERGE2, TXNUM2) 4000115460



JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC
TRANSFEROR: SONAR CREDIT PARTNERS, LLC
520 MADISON AVE. THIRD FLOOR
NEW YORK, NY 10022

Please note that your claim # 254 in the above referenced case and in the amount of
$188,004.58 allowed at $188,004.58 has been transferred (unless previously expunged by court order)

OPTICAL NN HOLDINGS, LLC
TRANSFEROR: JEFFERIES LEVERAGED CREDIT P
ATTN: MICHAEL G. LINN
ONE MARITIME PLAZA, SUITE 2100
SAN FRANCISCO, CA 94111

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER          17321                    in your objection.  If you file an objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:   11/10/2016                          David D. Bird, Clerk of Co

/s/ Tim Conklin

EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  November 10, 2016.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Address Service Requested

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



NNI TRFNTC (MERGE2, TXNUM2) 4000116036

To:     BAR(23) MAILID *** 000112209954 ***

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: ELMAALOUF, CHRISTIAN
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

# THE REMAINDER OF THIS PAGE
# INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**

**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form,    **transferor**    refers to the claimant who is selling or otherwise assigning its claim.  While    **transferee**    refers to the party who is purchasing or othewise being assigned the claim.

To:

ELMAALOUF, CHRISTIAN
1032 ENCHANTED ROCK DR.
ALLEN, TX 75013

Please note that your claim # 8749 in the above referenced case and in the amount of
$30,000.00 allowed at $29,249.26 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000112209954 ***            NNI TRFNTC (MERGE2, TXNUM2) 4000116036



LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: ELMAALOUF, CHRISTIAN
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER        17377            in your objection.  If you file an objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  11/10/2016                          David D. Bird, Clerk of Co

                                         /s/ Tim Conklin

                                         EPIQ BANKRUPTCY SOLUTIONS, LLC

                                         as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  November 10, 2016.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Legal Documents Enclosed
Please direct to the attention
of the Addressee,

Address Service Requested

Legal Department or President



NNI TRFNTC (MERGE2, TXNUM2) 4000116034

To:      BAR(23) MAILID *** 000112209952 ***

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: ZHANG, HUI
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

# THE REMAINDER OF THIS PAGE
# INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**

**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form,    **transferor**    refers to the claimant who is selling or otherwise assigning its claim.  While    **transferee**    refers to the party who is purchasing or othewise being assigned the claim.

To:

ZHANG, HUI
4109 CARMICHAEL DRIVE
PLANO, TX 75024

Please note that your claim # 2921 in the above referenced case and in the amount of
$8,739.40 allowed at $8,739.40 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000112209952 ***          NNI TRFNTC (MERGE2, TXNUM2) 4000116034



LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: ZHANG, HUI
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST,**
**WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER          17364                    in your objection.  If you file an objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS**
**AS THE CLAIMANT.**

Date:  11/10/2016                          David D. Bird, Clerk of Co

/s/ Tim Conklin

EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  November 10, 2016.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Address Service Requested

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



NNI TRFNTC (MERGE2, TXNUM2) 4000116030

To:    BAR(23) MAILID *** 000112209948 ***



OPTICAL NN HOLDINGS, LLC
TRANSFEROR: JEFFERIES LEVERAGED CREDIT P
ATTN: MICHAEL G. LINN
ONE MARITIME PLAZA, SUITE 2100
SAN FRANCISCO, CA 94111

# THE REMAINDER OF THIS PAGE
# INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**

**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form,    **transferor**    refers to the claimant who is selling or otherwise assigning its claim. While    **transferee**    refers to the party who is purchasing or othewise being assigned the claim.

