# SERVICE LIST

## VIA OVERNIGHT MAIL

Israel Goldowitz
Charles L. Finke
Paula Connelly
Garth Wilson
Vincent Matias Murrell
Marc Pfeuffer
Pension Benefit Guaranty Corporation
1200 K Street, N.W.
Suite 340
Washington, DC 20005

## VIA EMAIL AND OVERNIGHT MAIL

Sarah Reid
Eric R. Wilson
Benjamin D. Feder
Kelley Drye & Warrne LLP
101 Park Ave.
New York, NY 10178
Email: sreid@kelleydrye.com
        ewilson@kelleydrye.com
        bfeder@kelleydryer.com

Vincent Matias Murrell
Pension Benefit Guaranty Corporation
1200 K Street, N.W.
Suite 340
Washington, DC 20005
Email: Murrell.Vicente@pbgc.gov

10555246.1