# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Nortel Networks, Inc., *et al.*<br><br>Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br>Jointly Administered<br><br>RE: D.I. 17381 |

## ORDER GRANTING MOTION OF PENSION BENEFIT GUARANTY CORPORATION FOR AN ORDER SHORTENING THE RESPONSE DEADLINE TO AND THE NOTICE OF HEARING ON PBGC'S MOTION FOR BRIEFING SCHEDULE ON LEGAL ISSUES IN DEBTORS' OBJECTION TO PBGC'S CLAIMS

Upon the motion of the Pension Benefit Guaranty Corporation for an Order Shortening the Response Deadline to and the Notice of Hearing on PBGC's Motion for Briefing Schedule on Legal Issues in Debtors' Objection to PBGC's Claims (the "Motion"), and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED, DECREED, AND ADJUDGED THAT:

1. The Motion is granted as set forth herein.
2. The hearing on the Motion shall be held on November 22, 2016, at 10:00 a.m. (ET).

3. The deadline to file and serve objections, if any, shall be November ~~18~~ **21**, 2016, at **NOON** ~~4:00 p.m.~~ (ET).

Dated: **Nov. 14**, 2016
Wilmington, Delaware

_____
THE HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE

6