**Exhibit B**

4844-5936-9788.1

**Nortel Networks, Inc.**
**Expenses**

| Employee | Description | Transaction Date | Expenses |
|---|---|---|---|
| Beakey III,Andrew M (US011131290) | Air: Airfare for Tax return review meetings in Houston TX\\LXRMKU | 7/26/2016 | $305.97 |
| Mills,Rebecca Hinson (US013300310) | Air: Amex booking fee for flight to perform testing on site with NJ team.\\IAFPHP | 7/22/2016 | $7.00 |
| Mills,Rebecca Hinson (US013300310) | Air: Flight to Newark and back to Charlotte to perform testing on site with NJ team for sample testing of Raj P's database\\IAFPHP | 7/22/2016 | $189.44 |
| Beakey III,Andrew M (US011131290) | Air: Nortel meeting\\UGJQOC | 7/13/2016 | $218.89 |
| Beakey III,Andrew M (US011131290) | Air: Nortel meetings - airline transaction fee \\UGJQOC | 7/13/2016 | $35.00 |
| Beakey III,Andrew M (US011131290) | Air: Nortel meetings - airline transaction fee\\LXRMKU | 7/26/2016 | $7.00 |
| Kennedy,Diana Lynn (US012436403) | Brkft: Breakfast for myself while out of town for meeting in Houston | 8/16/2016 | $11.89 |
| Mills,Rebecca Hinson (US013300310) | Brkft: Breakfast while traveling to NJ to perform sample testing of Raj P's database. | 7/26/2016 | $13.08 |
| Mills,Rebecca Hinson (US013300310) | Brkft: Water/coffee at airport while traveling from EWR to CLT to return from testing planning and coordination. | 7/28/2016 | $11.60 |
| Wood,Jeffrey T (US013081390) | Dinner: Charlotte meetings for Nortel | 8/31/2016 | $6.00 |
| Kennedy,Diana Lynn (US012436403) | Dinner: Dinner for myself while travelling back from Houston compliance meeting (ATL airport) | 8/16/2016 | $19.78 |
| Mills,Rebecca Hinson (US013300310) | Dinner: Dinner while traveling in NJ to perform and oversee sample testing of Raj P's database | 7/27/2016 | $25.52 |
| Mills,Rebecca Hinson (US013300310) | Dinner: Dinner while traveling in NJ to perform/review testing results of Raj P's database. | 7/26/2016 | $22.68 |
| Wood,Jeffrey T (US013081390) | Mileage: \\Office to client and back | 8/18/2016 | $8.10 |
| Wood,Jeffrey T (US013081390) | Mileage: \\Office to EY Charlotte and back to meet with TAS team regarding PLRs and factual outlines related to CODI timing | 8/31/2016 | $172.80 |
| Wood,Jeffrey T (US013081390) | Mileage: Meeting with Mergis on Nortel\\Office to Mergis | 9/19/2016 | $16.20 |
| Mills,Rebecca Hinson (US013300310) | Mileage: Mileage to and from Charlotte airport while traveling to oversee sampling, planning and testing of Raj P's database tax calculations results.\\to and from CLT | 7/28/2016 | $11.88 |
| Kennedy,Diana Lynn (US012436403) | Mileage: Mileage to/from airport for Nortel Houston meeting\\EY Raleigh/airport | 8/16/2016 | $12.96 |

**Nortel Networks, Inc.**
**Expenses**

| Employee | Description | Transaction Date | Expenses |
|---|---|---|---|
| Gentile,Matthew Donald (US012548056) | Mileage: The business purpose of this expense was to travel to a client location for a meeting and discussion of state issues. The origin was Raleigh and the destination was Nortel's North Raleigh office.\\Raleigh; North Raleigh | 8/25/2016 | $10.80 |
| Kennedy,Diana Lynn (US012436403) | Parking: Airport parking for 2 days while out of town for Houston compliance meeting. | 8/16/2016 | $14.00 |
| Mills,Rebecca Hinson (US013300310) | Parking: Parking at CLT airport while traveling to NJ for trip to oversee and perform employment tax sampling of calculations. | 7/28/2016 | $67.00 |
| Wood,Jeffrey T (US013081390) | Parking: Parking Charlotte Meetings | 8/31/2016 | $23.00 |
| Mills,Rebecca Hinson (US013300310) | Taxi: Car from Newark airport to lodging in NJ to perform testing of Raj P's database samples.\\From Newark | 7/26/2016 | $32.17 |
| Mills,Rebecca Hinson (US013300310) | Taxi: Taxi from lodging to Newark for return flight while traveling to perform and oversee sample testing of employment tax calculations\\Lodging to EWR | 7/28/2016 | $23.87 |
| Mills,Rebecca Hinson (US013300310) | TelePhnExp: In flight internet to perform testing and review emails while traveling to conduct testing in NJ. | 7/26/2016 | $9.95 |
| | | Totals | $1,276.58 |