# EXHIBIT B



## CASSELS BROCK
L A W Y E R S

Cassels Brock & Blackwell LLP
2100, Scotia Plaza
40 King Street West
Toronto, ON Canada M5H 3C2
T  416 869 5300
F  416 360 8877

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF NORTEL NETWORKS INC
C/O AKIN GUMP STRAUSS HAUER & FELD LLP
ATTN: FRED HODARA
ONE BRYANT PARK
NEW YORK, NY  10036 USA

**INVOICE #1999658**
HST/GST #: R121379572

| Date | Matter Number | Lawyer |
|---|---|---|
| **November 8, 2016** | **46992-00001** | **Michael Wunder** |

**The Official Committee of Unsecured Creditors**
**Re: Nortel Networks Inc., et al.**

| | | |
|---|---|---|
| Professional Fees | $ | 61,773.00 |
| Disbursements | | 10,661.45 |
| **Total Amount Due** | **$** | **72,434.45** CDN |

**Cassels Brock & Blackwell LLP**

Per: _____
        Michael Wunder

**Wire Transfer:**
Bank of Nova Scotia
44 King St. West, Toronto, ON  M5H 1H1
Swift Code:  NOSCCATT
Bank ID:  002  Transit: 47696
CAD Funds Bank Account : 00739-11
ABA Routing #: 026 002 532
Reference: Please include the lawyer's name and the
invoice number

**Credit Card:**
Payments are accepted via telephone, email or fax.
We accept
American Express, MasterCard or Visa (please circle
one).
Card No.

_____
Expiry Date: _____ Amount:
_____
Cardholder Name:
_____
Signature:
_____

CASSELS BROCK & BLACKWELL LLP                    Invoice # 1999658
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                         Matter # 46992-00001

---

### Invoice Detail

## TO PROFESSIONAL SERVICES RENDERED up to and including 09/30/2016

| Date | ID | TASK | Narrative | Hours |
|------|-----|------|-----------|-------|
| 9/1/2016 | RSK | 7 | Participated in Committee call. | 0.4 |
| 9/1/2016 | MWU | 7 | Attend on UCC call. | 0.4 |
| 9/1/2016 | RJA | 7 | Participate in weekly UCC call. | 0.4 |
| 9/2/2016 | KBY | 31 | Correspondence with Ottawa agent regarding Canadian appeal litigation. | 0.1 |
| 9/2/2016 | RSK | 29 | Review U.S. court order regarding allocation appeal. | 0.2 |
| 9/2/2016 | RSK | 31 | Review issued order of Ontario Court of Appeal regarding Canadian leave to appeal application. | 0.2 |
| 9/6/2016 | RSK | 29 | Review allocation update and revised allocation document. | 0.9 |
| 9/6/2016 | MWU | 29 | Review email correspondence regarding allocation issues, and forward to Cassels team. | 0.3 |
| 9/6/2016 | RJA | 29 | Review draft allocation document. | 1.4 |
| 9/7/2016 | RSK | 29 | Review allocation document and provide Canadian comments. | 0.9 |
| 9/7/2016 | MWU | 29 | Review draft allocation document, and analyze Canadian Issues, and email correspondence with Cassels lawyers. | 1.8 |
| 9/7/2016 | MWU | 29 | Email correspondence with Canadian counsel for NNI regarding allocation issues. | 0.2 |
| 9/8/2016 | RSK | 29 | Exchange email correspondence with Cassels team regarding allocation settlement and support agreement ("RSA"). | 0.2 |
| 9/8/2016 | RSK | 7 | Participated in Committee call. | 0.4 |
| 9/8/2016 | MWU | 29 | Call with Canadian counsel for NNI regarding allocation issues. | 0.3 |
| 9/8/2016 | MWU | 29 | Continue review of allocation document and Canadian allocation issues. | 1.1 |
| 9/8/2016 | MWU | 7 | Attend on UCC call. | 0.4 |
| 9/9/2016 | RSK | 29 | Consider Canadian issues regarding allocation. | 0.8 |
| 9/9/2016 | MWU | 29 | Email correspondence to and from Akin Gump with respect to allocation document and Canadian issues and status. | 0.4 |
| 9/9/2016 | MWU | 29 | Email correspondence to Cassels lawyer regarding Canadian allocation issues. | 0.3 |
| 9/11/2016 | RSK | 29 | Review revised RSA and provide comments. | 1.1 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.

