**EXHIBIT C**

Legal*34556251.2

## DISBURSEMENT SUMMARY
## SEPTEMBER 1 TO SEPTEMBER 30, 2016
### (All Amounts in Canadian Dollars)

<u>Non-Taxable Disbursements</u>

| | |
|---|---|
| Copies | $   220.40 |
| Agency Fees and Disbursements | $10,435.18 |
| Binding, Tabs, Discks, etc | $       3.23 |
| Telephone / Long Distance/Conference Calls | $       2.64 |
| Total Non-Taxable Disbursements | **$10,661.45 CDN.** |