# EXHIBIT D

CASSELS BROCK & BLACKWELL LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 1999658

Matter # 46992-00001

### Disbursement Details:

| Date | Narrative | Quantity | Amount |
|---|---|---|---|
| 9/1/2016 | Copies | 2 | 0.20 |
| 9/2/2016 | Copies | 4 | 0.40 |
| 9/2/2016 | Copies | 2 | 0.20 |
| 9/2/2016 | Copies | 2 | 0.20 |
| 9/2/2016 | Copies | 4 | 0.40 |
| 9/2/2016 | Copies | 4 | 0.40 |
| 9/6/2016 | Copies | 3 | 0.30 |
| 9/6/2016 | Copies | 81 | 8.10 |
| 9/6/2016 | Copies | 91 | 9.10 |
| 9/6/2016 | Copies | 91 | 9.10 |
| 9/6/2016 | Copies | 81 | 8.10 |
| 9/6/2016 | Copies | 91 | 9.10 |
| 9/6/2016 | Copies | 3 | 0.30 |
| 9/7/2016 | Copies | 3 | 0.30 |
| 9/9/2016 | SUPREME LAW GROUP - INVOICE #1420 DATED 8/30/16 OTTAWA AGENT FEES FOR SUPREME COURT OF CANADA LITIGATION | 1 | 10360.16 |
| 9/9/2016 | SUPREME LAW GROUP - INVOICE #1420 DATED 8/30/16 OTTAWA AGENT FEES FOR SUPREME COURT OF CANADA LITIGATION | 1 | 75.02 |
| 9/12/2016 | Copies | 5 | 0.50 |
| 9/12/2016 | Copies | 2 | 0.20 |
| 9/12/2016 | Copies | 89 | 8.90 |
| 9/12/2016 | Copies | 3 | 0.30 |
| 9/12/2016 | Copies | 38 | 3.80 |
| 9/12/2016 | Copies | 40 | 4.00 |
| 9/13/2016 | Copies | 4 | 0.40 |
| 9/13/2016 | Copies | 3 | 0.30 |
| 9/14/2016 | Copies | 3 | 0.30 |
| 9/14/2016 | Copies | 6 | 0.60 |
| 9/14/2016 | Copies | 2 | 0.20 |
| 9/14/2016 | Copies | 89 | 8.90 |
| 9/14/2016 | Copies | 3 | 0.30 |
| 9/14/2016 | Copies | 2 | 0.20 |
| 9/15/2016 | Copies | 2 | 0.20 |
| 9/15/2016 | Copies | 22 | 2.20 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

**CASSELS BROCK & BLACKWELL LLP**  Invoice # 1999658
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.  Matter # 46992-00001

| Date | Narrative | Quantity | Amount |
|---|---|---|---|
| 9/16/2016 | Copies | 82 | 8.20 |
| 9/16/2016 | Copies | 2 | 0.20 |
| 9/16/2016 | Copies | 59 | 5.90 |
| 9/16/2016 | Copies | 2 | 0.20 |
| 9/16/2016 | Copies | 3 | 0.30 |
| 9/16/2016 | Copies | 2 | 0.20 |
| 9/16/2016 | Binding, Tabs, Disks, etc | 32 | 3.23 |
| 9/19/2016 | Copies | 27 | 2.70 |
| 9/19/2016 | Copies | 4 | 0.40 |
| 9/19/2016 | Copies | 43 | 4.30 |
| 9/19/2016 | Copies | 6 | 0.60 |
| 9/20/2016 | Copies | 5 | 0.50 |
| 9/20/2016 | Copies | 5 | 0.50 |
| 9/20/2016 | Copies | 3 | 0.30 |
| 9/20/2016 | Copies | 32 | 3.20 |
| 9/20/2016 | Copies | 6 | 0.60 |
| 9/21/2016 | Copies | 7 | 0.70 |
| 9/21/2016 | Copies | 18 | 1.80 |
| 9/21/2016 | Copies | 7 | 0.70 |
| 9/21/2016 | Copies | 32 | 3.20 |
| 9/21/2016 | Copies | 5 | 0.50 |
| 9/21/2016 | Copies | 43 | 4.30 |
| 9/21/2016 | Copies | 27 | 2.70 |
| 9/21/2016 | Copies | 37 | 3.70 |
| 9/21/2016 | Copies | 2 | 0.20 |
| 9/21/2016 | Copies | 2 | 0.20 |
| 9/21/2016 | Copies | 2 | 0.20 |
| 9/21/2016 | Copies | 2 | 0.20 |
| 9/22/2016 | Copies | 2 | 0.20 |
| 9/22/2016 | Copies | 94 | 9.40 |
| 9/22/2016 | Copies | 86 | 8.60 |
| 9/23/2016 | Telephone - BELL CONFERENCING INC. | 26 | 2.64 |
| 9/23/2016 | Copies | 2 | 0.20 |
| 9/23/2016 | Copies | 6 | 0.60 |
| 9/23/2016 | Copies | 86 | 8.60 |
| 9/23/2016 | Copies | 10 | 1.00 |
| 9/23/2016 | Copies | 39 | 3.90 |
| 9/23/2016 | Copies | 41 | 4.10 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 1999658

Matter # 46992-00001

| Date | Narrative | Quantity | Amount |
|---|---|---:|---:|
| 9/23/2016 | Copies | 94 | 9.40 |
| 9/23/2016 | Copies | 10 | 1.00 |
| 9/26/2016 | Copies | 126 | 12.60 |
| 9/26/2016 | Copies | 2 | 0.20 |
| 9/26/2016 | Copies | 4 | 0.40 |
| 9/26/2016 | Copies | 4 | 0.40 |
| 9/26/2016 | Copies | 3 | 0.30 |
| 9/26/2016 | Copies | 4 | 0.40 |
| 9/26/2016 | Copies | 4 | 0.40 |
| 9/26/2016 | Copies | 4 | 0.40 |
| 9/26/2016 | Copies | 126 | 12.60 |
| 9/27/2016 | Copies | 2 | 0.20 |
| 9/27/2016 | Copies | 3 | 0.30 |
| 9/27/2016 | Copies | 17 | 1.70 |
| 9/27/2016 | Copies | 4 | 0.40 |
| 9/28/2016 | Copies | 3 | 0.30 |
| 9/28/2016 | Copies | 8 | 0.80 |
| 9/28/2016 | Copies | 8 | 0.80 |
| 9/28/2016 | Copies | 3 | 0.30 |
| 9/28/2016 | Copies | 2 | 0.20 |
| 9/28/2016 | Copies | 2 | 0.20 |
| 9/28/2016 | Copies | 2 | 0.20 |
| 9/28/2016 | Copies | 2 | 0.20 |
| 9/29/2016 | Copies | 4 | 0.40 |
| 9/29/2016 | Copies | 4 | 0.40 |
| 9/29/2016 | Copies | 86 | 8.60 |
| 9/29/2016 | Copies | 52 | 5.20 |
| 9/29/2016 | Copies | 2 | 0.20 |
| 9/29/2016 | Copies | 4 | 0.40 |
| 9/29/2016 | Copies | 4 | 0.40 |
| 9/29/2016 | Copies | 5 | 0.50 |
| **Total** | | | **$10,661.45** |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.