# EXHIBIT E

## SUMMARY OF LAWYERS AND PARALEGALS
## RENDERING SERVICES DURING THE PERIOD
## SEPTEMBER 1, 2016 THROUGH SEPTEMBER 30, 2016
### (All Amounts in Canadian Dollars)

| Name | Title | Department | Province of Bar Admission/Year | Hours | Rate | Billed Value |
|---|---|---|---|---|---|---|
| Jane Dietrich | Partner | Financial Restructuring | Ontario - 2004 | 1 | $695.00 | $695.00 |
| Kate Byers | Associate | Advocacy | Ontario - 2015 | 0.1 | $390.00 | $39.00 |
| Michael Wunder | Partner | Financial Restructuring | Ontario - 1990 | 32.6 | $835.00 | $27,221.00 |
| Monique Sassi | Associate | Financial Restructuring | Ontario - 2013 | 9.4 | $420.00 | $3,948.00 |
| Ryan Jacobs | Partner | Financial Restructuring | Ontario - 2011 | 11.2 | $850.00 | $9,520.00 |
| Shayne Kukulowicz | Partner | Financial Restructuring | Ontario - 1990 | 22 | $925.00 | $20,350.00 |
|  |  |  |  |  |  |  |
| TOTAL |  |  |  | 76.3 |  | $61,773.00 |