# **<u>EXHIBIT A</u>**

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Cardarelli | Corrado | 11/10/2016 | researched employment tax questions re Nov 1 and payments to former Canadian employees; (1.2); | 1.2 | 1,014.00 | 13949251 |
| Cardarelli | Corrado | 12/10/2016 | researched issues re withholding tax on employment from former Canadian employees of NNI; | 1.2 | 1,014.00 | 13949355 |
| Cardarelli | Corrado | 13/10/2016 | researched employment law questions (1.0); office conference with Grace Pereira re same and w/h tax regulations (.6); | 1.6 | 1,352.00 | 13955551 |
| Cardarelli | Corrado | 13/10/2016 | office conference emails with Scott Bomhof re employment tax matter; | 0.5 | 422.50 | 13955583 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Tencza | Leigh Ann | 03/10/2016 | reviewing memorandum regarding fee application preparation (0.4); reviewing prior fee application and attachments (0.4); | 0.8 | 220.00 | 13933489 |
| Gray | William | 05/10/2016 | Work on current fee application | 0.8 | 756.00 | 13949276 |
| Bauer | Alison D. | 11/10/2016 | Attention to fee examiner's report | 0.3 | 259.50 | 13946805 |
| Gray | William | 11/10/2016 | Work on fee application | 0.6 | 567.00 | 13949330 |
| Gray | William | 12/10/2016 | Review fee application filing | 0.4 | 378.00 | 13949337 |
| Fleary | Kristina | 13/10/2016 | Review fee application | 0.3 | 82.50 | 13952188 |
| Tencza | Leigh Ann | 13/10/2016 | reviewing email from T. Minott enclosing fee examiner's preliminary report regarding twenty-third quarterly fee application request of Torys LLP (0.2); docketing deadline to respond to report (0.1); | 0.3 | 82.50 | 13952326 |
| Bauer | Alison D. | 13/10/2016 | Attention to issues in fee examiner's report and response thereto (.4); confer with K. Fleary (.4) | 0.8 | 692.00 | 13952696 |
| Fleary | Kristina | 13/10/2016 | confer with A. Bauer re fee application | 0.4 | 110.00 | 13963262 |
| Gray | William | 13/10/2016 | Work on fee application | 0.7 | 661.50 | 13976969 |
| Bauer | Alison D. | 14/10/2016 | Revise response to fee examiner | 0.3 | 259.50 | 13952800 |
| Bauer | Alison D. | 18/10/2016 | Attention to fee examiner's final report | 0.1 | 86.50 | 13960731 |
| Fleary | Kristina | 19/10/2016 | review fee application | 1.0 | 275.00 | 13961500 |
| Gray | William | 19/10/2016 | Review fee examiner's report | 0.5 | 472.50 | 13978803 |
| Fleary | Kristina | 20/10/2016 | review fee application | 1.0 | 275.00 | 13963257 |
| Fleary | Kristina | 21/10/2016 | reviewing fee application | 1.0 | 275.00 | 13965895 |
| Fleary | Kristina | 24/10/2016 | review fee application | 1.5 | 412.50 | 13969781 |
| Gray | William | 25/10/2016 | Review fees | 0.6 | 567.00 | 13978855 |
| Bauer | Alison D. | 26/10/2016 | confer with K Fleary | 0.2 | 173.00 | 13979102 |
| Fleary | Kristina | 26/10/2016 | Confer with A. Bauer re fee application (0.2); review and update fee application (1.0) | 1.2 | 330.00 | 13994219 |
| Gray | William | 27/10/2016 | Review court order regarding fee application | 0.3 | 283.50 | 13989744 |
| Bauer | Alison D. | 31/10/2016 | Review and mark up Fee application (1.2); confer with K Fleary (.3); | 1.5 | 1,297.50 | 13988831 |
| Fleary | Kristina | 31/10/2016 | Confer w A. Bauer re fee application | 0.3 | 82.50 | 13994220 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Gray | William | 03/10/2016 | Review litigation document issues (.9); review appellate issues(.9) | 1.8 | 1,701.00 | 13949252 |
| Gray | William | 04/10/2016 | Work on appellate issues (.4); review litigation document status(.3) | 0.7 | 661.50 | 13949264 |
| Gray | William | 05/10/2016 | Review litigation document and issues | 0.7 | 661.50 | 13949279 |
| Gray | William | 06/10/2016 | Work on appellate court issues (1.1); review status of litigation document (1.3) | 2.4 | 2,268.00 | 13949300 |
| Gray | William | 07/10/2016 | Review litigation document issues and status (.3); review court filings (1.0); review status of claim administration(.5) | 1.8 | 1,701.00 | 13949317 |
