# **<u>EXHIBIT B</u>**

**Nortel**
**October 2016 Disbursements**

| | | | | |
|---|---|---|---|---|
| 238 | Teraview Copies of Document | 21/10/2016 | $ 3,535.63 | Teraview Copies of Document - - VENDOR: Daniel Schwanen - ADAM SLAVENS - INV.# 20 - NORTEL - EXPERT AFFIDAVIT FOR FILING IN SUPREME COURT |
| 303 | Taxi & Travel | 19/10/2016 | $ 6.81 | Taxi & Travel<br>Slavens, Adam; Taxi/Car Service - courthouse court |
| 499 | Copies | 19/10/2016 | $ 2,340.09 | Copies<br>Ricoh |
| 808 | Laser Printing | 06/10/2016 | 14.20 | Laser Printing |
| 808 | Laser Printing | 12/10/2016 | 22.90 | Laser Printing |
| 808 | Laser Printing | 13/10/2016 | 26.80 | Laser Printing |
| 808 | Laser Printing | 17/10/2016 | 17.50 | Laser Printing |
| 808 | Laser Printing | 18/10/2016 | 17.40 | Laser Printing |
| 808 | Laser Printing | 19/10/2016 | 0.20 | Laser Printing |
| 808 | Laser Printing | 20/10/2016 | 1.40 | Laser Printing |
| 808 | Laser Printing | 20/10/2016 | 37.30 | Laser Printing |
| 808 | Laser Printing | 21/10/2016 | 12.20 | Laser Printing |
| 808 | Laser Printing | 24/10/2016 | 0.70 | Laser Printing |
| 808 | Laser Printing | 24/10/2016 | 0.70 | Laser Printing |
| 808 | Laser Printing | 24/10/2016 | 0.20 | Laser Printing |
| 808 | Laser Printing | 25/10/2016 | 85.20 | Laser Printing |
| 808 | Laser Printing | 26/10/2016 | 1.50 | Laser Printing |
| 808 | Laser Printing | 26/10/2016 | 16.60 | Laser Printing |
| 808 | Laser Printing | 27/10/2016 | 12.10 | Laser Printing |
| 808 | Laser Printing | 28/10/2016 | 17.80 | Laser Printing |
| 808 | Laser Printing | 31/10/2016 | 12.70 | Laser Printing |
| 4808 | Laser Printing | 03/10/2016 | 0.40 | Laser Printing |
| 4808 | Laser Printing | 03/10/2016 | 1.90 | Laser Printing |
| 4808 | Laser Printing | 03/10/2016 | 0.90 | Laser Printing |
| 4808 | Laser Printing | 03/10/2016 | 0.20 | Laser Printing |
| 4808 | Laser Printing | 03/10/2016 | 0.10 | Laser Printing |
| 4808 | Laser Printing | 03/10/2016 | 0.10 | Laser Printing |
| 4808 | Laser Printing | 13/10/2016 | 0.30 | Laser Printing |
| 4808 | Laser Printing | 13/10/2016 | 0.30 | Laser Printing |
| 4808 | Laser Printing | 13/10/2016 | 0.80 | Laser Printing |
| 4808 | Laser Printing | 31/10/2016 | 0.20 | Laser Printing |
| 4808 | Laser Printing | 31/10/2016 | 0.80 | Laser Printing |
| 4808 | Laser Printing | 31/10/2016 | 0.80 | Laser Printing |
| 4808 | Laser Printing | 31/10/2016 | 1.90 | Laser Printing |
| | | | $ 306.10 | |
| 954 | Copy Preparation | 13/10/2016 | $ 30.50 | Copy Preparation labour;<br>Oct-13-16, F Calamusa, Hand Labour, 60 min., PRINTING SVCS |
| 822 | Courier | 14/10/2016 | $ 80.23 | Courier<br>Purolator, From 79 WELLINGTON ST W, TORYS LLP; To 325 DALHOUSIE ST, ANDAZ OTTAWA BYWARD MARKET ; PIN 330869139353Inv#432763873 |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 19/10/2016 | 22.30 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 20/10/2016 | 33.17 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 21/10/2016 | 54.89 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 24/10/2016 | 33.17 | On Line Research Charges -WestlaweCarswell Incl. |
| | | | $ 143.53 | |
| | | | **$ 6,442.89** | |