# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Nortel Networks, Inc., *et al.*<br><br>Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br>Jointly Administered |

## CERTIFICATION OF UNITED STATES GOVERNMENT
## ATTORNEY PAULA J. CONNELLY

    I, Paula J. Connelly, am an attorney representing the Pension Benefit Guaranty Corporation ("PBGC"), a creditor in these cases. The PBGC is a United States Government corporation that administers and enforces the pension plan termination program established under Title IV of the Employee Retirement Income Security Act of 1974 ("ERISA"), *as amended*, 29 U.S.C. §§ 1301-1461 (2012 & Supp. II 2014). I certify that I am a member in good standing of the bars of the District of Columbia and the State of Maryland, of good moral character and not subject to pending disciplinary proceedings.

    I further state that I will be bound by the rules of this Court and submit to the jurisdiction of this Court for disciplinary purposes.

[*This space intentionally left blank*]

I certify under penalty of perjury that the foregoing is true and correct.

Dated:  November 15, 2016                     Respectfully submitted,

                                          /s/ Paula J. Connelly
Paula J. Connelly (DC Bar No. 389055)
Attorney
PENSION BENEFIT GUARANTY CORPORATION
Office of the Chief Counsel
1200 K Street, N.W.
Washington, D.C. 20005-4026
Phone: (202) 326-4020, ext. 3086
Fax: (202) 326-4112
E-mail: connelly.paula@pbgc.gov &
      efile@pbgc.gov