IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

--------------------------------------------------------- x
: 
*In re* : Chapter 11
:
Nortel Networks Inc., *et al.*,[1] : Case No. 09-10138 (KG)
:
: (Jointly Administered)
:
: Re: D.I. 17325
Debtors. :
:
--------------------------------------------------------- x

**JOINDER OF THE *AD HOC* GROUP OF BONDHOLDERS TO DEBTORS' OBJECTION TO PROOFS OF CLAIM FILED BY PENSION BENEFIT GUARANTY CORPORATION AND MOTION FOR AN ORDER (I) STRIKING PBGC'S LATE-FILED AMENDED CLAIMS, (II) DISALLOWING CERTAIN OF THE PBGC CLAIMS, AND (III) DEEMING CERTAIN OF THE PBGC CLAIMS SATISFIED IN PART BY POST-PETITION TRANSFERS**

The *ad hoc* group of bondholders (the "Bondholder Group")[2] joins in the objection of the Debtors (the "Objection") to proofs of claim filed by the Pension Benefit Guaranty Corporation (the "PBGC")[3] against each of the Debtors, and respectfully submits as follows:

---

[1] The Debtors in the chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).

[2] The Bondholder Group consists of entities that hold certain bonds issued or guaranteed by Nortel Networks Corporation, Nortel Networks Limited, Nortel Networks Inc. ("NNI"), and Nortel Networks Capital Corporation ("NNCC" and, together with NNI and certain of its subsidiaries, the "Debtors").

[3] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Objection.

- 2 -

## **JOINDER**

1. The Bondholder Group joins in the Objection for each of the reasons set forth therein.

2. Accordingly, the Bondholder Group requests that the Court (i) sustain the Objection, (ii) grant the relief requested in the Objection, and (iii) grant such other and further relief as the Court deems appropriate.

Dated:  November 15, 2016
        Wilmington, Delaware

                              **PACHULSKI STANG ZIEHL & JONES LLP**

                              /s/ *Peter J. Keane*
                              Laura Davis Jones (No. 2436)
                              Peter J. Keane (No. 5503)
                              919 N. Market Street, 17th Floor
                              PO Box 8705
                              Wilmington, Delaware 19899-8705 (Courier 19801)
                              Telephone:  (302) 652-4100
                              Facsimile:  (302) 652-4400

                              -and-

                              **MILBANK, TWEED, HADLEY & M<sup>C</sup>CLOY LLP**
                              Dennis F. Dunne
                              Andrew M. Leblanc
                              Atara Miller
                              28 Liberty Street
                              New York, New York 10005-1413
                              Telephone:  (212) 530-5000
                              Facsimile:  (212) 530-5219

                              *Attorneys for Ad Hoc Group of Bondholders*

DOCS_DE:210768.1 61026/001