## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* <br><br> Nortel Networks Inc., *et al*., <br><br> Debtors. | Chapter 11 <br><br> Case No. 09-10138 (KG) <br><br> Jointly Administered |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on November 15, 2016, copies of the following were served, in the manner indicated, on the parties identified on the attached service list.

1. The Pension Benefit Guaranty Corporation's Requests for Production of Documents and Things to Nortel Networks Inc.

2. The Pension Benefit Guaranty Corporation's Requests for Production of Documents and Things to Nortel Networks Capital Corporation.

[*This space intentionally left blank*]

Dated: November 15, 2016

/s/ Vicente Matias Murrell
ISRAEL GOLDOWITZ
Chief Counsel
CHARLES L. FINKE
Deputy Chief Counsel
PAULA J. CONNELLY
GARTH D. WILSON
Assistant Chief Counsels
ELISABETH B. FRY
MELISSA M. HARCLERODE
VICENTE MATIAS MURRELL
(MD Bar No. 9806240098)
MARC S. PFEUFFER
SIMON J. TORRES
Attorneys

PENSION BENEFIT GUARANTY
CORPORATION
Office of the Chief Counsel
1200 K Street, N.W., Suite 340
Washington, D.C. 20005-4026
Telephone: (202) 326-4020, ext. 3580
Facsimile: (202) 326-4112

SARAH L. REID (pro hac vice)
ERIC R. WILSON (pro hac vice)
BENJAMIN D. FEDER (pro hac vice)
MARISA A. LORENZO (pro hac vice)

KELLEY DRYE & WARREN LLP
101 Park Avenue
New York, NY 10178
Telephone: (212) 808-7800
Facsimile: (212) 808-7897