# SERVICE LIST

**VIA OVERNIGHT MAIL**

Israel Goldowitz
Charles L. Finke
Paula J. Connelly
Garth Wilson
Vincent Matias Murrell
Marc Pfeuffer
Pension Benefit Guaranty Corporation
1200 K Street, N.W.
Suite 340
Washington, DC 20005

**VIA EMAIL AND OVERNIGHT MAIL**

Sarah Reid
Eric R. Wilson
Benjamin D. Feder
Kelley Drye & Warrne LLP
101 Park Ave.
New York, NY 10178
Email: sreid@kelleydrye.com
　　　　ewilson@kelleydrye.com
　　　　bfeder@kelleydrye.com

Vincent Matias Murrell
Paula J. Connelly
Pension Benefit Guaranty Corporation
1200 K Street, N.W.
Suite 340
Washington, DC 20005
Email: murrell.vicente@pbgc.gov
　　　　connelly.paula@pbgc.gov
　　　　efile@pbgc.gov

10560759.1