# Exhibit B

**EXPENSE SUMMARY**

Nortel Networks, Inc., *et al.*
(Case No. 09-10138 (KG))

October 1, 2016 through October 31, 2016

| **Expense Category** | **Service Provider (if applicable)** | **Total Expenses** |
|---|---|---:|
| Court Costs | | $25.00 |
| Transcripts | | 675.00 |
| Photos/Art/Spec Duplicating | Out of Office | 108.60 |
| Messenger Services | | 140.00 |
| Courier/Delivery Service | | 116.63 |
| Computer Research | Westlaw | 983.25 |
| In House Duplicating | | 33.95 |
| Postage | | 59.99 |
| Pacer | | 335.00 |
| Process Server | | 200.00 |
| **Total Expenses** | | **$2,677.42** |

**COST ENTRIES**

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1441329 | 10/18/16 | B | 25.00 | Court Costs - CITIZENS BANK - USDC-DE - PRO H VICE FEE - L. HAKKENBERG - 10/18/16 | 503 | 000 | 221428 |
| 1440087 | 10/31/16 | B | 675.00 | Transcripts - RELIABLE COPY SERVICE-DELAWARE TRANSCRIPT OF BANKRUPTCY HEARING APPEARANCE - 10/31/16 | 506 | 961 | 221328 |
| 1438515 | 10/25/16 | B | 108.60 | Photos/Art/Spec Duplicating-Out of Office - D DISCOVERY - BANKRUPTCY SERVICE - 10/25/16 | 510 | 684 | 221217 |
| 1435626 | 10/03/16 | B | 5.00 | Messenger Service - to Trustee | 513S | 684 | |
| 1435627 | 10/03/16 | B | 5.00 | Messenger Service - to Whiteford Taylor | 513S | 684 | |
| 1435629 | 10/04/16 | B | 5.00 | Messenger Service - to Trustee | 513S | 971 | |
| 1435630 | 10/04/16 | B | 5.00 | Messenger Service - to USBC | 513S | 971 | |
| 1435653 | 10/06/16 | B | 5.00 | Messenger Service - to Whiteford Taylor | 513S | 684 | |
| 1435654 | 10/06/16 | B | 5.00 | Messenger Service - to Whiteford Taylor | 513S | 684 | |
| 1435655 | 10/06/16 | B | 5.00 | Messenger Service - to Trustee | 513S | 684 | |
| 1435656 | 10/06/16 | B | 5.00 | Messenger Service - to Trustee | 513S | 684 | |
| 1435706 | 10/10/16 | B | 5.00 | Messenger Service - to USBC | 513S | 684 | |
| 1435717 | 10/11/16 | B | 5.00 | Messenger Service - to Whiteford Taylor | 513S | 684 | |
| 1435718 | 10/11/16 | B | 5.00 | Messenger Service - to Trustee | 513S | 684 | |
| 1435719 | 10/11/16 | B | 5.00 | Messenger Service - to USBC | 513S | 684 | |
| 1435722 | 10/12/16 | B | 5.00 | Messenger Service - to Pachulski | 513S | 684 | |
| 1435745 | 10/13/16 | B | 5.00 | Messenger Service - to USBC | 513S | 971 | |
| 1435752 | 10/13/16 | B | 5.00 | Messenger Service - to Whiteford Taylor | 513S | 684 | |
| 1435753 | 10/13/16 | B | 5.00 | Messenger Service - to Trustee | 513S | 684 | |
| 1437459 | 10/18/16 | B | 5.00 | Messenger Service - to US Trustee | 513S | 684 | |
| 1437481 | 10/19/16 | B | 5.00 | Messenger Service - to USBC | 513S | 684 | |
| 1437486 | 10/19/16 | B | 5.00 | Messenger Service - to USBC | 513S | 684 | |
| 1437514 | 10/21/16 | B | 5.00 | Messenger Service - to USBC | 513S | 684 | |
| 1437515 | 10/21/16 | B | 5.00 | Messenger Service - to USBC | 513S | 684 | |
| 1437528 | 10/24/16 | B | 5.00 | Messenger Service - to USBC | 513S | 684 | |
| 1437568 | 10/25/16 | B | 5.00 | Messenger Service - to USBC | 513S | 684 | |

```
Nortel Networks, Inc.                                    PRO FORMA   411043        AS OF 10/31/16              INVOICE#  ******
63989-DIP
DATE: 11/16/16 12:12:11
```

