IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NORTEL NETWORKS INC., et al., | ) | Case No. 09-10138 (KG) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ): | **Related Docket No. 17397** |

### AFFIDAVIT OF SERVICE

Elizabeth C. Thomas, being duly sworn according to law, deposes and says that she is employed by the law firm of Pachulski Stang Ziehl & Jones LLP, counsel for the Ad Hoc Committee of Bondholders in the above-captioned action, and that on the 15th day of November, 2016 she caused a copy of the following document to be served upon the attached service list in the manner indicated:

> **JOINDER OF THE AD HOC GROUP OF BONDHOLDERS TO DEBTORS' OBJECTION TO PROOFS OF CLAIM FILED BY PENSION BENEFIT GUARANTY CORPORATION AND MOTION FOR AN ORDER (I) STRIKING PBGC'S LATE-FILED AMENDED CLAIMS, (II) DISALLOWING CERTAIN OF THE PBGC CLAIMS, AND (III) DEEMING CERTAIN OF THE PBGC CLAIMS SATISFIED IN PART BY POST-PETITION TRANSFERS**

/s/ Elizabeth C. Thomas
Elizabeth C. Thomas

SWORN TO AND SUBSCRIBED
by me on this 16 day of November, 2016.

Notary Public
My Commission Expires: SEPT. 16, 2018

DOCS_DE:207174.2 61026/001

**Nortel Networks**
Case No. 09-10138
Document No. 210788
01 – FIRST CLASS MAIL

**Via First Class Mail**
Sarah Reid, Esq.
Benjamin Feder, Esq.
Gilbert Saydah Jr., Esq.
Kelley Drye & Warren LLP
101 Park Ave
New York, NY  10178
(Counsel to PBGC)