**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

```
------------------------------------------------------------X
In re                                  :
                                       :    Chapter 11
                                       :
Nortel Networks Inc., et al.,          :    Case No. 09-10138 (KG)
                                       :
           Debtors.¹                   :    Jointly Administered
                                       :
                                       :    Re: D.I. 17325
------------------------------------------------------------X
```

**JOINDER OF THE NORTEL TRADE CLAIMS CONSORTIUM
TO THE DEBTORS' OBJECTION TO PROOFS OF CLAIM FILED BY PENSION
BENEFIT GUARANTY CORPORATION AND MOTION FOR AN ORDER (I)
DISALLOWING PBGC'S LATE-FILED AMENDED CLAIMS, (II) DISALLOWING
CERTAIN OF THE PBGC CLAIMS, AND (III) DEEMING CERTAIN OF THE PBGC
CLAIMS SATISFIED IN PART BY POST-PETITION TRANSFERS**

The Nortel Trade Claims Consortium (the "Consortium")[2], as holders of certain U.S. Trade Claims against Nortel Networks Inc. ("NNI") and certain of its U.S. affiliates, as debtors and debtors-in-possession (collectively, the "Debtors"), by and through its undersigned counsel, hereby joins (this "Joinder") in the *Debtors' Objection to Proofs of Claim Filed by Pension Benefit Guaranty Corporation and Motion for an Order (I) Disallowing PBGC's Late-Filed Amended Claims, (II) Disallowing Certain of the PBGC Claims, and (III) Deeming Certain of the PBGC Claims Satisfied in Part by Post-Petition Transfers* [D.I. 17325] (the "Debtors'

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).

[2] The Consortium represents a group of creditors holding over $125 million in unsecured (non-funded debt) claims, including but not limited to trade (supplier) claims and employee severance and pension claims (all such types of claims in these Cases, the "U.S. Trade Claims") against the U.S. Debtors.

Objection to PBGC Claims")[3], and respectfully submits as follows:

## JOINDER

1. The Consortium joins in the Debtors' Objection to PBGC Claims for each of the reasons set forth therein.

2. Accordingly, the Consortium requests that the Court (i) sustain the Debtors' Objection to PBGC Claims, (ii) grant the relief requested therein, and (iii) grant such other and further relief as the Court deems appropriate.

Dated: November 16, 2016

**FOX ROTHSCHILD LLP**

By: /s/ Jeffrey M. Schlerf
Jeffrey M. Schlerf (DE No. 3047)
Citizens Bank Center
919 North Market Street, Suite 300
Wilmington, DE 19801
Telephone: (302) 654-7444
Facsimile: (302) 656-8920

-and-

**BROWN RUDNICK LLP**
Steven D. Pohl, Esq. (pro hac vice)
Christopher M. Floyd, Esq.
One Financial Center
Boston, MA 02111
Telephone: (617) 856-8200
Facsimile: (617) 856-8201

*Counsel to the Nortel Trade Claims Consortium*

---

[3] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Debtors' Objection to PBGC Claims.