## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of November, 2016, I caused copies of the foregoing **Joinder of the Nortel Trade Claims Consortium to the Debtors' Objection to Proofs of Claim Filed by Pension Benefit Guaranty Corporation and Motion for an Order (I) Disallowing PBGC's Late-Filed Amended Claims, (II) Disallowing Certain of the PBGC Claims, and (III) Deeming Certain of the PBGC Claims Satisfied in Part by Post-Petition Transfers** to be served upon the parties listed on the service list attached hereto as indicated thereon.

*/s/ Jeffrey M. Schlerf*
Jeffrey M. Schlerf (DE No. 3047)

VIA HAND DELIVERY AND E-MAIL
Derek C. Abbott, Esq.
Morris Nichols Arsht & Tunnell LLP
1201 North Market Street
Wilmington, DE 19801
dabbott@mnat.com

VIA E-MAIL
James L. Bromley, Esq.
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
jbromley@cgsh.com

VIA HAND DELIVERY AND E-MAIL
Laura Davis Jones, Esq.
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
Wilmington, DE 19801
ljones@pszjlaw.com

VIA HAND DELIVERY AND E-MAIL
Stephen M. Miller, Esq.
Morris James LLP
500 Delaware Ave., Ste. 1500
Wilmington, DE 19801
smiller@morrisjames.com

VIA HAND DELIVERY AND E-MAIL
Mark Kenney, Esq.
Office of the U.S. Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801
mark.kenney@usdoj.gov

VIA HAND DELIVERY AND E-MAIL
Christopher Samis, Esq.
Whiteford Taylor & Preston LLP
The Renaissance Centre, Suite 500
405 N. King Street
Wilmington, DE 19801
csamis@wtplaw.com

VIA E-MAIL
Eric R. Wilson, Esq.
Sarah L. Reid, Esq.
Benjamin D. Feder, Esq.
Gilbert R. Saydah Jr., Esq.
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178
KDWBankruptcyDepartment@kelleydrye.com
ewilson@kelleydrye.com
sreid@kelleydrye.com
bfeder@kelleydrye.com
gsaydah@kelleydrye.com

VIA E-MAIL
Daniel A. Lowenthal, Esq.
Patterson Belknap Webb & Tyler
1133 Avenue of the Americas
New York, NY 10036-6710
dalowenthal@pbwt.com

VIA E-MAIL
Marc Abrams, Esq.
Willkie Farr & Gallagher LLP
787 7th Avenue
New York, NY 10019-6099
mabrams@willkie.com

VIA E-MAIL
Dennis F. Dunne, Esq.
Milbank Tweed Hadley & McCloy LLP
28 Liberty Street
New York, NY 10005
ddunne@milbank.com

VIA E-MAIL
Thomas R. Kreller, Esq.
Milbank Tweed Hadley & McCloy LLP
601 S. Figuero Street, 30th Floor
Los Angeles, CA 90017
tkreller@milbank.com

VIA E-MAIL
Fred S. Hodara, Esq.
Akin Gump
One Bryant Park
New York, NY  10036
fhodara@akingump.com

VIA HAND DELIVERY AND E-MAIL
Mary F. Caloway, Esq,
Buchanan Ingersoll & Rooney PC
1105 North Market Street, Suite 1900
Wilmington, DE  19801
mary.caloway@bipc.com

VIA E-MAIL
Vicente Matias Murrell, Esq.
Pension Benefit Guaranty Corporation
Office of the Chief Counsel
1200 K Street, N.W., Suite 340
Washington, D.C.  20005-4026
murrell.vicente@pbgc.gov
efile@pbgc.gov