## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------X
: Chapter 11
:
*In re* : Case No. 09-10138 (KG)
:
Nortel Networks Inc., *et al.*,[1] : Jointly Administered
:
                Debtors. :
:
----------------------------------------------------------X

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
## HEARING ON NOVEMBER 22, 2016 AT 10:00 A.M. (EASTERN TIME)

By permission of chambers, any party wishing to participate telephonically must make arrangements through CourtCall **at least one hour prior to the hearing**. CourtCall has been made aware of this extended deadline. CourtCall will not accept reservations after the extended deadline has passed without permission of chambers. Please do not contact chambers prior to the expiration of the extended deadline.

## STATUS CONFERENCE

1.    Debtors' Objection to Proofs of Claim Filed by Pension Benefit Guaranty Corporation and Motion for an Order (I) Disallowing PBGC's Late-Filed Amended Claims, (II) Disallowing Certain of the PBGC Claims, and (III) Deeming Certain of the PBGC Claims Satisfied in Part by Post-Petition Transfers (D.I. 17325, Filed 11/2/16).

    Objection Deadline: November 16, 2016 at 4:00 p.m. (ET).

    Responses Received: None.

    Related Pleading:

    (a)    Declaration of Brent M. Tunis of Debtors' Objection to Proofs of Claim Filed by Pension Benefit Guaranty Corporation and Motion for an Order (I) Disallowing PBGC's Late-Filed Amended Claims, (II) Disallowing Certain of the PBGC Claims, and (III) Deeming Certain of the PBGC Claims Satisfied in Part by Post-Petition Transfers (D.I. 17326, Filed 11/2/16);

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567), Nortel Networks (CALA) Inc. (4226), and Nortel Networks India International Inc. (8667). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

    (b)      Joinder of the *Ad Hoc* Group of Bondholders to Debtors' Objection to Proofs of Claim Filed by Pension Benefit Guaranty Corporation and Motion for an Order (I) Disallowing PBGC's Late-Filed Amended Claims, (II) Disallowing Certain of the PBGC Claims, and (III) Deeming Certain of the PBGC Claims Satisfied in Part by Post-Petition Transfers (D.I. 17397, Filed 11/15/16); and

    (c)      Joinder of the Nortel Trade Claims Consortium to the Debtors' Objection to Proofs of Claim Filed by Pension Benefit Guaranty Corporation and Motion for an Order (I) Disallowing PBGCs Late Filed Amended Claims, (II) Disallowing Certain of the PBGC Claims, and (III) Deeming Certain of the PBGC Claims Satisfied in Part by Post-Petition Transfers (D.I. 17407, Filed 11/16/16).

Status: A status conference on this motion will go forward.

## CONTESTED MATTER GOING FORWARD

2.      Motion of Pension Benefit Guaranty Corporation to Issue Briefing Schedule on Legal Issues in Debtors' Objection to PBGC's Claims (D.I. 17380, Filed 11/10/16).

Objection Deadline:   November 21, 2016 at 12:00 p.m. (ET).

Responses Received:

    (a)      Debtors' Opposition To Pension Benefit Guaranty Corporation's Motion To Issue Briefing Schedule On Legal Issues In Debtors' Objection To PBGC's Claims (To Be Filed).

Related Pleading:

    (a)      Motion of Pension Benefit Guaranty Corporation for an Order Shortening the Response Deadline to and the Notice of Hearing on PBGC's Motion for Briefing Schedule on Legal Issues in Debtors' Objection to PBGC's Claims (D.I. 17381, Filed 11/10/16); and

    (b)      Order Granting Motion of Pension Benefit Guaranty Corporation for an Order Shortening the Response Deadline to and the Notice of Hearing on PBGC's Motion for Briefing Schedule on Legal Issues in Debtors' Objection to PBGC's Claims (D.I. 17391, Entered 11/14/16).

Status: The hearing on this matter will go forward.

## FEE APPLICATIONS

3.      Quarterly Fee Applications.

Objection Deadline: N/A

Responses Received:  None.

Related Pleadings:  See attached "Exhibit A".

Status:  The fee hearing will go forward.

Dated: November 18, 2016
Wilmington, DE

CLEARY GOTTLIEB STEEN & HAMILTON LLP
James L. Bromley (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone:  (212) 225-2000
Facsimile:  (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Tamara K. Minott*
Eric D. Schwartz (No. 3134)
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Tamara K. Minott (No. 5643)
1201 North Market Street
Wilmington, DE  19899-1347
Telephone:  (302) 658-9200
Facsimile:  (302) 658-3989

*Counsel for the Debtors and Debtors in Possession*