**EXHIBIT A**

**Nortel Networks Inc., Bankruptcy Case No. 09-10138 (KG)**

**Summary of Fees and Expenses for the Period
From May 1, 2016 through July 31, 2016, unless otherwise specified**

**Hearing: November 22, 2016 at 10:00 a.m. (ET)**

Akin Gump Strauss Hauer & Feld LLP ("Akin Gump")

A.   Notice Of Thirtieth Interim Fee Application Request (D.I. 17158, Filed 5/31/16).

    1.   Eighty-Eight Monthly Application Of Akin Gump Strauss Hauer & Feld LLP, Co-Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For The Reimbursement Of Expenses For Services Rendered During The Period From May 1, 2016 Through May 31, 2016 (D.I. 17006, Filed 7/1916);

    2.   Certification Of No Objection Regarding Eighty-Eight Monthly Application Of Akin Gump Strauss Hauer & Feld LLP, Co-Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For The Reimbursement Of Expenses For Services Rendered During The Period From May 1, 2016 Through May 31, 2016 [Docket No. 17006] (No Order Required) (D.I. 17075, Filed 8/10/16);

    3.   Eighty-Ninth Monthly Application Of Akin Gump Strauss Hauer & Feld LLP, Co-Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For The Reimbursement Of Expenses For Services Rendered During The Period From June 1, 2016 Through June 30, 2016 (D.I. 17121, Filed 8/18/16);

    4.   Certification Of No Objection Regarding Eighty-Ninth Monthly Application Of Akin Gump Strauss Hauer & Feld LLP, Co-Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For The Reimbursement Of Expenses For Services Rendered During The Period From June 1, 2016 Through June 30, 2016 [Docket No. 17121] (No Order Required) (D.I.17173, Filed 9/9/16);

    5.   Ninetieth Monthly Application Of Akin Gump Strauss Hauer & Feld LLP, Co-Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For The Reimbursement Of Expenses For Services Rendered During The Period From July 1, 2016 Through July 31, 2016 (D.I. 17157, Filed 8/31/16);

    6.   Certification Of No Objection Regarding Ninetieth Monthly Application Of Akin Gump Strauss Hauer & Feld LLP, Co-Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For The

Reimbursement Of Expenses For Services Rendered During The Period From July 1, 2016 Through July 31, 2016 [Docket No. 16859] (No Order Required) (D.I.17198, Filed 9/22/16); and

7. Fee Examiner's Final Report Regarding Thirtieth Interim Fee Application Of Akin Gump Strauss Hauer & Feld LLP (D.I.17272, Filed 10/18/16).

Ashurst LLP

B. Notice Of Thirtieth Interim Fee Application Request (D.I. 17149, Filed 8/30/16).

1. Eighty-Eighth Monthly Application Of Ashurst LLP, European Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From May 1, 2016 Through May 31, 2016 (D.I. 16958, Filed 6/28/16);

2. Certification Of No Objection Regarding Eighty-Eighth Monthly Application Of Ashurst LLP, European Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From May 1, 2016 Through May 31, 2016 [Docket No. 16958] (No Order Required) (D.I. 17008, Filed 7/21/16);

3. Eighty-Ninth Monthly Application Of Ashurst LLP, European Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From June 1, 2016 Through June 30, 2016 (D.I. 17018, Filed 8/1/16);

4. Certification Of No Objection Regarding Eighty-Ninth Monthly Application Of Ashurst LLP, European Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From June 1, 2016 Through June 30, 2016 [Docket No. 17018] (No Order Required) (D.I.17139, Filed 8/25/16);

5. Ninetieth Monthly Application Of Ashurst LLP, European Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From July 1, 2016 Through July 31, 2016 (D.I. 17148, Filed 8/30/16);

6. Certification Of No Objection Regarding Ninetieth Monthly Application Of Ashurst LLP, European Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From July 1, 2016 Through July 31, 2016 [Docket No. 16847] (No Order Required) (D.I.17197, Filed 9/22/16); and

