**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS, INC., *et al.*, | Case No. 09-10138-KG<br>(Jointly Administered) |
| Debtors. | |

## REMOVAL FROM CM/ECF MAILING LIST

**PLEASE TAKE NOTICE** that the undersigned attorney hereby requests removal from the CM/ECF email notification list in the above-captioned matter.

Dated:  November 18, 2016

VEDDER PRICE P.C.

By: */s/ Michael L. Schein*
Michael L. Schein (MS-0241)
1633 Broadway, 31st Floor
New York, New York  10019
Tel. No.   (212) 407-7700
Fax No.   (212) 407-7799
Email:  mschein@vedderprice.com

NEWYORK/#443511.1