FILED
2016 NOV 18 PM 2:16
CLERK
US BANKRUPTCY
DISTRICT OF DELAWARE

Nortel Networks etal

Objection to proposed disclosure.

Edward E Pitt    Case No 09-10138(KL)
662 Behrens Rd.
JimThorpe, Pa
18229

I received notice of hearing to consider
Approval of disclosure statement

I claim 238.95 per month - my pension payment
Filing to keep pension Intact   A/C # XX0312
I am not a lawyer and disclosure statement
in confusing. I assume Nortel networks
is Filing Bankruptcy to stop payment of
pensions. In which I object. If plan is to
Liquidate assets and continue to payout
pension I accept. I worked in union and a
Friend whom was management and
collecting a Nortel pension informed
me that the pension is now handled
by the government and he did not
Receive this disclosure statement. I also
Do not know if I need to send Letter
to Clerk of the US Bankruptcy court.
If you can provide any help or answers
poconoed@yahoo.com
                        Thank you
                        Edward Pitt