**Exhibit A**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
:
*In re*                                                  :   Chapter 11
:
Nortel Networks Inc., *et al.*,[1]                       :   Case No. 09-10138 (KG)
:
               Debtors. :   Jointly Administered
:
:   **Re: D.I. 17076, 17087, 17122, 17129,**
:   **17132, 17141, 17144, 17146, 17149,**
:   **17152, 17154, 17156, 17158, 17160**
:
:
---------------------------------------------------------X

## THIRTIETH OMNIBUS ORDER ALLOWING CERTAIN PROFESSIONALS INTERIM COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES

These matters come to be heard, in accordance with the Administrative Order Pursuant to 11 U.S.C. §§ 105(a) and 331, Fed. R. Bankr. P. 2016 and Del. Bankr. L.R. 2016-2 Establishing Procedures for Interim Compensation and Reimbursement of Fees and Expenses for Professionals and Official Committee Members, dated February 4, 2009 [D.I. 222] (the "Interim Compensation Procedures Order"), on the Interim Fee Statements[2] (unless otherwise specified) for the periods set forth hereto, filed by professionals (the "Professionals") in the above-captioned bankruptcy case; and this Court having determined that proper and adequate notice has been given and that no other or further notice is necessary; and upon consideration of the record of the hearing convened on

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567), Nortel Networks (CALA) Inc. (4226), and Nortel Networks India International Inc. (8667). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

[2] Capitalized terms not defined herein shall have the meanings ascribed to them in the Interim Compensation Procedures Order, unless context requires otherwise.

November 22, 2016 (the "Hearing") and the entire record of this case; the requested compensation for those services detailed in the applicable Interim Fee Statements being so requested for reasonable and necessary services rendered by the applicable Professionals; the reimbursements for expenses detailed in the Interim Fee Statements representing reimbursements for actual and necessary expenses incurred by the applicable Professionals in connection with these cases; the legal and factual bases set forth in the Interim Fee Statements and at the Hearing having established just cause for the relief granted herein; and after due deliberation thereon; and good and sufficient cause appearing therefor;

IT IS HEREBY ORDERED:

1. Interim compensation and reimbursement of expenses for the Professionals are hereby allowed as set forth in this Order including Exhibits A and B attached hereto.

2. Unless otherwise ordered by the Court or agreed by the applicant, the entry of this Order is without prejudice to the right of the above-referenced Professionals at a future hearing to request the allowance and payment of compensation and/or expenses in amounts in excess of those allowed pursuant to the first decretal paragraph of this Order for the periods covered by the Interim requests for allowance and payment of compensation and expenses considered at the Hearing.

3. The above-captioned debtors and debtors-in-possession (the "Debtors") are authorized and directed to promptly disburse to each Professional, except for otherwise provided herein, payment in the amount of the difference between (a) 100% of the total fees and expenses allowed herein for such Professional as set forth in Column (9) on **Exhibits A and B** attached hereto and (b) the actual interim payments received by such Professional for the interim period covered herein, subject to final allowance by the Court pursuant to the terms of the Interim Compensation Procedures Order.

4. The Debtors are authorized and empowered to take such actions as may be necessary and appropriate to implement the terms of this Order.

5.  This Court shall retain jurisdiction with respect to all matters relating to the interpretation or implementation of this Order.

