# **EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 02-83984-SSM |
| US AIRWAYS GROUP, INC., *et al.* | ) | Chapter 11 |
| | ) | (Jointly Administered) |
| Debtors | ) | |

## ORDER

A hearing was held in open court on October 21, 2003, on (a) the motion (Doc. # 4182) filed by the Pension Benefit Guaranty Corporation ("PBGC") to quash a subpoena served on the American Council of Life Insurers ("ACLI"); and (b) the motion (Doc. # 4205) filed by the reorganized debtors to compel discovery. The reorganized debtors, the PBGC, and ACLI were present by counsel.

Upon consideration of the motions, the memoranda and affidavits filed by the parties, and the argument of counsel, and for the reasons stated orally on the record, it is

**ORDERED:**

1. The motion to quash is granted in part, and ACLI shall not be required to respond to so much of the subpeonas served by the reorganized debtors as require ACLI to state the identity of the insurers responding to the quarterly surveys of annuity pricing which it conducts for the PBGC or to provide the names corresponding to the code letters used to identify the survey responses. ACLI shall, however, be required to provide a statement to the reorganized debtors under oath stating, for each survey on or after January 1, 2000, (a) the number of responses submitted by companies included in the list of 20 strongest annuity

companies as rated by Weiss Ratings, Inc.; (b) the number of responses submitted by companies in the list of 20 weakest annuity companies as rated by Weiss Ratings, Inc.; and (c) the number of responses submitted by companies not included on either list.

2. The motion to compel is granted in part, and the PBGC must make a diligent search and compile as much of the agency administrative record as feasible for the PBGC's valuation regulation. The record recovered by the PBGC must be produced to the debtors not later than October 24, 2003, at 5:00 p.m.

3. The clerk shall mail a copy of this order, or give electronic notice of its entry, to the parties listed below.

Date: Dec 31, 2003

/s/ Stephen S. Mitchell

Alexandria, Virginia

Stephen S. Mitchell
United States Bankruptcy Judge

Entered on Docket: 1/2/2004 cb

Copies to:

Edward J. Meehan, Esquire
Skadden, Arps, Slate, Meagher & Flom, LLP
1440 New York Avenue, N.W.
Washington, DC 20005-2111
Counsel for the reorganized debtors

Lawrence E. Rifken, Esquire
McGuireWoods LLP
1750 Tysons Blvd., Suite 1800
McLean, VA 22102-4215
Local counsel for the reorganized debtors

Susan E. Birenbaum, Esquire
Office of General Counsel
Pension Benefit Guaranty Corp.
1200 K Street, N.W.
Suite 340
Washington, DC 20005-4026

Raymond C. Fay, Esquire
Bell, Boyd & Lloyd
1615 L Street, N.W.
Suite 1200
Washington, DC 20036
Co-counsel for the Pension Benefit Guaranty Corp.

Malcolm Mitchell, Esquire
Vorys, Sater, Seymour & Pease, L.L.P.
277 South Washington Street, Suite 310
Alexandria, VA 22314
Local counsel for the Post-Confirmation Committee

Dennis Early, Esquire
Assistant United States Trustee
115 South Union Street, Suite 210
Alexandria, VA 22314