# **EXHIBIT C**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| US AIRWAYS GROUP, INC., et al., ) | Case No. 02-83984-SSM |
| ) | Jointly Administered |
| ) | |
| Debtors. ) | Hon. Stephen S. Mitchell |
| ) | |

**RESPONSES TO REORGANIZED DEBTORS'
SECOND SET OF DOCUMENT REQUESTS TO PBGC**

The Pension Benefit Guaranty Corporation ("PBGC"), submits the following responses to Reorganized Debtors' First Set of Document Requests to PBGC.

**GENERAL OBJECTIONS**

PBGC incorporates by reference its General Objections in its Answers and Objections to Reorganized Debtors' First Set of Continuing Interrogatories to PBGC.

**RESPONSES TO DOCUMENT REQUESTS**

**DOCUMENT REQUEST NO. 19:**

All documents incorporating and/or containing PBGC-00281 through PBGC-00284, or any portion thereof.

**RESPONSE:**

There are no documents responsive to this Request.

**DOCUMENT REQUEST NO. 20:**

The complete "agency administrative record" (as that phrase is used by PBGC at PBGC-04070) for PBGC's valuation regulation, currently codified at 29 C.F.R. § 4044.

Case 02-83984-SSM    Doc 4205-1    Filed 10/14/03    Entered 10/14/03 20:41:55    Desc
Exhibit(s)    Page 13 of 94

**RESPONSE:**

PBGC objects to this request on the ground that its valuation regulation is the result of many different rulemakings over more than 25 years, and none of them has ever been challenged as arbitrary and capricious; therefore, the request is irrelevant and not likely to lead to the discovery of relevant evidence. PBGC further objects on the grounds that it would be unduly burdensome for the agency to determine what it treated as the administrative record for each of those stages, and the request is vague. Notwithstanding these objections and without waiving them, PBGC will produce the public comments it received over the years, as well as a document listing the cites to all the (publicly available) Federal Register publications relevant to the valuation regulation.

Dated: September 29, 2003              ___/s/ Susan E. Birenbaum___
                                        JAMES J. KEIGHTLEY
                                        General Counsel
                                        WILLIAM G. BEYER
                                        Deputy General Counsel
Of Counsel:                             SUSAN E. BIRENBAUM
RAYMOND C. FAY                          Assistant General Counsel
Bell, Boyd & Lloyd                      JEAN MARIE BREEN
1615 L Street, N.W.                     JOSEPH R. HOUSE
Suite 1200                              ROGER REIERSEN
Washington, D.C.  20036                 Attorneys
(202) 466-6300                          Office of the General Counsel
                                        Pension Benefit Guaranty Corporation
                                        1200 K Street N.W., Suite 340
                                        Washington, D.C.  20005
                                        Phone: (202) 326-4020 ext. 3400
                                        FAX: (202) 326-4112
                                        E-mail: birenbaum.susan@pbgc.gov,
                                            efile@pbgc.gov

                                        Attorneys for the Pension Benefit Guaranty
                                        Corporation

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the Response to Reorganized Debtors' Second Set of Document Requests to PBGC was sent this 29th day of September, 2003, to each of the following by the means indicated:

>Janet L. Dhillon, Esq.
>Alexander Williamson Powell, Jr., Esq.
>Skadden, Arps, Slate, Meagher & Flom
>1440 New York Ave., NW
>Washington, DC 20005-2111
>E-mail: jdhillon@skadden.com, alpowell@skadden.com
>Attorneys for Reorganized Debtors
>(by electronic mail)

>Lonie A. Hassel, Esq.
>Thomas S. Gigot, Esq.
>Michael J. Prame, Esq.
>Groom Law Group, Chtd.
>1701 Pennsylvania Ave., N.W.
>Washington, DC 20006
>E-mail: lhassel@groom.com, tgigot@groom.com, mprame@groom.com
>    Attorneys for Reorganized Debtors
>(by electronic mail)

>    /s/ Joseph R. House
>    Joseph R. House
>    Attorney

62417/F/1 1S_H01_