# <u>EXHIBIT D</u>

## [ 29 CFR Part 2610 ]
## VALUATION OF PLAN BENEFITS
### Proposed Rulemaking

Section 4041 of the Employee Retirement Income Security Act of 1974 (hereinafter referred to as the "Act") requires the Pension Benefit Guaranty Corporation (hereinafter referred to as the "PBGC") to determine whether the assets of a pension plan covered under Title IV of the Act will be sufficient, as of the date of termination, to discharge all obligations with respect to benefits guaranteed under Title IV of the Act when they come due. If the PBGC determines that the plan assets are insufficient to discharge all such obligations, the amount of underfunding establishes the amount the PBGC will pay under the guarantee provisions of Title IV, and therefore, the limit of potential employer liability pursuant to section 4062. In the event that plan assets are determined to be sufficient, plan assets must be allocated pursuant to section 4044.

In determining if a plan is sufficient, the proper allocation of assets, and the amount of potential or actual employer liability, the PBGC must determine the current value of the plan's benefits as of the date of termination. The Act does not provide a method for determining the value of such benefits. Therefore, notice is hereby given that the PBGC proposes to amend Chapter XXVI of Title 29, Code of Federal Regulations, to add a new Part 2610, set forth below, which establishes the methods for valuing plan benefits.

This proposed regulation was prepared by the staff of the Pension Benefit Guaranty Corporation at the request of the Board of Directors of the Corporation. With the understanding that this is a staff document without the Board's endorsement of the policies underlying it, the Board authorized publication of this proposed regulation in the FEDERAL REGISTER to invite public comments and suggestions that will assist the Board in its consideration of the regulation to be finally adopted.

Interested persons may participate in this proposed rulemaking by submitting written data, views, or arguments to the Office of the General Counsel, Pension Benefit Guaranty Corporation, Room 7200, 2020 K Street, NW., Washington, D.C. 20006. Each person submitting comments should include his name and address, identify this notice, and give reasons for any recommendations. Comments should be submitted before January 7, 1976. Copies of written comments will be available for examination for a reasonable period by interested persons in the Office of Communications of the PBGC, Room 7100, 2020 K Street, N.W., Washington, D.C. 20006, between the hours of 9:00 a.m. and 4:00 p.m. This proposal may be changed in light of the comments received.

*General Approach.* The value of a benefit as of the date of termination is the current value of the cost that the PBGC normally should incur as of the date of termination, in providing the

benefit under reasonable assumptions as to mortality, rates of retirement when early retirement is possible, administrative expenses that will be incurred, and investment return assumptions reflecting current and longer term investment opportunities. The PBGC's assumptions will be adjusted from time to time to reflect changes in market conditions and mortality experience.

The current value of plan benefits represents an estimate of costs to the PBGC, not of costs to the plan sponsor. In general, because the PBGC can pool the assets and liabilities of many terminated plans for purposes of asset management, benefit administration and the purchase of annuities, the PBGC's projected costs in providing plan benefits should generally be less than the costs that would be incurred by some individual plans themselves, especially very small plans, which are expected to constitute a majority of terminating plans.

*Mortality Rates.* The mortality rates proposed to be used in computing the current value of benefits are contained in Appendix A of the proposed regulation. Tables I and II of the Appendix contain the mortality rates to be utilized for healthy male and female participants. The table used is the Unisex Pension 1984 table, which is a mortality table recently developed with respect to non-insured pension plans from the 1971 Reports of Mortality and Morbidity Experience published by the Society of Actuaries. The PBGC has selected this table because, among other factors, it was based upon a study that took into account more data than was used to construct the other tables considered, and the data used reflects a larger cross section of occupations. The table represents what the PBGC anticipates will be its experience in this area. To account for the difference between male and female mortality experience, the Unisex Pension 1984 table has been set forward one year for males and set back four years for females, in accordance with the recommendations that accompanied the table.

Tables III and IV contain the mortality rates to be utilized for male and female participants who are receiving disability payments pursuant to the terms of the plan but are not also receiving Social Security disability benefits. The PBGC has been advised that there are no mortality tables in general use designed to value the annuity of a disabled life not receiving Social Security disability benefits. Tables III and IV reflect mortality rates for less than fully healthy lives. Tables III, to be used for males, is the 1958 Commissioners Standard Ordinary table; and Table IV, to be used for females, is the 1958 Commissioners Standard Ordinary table set back five years.

Tables V and VI contain the mortality rates to be utilized for disabled participants who are receiving Social Security disability benefits. These tables are based partly upon the most recent table issued by the Social Security Administration. The Social Security Administration table contains values only up to

age 65. Therefore, commencing with age 65, tables V and VI represent a gradual merger into the Commissioners Standard Ordinary 1958 table at age 87 for males, and at age 87 with a five year set back for females. The merger of the Commissioners Standard Ordinary 1958 table and the Social Security table reflects the assumption that the disability of a participant alive at each age after 65 is likely to be of less significance as a factor in increasing the probability of death.

*Interest Rates.* Appendix B of the proposed regulation contains the interest rates to be utilized in computing the value of benefits. Computing the value of plan benefits on a current value basis, as required by Title IV, will frequently necessitate use of different valuation factors than would be used in an ongoing plan. This is particularly true with respect to interest rates.

In an ongoing plan, the valuation of both plan assets and liabilities is principally directed towards determining the contributions required by the employer to fund both current and past pension benefits. Cash flow management in most business situations make it essential that pension contributions over a given period be reasonably predictable; therefore, somewhat conservative assumptions are generally used to avoid subsequent unexpected increases in required contributions. Thus, the valuation of assets and benefits in an ongoing plan frequently employs techniques designed to smooth out relatively short-term market fluctuations. In this respect, in selecting an interest rate for valuing plan benefits, the plan's actuary is likely to use a rate which reflects a conservative estimate of longer term investment returns rather than a rate which reflects current market opportunities and which would likely require frequent adjustments. In addition, uncertainties with respect to salary adjustments, employee turnover and other contingencies are likely to be compensated for by loading margins into the interest rate assumption, thereby lowering the effective interest rates.

To value benefits upon termination, interest assumptions should reflect current market opportunities. This consideration alone would result in interest rates which differ from the rates used by ongoing plans. In addition, the margins which are frequently loaded into the interest assumptions of ongoing plans as a hedge against such factors as salary adjustments and employee turnover are not applicable in the case of a termination, where the benefits of participants are definitely determinable. Thus, it is to be expected that the interest assumptions used by the PBGC for valuing plan benefits will vary significantly from the interest assumptions used by plans for valuing plan benefits prior to their termination.

Table I contains the interest rates applicable to immediate annuities and table II, the rates applicable to death benefits. In computing the value of a deferred annuity, the interest rates in Appendix

**PROPOSED RULES**

B, table III of the proposed regulation are to be applied in conjunction with the intervals of deferment set forth in that table. Since these tables will be amended when the interest assumptions are adjusted to reflect changes that have occurred in market conditions, each appendix will specify the period of time for which it is applicable.

