# **EXHIBIT E**

Case 09-10138-MFW   Doc 17420-5   Filed 11/21/16   Page 2 of 9

48484                                    RULES AND REGULATIONS

using the valuation factors established by the Pension Benefit Guaranty Corporation applicable as of the date of plan termination;

(iii) Third, determine the value of the non-basic type benefit to be assigned to priority category 3 by subtracting the value of the basic type annuity determined under paragraph (b)(2)(ii) of this section from the value of the annuity which could have been in pay status determined under paragraph (b)(2)(i) of this section; and

(iv) Fourth, subtract from the value of the basic type benefits with respect to the participant computed under paragraph (b)(2)(ii) of this section the value of the basic type benefits with respect to that participant computed under § 2608.7(b) or § 2608.7(c), whichever is appropriate, to determine the value, but not less than zero, of the participant's basic type benefits which could have been in pay status to be assigned to priority category 3.

(c) *Participant's benefits attributable to priority category 3*—(1) The value of a participant's basic type benefit attributable to priority category 3 shall be either—

(i) The value of his basic type benefits computed under paragraph (b)(1)(iv) of this section; or

(ii) The value of his basic type benefits computed under paragraph (b)(2)(iv) of this section.

(2) The value of the participant's non-basic type benefit attributable to priority category 3 shall be either—

(i) The value of the participant's non-basic type benefit computed under paragraph (b)(1)(iii) of this section; or

(ii) The value of the participant's non-basic type benefit computed under paragraph (b)(2)(iii) of this section.

(3) The value of each participant's benefit attributable to priority category 3 is the sum of values determined under paragraphs (c)(1) and (c)(2) of this section.

§ 2608.9  Priority category 4 benefits.

(a) *Definition.* The benefits in priority category 4 consist of all basic type benefits which do not exceed the limitations on the guarantee of benefits set forth in sections 4022(b)(1), 4022(b)(2), 4022(b)(3), 4022(b)(4), 4022(b)(7) and 4022(b)(8) of the Act as implemented by Part 2609 of this chapter, other than basic type benefits assigned to priority categories 2 or 3.

(b) *Valuation.* The value of the benefit of each participant or beneficiary who receives a benefit attributable to priority category 4 shall be computed separately with respect to each participant as follows:

(1) First, determine with respect to each participant the value of all of the participant's basic type benefits that do not exceed those limitations on the guarantee of benefits enumerated in paragraph (a) of this section, using the valuation factors established by the Pension Benefit Guaranty Corporation applicable as of the date of plan termination.

(2) Second, subtract from the value of each participant's benefit computed under paragraph (b)(1) of this section, the value of that participant's basic type benefits assigned to priority category 2 computed under § 2608.7(b) or § 2608.7(c), whichever is appropriate, and the value of that participant's basic type benefits assigned to priority category 3 computed under § 2608.8(c)(1) to determine the value, but not less than zero, of such participant's benefits assigned to priority category 4.

§ 2608.10  Priority category 5 benefits.

(a) *Definition.* Priority category 5 benefits consist of all nonforfeitable benefits payable with respect to a participant in a plan, other than benefits derived from voluntary employee contributions assigned to priority category 1 and all benefits assigned to priority categories 2, 3 or 4. For purposes of this paragraph a nonforfeitable benefit is a benefit to which a participant is entitled under § 2605.5 of this chapter, i.e., a benefit in pay status, a normal form of benefit payable to a participant at normal retirement age, an optional form of that benefit if elected by the participant before the date of plan termination, or the normal form of an early retirement benefit if the participant had satisfied the conditions required of him under the plan before the date of plan termination to establish his right to receive such benefit.

(b) *Valuation.* The value of such benefits shall be computed separately with respect to each participant as follows:

(1) Compute the value of all of a participant's nonforfeitable benefits under the plan as of the date of plan termination using the valuation factors established by the Pension Benefit Guaranty Corporation applicable as of the date of plan termination.

(2) Subtract the sum of the values of the benefits assigned to priority categories 2 through 4 from the value computed under paragraph (b)(1) of this section to determine the value, but not less than zero, of the benefits assigned to priority category 5.

(3) If there are plan assets available to allocate to benefits in priority category 5 but such assets are not sufficient to satisfy in full the values of the benefits assigned to priority categories 1 through 5—

(i) First, determine with respect to each participant the benefits which would be payable and nonforfeitable under the provisions of the plan as in effect at the beginning of the 5 year period ending on the date of plan termination;

(ii) Second, compute the value of such benefits using the valuation factors established by the Pension Benefit Guaranty Corporation applicable as of the date of plan termination;

(iii) Third, subtract the sum of the values of all benefits assigned to priority categories 2, 3, or 4 from the value computed under the preceding paragraph. This yields the value of the benefits assigned to § 2608.4(e)(2) for purposes of allocating assets;

(iv) Fourth, if the assets allocable to benefits assigned to § 2608.4(e)(2) are sufficient to satisfy in full all such benefits, determine the change in the benefits payable and nonforfeitable under the plan with respect to each participant under the provisions of the plan as amended by the first plan amendment which was effective during the 5 year period ending on the date of plan termination;

(v) Fifth, compute the value of the benefit changes determined under the preceding paragraph using the valuation factors established by the Pension Benefit Guaranty Corporation applicable as of the date of plan termination. This yields the value of the benefit changes due to the first plan amendment within the 5 year period ending on the date of plan termination; and

(vi) Sixth, repeat the procedure of paragraphs (b)(3)(iv) and (3)(v) of this section until all assets of the plan have been exhausted or the procedure has been applied to all plan amendments within the 5 year period ending on the date of plan termination, whichever occurs first.

§ 2608.11  Priority category 6 benefits.

(a) *Definition.* The benefits of priority category 6 consist of all benefits provided by a plan, other than benefits assigned to priority categories 1 through 5.

(b) *Valuation.* The value of the benefits in this category shall be computed as follows:

(1) First, determine all the benefits provided by a plan, forfeitable or nonforfeitable, with respect to a participant; and

(2) Second, determine the value, but not less than zero, of the benefits determined under the preceding subparagraph using the valuation factors established by the Pension Benefit Guaranty Corporation applicable to the date of plan termination and subtract therefrom the value of the benefits with respect to that participant in priority categories 1 through 5.

Effective date. This part becomes effective on October 29, 1976.

Issued in Washington, D.C., on this 22d day of October 1976.

W. J. Usery, Jr.,
*Chairman, Board of Directors,
Pension Benefit Guaranty
Corporation.*

Issued on the date set forth above, pursuant to a resolution of the Board of Directors approving these regulations and authorizing its Chairman to issue same.

Henry Rose,
*Secretary, Pension Benefit
Guaranty Corporation.*

[FR Doc.76-31420 Filed 11-2-76;8:45 am]

PART 2610—INTERIM REGULATION ON VALUATION OF PLAN BENEFITS

On December 12, 1975, a proposed regulation was published for comment in the Federal Register, 40 FR 57982, by the Pension Benefit Guaranty Corpora-

tion (hereinafter referred to as the "PBGC"), establishing the methods for valuing plan benefits under Title IV of the Employee Retirement Income Security Act of 1974 (hereinafter referred to as the "Act"). A number of comments were received, which have been reviewed and considered by the PBGC in promulgating this interim regulation.

