# **EXHIBIT F**

**[29 CFR Part 2610]**

**VALUATION OF PLAN BENEFITS**

**Supplemental Notice of Proposed Rulemaking**

On December 12, 1975, a notice of proposed rulemaking was published in the FEDERAL REGISTER, 40 FR 57982 by the Pension Benefit Guaranty Corporation ("PBGC") which contained proposed rules for valuing plan benefits under Title IV of the Employee Retirement Income Security Act of 1974 ("Act"). A number of comments were received which were reviewed and considered by the PBGC in promulgating the Interim Regulation on Valuation of Plan Benefits which has been published today. 41 FR 48484.

The original proposal did not specifically address the valuation of benefits in plans that terminate after receiving a Notice of Sufficiency from PBGC; therefore, the Interim Regulation does not apply to such plans. Notice is hereby given that the PBGC proposes additional amendments to the original proposed regulation to cover the valuation of benefits in terminating sufficient plans.

As more fully explained in the the preamble to the proposed regulation on Determination of Plan Sufficiency published today, 41 FR 48504 Title IV of the Act requires that participants have the opportunity to receive their annuity benefits in the annuity form provided in the plan in a manner which assures the timely and uninterrupted payment of such benefits; and, therefore, a terminating sufficient plan is required to purchase annuities from an insurance company for those participants with annuity benefits under the plan who do not elect to receive their benefits in another form provided by the plan. Accordingly, PBGC proposes to amend § 2610.3 of the proposed regulation by adding thereto a new paragraph (c) which provides that the value of a benefit to be purchased from an insurance carrier is to be determined using the rates incorporated in the annuity quotation of the carrier.

A number of terminating sufficient pension plans have also requested guidance on the actuarial factors to be used to commute the value of an annuity where a participant elects to have his benefit paid in another form of distribution provided in the plan. Proposed § 2610.3 (c) also addresses this problem. Generally, the actuarial factors to be used to commute an annuity benefit will be the ones required to be used under the plan. Many plans, however, do not have any prescribed actuarial factors as such, but allow the plan actuary to determine the appropriate factors.

In order to prevent the use of artificially high interest or mortality rates to reduce the commuted value of a benefit, proposed § 2610.3(c) provides that the interest and mortality rates used may not yield a value for the benefit that would be less than the value computed under PBGC rates. Moreover, to prevent extreme overvaluation of the present value of commuted benefits, proposed § 2610.3(c) provides that in no event may an interest rate less than the interest rate prescribed under § 204(c)(2)(C)(iii) of the Act, currently 5 percent, be used to commute the value of an annuity.

ADJUSTMENT FOR PBGC INTEREST RATES

As noted in the preamble to the Interim Valuation of the Plan Benefits Regulation, the PBGC believes that the interest rate asumptions underlying quotations for the purchase of large blocks of annuities from private insurers provide the most reliable basis for estimating PBGC's expected investment experience. However, those quotations cannot be obtained on an up-to-date basis, and, therefore, the PBGC interest rate assumptions have not been established until after their effective dates. Providing quotations that form the basis for deriving PBGC's interest rates requires considerable effort on the part of private insurers, and, thus, it is impractical to obtain quotes on a frequent basis. The PBGC recognizes the need for its interest rate assumption to be current so that it may be relied upon by plan administrators and so that cases may be processed more expeditiously. Consequently, the PBGC is seeking to develop a method for keeping PBGC rates more current, or if possible, prospective. Comments and suggestions as to methods for doing so are invited.

Interested persons may submit written comments on this proposal to the Office of the General Counsel, Pension Benefit Guaranty Corporation, Suite 7200, 2020 K Street, NW., Washington, D.C. 20006. Each person submitting comments should include his/her name and address, identify this notice and give reasons for any recommendation. Comments should be submitted on or before December 3, 1976. Copies of written comments will be available for examination by interested persons in the Office of Communications, Suite 7100, 2020 K Street, NW., between the hours of 9:00 a.m. and 4:00 p.m. The proposal may be changed in the light of comments received.

In consideration of the foregoing, it is proposed to revise Part 2610 of Chapter XXVI of Title 29, Code of Federal Regulations to read as follows:

**PART 2610—VALUATION OF PLAN BENEFITS**

Sec.
2610.1  Purpose and scope.
2610.2  Definitions.
2610.3  Methods of computation.
2610.4  Construction of a mortality table.
2610.5  Valuation of immediate annuities.
2610.6  Valuation of deferred annuities.
2610.7  Valuation of early retirement benefits.
2610.8  Valuation of death benefits.
2610.9  Valuation of refund annuities.
2610.10  Valuation of other benefits.
Appendix
A  Mortality values.
B  Interest rates and quantities used to value deferred annuities.
C  Illustrative benefit valuation results.

AUTHORITY: Secs. 4002(b)(3), 4041(b), 4044, 4062(b)(1)(A), Pub. L. 93-406, 88 Stat. 1004, 1020, 1026-27, 1029 (29 U.S.C. 1302(b)(3), 1341(b), 1344, 1362(b)(1)(A)).

§ 2610.1  Purpose and scope.

(a) The purpose of this part is to establish the method of computing the actuarial value of the liabilities of a pension plan with respect to benefits payable on or after the date of plan termination to participants or beneficiaries.

(b) This part applies to all plans covered under Title IV of the Employee Retirement Income Security Act of 1974 that terminate after June 30, 1974.

§ 2610.2  Definitions.

For the purposes of this part (unless otherwise required by the context):

(a) *Words and phrases.* "Act" means the Employee Retirement Income Security Act of 1974 (88 Stat. 829 et seq.).

"Annuity" means a series of periodic payments to a plan participant or surviving beneficiary for a fixed or contingent period.

"Age" means the "insurance age" or "age at nearest birthday," which is obtained by rounding to the nearest whole year an individual's exact age. Half years are rounded to the next highest year.

"Cash refund annuity" means an annuity under which if the participant dies prior to the time when he has received annuity payments equal to a predetermined amount, then the balance is paid as a lump-sum death benefit.

"Closed group" means a hypothetical number of people whose number is decreased only by their hypothetical death, and is never increased.

"Death benefit" means a payment made as a lump-sum as a result of the death of a participant (or beneficiary).

"Deferment period" means the period between the age of a participant as of the date of plan termination and the age at which benefit payments begin.

"Deferred annuity" means an annuity under which the specified date or age upon which payments are to commence occurs subsequent to the date benefits are being valued.

"Early retirement benefit" means a benefit payable in lieu of the benefit payable upon normal retirement under the terms of the plan, which benefit may be elected upon retirement occurring before the date that the participant attains his normal retirement age under the terms of the plan.

"Immediate annuity" means an annuity which is not a deferred annuity.

"Installment refund annuity" means an annuity under which if the participant dies prior to the time he has received annuity payments equal to a predetermined amount, then the balance is paid as a death benefit in periodic installments each (except in some cases the last) equal in amount to the participant's annuity payments.

"Normal retirement age" means the age specified in the plan as the normal retirement age, which age with respect to each participant cannot exceed the later of age 65 or the age attained after 10 years of participation in the plan or, if no normal retirement age is specified in the plan, age 65.

"PBGC" means the Pension Benefit Guaranty Corporation.

