**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| *In re* | : | Chapter 11 |
| Nortel Networks Inc., *et al.*, | : | Case No. 09-10138 (KG) |
| Debtors.[1] | : | Jointly Administered |
| | : | **RE: Docket No. 17325** |

**JOINDER OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF NORTEL NETWORKS, INC., ET AL. IN SUPPORT OF DEBTORS' OBJECTION TO PROOFS OF CLAIM FILED BY PENSION BENEFIT GUARANTY CORPORATION AND MOTION FOR AN ORDER (I) DISALLOWING PBGC'S LATE-FILED AMENDED CLAIMS, (II) DISALLOWING CERTAIN OF THE PBGC CLAIMS, AND (III) DEEMING CERTAIN OF THE PBGC CLAIMS SATISFIED IN PART BY POST-PETITION TRANSFERS**

The Official Committee of Unsecured Creditors (the "Committee") of Nortel Networks, Inc. ("NNI") and certain of its affiliates, as debtors and debtors in possession (collectively, the "Debtors"), hereby files this joinder (the "Joinder") in support of the Debtors' *Objection to Proofs of Claim Filed by Pension Benefit Guaranty Corporation and Motion for an Order (I) Disallowing PBGC's Late-Filed Amended Claims, (II) Disallowing Certain of the PBGC Claims, and (III) Deeming Certain of the PBGC Claims Satisfied in Part by Post-Petition Transfers* (D.I.

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. ("NNI") (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).

17325) (the "Objection/ Motion")[2] In support its Joinder, the Committee respectfully states as follows:

**JOINDER**

1. The Committee is a signatory to the Settlement and Plans Support Agreement (D.I. 17249) (the "SPSA") and, thus, fully supports the prompt and expeditious conclusion of the cases as contemplated therein. Section 4(g)(ii) of the SPSA provides that the "PBGC claim … shall be a maximum of U.S.$708,000,000 and all rights of the U.S. Debtors and other U.S. based parties-in-interest in the U.S. Proceedings to contest such PBGC claims are expressly reserved … ." By the Objection, the Debtors have objected to numerous portions of the PBGC Claims and Amended PBGC Claims.

2. The Committee is fully supportive of all efforts to maximize the recoveries of all general unsecured creditors of the Debtors. To the extent any claim is overstated or does not have a basis in law or fact, the Committee is supportive of the reduction or disallowance of such claim in order to maximize recoveries to all other general unsecured creditors. The Committee thus joins in the Objection/Motion.

**CONCLUSION**

WHEREFORE, the Committee respectfully requests that the Court (i) sustain the Debtors' Objection to the PBGC Claims and Amended PBGC Claims; (ii) grant the relief requested therein; and (iii) grant such other and further relief as may be just, proper, and equitable.

[2] Capitalized terms used herein but not otherwise defined shall have the meanings ascribed to them in the Objection/Motion.

Dated: November 21, 2016
Wilmington, Delaware

By: */s/ Christopher M. Samis*

Christopher M. Samis (No. 4909)
Whiteford, Taylor & Preston LLC
The Renaissance Centre
405 North King Street, Suite 500
Wilmington, DE 19801
Telephone: (302) 353-4144

-and-

Fred S. Hodara (admitted *pro hac vice*)
David H. Botter (admitted *pro hac vice*)
Abid Qureshi (admitted *pro hac vice*)
Brad M. Kahn (admitted *pro hac vice*)
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036
Telephone: (212) 872-1000

*Co-counsel to the Official Committee of Unsecured Creditors*



112434476 v2