## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------------X
                                                       :
In re                                                  :
                                                       :
Nortel Networks Inc., et al.,¹                         :
                                                       :
                              Debtors.                 :
                                                       :
-------------------------------------------------------X
```

Chapter 11

Case No. 09-10138 (KG)

Jointly Administered

**Re: D.I. 17420**

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on November 21, 2016, a copy of the *Debtors'*
*Opposition to Pension Benefit Guaranty Corporation's Motion for Summary Judgment Briefing*
*Schedule* was served, in the manner indicated, on the parties identified on the attached service
list.

Dated: November 21, 2016
       Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone:  (212) 225-2000
Facsimile:  (212) 225-3999

    - and –

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

       */s/ Tamara K. Minott*
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:
Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel
Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek,
Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components
Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks
International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567),
Nortel Networks (CALA) Inc. (4226), and Nortel Networks India International Inc. (8667).  Contact information for the
Debtors and their petitions are available at http://dm.epiq11.com/nortel.

Tamara K. Minott (No. 5643)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19801
Telephone:  (302) 658-9200
Facsimile: (302) 658-3989

*Counsel for the Debtors*
*and Debtors in Possession*

10584153.1

# SERVICE LIST

<u>**VIA OVERNIGHT MAIL**</u>

Israel Goldowitz
Charles L. Finke
Paula J. Connelly
Garth Wilson
Vincent Matias Murrell
Marc Pfeuffer
Pension Benefit Guaranty Corporation
1200 K Street, N.W.
Suite 340
Washington, DC 20005

Sarah Reid
Eric R. Wilson
Benjamin D. Feder
Kelley Drye & Warrne LLP
101 Park Ave.
New York, NY 10178

Fred S. Hodara
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036

Steven D. Pohl
Christopher M. Floyd
Brown Rudnick LLP
One Financial Center
Boston, MA 02111

Dennis Dunne
Andrew Leblanc
Atara Miller
Milbank Tweed Hadley & McCloy LLP
28 Liberty St.
New York, NY 10005

<u>**VIA HAND DELIVERY**</u>

Mark S. Kenney
Office of the U.S. Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

Christopher Samis
L. Katherine Good
Whiteford Taylor & Preston LLC
The Renaissance Centre
405 North King Street, Suite 500
Wilmington, DE 19801

Jeffrey Schlerf
Fox Rothschild LLP
919 N. Market St.
Wilmington, DE 19801

Laura Davis Jones
Peter J. Keane
Pachulski Stang Ziehl & Jones LLP
919 N. Market St.
Wilmington, DE 19801

10584153.1