# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

### Hearing Information:

| | |
|---:|:---|
| **Debtor:** | NORTEL NETWORKS INC., ET AL. |
| **Case Number:** | 09-10138-KG    **Chapter:** 11 |
| **Date / Time / Room:** | TUESDAY, NOVEMBER 22, 2016 10:00 AM    CRT#3, 6TH FL. |
| **Bankruptcy Judge:** | KEVIN GROSS |
| **Courtroom Clerk:** | SHERRY SCARUZZI |
| **Reporter / ECR:** | GINGER MACE |

### Matter:

OMNIBUS HEARING; QUARTERLY FEE APPLICATIONS;

**R / M #:**   17,423 / 0

### Appearances:

SEE ATTACHED COURT SIGN-IN-SHEET

### Proceedings:

HEARING HELD. AGENDA ITEMS:

#1 - Status Conference - Evidentiary hearing scheduled - 1/9, 1/10, 1/11/17 @ 9:30 am

#2 - Motion Denied

#3 - Quarterly  FEE APPLICATIONS  -  Certification of Counsel Filed -  ORDER SIGNED