# SIGN-IN-SHEET

**CASE NAME:** NORTEL NETWORKS, INC.  
**CASE NO.:** 09-10138 (KG)  
**COURTROOM LOCATION:** 3  
**DATE:** 11/22/16

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Andrew Leblanc | Milbank Tweed | Ad Hoc Bondholders |
| Paula Connelly | PBGC | PBGC |
| Garth Wilson | PBGC | PBGC |
| Vicente N. Muffel | " | " |
| Simon J. Torres | PBGC | PBGC |
| Stephen Miller | Morris James LLP | Law Debenture of NY, Ind Trustee |
| Don Cocuzza | Patterson Belknap | " |
| Fred Hodava | Akin Gump Strauss Hauer Feld | Creditors' Committee |
| David Botter | Akin Gump Strauss Hauer Feld | " |
| Katie Good | Whitford Taylor & Preston | " |
| CHARLENE DAVIS | BAYARD P.A. | LSI Pension Claimants |
| Kathleen Murphy | Mester Buchanan Ingersoll | Monitor |
| Joseph Boethke-Benkin | Allen & Overy | " |
| Derek Abbot | For M. Schuler | Nortel Trade Claims (ash) |
| Derek Abbot | Morris Nichols | US Debtors |
| Tom Bromley | Cleary Gottlieb | US Debtors |

# SIGN-IN-SHEET

**CASE NAME:** NORTEL NETWORKS, INC.  
**CASE NO.:** 09-10138 (KG)  
**COURTROOM LOCATION:** 3  
**DATE:** 11/22/16

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Peter Keane | Pachulski Stang Ziehl & Jones LLP | Ad Hoc Bondholders |
| Matthew Beebe | Skadden | Stephen Taylor, Conflicts Administrator NNSA |
| Eric Wilson | Kelley Drye | PBGC |

# Court Conference

**U.S. Bankruptcy Court-Delaware**
**Confirmed Telephonic Appearance Schedule**
**Honorable Kevin Gross (Nortel Trial Only)**
**Courtroom**

Calendar Date: 11/22/2016
Calendar Time: 10:00 AM ET

Same Day 11/22/2016 07:04 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7985189 | Stephen J. Blauner | (212) 284-4334 | Solus Alternative Asset Management LP | Interested Party, Solus Alternative Asset Management LP -- / LISTEN ONLY |
| | | Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7982123 | Giles Boothman | (212) 205-7036 | Ashurst LLP | Creditor, European Counsel for the Official Committee of Unsecured Creditors / LIVE |
| | | Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7982140 | Jay Borow | (212) 782-1411 | BRG Capstone - All Offices | Creditor, Official Advisor to the Official Committee of Unsecured Creditors / LIVE |
| | | Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7987163 | Peg A. Brickley | (215) 462-0953 | Dow Jones & Co. | Interested Party, Dow Jones & Co. / LISTEN ONLY |
| | | Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7985827 | Philip Cantwell | 212-225-2422 | Cleary Gottlieb Steen & Hamilton | Debtor, Nortel Networks Inc., / LISTEN ONLY |
| | | Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7984170 | Esther Chung | (646) 855-6705 | Bank of America | Interested Party, Bank of America / LISTEN ONLY |
| | | Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7981728 | Karen B. Dine | (212) 940-8772 | Katten Muchin Rosenman LLP | Creditor, Wilmington Trust / LISTEN ONLY |

Yudit Lara ext. 897

Copyright © 2016 CourtCall, LLC. All Rights Reserved.

Page 1 of 3

| Case | Type | Rep'd Party | ID | Name | Firm | Phone | Party Description |
|---|---|---|---|---|---|---|---|
| 09-10138 | Hearing | Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 7981591 | Benjamin D. Feder | Kelley Drye & Warren LLP | (212) 808-7925 | Creditor, Pension Benefit Guarantee Corporation / LIVE |
| 09-10138 | Hearing | Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 7984863 | Andrew G. Friedman | Halcyon Asset Management | (212) 303-9444 | Creditor, Halcyon Asset Management / LISTEN ONLY |
| 09-10138 | Hearing | Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 7983965 | Kimberly B. Gianis | Contrarian Capital Management | (203) 862-8250 | Interested Party, Contrarian Capital Management / LISTEN ONLY |
| 09-10138 | Hearing | Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 7984834 | Ashutosh Habbu | Barclays | (212) 412-1316 | Real Party in Interest, Adi Habbu / LISTEN ONLY |
| 09-10138 | Hearing | Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 7981717 | Jerry L. Hall | Katten Muchin Rosenman LLP | (202) 625-3646 | Creditor, Wilmington Trust / LISTEN ONLY |
| 09-10138 | Hearing | Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 7985652 | Andrew Hanrahan | Willkie Farr & Gallagher LLP | (212) 728-8170 ext. 8638 | Interested Party, UK Pension Trust / LIVE |
| 09-10138 | Hearing | Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 7985582 | Patrick Holohan | Merger Market | (646) 412-5336 | Interested Party, Debtwire / LISTEN ONLY |
| 09-10138 | Hearing | Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 7979405 | Charles Huberty | Hughes Hubbard & Reed | (212) 837-6045 | Interested Party, Hughes Hubbard & Reed / LIVE |
| 09-10138 | Hearing | Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 7982079 | Anthony Loring | Akin Gump Strauss Hauer & Feld LLP | (212) 872-1000 | Creditor, Official Committee of Unsecured creditors / LIVE |
| 09-10138 | Hearing | Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 7982059 | Livingston Matthew | Cleary Gottlieb Steen & Hamilton | (212) 225-2393 | Debtor, Nortel Networks Inc., et al / LIVE |

| | | | | | | |
|---|---|---|---|---|---|---|
| Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7983321 | Selinda A. Melnik | (302) 357-5305 | DLA Piper US, LLP | Creditor, Canadian Creditors Commitee / LISTEN ONLY |
| Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7981841 | Brian E. O'Connor | 212-728-8000 | Willkie Farr & Gallagher LLP | Interested Party, UK Pension Trust / LIVE |
| Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7948470 | Jonathan Rehm | (212) 525-0875 | HSBC Bank | Creditor, HSBC / LISTEN ONLY |
| Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7985214 | Susan L. Saltzstein | (212) 735-4132 | Skadden Arps Slate Meagher & Flom (New York) | Interested Party, Stephen Taylor Conflicts Administrator for Nortel Networks SA / LISTEN ONLY |
| Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7985092 | Jason B. Sanjana | (212) 588-8890 | Reorg Research, Inc. | Interested Party, Reorg Research, Inc. / LISTEN ONLY |
| Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7987017 | Amer Tiwana | (646) 616-3052 | Cowen & Co. | Interested Party, Cowen and Company / LISTEN ONLY |
| Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7987018 | Julia M. Winters | (212) 617-6592 | Bloomberg LP | Interested Party, Bloomberg LP / LISTEN ONLY |
| Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7982087 | Michael J. Wunder | (416) 860-6484 | Cassels Brock & Blackwell LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 (11-5345 4) | Hearing | 7985216 | Eric Weiss | (212) 530-5420 | Milbank, Tweed, Hadley & McCloy, LLP | Creditor, Ad Hoc Bondholder Group / LISTEN ONLY |

Yudit Lara ext. 897    Copyright © 2016 CourtCall, LLC. All Rights Reserved.