## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NORTEL NETWORKS INC., *et al.* | ) | Case No. 09-10138(KG) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| _____ | ) | **Re:  D.I. Nos. 17325, 17380 & 17420** |

### ORDER RE CLAIMS AND AMENDED CLAIMS OF THE PENSION
### BENEFIT GUARANTY CORPORATION AND DEBTORS' OBJECTION

Pending before the Court are claims and amended claims (collectively, the "Claims") of the Pension Benefit Guaranty Corporation (the "PBGC") and Debtors' objection to the Claims ("Debtors' Objection") (D.I. 17325).  The PBGC filed the Motion of Pension Benefit Guaranty Corporation to Issue Briefing Schedule on Legal Issues in Debtors' Objection to PBGC's Claims (the "Motion") (D.I. 17380) which Debtors opposed by Debtors' Opposition to Pension Benefit Guaranty Corporation's Motion for Summary Judgment Briefing Schedule (D.I. 17420).

IT IS HEREBY ORDERED for the reasons the Court stated on the record that:

1.      The Motion is denied.

2.      The Court will hold an evidentiary hearing on January 9, 10 and 11, beginning at 9:30 a.m., to determine the issues raised in the Debtors' Objection. The Court will conduct a pre-hearing conference on January 4, 2016, at 10:00 a.m. either by conference call or with personal appearances, to be determined at a later date.

3.      The Debtors and the PBGC are directed to meet and confer on the scope of discovery not later than November 30, 2016, with the goal of narrowing the parameters of discovery and to set a date for production.

4.      Within 48 hours of the date for production, the parties will submit to the Court letters with objections to discovery and the Court will then schedule a teleconference on the objections to be held at its earliest opportunity.

5.      The Court expects good faith and reason to prevail as the Debtors and the PBGC prepare for the evidentiary hearing.

SO ORDERED.

Dated:  November 22, 2016

KEVIN GROSS, U.S.B.J.