**See Attached for Exhibits A through H**

# Exhibit A

## The Mergis Group
### Summary of Professionals

Nortel Networks, Inc. et al.
For the period of October 1, 2016 through October 31, 2016

| Professional | Position | Title / Role of Professional |
|---|---|---|
| Timothy C. Ross | Officer | Chief Financial Officer and Corporate Secretary - Management responsibility for all business and finance functions supporting the U.S. Principal Officer in the company operation and liquidation; direct responsibilities include, operating budget oversight, treasury management, general accounting and controls, tax, financial reporting, information technology, human resources, real estate management, and foreign subsidiary wind down.  Employee Benefits and Pension Investment Committee member. |
| Kim Ponder | Non-Officer | Associate - General accounting  & finance services for accounts payable, payment processing for normal course, intercompany, and professional, claims and litigation settlement disbursement processing, statutory reporting management & oversight. |

# Exhibit B

## The Mergis Group
### Summary of Projects and Project Descriptions

Nortel Networks, Inc. et al.
For the period of October 1, 2016 through October 31, 2016

| Project | Project Description |
|---|---|
| Administrative | Administrative matters related to the Debtors engagement.  Includes board meetings, staff meetings, preparation of  miscellaneous statements, surveys, and schedules, miscellaneous document review and execution, electronic minute book maintenance, and office and general case management activities. |
| Bankruptcy Reporting | Assist the Debtors with bankruptcy reporting requirements.  Includes the financial reporting preparation & management review of the Monthly Operating Report (MOR), Form 26, Ordinary Course Professionals Report (OCP), US Trustee Fee Report, and related matters for the US Trustee. |
| Cash Management | Support the Debtors with cash flow management activities.  Includes treasury systems management and controls, bank service contract oversight, cash flow planning and analysis, accountability for cash flow budget achievement,  and cash reporting to estate constituents. |
| Claims Administration | Assist the Debtors with claims matters.  Includes claims database systems and controls, data maintenance,  analysis and validation, communications, distribution process planning, and claims settlement / distribution execution. |
| Compensation Application | Activities relating to the professional time tracking  and preparation of the compensation application. |
| Discovery | Activities driven by requests directed to Nortel Networks Inc. in support of the business divestiture proceeds allocation litigation. Includes data / document extraction and analysis, preparation & presentation of findings, interface with legal counsel,  and participate in court hearings. |
| Electronic Data and Document Preservation | Support the Debtors with the preservation of electronic data and hard copy documents. Includes  governance and maintenance in compliance with court retention requirements and associated vendor service contract oversight. |
| Entity Liquidation and Wind Down | Assist the Debtors with the liquidation, wind down and/or deregistration of Nortel Networks, Inc. and its subsidiaries and branches (foreign and domestic).Includes the development and execution of step plans to ensure local law and U.S. Bankruptcy Court compliance in areas such as intercompany settlements, debt forgiveness, tax clearance certificates, final account balances;  compliance with local and U.S. statutory, tax, financial and other governmental reporting requirements; repatriation of subsidiary or branch cash to parent;  and coordinate with and support local accounting and legal professionals in conjunction with of all of the above. |
| Finance and General Accounting | Assist the Debtors with finance and general accounting operations in compliance with US GAAP.  Includes statutory financial reporting preparation & review, month and year end close processing, finance systems & controls, journal entry preparation, management review, and posting, account reconciliations, balance sheet analysis, and normal course accounts receivable and payable administration . |

# Exhibit B

## The Mergis Group
## Summary of Projects and Project Descriptions

Nortel Networks, Inc. et al.
For the period of October 1, 2016 through October 31, 2016

| Project | Project Description |
|---|---|
| Human Resources | Support the Debtors in Human Resources matters.  Includes development and execution of Debtors benefit plan termination (health and welfare, 401K, etc.), plan regulatory compliance oversight and reporting (audits, plan boards & committees, etc.)  vendor services contract management and oversight, human resource related communications, and HR systems and data maintenance and reporting. |
| Information Technology Operations | Assist the Debtors with the maintenance and support of the Nortel Networks, Inc. residual company information technology infrastructure operations.  Includes vendor services  and contract oversight, data extraction, back-up, and recovery, and infrastructure problem resolution support. |
| Insurance & Risk Management | Assist the Debtors with insurance and risk management activities.   Includes tracking and periodic management review of Debtors insurance coverage; ensuring compliance with established policies, leases, and contracts.  Provide service oversight to agent/broker contract. |
| Plan of Reorganization | Assist the Debtors with the preparation of the plan of reorganization and associated disclosure statement.  Includes financial analysis and Debtors review. |
| Professional Fee Applications | Assist the Debtors with the payment administration of engaged professionals.  Includes financial recording of professional fee applications to Debtors' books and records, reconciliation to Omnibus Fee Order to Debtors' books and records, fee disbursement based on Certificate of No Objection (CNO) , and associated year end regulatory reporting. |
| Real Estate Management | Assist the Debtors with lease and real estate matters.  Includes property management vendor contract oversight,  property management budget achievement accountability and associated financial planning & analysis, lease and sub-lease management / governance, and property marketing activities. |
| Residual Business Operations | Assist the Debtors in the resolution of outstanding residual business operations matters.  Includes activities relating to residual business services customer, vendor, and/or buyer contracts and associated receivables, payables, and/or inventory,  regulatory and government required business reporting surveys and schedules, and review and action of service of process notifications. |
| Tax Matters | Assist the Debtors with tax matters.   Includes vendor service contract oversight, financial analysis support and management review of federal, state, and local Tax returns, claims, and audits, and authorization of tax related matters (annual report filings, settlements, etc.) . |
| Travel | Authorized travel to support Debtors projects. |

