## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re:

NORTEL NETWORKS, INC., *et al.*,[1]

Debtors.

Chapter 11

Case No. 09-10138 (KG)
Jointly Administered

**Re: D.I. 17344**
**Hearing Date: Dec. 6, 2016@10:00 a.m.**

## CERTIFICATION OF COUNSEL REGARDING AGREED ORDER RESOLVING DEBTORS' FORTY-SIXTH OMNIBUS OBJECTION (SUBSTANTIVE) TO CERTAIN CLAIMS PURSUANT TO § 503, FED. R. BANKR. P. 3007 AND DEL. L.R. 3007-1 (NO LIABILITY CLAIMS)

WHEREAS, on January 14,2009  (the "Petition Date"), the Debtors other than Nortel

Networks (CALA), Inc. (NN CALA), filed voluntary petitions in this Court commencing cases

(the "Cases") for relief under Chapter 11 of the Bankruptcy Code which are consolidated for

procedural purposes only. The Debtors continue to operate as debtors in possession pursuant to

§§ 1107(a) and 1108 of the Bankruptcy Code.

WHEREAS, on December 14, 2009 and on January 20, 2010 for NN CALA, Dietmar

Wendt filed proofs of claim against each of the Debtors which are identified as Proof of Claims

6223-6247 and 6806.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567).   Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

WHEREAS, on December 15, 2009 and on January 20, 2010 for NN CALA, John Roese filed proofs of claim against each of the Debtors which are identified as Proof of Claims 6249-6262,6281 and 6807.

WHEREAS, on December 15, 2009 and on January 20, 2010 for NN CALA, Lauren Flaherty filed proofs of claim against each of the Debtors which are identified as Proof of Claims 6263-6277 and 6808.

WHEREAS, the proofs of claim (Collectively "Claims") were all based upon termination agreements signed by representatives of Nortel Networks Limited or Nortel Networks Corporation.

WHEREAS, the Claims each asserted a claim against Debtors as a subsidiary or affiliate of Nortel Networks Corporation and/or Nortel Networks Limited.

WHEREAS, on May 12, 2015, Judges in both Canada and the United States issued opinions regarding allocation of the global Nortel assets and on July 6, 2015 Judges in both Canada and the United States issued opinions regarding reconsideration of their allocation decisions, which decisions were appealed in the United States and Canada.

WHEREAS, on or about October 12, 2016, a global settlement was reached resolving the allocation issues which remains subject to approval by the Court.

WHEREAS, on November 4, 2016, Debtors filed the Forty-Sixth Omnibus Objection (Substantive) To Certain Claims Pursuant to 11 U.S.C. § 502, Fed. Bankr. P. 3007 And Del. L.R. 3007-1(No-Liability Claims) asserting that the Debtors were not liable to Dietmar Wendt, John Roese and Lauren Flaherty for the Claims.

WHEREAS, the Canadian Monitor has refused to allow the claims of Dietmar Wendt, John Roese and Lauren Flaherty until they withdraw the Claims as against the Debtors.

2

WHEREAS Dietmar Wendt, John Roese and Lauren Flaherty have decided to withdraw the Claims against the Debtors with prejudice, but without effect on the prosecution of their claims against the Canadian Debtors.

NOW THEREFORE, The Debtors and Dietmar Wendt, John Roese and Lauren Flaherty and each of them individually agree to the withdrawal of the Claims and pursuant to Fed. Bankr. P. 3006 seek entry of the Order attached hereto as Exhibit "A" allowing the withdrawal of the Claims with prejudice as against the Debtors with each side to be solely responsible for their own costs. It is further agreed that this shall be without prejudice as it relates to any claims against the Canadian Debtors.

By:     */s/ Rachel B. Mersky*
      Rachel B. Mersky, (Del. No. 2049)
      1201 N. Orange Street, Suite 400
      Wilmington, Delaware 19801
      (302) 656-8162
      (302) 656-2769 (Fax)
      rmersky@monlaw.com

      *Counsel to DEITMER WENDT, JOHN ROESE AND LAUREN FLAHERTY*

      **AND**

      CLEARY GOTTLIEB STEEN & HAMILTON LLP

      James L. Bromley (admitted *pro hac vice*)
      Lisa M. Schweitzer (admitted *pro hac vice*)
      One Liberty Plaza
      New York, New York 10006
      Telephone:  (212) 225-3505
      Facsimile:  (212) 225-3999

- and -

3

MORRIS, NICHOLS, ARSHT & TUNNELL LLP


*/s/ Tamara K. Minott*
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Tamara K. Minott (No. 5643)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware  19801
Telephone:  (302) 658-9200
Facsimile: (302) 658-3989

*Counsel for the Debtors*
*and Debtors-in-Possession*


Dated: November 22, 2016