## Exhibit A

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NORTEL NETWORKS, INC., *et al.*,[1]<br><br>        Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br>Jointly Administered<br><br>**Re: D.I. 17344, _____**<br>**Hearing Date: Dec. 6, 2016@10:00 a.m.** |

**ORDER APPROVING; (1) THE WITHDRAWAL OF CLAIMS 6233-6247 AND 6806 FILED BY DIETMAR WENDT; (2) THE WITHDRAWAL OF CLAIMS 6249-6262, 6281 AND 6807 FILED BY JOHN ROESE AND (3) THE WITHDRAWAL OF CLAIMS 6263-6277 AND 6808 FILED BY LAUREN FLAHERTY**

Upon consideration of the Certification Of Counsel Regarding Agreed Order Resolving Debtors' Forty-Sixth Omnibus Objection (Substantive) To Certain Claims Pursuant To § 503, Fed. R. Bankr. P.3007 And Del. L.R. 3007-1 (No Liability Claims):

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1.      Claims 6233-6247 and 6806 filed by Dietmar Wendt are hereby withdrawn and expunged with prejudice as to the Debtors, but such withdrawal and expungement shall have no effect on any rights Dietmar Wendt has, or may have, against the Canadian Estates.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

2.      Claims 6249-6262,6281 and 6807 filed by John Roese are hereby withdrawn and expunged with prejudice as to the Debtors, but such withdrawal and expungement shall have no effect on any rights John Roese has, or may have, against the Canadian Estates.

3.      Claims 6263-6277 and 6808 filed by Lauren Flaherty are hereby withdrawn and expunged with prejudice as to the Debtors, but such withdrawal and expungement shall have no effect on any rights John Roese has, or may have, against the Canadian Estates.

4.      The Debtors, the Debtors' claims agent, Epiq Bankruptcy Solutions, LLC and the Clerk of the Court are authorized to take any actions necessary and appropriate to give effect to this order.

Dated: _____

_____
THE HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE