# EXHIBIT A

**Nortel Networks, Inc, et al.**
**(Case No. 09-10138 (KG))**

**CHILMARK PARTNERS, LLC**
October 1, 2016 - October 31, 2016

**Summary of Services Rendered by Project**

| Project Code | Nature of Services | Oct 2016 Hours |
|---|---|---|
| 1 | Asset Analysis and Recovery | 93.0 |
| 2 | Business Operations / General Corporate / Real Estate | - |
| 3 | Projections/Business Plan/Corporate wind-down | - |
| 4 | Analysis of Historical Results | - |
| 5 | Meetings with Debtor's Counsel | - |
| 6 | Committee Matters and Creditor Meetings | - |
| 7 | Claims Administration and Analysis | 49.0 |
| 8 | Intercompany Transactions/Balances | - |
| 9 | Intellectual Property | - |
| 10 | Employee Benefits / Pension | - |
| 11 | Fee Applications Preparation | - |
| 12 | Tax Issues | - |
| 13 | Hearings | - |
| 14 | Litigation / Adversary Proceedings | 84.0 |
| 15 | Travel | 15.0 |
| 16 | Plan of Reorganization / Disclosure Statement | - |
| | **TOTAL** | 241.0 |

**Summary of Services Rendered by Professional**

| Name | Oct 2016 Hours |
|---|---|
| Michael Kennedy, Member | 233.0 |
| Aaron Taylor, Member | - |
| Matthew Rosenberg, Managing Director | 8.0 |
| Paul Huettner, Analyst | - |
| Jamie Ellis, Analyst | - |
| James Elish, Analyst | - |
| **TOTAL** | 241.0 |

