# EXHIBIT B

**EXPENSE DETAIL**

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

October 1, 2016 Through October 31, 2016

| Professional | Trip Date | Description | Amount |
|---|---|---|---|
| Mike Kennedy | 10/4/16-10/6/16 | Flight to New York, NY | $ 997.33 |
| Mike Kennedy | 10/4/16-10/6/16 | Hotel (two nights) | $ 1,000.00 |
| Mike Kennedy | 10/4/16-10/6/16 | Ground Transportation | $ 227.00 |
| Mike Kennedy | 10/4/16-10/6/16 | Breakfast | $ 10.00 |
| Mike Kennedy | 10/4/16-10/6/16 | Lunch | $ 25.00 |
| Mike Kennedy | 10/4/16-10/6/16 | Dinner | $ 15.00 |
| Mike Kennedy | 10/14/2016 | Flight to New York, NY | $ 997.33 |
| Mike Kennedy | 10/14/2016 | Ground Transportation | $ 75.00 |
| Mike Kennedy | 10/14/2016 | Lunch | $ 20.00 |
| Mike Kennedy | 10/14/2016 | Dinner | $ 20.00 |
| Chilmark | 10/31/2016 | Conference Calls | $ 75.09 |
| **Total Expenses** | | | **$ 3,461.75** |

Note:  All airfare is being charged at a coach class rate.