## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re Nortel Networks Inc., *et al.,*[1] | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | 09-10138 (KG) |
| | ) | (Jointly Administered) |
| | ) | **Obj. Deadline: December 7, 2016 at 4:00 p.m.** |
| | ) | **Hearing Date: December 20, 2016 at 10:00 a.m.** |

### NOTICE OF MOTION OF SNMP RESEARCH, INC. AND
### SNMP RESEARCH INTERNATIONAL, INC. TO AMEND
### PROOFS OF CLAIM AND ADD SNMP RESEARCH, INC. AS CLAIMANT

**PLEASE TAKE NOTICE** that, on November 23, 2016, SNMP Research, Inc. and SNMP Research International, Inc. ("SNMP") filed the **Motion of SNMP Research, Inc. and SNMP Research International, Inc. to Amend Proofs of Claim and Add SNMP Research, Inc. as Claimant** (the "Motion") with the Court.

**PLEASE TAKE FURTHER NOTICE** that an objection, if any, to the Motion must be in writing, filed with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, and served upon the undersigned counsel for SNMP, so that it is received **on or before 4:00 p.m. (ET) on December 7, 2016**.

**PLEASE TAKE FURTHER NOTICE** THAT, A HEARING ON THE MOTION WILL BE HELD ON **DECEMBER 20, 2016 AT 10:00 A.M. (PREVAILING EASTERN TIME)** BEFORE THE HONORABLE KEVIN GROSS, UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 6TH FLOOR, COURTROOM NO. 3, 824 NORTH MARKET STREET, WILMINGTON, DELAWARE 19801.

---

[1] Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Component Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567), Nortel Networks (CALA) Inc. (4226) ("NNCALA"), and Nortel Networks India International Inc. (8667) ("NNIII") (collectively, the "U.S. Debtors").

**PLEASE TAKE FURTHER NOTICE** that, if you fail to respond in accordance with this notice, the Court may grant the relief requested by the Motion without further notice or hearing.

Dated: November 23, 2016
      Wilmington, Delaware

<table>
<tr>
<td valign="top">

**OF COUNSEL**
Richard S. Busch, Esq.
**King & Ballow Law Offices**
315 Union Street, Suite 1100
Nashville, TN 37201
(615) 259-3456 (Phone)
(615) 726-5417 (Fax)
rbusch@kingballow.com

-and-

John L. Wood, Esq.
**Egerton, McAfee, Armistead &**
**Davis, P.C.**
900 S. Gay Street
Knoxville, TN 37902
(865) 546-0500 (Phone)
(865) 525-5293 (Fax)
jwood@emlaw.com

</td>
<td valign="top">

**COLE SCHOTZ P.C.**

*/s/ Nicholas J. Brannick*
Norman L. Pernick (No. 2290)
Nicholas J. Brannick (No. 5721)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
(302) 651-2002 (Phone)
(302) 652-3117 (Fax)
npernick@coleschotz.com
nbrannick@coleschotz.com

-and-

G. David Dean, Esq.
300 E. Lombard Street, Suite 1450
Baltimore, MD 21202
(410) 230-0660 (Phone)
(410) 230-0667 (Fax)
ddean@coleschotz.com

*Counsel for Plaintiffs SNMP Research, Inc. and*
*SNMP Research International, Inc.*

</td>
</tr>
</table>