IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re Nortel Networks Inc., *et al.*,[1] | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | 09-10138 (KG) |
| | ) | (Jointly Administered) |
| | ) | |
| | ) | **Related Docket No.** ___ |
| | ) | |

## ORDER AUTHORIZING SNMP RESEARCH INTERNATIONAL, INC. TO FILE AMENDED PROOFS OF CLAIM AND ADDING SNMP RESEARCH, INC. AS A CLAIMANT IN THOSE CLAIMS

Upon consideration of the Motion of SNMP Research International, Inc. to Amend Proofs of Claim and Add SNMP Research, Inc. as Claimant (the "Motion"),[2] and finding that good cause exists to grant the relief requested in the Motion, it is ORDERED that:

1. The Motion is GRANTED.

2. SNMPRI is permitted to file the Proposed Claims as amendments to the Original Claims and Previously Amended Claims.

3. Upon SNMPRI's filing of the Proposed Claims, SNMPR shall be added as a claimant in the Proposed Claims.

Dated: _____, 2016
Wilmington, Delaware

Honorable Kevin Gross
United States Bankruptcy Judge

---

[1] Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Component Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567), Nortel Networks (CALA) Inc. (4226), and Nortel Networks India International Inc. (8667).

[2] All capitalized terms not otherwise defined in this Order have the meaning ascribed to them in the Motion.

53651/0001-13833330v3