## EXHIBIT 1

SNMPR/SNMPRI License

*[FILED UNDER SEAL]*

53651/0001-13812692v1