# **EXHIBIT 2**

Original Claims

| United States Bankruptcy Court for the District of Delaware<br>Nortel Networks Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5075<br>New York, NY 10150-5075 | **PROOF OF CLAIM** |
|---|---|

| In Re:<br>Nortel Networks Inc., et al.<br>Debtors. | Chapter 11<br>Case No. 09-10138 (KG)<br>Jointly Administered | Filed: USBC - District of Delaware<br>Nortel Networks Inc., Et Al.<br>09-10138 (KG)      0000004624 |
|---|---|---|

Name of Debtor Against Which Claim is Held
NORTEL NETWORKS
CABLE SOLUTIONS INC.

Case No. of Debtor
09-10152

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503. A separate claim form must be used for claims asserted under 11 U.S.C. § 503(b)(9).

**THIS SPACE IS FOR COURT USE ONLY**

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor) SNMP Research International, Inc.
c/o Ciardi Ciardi & Astin
919 N. Market St., Suite 700
Wilmington, DE 19801
Attn: Mary Augustine
Telephone number: (302)658·1100 Email Address: Ciardilaw.com      maugustine@

☐ Check this box to indicate that this claim amends a previously filed claim.

**Court Claim Number:** _____
*(If known)*

Filed on: _____

Name and address where payment should be sent (if different from above)
SNMP Research International, Inc.
3001 Kimberline Heights Rd.
Knoxville, TN 37920
Telephone number:          Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are filing a claim against any of the Canadian Debtors for the same claim herein in their creditor protection proceedings pending in Canada.

1. Amount of Claim as of Date Case Filed: $ 22,281 plus add'l amounts, see attached
If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.
If all or part of your claim is entitled to priority, complete Item 5.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges.

2. Basis for Claim: See attached
(See instruction #2 on reverse side.)

3. Last four digits of any number by which creditor identifies debtor: _____
3a. Debtor may have scheduled account as: _____
(See instruction #3a on reverse side.)

4. Secured Claim (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff:  ☐ Real Estate      ☐ Motor Vehicle      ☐ Other
Describe:

Value of Property: $_____ Annual Interest Rate _____%

Amount of arrearage and other charges as of time case filed included in secured claim, if any:

$_____ Basis for perfection: _____

Amount of Secured Claim: $_____ Amount Unsecured: $_____

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim:

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(____).

Amount entitled to priority:

$_____

6. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. *(See definition of "redacted" on reverse side.)*
DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

**FOR COURT USE ONLY**

FILED / RECEIVED

SEP 29 2009

EPIQ BANKRUPTCY SOLUTIONS, LLC

| Date:<br>09/25/2009 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br><br>Mary L. Case      MARY L. CASE   CEO |
|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

**United States Bankruptcy Court for the District of Delaware**
Nortel Networks Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5075
New York, NY 10150-5075

## PROOF OF CLAIM

| In Re: Nortel Networks Inc., et al. Debtors. | Chapter 11 Case No. 09-10138 (KG) Jointly Administered |
|---|---|

Name of Debtor Against Which Claim Is Held

**NORTEL NETWORKS INC.**

Case No. of Debtor: **09-10138**

Filed: USBC - District of Delaware
Nortel Networks Inc., Et Al.
09-10138 (KG )          0000004625

THIS SPACE IS FOR COURT USE ONLY

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503. A separate claim form must be used for claims asserted under 11 U.S.C. § 503(b)(9).

Name and address of Creditor : (and name and address where notices should be sent if different from Creditor)
SNMP Research International, Inc.
c/o Ciardi Ciardi & Astin
919 N. Market St., Suite 700
Wilmington, DE 19801
Attn: Mary Augustine
Telephone number: (302) 658-1100  Email Address: maugustine@ciardilaw.com

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

Name and address where payment should be sent (if different from above)
SNMP Research International, Inc.
3001 Kimberline Heights Rd.
Knoxville, TN 37920
Telephone number:            Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are filing a claim against any of the Canadian Debtors for the same claim herein in their creditor protection proceedings pending in Canada.

1. **Amount of Claim as of Date Case Filed:** $ 22,281 plus add'l amounts, see attached

If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete Item 4.

If all or part of your claim is entitled to priority, complete Item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges.

2. **Basis for Claim:** See attached
(See instruction #2 on reverse side.)

3. **Last four digits of any number by which creditor identifies debtor:** _____
3a. Debtor may have scheduled account as: _____
(See instruction #3a on reverse side.)

4. **Secured Claim (See instruction #4 on reverse side.)**
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff:  ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
Describe: _____

Value of Property: $_____  Annual Interest Rate _____%

Amount of arrearage and other charges as of time case filed included in secured claim, if any:

$_____  Basis for perfection: _____

Amount of Secured Claim: $_____  Amount Unsecured: $_____

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim:

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries or commissions (up to $10,950) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

☐ Other -- Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

**Amount entitled to priority:**

$_____

6. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See definition of "redacted" on reverse side.)
DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

**FOR COURT USE ONLY**

FILED / RECEIVED

SEP 29 2009

EPIQ BANKRUPTCY SOLUTIONS, LLC

| Date: 09/25/2009 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. Mary L. Case  Mary L. Case CEO |
|---|---|

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

**United States Bankruptcy Court for the District of Delaware**

Nortel Networks Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5075
New York, NY 10150-5075

# PROOF OF CLAIM

| In Re:<br>Nortel Networks Inc., et al.<br>Debtors. | Chapter 11<br>Case No. 09-10138 (KG)<br>Jointly Administered |
|---|---|

Name of Debtor Against Which Claim is Held
NORTEL NETWORKS
CAPITAL CORPORATION

Case No. of Debtor
09-10139

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503. A separate claim form must be used for claims asserted under 11 U.S.C. § 503(b)(9).

Filed: USBC - District of Delaware
Nortel Networks Inc., Et Al.
09-10138 (KG)                0000004626

THIS SPACE IS FOR COURT USE ONLY

Name and address of Creditor : (and name and address where notices should be sent if different from Creditor) SNMP Research International, Inc.
%/Ciardi Ciardi & Astin
919 N. Market St., Suite 700
Wilmington, DE 19801
Attn: Mary Augustine
Telephone number: (302) 658-1100 Email Address: Ciardi law.com   maaugustine@ciardilaw.com

☐ Check this box to indicate that this claim amends a previously filed claim.

**Court Claim Number:** _____
(If known)

**Filed on:** _____

Name and address where payment should be sent (if different from above)
SNMP Research International, Inc.
3001 Kimberline Heights Rd.
Knoxville, TN 37920
Telephone number: _____    Email Address: _____

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are filing a claim against any of the Canadian Debtors for claims herein in their creditor protection proceedings pending in Canada.

1. Amount of Claim as of Date Case Filed: $ 22,281 plus add'l amounts, see attached

If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete Item 5.

☐ Check this box if your claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges.

2. Basis for Claim: See attached
(See instruction #2 on reverse side.)

3. Last four digits of any number by which creditor identifies debtor: _____
3a. Debtor may have scheduled claim as: _____
(See instruction #3a on reverse side.)

4. Secured Claim (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff: ☐ Real Estate  ☐ Motor Vehicle  ☐ Other
Describe: _____

Value of Property: $_____ Annual Interest Rate _____%

Amount of arrearage and other charges as of time case filed included in secured claim, if any:

$_____ Basis for perfection: _____

Amount of Secured Claim: $_____ Amount Unsecured: $_____

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim:

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

**Amount entitled to priority:**

$_____

6. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See definition of "redacted" on reverse side.)
DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

FOR COURT USE ONLY
**FILED / RECEIVED**

SEP 29 2009

EPIQ BANKRUPTCY SOLUTIONS, LLC

| Date:<br>09/25/2009 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br>Mary L. Case    Mary L. CASE CEO |
|---|---|

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

**United States Bankruptcy Court for the District of Delaware**
Nortel Networks Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5075
New York, NY 10150-5075

| PROOF OF CLAIM |
| --- |

| In Re: | Chapter 11 | Filed: USBC - District of Delaware |
| Nortel Networks Inc., et al. | Case No. 09-10138 (KG) | Nortel Networks Inc., Et Al. |
| Debtors. | Jointly Administered | 09-10138 (KG) | 0000004627 |

Name of Debtor Against Which Claim is Held
**NORTEL ALTSYSTEMS INC**

Case No. of Debtor
**09-10140**

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503. A separate claim form must be used for claims asserted under 11 U.S.C. § 503(b)(9).

THIS SPACE IS FOR COURT USE ONLY

Name and address of Creditor : (and name and address where notices should be sent if different from Creditor) SNMP Research International, Inc.
c/o Ciardi Ciardi & Astin,
919 N. Market St., Suite 700
Wilmington, DE 19801
Attn: Mary Augustine
Telephone number: (302) 658-1100  Email Address: maugustine@ ciardilaw.com

☐ Check this box to indicate that this claim amends a previously filed claim.

**Court Claim Number:** _____
*(If known)*

Filed on: _____

Name and address where payment should be sent (if different from above)
SNMP Research International, Inc.
3001 Kimberline Heights Rd.
Knoxville, TN 37920

Telephone number: _____  Email Address: _____

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are filing a claim against any of the Canadian Debtors for the same claim herein in their creditor protection proceedings pending in Canada.

1. Amount of Claim as of Date Case filed: $ 22,201 plus add'l amounts, see attached

If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete Item 4.

If all or part of your claim is entitled to priority, complete Item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges.

2. Basis for Claim: See attached
(See instruction #2 on reverse side.)

3. Last four digits of any number by which creditor identifies debtor: _____
3a. Debtor may have scheduled account as: _____
(See instruction #3a on reverse side.)

4. Secured Claim (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff:  ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
Describe: _____

Value of Property: $ _____   Annual Interest Rate _____ %

Amount of arrearage and other charges as of time case filed included in secured claim, if any:

$ _____   Basis for perfection: _____

Amount of Secured Claim: $ _____   Amount Unsecured: $ _____

5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim:

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries or commissions (up to $10,950, earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507(a)(____).

