# EXHIBIT 4

Second Amended NNI Claim

B 10 (Official Form 10) (04/10)

| UNITED STATES BANKRUPTCY COURT | District of Delaware | PROOF OF CLAIM |
|---|---|---|

| Name of Debtor:<br>Nortel Networks, Inc., et al. | Case Number:<br>09-10138 (KG) |
|---|---|

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

| | |
|---|---|
| Name of Creditor (the person or other entity to whom the debtor owes money or property):<br>SNMP Research International, Inc. | ✔ Check this box to indicate that this claim amends a previously filed claim. |
| Name and address where notices should be sent:<br>Ciardi Ciardi & Astin (Attn: Joseph McMahon, Esq.)<br>919 N. Market St., Ste. 700<br>Wilmington, DE 19801<br><br>Telephone number:<br>(302) 658-1100 | Court Claim Number: 7471<br>(If known)<br><br>Filed on: 10/19/2010 |
| Name and address where payment should be sent (if different from above):<br>SNMP Research International, Inc. (Attn: Mary Case)<br>3001 Kimberlin Heights Rd.<br>Knoxville, TN 37920<br><br>Telephone number:<br>(865) 599-3311 | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br><br>☐ Check this box if you are the debtor or trustee in this case. |

| | |
|---|---|
| 1. Amount of Claim as of Date Case Filed:    $    $5,370,594.00 (known)<br><br>If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.<br><br>If all or part of your claim is entitled to priority, complete item 5.<br><br>✔ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges. | 5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.<br><br>Specify the priority of the claim.<br><br>☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B). |
| 2. Basis for Claim:  See Attached Summary<br>(See instruction #2 on reverse side.) | ☐ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4). |
| 3. Last four digits of any number by which creditor identifies debtor: _____<br><br>3a. Debtor may have scheduled account as: _____<br>(See instruction #3a on reverse side.) | ☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5). |
| 4. Secured Claim (See instruction #4 on reverse side.)<br>Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.<br><br>Nature of property or right of setoff:  ☐ Real Estate  ☐ Motor Vehicle  ☐ Other<br>Describe:<br><br>Value of Property:$_____ Annual Interest Rate_____%<br><br>Amount of arrearage and other charges as of time case filed included in secured claim,<br><br>if any: $_____ Basis for perfection: _____<br><br>Amount of Secured Claim: $_____ Amount Unsecured: $_____ | ☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).<br><br>☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8). |
| 6. Credits: The amount of all payments on this claim has been credited for the purpose of making this proof of claim. | ☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__). |
| 7. Documents: Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See instruction 7 and definition of "redacted" on reverse side.)<br><br>DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.<br><br>If the documents are not available, please explain: | Amount entitled to priority:<br><br>$_____<br><br>*Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment. |

| | | |
|---|---|---|
| Date:<br>05-25-11 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br><br>Mary Case<br>CEO, SNMP Research International, Inc.    *Mary L Case CEO* | FOR COURT USE ONLY |

*Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.*

## SUMMARY OF SECOND AMENDED PROOF OF CLAIM

### I. Claim Summary

SNMP Research International, Inc. ("SNMP") asserts this general unsecured claim against each debtor in the Nortel Networks Inc. cases (collectively, "Nortel" or the "Debtors") in the estimated amount of $5,370,594, which consists of the following:

(i)      $22,092 (the "Unpaid Pre-Bankruptcy Royalties") for unpaid royalties from the fourth quarter of 2008 through the portion of the first quarter of 2009 prior to the Debtors' filing for bankruptcy protection, along with yearly software maintenance fees, and pre-petition interest thereon;[1]

(ii)      $1,494,946 ("MG9000 Fees") due for licensing fees, royalties, and maintenance fees, and pre-petition interest thereon associated with the unauthorized and illegal usage by the Debtors of EMANATE®/Lite with EPIC (the "SNMP-MG9000 Software") used in the MG9000, and including pre-petition interest;[2]

(iii)      $3,853,309 ("Bay Fees") due for licensing fees and royalties, and pre-petition interest thereon associated with the known unauthorized and illegal usage by the Debtors of EMANATE® and EMANATE®/Lite

---

[1] The Unpaid Pre-Bankruptcy Royalties were specifically claimed by SNMP in its proofs of claim filed on or about September 29, 2009, against Nortel and various related Debtors, referenced in the Nortel Claims Register as Claim Nos. 4624-4638 (collectively, the "Original SNMP Claim"). In the Original SNMP Claim, SNMP indicated that its claim included any additional amounts for unpaid royalties that had not been reported and reserved all rights to amend its proof of claim to assert claims as such claims arose.

[2] The MG9000 Fees were specifically claimed by SNMP in its amended proof of claim filed on or about October 19, 2010, against Nortel, referenced in the Nortel Claims Register as Claim No. 7471 (the "Amended SNMP Claim"). In the Amended SNMP Claim, SNMP indicated that its claim included any additional amounts for unpaid licensing fees, royalties and maintenance fees that had not been reported and reserved all rights to amend its proof of claim to assert claims as such claims arose.

537851v4

(the "SNMP-Bay Software") in association with products in the Bay Stack line of products of the Debtors ("Bay Products"); and

(iv)        $247 for unpaid royalties for the use of SNMP software in the Universal Signaling Point, and including pre-petition interest thereon.

SNMP further claims amounts to be determined (a) under the Copyright Act of 1976 as amended, applicable trade secret law, and other intellectual property law for unauthorized use and distribution of SNMP software with the MG9000, Bay Products, and other products of the Debtors,[3] and (b) any and all additional amounts associated with licensing fees, royalties, and maintenance fees for the Bay Products and any other products of the Debtors that have not been reported by the Debtors to date and are owed to SNMP.[4]  SNMP further reserves the right to modify or amend this proof of claim and to assert additional claims as SNMP learns of such claims through discovery or otherwise, including but not limited to claims for copyright infringement and misappropriation of trade secrets.

## II.  Unpaid Royalty Fees

The Debtors have failed to pay certain royalty and license fees arising 4Q2008 and 1Q2009 in the total amount of $22,092, arising under the License Agreement.  *See* Exhibit 1 (Schedule of unpaid fees arising under the License Agreement and related documents).

---

[3] The Debtors have informed SNMP in its response to interrogatories that the Debtors used SNMP software in the Debtors VSS products.  SNMP is not able to specify the license fees, royalties and maintenance fees owed for the Debtors use of SNMP software in the VSS products because the Debtors have not informed SNMP of the extent of such use.  GENBAND Inc. has requested a license for the use of SNMP software in the SP2000 transferred from Nortel to GENBAND Inc.  SNMP never granted Nortel a license for the use of SNMP software with the SP2000. SNMP is not able to specify the license fees, royalties and maintenance fees owed for the Debtors use of SNMP software in the SP200 because the Debtors have not informed SNMP of the extent of such use.

[4] *Id.*

537851v4

### III.  MG9000 Fees

The MG9000 Fees arise from the Debtors' unlicensed use of the SNMP-MG9000 Software in its MG9000 product line. *See* Exhibit 2 (copies of electronic correspondence from a former employee and current employees of the Debtors admitting to the unauthorized usage of SNMP's software, without payment to SNMP of the relevant royalties and other fees).   SNMP transferred the SNMP-MG9000 Software to Nortel on multiple occasions in 1999.  Nortel did not execute a license agreement that allowed Nortel to use and distribute the SNMP-MG9000 Software with the MG9000.

Despite the Debtors' representation to the contrary, the Debtors used the SNMP-MG9000 Software on at *least* four different cards within the MG9000 -- NTNY45AA, NTNY45BA, NTNY45CA, and NTNY45FA.  *See* Exhibit 2, Electronic Mail #2 (electronic mail from Tim Gaiser to Kevin Rossi, *et al.*, dated May 18, 2010).[5]  All four cards shipped by Nortel included the SNMP-MG9000 Software, and each separate use of the software in each card used in the MG9000 product required a separate license.  The Debtors would have been required to pay the below-listed amounts in 1999 for licenses to use the SNMP-MG9000 Software:

---

[5] SNMP believes that Nortel installed the SNMP-MG9000 Software on a fifth card used in the MG9000 product, referenced as NTNY45OA.  The MG9000 Fees do not currently reflect any claim for license fees, royalties or maintenance fees should it be determined that the SNMP-MG9000 Software was installed on the NTNY45OA cards and SNMP reserves all rights to amend its proof of claim accordingly.

537851v4

|  | License Fee for 1 product | Fees for all 4 products |
|---|---|---|
| EMANATE®/Lite | $4,000 | $16,000 |
| EPIC/EAL | $5,000 | $20,000 |
| Royalty Buy Out EMANATE®/Lite | $25,000 | $100,000 |
| Royalty Buy Out EPIC/EAL | $15,000 | $60,000 |
| Maintenance EMANATE®/Lite | $5,000 | $20,000 |
| Maintenance EPIC/EAL | $1,000 | $4,000 |
| **Total Initial Fees** | | **$220,000** |

Additionally, commencing in 2000, the Debtors would have owed yearly maintenance fees of $3,000 per license, or $12,000 for the four products. The maintenance fees for the nine-year period between 2000 and 2009, when the Debtors filed for bankruptcy relief, total $108,000.

## IV.  Bay Fees

The Bay Fees are comprised of the unpaid fees owed by the Debtors for the SNMP-Bay Software that was contained in the Bay Products.   The Bay Products consist of eleven (11) product lines that the Debtors conveyed to Avaya Inc. ("Avaya").  *See* Exhibit 3 (email from Roy J. Weldon to Barry Marcus, Jeff Case, et al. dated April 14, 2011).   Under Schedule 1A of the License Agreement dated December 23, 1999, between Debtors and SNMP (the "License Agreement"), the Debtors' right to possess, use, or distribute the SNMP-Bay Software in Bay Products ceased on June 20, 2003. In 2004 the Debtors used the SNMP-Bay Software in all of the 20 different product lines then produced as part of the Bay Stack product lines. *See* Exhibit 4

537851v4

(affidavit of James Reeves ¶¶ 8, 9 (the "Reeves Affidavit")).  Thus, SNMP believes that the Bay Fees do not reflect claims for the use and distribution of the SNMP-Bay Software in at least nine (9) products.  SNMP reserves all rights to amend its claim for the Bay Fees after further investigation to reflect additional license fees, royalties or maintenance fees that may be due and owing. SNMP has sought to obtain additional information regarding the full extent of the Debtors unauthorized and illegal use of SNMP-Bay Software through ongoing discovery efforts with Nortel.

Based on the known usage of the SNMP-Bay Software in the Bay Products, the Debtors would have been required to pay SNMP $464,000 in license fees and $1,000,000 in royalty buyouts in 2003 for licenses to use and distribute SNMP software in the Bay Products based on SNMP's standard pricing schedule in effect in 2003.  See Exhibit 5 (Schedule of Bay Products license and royalty fee charges).

**V.  Universal Signaling Point**

The Debtors owed SNMP $100 a year for royalties for the distribution of SNMP software with the Universal Signaling Point, pursuant to Schedule 10 to the License Agreement.  The Debtors did not pay royalties for the Universal Signaling Point for the years 2007 and 2008. *See* Case Declaration attached to the Response to the Motion for Protective Order as Exhibit 2.

**VI.  Interest**

Furthermore, pursuant to Section 3.2(b) on page 7 of the License Agreement, "[p]ayments made late shall be assessed a late payment penalty of 1.5% for each month that the payment is late, or the maximum amount allowable by law, whichever is less."  The fees and interest due on the unpaid principal amounts claimed by SNMP totals the sum of $3,556,302, and as to each specific claim is as follows:

537851v4

|       |                      |             |
|-------|----------------------|-------------|
| (i)   | MG9000 Fees:         | $1,166,946  |
| (ii)  | Bay Fees:            | $2,389,309  |
| (iii) | Universal Signaling: | $      47   |

Therefore, with the addition of interest, the MG9000 Fees total $1,494,946, the Bay Fees total $3,853,309, and the royalties owed for the Universal Signaling Point total $247. *See* Exhibit 6 (Interest Calculations Schedules).

## VII. Conclusion

SNMP has also been informed that the Debtors used SNMP software in the SP2000 and as a part of the VSS products. Once SNMP learns the full extent of the unauthorized use and distribution of SNMP software related to the SP2000, VSS products, and other products of the Debtors, SNMP intends to amend this proof of claim for the additional amounts.

537851v4

# EXHIBIT 1

Amounts Due to SNMP Research International, Inc.

**Royalties**

Q4 2008 (Oct 1, 2008 thru Dec 31, 2008)                                          $11,592
Q1 2009 (Jan 1, 2009 thru Jan 13, 2009) [not including post bankruptcy portion of the quarter]        $189
Yearly Software Maintenance Fees                                                  $10,500

**Total Claim**    Please Note:  All amounts in US Dollars (USD)               $22,281

Date: Wed, 11 Feb 2009 14:11:58 -0500
From: Lisane Fuoco <lfuoco@nortel.com>
To: kerrie@snmp.com, royalty@snmp.com
Cc: Software Royalties <software.royalties@nortel.com>
Subject: Nortel Q4-2008 Software Royalty Report - SNMP -

Dear all,
á

As previously communicated, Nortel filed for credit protection under
CCAA, Chapter 11 and the UK Administrativeáproceedings on 14 January
2009.á As such, you do understand by now we areánot permitted by the
court monitor to make any payments for goods and services delivered prior
to 14 January 2009, the date of the filing.ááI do regret this immensely,
but this is not a decision we can reverse, this is the law and we are
bound by it.ááAs such, we are providing you with the attached Q4 2008
royalty report, which is all stayed, for your information but also to
allow you to file a claim once the claim process is in place (to be
communicated at a later date by the court monitor).á We look forward to
keeping our relationship intact with you and continue doing business in
the future.á

Best Regards,

Michel Cote
Nortel 3rd PartyáSW License process Leader
Phone 613.763.8388 (ESN 393)

Fax 613.763.5771 (ESN 393)

á
á
Please find enclosed the subjectáQ4-2008 Royalty report.

Nortel Software Royalties Reports invoices':

You are identified as the point of contact to whom we will be sending the
quarterly software royalty reports. Please note that invoices associated
with those royalty reports (and only royalty reports) should not be sent
to Nortel Accounts Payable Department but rather to this inbox
(SWRYLTS@nortel.com). The invoice should clearly state the amounts
indicated on the report have been duly paid. If there are differences
between what the report states, including the amount owed, and what your
records may indicate, please contactáme directly to discuss before
issuing an invoice. Please pass this message along to anyone within your
Company who may be affected.

