## EXHIBIT 5

U.S. Debtors' April 1, 2011 interrogatory responses

*[FILED UNDER SEAL]*