## EXHIBIT 7

August 15, 2011 E-mail

*[FILED UNDER SEAL]*