## EXHIBIT 9

March 7, 2012 E-mail

*[FILED UNDER SEAL]*