## EXHIBIT 11

Excerpt from Mr. Ratner's amended expert report

*[FILED UNDER SEAL]*

53651/0001-13812692v1