## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
----------------------------------------------------X
                                                     :
                                                     :    Chapter 11
                                                     :
In re                                                :
                                                     :    Bankr. Case No. 09-10138 (KG)
Nortel Networks Inc., et al.,                        :
                                                     :
                          U.S. Debtors.              :    (Jointly Administered)
                                                     :
---------------------------------------------------- X
                                                     :
                                                     :
SNMP Research International, Inc.                     :
                                                     :
and                                                  :
                                                     :    Adv. Proc. No. 11-53454 (KG)
SNMP Research, Inc.,                                 :
                          Plaintiffs,                :
v.                                                   :
                                                     :
Nortel Networks Inc., et al.,                        :
                                                     :
and                                                  :
                                                     :
Avaya Inc.,                                          :
                                                     :
                          Defendants.                :
---------------------------------------------------- X
```

## NOTICE OF SUBPOENA FOR DEPOSITION

PLEASE TAKE NOTICE that pursuant to Federal Rules of Civil Procedure 30 and 45, as made applicable to this matter by Rules 7030 and 9016 of the Federal Rules of Bankruptcy, Nortel Networks Inc. ("NNI") and its affiliated debtors, as debtors and debtors in possession (collectively, the "U.S. Debtors"), by its undersigned attorneys Cleary Gottlieb Steen & Hamilton LLP, will take the deposition upon oral examination of John Southwood in this matter. The deposition will begin at 9:30 a.m. on December 8, 2016, or at such other time or place or on such other date as may be mutually agreed, at Woolf, McClane, Bright, Allen &

Carpenter, PLLC, 900 Riverview Tower, 900 S. Gay Street, Knoxville, TN 37902-1810. If

necessary, it will continue from day to day until concluded or adjourned.

   The deposition will be taken before a court reporter or other person authorized to

administer oaths and will be conducted in accordance with the Federal Rules of Civil Procedure.

The deposition will be recorded by stenographic and audiovisual means. You are invited to

attend and cross-examine.

   A copy of the subpoena to be served on Mr. Southwood is attached.

Dated:  November 28, 2016
Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

Lisa M. Schweitzer (admitted *pro hac vice*)
David H. Herrington (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone:  (212) 225-2000
Facsimile:  (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP


_____*/s/ Tamara K. Minott*_____
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Tamara K. Minott (No. 5643)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19801
Telephone:  (302) 658-9200
Facsimile: (302) 658-3989

*Counsel for the Debtors
and U.S. Debtors in Possession*