## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X
:
*In re*                                              :   Chapter 11
:
Nortel Networks Inc., *et al.*,[1]                   :   Case No. 09-10138 (KG)
:
           Debtors.              :   Jointly Administered
:
------------------------------------------------------------X   Re: D.I. 17434

### NOTICE OF WITHDRAWAL

**PLEASE TAKE NOTICE** that on November 28, 2016, Nortel Networks Inc. (the "Debtors") filed the *Notice of Subpoena for Deposition* (D.I. 17434) (the "Notice").

**PLEASE TAKE FURTHER NOTICE** that the Debtors hereby withdraw the Notice without prejudice.

Dated: November 28, 2016
Wilmington, DE

        CLEARY GOTTLIEB STEEN & HAMILTON LLP

        James L. Bromley (admitted pro hac vice)
        Lisa M. Schweitzer (admitted pro hac vice)
        One Liberty Plaza
        New York, New York 10006
        Telephone: (212) 225-2000
        Facsimile: (212) 225-3999

        and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567), Nortel Networks (CALA) Inc. (4226), and Nortel Networks India International Inc. (8667). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

2

          MORRIS, NICHOLS, ARSHT & TUNNELL LLP

          */s/ Tamara K. Minott*
          ————————————————
          Derek C. Abbott (No. 3376)
          Eric D. Schwartz (No. 3134)
          Andrew R. Remming (No. 5120)
          Tamara K. Minott (No. 5643)
          1201 North Market Street
          P.O. Box 1347
          Wilmington, Delaware 19801
          Telephone:  (302) 658-9200
          Facsimile: (302) 658-3989

          *Counsel for the Debtors and Debtors in Possession*

10197752