**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Nortel Networks Inc., <u>et al.</u>,[1] | ) Case No. 09-10138 (KG) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |
| | ) **Hearing Date: To Be Determined** |

**THIRTY-FIRST QUARTERLY FEE APPLICATION OF ERNST & YOUNG LLP FOR COMPENSATION FOR SERVICES RENDERED AS INDIRECT TAX SERVICE ADVISOR TO THE DEBTORS AND DEBTORS-IN-POSSESSION FOR THE PERIOD OF AUGUST 1, 2016 THROUGH OCTOBER 31, 2016**

E&Y LLP hereby submits its thirty-first quarterly fee application request (the "<u>Request</u>") for the period August 1, 2016 through and including October 31, 2016 (the "<u>Compensation Period</u>").

| E&Y LLP seeks approval of the following fee application: **Fee Application Filing Date** | **Period Covered By Application** | **Total Fees Requested** | **Total Expenses Requested** | **Certification of No Objection Filing Date, Docket No.** | **Amount of Fees Allowed (80%)** | **Amount of Expenses Allowed (100%)** | **Amount of Holdback Fees Sought** |
|---|---|---|---|---|---|---|---|
| 10/13/16 | 8/1/16 – 8/31/16 | $607,187.50 | $4,942.97 | 11/4/16 [17343] | $485,750.00 | $4,942.97 | $121,437.50 |
| 11/14/16 | 9/1/16 – 9/30/16 | $417,823.00 | $1,276.58 | None | $334,258.40 | $1,276.58 | $83,564.60 |
| 11/28/16 | 10/1/16–10/31/16 | $573,394.00 | $0 | None | $458,715.20 | $0 | $114,678.80 |
| **TOTAL** | | **$1,598,404.50** | **$6,219.55** | | **$1,278,723.60** | **$6,219.55** | **$319,680.90** |

---

[1] Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

4818-3858-5917.1

E&Y LLP seeks interim approval of the full amount of the fees and expenses requested in the above-referenced fee application and payment by the Debtors of the amount requested in such fee application in full.

WHEREFORE, E&Y LLP respectfully requests that the Court enter the order enter the order attached hereto as Exhibit A and grant E&Y LLP such other and further relief as is just and proper.

Dated: November 28, 2016          Respectfully submitted,

/s/ Joanne Lee
Joanne Lee
Foley & Lardner LLP
321 N. Clark Street, Suite 2800
Chicago, IL 60654
Tel. 312.832.4500
jlee@foley.com

**COMPENSATION BY PROFESSIONAL**
**THROUGH OCTOBER 31, 2016**

| Professional | Position | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Abbott, Douglas J. | Partner | $700 | 105.0 | $70,000.00 |
| Adams, Elizabeth Trimble | Staff | $225 | 238.6 | $53,685.00 |
| Adams, Elizabeth Trimble* | Senior | $365 | 55.6 | $20,294.00 |
| Adams, Jordan Daniel | Staff | $225 | 15.8 | $3,555.00 |
| Au, Siu Long | Senior | $365 | 48.0 | $17,520.00 |
| Beakey III, Andrew M. | Partner | $700 | 70.2 | $49,140.00 |
| Blaine, George | National Executive Director | $750 | 27.7 | $20,775.00 |
| Boulus, Albert | Manager | $510 | 0.5 | $255.00 |
| Bowman, Glenda Lee | Senior | $365 | 0.5 | 182.50 |
| Bowman, Glenda Lee* | Manager | $510 | 0.5 | $255.00 |
| Breton, Kristina | Senior | $365 | 138.5 | $50,552.50 |
| Bunyak, Kaitlyn Nicole | Staff | $225 | 2.3 | $517.50 |
| Carlton, Brandon Cash | National Partner | $750 | 1.5 | $1,125.00 |
| Carrington, Glenn | National Partner | $750 | 18.5 | $13,875.00 |
| Clark, John Morgan | Staff | $225 | 1.3 | $292.50 |
| Clark, Randy | Manager | $510 | 0.5 | $255.00 |
| Claud-White, Jennifer Ryan | Staff | $225 | 0.3 | $67.50 |
| Cooper, Matthew Scott | Senior Manager | $600 | 1.0 | $600.00 |
| Cottrell Short, Dana | Senior | $365 | 2.0 | $730.00 |
| Csicsila, Christine Marie | Senior | $365 | 1.5 | $547.50 |
| Davidson, Garrett M. | Manager | $510 | 4.0 | $2,040.00 |
| Dean, Emily | Senior | $365 | 1.3 | $474.50 |
| Denning, Joel Alan | Staff | $225 | 8.0 | $1,800.00 |
| DeVincenzo, Jennie Harrison | Senior Manager | $600 | 68.7 | $41,220.00 |
| Donovan, John C. | National Partner | $750 | 1.5 | $1,125.00 |
| Dostie, Trevor | Manager | $510 | 1.1 | $561.00 |

