IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Nortel Networks, Inc., *et al¹*.<br><br>Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br>Jointly Administered<br><br>Response Due: _____, 2016 @ 4:00 pm<br>Requested Telephonic Hearing Date: Nov. 30, 2016 |

**MOTION OF PENSION BENEFIT GUARANTY CORPORATION
TO EXTEND DATE OF EVIDENTIARY HEARING**

By Order dated November 22, 2016, (D.I. 17426), the Court scheduled an evidentiary hearing beginning on January 9, 2017, to determine the issues raised in the Debtors' Objection to PBGC's claims (D.I. 17325). With this motion, PBGC asks the Court pursuant to Bankruptcy Rule 9014(a) to extend this date until after the plan confirmation hearing, which the Debtors have targeted to begin on January 24, 2017. PBGC has conferred with Debtors' counsel about this motion, but they declined to agree. Because of the extremely compacted timetable, PBGC has filed an accompanying motion to shorten the response deadline until November 29, 2016, and requests that a telephonic conference on this motion be scheduled on November 30, 2016.

At the November 22, 2016, hearing on PBGC's motion for a briefing schedule, PBGC asked the Court to postpone any extensive litigation of the Debtors' objection to PBGC's claims

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567), Nortel Networks (CALA) Inc. (4226) and Nortel Networks India International, Inc. (8667).

until after the confirmation hearing to avoid diverting the parties from focusing on confirmation issues.  PBGC noted that the Debtors' claims reserve covers the disputed portion of PBGC's claims, and that the Settlement and Plans Support Agreement acknowledges that PBGC could have a claim of as much as $708 million.  Attachment 1, Hearing transcript (Nov. 22, 2016) at pp. 29, 47.  Moreover, as the Court noted, before the evidentiary hearing, the parties need to complete a tremendous amount of discovery, *Id.* at 55, which will require expert reports, and fact and expert depositions.

The sole reason for seeking to accomplish all of these steps before the plan confirmation hearing was the Ad Hoc Bondholders' unsupported assertion—raised for the first time at the hearing—that PBGC would otherwise unfairly "maximiz[e its] power . . . to disrupt confirmation" by voting larger-sized claims.  *Id.* at 40-42.  PBGC categorically <u>denies</u> any such intent.  That said, PBGC proposes to eliminate this concern and remove the need to rush this proceeding along an untenable schedule by stipulating to limit its claims <u>*for voting purposes only*</u> to a significantly reduced amount.

The timetable for the hearing to resolve objections to PBGC's claims in the *US Airways* bankruptcy is instructive.  There, Judge Mitchell held an evidentiary hearing on an objection similar to the Debtors' here.[2]  The court allowed 20 days for discovery, then eight days for expert disclosures, approximately two weeks for rebuttal expert disclosures, four days for filing dispositive motions, three weeks for briefing dispositive motions followed by evidentiary stipulations and pretrial briefs, with trial ten days later.  The court issued the scheduling order on August 5, 2003, and began the hearing nearly three months later on October 27, 2003.  Attachment 2, US Airways Scheduling Order (Aug. 5, 2003).

---

[2] *In re U.S. Airways Group*, No. 02-83984-SSM (Bankr. E.D. Va.)

In contrast, the proposed timetable here would require the completion of fact and expert discovery and depositions in less than six weeks, which include the winter holidays, while the parties are simultaneously preparing for a trial on substantive consolidation at or before the confirmation hearing. And although Debtors' counsel intends to provide PBGC with revised discovery demands, as the Court instructed on November 22nd, they do not intend to do so until November 29th, a full week into the already compacted schedule. PBGC respectfully submits that this timeframe is unworkable, and unduly prejudicial to PBGC.

Capping the amount of PBGC's claims for voting purposes will eliminate any obstacle to resolving the Debtors' claim objection after confirmation. The proposed plan contains a disputed claim reserve, and the Settlement and Plans Support Agreement expressly contemplates that PBGC's claim could be allowed in an amount of up to $708 million. The Settlement and Plans Support Agreement further contemplates that the plan may not become effective (and therefore no distributions made) until as late as August 31, 2017. D.I. 17249-1, at 100 of 146. There is accordingly no need to rush this proceeding to completion, particularly at the same time as the difficult proceedings on substantive consolidation. PBGC therefore moves the Court to extend the timetable for the evidentiary hearing on the Debtors' objections to PBGC's claims.

Dated:  November 28, 2016          Respectfully submitted,

/s/ Vicente Matias Murrell
ISRAEL GOLDOWITZ
Chief Counsel
CHARLES L. FINKE
Deputy Chief Counsel
PAULA J. CONNELLY
GARTH D. WILSON
Assistant Chief Counsels
VICENTE MATIAS MURRELL
(MD Bar No. 9806240098)

3

MARC S. PFEUFFER
SIMON J. TORRES
ELISABETH FRY
MELISSA M. HARCLERODE
Attorneys
PENSION BENEFIT GUARANTY CORPORATION
Office of the Chief Counsel
1200 K Street, N.W., Suite 340
Washington, D.C. 20005-4026
Telephone: (202) 326-4020, ext. 3580
Facsimile: (202) 326-4112
Emails: murrell.vicente@pbgc.gov *and* efile@pbgc.gov

SARAH L. REID
ERIC R. WILSON
BENJAMIN D. FEDER JR. (DE Bar No. 4304)
KELLEY DRYE & WARREN LLP
101 Park Avenue
New York, NY 10178
Telephone: (212) 808-7800
Facsimile: (212) 808-7897