**ATTACHMENT 2**

John Wm. Butler, Jr., Esq.
John K. Lyons, Esq.
SKADDEN, ARPS, SLATE, MEAGHER
& FLOM (ILLINOIS)
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606-1285
(312) 407-0700

Gary M. Ford, Esq.
Lonie A. Hassel, Esq.
GROOM LAW GROUP, CHTD.
1701 Pennsylvania Ave., N.W.
Washington, DC  20006
(202) 857-0620

Lawrence E. Rifken, Esq. (VSB No. 29037)
Douglas M. Foley, Esq. (VSB No. 34364)
McGUIREWOODS LLP
1750 Tysons Boulevard, Suite 1800
McLean, Virginia 22101-4215
(703) 712-5000

Attorneys for Reorganized Debtors

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
## ALEXANDRIA DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 02-83984-SSM |
| | ) | Jointly Administered |
| US AIRWAYS GROUP, INC., et al., | ) | Chapter 11 |
| | ) | Hon. Stephen S. Mitchell |
|     Reorganized Debtors. | ) | |
| _____ | ) | |
| | ) | |
| US AIRWAYS GROUP, INC., et al., | ) | |
|     Objector, | ) | |
| | ) | |
| v. | ) | Contested Claim Objection |
| | ) | |
| PENSION BENEFIT GUARANTY | ) | |
| CORPORATION | ) | |
|     Claimant. | ) | |
| _____ | ) | |

## SCHEDULING ORDER CONCERNING CONTESTED CLAIM OBJECTION TO PROOF OF CLAIM NOS. 2815, 2824 AND 2835

Upon agreement of US Airways Group, Inc. ("Group") and seven of its subsidiaries and affiliates, reorganized debtors in the above-captioned cases (collectively, the "Reorganized Debtors"),[1] and the Pension Benefit Guaranty Corporation ("PBGC"),

IT IS HEREBY ORDERED THAT:

1. <u>Objection and Response</u>.  The Reorganized Debtors shall file an objection to PBGC's consolidated Proof of Claim Nos. 2815, 2824 and 2835 (the "Objection") not later than August 1, 2003.[2]  PBGC shall file a response to the objection (the "Response") not later than 20 days after the Reorganized Debtors file their Objection.

2. <u>Discovery Plan and Pretrial Procedures</u>.  Unless modified by subsequent Order of the Court, or by agreement of the parties, the following shall constitute the discovery plan and pretrial procedures for this contested claim matter:

(a) Discovery may commence on the next business day after the Reorganized Debtors file their Objection.

---

[1] The Reorganized Debtors are the following entities:  US Airways Group, Inc., US Airways, Inc., Allegheny Airlines, Inc., PSA Airlines, Inc., Piedmont Airlines, Inc., MidAtlantic Airways, Inc., US Airways Leasing and Sales, Inc. and Material Services Company, Inc.

[2] These claims were consolidated by operation of the Stipulation and Order Allowing Pension Benefit Guaranty Corporation to File Consolidated Claims Under One Case Number, dated November 1, 2002 (Docket No. 1083).

(b) Responses and objections to discovery requests shall be due by 5:00 p.m. (Prevailing Eastern Time) not later than 20 days after service of the discovery request. Document production shall be made by hand-delivering copies of the documents being produced, on the due date for the responses and objections. The requesting party shall pay for the cost of its copy of the documents being produced. Discovery requests, objections, and responses shall be served by electronic mail unless the size of the response prevents service by electronic mail, in which case personal service is required. Electronic service on the Reorganized Debtors shall be to the following addresses: jdhillon@skadden.com; alpowell@skadden.com.; lhassel@groom.com; tgigot@groom.com; and mprame@groom.com. Electronic service on the PBGC shall be to the following addresses: efile@pbgc.gov; birenbaum.susan@PBGC.gov; house.joseph@pbgc.gov; breen.jean@PBGC.gov; reiersen.roger@PBGC.gov; rfay@bellboyd.com; and shitchcock@bellboyd.com. All motions, memoranda, briefs, and disclosures (including exhibits and other attached materials) shall be served in the same manner by electronic mail, by 5:00 p.m. (Prevailing Eastern Time), on the due date or filing date.

