# CERTIFICATE OF SERVICE

I hereby certify, that on this 28th day of November, 2016, the Motion of Pension Benefit Guaranty Corporation to Extend Date of Evidentiary Hearing was served on the following:

| | |
|---|---|
| **Derek C. Abbot**<br>**Eric D. Schwartz**<br>**Thomas F. Driscoll**<br>**Tamara K. Minott**<br>**Andrew R. Remming**<br>Morris, Nichols, Arsht & Tunnell, LLP<br>1201 N. Market Street<br>Wilmington, DE 19899-1347<br><br>**via CM/ECF** | **James L. Bromley**<br>**Nora K. Abularach**<br>**J. Anne Marie Beisler**<br>**Elizabeth C. Block**<br>Cleary Gottlieb Steen & Hamilton, LLP<br>One Liberty Plaza<br>New York, NY 10006<br><br>**via CM/ECF** |
| **Elihu Ezekiel Allinson, III**<br>Sullivan Hazeltine Allinson LLC<br>901 North Market Street, Suite 1300<br>Wilmington, DE 19801<br><br>**via CM/ECF** | **Mary Caloway**<br>**Mona A. Parikh**<br>**Peter James Duhig**<br>Buchanan Ingersoll & Rooney, PC<br>919 North Market Street, Suite 1500<br>Wilmington, DE 19801-1228<br><br>**via CM/ECF** |
| **Mark S. Kenney**<br>United States Trustee<br>844 King Street, Room 2207<br>Lockbox #35<br>Wilmington, DE 19801<br><br>*U.S. Trustee*<br>**via CM/ECF** | **Kevin M. Capuzzi**<br>**Jennifer R. Hoover**<br>**Sarah R. Stafford**<br>Benesch Friedlander Coplan & Aronoff, LLP<br>222 Delaware Avenue, Suite 801<br>Wilmington, DE 19801-1611<br><br>**via CM/ECF** |
| **Nancy G. Everett**<br>Winston & Strawn, LLP<br>35 W. Wacker Drive<br>Chicago, IL 60601<br><br>**via CM/ECF** | **Shelley A. Kinsella**<br>**Rafael Xavier Zahralddin-Aravena**<br>**Jonathan M. Stemerman**<br>**Eric Michael Sutty**<br>**Elliott Greenleaf**<br>1105 North Market Street<br>17th Floor<br>Wilmington, DE 19801<br><br>**via CM/ECF** |

| | |
|---|---|
| **Kathleen A. Murphy** <br> **Jacob S. Pultman** <br> Allen & Overy, LLP <br> 1221 Avenue of the Americas <br> New York, NY 10020 <br><br> **via CM/ECF** | **Raymond Howard Lemisch** <br> Klehr Harrison Harvey Branzburg, LLP <br> 919 N. Market Street <br> Suite 1000 <br> Wilmington, DE 19801 <br><br> **via CM/ECF** |
| **James L. Patton** <br> Young, Conaway, Stargatt & Taylor <br> Rodney Square <br> 1000 N. King Street <br> Wilmington, DE 19801 <br><br> **via CM/ECF** | **Christopher M. Samis** <br> **L. Katherine Good** <br> Whiteford Taylor & Preston, LLC <br> The Renaissance Centre <br> 405 North King Street, Suite 500 <br> Wilmington, De 19801 <br><br> **via CM/ECF** |
| **Christine Doniak** <br> **Robert A. Johnson** <br> Akin Gump Strauss Hauer & Feld, LLP <br> One Bryant Park <br> New York, NY 10036 <br><br> **via CM/ECF** | |

  /s/ Vicente Matias Murrell
Vicente Matias Murrell
Attorney