**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Nortel Networks, Inc., *et al¹*.<br><br>Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br>Jointly Administered<br><br>**Responses Due:  _____, 2016 @ 4:00 pm**<br>**Requested Telephonic Hearing Date: Nov. 30, 2016** |

**MOTION OF PENSION BENEFIT GUARANTY CORPORATION**
**FOR AN ORDER SHORTENING THE RESPONSE DEADLINE TO**
**AND THE NOTICE OF HEARING ON PBGC'S MOTION TO**
**EXTEND DATE OF EVIDENTIARY HEARING**

The Pension Benefit Guaranty Corporation ("PBGC") moves the Court for an Order that

shortens and sets the deadlines for Debtors' response to and the notice of the hearing on PBGC's

Motion to Extend Date of Evidentiary Hearing (the "PBGC Motion to Extend"), filed

simultaneously herewith.

1.      By this motion, PBGC respectfully requests that the Court issue an order,

substantially in the form of **Exhibit A** attached hereto, that shortens and sets the deadline for

Debtors' response to the PBGC Motion to Extend, and shortens notice of the hearing on that

motion.

---

¹ The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax
identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation
(9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc.
(4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel
Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical
Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.)
Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International
Inc. (6286), Nortel Networks Cable Solutions Inc. (0567), Nortel Networks (CALA) Inc. (4226)
and Nortel Networks India International, Inc. (8667).

**BASIS FOR RELIEF REQUESTED**

2.      The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1334 and 157.  This Motion to shorten notice is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).  Venue is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

3.      PBGC brings this motion under Section 105(a) of the U.S. Bankruptcy Code, which provides that this Court "may issue any order, process, or judgment that is necessary or appropriate to carry out the provisions of this title."  11 U.S.C. § 105(a).

4.      PBGC also brings this motion under Rule 9006 of the Federal Rules of Bankruptcy Procedure and Rule 9006-1(e) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware.  Rule 9006(c)(1) provides that this Court "for cause shown may in its discretion with or without motion or notice order the period reduced."  Local Rule 9006-1(e) states that the Court may grant PBGC's requested relief upon PBGC's "written motion (served on all interested parties) specifying the exigencies justifying shortened notice."

5.      The Court's Order dated November 22, 2016, (D.I. 17436) scheduled an evidentiary hearing beginning on January 9, 2017, to determine the issues raised in the Debtors' Objection to PBGC's claims (D.I. 17325).  As described in the PBGC Motion to Extend, PBGC proposes to eliminate the sole reason for completing discovery, expert reports, depositions in six weeks, which include the winter holidays.

6.      Resolving this motion quickly is essential, as the extremely compacted timeframe continues to shorten with each day.  The Debtors will not be prejudiced by a shortened deadline to respond to the PBGC Motion to Extend and a shortened notice of the hearing thereon.  The Debtors initiated the claim Objection that is the subject of the evidentiary hearing at issue.

Moreover, PBGC proposed the extension that is the subject of this motion to the Debtors on

November 26th, but the Debtors rejected that proposal on November 28th.

WHEREFORE, PBGC respectfully requests that the Court issue an Order that shortens

and sets the deadline for the Debtors' response to and the notice of hearing on PBGC's Motion to

Extend, substantially in the form of **Exhibit A** attached hereto.


Dated:  November 28, 2016                Respectfully submitted,

                                         /s/ Vicente Matias Murrell
                                         ISRAEL GOLDOWITZ
                                         Chief Counsel
                                         CHARLES L. FINKE
                                         Deputy Chief Counsel
                                         PAULA J. CONNELLY
                                         GARTH D. WILSON
                                         Assistant Chief Counsels
                                         VICENTE MATIAS MURRELL
                                         (MD Bar No. 9806240098)
                                         MARC S. PFEUFFER
                                         SIMON J. TORRES
                                         ELISABETH FRY
                                         MELISSA M. HARCLERODE
                                         Attorneys
                                         PENSION BENEFIT GUARANTY CORPORATION
                                         Office of the Chief Counsel
                                         1200 K Street, N.W., Suite 340
                                         Washington, D.C. 20005-4026
                                         Telephone: (202) 326-4020, ext. 3580
                                         Facsimile: (202) 326-4112
                                         Emails: murrell.vicente@pbgc.gov *and* efile@pbgc.gov

                                         SARAH L. REID
                                         ERIC R. WILSON
                                         BENJAMIN D. FEDER JR. (DE Bar No. 4304)
                                         KELLEY DRYE & WARREN LLP
                                         101 Park Avenue
                                         New York, NY 10178
                                         Telephone: (212) 808-7800
                                         Facsimile: (212) 808-7897

## EXHIBIT A

Proposed Order

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Nortel Networks, Inc., *et al.*<br><br>Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br>Jointly Administered<br><br>**RE:  D.I.  _____** |

**ORDER GRANTING MOTION OF PENSION BENEFIT GUARANTY**
**CORPORATION FOR AN ORDER SHORTENING THE RESPONSE DEADLINE TO**
**AND THE NOTICE OF HEARING ON PBGC'S MOTION TO EXTEND**
**DATE OF EVIDENTIARY HEARING**

Upon the motion of the Pension Benefit Guaranty Corporation for an Order Shortening

the Response Deadline to and the Notice of Hearing on PBGC's Motion to Extend Date of

Evidentiary Hearing (the "Motion"), and the Court having jurisdiction to consider the Motion

and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the

Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b);

and venue being proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; and after due

deliberation and sufficient cause appearing therefor, it is hereby

ORDERED, DECREED, AND ADJUDGED THAT:

1.  The Motion is granted as set forth herein.

2.  The telephonic hearing on the Motion shall be held on November 30, 2016, at __ _.m.

    (ET).

3.  The deadline to file and serve objections, if any, shall be November 29, 2016, at

4:00 p.m. (ET).


Dated:  _____, 2016
Wilmington, Delaware

_____
THE HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE