# CERTIFICATE OF SERVICE

I hereby certify, that on this 28th day of November, 2016, the Motion of Pension Benefit Guaranty Corporation for an Order Shortening the Response Deadline to and the Notice of Hearing on PBGC's Motion to Extend Date of Evidentiary Hearing was served on the following:

| | |
|---|---|
| **Derek C. Abbot**<br>**Eric D. Schwartz**<br>**Thomas F. Driscoll**<br>**Tamara K. Minott**<br>**Andrew R. Remming**<br>Morris, Nichols, Arsht & Tunnell, LLP<br>1201 N. Market Street<br>Wilmington, DE 19899-1347<br><br>**via CM/ECF** | **James L. Bromley**<br>**Nora K. Abularach**<br>**J. Anne Marie Beisler**<br>**Elizabeth C. Block**<br>Cleary Gottlieb Steen & Hamilton, LLP<br>One Liberty Plaza<br>New York, NY 10006<br><br>**via CM/ECF** |
| **Elihu Ezekiel Allinson, III**<br>Sullivan Hazeltine Allinson LLC<br>901 North Market Street, Suite 1300<br>Wilmington, DE 19801<br><br>**via CM/ECF** | **Mary Caloway**<br>**Mona A. Parikh**<br>**Peter James Duhig**<br>Buchanan Ingersoll & Rooney, PC<br>919 North Market Street, Suite 1500<br>Wilmington, DE 19801-1228<br><br>**via CM/ECF** |
| **Mark S. Kenney**<br>United States Trustee<br>844 King Street, Room 2207<br>Lockbox #35<br>Wilmington, DE 19801<br><br>*U.S. Trustee*<br>**via CM/ECF** | **Kevin M. Capuzzi**<br>**Jennifer R. Hoover**<br>**Sarah R. Stafford**<br>Benesch Friedlander Coplan & Aronoff, LLP<br>222 Delaware Avenue, Suite 801<br>Wilmington, DE 19801-1611<br><br>**via CM/ECF** |
| **Nancy G. Everett**<br>Winston & Strawn, LLP<br>35 W. Wacker Drive<br>Chicago, IL 60601<br><br>**via CM/ECF** | **Shelley A. Kinsella**<br>**Rafael Xavier Zahralddin-Aravena**<br>**Jonathan M. Stemerman**<br>**Eric Michael Sutty**<br>**Elliott Greenleaf**<br>1105 North Market Street<br>17th Floor<br>Wilmington, DE 19801<br><br>**via CM/ECF** |

| **Kathleen A. Murphy**<br>**Jacob S. Pultman**<br>Allen & Overy, LLP<br>1221 Avenue of the Americas<br>New York, NY 10020<br><br>**via CM/ECF** | **Raymond Howard Lemisch**<br>Klehr Harrison Harvey Branzburg, LLP<br>919 N. Market Street<br>Suite 1000<br>Wilmington, DE 19801<br><br>**via CM/ECF** |
|---|---|
| **James L. Patton**<br>Young, Conaway, Stargatt & Taylor<br>Rodney Square<br>1000 N. King Street<br>Wilmington, DE 19801<br><br>**via CM/ECF** | **Christopher M. Samis**<br>**L. Katherine Good**<br>Whiteford Taylor & Preston, LLC<br>The Renaissance Centre<br>405 North King Street, Suite 500<br>Wilmington, De 19801<br><br>**via CM/ECF** |
| **Christine Doniak**<br>**Robert A. Johnson**<br>Akin Gump Strauss Hauer & Feld, LLP<br>One Bryant Park<br>New York, NY 10036<br><br>**via CM/ECF** | |

 /s/ Vicente Matias Murrell
Vicente Matias Murrell
Attorney