IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re*<br><br>Nortel Networks Inc., *et al.*,[1]<br><br>          Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>Jointly Administered<br><br>Ref. Docket Nos. 17401 and 17403 |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

TIM CONKLIN, being duly sworn, deposes and says:

1. I am employed as a Senior Case Manager by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, 12th Floor, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 18, 2016, I caused to be served a personalized "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e) (2) or (4)" (the "Personalized Transfers"), a sample of which is annexed hereto as <u>Exhibit A</u>, by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                        */s/ Tim Conklin*_____
                                        Tim Conklin

Sworn to before me this
28th day of November, 2016
*/s/ Regina Amporfro*_____
Notary Public, State of New York
No. 01AM6064508
Qualified in Queens County
Commission Expires September 24, 2017

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

**EXHIBIT A**

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Address Service Requested

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President

NNI TRFNTC (MERGE2, TXNUM2) 4000116038

To:   BAR(23) MAILID *** 000112348363 ***



HAIN CAPITAL HOLDINGS, LLC
TRANSFEROR: ISOM, RON
ATTN: ATARA MAGDER
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

| | |
|---|---|
| In re:<br><br>NORTEL NETWORKS INC., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or otehwise being assigned the claim.

To:

ISOM, RON
1127 NORTH SHANNON DRIVE
FARMINGTON, UT 84025

Please note that your claim # 7111 in the above referenced case and in the amount of $12,495.63 allowed at $10,304.80 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000112348363 ***          NNI TRFNTC (MERGE2, TXNUM2) 4000116038



HAIN CAPITAL HOLDINGS, LLC
TRANSFEROR: ISOM, RON
ATTN: ATARA MAGDER
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

No action is required if you do not object to the transfer of your claim. However **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
824 NORTH MARKET STREET, 3RD FLOOR
WILMINGTON, DE 19801

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER    17403    in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 11/18/2016                    David D. Bird, Clerk of Co

/s/ Tim Conklin
_____
EPIQ BANKRUPTCY SOLUTIONS, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on November 18, 2016.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Address Service Requested

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



NNI TRFNTC (MERGE2, TXNUM2) 4000110966

To:   BAR(23) MAILID *** 000112348360 ***



ISOM, RON
1127 NORTH SHANNON DRIVE
FARMINGTON, UT 84025

THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:

NORTEL NETWORKS INC., et al.,

　　Debtors.

Chapter 11

Case No. 09-10138 (KG)

Jointly Administered

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form,　**transferor**　refers to the claimant who is selling or otherwise assigning its claim. While　**transferee**　refers to the party who is purchasing or othewise being assigned the claim.

To:　BAR(23) MAILID *** 000112348360 ***　　NNI TRFNTC (MERGE2, TXNUM2) 4000110966



ISOM, RON
1127 NORTH SHANNON DRIVE
FARMINGTON, UT 84025

Please note that your claim # 7111 in the above referenced case and in the amount of $12,495.63 allowed at $10,304.80 has been transferred (unless previously expunged by court order)

HAIN CAPITAL HOLDINGS, LLC
TRANSFEROR: ISOM, RON
ATTN: ATARA MAGDER
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

No action is required if you do not object to the transfer of your claim. However **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

　　UNITED STATES BANKRUPTCY COURT
　　DISTRICT OF DELAWARE
　　824 NORTH MARKET STREET, 3RD FLOOR
　　WILMINGTON, DE 19801

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER　17403　in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  11/18/2016　　　　　　　　　　　David D. Bird, Clerk of Co

　　　　　　　　　　　　　　　　　　　/s/ Tim Conklin
　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　EPIQ BANKRUPTCY SOLUTIONS, LLC
　　　　　　　　　　　　　　　　　　　as claims agent for the debtor(s).

　FOR EBS USE ONLY:　This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  November 18, 2016.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Legal Documents Enclosed
Please direct to the attention
of the Addressee,



Address Service Requested

Legal Department or President

NNI TRFNTC (MERGE2, TXNUM2) 4000114859

To:  BAR(23) MAILID *** 000112348361 ***



JOHNSON, ELEANOR
239 BISHOP DRIVE
GAINESVILLE, FL 32607

THE REMAINDER OF THIS PAGE
INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NORTEL NETWORKS INC., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To: BAR(23) MAILID *** 000112348361 ***    NNI TRFNTC (MERGE2, TXNUM2) 4000114859



JOHNSON, ELEANOR
239 BISHOP DRIVE
GAINESVILLE, FL 32607

Please note that your claim # 8697 in the above referenced case and in the amount of $9,009.62 allowed at $9,009.62 has been transferred (unless previously expunged by court order)

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: JOHNSON, ELEANOR
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

No action is required if you do not object to the transfer of your claim. However **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
824 NORTH MARKET STREET, 3RD FLOOR
WILMINGTON, DE 19801

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER    17401    in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 11/18/2016                David D. Bird, Clerk of Co

/s/ Tim Conklin
_____
EPIQ BANKRUPTCY SOLUTIONS, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on November 18, 2016.

Epiq Bankruptcy Solutions, LLC  
PO BOX 4470  
Beaverton, OR 97076-4470  

Legal Documents Enclosed  
Please direct to the attention  
of the Addressee,  
Legal Department or President  



Address Service Requested  

NNI TRFNTC (MERGE2, TXNUM2) 4000116037  

To:   BAR(23) MAILID *** 000112348362 ***



LIQUIDITY SOLUTIONS, INC.  
TRANSFEROR: JOHNSON, ELEANOR  
ONE UNIVERSITY PLAZA  
SUITE 312  
HACKENSACK, NJ 07601  

THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NORTEL NETWORKS INC., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form,   **transferor**   refers to the claimant who is selling or otherwise assigning its claim. While   **transferee**   refers to the party who is purchasing or othewise being assigned the claim.

To:

JOHNSON, ELEANOR
239 BISHOP DRIVE
GAINESVILLE, FL 32607

Please note that your claim # 8697 in the above referenced case and in the amount of $9,009.62 allowed at $9,009.62 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000112348362 ***         NNI TRFNTC (MERGE2, TXNUM2) 4000116037



LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: JOHNSON, ELEANOR
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

No action is required if you do not object to the transfer of your claim.  However   **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
824 NORTH MARKET STREET, 3RD FLOOR
WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER         17401                        in your objection.  If you file an objection, a hearing will be scheduled.   **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  11/18/2016                                         David D. Bird, Clerk of Co

/s/ Tim Conklin
_____
EPIQ BANKRUPTCY SOLUTIONS, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  November 18, 2016.

**EXHIBIT B**

NORTEL
SERVICE LIST

| Claim Name | Address Information |
| --- | --- |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: ISOM, RON, ATTN: ATARA MAGDER, 301 ROUTE 17, 7TH FLOOR, RUTHERFORD, NJ 07070 |
| ISOM, RON | 1127 NORTH SHANNON DRIVE, FARMINGTON, UT 84025 |
| JOHNSON, ELEANOR | 239 BISHOP DRIVE, GAINESVILLE, FL 32607 |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: JOHNSON, ELEANOR, ONE UNIVERSITY PLAZA, SUITE 312, HACKENSACK, NJ 07601 |

**Total Creditor Count 4**

CLEARY GOTTLIEB STEEN & HAMILTON LLP
JAMES L. BROMLEY, ESQ.
ONE LIBERTY PLAZA
NEW YORK, NY 10006