# **<u>EXHIBIT A</u>**

| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 13204903 | 10/02/16 | | REVIEW 65TH TORY'S FEE APPLICATION. | S20 | | .30 | 01762 | CMS | 159.00 | 159.00 |
| 13204904 | 10/02/16 | | REVIEW 92ND CLEARY FEE APPLICATION. | S20 | | .40 | 01762 | CMS | 212.00 | 371.00 |
| 13204905 | 10/02/16 | | REVIEW MOTION TO MARK CERTAIN CLAIMS AS SATISFIED THROUGH PAYMENT. | S9 | | .80 | 01762 | CMS | 424.00 | 795.00 |
| 13204906 | 10/02/16 | | REVIEW 45TH OMNIBUS OBJECTION TO CLAIMS. | S9 | | 1.40 | 01762 | CMS | 742.00 | 1,537.00 |
| 13204907 | 10/02/16 | | REVIEW AUGUST 2016 MERGIS STAFFING REPORT. | S20 | | .20 | 01762 | CMS | 106.00 | 1,643.00 |
| 13204909 | 10/02/16 | | REVIEW 30TH OCP STATEMENT. | S20 | | .20 | 01762 | CMS | 106.00 | 1,749.00 |
| 13204910 | 10/02/16 | | REVIEW 92ND MNAT FEE APPLICATION. | S20 | | .30 | 01762 | CMS | 159.00 | 1,908.00 |
| 13204911 | 10/02/16 | | REVIEW 91ST HURON FEE APPLICATION. | S20 | | .30 | 01762 | CMS | 159.00 | 2,067.00 |
| 13168090 | 10/03/16 | | REVIEW AND REVISE 9/16 PROFORMA. | S19 | | .40 | 01831 | CL | 98.00 | 2,165.00 |
| 13185734 | 10/03/16 | | REVIEW 64TH MONTHLY APPLICATION OF RLKS (.2) | S20 | | .20 | 01761 | LKG | 100.00 | 2,265.00 |
| 13205140 | 10/03/16 | | REVIEW AND UPDATE CRITICAL DATES. | S1 | | .20 | 01762 | CMS | 106.00 | 2,371.00 |
| 13186036 | 10/04/16 | | REVIEW 60TH MONTHLY APPLICATION OF JOHN RAY | S20 | | .20 | 01761 | LKG | 100.00 | 2,471.00 |
| 13205235 | 10/04/16 | | REVIEW SEPTEMBER 2016 BILLING PRO FORMA FOR CONFIDENTIALITY AND ACCURACY. | S19 | | .80 | 01762 | CMS | 424.00 | 2,895.00 |
| 13207048 | 10/04/16 | | REVIEW UPDATES X2 ON SETTLEMENT PROCESS | S16 | | .30 | 01761 | LKG | 150.00 | 3,045.00 |
| 13186324 | 10/05/16 | | PREPARE AND CIRCULATE DAILY DOCKET DISTRIBUTIONS. | S1 | | .40 | 41315 | CM | 80.00 | 3,125.00 |
| 13186348 | 10/05/16 | | REVIEW 65TH MONTHLY APPLICATION OF RLKS (.2) | S20 | | .20 | 01761 | LKG | 100.00 | 3,225.00 |
| 13186349 | 10/05/16 | | REVIEW AND ANALYZE AUGUST MOR | S12 | | .30 | 01761 | LKG | 150.00 | 3,375.00 |
| 13186350 | 10/05/16 | | REVIEW AGENDA FOR 10/6 COMMITTEE CALL | S3 | | .10 | 01761 | LKG | 50.00 | 3,425.00 |
| 13186351 | 10/05/16 | | REVIEW PROPOSED APPELLATE BRIEFING SCHEDULE | S16 | | .20 | 01761 | LKG | 100.00 | 3,525.00 |
| 13205609 | 10/05/16 | | REVIEW EXECUTION VERSION OF SPSA AND COMMENTARY ON SAME. | S6 | | 1.10 | 01762 | CMS | 583.00 | 4,108.00 |
| 13207062 | 10/05/16 | | REVIEW FINAL SETTLEMENT AGREEMENT AND UPDATE ON PROCESS | S16 | | 1.80 | 01761 | LKG | 900.00 | 5,008.00 |
| 13186673 | 10/06/16 | | REVIEW 9019 MOTION APPROVING SETTLEMENT WITH WANLAND & ASSOCIATES | S9 | | .70 | 01761 | LKG | 350.00 | 5,358.00 |
| 13207067 | 10/06/16 | | EMAIL TO C. LANO RE: ECF NOTIFICATION RE: 3RD CIRCUIT APPEAL | S16 | | .10 | 01761 | LKG | 50.00 | 5,408.00 |

| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 13207215 | 10/06/16 | | PREPARE FOR AND PARTICIPATE IN WEEKLY COMMITTEE CALL | S3 | | .60 | 01761 | LKG | 300.00 | 5,708.00 |
