# **EXHIBIT B**

\*\*\*DISBURSEMENTS \*\*\*

| INDEX | DATE | REFER-# | CODE | CTRL-# | TKPR | | AMOUNT | |
|---|---|---|---|---|---|---|---|---|
| | | | 10 | | | PHOTOCOPIES | | 1.40 |
| 5306769 | 10/24/16 | | 101 | | 01762 | DLS DISCOVERY - COURIER EXPENSE- PRINT/COPY; ENVELOPES; PDF EMAILED TO CLIENT; POSTAGE; HAND DELIVERY W BANKRUPTCY SERVICE | 41.58 | |
| | | | | | *101 | COURIER EXPENSE | | 41.58 |
| | | | | | | *TOTAL DISBURSEMENTS* | 42.98 | |