# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Nortel Networks Inc., et al.,[1] | ) Case No. 09-10138 (KG) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Hearing Date: TBD** |
| | ) **Related Docket Nos.:17200, 17248 &17450** |

## EIGHTH INTERIM APPLICATION OF WHITEFORD, TAYLOR & PRESTON LLC FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM AUGUST 1, 2016 THROUGH OCTOBER 31, 2016

| | |
|---|---|
| Name of Applicant: | Whiteford, Taylor & Preston LLC |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | January 13, 2015, *nunc pro tunc* to November 17, 2014 |
| Period for which compensation and reimbursement are sought: | August 1, 2016 through October 31, 2016 |
| Amount of Compensation sought as actual, reasonable, and necessary: | $89,986.00 |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | $731.09 |

This is a(n):  __ monthly    _X_ interim    __ final

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567); Nortel Networks (CALA) Inc. (4226); and Nortel Networks India International Inc. (8667); and Nortel Networks India International Inc. (8667).

## SUMMARY OF FEE APPLICATIONS FOR COMPENSATION PERIOD
## AUGUST 1, 2016 THROUGH OCTOBER 31, 2016

| Date Filed | | Requested | | Approved/ Pending Approval | | Holdback Fees Requested Fees (20%) |
|---|---|---|---|---|---|---|
| | | Fees | Expenses | Fees (80%) | Expenses (100%) | |
| Docket No. 17200 Date Filed: 9/22/16 | 8/1/16 - 8/31/16 | $30,684.00 | $319.07 | $24,547.20 | $319.07 | $6,136.80 |
| Docket No. 17248 Date Filed: 10/12/16 | 9/1/16 - 9/30/16 | $18,200.50 | $369.04 | $14,560.40 | $369.04 | $3,640.10 |
| Docket No. 17450 Date Filed: 11/29/16 | 10/1/16 - 10/31/16 | $41,101.50 | $42.98 | $32,881.20 | $42.98 | $8,220.30 |
| **TOTALS:** | | **$89,986.00** | **$731.09** | **$71,988.80** | **$731.09** | **$17,997.20** |

Summary of Any Objections to Fee Applications: None

Dated: November 29, 2016
    Wilmington, Delaware

*/s/ L. Katherine Good*
Christopher M. Samis (No. 4909)
L. Katherine Good (No. 5101)
Chantelle D. McClamb (No. 5978)
Whiteford, Taylor & Preston LLC
The Renaissance Centre
405 North King Street, Suite 500
Wilmington, Delaware 19801
Telephone: (302) 353-4144
Facsimile: (302) 661-7950

-and-

Fred S. Hodara, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002

*Co-Counsel to the Official Committee of Unsecured Creditors of Nortel Networks Inc., et al.*

2210551v1