# Appendix B

## Structure Chart of Selected Nortel Affiliates

# APPENDIX B

