## Appendix A

**First Amended Plan of Reorganization**
**[See Blackline at DI 17453]**