**<u>Appendix B</u>**

**Structure Chart of Selected Nortel Affiliates**
**[No Changes See D.I. 17456]**