**<u>Appendix D</u>**

**Liquidation Analysis**
**[No Changes See D.I. 17456]**