IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------ X
: 
*In re* : Chapter 11
:
Nortel Networks Inc., *et al.*,[1] : Case No. 09-10138(KG)
:
Debtors. : Jointly Administered
:
: **Re: D.I. 17347, 17348, 17350, 17452, 17456**
------------------------------------------------ X

NOTICE OF FILING OF PROPOSED ORDER
(I) APPROVING THE DISCLOSURE STATEMENT, (III)
ESTABLISHING THE VOTING RECORD DATE AND PROCEDURES
FOR SOLICITING, RECEIVING AND TABULATING VOTES ON
THE PLAN AND (III) SETTING THE CONFIRMATION HEARING
DATE AND ESTABLISHING NOTICE AND OBJECTION PROCEDURES

**PLEASE TAKE NOTICE** that on November 4, 2016, Nortel Networks Inc. ("NNI"), a Delaware corporation, and certain of its affiliated Debtors and Debtors-in-Possession (collectively with NNI and excluding Nortel Networks India International Inc., the "Debtors") filed (i) the *First Amended Joint Chapter 11 Plan of Nortel Networks Inc. and Certain of its Affiliated Debtors* [D.I. 17347] (the "Plan"); (ii) the *Disclosure Statement with Respect to the First Amended Joint Chapter 11 Plan of Nortel Networks Inc., et al.* [D.I. 17348] (as may be amended, supplemented or otherwise modified from time including all exhibits thereto, the "Disclosure Statement"); and *Debtors' Motion for Entry of an Order (I) Approving Adequacy of Information Contained in Disclosure Statement, (II) Establishing Voting Record Date, (III) Approving Procedures for Soliciting, Receiving and Tabulating Votes on the Plan, and (IV) Scheduling Confirmation Hearing Date and Establishing Notice and Objection Procedures* [D.I. 17350] (the "Motion"), which attached a proposed order approving the Motion (the "Original Order").

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567), Nortel Networks (CALA) Inc. (4226) and Nortel Networks India International Inc. (8667). The First Amended Joint Chapter 11 Plan of Nortel Networks Inc. and Certain of its Affiliated Debtors does not include a Chapter 11 plan for Nortel Networks India International Inc. Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

**PLEASE TAKE FURTHER NOTICE** that following discussions with the Office of the United States Trustee and in response to certain objections to the proposed Disclosure Statement, on November 29, 2016, the Debtors filed a revised *First Amended Joint Chapter 11 Plan of Nortel Networks Inc. and Certain of its Affiliated Debtors*, dated November 29, 2016 [D.I. 17452] (the "Amended Plan"), and accompanying disclosure statement [D.I. 17456] (the "Amended Disclosure Statement).[2]  The Debtors have also amended the Original Order.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit A** is a revised form of order approving the Motion. A blackline to the Original Order is attached hereto as **Exhibit B**.

**PLEASE TAKE FURTHER NOTICE THAT** the Debtors will seek approval of the Amended Disclosure Statement at a hearing scheduled for **December 1, 2016 at 9:00 a.m. ET** before the Honorable Kevin Gross, United States Bankruptcy Judge, in the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Wilmington, Delaware 19801, at which time and at which place you may appear if you so desire.

**PLEASE TAKE FURTHER NOTICE THAT** the Debtors reserve the right to further amend the Plan, Disclosure Statement and proposed Order, including all exhibits thereto, prior to the Disclosure Statement hearing.

Dated: November 29, 2016
Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone:  (212) 225-3505
Facsimile:  (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

  */s/ Tamara K. Minott*
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Tamara K. Minott (No. 5643)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware  19801
Telephone:  (302) 658-9200
Facsimile: (302) 658-3989

---

[2]  Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Amended Disclosure Statement.

*Counsel for the Debtors
and Debtors-in-Possession*

10598627.2

Case 09-10138-MFW   Doc 17460   Filed 11/29/16   Page 3 of 3