# EXHIBIT A

**Nortel Networks Inc., et al**

**Berkeley Research Group, LLC**

**Exhibit A: Time Detail**



For the Period 9/1/2016 through 9/30/2016

| Date | Professional | Hours | Description |
|---|---|---|---|
| **01. Asset Acquisition/Disposition** | | | |
| 9/1/2016 | J. Borow | 0.8 | Reviewed settlement issues. |
| 9/2/2016 | J. Hyland | 0.1 | Reviewed court of appeals order for all parties to appear re: allocation. |
| 9/6/2016 | J. Hyland | 2.8 | Reviewed updated settlement discussion summary. |
| 9/6/2016 | J. Hyland | 2.6 | Continued reviewing updated settlement discussion summary. |
| 9/7/2016 | C. Kearns | 0.5 | Reviewed redline of settlement markup from Counsel. |
| 9/9/2016 | J. Hyland | 2.7 | Reviewed revised aspects of settlement discussions. |
| 9/9/2016 | J. Hyland | 2.5 | Continued reviewing revised aspects of settlement discussions. |
| 9/9/2016 | J. Borow | 1.3 | Reviewed updated settlement documents. |
| 9/12/2016 | J. Hyland | 2.9 | Reviewed summary of proceeds allocation discussions. |
| 9/12/2016 | J. Hyland | 2.8 | Continued reviewing summary of proceeds allocation discussions. |
| 9/12/2016 | J. Hyland | 2.2 | Continued reviewing summary of proceeds allocation discussions. |
| 9/12/2016 | J. Borow | 1.1 | Reviewed updated settlement documents. |
| 9/12/2016 | C. Kearns | 0.5 | Reviewed revised settlement agreement. |
| 9/12/2016 | J. Hyland | 0.4 | Summarized issue for Counsel re: proceeds allocation discussions. |
| 9/12/2016 | J. Hyland | 0.2 | Conducted call with M. Kennedy (Chilmark) re: proceeds allocation discussions. |
| 9/14/2016 | J. Hyland | 2.9 | Analyzed updated summary of proceeds allocation discussions. |
| 9/14/2016 | J. Hyland | 2.7 | Continued analyzing updated summary of proceeds allocation discussions. |
| 9/14/2016 | C. Kearns | 0.5 | Reviewed latest turn of the settlement documents and related notes from Counsel. |
| 9/21/2016 | C. Kearns | 0.1 | Emailed with Counsel re: status of settlement discussions. |

