# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

```
-----------------------------------------------------------X    Chapter 11
                                                           :
In re                                                      :    Case No. 09-10138 (KG)
                                                           :
Nortel Networks Inc., et al.,[1]                           :    Jointly Administered
                                                           :
                    Debtors.                               :
                                                           :
-----------------------------------------------------------X
```

### NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
### HEARING ON DECEMBER 6, 2016 AT 10:00 A.M. (EASTERN TIME)

**THE HEARING HAS BEEN CANCELLED AT THE DIRECTION OF THE COURT**

By permission of chambers, any party wishing to participate telephonically must make arrangements through CourtCall **at least one hour prior to the hearing**. CourtCall has been made aware of this extended deadline. CourtCall will not accept reservations after the extended deadline has passed without permission of chambers. Please do not contact chambers prior to the expiration of the extended deadline.

**RESOLVED MATTER**

1.  Debtors' Forty-Sixth Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 5022, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (No-Liability Claims) (D.I. 17344, Filed 11/4/16).

    Objection Deadline:  November 18, 2016 at 4:00 p.m. (ET).

    Responses Received:  None.

    Related Pleading:

    (a)  Certification of Counsel Regarding Agreed Order Resolving Debtors' Forty-Sixth Omnibus Objection (Substantive) to Certain Claims (No Liability Claims) (D.I. 17429, Filed 11/22/16); and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567), Nortel Networks (CALA) Inc. (4226), and Nortel Networks India International Inc. (8667). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

(b)   Order Approving; (1)the Withdrawal of Claims 6233-6247 and 6806 Filed by Dietmar Wendt; (2)the Withdrawal of Claims 6249-6262, 6281 and 6807 Filed by John Roese and (3)the Withdrawal of Claims 6263-6277 and 6808 Filed by Lauren Flaherty (D.I. 17436, Entered 11/28/16).

<u>Status</u>: An order has been entered regarding this matter.  No hearing is necessary.

| | |
|---|---|
| Dated: November 29, 2016<br>Wilmington, DE | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>James L. Bromley (admitted *pro hac vice*)<br>Lisa M. Schweitzer (admitted *pro hac vice*)<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone:  (212) 225-2000<br>Facsimile:  (212) 225-3999<br><br>- and -<br><br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Tamara K. Minott*<br>Eric D. Schwartz (No. 3134)<br>Derek C. Abbott (No. 3376)<br>Andrew R. Remming (No. 5120)<br>Tamara K. Minott (No. 5643)<br>1201 North Market Street<br>Wilmington, DE  19899-1347<br>Telephone:  (302) 658-9200<br>Facsimile:  (302) 658-3989<br><br>*Counsel for the Debtors and Debtors in Possession* |