# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re*: | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| | (Jointly Administered) |
| Debtors. | **Joint Hearing Date: December 1, 2016 at 9:00 a.m. (EST)** |

### NOTICE PURSUANT TO SECTION 12(d) OF THE CROSS-BORDER PROTOCOL OF FILING OF THE MONITOR'S AND THE CANADIAN DEBTORS' MOTION RECORD  (MOTION FOR APPROVAL OF PLAN FILING AND MEETING ORDER, POST-FILING CLAIMS BAR DATE ORDER AND ADDITIONAL MISFILED CLAIM ORDER) IN THE CANADIAN PROCEEDINGS

**PLEASE TAKE NOTICE** that pursuant to section 12(d) of the Amended Cross-Border Court-to-Court Protocol approved in these cases [Dkt. No. 990], on the date hereof Ernst & Young Inc., the court-appointed monitor (the "**Monitor**") of Nortel Networks Corporation and certain of its direct and indirect Canadian subsidiaries (collectively, the "**Canadian Debtors**") in proceedings (the "**Canadian Proceedings**") under Canada's *Companies' Creditors Arrangement Act*, R.S.C. 1985, c. C-36, as amended, pending before the Ontario Superior Court of Justice (Commercial List) (the "**Ontario Court**"), filed in the above-captioned cases a courtesy copy of the Monitor's and Canadian Debtors' *Motion Record (Motion for approval of Plan Filing and Meeting Order, Post-Filing Claims Bar Date Order and Additional Misfiled Claim Order)* (the "**Motion Record**").  The Monitor and Canadian Debtors filed the Motion Record in the Canadian Proceedings on November 23, 2016, and the motion will be heard by the Ontario Court on December 1, 2016, at 9:00 a.m. (EST).  A copy of the Motion Record is attached hereto as Exhibit A.

**PLEASE TAKE FURTHER NOTICE** that a copy of the *One Hundred and Thirty First Report of the Monitor* (the "**131st Report**"), dated November 4, 2016, is attached hereto as Exhibit B.[2]  The 131st Report attaches the Canadian Plan and Information Circular (each as defined in the Motion Record) as Appendix A and Appendix B, respectively.

---

[1]  The debtors in the chapter 11 cases, along with the last four digits of each such debtor's tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); CoreTek, Inc. (5722); Nortel Networks Applications Management Solutions Inc. (2846); Nortel Networks Optical Components Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567); Nortel Networks (CALA) Inc. (4226); and Nortel Networks India International Inc. (8667).

[2]  The Monitor also filed and served the 131st Report in the chapter 15 cases that are pending before this court for certain of the Canadian Debtors on November 8, 2016.  *See Notice of Filing of Report of the Monitor of the Canadian Debtors in the Canadian Proceedings* [Case No. 09-10164, Dkt. No. 626].

Dated: November 29, 2016
Wilmington, Delaware

**BUCHANAN INGERSOLL & ROONEY PC**

/s/  Kathleen A. Murphy
Mary F. Caloway (No. 3059)
Kathleen A. Murphy (No. 5215)
919 North Market Street, Suite 1500
Wilmington, Delaware 19801
(302) 552-4200 (telephone)
(302) 552-4295 (facsimile)
mary.caloway@bipc.com
kathleen.murphy@bipc.com

-and-

**ALLEN & OVERY LLP**

Ken Coleman
Joseph Badtke-Berkow
1221 Avenue of the Americas
New York, New York 10020
(212) 610-6300 (telephone)
(212) 610-6399 (facsimile)
ken.coleman@allenovery.com
joseph.badtke-berkow@allenovery.com

*Attorneys for Ernst & Young Inc., as Monitor of the Canadian Debtors*