To:

JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC
TRANSFEROR: SONAR CREDIT PARTNERS, LLC
520 MADISON AVE. THIRD FLOOR
NEW YORK, NY 10022

Please note that your claim # 254 in the above referenced case and in the amount of
$188,004.58 allowed at $188,004.58 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000112209948 ***          NNI TRFNTC (MERGE2, TXNUM2) 4000116030



OPTICAL NN HOLDINGS, LLC
TRANSFEROR: JEFFERIES LEVERAGED CREDIT P
ATTN: MICHAEL G. LINN
ONE MARITIME PLAZA, SUITE 2100
SAN FRANCISCO, CA 94111

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER       17321       in your objection.  If you file an objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  11/10/2016                          David D. Bird, Clerk of Co

                                          /s/ Tim Conklin

                                          EPIQ BANKRUPTCY SOLUTIONS, LLC

                                          as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  November 10, 2016.



Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Address Service Requested

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President

NNI TRFNTC (MERGE2, TXNUM2) 4000116031

To:     BAR(23) MAILID *** 000112209949 ***



OPTICAL NN HOLDINGS, LLC
TRANSFEROR: JEFFERIES LEVERAGED CREDIT P
ATTN: MICHAEL G. LINN
ONE MARITIME PLAZA, SUITE 2100
SAN FRANCISCO, CA 94111

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form,    **transferor**    refers to the claimant who is selling or otherwise assigning its claim.  While    **transferee**    refers to the party who is purchasing or othewise being assigned the claim.

To:

JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC
TRANSFEROR: SONAR CREDIT PARTNERS II, LL
520 MADISON AVE. THIRD FLOOR
NEW YORK,, NY 10022

Please note that your claim # 6983 in the above referenced case and in the amount of
$268,911.51 allowed at $206,909.84 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000112209949 ***          NNI TRFNTC (MERGE2, TXNUM2) 4000116031



OPTICAL NN HOLDINGS, LLC
TRANSFEROR: JEFFERIES LEVERAGED CREDIT P
ATTN: MICHAEL G. LINN
ONE MARITIME PLAZA, SUITE 2100
SAN FRANCISCO, CA 94111

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER          17322          in your objection.  If you file an objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  11/10/2016                          David D. Bird, Clerk of Co

                                          /s/ Tim Conklin

                                          _____

                                          EPIQ BANKRUPTCY SOLUTIONS, LLC

                                          as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  November 10, 2016.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Legal Documents Enclosed
Please direct to the attention
of the Addressee,

Address Service Requested

Legal Department or President



NNI TRFNTC (ADDRESS2, ADRKEYID3) 13200

To:     BAR(23) MAILID *** 000112209958 ***



SPCP GROUP, LLC
PRYOR CASHMAN LLP
ATTN: RONALD S. BEACHER
7 TIMES SQUARE
NEW YORK, NY 10036

# THE REMAINDER OF THIS PAGE
# INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
### BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form,  **transferor**  refers to the claimant who is selling or otherwise assigning its claim.  While  **transferee**  refers to the party who is purchasing or othewise being assigned the claim.

To:

TATA CONSULTANCY SERVICES LIMITED
ATTN: SATYA S HEGDE, ESQ
101 PARK AVENUE, 26TH FLOOR
NEW YORK, NY 10178

TATA CONSULTANCY SERVICES LIMITED
KELLEY DRYE & WARREN LLP
ATTN: TALAT ANSARI, ESQ.
101 PARK AVENUE, 28TH FLOOR
NEW YORK, NY 10178

Please note that your claim # 3973 in the above referenced case and in the amount of
$3,507,825.44 allowed at $3,507,825.44 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000112209958 ***          NNI TRFNTC (ADDRESS2, ADRKEYID3) 13200



SPCP GROUP, LLC
PRYOR CASHMAN LLP
ATTN: RONALD S. BEACHER
7 TIMES SQUARE
NEW YORK, NY 10036

SPCP GROUP, LLC
TRANSFEROR: TATA CONSULTANCY SERVICES LI
ATTN: OPERATIONS
2 GREENWICH PLAZA
GREENWICH, CT 06830

No action is required if you do not object to the transfer of your claim.  However  **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER          17373          in your objection.  If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  11/10/2016                          David D. Bird, Clerk of Co