Invoice # 1999658

Matter # 46992-00001

| Date | ID | TASK | Narrative | Hours |
|------|-----|------|-----------|-------|
| 9/11/2016 | RSK | 29 | Review email correspondence from Akin Gump regarding allocation issues. | 0.3 |
| 9/11/2016 | MWU | 29 | Review allocation document and comments from multiple parties. | 1.7 |
| 9/11/2016 | MWU | 29 | Prepare summary of comments regarding allocation issues for UCC advisors, and multiple email correspondence to and from Cassels team. | 1.4 |
| 9/11/2016 | RJA | 29 | Review and comment on latest draft RSA. | 0.9 |
| 9/11/2016 | RJA | 29 | Email correspondence with Cassels team regarding comments on RSA. | 0.2 |
| 9/11/2016 | JDI | 29 | Review revised draft RSA. | 0.5 |
| 9/11/2016 | JDI | 29 | Exchange email correspondence regarding comments on allocation issues. | 0.2 |
| 9/12/2016 | MWU | 29 | Review revised allocation document and consider Canadian issues. | 0.7 |
| 9/12/2016 | MWU | 29 | Correspondence with UCC advisors regarding allocation issues. | 0.3 |
| 9/12/2016 | MWU | 29 | Review draft document regarding allocation issues, and report to UCC advisors regarding same. | 1.1 |
| 9/12/2016 | RJA | 29 | Review and comment on latest draft RSA. | 0.7 |
| 9/12/2016 | RJA | 29 | Review and respond to Akin Gump inquiries regarding Canadian comments to RSA. | 0.5 |
| 9/12/2016 | JDI | 29 | Review comments on draft Canadian escrow agreement. | 0.3 |
| 9/13/2016 | RSK | 29 | Review mark-up of Canadian distribution escrow agreement and related email correspondence. | 0.8 |
| 9/13/2016 | MWU | 3 | Prepare August, 2016 fee account. | 2.6 |
| 9/14/2016 | RSK | 32 | Review U.S. allocation appeal court filings. | 0.8 |
| 9/14/2016 | RSK | 29 | Review revised RSA and exchange email correspondence with Cassels team regarding same. | 1.1 |
| 9/14/2016 | MWU | 29 | Review draft allocation document, and related email correspondence, and consider Canadian issues. | 1.3 |
| 9/14/2016 | RJA | 29 | Review and comment on latest draft RSA. | 1.3 |
| 9/15/2016 | RSK | 31 | Review Canadian motion record of Monitor and Canadian debtors regarding claims dispute by former Calgary employees claims. | 1.1 |
| 9/15/2016 | RSK | 7 | Participated in Committee call. | 0.5 |
| 9/15/2016 | MWU | 7 | Attend on UCC call. | 0.5 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP

The Official Committee of Unsecured Creditors

Re: Nortel Networks Inc, et al.