| Slavens | Adam | 10/10/2016 | reviewing invoice of D. Schwanen re expert evidence on Supreme Court of Canada leave application (0.4)  arranging for payment of same (0.4); | 0.8 | 464.00 | 13955732 |
| Gray | William | 11/10/2016 | Review appellate issues (1.0); update regarding court hearings (.4) | 1.4 | 1,323.00 | 13949326 |
| Gray | William | 12/10/2016 | Review litigation issues and consummation of litigation document | 1.0 | 945.00 | 13949336 |
| Opolsky | Jeremy | 13/10/2016 | call with Katie Sheridan re: SNMP depositions; | 0.1 | 50.50 | 13951729 |
| Gray | William | 13/10/2016 | Review litigation document issues (.7); review Canadian plan execution issues (.7) | 1.4 | 1,323.00 | 13976970 |
| Slavens | Adam | 13/10/2016 | reviewing final litigation document; | 0.8 | 464.00 | 14003684 |
| Opolsky | Jeremy | 17/10/2016 | participating in conference call with Cleary, Goodmans and Torys team re: plan (in part); | 0.9 | 454.50 | 13958353 |
| Slavens | Adam | 17/10/2016 | reviewing communication to courts (0.5); email correspondence and telephone call with M. Dillon re Supreme Court of Canada arrangements re same (0.3); reviewing Rules re same (2.0); | 2.8 | 1,624.00 | 13961222 |
| Slavens | Adam | 18/10/2016 | reviewing communication to courts (0.3); email correspondence with M. Dillon re Supreme Court of Canada arrangements re same (0.3); reviewing Rules re same (1.5); | 2.1 | 1,218.00 | 13960861 |
| Slavens | Adam | 19/10/2016 | email correspondence with C.Armstrong re same-creditor employee claims (0.2); reviewing CCAA case court orders re Canadian creditor claims (0.8); | 1.0 | 580.00 | 13963070 |
| Slavens | Adam | 20/10/2016 | reviewing and commenting on draft motion materials for Supreme Court of Canada re motion to extend (2.5); reviewing draft US appeal materials and email correspondence re same (0.5); | 3.0 | 1,740.00 | 13969527 |
| Gray | William | 20/10/2016 | Review pleadings (1.0); communicate with A. Slavens regarding same (.2); | 1.2 | 1,134.00 | 13978816 |
| Slavens | Adam | 24/10/2016 | conducting Canadian legal research re employee contract law matters (2.0); email correspondence with Cleary team and C. Armstrong re same (0.3); | 2.3 | 1,334.00 | 13979074 |
| Slavens | Adam | 24/10/2016 | reviewing and commenting on draft motion materials for Supreme Court of Canada re motion to extend; | 1.7 | 986.00 | 13979075 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Opolsky | Jeremy | 04/10/2016 | corresponding with Cleary re: SNMP litigation (0.4); | 0.4 | 202.00 | 13935732 |
| Bogach | Alex | 18/10/2016 | preparing legal research strategy; | 0.2 | 44.00 | 13959552 |
| Bogach | Alex | 18/10/2016 | meeting with A Slavens; | 0.1 | 22.00 | 13959555 |
| Slavens | Adam | 18/10/2016 | conducting Canadian legal research re same-creditor employee claims (1.0); office conference with A. Bogach re same (0.1); email correspondence with M. Gianis re same (0.2); reviewing CCAA case court orders re Canadian creditor claims (1.0); | 2.3 | 1,334.00 | 13960859 |
| Bogach | Alex | 19/10/2016 | conducting legal research; | 2.5 | 550.00 | 13961321 |
| Bogach | Alex | 20/10/2016 | conducting legal research; | 1.6 | 352.00 | 13964645 |
| Bogach | Alex | 20/10/2016 | meeting with A Slavens; | 0.1 | 22.00 | 13964797 |
| Bogach | Alex | 20/10/2016 | conducting legal research; | 0.3 | 66.00 | 13964800 |
| Bogach | Alex | 20/10/2016 | drafting memo for A Slavens re termination agreement interpretation; | 1.7 | 374.00 | 13964823 |
| Bogach | Alex | 20/10/2016 | reviewing termination agreement; | 0.4 | 88.00 | 13965027 |
| Bogach | Alex | 20/10/2016 | drafting memo for A Slavens; | 0.9 | 198.00 | 13965029 |
| Slavens | Adam | 20/10/2016 | meeting with A. Bogach; | 0.1 | 58.00 | 14003683 |
| Bogach | Alex | 21/10/2016 | drafting memo for A Slavens; | 1.3 | 286.00 | 13965244 |
| Bogach | Alex | 24/10/2016 | drafting memo for A Slavens re termination agreement interpretation; | 4.1 | 902.00 | 13970809 |