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1437587 | 10/26/16 | B | 5.00 | Messenger Service - to USBC | 513S | 971 | |
| 1437588 | 10/26/16 | B | 5.00 | Messenger Service - to Trustee | 513S | 971 | |
| 1437604 | 10/27/16 | B | 5.00 | Messenger Service - to Cole Schotz | 513S | 684 | |
| 1437616 | 10/28/16 | B | 5.00 | Messenger Service - to Whiteford Taylor | 513S | 684 | |
| 1437617 | 10/28/16 | B | 5.00 | Messenger Service - to Trustee | 513S | 684 | |
| 1435899 | 10/05/16 | B | 33.04 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 220872 |
| 1441325 | 10/11/16 | B | 22.95 | Courier/Delivery Service - CITIZENS BANK - USPS.COM - PRIORITY MAIL - 10/11/16 | 514 | 000 | 221428 |
| 1438531 | 10/21/16 | B | 34.50 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 221235 |
| 1441371 | 10/26/16 | B | 26.14 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 221458 |
| 1434489 | 10/03/16 | B | 112.86 | Computer Research - Westlaw Search Performed by: ROTH-MOORE,ANDREW | 515 | 000 | |
| 1434490 | 10/04/16 | B | 37.62 | Computer Research - Westlaw Search Performed by: ROTH-MOORE,ANDREW | 515 | 000 | |
| 1434491 | 10/06/16 | B | 60.04 | Computer Research - Westlaw Search Performed by: ROTH-MOORE,ANDREW | 515 | 000 | |
| 1435399 | 10/10/16 | B | 208.81 | Computer Research - Westlaw Search Performed by: ROTH-MOORE,ANDREW | 515 | 000 | |
| 1435400 | 10/12/16 | B | 75.24 | Computer Research - Westlaw Search Performed by: ROTH-MOORE,ANDREW | 515 | 000 | |
| 1435401 | 10/13/16 | B | 94.05 | Computer Research - Westlaw Search Performed by: ROTH-MOORE,ANDREW | 515 | 000 | |
| 1435402 | 10/14/16 | B | 248.14 | Computer Research - Westlaw Search Performed by: ROTH-MOORE,ANDREW | 515 | 000 | |
| 1436334 | 10/18/16 | B | 18.81 | Computer Research - Westlaw Search Performed by: TALMO,MATTHEW | 515 | 000 | |
| 1437260 | 10/24/16 | B | 37.62 | Computer Research - Westlaw Search Performed by: TALMO,MATTHEW | 515 | 000 | |
| 1437261 | 10/26/16 | B | 18.81 | Computer Research - Westlaw Search Performed by: TALMO,MATTHEW | 515 | 000 | |
| 1437262 | 10/27/16 | B | 71.25 | Computer Research - Westlaw Search Performed by: TALMO,MATTHEW | 515 | 000 | |
| 1435567 | 10/03/16 | B | 4.08 | Postage | 520 | 684 | |
| 1435573 | 10/05/16 | B | 4.08 | Postage | 520 | 684 | |
| 1435577 | 10/06/16 | B | 7.12 | Postage | 520 | 684 | |
| 1435584 | 10/11/16 | B | 6.38 | Postage | 520 | 684 | |
| 1435591 | 10/12/16 | B | 2.20 | Postage | 520 | 684 | |

Nortel Networks, Inc.  
63989-DIP  
DATE: 11/16/16 12:12:11

PRO FORMA  411043     AS OF 10/31/16

INVOICE#  ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---:|---|---|---|---|
| 1435595 | 10/13/16 | B | 9.75 | Postage | 520 | 684 | |
| 1435606 | 10/17/16 | B | 4.71 | Postage | 520 | 684 | |
| 1437371 | 10/21/16 | B | 9.73 | Postage | 520 | 684 | |
| 1437392 | 10/27/16 | B | 7.23 | Postage | 520 | 684 | |
| 1437396 | 10/28/16 | B | 4.71 | Postage | 520 | 684 | |
| 1441716 | 10/31/16 | B | 335.00 | Pacer charges for the month of October | 529 | 000 | |
| 1436178 | 10/19/16 | B | 1.35 | In-House Printing - black & white Call time: 16:53; to | 541 | 096 | |
| 1436672 | 10/26/16 | B | 1.20 | In-House Printing - black & white Call time: 14:39; to | 541 | 971 | |
| 1436805 | 10/27/16 | B | 1.10 | In-House Printing - black & white Call time: 12:57; to | 541 | 096 | |
| 1436906 | 10/28/16 | B | 8.05 | In-House Printing - black & white Call time: 19:02; to | 541 | 961 | |
| 1436907 | 10/28/16 | B | 0.10 | In-House Printing - black & white Call time: 19:02; to | 541 | 961 | |
| 1436908 | 10/28/16 | B | 0.85 | In-House Printing - black & white Call time: 12:31; to | 541 | 684 | |
| 1436909 | 10/28/16 | B | 0.60 | In-House Printing - black & white Call time: 12:31; to | 541 | 684 | |
| 1437663 | 10/31/16 | B | 0.05 | In-House Printing - black & white Call time: 09:59; to | 541 | 637 | |
| 1437664 | 10/31/16 | B | 7.25 | In-House Printing - black & white Call time: 09:59; to | 541 | 637 | |
| 1437665 | 10/31/16 | B | 4.40 | In-House Printing - black & white Call time: 10:22; to | 541 | 971 | |
| 1437666 | 10/31/16 | B | 0.10 | In-House Printing - black & white Call time: 10:22; to | 541 | 971 | |
| 1437667 | 10/31/16 | B | 3.80 | In-House Printing - black & white Call time: 12:45; to | 541 | 603 | |
| 1437668 | 10/31/16 | B | 0.05 | In-House Printing - black & white Call time: 10:44; to | 541 | 322 | |
| 1437669 | 10/31/16 | B | 5.05 | In-House Printing - black & white Call time: 10:44; to | 541 | 322 | |
| 1441326 | 10/12/16 | B | 200.00 | Process Server - CITIZENS BANK - UNDISPUTED LEGAL INC - SERVICE ON JACO ELECTRONICS - 10/12/16 | 550 | 000 | 221428 |
| | | | 2,677.42 | | | | |