7. Fee Examiner's Final Report Regarding Thirtieth Interim Fee Application Of Ashurst LLP (D.I. 17329, Filed 11/2/16).

Berkeley Research Group, LLC

C.  Notice Of Fifth Interim Fee Application Request (D.I. 17154, Filed 8/31/16).

   1. Twelfth Monthly Fee Application Of Berkeley Research Group, LLC For Compensation For Services Rendered And Reimbursement Of Expenses As Financial Advisor To The Official Committee of Unsecured Creditors During The Period From May 1, 2016 Through May 31, 2016 (D.I. 17013, Filed 7/22/16);

   2. Certification Of No Objection Regarding Twelfth Monthly Fee Application Of Berkeley Research Group, LLC For Compensation For Services Rendered And Reimbursement Of Expenses As Financial Advisor To The Official Committee of Unsecured Creditors During The Period From May 1, 2016 Through May 31, 2016 [Docket No. 17013] (No Order Required) (D.I. 17190, Filed 9/21/16);

   3. Thirteenth Monthly Fee Application Of Berkeley Research Group, LLC For Compensation For Services Rendered And Reimbursement Of Expenses As Financial Advisor To The Official Committee of Unsecured Creditors During The Period From June 1, 2016 Through June 30, 2016 (D.I. 17128, Filed 8/22/16);

   4. Certification Of No Objection Regarding Thirteenth Monthly Fee Application Of Berkeley Research Group, LLC For Compensation For Services Rendered And Reimbursement Of Expenses As Financial Advisor To The Official Committee of Unsecured Creditors During The Period From June 1, 2016 Through June 30, 2016 [Docket No. 17128] (No Order Required) (D.I. 17180, Filed 9/13/16);

   5. Fourteenth Monthly Fee Application Of Berkeley Research Group, LLC For Compensation For Services Rendered And Reimbursement Of Expenses As Financial Advisor To The Official Committee of Unsecured Creditors During The Period From July 1, 2016 Through July 31, 2016 (D.I. 17153, Filed 8/30/16);

   6. Certification Of No Objection Regarding Fourteenth Monthly Fee Application Of Berkeley Research Group, LLC For Compensation For Services Rendered And Reimbursement Of Expenses As Financial Advisor To The Official Committee of Unsecured Creditors During The Period From July 1, 2016 Through July 31, 2016 [Docket No. 16821] (No Order Required) (D.I. 17188, Filed 9/20/16); and

   7. Fee Examiner's Final Report Regarding Fifth Interim Fee Application Of Berkeley Research Group, LLC (D.I. 17274, Fled 10/18/16).

Cassels Brock & Blackwell LLP

D.  Notice Of Tenth Interim Fee Application Request (D.I. 17156, 8/31/16).

   1. Twenty-Seventh Monthly Application Of Cassels Brock & Blackwell LLP Canadian Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance

        Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From May 1, 2016 To May 31, 2016 (D.I. 17123, Filed 8/19/16);

2. Certification of No Objection Regarding Twenty-Seventh Monthly Application Of Cassels Brock & Blackwell LLP Canadian Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From May 1, 2016 To May 31, 2016 (D.I. 17176, Filed 9/12/16);

3. Twenty-Eighth Monthly Application Of Cassels Brock & Blackwell LLP Canadian Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From June 1, 2016 To June 30, 2016 (D.I. 17127, Filed 8/19/16);

4. Certification Of No Objection Regarding Twenty-Eighth Monthly Application Of Cassels Brock & Blackwell LLP Canadian Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From June 1, 2016 To June 30, 2016 (D.I. 17177, Filed 9/12/16);

5. Twenty-Ninth Monthly Application Of Cassels Brock & Blackwell LLP Canadian Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From July 1, 2016 To July 31, 2016 (D.I. 17155, Filed 8/31/16);

6. Certification Of No Objection Regarding Twenty-Ninth Monthly Application Of Cassels Brock & Blackwell LLP Canadian Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From July 1, 2016 To July 31, 2016 (D.I. 17199, Filed 9/22/16); and

7. Fee Examiner's Final Report Regarding Notice Of Tenth Interim Fee Application Request Of Cassels Brock & Blackwell LLP (D.I. 17327, Filed 11/2/16).