6.  This Order shall be effective immediately upon entry.

Dated: _____, 2016
    Wilmington, Delaware

_____
THE HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE

9108796.1

## Exhibit A

| (1) Applicant | (2) Interim Period | (3) Total Fees Requested for the Interim Period | (4)[1] Amount of Fees for Which Payment Was Requested in Monthly Applications (80%) | (5) Amount of Holdback Fees Requested (20%) | (6) Total Expenses Requested for the Interim Period (100%) | (7) Total Amount Requested for the Interim Period (Fees and Expenses) | (8) Total Amount Disallowed for the Interim Period | (9) Total Amount Authorized for the Interim Period | (10) Total Amount Requested in Case (Fees and Expenses) thru the Interim Period | (11) Total Amount Authorized Per Court Order to Date (Fees and Expenses) |
|---|---|---|---|---|---|---|---|---|---|---|
| Chilmark Partners, LLC | 5/1/16-7/31/16 | $750,000.00 | $600,000.00 | $150,000.00 | $5,061.22 | $755,061.22 | $0.00 | $755,061.22 | $19,659,525.90 | $19,659,525.90 |
| Cleary Gottlieb Steen & Hamilton LLP | 5/1/16-7/31/16 | $2,648,897.00 | $2,119,117.60 | $529,779.40 | $466,017.97 | $3,114,914.97 | $0.00 | $3,114,914.97 | $324,309,569.68 | $324,233,031.77 |
| Crowell & Moring LLP | 5/1/16-7/31/16 | $11,521.00 | $9,216.80 | $2,304.20 | $696.36 | $12,217.36 | 0.00 | $12,217.36 | $2,387,425.93[2] | $2,385,259.03[3] |
| Ernst & Young LLP | 5/1/16-7/31/16 | $1,327,376.00 | $1,061,900.80 | $265,475.20 | $2,842.49 | $1,330,218.49 | $0.00 | $1,330,218.49 | $36,612,990.66 | $36,600,323.47[4] |
| Huron Consulting Group | 5/1/16-7/31/16 | $72,945.00 | $58,356.00 | $14,589.00 | $0.00 | $72,945.00 | $0.00 | $72,945.00 | $9,229,307.82[5] | $9,228,457.82 |

---

[1] Please note that the listing in Columns (4) and (6) are amounts of fees and expenses for which payment was requested in monthly applications and is not intended to and should not be construed as a finding by the Court or an admission by the referenced Applicant that such amounts were actually paid by the Debtors.

[2] Please note that this amount reflects an increase of $1,098.90 due to certain accounting errors included in prior omnibus fee orders.

[3] Please note that this amount reflects an increase of $848.90 due to certain accounting errors included in prior omnibus fee orders.

[4] Please note that this amount reflects a decrease of $2,806.91 due to certain accounting errors included in prior omnibus fee orders.

[5] Please note that this amount reflects an increase of $850.00 due to certain accounting errors included in prior omnibus fee orders.

| (1) Applicant | (2) Interim Period | (3) Total Fees Requested for the Interim Period | (4)[1] Amount of Fees for Which Payment Was Requested in Monthly Applications (80%) | (5) Amount of Holdback Fees Requested (20%) | (6) Total Expenses Requested for the Interim Period (100%) | (7) Total Amount Requested for the Interim Period (Fees and Expenses) | (8) Total Amount Disallowed for the Interim Period | (9) Total Amount Authorized for the Interim Period | (10) Total Amount Requested in Case (Fees and Expenses) thru the Interim Period | (11) Total Amount Authorized Per Court Order to Date (Fees and Expenses) |
|---|---|---|---|---|---|---|---|---|---|---|
| John Ray | 5/1/16-7/31/16 | $212,481.50 | $169,985.20 | $42,496.30 | $3,357.71 | $215,839.21 | $0.00 | $215,839.21 | $4,356,323.26 | $4,355,955.76[6] |
| Morris, Nichols, Arsht & Tunnell LLP | 5/1/16-7/31/16 | $169,607.00 | $135,685.60 | $33,921.40 | $10,010.53 | $179,617.53 | $0.00 | $179,617.53 | $9,732,484.03 | $9,730,223.03 |
| RLKS Executive Solutions LLC | 5/1/16-7/31/16 | $2,689,544.50 | $2,151,635.60 | $537,908.90 | $106,201.38 | $2,795,745.88 | $0.00 | $2,795,745.88 | $22,103,792.01 | $22,102,317.01 |
| Torys LLP | 5/1/16-7/31/16 | $516,694.00 | $413,355.20 | $103,338.80 | $6,680.19 | $523,374.19 | $0.00 | $523,374.19 | $21,479,514.58 | $21,396,631.58[7] |
| **TOTALS** | | **$8,399,066.00** | **$6,719,252.80** | **$1,679,813.20** | **$600,867.85** | **$8,999,933.85** | **$0.00** | **$8,999,933.85** | **$449,870,932.95** | **$449,691,724.45** |

---

[6] Please note that this amount reflects a decrease of $328.00 due to certain accounting errors included in prior omnibus fee orders.

[7] Please note that this amount reflects a decrease of $177.50 due to certain accounting errors included in prior omnibus fee orders.