*Expenses.* The PBGC will incur a variety of expenses in providing benefit benefits. For purposes of benefit valuation normal expenses directly associated with providing a benefit have been estimated and an appropriate adjustment has been made in the applicable assumed rate of investment returns in order to account for those costs. This adjustment has been made to avoid calculating the effect of the expenses upon the value of a benefit separately which would unnecessarily complicate the calculations required to value a benefit. Other costs associated with the PBGC's operations, e.g. determination of sufficiency and collection of employer liability, which are indirectly related to providing a benefit, are not charged to the cost of plan benefits for benefit valuation purposes.

*Actuarial notations.* Determining and applying the factors necessary to value a benefit involve complex actuarial computations. Such computations can best be described by mathematical symbols, including symbols for accepted mathematical concepts useful only when computed in relation to other such concepts and not definable in ordinary language. Therefore, to assure that the computations necessary to value benefits are stated accurately, they have been expressed in the form of actuarial equations. Paragraphs (b) and (c) of proposed § 2610.2 define the symbols used in the proposed regulation in order to avoid confusion between the system of notation selected by the PBGC and other systems that might be used. Where applicable, the symbols in the proposed regulation are those adopted by the International Congress of Actuaries.

*Mortality table.* To determine the current value of a plan benefit, a table must be constructed by successively applying given mortality rates to a hypothetical population of a certain number of people whose number is decreased only by death and never increased. The table indicates the number of people alive at each age, up to the age at which no member of the hypothetical population will be alive.

Proposed § 2610.4 sets forth the method, which follows standard actuarial practice, to be used in constructing such a table. The mortality rates to be utilized are contained in Appendix A, described above. The proposed regulation requires that the table is to commence at age 15 with 10,000 lives. Starting the table at that age assures that there will be a value computed for every age for which a plan might provide a benefit to a participant. A hypothetical population of 10,000 lives has been utilized to provide sufficient accuracy of results of computations derived from the values calculated pursuant to proposed § 2610.4.

A separate table shall be constructed for each class of participants described in paragraph (c) of proposed § 2610.4 that has a member with specified benefits under the plan whose benefits are being valued. The tables indicate the number of people alive at a given age, which is substituted in the equations used to value benefits.

*Valuation of benefits.* The current value of a single deferred payment is equal to the amount of the payment discounted at an assumed rate, or rates, of return on investments applicable to the deferment period, multiplied by the probability that the individual will receive the payment. The value of a benefit is the sum of the current values of such payments. The proposed regulation states the equations that express this relationship when applied to the types of benefits provided by most plans. The equations are those generally accepted in actuarial practice, or are based on reasonable actuarial principles.

*Immediate annuities.* Proposed §2610.5 indicates the equations to be used to compute the value of benefits payable immediately in the form of single and joint life annuities. The equations used are based upon standard actuarial practice. The interest rates to be applied to compute such annuities are contained in Appendix B, table I.

*Deferred annuities.* The equations used in valuing deferred annuities, set forth in proposed § 2610.6, represent an adaptation of standard actuarial principles to construct a system that reflects the experience the PBGC anticipates in this area. The equations apply different interest rates for specified intervals of the deferment period; the interest rates applied in the later intervals are lower than those applied in the earlier intervals. It is common financial practice to assume that the rate of return on investments made in the future will be lower than that for investments made in the present or near future. Applying different interest rates over varying intervals of the deferment period reflects this assumption more accurately than would an equation which applied one interest rate for the entire period of deferment. The interest rates and intervals to be applied are contained in Appendix B, table III.

*Early retirement benefits.* The equations to be used to compute the value of early retirement benefits, set forth in proposed § 2610.7, also involve an adaptation of standard actuarial principles. The equations usually utilized in this area take into account a variety of factors with respect to valuing such benefits. The PBGC has modified and condensed those equations to reflect only the effect the probability of early retirement has on the value of the early retirement benefit, taking into account an assumption that all participants will not choose to retire early. Thus, the computations include a factor which reflects the probability that a participant will elect to retire early at each age such retirement is possible. The probability to be utilized shall be determined by the PBGC based on the provi-

sions of the plan and the circumstances of the case.

*Death benefits.* Proposed § 2610.8 indicates the equations to be used to compute the value of death benefits. The equations used are based upon standard actuarial practices. The interest rate to be applied to compute such benefits is contained in Appendix B, table II.

*Refund annuities.* Proposed § 2610.9 indicates the equations to be used to compute the value of benefits payable as refund annuities. Since such benefits are annuities combined with a death benefit, the computations involve utilizing values arrived at by use of the equations in proposed §§ 2610.5 and 2610.8.

*Valuation of other benefits.* The proposed regulation provides a method of valuing the types of benefits that are provided in most plans. The value of benefits payable for periods which are not a whole number of years shall be a value between the values of the two annuities closest in time to such annuity, and will be arrived at by a process of interpolation. See proposed § 2610.3(b). In the event that a benefit must be valued for which a method of valuation is not provided in the proposed regulation, the PBGC will determine the method of valuation to be used, based on reasonable actuarial practices.

A sample of results obtained by application of the methods set forth in the proposed regulation has been provided in tabular form in Appendix C so that, having made the necessary calculations, one may verify the accuracy of results so obtained. Table I of that Appendix indicates the values obtained by valuing a life annuity of 10 dollars per month, payable at various ages, to healthy male and female participants. Table II contains the results obtained by valuing a deferred life annuity of 10 dollars per month to healthy male and female participants, payable at age 60 and 65, based on various ages at the time of plan termination.

In consideration of the foregoing, it is proposed to amend Chapter XXVI of Title 29, Code of Federal Regulations, by adding a new Part 2610 to read as follows:

## PART 2610—VALUATION OF BENEFITS

Sec.
2610.1    Purpose and scope.
2610.2    Definitions.
2610.3    Methods of computation.
2610.4    Construction of a mortality table.
2610.5    Valuation of immediate annuities.
2610.6    Valuation of deferred annuities.
2610.7    Valuation of early retirement benefits.
2610.8    Valuation of death benefits.
2610.9    Valuation of refund annuities.
2610.10   Valuation of other benefits.

Appendix A—Mortality values.

Appendix B—Interest rates and intervals of deferment periods.

Appendix C—Illustrative benefit valuation results.

AUTHORITY: Sec. 4002(b)(3), 4041, 4044, 4062(b)(1)(A), Pub. L. 93–406. 88 Stat. 1004, 1020, 1025–27, 1029, (29 U.S.C. 1302(b)(3), 1341, 1344, 1302(b)(1)(A)).

§ 2610.1  Purpose and scope.

(a) The purpose of this part is to establish the method of computing the actuarial value of the liabilities, as of the date of termination, of a pension plan with respect to benefits payable on or after such date to participants or beneficiaries.

(b) This part applies to all plans covered under Title IV of the Employee Retirement Income Security Act of 1974.

§ 2610.2  Definitions.