### GENERAL APPROACH

The value of a benefit in a plan which closes out under a Notice of Inability to Determine Sufficiency is the value, as of the date of plan termination, as determined by the PBGC using reasonable assumptions as to mortality, investment return, early retirement rates (when applicable), and administration expenses. The PBGC has issued a new proposed valuation of benefits regulation (41 FR 48498) that includes rules governing the valuation of plan benefits for plans that close out under a Notice of Sufficiency ("sufficient plans"). However, in order to provide rules for winding up other than sufficient plans, PBGC has decided to publish the valuation of benefits regulation now as an interim regulation, but not to apply it to sufficient plans. Accordingly, § 2610.1(b) of the regulation has been changed to provide that the regulation applies only to the valuation of benefits in terminating plans for which the PBGC is unable to determine sufficiency.

One comment suggested that the PBGC value plan benefits using a properly calculated "funding standard account" under Section 302(b) of the Act. However, use of the funding standard account, designed for use in the context of an ongoing plan, would not properly reflect the value of benefits upon plan termination, and therefore, its use is not appropriate for purposes of Title IV of the Act.

The proposal stated that the PBGC's mortality and interest assumptions will be adjusted from time to time to reflect changes in market conditions and mortality experience. One comment suggested that the regulation require that determinations of interest rates be made monthly or quarterly and also prohibit the PBGC from setting interest rates for a period of longer than a year. Also mortality rates, the comment stated, should be reviewed every five years. Another comment suggested that the interest rates be changed daily to reflect current market conditions. The suggestion to adjust interest rates daily has not been adopted in the interim regulation because of the substantial difficulties involved in daily adjustment.

The PBGC intends to be monitoring the interest assumptions periodically, and will review the mortality assumptions when data is available. The assumptions will be changed when appropriate.

### MORTALITY RATES

One comment suggested use of a mortality table derived from census data, Social Security data and other experience where detailed studies were made separately by sex, and opined that the Unisex Pension 1984 table would not accurately reflect the PBGC's experience. The comment also questioned the practice of setting back and setting forward mortality tables to arrive at different mortality rates for males and females.

No such table has yet been constructed in the manner described in the comment and the PBGC does not at this time have the capability to obtain and process the data necessary to construct such a table. As stated in the proposal, the Unisex Pension 1984 table has been selected because it is thought that, of the tables available, it will best reflect the PBGC's experience, since the data upon which the table was based reflected mortality experience of a larger cross section of occupations than other tables considered. Setting back and setting forward mortality tables is an accepted actuarial practice. Although mortality rates do not vary by the exact amount reflected by a set back or set forward of a mortality table, the small difference between values obtained using such a method does not warrant use of more administratively burdensome approach.

A number of comments expressed concern that the PBGC's use of the 1958 Commissioners Standard Ordinary table for disabled participants who are receiving disability benefits pursuant to the terms of the plan but are not also receiving Social Security disability payments would not adequately represent the population to which it is to be applied. In view of the generally conceded fact that no tables with respect to such participants are available, it was suggested that the PBGC use the healthy life table or a rate half-way between the healthy life rates and the Social Security disabled rates for such participants. One comment suggested that the PBGC reserve the right to apply a table other than the one indicated, in view of the different experience that may result from the different standards of disability found in various plans. It was also noted that the values found in the table used closely parallel those of the healthy life tables when set forward an additional three years.

For the purposes of valuing disability income benefits to participants who are not receiving Social Security disability benefits, the PBGC feels that use of a healthy life table would yield values that do not accurately reflect the current value of annuities payable to such participants. It is thought that the values in the mortality table contained in the regulation will better reflect the mortality experience in this area than arbitrarily chosen values halfway between the healthy life and Social Security disabled rates. However, in view of the similarity of the values, and to simplify the valuation process, the regulation has been revised to provide that the table used will be the same as that used for healthy lives, set forward an additional three years. The PBGC will closely monitor whether the tables used reflect its actual experience.

Comments received with respect to use of tables based on Social Security Administration data suggested that the table should reflect the duration of disability as well as the participant's age and sex, i.e., the PBGC should use "select and ultimate" rather than just "ultimate" tables. Notwithstanding that use of select tables might reflect somewhat more accurately the experience in this area, the administrative complexities involved in computation and the costs of monitoring when recovery occurs render use of select tables impractical.

### INTEREST RATES

A number of comments suggested that the PBGC state how the proposed interest rates were selected.

The initial interest rates used are derived from annuity price data obtained by PBGC from the private insurance industry. The PBGC's interest assumptions have been designed so that, when coupled with the mortality assumptions found in the regulation, the benefit values obtained for immediate and deferred annuities are in line with industry annuity prices. These interest assumptions include an adjustment for anticipated expenses associated with providing benefits.

A number of comments questioned the use of different interest rates for immediate annuities and death benefits. That the interest assumption for valuing death benefits is lower than that for valuing immediate annuities reflects the different properties of the two forms of benefits. Death benefits are deferred claims, and as such should be valued at a lower rate than annuities for which payments commence without a deferment period. A lower interest assumption is also warranted because the liquidity needed to fund death benefits tends to reduce actual investment return. Finally, death benefits, when available commercially, are usually sold at prices which reflect an interest rate less than that used to price immediate annuities. Therefore, if the PBGC were to use a higher interest rate to value death benefits, neither the PBGC nor an individual would be able to purchase a comparable benefit with the resulting value obtained using PBGC methods of valuation. However, since single premium cash refund annuities normally can be purchased at an interest rate comparable to that of immediate annuities, the final regulation has been revised to provide that the death benefit portion of refund annuities shall be valued using the same interest rate as is used to value immediate annuities.

### DEFERRED ANNUITIES

Several comments were received concerning the interest rates and equations to be utilized to value deferred annuities. They indicated that the method used in this area was misconstrued as an investment model which actually reflects the investment yields which the PBGC expects to realize during a particular year of deferment. Rather, the current value of annuities obtained by applying the equations in § 2610.6 of the regulation is in line with price data for such annuities received from the industry. The price data indicates, and the values obtained

pursuant to § 2610.6 reflect, that the interest assumption used to value deferred annuities is somewhat lower than that used to value immediate annuities, and that as the period of deferment lengthens, the interest assumption is lowered. This same approach has been retained in the final regulation; however, the equations have been revised to better reflect the fact that the present value of a deferred annuity is obtained by applying a factor, weighted for the number of years of deferment, to adjust the interest rate used for valuing immediate annuities.

### EARLY RETIREMENT

A number of comments suggested that, in determining the value of early retirement benefits the PBGC should not apply probabilities of early retirement. One comment suggested that it be assumed that benefits commence when first available, while another suggested that it be assumed that they begin at the age at which the benefit would be most valuable. It was also suggested that the PBGC explain the criteria which would influence the PBGC's choice of early retirement assumptions.

The PBGC has not used the earliest possible retirement age to value early retirement benefits. Although it would be administratively simpler, use of such age would result in the overvaluation of such benefits. Use of the probability of early retirement is more likely to result in a value that more accurately reflects the current value of such a benefit.

Selection of the appropriate rate of early retirement will be based on the facts and circumstances of each case. When a plan has terminated due to termination of the employer's business operations, retirement may be assumed to occur on the earliest possible date. In the case of plan terminations with continuation of employment opportunities, selection of the rates to be utilized may be based upon, among other things (a) the employer's prior retirement rates adjusted for the change in circumstances brought on by the plan termination, and (b) the extent to which a participant's early retirement benefits would replace the amount of wages he or she would have earned.

Due to the complexities associated with calculating the value of an early retirement benefit under the proposed equations, a modification to the equations has been made to simplify the calculation process. Under the modified equations, the value of an early retirement benefit is based on an expected retirement age compiled as a weighted average of the various possible retirement ages.