"Title IV" means Title IV of the Act.

(b) *Mathematical symbols and terms.* "Fundamental symbols." The following

fundamental symbols are representations of the basic actuarial concepts utilized in computing the present value of a benefit:

x represents the age of a participant.

$q_x$ represents the probability that an individual whose present age is x will not survive to attain age x+1.

$l_x$ represents the expected number of people, within a closed group, who survive to attain age x.

ω represents the first age for which $l_x = 0$. Since the values of $l_x$ are carried to four decimal places, ω is the first age for which $l_x$ is less than .00005.

i represents an effective annual interest rate.

a represents the present value of an annuity of one dollar per annum.

A represents the present value of a death benefit which provides for the payment of one dollar at the end of the year of death.

$\bar{A}$ represents the present value of a death benefit which provides for payments of uniformly decreasing amounts over a specified period of time with no payment if death occurs after the expiration of such period.

m represents the number of times per year annuity payments are made. It also represents the number of times per year the amount of a death benefit decreases.

$\bar{n}|$ is a symbol for a period of time consisting of n years.

"Commutation symbols." The following commutation symbols are representations of actuarial computations in a condensed form and are used to facilitate expression of actuarial equations:

v is equal to the present value of one dollar payable one year from today, and is computed by the equation $v = \frac{1}{1+i}$.

$d_x$ is equal to the expected number of persons from a closed group alive at age x, $l_x$, who do not attain the age of x+1, and is computed by the equation $d_x = q_x \cdot l_x$. For the purposes of this part, it shall be rounded to four decimal places.

$l_{x+1}$ is equal to the expected number of people out of a closed group alive at age x+1, and is computed by the equation $l_{x+1} = l_x - d_x$.

$D_x$ is equal to the quantity $v^x \cdot l_x$.

$N_x$ is equal to the sum of all $D_y$'s for all ages y equal to and greater than x, to the last age when a person is alive in a closed group, and is computed by the equation
$N_x = D_x + D_{x+1} + D_{x+2} + \cdots + D_{\omega-1}$.

$N_x^{(m)}$ is a modification of $N_x$ used in situations where annuity payments are made in equal amounts m times per year, and is computed by the equation $N_x^{(m)} = N_x - \frac{m-1}{2m} D_x$.

$C_x$ is equal to the quantity $v^{x+1} \cdot d_x$.

$M_x$ is equal to the sum of all $C_y$'s for all ages y equal to and greater than x, to the last age when a person is alive in a closed group, and is computed by the equation
$M_x = C_x + C_{x+1} + C_{x+2} + \cdots + C_{\omega-1}$.

$R_x$ is equal to the sum of all $M_y$'s for all ages y equal to and greater than x, to the last age when a person is alive in a closed group, and is computed by the equation
$R_x = M_x + M_{x+1} + M_{x+2} + \cdots + M_{\omega-1}$.

$\bar{C}_x$ is a modification of $C_x$ used in situations where death benefits are payable upon death (not at the end of the year of death), and is computed by the equation $\bar{C}_x = (1+i)^{\frac{1}{2}} C_x$.

$\bar{M}_x$ is a modification of $M_x$ used in situations where death benefits are payable upon death, (not at the end of the year of death), and is computed by the equation $\bar{M}_x = (1+i)^{\frac{1}{2}} M_x$.

$\bar{R}_x$ is a modification of $R_x$ used in situations where death benefits are payable upon death (not at the end of the year of death), and is computed by the equation $\bar{R}_x = (1+i)^{\frac{1}{2}} R_x$.

$D_{xy}$ is a counterpart to $D_x$, used in situations where the status of another life limits annuity payments, and for the purposes of this part, shall be computed by the equation
$$D_{xy} = \frac{1}{1000}(1+i)^{\frac{x+y}{2}} l_x \cdot l_y .$$

$N_{xy}$ is equal to the sum of all $D_{xy}$'s for all pairs of ages of the form w+t, x+y+t, where t is a non-negative integer, and is computed by the equation
$N_{xy} = D_{xy} + D_{x+1,y+1} + D_{x+2,y+2} + \cdots$.

$N_{xy}^{(m)}$ is a modification of $N_{xy}^{(m)}$ used in situations where annuity payments are made in equal amounts m times per year, and is computed by the equation $N_{xy}^{(m)} = N_{xy} - \frac{m-1}{2m} D_{xy}$.

(c) *Actuarial notation.* The following section contains actuarial notations used in this part:

.. is a notation which, when placed over a symbol representing the value of an annuity, indicates that payments are to be made at the beginning of the payment period, for example $\ddot{a}_x$.

: is a notation which separates two symbols in a suffixed subscript representing the status of two periods of life or time, when two such periods are utilized in the context of an actuarial symbol. For example $a_{x:\bar{n}|}$ indicates that the annuity is payable until the expiration of a life aged x, or a term certain of n years, whichever is earlier.

— is a notation which, when placed over a symbol indicating the value of a death benefit, indicates that the benefit is payable immediately upon death. When placed over two symbols in a suffixed subscript representing the status of a life or a period of time it indicates that benefit payments continue during the existence of either. For example, $\bar{A}_x$ represents the present value of a benefit payable immediately upon death, and $\bar{a}_{\overline{x|n}}$ represents the present value of an annuity payable until the later of the end of a life age x or the passage of n years.

1 is a notation which, when placed over a symbol in a suffixed subscript indicating the status of a life or a period of time, indicates that expiration of such life or period of time causes payments to commence, if such expiration occurs before expiration of the other period represented in the subscript, for example $A_{x:\bar{n}|}^{\ 1}$. If the notation 1 were not used, it would indicate that payments commence upon the first expiration of either period represented in the suffixed subscript.

§ 2610.3  Methods of computation.

(a) The value of a benefit payable to each participant under a plan shall be determined by applying the equation contained in this part for valuing benefits of that type, or on the basis of any other equation which the Plan administrator demonstrates has a consistent relationship to the equation whose use is prescribed by this part.

(b) For annuities payable for periods of duration which are not a whole number of years, a linear interpolation method shall be used, that is, the annuity shall have a value which is between the values of the two annuities with yearly periods which are closest to the annuity being valued, which value is computed as follows: Add to the annuity value for the lesser period of time an amount equal to the difference between the value of the two closest annuity values, multiplied by a fraction, the numerator of which is the number of periods that the annuity being valued is in effect beyond the period of the lesser annuity, and the denominator of which is m, where m represents the number of equal periods during a year between annuity payments.

(c) Notwithstanding any other provision of this part, this paragraph applies to the computation of the value of a benefit for purposes of §§ 2615.5(d) and 2615.6(b) of this chapter. The value of a benefit to be purchased by a plan from an insurance carrier shall be the cost to the plan of purchasing such benefit from the insurance carrier. If a participant has elected, pursuant to the terms of the plan, to receive his or her annuity benefit in a form requiring the computation of its present value, such present value shall be computed as of the date of plan termination using the interest and mortality rates prescribed by the plan, or if no such rates are prescribed, interest and mortality rates determined by the plan's actuary to be appropriate. In no event shall the interest and mortality rates used yield a present value for the benefit that would be less than the present value that would be obtained by using the applicable interest rate and mortality assumptions prescribed in the remainder of this part, nor shall the interest rate be less than the interest rate prescribed under section 204(c)(2)(C)(iii) of the Act.