# Exhibit C

## The Mergis Group
## Summary of Fees and Expenses

Nortel Networks, Inc. et al.
For the period of October 1, 2016 through October 31, 2016

| | Fees | Expenses | Total |
|---|---|---|---|
| For the period of October 1, 2016 through October 31, 2016 | $ 128,375.50 | $ 2,746.52 | $ 131,122.02 |

Exhibit C

# Exhibit D

## The Mergis Group
## Summary of Time by Professional

Nortel Networks, Inc. et al.
For the period of October 1, 2016 through October 31, 2016

| Professional | Position | Title / Role of Professional | Hours |
|---|---|---|---|
| Timothy C. Ross | Officer | Chief Financial Officer and Corporate Secretary - Management responsibility for all business and finance functions supporting the U.S. Principal Officer in the company operation and liquidation; direct responsibilities include, operating budget oversight, treasury management, general accounting and controls, tax, financial reporting, information technology, human resources, real estate management, and foreign subsidiary wind down. Employee Benefits and Pension Investment Committee member. | 175.25 |
| Kim Ponder | Non-Officer | Associate - General accounting & finance services for accounts payable, payment processing for normal course, intercompany, and professional, claims and litigation settlement disbursement processing, statutory reporting management & oversight. | 168.00 |

| | | |
|---|---|---|
| Hours for the period of  October 1, 2015 through October 31, 2015 | | 343.25 |
| Billing Rate | $ | 374.00 |
| Fees for the period of October 1, 2015 through October 31, 2015 | $ | 128,375.50 |

Exhibit A

# Exhibit E

## The Mergis Group
### Summary of Fees by Project

Nortel Networks, Inc. et al.
For the period of October 1, 2016 through October 31, 2016

| Project | Project Description | Hours | Fees |
|---|---|---|---|
| Administrative | Administrative matters related to the Debtors engagement. Includes board meetings, staff meetings, preparation of miscellaneous statements, surveys, and schedules, miscellaneous document review and execution, electronic minute book maintenance, and office and general case management activities. | - | $ - |
| Bankruptcy Reporting | Assist the Debtors with bankruptcy reporting requirements. Includes the financial reporting preparation & management review of the Monthly Operating Report (MOR), Form 26, Ordinary Course Professionals Report (OCP), US Trustee Fee Report, and related matters for the US Trustee. | 17.00 | $ 6,358.00 |
| Cash Management | Support the Debtors with cash flow management activities. Includes treasury systems management and controls, bank service contract oversight, cash flow planning and analysis, accountability for cash flow budget achievement, and cash reporting to estate constituents. | 36.25 | $ 13,557.50 |
| Claims Administration | Assist the Debtors with claims matters. Includes claims database systems and controls, data maintenance, analysis and validation, communications, distribution process planning, and claims settlement / distribution execution. | 40.75 | $ 15,240.50 |
| Compensation Application | Activities relating to the professional time tracking and preparation of the compensation application. | 6.50 | $ 2,431.00 |
| Discovery | Activities driven by requests directed to Nortel Networks Inc. in support of the business divestiture proceeds allocation litigation. Includes data / document extraction and analysis, preparation & presentation of findings, interface with legal counsel, and participate in court hearings. | 24.00 | $ 8,976.00 |
| Electronic Data and Document Preservation | Support the Debtors with the preservation of electronic data and hard copy documents. Includes governance and maintenance in compliance with court retention requirements and associated vendor service contract oversight. | - | $ - |
| Entity Liquidation and Wind Down | Assist the Debtors with the liquidation, wind down and/or deregistration of Nortel Networks, Inc. and its subsidiaries and branches (foreign and domestic).Includes the development and execution of step plans to ensure local law and U.S. Bankruptcy Court compliance in areas such as intercompany settlements, debt forgiveness, tax clearance certificates, final account balances; compliance with local and U.S. statutory, tax, financial and other governmental reporting requirements; repatriation of subsidiary or branch cash to parent; and coordinate with and support local accounting and legal professionals in conjunction with of all of the above. | 2.25 | $ 841.50 |
| Finance and General Accounting | Assist the Debtors with finance and general accounting operations in compliance with US GAAP. Includes statutory financial reporting preparation & review, month and year end close processing, finance systems & controls, journal entry preparation, management review, and posting, account reconciliations, balance sheet analysis, and normal course accounts receivable and payable administration . | 100.50 | $ 37,587.00 |
| Human Resources | Support the Debtors in Human Resources matters. Includes development and execution of Debtors benefit plan termination (health and welfare, 401K, etc.), plan regulatory compliance oversight and reporting (audits, plan boards & committees, etc.) vendor services contract management and oversight, human resource related communications, and HR systems and data maintenance and reporting. | 0.50 | $ 187.00 |
| Information Technology Operations | Assist the Debtors with the maintenance and support of the Nortel Networks, Inc. residual company information technology infrastructure operations. Includes vendor services and contract oversight, data extraction, back-up, and recovery, and infrastructure problem resolution support. | 4.50 | $ 1,683.00 |
| Insurance & Risk Management | Assist the Debtors with insurance and risk management activities. Includes tracking and periodic management review of Debtors insurance coverage; ensuring compliance with established policies, leases, and contracts. Provide service oversight to agent/broker contract. | 3.50 | $ 1,309.00 |