**Nortel Networks, Inc**
October 1, 2016 - October 31, 2016 Time Detail
Chilmark Partners, LLC
<u>Michael Kennedy</u>

| Date | Description of Work | Oct 2016 Hours | Code |
|---|---|---|---|
| 10/1/2016 | Draft, comment and review material re: asset and claims | 3.0 | 1 |
| 10/2/2016 | Calls, communications, prepare material re: allocation litigation matters and strategy | 4.0 | 14 |
| 10/3/2016 | Calls and communications w/ management re: claims & asset recovery | 4.0 | 1 |
| 10/3/2016 | Review and update material for management re: litigation | 5.0 | 14 |
| 10/4/2016 | Travel to New York | 4.0 | 15 |
| 10/4/2016 | Calls, communications, prepare material re: allocation litigation matters and strategy | 5.0 | 14 |
| 10/4/2016 | Calls and communications w/ management re: claims & asset recovery | 2.0 | 1 |
| 10/5/2016 | Follow-up with US counsel, other professionals & review of material / analysis | 10.0 | 14 |
| 10/6/2016 | Calls and communications w/ management re: claims & asset recovery | 3.0 | 1 |
| 10/6/2016 | Calls, communications, prepare material re: allocation litigation matters and strategy | 2.0 | 14 |
| 10/6/2016 | Travel to Chicago | 4.0 | 15 |
| 10/7/2016 | Calls, communications, prepare material re: allocation litigation matters and strategy | 2.0 | 14 |
| 10/7/2016 | Calls and communications w/ management re: claims & asset recovery | 6.0 | 1 |
| 10/8/2016 | Calls, communications, prepare material re: allocation litigation matters and strategy | 3.0 | 14 |
| 10/9/2016 | Calls, communications, prepare material re: allocation litigation matters and strategy | 2.0 | 14 |
| 10/10/2016 | Calls and communications w/ management re: claims & asset recovery | 5.0 | 1 |
| 10/10/2016 | Calls, communications, prepare material re: allocation litigation matters and strategy | 6.0 | 14 |
| 10/11/2016 | Review cash flash report | 1.0 | 1 |
| 10/11/2016 | Calls, communications, prepare material re: allocation litigation matters and strategy | 6.0 | 14 |
| 10/11/2016 | Calls and communications w/ management re: claims & asset recovery | 2.0 | 1 |
| 10/12/2016 | Review material and provide comments re: claims & asset recovery | 5.0 | 1 |
| 10/12/2016 | Review Monitor cash forecast | 1.0 | 1 |
| 10/12/2016 | Calls, communications, prepare material re: allocation litigation matters and strategy | 4.0 | 14 |
| 10/13/2016 | Review draft material, calls & communications re: claims matters | 3.0 | 7 |
| 10/13/2016 | Calls and communications w/ management re: claims & asset recovery | 2.0 | 1 |
| 10/13/2016 | Calls, communications, prepare material re: allocation litigation matters and strategy | 2.0 | 14 |
| 10/14/2016 | Travel to New York | 4.0 | 15 |
| 10/14/2016 | Meetings with US counsel, other professionals & creditors | 3.0 | 14 |
| 10/14/2016 | Review, update material and calls from other professionals re: claims & taxes | 4.0 | 14 |
| 10/14/2016 | Travel to Chicago | 3.0 | 15 |
| 10/15/2016 | Draft, comment and review material re: asset and claims | 3.0 | 1 |
| 10/15/2016 | Calls and communications with creditor representatives | 2.0 | 7 |
| 10/17/2016 | Review draft material, calls & communications re: claims matters | 5.0 | 7 |
| 10/17/2016 | Communications with monitor representatives re: litigation | 1.0 | 7 |
| 10/17/2016 | Calls and communications with creditor representatives | 2.0 | 7 |
| 10/18/2016 | Calls and communications w/ management & professionals re: debtor subsidiaries | 2.0 | 1 |
| 10/18/2016 | Review material and provide comments re: claims & asset recovery | 6.0 | 1 |
| 10/19/2016 | Review draft material, calls & communications re: claims matters | 3.0 | 7 |
| 10/19/2016 | Review Monitor cash forecast & cash flash | 1.0 | 1 |
| 10/19/2016 | Review draft material re: asset recovery & claims matters | 3.0 | 1 |
| 10/19/2016 | Calls and communications w/ management re: claims & asset recovery | 1.0 | 1 |
| 10/19/2016 | Review RM Report | 2.0 | 1 |
| 10/20/2016 | Review draft material, calls & communications re: claims matters | 6.0 | 7 |
| 10/21/2016 | Review draft material re: asset recovery & claims matters | 8.0 | 1 |
| 10/23/2016 | Review draft material, calls & communications re: claims matters | 4.0 | 7 |
| 10/24/2016 | Review draft material, calls & communications re: claims matters | 3.0 | 7 |
| 10/24/2016 | Calls and communications w/ management re: claims & asset recovery | 2.0 | 1 |
| 10/24/2016 | Review draft material re: asset recovery & claims matters | 4.0 | 1 |
| 10/25/2016 | Draft, comment and review material re: allocation litigation matters and strategy | 5.0 | 14 |
| 10/25/2016 | Calls and communications with creditor representatives | 2.0 | 7 |
| 10/25/2016 | Calls, communications, prepare material re: allocation & litigation matters | 2.0 | 14 |
| 10/26/2016 | Communications with monitor representatives re: litigation | 1.0 | 7 |
| 10/26/2016 | Calls, communications, prepare material re: allocation & litigation matters | 4.0 | 14 |
| 10/26/2016 | Calls and communications w/ management re: claims & asset recovery | 2.0 | 1 |
| 10/27/2016 | Calls, communications and discussion with other professionals re: taxes | 2.0 | 14 |
| 10/27/2016 | Review draft material, calls & communications re: claims matters | 5.0 | 7 |
| 10/27/2016 | Follow-up with US counsel, other professionals & review of material / analysis | 5.0 | 14 |
| 10/28/2016 | Calls and communications with creditor representatives | 2.0 | 7 |
| 10/28/2016 | Review, comment and prepare draft material re: asset recovery & claims matters | 6.0 | 1 |
| 10/29/2016 | Review draft material, calls & communications re: claims matters | 5.0 | 7 |
| 10/29/2016 | Review, comment and prepare draft material re: asset recovery & claims matters | 7.0 | 1 |
| 10/30/2016 | Review, comment and prepare draft material re: asset recovery & claims matters | 4.0 | 1 |
| 10/30/2016 | Review draft material, calls & communications re: claims matters | 3.0 | 7 |
| 10/31/2016 | Review, comment and prepare draft material re: asset recovery & claims matters | 8.0 | 1 |
| 10/31/2016 | Review draft material, calls & communications re: claims matters | 2.0 | 7 |
| **Oct 2016 Total** | | **233.0** | |

**Nortel Networks, Inc**
October 1, 2016 - October 31, 2016 Time Detail
Chilmark Partners, LLC
Matthew Rosenberg

| Date | Description of Work | Oct 2016 Hours | Code |
|---|---|---|---|
| 10/3/2016 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 10/5/2016 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 10/13/2016 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 10/14/2016 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 10/19/2016 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 10/21/2016 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 10/25/2016 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 10/31/2016 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| **Oct 2016 Total** | | **8.0** | |