**Amount entitled to priority:**

$ _____

6. Credits: The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. Documents: Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. *(See definition of "redacted" on reverse side.)*
DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

FOR COURT USE ONLY

**FILED / RECEIVED**

**SEP 29 2009**

**EPIQ BANKRUPTCY SOLUTIONS, LLC**

Date:
09/25/2009

Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.
Mary L Case  Mary L Case CEO

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

| United States Bankruptcy Court for the District of Delaware | PROOF OF CLAIM |
|---|---|

Nortel Networks Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5075
New York, NY 10150-5075

| In Re: | Chapter 11 | |
|---|---|---|
| Nortel Networks Inc., et al. | Case No. 09-10138 (KG) | Filed: USBC - District of Delaware |
| Debtors. | Jointly Administered | Nortel Networks Inc., Et Al. |
| | | 09-10138 (KG)      0000004628 |

Name of Debtor Against Which Claim is Held
NORTEL ALTSYSTEMS
INTERNATIONAL INC.

Case No. of Debtor
09-10141

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503. A separate claim form must be used for claims asserted under 11 U.S.C. § 503(b)(9).

TH.    ___ ___ ___ OR COURT USE ONLY

Name and address of Creditor : (and name and address where notices should be sent if different from Creditor) SNMP Research International, Inc.
c/o Ciardi Ciardi & Astin
919 N. Market St., Suite 700
Wilmington, DE 19801
Attn: Mary Augustine
Telephone number: (302) 658-1100  Email Address: maugustine@ciardilaw.com

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim
Number: _____
(If known)

Filed on: _____

Name and address where payment should be sent (if different from above)
SNMP Research International, Inc.
3001 Kimberline Heights Rd.
Knoxville, TN 37920

Telephone number:                    Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are filing a claim against any of the Canadian Debtors for the same claim herein in their creditor protection proceedings pending in Canada.

1. Amount of Claim as of Date Case Filed: $ 22,281. plus add'l amounts, see attached

If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete Item 4.

If all or part of your claim is entitled to priority, complete Item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges.

2. Basis for Claim: See attached
(See instruction #2 on reverse side.)

3. Last four digits of any number by which creditor identifies debtor: _____
   3a. Debtor may have scheduled account as: _____
   (See instruction #3a on reverse side.)

4. Secured Claim (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff:  ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
Describe: _____

Value of Property: $ _____  Annual Interest Rate _____ %

Amount of arrearage and other charges as of time case filed included in secured claim, if any:

$ _____  Basis for perfection: _____

Amount of Secured Claim: $ _____  Amount Unsecured: $ _____

5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim:

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

Amount entitled to priority:

$ _____

6. Credits: The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. Documents: Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See definition of "redacted" on reverse side.)
DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

FOR COURT USE ONLY

FILED / RECEIVED

SEP 29 2009

EPIQ BANKRUPTCY SOLUTIONS, LLC

| Date: | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. |
|---|---|
| 09/25/2009 | Mary L Case   Mary L. CASE CEO |

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

**United States Bankruptcy Court for the District of Delaware**
Nortel Networks Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5075
New York, NY 10150-5075

## PROOF OF CLAIM

| In Re: | Chapter 11 |
|---|---|
| Nortel Networks Inc., et al. | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

Filed: USBC - District of Delaware
Nortel Networks Inc., Et Al.
09-10138 (KG)     0000004629

| Name of Debtor Against Which Claim is Held | Case No. of Debtor |
|---|---|
| XROS, INC. | 09-10142 |

**THIS SPACE IS FOR COURT USE ONLY**

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503. A separate claim form must be used for claims asserted under 11 U.S.C. § 503(b)(9).

Name and address of Creditor : (and name and address where notices should be sent if different from Creditor)
SNMP Research International, Inc.
c/o Ciardi Ciardi & Astin
919 N. Market St., Suite 700
Wilmington, DE 1980 1
Attn: Mary Augustine
Telephone number: (302)658-1100  Email Address: maugustine@ciardilaw.com

☐ Check this box to indicate that this claim amends a previously filed claim.

**Court Claim Number:** _____
*(If known)*

Filed on: _____

Name and address where payment should be sent (if different from above)
SNMP Research International, Inc.
3001 Kimberline Heights Rd.
Knoxville, TN 37920
Telephone number: _____   Email Address: _____

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are filing a claim against any of the Canadian Debtors for the same claim herein in their creditor protection proceedings pending in Canada.

1. Amount of Claim as of Date Case Filed: $ 22,281 plus add'l amounts, see attached

If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete Item 4.

If all or part of your claim is entitled to priority, complete Item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges.

2. Basis for Claim: See attached
(See instruction #2 on reverse side.)

3. Last four digits of any number by which creditor identifies debtor: _____
3a. Debtor may have scheduled account as: _____
(See instruction #3a on reverse side.)

4. Secured Claim (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff:  ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
Describe: _____

Value of Property: $ _____   Annual Interest Rate _____ %

Amount of arrearage and other charges as of time case filed included in secured claim, if any:

$ _____   Basis for perfection: _____

Amount of Secured Claim: $ _____   Amount Unsecured: $ _____

5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim:

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(____).

Amount entitled to priority:

$ _____

6. Credits: The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. Documents: Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See definition of "redacted" on reverse side.)
DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

| Date: | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. |
|---|---|
| 09/23/2009 | Mary L Case  Mary L. CASE   CEO |

**FOR COURT USE ONLY**

FILED / RECEIVED

SEP 29 2009

EPIQ BANKRUPTCY SOLUTIONS, LLC

*Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.*

**United States Bankruptcy Court for the District of Delaware**
Nortel Networks Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5075
New York, NY 10150-5075

## PROOF OF CLAIM

| In Re:<br>Nortel Networks Inc., et al.<br>Debtors. | Chapter 11<br>Case No. 09-10138 (KG)<br>Jointly Administered | Filed: USBC - District of Delaware<br>Nortel Networks Inc., Et Al.<br>09-10138 (KG )  0000004630 |
|---|---|---|

| Name of Debtor Against Which Claim is Held | Case No. of Debtor |
|---|---|
| SONOMA SYSTEMS | 09-10143 |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503. A separate claim form must be used for claims asserted under 11 U.S.C. § 503(b)(9).

**THIS SPACE IS FOR COURT USE ONLY**

Name and address of Creditor : (and name and address where notices should be sent if different from Creditor) SNMP Research International, Inc.
c/o Ciardi Ciardi & Astin
919 N. Market St., Suite 700
Wilmington, DE 19801
Attn: Mary Augustine
Telephone number: (302) 658-1100  Email Address: maugustine@ciardilaw.com

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim
Number: _____
(If known)

Filed on: _____

Name and address where payment should be sent (if different from above)
SNMP Research International, Inc.
3001 Kimberline Heights Rd.
Knoxville, TN 37920
Telephone number:                    Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are filing a claim against any of the Canadian Debtors for the same claim herein in their creditor protection proceedings pending in Canada.

1. Amount of Claim as of Date Case Filed: $ 22,281.- plus add'l amounts, see attached

If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete Item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges.

2. Basis for Claim: See attached
(See instruction #2 on reverse side.)

3. Last four digits of any number by which creditor identifies debtor: _____
  3a. Debtor may have scheduled account as: _____
      (See instruction #3a on reverse side.)

4. Secured Claim (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff:  ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
Describe: _____

Value of Property: $_____  Annual Interest Rate _____%

Amount of arrearage and other charges as of time case filed included in secured claim, if any:

$_____  Basis for perfection: _____

Amount of Secured Claim: $_____  Amount Unsecured: $_____

5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim:

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

Amount entitled to priority:

$_____

6. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See definition of "redacted" on reverse side.)
DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

**FOR COURT USE ONLY**

FILED / RECEIVED

SEP 29 2009

EPIQ BANKRUPTCY SOLUTIONS, LLC

| Date:<br>09/25/2009 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br>Mary L Case  Mary L. CASE  CEO |
|---|---|

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

**United States Bankruptcy Court for the District of Delaware**
Nortel Networks Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5075
New York, NY 10150-5075

## PROOF OF CLAIM

| In Re: Nortel Networks Inc., et al. Debtors. | Chapter 11 Case No. 09-10138 (KG) Jointly Administered |
|---|---|

| Name of Debtor Against Which Claim is Held | Case No. of Debtor |
|---|---|
| QTERA CORPORATION | 09-10144 |

Filed: USBC - District of Delaware
Nortel Networks Inc., Et Al.
09-10138 (KG)          0000004631

0000004631

**THIS SPACE IS FOR COURT USE ONLY**

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503. A separate claim form must be used for claims asserted under 11 U.S.C. § 503(b)(9).

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor) SNMP Research International, Inc.
%Ciardi Ciardi & Astin
919 N. Market St., Suite 700
Wilmington, DE 19801
Attn: Mary Augustine
Telephone number: (302) 658-1100  Email Address: maugustine@ciardilaw.com

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

Name and address where payment should be sent (if different from above)
SNMP Research International, Inc.
3001 Kimberline Heights Rd.
Knoxville, TN 37920
Telephone number:          Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are filing a claim against any of the Canadian Debtors for the same claim herein in their creditor protection proceedings pending in Canada.

1. Amount of Claim as of Date Case Filed: $ 22,281. plus add'l amounts, see attached

If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete Item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges.

2. Basis for Claim: See attached
(See instruction #2 on reverse side.)

3. Last four digits of any number by which creditor identifies debtor: _____
3a. Debtor may have scheduled account as: _____
(See instruction #3a on reverse side.)

4. Secured Claim (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff:  ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
Describe: _____

Value of Property: $_____  Annual Interest Rate _____%

Amount of arrearage and other charges as of time case filed included in secured claim, if any:

$_____  Basis for perfection: _____

Amount of Secured Claim: $_____  Amount Unsecured: $_____

5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim:

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

**Amount entitled to priority:**

$_____

6. Credits: The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. Documents: Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See definition of "redacted" on reverse side.)
DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

FOR COURT USE ONLY

**FILED / RECEIVED**

SEP 29 2009

EPIQ BANKRUPTCY SOLUTIONS, LLC

| Date: 09/25/2009 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. Mary L Case, Mary L. CASE CEO |
|---|---|

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

**United States Bankruptcy Court for the District of Delaware**
Nortel Networks Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5075
New York, NY 10150-5075

**PROOF OF CLAIM**

| In Re: | Chapter 11 |
| Nortel Networks Inc., et al. | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

Filed: USBC - District of Delaware
Nortel Networks Inc., Et Al.
09-10138 (KG)        0000004632

| Name of Debtor Against Which Claim is Held | Case No. of Debtor |
| CORETEK, INC. | 09-10145 |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503. A separate claim form must be used for claims asserted under 11 U.S.C. § 503(b)(9).