Regards,

á
Lisane Fuoco
Software Supply Manager
3500 Carling Ave,
Ottawa, Ontario K2E 8E9
613-765-6231 ESN 395-6231
lfuoco@nortel.com
á
á
á

**SNMP Research International Inc.** dor Id # 315822
3001 Kimberlin Heights Road
Knoxville, Tennessee
USA 37920-8716

PO # 4320063543

**Q4 2008**
**Reporting Period**    Oct 1, 2008 to Dec 31, 2008

Date issued:    3-Sep-09

| Nortel Networks Project | Schedule # | Contact | SNMP Product Name | Target OS | Royalty Calculation | Royalty Due | |
|---|---|---|---|---|---|---|---|
| Peripherics/Portal Stms. | A | John Mahon | EMANATE Master and Sub-Agent | Solaris 2.x | See Sched A Tab | $4,545 | Periphonics |
| Shasta | B | Farha Suichia | EMANATE Lite | VxWorks | See Sched B Tab | $3 | Shasta |
| DMS-100 - Centrex IP SCU Gateway Cntrl | 27 | Brian - NGN | EMANATE Master and Sub-Agent | Solaris & NT | See Sched 27 Tab | $1,260 | Succession |
| Alteon | 51 | Brian EDN | EMANATE Master and Sub-Agent | RH Linux 6.x | See Sched 51 Tab | $4,320 | Alteon |
| Optical Networks-OME 6500 & 6500B | 67 | Lucy Gauthier | EMANATE Lite | pSOS | See Sched 67 Tab | $1,443 | Optical |
| Optical Networks - CPL | 69 | Lucy Gauthier | EMANATE Lite | pSOS | See Sched 69 Tab | $21 | Optical |
| | | | | | TOTAL amount due Q3-08 (US$): | $11,592 | |

Total amount due Q4-08    $11,592

**Legend:**
Royalty Stream Terminated,
Royalty...investigation

**Note:**
The amount of $1500.00 was received on Dec 03, 2007 (email sent on Jan 28, 2008).
Credit will be applied on Q4-07    1,500.00 Under Alteon Account
Supplier will send a refund cheque of the amount of 1,500.00 - don't need to credit on the next quarter. Nov 23, 2007

Prepared by : Lisane Fucco
Nortel Networks - Software Supply Management
613-765-6231 lfucco@nortel.com

Hardcopy Signature & Date:

**Supplier Contact:**
Jonathan Southwood or Martha Hopper @ SNMP Research  (865) 579-3311

Kerrie Calhoun    rrie@snmp.com
royalty@snmp.com

SNMP Research International Inc
3001 Kimberlin Heights Road
Knoxville, Tennessee
USA 37920-9716

Vendor Id # 315822

PO # 4320063543

**Q1 2009**
**Reporting Period**          Jan 1, 2009 to Jan 13, 2009

Date issued:          25-Sep-09

| Nortel Networks Project | Schedule # | Contact | SNMP Product Name | Target OS | Royalty Calculation | Royalty Due |
|---|---|---|---|---|---|---|
| Periphonics/Portal Sltns. | A | John Mahon | EMANATE Master and Sub-Agent | Solaris 2.x | See Sched A Tab | $0 |
| Shasta | B | Farha Sukhia | EMANATE Lite | VxWorks | See Sched B Tab | $0 |
| Succession - UAS | 6 | Mark Lee | EMANATE Master and Sub-Agent | NT/2000 | See Sched 6 Tab | $0 |
| Universal Signaling Point | 10 | Mark Lee | EMANATE-Lite Agent | VxWorks | Yearly Buy-out | $0 |
| DMS-100 - Centrex IP SCU Gateway Cntrl | 27 | Brian - NGN | EMANATE Master and Sub-Agent | Solaris & NT | See Sched 27 Tab | $0 |
| Access Care I/F to DSLAM | 35 | Myron Gruenelch | EMANATE Subagent | HPUX 10.20, 11 (32 bits) ,11/64 | See Sched 35 Tab | $0 |
| Alteon | 51 | Brian EDN | EMANATE Master and Sub-Agent | RH Linux 6.x | See Sched 51 Tab | $0 |
| Optivity Policy Services | 52, 55, 60 and 64 | Stephanie Martin | EMANATE Master and Sub-Agent | Solaris | See Sched 52 & 55 Tab | $0 |
| Access Care I/F to DSLAM | 54 | Joseph Keung | BRASS Server and Mgmt App | HP-UX | Schedule 54 not yet signed | |
| Dolphin(Secure Router 6000) | 56 and 58 | Pat Roper | EMANATE Master and Sub-Agent | Linux | See Sched 56 & 58 Tab | $0 |
| Multiservice Provider Edge (MPE) | 57 | Phil Dresch | EMANATE Master and Sub-Agent | Linux | See Sched 57 Tab | $0 |
| Optical Networks-OME 6500 & 6500B | 67 | Lucy Gauthier | EMANATE Lite | pSOS | See Sched 67 Tab | $189 |
| Optical Networks - CPL | 69 | Lucy Gauthier | EMANATE Lite | pSOS | See Sched 69 Tab | $0 |
| B..........(..to) : | 74 | Tilak Ravi | EMANATE Master and Sub-Agent -Linux | | See Sched 74 Tab | $0 |

TOTAL amount stayed Q1-09 (US$):          $189

**Legend:**          Royalty Stream Terminated
          Royalty Stream Still under investigation

**Note:**          Total amount stayed Q1-09          $189

Prepared by : Eric Hamelin
Nortel Networks - Software Supply Management
613-763-1805 ehamelin@nortel.com

Hardcopy Signature & Date:

**Supplier Contact:**
John Southwood or Martha Hopper @ SNMP Research (865) 579-3311

Kerrie Calhoun          kerrie@snmp.com
          royalty@snmp.com

# Invoice

SNMP Research International, Inc.
3001 Kimberlin Heights Road
Knoxville, TN  37920-9716
USA

Invoice Number
0810SR035

Invoice Date
Oct 1, 2008

Page
1

Voice:    +1 865 579 3311
Fax:      +1 865 579 6565

Duplicate

Ship to:

NORTEL NETWORKS TECHNOLOGY CORPORATION
3500 CARLING AVENUE
OTTAWA, ON K2H 8E9
CANADA

Bill To:

NORTEL NETWORKS, INC.
P.O. BOX 280510
NASHVILLE, TN  37228

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| NORTEL0068 | 4320058051 | Net 30 Days |

| Sales Rep ID | Shipping Method | Ship Date | Due Date |
|---|---|---|---|
| | N/A | | 10/31/08 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 1.00 | 0248ELINUX | SOFTWARE SERVICE AGREEMENT ON INTELLECTUAL PROPERTY FOR A ONE YEAR PERIOD ON NATIVE SUBAGENT ADAPTER ON LINUX BEGINNING DECEMBER 16, 2008 - SCHEDULE 68. | 2,000.00 | 2,000.00 |

Check No:

| | |
|---|---|
| Subtotal | 2,000.00 |
| Sales Tax | |
| Total Invoice Amount | 2,000.00 |
| Payment Received | |
| **TOTAL** | 2,000.00 |

# NORTEL

## Purchase Order

| | |
|---|---|
| Order Date: 10/15/2008 | |
| Last Change Date: 10/15/2008 | Page 1 of 7 |
| Supplier No: 315822 | |
| Contract No: SIGNED DEC. 23/99 | |

**Purchase Order No:** 4320058051
This number must appear on all invoices, packages, packing slips and customs forms.

**Supplier Contact:**
SALES TEAM

**Supplier:** SNMP Research International Inc
3001 Kimberlin Heights Road
KNOXVILLE TN 37920-9716
USA
Telephone No: 423-579-3311
Fax No: 423-579-6565

**Ship to:**
NN
Nortel
Lisse Arden
3500 CARLING AVENUE
OTTAWA ON   K2H 8E9
CANADA

**Bill to:**
Nortel Networks Technology Corporation (1101)
Attention: Accounts Payable
P.O. Box 280510
Nashville, TN 37228

**Payment Terms:** Net 45 Days

| Buyer: | Fernando Williams | | Telephone No: | ESN: 470-848 |
| | | | Fax: | |

**Buyer:** Fernando Williams
Box 280510, Nashville, TN 37228

| Carrier Number/Carrier Name: | | Incoterms: FCA ORIGIN | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Item No. | Qty | UOM | Part No | Description | Ship Date | UnitPrice | Tax Code | Tax Value | Extended Total |

PO Delivery Date - 10/15/2008
**Header text**
PO TOTAL NOT TO EXCEED $2,000.00 USD
REFER TO QUOTE 0810QU017 FOR PROCE CONFIRMATION ONLY
NORTEL CONTACT: Cunningham S. Susan
suecun@nortel.com
613-763-8002

**Header note**
Mail invoices to: Nortel Networks Inc., Att: Accounts Payable, P.O. Box 280510, Nashville, TN 37228
Email invoices to: naapexpl@nortel.com
Fax invoice: 615 432-5936
Check invoice and payment status at: www.nortel.com/naapinquiry

| | | | | | Page Total | USD | | 0.00 |
|---|---|---|---|---|---|---|---|---|

Nortel Networks Technology Corporation
c/o Stewart McKelvey Sterling Scales
Suite 1100, Purdy's Wharf Tower One
1959 Upper Water St
Halifax, NS B3J 2X2
Canada

_Will Ansing_

Fernando Williams
BUYER

Nortel Networks IP/2007-077EN       Nortel is an Equal Opportunity / Affirmative Action Employer

# NORTEL Purchase Order

| | |
|---|---|
| Purchase Order No: 4320058051 | Order Date: 10/15/2008 |
| This number must appear on all invoices, packages, packing slips and customs forms. | Last Change Date: 10/15/2008 |
| | Page 2 of 7 |

Supplier Contact:
SALES TEAM

| | |
|---|---|
| Supplier No: 315822 | |
| Contract No: SIGNED DEC. 23/99 | |

**Supplier:**
SNMP Research International Inc
3001 Kimberlin Heights Road
KNOXVILLE TN 37920-9716
USA
Telephone No: 423-579-3311
Fax No: 423-579-6565

**Ship to:**
NN
Nortel
Lise Arden
3500 CARLING AVENUE
OTTAWA ON K2H 8E9
CANADA

**Bill to:**
Nortel Networks Technology Corporation (1101)
Attention: Accounts Payable
P.O. Box 280510
Nashville, TN 37228

| Carrier Number/Carrier Name: | | Incoterms: FCA ORIGIN | | Payment Terms: Net 45 Days | | Buyer: Fernando Williams | | Telephone No: ESN: 470-848 Fax: | |
|---|---|---|---|---|---|---|---|---|---|

| Item No. | Qty | UOM | Part No | Description | Ship Date | UnitPrice | Tax Code | Tax Value | Extended Total |
|---|---|---|---|---|---|---|---|---|---|
| | | | | **Terms of delivery** | | | | | |

PLEASE SEND ONE ORIGINAL INVOICE WITH PO COPY TO NORTEL CONTROL DEPARTMENT FOR PAYMENT
NORTEL IS NOT OBLIGATED TO PAY FOR GOODS OR SERVICES EXCEEDING THE NOT TO EXCEED AMOUNT. ALL PRICING SHALL
BE HELD FIRM FOR THE EFFECTIVE PERIOD OF THIS AGREEMENT.
IT IS IMPERATIVE THAT ALL INVOICES SUBMITTED FOR PAYMENT AGAINST THIS PURCHASE REFERENCE THIS PURCHASE ORDER
NUMBER AND THE ASSOCIATED PURCHASE ORDER LINE ITEM, QUANTITY, DESCRIPTION AND PRICE THAT IS BEING INVOICED
FOR AS DISPLAYED ON THE FACE OF THIS PURCHASE ORDER.
NORTEL NETWORKS RESERVES THE RIGHT TO CANCEL THIS ORDER AT ANY TIME  IN THE EVENT THAT NORTEL, IN ITS SOLE
DISCRETION, IS NOT SATISFIED WITH THE QUALITY OF SERVICES OR PRODUCTS TO BE PROVIDED AND COVERED BY THIS
PURCHASE ORDER.
THIS PURCHASE ORDER IS SUBJECT TO NORTEL STANDARD TERMS AND CONDITIONS.  THESE STANDARD TERMS AND CONDITIONS
HAVE BEEN PROVIDED WITH THIS TRANSMISSION.  ANY CHANGES (ADDITIONS, DELETIONS, RATES, DOLLARS, TERMS, ETC.)
WILL NOT BE HONORED UNLESS CONFIRMED BY THE BUYER AS IDENTIFIED HEREIN.
THIS PURCHASE ORDER IS GOVERNED BY THE TERMS AND CONDITIONS OF THE MASTER SERVICE AGREEMENT REFERENCED
HEREIN.
SOFTWARE AGREEMENTS ARE SUBJECT TO APPROVAL BY NORTEL AND SUPPLIER LEGAL DEPARTMENTS.
LICENSOR SHALL INDEMNIFY AND SAVE EACH NORTEL COMPANY AND ITS SUBSIDIARIES AND AFFILIATES HARMLESS FROM
LIABILITY OR CLAIM (INCLUDING, WITHOUT LIMITATION, THE COSTS AND REASONABLE ATTORNEY FEES IN CONNECTION
THEREWITH) THAT MAY BE MADE ALLEGING THAT SOFTWARE OR THE USE OF SUCH SOFTWARE INFRINGES ANY PATENT,
FOR ALL SOFTWARE SECRET, COPYRIGHT, OR ANY OTHER PROPRIETARY OR INTELLECTUAL RIGHT.
RELATED DOCUMENTATION CONFORMS TO ALL AGREED UPON SPECIFICATION(S) AS STATED BELOW AND SHALL CONTAIN NO
"VIRUSES", "TIME BOMBS", LOCK-UP DEVICES, BACK DOORS OR SIMILAR DESIGN PATHS THAT ALLOW UNAUTHORIZED
ACCESS TO THE SYSTEM(S) THAT ARE LOADED WITH SAID SOFTWARE.(B) SOFTWARE PATCHES  WHEN REQUIRED, SHALL
SOFTWARE DEVELOPMENT: (A) LICENSOR/SUPPLIER WARRANTS THAT ALL PRODUCTS AND

| | | | |
|---|---|---|---|
| | | Page Total | USD |
| | | | 0.00 |

_(signature)_

Fernando Williams
BUYER

Nortel Networks Technology Corporation
c/o Stewart McKelvey Sterling Scales
Suite 800, 1959 Upper Water St
Halifax, NS B3J 2X2
Canada