4818-3858-5917.1

2

| Professional | Position | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Evans, Mary Kathleen Goodwin | Staff | $225 | 35.4 | $7,965.00 |
| Funderburk, Kerry M. | Executive Director | $700 | 6.5 | $4,550.00 |
| Fox, George Gleason | Executive Director | $700 | 2.5 | $1,750.00 |
| Fuentes, Teresita | Partner | $700 | 1.0 | $700.00 |
| Galicia, Berta A. | Staff | $225 | 160.2 | $36,045.00 |
| Gentile, Matthew Donald | Senior Manager | $600 | 88.5 | $53,100.00 |
| Golightly, Kim O. | National Partner | $750 | 1.0 | $750.00 |
| Goodwin, Mary Kathleen | Staff | $225 | 14.0 | $3,150.00 |
| Gouri, Amit | Senior Manager | $600 | 2.0 | $1,200.00 |
| Graham, Eric G. | Staff | $225 | 342.8 | $77,130.00 |
| Gray, Taylor A. | Staff | $225 | 70.3 | $15,817.50 |
| Hamood, Mary | Senior | $365 | 7.2 | $2,628.00 |
| Hansen, Stephen T. | Staff | $225 | 52.3 | $11,767.50 |
| Harrison IV, George Jackson | National Partner | $750 | 4.0 | $3,000.00 |
| Hausser, Kenneth C. | National Executive | $750 | 2.5 | $1,875.00 |
| Higaki, Shiho | Manager | $510 | 4.5 | $2,295.00 |
| Hoffman, Jennifer Renee | Partner | $700 | 1.0 | $700.00 |
| Howard, David F. | Manager | $510 | 6.5 | $3,315.00 |
| Kennedy, Diana Lynn | Senior Manager | $600 | 127.4 | $72,240.00 |
| Leja, Michael Edward | Senior | $365 | 0.5 | $182.50 |
| Long, Charles A. | National Executive Director | $750 | 0.6 | $450.00 |
| Lowery, Kristie L. | National Partner | $750 | 146.2 | $109,650.00 |
| Maahs, Kevin D. | Senior | $365 | 9.3 | $3,394.50 |
| Matthews, McKay H. | Staff | $225 | 11.5 | $2,587.50 |
| Matthews, McKay H | Senior | $365 | 16.5 | $6,022.50 |
| Mauro, Jenna Marie | Staff | $225 | 12.3 | $2,767.50 |
| Mayberry, Paul Anthony | Senior Manager | $600 | 1.0 | $600.00 |
| Mesler, Mark S. | Partner | $700 | 12.0 | $8,400.00 |
| Michalski, Sarah Therese | Staff | $225 | 1.2 | $270.00 |