(c) The Reorganized Debtors and the PBGC shall each be entitled to propound 30 interrogatories (including sub-parts) on the other.

(d) The parties shall make expert witness disclosures required by Fed. R. Civ. P. 26(a)(2), except rebuttal expert witness disclosures, not later than August 29,

2003.  Rebuttal expert witness disclosures shall be made not later than September 15, 2003.

(e) Any dispositive motion shall be filed on or before September 19, 2003.  If a dispositive motion is filed on September 19, 2003, any opposition thereto shall be filed by October 3, 2003, and any reply thereto shall be filed by midnight (Prevailing Eastern Time) on October 8, 2003, and the hearing shall be scheduled for October 10, 2003, subject to the Court's availability.  Any reply briefs shall not exceed 20 pages in length, exclusive of exhibits and appendices.  If upon reviewing any dispositive motion the opposing party concludes that it needs additional discovery in order to respond to the motion, the parties shall meet and confer to discuss that additional discovery and, if necessary, a modification of the briefing schedule and proposed hearing date.  The parties agree that a modification of the proposed hearing date will only be done as a last resort.

(f) All discovery must be completed not later than October 10, 2003 and shall be initiated by such date as will allow the full 20 day period for response permitted herein.

(g) The parties will exchange any proposed evidentiary stipulations on October 13, 2003, and the parties agree to exchange all such proposed stipulations that they in good faith have developed by October 13, 2003.  This deadline will not operate to preclude the parties from continuing to exchange proposed evidentiary stipulations up to the date of trial.

4

(h) The parties shall serve and submit to the Court opening pre-trial briefs no later than October 17, 2003.  The parties shall serve and submit to the Court replies to the opening pre-trial briefs (limited to 20 pages exclusive of exhibits and appendices),  final stipulations, witness lists, exhibit lists and exhibits not later than October 24, 2003.

3. <u>Evidentiary Hearing</u>.  An evidentiary hearing on this matter shall be held on October 27, 2003 at 9:30 a.m. (Prevailing Eastern Time) in Courtroom I, United States Courthouse, 200 South Washington Street, Alexandria, Virginia, and will continue, as necessary, through October 29, 2003.

Dated: Alexandria, VA
       August ___, 2003

                                            _____
                                            STEPHEN S. MITCHELL
                                            UNITED STATES BANKRUPTCY JUDGE

AGREED:

John Wm. Butler, Jr.
John K. Lyons
SKADDEN, ARPS, SLATE, MEAGHER
 & FLOM (ILLINOIS)
333 West Wacker Drive, Suite 2100
Chicago, Illinois  60606-1285
(312) 407-0700

5

Edward J. Meehan
Janet Dhillon
Alexander W. Powell, Jr.
SKADDEN, ARPS, SLATE, MEAGHER
 & FLOM LLP
1440 New York Avenue, NW
Washington, DC 20005-2111
(202) 371-7000

Gary M. Ford
Lonie A. Hassel
GROOM LAW GROUP, CHARTERED
1701 Pennsylvania Avenue, NW
Washington, DC 20006-5893
(202) 861-6634

    -and-

By /s/ Douglas M. Foley
Lawrence E. Rifken (VSB No. 29037)
Douglas M. Foley  (VSB No. 34634)
McGUIREWOODS LLP
1750 Tysons Boulevard, Suite 1800
McLean, Virginia 22102-4215
(703) 712-5000

Attorneys for Reorganized Debtors


By /s/ Susan E. Birenbaum
James J. Keightley
General Counsel
William G. Beyer
Deputy General Counsel
Susan E. Birenbaum
Karen L. Morris
Assistant General Counsels

Jean Marie Breen
Joseph R. House
Attorneys
PENSION BENEFIT GUARANTY
  CORPORATION
Office of the General Counsel
1200 K Street, N.W., Suite 340
Washington, DC 20005-4026
(202) 3264020 ext. 3400

      -and-

Raymond C. Fay
BELL, BOYD & LLOYD
1615 L Street, N.W., Suite 1200
Washington, DC 20036
(202) 955-6824

Attorneys for Pension Benefit Guaranty Corporation