| 13170800 | 10/07/16 | | EMAIL C. SAMIS CNO STATUS OF WTP FEE APPLICATION. | S19 | | .10 | 01831 | CL | 24.50 | 5,732.50 |
| 13170802 | 10/07/16 | | CONFER WITH C. MCCLAMB RE APPEAL MATTER. | S16 | | .10 | 01831 | CL | 24.50 | 5,757.00 |
| 13170806 | 10/07/16 | | PREPARE WTP TWENTY-FIRST MONTHLY FEE APPLICATION. | S19 | | 1.30 | 01831 | CL | 318.50 | 6,075.50 |
| 13186449 | 10/07/16 | | REVIEW RESPONSE OF COFACE TO 22ND OMNIBUS CLAIM OBJECTION | S9 | | .30 | 01761 | LKG | 150.00 | 6,225.50 |
| 13207093 | 10/07/16 | | REVIEW DRAFT LETTER TO THIRD CIRCUIT AND UPDATE ON SETTLEMENT NEGOTIATIONS X3 | S16 | | .40 | 01761 | LKG | 200.00 | 6,425.50 |
| 13172259 | 10/10/16 | | WEEKLY MEETING WITH C. MCCLAMB, K. GOOD, AND C. MOSULY RE STATUS OF CASE. | S1 | | .10 | 01831 | CL | 24.50 | 6,450.00 |
| 13172267 | 10/10/16 | | REVIEW AND REVISE WTP TWENTY-FIRST FEE APPLICATION. | S19 | | 1.10 | 01831 | CL | 269.50 | 6,719.50 |
| 13172268 | 10/10/16 | | REVISE CRITICAL DATES CALENDAR. | S1 | | .20 | 01831 | CL | 49.00 | 6,768.50 |
| 13172282 | 10/10/16 | | CONFER WITH C.MCCLAMB RE CRITICAL DATES. | S1 | | .10 | 01831 | CL | 24.50 | 6,793.00 |
| 13186692 | 10/10/16 | | REVIEW CRITICAL DATES CALENDAR | S1 | | .10 | 01761 | LKG | 50.00 | 6,843.00 |
| 13179962 | 10/11/16 | | REVIEW 10/13/16 AGENDA. | S10 | | .10 | 01831 | CL | 24.50 | 6,867.50 |
| 13179964 | 10/11/16 | | CONFER WITH K.GOOD RE 10/13/16 HEARING. | S10 | | .10 | 01831 | CL | 24.50 | 6,892.00 |
| 13179970 | 10/11/16 | | REVISE EIGHTH INTERIM FEE APPLICATION. | S19 | | .30 | 01831 | CL | 73.50 | 6,965.50 |
| 13179979 | 10/11/16 | | REVIEW AMENDED 10/13/16 AGENDA. | S10 | | .10 | 01831 | CL | 24.50 | 6,990.00 |
| 13186694 | 10/11/16 | | REVIEW AGENDA FOR 10/13 HEARING (.1); EMAIL TO C. LANO, C. SAMIS RE: SAME (.1) | S10 | | .20 | 01761 | LKG | 100.00 | 7,090.00 |
| 13186696 | 10/11/16 | | REVIEW COC RE: 42ND OMNIBUS CLAIM OBJECTION | S9 | | .10 | 01761 | LKG | 50.00 | 7,140.00 |
| 13186697 | 10/11/16 | | REVIEW HURON SEPTEMBER FEE APPLICATION | S20 | | .20 | 01761 | LKG | 100.00 | 7,240.00 |
| 13186698 | 10/11/16 | | REVIEW LITE DEPALMA GREENBERG OCP DECLARATION (.1); REVIEW OCP SUPPLEMENT (.1) | S18 | | .20 | 01761 | LKG | 100.00 | 7,340.00 |
| 13206726 | 10/11/16 | | EMAILS WITH T. MINOTT RE: STATUS OF 10/13 HEARING | S1 | | .20 | 01797 | CDM | 66.00 | 7,406.00 |
| 13214051 | 10/11/16 | | REVIEW THIRD CIRCUIT ORDER RE: FURTHER STATUS REPORT (.1); EMAIL TO A. LORING, M. FAGEN, B. KAHN RE: SAME (.1) | S16 | | .20 | 01761 | LKG | 100.00 | 7,506.00 |

| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 13186703 | 10/12/16 | | REVIEW 30(B)(6) DEPO NOTICE TO COFACE | S16 | | .10 | 01761 | LKG | 50.00 | 7,556.00 |
| 13186704 | 10/12/16 | | REVIEW/REVISE WTP 21ST MONTHLY FEE APPLICATION (.4); EMAIL TO C. LANO RE: SAME (.1) | S20 | | .50 | 01761 | LKG | 250.00 | 7,806.00 |
| 13186705 | 10/12/16 | | REVIEW PUBLICLY FILED SETTLEMENT AGREEMENT AND FINANCIAL INFORMATION | S16 | | 1.10 | 01761 | LKG | 550.00 | 8,356.00 |