Berkeley Research Group, LLC

Invoice for the 9/1/2016 - 9/30/2016 Period

| Date | Professional | Hours | Description |
|---|---|---|---|
| **01. Asset Acquisition/Disposition** | | | |
| 9/22/2016 | J. Borow | 0.9 | Continued review of settlement issues. |
| 9/22/2016 | J. Borow | 0.8 | Reviewed settlement documents. |
| 9/22/2016 | J. Borow | 0.4 | Continued to review settlement documents. |
| 9/22/2016 | C. Kearns | 0.4 | Reviewed redline to final settlement agreement. |
| 9/23/2016 | J. Hyland | 2.9 | Reviewed summary of settlement discussions. |
| 9/23/2016 | J. Borow | 0.3 | Reviewed settlement documents. |
| 9/28/2016 | J. Hyland | 1.6 | Reviewed allocation discussion documents distributed to Committee for the UCC call. |
| 9/29/2016 | J. Hyland | 2.4 | Reviewed status of allocation discussions. |
| 9/29/2016 | J. Hyland | 1.8 | Finalized reviewing allocation discussion documents distributed to Committee for the UCC call. |
| 9/30/2016 | J. Hyland | 1.7 | Reviewed documentation and updates related to allocation discussions. |
| 9/30/2016 | C. Kearns | 0.3 | Reviewed NNI claims and assets information exchanged in connection with pending settlement. |
| **Task Code Total Hours** | | **43.1** | |
| **05. Professional Retention/ Fee Application Preparation** | | | |
| 9/1/2016 | A. Cowie | 0.8 | Reviewed July fee statement. |
| 9/13/2016 | J. Hyland | 0.2 | Prepared August professional fee and expense estimate for Counsel. |
| 9/19/2016 | J. Blum | 0.5 | Prepared August fee application. |
| **Task Code Total Hours** | | **1.5** | |
| **08. Interaction/Meetings with Creditors** | | | |
| 9/1/2016 | C. Kearns | 0.2 | Participated in Committee call re: the status of Case matters. |
| 9/1/2016 | J. Borow | 0.2 | Participated in meeting with UCC and professionals to UCC re: status update. |
| 9/1/2016 | J. Hyland | 0.2 | Participated in weekly UCC call with member and professionals. |
| 9/8/2016 | J. Hyland | 0.3 | Participated in weekly UCC call with members and professionals. |
| 9/15/2016 | J. Hyland | 0.4 | Participated in weekly UCC call with UCC members and professionals. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **08. Interaction/Meetings with Creditors** | | | |
| 9/21/2016 | C. Kearns | 0.2 | Responded to inbound call from a creditor. |
| 9/22/2016 | C. Kearns | 0.3 | Participated in Committee call re: Case matters. |
| 9/22/2016 | J. Borow | 0.3 | Participated in weekly UCC call re: Case status. |
| 9/22/2016 | J. Hyland | 0.3 | Participated in weekly UCC call with professionals and members. |
| 9/23/2016 | A. Cowie | 1.1 | Prepared discussion points for UCC call. |
| 9/23/2016 | C. Kearns | 0.4 | Participated in call with the Committee re: Case issues for Committee. |
| 9/23/2016 | J. Hyland | 0.4 | Participated in UCC call with members and professionals re: Case matters. |
| 9/23/2016 | J. Borow | 0.4 | Participated in weekly Committee call with professionals and members. |
| 9/29/2016 | C. Kearns | 0.3 | Participated in weekly call with the Committee regarding status of case. |
| 9/29/2016 | J. Hyland | 0.3 | Participated in weekly UCC call with members and professionals. |
| 9/29/2016 | A. Cowie | 0.3 | Prepared discussion points for weekly UCC call on creditor recoveries. |
| **Task Code Total Hours** | | **5.6** | |
| **10. Recovery/SubCon/Lien Analysis** | | | |
| 9/1/2016 | A. Cowie | 2.8 | Reviewed creditor recovery scenarios. |
| 9/1/2016 | J. Hyland | 2.7 | Analyzed claim recoveries for various creditors. |
| 9/1/2016 | A. Cowie | 0.3 | Continued to review creditor recovery scenarios. |
| 9/7/2016 | A. Cowie | 2.9 | Analyzed recovery scenarios. |
| 9/7/2016 | J. Hyland | 2.8 | Analyzed potential asset and claims assumptions in settlement discussion recoveries. |
| 9/7/2016 | J. Hyland | 2.3 | Continued analyzing potential asset and claims assumptions in settlement discussion recoveries. |