/s/ Tim Conklin

EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  November 10, 2016.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Legal Documents Enclosed
Please direct to the attention
of the Addressee,

Address Service Requested

Legal Department or President



NNI TRFNTC (MERGE2, TXNUM2) 4000116035

To:     BAR(23) MAILID *** 000112209953 ***

SPCP GROUP, LLC
TRANSFEROR: TATA CONSULTANCY SERVICES LI
ATTN: OPERATIONS
2 GREENWICH PLAZA
GREENWICH, CT 06830

# THE REMAINDER OF THIS PAGE
# INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
### BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form,    **transferor**   refers to the claimant who is selling or otherwise assigning its claim. While    **transferee**   refers to the party who is purchasing or otehwise being assigned the claim.

To:

TATA CONSULTANCY SERVICES LIMITED
ATTN: SATYA S HEGDE, ESQ
101 PARK AVENUE, 26TH FLOOR
NEW YORK, NY 10178

TATA CONSULTANCY SERVICES LIMITED
KELLEY DRYE & WARREN LLP
ATTN: TALAT ANSARI, ESQ.
101 PARK AVENUE, 28TH FLOOR
NEW YORK, NY 10178

Please note that your claim # 3973 in the above referenced case and in the amount of
$3,507,825.44 allowed at $3,507,825.44 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000112209953 ***          NNI TRFNTC (MERGE2, TXNUM2) 4000116035



SPCP GROUP, LLC
TRANSFEROR: TATA CONSULTANCY SERVICES LI
ATTN: OPERATIONS
2 GREENWICH PLAZA
GREENWICH, CT 06830

SPCP GROUP, LLC
PRYOR CASHMAN LLP
ATTN: RONALD S. BEACHER
7 TIMES SQUARE
NEW YORK, NY 10036

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST,**
**WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER         17373                in your objection.  If you file an objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS**
**AS THE CLAIMANT.**

Date:  11/10/2016                    David D. Bird, Clerk of Co

                                     /s/ Tim Conklin

                                     EPIQ BANKRUPTCY SOLUTIONS, LLC

                                     as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  November 10, 2016.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Legal Documents Enclosed
Please direct to the attention
of the Addressee,

Address Service Requested

Legal Department or President



NNI TRFNTC (MERGE2, TXNUM2) 4000107823

To:     BAR(23) MAILID *** 000112209943 ***

TATA CONSULTANCY SERVICES LIMITED
ATTN: SATYA S HEGDE, ESQ
101 PARK AVENUE, 26TH FLOOR
NEW YORK, NY 10178

# THE REMAINDER OF THIS PAGE
# INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or otewise being assigned the claim.

To:    BAR(23) MAILID *** 000112209943 ***        NNI TRFNTC (MERGE2, TXNUM2) 4000107823



TATA CONSULTANCY SERVICES LIMITED
ATTN: SATYA S HEGDE, ESQ
101 PARK AVENUE, 26TH FLOOR
NEW YORK, NY 10178

TATA CONSULTANCY SERVICES LIMITED
KELLEY DRYE & WARREN LLP
ATTN: TALAT ANSARI, ESQ.
101 PARK AVENUE, 28TH FLOOR
NEW YORK, NY 10178

Please note that your claim # 3973 in the above referenced case and in the amount of
$3,507,825.44 allowed at $3,507,825.44 has been transferred (unless previously expunged by court order)

SPCP GROUP, LLC
TRANSFEROR: TATA CONSULTANCY SERVICES LI
ATTN: OPERATIONS
2 GREENWICH PLAZA
GREENWICH, CT 06830

SPCP GROUP, LLC
PRYOR CASHMAN LLP
ATTN: RONALD S. BEACHER
7 TIMES SQUARE
NEW YORK, NY 10036

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
824 NORTH MARKET STREET, 3RD FLOOR
WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER        17373        in your objection.  If you file an objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  11/10/2016                    David D. Bird, Clerk of Co

/s/ Tim Conklin

EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  November 10, 2016.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Legal Documents Enclosed
Please direct to the attention
of the Addressee,