Invoice # 1999658

Matter # 46992-00001

| Date | ID | TASK | Narrative | Hours |
|---|---|---|---|---|
| 9/15/2016 | MWU | 29 | Continue review of draft allocation document and analyze Canadian issues. | 1.3 |
| 9/16/2016 | RSK | 31 | Review responding Canadian motion record of directors and officers regarding Calgary employee claims. | 0.7 |
| 9/16/2016 | RSK | 31 | Review motion record and factum of Calgary employees regarding claim dispute. | 0.9 |
| 9/19/2016 | RSK | 31 | Review Canadian legal brief of Monitor regarding former Calgary employees claims. | 1.1 |
| 9/19/2016 | MWU | 31 | Review multiple Canadian court filings, motion records, and factums regarding dispute relating to claims of former Nortel Canada Calgary employees, and CCAA prior orders regarding Calgary employees claims process, and prepare and forward update report to UCC advisors. | 1.9 |
| 9/19/2016 | RJA | 31 | Review court filings regarding Calgary employee claims motion. | 0.8 |
| 9/20/2016 | RSK | 31 | Review email correspondence and memo regarding motion over disputed claim of former Calgary employees. | 0.6 |
| 9/20/2016 | MWU | 31 | Review multiple Canadian court filings, motion records, and factums regarding dispute relating to claims of former Nortel Canada Calgary employees, and CCAA prior orders regarding Calgary employees claims process. | 1.1 |
| 9/20/2016 | MWU | 31 | Email correspondence and calls with Canadian counsel for NNI, and call with Monitor's Canadian counsel regarding Canadian motion relating to Calgary employee claims, and prepare and forward update report to UCC advisors. | 0.6 |
| 9/20/2016 | MWU | 12 | Email correspondence to and from UCC advisors regarding Canadian claims issues. | 0.3 |
| 9/20/2016 | MWU | 31 | Prepare and forward report to UCC regarding Canadian litigation. | 0.5 |
| 9/20/2016 | RJA | 31 | Review email correspondence to Committee regarding Calgary employee claim motion. | 0.2 |
| 9/20/2016 | RJA | 31 | Review motion material filed in CCAA proceeding regarding Calgary employee claims issues. | 0.8 |
| 9/21/2016 | MS | 31 | Review Canadian court filings in connection with Canadian claims motion to prepare for court hearing. | 1.8 |
| 9/21/2016 | RSK | 31 | Review reply factum of Calgary employees. | 0.3 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP                          Invoice # 1999658
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                          Matter # 46992-00001

| Date | ID | TASK | Narrative | Hours |
|------|-----|------|-----------|-------|
| 9/21/2016 | MWU | 31 | Review additional Canadian court filings for Canadian court hearing regarding dispute relating to claims of former Nortel Canada Calgary employees, and prepare for court hearing including providing instructions to associate regarding court attendance. | 1.2 |
| 9/21/2016 | RJA | 31 | Review email update to Committee regarding Calgary employee claim issue. | 0.2 |
| 9/22/2016 | MS | 31 | Review Canadian court filings in connection with Canadian claims motion to prepare for court hearing. | 1.1 |
| 9/22/2016 | MS | 31 | Attend to Canadian court hearing regarding employee claims against the Canadian debtors and directors. | 5.6 |
| 9/22/2016 | MS | 31 | Reporting to Cassels team regarding attendance at Canadian court hearing. | 0.9 |
| 9/22/2016 | RSK | 29 | Review revised RSA and consider Canadian issues. | 2.2 |
| 9/22/2016 | RSK | 7 | Participated in Committee call. | 0.3 |
| 9/22/2016 | MWU | 7 | Attend on UCC call. | 0.3 |
| 9/22/2016 | MWU | 29 | Review and analyze revised allocation document and consider Canadian allocation issues. | 1.4 |
| 9/22/2016 | MWU | 31 | Email correspondence with M. Sassi regarding Canadian court attendance and Canadian hearing. | 0.2 |
| 9/22/2016 | RJA | 7 | Attend Committee call. | 0.3 |
| 9/22/2016 | RJA | 31 | Review revised RSA and assess allocation issues. | 1.8 |
| 9/23/2016 | RSK | 31 | Review Monitor's Canadian motion record for CCAA stay extension. | 1.4 |
| 9/23/2016 | RSK | 7 | Participated in Committee call. | 0.4 |
| 9/23/2016 | RSK | 29 | Review revised RSA and Canadian distribution escrow agreement. | 1.5 |
| 9/23/2016 | MWU | 7 | Attend on UCC call. | 0.4 |
| 9/23/2016 | MWU | 29 | Review and analyze revised allocation document and consider Canadian allocation issues. | 1.2 |
| 9/23/2016 | MWU | 31 | Email correspondence with Canadian counsel for Monitor regarding Canadian stay extension hearing. | 0.2 |
| 9/26/2016 | RSK | 29 | Review email correspondence from Akin Gump regarding revised RSA. | 0.2 |
| 9/26/2016 | RSK | 31 | Review summary regarding Canadian stay extension motion materials. | 0.3 |
| 9/26/2016 | MWU | 29 | Review and analyze revised allocation document and consider Canadian allocation issues. | 0.9 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.