| Bogach | Alex | 24/10/2016 | revising memo for A Slavens; | 0.3 | 66.00 | 13970830 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Slavens | Adam | 07/10/2016 | reviewing CCAA case court documents and public disclosure re disclosure statement; | 3.5 | 2,030.00 | 13944368 |
| Opolsky | Jeremy | 11/10/2016 | reviewing correspondence from Cleary Gottlieb re: plan documents and providing analysis for response; | 0.4 | 202.00 | 13946476 |
| DeMarinis | Tony | 11/10/2016 | reviewing correspondence and materials regarding prospective resolution; | 0.8 | 676.00 | 13947457 |
| Bomhof | Scott A. | 11/10/2016 | review questions from Cleary on CCAA/Debtors and review Monitor's website and respond to Cleary; | 0.6 | 417.00 | 13950901 |
| Slavens | Adam | 11/10/2016 | reviewing draft section of disclosure statement and reviewing CCAA case court documents and public records re same (2.8); email correspondence with Cleary team re same (0.2); | 3.0 | 1,740.00 | 13955722 |
| DeMarinis | Tony | 12/10/2016 | communications regarding global litigation (.5); reviewing release and terms of same (.5); | 1.0 | 845.00 | 13949706 |
| Bomhof | Scott A. | 12/10/2016 | review draft US Plan; | 1.2 | 834.00 | 13950904 |
| Bomhof | Scott A. | 13/10/2016 | discuss Nortel litigation and tax issues with Cleary and C. Cardarelli (0.4); review Notice sent to CCAA Service List re: litigation and coordinate scheduling of court hearings with Goodmans and Cleary (0.6); | 1.0 | 695.00 | 13950929 |
| Slavens | Adam | 13/10/2016 | conference call with J. Ray, M. Kennedy and Cleary team re chapter 11 plan (1.3); preparing for same (2.5); reviewing and commenting on draft chapter 11 plan (2.4); | 6.2 | 3,596.00 | 13955713 |
| Bomhof | Scott A. | 14/10/2016 | reviewing motion record regarding approval of Canadian litigation document (.5) reviewing draft US plan (.5); | 1.0 | 695.00 | 13954271 |
| Slavens | Adam | 14/10/2016 | reviewing motion record re motion returnable October 19, 2016; | 0.8 | 464.0 | 13955710 |
| Slavens | Adam | 14/10/2016 | reviewing draft section of disclosure statement and reviewing CCAA case court documents and public records re same (1.5); email correspondence with Cleary team re same (0.2); | 1.7 | 986.00 | 13955711 |
| Bomhof | Scott A. | 17/10/2016 | reviewing draft US plan and discussing comments with A. Slavens (.9); reviewing NNI motion record regarding Canadian litigation document and obtaining instructions on motion from J. Bromley (.5); providing comments on standard letter to courts that have pending hearing/appeal on allocation issues and discussing same with Cleary (.5); telephone call with Torys, Cleary and Goodmans regarding schedule for various steps required by plan support document (1.2); | 3.1 | 2,154.50 | 13957705 |
| Bomhof | Scott A. | 18/10/2016 | reviewing EMEA comments on form letter to Court (.2); discussing SCC adjournment requirements with A. Slavens (.2); reviewing draft US plan (.3); | 0.7 | 486.50 | 13961962 |
| Slavens | Adam | 19/10/2016 | attending motion returnable October 19, 2016 (1.3); preparing for same (0.5); | 1.8 | 1,044.00 | 13963069 |
| DeMarinis | Tony | 19/10/2016 | reviewing motion record, monitor's report, order and other materials in connection with Canadian distribution litigation document; | 1.0 | 845.00 | 13963187 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Bomhof | Scott A. | 20/10/2016 | reviewing emails and comments on correspondence to courts to notify of pending litigation (.3); reviewing draft CCAA plan of Canadian debtors (1.0) | 1.3 | 903.50 | 13967601 |
| Slavens | Adam | 20/10/2016 | reviewing and commenting on draft CCAA plan; | 5.7 | 3,306.00 | 13969536 |
| Gray | William | 20/10/2016 | review plan confirmation issues; | 0.2 | 189.00 | 14003682 |
| Bomhof | Scott A. | 21/10/2016 | reviewing and providing comments on Canadian debtors CCAA plan; | 0.8 | 556.00 | 13967616 |
| Slavens | Adam | 21/10/2016 | reviewing and commenting on draft CCAA plan and chapter 11 plan (6.0) conference call with Goodmans team and Cleary team re same (2.5); | 8.5 | 4,930.00 | 13969541 |