Chilmark Partners LLC

E. Twenty-Sixth Quarterly Fee Application Request Of Chilmark Partners, LLC, As Consulting Expert To The Debtors And Debtors-In-Possession, For The Period May 1, 2016 Through July 31, 2016 (D.I. 17144, Filed 8/26/16).

1. Seventy-Fifth Monthly Application Of Chilmark Partners, LLC, As Consulting Expert To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses During The Period From May 1, 2016 Through July 31, 2016 (D.I. 16966, Filed 6/29/16);

2. Certificate of No Objection Regarding Seventy-Fifth Monthly Application Of Chilmark Partners, LLC, As Consulting Expert To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses During The Period From May 1, 2016 Through July 31, 2016 (D.I. 17007, Filed 7/20/16);

3. Seventy-Sixth Monthly Application Of Chilmark Partners, LLC, As Consulting Expert To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses During The Period From June 1, 2016 Through June 30, 2016 (D.I. 17125, Filed 8/19/16);

4. Certificate of No Objection Regarding Seventy-Sixth Monthly Application Of Chilmark Partners, LLC, As Consulting Expert To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses During The Period From June 1, 2016 Through June 30, 2016 (D.I. 17171, Filed 9/9/16);

5. Seventy-Seventh Monthly Application Of Chilmark Partners, LLC, As Consulting Expert To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses For The Period July 1, 2016 Through July 31, 2016 (D.I. 17126, Filed 8/19/16);

6. Certificate of No Objection Regarding Seventy-Seventh Monthly Application Of Chilmark Partners, LLC, As Consulting Expert To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses For The Period July 1, 2016 Through July 31, 2016 (D.I. 17172, Filed 9/9/16); and

7. Fee Examiner's Final Report Regarding Twenty-Sixth Quarterly Fee Application Of Chilmark Partners, LLC (D.I. 17275, Filed 10/18/16).

Cleary Gottlieb Steen & Hamilton LLP ("Cleary")

F. Thirtieth Quarterly Fee Application Request Of Cleary Gottlieb Steen & Hamilton LLP, As Attorneys For Debtors And Debtors-In-Possession, For The Period May 1, 2016 Through July 31, 2016 (D.I. 17146, Filed 8/29/16).

1. Eighty-Ninth Interim Application Of Cleary Gottlieb Steen & Hamilton LLP, As Attorneys For Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period May 1, 2016 Through May 31, 2016 (D.I. 16959, Filed 6/28/16);

    2.    Certificate Of No Objection Regarding Eighty-Ninth Interim Application Of Cleary Gottlieb Steen & Hamilton LLP, As Attorneys For Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period May 1, 2016 Through May 31, 2016 (D.I. 17004, Filed 7/19/16);

    3.    Ninetieth Interim Application Of Cleary Gottlieb Steen & Hamilton LLP, As Attorneys For Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period June 1, 2016 Through June 30, 2016 (D.I. 17014, Filed 7/26/16);

    4.    Certificate Of No Objection Regarding Ninetieth Interim Application Of Cleary Gottlieb Steen & Hamilton LLP, As Attorneys For Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period June 1, 2016 Through June 30, 2016  (D.I. 17097, Filed 8/17/16);

    5.    Ninety-First Interim Application Of Cleary Gottlieb Steen & Hamilton LLP, As Attorneys For Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period July 1, 2016 Through July 31, 2016 (D.I. 17133, Filed 8/25/16);

    6.    Certificate Of No Objection Regarding Ninety-First Interim Application Of Cleary Gottlieb Steen & Hamilton LLP, As Attorneys For Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period July 1, 2016 Through July 31, 2016 (D.I. 17187, Filed 9/15/16); and

    7.    Fee Examiner's Final Report Regarding Thirtieth Quarterly Fee Application Of Cleary Gottlieb Steen & Hamilton LLP (D.I. 17328, Filed 11/2/16).