**Exhibit B**

| (1) Applicant | (2) Interim Period | (3) Total Fees Requested for the Interim Period | (4)[1] Amount of Fees for Which Payment Was Requested in Monthly Applications (80%) | (5) Amount of Holdback Fees Requested (20%) | (6) Total Expenses Requested for the Interim Period (100%) | (7) Total Amount Requested for the Interim Period (Fees and Expenses) | (8) Total Amount Disallowed for the Interim Period (Fee Examiner) | (9) Total Amount Authorized for the Interim Period | (10) Total Amount Requested in Case (Fees and Expenses) thru the Interim Period | (11) Total Amount Authorized Per Court Order to Date (Fees and Expenses) |
|---|---|---|---|---|---|---|---|---|---|---|
| Berkeley Research Group, LLC | 5/1/16 - 7/31/16 | $492,855.50 | $394,284.40 | $98,571.10 | $1,318.98 | $494,174.48 | $0.00 (Fees) $0.00 (Expenses) | $494,174.48 | $2,021,489.37 | $2,021,489.37 |
| Akin Gump Strauss Hauer & Feld LLP | 5/1/16 - 7/31/16 | $1,101,349.00 | $881,079.20 | $220,269.80 | $16,945.44 | $1,118,294.44 | $0.00 (Fees) $0.00 (Expenses) | $1,118,294.44 | $74,547,550.49 | $74,403,055.72 |
| Ashurst LLP[2] | 5/1/16 - 7/31/16 | £39,304.00 (US $49,259.70) | £31,443.20 (US $39,407.76) | £7,860.80 (US $9,851.94) | £50.88 (US $63.76) | £39,354.88 (US $49,319.54) | $0.00 (Fees) $0.00 (Expenses) | £39,354.88 (US $49,319.54) | £5,565,156.79 (US $6,974,254.49) | £5,562,918.35 (US $6,971,449.28) |
| Cassels Brock & Blackwell LLP[3] | 5/1/16 - 7/31/16 | CDN $581,406.50 (US $434,543.22) | CDN $465,125.20 (US $347,634.57) | CDN $116,281.30 (US $86,908.64) | CDN $2,854.01 (US $2,133.09) | CDN $584,260.51 (US $436,676.31) | CDN $0.00 (Fees) $0.00 (Expenses) | CDN $584,260.51 (US $436,676.31) | CDN $6,558,623.19 (US $4,901,914.97) | CDN $6,558,353.19 (US $4,901,713.17) |

---

[1]  Please note that the listing in Columns (4) and (6) are amounts of fees and expenses for which payment was requested in monthly applications and is not intended to and should not be construed as a finding by the Court or an admission by the referenced Applicant that such amounts were actually paid by the Debtors.

[2]  The amounts stated in parentheses are for informational purposes only and reflect the international foreign exchange rate of £1 to US $1.2533 as published by Bloomberg.com on November 4, 2016. All figures listed for Ashurst LLP are paid in Sterling in the Sterling amounts specified above.

[3]  The amounts stated in parentheses are for informational purposes only and reflect the international foreign exchange rate of CDN $1.00 to U.S. $0.7474 as published by Reuters on November 3, 2016.  All figures listed for Cassels Brock & Blackwell LLP are paid in Canadian currency at the Canadian dollar amounts specified above.

| (1) Applicant | (2) Interim Period | (3) Total Fees Requested for the Interim Period | (4)[1] Amount of Fees for Which Payment Was Requested in Monthly Applications (80%) | (5) Amount of Holdback Fees Requested (20%) | (6) Total Expenses Requested for the Interim Period (100%) | (7) Total Amount Requested for the Interim Period (Fees and Expenses) | (8) Total Amount Disallowed for the Interim Period (Fee Examiner) | (9) Total Amount Authorized for the Interim Period | (10) Total Amount Requested in Case (Fees and Expenses) thru the Interim Period | (11) Total Amount Authorized Per Court Order to Date (Fees and Expenses) |
|---|---|---|---|---|---|---|---|---|---|---|
| Whiteford, Taylor & Preston LLC | 5/1/16 - 7/31/16 | $91,313.50 | $73,050.80 | $18,262.70 | $4,278.00 | $95,591.50 | $0.00 (Fees) $0.00 (Expenses) | $95,591.50 | $999,771.69 | $998,999.19 |
| **TOTALS** | | $1,685,518.00 £39,304.00 CDN $581,406.50 | $1,348,414.40 £31,443.20 CDN $465,125.20 | $337,103.60 £7,860.80 CDN $116,281.30 | $22,542.42 £50.88 CDN $2,854.01 | $1,708,060.42 £39,354.88 CDN $584,260.51 | $0.00 £0.00 CDN $0.00 | $1,708,060.42 £39,354.88 CDN $584,260.51 | $77,568,811.55 £5,565,156.79 CDN $6,558,623.19 | $77,423,544.28 £5,562,918.35 CDN $6,558,353.19 |