For the purposes of this part (unless otherwise required by the context):

(a) *Words and phrases.* "Act" means the Employee Retirement Income Security Act of 1974 (88 Stat. 829 et seq.).

"Age" means the "insurance age" or "age of nearest birthday," which is obtained by rounding to the nearest whole year the individual's exact age. Half years are rounded to the next highest year.

"Cash refund annuity" means an annuity under which if the participant dies prior to the time when he has received pension payments equal to a fixed sum specified in the plan, then the balance is paid as a lump-sum death benefit.

"Closed population" means a hypothetical number of people whose number is decreased only by death, and is never increased.

"Installment refund annuity" means an annuity under which if the participant dies prior to the time he has received pension payments equal to a fixed sum specified in the plan, then the balance is paid as a death benefit in periodic installments equal in the amount to the participant's periodic benefit.

"Deferment period" means the period between the age of a participant as of the date of plan termination and the age at which benefit payments begin.

"PBGC" means the Pension Benefit Guaranty Corporation.

"Plan" means a plan providing benefits which are guaranteed under Title IV.

"Title IV" means Title IV of the Act.

(b) *Mathematical symbols and terms.* "Fundamental symbols." The following fundamental symbols are representations of the basic actuarial concepts utilized in computing the present value of a benefit:

-17-

$x$ represents the age of a participant.

$q_x$ represents the probability that an individual whose present age is x will not survive to attain age x+1.

$\ell_x$ represents the number of people, within a closed population, which survive to attain age x.

$\omega$ represents the first age for which $q_x = 1$, that is, the age at which the probability of not surviving to age x+1 is 100%.

$i$ represents an interest rate.

$a$ represents an annuity of one dollar per annum.

$A$ represents a death benefit which corresponds to an insurance benefit of one dollar payable at the end of the year of death.

DA represents a death benefit which corresponds
to an amount of decreasing term insurance
payable for a specified number of years.

m represents the number of times per year
payments of benefits are made.

n̅ is a symbol for a period of time consisting
of n years.

(x) represents a person whose age is x.

(y) represents another person whose age or death
affects the value of the benefit being computed.

"Commutation symbols." The following commutation
symbols are representations of actuarial computations in
a condensed form and are used to facilitate expression of
actuarial equations:

v is equal to the interest discount for
one year, that is, the present value of
one dollar payable one year from today,
and is computed by the equation

$$v = \frac{1}{1+i}$$

PROPOSED RULES

57987

-19-

$d_x$ is equal to the number of persons out of a closed population alive at age x, $\ell_x$, who do not attain the age of x+1, and is computed by the equation $d_x = q_x \cdot \ell_x$ rounded to four decimal places.

$\ell_{x+1}$ is equal to the number of people out of a closed population alive at age x+1, and is computed by the equation $\ell_{x+1} = \ell_x - d_x$.

$D_x$ is equal to the quantity $v^x \cdot \ell_x$ .

$N_x$ is equal to the sum of all $D_x$'s for all ages equal to and greater than x, to the last age when a person is alive in a closed population, and is computed by the equation $N_x = D_x + D_{x+1} + D_{x+2} + \cdots + D_\omega$.

$N_x^{(m)}$ is a modification of $N_x$ used in situations where benefit payments are made more frequently than once a year, and is computed by the equation $N_x^{(m)} = N_x - \frac{m-1}{2m} D_x$.

57988

$C_X$ is equal to the quantity $v^{X+1} \cdot d_X$.

$M_X$ is equal to the sum of all $C_X$'s for all ages equal to and greater than x, to the last age when a person is alive in a closed population, and is computed by the equation $M_X = C_X + C_{X+1} + C_{X+2} + \cdots + C_\omega$.

$R_X$ is equal to the sum of all $M_X$'s for all ages equal to and greater than x, to the last age when a person is alive in a closed population, and is computed by the equation $R_X = M_X + M_{X+1} + M_{X+2} + \cdots + M_\omega$.

$\overline{C}_X$ is a modification of $C_X$ used in situations where benefit payments commence upon death, not at the end of the year, and is computed by the equation $\overline{C}_X = (1 + \tfrac{i}{2}) C_X$.

$\overline{M}_X$ is a modification of $M_X$ used in situations where benefit payments commence upon death, not at the end of the year, and is computed by the equation $\overline{M}_X = (1 + \tfrac{i}{2}) M_X$.

$\bar{R}_x$ is a modification of $R_x$ used in situations where benefit payments commence upon death, not at the end of the year, and is computed by the equation $\bar{R}_x = (1 + \frac{i}{2}) R_x$.

$D_{xy}$ is a modification of $D_x$ which reflects the fact that the status of another life limits the payment of benefits, and is computed by the equation $D_{xy} = \frac{(1+i)^{\frac{x+y}{2}} D_x \cdot D_y}{10,000}$.

$N_{xy}$ is equal to the sum of all $D_{xy}$'s for all pairs of ages of the form x+t, y+t, where t is a non-negative integer, for all such pairs of ages equal to and greater than x and y, to the last age when one of the pair is alive in a closed population, and is computed by the equation

$$N_{xy} = D_{xy} + D_{x+1:y+1} + D_{x+2:y+2} \cdots$$

$N_{xy}^{(m)}$ is a modification of $N_{xy}$ used in situations where benefit payments are made more frequently than once a year, and is computed by the equation $N_{xy}^{(m)} = N_{xy} - \frac{m-1}{2m} D_{xy}$.

(c)  <u>Actuarial notations</u>.  The following are actuarial
notations used in this part:

•• is a notation which, when placed over a
symbol indicating an annuity, indicates that
payments are to be made at the beginning of
the payment period, for example $\ddot{a}_x$.

: is a notation which separates two symbols
in a suffixed subscript representing the
status of two periods of life or time, when
two such periods are utilized in the context
of an actuarial symbol.  For example $a_{x:\overline{n}|}$
indicates that the annuity is payable until
the expiration of a life aged x, or a term
certain of n years, whichever is earlier.

— is a notation which, when placed over a
symbol indicating the value of a life
insurance benefit, indicates that the
benefit is payable immediately upon
death.  When placed over two symbols
in a suffixed subscript representing the
status of a life or a period of time it
indicates that benefit payments continue

-23-

during the existence of either.  For example,
$\bar{A}$ represents a benefit payable immediately
upon death, and $a_{\overline{x:n}}$ represents an annuity
payable until the later of the end of a
life age x or the passage of n years.

$\rvert$ is a notation which, when placed over a
symbol in a suffixed subscript indicating the
status of a life or a period of time, indicates
that expiration of such life or period of
time causes payments to commence, for
example $A_{x:\overline{n}}^{\prime}$ .

## §2610.3  Methods of computation.

(a)  The value of a benefit payable to each
participant under a plan shall be determined by applying
the equation contained in this part for valuing benefits
of that type, or on the basis of any other equation which
the PBGC determines to have a consistent relationship to
the equation whose use is prescribed by this part.