### ACTUARIAL NOTATION

In response to a number of comments, there have been revisions made in the definitional section and in the actuarial notation to reflect more accurately accepted actuarial methodology and modes of expression.

### DETERMINATION OF SUFFICIENCY

Pursuant to section 4041(b) of the Act, the PBGC is required to determine whether the assets of a plan, if allocated as provided in section 4044, are sufficient to discharge when due all obligations of the plan with respect to basic (i.e. guaranteed) benefits. A terminating plan will be determined to be sufficient if plan assets are sufficient to provide guaranteed benefits at rates currently available to the plan from an insurer for purchasing such benefits. In determining whether to issue a Notice of Sufficiency, the PBGC also may consider other factors or events that occurred before the date of termination or could occur between the date of termination and the date of distribution which might prevent a plan from providing all the benefits necessary to be deemed sufficient.

Because of the need to provide immediate guidance to terminated and terminating plans on allocation of plan assets, because the processing of some terminating plans cannot proceed further until such guidance is provided and because of the large number of plans which have filed notices of intent to terminate, the PBGC finds that good cause exists for making this interim regulation effective immediately. Interested persons may, however, submit comments on this interim regulation. Comments must be submitted on or before December 3, 1976 and be addressed to the Office of the General Counsel, Pension Benefit Guaranty Corporation, Suite 7200, 2020 K Street, NW., Washington, D.C., 20006. Each person submitting comments should include his name and address, identify this regulation and give reasons for any recommendations. Copies of written comments will be available for examination by interested persons in the PBGC's Office of Communications, Suite 7100, 2020 K Street, N.W., Washington, D.C. between the hours of 9:00 a.m. and 4:00 p.m.

In consideration of the foregoing, Chapter XXVI of Title 29, Code of Federal Regulations, is hereby amended by adding a new Part 2610 to read as follows:

Sec.
2610.1 Purpose and scope.
2610.2 Definitions.
2610.3 Methods of computation.
2610.4 Construction of a mortality table.
2610.5 Valuation of immediate annuities.
2610.6 Valuation of deferred annuities.
2610.7 Valuation of early retirement benefits.
2610.8 Valuation of death benefits.
2610.9 Valuation of refund annuities.
2610.10 Valuation of other benefits.

APPENDIX

A—Mortality values.
B—Interest rates and quantities used to value deferred annuities.
C—Illustrative benefit valuation results.

AUTHORITY: Secs. 4002(b)(3), 4044, 4062(b)(1)(A), Pub. L. 93-406, 88 Stat. 1004, 1025-27, 1029 (29 U.S.C. 1302(b)(3), 1344, 1362(b)(1)(A)).

§ 2610.1 Purpose and scope.

(a) The purpose of this part is to establish the method of computing the actuarial value of the liabilities of a terminating pension plan for which PBGC is unable to issue a Notice of Sufficiency, with respect to benefits payable on or after the date of plan termination to participants or beneficiaries.

(b) This part applies to all plans covered under Title IV of the Employee Retirement Income Security Act of 1974 that terminate and that do not receive a notice from the PBGC pursuant to section 4041(b) of the Act, that after application of section 4044 of the Act the assets of the plan are sufficient to discharge when due all obligations of the plan with respect to basic benefits.

§ 2610.2 Definitions.

For the purposes of this part (unless otherwise required by the context):

(a) *Words and phrases.* "Act" means the Employee Retirement Income Security Act of 1974 (88 Stat. 829 et seq.).

"Annuity" means a series of periodic payments to a plan participant or surviving beneficiary for a fixed or contingent period.

"Age" means the "insurance age" or "age at nearest birthday," which is obtained by rounding to the nearest whole year an individual's exact age. Half years are rounded to the next highest year.

"Cash refund annuity" means an annuity under which if the participant dies prior to the time when he has received annuity payments equal to some fixed sum, then the balance is paid as a lump-sum death benefit.

"Closed group" means a hypothetical number of people whose number is decreased only by their hypothetical death, and is never increased.

"Death benefit" means a payment made as a lump-sum as a result of the death of a participant (or beneficiary).

"Deferment period" means the period between the age of a participant as of the date of plan termination and the age at which benefit payments begin.

"Deferred annuity" means an annuity under which the specified date or age upon which payments are to commence occurs subsequent to the date benefits are being valued.

"Early retirement benefit" means a benefit payable under the terms of a plan, which benefit may be elected upon retirement occurring before the date that the participant attains his normal retirement age under the terms of the plan.

"Immediate annuity" means an annuity which is not a deferred annuity.

"Installment refund annuity" means an annuity under which if the participant dies prior to the time he has received annuity payments equal to a predetermined amount, then the balance is paid as a death benefit in periodic installments each (except in some cases the last) equal in amount to the participant's annuity payments.

"Normal retirement age" means the age specified in the plan as the normal retirement age, which age with respect to each participant cannot exceed the later of age 65 or the age attained after 10 years of participation in the plan or, if no normal retirement age is specified in the plan, age 65.

"PBGC" means the Pension Benefit Guaranty Corporation.

"Title IV" means Title IV of the Act.

(b) *Mathematical symbols and terms.* "Fundamental symbols." The following fundamental symbols are representations of the basic actuarial concepts utilized in computing the present value of a benefit:

$x$ represents the age of a participant.

$q_x$ represents the probability that an individual whose present age is $x$ will not survive to attain age $x+1$.

$l_x$ represents the expected number of people, within a closed group, who survive to attain age $x$.

$\omega$ represents the first age for which $l_x = 0$. Since the values of $l_x$ are carried to four decimal places, $\omega$ is the first age for which $l_x$ is less than .00005.

$i$ represents an effective annual interest rate.

$a_x$ represents the present value of an annuity of one dollar per annum.

$A$ represents the present value of a death benefit which provides for the payment of one dollar at the end of the year of death.

$R$ represents the present value of a death benefit which provides for payments of uniformly decreasing amounts over a specified period of time with no payment if death occurs after the expiration of such period.

$m$ represents the number of times per year annuity payments are made. It also represents the number of times per year the amount of a death benefit decreases.

$\bar{n}$ is a symbol for a period of time consisting of $n$ years.

"Commutation symbols." The following commutation symbols are representations of actuarial computations in a condensed form and are used to facilitate expression of actuarial equations:

$v$ is equal to the present value of one dollar payable one year from today, and is computed by the equation $v = \frac{1}{i+1}$.

$d_x$ is equal to the expected number of persons from a closed group alive at age $x$, $l_x$, who do not attain the age of $x+1$, and is computed by the equation $d_x = q_x \cdot l_x$. For the purposes of this part, it shall be rounded to four decimal places.

$l_{x+1}$ is equal to the expected number of people out of a closed group alive at age $x+1$, and is computed by the equation $l_{x+1} = l_x - d_x$.

$D_x$ is equal to the quantity $v^x l_x$.

$N_x$ is equal to the sum of all $D_y$'s for all ages $y$ equal to and greater than $x$, to the last age when a person is alive in a closed group, and is computed by the equation $N_x = D_x + D_{x+1} + D_{x+2} + \cdots + D_{\omega-1}$.

$N_x^{(m)}$ is a modification of $N_x$ used in situations where annuity payments are made in equal amounts $m$ times per year, and is computed by the equation $N_x^{(m)} = N_x - \frac{m-1}{2m} D_x$.

$C_x$ is equal to the quantity $v^{x+1} d_x$.

$M_x$ is equal to the sum of all $C_y$'s for all ages $y$ equal to and greater than $x$, to the last age when a person is alive in a closed group, and is computed by the equation $M_x = C_x + C_{x+1} + C_{x+2} + \cdots + C_{\omega-1}$.