§ 2610.4  Construction of a mortality table.

(a) The number of persons in a closed group alive at age x shall be determined by constructing a mortality table by ap-

plying mortality rates, $q_x$'s, to a group of 10,000 lives, using the following procedure:

(1) $\ell_{15} = 10,000$

(2) Compute $\ell_{16}$ from the equation $\ell_{16} = \ell_{15} - d_{15}$, computing $d_{15}$ from the equation $d_{15} = \ell_{15} q_{15}$.

(3) Compute $\ell_{17}$ from the equation $\ell_{17} = \ell_{16} - d_{16}$, computing $d_{16}$ from the equation $d_{16} = \ell_{16} q_{16}$.

(4) This process is continued until the first age x when $\ell_x = 0$, that is, until the age is reached when no person will be alive. $\ell_x$ will equal zero for all ages equal to and beyond ω.

(b) A separate mortality table shall be constructed for each class of participants described in paragraph (c) of this section, that has a member with benefits under the plan.

(c) the following mortality rates, $q_x$, shall be utilized to compute the mortality tables:

(1) For healthy male participants, the rates in Appendix A, Table I, in effect on the date of termination.

(2) For healthy female participants, the rates in Appendix A, Table II, in effect on the date of termination.

(3) For male participants who are receiving disability payments pursuant to the provisions of the plan but are not also receiving Social Security disability benefits or who have not been found to be eligible for such benefits, the rates in Appendix A, Table III, in effect on the date of termination.

(4) For female participants who are receiving disability payments pursuant to the provisions of the plan but are not also receiving Social Security disability benefits or who have not been found to be eligible for such benefits, the rates in Appendix A, Table IV, in effect on the date of termination.

(5) For disabled male participants receiving Social Security disability benefits or who have been found to be eligible for such benefits, the rates in Appendix A, Table V, in effect on the date of termination.

(6) For disabled female participants receiving Social Security disability benefits or who have been found to be eligible for such benefits, the rates in Appendix A, Table VI, in effect on the date of termination.

§ 2610.5 Valuation of immediate annuities.

(a) For the purposes of this section the applicable interest rate, i, contained in Appendix B, Table I, in effect on the date of termination shall be utilized.

(b) The value of an immediate annuity shall be determined in accordance with the provisions of paragraphs (b)(1)–(9) of this section, as appropriate.

(1) *Life annuity payable annually.* If a series of payments payable only if the participant is alive are made annually at the beginning of the year, the value of the annuity shall be computed by using the following actuarial equation:

$$\tilde{a}_x = \frac{N_x}{D_x}$$

(2) *Life annuity payable periodically.* If a series of payments payable only if the participant is alive are made at equal intervals of time, in equal amounts, a specified number of times per year, at the beginning of each interval, the value of the annuity shall be computed by using the following actuarial equation:

$$\tilde{a}_x^{(m)} = \frac{N_x^{(m)}}{D_x}$$

(3) *Annuity certain payable annually.* If a series of payments payable for a fixed period of time are made annually at the beginning of the year, the value of the annuity shall be computed by using the following actuarial equation:

$$\frac{1-v^n}{v^{-1}-1} = \ddot{a}_{\overline{n}|}$$

(4) *Annuity certain payable periodically.* If a series of payments payable for a fixed period of time are made at equal intervals of time, a specified number of times per year, at the beginning of each interval, the value of the annuity shall be computed by using the following actuarial equation:

$$\ddot{a}_{\overline{n}|}^{(m)} = \frac{1-v^n}{m(1-v^{1/m})}$$

(5) *Annuity certain and continuous.* If payments are made at equal intervals of time, a specified number of times per year at the beginning of each interval, and payments cease upon the happening of the later of (i) the death of the participant, or (ii) the passage of a specified period of time, such an annuity shall be valued using the following actuarial equation:

$$\ddot{a}_{\overline{x:n|}}^{(m)} = \ddot{a}_{\overline{n|}}^{(m)} + \frac{N_{x+n}^{(m)}}{D_x}$$

(6) *Temporary life annuity.* If payments are made at equal intervals of time, a specified number of times per year at the beginning of each interval, and payments cease upon the happening of the earlier of (i) the death of the participant, or (ii) the passage of a specified period of time, such an annuity shall be valued using the following actuarial equation:

$$\ddot{a}_{x:\overline{n}|}^{(m)} = \frac{N_x^{(m)} - N_{x+n}^{(m)}}{D_x}$$

(7) *Joint annuity.* If payments payable with respect to more than one person are made to both persons only as long as both the participant and the beneficiary are alive, such an annuity shall be valued by using the following actuarial equation:

$$\ddot{a}_{xy}^{(m)} = \frac{N_{xy}^{(m)}}{D_{xy}}$$

(8) *Joint and survivor annuity (joint basis).* If payments payable with respect to more than one person are payable as long as both the participant (age x) and beneficiary (age y) are alive, and if either dies, payments continue until the death of the second person at a reduced amount provided in the plan (represented by the symbol "p"), such an annuity shall be valued using the following actuarial expression:

$$p(\ddot{a}_x^{(m)} + \ddot{a}_y^{(m)}) + (1-2p)\ddot{a}_{xy}^{(m)}$$

(9) *Joint and survivor annuity (contingent basis).* If benefit payments are payable to the participant (age x) as long as the participant survives, and payable upon the participant's death in a reduced amount provided in the plan (represented by the symbol "p") to a named beneficiary (age y) for the beneficiary's lifetime, such an annuity shall be valued using the following actuarial expression:

$$\ddot{a}_x^{(m)} + p(\ddot{a}_y^{(m)} - \ddot{a}_{xy}^{(m)})$$

§ 2610.6 Valuation of deferred annuities.

(a) *Definitions.* For the purposes of this section:

(1) "x" represents the present age of the participant.

(2) "y" represents the age at which annuity payments begin.

(3) n = y − x.

(4) "$G_y$" represents the value of the annuity on the date payments begin.

(5) R(x, y) represents a factor used to adjust the value of $G_y$ for anticipated mortality experience and interest experience, during the period of deferment, age x to age y, taking into account the fact that investment opportunities may change during the period of deferment. It shall be computed in accordance with paragraph (b) of this section.

(*) "$k_1$", "$k_2$", "$k_3$", "$n_1$", and "$n_2$" represent quantities to be utilized to compute the quantity R(x, y) pursuant to paragraph (b) of this section. The values for "$k_1$", "$k_2$", "$k_3$", "$n_1$", and "$n_2$" contained in the Appendix B, Table III, in effect on the date of termination shall be utilized.

(b) The value of R(x, y) shall be computed as follows:

(1) If n is less than or equal to $n_1$ ($n \leq n_1$), then $R(x,y) = \frac{\ell_y}{\ell_x} k_1^{-n}$.

(2) If n is greater than $n_1$ and less than or equal to $n_1 + n_2$ ($n_1 < n \leq n_1 + n_2$), then $R(x,y) = \frac{\ell_y}{\ell_x} k_1^{-n_1} k_2^{-(n-n_1)}$.