## Exhibit E

### The Mergis Group
### Summary of Fees by Project

Nortel Networks, Inc. et al.
For the period of October 1, 2016 through October 31, 2016

| Project | Project Description | Hours | Fees |
|---|---|---|---|
| Plan of Reorganization | Assist the Debtors with the preparation of the plan of reorganization and associated disclosure statement. Includes financial analysis and Debtors review. | 65.50 | $ 24,497.00 |
| Professional Fee Applications | Assist the Debtors with the payment administration of engaged professionals. Includes financial recording of professional fee applications to Debtors' books and records, reconciliation to Omnibus Fee Order to Debtors' books and records, fee disbursement based on Certificate of No Objection (CNO) , and associated year end regulatory reporting. | 8.00 | $ 2,992.00 |
| Real Estate Management | Assist the Debtors with lease and real estate matters. Includes property management vendor contract oversight, property management budget achievement accountability and associated financial planning & analysis, lease and sub-lease management / governance, and property marketing activities. | 1.00 | $ 374.00 |
| Residual Business Operations | Assist the Debtors in the resolution of outstanding residual business operations matters. Includes activities relating to residual business services customer, vendor, and/or buyer contracts and associated receivables, payables, and/or inventory, regulatory and government required business reporting surveys and schedules, and review and action of service of process notifications. | 8.50 | $ 3,179.00 |
| Tax Matters | Assist the Debtors with tax matters. Includes vendor service contract oversight, financial analysis support and management review of federal, state, and local Tax returns, claims, and audits, and authorization of tax related matters (annual report filings, settlements, etc.) . | 18.50 | $ 6,919.00 |
| Travel | Authorized travel to support Debtors projects. | 6.00 | $ 2,244.00 |
| **For the period of October 1, 2016 through October 31, 2016** | | 343.25 | $ 128,375.50 |

## Exhibit F

### The Mergis Group
### Time Description Detail by Project

Nortel Networks, Inc. et al.
For the period of October 1, 2016 through October 31, 2016

| Project / Date | Professional | Project Work Description | Hours |
|---|---|---|---|
| **Bankruptcy Reporting** | | | |
| 10/18/2016 | Kim Ponder | Prepared requested financial reports. | 4.00 |
| 10/19/2016 | Timothy C. Ross | Prepared and analyzed Debtors cash receipts and disbursements for the monthly operating report. | 1.00 |
| 10/20/2016 | Timothy C. Ross | Prepared and analyzed Debtors cash receipts and disbursements for the monthly operating report. | 3.00 |
| 10/21/2016 | Timothy C. Ross | Prepared Debtors monthly operating report. | 5.50 |
| 10/24/2016 | Timothy C. Ross | Prepared Debtors monthly operating report. | 2.00 |
| 10/27/2016 | Timothy C. Ross | Prepared Debtors trustee disbursements analysis. | 1.00 |
| 10/28/2016 | Timothy C. Ross | Conference call with Debtors counsel (LH). | 0.50 |
| **Bankruptcy Reporting Total** | | | **17.00** |
| | | | |
| **Cash Management** | | | |
| 10/4/2016 | Timothy C. Ross | Responded to Debtors wind down consultant request (MC) | 0.50 |
| 10/6/2016 | Timothy C. Ross | Reviewed Debtors payment proposal, prepared and analyzed cash flow requirements and executed Treasury funding transactions. | 1.50 |
| 10/7/2016 | Timothy C. Ross | Worked Debtors banking setup | 1.00 |
| 10/7/2016 | Timothy C. Ross | Reviewed, authorized, and released Debtors disbursements. | 2.50 |
| 10/7/2016 | Timothy C. Ross | Reviewed and authorized Debtors foreign subsidiary disbursements | 0.50 |
| 10/10/2016 | Kim Ponder | Correspondence with Deloitte GTQ. | 0.50 |
| 10/10/2016 | Timothy C. Ross | Released and authorized Debtors disbursements. | 0.50 |
| 10/11/2016 | Timothy C. Ross | Worked Debtors treasury management matters | 2.00 |
| 10/12/2016 | Timothy C. Ross | Reviewed Debtors payment proposal, prepared and analyzed cash flow requirements and executed Treasury funding transactions. | 2.00 |
| 10/13/2016 | Timothy C. Ross | Reviewed, authorized, and released Debtors disbursements. | 2.50 |
| 10/14/2016 | Timothy C. Ross | Reviewed, authorized, and released Debtors foreign subsidiary disbursements | 0.50 |
| 10/18/2016 | Timothy C. Ross | Delaware Life reconciliation update. | 0.75 |
| 10/19/2016 | Kim Ponder | FCB deposit. | 0.50 |