**THIS SPACE IS FOR COURT USE ONLY**

Name and address of Creditor : (and name and address where notices should be sent if different from Creditor) SNMP Research International, Inc.
%Ciardi Ciardi & Astin
919 N. Market St., Suite 700
Wilmington, DE 19801
Attn: Mary Augustine
Telephone number:(302)658-1100  Email Address: ciardilaw.com  maugustine@

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(if known)

Filed on: _____

Name and address where payment should be sent (if different from above)
SNMP Research International, Inc.
3001 Kimberline Heights Rd.
Knoxville, TN 37920
Telephone number: _____  Email Address: _____

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are filing a claim against any of the Canadian Debtors for the same claim herein in their creditor protection proceedings pending in Canada.

1. **Amount of Claim as of Date Case Filed:** $ 22,281. plus add'l amounts, see attached

If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete Item 4.

If all or part of your claim is entitled to priority, complete Item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges.

2. **Basis for Claim:** See attached
(See instruction #2 on reverse side.)

3. **Last four digits of any number by which creditor identifies debtor:** _____
3a. Debtor may have scheduled account as: _____
(See instruction #3a on reverse side.)

4. **Secured Claim (See instruction #4 on reverse side.)**
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff:  ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
Describe: _____

Value of Property: $_____  Annual Interest Rate _____%

Amount of arrearage and other charges as of time case filed included in secured claim, if any:

$_____  Basis for perfection: _____

Amount of Secured Claim: $_____  Amount Unsecured: $_____

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim:

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(____).

**Amount entitled to priority:**

$_____

6. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See definition of "redacted" on reverse side.)
DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

**FOR COURT USE ONLY**

FILED / RECEIVED

SEP 29 2009

EPIQ BANKRUPTCY SOLUTIONS, LLC

| Date: 09/25/2009 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.  Mary L. Case  Mary L. CASE  CEO |

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

| United States Bankruptcy Court for the District of Delaware | PROOF OF CLAIM |
|---|---|

**United States Bankruptcy Court for the District of Delaware**
Nortel Networks Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5075
New York, NY 10150-5075

| In Re: | Chapter 11 |
|---|---|
| Nortel Networks Inc., et al.<br>Debtors. | Case No. 09-10138 (KG)<br>Jointly Administered |

Filed: USBC - District of Delaware
Nortel Networks Inc., Et Al.
09-10138 (KG)          0000004633

Name of Debtor Against Which Claim is Held
NORTEL NETWORKS APPLICATIONS
MANAGEMENT SOLUTIONS    Case No. of Debtor 09-10146

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503. A separate claim form must be used for claims asserted under 11 U.S.C. § 503(b)(9).

**THIS SPACE IS FOR COURT USE ONLY**

Name and address of Creditor : (and name and address where notices should be sent if different from Creditor) SNMP Research International, Inc.
c/o Ciardi Ciardi & Astin
919 N. Market St., Suite 700
Wilmington, DE 19801
Attn: Mary Augustine
Telephone number: (302) 658-1100   Email Address: ciardilaw.com
maugustine@ciardilaw.com

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim
Number: _____
(If known)

Filed on: _____

Name and address where payment should be sent (if different from above)
SNMP Research International, Inc.
3001 Kimberline Heights Rd.
Knoxville, TN 37920
Telephone number:              Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are filing a claim against any of the Canadian Debtors for the same claim herein in their creditor protection proceedings pending in Canada.

1. Amount of Claim as of Date Case Filed: $ 22,281, plus add'l amounts, see attached

If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete Item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges.

2. Basis for Claim: See attached
(See instruction #2 on reverse side.)

3. Last four digits of any number by which creditor identifies debtor: _____
   3a. Debtor may have scheduled account as: _____
   (See instruction #3a on reverse side.)

4. Secured Claim (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff:  ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
Describe: _____

Value of Property: $_____   Annual Interest Rate _____%

Amount of arrearage and other charges as of time case filed included in secured claim, if any:

$_____   Basis for perfection: _____

Amount of Secured Claim: $_____   Amount Unsecured: $_____

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim:

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(____).

**Amount entitled to priority:**

$_____

6. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See definition of "redacted" on reverse side.)
**DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.**
If the documents are not available, please explain:

**FOR COURT USE ONLY**

FILED / RECEIVED
SEP 29 2009
EPIQ BANKRUPTCY SOLUTIONS, LLC

| Date:<br>09/25/2009 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br>Mary L. Case    MARY L. CASE CEO |
|---|---|

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

**United States Bankruptcy Court for the District of Delaware**
Nortel Networks Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5075
New York, NY 10150-5075

# PROOF OF CLAIM

Filed: USBC - District of Delaware
Nortel Networks Inc., Et Al.
09-10138 (KG)                    0000004634

| In Re: | Chapter 11 |
| Nortel Networks Inc., et al.<br>Debtors. | Case No. 09-10138 (KG)<br>Jointly Administered |

Name of Debtor Against Which Claim is Held
NORTEL NETWORKS OPTICAL
COMPONENTS INC.

Case No. of Debtor
09-10147

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503. A separate claim form must be used for claims asserted under 11 U.S.C. § 503(b)(9).

**THIS SPACE IS FOR COURT USE ONLY**

Name and address of Creditor : (and name and address where notices should be sent if different from Creditor)
SNMP Research International, Inc.
c/o Ciardi Ciardi & Astin,
919 N. Market St., Suite 700
Wilmington, DE 19801
Attn: Mary Augustine
Telephone number: (302)658-1100  Email Address: maugustine@ciardilaw.com

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim
Number: _____
(If known)

Filed on: _____

Name and address where payment should be sent (if different from above)
SNMP Research International, Inc.
3001 Kimberline Heights Rd.
Knoxville, TN 37920
Telephone number: _____    Email Address: _____

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are filing a claim against any of the Canadian Debtors for the same claim herein in their creditor protection proceedings pending in Canada.

1. **Amount of Claim as of Date Case Filed:** $ 22,281 plus add'l amounts, see attached

If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete Item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges.

2. **Basis for Claim:** See attached
(See instruction #2 on reverse side.)

3. **Last four digits of any number by which creditor identifies debtor:** _____
   3a. **Debtor may have scheduled account as:** _____
   (See instruction #3a on reverse side.)

4. **Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff: ☐ Real Estate  ☐ Motor Vehicle  ☐ Other
Describe: _____

Value of Property: $ _____    Annual Interest Rate _____ %

Amount of arrearage and other charges as of time case filed included in secured claim, if any:

$ _____    Basis for perfection: _____

Amount of Secured Claim: $ _____    Amount Unsecured: $ _____

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim:

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(____).

**Amount entitled to priority:**

$ _____

6. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See definition of "redacted" on reverse side.)
DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

FOR COURT USE ONLY

FILED / RECEIVED

SEP 29 2009

EPIQ BANKRUPTCY SOLUTIONS, LLC

| Date:<br>09/25/2009 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br>Mary L. Case  MARY L. CASE  CEO |

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

| United States Bankruptcy Court for the District of Delaware | | PROOF OF CLAIM |
|---|---|---|

**United States Bankruptcy Court for the District of Delaware**
Nortel Networks Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5075
New York, NY 10150-5075

**PROOF OF CLAIM**

| In Re: Nortel Networks Inc., et al. Debtors. | Chapter 11 Case No. 09-10138 (KG) Jointly Administered |
|---|---|

Name of Debtor Against Which Claim is Held
NORTEL NETWORKS HPOCS INC.

Case No. of Debtor
09-10148

Filed: USBC - District of Delaware
Nortel Networks Inc., El Al.
09-10138 (KG)        0000004635

**THIS SPACE IS FOR COURT USE ONLY**

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503. A separate claim form must be used for claims asserted under 11 U.S.C. § 503(b)(9).

Name and address of Creditor : (and name and address where notices should be sent if different from Creditor) SNMP Research International, Inc.
%/Ciardi Ciardi & Astin
919 N. Market St., Suite 700
Wilmington, DE 19801
Attn: Mary Augustine
Telephone number: (302) 658-1100 Email Address: maugustine@ciardilaw.com

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

Name and address where payment should be sent (if different from above)
SNMP Research International, Inc.
3001 Kimberline Heights Rd.
Knoxville, TN 37920
Telephone number: _____    Email Address: _____

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are a filing a claim against any of the Canadian Debtors for the same claim herein in their creditor protection proceedings pending in Canada.

1. **Amount of Claim as of Date Case Filed:** $ 22,281 plus add'l amounts, see attached

If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete Item 4.

If all or part of your claim is entitled to priority, complete Item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges.

2. **Basis for Claim:** See attached
(See instruction #2 on reverse side.)

3. **Last four digits of any number by which creditor identifies debtor:** _____
   3a. Debtor may have scheduled account as: _____
   (See instruction #3a on reverse side.)

4. **Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff:  ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
Describe: _____

Value of Property: $_____  Annual Interest Rate _____%

Amount of arrearage and other charges as of time case filed included in secured claim, if any:

$_____    Basis for perfection: _____

Amount of Secured Claim: $_____    Amount Unsecured: $_____

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim:

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries or commissions (up to $10,950, earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

**Amount entitled to priority:**

$_____

6. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See definition of "redacted" on reverse side.)
DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

**FOR COURT USE ONLY**

FILED / RECEIVED

SEP 29 2009

EPIQ BANKRUPTCY SOLUTIONS, LLC

| Date: 09/25/2009 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. Mary L Case    Mary L. CASE CEO |
|---|---|

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

**United States Bankruptcy Court for the District of Delaware**
Nortel Networks Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5075
New York, NY 10150-5075

**PROOF OF CLAIM**

| In Re:<br>Nortel Networks Inc., et al.<br>Debtors. | Chapter 11<br>Case No. 09-10138 (KG)<br>Jointly Administered |
|---|---|

Name of Debtor Against Which Claim is Held:
ARCHITEL SYSTEMS (U.S.)
CORPORATION

Case No. of Debtor
09-10149

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503. A separate claim form must be used for claims asserted under 11 U.S.C. § 503(b)(9).