# NORTEL

## Purchase Order

| | |
|---|---|
| Purchase Order No: 4320058051 | Order Date: 10/15/2008 |
| This number must appear on all invoices, packages, packing slips and customs forms. | Last Change Date: 10/15/2008 |
| | Page 3 of 7 |

Supplier Contact:
SALES TEAM

Supplier No: 315822
Contract No: SIGNED DEC. 23/99

**Supplier:**
SNMP Research International Inc
3001 Kimberlin Heights Road
KNOXVILLE TN 37920-9716
USA
Telephone No: 423-579-3311
Fax No: 423-579-6565

**Ship to:**
NN
Nortel
Lise Arden
3500 CARLING AVENUE
OTTAWA ON K2H 8E9
CANADA

**Bill to:**
Nortel Networks Technology Corporation (1101)
Attention: Accounts Payable
P.O. Box 280510
Nashville, TN 37228

| Carrier Number/Carrier Name: | Incoterms: FCA ORIGIN | Payment Terms: Net 45 Days | Buyer: Fernando Williams | Telephone No: Fax: | ESN: 470-848 |
|---|---|---|---|---|---|

| Item No. | Qty | UOM | Part No | Description | Ship Date | Unit Price | Tax Code | Tax Value | Extended Total |
|---|---|---|---|---|---|---|---|---|---|
| | | | | INCLUDE DOCUMENTATION THAT DESCRIBES PROCEDURES FOR TESTING, INSTALLING, AND APPLYING SAID PATCHES. BUYER RESERVES THE RIGHT TO REJECT SOFTWARE THAT DOES NOT COMPLY WITH THESE REQUIREMENTS WITHOUT FURTHER OBLIGATION OR LIABILITY (INCLUDING PAYMENT) SOFTWARE AGREEMENTS ARE SUBJECT TO APPROVAL BY NORTEL AND SUPPLIER LEGAL DEPARTMENTS. LICENSOR SHALL INDEMNIFY AND SAVE EACH NORTEL COMPANY AND ITS SUBSIDIARIES AND AFFILIATES HARMLESS FROM LIABILITY OR CLAIM (INCLUDING, WITHOUT LIMITATION, THE COSTS AND REASONABLE ATTORNEY FEES IN CONNECTION THEREWITH) THAT MAY BE MADE ALLEGING THAT SOFTWARE OR THE USE OF SUCH SOFTWARE INFRINGES ANY PATENT, TRADEMARK, TRADE SECRET, COPYRIGHT, OR ANY OTHER PROPRIETARY OR INTELLECTUAL RIGHT. FOR ALL SOFTWARE PURCHASES AND SOFTWARE DEVELOPMENT: (A) LICENSOR/SUPPLIER WARRANTS THAT ALL PRODUCTS AND RELATED DOCUMENTATION CONFORMS TO ALL AGREED UPON SPECIFICATION(S) AS STATED BELOW AND SHALL CONTAIN NO "VIRUSES", "TIME BOMBS", "LOCK-UP DEVICES", "BACK DOORS", OR SIMILAR DESIGN PATHS THAT ALLOW UNAUTHORIZED ACCESS TO THE SYSTEM(S) THAT ARE LOADED WITH SAID SOFTWARE (B) SUPPLIER NEEDS WHEN REQUIRED SHALL INCLUDE DOCUMENTATION THAT DESCRIBES PROCEDURES FOR TESTING, INSTALLING, AND APPLYING SAID PATCHES. BUYER RESERVES THE RIGHT TO REJECT SOFTWARE THAT DOES NOT COMPLY WITH THESE REQUIREMENTS WITHOUT FURTHER OBLIGATION OR LIABILITY (INCLUDING PAYMENT). ONTARIO RETAIL SALES TAX PURCHASE EXEMPTION CERTIFICATE - UNDER THE PROVISIONS OF THE RETAIL SALES TAX ACT, NORTEL CLAIMS EXEMPTION FROM TAX ON THE PURCHASE OF THE TANGIBLE PERSONAL PROPERTY ORDERED HEREIN. VENDORS PERMIT NO. 027434442. | | | | | | |
| 00010 | 1 | EA | part # - 0248ELINUX | Software Service Agreement - sch 68 | 10/15/2008 | 2,000.00 | A4 | 0.00 | 2,000.00 |
| | | | | | Page Total | 2,000.00 | | USD | 2,000.00 |

Nortel Networks Technology Corporation
c/o Stewart McKelvey Sterling Scales
Suite 800, 1959 Upper Water St
Halifax, NS B3J 2X2
Canada

_signature_

Fernando Williams
BUYER

Nortel Networks Technology Corporation        Nortel is an Equal Opportunity / Affirmative Action Employer

Nortel Networks IP/2007-07/EN

# NORTEL — Purchase Order

| Order Date: | 10/15/2008 |
|---|---|
| Last Change Date: | 10/15/2008 |

**Page 4 of 7**

**Purchase Order No:** 4320059051
This number must appear on all invoices, packages, packing slips and customs forms.

**Supplier Contact:** SALES TEAM

**Supplier No:** 315822
**Contract No:** SIGNED DEC. 23/99

**Supplier:**
SNMP Research International Inc
3001 Kimberlin Heights Road
KNOXVILLE TN  37920-9716
USA
Telephone No: 423-579-3311
Fax No: 423-579-6565

**Ship to:**
NN
Nortel
Lise Arden
3500 CARLING AVENUE
OTTAWA ON  K2H 8E9
CANADA

**Bill to:**
Nortel Networks Technology Corporation (1101)
Attention: Accounts Payable
P.O. Box 280510
Nashville, TN 37228

**Payment Terms:** Net 45 Days

**Buyer:** Fernando Williams
**Telephone No:** ESN: 470-848
**Fax:**

**Incoterms:** FCA ORIGIN

| Item No. | Qty | UOM | Part No | Description | Ship Date | Unit Price | Tax Code | Tax Value | Extended Total |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Goods Recipient: CUNNINGHAM SUSAN This purchase order is subject to the Nortel Networks Standard PO Terms & Conditions unless specified by Nortel. | | | | | |
| | | | | | | | Page Total | USD | 0.00 |
| | | | | | | | Tax Amount | USD | 0.00 |
| | | | | | | | Total Amount | USD | 2,000.00 |

Nortel Networks Technology Corporation
c/o Stewart McKelvey Sterling Scales
Suite 800, 1959 Upper Water St
Halifax, NS B3J 2X2
Canada

Fernando Williams
BUYER

Nortel Networks IP/2007-07/EN     Nortel is an Equal Opportunity / Affirmative Action Employer

# Terms and Conditions

## PURCHASE ORDER TERMS & CONDITIONS OF PURCHASE OF GOODS/SERVICES

Provincial Sales Tax Vendor Permit Number and Certifications

NNL
British Columbia R001048
Manitoba 635112-3
Ontario (see note) 7947-0009 0274-3442
Prince Edward Island 133532
Saskatchewan 0944447
Quebec 1001830151-TQ 1000242965-TQ
Note: Under the provisions of the Ontario Retail Sales Tax Act, we claim exemption from tax on the purchase of tangible personal property and taxable services ordered herein.

## Terms and conditions
### 1. Disclosure of Information

All information, materials, specifications, tools, drawings or data, including computer software programs in source code or object code form, which is conveyed in connection with this order, including the terms hereof, or becomes available or made known to Supplier, shall be deemed proprietary and confidential to Nortel Networks, shall not be disclosed to any third party, and shall be used exclusively for the purpose of manufacturing or supplying the specified goods or services pursuant to this Purchase Order (herein the "Deliverables"), for the benefit of Nortel Networks and its affiliated companies, being Nortel Networks Limited and its subsidiaries and such fixed items shall be returned to Nortel Networks on demand. Supplier shall not make use of any trademarks or trade names of Nortel Networks or its affiliated companies without the prior written consent of Nortel Networks.

### 2. Ownership of Intellectual Property

Nortel Networks shall own all technical information, written reports, visual or audio recordings, computer software programs in source code or object code form, plans, models, and other items, and all patents, copyrights, know-how, and other technological or intellectual property resulting from, or developed pursuant to the creation and provision of Deliverables hereunder. Supplier hereby sells, transfers, assigns, and conveys to Nortel Networks all the right, title, and interest to all the results and/or items produced or to be produced by performance of the services, including, without limitation all copyrights, right to create derivative works, patents, trademarks, trade secrets, mask works, and any other intellectual property rights pertaining thereto, and agrees to execute, and to have its employees and subcontractors execute, without additional charge to Nortel Networks, any documents required to evidence and/or secure Nortel Networks exclusive ownership therein in any and all countries.

### 3. Special Products

Unless otherwise provided on the face of this order, any drawings, special dies, tools, patterns or equipment required for the manufacture of the Deliverables shall be furnished by and at the expense of the Supplier. Nortel Networks may, at its option at any time, reimburse Supplier for Supplier's reasonable cost of such drawings, dies, tools, or patterns, or any part thereof, and upon payment thereof shall become the owner and entitled to possession of the same.

### 4. Indemnification and Insurance

Supplier warrants that the Deliverables furnished hereunder may be freely used, sold, or otherwise dealt with by Nortel Networks and any other person without infringement of patents, copyrights, trademarks, trade secrets, or other technological or intellectual property rights. Supplier shall indemnify, defend, and hold harmless Nortel Networks, and its affiliated companies, their employees, customers, transferees, licensees, invitees and those for whom they may act as agent, against any claims, demands, losses, costs or damages (including costs and attorneys fees) whatsoever in the event of any actual or alleged infringement of a third party intellectual property right. Supplier shall indemnify, defend and save harmless Nortel Networks, its affiliated companies and their employees, customers, transferees, licensees and those for whom they may act as agent, from and against all claims, demands, losses, costs, damages including, but not limited to, those arising from bodily injury (including death) or property damage, of whatsoever kind or nature arising out of or incidental to the Deliverables. Supplier shall, prior to commencement of performance, transmit to Nortel Networks a certificate of insurance affirming that Supplier has the following types of insurance and minimum coverage amounts:

(a) Statutory worker's compensation and occupational disease;
(b) Employer's liability - $1,000,000.00;
(c) General liability, including contractor's protective liability and blanket contractual liability for both personal injury and property damage - $5 million; and
(d) Automobile liability, including non-owner automobile liability for both personal injury and property damage - $1 million.
This certificate of insurance shall name Nortel Networks as an additional insured.

### 5. Price/Additional Charges/Quantity

Supplier agrees that this order must not be filled at prices higher than stated on the face of this order without obtaining the prior written consent of Nortel Networks Purchasing Department. Supplier represents that the prices charged hereunder are the lowest prices charged by Supplier to buyers of a class similar to Nortel Networks under similar terms. Any price reduction made in Deliverables covered by the order which is instituted before delivery of goods or commencement of services shall be applicable to this order. No charges additional to those set out on the face of this order will be allowed unless agreed to and specifically recited and included in the order. Nortel Networks shall not be obligated to accept any shipment less than or in excess of the quantity of Deliverables specified herein.

Notwithstanding, a reasonable handling fee shall be borne by Supplier for the handling of shipments less than the quantity of Deliverables specified. Risk of loss, return shipping charges and a reasonable handling fee for excess quantity shall be borne by Supplier. Payment terms are 70 days (Payment Period) measured from the later of Nortel Networks' acceptance of the goods and/or services or Nortel of an undisputed invoice therefor. Notwithstanding the preceding, conditioned upon the advance approval of Nortel Networks' finance group, on the face of this purchase order Nortel Networks may agree with Supplier to a special term of payment that will apply to this purchase order only. Such different payment term will supersede the Payment Period but will not supersede any payment term in a master agreement, if any, between the parties under which this purchase order is being issued

### 6. Set-Off

Upon notice to Supplier, Nortel Networks may deduct from the amount due to Supplier, under this order, either damages for any breach of this order or amounts

**Terms and Conditions**

otherwise due Nortel Networks by Supplier, irrespective of whether the deduction is related to the Deliverables covered by this order.

**7. Title, Risk of Loss**

Unless expressly stated to the contrary on the face of this order, title, risk of loss and/or damage to all Deliverables shall remain in Supplier until delivery to, and off-loading at, Nortel Networks premises at which time title, risk of loss and/or damage shall pass to Nortel Networks.

**8. Approval by Relevant Authorities**

All electrical power, or related equipment systems, included in this order, shall comply with any requirements prescribed by the Canadian Standards Association and by the applicable federal, provincial or municipal authority prior to acceptance by Nortel Networks. Supplier shall be responsible for making all modifications required to effect such compliance and for the costs thereof.

**9. Master Contract/Additional Terms**

Subject to any master contract between Nortel Networks and the Supplier, this order constitutes the entire agreement between the parties on the subject matter hereof and supersedes all prior agreements, communications and understandings of any nature whatsoever, oral or written. No other terms or conditions shall be binding upon Nortel Networks unless reduced to writing and signed by a duly authorized representative of Nortel Networks. Supplier's furnishing of Deliverables hereunder shall be deemed to be an acceptance of these terms and conditions notwithstanding the communication to Nortel Networks by Supplier of any other terms and conditions. In the event the terms of this Order conflict with the terms of any master purchase and sale agreement or master services agreement between Nortel Networks, the parent of Nortel Networks or any affiliate or subsidiary of Nortel Networks and Supplier for the purchase of the goods or services ordered hereunder, the terms of the master purchase and sale agreement or master services agreement shall take precedence.

**10. Warranty/Inspection**

Supplier warrants that Supplier is duly qualified to provide Deliverables and that the Deliverables to be furnished hereunder conform with Nortel Networks specification, description or drawings, shall be free from defects in material workmanship, free from any liens or encumbrances, and, unless otherwise specified herein, shall be merchantable quality, fit for their intended purpose, and shall be supplied in a professional and workmanlike manner conforming with the generally accepted practices. This warranty shall survive acceptance of the Deliverables. The Supplier shall bear the cost of inspection and return to Supplier of Deliverables rejected. The Supplier shall, at Nortel Networks option, repair, correct or replace defective or non-conforming Deliverables.

**11. Assignment**

Supplier shall not assign this order, any interest herein, or any rights hereunder, or subcontract any obligation to be performed hereunder, without the prior written consent of Nortel Networks.