4818-3858-5917.1

3

| Professional | Position | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Mills, Rebecca Hinson | Senior | $365 | 116.8 | $42,230.50 |
| Mills, Rebecca Hinson* | Manager | $510 | 118.5 | $60,435.00 |
| Moore, Meredith M. | Senior | $365 | 15.3 | $5,584.50 |
| O'Donnell, Agnes | Senior Manager | $600 | 0.5 | $300.00 |
| Oliver, Angel L. | Senior | $365 | 112.5 | $41,062.50 |
| Oryl, Catherine P. | Senior | $365 | 8.3 | $3,029.50 |
| Owen, Karen | Staff | $225 | 0.5 | $112.50 |
| Parsch, Kazuyo T. | Senior Manager | $600 | 0.4 | $240.00 |
| Peterson, Joseph Alan | Staff | $225 | 0.4 | $90.00 |
| Petrozzi, Gino V. | Senior Manager | $600 | 3.5 | $2,100.00 |
| Ponds, Loren C. | Senior Manager | $600 | 5.5 | $3,300.00 |
| Powell, Timothy C. | Senior Manager | $600 | 1.0 | $600.00 |
| Quigley, Nicholas W. | Manager | $510 | 9.5 | $4,845.00 |
| Razook, Janel J. | Manager | $510 | 1.3 | $663.00 |
| Rutter, Donna R. | Executive Director | $700 | 1.7 | $1,190.00 |
| Sargent, Amy Johannah | National Executive Director | $750 | 0.5 | $375.00 |
| Schmierer, Richard D. | Manager | $510 | 2.0 | $1,020.00 |
| Scott, James E. | Partner | $700 | 70.5 | $49,350.00 |
| Serratos Prudencio, Daniel | Staff | $225 | 11.1 | $2,497.50 |
| Shapiro, Ari J. | Staff | $225 | 235.7 | $53,032.50 |
| Shapiro, Ari J.* | Senior | $365 | 71.6 | $26,134.00 |
| Sorrells, Courtney Scruggs | Senior | $365 | 19.3 | $7,044.50 |
| Sorrells, Courtney Scruggs* | Manager | $510 | 3.2 | $1,632.00 |
| Spencer, Angela K. | Senior Manager | $600 | 4.0 | $2,400.00 |
| Spieler, Kathryn | Staff | $225 | 0.8 | $180.00 |
| Spyker, Deborah J. | National Executive Director | $750 | 6.0 | $4,500.00 |
| Stafman, Jeremy Andrew | Staff | $225 | 10.4 | $2,340.00 |
| Su, Cong | Staff | $225 | 6.0 | $1,350.00 |

4818-3858-5917.1

4

| Professional | Position | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Tinsley, Kristy L. | Partner | $700 | 0.5 | $350.00 |
| Trombley, Tarryn Kate Gurney | Manager | $510 | 166.6 | $81,651.00 |
| Trozzo, Roseann | Manager | $510 | 10.5 | $5,355.00 |
| Turner, Robert K. | Staff | $225 | 0.5 | $112.50 |
| Walters, Sarah E. | Staff | $225 | 55.1 | $12,397.50 |
| Weiler, Samuel P. | Senior Manager | $600 | 0.5 | $300.00 |
| Welsch, Anthony F. | Senior | $365 | 5.5 | $2,007.50 |
| Welsch, Anthony F.* | Manager | $510 | 16.0 | $8,160.00 |
| Williams, Charles F. | Executive Director | $700 | 3.0 | $2,100.00 |
| Wolpert Samantha | Staff | $225 | 31.0 | $6,975.00 |
| Wood, Jeffrey T. | Executive Director | $700 | 477.4 | $329,980.00 |
| Wren, Kaitlin Doyle | Staff | $225 | 1.0 | $225.00 |
| Wren, Kaitlin Doyle* | Senior | $365 | 124.4 | $45,406.00 |
| **TOTAL** | | | **3,683.9** | **$1,598,404.50** |

\* Employee received a promotion during the quarterly period.

## COMPENSATION BY PROJECT CATEGORY
## THROUGH OCTOBER 31, 2016

| Project Category[1] | Total Hours | Total Fees |
|---|---|---|
| Employment Tax | 1,013.4 | $432,150.50 |
| Federal Compliance | 512.2 | $227,380.00 |
| Federal Consulting | 1,412.9 | $695,048.00 |
| International Compliance | 6.3 | $3,025.50 |
| International Consulting | 45.9 | $17,259.00 |
| State and Local Consulting | 253.6 | $102,619.50 |
| State and Local Compliance | 432.6 | $116,072.00 |
| NC Alternate Appt | 7.0 | $4,850.00 |
| **TOTAL** | **3,683.9** | **$1,598,404.50** |

## EXPENSE SUMMARY
## THROUGH OCTOBER 31, 2016

| Expense Category | Total Expenses |
|---|---|
| Air[2] | $2,247.76 |
| Copy Charges | $15.00 |
| Lodging | $1,187.83 |
| Meals | $1,858.58 |
| Mileage | $319.14 |
| Miscellaneous | $54.45 |
| Parking | $241.00 |
| Taxis | $286.79 |
| Tolls | $9.00 |
| **TOTAL** | **$6,219.55** |

---

[1] Two additional categories were added on August and September fee statements which include International Compliance and NC Alternate Appt.

[2] All air expenses are coach/economy class.