| 13186714 | 10/12/16 | | REVIEW MOTION TO APPROVE CANADIAN CURRENCY ESCROW, ESCROW AGREEMENT AND MOTION TO SHORTEN RE: SAME | S9 | | 1.20 | 01761 | LKG | 600.00 | 8,956.00 |
| 13186715 | 10/12/16 | | REVIEW RESPONSE OF YOKUM TO 45TH OMNIBUS CLAIM OBJECTION | S9 | | .20 | 01761 | LKG | 100.00 | 9,056.00 |
| 13187853 | 10/12/16 | | FILE WTP TWENTY-FIRST MONTHLY FEE APPLICATION. | S19 | | .40 | 01831 | CL | 98.00 | 9,154.00 |
| 13187854 | 10/12/16 | | CONFER WITH DLS RE SERVICE OF WTP TWENTY-FIRST MONTHLY FEE APPLICATION. | S19 | | .10 | 01831 | CL | 24.50 | 9,178.50 |
| 13186718 | 10/13/16 | | ATTEND WEEKLY COMMITTEE CALL (.3); EMAIL TO C. SAMIS RE: SAME (.1) | S3 | | .40 | 01761 | LKG | 200.00 | 9,378.50 |
| 13186720 | 10/13/16 | | REVIEW ORDER SHORTENING NOTICE ON CANADIAN CURRENCY CONVERSION MOTION | S16 | | .10 | 01761 | LKG | 50.00 | 9,428.50 |
| 13186722 | 10/13/16 | | REVIEW E&Y 54TH MONTHLY FEE APPLICATION (.2) | S20 | | .20 | 01761 | LKG | 100.00 | 9,528.50 |
| 13187980 | 10/13/16 | | REVIEW DOCKET AND PREPARE CNO TO WTP TWENTIETH FEE APPLICATION. | S19 | | .30 | 01831 | CL | 73.50 | 9,602.00 |
| 13187984 | 10/13/16 | | EMAIL US TRUSTEE FILED WTP TWENTY-FIRST FEE APPLICATION. | S19 | | .10 | 01831 | CL | 24.50 | 9,626.50 |
| 13188077 | 10/13/16 | | REVIEW DOCKET AND EMAIL GROUP RE STATUS OF CNO TO WTP TWENTIETH FEE APPLICATION. | S19 | | .10 | 01831 | CL | 24.50 | 9,651.00 |
| 13188124 | 10/13/16 | | FILE CNO TO WTP TWENTIETH MONTHLY FEE APPLICATION. | S19 | | .20 | 01831 | CL | 49.00 | 9,700.00 |
| 13188138 | 10/13/16 | | PREPARE AND CIRCULATE DAILY DOCKET DISTRIBUTIONS. | S1 | | 1.10 | 41315 | CM | 220.00 | 9,920.00 |
| 13202127 | 10/13/16 | | REVISE CRITICAL DATES CALENDAR. | S1 | | .20 | 01831 | CL | 49.00 | 9,969.00 |
| 13206808 | 10/13/16 | | REVIEW CNO FOR WTP TWENTIETH MONTHLY FEE APPLICATION | S19 | | .20 | 01797 | CDM | 66.00 | 10,035.00 |
| 13186935 | 10/14/16 | | EMAIL X2 TO M. WUNDER RE: PRELIMINARY REPORT ON CASSELS BROCK INTERIM FEE APPLICATION (.2); EMAIL TO M. MADDOX RE: SAME (.1) | S20 | | .30 | 01761 | LKG | 150.00 | 10,185.00 |

| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 13202920 | 10/14/16 | | REVIEW DOCKET AND REVISE CRITICAL DATES CALENDAR. | S1 | | .30 | 01831 | CL | 73.50 | 10,258.50 |
| 13206876 | 10/14/16 | | REVIEW CRITICAL DATES CALENDAR | S1 | | .20 | 01797 | CDM | 66.00 | 10,324.50 |
| 13179734 | 10/17/16 | | COORDINATE WITH COURTCALL RE M.WUNDER'S 10/21/16 TELEPHONIC APPEARANCE. | S10 | | .20 | 01831 | CL | 49.00 | 10,373.50 |
| 13179735 | 10/17/16 | | REVIEW CONFIRMATION AND FORWARD SAME TO M.WUNDER. | S10 | | .10 | 01831 | CL | 24.50 | 10,398.00 |
| 13207270 | 10/17/16 | | CALL FROM F. HODARA RE: SETTLEMENT AND PLAN PROCESS. | S6 | | .30 | 01762 | CMS | 159.00 | 10,557.00 |
| 13207271 | 10/17/16 | | REVIEW EMPLOYEE RESPONSES TO 34TH OMNIBUS CLAIMS OBJECTION (.3 X 3). | S9 | | .90 | 01762 | CMS | 477.00 | 11,034.00 |
| 13207272 | 10/17/16 | | REVIEW MOTION AUTHORIZING ENTRY INTO CURRENCY ESCROW AGREEMENT AND RELATED DOCUMENTS. | S6 | | 1.70 | 01762 | CMS | 901.00 | 11,935.00 |