| 9/7/2016 | A. Cowie | 1.7 | Continued to analyze recovery scenarios. |
| 9/8/2016 | J. Hyland | 2.9 | Analyzed recoveries based upon revised asset and claims. |
| 9/8/2016 | J. Hyland | 2.4 | Continued analyzing recoveries based upon revised assets and claims. |
| 9/8/2016 | A. Cowie | 2.2 | Analyzed creditor recoveries based on estate claims. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **10. Recovery/SubCon/Lien Analysis** | | | |
| 9/9/2016 | A. Cowie | 2.9 | Analyzed creditor recoveries based on estate claims. |
| 9/9/2016 | A. Cowie | 2.9 | Continued to analyze creditor recoveries based on estate claims. |
| 9/9/2016 | A. Cowie | 0.8 | Continued to analyze creditor recoveries based on estate claims. |
| 9/12/2016 | A. Cowie | 2.9 | Analyzed creditor recoveries. |
| 9/12/2016 | A. Cowie | 0.7 | Continued to analyze creditor recoveries. |
| 9/13/2016 | J. Hyland | 2.8 | Reviewed claim recovery calculations based upon allocation discussions. |
| 9/13/2016 | J. Hyland | 2.4 | Continued reviewing claim recovery calculations based upon allocation discussions. |
| 9/14/2016 | A. Cowie | 1.4 | Analyzed creditor recoveries. |
| 9/15/2016 | J. Hyland | 2.6 | Reviewed recoveries based upon the proceeds allocation discussions. |
| 9/15/2016 | J. Hyland | 2.3 | Continued reviewing recoveries based upon the proceeds allocation discussions. |
| 9/15/2016 | A. Cowie | 2.1 | Analyzed creditor recoveries. |
| 9/16/2016 | A. Cowie | 2.8 | Analyzed creditor recoveries. |
| 9/16/2016 | A. Cowie | 0.8 | Continued to analyze creditor recoveries. |
| 9/21/2016 | A. Cowie | 2.8 | Modeled creditor recoveries. |
| 9/21/2016 | J. Hyland | 2.8 | Reviewed recoveries based upon settlement discussions. |
| 9/21/2016 | J. Hyland | 2.6 | Continued reviewing recoveries based upon settlement discussions. |
| 9/21/2016 | A. Cowie | 0.9 | Continued to model creditor recoveries. |
| 9/22/2016 | A. Cowie | 2.9 | Analyzed creditor recoveries. |
| 9/22/2016 | J. Hyland | 2.9 | Reviewed recovery calculations for a claimant. |
| 9/22/2016 | A. Cowie | 2.8 | Prepared creditor recovery deck for UCC. |
| 9/22/2016 | A. Cowie | 2.3 | Continued to analyze creditor recoveries. |
| 9/23/2016 | J. Hyland | 2.7 | Analyzed creditor recoveries re: settlement discussions. |
| 9/23/2016 | J. Hyland | 2.5 | Continued analyzing creditor recoveries re: settlement discussions. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **10. Recovery/SubCon/Lien Analysis** | | | |
| 9/23/2016 | C. Kearns | 0.3 | Prepared recovery scenarios requested by Counsel related to final settlement agreement. |
| 9/27/2016 | J. Hyland | 2.8 | Reviewed recovery calculations based upon allocation discussions. |
| 9/27/2016 | J. Hyland | 2.0 | Continued reviewing recovery calculations based upon allocation discussions. |
| 9/30/2016 | A. Cowie | 2.8 | Analyzed updated claims and assets data in regard to creditor recoveries model. |
| 9/30/2016 | A. Cowie | 1.6 | Continued to analyze updated claims and assets data in regard to creditor recoveries model. |
| *Task Code Total Hours* | | **85.1** | |
| **11. Claim Analysis/Accounting** | | | |
| 9/8/2016 | A. Cowie | 2.9 | Analyzed updated U.S. Debtors claims. |
| 9/19/2016 | C. Kearns | 0.3 | Reviewed status of PBGC claim resolution. |
| 9/22/2016 | C. Kearns | 0.2 | Reviewed draft bond pricing deck as requested by Counsel. |
| 9/26/2016 | J. Hyland | 2.5 | Reviewed claims for NNL as of 9/10/2016 claim report for NNI. |
| 9/28/2016 | J. Hyland | 2.7 | Analyzed PBGC's Concise Summary of Case motion. |
| *Task Code Total Hours* | | **8.6** | |
| **19. Cash Flow/Cash Management Liquidity** | | | |
| 9/6/2016 | J. Hyland | 0.5 | Reviewed NNL's cash forecast as of 8/28/2016 and compared to prior forecasts. |
| 9/26/2016 | J. Hyland | 1.1 | Analyzed cash balances and trends including NNL cash report as of 9/18/2016. |
| *Task Code Total Hours* | | **1.6** | |
| **Total Hours** | | **145.5** | |