Address Service Requested

Legal Department or President



NNI TRFNTC (ADDRESS2, ADRKEYID3) 11544

To:    BAR(23) MAILID *** 000112209955 ***

TATA CONSULTANCY SERVICES LIMITED
KELLEY DRYE & WARREN LLP
ATTN: TALAT ANSARI, ESQ.
101 PARK AVENUE, 28TH FLOOR
NEW YORK, NY 10178

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

## NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
## BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form,    **transferor**    refers to the claimant who is selling or otherwise assigning its claim.  While    **transferee**    refers to the party who is purchasing or othewise being assigned the claim.

To:    BAR(23) MAILID *** 000112209955 ***        NNI TRFNTC (ADDRESS2, ADRKEYID3) 11544



TATA CONSULTANCY SERVICES LIMITED                    TATA CONSULTANCY SERVICES LIMITED
KELLEY DRYE & WARREN LLP                              ATTN: SATYA S HEGDE, ESQ
ATTN: TALAT ANSARI, ESQ.                              101 PARK AVENUE, 26TH FLOOR
101 PARK AVENUE, 28TH FLOOR                           NEW YORK, NY 10178
NEW YORK, NY 10178

Please note that your claim # 3973 in the above referenced case and in the amount of
$3,507,825.44 allowed at $3,507,825.44 has been transferred (unless previously expunged by court order)

SPCP GROUP, LLC                                       SPCP GROUP, LLC
TRANSFEROR: TATA CONSULTANCY SERVICES LI              PRYOR CASHMAN LLP
ATTN: OPERATIONS                                      ATTN: RONALD S. BEACHER
2 GREENWICH PLAZA                                     7 TIMES SQUARE
GREENWICH, CT 06830                                   NEW YORK, NY 10036

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER        17373            in your objection.  If you file an objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  11/10/2016                        David D. Bird, Clerk of Co

                                         /s/ Tim Conklin
                                         _____
                                         EPIQ BANKRUPTCY SOLUTIONS, LLC

                                         as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  November 10, 2016.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Address Service Requested

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



NNI TRFNTC (ADDRESS2, ADRKEYID3) 12461

To:     BAR(23) MAILID *** 000112209956 ***

TATA CONSULTANCY SERVICES LIMITED
KELLEY DRYE & WARREN LLP
ATTN: KRISTIN S. ELLIORR, ESQ.
101 PARK AVENUE, 28TH FLOOR
NEW YORK, NY 10178

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
### BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form,    **transferor**    refers to the claimant who is selling or otherwise assigning its claim.  While    **transferee**    refers to the party who is purchasing or othewise being assigned the claim.

To:    BAR(23) MAILID *** 000112209956 ***        NNI TRFNTC (ADDRESS2, ADRKEYID3) 12461



TATA CONSULTANCY SERVICES LIMITED                          TATA CONSULTANCY SERVICES LIMITED
KELLEY DRYE & WARREN LLP                                   ATTN: SATYA S HEGDE, ESQ
ATTN: KRISTIN S. ELLIORR, ESQ.                             101 PARK AVENUE, 26TH FLOOR
101 PARK AVENUE, 28TH FLOOR                                NEW YORK, NY 10178
NEW YORK, NY 10178

Please note that your claim # 3973 in the above referenced case and in the amount of
$3,507,825.44 allowed at $3,507,825.44 has been transferred (unless previously expunged by court order)

SPCP GROUP, LLC
TRANSFEROR: TATA CONSULTANCY SERVICES LI
ATTN: OPERATIONS
2 GREENWICH PLAZA
GREENWICH, CT 06830

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER        17373            in your objection.  If you file an objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  11/10/2016                         David D. Bird, Clerk of Co

                                          /s/ Tim Conklin
                                          _____
                                          EPIQ BANKRUPTCY SOLUTIONS, LLC

                                          as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  November 10, 2016.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Address Service Requested