Invoice # 1999658

Matter # 46992-00001

| Date | ID | TASK | Narrative | Hours |
|------|-----|------|-----------|-------|
| 9/26/2016 | MWU | 31 | Email correspondence with Canadian counsel for NNI regarding Canadian stay extension hearing. | 0.2 |
| 9/26/2016 | MWU | 31 | Review of Canadian motion record and supporting Monitor's report and draft Canadian court order, and prepare summary for UCC advisors. | 2.3 |
| 9/26/2016 | RJA | 29 | Review correspondence from Akin Gump regarding allocation issues. | 0.4 |
| 9/26/2016 | RJA | 31 | Review Calgary claims court filings. | 0.4 |
| 9/27/2016 | RSK | 31 | Review Canadian court decision regarding claims of former Calgary employees. | 0.6 |
| 9/27/2016 | MWU | 31 | Report to Committee regarding Canadian court hearing. | 0.5 |
| 9/27/2016 | MWU | 31 | Email correspondence regarding Canadian court hearing. | 0.2 |
| 9/27/2016 | MWU | 12 | Review Canadian court decision regarding Canadian Calgary employee claims, and report to UCC advisors regarding same. | 0.4 |
| 9/28/2016 | RSK | 31 | Review of revised CCAA stay extension order. | 0.3 |
| 9/28/2016 | RSK | 7 | Preparation for Canadian case status report for Committee call. | 0.6 |
| 9/28/2016 | MWU | 31 | Review revised draft Canadian court order served by Monitor's counsel, and prepare for Canadian court hearing. | 0.5 |
| 9/28/2016 | MWU | 29 | Review revised allocation documents and consider Canadian issues. | 0.7 |
| 9/28/2016 | RJA | 29 | Review email correspondence regarding status of allocation issues. | 0.4 |
| 9/29/2016 | RSK | 29 | Review email correspondence regarding allocation issues. | 0.2 |
| 9/29/2016 | RSK | 7 | Participated in Committee call. | 0.5 |
| 9/29/2016 | MWU | 8 | Attend Canadian court hearing. | 0.8 |
| 9/29/2016 | MWU | 7 | Attend on UCC status call. | 0.5 |
| 9/29/2016 | MWU | 29 | Review correspondence from Akin Gump regarding allocation matters. | 0.2 |
| 9/29/2016 | RJA | 7 | Participate in Committee call. | 0.5 |
| 9/30/2016 | RSK | 31 | Review CCAA stay extension order and new CCAA applicants claims notice. | 0.2 |
| | | | **Total** | **76.3** |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.

Invoice # 1999658

Matter # 46992-00001

| Name | Title | Department | Province of Bar Admission/Year | Hours | Rate | Billed Value |
|---|---|---|---|---|---|---|
| Jane Dietrich | Partner | Financial Restructuring | Ontario - 2004 | 1.00 | $695.00 | $695.00 |
| Kate Byers | Associate | Advocacy | Ontario - 2015 | 0.10 | $390.00 | $39.00 |
| Michael Wunder | Partner | Financial Restructuring | Ontario - 1990 | 32.60 | $835.00 | $27,221.00 |
| Monique Sassi | Associate | Financial Restructuring | Ontario - 2013 | 9.40 | $420.00 | $3,948.00 |
| Ryan Jacobs | Partner | Financial Restructuring | Ontario - 2011 | 11.20 | $850.00 | $9,520.00 |
| Shayne Kukulowicz | Partner | Financial Restructuring | Ontario - 1990 | 22.00 | $925.00 | $20,350.00 |
| | | | | | | |
| **TOTAL** | | | | **76.30** | | **$ 61,773.00** |

**TOTAL PROFESSIONAL FEES**                                    $  61,773.00

**Non-Taxable Disbursements**

    Copies                                                         220.40
    Agency Fees and Disbursements                    10,435.18
    Binding, Tabs, Disks, etc                                 3.23
    Telephone / Long Distance/Conference Calls      2.64

**Total Disbursements and Tax**                              **10,661.45**

**Total Fees, Disbursements & Tax**               $  **72,434.45** CDN

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP

Invoice # 1999658

The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.