| Slavens | Adam | 21/10/2016 | reviewing CCAA case court orders re Canadian creditor claims; | 0.7 | 406.00 | 13969691 |
| Gray | William | 21/10/2016 | Review plan issues | 0.6 | 567.00 | 13978832 |
| Slavens | Adam | 23/10/2016 | reviewing disclosure statement; | 3.6 | 2,088.00 | 13969547 |
| Gray | William | 24/10/2016 | Review Canadian plan development issues | 0.7 | 661.50 | 13978845 |
| Slavens | Adam | 24/10/2016 | reviewing and commenting on draft CCAA plan; | 5.0 | 2,900.00 | 13979073 |
| Bomhof | Scott A. | 24/10/2016 | Review draft CCAA Plan and provide comments on same; | 0.7 | 486.50 | 13980303 |
| Opolsky | Jeremy | 25/10/2016 | reviewing correspondence re: plan issues; | 0.2 | 101.00 | 13975849 |
| Bomhof | Scott A. | 25/10/2016 | Review draft Disclosure Statement; | 1.0 | 695.00 | 13980310 |
| Slavens | Adam | 25/10/2016 | reviewing and commenting on disclosure statement and draft chapter 11 and CCAA plans (7.0); email correspondence with Cleary team re same (0.5); | 7.5 | 4,350.00 | 13982011 |
| Gray | William | 26/10/2016 | Review plan development issues | 0.4 | 378.00 | 13978873 |
| Slavens | Adam | 26/10/2016 | conducting Canadian legal research re status of environmental claims in CCAA cases (1.6); preparing reporting email to M. Kennedy re same (0.5); | 2.1 | 1,218.00 | 13979021 |
| Slavens | Adam | 26/10/2016 | reviewing and commenting on draft CCAA plan; | 3.5 | 2,030.00 | 13979023 |
| Opolsky | Jeremy | 26/10/2016 | correspondence with Cleary Gottlieb re: plan issues (0.2); analyzing documents re: same (0.6); | 0.8 | 404.00 | 13980196 |
| Bomhof | Scott A. | 26/10/2016 | reviewing draft CCAA plan and supporting documents; | 1.6 | 1,112.00 | 13984471 |
| Opolsky | Jeremy | 27/10/2016 | reviewing correspondence re: plan issues; | 0.1 | 50.50 | 13984319 |
| Bomhof | Scott A. | 27/10/2016 | reviewing materials for Canadian/US plans and supporting documents; | 1.6 | 1,112.00 | 13984476 |
| Slavens | Adam | 27/10/2016 | reviewing and commenting on draft CCAA and chapter 11 plans and disclosure statement; | 4.3 | 2,494.00 | 13986122 |
| Gray | William | 27/10/2016 | Review Canadian plan implementation issues | 0.8 | 756.00 | 13989746 |
| Bomhof | Scott A. | 28/10/2016 | reviewing revised Canadian/US plan documents; | 0.9 | 625.50 | 13985171 |
| Slavens | Adam | 28/10/2016 | reviewing and commenting on draft CCAA and chapter 11 plans and disclosure statement(5.7); call with W. Gray (0.6) | 6.3 | 3,654.00 | 13986155 |
| Gray | William | 28/10/2016 | Conference call with A. Slavens regarding plan implementation issues | 0.6 | 567.00 | 13989767 |
| Slavens | Adam | 29/10/2016 | reviewing and commenting on draft CCAA and chapter 11 plans and disclosure statement; | 4.9 | 2,842.00 | 13986132 |
| Slavens | Adam | 30/10/2016 | reviewing draft disclosure statement; | 2.0 | 1,160.00 | 13986136 |
| Opolsky | Jeremy | 31/10/2016 | correspondence with Cleary Gottlieb re: plan issues; | 0.1 | 50.50 | 13988936 |
| Slavens | Adam | 31/10/2016 | reviewing and commenting on draft CCAA and chapter 11 plans and disclosure statement; | 2.7 | 1,566.00 | 13989985 |
| Bomhof | Scott A. | 31/10/2016 | reviewing revised CCAA plan and supporting documents and reviewing draft US plan; | 1.6 | 1,112.00 | 13993618 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Slavens | Adam | 05/10/2016 | reviewing and commenting on draft chapter 11 plan; | 3.8 | 2,204.00 | 13938438 |
| Slavens | Adam | 06/10/2016 | reviewing and commenting on draft chapter 11 plan; | 5.5 | 3,190.00 | 13944325 |
| Slavens | Adam | 10/10/2016 | reviewing draft chapter 11 plan and related documents; | 2.8 | 1,624.00 | 13955735 |
| Slavens | Adam | 17/10/2016 | reviewing chapter 11 case court documents (0.5); discussing re same with S. Bomhoff (0.5); | 1.0 | 580.00 | 13961223 |
| Slavens | Adam | 19/10/2016 | reviewing chapter 11 case court documents; | 1.5 | 870.00 | 13963071 |