Crowell & Moring LLP

G.    Twenty-Ninth Quarterly Fee Application Request Of Crowell & Moring LLP, Special Counsel For Debtors And Debtors-In-Possession, For The Period May 1, 2016 Through July 31, 2016 (D.I. 17160, Filed 8/31/16).

    1.    Seventieth Interim Application Of Crowell & Moring LLP As Special Counsel To Debtors And Debtors-In-Possession For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period May 1, 2016 Through July 31, 2016 (D.I. 17159, Filed 8/31/16);

    2.    Certificate Of No Objection Regarding Seventieth Interim Application Of Crowell & Moring LLP As Special Counsel To Debtors And Debtors-In-Possession For

10351790.1
Nortel - Exhibit A

> Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period May 1, 2016 Through July 31, 2016 (D.I. 17196, Filed 9/22/16); and
>
> 3. Fee Examiner's Final Report Regarding Twenty-Ninth Quarterly Fee Application Of Crowell & Moring LLP (D.I. 17271, Filed 10/18/16).

Ernst & Young LLP

H. Thirtieth Quarterly Fee Application Of Ernst & Young LLP For Compensation For Services Rendered As Indirect Tax Service Advisor To The Debtors And Debtors-In-Possession For The Period Of May 1, 2016 Through July 31, 2016 (D.I. 17152, Filed 8/30/16).

   1. Fifty-First Interim Application Of Ernst & Young LLP For Allowance Of Compensation For Services Rendered As Indirect Tax Service Advisor To The Debtors And Debtors-In-Possession For Period Of May 1, 2016 Through May 31, 2016 (D.I. 17000, Filed 7/18/16);

   2. Certificate Of No Objection Regarding Fifty-First Interim Application Of Ernst & Young LLP For Allowance Of Compensation For Services Rendered As Indirect Tax Service Advisor To The Debtors And Debtors-In-Possession For Period Of May 1, 2016 Through May 31, 2016 (D.I. 17060, Filed 8/9/16);

   3. Fifty-Second Interim Application Of Ernst & Young LLP For Allowance Of Compensation For Services Rendered As Indirect Tax Service Advisor To The Debtors And Debtors-In-Possession For Period Of June 1, 2016 Through June 30, 2016 (D.I. 17131, Filed 8/24/16);

   4. Certificate Of No Objection Regarding Fifty-Second Interim Application Of Ernst & Young LLP For Allowance Of Compensation For Services Rendered As Indirect Tax Service Advisor To The Debtors And Debtors-In-Possession For Period Of June 1, 2016 Through June 30, 2016 (D.I. 17186, Filed 9/15/16);

   5. Fifty-Third Interim Application Of Ernst & Young LLP For Allowance Of Compensation For Services Rendered As Indirect Tax Service Advisor To The Debtors And Debtors-In-Possession For Period Of July 1, 2016 Through July 31, 2016 (D.I. 17151, Filed 8/30/16);

   6. Certificate Of No Objection Regarding Fifty-Third Interim Application Of Ernst & Young LLP For Allowance Of Compensation For Services Rendered As Indirect Tax Service Advisor To The Debtors And Debtors-In-Possession For Period Of July 1, 2016 Through July 31, 2016 (D.I. 17194, Filed 9/21/16); and

   7. Fee Examiner's Final Report Regarding Thirtieth Quarterly Fee Application Of Ernst & Young LLP (D.I. 17278, Filed 10/18/16).

Huron Business Advisory

I.  Thirtieth Quarterly Fee Application Request Of Huron Business Advisory As Accounting And Restructuring Consultants For Debtors And Debtors-In-Possession, For The Period May 1, 2016 Through July 31, 2016 (D.I. 17076, Filed 8/11/16).