(b)  For annuities payable for periods of duration
which are not a whole number of years, a linear inter-
polation method shall be used, that is, the annuity shall
have a value which is between the values of the two
annuities with yearly periods which are closest to the
annuity being valued, which value is computed by adding

**PROPOSED RULES**

-24-

to the annuity for the lesser period of time the following:
an amount equal to the difference between the value of the
two closest annuities, multiplied by a fraction, the
numerator of which is the number of months that the
annuity being valued is in effect beyond the period of
the lesser annuity, and the denominator of which is 12.

§2610.4.  Construction of a mortality table.

(a)  The number of persons in a closed population
alive at age x, shall be determined by constructing a
mortality table by applying mortality rates, $q_x$'s, to a
group of 10,000 lives, starting with age 15, $x_0$, using
the following procedure:

(1)  $\ell_{15}$ = 10,000

(2)  Compute $\ell_{16}$ from the equation $\ell_{16} = \ell_{15} - d_{15}$,
computing $d_{15}$ from the equation $d_{15} = \ell_{16} \cdot q_{16}$.

(3)  Compute $\ell_{17}$ from the equation $\ell_{17} = \ell_{16} - d_{16}$,
computing $d_{16}$ from the equation $d_{16} = \ell_{16} \cdot q_{16}$.

(4)  This process is continued until the age
when $\ell_x = 0$, that is, until the age is reached when no
person will be alive.  $\ell_x$ will equal zero for all ages
beyond $\omega$.

(b)  A separate mortality table shall be constructed
for each class of participants described in paragraph (c)
of this section, that has a member with benefits under
the plan.

**PROPOSED RULES**

-25-

    (c) The mortality rates, $q_x$, in effect on the date of termination shall be utilized to compute the mortality tables. The following rates shall be used:

    (1) For healthy male participants, the rates in Appendix A, table I.

    (2) For healthy female participants, the rates in Appendix A, table II.

    (3) For male participants who are receiving disability payments pursuant to the provisions of the plan but are not also receiving Social Security disability benefits, the rates in Appendix A, table III.

    (4) For female participants who are receiving disability payments pursuant to the provisions of the plan but are not also receiving Social Security disability benefits, the rates in Appendix A, table IV.

    (5) For disabled male participants receiving Social Security disability benefits, the rates in Appendix A, table V.

    (6) For disabled female participants receiving Social Security disability benefits, the rates in Appendix A, table VI.

§2610.5  Valuation of immediate annuities.

    (a) For the purposes of this section the applicable interest rate, i, contained in the Appendix B, table I, in effect on the date of termination shall be utilized.

(b)   The value of an immediate annuity shall be determined in accordance with the provisions of paragraphs (b)(1)-(9) of this section, as appropriate.

(1)   <u>Life annuity payable annually</u>.   If a series of payments payable only if the participant is alive are made annually at the beginning of the year, the value of the annuity shall be computed by using the following actuarial equation:

$$\ddot{a} = \frac{N_x}{D_x} \ .$$

(2)   <u>Life annuity payable periodically</u>.   If a series of payments payable only if the participant is alive are made at equal intervals of time, a specified number of times per year, at the beginning of each interval, the value of the annuity shall be computed by using the following actuarial equation:

$$\ddot{a}_x^{(m)} = \frac{N_x^{(m)}}{D_x} \ .$$

(3)   <u>Annuity certain payable annually</u>.   If a series of payments payable for a fixed period of time are made annually at the beginning of the year, the value of the annuity shall be computed by using the following actuarial equation:

$$\ddot{a}_{\overline{n}|} = \frac{1 - V^n}{1 - V} \ .$$

(4)   <u>Annuity certain payable periodically</u>.   If a series of payments payable for a fixed period of time are

made at equal intervals of time, a specified number of times
per year, at the beginning of each interval, the value
of the annuity shall be computed by using the following
actuarial equation:

$$\ddot{a}\,\overline{{}^{(m)}_{n|}} = \frac{1 - v^n}{m\,(1 - v^{1/m})}.$$

(5)  <u>Annuity certain and continuous</u>.  If payments
are made at equal intervals of time, a specified number of
times per year at the beginning of each interval, and
payments cease upon the happening of the later of i) the
death of the participant, or ii) the passage of a specified
period of time, such an annuity shall be valued using the
following actuarial equation:

$$\ddot{a}\,{}^{(m)}_{\overline{x:n|}} = \ddot{a}\,{}^{(m)}_{\overline{n|}} + \frac{N^{(m)}_{x+n}}{D_x}.$$

(6)  <u>Temporary life annuity</u>.  If payments are
made at equal intervals of time, a specified number of
times per year at the beginning of each interval, and
payments cease upon the happening of the earlier of
i) the death of the participant, or ii) the passage of
a specified period of time, such an annuity shall be
valued using the following actuarial equation:

$$\ddot{a}\,{}^{(m)}_{\overline{x:n|}} = \frac{N^{(m)}_x - N^{(m)}_{x+n}}{D_x}.$$

(7)  <u>Joint annuity</u>.  If payments payable with
respect to more than one person are made to both persons
only as long as both the participant and the beneficiary

57996

PROPOSED RULES

-28-

are alive, such an annuity shall be valued by using
the following actuarial equation:

$$\ddot{a}^{(m)}_{xy} = \frac{N^{(m)}_{xy}}{b_{xy}} .$$

(8)  <u>Joint and survivor annuity (joint basis)</u>.
If payments payable with respect to more than one person are
payable as long as both the participant and beneficiary are
alive, and if either dies, payments continue until the death
of the second person at a reduced amount provided in the
plan (represented by the symbol "p"), such an annuity shall be
valued using the following actuarial expression:

$$p \left( \ddot{a}^{(m)}_{x} + \ddot{a}^{(m)}_{y} \right) + (1 - 2p) \, \ddot{a}^{(m)}_{xy} .$$

(9)  <u>Joint and survivor annuity (contingent basis)</u>.
If benefit payments are payable to the participant as long
as he survives, and payable upon his death in a reduced
amount provided in the plan (represented by the symbol "p") to
a named beneficiary for the beneficiary's lifetime, such an
annuity shall be valued using the following actuarial
expression:

$$\ddot{a}^{(m)}_{x} + p \left( \ddot{a}^{(m)}_{y} - \ddot{a}^{(m)}_{xy} \right).$$

§2610.6.   Valuation of deferred annuities.

(a)   Definitions.   For the purposes of this section:

(1)   "x" represents the present age of the annuitant.

(2)   "y" represents the age at which annuity payments begin.

(3)   n=y-x.

(4)   "$i_1$," "$i_2$" and "$i_3$" represent interest rates which will be in effect during the deferment period. The interest rates contained in the Appendix B, table III, in effect on the date of termination shall be utilized.