$R_x$ is equal to the sum of all $M_y$'s for all ages $y$ equal to and greater than $x$, to the last age when a person is alive in a closed group, and is computed by the equation $R_x = M_x + M_{x+1} + M_{x+2} + \cdots + M_{\omega-1}$.

$\bar{C}_x$ is a modification of $C_x$ used in situations where death benefits are payable upon death (not at the end of the year of death), and is computed by the equation $\bar{C}_x = (1+i)^{\frac{1}{2}} C_x$.

$\bar{M}_x$ is a modification of $M_x$ used in situations where death benefits are payable upon death (not at the end of the year of death), and is computed by the equation $\bar{M}_x = (1+i)^{\frac{1}{2}} M_x$.

$\bar{R}_x$ is a modification of $R_x$ used in situations where death benefits are payable upon death (not at the end of the year of death), and is computed by the equation $\bar{R}_x = (1+i)^{\frac{1}{2}} R_x$.

$D_{xy}$ is a counterpart to $D_x$ used in situations where the status of another life limits annuity payments, and for the purposes of this part, shall be computed by the equation

$$D_{xy} = \frac{1}{10000}(1+i)^{\frac{1}{2}(x+y)} v_x v_y.$$

$N_{xy}$ is equal to the sum of all $D_{ut}$'s for all pairs of ages of the form $u=x+t$, $s=y+t$, where $t$ is a non-negative integer, and is computed by the equation

$$N_{xy} = D_{xy} + D_{x+1,y+1} + D_{x+2,y+2} + \cdots .$$

$N_{xy}^{(m)}$ is a modification of $N_{xy}^{(m)}$ used in situations where annuity payments are made in equal amounts $m$ times per year, and is computed by the equation $N_{xy}^{(m)} = N_{xy} - \frac{m-1}{2m} D_{xy}$.

(c) *Actuarial notation.* The following section contains actuarial notations used in this part:

— is a notation which, when placed over a symbol representing the value of an annuity, indicates that payments are to be made at the beginning of the payment period, for example $\ddot{a}_x$.

: is a notation which separates two symbols in a suffixed subscript representing the status of two periods of life or time, when two such periods are utilized in the context of an actuarial symbol. For example $a_{x:\bar{n}}$ indicates that the annuity is payable until the expiration of a life aged $x$, or a term certain of $n$ years, whichever is earlier.

— is a notation which, when placed over a symbol indicating the value of a death benefit, indicates that the benefit is payable immediately upon death. When placed over two symbols in a suffixed subscript representing the status of a life or a period of time it indicates that benefit payments continue during the existence of either. For example, $\bar{A}_x$ represents the present value of a benefit payable immediately upon death, and $\bar{a}_{\overline{x:\bar{n}}}$ represents the present value of an annuity payable until the later of the end of a life age $x$ or the passage of $n$ years.

1 is a notation which, when placed over a symbol in a suffixed subscript indicating the status of a life or a period of time, indicates that expiration of such life or period of time causes payments to commence, if such expiration occurs before expiration of the other period represented in the subscript, for example $A_{x:\bar{n}}^{1}$. If the notation 1 were not used, it would indicate that payments commence upon the first expiration of either period represented in the suffixed subscript.

§ 2610.3 Methods of computation.

(a) The value of a benefit payable to each participant under a plan shall be determined by applying the equation contained in this part for valuing benefits of that type, or on the basis of any other equation which the plan administrator demonstrates has a consistent relationship to the equation whose use is prescribed by this part.

(b) For annuities payable for periods of duration which are not a whole number of years, a linear interpolation method shall be used, that is, the annuity shall have a value which is between the values of the two annuities with yearly periods which are closest to the annuity being valued, which value is computed as follows: add to the annuity value for the lesser period of time an amount equal to the difference between the value of the two closest annuity values, multiplied by a fraction, the numerator of which is the number of periods that the annuity being valued is in effect beyond the period of the lesser annuity, and the denominator of which is $m$, where $m$ represents the number of equal periods during a year between annuity payments.

§ 2610.4 Construction of a mortality table.

(a) The number of persons in a closed group alive at age $x$ shall be determined by constructing a mortality table by applying mortality rates, $q_x$'s, to a group of 10,000 lives, using the following procedure:

(1) $l_{15} = 10,000$

(2) Compute $l_{16}$ from the equation $l_{16} = l_{15} - d_{15}$, computing $d_{15}$ from the equation $d_{15} = l_{15} q_{15}$.

(3) Compute $l_{17}$ from the equation $l_{17} = l_{16} - d_{16}$, computing $d_{16}$ from the equation $d_{16} = l_{16} q_{16}$.

(4) This process is continued until the first age $x$ when $l_x = 0$, that is, until the age is reached when no person will be alive. $l_x$ will equal zero for all ages equal to and beyond $\omega$.

(b) A separate mortality table shall be constructed for each class of participants described in paragraph (c) of this section, that has a member with benefits under the plan.

(c) The following mortality rates, $q_x$, shall be utilized to compute the mortality tables:

(1) For healthy male participants, the rates in Appendix A, Table I, in effect on the date of termination.

(2) For healthy female participants, the rates in Appendix A, Table II, in effect on the date of termination.

(3) For male participants who are receiving disability payments pursuant to the provisions of the plan but are not also receiving Social Security disability benefits or who have not been found to be eligible for such benefits, the rates in Appendix A, Table III, in effect on the date of termination.

(4) For female participants who are receiving disability payments pursuant to the provisions of the plan but are not also receiving Social Security disability benefits or who have not been found to be eligible for such benefits, the rates in Appendix A, Table IV, in effect on the date of termination.

(5) For disabled male participants receiving Social Security disability benefits or who have been found to be eligible for such benefits, the rates in Appendix A, Table V, in effect on the date of termination.

(6) For disabled female participants receiving Social Security disability benefits or who have been found to be eligible for such benefits, the rates in Appendix A, Table VI, in effect on the date of termination.

§ 2610.5  Valuation of immediate annuities.

(a) For the purposes of this section the applicable interest rate, i, contained in Appendix B, Table I, in effect on the date of termination shall be utilized.

(b) The value of an immediate annuity shall be determined in accordance with the provisions of paragraphs (b)(1)–(9) of this section, as appropriate.

(1) *Life annuity payable annually.* If a series of payments payable only if the participant is alive are made annually at the beginning of the year, the value of the annuity shall be computed by using the following actuarial equation:

$$\ddot{a}_x = \frac{N_x}{D_x}$$

(2) *Life annuity payable periodically.* If a series of payments payable only if the participant is alive are made at equal intervals of time, in equal amounts, a specified number of times per year, at the beginning of each interval, the value of the annuity shall be computed by using the following actuarial equation:

$$\ddot{a}_x^{(m)} = \frac{N_x^{(m)}}{D_x}$$

(3) *Annuity certain payable annually.* If a series of payments payable for a fixed period of time are made annually at the beginning of the year, the value of the annuity shall be computed by using the following actuarial equation:

$$\ddot{a}_{\overline{n}|} = \frac{1-v^n}{1-v}$$

(4) *Annuity certain payable periodically.* If a series of payments payable for a fixed period of time are made at equal intervals of time, a specified number of times per year, at the beginning of each interval, the value of the annuity shall be computed by using the following actuarial equation:

$$\ddot{a}_{\overline{n}|}^{(m)} = \frac{1-v^n}{m(1-v^{1/m})}$$

(5) *Annuity certain and continuous.* If payments are made at equal intervals of time, a specified number of times per year at the beginning of each interval, and payments cease upon the happening of the later of (i) the death of the participant, or (ii) the passage of a specified period of time, such an annuity shall be valued using the following actuarial equation:

$$\ddot{a}_{x:\overline{n}|}^{(m)} = \ddot{a}_{\overline{n}|}^{(m)} + \frac{N_{x+n}^{(m)}}{D_x}$$