(3) If n is greater than $n_1 + n_2$ ($n_1 + n_2 < n$), then $R(x,y) = \frac{\ell_y}{\ell_x} k_1^{-n_1} k_2^{-n_2} k_3^{-(n-n_1-n_2)}$.

(c) The present value of a deferred annuity as of a participant's present age, "x," shall be computed by multiplying the present value of the annuity on the date payments begin by the appropriate adjustment factor for changes in the expected rate of interest and mortality experience during the period of deferment. This results in $G_x$ which is the value of the deferred annuity and is represented by the equation $G_x = R(x, y) G_y$.

### § 2610.7 Equations for valuation of early retirement benefits.

(a) *Definitions.* For the purposes of this section:

(1) "z" represents the normal retirement age under the terms of the plan.

(2) "x" represents the present age of a plan participant who is eligible to retire and receive early retirement benefits under the terms of the plan.

(3) "w" represents the first age at which a participant whose age is "x" could elect, now or in the future, to retire and receive early retirement benefits under the terms of the plan.

(4) "y" represents some age between "w" and "z", inclusive, at which a participant could elect to retire and receive early retirement benefits under the terms of the plan.

(5) "$t_y$" represents the probability that a participant whose age is "y" will elect to retire immediately. Such retirement shall be assumed to occur immediately upon attainment of age "y". The probability utilized shall be determined by the PBGC based on the provisions of the plan and the circumstances of the case.

(b) The value of an early retirement benefit for a participant whose current age is "x", is equal to the value of the benefit payable at his expected retirement age $\bar{x}$, computed in accordance with part 2610.5 of this section if $\bar{x}$ equals x, or in accordance with part 2610.6 if $\bar{x}$ is greater than x. The expected retirement age $\bar{x}$ is computed as follows:

(1) For each age "y" between "w" and "z" let $_xr_y$ denote the probability that a participant whose age is "x" will elect to retire at that age "y". Such probability is computed as follows:

(i) If y equals w, $_xr_y = t_x$

(ii) If y is more than x,

$_xr_y = (1-t_x)(1-t_{x+1}) \cdots (1-t_{y-1}) t_y$

(2) $\bar{x} = w \cdot _xr_w + (w+1) \cdot _xr_{w+1} + \cdots + z \cdot _xr_z$

In obtaining the age $\bar{x}$, the result is to be computed in whole years by ignoring any fractional amounts from the above equation.

### § 2610.8 Valuation of death benefits.

(a) For the purposes of this section the interest rate, i, contained in Appendix B, Table II, in effect on the date of termination shall be utilized.

(b) The value of a death benefit shall be determined as follows:

(1) *Death benefit in the form of whole life insurance.* If a death benefit is payable at death, whenever death occurs, such benefit shall be valued by using the following actuarial equation:

$$\bar{A}_x = \frac{\bar{M}_x}{D_x}$$

(2) *Death benefit in the form of term insurance.* If a death benefit is payable when death occurs if death occurs within the period covered by the insurance, such benefit shall be valued by using the following actuarial equation:

$$\bar{A}^1_{x:\overline{n}|} = \frac{\bar{M}_x - \bar{M}_{x+n}}{D_x}$$

(3) *Death benefit in the form of decreasing term insurance.* (i) If a death benefit in an initial amount of n is payable when death occurs if death occurs within the period covered by the insurance, and the amount of the death benefit decreases by one each year, such benefit shall be valued using the following actuarial equation:

$$(D\bar{A})^1_{x:\overline{n}|} = \frac{n\bar{M}_x - \bar{R}_{x+1} + \bar{R}_{x+n+1}}{D_x}$$

(ii) If a death benefit in an initial amount of n is payable when death occurs if death occurs within the period covered by the insurance, and the amount of the death benefit decreases by $1/m$, m times each year, such a benefit shall be valued using the following actuarial equation:

$$(D^{(m)}\bar{A})^1_{x:\overline{n}|} = \frac{n\bar{M}_x - \bar{R}_{x+1} + \bar{R}_{x+n+1} - \frac{m-1}{2m}(\bar{M}_x - \bar{M}_{x+n})}{D_x}$$

### § 2610.9 Valuation of refund annuities.

(a) The value of a cash refund annuity shall be computed by adding the values derived from the equations in § 2610.5(b)(2) and 2610.8(b)(3)(ii).

(b) The value of an installment refund annuity shall be computed by using the equation in § 2610.5(b)(5).

### § 2610.10 Equations for valuation of other benefits.

Benefits which value cannot be obtained by application of the equations contained in this part shall be computed using the method to be determined by the PBGC.

This regulation is effective on October 29, 1976.

Issued in Washington, D.C., on this 22d day of October 1976.

Issued on the date set forth above, pursuant to a resolution of the Board of Directors approving this regulation and authorizing its Chairman to issue same.

W. J. USERY,
*Chairman, Board of Directors,
Pension Benefit Guaranty
Corporation.*

HENRY ROSE,
*Secretary, Pension Benefit
Guaranty Corporation.*

### APPENDIX A — MORTALITY RATES

The following mortality rates are effective for plans which terminate on or after September 2, 1974:

TABLE I — MORTALITY RATES FOR HEALTHY MALE PARTICIPANTS

| Age | $q_x$ | Age | $q_x$ | Age | $q_x$ | Age | $q_x$ |
|---|---|---|---|---|---|---|---|
| 11 | 0.000000 | 36 | 0.001643 | 61 | 0.017010 | 86 | 0.143179 |
| 12 | 0.000000 | 37 | 0.001792 | 62 | 0.018685 | 87 | 0.155147 |
| 13 | 0.000000 | 38 | 0.001948 | 63 | 0.020517 | 88 | 0.168208 |
| 14 | 0.000000 | 39 | 0.002125 | 64 | 0.022562 | 89 | 0.182461 |
| 15 | 0.001437 | 40 | 0.002327 | 65 | 0.024847 | 90 | 0.198030 |
| 16 | 0.001414 | 41 | 0.002556 | 66 | 0.027232 | 91 | 0.215035 |
| 17 | 0.001385 | 42 | 0.002818 | 67 | 0.029634 | 92 | 0.232983 |
| 18 | 0.001351 | 43 | 0.003095 | 68 | 0.032073 | 93 | 0.252545 |
| 19 | 0.001311 | 44 | 0.003410 | 69 | 0.034743 | 94 | 0.273878 |
| 20 | 0.001267 | 45 | 0.003769 | 70 | 0.037667 | 95 | 0.297152 |
| 21 | 0.001219 | 46 | 0.004180 | 71 | 0.040871 | 96 | 0.322553 |
| 22 | 0.001167 | 47 | 0.004635 | 72 | 0.044504 | 97 | 0.349505 |
| 23 | 0.001149 | 48 | 0.005103 | 73 | 0.048504 | 98 | 0.378865 |
| 24 | 0.001129 | 49 | 0.005616 | 74 | 0.052913 | 99 | 0.410875 |
| 25 | 0.001107 | 50 | 0.006196 | 75 | 0.057775 | 100 | 0.445768 |
| 26 | 0.001083 | 51 | 0.006853 | 76 | 0.063142 | 101 | 0.483830 |
| 27 | 0.001058 | 52 | 0.007543 | 77 | 0.068628 | 102 | 0.524301 |
| 28 | 0.001083 | 53 | 0.008278 | 78 | 0.074640 | 103 | 0.568365 |
| 29 | 0.001111 | 54 | 0.009033 | 79 | 0.081256 | 104 | 0.616362 |
| 30 | 0.001141 | 55 | 0.009875 | 80 | 0.000518 | 105 | 0.668686 |
| 31 | 0.001173 | 56 | 0.010814 | 81 | 0.096218 | 106 | 0.725745 |
| 32 | 0.001208 | 57 | 0.011863 | 82 | 0.104310 | 107 | 0.786495 |
| 33 | 0.001297 | 58 | 0.012952 | 83 | 0.112816 | 108 | 0.852659 |
| 34 | 0.001398 | 59 | 0.014162 | 84 | 0.122079 | 109 | 0.924666 |
| 35 | 0.001513 | 60 | 0.015509 | 85 | 0.132174 | 110 | 1.000000 |