| 10/19/2016 | Timothy C. Ross | Reviewed Debtors payment proposal, prepared and analyzed cash flow requirements and executed Treasury funding | 2.00 |
| 10/21/2016 | Timothy C. Ross | Reviewed, authorized, and released Debtors disbursements. | 2.00 |
| 10/24/2016 | Timothy C. Ross | Analyzed cash receipts and disbursement variance to budget / published results to US Principal Officer. | 2.50 |
| 10/24/2016 | Timothy C. Ross | Worked Debtors treasury management matters | 1.00 |
| 10/24/2016 | Timothy C. Ross | Received, reviewed, and responded to Debtors wind down consultant materials. | 0.50 |
| 10/26/2016 | Kim Ponder | VEBA deposit. | 0.50 |
| 10/26/2016 | Timothy C. Ross | Reviewed Debtors payment proposal, prepared and analyzed cash flow requirements and executed Treasury funding transactions. | 2.00 |
| 10/26/2016 | Timothy C. Ross | Reviewed and responded to Debtors financial consultant (KS) | 0.50 |
| 10/26/2016 | Timothy C. Ross | Reviewed and executed Debtors bank account setup documents. | 1.00 |
| 10/26/2016 | Timothy C. Ross | Reviewed and authorized Debtors bank deposits. | 0.50 |
| 10/27/2016 | Kim Ponder | FCB deposit. | 0.50 |
| 10/27/2016 | Kim Ponder | Maintenance of bank templates. | 1.00 |
| 10/27/2016 | Timothy C. Ross | Reviewed and executed Debtors bank account setup documents. | 1.00 |
| 10/27/2016 | Timothy C. Ross | Reviewed and authorized Debtors banking instruction setup. | 0.50 |
| 10/27/2016 | Timothy C. Ross | Reviewed, authorized, and released Debtors disbursements. | 3.00 |
| 10/27/2016 | Timothy C. Ross | Reviewed authorized and released Debtors foreign subsidiary disbursements. | 1.00 |
| 10/31/2016 | Timothy C. Ross | Worked Debtors treasury management matters | 1.00 |
| **Cash Management Total** | | | **36.25** |
| | | | |
| **Claims Administration** | | | |
| 10/3/2016 | Kim Ponder | Telephone conference with RLKS (LB). | 1.00 |
| 10/3/2016 | Kim Ponder | Claims research. | 5.50 |
| 10/4/2016 | Kim Ponder | Claims research. | 5.50 |
| 10/6/2016 | Kim Ponder | Claims research. | 5.50 |
| 10/6/2016 | Timothy C. Ross | Meeting with Debtors counsel and wind down consultants | 1.00 |
| 10/7/2016 | Kim Ponder | Received, scanned and forwarded jurisdiction communications to EY. | 0.50 |
| 10/10/2016 | Kim Ponder | Intercompany claims research. | 3.00 |
| 10/10/2016 | Timothy C. Ross | Conference call with Debtors wind down consultant (MC) | 0.50 |
| 10/10/2016 | Timothy C. Ross | Researched request from Debtors wind down consultant (MC) | 2.00 |
| 10/11/2016 | Timothy C. Ross | Reviewed and executed Debtors banking matters | 1.00 |
| 10/11/2016 | Timothy C. Ross | Researched and responded to Debtors financial consultant request (MK) | 0.50 |
| 10/12/2016 | Timothy C. Ross | Researched request from Debtors counsel (KH) | 1.00 |
| 10/13/2016 | Kim Ponder | Received and responded to request for information. | 0.50 |
| 10/14/2016 | Kim Ponder | Telephone review sessions with RLKS (RP). | 1.50 |
| 10/18/2016 | Kim Ponder | Compiled quarterly payroll tax package. | 1.00 |
| 10/19/2016 | Kim Ponder | Received, scanned and forwarded jurisdiction communications to EY. | 0.75 |
| 10/20/2016 | Timothy C. Ross | Conference call with Debtors wind down consultant (MC) | 1.00 |
| 10/21/2016 | Kim Ponder | Review and reconcile stipulation to financials. | 1.00 |
| 10/24/2016 | Kim Ponder | QB testing. | 2.00 |
| 10/24/2016 | Timothy C. Ross | Reviewed and reconciled claim settlement document to NT books and records | 1.00 |
| 10/25/2016 | Timothy C. Ross | Conference call with Debtors wind down consultant (KS). | 1.00 |
| 10/26/2016 | Kim Ponder | Claims research. | 1.50 |
| 10/27/2016 | Kim Ponder | Reviewed distribution process documents. | 1.00 |
| 10/28/2016 | Kim Ponder | Received, scanned and forwarded jurisdiction notices to EY. | 1.00 |
| 10/28/2016 | Kim Ponder | Initiated payment to jurisdiction. | 0.50 |
| **Claims Administration Total** | | | **40.75** |
| | | | |
| **Compensation Application** | | | |
| 10/7/2016 | Kim Ponder | Compensation application preparation re:  update of timekeeping records. | 0.50 |
| 10/7/2016 | Timothy C. Ross | Compensation application preparation re:  update of timekeeping records. | 0.50 |
| 10/14/2016 | Kim Ponder | Compensation application preparation re:  update of timekeeping records. | 0.50 |
| 10/14/2016 | Timothy C. Ross | Compensation application preparation re:  update of timekeeping records. | 0.50 |
| 10/18/2016 | Timothy C. Ross | Prepared and submitted expense report | 0.50 |