Filed: USBC - District of Delaware
Nortel Networks Inc., Et Al.
09-10138 (KG)          0000004636

**THIS SPACE IS FOR COURT USE ONLY**

Name and address of Creditor : (and name and address where notices should be sent if different from Creditor)
SNMP Research International,
Inc.
c/o Ciardi Ciardi & Astin,
919 N. Market St., Suite 700
Wilmington, DE 19801
Attn: Mary Augustine
Telephone number: (302) 658-1100  Email Address: ciardilaw.com
maugustine@

☐ Check this box to indicate that this claim amends a previously filed claim.

**Court Claim Number:** _____
(If known)

Filed on: _____

Name and address where payment should be sent (if different from above)
SNMP Research International, Inc.
3001 Kimberline Heights Rd.
Knoxville, TN 37920

Telephone number:               Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are filing this claim against one of the Canadian Debtors for the same claim as is listed herein in their creditor protection proceedings pending in Canada.

1. **Amount of Claim as of Date Case Filed:** $ 22,281 plus add'l amounts, see attached

   If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete Item 4.

   If all or part of your claim is entitled to priority, complete Item 5.

   ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges.

2. **Basis for Claim:** See attached
   (See instruction #2 on reverse side.)

3. **Last four digits of any number by which creditor identifies debtor:** _____
   3a. **Debtor may have scheduled account as:** _____
   (See instruction #3a on reverse side.)

4. **Secured Claim** (See instruction #4 on reverse side.)
   Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

   Nature of property or right of setoff:  ☐ Real Estate  ☐ Motor Vehicle  ☐ Other
   Describe:

   Value of Property: $_____  Annual Interest Rate _____%

   Amount of arrearage and other charges as of time case filed included in secured claim, if any:

   $_____  Basis for perfection: _____

   **Amount of Secured Claim:** $_____  **Amount Unsecured:** $_____

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

   Specify the priority of the claim:

   ☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

   ☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).

   ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

   ☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).

   ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

   ☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

   **Amount entitled to priority:**

   $_____

6. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See definition of "redacted" on reverse side.)
   DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
   If the documents are not available, please explain:

**FOR COURT USE ONLY**

**FILED / RECEIVED**

SEP 29 2009

EPIQ BANKRUPTCY SOLUTIONS, LLC

| Date:<br>09/25/2009 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br>Mary L. Case    MARY L. CASE CFO |
|---|---|

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

| United States Bankruptcy Court for the District of Delaware | | PROOF OF CLAIM |
|---|---|---|
| Nortel Networks Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5075<br>New York, NY 10150-5075 | | |

| In Re:<br>Nortel Networks Inc., et al.<br>Debtors. | Chapter 11<br>Case No. 09-10138 (KG)<br>Jointly Administered | Filed: USBC - District of Delaware<br>Nortel Networks Inc., El Al.<br>09-10138 (KG)          0000004637 |
|---|---|---|
| Name of Debtor Against Which Claim is Held<br>NORTEL NETWORKS<br>INTERNATIONAL INC. | Case No. of Debtor<br>09-10150 | |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C § 503. A separate claim form must be used for claims asserted under 11 U.S.C § 503(b)(9).

THIS SPACE IS FOR COURT USE ONLY

| Name and address of Creditor : (and name and address where notices should be sent if different from Creditor) SNMP Research International, Inc.<br>c/o Ciardi Ciardi & Astin<br>919 N. Market St., Suite 700<br>Wilmington, DE 19801<br>Attn: Mary Augustine<br>maugustine@<br>Telephone number:(302)658-1100 Email Address: Ciardilaw.com | ☐ Check this box to indicate that this claim amends a previously filed claim.<br><br>Court Claim Number: _____<br>(if known)<br><br>Filed on: _____ |
|---|---|
| Name and address where payment should be sent (if different from above)<br>SNMP Research International, Inc.<br>3001 Kimberline Heights Rd.<br>Knoxville, TN 37920<br>Telephone number:          Email Address: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br><br>☐ Check this box if you are filing a claim against any of the Canadian Debtors for the same claim herein in their creditor protection proceedings pending in Canada |

| 1.  Amount of Claim as of Date Case Filed: $ 22,281. plus add'l amounts, see attached | 5.  Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount. |
|---|---|
| If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.<br><br>If all or part of your claim is entitled to priority, complete Item 5.<br><br>☐  Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges. | Specify the priority of the claim:<br><br>☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).<br>☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4). |
| 2.  Basis for Claim: See attached<br>(See instruction #2 on reverse side.) | ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5). |
| 3.  Last four digits of any number by which creditor identifies debtor: _____<br>3a. Debtor may have scheduled account as: _____<br>(See instruction #3a on reverse side.) | ☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7). |
| 4.  Secured Claim (See instruction #4 on reverse side.)<br>Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.<br><br>Nature of property or right of setoff: ☐ Real Estate   ☐ Motor Vehicle   ☐ Other<br>Describe: _____<br><br>Value of Property: $_____ Annual Interest Rate _____%<br><br>Amount of arrearage and other charges as of time case filed included in secured claim, if any:<br><br>$_____ Basis for perfection: _____<br><br>Amount of Secured Claim: $_____ Amount Unsecured: $_____ | ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).<br>☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(___).<br><br>Amount entitled to priority:<br><br>$_____ |

| 6.  Credits: The amount of all payments on this claim has been credited for the purpose of making this proof of claim. | FOR COURT USE ONLY |
|---|---|
| 7.  Documents: Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See definition of "redacted" on reverse side.)<br>DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.<br>If the documents are not available, please explain: | FILED / RECEIVED<br><br>SEP 29 2009<br><br>EPIQ BANKRUPTCY SOLUTIONS, LLC |
| Date:<br>09/25/2009 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br><br>Mary Ecus  MARY L. CASE CEO |

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

| **United States Bankruptcy Court for the District of Delaware**<br>Nortel Networks Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5075<br>New York, NY 10150-5075 | **PROOF OF CLAIM** |
|---|---|

| In Re:<br>Nortel Networks Inc., et al.<br>Debtors. | Chapter 11<br>Case No. 09-10138 (KG)<br>Jointly Administered | Filed: USBC - District of Delaware<br>Nortel Networks Inc., Et Al.<br>09-10138 (KG )    0000004638 |
|---|---|---|

| Name of Debtor Against Which Claim is Held<br>NORTHERN TELECOM<br>INTERNATIONAL INC. | Case No. of Debtor<br>09-10151 | |
|---|---|---|

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503. A separate claim form must be used for claims asserted under 11 U.S.C. § 503(b)(9).

**THIS SPACE IS FOR COURT USE ONLY**

| Name and address of Creditor : (and name and address where notices should be sent if different from Creditor) SNMP Research International, Inc.<br>c/o Ciardi Ciardi & Astin<br>919 N. Market St., Suite 700<br>Wilmington, DE 19801<br>Attn: Mary Augustine<br>Telephone number: (302) 658-1100 Email Address: ciardilaw.com<br>maugustine@ | ☐ Check this box to indicate that this claim amends a previously filed claim.<br><br>**Court Claim**<br>**Number:**_____<br>(If known)<br><br>Filed on: _____ |
|---|---|

| Name and address where payment should be sent (if different from above)<br>SNMP Research International, Inc.<br>3001 Kimberline Heights Rd.<br>Knoxville, TN 37920<br>Telephone number:        Email Address: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br><br>☐ Check this box if you are filing a claim against any of the Canadian Debtors for the same claim herein in their creditor protection proceedings pending in Canada. |
|---|---|

1. **Amount of Claim as of Date Case Filed:** $ 22,281. Plus add'l amounts, see attached

   If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

   If all or part of your claim is entitled to priority, complete Item 5.

   ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges.

2. **Basis for Claim:** See attached
   (See instruction #2 on reverse side.)

3. **Last four digits of any number by which creditor identifies debtor:** _____
   **3a. Debtor may have scheduled account as:** _____
   (See instruction #3a on reverse side.)

4. **Secured Claim (See instruction #4 on reverse side.)**
   Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

   Nature of property or right of setoff:   ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
   Describe: _____

   Value of Property: $_____ Annual Interest Rate _____%

   Amount of arrearage and other charges as of time case filed included in secured claim, if any:

   $_____ Basis for perfection: _____

   Amount of Secured Claim: $_____ Amount Unsecured: $_____

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

   Specify the priority of the claim:

   ☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

   ☐ Wages, salaries or commissions (up to $10,950,) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507(a)(4).

   ☐ Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(5).

   ☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507(a)(7).

   ☐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507(a)(8).

   ☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

   **Amount entitled to priority:**

   $_____

6. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See definition of "redacted" on reverse side.)
   DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
   If the documents are not available, please explain:

**FOR COURT USE ONLY**

**FILED / RECEIVED**

**SEP 29 2009**

**EPIQ BANKRUPTCY SOLUTIONS, LLC**

| Date:<br>09/28/2009 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br><br>Mary L Case    MARY L CASE    CEO |
|---|---|

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

## ATTACHMENT TO PROOF OF CLAIM

SNMP Research International, Inc. ("SNMP") asserts this general unsecured claim against each debtor in the Nortel Networks Inc. cases (collectively, the "Debtors") in the amount of $22,281 plus any and all additional amounts associated with royalties that have not been reported by the Debtors to date and are owed to SNMP. SNMP reserves the right to modify or amend this proof of claim and to assert additional claims as they arise.

To the extent that any portion of this claim is paid by one or more other Nortel entities, this claim will be reduced accordingly.

Amounts Due to SNMP Research International, Inc.