**12. Termination**

At any time, Nortel Networks may cancel this order in whole or in part, upon notice to the Supplier. If this order is terminated for Nortel Networks convenience, any claim of the Supplier shall be settled on the basis of the reasonable cost it has documented as having been incurred in the performance of this order, which will not exceed the price(s). If, however, cancellation is occasioned by Supplier's breach of any term, provision or condition hereof, including Supplier's delay in delivery, Supplier shall not be entitled to reimbursement for any cost and Nortel Networks shall have against the Supplier all remedies available hereunder, or at law or in equity, including the right to

purchase substitute materials elsewhere and charge Supplier with any additional costs or expenses incurred. In no event shall Nortel Networks be liable for any incidental, indirect, consequential, special, or punitive damages of any nature whatsoever, including loss of profit, use, goodwill, or income, for any reason whatsoever.

**13. Force Majeure**

Nortel Networks reserves the right, at its option, either to suspend or cancel shipment or provision of Deliverables covered by this order, in whole or in part, at any time, without incurring any costs or damages whatsoever, where such suspension or cancellation is caused by force majeure, including, but not limited to, acts of God, the public enemy or the government, fires, floods, freight embargoes, unusually severe weather or other contingencies beyond the control of Nortel Networks and/or the Supplier.

**14. Time of the Essence**

Time is of the essence in all matters relating to this order. Time shall remain of the essence in all cases of force majeure.

**15. Regulations**

Supplier shall be responsible for packaging, labeling, handling, transportation, storage or otherwise providing and performing Deliverables, in accordance with the applicable laws relating to customs and export control, and provide all information necessary for compliance or to permit compliance with all legislation relevant to hazardous or dangerous goods.

**16. EU Environmental Regulations**

Supplier will comply with all applicable laws and government regulations (including the marking of products such as any required labels or symbols required) governing hazardous and toxic materials and the protection of the environment (including, but not limited to the following European Union Environmental Directives: Eco-design of Energy Using Product (EuP), Waste from Electrical and Electronic Equipment (WEEE) directive and Restriction on Use of Certain Hazardous Substances (RoHS). With respect to the RoHS Directive, Supplier must be able to demonstrate to Nortel Networks's satisfaction that no lead, hexavalent chromium cadmium, mercury or polybrominated biphenyls (PBB)polybrominated diphenyl ethers (PBDE) are present in any product covered by the ROHS Directive used or provided by Supplier in providing the Products in the EU, except where exemptions allowing the use of such substances apply under applicable law.

Nortel Networks reserves the right to inspect the Supplier's facilities to ensure compliance with directives. Supplier hereby indemnifies, defends, and holds Nortel Networks harmless from all losses, liabilities, fines, penalties, costs and expenses (including reasonable legal fees) in connection with any claim or proceeding made by any customer, governmental body or other third party resulting from any non-compliance by Supplier with the WEEE and RoHS directives. Supplier understands that failure by Supplier to follow the requirements may expose Nortel Networks and Nortel Networks' employees to criminal liability and as a consequence any failure may therefore be considered as a material breach of this Contract.

**17. Compliance with laws**

Supplier warrants that it has complied, and will continue to comply, during the performance of this order, with the provisions of all applicable federal, provincial and municipal laws and regulations, rules and orders including those from which liability may accrue to Nortel Networks from any violations thereof, laws and regulations relating to health and safety and those which may be applicable to this order by reason of Nortel Networks status as a government contractor and/or

# Terms and Conditions

Supplier's status as a government subcontractor. As required, Supplier shall abide by all Nortel Networks regulations and policies relating to health and safety. By acceptance hereof, Supplier shall abide by all Nortel Networks regulations licenses and permits required by, and the Deliverables shall be in conformance with, all applicable laws and governmental orders and regulations in effect at the time of the shipment of the Deliverables. Supplier shall determine eligibility of all goods for preferential treatment under any applicable trade treaty, including but not limited to the North American Free Trade Agreement (NAFTA). Supplier shall prepare and provide a certificate of origin or other appropriate documentation to Nortel Networks. Nortel Networks may withhold payment of Supplier's invoices pending receipt of such documentation for eligible goods.

## 18. Governing Law

This Order shall be interpreted and construed in accordance with the laws of the state/province and country in which the goods are delivered or services are performed, notwithstanding its rules on conflict of laws. The parties agree that this order shall not be subject to the United Nations International Sale of Goods Contracts Convention.

## 19. Publicity

Supplier shall have no right to use the name and trademarks or trade names of Nortel Networks and its subsidiaries and its affiliated companies in connection with any products, promotion, public statement, press releases, or publication without the prior written approval of Nortel Networks.

## 20. Acceptance

Supplier's acceptance of this Purchase Order ("Order") shall be evidenced by the returning of a signed copy of this Order to Purchase, the shipment of goods or the commencement of services to be performed hereunder. Nortel Networks shall not be bound by any provision, printed or otherwise, at variance or in addition to the terms of this Order, that may appear on any quotation, acknowledgement or other form used by Supplier unless any such provision is expressly accepted in writing by Nortel Networks.

## 21. Changes

Nortel Networks may, at any time by written amendment to this Order, increase or decrease the ordered quantities of the goods or services or make a change in any one or more of the following:

(a) applicable drawings, designs and/or specifications when the goods to be furnished are to be specifically manufactured by Supplier in accordance with Nortel Networks provided drawings, designs and/or specifications; and/or

(b) method of shipment or packaging; and/or

(c) place or time of delivery or performance.

If such change causes an increase or decrease in the cost of performance or the time required for performance of this Order, an equitable adjustment shall be made and this Order shall be modified in writing accordingly. Supplier shall be deemed to have waived any claim for adjustment unless asserted in writing by an estimate of the cost of the additional time required for performance of the change within 20 days from receipt by Supplier of notification of the change.

## 22. Notice

Any notice to be given hereunder shall be given in writing, postage prepaid and shall be effective when deposited in the Canada Post.

## 23. Waiver

The failure of a party to claim a breach of any term of this Order shall not constitute a waiver of such breach or the right of such party to enforce any subsequent breach of such term.

Company policy prohibits Nortel Networks employees from accepting gifts from suppliers.

Nortel Networks Technology Corporation and its parent company Nortel Networks Limited are hereinafter referred to as Nortel Networks. The person, firm or corporation from whom the goods or services have been ordered is hereinafter referred to as Supplier.

These terms and conditions apply to the following Purchase Order issued on the date referenced:

EXHIBIT 2

# ELECTRONIC MAIL # 1

From pierre.tremblay@nortel.com Fri May 28 11:05:37 2010
Date: Fri, 28 May 2010 11:04:28 -0400
From: Pierre Tremblay <pierre.tremblay@nortel.com>
To: Jeff Case <case@private.snmp.com>
Cc: Baiju Dalal <dalal@nortel.com>
Subject: RE: Genband - SNMP RI Accession Agreement

Thank you Jeff and frankly, once I discovered that CVAS had been shipping your software under
schedule 19 without paying the associated royalties, I realized that it would be hard for me
to ever refer to your concerns as paranoia. ;-)  I will send to Baiju all the emails I have
on SNMP RI to help him out as he works with you through all your concerns.
I suspect we will bump into each other again as I will be responsible for all software
licensing activities at GENBAND.


Pierre

-----Original Message-----
From: Jeff Case [mailto:case@private.snmp.com]
Sent: Friday, May 28, 2010 10:59 AM
To: Tremblay, Pierre (CAR:0700)
Cc: Dalal, Baiju (PGP:4155)
Subject: RE: Genband - SNMP RI Accession Agreement

1

hello

ok, i will be prepared to work with Mr Dalal (pleased to meet you) and his team

i wish you best of luck with your new career at genband

thank you for your explanation of VOB ... it is helpful

we do not use clearcase, so i am not familiar with their lingo, but we do use a similar tool (actually one that clearcase was based upon long ago) so i am somewhat familiar with the concepts, if not the lingo

thank you also for your explanation of schedule 18

perhaps it will help you to understand that there were two additional problems in the background of our discussions of which you may have been only tangentially aware:

1) schedule 18 was preceded by a test license which, despite repeated attempts, we were never able to get that team to either license or certify destruction, as was required of them by the terms of the test license agreement, plus, they asked questions about why they should have to destroy the software they had developed and how the test software differed from the software under the new license

2) this is not the first time there as been confusion about what portions of our software are in what portions of nortel's products ... i know you think i may be "paranoid" but i think you also now know that sometimes these concerns are, in fact, true and appropriate

   for example, we continue to think it is very very likely that nortel sent avaya portions of our software that are beyond what was agreed upon in the accession agreement and if true, that is a problem for everyone concerned

this is just to help you to understand our position and i hope i don't sound too defensive about not being "paranoid"

however, as of midnight, my paranoia will be, at least for you personally:
       SNMP:  Simply Not My Problem
since you will no longer have to deal with any remaining issues moving forward as it will fall to Mr Dalal and myself to do so

thank you for your business over the years

2

i hope genband will be a good new "home" for you

best wishes,
jdc


On Fri, 28 May 2010, Pierre Tremblay wrote:

> Hello Jeff.   This is likely my last day as a Nortel employee.  If
> everything works according to plan, at 23:59.59 tonight I will become
a
> Genband employee.  Going forward, your Nortel point of contact will be
> Baiju Dalal (Cced).  He heads the software licensing team that will
> remain part of Nortel until "the end".  I have already forwarded to
him
> all the information he will need to work with you to resolve the
> outstanding issues that were discovered as a result of the CVAS
detailed
> review. Baiju or a representative from his team will contact you
shortly
> to initiate discussions on the findings of this review.  Meanwhile, I
do
> have some answers to your questions. VOB stands for Versioned Object
> Base.  It is a term used by the ClearCase configuration management
tool
> to represent a repository where all the source code is stored for a
> particular product/project.  In other words, the review that was
> performed by the CVAS team was a review of all their source code
> repositories.  This allowed them to identify all the VOBs where SNMP
RI
> software was stored and compiled into Nortel products.  In parallel to
> this code search, I provided the CVAS team with a copy of all the
> schedules that were ever discussed with SNMP RI (whether they were
shown
> as signed or not) and which might relate to CVAS (the only ones I did
> not provide them were those that were clearly not CVAS).  This allowed
> for a second layer of checks based on the product descriptions in each
> schedule.  Schedule 18 was looked at again as part of this review.
The
> final result of this detailed review were provided in my email
response
> to you (i.e. 3 schedules are still relevant to the CVAS business Unit:
> #19, #27 and #29).
>
> I will remain accessible to Baiju and his team should they need my
> knowledge of the SNMP RI relationship, so don't worry about the
> outstanding issues falling into a black hole.
>
> P.S. I do realize that from your perspective, schedule 18 looks very
> suspicious.  For the longest time, I insisted that it was still
relevant
> and then, after both of us failed to locate a signed copy of the
> schedule, I indicated that it was not relevant after all.  The
confusion
> originated from me.  All along, I was proceeding based on MY
> understanding that Schedule 18 was relevant.  It's only when I

. contacted
> the product team in question that it was confirmed to me that while
they
> did consider using EMANATE for a while, the eventually decided not to
> use the technology.  In hindsight, I should have gone to them in the
> first place. :(
>
> Pierre
>
> -----Original Message-----
> From: Jeff Case [mailto:case@private.snmp.com]
> Sent: Tuesday, May 25, 2010 7:30 PM
> To: Tremblay, Pierre (CAR:0700)
> Subject: RE: Genband - SNMP RI Accession Agreement
>
>
> hi pierre:
>
> thank you for your note
>
> i will look forward to receiving the materials you reference
> so that we can discuss next steps
>
> relatedly, in the analysis of the snmp IP, did schedule 18 get
> a re-look? (i am not familiar with what a VOB is)  if there are
> any issues with schedule 18, as i suspect there probably are,
> we should discuss those at the same time as the other issues
>
> thanks again for the update
>
> best,
> jdc
>
>
>
>
> On Tue, 25 May 2010, Pierre Tremblay wrote:
>
>> Hello Jeff.  Sorry for taking this long to get back to you.  Your
> email
>> generated a LOT of discussion both at, and between Nortel and
Genband.
>> Since the beginning of the stalking horse process, Genband have made
> it
>> very clear that they had absolutely no interest in inheriting any of
>> Nortel's prior issues: they want to start with a completely clean
> slate.
>> Your email raised concerns on their side as to whether Nortel had
> clean
>> title to your technology and the issue was escalated to the CVAS
>> Director of Product Line Management who immediately instructed all
his
>> product leaders to go through their VOBs to confirm whether or not
> they
>> were using your Intellectual Property.  Below is a summary of the
>> findings of this thorough analysis:
>>

4

, >> Schedule 19 - The MG9000 still uses Emanate Lite.  According to our
>> records, Nortel never paid royalties for this use.  Nortel will
> provide
>> you a report of all the prior shipments that were missed along with a
>> calculation of the amount owed.
>>
>> Schedule 27 - CICM still uses Emanate.  Nortel has been reporting and
>> paying royalties for this product.
>>
>> Schedule 29 - GWC still uses Emanate.  This schedule includes a
> royalty
>> buy-out so no shipment reports were required.  Note that John
> Southwood
>> and I both erroneously concluded that this schedule was no longer
>> required.
>>
>> Once the above findings were shared with Genband, they indicated that
>> they were not comfortable with the LOA approach and instead, they
will
>> be engaging SNMP RI directly to negotiate their own license for the
>> above products, to be effective on the divestiture closing date.  You
>> can expect to be contacted by them shortly.  Meanwhile, Nortel will
> work
>> with you to rectify its non-compliance.
>>
>> Pierre
>>
>> -----Original Message-----
>> From: Jeff Case [mailto:case@private.snmp.com]
>> Sent: Thursday, May 13, 2010 5:19 PM
>> To: Tremblay, Pierre (CAR:0700)
>> Subject: RE: Genband - SNMP RI Accession Agreement
>>
>>
>> Pierre
>>
>> this should not shock you in the least ... the contents of
>> the document are the direct result of actions taken
>>
>> based on prior practice, Nortel was well aware that Nortel is
>> expected to offset our administrative and legal costs
>>
>> the costs we are passing on to GENBAND are higher than the
>> costs to Ciena because our costs are higher for GENBAND than
>> they were for Ciena
>>
>> our administrative and legal costs have been significant as a
>> result of a wild goose chase initiated by Nortel's
>> unsubstantiated assertions that Nortel had a valid license
>> to use the software licensed in schedule 18a, when, in fact,
>> Nortel does not have such a license
>>
>> as a result of multiple, repeated, but unsuccessful attempts to
>> move nortel off of its position that it had and was using such
>> a license, our firm incurred significant expenses, both internally,
>> and with outside counsel
>>