| 13207273 | 10/17/16 | | REVIEW COFACE RESPONSE TO OMNIBUS OBJECTION AND RELATED DEPOSITION NOTICE. | S9 | | .60 | 01762 | CMS | 318.00 | 12,253.00 |
| 13207275 | 10/17/16 | | E-MAILS TO R. JOHNSON RE: REPORTING DEADLINES IN DISTRICT COURT APPEALS (.1 X 2). | S16 | | .20 | 01762 | CMS | 106.00 | 12,359.00 |
| 13180526 | 10/18/16 | | REVIEW DOCKET AND PREPARE CNO TO ASHURST'S NINETY-FIRST FEE APPLICATION. | S20 | | .20 | 01831 | CL | 49.00 | 12,408.00 |
| 13180527 | 10/18/16 | | CONFER WITH K. GOOD RE STATUS OF FILING CNO TO ASHURST'S NINETY-FIRST FEE APPLICATION. | S20 | | .10 | 01831 | CL | 24.50 | 12,432.50 |
| 13180532 | 10/18/16 | | CONFER WITH C. MOSULY RE CNO TO ASHURST FEE APPLICATION. | S20 | | .10 | 01831 | CL | 24.50 | 12,457.00 |
| 13180537 | 10/18/16 | | FILE CNO TO ASHURST'S NINETY-FIRST FEE APPLICATION. | S20 | | .20 | 01831 | CL | 49.00 | 12,506.00 |
| 13180538 | 10/18/16 | | REVIEW FEE EXAMINER'S REPORT RE BERKELEY RESEARCH GROUP'S FIFTH INTERIM FEE APPLICATION. | S20 | | .10 | 01831 | CL | 24.50 | 12,530.50 |
| 13180539 | 10/18/16 | | REVISE PROPOSED EXHIBIT TO THIRTIETH INTERIM FEE ORDER. | S20 | | .70 | 01831 | CL | 171.50 | 12,702.00 |
| 13180540 | 10/18/16 | | CONFER WITH C. MCCLAMB RE STATUS OF WTP FIRST INTERIM FEE APPLICATION. | S19 | | .10 | 01831 | CL | 24.50 | 12,726.50 |
| 13181003 | 10/18/16 | | REVIEW AND ANALYZE PBGC RESPONSE TO CURRENCY CONVERSION MOTION | S16 | | .30 | 01761 | LKG | 150.00 | 12,876.50 |
| 13181004 | 10/18/16 | | REVIEW FEE EXAMINER'S FINAL REPORT RE: CHILMARK 26TH INTERIM APPLICATION (.1); REVIEW FEE EXAMINER'S FINAL REPORT RE: BRG 5TH INTERIM FEE | S20 | | .70 | 01761 | LKG | 350.00 | 13,226.50 |

| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | APPLICATION (.1); REVIEW FEE EXAMINER'S FINAL REPORT RE: MNAT 30TH INTERIM FEE APPLICATION (.1); REVIEW FEE EXAMINER'S FINAL REPORT FOR AKIN GUMP 30TH INTERIM FEE APPLICATION (.1); REVIEW FEE EXAMINER'S FINAL REPORT RE: 29TH INTERIM APPLICATION OF CROWELL & MORING (.1); REVIEW FEE EXAMINER'S FINAL REPORT RE: 30TH INTERIM FEE APPLICATION OF E&Y (.1); REVIEW FEE EXAMINER'S FINAL REPORT RE: 23RD QUARTERLY FEE APPLICATION OF TORYS (.1) | | | | | | | |
| 13181006 | 10/18/16 | | EMAIL X2 TO M. MADDOX RE: INTERIM FEE HEARING | S20 | | .10 | 01761 | LKG | 50.00 | 13,276.50 |
| 13181007 | 10/18/16 | | REVIEW PBGC JOINDER TO 45TH OMNIBUS OBJECTION TO CLAIMS | S9 | | .20 | 01761 | LKG | 100.00 | 13,376.50 |
| 13181010 | 10/18/16 | | REVIEW CNO FOR ASHURST AUGUST FEE APPLICATION (.1); EMAIL X2 TO L. ROBERTS, I. KHAN RE: SAME (.1); EMAIL TO C. LANO RE: FILING SAME (.1) | S20 | | .30 | 01761 | LKG | 150.00 | 13,526.50 |
| 13181011 | 10/18/16 | | REVIEW 9019 MOTION SETTLING CLAIMS RE: BULLDOG INVESTORS (.4); REVIEW 9019 MOTION SETTLING CLAIMS WITH CRT SPECIAL SOLUTIONS (.4) | S9 | | .80 | 01761 | LKG | 400.00 | 13,926.50 |
| 13207322 | 10/18/16 | | REVIEW PBGC OBJECTION TO MOTION TO ENTER CANADIAN ESCROW AGREEMENT. | S6 | | .50 | 01762 | CMS | 265.00 | 14,191.50 |