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



NNI TRFNTC (ADDRESS2, ADRKEYID3) 13069

To:     BAR(23) MAILID *** 000112209957 ***

WIRELESS INTEGRATED NETWORKS INC.
RICHARD K. WINTERS, MGR US OPERATIONS
23160 CARNOUSTIE DR
PO BOX 1453
FOLEY, AL 36535-1453

# THE REMAINDER OF THIS PAGE
# INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
### BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:     BAR(23) MAILID *** 000112209957 ***          NNI TRFNTC (ADDRESS2, ADRKEYID3) 13069

WIRELESS INTEGRATED NETWORKS INC.                   WIRELESS INTEGRATED NETWORKS INC.
RICHARD K. WINTERS, MGR US OPERATIONS               NINOS HEROES 134 PTE. COL. CENTRO
23160 CARNOUSTIE DR                                 HERMOSILLO
PO BOX 1453                                         SONORA MEXICO, CP 83000
FOLEY, AL 36535-1453                                 MEXICO

Please note that your claim # 3773-01 in the above referenced case and in the amount of
$116,326.00 allowed at $116,326.00 has been transferred (unless previously expunged by court order)

BRADFORD CAPITAL ADVISORS, LLC
TRANSFEROR: WIRELESS INTEGRATED NETWORKS
ATTN: BRIAN BRAGER
11 BRADFORD AVENUE
PASSAIC, NJ 07055

No action is required if you do not object to the transfer of your claim.  However     **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER      17351      in your objection.  If you file an objection, a hearing will be scheduled.     **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  11/10/2016                      David D. Bird, Clerk of Co

                                       /s/ Tim Conklin
                                       _____
                                       EPIQ BANKRUPTCY SOLUTIONS, LLC

                                       as claims agent for the debtor(s).

FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  November 10, 2016.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Legal Documents Enclosed
Please direct to the attention
of the Addressee,

Address Service Requested

Legal Department or President



NNI TRFNTC (MERGE2, TXNUM2) 4000106628

To:        BAR(23) MAILID *** 000112209941 ***

ZHANG, HUI
4109 CARMICHAEL DRIVE
PLANO, TX 75024

# THE REMAINDER OF THIS PAGE
# INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
### BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:    BAR(23) MAILID *** 000112209941 ***        NNI TRFNTC (MERGE2, TXNUM2) 4000106628



ZHANG, HUI
4109 CARMICHAEL DRIVE
PLANO, TX 75024

Please note that your claim # 2921 in the above referenced case and in the amount of
$8,739.40 allowed at $8,739.40 has been transferred (unless previously expunged by court order)

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: ZHANG, HUI
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER        17364        in your objection.  If you file an objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  11/10/2016                David D. Bird, Clerk of Co

                /s/ Tim Conklin

                EPIQ BANKRUPTCY SOLUTIONS, LLC

                as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  November 10, 2016.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Address Service Requested

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



NNI TRFNTC (MERGE2, TXNUM2) 4000111989

To:     BAR(23) MAILID *** 000112209944 ***



WIRELESS INTEGRATED NETWORKS INC.
NINOS HEROES 134 PTE. COL. CENTRO
HERMOSILLO
SONORA MEXICO, CP 83000
 MEXICO

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**
**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:    BAR(23) MAILID *** 000112209944 ***      NNI TRFNTC (MERGE2, TXNUM2) 4000111989



| | |
|---|---|
| WIRELESS INTEGRATED NETWORKS INC. | WIRELESS INTEGRATED NETWORKS INC. |
| NINOS HEROES 134 PTE. COL. CENTRO | RICHARD K. WINTERS, MGR US OPERATIONS |
| HERMOSILLO | 23160 CARNOUSTIE DR |
| SONORA MEXICO, CP 83000 | PO BOX 1453 |
| MEXICO | FOLEY, AL 36535-1453 |

Please note that your claim # 3773-01 in the above referenced case and in the amount of
$116,326.00 allowed at $116,326.00 has been transferred (unless previously expunged by court order)

BRADFORD CAPITAL ADVISORS, LLC
TRANSFEROR: WIRELESS INTEGRATED NETWORKS
ATTN: BRIAN BRAGER
11 BRADFORD AVENUE
PASSAIC, NJ 07055

No action is required if you do not object to the transfer of your claim. However **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER      17351      in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:   11/10/2016          David D. Bird, Clerk of Co

         /s/ Tim Conklin

         EPIQ BANKRUPTCY SOLUTIONS, LLC

         as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  November 10, 2016.