Matter # 46992-00001

### Time Summary By Task Code:

| Task Codes | Description | Hours | Fees |
|---|---|---|---|
| 0003 | Cassels Brock Fee Application/Monthly Billing Reports | 2.60 | 2,171.00 |
| 0007 | Creditors Committee Meetings | 6.80 | 5,975.00 |
| 0008 | Court Hearings | 0.80 | 668.00 |
| 0012 | General Claims Analysis/Claims Objections | 0.70 | 584.50 |
| 0029 | Intercompany Analysis | 33.80 | 29,106.00 |
| 0031 | Canadian Proceedings/Matters | 30.80 | 22,528.50 |
| 0032 | U.S Proceedings/Matters | 0.80 | 740.00 |
| | | | |
| **TOTAL** | | **76.3** | **$ 61,773.00** |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP                    Invoice # 1999658
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                    Matter # 46992-00001

## Disbursement Details:

| Date | Narrative | Quantity | Amount |
|------|-----------|----------|--------|
| 9/1/2016 | Copies | 2 | 0.20 |
| 9/2/2016 | Copies | 4 | 0.40 |
| 9/2/2016 | Copies | 2 | 0.20 |
| 9/2/2016 | Copies | 2 | 0.20 |
| 9/2/2016 | Copies | 4 | 0.40 |
| 9/2/2016 | Copies | 4 | 0.40 |
| 9/6/2016 | Copies | 3 | 0.30 |
| 9/6/2016 | Copies | 81 | 8.10 |
| 9/6/2016 | Copies | 91 | 9.10 |
| 9/6/2016 | Copies | 91 | 9.10 |
| 9/6/2016 | Copies | 81 | 8.10 |
| 9/6/2016 | Copies | 91 | 9.10 |
| 9/6/2016 | Copies | 3 | 0.30 |
| 9/7/2016 | Copies | 3 | 0.30 |
| 9/9/2016 | SUPREME LAW GROUP - INVOICE #1420 DATED 8/30/16 OTTAWA AGENT FEES FOR SUPREME COURT OF CANADA LITIGATION | 1 | 10360.16 |
| 9/9/2016 | SUPREME LAW GROUP - INVOICE #1420 DATED 8/30/16 OTTAWA AGENT FEES FOR SUPREME COURT OF CANADA LITIGATION | 1 | 75.02 |
| 9/12/2016 | Copies | 5 | 0.50 |
| 9/12/2016 | Copies | 2 | 0.20 |
| 9/12/2016 | Copies | 89 | 8.90 |
| 9/12/2016 | Copies | 3 | 0.30 |
| 9/12/2016 | Copies | 38 | 3.80 |
| 9/12/2016 | Copies | 40 | 4.00 |
| 9/13/2016 | Copies | 4 | 0.40 |
| 9/13/2016 | Copies | 3 | 0.30 |
| 9/14/2016 | Copies | 3 | 0.30 |
| 9/14/2016 | Copies | 6 | 0.60 |
| 9/14/2016 | Copies | 2 | 0.20 |
| 9/14/2016 | Copies | 89 | 8.90 |
| 9/14/2016 | Copies | 3 | 0.30 |
| 9/14/2016 | Copies | 2 | 0.20 |
| 9/15/2016 | Copies | 2 | 0.20 |
| 9/15/2016 | Copies | 22 | 2.20 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP

Invoice # 1999658

The Official Committee of Unsecured Creditors

Re: Nortel Networks Inc, et al.