   1. Eighty-Eighth Interim Application Of Huron Business Advisory As Accounting And Restructuring Consultant To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period May 1, 2016 Through May 31, 2016 (D.I. 16904, Filed 6/7/16);

   2. Certificate Of No Objection Regarding Eighty-Eighth Interim Application Of Huron Business Advisory As Accounting And Restructuring Consultant To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period May 1, 2016 Through May 31, 2016 (D.I. 16963, Filed 6/28/16);

   3. Eighty-Ninth Interim Application Of Huron Business Advisory As Accounting And Restructuring Consultant To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period June 1, 2016 Through June 30, 2016 (D.I. 16991, Filed 7/13/16);

   4. Certificate Of No Objection Regarding Eighty-Ninth Interim Application Of Huron Business Advisory As Accounting And Restructuring Consultant To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period June 1, 2016 Through June 30, 2016 (D.I. 17050, Filed 8/3/16);

   5. Ninetieth Interim Application Of Huron Business Advisory As Accounting And Restructuring Consultant To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period July 1, 2016 Through July 31, 2016 (D.I. 17059, Filed 8/9/16);

   6. Certificate Of No Objection Regarding Ninetieth Interim Application Of Huron Business Advisory As Accounting And Restructuring Consultant To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period July 1, 2016 Through July 31, 2016 (D.I. 17150, Filed 8/30/16); and

   7. Fee Examiner's Final Report Regarding Thirtieth Quarterly Fee Application Of Huron Business Advisory (D.I. 17209, Filed 9/27/16).

<u>John Ray</u>

J.    Twenty-Seventh Quarterly Fee Application Of John Ray, As Principal Officer Of Nortel Networks, Inc. And Its Affiliates, For The Period May 1, 2016 Through July 31, 2016 (D.I. 17129, Filed 8/22/16).

    1.    Fifty-Seventh Monthly Application Of John Ray, As Principal Officer Of Nortel Networks, Inc. For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period May 1, 2016 Through May 31, 2016 (D.I. 16906, Filed 6/8/16);

    2.    Certificate Of No Objection Regarding Fifty-Seventh Monthly Application Of John Ray, As Principal Officer Of Nortel Networks, Inc. For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period May 1, 2016 Through May 31, 2016 (D.I. 16965, Filed 6/29/16);

    3.    Fifty-Eighth Monthly Application Of John Ray, As Principal Officer Of Nortel Networks, Inc. For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period June 1, 2016 Through June 30, 2016 (D.I. 16979, Filed 7/5/16);

    4.    Certificate Of No Objection Regarding Fifty-Eighth Monthly Application Of John Ray, As Principal Officer Of Nortel Networks, Inc. For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period June 1, 2016 Through June 30, 2016 (D.I. 17015, Filed 7/27/16);

    5.    Fifty-Ninth Monthly Application Of John Ray, As Principal Officer Of Nortel Networks, Inc. For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period July 1, 2016 Through July 31, 2016 (D.I. 17056, Filed 8/5/16);

    6.    Certificate Of No Objection Regarding Fifty-Ninth Monthly Application Of John Ray, As Principal Officer Of Nortel Networks, Inc. For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period July 1, 2016 Through July 31, 2016 (D.I. 17145, Filed 8/26/16); and

    7.    Fee Examiner's Final Report Regarding Twenty-Seventh Quarterly Fee Application Of John Ray (D.I. 17208, Filed 9/27/16).

Morris, Nichols, Arsht & Tunnell LLP

K.    Thirtieth Quarterly Fee Application Request Of Morris, Nichols, Arsht & Tunnell LLP, As Delaware And General Bankruptcy Counsel For Debtors And Debtors-In-Possession, For The Period May 1, 2016 Through July 31, 2016 (D.I. 17087, Filed 8/15/16).