(5)   "$n_1$" and "$n_2$" represent the intervals, respectively, in which the interest rates in paragraph (a)(4) of this section will be in effect, that is, $i_1$ is in effect during the first $n_1$ years of deferment, $i_2$ is in effect during the next $n_2$ years of deferment, and $i_3$ is in effect for any remaining portion of the deferment period.   The intervals of deferment contained in the Appendix B, table III, in effect on the date of termination shall be utilized.

(6)   "G" represents the value of the annuity on the date payments begin.

(b)   The value of a deferred annuity shall be determined as follows:

(1)   If n is less than or equal to $n_1$ ($n \leq n_1$),
the actuarial value of the deferred annuity shall equal:

$$G \cdot \frac{\ell_y}{\ell_x} \cdot (1+i_1)^{-n_1},$$

(2)   If $n_1$ is less than n and $n_1 + n_2$ is greater
than or equal to n ($n_1 < n \leq n_1 + n_2$), the actuarial value of
the deferred annuity shall equal:

$$G \frac{\ell_y}{\ell_x} \cdot (1+i_1)^{-n_1} (1+i_2)^{n_1-n}.$$

(3)   If $n_1 + n_2$ is less than n ($n_1 + n_2 < n$), the
actuarial value of the deferred annuity shall equal:

$$G \cdot \frac{\ell_y}{\ell_x} \cdot (1+i_1)^{-n_1} (1+i_2)^{n_1-n} (1+i_3)^{n_1+n_2-n}.$$

§2610.7.  Equations for valuation of early retirement
benefits.

(a)   Definitions.  For the purposes of this section:

(1)   "x" represents the present age of a plan
participant who is eligible for early retirement.

(2)   "w" represents the age at which a participant
whose age is "x" could first receive early retirement benefits.

(3)   "z" represents the normal retirement age
provided in the plan.

(4)   "y" represents some age between "w" and "z,"
when a participant elects to retire.

(5)   "$t_x$" represents the probability that a
participant whose age is "x" will retire before attaining
age x+1.  The probability utilized shall be determined
by the PBGC based on the provisions of the plan and the
circumstances of the case.

(b)   The value of an early retirement benefit shall be the sum of all the $_x F_y$'s for all y 's equal to or greater than w.   This results in $F_x$, which is the value of the early retirement benefit and is represented by the equation $F_x = {_x}F_w + {_x}F_{w+1} + \cdots + {_x}F_z$. $_x F_y$ shall be computed as follows:

(1)   Compute the actuarial value of the benefit payable at each age, y, at which a participant may elect to retire, using the appropriate formula in §2610.6(b).   This value shall be denominated $_x B_y$.

(2)   Multiply each value obtained in paragraph (b)(1) of this section by the probability, $_x r_y$, that a participant whose age is "x" will elect to retire at that age, y.   Such probability is computed as follows:

(i)   If y equals x, $_x r_y = t_x$,

(ii)  If y is more than x,

$_x r_y = (1-t_x)(1-t_{x+1}) \cdots (1-t_{y-1}) t_y$.   The sum of these products will be the value $_x F_y$.

§2610.8.   <u>Valuation of death benefits.</u>

(a)   For the purposes of this section the interest rate, i, contained in the Appendix B, table II, in effect on the date of termination shall be utilized.

58000

**PROPOSED RULES**

-32-

(b)   The value of a death benefit shall be determined as follows:

(1)   Death benefit in the form of whole life insurance.  If a death benefit is payable at death, whenever death occurs, such benefit shall be valued by using the following actuarial equation:

$$\bar{A}_x = \frac{\bar{M}_x}{D_x}\,.$$

(2)   Death benefit in the form of term insurance. If a death benefit is payable when death occurs if death occurs within the stated period of time, such benefit shall be valued by using the following actuarial equation:

$$\bar{A}_{x:\overline{n}|}^{1} = \frac{\bar{M}_x - \bar{M}_{x+n}}{D_x}\,.$$

(3)   Death benefit in the form of decreasing term insurance.

(i)  If a death benefit in an initial amount of n is payable when death occurs if death occurs within the period covered by the insurance, and the amount of the death benefit decreases each year, such benefit shall be valued using the following actuarial  equation:

$$D\bar{A}_{x:\overline{n}|} = \frac{n\bar{M}_x - \bar{R}_{x+1} + \bar{R}_{x+n+1}}{D_x}\,.$$

(ii)   If a death benefit in an initial amount of n is payable when death occurs if death occurs within the period covered by the insurance, and the amount of the death benefit decreases by 1/m for each period stated, which is less than one year, such a benefit shall be valued using the following actuarial equation:

$$D^{(m)}\overline{A}^{1}_{x:\overline{n}|} = \frac{n\overline{M}_x - \overline{R}_{x+1} + \overline{R}_{x+n+1} - \frac{m-1}{2m}(\overline{M}_x - \overline{M}_{x+n})}{D_x}$$

§2610.9.   Valuation of refund annuities

(a)   The value of a cash refund annuity shall be computed by adding the values derived from the equations in §2610.5(b)(1) and §2610.8(b)(3)(ii).

(b)   The value of an installment refund annuity shall be computed by using the equation in §2610.5(b)(5).

§2610.10.   Equations for valuation of other benefits.

Benefits whose value cannot be obtained by application of the equations contained in this part shall be computed using the method to be determined by the PBGC.

58002

**PROPOSED RULES**

-34-

APPENDIX A - MORTALITY RATES

The following mortality rates are effective for plans which terminate on or after September 2, 1974:

TABLE I - MORTALITY RATES FOR HEALTHY MALE PARTICIPANTS

| Age | $q_x$ | Age | $q_x$ | Age | $q_x$ | Age | $q_x$ |
|---|---|---|---|---|---|---|---|
| 11 | 0.000000 | 36 | 0.001643 | 61 | 0.017010 | 86 | 0.143179 |
| 12 | 0.000000 | 37 | 0.001792 | 62 | 0.018685 | 87 | 0.155147 |
| 13 | 0.000000 | 38 | 0.001948 | 63 | 0.020517 | 88 | 0.168208 |
| 14 | 0.000000 | 39 | 0.002125 | 64 | 0.022562 | 89 | 0.182461 |
| 15 | 0.001437 | 40 | 0.002327 | 65 | 0.024847 | 90 | 0.196030 |
| 16 | 0.001414 | 41 | 0.002356 | 66 | 0.027232 | 91 | 0.215035 |
| 17 | 0.001385 | 42 | 0.002818 | 67 | 0.029634 | 92 | 0.232983 |
| 18 | 0.001351 | 43 | 0.003095 | 68 | 0.032073 | 93 | 0.252545 |
| 19 | 0.001311 | 44 | 0.003410 | 69 | 0.034743 | 94 | 0.273878 |
| 20 | 0.001267 | 45 | 0.003769 | 70 | 0.037667 | 95 | 0.297152 |
| 21 | 0.001219 | 46 | 0.004180 | 71 | 0.040871 | 96 | 0.322553 |
| 22 | 0.001167 | 47 | 0.004635 | 72 | 0.044504 | 97 | 0.349505 |
| 23 | 0.001149 | 48 | 0.005103 | 73 | 0.048504 | 98 | 0.378865 |
| 24 | 0.001129 | 49 | 0.005616 | 74 | 0.052913 | 99 | 0.410875 |
| 25 | 0.001107 | 50 | 0.006196 | 75 | 0.057775 | 100 | 0.445768 |
| 26 | 0.001083 | 51 | 0.006653 | 76 | 0.063142 | 101 | 0.483330 |
| 27 | 0.001058 | 52 | 0.007543 | 77 | 0.068628 | 102 | 0.524301 |
| 28 | 0.001083 | 53 | 0.008278 | 78 | 0.074648 | 103 | 0.563365 |
| 29 | 0.001111 | 54 | 0.009033 | 79 | 0.081256 | 104 | 0.616382 |
| 30 | 0.001141 | 55 | 0.009875 | 80 | 0.088518 | 105 | 0.668696 |
| 31 | 0.001173 | 56 | 0.010814 | 81 | 0.096218 | 106 | 0.725745 |
| 32 | 0.001297 | 57 | 0.011863 | 82 | 0.104310 | 107 | 0.786495 |
| 33 | 0.001297 | 58 | 0.012952 | 83 | 0.112816 | 108 | 0.852659 |
| 34 | 0.001398 | 59 | 0.014162 | 84 | 0.122079 | 109 | 0.924666 |
| 35 | 0.001513 | 60 | 0.015509 | 85 | 0.132174 | 110 | 0.999999 |