(6) *Temporary life annuity.* If payments are made at equal intervals of time, a specified number of times per year at the beginning of each interval, and payments cease upon the happening of the earlier of (i) the death of the participant, or (ii) the passage of a specified period of time, such an annuity shall be valued using the following actuarial equation:

$$\ddot{a}_{x:\overline{n}|}^{(m)} = \frac{N_x^{(m)} - N_{x+n}^{(m)}}{D_x}$$

(7) *Joint annuity.* If payments payable with respect to more than one person are made to both persons only as long as both the participant and the beneficiary are alive, such an annuity shall be valued by using the following actuarial equation:

$$\ddot{a}_{xy}^{(m)} = \frac{N_{xy}^{(m)}}{D_{xy}}$$

(8) *Joint and survivor annuity (joint basis).* If payments payable with respect to more than one person are payable as long as both the participant (age x) and beneficiary (age y) are alive, and if either dies, payments continue until the death of the second person at a reduced amount provided in the plan (represented by the symbol "p"), such an annuity shall be valued using the following actuarial expression:

$$p(\ddot{a}_x^{(m)} + \ddot{a}_y^{(m)}) + (1-2p)\ddot{a}_{xy}^{(m)}$$

(9) *Joint and survivor annuity (contingent basis).* If benefit payments are payable to the participant (age x) as long as the participant survives, and payable upon the participant's death in a reduced amount provided in the plan (represented by the symbol "p") to a named beneficiary (age y) for the beneficiary's lifetime, such an annuity shall be valued using the following actuarial expression:

$$\ddot{a}_x^{(m)} + p(\ddot{a}_y^{(m)} - \ddot{a}_{xy}^{(m)})$$

§ 2610.6  Valuation of deferred annuities.

(a) *Definitions.* For the purposes of this section:

(1) "x" represents the present age of the participant.

(2) "y" represents the age at which annuity payments begin.

(3) "n" represents the period of deferment (i.e., n=y−x).

(4) "$G_y$" represents the value of the annuity on the date payments begin.

(5) R(x,y) represents a factor used to adjust the value of $G_y$ for anticipated mortality experience and interest experience, during the period of deferment, age x to age y, taking into account the fact that investment opportunities may change during the period of deferment. It shall be computed in accordance with paragraph (b) of this section.

(6) "$k_1$", "$k_2$", "$k_3$", "$n_1$", and "$n_2$" represent quantities to be utilized to compute the quantity R(x,y) pursuant to paragraph (b) of this section. The values for "$k_1$", "$k_2$", "$k_3$", "$n_1$", and "$n_2$" contained in the Appendix B, Table III, in effect on the date of termination shall be utilized.

(b) The value of R(x,y) shall be computed as follows:

(1) If n is less than or equal to $n_1$ (n≤$n_1$), then $R(x,y) = \frac{f_x}{f_x} k_1^{-n}$

(2) If n is greater than $n_1$ and less than or equal to $n_1+n_2$ ($n_1$<n≤$n_1+n_2$), then $R(x,y) = \frac{f_x}{f_x} k_1^{-n_1} k_2^{-(n-n_1)}$

(3) If n is greater than $n_1+n_2$ ($n_1+n_2$<n), then, $R(x,y) = \frac{f_x}{f_x} k_1^{-n_1} k_2^{-n_2} k_3^{-(n-n_1-n_2)}$

(c) The present value of a deferred annuity as of a participant's present age, "x," shall be computed by multiplying the present value of the annuity on the date payments begin by the appropriate adjustment factor for changes in the expected rate of interest and mortality experience during the period of deferment. This results in $G_x$ which is the value of the deferred annuity and is represented by the equation $G_x = R(x,y) G_y$.

§ 2610.7  Equations for valuation of early retirement benefits.

(a) *Definitions.* For the purposes of this section:

(1) "z" represents the normal retirement age under the terms of the plan.

(2) "x" represents the present age of a plan participant who is eligible to retire and receive early retirement benefits under the terms of the plan.

(3) "w" represents the first age at which a participant whose age is "x" could elect, now or in the future, to retire and receive early retirement benefits under the terms of the plan.

(4) "y" represents some age between "w" and "z", inclusive, at which a participant could elect to retire and receive early retirement benefits under the terms of the plan.

(5) "$t_y$" represents the probability that a participant whose age is "y" will elect to retire immediately. Such retirement shall be assumed to occur immediately upon attainment of age "y". The probability utilized shall be determined by the PBGC based on the provisions of the plan and the circumstances of the case.

(b) The value of an early retirement benefit for a participant whose current age is "x", is equal to the value of the benefit payable at his expected retirement age $\bar{x}$, computed in accordance with part 2610.5 of this section if $\bar{x}$ equals x, or in accordance with 2610.6 if $\bar{x}$ is greater than x. The expected retirement age $\bar{x}$ is computed as follows:

(1) For each age "y" between "x" and "x" let $_xr_y$ denote the probability that a participant whose age is "x" will elect to retire at that age "y". Such probability is computed as follows:

   (i) If y equals x, $_xr_y = t_x$
   (ii) If y is more than x,
   $_xr_y = (1-t_x)(1-t_{x+1}) \cdots (1-t_{y-1}) t_y$
   (2) $\bar{x} = w_x r_w + (w+1) _x r_{w+1} + \cdots + z \cdot _x r_z$

In obtaining the age $\bar{x}$, the result is to be computed in whole years by ignoring any fractional amounts from the above equation.

### § 2610.8  Valuation of death benefits.

(a) For the purposes of this section the interest rate, i, contained in Appendix B, Table II, in effect on the date of termination shall be utilized.

(b) The value of a death benefit shall be determined as follows:

(1) *Death benefit in the form of whole life insurance.* If a death benefit is payable at death, whenever death occurs, such benefit shall be valued by using the following actuarial equation:

$$\bar{A}_x = \frac{\bar{N}_x}{D_x}$$

(2) *Death benefit in the form of term insurance.* If a death benefit is payable when death occurs, if death occurs within the period covered by the insurance, such benefit shall be valued by using the following actuarial equation:

$$\bar{A}_{x:\overline{n}|} = \frac{\bar{N}_x - \bar{N}_{x+n}}{D_x}$$

(3) *Death benefit in the form of decreasing term insurance.* (i) If a death benefit in an initial amount of n is payable when death occurs, if death occurs within the period covered by the insurance, and the amount of the death benefit decreases by one each year, such benefit shall be valued using the following actuarial equation:

$$(D\bar{A})_{x:\overline{n}|} = \frac{n\bar{N}_x - \bar{N}_{x+1} + \bar{N}_{x+n+1}}{D_x}$$

(ii) If a death benefit in an initial amount of n is payable when death occurs, if death occurs within the period covered by the insurance, and the amount of the death benefit decreases by 1/m, m times each year, such a benefit shall be valued using the following actuarial equation:

$$(b^{(m)}\bar{A})_{x:\overline{n}|} = \frac{n\bar{N}_x - \bar{N}_{x+1} + \bar{N}_{x+n+1} - \frac{m-1}{2m}(\bar{N}_x - \bar{N}_{x+n})}{D_x}$$

### § 2610.9  Valuation of refund annuities.

(a) The value of a cash refund annuity shall be computed by adding the values derived from the equations in §§ 2610.5(b)(2) and 2610.8(b)(3)(ii).