**PROPOSED RULES**

### TABLE II – MORTALITY RATES FOR HEALTHY FEMALE PARTICIPANTS

| Age | $q_x$ | Age | $q_x$ | Age | $q_x$ | Age | $q_x$ |
|---|---|---|---|---|---|---|---|
| 11 | 0.000000 | 36 | 0.001173 | 61 | 0.010814 | 86 | 0.096218 |
| 12 | 0.000000 | 37 | 0.001208 | 62 | 0.011863 | 87 | 0.104310 |
| 13 | 0.000000 | 38 | 0.001297 | 63 | 0.012952 | 88 | 0.112816 |
| 14 | 0.000000 | 39 | 0.001398 | 64 | 0.014162 | 89 | 0.122079 |
| 15 | 0.000000 | 40 | 0.001513 | 65 | 0.015509 | 90 | 0.132174 |
| 16 | 0.000000 | 41 | 0.001643 | 66 | 0.017010 | 91 | 0.143179 |
| 17 | 0.000000 | 42 | 0.001792 | 67 | 0.018685 | 92 | 0.155147 |
| 18 | 0.000000 | 43 | 0.001948 | 68 | 0.020517 | 93 | 0.168208 |
| 19 | 0.000000 | 44 | 0.002125 | 69 | 0.022562 | 94 | 0.182461 |
| 20 | 0.001437 | 45 | 0.002327 | 70 | 0.024847 | 95 | 0.198030 |
| 21 | 0.001414 | 46 | 0.002556 | 71 | 0.027232 | 96 | 0.215035 |
| 22 | 0.001385 | 47 | 0.002818 | 72 | 0.029634 | 97 | 0.232983 |
| 23 | 0.001351 | 48 | 0.003095 | 73 | 0.032073 | 98 | 0.252545 |
| 24 | 0.001311 | 49 | 0.003410 | 74 | 0.034743 | 99 | 0.273878 |
| 25 | 0.001267 | 50 | 0.003769 | 75 | 0.037667 | 100 | 0.297152 |
| 26 | 0.001219 | 51 | 0.004180 | 76 | 0.040871 | 101 | 0.322553 |
| 27 | 0.001167 | 52 | 0.004635 | 77 | 0.044504 | 102 | 0.349505 |
| 28 | 0.001149 | 53 | 0.005103 | 78 | 0.048504 | 103 | 0.378865 |
| 29 | 0.001129 | 54 | 0.005616 | 79 | 0.052913 | 104 | 0.410875 |
| 30 | 0.001107 | 55 | 0.006196 | 80 | 0.057775 | 105 | 0.445768 |
| 31 | 0.001083 | 56 | 0.006853 | 81 | 0.063142 | 106 | 0.483830 |
| 32 | 0.001058 | 57 | 0.007543 | 82 | 0.068628 | 107 | 0.524301 |
| 33 | 0.001083 | 58 | 0.008278 | 83 | 0.074648 | 108 | 0.568365 |
| 34 | 0.001111 | 59 | 0.009033 | 84 | 0.081256 | 109 | 0.616382 |
| 35 | 0.001141 | 60 | 0.009875 | 85 | 0.088518 | 110 | 1.000000 |

### TABLE III – MORTALITY RATES FOR DISABLED MALE PARTICIPANTS

| Age | $q_x$ | Age | $q_x$ | Age | $q_x$ | Age | $q_x$ |
|---|---|---|---|---|---|---|---|
| 11 | 0.000000 | 36 | 0.002125 | 61 | 0.022562 | 86 | 0.182461 |
| 12 | 0.000000 | 37 | 0.002327 | 62 | 0.024847 | 87 | 0.198030 |
| 13 | 0.000000 | 38 | 0.002556 | 63 | 0.027232 | 88 | 0.215035 |
| 14 | 0.000000 | 39 | 0.002818 | 64 | 0.029634 | 89 | 0.232983 |
| 15 | 0.001351 | 40 | 0.003095 | 65 | 0.032073 | 90 | 0.252545 |
| 16 | 0.001311 | 41 | 0.003410 | 66 | 0.034743 | 91 | 0.273878 |
| 17 | 0.001267 | 42 | 0.003769 | 67 | 0.037667 | 92 | 0.297152 |
| 18 | 0.001219 | 43 | 0.004180 | 68 | 0.040871 | 93 | 0.322553 |
| 19 | 0.001167 | 44 | 0.004635 | 69 | 0.044504 | 94 | 0.349505 |
| 20 | 0.001149 | 45 | 0.005103 | 70 | 0.048504 | 95 | 0.378865 |
| 21 | 0.001129 | 46 | 0.005616 | 71 | 0.052913 | 96 | 0.410875 |
| 22 | 0.001107 | 47 | 0.006196 | 72 | 0.057775 | 97 | 0.445768 |
| 23 | 0.001083 | 48 | 0.006853 | 73 | 0.063142 | 98 | 0.483830 |
| 24 | 0.001058 | 49 | 0.007543 | 74 | 0.068628 | 99 | 0.524301 |
| 25 | 0.001083 | 50 | 0.008278 | 75 | 0.074648 | 100 | 0.568365 |
| 26 | 0.001111 | 51 | 0.009033 | 76 | 0.081256 | 101 | 0.616382 |
| 27 | 0.001141 | 52 | 0.009875 | 77 | 0.088518 | 102 | 0.668696 |
| 28 | 0.001173 | 53 | 0.010814 | 78 | 0.096218 | 103 | 0.725745 |
| 29 | 0.001208 | 54 | 0.011863 | 79 | 0.104310 | 104 | 0.786495 |
| 30 | 0.001297 | 55 | 0.012952 | 80 | 0.112816 | 105 | 0.852659 |
| 31 | 0.001398 | 56 | 0.014162 | 81 | 0.122079 | 106 | 0.924666 |
| 32 | 0.001513 | 57 | 0.015509 | 82 | 0.132174 | 107 | 1.000000 |
| 33 | 0.001643 | 58 | 0.017010 | 83 | 0.143179 | | |
| 34 | 0.001792 | 59 | 0.018685 | 84 | 0.155147 | | |
| 35 | 0.001948 | 60 | 0.020517 | 85 | 0.168208 | | |