**Exhibit F**

**The Mergis Group**
**Time Description Detail by Project**

Nortel Networks, Inc. et al.
For the period of October 1, 2016 through October 31, 2016

| Project / Date | Professional | Project Work Description | Hours |
|---|---|---|---|
| 10/20/2016 | Timothy C. Ross | Prepared DRAFT Mergis staffing & compensation report for CGSH review | 2.00 |
| 10/21/2016 | Kim Ponder | Compensation application preparation re:  update of timekeeping records. | 0.50 |
| 10/21/2016 | Timothy C. Ross | Compensation application preparation re:  update of timekeeping records. | 0.50 |
| 10/28/2016 | Kim Ponder | Compensation application preparation re:  update of timekeeping records. | 0.50 |
| 10/28/2016 | Timothy C. Ross | Compensation application preparation re:  update of timekeeping records. | 0.50 |
| **Compensation Application Total** | | | **6.50** |

**Discovery**

| | | | |
|---|---|---|---|
| 10/4/2016 | Timothy C. Ross | Reviewed responded and actioned request from Debtors counsel (PC) | 0.50 |
| 10/6/2016 | Timothy C. Ross | Meeting with Debtors counsel (PC, DH) and wind down consultant (RP) | 0.50 |
| 10/6/2016 | Timothy C. Ross | Worked Debtors litigation matters | 0.50 |
| 10/7/2016 | Timothy C. Ross | Performed database research with Debtors consultant (DC) | 3.50 |
| 10/10/2016 | Timothy C. Ross | Conference call with Debtors counsel | 0.50 |
| 10/17/2016 | Timothy C. Ross | Conference call with Debtors consultant (DC) | 1.00 |
| 10/18/2016 | Timothy C. Ross | Conference call with Debtors consultant (DC) and counsel (JP) | 0.50 |
| 10/25/2016 | Kim Ponder | Assist with Debtors litigation matters as requested. | 6.50 |
| 10/25/2016 | Timothy C. Ross | Assist with Debtors litigation matters as requested. | 0.50 |
| 10/25/2016 | Timothy C. Ross | Assist with Debtors litigation matters as requested. | 1.00 |
| 10/26/2016 | Kim Ponder | Assist with Debtors litigation matters as requested. | 3.00 |
| 10/26/2016 | Timothy C. Ross | Assist with Debtors litigation matters as requested. | 2.00 |
| 10/27/2016 | Timothy C. Ross | Conference call with Debtors counsel (JP). | 0.50 |
| 10/27/2016 | Timothy C. Ross | Assist with Debtors litigation matters as requested. | 1.00 |
| 10/28/2016 | Timothy C. Ross | Conference call with Debtors counsel (PC, EH, DM). | 0.50 |
| 10/31/2016 | Timothy C. Ross | Worked Debtors search request from Counsel (DM). | 2.00 |
| **Discovery Total** | | | **24.00** |

**Entity Liquidation and Wind Down**

| | | | |
|---|---|---|---|
| 10/6/2016 | Timothy C. Ross | Meeting with Debtors counsel (KH) and wind down consultant (KS) | 0.50 |
| 10/11/2016 | Timothy C. Ross | Reviewed and prepared response to Debtors counsel (KH) | 0.50 |
| 10/24/2016 | Timothy C. Ross | Conference call with Debtors counsel (KH, MR). | 0.75 |
| 10/25/2016 | Timothy C. Ross | Conference call with Debtors counsel (KH, RR) | 0.50 |
| **Entity Liquidation and Wind Down Total** | | | **2.25** |

**Finance and General Accounting**

| | | | |
|---|---|---|---|
| 10/3/2016 | Kim Ponder | Posted cash receipts. | 0.50 |
| 10/3/2016 | Timothy C. Ross | Prepared and reviewed Debtors residual staffing time report. | 0.50 |
| 10/3/2016 | Timothy C. Ross | Reviewed and authorized Debtors consultant weekly time / fees | 0.50 |
| 10/4/2016 | Kim Ponder | Posted cash receipts. | 1.00 |
| 10/4/2016 | Kim Ponder | Normal course payables | 1.00 |
| 10/5/2016 | Kim Ponder | Normal course payables | 1.00 |
| 10/5/2016 | Kim Ponder | Normal course payables | 3.00 |
| 10/5/2016 | Kim Ponder | Month end close. | 1.50 |
| 10/6/2016 | Kim Ponder | Received, researched and responded to requests for information. | 1.00 |
| 10/7/2016 | Kim Ponder | Updated W-9 forms for all corporations. | 0.50 |
| 10/7/2016 | Kim Ponder | Correspondence with Deloitte Guatemala. | 3.00 |
| 10/7/2016 | Kim Ponder | Month end close. | 1.00 |
| 10/7/2016 | Kim Ponder | Normal course payables | 1.50 |
| 10/10/2016 | Kim Ponder | QB account maintenance. | 3.00 |
| 10/10/2016 | Kim Ponder | Month end close. | 0.50 |
| 10/10/2016 | Timothy C. Ross | Prepared and submitted Debtors residual staffing time report. | 0.50 |
| 10/10/2016 | Timothy C. Ross | Reviewed and authorized Debtors residual invoices for payment. | 1.00 |
| 10/10/2016 | Timothy C. Ross | Worked documentation requirements for settlements disbursements | 4.00 |
| 10/11/2016 | Kim Ponder | Month end close. | 0.50 |
| 10/11/2016 | Timothy C. Ross | Reviewed and authorized Debtors foreign subsidiary invoices for payment | 1.00 |
| 10/11/2016 | Timothy C. Ross | Worked Debtors financial and accounting matters | 1.50 |
| 10/12/2016 | Kim Ponder | Normal course payables | 5.00 |
| 10/12/2016 | Kim Ponder | Month end close. | 2.50 |
| 10/13/2016 | Kim Ponder | Normal course payables | 3.50 |
| 10/13/2016 | Kim Ponder | Intercompany analysis. | 0.50 |
| 10/13/2016 | Timothy C. Ross | Reviewed and authorized foreign subsidiary invoice(s) for payment | 0.50 |
| 10/13/2016 | Timothy C. Ross | Reviewed and authorized Debtors consultant invoice(s) for payment. | 6.00 |
| 10/14/2016 | Kim Ponder | Month end close. | 1.00 |
| 10/17/2016 | Kim Ponder | Intercompany reporting. | 1.50 |
| 10/17/2016 | Kim Ponder | Normal course payables | 0.50 |
| 10/17/2016 | Kim Ponder | Intercompany billings. | 1.00 |
| 10/17/2016 | Kim Ponder | Month end close. | 0.50 |
| 10/17/2016 | Timothy C. Ross | Prepared and submitted Debtors residual staffing and time report. | 0.50 |
| 10/17/2016 | Timothy C. Ross | Reviewed and authorized Debtors consultant time and expenses for reimbursement. | 2.00 |
| 10/17/2016 | Timothy C. Ross | Reviewed and authorized Debtors Bank reconciliations | 3.50 |
| 10/17/2016 | Timothy C. Ross | Prepared Interco/affiliate AR/AP reporting and reconciled balancing | 0.50 |
| 10/18/2016 | Kim Ponder | QB GL account maintenance. | 3.00 |
| 10/18/2016 | Timothy C. Ross | Worked Debtors financial and accounting matters | 1.50 |
| 10/19/2016 | Kim Ponder | Normal course payables | 0.50 |
| 10/19/2016 | Kim Ponder | Posted cash receipts. | 2.00 |
| 10/19/2016 | Timothy C. Ross | Worked Debtors financial and accounting matters | 5.50 |
| 10/20/2016 | Kim Ponder | GL reconciliations. | 2.00 |
| 10/20/2016 | Timothy C. Ross | Worked Debtors financial and accounting matters | 2.50 |
| 10/21/2016 | Kim Ponder | Normal course payables | 1.00 |
| 10/21/2016 | Kim Ponder | QB GL maintenance. | 1.00 |
| 10/21/2016 | Kim Ponder | Normal course payables | 1.00 |
| 10/21/2016 | Kim Ponder | QB vendor file maintenance. | |