**Royalties**

| | |
|---|---|
| Q4 2008 (Oct 1, 2008 thru Dec 31, 2008) | $11,592 |
| Q1 2009 (Jan 1, 2009 thru Jan 13, 2009) [not including post bankruptcy portion of the quarter] | $189 |
| Yearly Software Maintenance Fees | $10,500 |

Total Claim    Please Note:  All amounts in US Dollars (USD)    $22,281

Date: Wed, 11 Feb 2009 14:11:58 -0500
From: Lisane Fuoco <lfuoco@nortel.com>
To: kerrie@snmp.com, royalty@snmp.com
Cc: Software Royalties <software.royalties@nortel.com>
Subject: Nortel Q4-2008 Software Royalty Report - SNMP -

Dear all,
á

As previously communicated, Nortel filed for credit protection under
CCAA, Chapter 11 and the UK Administrativeáproceedings on 14 January
2009.á As such, you do understand by now we areánot permitted by the
court monitor to make any payments for goods and services delivered prior
to 14 January 2009, the date of the filing.áúI do regret this immensely,
but this is not a decision we can reverse, this is the law and we are
bound by it.ááAs such, we are providing you with the attached Q4 2008
royalty report, which is all stayed, for your information but also to
allow you to file a claim once the claim process is in place (to be
communicated at a later date by the court monitor).á We look forward to
keeping our relationship intact with you and continue doing business in
the future.á

Best Regards,

Michel Cote
Nortel 3rd PartyáSW License process Leader
Phone 613.763.8388 (ESN 393)

Fax 613.763.5771 (ESN 393)

á
á
Please find enclosed the subjectáQ4-2008 Royalty report.

Nortel Software Royalties Reports invoices':

You are identified as the point of contact to whom we will be sending the
quarterly software royalty reports. Please note that invoices associated
with those royalty reports (and only royalty reports) should not be sent
to Nortel Accounts Payable Department but rather to this inbox
(SWRYLTS@nortel.com). The invoice should clearly state the amounts
indicated on the report have been duly paid. If there are differences
between what the report states, including the amount owed, and what your
records may indicate, please contactáme directly to discuss before
issuing an invoice. Please pass this message along to anyone within your
Company who may be affected.

Regards,

á
Lisane Fuoco
Software Supply Manager
3500 Carling Ave,
Ottawa, Ontario K2E 8E9
613-765-6231 ESN 395-6231
lfuoco@nortel.com
á
á
á

SNMP Research International Inc   dar Id # 315822

PO # 4320063543

3001 Kimberlin Heights Road
Knoxville, Tennessee
USA 37920-9716

Date Issued:          3-Sep-09

Q4 2008
Reporting Period          Oct 1, 2008 to Dec 31, 2008

| Nortel Networks Project | Schedule # | Contact | SNMP Product Name | Target OS | Royalty Calculation | Royalty Due | |
|---|---|---|---|---|---|---|---|
| Periphonics/Portal Sitrns. | A | John Mahon | EMANATE Master and Sub-Agent | Solaris 2.x | See Sched A Tab | $4,545 | Periphonics |
| Shasta | B | Farha Sukhia | EMANATE Lite | VxWorks | See Sched B Tab | $3 | Shasta |
| DMS-100 - Centrex IP SCU Gateway Cntrl | 27 | Brian - NGN | EMANATE Master and Sub-Agent | Solaris & NT | See Sched 27 Tab | $1,260 | Succession |
| Alteon | 51 | Brian EDN | EMANATE Master and Sub-Agent | RH Linux 6.x | See Sched 51 Tab | $4,320 | Alteon |
| Optical Networks-OME 6500 & 6500B | 67 | Lucy Gauthier | EMANATE Lite | pSOS | See Sched 67 Tab | $1,443 | Optical |
| Optical Networks - CPL | 69 | Lucy Gauthier | EMANATE Lite | pSOS | See Sched 69 Tab | $21 | Optical |
| | | | | | TOTAL amount due Q3-08 (US$): | $11,592 | |

Legend:          Royalty Stream: Terminated
                 Royalty Stream: Under Investigation

                                                        Total amount due Q4-08          $11,592

Note:
The amount of $1500.00 was received on Dec 03, 2007 (email sent on Jan 28, 2008).
Credit will be applied on Q4-07          1,500.00 Under Alteon Account
Supplier will send a refund cheque of the amount of 1,500.00 - don't need to credit on the next quarter. Nov 23, 2007

Prepared by : Lisane Fuoco
Nortel Networks - Software Supply Management
613-765-6231 lfuoco@nortel.com

Hardcopy Signature & Date:  _____

Supplier Contact:
Jonathan Southwood or Martha Hopper @ SNMP Research  (865) 579-3311

Kerrie Calhoun          mie@snmp.com
                        royalty@snmp.com'

SNMP Research International Inc
3001 Kimberlin Heights Road
Knoxville, Tennessee
USA 37920-9716

Vendor id # 315822

PO # 4320063543

Q1 2009
Reporting Period

Jan 1, 2009 to Jan 13, 2009

Date issued:                25-Sep-09

| Nortel Networks Project | Schedule # | Contact | SNMP Product Name | Target OS | Royalty Calculation | Royalty Due |
|---|---|---|---|---|---|---|
| Periphonics/Portal Stns. | A | John Mahon | EMANATE Master and Sub-Agent | Solaris 2.x | See Sched A Tab | $0 |
| Shasta | B | Farha Sukhia | EMANATE Lite | VxWorks | See Sched B Tab | $0 |
| Succession - UAS | 6 | Mark Lee | EMANATE Master and Sub-Agent | NT/2000 | See Sched 6 Tab | $0 |
| Universal Signaling Point | 10 | Mark Lee | EMANATE-Lite Agent | VxWorks | Yearly Buy-out | $0 |
| DMS-100 - Centrex IP SCU Gateway Cntrl | 27 | Brian - NGN | EMANATE Master and Sub-Agent | Solaris & NT | See Sched 27 Tab | $0 |
| Access Care I/F to DSLAM | 35 | Myron Grueneich | EMANATE Subagent | HPUX 10,20, 11 (32 bits) 11 /64 | See Sched 35 Tab | $0 |
| Altean | 51 | Brian EDN | EMANATE Master and Sub-Agent | RH Linux 6.x | See Sched 51 Tab | $0 |
| Optivity Policy Services | 52, 55, 60 and 64 | Stephanie Martin | EMANATE Master and Sub-Agent | Solaris | See Sched 52 & 55 Tab | $0 |
| Access Care I/F to DSLAM | 54 | Joseph Keung | BRASS Server and Mgmt App | HP-UX | Schedule 54 not yet signed | |
| Dolphin(Secure Router 6000) | 56 and 58 | Pat Roper | EMANATE Master and Sub-Agent | Linux | See Sched 56 & 58 Tab | $0 |
| Multiservice Provider Edge (MPE) | 57 | Phil Dresch | EMANATE Master and Sub-Agent | Linux | See Sched 57 Tab | $0 |
| Optical Networks-OME 6500 & 6500B | 67 | Lucy Gauthier | EMANATE Lite | pSOS | See Sched 67 Tab | $189 |
| Optical Networks - CPL | 69 | Lucy Gauthier | EMANATE Lite | pSOS | See Sched 69 Tab | $0 |
| Baystack ???? | 74 | Blak Rovi | EMANATE Master and Sub-Agent ??? | | See Sched 74 Tab | $0 |

TOTAL amount stayed Q1-09 (US$):                $189

Total amount stayed Q1-09                $189

**Legend:**

Royalty Stream Terminated
Royalty Stream Still under investigation

**Note:**

Prepared by : Eric Hamelin
Nortel Networks - Software Supply Management
613-763-1805 ehamelin@nortel.com

Hardcopy Signature & Date:

**Supplier Contact:**
John Southwood or Martha Hopper @ SNMP Research  (865) 579-3311

Kerrie Calhoun                kerrie@snmp.com
                              royalty@snmp.com'

# Invoice

SNMP Research International, Inc.
3001 Kimberlin Heights Road
Knoxville, TN 37920-9716
USA

**Invoice Number:**
0810SR035

**Invoice Date:**
Oct 1, 2008

**Page:**
1

Voice: +1 865 579 3311
Fax: +1 865 579 6565

Duplicate

**Ship to:**
NORTEL NETWORKS TECHNOLOGY CORPORATION
3500 CARLING AVENUE
OTTAWA, ON K2H 8E9
CANADA

**Bill To:**
NORTEL NETWORKS, INC.
P.O. BOX 280510
NASHVILLE, TN 37228

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| NORTEL0068 | 4320058051 | Net 30 Days |

| Sales Rep ID | Shipping Method | Ship Date | Due Date |
|---|---|---|---|
| | N/A | | 10/31/08 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 1.00 | 0248ELINUX | SOFTWARE SERVICE AGREEMENT ON INTELLECTUAL PROPERTY FOR A ONE YEAR PERIOD ON NATIVE SUBAGENT ADAPTER ON LINUX BEGINNING DECEMBER 16, 2008 - SCHEDULE 68. | 2,000.00 | 2,000.00 |

Check No:

| | |
|---|---|
| Subtotal | 2,000.00 |
| Sales Tax | |
| Total Invoice Amount | 2,000.00 |
| Payment Received | |
| **TOTAL** | 2,000.00 |

# N**⊘**RTEL    Purchase Order

| | |
|---|---|
| Order Date: 10/15/2008 | Page 1 of 7 |
| Last Change Date: 10/15/2008 | |

**Purchase Order No:** 4320058051
This number must appear on all invoices, packages, packing slips and customs forms.

| | |
|---|---|
| Supplier No: 315822 | |
| Contract No: SIGNED DEC. 23/99 | |

**Supplier Contact:**
SALES TEAM

**Supplier:**
SNMP Research International Inc
3001 Kimberlin Heights Road
KNOXVILLE TN 37920-9716
USA
Telephone No: 423-579-3311
Fax No: 423-579-6565

**Ship to:**
NN
Nortel
Ilse Arden
3500 CARLING AVENUE
OTTAWA ON K2H 8E9
CANADA

**Bill to:**
Nortel Networks Technology Corporation (1101)
Attention: Accounts Payable
P.O. Box 280510
Nashville, TN 37228

| Incoterms: | Payment Terms: | Buyer: | Telephone No: | ESN: 470-848 |
|---|---|---|---|---|
| FCA ORIGIN | Net 45 Days | Fernando Williams | Fax: | |