>> we had no less than 8 staff members researching the missing
>> schedule 18 including trips to another building to access
>> documents in deep archival storage
>>
>> based on what we found, we are not entirely convinced that
>> the engineering teams for the dms-10 never developed using
>> our emanate/lite product and tools ... contemporaneous emails
>> might lead to a different conclusion
>>
>> some of the language in our proposal was added because
>> of lessons learned by breaches of prior accession
>> agreements ... i am not comfortable naming names
>> but nortel should not expect us to continue to agree
>> to accession agreement terms that have been routinely
>> breached in prior accession agreements ... rather,
>> nortel should expect that we would tighten the
>> language based on those lessons learned instead
>> of repeating past failures
>>
>> for example, what should we do when one accession
>> agreement was signed last year, with net 45 day terms,
>> but the rights granted didn't start until payment was
>> received by us, and we still have not received that
>> payment?
>>
>> if the acquiror didn't have the right to receive our
>> intellectual property without making payment, did
>> nortel have the right to disclose it to the acquiror?
>> are you sure that nortel is fully in compliance with
>> all of its license obligations?
>>
>> based on lessons learned about non-payment, and rights
>> being used in the absense of payment, the contract
>> language was tightened accordingly
>>
>> further, we presently suspect that nortel has sent our
>> portions of snmp research intellectual property to third
>> parties without a proper license to disclose it and while
>> those sins of the past are outside the present conversation,
>> we would be foolish to let it happen again, hence the
>> contract language is tightened accordingly
>>
>> so far, we have not gotten the required sales tax
>> forms ... and while those sins of the past are outside
>> the present conversation, we would be foolish to let it
>> happen again, and learning from that lesson, that portion
>> of the contract language was tightened accordingly
>>
>> you still think i'm just paranoid?
>>
>> i don't want to argue with you, i don't want to debate
>> you ... this is not a negotiation
>>
>> i've told you what we are willing to do
>>
>> it is NOT over the top
>>

6

>> i received a pager message while typing this that you wish
>> to speak this evening but i am unable to do so because i
>> have two appointments this evening
>>
>> i welcome your thoughts on the above
>>
>>
>> regards,
>> jdc
>>
>>
>> On Thu, 13 May 2010, Pierre Tremblay wrote:
>>
>>> Jeff, I must admit that I am in a complete state of shock.  Out of
>>> respect for the limited legal resources that you have, I made sure
>> that
>>> the language in the Accession Agreement was perfectly in line with
> the
>>> language you approved for Ciena yet I see that numerous paragraphs
>> were
>>> added. Not only that but the Administration fees that are being
>> charged
>>> to Genband are significantly higher than those you charged them.
How
>>> can it be that the Genband divestiture, with the benefits of all the
>>> prior divestitures, ends up being charged more?  All the language
>> added
>>> in the agreement seems to originate from an extreme paranoia about
>>> license non-compliance.  I can assure you that we are fully
compliant
>>> with our license obligations.  The requirement to hire a 3rd party
to
>>> perform a scan of all the materials received from Nortel is
> completely
>>> over the top.  Clearly something major has happened that I am not
>> aware
>>> of.  When can I call you to discuss all this?
>>>
>>> Pierre
>>> -----Original Message-----
>>> From: Jeff Case [mailto:case@private.snmp.com]
>>> Sent: Thursday, May 13, 2010 4:02 PM
>>> To: Tremblay, Pierre (CAR:0700)
>>> Subject: RE: Genband - SNMP RI Accession Agreement
>>>
>>>
>>> Pierre:
>>>
>>> please find, in the attachments, 2 documents, one "clean" and one
>>> indicating changes from the version you sent named
>>>     GENBAND_SNMP_ACCESSION (approved by Genband).docx
>>>
>>> these documents indicate what we are willing to do at this time
>>>
>>> this constitutes an offer which is good until the lesser of 5 days
>> from
>>> today, or until withdrawn, replaced, and superseded by a new offer

7

```
' >>>
>>> please let me know if you have any difficulty receiving, opening, or
>>> reading these documents
>>>
>>> best,
>>> jdc
>>>
>>>
>>> On Wed, 12 May 2010, Pierre Tremblay wrote:
>>>
>>>> Hello Jeff, any progress on this?
>>>>
>>>> Pierre
>>>>
>>>> -----Original Message-----
>>>> From: Jeff Case [mailto:case@private.snmp.com]
>>>> Sent: Thursday, May 06, 2010 10:56 AM
>>>> To: Tremblay, Pierre (CAR:0700)
>>>> Subject: RE: Genband - SNMP RI Accession Agreement
>>>>
>>>>
>>>> pierre
>>>>
>>>> i have a query out to external counsels to determine how much of a
>>>> balance has accrued with them with respect to this matter so that i
>>>> can add that to our internal adminstrative costs and can calculate
a
>>>> fair, reasonable, and appropriate administrative fee
>>>>
>>>> i expect that i will probably have something for you by no later
> than
>>>> early next week, perhaps yet today, but i do not know their
> calendars
>>>> and they may be away from their offices
>>>>
>>>> best,
>>>> jdc
>>>>
>>>>
>>>>
>>>>
>>>> On Thu, 6 May 2010, Pierre Tremblay wrote:
>>>>
>>>>> Hello Jeff!  When can I expect to receive a new version of the
>> Letter
>>>> of
>>>>> Accession?
>>>>>
>>>>> Pierre
>>>>>
>>>>> -----Original Message-----
>>>>> From: Tremblay, Pierre (CAR:0700)
>>>>> Sent: Tuesday, May 04, 2010 10:58 AM
>>>>> To: 'Jeff Case'
>>>>> Subject: RE: Genband - SNMP RI Accession Agreement
>>>>>
>>>>> Your records are definitely better than ours!  :)  I went back to
```

8

```
>> the
>>>
>>>>> product team and asked them to confirm whether or not they were
>> using
>>>
>>>>> Emanate.  It turns out that only Schedule 27 applies to CVAS.  The
>>>>> DMS-10 never went ahead with Emanate and as a result, schedule 18
>> was
>>>
>>>>> never executed (which explains a lot).  You had a couple of small
>>>>> changes that you wanted to make to the Letter of Accession.  Would
>>>>> you please send those to me (along with the removal of Schedule 18
>>>>> and the administration fee)?  I'll have a quick look at it and
>>>>> hopefully we
>>>> are
>>>>> ready to sign.
>>>>>
>>>>> Pierre
>>>>>
>>>>> -----Original Message-----
>>>>> From: Jeff Case [mailto:case@private.snmp.com]
>>>>> Sent: Wednesday, April 28, 2010 6:47 PM
>>>>> To: Tremblay, Pierre (CAR:0700)
>>>>> Subject: RE: Genband - SNMP RI Accession Agreement
>>>>>
>>>>>
>>>>> hi pierre
>>>>>
>>>>> i asked our accounting department to look up the invoice
referenced
>>>>> in your last mail gram ... it was not for our agent software
> product
>>>>> for your DMS 100 EMS product project on the Chorus embedded
>> operating
>>>> system
>>>>> like Sch 18; rather, it was a partial payment for royalties for
our
>>>> ARL
>>>>> software on four open operating systems originally licensed to Bay
>>>>> Networks before they were acquired by Nortel ... (i have attached
a
>>>> copy
>>>>> for your convenience)
>>>>>
>>>>> if you have any other documentation, we are happy to look at it
...
>>>> but
>>>>> i will also tell you that we have been researching schedule 18
>>>> carefully
>>>>> from our end, and we are now confident that nortel never purchased
> a
>>>>> license under schedule 18
>>>>>
>>>>> going back to my earlier question, what has nortel been doing with
>>>>> the schedule 18 technology?  i can't make an informed decision
> about
>>>>> the accession agreement unless i know that
```

9

```
''
' >>>>>
>>>>> please advise, thanks in advance
>>>>>
>>>>> best,
>>>>> jdc
>>>>>
>>>>>
>>>>>
>>>>> On Wed, 28 Apr 2010, Pierre Tremblay wrote:
>>>>>
>>>>>> Jeff, our PO records don't go far enough to locate the subject
PO.
>>>>>> I asked our Accounts Payable team to see if they could dig out
all
>>>>>> the payments we made to SNMP RI in the 1999-2000 timeframe.  They
>>>>>> don't have
>>>>>> 1999 data, but they were able to produce the 2000 data.  Below is
>>>>>> one line item from this report which I hope relates to this
>> buy-out.
>>>
>>>>>> Let me know what you think.
>>>>>>
>>>>>>
>>>>>>
>>>>>> reqno
>>>>>>
>>>>>> reqline
>>>>>>
>>>>>> ponumber
>>>>>>
>>>>>> lot_no
>>>>>>
>>>>>> lot_status
>>>>>>
>>>>>> lot_desc
>>>>>>
>>>>>> lot_desc2
>>>>>>
>>>>>> qty_to_order
>>>>>>
>>>>>> received_qty
>>>>>>
>>>>>> received_cost
>>>>>>
>>>>>> invoice_cost
>>>>>>
>>>>>> po_cost
>>>>>>
>>>>>> po_unit_cost
>>>>>>
>>>>>> commodity_code
>>>>>>
>>>>>> ship_on_date
>>>>>>
>>>>>> current_dock_date
>>>>>>
>>>>>> family_code
```

10

```
>>>>>>
>>>>>> super_family_code
>>>>>>
>>>>>> date_received
>>>>>>
>>>>>> rec_indicator
>>>>>>
>>>>>> part_no
>>>>>>
>>>>>> lot_desc3
>>>>>>
>>>>>> lot_desc4
>>>>>>
>>>>>> lot_desc5
>>>>>>
>>>>>> stock_no
>>>>>>
>>>>>> position group
>>>>>>
>>>>>> term_start_date
>>>>>>
>>>>>> term_end_date
>>>>>>
>>>>>> capital_flag
>>>>>>
>>>>>> mand_close_date
>>>>>>
>>>>>> term_confirm_date
>>>>>>
>>>>>> 1102332
>>>>>>
>>>>>> 01
>>>>>>
>>>>>> 008101228
>>>>>>
>>>>>> 1
>>>>>>
>>>>>> CLOSED
>>>>>>
>>>>>> ROYALTY BUYOUT PAYMENT  PER SNMP RESEARCH
>>>>>>
>>>>>> CONTRACT.  Ref: Invoice #0002RO042
>>>>>>
>>>>>> 1
>>>>>>
>>>>>> 1
>>>>>>
>>>>>> 22,624.00
>>>>>>
>>>>>> 22,624.00
>>>>>>
>>>>>> 22,624.00
>>>>>>
>>>>>> 22,624.00
>>>>>>
>>>>>> SOIA
>>>>>>
```

11

```
>>>>>>
>>>>>>
>>>>>>
>>>>>>
>>>>>> SOIA
>>>>>>
>>>>>> SO
>>>>>>
>>>>>>
>>>>>>
>>>>>> N
>>>>>>
>>>>>>
>>>>>>
>>>>>>
>>>>>>
>>>>>>
>>>>>>
>>>>>>
>>>>>>
>>>>>>
>>>>>>
>>>>>> 0
>>>>>>
>>>>>> 2/10/2000
>>>>>>
>>>>>> 2/10/2000
>>>>>>
>>>>>> N
>>>>>>
>>>>>> 8/10/2001
>>>>>>
>>>>>> 2/14/2000
>>>>>>
>>>>>>
>>>>>>
>>>>>>
>>>>>>
>>>>>> Pierre
>>>>>>
>>>>>>
>>>>>>
>>>>>> -----Original Message-----
>>>>>> From: Tremblay, Pierre (CAR:0700)
>>>>>> Sent: Wednesday, April 28, 2010 8:48 AM
>>>>>> To: 'Jeff Case'
>>>>>> Subject: RE: Genband - SNMP RI Accession Agreement
>>>>>>
>>>>>>
>>>>>>
>>>>>> Yikes, this is a fairly old agreement and we have changed our
>>>>>> purchasing system since then.  I will see what I can dig up.
>>>>>> Meanwhile, I can tell you that we have been paying the royalties
> on
>>>>>> schedule 27 which is the only royalty-bearing CVAS schedule (all
>> the
>>>
```

```
>>>>>> others being covered by a buy-out).
>>>>>>
>>>>>>
>>>>>>
>>>>>> Pierre
>>>>>>
>>>>>>
>>>>>>
>>>>>> -----Original Message-----
>>>>>>
>>>>>> From: Jeff Case [mailto:case@private.snmp.com]
>>>>>>
>>>>>> Sent: Tuesday, April 27, 2010 4:37 PM
>>>>>>
>>>>>> To: Tremblay, Pierre (CAR:0700)
>>>>>>
>>>>>> Subject: RE: Genband - SNMP RI Accession Agreement
>>>>>>
>>>>>>
>>>>>>
>>>>>>
>>>>>>
>>>>>> hi again pierre
>>>>>>
>>>>>>
>>>>>>
>>>>>> my staff and i did some more digging after my last mailgram and
we
>>>>> were
>>>>>>
>>>>>> unable to find any indication that nortel ever signed or paid for
>>>>>>
>>>>>> schedule 18 ... if you have either a signed copy of the schedule
> or
>>>>>>
>>>>>> a proof of payment, i am hoping you will send them along so that
> we
>>>>>>
>>>>>> can put this to rest
>>>>>>
>>>>>>
>>>>>>
>>>>>> if nortel does not have a signed copy or proof of payment, then i
>> am
>>>
>>>>>> going
>>>>>>
>>>>>> to need some more information from you about what nortel has been
>>>>>> doing
>>>>>>
>>>>>> with the schedule 18 technology so that i can make a decision
> about
>>>>>> how
>>>>>>
>>>>>> to proceed with the draft accession agreement ... not
> surprisingly,
>>>>>> i have
```

```
' >>>>>>
>>>>>> a problem with letting nortel "lend" genband rights that nortel
> did
>>>>>> not
>>>>>>
>>>>>> pay for, especially if i don't know what nortel has been doing
> with
>>>>>> those
>>>>>>
>>>>>> rights
>>>>>>
>>>>>>
>>>>>>
>>>>>> please advise, thanks in advance
>>>>>>
>>>>>>
>>>>>>
>>>>>> best,
>>>>>>
>>>>>> jdc
>>>>>>
>>>>>>
>>>>>>
>>>>>>
>>>>>>
>>>>>>
>>>>>>
>>>>>> On Tue, 20 Apr 2010, Pierre Tremblay wrote:
>>>>>>
>>>>>>
>>>>>>
>>>>>>> Jeff, are you waiting for additional information from me?  I
want
>>>>>>> to
>>>>>>
>>>>>>> make I don't end up delaying progress without realizing it.
>>>>>>
>>>>>>>
>>>>>>
>>>>>>> Pierre
>>>>>>
>>>>>>>
>>>>>>
>>>>>>> -----Original Message-----
>>>>>>
>>>>>>> From: Tremblay, Pierre (CAR:0700)
>>>>>>
>>>>>>> Sent: Friday, April 16, 2010 12:43 PM
>>>>>>
>>>>>>> To: 'Jeff Case'
>>>>>>
>>>>>>> Subject: RE: Genband - SNMP RI Accession Agreement
>>>>>>
>>>>>>>
>>>>>>
>>>>>>> Jeff, unfortunately what I sent you is all I was able to locate.
>>>>>>> We
```