| 13183263 | 10/19/16 | | REVISE WTP EIGHTH INTERIM FEE APPLICATION. | S19 | | .20 | 01831 | CL | 49.00 | 14,240.50 |
| 13183276 | 10/19/16 | | COORDINATE WITH COURTCALL RE A. LORING'S 10/21/16 TELEPHONIC APPEARANCE. | S10 | | .30 | 01831 | CL | 73.50 | 14,314.00 |
| 13183277 | 10/19/16 | | REVIEW A. LORING'S 10/21/16 TELEPHONIC CONFIRMATION AND FORWARD SAME. | S10 | | .10 | 01831 | CL | 24.50 | 14,338.50 |
| 13183278 | 10/19/16 | | REVIEW 10/21/16 AGENDA. | S10 | | .10 | 01831 | CL | 24.50 | 14,363.00 |
| 13186307 | 10/19/16 | | REVIEW B. WISLOCKI RESPONSE TO 45TH OMNIBUS CLAIM OBJECTION | S9 | | .10 | 01761 | LKG | 50.00 | 14,413.00 |
| 13186312 | 10/19/16 | | REVIEW DEBTORS' REPLY TO PBCG RESPONSE TO CURRENCY CONVERSION | S16 | | .20 | 01761 | LKG | 100.00 | 14,513.00 |
| 13186315 | 10/19/16 | | REVIEW AGENDA FOR 10/21 HEARING (.1) | S10 | | .10 | 01761 | LKG | 50.00 | 14,563.00 |
| 13186332 | 10/19/16 | | REVIEW AGENDAS FOR WEEKLY COMMITTEE CALL AND RELATED DOCUMENTS | S3 | | .20 | 01761 | LKG | 100.00 | 14,663.00 |
| 13207344 | 10/19/16 | | REVIEW B. WISLOCKI RESPONSE TO 45TH OMNIBUS OBJECTION TO CLAIMS. | S9 | | .20 | 01762 | CMS | 106.00 | 14,769.00 |

| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 13207345 | 10/19/16 | | REVIEW DEBTORS' REPLY TO PBGC RESPONSE TO CANADIAN ESCROW MOTION. | S6 | | .40 | 01762 | CMS | 212.00 | 14,981.00 |
| 13207346 | 10/19/16 | | REVIEW BULLDOG INVESTORS 9019 MOTION AND RELATED DOCUMENTATION. | S9 | | 1.10 | 01762 | CMS | 583.00 | 15,564.00 |
| 13207347 | 10/19/16 | | REVIEW CRT 9019 MOTION AND RELATED DOCUMENTATION. | S9 | | .90 | 01762 | CMS | 477.00 | 16,041.00 |
| 13207348 | 10/19/16 | | REVIEW PBGC JOINDER TO DEBTORS' RESPONSE TO 45TH OMNIBUS OBJECTION TO CLAIMS. | S9 | | .40 | 01762 | CMS | 212.00 | 16,253.00 |
| 13207349 | 10/19/16 | | REVIEW 78TH MONTHLY CHILLMARK FEE APPLICATION. | S20 | | .30 | 01762 | CMS | 159.00 | 16,412.00 |
| 13207350 | 10/19/16 | | REVIEW STIPULATION, ORDER AND RELATED CERTIFICATION CONCERNING CONSOLIDATION OF SNMP PROOFS OF CLAIM. | S9 | | .80 | 01762 | CMS | 424.00 | 16,836.00 |
| 13207351 | 10/19/16 | | REVIEW 45TH INTERIM FEE APPLICATOIN OF E&Y. | S20 | | .20 | 01762 | CMS | 106.00 | 16,942.00 |
| 13207353 | 10/19/16 | | REVIEWW 25TH OCP SUPPLEMENT. | S18 | | .20 | 01762 | CMS | 106.00 | 17,048.00 |
| 13207354 | 10/19/16 | | REVIEW LITE DEPALMA 2014 STATEMENT. | S18 | | .20 | 01762 | CMS | 106.00 | 17,154.00 |
| 13207355 | 10/19/16 | | REVIEW 92ND HURON MONTHLY FEE APPLICATION. | S20 | | .30 | 01762 | CMS | 159.00 | 17,313.00 |
| 13207356 | 10/19/16 | | REVIEW R. BERNIE RESPONSE TO 22ND OMNIBUS OBJECTION TO CLAIMS. | S9 | | .20 | 01762 | CMS | 106.00 | 17,419.00 |
| 13207357 | 10/19/16 | | REVIEW WANLAND AND ASSOCIATES 9019 MOTION. | S9 | | 1.80 | 01762 | CMS | 954.00 | 18,373.00 |
| 13207358 | 10/19/16 | | REVIEW AUGUST 2016 MOR. | S13 | | .30 | 01762 | CMS | 159.00 | 18,532.00 |
| 13207359 | 10/19/16 | | REVIEW 65TH MONTHLY APPLICATION OF RLKS. | S20 | | .20 | 01762 | CMS | 106.00 | 18,638.00 |