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| BRADFORD CAPITAL ADVISORS, LLC | TRANSFEROR: WIRELESS INTEGRATED NETWORKS, ATTN: BRIAN BRAGER, 11 BRADFORD AVENUE, PASSAIC, NJ 07055 |
| ELMAALOUF, CHRISTIAN | 1032 ENCHANTED ROCK DR., ALLEN, TX 75013 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: HERR, SCOTT A., ATTN: ATARA MAGDER, 301 ROUTE 17, 7TH FLOOR, RUTHERFORD, NJ 07070 |
| HERR, SCOTT A. | 2413 PRIMROSE DR, RICHARDSON, TX 75082 |
| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC | TRANSFEROR: SONAR CREDIT PARTNERS, LLC, 520 MADISON AVE. THIRD FLOOR, NEW YORK, NY 10022 |
| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC | TRANSFEROR: SONAR CREDIT PARTNERS II, LL, 520 MADISON AVE. THIRD FLOOR, NEW YORK,, NY 10022 |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: ELMAALOUF, CHRISTIAN, ONE UNIVERSITY PLAZA, SUITE 312, HACKENSACK, NJ 07601 |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: ZHANG, HUI, ONE UNIVERSITY PLAZA, SUITE 312, HACKENSACK, NJ 07601 |
| OPTICAL NN HOLDINGS, LLC | TRANSFEROR: JEFFERIES LEVERAGED CREDIT P, ATTN: MICHAEL G. LINN, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| OPTICAL NN HOLDINGS, LLC | TRANSFEROR: JEFFERIES LEVERAGED CREDIT P, ATTN: MICHAEL G. LINN, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| SPCP GROUP, LLC | TRANSFEROR: TATA CONSULTANCY SERVICES LI, ATTN: OPERATIONS, 2 GREENWICH PLAZA, GREENWICH, CT 06830 |
| SPCP GROUP, LLC | PRYOR CASHMAN LLP, ATTN: RONALD S. BEACHER, 7 TIMES SQUARE, NEW YORK, NY 10036 |
| TATA CONSULTANCY SERVICES LIMITED | ATTN: SATYA S HEGDE, ESQ, 101 PARK AVENUE, 26TH FLOOR, NEW YORK, NY 10178 |
| TATA CONSULTANCY SERVICES LIMITED | KELLEY DRYE & WARREN LLP, ATTN: TALAT ANSARI, ESQ., 101 PARK AVENUE, 28TH FLOOR, NEW YORK, NY 10178 |
| TATA CONSULTANCY SERVICES LIMITED | KELLEY DRYE & WARREN LLP, ATTN: KRISTIN S. ELLIORR, ESQ., 101 PARK AVENUE, 28TH FLOOR, NEW YORK, NY 10178 |
| WIRELESS INTEGRATED NETWORKS INC. | NINOS HEROES 134 PTE. COL. CENTRO, HERMOSILLO, SONORA MEXICO, CP 83000 MEXICO |
| WIRELESS INTEGRATED NETWORKS INC. | RICHARD K. WINTERS, MGR US OPERATIONS, 23160 CARNOUSTIE DR, PO BOX 1453, FOLEY, AL 36535-1453 |
| ZHANG, HUI | 4109 CARMICHAEL DRIVE, PLANO, TX 75024 |

**Total Creditor Count 18**

CLEARY GOTTLIEB STEEN & HAMILTON LLP
JAMES L. BROMLEY, ESQ.
ONE LIBERTY PLAZA
NEW YORK, NY 10006