Matter # 46992-00001

| Date | Narrative | Quantity | Amount |
|---|---|---|---|
| 9/16/2016 | Copies | 82 | 8.20 |
| 9/16/2016 | Copies | 2 | 0.20 |
| 9/16/2016 | Copies | 59 | 5.90 |
| 9/16/2016 | Copies | 2 | 0.20 |
| 9/16/2016 | Copies | 3 | 0.30 |
| 9/16/2016 | Copies | 2 | 0.20 |
| 9/16/2016 | Binding, Tabs, Disks, etc | 32 | 3.23 |
| 9/19/2016 | Copies | 27 | 2.70 |
| 9/19/2016 | Copies | 4 | 0.40 |
| 9/19/2016 | Copies | 43 | 4.30 |
| 9/19/2016 | Copies | 6 | 0.60 |
| 9/20/2016 | Copies | 5 | 0.50 |
| 9/20/2016 | Copies | 5 | 0.50 |
| 9/20/2016 | Copies | 3 | 0.30 |
| 9/20/2016 | Copies | 32 | 3.20 |
| 9/20/2016 | Copies | 6 | 0.60 |
| 9/21/2016 | Copies | 7 | 0.70 |
| 9/21/2016 | Copies | 18 | 1.80 |
| 9/21/2016 | Copies | 7 | 0.70 |
| 9/21/2016 | Copies | 32 | 3.20 |
| 9/21/2016 | Copies | 5 | 0.50 |
| 9/21/2016 | Copies | 43 | 4.30 |
| 9/21/2016 | Copies | 27 | 2.70 |
| 9/21/2016 | Copies | 37 | 3.70 |
| 9/21/2016 | Copies | 2 | 0.20 |
| 9/21/2016 | Copies | 2 | 0.20 |
| 9/21/2016 | Copies | 2 | 0.20 |
| 9/21/2016 | Copies | 2 | 0.20 |
| 9/22/2016 | Copies | 2 | 0.20 |
| 9/22/2016 | Copies | 94 | 9.40 |
| 9/22/2016 | Copies | 86 | 8.60 |
| 9/23/2016 | Telephone - BELL CONFERENCING INC. | 26 | 2.64 |
| 9/23/2016 | Copies | 2 | 0.20 |
| 9/23/2016 | Copies | 6 | 0.60 |
| 9/23/2016 | Copies | 86 | 8.60 |
| 9/23/2016 | Copies | 10 | 1.00 |
| 9/23/2016 | Copies | 39 | 3.90 |
| 9/23/2016 | Copies | 41 | 4.10 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.

Invoice # 1999658

Matter # 46992-00001

| Date | Narrative | Quantity | Amount |
|------|-----------|----------|--------|
| 9/23/2016 | Copies | 94 | 9.40 |
| 9/23/2016 | Copies | 10 | 1.00 |
| 9/26/2016 | Copies | 126 | 12.60 |
| 9/26/2016 | Copies | 2 | 0.20 |
| 9/26/2016 | Copies | 4 | 0.40 |
| 9/26/2016 | Copies | 4 | 0.40 |
| 9/26/2016 | Copies | 3 | 0.30 |
| 9/26/2016 | Copies | 4 | 0.40 |
| 9/26/2016 | Copies | 4 | 0.40 |
| 9/26/2016 | Copies | 4 | 0.40 |
| 9/26/2016 | Copies | 126 | 12.60 |
| 9/27/2016 | Copies | 2 | 0.20 |
| 9/27/2016 | Copies | 3 | 0.30 |
| 9/27/2016 | Copies | 17 | 1.70 |
| 9/27/2016 | Copies | 4 | 0.40 |
| 9/28/2016 | Copies | 3 | 0.30 |
| 9/28/2016 | Copies | 8 | 0.80 |
| 9/28/2016 | Copies | 8 | 0.80 |
| 9/28/2016 | Copies | 3 | 0.30 |
| 9/28/2016 | Copies | 2 | 0.20 |
| 9/28/2016 | Copies | 2 | 0.20 |
| 9/28/2016 | Copies | 2 | 0.20 |
| 9/28/2016 | Copies | 2 | 0.20 |
| 9/29/2016 | Copies | 4 | 0.40 |
| 9/29/2016 | Copies | 4 | 0.40 |
| 9/29/2016 | Copies | 86 | 8.60 |
| 9/29/2016 | Copies | 52 | 5.20 |
| 9/29/2016 | Copies | 2 | 0.20 |
| 9/29/2016 | Copies | 4 | 0.40 |
| 9/29/2016 | Copies | 4 | 0.40 |
| 9/29/2016 | Copies | 5 | 0.50 |
| | **Total** | | **$10,661.45** |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.