   1.    Eighty-Ninth Interim Application Of Morris, Nichols, Arsht & Tunnell LLP, As Delaware And General Bankruptcy Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period May 1, 2016 Through May 31, 2016 (D.I. 16922, Filed 6/15/16);

   2.    Certificate of No Objection Regarding Eighty-Ninth Interim Application Of Morris, Nichols, Arsht & Tunnell LLP, As Delaware And General Bankruptcy Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period May 1, 2016 Through May 31, 2016 (D.I. 16983, Filed 7/6/16);

   3.    Ninetieth Interim Application Of Morris, Nichols, Arsht & Tunnell LLP, As Delaware And General Bankruptcy Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period June 1, 2016 Through June 30, 2016 (D.I. 16989, Filed 7/12/16);

   4.    Certificate Of No Objection Regarding Ninetieth Interim Application Of Morris, Nichols, Arsht & Tunnell LLP, As Delaware And General Bankruptcy Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period June 1, 2016 Through June 30, 2016 (D.I. 17047, Filed 8/2/16);

   5.    Ninety-First Interim Application Of Morris, Nichols, Arsht & Tunnell LLP, As Delaware And General Bankruptcy Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period July 1, 2016 Through July 31, 2016 (D.I. 17078, Filed 8/11/16);

   6.    Certificate Of No Objection Regarding Ninety-First Interim Application Of Morris, Nichols, Arsht & Tunnell LLP, As Delaware And General Bankruptcy Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period July 1, 2016 Through July 31, 2016 (D.I. 17163, Filed 9/1/16); and

   7.    Fee Examiner's Final Report Regarding Thirtieth Quarterly Fee Application Of Morris, Nichols, Arsht & Tunnell LLP (D.I. 17276, Filed 10/18/16).

RLKS Executive Solutions, LLC

L.   Twenty-Fifth Quarterly Fee Application Request Of RLKS Executive Solutions LLC, As Consultants To The Debtors And Debtors-In-Possession, For The Period May 1, 2016 Through July 31, 2016 (D.I. 17132, Filed 8/24/16).

   1.   Sixty-First Monthly Application Of RLKS Executive Solutions LLC, As Consultants To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period May 1, 2016 Through May 31, 2016 (D.I. 16890, Filed 6/3/16);

   2.   Certificate Of No Objection Regarding Sixty-First Monthly Application Of RLKS Executive Solutions LLC, As Consultants To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period May 1, 2016 Through May 31, 2016 (D.I. 16951, Filed 6/24/16);

   3.   Sixty-Second Monthly Application Of RLKS Executive Solutions LLC, As Consultants To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period June 1, 2016 Through June 30, 2016 (D.I. 16976, Filed 7/1/16);

   4.   Certificate Of No Objection Regarding Sixty-Second Monthly Application Of RLKS Executive Solutions LLC, As Consultants To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period June 1, 2016 Through June 30, 2016  (D.I. 17012, Filed 7/22/16);

   5.   Sixty-Third Monthly Application Of RLKS Executive Solutions LLC, As Consultants To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period July 1, 2016 Through July 31, 2016 (D.I. 17080, Filed 8/11/16);

   6.   Certificate Of No Objection Regarding Sixty-Third Monthly Application Of RLKS Executive Solutions LLC, As Consultants To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period July 1, 2016 Through July 31, 2016 (D.I. 17162, 9/1/16); and

   7.   Fee Examiner's Final Report Regarding Twenty-Fifth Quarterly Fee Application Of RLKS Executive Solutions LLC (D.I. 17293, Filed 10/21/16).

Torys LLP

M.  Twenty-Third Quarterly Fee Application Of Torys LLP, As Special Canadian Counsel To Debtors And Debtors-In-Possession For The Period May 1, 2016 Through May 31, 2016 (D.I. 17122, Filed 8/19/16).