−35−

TABLE II − MORTALITY RATES FOR HEALTHY FEMALE PARTICIPANTS

| Age | $q_x$ | Age | $q_x$ | Age | $q_x$ | Age | $q_x$ |
|---|---|---|---|---|---|---|---|
| 11 | 0.000000 | 36 | 0.001173 | 61 | 0.010814 | 86 | 0.096218 |
| 12 | 0.000000 | 37 | 0.001208 | 62 | 0.011863 | 87 | 0.104310 |
| 13 | 0.000000 | 38 | 0.001297 | 63 | 0.012952 | 88 | 0.112816 |
| 14 | 0.000000 | 39 | 0.001398 | 64 | 0.014162 | 89 | 0.122079 |
| 15 | 0.000000 | 40 | 0.001513 | 65 | 0.015509 | 90 | 0.132174 |
| 16 | 0.000000 | 41 | 0.001643 | 66 | 0.017010 | 91 | 0.143179 |
| 17 | 0.000000 | 42 | 0.001792 | 67 | 0.018685 | 92 | 0.155147 |
| 18 | 0.000000 | 43 | 0.001948 | 68 | 0.020517 | 93 | 0.168208 |
| 19 | 0.000000 | 44 | 0.002125 | 69 | 0.022562 | 94 | 0.182461 |
| 20 | 0.001437 | 45 | 0.002327 | 70 | 0.024847 | 95 | 0.198030 |
| 21 | 0.001414 | 46 | 0.002556 | 71 | 0.027232 | 96 | 0.215035 |
| 22 | 0.001385 | 47 | 0.002818 | 72 | 0.029634 | 97 | 0.232983 |
| 23 | 0.001351 | 48 | 0.003095 | 73 | 0.032073 | 98 | 0.252545 |
| 24 | 0.001311 | 49 | 0.003410 | 74 | 0.034743 | 99 | 0.273878 |
| 25 | 0.001267 | 50 | 0.003769 | 75 | 0.037667 | 100 | 0.297152 |
| 26 | 0.001219 | 51 | 0.004180 | 76 | 0.040871 | 101 | 0.322553 |
| 27 | 0.001167 | 52 | 0.004635 | 77 | 0.044504 | 102 | 0.349505 |
| 28 | 0.001149 | 53 | 0.005103 | 78 | 0.048504 | 103 | 0.378865 |
| 29 | 0.001129 | 54 | 0.005616 | 79 | 0.052913 | 104 | 0.410875 |
| 30 | 0.001107 | 55 | 0.006196 | 80 | 0.057775 | 105 | 0.445768 |
| 31 | 0.001083 | 56 | 0.006853 | 81 | 0.063142 | 106 | 0.483830 |
| 32 | 0.001058 | 57 | 0.007543 | 82 | 0.068628 | 107 | 0.524301 |
| 33 | 0.001083 | 58 | 0.008278 | 83 | 0.074648 | 108 | 0.568365 |
| 34 | 0.001111 | 59 | 0.009033 | 84 | 0.081256 | 109 | 0.616382 |
| 35 | 0.001141 | 60 | 0.009875 | 85 | 0.088518 | 110 | 0.999999 |

58004

**PROPOSED RULES**

-36-

TABLE III - MORTALITY RATES FOR DISABLED MALE PARTICIPANTS

| Age | $q_x$ | Age | $q_x$ | Age | $q_x$ | Age | $q_x$ |
|---|---|---|---|---|---|---|---|
| 11 | 0.000000 | 36 | 0.002640 | 61 | 0.022240 | 86 | 0.172820 |
| 12 | 0.000000 | 37 | 0.002800 | 62 | 0.024310 | 87 | 0.185130 |
| 13 | 0.000000 | 38 | 0.003010 | 63 | 0.026570 | 88 | 0.198250 |
| 14 | 0.000000 | 39 | 0.003250 | 64 | 0.029040 | 89 | 0.212461 |
| 15 | 0.001460 | 40 | 0.003530 | 65 | 0.031750 | 90 | 0.228140 |
| 16 | 0.001540 | 41 | 0.003840 | 66 | 0.034740 | 91 | 0.245771 |
| 17 | 0.001620 | 42 | 0.004170 | 67 | 0.038040 | 92 | 0.265931 |
| 18 | 0.001690 | 43 | 0.004530 | 68 | 0.041680 | 93 | 0.289301 |
| 19 | 0.001740 | 44 | 0.004920 | 69 | 0.045610 | 94 | 0.316659 |
| 20 | 0.001790 | 45 | 0.005350 | 70 | 0.049790 | 95 | 0.351238 |
| 21 | 0.001830 | 46 | 0.005830 | 71 | 0.054150 | 96 | 0.405558 |
| 22 | 0.001860 | 47 | 0.006360 | 72 | 0.058650 | 97 | 0.488422 |
| 23 | 0.001890 | 48 | 0.006950 | 73 | 0.063260 | 98 | 0.668150 |
| 24 | 0.001910 | 49 | 0.007600 | 74 | 0.068120 | 99 | 0.999999 |
| 25 | 0.001930 | 50 | 0.008320 | 75 | 0.073370 | 100 | 0.999999 |
| 26 | 0.001960 | 51 | 0.009110 | 76 | 0.079180 | 101 | 0.999999 |
| 27 | 0.001960 | 52 | 0.009960 | 77 | 0.085700 | 102 | 0.999999 |
| 28 | 0.002030 | 53 | 0.010890 | 78 | 0.093060 | 103 | 0.999999 |
| 29 | 0.002080 | 54 | 0.011900 | 79 | 0.101190 | 104 | 0.999999 |
| 30 | 0.002130 | 55 | 0.013000 | 80 | 0.109980 | 105 | 0.999999 |
| 31 | 0.002190 | 56 | 0.014210 | 81 | 0.119350 | 106 | 0.999999 |
| 32 | 0.002250 | 57 | 0.015540 | 82 | 0.129170 | 107 | 0.999999 |
| 33 | 0.002320 | 58 | 0.017000 | 83 | 0.139380 | 108 | 0.999999 |
| 34 | 0.002400 | 59 | 0.018590 | 84 | 0.150010 | 109 | 0.999999 |
| 35 | 0.002510 | 60 | 0.020340 | 85 | 0.161140 | 110 | 0.999999 |