(b) The value of an installment refund annuity shall be computed by using the equation in § 2610.5(b)(5).

### § 2610.10  Equations for valuation of other benefits.

Benefits which cannot be valued by application of the equations contained in this part shall be computed using the method to be determined by the PBGC.

This regulation is effective on October 29, 1976.

Issued in Washington, D.C., on this 22d day of October, 1976.

Issued on the date set forth above, pursuant to a resolution of the Board of Directors approving this regulation and authorizing its Chairman to issue same.

W. J. USERY, Jr.,
*Chairman, Board of Directors, Pension Benefit Guaranty Corporation.*

HENRY ROSE,
*Secretary, Pension Benefit Guaranty Corporation.*

APPENDIX A - MORTALITY RATES

The following mortality rates are effective for plans which terminate on or after September 2, 1974:

TABLE I - MORTALITY RATES FOR HEALTHY MALE PARTICIPANTS

| Age | $q_x$ | Age | $q_x$ | Age | $q_x$ | Age | $q_x$ |
|---|---|---|---|---|---|---|---|
| 11 | 0.000000 | 36 | 0.001643 | 61 | 0.017010 | 86 | 0.143179 |
| 12 | 0.000000 | 37 | 0.001792 | 62 | 0.018685 | 87 | 0.155147 |
| 13 | 0.000000 | 38 | 0.001948 | 63 | 0.020517 | 88 | 0.168208 |
| 14 | 0.000000 | 39 | 0.002125 | 64 | 0.022562 | 89 | 0.182461 |
| 15 | 0.001437 | 40 | 0.002327 | 65 | 0.024847 | 90 | 0.198030 |
| 16 | 0.001414 | 41 | 0.002556 | 66 | 0.027232 | 91 | 0.215035 |
| 17 | 0.001385 | 42 | 0.002818 | 67 | 0.029634 | 92 | 0.232983 |
| 18 | 0.001351 | 43 | 0.003095 | 68 | 0.032073 | 93 | 0.252545 |
| 19 | 0.001311 | 44 | 0.003410 | 69 | 0.034743 | 94 | 0.273078 |
| 20 | 0.001267 | 45 | 0.003769 | 70 | 0.037667 | 95 | 0.297152 |
| 21 | 0.001219 | 46 | 0.004180 | 71 | 0.040871 | 96 | 0.322553 |
| 22 | 0.001167 | 47 | 0.004635 | 72 | 0.044504 | 97 | 0.349505 |
| 23 | 0.001149 | 48 | 0.005103 | 73 | 0.048504 | 98 | 0.378365 |
| 24 | 0.001129 | 49 | 0.005616 | 74 | 0.052913 | 99 | 0.410875 |
| 25 | 0.001107 | 50 | 0.006196 | 75 | 0.057775 | 100 | 0.445768 |
| 26 | 0.001083 | 51 | 0.006853 | 76 | 0.063142 | 101 | 0.483830 |
| 27 | 0.001058 | 52 | 0.007543 | 77 | 0.068628 | 102 | 0.524301 |
| 28 | 0.001083 | 53 | 0.008278 | 78 | 0.074648 | 103 | 0.568365 |
| 29 | 0.001111 | 54 | 0.009033 | 79 | 0.081256 | 104 | 0.616382 |
| 30 | 0.001141 | 55 | 0.009875 | 80 | 0.088518 | 105 | 0.668624 |
| 31 | 0.001173 | 56 | 0.010814 | 81 | 0.096218 | 106 | 0.725745 |
| 32 | 0.001208 | 57 | 0.011863 | 82 | 0.104510 | 107 | 0.786495 |
| 33 | 0.001297 | 58 | 0.012952 | 83 | 0.112816 | 108 | 0.852659 |
| 34 | 0.001398 | 59 | 0.014162 | 84 | 0.122079 | 109 | 0.924666 |
| 35 | 0.001513 | 60 | 0.015509 | 85 | 0.132174 | 110 | 1.000000 |

TABLE II - MORTALITY RATES FOR HEALTHY FEMALE PARTICIPANTS

| Age | $q_x$ | Age | $q_x$ | Age | $q_x$ | Age | $q_x$ |
|---|---|---|---|---|---|---|---|
| 11 | 0.000000 | 36 | 0.001173 | 61 | 0.010814 | 86 | 0.096218 |
| 12 | 0.000000 | 37 | 0.001208 | 62 | 0.011863 | 87 | 0.104310 |
| 13 | 0.000000 | 38 | 0.001297 | 63 | 0.012952 | 88 | 0.112816 |
| 14 | 0.000000 | 39 | 0.001398 | 64 | 0.014162 | 89 | 0.122079 |
| 15 | 0.000000 | 40 | 0.001513 | 65 | 0.015509 | 90 | 0.132174 |
| 16 | 0.000000 | 41 | 0.001643 | 66 | 0.017010 | 91 | 0.143179 |
| 17 | 0.000000 | 42 | 0.001792 | 67 | 0.018685 | 92 | 0.155147 |
| 18 | 0.000000 | 43 | 0.001948 | 68 | 0.020517 | 93 | 0.168208 |
| 19 | 0.000000 | 44 | 0.002125 | 69 | 0.022562 | 94 | 0.182461 |
| 20 | 0.001437 | 45 | 0.002327 | 70 | 0.024847 | 95 | 0.198030 |
| 21 | 0.001414 | 46 | 0.002556 | 71 | 0.027232 | 96 | 0.215035 |
| 22 | 0.001385 | 47 | 0.002818 | 72 | 0.029634 | 97 | 0.232983 |
| 23 | 0.001351 | 48 | 0.003095 | 73 | 0.032073 | 98 | 0.252545 |
| 24 | 0.001311 | 49 | 0.003410 | 74 | 0.034743 | 99 | 0.273078 |
| 25 | 0.001267 | 50 | 0.003769 | 75 | 0.037667 | 100 | 0.297152 |
| 26 | 0.001219 | 51 | 0.004180 | 76 | 0.040871 | 101 | 0.322553 |
| 27 | 0.001167 | 52 | 0.004635 | 77 | 0.044504 | 102 | 0.349505 |
| 28 | 0.001149 | 53 | 0.005103 | 78 | 0.048504 | 103 | 0.378365 |
| 29 | 0.001129 | 54 | 0.005616 | 79 | 0.052913 | 104 | 0.410875 |
| 30 | 0.001107 | 55 | 0.006196 | 80 | 0.057775 | 105 | 0.445768 |
| 31 | 0.001083 | 56 | 0.006853 | 81 | 0.063142 | 106 | 0.483830 |
| 32 | 0.001058 | 57 | 0.007543 | 82 | 0.068628 | 107 | 0.524301 |
| 33 | 0.001083 | 58 | 0.008278 | 83 | 0.074648 | 108 | 0.568365 |
| 34 | 0.001111 | 59 | 0.009033 | 84 | 0.081256 | 109 | 0.616382 |
| 35 | 0.001141 | 60 | 0.009875 | 85 | 0.088518 | 110 | 1.000000 |