### TABLE IV – MORTALITY RATES FOR DISABLED FEMALE PARTICIPANTS

| Age | $q_x$ | Age | $q_x$ | Age | $q_x$ | Age | $q_x$ |
|---|---|---|---|---|---|---|---|
| 11 | 0.000000 | 36 | 0.001398 | 61 | 0.014162 | 86 | 0.122079 |
| 12 | 0.000000 | 37 | 0.001513 | 62 | 0.015509 | 87 | 0.132174 |
| 13 | 0.000000 | 38 | 0.001643 | 63 | 0.017010 | 88 | 0.143179 |
| 14 | 0.000000 | 39 | 0.001792 | 64 | 0.018685 | 89 | 0.155147 |
| 15 | 0.000000 | 40 | 0.001948 | 65 | 0.020517 | 90 | 0.168208 |
| 16 | 0.000000 | 41 | 0.002125 | 66 | 0.022562 | 91 | 0.182461 |
| 17 | 0.000000 | 42 | 0.002327 | 67 | 0.024847 | 92 | 0.198030 |
| 18 | 0.000000 | 43 | 0.002556 | 68 | 0.027232 | 93 | 0.215035 |
| 19 | 0.000000 | 44 | 0.002818 | 69 | 0.029634 | 94 | 0.232983 |
| 20 | 0.001351 | 45 | 0.003095 | 70 | 0.032073 | 95 | 0.252545 |
| 21 | 0.001311 | 46 | 0.003410 | 71 | 0.034743 | 96 | 0.273878 |
| 22 | 0.001267 | 47 | 0.003769 | 72 | 0.037667 | 97 | 0.297152 |
| 23 | 0.001219 | 48 | 0.004180 | 73 | 0.040871 | 98 | 0.322553 |
| 24 | 0.001167 | 49 | 0.004635 | 74 | 0.044504 | 99 | 0.349505 |
| 25 | 0.001149 | 50 | 0.005103 | 75 | 0.048504 | 100 | 0.378865 |
| 26 | 0.001129 | 51 | 0.005616 | 76 | 0.052913 | 101 | 0.410875 |
| 27 | 0.001107 | 52 | 0.006196 | 77 | 0.057775 | 102 | 0.445768 |
| 28 | 0.001083 | 53 | 0.006853 | 78 | 0.063142 | 103 | 0.483830 |
| 29 | 0.001058 | 54 | 0.007543 | 79 | 0.068628 | 104 | 0.524301 |
| 30 | 0.001083 | 55 | 0.008278 | 80 | 0.074648 | 105 | 0.568365 |
| 31 | 0.001111 | 56 | 0.009033 | 81 | 0.081256 | 106 | 0.616382 |
| 32 | 0.001141 | 57 | 0.009875 | 82 | 0.088518 | 107 | 0.668696 |
| 33 | 0.001173 | 58 | 0.010814 | 83 | 0.096218 | 108 | 0.725745 |
| 34 | 0.001208 | 59 | 0.011863 | 84 | 0.104310 | 109 | 0.786495 |
| 35 | 0.001297 | 60 | 0.012952 | 85 | 0.112816 | 110 | 1.000000 |

**PROPOSED RULES**  48503

### TABLE V — MORTALITY RATES FOR DISABLED MALE PARTICIPANTS RECEIVING SOCIAL SECURITY DISABILITY BENEFIT PAYMENTS

| Age | $q_x$ | Age | $q_x$ | Age | $q_x$ | Age | $q_x$ |
|---|---|---|---|---|---|---|---|
| 11 | 0.0000 | 36 | 0.0469 | 61 | 0.0763 | 86 | 0.1825 |
| 12 | 0.0000 | 37 | 0.0469 | 62 | 0.0780 | 87 | 0.1980 |
| 13 | 0.0000 | 38 | 0.0471 | 63 | 0.0797 | 88 | 0.2150 |
| 14 | 0.0000 | 39 | 0.0473 | 64 | 0.0813 | 89 | 0.2330 |
| 15 | 0.0000 | 40 | 0.0476 | 65 | 0.0822 | 90 | 0.2525 |
| 16 | 0.0000 | 41 | 0.0482 | 66 | 0.0829 | 91 | 0.2739 |
| 17 | 0.0000 | 42 | 0.0488 | 67 | 0.0841 | 92 | 0.2972 |
| 18 | 0.0000 | 43 | 0.0495 | 68 | 0.0851 | 93 | 0.3226 |
| 19 | 0.0000 | 44 | 0.0504 | 69 | 0.0859 | 94 | 0.3495 |
| 20 | 0.0510 | 45 | 0.0514 | 70 | 0.0873 | 95 | 0.3789 |
| 21 | 0.0510 | 46 | 0.0525 | 71 | 0.0889 | 96 | 0.4109 |
| 22 | 0.0510 | 47 | 0.0537 | 72 | 0.0907 | 97 | 0.4458 |
| 23 | 0.0510 | 48 | 0.0550 | 73 | 0.0921 | 98 | 0.4838 |
| 24 | 0.0510 | 49 | 0.0567 | 74 | 0.0933 | 99 | 0.5243 |
| 25 | 0.0510 | 50 | 0.0580 | 75 | 0.0947 | 100 | 0.5684 |
| 26 | 0.0514 | 51 | 0.0595 | 76 | 0.0967 | 101 | 0.6164 |
| 27 | 0.0518 | 52 | 0.0612 | 77 | 0.0982 | 102 | 0.6687 |
| 28 | 0.0510 | 53 | 0.0623 | 78 | 0.0991 | 103 | 0.7257 |
| 29 | 0.0502 | 54 | 0.0645 | 79 | 0.1043 | 104 | 0.7865 |
| 30 | 0.0495 | 55 | 0.0662 | 80 | 0.1128 | 105 | 0.8527 |
| 31 | 0.0488 | 56 | 0.0679 | 81 | 0.1221 | 106 | 0.9247 |
| 32 | 0.0482 | 57 | 0.0695 | 82 | 0.1322 | 107 | 1.0000 |
| 33 | 0.0476 | 58 | 0.0712 | 83 | 0.1432 | | |
| 34 | 0.0473 | 59 | 0.0729 | 84 | 0.1551 | | |
| 35 | 0.0470 | 60 | 0.0746 | 85 | 0.1682 | | |