## Exhibit F

### The Mergis Group
### Time Description Detail by Project

Nortel Networks, Inc. et al.
For the period of October 1, 2016 through October 31, 2016

| Project Date | Professional | Project Work Description | Hours |
|---|---|---|---|
| 10/24/2016 | Kim Ponder | Normal course payables | 1.50 |
| 10/24/2016 | Timothy C. Ross | Prepared and submitted Debtors consultant time reports. | 0.50 |
| 10/25/2016 | Kim Ponder | Normal course payables | 1.00 |
| 10/25/2016 | Timothy C. Ross | Reviewed and authorized Debtors foreign subsidiary invoices for payment. | 0.50 |
| 10/26/2016 | Kim Ponder | Posted cash receipts. | 0.50 |
| 10/26/2016 | Timothy C. Ross | Prepared and recorded Debtors intercompany invoices. | 1.00 |
| 10/26/2016 | Timothy C. Ross | Reviewed and authorized Debtors invoices for payment. | 1.00 |
| 10/27/2016 | Kim Ponder | Posted cash receipts. | 0.50 |
| 10/27/2016 | Kim Ponder | Normal course payables | 3.00 |
| 10/27/2016 | Kim Ponder | Communications with Deloitte GTQ. | 1.00 |
| 10/27/2016 | Kim Ponder | Prepared US Trustee package. | 0.50 |
| 10/28/2016 | Kim Ponder | Bank statement retention. | 1.00 |
| 10/28/2016 | Kim Ponder | Intercompany billing processing and settlement. | 1.00 |
| 10/28/2016 | Kim Ponder | Normal course payables | 1.50 |
| 10/28/2016 | Timothy C. Ross | Prepared and recorded Debtors intercompany invoices | 1.00 |
| 10/31/2016 | Kim Ponder | Normal course payables | 1.00 |
| 10/31/2016 | Kim Ponder | Intercompany billings. | 1.50 |
| 10/31/2016 | Kim Ponder | Month end close. | 2.50 |
| 10/31/2016 | Timothy C. Ross | Authorized and submitted Debtors consultant time reports. | 0.50 |
| 10/31/2016 | Timothy C. Ross | Prepared and communicated financial close schedule.. | 1.00 |
| 10/31/2016 | Timothy C. Ross | Issued Debtors intercompany invoices | 1.00 |
| **Finance and General Accounting Total** | | | **100.50** |

**Human Resources**

| | | | |
|---|---|---|---|
| 10/28/2016 | Kim Ponder | Responded to involuntary deduction request re:  former employee. | 0.50 |
| **Human Resources Total** | | | **0.50** |

**Information Technology Operations**

| | | | |
|---|---|---|---|
| 10/4/2016 | Kim Ponder | Initial testing of QB v17. | 1.00 |
| 10/5/2016 | Kim Ponder | QB v17 testing. | 2.50 |
| 10/24/2016 | Kim Ponder | Worked with Intuit tech to resolve QB error condition. | 1.00 |
| **Information Technology Operations Total** | | | **4.50** |

**Insurance & Risk Management**

| | | | |
|---|---|---|---|
| 10/4/2016 | Timothy C. Ross | Received, researched and responded to Debtors insurance broker request (KS) | 1.00 |
| 10/7/2016 | Timothy C. Ross | Reviewed and authorized Debtors policy renewal and invoices | 1.00 |
| 10/11/2016 | Timothy C. Ross | Received, reviewed, and responded to Debtors insurance broker | 0.50 |
| 10/11/2016 | Timothy C. Ross | Follow-up with Debtors insurance broker | 0.50 |
| 10/28/2016 | Timothy C. Ross | Follow-up with Debtors insurance broker | 0.50 |
| **Insurance & Risk Management Total** | | | **3.50** |