**Carrier Number/Carrier Name:**

| Item No. | Qty | UOM | Part No | Description | Ship Date | Unit Price | Tax Code | Tax Value | Extended Total |
|---|---|---|---|---|---|---|---|---|---|
| | | | | PO Delivery Date - 10/15/2008 | | | | | |
| | | | | **Header text** | | | | | |
| | | | | PO TOTAL NOT TO EXCEED $2,000.00 USD | | | | | |
| | | | | REFER TO QUOTE 0810QU017 FOR PROCE CONFIRMATION ONLY | | | | | |
| | | | | NORTEL CONTACT: Cunningham S. Susan | | | | | |
| | | | | susan@nortel.com | | | | | |
| | | | | 613-763-8002 | | | | | |
| | | | | | | | | | |
| | | | | **Header note** | | | | | |
| | | | | Mail invoices to: Nortel Networks Inc., Att: Accounts Payable, P.O. Box 280510, Nashville, TN 37228 | | | | | |
| | | | | Email invoices to:: naapexpi@nortel.com | | | | | |
| | | | | Fax invoice: 615-432-5936 | | | | | |
| | | | | Check invoice and payment status at: www.nortel.com/naapinquiry | | | | | |

| | | | |
|---|---|---|---|
| **Page Total** | USD | | 0.00 |

Nortel Networks Technology Corporation
c/o Stewart McKelvey Sterling Scales
Suite 800, 1959 Upper Water St
Halifax, NS B3J 2X2
Canada

*Will Carson*

Fernando Williams
BUYER

Nortel Networks IP/2007-07/EN    Nortel is an Equal Opportunity / Affirmative Action Employer

# NORTEL    Purchase Order

| Purchase Order No: 4320058051 | | Order Date: 10/15/2008 | |
|---|---|---|---|
| This number must appear on all invoices, packages, packing slips and customs forms. | | Last Change Date: 10/15/2008 | Page 2 of 7 |

**Supplier:** SNMP Research International Inc
3001 Kimberlin Heights Road
KNOXVILLE TN 37920-9716
USA
Telephone No: 423-579-3311
Fax No: 423-579-6565

**Supplier Contact:**
SALES TEAM

Supplier No: 315822
Contract No: SIGNED DEC. 23/99

**Ship to:**
NN
Nortel
Lise Arden
3500 CARLING AVENUE
OTTAWA ON  K2H 8E9
CANADA

**Bill to:**
Nortel Networks Technology Corporation (1101)
Atention: Accounts Payable
P O Box 280510
Nashville, TN 37228

| Carrier Number/Carrier Name: | | Incoterms: FCA ORIGIN | | Payment Terms: Net 45 Days | | Buyer: Fernando Williams | | Telephone No: ESN: 470-848 Fax: |
|---|---|---|---|---|---|---|---|---|

| Item No. | Qty | UOM | Part No | Description | Ship Date | UnitPrice | Tax Code | Tax Value | Extended Total |
|---|---|---|---|---|---|---|---|---|---|

**Terms of delivery**

PLEASE SEND ONE ORIGINAL INVOICE WITH PO COPY TO NORTEL CONTROL DEPARTMENT FOR PAYMENT
NORTEL IS NOT OBLIGATED TO PAY FOR GOODS OR SERVICES EXCEEDING THE NOT TO EXCEED AMOUNT. ALL PRICING SHALL
BE HELD FIRM FOR THE EFFECTIVE PERIOD OF THIS AGREEMENT.
IT IS IMPERATIVE THAT ALL INVOICES SUBMITTED FOR PAYMENT AGAINST THIS PURCHASE REFERENCE THIS PURCHASE ORDER
NUMBER AND THE ASSOCIATED PURCHASE ORDER LINE ITEM, QUANTITY, DESCRIPTION AND PRICE THAT IS BEING INVOICED
FOR AS DISPLAYED ON THE FACE OF THIS PURCHASE ORDER.
NORTEL NETWORKS RESERVES THE RIGHT TO CANCEL THIS ORDER AT ANY TIME   IN THE EVENT THAT NORTEL, IN ITS SOLE
DISCRETION, IS NOT SATISFIED WITH THE QUALITY OF SERVICES OR PRODUCTS TO BE PROVIDED AND COVERED BY THIS
PURCHASE ORDER.
THIS PURCHASE ORDER IS SUBJECT TO NORTEL STANDARD TERMS AND CONDITIONS.   THESE STANDARD TERMS AND CONDITIONS
HAVE BEEN INCLUDED WITH THIS TRANSMISSION.  ANY CHANGES (ADDITIONS, DELETIONS, RATES, DOLLARS,/TERMS, ETC.)
WILL NOT BE HONORED UNLESS CONFIRMED BY THE BUYER AS IDENTIFIED HEREIN.
THIS PURCHASE ORDER IS GOVERNED BY THE TERMS AND CONDITIONS OF THE MASTER SERVICE AGREEMENT REFERENCED
HEREIN.
SOFTWARE AGREEMENTS ARE SUBJECT TO APPROVAL BY NORTEL AND SUPPLIER LEGAL DEPARTMENTS.
LICENSOR SHALL INDEMNIFY AND SAVE EACH NORTEL COMPANY AND ITS SUBSIDIARIES AND AFFILIATES HARMLESS FROM
LIABILITY OR CLAIM (INCLUDING WITHOUT LIMITATION THE COSTS AND REASONABLE ATTORNEY FEES IN CONNECTION
THEREWITH) THAT MAY BE MADE ALLEGING THAT SOFTWARE OR THE USE OF SUCH SOFTWARE INFRINGES ANY PATENT,
TRADEMARK, TRADE SECRET, COPYRIGHT, OR ANY OTHER PROPRIETARY OR INTELLECTUAL RIGHT.
FOR ALL SOFTWARE PURCHASES AND SOFTWARE DEVELOPMENT: (A) LICENSOR/SUPPLIER WARRANTS THAT ALL PRODUCTS AND
RELATED DOCUMENTATION CONFORMS TO ALL AGREED UPON SPECIFICATION(S) AS STATED BELOW AND SHALL CONTAIN NO
"VIRUSES", "TIME BOMBS", "LOCK-UP DEVICES", "BACK DOORS", OR SIMILAR DESIGN PATHS THAT ALLOW UNAUTHORIZED
ACCESS TO THE SYSTEM(S) THAT ARE LOADED WITH SAID SOFTWARE. (B) SOFTWARE PATCHES WHEN REQUIRED, SHALL

| | | Page Total | USD | 0.00 |
|---|---|---|---|---|

Nortel Networks Technology Corporation
c/o Stewart McKelvey Sterling Scales
Suite 800, 1959 Upper Water St
Halifax, NS B3J 2X2
Canada

*Willis Cary*

Fernando Williams
BUYER

Nortel Networks IP/2007-07/EN        Nortel is an Equal Opportunity / Affirmative Action Employer

# N✪RTEL    Purchase Order

| | | | Order Date: | 10/15/2008 | Page 3 of 7 |
| Purchase Order No: 4320058051 | | | Last Change Date: | 10/15/2008 | |

This number must appear on all invoices, packages, packing slips and customs forms.

| Supplier No: | 315822 |
| Contract No: | SIGNED DEC. 23/99 |

**Supplier:**
SNMP Research International Inc
3001 Kimberlin Heights Road
KNOXVILLE TN  37920-9716
USA
Telephone No: 423-579-3311
Fax No: 423-579-6555

**Ship to:**
Supplier Contact:
SALES TEAM

NN
Nortel
Lise Arden
3500 CARLING AVENUE
OTTAWA  ON   K2H 8E9
CANADA

**Bill to:**
Nortel Networks Technology Corporation (1101)
Attention: Accounts Payable
P.O. Box 280510
Nashville, TN 37228

| Carrier Number/Carrier Name: | | Incoterms:<br>FCA ORIGIN | Payment Terms:<br>Net 45 Days | | Buyer:<br>Fernando Williams | | Telephone No: ESN: 470-848<br>Fax: |
|---|---|---|---|---|---|---|---|
| Item<br>No. | Qty | UOM | Part No | Description | Ship Date | Unit Price | Tax<br>Code | Tax<br>Value | Extended Total |

| Item No. | Qty | UOM | Part No | Description | Ship Date | Unit Price | Tax Code | Tax Value | Extended Total |
|---|---|---|---|---|---|---|---|---|---|
| | | | | INCLUDE DOCUMENTATION THAT DESCRIBES PROCEDURES FOR TESTING, INSTALLING, AND APPLYING SAID PATCHES. BUYER<br>RESERVES THE RIGHT TO REJECT SOFTWARE THAT DOES NOT COMPLY WITH THESE REQUIREMENTS WITHOUT FURTHER<br>OBLIGATION OR LIABILITY (INCLUDING PAYMENT).<br>SOFTWARE AGREEMENTS ARE SUBJECT TO APPROVAL BY NORTEL AND SUPPLIER LEGAL DEPARTMENTS.<br>LICENSOR SHALL INDEMNIFY AND SAVE EACH NORTEL COMPANY AND ITS SUBSIDIARIES AND AFFILIATES HARMLESS FROM<br>LIABILITY OR CLAIM (INCLUDING, WITHOUT LIMITATION, THE COSTS AND REASONABLE ATTORNEY FEES IN CONNECTION<br>THEREWITH) THAT MAY BE MADE ALLEGING THAT SOFTWARE OR THE USE OF SUCH SOFTWARE INFRINGES ANY PATENT,<br>TRADEMARK, TRADE SECRET, COPYRIGHT, OR ANY OTHER PROPRIETARY OR INTELLECTUAL RIGHT.<br>FOR ALL SOFTWARE PURCHASES AND SOFTWARE DEVELOPMENT: (A) LICENSOR/SUPPLIER WARRANTS THAT ALL PRODUCTS AND<br>RELATED DOCUMENTATION CONFORMS TO ALL AGREED UPON SPECIFICATIONS STATED BELOW AND SHALL CONTAIN NO<br>"VIRUSES", "TIME BOMBS", "TRAP DOORS", OR SIMILAR DESIGN PATHS THAT ALLOW UNAUTHORIZED<br>ACCESS, INTENTIONALLY CAUSED "BACK DOORS", "LOCK-UP DEVICES", OR SIMILAR DESIGN PATHS THAT ALLOW UNAUTHORIZED<br>INCLUDE DOCUMENTATION THAT DESCRIBES PROCEDURES FOR TESTING, INSTALLING, AND APPLYING SAID PATCHES. BUYER<br>RESERVES THE RIGHT TO REJECT SOFTWARE THAT DOES NOT COMPLY WITH THESE REQUIREMENTS WITHOUT FURTHER<br>OBLIGATION OR LIABILITY (INCLUDING PAYMENT).<br>NORTEL CLAIMS EXEMPTION FROM TAX ON THE PURCHASE OF THE TANGIBLE PERSONAL PROPERTY ORDERED HEREIN. VENDORS<br>ONTARIO RETAIL SALES TAX EXEMPTION CERTIFICATE - UNDER THE PROVISIONS OF THE RETAIL SALES TAX ACT,<br>PERMIT NO. 02743442. | | | | | |
| 00010 | 1 | EA | part # - 0248ELINUX | Software Service Agreement - sch 68 | 10/15/2008 | 2,000.00 | A4 | 0.00 | 2,000.00 |
| | | | | | Page Total | 2,000.00 | USD | | 2,000.00 |