14

>>>>>>
>>>>>>> have been operating under the Schedule 18A that I sent you for
>>>> years.
>>>>>>
>>>>>>> When I first took over the SNMP RI file 9 years ago, I went
>> through
>>>>>> all
>>>>>>
>>>>>>> the schedules with John to figure out which ones were still
> active
>>>>>>> and
>>>>>>
>>>>>>> which ones were not.  Schedule 18A was identified as a buy-out.
>>>>>>> The
>>>>>>
>>>>>>> other two Chorus-related schedules are for products that never
> saw
>>>>>>> the
>>>>>>
>>>>>>> light of day (Terabit interceptor and project blue).
>>>>>>
>>>>>>>
>>>>>>
>>>>>>> Pierre
>>>>>>
>>>>>>>
>>>>>>
>>>>>>> -----Original Message-----
>>>>>>
>>>>>>> From: Jeff Case [mailto:case@private.snmp.com]
>>>>>>
>>>>>>> Sent: Friday, April 16, 2010 12:05 PM
>>>>>>
>>>>>>> To: Tremblay, Pierre (CAR:0700)
>>>>>>
>>>>>>> Subject: RE: Genband - SNMP RI Accession Agreement
>>>>>>
>>>>>>>
>>>>>>
>>>>>>>
>>>>>>
>>>>>>> hi again
>>>>>>
>>>>>>>
>>>>>>
>>>>>>> thanks for the copy of schedule 18 ... it looks like my copy of
a
>>>>>>
>>>>>>> document we sent to nortel for signature ... i was hoping you
>> could
>>>>>>
>>>>>>> send me a *_signed_* copy of schedule 18 ... i cannot find one
>>>>>>
>>>>>>>
>>>>>>
>>>>>>> here is my dilemma with respect to schedule 18 ... i can see in
>> our

' >>>>>>
>>>>>>> records where our john southwood sent your colleague, dave
> hyslop,
>>>>>>
>>>>>>> three different versions of schedule 18a, one on november 29,
> 1999
>>>>>>
>>>>>>> which called for per-copy royalties, an updated version sent on
>>>>>>
>>>>>>> december 7, 1999, and another on december 20, 1999 which
included
>>>>>>
>>>>>>> a royalty buy-out ... i believe there were for your internal
>>>>>>
>>>>>>> customers Dave Shipe and Bill Greene
>>>>>>
>>>>>>>
>>>>>>
>>>>>>> hyslop was going to check with them to see what they wanted
>>>>>>
>>>>>>>
>>>>>>
>>>>>>> however, so far, and i am still looking, i cannot find where
>> nortel
>>>>>>
>>>>>>> ever signed and returned either the per copy royalty schedule 18
>> or
>>>>> the
>>>>>>
>>>>>>> paid-up royalty schedule 18 and i have not yet found where
nortel
>>>>>>> paid
>>>>>>
>>>>>>> for either one ... if i can find the payment, then, since the
>>>> amounts
>>>>>>
>>>>>>> were different, that could/would tell us which one is in place
>>>>>>
>>>>>>>
>>>>>>
>>>>>>> at present, it looks like neither is in place
>>>>>>
>>>>>>>
>>>>>>
>>>>>>> it appears that the first Nortel purchase for a chorus product
> was
>>>>>>
>>>>>>> later the following year (april 10, 2000), via schedule 25, for
>>>>>>
>>>>>>> "project blue or OPC" which called for per-copy royalties until
>>>>>>
>>>>>>> it was suspended/terminated/discontinued on or about july 11,
> 2002
>>>>>>
>>>>>>>
>>>>>>
>>>>>>> and it appears that the second Nortel purchase for a chorus

16

```
' >>>>>>
>>>>>>> product was via schedule 46 for terabit intercepter april 12,
> 2001
>>>>>>
>>>>>>> which called for per-copy royalties until the project was
> canceled
>>>>>>
>>>>>>> and schedule 46 was suspended on 4/17/2003
>>>>>>
>>>>>>>
>>>>>>
>>>>>>> so far, i can't find where nortel has any active license rights
>>>>>>
>>>>>>> to our products on chorus that could be "loaned" to genband via
>>>>>>
>>>>>>> an accession agreement for their use during the transition
period
>>>>>>
>>>>>>>
>>>>>>
>>>>>>>
>>>>>>
>>>>>>> ... still looking ...
>>>>>>
>>>>>>>
>>>>>>
>>>>>>> please let me know if you find something and i'll do the same
>>>>>>
>>>>>>>
>>>>>>
>>>>>>> is there an anticipated closing date schedule?
>>>>>>
>>>>>>>
>>>>>>
>>>>>>> best,
>>>>>>
>>>>>>> jdc
>>>>>>
>>>>>>>
>>>>>>
>>>>>>>
>>>>>>
>>>>>>>
>>>>>>
>>>>>>> On Fri, 16 Apr 2010, Pierre Tremblay wrote:
>>>>>>
>>>>>>>
>>>>>>
>>>>>>>> Hello Jeff. You are correct to assume that I would be OK with
>>>>>> cosmetic
>>>>>>
>>>>>>>> changes.  :)  As far as which schedule is appropriate, I must
>>>>>>>> admit
>>>>>>
>>>>>>> that
>>>>>>
>>>>>>>> it is not a trivial exercise.  People and product names have
```

17

```
>>>> changed
>>>>>>
>>>>>>> numerous times since the effective date of most of our
schedules
>>>>>> which
>>>>>>
>>>>>>> makes it very difficult to pin down the right schedules.  For
>> now,
>>>> I
>>>>>>
>>>>>>> am
>>>>>>
>>>>>>> sending you a copy of Schedules 18 and 27.  I am also
>>>>>>> double-checking
>>>>>>
>>>>>>> with R&D to make sure that I have captured all the relevant
>>>>>> schedules.
>>>>>>
>>>>>>> I'll let you know as soon as I have completed by research.
> Sorry
>>>>>>
>>>>>>> about
>>>>>>
>>>>>>> that.
>>>>>>
>>>>>>>>
>>>>>>
>>>>>>> Pierre
>>>>>>
>>>>>>>>
>>>>>>
>>>>>>> -----Original Message-----
>>>>>>
>>>>>>> From: Jeff Case [mailto:case@private.snmp.com]
>>>>>>
>>>>>>> Sent: Thursday, April 15, 2010 6:02 PM
>>>>>>
>>>>>>> To: Tremblay, Pierre (CAR:0700)
>>>>>>
>>>>>>> Subject: Re: Genband - SNMP RI Accession Agreement
>>>>>>
>>>>>>>>
>>>>>>
>>>>>>>>
>>>>>>
>>>>>>> greetings, yes, it has been a long time
>>>>>>
>>>>>>>>
>>>>>>
>>>>>>> sorry for the delay in responding ... today is my first day
>>>>>>
>>>>>>> in the office since you sent your note
>>>>>>
>>>>>>>>
>>>>>>
>>>>>>> first, i think that your approach of using the ciena accession
>>>>>>
```

18

```
' >>>>>>>> agreement is a good one that will save both of us time and
  >>>>>>
  >>>>>>>> therefore money (thank you)
  >>>>>>
  >>>>>>>>
  >>>>>>
  >>>>>>>> i have gone through your document and it mostly looks good
  >>>>>>
  >>>>>>>>
  >>>>>>
  >>>>>>>> after using "accept changes" to remove the strikethroughs and
  to
  >>>> get
  >>>>>>
  >>>>>>>> a "clean" copy, some minor cosmetic things showed through that
  >>>>>>
  >>>>>>>> were not obvious before:
  >>>>>>
  >>>>>>>>
  >>>>>>
  >>>>>>>>          corrected the spelling in one instance of "GENDBAND" to
  >>>>>>
  >>>>>>>> "GENBAND"
  >>>>>>
  >>>>>>>>          removed some highlighting
  >>>>>>
  >>>>>>>>          trimmed a spurious leading blank in one field
  >>>>>>
  >>>>>>>>
  >>>>>>
  >>>>>>>> all cosmetic stuff that i have no doubt will be ok with you
  >>>>>>
  >>>>>>>>
  >>>>>>
  >>>>>>>>
  >>>>>>
  >>>>>>>>
  >>>>>>
  >>>>>>>> i do have one outstanding question ... i have been unable to
  >>>>>>>> locate
  >>>>>>
  >>>>>>>> a copy of schedule 18 here, perhaps because nancy knowles, our
  >>>>>>
  >>>>>>>> office manager, is out this week, and perhaps i am not
  >> competently
  >>>>>>
  >>>>>>>> looking in the right place(s)
  >>>>>>
  >>>>>>>>
  >>>>>>
  >>>>>>>> so far, i have not been able to find very much about it at all
  > in
  >>>>>>
  >>>>>>>> either nancy's records or our accounting system
  >>>>>>
  >>>>>>>>
  >>>>>>
```

19

```
>>>>>>>> do you have a copy you could send to me as a .pdf rather than
my
>>>>>>
>>>>>>>> waiting for nancy to return? (she returns early next week)
>>>>>>
>>>>>>>>
>>>>>>
>>>>>>>> thinking it might be a typo, i also looked for chorus-based
>>>> products
>>>>>>
>>>>>>>> licensed to nortel and found
>>>>>>
>>>>>>>>      schedule 25 dated 4/10/2000 but it was terminated 7/11/2002
>> and
>>>>>>
>>>>>>>>      schedule 46 dated 4/2/2001 but it was terminated 4/17/2003
>>>>>>
>>>>>>>>
>>>>>>
>>>>>>>> accordingly, our records don't show nortel continuing to use
>>>>>>>> chorus
>>>>>>
>>>>>>>> at this point, so i am confused
>>>>>>
>>>>>>>>
>>>>>>
>>>>>>>> can you please straighten out my confusion?
>>>>>>
>>>>>>>>
>>>>>>
>>>>>>>> finally, what is the scheduled closing date?  that is, how much
>>>> time
>>>>>>
>>>>>>>> do we have on this one?
>>>>>>
>>>>>>>>
>>>>>>
>>>>>>>> please advise, thanks in advance
>>>>>>
>>>>>>>>
>>>>>>
>>>>>>>> best,
>>>>>>
>>>>>>>> jdc
>>>>>>
>>>>>>>>
>>>>>>
>>>>>>>>
>>>>>>
>>>>>>>>
>>>>>>
>>>>>>>>
>>>>>>
>>>>>>>>
>>>>>>
>>>>>>>> On Wed, 7 Apr 2010, Pierre Tremblay wrote:
>>>>>>
```

>>>>>>>>
>>>>>>
>>>>>>>>> Hello Jeff, it has been a loooong time since we last talked to
>>>> each
>>>>>>
>>>>>>>>> other.  Much has happened since then, especially at Nortel!
> ;-)
>>>> I
>>>>>>
>>>>>>>> had
>>>>>>
>>>>>>>>> a good chat with Nancy Scott where she explained the heavy
>> burden
>>>>>>
>>>>>>> that
>>>>>>
>>>>>>>>> all the Nortel divestitures were placing on your company with
>> all
>>>>>> the
>>>>>>
>>>>>>>>> Accession Agreements.  In order to minimize the amount of work
>> on
>>>>>>
>>>>>>> your
>>>>>>
>>>>>>>>> end, I convinced Genband to use the Ciena Accession Agreement
> as
>>>>>>>> a
>>>>>>
>>>>>>>>> starting point and kept the changes required to a bare
minimum.
>>>>>>>>> The
>>>>>>
>>>>>>>>> enclosed Genband agreement was drafted using the Ciena final
>>>>>>
>>>>>>> Accession
>>>>>>
>>>>>>>>> Agreement as a starting point. I used Track Changes so that
you
>>>>>> could
>>>>>>
>>>>>>>>> easily spot the changes.  The great majority of changes are
> just
>>>>>>
>>>>>>>>> substitutions from Ciena to Genband.  There is only one
> material
>>>>>>
>>>>>>>> change
>>>>>>
>>>>>>>>> to the Ciena language. In the Ciena agreement, the Accession
>>>>>>
>>>>>>> Agreement
>>>>>>
>>>>>>>>> becomes effective upon the issuance of a PO by Genband under
> the
>>>>>>
>>>>>>>> Nortel

```
>>>>>>
>>>>>>>>> agreement, and this, in our opinion, does not work for Day 1.
>>>>>>>>> For
>>>>>>
>>>>>>>>> Genband, we have changed the language such that the Effective
>>>>>>>>> Date
>>>>>> is
>>>>>>
>>>>>>>>> the closing date of the divestiture.  That way, Genband will
be
>>>>>>
>>>>>>>> entitled
>>>>>>
>>>>>>>>> to continue to embed Emanate on Day 1 under the Nortel
> agreement
>>>>>>>>> (it
>>>>>>
>>>>>>>> is
>>>>>>
>>>>>>>>> very likely that Genband would operate for a while before a PO
>> is
>>>>>>
>>>>>>>> issued
>>>>>>
>>>>>>>>> by them to Genband).  I would be more than happy to discuss
the
>>>>>> logic
>>>>>>
>>>>>>>>> behind this change.  Just let me know what is the next step
you
>>>>>>>>> want
>>>>>>
>>>>>>>> to
>>>>>>
>>>>>>>>> take.
>>>>>>
>>>>>>>>>
>>>>>>
>>>>>>>>> P.S.  I also replaced the administrative fee with ???, hoping
>>>>>>>>> that
>>>>>>
>>>>>>>> given
>>>>>>
>>>>>>>>> the very limited number of changes Genband requested, the fee
>>>>>>>>> will
>>>>>> be
>>>>>>
>>>>>>>>> much lower.  :-)
>>>>>>
>>>>>>>>> <<GENBAND_SNMP_Accession (approved by Genband).docx>>
>>>>>>
>>>>>>>>> Pierre Tremblay
>>>>>>
>>>>>>>>> Supplier Relationship Manager
>>>>>>
>>>>>>>>> Nortel
>>>>>>
```

22

```
>>>>>>>>> 613-763-1332
>>>>>>
>>>>>>>>>
>>>>>>
>>>>>>>>>
>>>>>>
>>>>>>>>>
>>>>>>
>>>>>>>>>
>>>>>>
>>>>>>>
>>>>>>
>>>>>>
>>>>>
>>>>
>>>
>>
>
```

# ELECTRONIC MAIL # 2

**From:** Baiju Dalal [mailto:dalal@nortel.com]
**Sent:** Wednesday, August 04, 2010 7:18 AM
**To:** John L. Wood
**Subject:** FW: Background info on missed SNMP RI royalties

John:

Please find the report from Pierre as requested.