| 13207360 | 10/19/16 | | REVIEW 60TH MONTHLY APPLICATION OF JOHN RAY. | S20 | | .20 | 01762 | CMS | 106.00 | 18,744.00 |
| 13207361 | 10/19/16 | | REVIEW 64TH MONTHLY APPLICATION OF RLKS. | S20 | | .20 | 01762 | CMS | 106.00 | 18,850.00 |
| 13207362 | 10/19/16 | | REVIEW 65TH MONTHLY APPLICATION OF TORYS. | S20 | | .20 | 01762 | CMS | 106.00 | 18,956.00 |
| 13207369 | 10/19/16 | | E-MAIL TO C. LANO RE: PREARATION FOR 10/21/16 HEARING. | S10 | | .10 | 01762 | CMS | 53.00 | 19,009.00 |
| 13184893 | 10/20/16 | | PREPARE AND ORGANIZE 10/21/16 HEARING BINDER FOR C. SAMIS. | S10 | | .70 | 01831 | CL | 171.50 | 19,180.50 |
| 13184909 | 10/20/16 | | REVIEW AMENDED 10/21/16 AGENDA. | S10 | | .10 | 01831 | CL | 24.50 | 19,205.00 |
| 13186061 | 10/20/16 | | REVIEW NOTICE OF ORDER FROM CANADIAN COURT ENTERING CURRENCY CONVERSION ORDER | S8 | | .30 | 01761 | LKG | 150.00 | 19,355.00 |

| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 13192354 | 10/20/16 | | PREPARE AND CIRCULATE DAILY DOCKET DISTRIBUTIONS. | S1 | | .70 | 41315 | CM | 140.00 | 19,495.00 |
| 13206102 | 10/20/16 | | WEEKLY COMMITTEE CALL | S3 | | .50 | 01797 | CDM | 165.00 | 19,660.00 |
| 13206103 | 10/20/16 | | WEEKLY FULL COMMITTEE CALL | S3 | | .50 | 01797 | CDM | 165.00 | 19,825.00 |
| 13207372 | 10/20/16 | | REVIEW REVISED PLAN AND DISCLOSURE STATEMENT. | S6 | | 6.70 | 01762 | CMS | 3,551.00 | 23,376.00 |
| 13207385 | 10/20/16 | | PARTICIPATE IN WEEKLY COMMITTEE CALL. | S3 | | 1.00 | 01762 | CMS | 530.00 | 23,906.00 |
| 13207386 | 10/20/16 | | PREPARE FOR WEEKLY COMMITTEE CALL. | S3 | | .50 | 01762 | CMS | 265.00 | 24,171.00 |
| 13207387 | 10/20/16 | | E-MAIL TO C. MCCLAMB RE: PREPARATION FOR WEEKLY COMMITTEE CALL. | S3 | | .10 | 01762 | CMS | 53.00 | 24,224.00 |
| 13207388 | 10/20/16 | | E-MAIL TO K. GOOD AND C. MCCLAMB RE: DRAFT PLAN AND DISCLOSURE STATEMENT. | S6 | | .10 | 01762 | CMS | 53.00 | 24,277.00 |
| 13214078 | 10/20/16 | | REVIEW DRAFT PLAN AND DISCLOSURE STATEMENT | S6 | | 3.60 | 01761 | LKG | 1,800.00 | 26,077.00 |
| 13214082 | 10/20/16 | | REVIEW AGENDA FOR 10/21 HEARING | S10 | | .10 | 01761 | LKG | 50.00 | 26,127.00 |
| 13186055 | 10/21/16 | | REVIEW FEE EXAMINER'S FINAL REPORT FOR WTP INTERIM FEE APPLICATION | S19 | | .10 | 01761 | LKG | 50.00 | 26,177.00 |
| 13186056 | 10/21/16 | | REVIEW FEE EXAMINER'S FINAL REPORT RE: RLKS INTERIM FEE APPLICATION | S20 | | .10 | 01761 | LKG | 50.00 | 26,227.00 |
| 13202593 | 10/21/16 | | TELEPHONE CALL WITH A. ROTH-MOORE RE: SIGNING JOINT STATUS REPORT FOR PPI APPEAL (.1); EMAIL TO A. ROTH-MOORE RE: SAME (.1); EMAIL TO R. JOHNSON RE: SAME (.1); REVIEW REVISED DRAFTS OF STATUS REPORTS X3 (.3) | S16 | | .60 | 01761 | LKG | 300.00 | 26,527.00 |
| 13202716 | 10/21/16 | | REVIEW A. KAHN OBJECTION TO 45TH OMNIBUS CLAIM OBJECTION (.2) | S9 | | .20 | 01761 | LKG | 100.00 | 26,627.00 |
| 13207401 | 10/21/16 | | PREPARE FOR 10/21/16 HEARING. | S10 | | 1.70 | 01762 | CMS | 901.00 | 27,528.00 |
| 13207402 | 10/21/16 | | ATTEND 10/21/16 HEARING. | S10 | | 1.10 | 01762 | CMS | 583.00 | 28,111.00 |