  1.  Sixty-Second Monthly Application Of Torys LLP, As Special Canadian Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period May 1, 2016 Through May 31, 2016 (D.I. 16972, Filed 6/30/16);

  2.  Certificate Of No Objection Regarding Sixty-Second Monthly Application Of Torys LLP, As Special Canadian Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period May 1, 2016 Through May 31, 2016 (D.I. 17010, Filed 7/21/16);

  3.  Sixty-Third Monthly Application Of Torys LLP, As Special Canadian Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period June 1, 2016 Through June 30, 2016 (D.I. 17017, Filed 7/28/16);

  4.  Certificate Of No Objection Regarding Sixty-Third Monthly Application Of Torys LLP, As Special Canadian Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period June 1, 2016 Through June 30, 2016 (D.I. 17119, Filed 8/18/16);

  5.  Sixty-Fourth Monthly Application Of Torys LLP, As Special Canadian Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period July 1, 2016 Through July 31, 2016 (D.I. 17055, Filed 8/4/16);

  6.  Certificate Of No Objection Regarding Sixty-Fourth Monthly Application Of Torys LLP, As Special Canadian Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period July 1, 2016 Through July 31, 2016 (D.I. 17137, Filed 8/25/16); and

  7.  Fee Examiner's Final Report Regarding Twenty-Third Quarterly Fee Application Of Torys LLP (D.I. 17277, Filed 10/18/16).

Whiteford, Taylor & Preston LLC

N.  Seventh Interim Application Of Whiteford, Taylor & Preston LLC For Allowance Of Compensation For Services Rendered And For Reimbursement Of Expenses As Co-Counsel

To The Official Committee Of Unsecured Creditors For The Period From May 1, 2016 Through July 31, 2016 (D.I. 17141, Filed 8/25/16).

1. Seventeenth Monthly And Interim Application Of Whiteford, Taylor & Preston LLC For Allowance Of Compensation For Services Rendered And For Reimbursement Of Expenses As Co-Counsel To The Official Committee Of Unsecured Creditors For The Period From May 1, 2016 Through May 31, 2016 (D.I. 16917, Filed 6/14/16);

2. Certificate Of No Objection Regarding Seventeenth Monthly And Interim Application Of Whiteford, Taylor & Preston LLC For Allowance Of Compensation For Services Rendered And For Reimbursement Of Expenses As Co-Counsel To The Official Committee Of Unsecured Creditors For The Period From May 1, 2016 Through May 31, 2016 [Docket No. 16917] (No Order Required) (D.I. 16982, Filed 7/6/16);

3. Eighteenth Monthly And Interim Application Of Whiteford, Taylor & Preston LLC For Allowance Of Compensation For Services Rendered And For Reimbursement Of Expenses As Co-Counsel To The Official Committee Of Unsecured Creditors For The Period From June 1, 2016 Through June 30, 2016 (D.I. 17054, Filed 8/4/16);

4. Certificate Of No Objection Regarding Eighteenth Monthly And Interim Application Of Whiteford, Taylor & Preston LLC For Allowance Of Compensation For Services Rendered And For Reimbursement Of Expenses As Co-Counsel To The Official Committee Of Unsecured Creditors For The Period From June 1, 2016 Through June 30, 2016 [Docket No. 17054] (No Order Required) (D.I. 17140, Filed 8/25/16);

5. Nineteenth Monthly And Interim Application Of Whiteford, Taylor & Preston LLC For Allowance Of Compensation For Services Rendered And For Reimbursement Of Expenses As Co-Counsel To The Official Committee Of Unsecured Creditors For The Period From July 1, 2016 Through July 31, 2016 (D.I. 17091, Filed 8/16/16);

6. Certificate Of No Objection Regarding Nineteenth Monthly And Interim Application Of Whiteford, Taylor & Preston LLC For Allowance Of Compensation For Services Rendered And For Reimbursement Of Expenses As Co-Counsel To The Official Committee Of Unsecured Creditors For The Period From July 1, 2016 Through July 31, 2016 [Docket No. 17091] (No Order Required) (D.I. 17164, Filed 9/7/16); and

7. Fee Examiner's Final Report Regarding Seventh Interim Fee Application Of Whiteford, Taylor & Preston LLC (D.I. 17294, Filed 10/21/16).