TABLE IV − MORTALITY RATES FOR DISABLED FEMALE PARTICIPANTS

| Age | $q_x$ | Age | $q_x$ | Age | $q_x$ | Age | $q_x$ |
|---|---|---|---|---|---|---|---|
| 11 | 0.000000 | 36 | 0.002190 | 61 | 0.014210 | 86 | 0.119350 |
| 12 | 0.000000 | 37 | 0.002250 | 62 | 0.015540 | 87 | 0.129170 |
| 13 | 0.000000 | 38 | 0.002320 | 63 | 0.017000 | 88 | 0.139380 |
| 14 | 0.000000 | 39 | 0.002400 | 64 | 0.018590 | 89 | 0.150010 |
| 15 | 0.000000 | 40 | 0.002510 | 65 | 0.020340 | 90 | 0.161140 |
| 16 | 0.000000 | 41 | 0.002640 | 66 | 0.022240 | 91 | 0.172820 |
| 17 | 0.000000 | 42 | 0.002800 | 67 | 0.024310 | 92 | 0.185130 |
| 18 | 0.000000 | 43 | 0.003010 | 68 | 0.026570 | 93 | 0.198250 |
| 19 | 0.000000 | 44 | 0.003250 | 69 | 0.029040 | 94 | 0.212261 |
| 20 | 0.001460 | 45 | 0.003530 | 70 | 0.031750 | 95 | 0.228140 |
| 21 | 0.001540 | 46 | 0.003840 | 71 | 0.034740 | 96 | 0.245771 |
| 22 | 0.001620 | 47 | 0.004170 | 72 | 0.038040 | 97 | 0.265931 |
| 23 | 0.001690 | 48 | 0.004530 | 73 | 0.041680 | 98 | 0.289301 |
| 24 | 0.001740 | 49 | 0.004920 | 74 | 0.045610 | 99 | 0.316659 |
| 25 | 0.001790 | 50 | 0.005350 | 75 | 0.049790 | 100 | 0.351238 |
| 26 | 0.001830 | 51 | 0.005830 | 76 | 0.054150 | 101 | 0.400558 |
| 27 | 0.001860 | 52 | 0.006360 | 77 | 0.058650 | 102 | 0.488422 |
| 28 | 0.001890 | 53 | 0.006950 | 78 | 0.063260 | 103 | 0.668150 |
| 29 | 0.001910 | 54 | 0.007600 | 79 | 0.068120 | 104 | 0.999999 |
| 30 | 0.001930 | 55 | 0.008320 | 80 | 0.073370 | 105 | 0.999999 |
| 31 | 0.001960 | 56 | 0.009110 | 81 | 0.079180 | 106 | 0.999999 |
| 32 | 0.001990 | 57 | 0.009960 | 82 | 0.085700 | 107 | 0.999999 |
| 33 | 0.002030 | 58 | 0.010890 | 83 | 0.093060 | 108 | 0.999999 |
| 34 | 0.002080 | 59 | 0.011900 | 84 | 0.101190 | 109 | 0.999999 |
| 35 | 0.002130 | 60 | 0.013000 | 85 | 0.109980 | 110 | 0.999999 |

58006

-38-

TABLE V – MORTALITY RATES FOR DISABLED MALE
PARTICIPANTS RECEIVING SOCIAL SECURITY DISABILITY BENEFIT PAYMENTS

| Age | $q_x$ | Age | $q_x$ | Age | $q_x$ | Age | $q_x$ |
|---|---|---|---|---|---|---|---|
| 11 | 0.000000 | 36 | 0.046900 | 61 | 0.076300 | 86 | 0.171100 |
| 12 | 0.000000 | 37 | 0.046900 | 62 | 0.078000 | 87 | 0.185100 |
| 13 | 0.000000 | 38 | 0.047100 | 63 | 0.079700 | 88 | 0.198200 |
| 14 | 0.000000 | 39 | 0.047300 | 64 | 0.081300 | 89 | 0.212500 |
| 15 | 0.000000 | 40 | 0.047600 | 65 | 0.083000 | 90 | 0.228100 |
| 16 | 0.000000 | 41 | 0.048200 | 66 | 0.084900 | 91 | 0.245800 |
| 17 | 0.000000 | 42 | 0.048800 | 67 | 0.087100 | 92 | 0.265900 |
| 18 | 0.000000 | 43 | 0.049500 | 68 | 0.089600 | 93 | 0.289300 |
| 19 | 0.000000 | 44 | 0.050400 | 69 | 0.092400 | 94 | 0.316700 |
| 20 | 0.051000 | 45 | 0.051400 | 70 | 0.095300 | 95 | 0.351200 |
| 21 | 0.051000 | 46 | 0.052500 | 71 | 0.098600 | 96 | 0.400600 |
| 22 | 0.051000 | 47 | 0.053700 | 72 | 0.102100 | 97 | 0.488400 |
| 23 | 0.051000 | 48 | 0.055000 | 73 | 0.106000 | 98 | 0.668200 |
| 24 | 0.051000 | 49 | 0.056700 | 74 | 0.110700 | 99 | 0.999900 |
| 25 | 0.051000 | 50 | 0.058000 | 75 | 0.115600 | 100 | 0.999900 |
| 26 | 0.051400 | 51 | 0.059500 | 76 | 0.120800 | 101 | 0.999900 |
| 27 | 0.051800 | 52 | 0.061200 | 77 | 0.126400 | 102 | 0.999900 |
| 28 | 0.051000 | 53 | 0.062300 | 78 | 0.132600 | 103 | 0.999900 |
| 29 | 0.050200 | 54 | 0.064500 | 79 | 0.139100 | 104 | 0.999900 |
| 30 | 0.049500 | 55 | 0.066200 | 80 | 0.145700 | 105 | 0.999900 |
| 31 | 0.048800 | 56 | 0.067900 | 81 | 0.152200 | 106 | 0.999900 |
| 32 | 0.048200 | 57 | 0.069500 | 82 | 0.158200 | 107 | 0.999900 |
| 33 | 0.047600 | 58 | 0.071200 | 83 | 0.163800 | 108 | 0.999900 |
| 34 | 0.047300 | 59 | 0.072900 | 84 | 0.168800 | 109 | 0.999900 |
| 35 | 0.047000 | 60 | 0.074600 | 85 | 0.173200 | 110 | 0.999900 |