## RULES AND REGULATIONS

### TABLE III - MORTALITY RATES FOR DISABLED MALE PARTICIPANTS

| Age | $q_x$ | Age | $q_x$ | Age | $q_x$ | Age | $q_x$ |
|---|---|---|---|---|---|---|---|
| 11 | 0.000000 | 36 | 0.002125 | 61 | 0.022562 | 86 | 0.182461 |
| 12 | 0.000000 | 37 | 0.002327 | 62 | 0.024847 | 87 | 0.198030 |
| 13 | 0.000000 | 38 | 0.002556 | 63 | 0.027232 | 88 | 0.215035 |
| 14 | 0.000000 | 39 | 0.002818 | 64 | 0.029634 | 89 | 0.232983 |
| 15 | 0.001351 | 40 | 0.003095 | 65 | 0.032073 | 90 | 0.252545 |
| 16 | 0.001311 | 41 | 0.003410 | 66 | 0.034743 | 91 | 0.273878 |
| 17 | 0.001267 | 42 | 0.003769 | 67 | 0.037667 | 92 | 0.297152 |
| 18 | 0.001219 | 43 | 0.004188 | 68 | 0.040871 | 93 | 0.322553 |
| 19 | 0.001167 | 44 | 0.004635 | 69 | 0.044504 | 94 | 0.349505 |
| 20 | 0.001149 | 45 | 0.005103 | 70 | 0.048504 | 95 | 0.378865 |
| 21 | 0.001129 | 46 | 0.005616 | 71 | 0.052913 | 96 | 0.410875 |
| 22 | 0.001107 | 47 | 0.006196 | 72 | 0.057775 | 97 | 0.445768 |
| 23 | 0.001083 | 48 | 0.006853 | 73 | 0.063142 | 98 | 0.483830 |
| 24 | 0.001058 | 49 | 0.007543 | 74 | 0.068628 | 99 | 0.524301 |
| 25 | 0.001003 | 50 | 0.008278 | 75 | 0.074648 | 100 | 0.568365 |
| 26 | 0.001111 | 51 | 0.009033 | 76 | 0.081256 | 101 | 0.616382 |
| 27 | 0.001141 | 52 | 0.009875 | 77 | 0.088518 | 102 | 0.668696 |
| 28 | 0.001173 | 53 | 0.010814 | 78 | 0.096218 | 103 | 0.725745 |
| 29 | 0.001208 | 54 | 0.011863 | 79 | 0.104310 | 104 | 0.786495 |
| 30 | 0.001297 | 55 | 0.012952 | 80 | 0.112816 | 105 | 0.852659 |
| 31 | 0.001398 | 56 | 0.014162 | 81 | 0.122079 | 106 | 0.924666 |
| 32 | 0.001513 | 57 | 0.015509 | 82 | 0.132174 | 107 | 1.000000 |
| 33 | 0.001643 | 58 | 0.017010 | 83 | 0.143179 | | |
| 34 | 0.001792 | 59 | 0.018685 | 84 | 0.155147 | | |
| 35 | 0.001948 | 60 | 0.020517 | 85 | 0.168208 | | |

### TABLE IV - MORTALITY RATES FOR DISABLED FEMALE PARTICIPANTS

| Age | $q_x$ | Age | $q_x$ | Age | $q_x$ | Age | $q_x$ |
|---|---|---|---|---|---|---|---|
| 11 | 0.000000 | 36 | 0.001398 | 61 | 0.014162 | 86 | 0.122079 |
| 12 | 0.000000 | 37 | 0.001513 | 62 | 0.015509 | 87 | 0.132174 |
| 13 | 0.000000 | 38 | 0.001643 | 63 | 0.017010 | 88 | 0.143179 |
| 14 | 0.000000 | 39 | 0.001792 | 64 | 0.018685 | 89 | 0.155147 |
| 15 | 0.000000 | 40 | 0.001948 | 65 | 0.020517 | 90 | 0.168208 |
| 16 | 0.000000 | 41 | 0.002125 | 66 | 0.022562 | 91 | 0.182461 |
| 17 | 0.000000 | 42 | 0.002327 | 67 | 0.024847 | 92 | 0.198030 |
| 18 | 0.000000 | 43 | 0.002556 | 68 | 0.027232 | 93 | 0.215035 |
| 19 | 0.000000 | 44 | 0.002818 | 69 | 0.029634 | 94 | 0.232983 |
| 20 | 0.001351 | 45 | 0.003095 | 70 | 0.032073 | 95 | 0.252545 |
| 21 | 0.001311 | 46 | 0.003410 | 71 | 0.034743 | 96 | 0.273878 |
| 22 | 0.001267 | 47 | 0.003769 | 72 | 0.037667 | 97 | 0.297152 |
| 23 | 0.001219 | 48 | 0.004188 | 73 | 0.040871 | 98 | 0.322553 |
| 24 | 0.001167 | 49 | 0.004635 | 74 | 0.044504 | 99 | 0.349505 |
| 25 | 0.001149 | 50 | 0.005103 | 75 | 0.048504 | 100 | 0.378865 |
| 26 | 0.001129 | 51 | 0.005616 | 76 | 0.052913 | 101 | 0.410875 |
| 27 | 0.001107 | 52 | 0.006196 | 77 | 0.057775 | 102 | 0.445768 |
| 28 | 0.001003 | 53 | 0.006853 | 78 | 0.063142 | 103 | 0.483830 |
| 29 | 0.001058 | 54 | 0.007543 | 79 | 0.068628 | 104 | 0.524301 |
| 30 | 0.001083 | 55 | 0.008278 | 80 | 0.074648 | 105 | 0.568365 |
| 31 | 0.001111 | 56 | 0.009033 | 81 | 0.081256 | 106 | 0.616382 |
| 32 | 0.001141 | 57 | 0.009875 | 82 | 0.088518 | 107 | 0.668696 |
| 33 | 0.001173 | 58 | 0.010814 | 83 | 0.096218 | 108 | 0.725745 |
| 34 | 0.001208 | 59 | 0.011863 | 84 | 0.104310 | 109 | 0.786495 |
| 35 | 0.001297 | 60 | 0.012952 | 85 | 0.112816 | 110 | 1.000000 |

### TABLE V - MORTALITY RATES FOR DISABLED MALE PARTICIPANTS RECEIVING SOCIAL SECURITY DISABILITY BENEFIT PAYMENTS

| Age | $q_x$ | Age | $q_x$ | Age | $q_x$ | Age | $q_x$ |
|---|---|---|---|---|---|---|---|
| 11 | 0.0000 | 36 | 0.0469 | 61 | 0.0763 | 86 | 0.1825 |
| 12 | 0.0000 | 37 | 0.0469 | 62 | 0.0780 | 87 | 0.1980 |
| 13 | 0.0000 | 38 | 0.0471 | 63 | 0.0797 | 88 | 0.2150 |
| 14 | 0.0000 | 39 | 0.0473 | 64 | 0.0813 | 89 | 0.2330 |
| 15 | 0.0000 | 40 | 0.0476 | 65 | 0.0822 | 90 | 0.2525 |
| 16 | 0.0000 | 41 | 0.0482 | 66 | 0.0829 | 91 | 0.2739 |
| 17 | 0.0000 | 42 | 0.0488 | 67 | 0.0841 | 92 | 0.2972 |
| 18 | 0.0000 | 43 | 0.0495 | 68 | 0.0851 | 93 | 0.3226 |
| 19 | 0.0000 | 44 | 0.0504 | 69 | 0.0859 | 94 | 0.3495 |
| 20 | 0.0510 | 45 | 0.0514 | 70 | 0.0873 | 95 | 0.3789 |
| 21 | 0.0510 | 46 | 0.0525 | 71 | 0.0889 | 96 | 0.4109 |
| 22 | 0.0510 | 47 | 0.0537 | 72 | 0.0907 | 97 | 0.4458 |
| 23 | 0.0510 | 48 | 0.0550 | 73 | 0.0921 | 98 | 0.4838 |
| 24 | 0.0510 | 49 | 0.0567 | 74 | 0.0933 | 99 | 0.5243 |
| 25 | 0.0513 | 50 | 0.0580 | 75 | 0.0947 | 100 | 0.5684 |
| 26 | 0.0514 | 51 | 0.0595 | 76 | 0.0967 | 101 | 0.6164 |
| 27 | 0.0518 | 52 | 0.0612 | 77 | 0.0982 | 102 | 0.6687 |
| 28 | 0.0510 | 53 | 0.0623 | 78 | 0.0991 | 103 | 0.7257 |
| 29 | 0.0502 | 54 | 0.0645 | 79 | 0.1043 | 104 | 0.7865 |
| 30 | 0.0495 | 55 | 0.0662 | 80 | 0.1128 | 105 | 0.8527 |
| 31 | 0.0488 | 56 | 0.0679 | 81 | 0.1221 | 106 | 0.9247 |
| 32 | 0.0482 | 57 | 0.0695 | 82 | 0.1322 | 107 | 1.0000 |
| 33 | 0.0476 | 58 | 0.0712 | 83 | 0.1432 | | |
| 34 | 0.0473 | 59 | 0.0729 | 84 | 0.1551 | | |
| 35 | 0.0470 | 60 | 0.0746 | 85 | 0.1682 | | |