### TABLE VI — MORTALITY RATES FOR DISABLED FEMALE PARTICIPANTS RECEIVING SOCIAL SECURITY DISABILITY BENEFIT PAYMENTS

| Age | $q_x$ | Age | $q_x$ | Age | $q_x$ | Age | $q_x$ |
|---|---|---|---|---|---|---|---|
| 11 | 0.0000 | 36 | 0.0402 | 61 | 0.0449 | 86 | 0.1221 |
| 12 | 0.0000 | 37 | 0.0400 | 62 | 0.0456 | 87 | 0.1322 |
| 13 | 0.0000 | 38 | 0.0399 | 63 | 0.0465 | 88 | 0.1432 |
| 14 | 0.0000 | 39 | 0.0397 | 64 | 0.0473 | 89 | 0.1551 |
| 15 | 0.0000 | 40 | 0.0396 | 65 | 0.0484 | 90 | 0.1682 |
| 16 | 0.0000 | 41 | 0.0394 | 66 | 0.0497 | 91 | 0.1825 |
| 17 | 0.0000 | 42 | 0.0393 | 67 | 0.0508 | 92 | 0.1980 |
| 18 | 0.0000 | 43 | 0.0392 | 68 | 0.0522 | 93 | 0.2150 |
| 19 | 0.0000 | 44 | 0.0392 | 69 | 0.0530 | 94 | 0.2330 |
| 20 | 0.0426 | 45 | 0.0392 | 70 | 0.0536 | 95 | 0.2525 |
| 21 | 0.0426 | 46 | 0.0392 | 71 | 0.0538 | 96 | 0.2739 |
| 22 | 0.0426 | 47 | 0.0394 | 72 | 0.0547 | 97 | 0.2972 |
| 23 | 0.0426 | 48 | 0.0396 | 73 | 0.0552 | 98 | 0.3226 |
| 24 | 0.0426 | 49 | 0.0398 | 74 | 0.0561 | 99 | 0.3495 |
| 25 | 0.0426 | 50 | 0.0401 | 75 | 0.0567 | 100 | 0.3789 |
| 26 | 0.0427 | 51 | 0.0403 | 76 | 0.0577 | 101 | 0.4109 |
| 27 | 0.0428 | 52 | 0.0407 | 77 | 0.0590 | 102 | 0.4458 |
| 28 | 0.0430 | 53 | 0.0410 | 78 | 0.0631 | 103 | 0.4838 |
| 29 | 0.0430 | 54 | 0.0413 | 79 | 0.0686 | 104 | 0.5243 |
| 30 | 0.0432 | 55 | 0.0417 | 80 | 0.0746 | 105 | 0.5684 |
| 31 | 0.0425 | 56 | 0.0420 | 81 | 0.0813 | 106 | 0.6164 |
| 32 | 0.0419 | 57 | 0.0424 | 82 | 0.0885 | 107 | 0.6687 |
| 33 | 0.0413 | 58 | 0.0429 | 83 | 0.0962 | 108 | 0.7257 |
| 34 | 0.0409 | 59 | 0.0435 | 84 | 0.1043 | 109 | 0.7865 |
| 35 | 0.0405 | 60 | 0.0442 | 85 | 0.1128 | 110 | 1.0000 |

APPENDIX B—INTEREST RATES AND QUANTITIES USED TO VALUE ANNUITIES

I. The following interest rates and quantities used to value deferred annuities shall be effective for plans which terminate on or after September 2, 1974 and on or before September 30, 1975.

TABLE I—INTEREST RATE FOR VALUING IMMEDIATE ANNUITIES

An interest rate of 8 percent shall be used to value immediate annuities, to compute the quantity "G" in § 2610.6, and for valuing both portions of a cash refund annuity.

TABLE II—INTEREST RATE FOR VALUING DEATH BENEFITS

An interest rate of 5 percent shall be used to value death benefits other than the decreasing term insurance portion of a cash refund annuity pursuant to § 2610.8.

TABLE III—INTEREST RATES AND QUANTITIES USED TO VALUE DEFERRED ANNUITIES

The following factors shall be used to value deferred annuities pursuant to § 2610.6:

(1) $k_1 = 1.0725$.
(2) $k_2 = 1.0575$.
(3) $k_3 = 1.0425$.
(4) $n_1 = 7$.
(5) $n_2 = 8$.

II. The following interest rates and quantities used to value deferred annuities shall be effective for plans which terminate on or after October 1, 1975 and on or before December 31, 1975:

TABLE I—INTEREST RATE FOR VALUING IMMEDIATE ANNUITIES

An interest rate of 7¾ percent shall be used to value immediate annuities, to compute the quantity "G" in § 2610.6, and for valuing both portions of a cash refund annuity.

TABLE II—INTEREST RATE FOR VALUING DEATH BENEFITS

An interest rate of 5 percent shall be used to value death benefits other than the decreasing term insurance portion of a cash refund annuity pursuant to § 2610.8.

TABLE III—INTEREST RATES AND QUANTITIES USED TO VALUE DEFERRED ANNUITIES.

The following factors shall be used to value deferred annuities pursuant to § 2610.6:

(1) $k_1 = 1.0725$.
(2) $k_2 = 1.0575$.
(3) $k_3 = 1.0425$.
(4) $n_1 = 7$.
(5) $n_2 = 7$.

III. The following interest rates and quantities used to value deferred annuities shall be effective for plans which terminate on or after January 1, 1976 and on or before February 29, 1976:

TABLE I—INTEREST RATE FOR VALUING IMMEDIATE ANNUITIES

An interest rate of 8 percent shall be used to value immediate annuities, to compute the quantity "G" in § 2610.6, and for valuing both portions of a cash refund annuity.

TABLE II—INTEREST RATE FOR VALUING DEATH BENEFITS

An interest rate of 5 percent shall be used to value death benefits other than the decreasing term insurance portion of a cash refund annuity pursuant to § 2610.8.

TABLE III—INTEREST RATES AND QUANTITIES USED TO VALUE DEFERRED ANNUITIES

The following factors shall be used to value deferred annuities pursuant to § 2610.6:

(1) $k_1 = 1.0725$.
(2) $k_2 = 1.0525$.
(3) $k_3 = 1.04$.
(4) $n_1 = 7$.
(5) $n_2 = 10$.

IV. The following interest rates and quantities used to value deferred annuities shall be effective for plans which terminate on or after March 1, 1976 and on or before May 31, 1976:

TABLE I—INTEREST RATE FOR VALUING IMMEDIATE ANNUITIES

An interest rate of 7¼ percent shall be used to value immediate annuities, to compute the quantity "G", in § 2610.6, and for valuing both portions of a cash refund annuity.

TABLE II—INTEREST RATE FOR VALUING DEATH BENEFITS

An interest rate of 5 percent shall be used to value death benefits other than the decreasing term insurance portion of a cash refund annuity pursuant to § 2610.8.

TABLE III—INTEREST RATES AND QUANTITIES USED TO VALUE DEFERRED ANNUITIES

The following factors shall be used to value deferred annuities pursuant to § 2610.6:
(1) $k_1 = 1.07$.
(2) $k_2 = 1.05$.
(3) $k_3 = 1.04$.
(4) $n_1 = 7$.
(5) $n_2 = 10$.

V. The following interest rates and quantities used to value deferred annuities shall be effective for plans which terminate on or after June 1, 1976 and on or before August 31, 1976:

TABLE I—INTEREST RATE FOR VALUING IMMEDIATE ANNUITIES

An interest rate of 7¼ percent shall be used to value immediate annuities, to compute the quantity "G", in § 2610.6, and for valuing both portions of a cash refund annuity.

PROPOSED RULES

TABLE II—INTEREST RATE FOR VALUING DEATH BENEFITS

An interest rate of 5 percent shall be used to value death benefits other than the decreasing term insurance portion of a cash refund annuity pursuant to § 2610.8.

TABLE III—INTEREST RATES AND QUANTITIES USED TO VALUE DEFERRED ANNUITIES

The following factors shall be used to value deferred annuities pursuant to § 2610.6:
(1) $k_1 = 1.0675$.
(2) $k_2 = 1.0475$.
(3) $k_3 = 1.035$.
(4) $n_1 = 7$.
(5) $n_2 = 10$.

APPENDIX C—ILLUSTRATIVE BENEFIT VALUATION RESULTS

The following results are obtained by application of the appropriate methods and rates set forth in this regulation to a plan terminating on September 15, 1974.