**Plan of Reorganization**

| | | | |
|---|---|---|---|
| 10/3/2016 | Timothy C. Ross | Updated and analyzed GA allocation model | 6.00 |
| 10/5/2016 | Timothy C. Ross | Meeting with Debtors counsel, financial advisor, and wind down consultants | 9.50 |
| 10/6/2016 | Timothy C. Ross | Meeting with wind down consultant (KS, MC, RP) | 2.00 |
| 10/10/2016 | Timothy C. Ross | Worked request from Debtors counsel (LH) | 2.00 |
| 10/11/2016 | Kim Ponder | Received, researched and responded to information request for Debtor's counsel. | 4.00 |
| 10/11/2016 | Timothy C. Ross | Researched and responded to Debtors counsel (ML) | 0.50 |
| 10/11/2016 | Timothy C. Ross | Worked request from Debtors counsel (LH) | 2.00 |
| 10/12/2016 | Timothy C. Ross | Conference call with Debtors financial consultant (MK) and wind down consultant (MC) | 0.50 |
| 10/12/2016 | Timothy C. Ross | Researched and responded to Debtors financial consultant (MK) request | 1.00 |
| 10/12/2016 | Timothy C. Ross | Conference call with Debtors wind down consultant (KS) | 0.50 |
| 10/12/2016 | Timothy C. Ross | Revised cost  budget package. | 4.00 |
| 10/13/2016 | Timothy C. Ross | Conference call with Debtors counsel (LS, ML, PC, DA), financial advisor (MK), wind down consultant (KS, MC) and principal officer (JR) | 3.00 |
| 10/13/2016 | Timothy C. Ross | Updated GA Allocation model. | 1.00 |
| 10/13/2016 | Timothy C. Ross | Researched and responded to Debtors counsel (ML) | 1.00 |
| 10/14/2016 | Timothy C. Ross | Conference call with Debtors counsel (DA, PV, KH) and wind down consultant (MC) | 1.00 |
| 10/14/2016 | Timothy C. Ross | Researched and responded to Debtors financial consultant (MK) | 1.00 |
| 10/14/2016 | Timothy C. Ross | Received, reviewed, and responded to Debtors counsel (KH) | 0.50 |
| 10/14/2016 | Timothy C. Ross | Analyzed and responded to Debtors financial advisor (MK) | 4.00 |
| 10/17/2016 | Timothy C. Ross | Conference call with Debtors financial advisor (MK) | 0.50 |
| 10/17/2016 | Timothy C. Ross | Researched and responded to Debtors counsel (ML) | 1.00 |
| 10/18/2016 | Timothy C. Ross | Researched and responded to request from Debtors counsel (LH) | 0.50 |
| 10/18/2016 | Timothy C. Ross | Prepared and responded to information request from Counsel (LH) | 1.00 |
| 10/18/2016 | Timothy C. Ross | Updated GA allocation model. | 1.50 |
| 10/19/2016 | Kim Ponder | Received, researched and responded to information request for Debtor's counsel. | 4.50 |
| 10/19/2016 | Timothy C. Ross | Updated GA allocation model. | 4.00 |
| 10/20/2016 | Timothy C. Ross | Conference call with Debtors financial advisor (MK) and wind down consultant (MC) | 0.50 |
| 10/24/2016 | Kim Ponder | Prepared analysis requested. | 3.00 |
| 10/24/2016 | Timothy C. Ross | Conference call with Debtors financial consultant (MK) and wind down consultant (MC). | 0.50 |
| 10/25/2016 | Timothy C. Ross | Researched and responded to Debtors wind down consultant (MC) request. | 1.00 |
| 10/25/2016 | Timothy C. Ross | Reviewed and responded to Debtors counsel (LH) document request. | 0.50 |
| 10/27/2016 | Kim Ponder | Responded to request for information. | 0.50 |
| 10/27/2016 | Timothy C. Ross | Researched and responded to request from Debtors counsel (ML) | 1.00 |
| 10/31/2016 | Timothy C. Ross | Reviewed DS and Plan documents from Counsel (RD). | 2.00 |
| **Plan of Reorganization Total** | | | **65.50** |

**Professional Fee Applications**

Exhibit F

## The Mergis Group
### Time Description Detail by Project

Nortel Networks, Inc. et al.
For the period of October 1, 2016 through October 31, 2016

| Project / Date | Professional | Project Work Description | Hours |
|---|---|---|---|
| 10/3/2016 | Kim Ponder | Processed fee applications filed by Professionals. | 1.00 |
| 10/5/2016 | Kim Ponder | Processed fee application filed by Professional. | 0.50 |
| 10/12/2016 | Kim Ponder | Processed fee applications filed by Professionals. | 1.00 |
| 10/17/2016 | Kim Ponder | Processed fee application filed by Professional. | 0.50 |
| 10/20/2016 | Kim Ponder | Reconciled Fee Examiner reports to QB. | 1.50 |
| 10/21/2016 | Kim Ponder | Reconciled Fee Examiner reports to QB. | 1.00 |
| 10/24/2016 | Kim Ponder | Processed fee application filed by Professional. | 0.50 |
| 10/26/2016 | Kim Ponder | Processed fee application filed by Professional. | 0.50 |
| 10/28/2016 | Kim Ponder | Processed fee applications filed by Professionals. | 1.50 |
| **Professional Fee Applications Total** | | | **8.00** |

### Real Estate Management

| | | | |
|---|---|---|---|
| 10/25/2016 | Timothy C. Ross | Received, reviewed, and responded to Debtors counsel (HM). | 0.50 |
| 10/28/2016 | Timothy C. Ross | Reviewed and executed Debtors extension agreement. | 0.50 |
| **Real Estate Management Total** | | | **1.00** |

### Residual Business Operations

| | | | |
|---|---|---|---|
| 10/3/2016 | Timothy C. Ross | Prepared and issued royalty income invoice | 1.00 |
| 10/7/2016 | Kim Ponder | Weekly mail delivery and processing. | 1.50 |
| 10/10/2016 | Timothy C. Ross | Performed Director compensation true-up analysis | 1.00 |
| 10/13/2016 | Kim Ponder | Weekly postal delivery and processing. | 1.50 |
| 10/18/2016 | Kim Ponder | Postal delivery. | 1.00 |
| 10/26/2016 | Kim Ponder | Weekly postal delivery and processing. | 1.50 |
| 10/28/2016 | Timothy C. Ross | Prepared environmental reserve analysis and authorized professional fees for payment. | 1.00 |
| **Residual Business Operations Total** | | | **8.50** |