Nortel Networks Technology Corporation
c/o Stewart McKelvey Sterling Scales
Suite 800, 1959 Upper Water St
Halifax, NS  B3J 2X2
Canada

*[signature]*

Fernando Williams
BUYER

# N✷RTEL Purchase Order

| | |
|---|---|
| **Purchase Order No:** 4320058051 | **Order Date:** 10/15/2008 |
| This number must appear on all invoices, packages, packing slips and customs forms. | **Last Change Date:** 10/15/2008 | **Page 4 of 7** |

**Supplier:**
SNMP Research International Inc
3001 Kimberlin Heights Road
KNOXVILLE TN 37920-9716
USA
Telephone No: 423-579-3311
Fax No: 423-579-6565

**Supplier No:** 315822
**Contract No:** SIGNED DEC. 23/99

**Ship to:**
NN
Nortel
Lise Arden
3500 CARLING AVENUE
OTTAWA ON  K2H 8E9
CANADA

**Bill to:**
Nortel Networks Technology Corporation (1101)
Attention: Accounts Payable
P.O. Box 280510
Nashville, TN 37228

| | |
|---|---|
| **Incoterms:** FCA ORIGIN | **Payment Terms:** Net 45 Days |

**Buyer:**
Fernando Williams

**Telephone No:** **Fax:**  **ESN:** 470-848

| Item No. | Carrier Number/Carrier Name: | | | | | |
|---|---|---|---|---|---|---|
| | Qty | UOM | Part No | Description | Ship Date | Unit Price | Tax Code | Tax Value | Extended Total |

Goods Recipient: CUNNINGHAM SUSAN
This Purchase order is subject to the Nortel Networks Standard PO Terms& Conditions unless specified by
Nortel.

| | |
|---|---|
| **Page Total** | USD | 0.00 |
| **Tax Amount** | USD | 0.00 |
| **Total Amount** | USD | 2,000.00 |

*Willie Williams* (signature)

Fernando Williams
BUYER

Nortel Networks Technology Corporation
c/o Stewart McKelvey Sterling Scales
Suite 800, 1959 Upper Water St
Halifax, NS B3J 2X2
Canada

Nortel is an Equal Opportunity / Affirmative Action Employer

# Terms and Conditions

## PURCHASE ORDER TERMS & CONDITIONS OF PURCHASE OF GOODS/SERVICES

Provincial Sales Tax Vendor Permit Number and Certifications

NNL
British Columbia R001048
Manitoba 635112-3
Ontario (see note) 7947-0009 0274-3442
Prince Edward Island 133532
Saskatchewan 0944447
Quebec 1001630151-TQ 1000242985-TQ
Note: Under the provisions of the Ontario Retail Sales Tax Act, we claim exemption from tax on the purchase of tangible personal property and taxable services ordered herein.

## Terms and conditions

### 1. Disclosure of Information
All information, materials, specifications, tools, drawings or data, including computer software programs in source code or object code form, which is conveyed in connection with this order, including the terms hereof, or becomes available or made known to Supplier, shall be deemed proprietary and confidential to Nortel Networks, shall not be disclosed to any third party, and shall be used exclusively for the purpose of manufacturing or supplying the specified goods or services pursuant to this Purchase Order (herein the "Deliverables"), for the benefit of Nortel Networks and its affiliated companies, being Nortel Networks Limited and its subsidiaries and such fixed items shall be returned to Nortel Networks on demand. Supplier shall not make use of any trademarks or trade names of Nortel Networks or its affiliated companies without the prior written consent of Nortel Networks.

### 2. Ownership of Intellectual Property
Nortel Networks shall own all technical information, written reports, visual or audio recordings, computer software programs in source code or object code form, plans, models, and other items, and all patents, copyrights, know-how, and other technological or intellectual property resulting from, or developed pursuant to the creation and provision of Deliverables hereunder. Supplier hereby sells, transfers, assigns, and conveys to Nortel Networks all the right, title, and interest to all the results and/or items produced or to be produced by performance of the services, including, without limitation all copyrights, right to create derivative works, patents, trademarks, trade secrets, mask works, and any other intellectual property rights pertaining thereto, and agrees to execute, and to have its employees and subcontractors execute, without additional charge to Nortel Networks, any documents required to evidence and/or secure Nortel Networks exclusive ownership therein in any and all countries.

### 3. Special Products
Unless otherwise provided on the face of this order, any drawings, special dies, tools, patterns or equipment required for the manufacture of the Deliverables shall be furnished by and at the expense of the Supplier. Nortel Networks may, at its option at any time, reimburse Supplier for Supplier's reasonable cost of such drawings, dies, tools, or patterns, or any part thereof, and upon payment thereof shall become the owner and entitled to possession of the same.

### 4. Indemnification and Insurance

Supplier warrants that the Deliverables furnished hereunder may be freely used, sold, or otherwise dealt with by Nortel Networks and any other person without infringement of patents, copyrights, trademarks, trade secrets, or other technological or intellectual property rights. Supplier shall indemnify, defend, and hold harmless Nortel Networks, and its affiliated companies, their employees, customers, transferees, licensees, invitees and those for whom they may act as agent, against any claims, demands, losses, costs or damages (including costs and attorneys' fees) whatsoever in the event of any actual or alleged infringement of a third party intellectual property right. Supplier shall indemnify, defend and save harmless Nortel Networks, its affiliated companies and their employees, customers, transferees, licensees and those for whom they may act as agent, from and against all claims, demands, losses, costs, damages including, but not limited to, those arising from bodily injury (including death) or property damage, of whatsoever kind or nature arising out of or incidental to the Deliverables. Supplier shall, prior to commencement of performance, transmit to Nortel Networks a certificate of insurance affirming that Supplier has the following types of insurance and minimum coverage amounts:

(a) Statutory worker's compensation and occupational disease;
(b) Employer's liability - $1,000,000.00,
(c) General liability, including contractor's protective liability and blanket contractual liability for both personal injury and property damage - $5 million; and
(d) Automobile liability, including non-owner automobile liability for both personal injury and property damage - $1 million.
This certificate of insurance shall name Nortel Networks as an additional insured.

### 5. Price/Additional Charges/Quantity
Supplier agrees that this order must not be filed at prices higher than stated on the face of this order without obtaining the prior written consent of Nortel Networks Purchasing Department. Supplier represents that the prices charged hereunder are the lowest prices charged by Supplier to buyers of a class similar to Nortel Networks under similar terms. Any price reduction made in Deliverables covered by this order which is instituted before delivery of goods or commencement of service shall be applicable to this order. No charges additional to those set out on the face of this order will be allowed unless agreed to and specifically recited and included in this order. Nortel Networks shall not be obligated to accept any shipment less then or in excess of the quantity of Deliverables specified herein.

Notwithstanding, a reasonable handling fee shall be borne by Supplier for the handling of shipments less than the quantity of Deliverables specified. Risk of loss, return shipping charges and a reasonable handling fee for excess quantity shall be borne by Supplier. Payment terms are 70 days (Payment Period) measured from the later of Nortel Networks' acceptance of the goods and/or services or Nortel of an undisputed invoice therefor. Notwithstanding the preceding, conditioned upon the advance approval of Nortel Networks' finance group, on the face of this purchase order Nortel Networks may agree with Supplier to a special term of payment that will apply to this purchase order only. Such different payment term will supersede the Payment Period but will not supersede any payment term in a master agreement, if any, between the parties under which this purchase order is being issued

### 6. Set-Off
Upon notice to Supplier, Nortel Networks may deduct from the amount due to Supplier, under this order, either damages for any breach of this order or amounts

# Terms and Conditions

otherwise due Nortel Networks by Supplier, irrespective of whether the destruction is related to the Deliverables covered by this order.

## 7. Title, Risk of Loss

Unless expressly stated to the contrary on the face of this order, title, risk of loss and/or damage to all Deliverables shall remain in Supplier until delivery to, and off-loading at, Nortel Networks premises at which time title, risk of loss and/or damage shall pass to Nortel Networks.

## 8. Approval by Relevant Authorities

All electrical power, or related equipment systems, included in this order, shall comply with any requirements prescribed by the Canadian Standards Association and by the applicable federal, provincial or municipal authority prior to acceptance by Nortel Networks. Supplier shall be responsible for making all modifications required to affect such compliance and for the costs thereof.

## 9. Master Contract/Additional Terms

Subject to any master contract between Nortel Networks and the Supplier, this order constitutes the entire agreement between the parties on the subject matter hereof and supersedes all prior agreements, communications and understandings of any nature whatsoever, oral or written. No other terms or conditions shall be binding upon Nortel Networks unless reduced to writing and signed by a duly authorized representative of Nortel Networks. Supplier's furnishing of Deliverables hereunder shall be deemed to be an acceptance of these terms and conditions notwithstanding the communication to Nortel Networks by Supplier of any other terms and conditions. In the event the terms of this Order conflict with the terms of any master purchase and sale agreement or master services agreement between Nortel Networks, the parent of Nortel Networks or any affiliate or subsidiary of Nortel Networks and Supplier for the purchase of the goods or services ordered hereunder, the terms of the master purchase and sale agreement or master services agreement shall take precedence.