Regards,
Baiju Dalal
**Leader: OEM Direct Procurement**
Nortel Business Services
Email: dalal@nortel.com
Office: (972) 684 0354 ESN: 444 0354
Fax:   (972) 684 0322 ESN: 444 0322
Mobile (India): +91 9821048481


**From:** Tremblay, Pierre (CAR:0700) [mailto:IMCEAEX-
_O=NORTEL_OU=AMERICASM01_CN=RECIPIENTS_CN=EXCHANGE_CN=0532936@genband.com]
**Sent:** Friday, May 28, 2010 7:32 PM
**To:** Dalal, Baiju (PGP:4155)
**Subject:** Background info on missed SNMP RI royalties

1

Baiju, below is the shipment data that was NEVER reported to SNMP RI. These shipments fall under schedule #19 and the per-unit royalty is $3.00. Of course, most of it is stayed. If you have any questions on this, please don't hesitate to contact me.

Pierre

**From:** Gaiser, Tim (CAR:4435)
**Sent:** May 18, 2010 4:51 PM
**To:** Rossi, Kevin (CAR:KR00); Briggs, Chris (CAR:4435)
**Cc:** Skillman, Robert (GWRTP:2245); Humphreys, Anthony (GWRTP:2752)
**Subject:** RE: License Requirement for Emanate Tool

The Emanate software was used on the following cards, which were shipped at the following quantities over the years:

| PEC | Desc | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 |
|---|---|---|---|---|---|---|---|---|
| NTNY45AA | NTNY45AA ATM CONTROLLER | 113 | 340 | 745 | 210 | 133 | 32 | |
| NTNY45BA | NTNY45BA UE-MG DS1-IMA CON | 20 | 80 | 169 | 102 | 66 | 1 | 3 |
| NTNY45CA | NTNY45CA OC-3 IR STS-3C/ST | | | 120 | 408 | 157 | 137 | 14 |
| NTNY45FA | NTNY45FA GIGE ATM CONTROLL | | | | 102 | 190 | 127 | 88 |
| **Grand Total** | | 133 | 420 | 1034 | 822 | 546 | 297 | 105 |

But I noticed that the software is licensed per system (which I assume to mean MG9K system). so we'll have to map this to systems. Bob is going to drill down to that level of detail.

The forecast for the same cards over the next 12 months is 10 for the GigE card, although the 10 figure is suspect. This maps to 40 frames.

Regards,
     Tim

**From:** Rossi, Kevin (CAR:KR00)
**Sent:** May 18, 2010 2:44 PM
**To:** Briggs, Chris (CAR:4435); Gaiser, Tim (CAR:4435)
**Subject:** FW: License Requirement for Emanate Tool

**Regards,**

*Kevin Rossi*
**Carrier VoIP and Applications Solutions**
**Director, Softswitch Product Line Management**
**ESN 395 x5205  (613-765-5205)**
Cell 613-795-9247
krossi@nortel.com

**From:** Tremblay, Pierre (CAR:0700)
**Sent:** Monday, May 17, 2010 5:26 PM
**To:** Murray, Michael (GWRTP:3Z00); Rossi, Kevin (CAR:KR00); Alfan, Ersan NETAS (NORTELTR:NTTR:T0611)
**Cc:** Brownridge, Glen (CAR:4435)
**Subject:** License Requirement for Emanate Tool

Enclosed are two more SNMP RI schedules which might cover the MG9000. Do any of them seem to relate to MG9000's use of SNMP RI software?

2

Pierre

**From:** Alfan, Ersan NETAS (NORTELTR:NTTR:T0611)
**Sent:** Monday, May 17, 2010 11:04 AM
**To:** Alfan, Ersan NETAS (NORTELTR:NTTR:T0611); Humphreys, Anthony (GWRTP:2752)
**Cc:** Durucasugil, Riza NETAS (NORTELTR:NTTR:T06); Mcmillan, Vadi (GWRTP:2752); Evans, Chuck (GWRTP:4435); Gaiser, Tim (CAR:4435); Brownridge, Glen (CAR:4435); Gulsev Nurhan KARABIYIK; Gopalakrishna, Manjunatha WIPRO (External:WBNG:WT45); Ali TASKIRAN; Lyon, Joyce (GWRTP:2752); Alfan, Ersan NETAS (NORTELTR:NTTR:T0611)
**Subject:** RE: License Requirement for Emanate Tool

Hi,

For Enamate tool, when we checked briefly SNMP codes, we saw highly integrated in to the SNMP codes but there are some codes that can enable or disable these Emanate tools.

We need to test these codes after it is disabled. If all SNMP functions work fine after Emanate is disabled then we can remove emanate tool.

We need to check deeply to determine the impacts of SNMP connections.


Regards,


**Ersan Alfan**
**Nortel Networks Netas**
**MG9000 Manager Architect**

**Tel : +90 216 522 2161 / ESN : 882 2161**
**SIP: ealfan@techtrial.com**
**Yahoo IM : ersanalfan**



**From:** Ersan ALFAN
**Sent:** Monday, May 17, 2010 11:37 AM
**To:** Anthony Humphreys-JD30
**Cc:** Riza Durucasugil; Vadi Mcmillan-2752; Chuck Evans; Tim Gaiser-4435; Glen Brownridge-4435; Gulsev Nurhan KARABIYIK; Manjunatha Gopalakrishna-WT45; Ali TASKIRAN; Ersan ALFAN
**Subject:** RE: License Requirement for Emanate Tool

Hi,

Both tools are required for MG9K software.

a) Emanate Tool

    This tool is serving API functions for SNMP connections. MG9K uses SNMP connections to communicate with MG9KEM software.

b) Emweb (Embedded Web server)

3

This 3rd party software serves API functions to form a web server on MG9K DCC cards. This software enables LCI functionality of MG9K.

Regards,

**Ersan Alfan**
**Nortel Networks Netas**
**MG9000 Manager Architect**

**Tel : +90 216 522 2161 / ESN : 882 2161**
**SIP: ealfan@techtrial.com**
**Yahoo IM : ersanalfan**

---

**From:** Anthony Humphreys [mailto:cnc430@nortel.com]
**Sent:** Monday, May 17, 2010 3:53 AM
**To:** Ersan ALFAN; Manjunatha Gopalakrishna-WT45; Gulsev Nurhan KARABIYIK
**Cc:** Riza Durucasugil; Vadi Mcmillan-2752; Chuck Evans; Tim Gaiser-4435; Glen Brownridge-4435
**Subject:** License Requirement for Emanate Tool

Ersan,

 We need to determine if the MG9K design guys in Istanbul or the MG9K EM design guys are currently using the Emanate tool and whether this tool is required to support the MG9K product. I need everyone to respond by COB Monday May 17th in order to evaluate any license requirement that we will have going forward.

 Also it appears that we have another 3rd party software in the mMG9K. It appears that we have software from Virata  used in the MG9K load as I see it listed in the "/clearcase/VOBS/MG5000/Common/3rdParty/EmWeb"  directory and also see a license reference as follows:

/clearcase/VOBS/MG5000/Common/Tools/Setup

 more emweb_license.dat

# Pick up emweb license from RTP

SERVER znc0s0nu 80a9b85c 7274

SERVER znc0s0nw 80b020b0 7274

SERVER znc0s0nx 80a7c68e 7274

FEATURE EmWeb agranat 1.0 permanent uncounted XXXXXXXXXXXX HOSTID=ANY ck=149

I am assuming that we also need to determine if we need license for EmWeb application as well as the Emanate software. If we do not believe that the Emanate software is needed then do we need to remove it from our software builds?

Thanks for your assistance,

Tony Humphreys

MG9K GPS Lead Engineer

EXHIBIT 3

**From:** Roy, J Weldon (Weldon)
**Sent:** Thursday, April 14, 2011 11:52 AM
**To:** Marcus, Barry P. (Barry); Mead, John (John)
**Cc:** Cote, Michel (Michel); La-Anyane, Michael N (Nana); Ravi, Tilak (Tilak); Jeff Case
**Subject:** RE: Requst for help in order to complete the SNMP Product matrix report (BCM information broken out)

Hi Barry,

I have completed the spreadsheet for each of our Stackable (formally Baystack) products. Let me know if you have any questions. Note, I am not sure about who handles Royalty since we have never had to pay it for this s/w.

Weldon

**From:** Marcus, Barry P. (Barry)
**Sent:** Wednesday, April 13, 2011 8:36 AM
**To:** Mead, John (John)
**Cc:** Cote, Michel (Michel); Roy, J Weldon (Weldon); La-Anyane, Michael N (Nana); Ravi, Tilak (Tilak); Jeff Case
**Subject:** Re: Requst for help in order to complete the SNMP Product matrix report (BCM information broken out)
**Importance:** High

Hi John,

I am working with Jeff Case (SNMP – whom I copied on this e-mail) whom I believe you know and Jeff gives his regards.

Can you please help me complete the enclosed spread sheet for the Bay Network products (provided the products use SNMP software). I only captured the WLAN products in the spread sheet and we need your help adding the other Baystack (Bay Network - Synoptics) products to the list.

Please provide the requisite information so that we can complete all of the columns. This information will be used to help us create a new pricing schedule for our master agreement. The SNMP licenses were not assignable from Nortel to Avaya (FYI).

Thank you,

Barry Marcus
Avaya

1

(908) 953.5512

| Avaya Product Family | Avaya Product (Child Name) | Avaya Product Version | License Rights Required (i) Development, or (ii) Distribution or (iii) Distribution & Development | SNMP Product | SNMP Product Version | Development Operating System | Target Operating System | Target Micro-processor | Licensed Modules Development Location | Technical Contact or Product Manager | Royalty Contact |
|---|---|---|---|---|---|---|---|---|---|---|---|
| BCM | BCM50 | R1, R2, R3, R5, R6 (current shipping version) | iii | Emanate | 16.1.0.27 | Linux 32 bit | Linux 32 bit | PPC | Ottava, ON Banglore, India | Brian Egan | Rosemary Delia |
| BCM | BCM450 | R1.0, R5.0, R6.0 (current shipping version) | iii | Emanate | 16.1.0.27 | Linux 32 bit | Linux 32 bit | PPC | Ottava, ON Banglore, India | Brian Egan | Rosemary Delia |
| BCM | BCM200/400 | R4.0 (new systems EoS but upgrades still sold) | iii | Emanate | 16.1.0.42 | Linux 32 bit | Linux 32 bit | x86 | Ottava, ON Banglore, India | Brian Egan | Rosemary Delia |
| MPS | MPS (500, 1000) same product just different scalability | 2.1 (EOL),3.0, 3.5 | iii | EMANATE | | Windows, Solaris | Windows, Solaris | Sparc, X86 | Bohemia, NY | | Rosemary Delia |
| Baystack / | Wireless WLAN 8800 | 8180 1.0 | iii | EMANATE Master Agent and Subagent Development Kit on Linux 2.6 | 17.1.0.12 | Linux | Linux, VxWorks | Power PC, MPS | Banglore, India, Santa Clara, CA | Roy Gulli | Rosemary Delia |
| Stackable | ERS 2500 | R4.x | iii | Emanate Lite | 15.3.1.15 | Solaris, Linux | VxWorks | Power PC | Santa Clara, CA, Bucharest, Romania | Tilak Ravi | |
| Stackable | ERS 3500 | R5.x | iii | Emanate Lite | 15.3.1.15 | Solaris, Linux | VxWorks | Power PC | Santa Clara, CA, Bucharest, Romania | John Mead | |
| Stackable | ERS 4500/4800 | R5.x | iii | Emanate Lite | 15.3.1.15 | Solaris, Linux | VxWorks | Power PC | Santa Clara, CA, Bucharest, Romania | John Mead | |
| Stackable | ERS 55/5600/5800 | R5.X, R6.x | iii | Emanate Lite | 15.3.1.15 | Solaris, Linux | VxWorks | Power PC | Santa Clara, CA, Bucharest, Romania | John Mead | |
| Stackable | VSP 7000 | R10.x | iii | Emanate Lite | 15.3.1.15 | Solaris, Linux | VxWorks | Power PC | Santa Clara, CA, Bucharest, Romania | John Mead | |
| Stackable | ES 460/470 | R3.x | iii | Emanate Lite | 15.3.1.15 | Solaris, Linux | VxWorks | Power PC | Santa Clara, CA, Bucharest, Romania | John Mead | |
| MCP | Product was discontinued and never sold by Avaya | | | | | | | | | | |
| | Alteon (sold to Radware- was never Avaya, SNMP should contact Nortel (need to remove from the Avaya list) | | | | | | | | | | |

# EXHIBIT 4

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | Case No. 09-10138 (KG) |
| Nortel Networks Inc., *et al.,* | : | |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | Re: Docket No. 3832 |

**AFFIDAVIT OF JAMES REEVES IN SUPPORT OF**
**SNMP RESEARCH INTERNATIONAL, INC.'S AMENDED PROOF OF CLAIM**

The Affiant, James Reeves, being duly sworn in accordance with the law deposes and says as follows:

1.      My name is James Reeves.

2.      I am over the age of 18, have personal knowledge of the statements contained herein, and I am competent to testify to the matters stated in this affidavit.

3.      I am a citizen and resident of the State of California.

4.      From 1995 – 1998 I worked at Bay Networks and had responsibility for the BayStack product line among other product lines.