| 13207403 | 10/21/16 | | E-MAILS TO C. GRIFFITHS AND M. PHILLIPS RE: PROPOSED ALLOCATION SETTLEMENT (.1 X 3). | S10 | | .30 | 01762 | CMS | 159.00 | 28,270.00 |
| 13207417 | 10/21/16 | | REVIEW JOINT STATUS REPORTS IN SNMP AND PPI DISTRICT COURT APPEALS (.3 X 3). | S16 | | .90 | 01762 | CMS | 477.00 | 28,747.00 |
| 13199189 | 10/24/16 | | PREPARE AND CIRCULATE DAILY DOCKET DISTRIBUTIONS. | S1 | | 1.50 | 41315 | CM | 300.00 | 29,047.00 |
| 13201024 | 10/24/16 | | REVIEW REVISED DRAFT OF US PLAN (.9); REVIEW DRAFT CANADIAN PLAN (1.2) | S7 | | 2.10 | 01761 | LKG | 1,050.00 | 30,097.00 |

| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 13205882 | 10/24/16 | | E-MAIL TO B. FEDER RE: PBGC NEED FOR SEPARATE LOCAL COUNSEL. | S16 | | .10 | 01762 | CMS | 53.00 | 30,150.00 |
| 13205887 | 10/24/16 | | REVIEW REVISED U.S. PLAN. | S6 | | 2.10 | 01762 | CMS | 1,113.00 | 31,263.00 |
| 13205888 | 10/24/16 | | REVIEW DRAFT CANADIAN PLAN. | S6 | | 3.00 | 01762 | CMS | 1,590.00 | 32,853.00 |
| 13193237 | 10/25/16 | | REVIEW 10/27/16 AGENDA. | S10 | | .10 | 01831 | CL | 24.50 | 32,877.50 |
| 13199586 | 10/25/16 | | REVIEW AGENDA CANCELING 10/27 HEARING (.1) | S10 | | .10 | 01761 | LKG | 50.00 | 32,927.50 |
| 13199807 | 10/25/16 | | REVIEW CLEARY GOTTLIEB SEPTEMBER FEE APPLICATION (.2) | S20 | | .20 | 01761 | LKG | 100.00 | 33,027.50 |
| 13200785 | 10/25/16 | | REVIEW BONDHOLDER COMMENTS TO PLAN AND DS AND CORRESPONDENCE RE: SAME | S6 | | 1.30 | 01761 | LKG | 650.00 | 33,677.50 |
| 13206227 | 10/25/16 | | E-MAIL TO M. PHILLIPS RE: PBGC INQUIRY. | S1 | | .10 | 01762 | CMS | 53.00 | 33,730.50 |
| 13207293 | 10/25/16 | | REVIEW M. RIELA COMMENTS TO DRAFT PLAN. | S6 | | .30 | 01762 | CMS | 159.00 | 33,889.50 |
| 13207294 | 10/25/16 | | RETURN CALLS TO CLAIMS TRADERS RE: INQUIRIES ON IMPACT OF PLAN AND STATUS OF CASES (.2 X 8) | S6 | | 1.60 | 01762 | CMS | 848.00 | 34,737.50 |
| 13207295 | 10/25/16 | | REVIEW CANADIAN ORDER APPROVING ESCROW AGREEMENT. | S6 | | .30 | 01762 | CMS | 159.00 | 34,896.50 |
| 13207296 | 10/25/16 | | REVIEW 65TH TORY'S FEE APPLICATION. | S20 | | .20 | 01762 | CMS | 106.00 | 35,002.50 |
| 13195162 | 10/26/16 | | REVIEW AGENDA FOR 10/27 COMMITTEE CALL | S3 | | .10 | 01761 | LKG | 50.00 | 35,052.50 |
| 13200050 | 10/26/16 | | PREPARE ASHURST NINETY-SECOND FEE APPLICATION. | S20 | | .20 | 01831 | CL | 49.00 | 35,101.50 |
| 13200051 | 10/26/16 | | CONFER WITH C. MOSULY RE FILING STATUS OF ASHURST NINETY-SECOND FEE APPLICATION. | S20 | | .10 | 01831 | CL | 24.50 | 35,126.00 |
| 13201772 | 10/26/16 | | FILE ASHURST MONTHLY FEE APPLICATION. | S20 | | .30 | 01831 | CL | 73.50 | 35,199.50 |
| 13201773 | 10/26/16 | | CONFER WITH DLS RE ASHURST MONTHLY FEE APPLICATION. | S20 | | .10 | 01831 | CL | 24.50 | 35,224.00 |
| 13201774 | 10/26/16 | | CONFER WITH C. MOSULY RE ASHURST MONTHLY FEE APPLICATION. | S20 | | .10 | 01831 | CL | 24.50 | 35,248.50 |
| 13206899 | 10/26/16 | | REVIEW ASHURST SEPTEMBER MONTHLY FEE APPLICATION FOR COMPLIANCE WITH LOCAL RULES | S20 | | .30 | 01797 | CDM | 99.00 | 35,347.50 |