## TABLE VI - MORTALITY RATES FOR DISABLED FEMALE PARTICIPANTS RECEIVING SOCIAL SECURITY DISABILITY BENEFIT PAYMENTS

| Age | $q_x$ | Age | $q_x$ | Age | $q_x$ | Age | $q_x$ |
|---|---|---|---|---|---|---|---|
| 11 | 0.000000 | 36 | 0.040200 | 61 | 0.044900 | 86 | 0.124100 |
| 12 | 0.000000 | 37 | 0.040000 | 62 | 0.045600 | 87 | 0.129200 |
| 13 | 0.000000 | 38 | 0.039900 | 63 | 0.046500 | 88 | 0.139400 |
| 14 | 0.000000 | 39 | 0.039700 | 64 | 0.047300 | 89 | 0.150000 |
| 15 | 0.000000 | 40 | 0.039600 | 65 | 0.050000 | 90 | 0.161100 |
| 16 | 0.000000 | 41 | 0.039400 | 66 | 0.051500 | 91 | 0.172800 |
| 17 | 0.000000 | 42 | 0.039300 | 67 | 0.053500 | 92 | 0.185100 |
| 18 | 0.000000 | 43 | 0.039200 | 68 | 0.055800 | 93 | 0.198200 |
| 19 | 0.000000 | 44 | 0.039200 | 69 | 0.058400 | 94 | 0.212500 |
| 20 | 0.042600 | 45 | 0.039200 | 70 | 0.061000 | 95 | 0.228100 |
| 21 | 0.042600 | 46 | 0.039300 | 71 | 0.063900 | 96 | 0.245600 |
| 22 | 0.042600 | 47 | 0.039400 | 72 | 0.067100 | 97 | 0.265900 |
| 23 | 0.042600 | 48 | 0.039600 | 73 | 0.070900 | 98 | 0.289300 |
| 24 | 0.042600 | 49 | 0.039800 | 74 | 0.074800 | 99 | 0.316700 |
| 25 | 0.042600 | 50 | 0.040100 | 75 | 0.078200 | 100 | 0.351200 |
| 26 | 0.042700 | 51 | 0.040300 | 76 | 0.081200 | 101 | 0.400600 |
| 27 | 0.042800 | 52 | 0.040700 | 77 | 0.085000 | 102 | 0.488400 |
| 28 | 0.043000 | 53 | 0.041000 | 78 | 0.087900 | 103 | 0.668200 |
| 29 | 0.043000 | 54 | 0.041300 | 79 | 0.091300 | 104 | 0.999900 |
| 30 | 0.043200 | 55 | 0.041700 | 80 | 0.094600 | 105 | 0.999900 |
| 31 | 0.042500 | 56 | 0.042000 | 81 | 0.099000 | 106 | 0.999900 |
| 32 | 0.041900 | 57 | 0.042400 | 82 | 0.102800 | 107 | 0.999900 |
| 33 | 0.041300 | 58 | 0.042900 | 83 | 0.107000 | 108 | 0.999900 |
| 34 | 0.040900 | 59 | 0.043500 | 84 | 0.112300 | 109 | 0.999900 |
| 35 | 0.040500 | 60 | 0.044200 | 85 | 0.118800 | 110 | 0.999900 |

−40−

APPENDIX B − INTEREST RATES
AND INTERVALS OF DEFERMENT

The interest rates and intervals of deferment contained
in this Appendix will be amended by the PBGC from time to
time to reflect changes in market conditions.

The following interest rates and intervals of deferment
shall be effective for plans which terminate on or after
September 2, 1974 and on or before September 30, 1975:

Table I − Interest rate for valuing immediate annuities.

An interest rate of 8% shall be used to value immediate
annuities, and to compute the quantity "G" in §2610.6.

Table II − Interest rate for valuing death benefits.

An interest rate of 5% shall be used to value death
benefits pursuant to §2610.8.

Table III − Interest rates and intervals of deferment
for valuing deferred annuities.

The following interest rates shall be used to
value deferred annuities pursuant to §2610.6:

(1)  $i_1$ = 7 1/4%

(2)  $i_2$ = 5 3/4%

(3)  $i_3$ = 4 1/4%

The following intervals of deferment shall be used
to value deferred annuities pursuant to §2610.6:

(1)  $n_1$ = 7 years

(2)  $n_2$ = 8 years

-41-

APPENDIX C – ILLUSTRATIVE BENEFIT VALUATION RESULTS

The following results are obtained by application of the appropriate methods and rates set forth in this regulation to a plan terminating on September 15, 1974.

Table 1 – Current value of a life annuity of 10 dollars per month payable to a healthy participant.

| Age of Participant | Male | Female |
|---|---|---|
| 45 | $1,334.48 | $1,392.31 |
| 50 | $1,262.56 | $1,334.48 |
| 55 | $1,176.12 | $1,262.56 |
| 60 | $1,074.44 | $1,176.12 |
| 62 | $1,029.82 | $1,137.23 |
| 63 | $1,006.84 | $1,116.91 |
| 65 | $959.87 | $1,074.44 |
| 67 | $912.11 | $1,029.44 |
| 70 | $837.96 | $959.87 |
| 75 | $708.65 | $837.96 |
| 80 | $581.36 | $708.65 |
| 85 | $462.26 | $581.36 |

Table 2 – Current value of a deferred life annuity of 10 dollars per month payable to a healthy participant at ages 60 and 65.

| Age of Participant | Deferred to Age 60 | | Deferred to Age 65 | |
|---|---|---|---|---|
| | Male | Female | Male | Female |
| 25 | $156.58 | $180.92 | $103.28 | $126.41 |
| 30 | $193.86 | $224.10 | $127.87 | $156.58 |
| 35 | $240.19 | $277.45 | $158.44 | $193.86 |
| 40 | $298.44 | $343.78 | $196.86 | $240.19 |
| 45 | $372.76 | $427.15 | $245.88 | $298.44 |
| 50 | $504.62 | $573.01 | $309.92 | $372.76 |
| 55 | $713.06 | $797.88 | $425.77 | $504.62 |
| 60 | xx | xx | $615.01 | $713.06 |
| 61 | xx | xx | $669.98 | $772.38 |
| 62 | xx | xx | $731.00 | $837.43 |
| 63 | xx | xx | $798.92 | $908.94 |
| 64 | xx | xx | $874.80 | $987.62 |

58010                    **PROPOSED RULES**

Issued in Washington, D.C., this 9th day of December 1975.

STEVEN E. SCHANES,
*Executive Director, Pension Benefit Guaranty Corporation.*

Issued on the date set forth above, pursuant to a resolution of the Board of Directors approving the publication of these proposed regulations and authorizing its Executive Director to issue same.

HENRY ROSE,
*Secretary.*

[FR Doc.75–33609 Filed 12–11–75;8:45 am]