TABLE VI - MORTALITY RATES FOR DISABLED FEMALE
PARTICIPANTS RECEIVING SOCIAL SECURITY DISABILITY BENEFIT PAYMENTS

| Age | qx | Age | qx | Age | qx | Age | qx |
|---|---|---|---|---|---|---|---|
| 11 | 0.0000 | 36 | 0.0402 | 61 | 0.0449 | 86 | 0.1221 |
| 12 | 0.0000 | 37 | 0.0400 | 62 | 0.0456 | 87 | 0.1322 |
| 13 | 0.0000 | 38 | 0.0399 | 63 | 0.0465 | 88 | 0.1432 |
| 14 | 0.0000 | 39 | 0.0397 | 64 | 0.0473 | 89 | 0.1551 |
| 15 | 0.0000 | 40 | 0.0396 | 65 | 0.0484 | 90 | 0.1682 |
| 16 | 0.0000 | 41 | 0.0394 | 66 | 0.0497 | 91 | 0.1825 |
| 17 | 0.0000 | 42 | 0.0393 | 67 | 0.0508 | 92 | 0.1980 |
| 18 | 0.0000 | 43 | 0.0392 | 68 | 0.0522 | 93 | 0.2150 |
| 19 | 0.0000 | 44 | 0.0392 | 69 | 0.0530 | 94 | 0.2330 |
| 20 | 0.0426 | 45 | 0.0392 | 70 | 0.0536 | 95 | 0.2525 |
| 21 | 0.0426 | 46 | 0.0392 | 71 | 0.0538 | 96 | 0.2739 |
| 22 | 0.0426 | 47 | 0.0394 | 72 | 0.0547 | 97 | 0.2972 |
| 23 | 0.0426 | 48 | 0.0396 | 73 | 0.0552 | 98 | 0.3226 |
| 24 | 0.0426 | 49 | 0.0398 | 74 | 0.0561 | 99 | 0.3495 |
| 25 | 0.0426 | 50 | 0.0401 | 75 | 0.0567 | 100 | 0.3789 |
| 26 | 0.0427 | 51 | 0.0403 | 76 | 0.0577 | 101 | 0.4109 |
| 27 | 0.0428 | 52 | 0.0407 | 77 | 0.0590 | 102 | 0.4458 |
| 28 | 0.0430 | 53 | 0.0410 | 78 | 0.0631 | 103 | 0.4838 |
| 29 | 0.0430 | 54 | 0.0413 | 79 | 0.0686 | 104 | 0.5243 |
| 30 | 0.0432 | 55 | 0.0417 | 80 | 0.0746 | 105 | 0.5684 |
| 31 | 0.0425 | 56 | 0.0420 | 81 | 0.0813 | 106 | 0.6164 |
| 32 | 0.0419 | 57 | 0.0424 | 82 | 0.0885 | 107 | 0.6687 |
| 33 | 0.0413 | 58 | 0.0429 | 83 | 0.0962 | 108 | 0.7257 |
| 34 | 0.0409 | 59 | 0.0435 | 84 | 0.1043 | 109 | 0.7865 |
| 35 | 0.0405 | 60 | 0.0442 | 85 | 0.1128 | 110 | 1.0000 |

APPENDIX B—INTEREST RATES, QUANTITIES USED TO VALUE ANNUITIES

The following interest rates and quantities used to value deferred annuities shall be effective for plans which terminate on or after September 2, 1974 and on or before September 30, 1975.

TABLE I—INTEREST RATE FOR VALUING IMMEDIATE ANNUITIES

An interest rate of 8 percent shall be used to value immediate annuities, to compute the quantity "G" in § 2610.6, and for valuing both portions of a cash refund annuity.

TABLE II—INTEREST RATE FOR VALUING DEATH BENEFITS

An interest rate of 5 percent shall be used to value death benefits other than the decreasing term insurance portion of a cash refund annuity pursuant to § 2610.8.

TABLE III—INTEREST RATES AND QUANTITIES USED TO VALUE DEFERRED ANNUITIES

The following factors shall be used to value deferred annuities pursuant to § 2610.6:

(1) $k_1 = 1.0725$.
(2) $k_2 = 1.0575$.
(3) $k_3 = 1.0425$.
(4) $n_1 = 7$.
(5) $n_2 = 8$.

APPENDIX C—ILLUSTRATIVE BENEFIT VALUATION RESULTS

The following results are obtained by application of the appropriate methods and rates set forth in this regulation to a plan terminating on September 15, 1974.

TABLE 1.—*Current value of a life annuity of $10 per month payable to a healthy participant*

| Age of participant | Male | Female |
|---|---|---|
| 45 | $1,334.48 | $1,392.31 |
| 50 | 1,262.56 | 1,334.48 |
| 55 | 1,176.12 | 1,262.56 |
| 60 | 1,074.44 | 1,176.12 |
| 62 | 1,029.82 | 1,137.23 |
| 63 | 1,006.84 | 1,110.91 |
| 65 | 959.87 | 1,074.44 |
| 67 | 912.11 | 1,029.82 |
| 70 | 837.96 | 959.87 |
| 75 | 708.65 | 837.96 |
| 80 | 581.36 | 708.65 |
| 85 | 462.26 | 581.36 |

TABLE 2.—*Current value of a deferred life annuity of $10 per month payable to a healthy participant at ages 60 and 65*

| Age of participant | Deferred to age 60 | | Deferred to age 65 | |
|---|---|---|---|---|
| | Male | Female | Male | Female |
| 25 | $156.58 | $180.92 | $103.28 | $126.41 |
| 30 | 193.86 | 224.10 | 127.87 | 156.58 |
| 35 | 240.19 | 277.45 | 158.44 | 193.86 |
| 40 | 298.44 | 343.78 | 196.86 | 240.19 |
| 45 | 372.76 | 427.15 | 245.88 | 298.44 |
| 50 | 504.62 | 578.01 | 309.92 | 372.76 |
| 55 | 718.06 | 797.88 | 425.77 | 504.62 |
| 60 | | | 615.01 | 718.06 |
| 61 | | | 660.98 | 772.88 |
| 62 | | | 781.00 | 837.43 |
| 63 | | | 798.92 | 906.94 |
| 64 | | | 874.80 | 967.63 |

[FR Doc.76-31422 Filed 11-2-76;8:45 am]