TABLE 1.—*Current value of a life annuity of $10 per month payable to a healthy participant*

| Age of participant | Male | Female |
|---|---|---|
| 45 | $1,334.45 | $1,292.31 |
| 50 | 1,262.56 | 1,334.48 |
| 55 | 1,176.12 | 1,262.56 |
| 60 | 1,074.54 | 1,176.12 |
| 62 | 1,029.82 | 1,137.23 |
| 63 | 1,006.84 | 1,116.91 |
| 65 | 959.87 | 1,074.44 |
| 67 | 912.11 | 1,029.82 |
| 70 | 837.96 | 959.87 |
| 75 | 708.65 | 837.96 |
| 80 | 581.36 | 708.65 |
| 85 | 462.26 | 581.36 |

TABLE 2.—*Current value of a deferred life annuity of $10 per month payable to a healthy participant at ages 60 and 65*

| Age of participant | Deferred to age 60 | | Deferred to age 65 | |
|---|---|---|---|---|
| | Male | Female | Male | Female |
| 25 | $156.58 | $180.02 | $103.28 | $126.41 |
| 30 | 193.86 | 224.10 | 127.87 | 156.58 |
| 35 | 240.19 | 277.45 | 158.44 | 193.86 |
| 40 | 298.44 | 343.78 | 196.86 | 240.19 |
| 45 | 372.76 | 427.15 | 245.88 | 298.44 |
| 50 | 504.62 | 573.01 | 300.92 | 372.76 |
| 55 | 713.06 | 797.88 | 425.77 | 504.62 |
| 60 | | | 615.01 | 713.06 |
| 61 | | | 669.99 | 772.38 |
| 62 | | | 731.00 | 837.43 |
| 63 | | | 798.92 | 908.94 |
| 64 | | | 874.80 | 987.62 |

[FR Doc.76-31423 Filed 11-2-76;8:45 am]

---

**PENSION BENEFIT GUARANTY CORPORATION**

[ 29 CFR Part 2615 ]

**DETERMINATION OF PLAN SUFFICIENCY AND TERMINATION OF SUFFICIENT PLANS**

Proposed Rulemaking

Subsection 4041(b) of the Employee Retirement Income Security Act of 1974 ("Act"), 29 U.S.C. 1341(b), requires the Pension Benefit Guaranty Corporation ("PBGC") to determine whether the assets held under a terminating pension plan, if allocated in accordance with section 4044 of the Act, are sufficient to discharge when due all obligations of the plan with respect to basic benefits. Subsection 4041(a) of the Act, 29 U.S.C. 1341(a), authorizes a plan administrator who receives a notice issued under subsection (b) to proceed with the termination of the plan in a manner consistent with subtitle C of Title IV of the Act.

Since the Act does not establish a procedure for determining whether a plan is sufficient nor specify the manner in which its affairs are to be wound up, notice is hereby given that the PBGC proposes to amend Chapter XXVI of Title 29, Code of Federal Regulations to add a new Part 2615, set forth below, which prescribes the manner for determining whether a terminating plan is sufficient, and the procedure for winding up the affairs of such plans.

DEFINITION OF SUFFICIENCY

A terminating plan generally is sufficient if as of the date plan assets are distributed, after payments of all other plan liabilities, there are enough assets in that plan to provide all benefits in priority categories 1 through 4 of section 4044(a) of the Act (regarding the allocation of assets), (a) through purchase of annuities from an insurer of those benefits to be paid as annuities (other than certain retirement benefits that cannot be purchased at reasonable cost from an insurer), (b) through purchase from PBGC of such certain retirement benefits, and (c) through payment of other benefits in priority categories 1, 2, 3 or 4 in a single installment. Proposed § 2615.2 sets forth in detail the definition of a sufficient plan. The value of benefits to be paid as annuities will be the cost of purchasing them from an insurer, except when provided by the PBGC. In that case, the cost of the annuities will be the value of the annuities under PBGC rates. The value of benefits in priority categories 1 and 2 payable as lump sums will be the value of such benefits determined under the Allocation of Assets Regulation, Part 2608 of this chapter. The value of an annuity to be paid in a different form will be the present value of the annuity computed in accordance with § 2610.3(c) of the Valuation of Plan Benefits Regulation (41 FR 48484).

REQUIREMENT FOR ANNUITIES

Title IV requires that a participant with benefits payable as an annuity under a terminating plan must, unless he or she elects another form of distribution provided by the plan, receive those benefits in the annuity form specified in the plan through a funding medium that will assure their timely and uninterrupted payment. Proposed § 2615.3(a) contains this general rule. This requirement exists because, inter alia: section 4044(a) of the Act requires that plan assets be allocated to plan benefits; section 4041(b) requires the PBGC to determine whether the assets held under a terminating plan "* * * are sufficient to discharge when due all obligations of the plan with respect to basic [i.e. guaranteed] benefits * * *" (emphasis added); and section 4002(a)(2) states that one of the main purposes of Title IV of the Act is "to provide for the timely and uninterrupted payment of pension benefits to participants and beneficiaries." In practice, this requirement means that, absent election by a participant of another form provided by the plan, a plan must purchase annuities from insurance carriers for those benefits that plan participants or their beneficiaries are to receive in annuity form, unless the PBGC becomes responsible for payment of those benefits either through termination of the plan under section 4042(c) of the Act or because the PBGC has assumed responsibility under the special procedure described below for payment of certain early retirement benefits that cannot be purchased from an insurer at a cost that reflects their true value. The true value of an early retirement benefit not in pay status should reflect any benefit reduction in the plan for early retirement and the probability of retirement at various ages. Any form of distribution other than purchase of the annuity from an insurance carrier or provision of the annuity by the PBGC would not assure that the participant will receive in a timely and uninterrupted fashion the defined pension benefit to which the participant is entitled on the date of termination, either because of possible losses in assets allocated to the benefit or paid to the participant or because of adverse mortality experience.

The requirement that, absent a contrary election, participants must receive their benefits payable as annuities in that form, however, does not preclude their electing other forms of distribution permitted under the plan, e.g. a lump-sum payment of the commuted value of their annuity, transfer of such value to an individual account plan, or continued participation by the participant in a plan trust after the date of plan termination. Thus, proposed § 2615.3(b) permits a participant to elect a form of distribution other than an annuity if the other form is provided by the plan. Because such other forms do not guarantee payment of the defined pension benefit to which the participant is entitled on the date of termination, the PBGC will not guarantee any such different form of payment. If, as of the date of distribution, the plan turns out to be insufficiently funded, the post-termination elections of participants will not be given effect, and instead the PBGC will guarantee payment of those participants' benefits that are guaranteed under the Guaranteed Benefits Regulation, Part 2605 of this chapter, 40 FR 43509 (Sept. 22, 1975).

INITIAL DETERMINATION BY PBGC

Proposed § 2615.4 provides that upon receipt of a Notice of Intent to Terminate a pension plan, the PBGC will review the plan to determine if it appears clearly insufficient.

In some cases, it will be evident from the information submitted in the Notice of Intent to Terminate that the value of the guaranteed benefits so far exceeds the assets of the plan that it is highly improbable that the plan will be