### Tax Matters

| | | | |
|---|---|---|---|
| 10/4/2016 | Timothy C. Ross | Reviewed and authorized Debtors tax matters | 0.50 |
| 10/6/2016 | Kim Ponder | Provided analysis requested by EY. | 1.00 |
| 10/12/2016 | Kim Ponder | Online annual report filing. | 0.50 |
| 10/13/2016 | Timothy C. Ross | Reviewed and authorized Debtors subsidiary tax matters | 0.50 |
| 10/17/2016 | Kim Ponder | Prepared analysis per EY request. | 4.50 |
| 10/18/2016 | Kim Ponder | Received, reviewed and forwarded tax correspondence to EY tax team. | 0.50 |
| 10/18/2016 | Kim Ponder | Online filing of annual tax report. | 0.50 |
| 10/18/2016 | Timothy C. Ross | Reviewed and executed Debtors tax matters | 0.50 |
| 10/18/2016 | Timothy C. Ross | Reviewed and executed Debtors tax matters | 0.50 |
| 10/18/2016 | Timothy C. Ross | Reviewed and executed Debtors tax matters | 1.00 |
| 10/25/2016 | Kim Ponder | Certified mailing re:  MA withdrawal. | 0.50 |
| 10/25/2016 | Timothy C. Ross | Meeting with Debtors tax professionals (JS, JW). | 1.00 |
| 10/26/2016 | Kim Ponder | Prepared tax package per EY request. | 0.50 |
| 10/26/2016 | Timothy C. Ross | Conference call with Debtors counsel (MR) and foreign subsidiary tax professionals. | 0.50 |
| 10/26/2016 | Timothy C. Ross | Download daily foreign bank account balances. | 0.50 |
| 10/27/2016 | Timothy C. Ross | Reviewed and authorized Debtors CA tax document. | 0.50 |
| 10/28/2016 | Kim Ponder | Received, reviewed and forwarded notices to EY tax team. | 0.50 |
| 10/28/2016 | Timothy C. Ross | Download daily foreign bank account balances. | 0.50 |
| 10/28/2016 | Timothy C. Ross | Reviewed and actioned Debtors state registration matters. | 0.50 |
| 10/31/2016 | Kim Ponder | Prepared requested analysis. | 3.00 |
| 10/31/2016 | Timothy C. Ross | Reviewed and authorized Debtors tax matters | 0.50 |
| **Tax Matters Total** | | | **18.50** |

### Travel

| | | | |
|---|---|---|---|
| 10/4/2016 | Timothy C. Ross | Travel from Raleigh to NYC at half time (6 hours) | 3.00 |
| 10/6/2016 | Timothy C. Ross | Travel from Raleigh to NYC at half time (6 hours) | 3.00 |
| **Travel Total** | | | **6.00** |

For the period of October 1, 2016 through October 31, 2016          343.25

Exhibit G

**The Mergis Group**
**Summary of Expenses By Category**

**Nortel Networks, Inc. et al.**
For the period of October 1, 2016 through October 31, 2016

| Expense Category | Expenses |
|---|---|
| Airfare | 407.32 |
| Lodging | 1,621.69 |
| Meals | 235.84 |
| Parking | - |
| Ground Transportation | 229.62 |
| Office Expense | 239.10 |
| Professional | - |
| Miscellaneous | 12.95 |
| **For the period of October 1, 2016 through October 31, 2016** | **$    2,746.52** |

# Exhibit H

## The Mergis Group
### Expense Detail

Nortel Networks, Inc. et al.
For the period of October 1, 2016 through October 31, 2016

| Date (s) Incurred | Name of Professional | Purpose | | Location Visited | |
|---|---|---|---|---|---|
| 10/03/16 | Kim Ponder | Purchase office supplies | | Local | |
| | Expense Category | Vendor | | | Expenses |
| | Airfare | | | | - |
| | Lodging | | | | - |
| | Meals | | | | - |
| | Parking | | | | - |
| | Ground Transportation | | | | - |
| | Office Expense | Staples | | | 239.10 |
| | Professional | | | | - |
| | Miscellaneous | | | | - |
| | Total | | | $ | 239.10 |

| Date (s) Incurred | Name of Professional | Purpose | | Location Visited | |
|---|---|---|---|---|---|
| 10/04/16 | Timothy C. Ross | Debtors Planning Meeting | | NYC | |
| | Expense Category | Vendor | | | Expenses |
| | Airfare | American Airlines | | | 407.32 |
| | Lodging | The Ritz-Carlton New York, Battery Park | | | 1,621.69 |
| | Meals | Ritz-Carlton room service, Ale House, Healthy Gourmet, Duane Reade | | | 235.84 |
| | Parking | | | | - |
| | Ground Transportation | Dial 7, White Horse Transportation, NYC Cab | | | 229.62 |
| | Office Expense | | | | - |
| | Professional | | | | - |
| | Miscellaneous | Ritz-Carlton Hotel Internet | | | 12.95 |
| | Total | | | $ | 2,507.42 |

| Date (s) Incurred | Name of Professional | Purpose | | Location Visited | |
|---|---|---|---|---|---|
| | Expense Category | Vendor | | | Expenses |
| | Airfare | | | | - |
| | Lodging | | | | - |
| | Meals | | | | - |
| | Parking | | | | - |
| | Ground Transportation | | | | - |
| | Office Expense | | | | - |
| | Professional | | | | - |
| | Miscellaneous | | | | - |
| | Total | | | $ | - |

| Date (s) Incurred | Name of Professional | Purpose | | Location Visited | |
|---|---|---|---|---|---|
| | Expense Category | Vendor | | | Expenses |
| | Airfare | | | | - |
| | Lodging | | | | - |
| | Meals | | | | - |
| | Parking | | | | - |
| | Ground Transportation | | | | - |
| | Office Expense | | | | - |
| | Professional | | | | - |
| | Miscellaneous | | | | - |
| | Total | | | $ | - |

| For the period of October 1, 2016 through October 31, 2016 | | $ | 2,746.52 |
|---|---|---|---|