## 10. Warranty/Inspection

Supplier warrants that Supplier is duly qualified to provide Deliverables and that the Deliverables to be furnished hereunder conform with Nortel Networks specification, description or drawings, shall be free from defects in material and/or workmanship, free from any liens or encumbrances, and, unless otherwise specified herein, shall be merchantable quality, fit for their intended purpose, and shall be supplied in a professional and workmanlike manner conforming with the generally accepted practices. This warranty shall survive acceptance of the Deliverables. The Supplier shall bear the cost of inspection and return to Supplier of Deliverables rejected. The Supplier shall, at Nortel Networks option, repair, correct or replace defective or non-conforming Deliverables.

## 11. Assignment

Supplier shall not assign this order, any interest herein, or any rights hereunder, or subcontract any obligation to be performed hereunder, without the prior written consent of Nortel Networks.

## 12. Termination

At any time, Nortel Networks may cancel this order in whole or in part, upon notice to the Supplier. If this order is terminated for Nortel Networks convenience, any claim of the Supplier shall be settled on the basis of the reasonable cost it has documented as having been incurred in the performance of this order, which will not exceed the price(s). If, however, cancellation is occasioned by Supplier's breach of any term, provision or condition hereof, including Supplier's delay in delivery, Supplier shall not be entitled to reimbursement for any cost and Nortel Networks shall have against the Supplier all remedies available hereunder, or at law or in equity, including the right to

purchase substitute materials elsewhere and charge Supplier with any additional costs or expenses incurred. In no event shall Nortel Networks be liable for any incidental, indirect, consequential, special, or punitive damages of any nature whatsoever, including loss of profit, use, goodwill, or income, for any reason whatsoever.

## 13. Force Majeure

Nortel Networks reserves the right, at its option, either to suspend or cancel shipment or provision of Deliverables covered by this order, in whole or in part, at any time, without incurring any costs or damages whatsoever, where such suspension or cancellation is caused by force majeure, including, but not limited to, acts of God, the public enemy or the government, fires, floods, freight embargoes, unusually severe weather or other contingencies beyond the control of Nortel Networks and/or the Supplier.

## 14. Time of the Essence

Time is of the essence in all matters relating to this order. Time shall remain of the essence in all cases of force majeure.

## 15. Regulations

Supplier shall be responsible for packaging, labeling, handling, transportation, storage or otherwise providing and performing Deliverables, in accordance with the applicable laws relating to customs and export control, and provide all information necessary for compliance or to permit compliance with all legislation relevant to hazardous or dangerous goods.

## 16. EU Environmental Regulations

Supplier will comply with all applicable laws and government regulations (including the marking of products such as any required labels or symbols required) governing hazardous and toxic materials and the protection of the environment (including, but not limited to the following: European Union Environmental Directives: Electronic Equipment (WEEE) directive and Restriction on Use of Certain Hazardous Substances (RoHS). With respect to the RoHS Directive, Supplier must be able to demonstrate to Nortel Network's satisfaction that no lead, hexavalent chromium cadmium, mercury or polybrominated biphenyls (PBB)polybrominated diphenyl ethers (PBDE) are present in any product covered by the ROHS Directive used or provided by Supplier in providing the Products in the EU, except where exemptions allowing the use of such substances apply under applicable law.

Nortel Networks reserves the right to inspect the Supplier's facilities to ensure compliance with directives. Supplier hereby indemnifies, defends, and holds Nortel Networks harmless from all losses, liabilities, fines, penalties, costs and expenses (including reasonable legal fees) in connection with any claim or proceeding made by any customer, governmental body or other third party resulting from any non-compliance by Supplier with the WEEE and RoHS directives. Supplier understands that failure by Supplier to follow the requirements may expose Nortel Networks and Nortel Networks' employees to criminal liability and as a consequence any failure may therefore be considered as a material breach of this Contract.

## 17. Compliance with laws

Supplier warrants that it has complied, and will continue to comply, during the performance of this order, with the provisions of all applicable federal, provincial and municipal laws and regulations, rules and orders including those from which liability may accrue to Nortel Networks from any violations thereof, laws and regulations relating to health and safety and those which may be applicable to this order by reason of Nortel Networks status as a government contractor and/or

# Terms and Conditions

Supplier's status as a government subcontractor. As required, Supplier shall abide by all Nortel Networks regulations and policies relating to health and safety. By acceptance hereof, Supplier shall abide by all Nortel Networks regulations licenses and permits required by, and the Deliverables shall be in conformance with, all applicable laws and governmental orders and regulations in effect at the time of the shipment of the Deliverables. Supplier shall determine eligibility of all goods for preferential treatment under any applicable trade treaty, including but not limited to the North American Free Trade Agreement (NAFTA). Supplier shall prepare and provide a certificate of origin or other appropriate documentation to Nortel Networks. Nortel Networks may withhold payment of Supplier's invoices pending receipt of such documentation for eligible goods.

### 18. Governing Law
This Order shall be interpreted and construed in accordance with the laws of the state/province and country in which the goods are delivered or services are performed, notwithstanding its rules on conflict of laws. The parties agree that this order shall not be subject to the United Nations International Sale of Goods Contracts Convention.

### 19. Publicity
Supplier shall have no right to use the name and trademarks or trade names of Nortel Networks and its subsidiaries and its affiliated companies in connection with any products, promotion, public statement, press releases, or publication without the prior written approval of Nortel Networks.

### 20. Acceptance
Supplier's acceptance of this Purchase Order ("Order") shall be evidenced by the returning of a signed copy of this Order to Purchase, the shipment of goods or the commencement of services to be performed hereunder. Nortel Networks shall not be bound by any provision, printed or otherwise, at variance or in addition to the terms of this Order, that may appear on any quotation, acknowledgement or other form used by Supplier unless any such provision is expressly accepted in writing by Nortel Networks.

### 21. Changes
Nortel Networks may, at any time by written amendment to this Order, increase or decrease the ordered quantities of the goods or services or make a change in any one or more of the following:
(a) applicable drawings, designs and/or specifications when the goods to be furnished are to be specifically manufactured by Supplier in accordance with Nortel Networks provided drawings, designs and/or specifications; and/or
(b) method of shipment or packaging; and/or
(c) place or time of delivery or performance.
If such change causes an increase or decrease in the cost of performance or the time required for performance of this Order, an equitable adjustment shall be made and this Order shall be modified in writing accordingly. Supplier shall be deemed to have waived any claim for adjustment unless asserted in writing by an estimate of the cost of the additional time required for performance of the change within 20 days from receipt by Supplier of notification of the change.

### 22. Notice
Any notice to be given hereunder shall be given in writing, postage prepaid and shall be effective when deposited in the Canada Post.

### 23. Waiver

The failure of a party to claim a breach of any term of this Order shall not constitute a waiver of such breach or the right of such party to enforce any subsequent breach of such term.
Company policy prohibits Nortel Networks employees from accepting gifts from suppliers.
Nortel Networks Technology Corporation and its parent company Nortel Networks Limited are hereinafter referred to as Nortel Networks. The person, firm or corporation from whom the goods or services have been ordered is hereinafter referred to as Supplier.
These terms and conditions apply to the following Purchase Order issued on the date referenced:

ALBERT A. CIARDI, JR.
ALBERT A. CIARDI, III * †
DANIEL K. ASTIN * **
DIMITRI L. KARAPELOU * ††
ANTHONY M. SACCULLO**
THOMAS H. CHIACCHIO, JR. * ‡
SHANNON D. LEIGHT **
NICOLE M. NIGRELLI * ‡
JOSEPH V. BONGIORNO *
THOMAS D. BIELLI
KEVIN G. MCDONALD *
JENNIFER E. CRANSTON *

ALSO MEMBER OF NJ BAR *
ALSO MEMBER OF FL BAR †
ALSO MEMBER OF DE BAR **
ALSO MEMBER OF NY BAR ††

OF COUNSEL ‡

# CIARDI CIARDI & ASTIN, P.C.

One Commerce Square • 2005 Market Street • Suite 1930
Philadelphia, Pennsylvania 19103
Phone: 215-557-3550        •        Fax: 215-557-3551

**DELAWARE OFFICE**
901 Market Street, Suite 700
Wilmington, DE 19801
Phone: (302) 472-9039
Fax: (302) 397-2828

**NEW JERSEY OFFICE**
57 Euclid Street, Suite B
Woodbury, NJ 08096
Phone: (856) 368-2001
Fax: (856) 368-2002

**QUAKERTOWN OFFICE**
2083 Quaker Pointe Drive
Quakertown, PA 18951

September 28, 2009

*Via* **Federal Express**

Nortel Networks Inc. Claims Processing Center
c/o Epiq Bankrptcy Solutions, LLC
757 Third Avenue, 3rd Floor
New York, New York 10017

Re:     Nortel Networks Inc., *et al.,* Case Nos. 9-10138 through 09-10152

Dear Sir or Madam:

Enclosed are (15) original Proofs of Claim to be filed in the above-referenced (15) Nortel cases. Each Proof of Claim has a corresponding copy, which I would appreciate your time-stamping and returning to me in the enclosed self-addressed Federal Express evelope.

Please do not hesitate to contact me any questions.

Very truly yours,

Valerie Frew
Paralegal

VF/
Enclosures
cc: Mary E. Augustine, Esq.

Page 1 of 1

From:    Origin ID: ZWIA   (302) 658-1100
Valerie Frew

919 N. Market Street
Suite 700
Wilmington, DE 19801


FedEx
Express

**E**

Ship Date: 28SEP09
ActWgt: 2.0 LB
CAD: 100882002/INET9090
Account#: S *********

Delivery Address Bar Code

SHIP TO:   (302) 658-1100          BILL SENDER
**Nortel Networks Claims Processing**
**Epiq Bankruptcy Solutions, Inc.**
**757 Third Avenue**
**Third Floor**
**New York, NY 10017**

Ref #    7131-001
Invoice #
PO #
Dept #



TRK#
0201   **7969 8327 4460**

**TUE - 29SEP        A1**
**PRIORITY OVERNIGHT**

**10017**
NY-US
**EWR**

**EB OGSA**

**After printing this label:**
.1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning**: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic valueof the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

https://www.fedex.com/shipping/html/en//PrintIFrame.html                    9/28/2009