5.      Nortel acquired Bay Networks and as a result acquired the BayStack product line in 1998.

6.      From 1998 through 2004 I was an employee of Nortel Networks Inc. ("Nortel") and had titles during that period reflective of increasing responsibilities and corporate reorganizations.   These titles included, among others: Engineering Director; Vice President, Technology & Product Development; and Vice President of Engineering for Data Networking.

7.      During my tenure at Nortel I managed the engineering organization responsible for development of the BayStack product line and other product lines within Nortel.

7317.2.537290

8.     The BayStack product line consisted of approximately 20 separate products in 2004.

9.     As of 2004, Nortel used and distributed software from SNMP Research International, Inc. with each product in the BayStack product line to enable the management of the product.

**FURTHER AFFIANT SAITH NOT.**

See Below for California Jurat Stamp

James Reeves, Affiant

STATE OF _____
COUNTY OF _____

Sworn and subscribed before me
this _____ day of _____, 2011.

_____
Notary Public

My Commission Expires: _____

**State of California        Contra Costa County**
**Subscribed and sworn to (or affirmed) before me**
**on this __12__ day of May, 20_11_, by _____**
_____James Reeves_____,
**proved to me on the basis of satisfactory evidence**
**to be the person(s) who appeared before me.**
**Notary__Patricia A. Rivera__(Seal)**



PATRICIA A. RIVERA
COMM. # 1793505
NOTARY PUBLIC - CALIFORNIA
CONTRA COSTA COUNTY
My Comm. Exp. Apr. 10, 2012

7317.2.537290

# EXHIBIT 5

| Avaya Product Family | Avaya Product (Child Name) | SNMP Product | Development Operating System | Target Operating System | Target Microprocessor | Licensed Modules Development Location | Technical Contact or Product Manager | Royalty Contact | Emanate | Emanate Lite | 2nd Cross Development Tools | 2nd Location | 2nd Location 2nd Cross Development Tools | RBO | RBO 2nd Operating System | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Baystack (Wireless WLAN 8800) | EMANATE Master Agent and Subagent Development Kit on Linux 2.6 | Linux | Linux, VxWorks | Power PC | Banglore, India, Santa Clara, CA | Tilak Ravi | Rosemary Delia | 40,000 | - | - | 20,000 | - | 125,000 | - | 185,000 |
| Baystack (Wireless WLAN 8800) | EMANATE Master Agent and Subagent Development Kit on Linux 2.6 | Linux | Linux, VxWorks | MIPS | Banglore, India, Santa Clara, CA | Tilak Ravi | Rosemary Delia | 36,000 | - | - | 18,000 | - | 125,000 | - | 179,000 |
| Stackable | ERS 2500 | Emanate Lite | Solaris, Linux | VxWorks | Power PC | Santa Clara, CA, Bucharest, Romania | John Mead | | - | 12,000 | 10,000 | 8,000 | 5,000 | 37,500 | 37,500 | 110,000 |
| Stackable | ERS 3500 | Emanate Lite | Solaris, Linux | VxWorks | Power PC | Santa Clara, CA, Bucharest, Romania | John Mead | | - | 12,000 | 10,000 | 8,000 | 5,000 | 37,500 | 37,500 | 110,000 |
| Stackable | ERS 4500 | Emanate Lite | Solaris, Linux | VxWorks | Power PC | Santa Clara, CA, Bucharest, Romania | John Mead | | - | 12,000 | 10,000 | 8,000 | 5,000 | 37,500 | 37,500 | 110,000 |
| Stackable | ERS 4800 | Emanate Lite | Solaris, Linux | VxWorks | Power PC | Santa Clara, CA, Bucharest, Romania | John Mead | | - | 12,000 | 10,000 | 8,000 | 5,000 | 37,500 | 37,500 | 110,000 |
| Stackable | ERS 5500 | Emanate Lite | Solaris, Linux | VxWorks | Power PC | Santa Clara, CA, Bucharest, Romania | John Mead | | - | 12,000 | 10,000 | 8,000 | 5,000 | 37,500 | 37,500 | 110,000 |
| Stackable | ERS 5600 | Emanate Lite | Solaris, Linux | VxWorks | Power PC | Santa Clara, CA, Bucharest, Romania | John Mead | | - | 12,000 | 10,000 | 8,000 | 5,000 | 37,500 | 37,500 | 110,000 |
| Stackable | ERS 5800 | Emanate Lite | Solaris, Linux | VxWorks | Power PC | Santa Clara, CA, Bucharest, Romania | John Mead | | - | 12,000 | 10,000 | 8,000 | 5,000 | 37,500 | 37,500 | 110,000 |
| Stackable | VSP 7000 | Emanate Lite | Solaris, Linux | VxWorks | Power PC | Santa Clara, CA, Bucharest, Romania | John Mead | | - | 12,000 | 10,000 | 8,000 | 5,000 | 37,500 | 37,500 | 110,000 |
| Stackable | ES 460 | Emanate Lite | Solaris, Linux | VxWorks | Power PC | Santa Clara, CA, Bucharest, Romania | John Mead | | - | 12,000 | 10,000 | 8,000 | 5,000 | 37,500 | 37,500 | 110,000 |
| Stackable | ES 470 | Emanate Lite | Solaris, Linux | VxWorks | Power PC | Santa Clara, CA, Bucharest, Romania | John Mead | | - | 12,000 | 10,000 | 8,000 | 5,000 | 37,500 | 37,500 | 110,000 |
| MCP | Product was discontinued and never sold by Avaya | | | | | | | | | | | | | | | |
| | | | | | | | | | 76,000 | 120,000 | 100,000 | 118,000 | 50,000 | 625,000 | 375,000 | 1,464,000 |
| | | | | | | | | | | | | | | | | 1,464,000 |

add at least 3 footnotes

1. lower bound estimate -- These are product families, not products, and royalty buyouts are per product, not per product family. Will need discovery to compute correct (larger) amount.
2. no way to compute MCP -- insufficient information
3. only info on development locations is from and for avaya -- Nortel's locations may or may not have been the same -- Using assumption the quantity of locations is the same, and may need to be adjusted accordingly with information gleaned at discovery
4. pricing in effect in 2002/2003
5. Baystack license for Linux was paid.

2003 prices - use

5/4/2011

EXHIBIT 6

MG9000

EMANATE®/Lite w/EPIC™

| | 1999 | | |
|---|---|---|---|
| license fee x4 | 36000 | | |
| rbo | 160000 | | |
| maintenance | 24000 | | |
| 5/12/1999 | 220000 | | |

| year | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 1st part of 2009 | 2009 | 2010 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| old fees to date | 220000 | 220000 | 232000 | 244000 | 256000 | 268000 | 280000 | 292000 | 304000 | 316000 | 328000 | 328000 | 340000 |
| continued maintenance fee | | 12000 | 12000 | 12000 | 12000 | 12000 | 12000 | 12000 | 12000 | 12000 | 0 | 12000 | 12000 |
| fees running total | 220000 | 232000 | 244000 | 256000 | 268000 | 280000 | 292000 | 304000 | 316000 | 328000 | 328000 | 340000 | 352000 |
| 1 may | 0 | 4067 | 5043 | 6209 | 7604 | 9271 | 11265 | 13649 | 16499 | 19906 | 0 | 23980 | 28851 |
| 2 june | 3300 | 4128 | 5118 | 6302 | 7718 | 9411 | 11434 | 13854 | 16746 | 20205 | 0 | 24340 | 29284 |
| 3 july | 3350 | 4190 | 5195 | 6397 | 7834 | 9552 | 11606 | 14061 | 16997 | 20508 | 0 | 24705 | 29723 |
| 4 aug | 3400 | 4253 | 5273 | 6493 | 7951 | 9695 | 11780 | 14272 | 17252 | 20815 | 0 | 25076 | 30169 |
| 5 sept | 3451 | 4317 | 5352 | 6590 | 8071 | 9840 | 11956 | 14486 | 17511 | 21128 | 0 | 25452 | 30622 |
| 6 oct | 3502 | 4382 | 5433 | 6689 | 8192 | 9988 | 12136 | 14704 | 17774 | 21445 | 0 | 25834 | 31081 |
| 7 nov | 3555 | 4447 | 5514 | 6790 | 8315 | 10138 | 12318 | 14924 | 18040 | 21766 | 0 | 26221 | 31547 |
| 8 dec | 3608 | 4514 | 5597 | 6891 | 8439 | 10290 | 12503 | 15148 | 18311 | 22093 | 0 | 26614 | 32020 |
| 9 jan of next year | 3662 | 4582 | 5681 | 6995 | 8566 | 10444 | 12690 | 15375 | 18586 | 22424 | | 27014 | 32501 |
| 10 feb | 3717 | 4650 | 5766 | 7100 | 8694 | 10601 | 12880 | 15606 | 18865 | 22761 | | 27419 | 32988 |
| 11 mar | 3773 | 4720 | 5852 | 7206 | 8825 | 10760 | 13074 | 15840 | 19147 | 23102 | | 27830 | 33483 |
| 12 apr | 3830 | 4791 | 5940 | 7314 | 8957 | 10921 | 13270 | 16078 | 19435 | 23448 | | 28247 | 33985 |
| new late fees | 39149 | 53042 | 65765 | 80977 | 99165 | 120911 | 146911 | 177997 | 215164 | 167866 | 91735 | 312731 | 376254 |
| add prior late fees | 0 | 39149 | 92190 | 157955 | 238933 | 338098 | 459009 | 605920 | 783917 | 999080 | 1166946 | 1258681 | 1571413 |
| late fee running balance | 39149 | 92190 | 157955 | 238933 | 338098 | 459009 | 605920 | 783917 | 999080 | 1166946 | 1258681 | 1571413 | 1947667 |
| total running total | 259149 | 324190 | 401955 | 494933 | 606098 | 739009 | 897920 | 1087917 | 1315080 | 1494946 | 1586681 | 1911413 | 2299667 |

prebankruptcy numbers

prebankruptcy total    1494946

total due    1494946    total due to SNMP    2299667

bankruptcy date 1/14/09

Exhibit_6a.xls

Bay

1.50% late payment penalty
1,464,000 due
Schedule expired June 20, 2003

Total Amount Due at the End of Each Month

| | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|---|---|---|
| jan | | 1,600,801 | 1,913,947 | 2,288,349 | 2,735,992 | 3,271,202 | 3,911,109 | 4,676,192 | 5,590,941 |
| feb | | 1,624,813 | 1,942,656 | 2,322,675 | 2,777,032 | 3,320,270 | 3,969,775 | 4,746,335 | 5,674,805 |
| mar | | 1,649,185 | 1,971,796 | 2,357,515 | 2,818,688 | 3,370,074 | 4,029,322 | 4,817,530 | 5,759,927 |
| apr | | 1,673,923 | 2,001,373 | 2,392,878 | 2,860,968 | 3,420,625 | 4,089,762 | 4,889,793 | 5,846,326 |
| may | | 1,699,032 | 2,031,393 | 2,428,771 | 2,903,882 | 3,471,935 | 4,151,108 | 4,963,140 | 5,934,021 |
| jun | | 1,724,517 | 2,061,864 | 2,465,202 | 2,947,441 | 3,524,014 | 4,213,375 | 5,037,587 | 6,023,031 |
| jul | | 1,750,385 | 2,092,792 | 2,502,180 | 2,991,652 | 3,576,874 | 4,276,575 | 5,113,151 | 6,113,376 |
| aug | 1,485,960 | 1,776,641 | 2,124,184 | 2,539,713 | 3,036,527 | 3,630,527 | 4,340,724 | 5,189,848 | 6,205,077 |
| sept | 1,508,249 | 1,803,290 | 2,156,047 | 2,577,809 | 3,082,075 | 3,684,985 | 4,405,835 | 5,267,696 | 6,298,153 |
| oct | 1,530,873 | 1,830,340 | 2,188,387 | 2,616,476 | 3,128,306 | 3,740,260 | 4,471,922 | 5,346,712 | 6,392,625 |
| nov | 1,553,836 | 1,857,795 | 2,221,213 | 2,655,723 | 3,175,231 | 3,796,363 | 4,539,001 | 5,426,912 | 6,488,515 |
| dec | 1,577,144 | 1,885,662 | 2,254,531 | 2,695,559 | 3,222,859 | 3,853,309 | 4,607,086 | 5,508,316 | 6,585,843 |

Pre-bankruptcy Total    3,853,309
less LA fees    (1,464,000)
2,389,309

Total due if paid on Dec 31, 2011    6,585,843

post petition    2,732,534
add LA fees    1,464,000
4,196,534

bankruptcy date 1/14/09

6/20/2003  Schedule expired
45  due within 45 days
8/4/2003  begin charging at the end of the first month

Exhibit_6b.xls

USP

| year | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 1st part of 2009 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| EMANATE®/Lite | | | | | | | | | | | | | | |
| license fee | | | | | | | | | | | | | | |
| rbo | | | | | | | | | | | | | | |
| maintenance | 0 | | | | | | | | | | | | | |
| old fees to date | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 100 | 200 | 200 | 300 | 400 |
| continued royalty fee each july | | | | | | | | | 100 | 100 | 0 | 100 | 100 | 100 |
| fees running total | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 100 | 200 | 200 | 300 | 400 | 500 |
| 1 may | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 3 | 0 | 5 | 8 | 11 |
| 2 june | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 3 | 0 | 6 | 8 | 11 |
| 3 july | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 3 | 0 | 6 | 8 | 11 |
| 4 aug | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 3 | 0 | 6 | 8 | 12 |
| 5 sept | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 3 | 0 | 6 | 8 | 12 |
| 6 oct | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 4 | 0 | 6 | 9 | 12 |
| 7 nov | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 4 | 0 | 6 | 9 | 12 |
| 8 dec | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 4 | 4 | 6 | 9 | 12 |
| 9 jan of next year | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 4 | 6 | 9 | 13 |
| 10 feb | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 4 | 6 | 9 | 13 |
| 11 mar | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 4 | 6 | 9 | 13 |
| 12 apr | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 4 | 6 | 9 | 13 |
| new late fees | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 20 | 28 | 15 | 71 | 104 | 144 |
| add prior late fees | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 20 | 47 | 63 | 133 | 238 |
| late fee running balance | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 20 | 47 | 63 | 133 | 238 | 382 |
| total running total | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 120 | 247 | 263 | 433 | 638 | 882 |

prebankruptcy numbers
prebankruptcy total     247

total due    total due to SNMP     882

bankruptcy date 1/14/09

Exhibit_6c.xls