| 13197343 | 10/27/16 | | ATTEND 10/27 WEEKLY COMMITTEE CALL | S3 | | .80 | 01761 | LKG | 400.00 | 35,747.50 |
| 13197349 | 10/27/16 | | REVIEW MNAT SEPTEMBER FEE APPLICATION (.2) | S20 | | .20 | 01761 | LKG | 100.00 | 35,847.50 |
| 13197352 | 10/27/16 | | EMAIL X2 TO R. JOHNSON RE: STATUS REPORTS IN PPI, | S16 | | .20 | 01761 | LKG | 100.00 | 35,947.50 |

| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | CHAPTER 15 AND SNMP MOTION FOR JUDGMENT APPEALS (.1); EMAIL TO C. LANO RE: ECF NOTIFICATIONS FOR SAME (.1) | | | | | | | |
| 13200474 | 10/27/16 | | WEEKLY COMMITTEE CALL | S3 | | .40 | 01797 | CDM | 132.00 | 36,079.50 |
| 13200478 | 10/27/16 | | WEEKLY FULL COMMITTEE CALL | S3 | | .40 | 01797 | CDM | 132.00 | 36,211.50 |
| 13200517 | 10/27/16 | | REVIEW AKIN'S AUGUST FEE APPLICATION AND NOTICE FOR COMPLIANCE WITH LOCAL RULES | S1 | | .30 | 01797 | CDM | 99.00 | 36,310.50 |
| 13200541 | 10/27/16 | | FILE AKIN GUMP 91ST FEE APPLICATION. | S20 | | .40 | 01831 | CL | 98.00 | 36,408.50 |
| 13200552 | 10/27/16 | | CONFER WITH DLS RE SERVICE OF AKIN GUMP 91ST FEE APPLICATION. | S20 | | .10 | 01831 | CL | 24.50 | 36,433.00 |
| 13197211 | 10/28/16 | | EMAIL TO M. MADDOX, T. MINNOT RE: INTERIM FEE APPLICATIONS AND FEE EXAMINER'S PRELIMINARY REPORTS FOR ASHURST AND CASSELS BROCK (.1); EMAIL X2 TO L. ROBERTS RE: SAME (.1); EMAIL TO M. WUNDER RE: SAME (.1); EMAIL TO J. SCARBOROUGH RE: SAME (.1) | S20 | | .40 | 01761 | LKG | 200.00 | 36,633.00 |
| 13201441 | 10/28/16 | | REVIEW DOCKET AND REVISE CRITICAL DATES CALENDAR. | S1 | | .30 | 01831 | CL | 73.50 | 36,706.50 |
| 13204459 | 10/28/16 | | PREPARE AND DISTRIBUTE DAILY DOCKET DISTRIBUTIONS. | S1 | | .40 | 41315 | CM | 80.00 | 36,786.50 |
| 13198871 | 10/29/16 | | REVIEW DRAFT SOLICITATION PROCEDURES MOTION | S7 | | 1.20 | 01761 | LKG | 600.00 | 37,386.50 |
| 13200216 | 10/30/16 | | REVIEW REVISED PLAN AND DISCLOSURE STATEMENT | S7 | | 2.30 | 01761 | LKG | 1,150.00 | 38,536.50 |
| 13200217 | 10/30/16 | | EMAIL TO M. MADDOX RE: INTERIM FEE APPLICATIONS AND FEE EXAMINER'S PRELIMINARY REPORTS FOR ASHURST AND CASSELS | S20 | | .10 | 01761 | LKG | 50.00 | 38,586.50 |
| 13205768 | 10/30/16 | | REVIEW FURTHER REVISED PLAN AND DISCLOSURE STATEMENT. | S6 | | 2.10 | 01762 | CMS | 1,113.00 | 39,699.50 |
| 13204462 | 10/31/16 | | PREPARE AND CIRCULATE DAILY DOCKET DISTRIBUTIONS. | S1 | | .20 | 41315 | CM | 40.00 | 39,739.50 |
| 13204673 | 10/31/16 | | REVISE CRITICAL DATES CALENDAR. | S1 | | .20 | 01831 | CL | 49.00 | 39,788.50 |
| 13205376 | 10/31/16 | | REVIEW COURT ORDERS RE: STATUS OF SNMP, CHAPTER 15 AND PPI APPEALS (.2); EMAIL X3 TO R. JOHNSON RE: SAME (.1); EMAIL TO C. LANO, C. MCCLAMB RE: CALENDARING DEADLINES FOR FURTHER STATUS REPORTS (.1) | S16 | | .40 | 01761 | LKG | 200.00 | 39,988.50 |

| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 13207390 | 10/31/16 | | REVIEW FURTHER REVISED PLAN AND DISCLOSURE STATEMENT AND ANCILLARY DOCUMENTATION. | S6 | | 2.10 | 01762 | CMS | 1,113.00 | 41,101.50 |
| | | | | | | 88.80 | | **TIME VALUE TOTAL** | | 41,101.50 |