IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NORTEL NETWORKS INC., et al., | ) | Case No. 09-10138 (KG) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ): | **Related Docket No. 17438** |

## <u>AFFIDAVIT OF SERVICE</u>

Elizabeth C. Thomas, being duly sworn according to law, deposes and says that

she is employed by the law firm of Pachulski Stang Ziehl & Jones LLP, counsel for the Ad Hoc

Committee of Bondholders in the above-captioned action, and that on the 28th day of November,

2016 she caused a copy of the following document to be served upon the attached service list(s)

in the manner indicated:

**Reply of the Ad Hoc Group of Bondholders to the Nortel Trade Claims Consortium's
Objection to the Motion for Entry of an Order Approving the Debtors' Disclosure
Statement, Voting Procedures, and Confirmation Procedures**

_____
Elizabeth C. Thomas

SWORN TO AND SUBSCRIBED
by me on this 29 day of November, 2016

_____
Notary Public
My Commission Expires: _____

KA JOHN BOWER
MY COMMISSION
EXPIRES
SEPT. 16, 2018
NOTARY PUBLIC
STATE OF DELAWARE

Nortel 09-10138
Reply Email List
Doc. No. 210974
26 - Electronic Mail

**Electronic Mail**
FOX ROTHSCHILD LLP
Jeffrey M. Schlerf
L. John Bird
Courtney A. Emerson
Citizens Bank Center
919 North Market Street, Suite 300
Wilmington, DE 19801
Email: jschlerf@foxrothschild.com
lbird@foxrothschild.com
cemerson@foxrothschild.com
Counsel to the Nortel Trade Claims
Consortium

**Electronic Mail**
BROWN RUDNICK LLP
Steven D. Pohl, Esq.
Christopher M. Floyd, Esq.
One Financial Center
Boston, MA 02111
Counsel to the Nortel Trade Claims
Consortium
Email: spohl@brownrudnick.com
cfloyd@brownrudnick.com
Counsel to the Nortel Trade Claims
Consortium

**Electronic Mail**
(Debtors Counsel)
Derek C. Abbott
Eric D. Schwartz
Andrew R. Remming
Tamara K. Minott
Morris Nichols Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19899
Email: dabbott@mnat.com
Email: aremming@mnat.com
Email: tminott@mnat.com
Email: eschwartz@mnat.com

**Electronic Mail**
(Debtors Counsel)
James L. Bromley
Lisa M. Schweitzer
Cleary Gottlieb Steen & Hamilton
One Liberty Plaza
New York, NY 10006
Email: jbromley@cgsh.com
Email: lschweitzer@cgsh.com

**Electronic Mail**
Mark S. Kenney
Office of the U.S. Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801
Email: mark.kenney@usdoj.gov

**Electronic Mail**
Sarah L. Reid
Eric R. Wilson
Benjamin D. Feder
Gilbert R. Saydah Jr.
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178
(Counsel to PBGC)
sreid@kelleydrye.com
ewilson@kelleydrye.com
bfeder@kelleydrye.com
gsaydah@kelleydrye.com

**Electronic Mail**
*Counsel for Plaintiffs SNMP Research, Inc.
and SNMP Research International, Inc.*
Richard S. Busch, Esq.
King & Ballow Law Offices
315 Union Street, Suite 1100
Nashville, TN 37201
rbusch@kingballow.com

**Electronic Mail**
*Counsel for Plaintiffs SNMP Research, Inc.
and SNMP Research International, Inc.*
John L. Wood, Esq.
Egerton, McAfee, Armistead &

Davis, P.C.
900 S. Gay Street
Knoxville, TN 37902
jwood@emlaw.com

**Electronic Mail**
*Counsel for Plaintiffs SNMP Research, Inc.*
*and SNMP Research International, Inc.*
COLE SCHOTZ P.C.
Norman L. Pernick (No. 2290)
Nicholas J. Brannick (No. 5721)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
npernick@coleschotz.com
nbrannick@coleschotz.com

**Electronic Mail**
*Counsel for Plaintiffs SNMP Research, Inc.*
*and SNMP Research International, Inc.*
COLE SCHOTZ P.C.
G. David Dean, Esq.
Irving E. Walker, Esq.
300 E. Lombard Street, Suite 1450
Baltimore, MD 21202
ddean@coleschotz.com
iwalker@coleschotz.com

**Electronic Mail**
*(Official Committee of Unsecured Creditors)*
Fred S. Hodara, Esquire
David H. Botter, Esquire
Akin Gump
One Bryant Park
New York, NY  10036
fhodara@akingump.com
dbotter@akingump.com

**Electronic Mail**
*(Counsel to the Official Committee of*
*Unsecured Creditors)*
Christopher Samis, Esquire
L. Katherine Good, Esquire
Whiteford Taylor Preston LLP
The Renaissance Centre, Suite 500
405 N. King Street
Wilmington, DE 19801-3700
csamis@wtplaw.com
kgood@wtplaw.com

**Nortel Networks 2002 Service List**
Case No. 09-10138
Document No. 147889v2
38 – HAND DELIVERY
222 – FIRST CLASS MAIL
09 – FOREIGN FIRST CLASS


*(Ad Hoc Committee of Bondholders)*
Laura Davis Jones, Esquire
Peter J. Keane, Esquire
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
Wilmington, DE  19899-8705

*HAND DELIVERY*
*(Counsel for the Debtors and Debtors in Possession)*
Morris, Nichols, Arsht & Tunnell LLP
Eric D. Schwartz
Derek C. Abbott
Andrew R. Remming
Tamara K. Minott
1201 North Market Street
Wilmington, DE  19801

*HAND DELIVERY*
*(Counsel to the Nortel Trade Claims)*
Consortium
Fox Rothschild LLP
Jeffrey M. Schlerf
L. John Bird
Courtney A. Emerson
Citizens Bank Center
919 North Market Street, Suite 300
Wilmington, DE  19801

*HAND DELIVERY*
*(Westcon Group North America Inc.;*
*OSS Nokalva Inc.)*
Christopher A. Ward, Esquire
Justin K. Edelson, Esquire
Polsinelli Shughart PC
222 Delaware Avenue, Suite 1101
Wilmington, DE  19801

*HAND DELIVERY*
Steven K. Kortanek
Matthew P. Ward
Womble Carlyle Sandridge & Rice, PLLC
222 Delaware Avenue, Suite 1501
Wilmington, DE  19801

*HAND DELIVERY*
*(UBS Realty Investors LLC;*
*Prudential Insurance Company of America*
*Westchester Fire Ins Co and ACE USA)*
Tobey M. Daluz, Esquire
Leslie Heilman, Esquire
David T. May
Ballard Spahr
919 N. Market Street, 11th Floor
Wilmington, DE  19801

*HAND DELIVERY*
*(Official Committee of Long Term Disability Plan*
*Participants)*
Rafael X. Zahralddin-Aravena
Shelley A. Kinsella
Elliott Greenleaf
1105 N. Market Street, Suite 1700
Wilmington, DE  19801

*HAND DELIVERY*
*(Wireless (TX) LP; Avaya Inc.; Microvision Inc.)*
David B. Stratton, Esquire
Leigh-Anne M. Raport, Esquire
Evelyn J. Meltzer, Esquire
Pepper Hamilton LLP
1313 Market Street, Ste 5100
Wilmington, DE  19801

*HAND DELIVERY*
*(Right Management Inc.)*
Henry Jaffe, Esquire
Pepper Hamilton LLP
1313 Market Street, Suite 5100
Wilmington, DE  19801

**HAND DELIVERY**
*(Collectively with Horne and Young, the "Ad Hoc*
*Committee)*
Bonnie Glantz Fatell
Victoria A. Guilfoyle
Blank Rome LLP
1201 N. Market Street, Ste. 8000
Wilmington, DE  19801

**HAND DELIVERY**
*(Export Development Canada)*
Domenic Pacitti, Esquire
Klehr Harrison
919 N. Market Street, Suite 1000
Wilmington, DE  19801

**HAND DELIVERY**
*(Cable News Network  Inc.; Time Inc. and Turner*
*Broadcasting Sales  Inc.)*
Michael D. DeBaecke , Esquire
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE  19801

**HAND DELIVERY**
*(Bell Microproducts Inc.)*
William D. Sullivan, Esquire
Sullivan Hazeltine Allinson LLC
901 N. Market Street, Suite 1300
Wilmington, DE  19801

**HAND DELIVERY**
*(ASM Capital L.P. and ASM Capital III L.P.)*
Adam G.  Landis, Esquire
Kerri K. Mumford, Esquire
J. Landon Ellis, Esquire
Landis Rath & Cobb LLP
919 Market Street, Ste 1800
Wilmington, DE  19801

**HAND DELIVERY**
Mary F. Caloway, Esquire
P.J. Duhig, Esquire
Buchanan Ingersoll & Rooney
919 Market Street, Ste 1500
Wilmington, DE  19801-1228

**HAND DELIVERY**
*(Bloom Hill Hudson Harris as Joint*
*Administrators and Foreign Reps of Nortel*
*Networks UK Limited)*
James L. Patton
Edwin J. Harron
Young Conaway
1000 W. King Street
Wilmington, DE  19801

**HAND DELIVERY**
*(Andrew LLC and Applicable Affiliates;*
*Thomas & Betts Manufacturing Inc.)*
Brett D. Fallon, Esquire
Morris James LLP
500 Delaware Ave, Ste 1500
Wilmington, DE  19801

**HAND DELIVERY**
*(Slash Support Inc.)*
Carl N.  Kunz, Esquire
Michael J. Custer, Esquire
Morris James LLP
500 Delaware Avenue, Suite1500
Wilmington, DE  19801

**HAND DELIVERY**
Stephen M. Miller
Courtney R. Hamilton
Morris James LLP
500 Delaware Ave, Ste. 1500
Wilmington, DE  19801

**HAND DELIVERY**
US Attorney's Office
District of Delaware
1007 N. Orange Street
Wilmington , DE  19801

**HAND DELIVERY**
Mark Kenney, Esquire
Office of the U.S. Trustee
844 King St, Ste 2207 Lockbox 35
Wilmington, DE  19801-3519

*HAND DELIVERY*
*(Nokia Siemens Networks BV)*
Sarah E. Pierce
Skadden Arps Slate Meagher & Flom LLP
One Rodney Square
PO Box 636
Wilmington, DE  19899-0636

*HAND DELIVERY*
*(Counsel to the Official Committee of Unsecured Creditors)*
Christopher Samis, Esquire
L. Katherine Good, Esquire
Whiteford Taylor Preston LLP
The Renaissance Centre, Suite 500
405 N. King Street
Wilmington, DE 19801-3700

*HAND DELIVERY*
*(Emerson Network Power Embedded)*
Duane D. Werb, Esquire
Werb & Sullivan
300 Delaware Avenue, 13th Floor
Wilmington, DE  19801

*HAND DELIVERY*
*(MatlinPatterson Global Advisers LLC)*
Norman L. Pernick
Sanjay Bhatnagar
Cole Schotz Meisel Forman & Leonard
500 Delaware Avenue, Suite1410
Wilmington, DE  19801

*HAND DELIVERY*
*(Verizon Communications Inc.;*
Cellco Partnership d/b/a Verizon Wireless)
Kathleen M. Miller, Esquire
Smith Katzenstein Jenkins LLP
1000 West Street, Suite 1501
Wilmington, DE  19801

*HAND DELIVERY*
*(Flextronics Corporation; Flextronics Telecom Systems Ltd.)*
William P. Bowden, Esquire
Ashby & Geddes P.A.
500 Delaware Avenue, 8th Floor
Wilmington, DE  19801

*HAND DELIVERY*
*(Johnson Controls Inc.)*
Ricardo Palacio, Esquire
Ashby & Geddes P.A.
500 Delaware Avenue
Wilmington, DE  19801

*HAND DELIVERY*
*(Computer Sciences Corporation)*
Stevens & Lee P.C.
919 North Market Street, Suite 1300
Wilmington, DE  19801

*HAND DELIVERY*
*(Communications Test Design Inc.)*
Nicholas  Skiles, Esquire
Swartz Campbell LLC
300 Delaware Avenue, Suite1410
Wilmington, DE  19801

*HAND DELIVERY*
*(Powerwave Technologies Inc.)*
Rachel B. Mersky, Esquire
Monzack Mersky McLaughlin Browder
1201 N. Orange Street, Suite400
Wilmington, DE  19801

*HAND DELIVERY*
*(Genband Inc.)*
Michael R. Lastowski
Duane Morris LLP
222 Delaware Avenue, Suite1600
Wilmington, DE  19801-1659

*HAND DELIVERY*
*(Sanmina-SCI Corporation)*
Jeffrey S. Wisler, Esquire
Marc J. Phillips, Esquire
Connolly Bove
1000 West Street, Floor 14
Wilmington, DE  19801

*HAND DELIVERY*
*(Xeta Technologies; UK Pension*
*Trust Limited and the Board of the*
*Pension Protection Fund)*
Charlene D. Davis, Esquire
Daniel A. O'Brien, Esquire
Justin R. Alberto
Bayard P.A.
222 Delaware Avenue , Suite 900
Wilmington, DE  19801

*HAND DELIVERY*
*(CALA Entities)*
Bruce E. Jameson
Prickett Jones & Elliott PA
1310 King Street, Box 1328
Wilmington, DE  19899

*HAND DELIVERY*
*(Kien Chen and Moreno Minto "Lead Plaintiffs")*
Christopher P. Simon
Cross & Simon LLC
1105 N. Market Street, Suite 901
Wilmington, DE  19801

*HAND DELIVERY*
*(Guyana Telephone and Telegraph*
*Company Limited (GT&T))*
Stuart M. Brown
DLA Piper LLP
1201 North Market Street Suite 2100
Wilmington, DE  19801

*HAND DELIVERY*
*(Qwest Communications Corporation; Qwest*
*Corporation)*
Kurt F. Gwynne, Esquire
J. Cory Falgowski, Esquire
Reed Smith LLP
1201 N Market Street, Suite 1500
Wilmington, DE  19801

*HAND DELIVERY*
*(Retiree Committee)*
William F. Taylor Jr.
McCarter & English LLP
405 N. King St  8th Floor
Renaissance Centre
Wilmington, DE  19801

*FIRST CLASS MAIL*
*(Counsel for the Debtors and Debtors in*
*Possession)*
Cleary Gottlieb Steen & Hamilton LLP
Wilmington, DE James L. Bromley
Lisa M. Schweitzer
One Liberty Plaza
New York, NY  10006

*FIRST CLASS MAIL*
*(Counsel to the Nortel Trade Claims)*
Consortium
Brown Rudnick LLP
Steven D. Pohl, Esq.
Christopher M. Floyd, Esq.
One Financial Center
Boston, MA  02111

*FIRST CLASS MAIL*
*(Solus Alternative Asset Management LP)*
Joanne P. Pinckney, Esquire
Pinckney, Weidinger, Urban, & Joyce LLC
3711 Kennett Pike, Suite 210
Greenville, DE 19807

*FIRST CLASS MAIL*
*(Department of the Navy)*
Seth B. Shapiro, Esquire
U.S. Dept of Justice Civil Div
P.O. Box 875
Ben Franklin Station
Washington , DC  20044

*FIRST CLASS MAIL*
*(United States)*
Jan M. Geht, Esquire
U.S. Dept of Justice Tax Division
P.O. Box 227
Washington , DC  20044

**FIRST CLASS MAIL**
*(Unisys Corporation)*
Janet Fitzpatrick
Unisys Corporation
P.O. Box 500
M/S E8-108
Blue Bell, PA  19424

**FIRST CLASS MAIL**
*(Overnight Mail:  2970 Market St Mail Stop 5-Q30.133-19104-5016)*
Centralized Insolvency Operation
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA  19101-7346

**FIRST CLASS MAIL**
*(Missouri Dept of Revenue)*
Sheryl L. Moreau, Esquire
Missouri Dept of Revenue
Bankruptcy Division
PO Box 475
Jefferson City, MO  65105-0475

**FIRST CLASS MAIL**
*(Tennessee Department of Revenue)*
Laura L. McCloud, Esquire
Assistant Attorney General
P.O. Box 20207
Nashville, TN  37202

**FIRST CLASS MAIL**
*(Sodexo)*
Judy D. Thompson
JD Thompson Law
P.O. Box 33127
Charlotte, NC  28233

**FIRST CLASS MAIL**
(Harris County TX)
John P. Dillman, Esquire
Linebarger Goggan Blair  & Sampson LLP
P.O. Box 3064
Houston, TX  77253-3064

**FIRST CLASS MAIL**
*(Commonwealth of Virginia Department of Taxation)*
Mark K. Ames
Tax Authority Consulting Services P.C.
1957 Westmoreland Street
Richmond, VA 23230

**FIRST CLASS MAIL**
*(Gilmore Global Logistics Services Inc.)*
Amos U. Priester IV, Esquire
Anna B. Osterhout, Esquire
Smith Anderson Blount Dorsett
P.O. Box 2611
Raleigh, NC  27602-2611

**FIRST CLASS MAIL**
L.A. County Treasurer & Tax Collector
P.O. Box 54110
Los Angeles, CA  90054-0110

**FIRST CLASS MAIL**
Thelma Watson
P.O. Box 971
Bath, SC  29816

**FIRST CLASS MAIL**
(Pension Benefit Guaranty Corporation)
Vicente Matias Murrell, Esquire
Stephen D. Schreiber, Esquire
Pension Benefit Guaranty Corp
1200 K St NW
Washington , DC  20005-4026

**FIRST CLASS MAIL**
(IBM Corporation)
Robert  Winter
Paul Hastings Janofsky & Walker LLP
875 15th St  N.W.
Washington , DC  20005

**FIRST CLASS MAIL**
David Capozzi
Acting General Counsel
Universal Service Administrative Co
2000 L St NW, Suite200
Washington , DC  20036

**FIRST CLASS MAIL**
*(Microsoft Licensing GP)*
Joseph E. Shickich Jr., Esquire
Riddell Williams P.S.
1001 4th Avenue, Suite4500
Seattle, WA  98154-1192

**FIRST CLASS MAIL**
*(collectively with Horne and Young, the "Ad Hoc Committee)*
Robert J. Keach
Paul McDonald
Daniel J. Murphy
Bernstein Shur Sawyer & Nelson
100 Middle Street, Box 9729
Portland, ME  04104-5029

**FIRST CLASS MAIL**
*(Hewlett-Packard Company; HP Canada;*
*Hewlett-Packard Canada EDS;*
*Electronic Data Systems Inc.; Mercury Software;*
*Indigo America Inc.; Colorspan; Nur Procurve;*
*Compaq)*
Ramona Neal, Esquire
HP  Company
11307 Chinden Blvd, MS 314
Boise, ID  83714

**FIRST CLASS MAIL**
Kaushik Patel
1806 Villanova Drive
Richardson, TX  75081

**FIRST CLASS MAIL**
*(Bexar County)*
David G. Aelvoet, Esquire
Linebarger Goggan Blair & Sampson LLP
Travis Bldg Ste 300, 711 Navarro
San Antonio, TX  78205

**FIRST CLASS MAIL**
*(Solus Alternative Asset Management LP)*
Javier Schiffrin
Kevin Malek
Malek Schiffrin LLP
340 Madison Ave, 19th Floor
New York, NY  10173-1922

**FIRST CLASS MAIL**
*(CALA Entities)*
Brian Trust
Thomas M. Vitale
Amit K. Trehan
Mayer Brown LLP
1675 Broadway
New York, NY  10019

**FIRST CLASS MAIL**
*(AT&T)*
David A. Rosenzweig, Esquire
Fulbright & Jaworski LLP
666 5th Ave
New York, NY  10103-3198

**FIRST CLASS MAIL**
Alistar Bambach
SEC NY Regional Office
Bankruptcy Division
3 World Financial Center, Suite400
New York, NY  10281-1022

**FIRST CLASS MAIL**
Daniel A. Lowenthal
Brian P. Guiney
Patterson Belknap Webb & Tyler
1133 Avenue of the Americas
New York, NY  10036-6710

**FIRST CLASS MAIL**
Philip Mindlin
Douglas K. Mayer
Benjamin M. Roth
Gregory E. Pessin
Wachtell Lipton Rosen & Katz
51 West 52nd St
New York, NY  10019

**FIRST CLASS MAIL**
*(Telmar Network Technology Inc.)*
Michael L. Schein, Esquire
Vedder Price P.C.
1633 Broadway, 47th Floor
New York, NY  10019

**FIRST CLASS MAIL**
*(Bloom Hill Hudson Harris as*
*Joint Administrators and Foreign*
*Reps of Nortel Networks UK*
 *Limited)*
Michael Luskin
Derek J.T. Adler
Hughes Hubbard
One Battery Park Plaza
New York, NY  10004

**FIRST CLASS MAIL**
*(ABN AMRO Bank N.V.)*
Raniero  D'Aversa Jr., Esquire
Laura D. Metzger, Esquire
Orrick Herrington & Sutcliffe LLP
51 West 52nd Street
New York, NY  10019-6142

**FIRST CLASS MAIL**
*(Attorneys for SPCP Group, LLC)*
Ronald S. Beacher, Esquire.
Pryor Cashman LLP
7 Times Square, 38th Floor
New York, NY  10036

**FIRST CLASS MAIL**
*(Tellabs Operations Inc.; HOK Inc.; HOK Canada*
*Inc.)*
Michelle McMahon, Esquire
Bryan Cave LLP
1290 Ave of the Americas
New York, NY  10104

**FIRST CLASS MAIL**
*(Westcon Group North America Inc.)*
N. Thodore Zink Jr., Esquire
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY  10112

**FIRST CLASS MAIL**
*(Avaya Inc.)*
Mark I. Bane
Anne H. Pak
Ropes & Gray LLP
1211 Ave of the Americas
New York, NY  10036-8704

**FIRST CLASS MAIL**
*(Ernst & Young Inc.)*
Ken Coleman, Esquire
Lisa J.P. Kraidin., Esquire
Allen & Overy LLP
1221 Ave of the Americas, 20th Floor
New York, NY  10020

**FIRST CLASS MAIL**
*(NeoPhotonics Corporation)*
Carren B. Shulman, Esquire
Kimberly K. Smith, Esquire
Sheppard Mullin Richter & Hampton LLP
30 Rockefeller Plaza, 24th Floor
New York, NY  10112

**FIRST CLASS MAIL**
*(485 Lexington Owner LLC;*
*Reckson Operating Partnership L.P.)*
Edmond P. O'Brien, Esquire
Stempel Bennett Claman & Hochberg PC
675 Third Ave, 31st Floor
New York, NY  10017

**FIRST CLASS MAIL**
*(Flextronics International; Flextronics*
*Corporation;*
*Flextronics Telecom Systems Ltd.)*
Steven J.  Reisman, Esquire
James V. Drew, Esquire
Curtis Mallet-Prevost Colt & Mosle LLP
101 Park Ave
New York, NY  10178-0061

**FIRST CLASS MAIL**
*(Counsel to the Purchaser)*
Ernest S. Wechsler
Kramer Levin Naftalis Frankel LLP
1177 Ave of the Americas
New York, NY  10036

**FIRST CLASS MAIL**
*(Wireless (TX) LP)*
Jeremy E. Crystal, Esquire
Willkie Farr & Gallagher LLP
787 7th Ave
New York, NY  10019

*FIRST CLASS MAIL*
*(UK Pension Trust Limited and*
*The Board of the Pension Protection Fund)*
Marc Abrams
Brian E. O'Connor
Sameer Advani
Willkie Farr & Gallagher LLP
787 7th Ave
New York, NY  10019-6099

*FIRST CLASS MAIL*
*(Attorneys for Wilmington Trust solely as*
*successor Trustee)*
Susan P. Johnston, Esquire.
Carter Ledyard & Milburn LLP
2 Wall Street
New York, NY  10005

*FIRST CLASS MAIL*
*(The Bank of New York Mellon as Indenture*
*Trustee)*
Robert J. Rosenberg
Michael J. Riela
Zachary N. Goldstein
Latham & Watkins LLP
885 Third Avenue, Suite1000
New York, NY  10022-4068

*FIRST CLASS MAIL*
*(Genband Inc.)*
David S.  Allinson
Thomas Malone
Alexandra Croswell
Latham & Watkins LLP
885 Third Avenue, Suite1000
New York, NY  10022-4068

*FIRST CLASS MAIL*
*(Telefonaktiebolage LM Ericsson (publ))*
Stephen J. Shimshak
Marilyn Sobel
Paul Weiss Rifkind Wharton & Garrison
1285 Ave of the Americas
New York, NY  10019-6064

*FIRST CLASS MAIL*
*(Tata American International Corp;*
*Tata Consultancy Services Limited)*
Kristin S. Elliott
Kelley Drye & Warren LLP
101 Park Ave
New York, NY  10178

*FIRST CLASS MAIL*
*(Ad Hoc Committee of Bondholders)*
Dennis F. Dunne, Esquire
Albert A. Pisa, Esquire
Andrew M. Leblanc, Esquire
Atara Miller, Esquire
Milbank Tweed Hadley & McCloy LLP
28 Liberty Street
New York, NY  10005

*FIRST CLASS MAIL*
*(Ad Hoc Committee of Bondholders)*
Thomas R. Kreller, Esquire
Milbank Tweed Hadley & McCloy LLP
601 S. Figuero Street, 30th Floor
Los Angeles, CA  90017

*FIRST CLASS MAIL*
*(Official Committee of Unsecured Creditors)*
Fred S. Hodara, Esquire
Ryan C. Jacobs, Esquire
David H. Botter, Esquire
Akin Gump
One Bryant Park
New York, NY  10036

*FIRST CLASS MAIL*
*(iStar Ctl I L.P.)*
Kenneth E. Noble, Esquire
Katten Muchin Rosenman LLP
575 Madison Ave
New York, NY  10022-2585

*FIRST CLASS MAIL*
*(MatlinPatterson Global Advisers LLC)*
Jennifer Feldsher
Bracewell & Guiliani LLP
1251 Ave of the Americas
New York, NY  10020

*FIRST CLASS MAIL*
*(Retiree Committee)*
Albert Togut
Neil Berger
Togut Segal & Segal LLP
One Penn Plaza
New York, NY  10119

*FIRST CLASS MAIL*
*(SNMP Research)*
Mark H. Ralston
Fishman Jackson PLLC
700 Three Galleria Tower,
13155 Noel Road, LB-13
Dallas, TX 75240

*FIRST CLASS MAIL*
*(Genband Inc.)*
Judith W. Ross
Baker Botts LLP
2001 Ross Ave
Dallas, TX 75201

*FIRST CLASS MAIL*
*(GTCI)*
Stephen C. Stapleton
Cowles & Thompson PC
901 Main St. Ste. 3900
Dallas, TX 75202

*FIRST CLASS MAIL*
*(Sumitomo Electric Lightwave Corporation)*
Lynnette R. Warman
Hunton & Williams
1445 Ross Avenue, Suite3700
Dallas, TX 75202-2799

*FIRST CLASS MAIL*
*(Commonwealth of Pennsylvnia Department of Revenue Bureau of Accounts Settlement)*
Carol E. Momjian, Esquire
PA Senior Deputy Atty Gen
21 S 12th Street, 3rd Floor
Philadelphia, PA  19107-3603

*FIRST CLASS MAIL*
*(Electro Rent Corp)*
Fred S. Kurtzman, Esquire
Klehr Harrison
1835 Market Street, Suite1400
Philadelphia, PA  19103

*FIRST CLASS MAIL*
*(UBS Realty Investors LLC*
*Wetchester Fire Co and ACE USA)*
David L. Pollack, Esquire
Jeffrey Meyers, Esquire
Ballard Spahr Andrews & Ingersoll LLP
51st Fl Mellon Bank Ctr, 1735 Market St
Philadelphia, PA  19103

*FIRST CLASS MAIL*
*(Unisys Corporation; Unisys de Mexico S.A. de C.V.)*
Dana S. Plon, Esquire
Sirlin Gallogly & Lesser
123 S. Broad Street, Suite2100
Philadelphia, PA  19109

*FIRST CLASS MAIL*
*(Johnson Controls Inc.)*
Alan S. Kopit, Esquire
Christopher W. Peer, Esquire
Hahn Loeser & Parks LLP
200 Public Square, Suite2800
Cleveland, OH  44114

*FIRST CLASS MAIL*
Susan R. Fuertes, Esquire
Aldine Independent School District
14910 Aldine-Westfield Road
Houston, TX  77032

*FIRST CLASS MAIL*
Secretary of Treasury
John G. Townsend Bldg.
401 Federal St. Ste. 4
Dover, DE  19901

**FIRST CLASS MAIL**
Secretary of State
Div of Corporations - Franchise Tax
John G. Townsend Bldg.
401 Federal St. Ste. 4
Dover, DE  19901

**FIRST CLASS MAIL**
*(tw telecom inc.)*
Linda Boyle
TW Telecom Inc.
10475 Park Meadows Dr, Suite400
Littleton, CO  80124

**FIRST CLASS MAIL**
*(The Prudential Insurance Company of America)*
Dustin P. Branch, Esquire
Katten Muchin Rosenman LLP
2029 Century Park East, Suite2600
Los Angeles, CA  90067-3012

**FIRST CLASS MAIL**
*(Eltek Valere U.S. Inc.)*
Christopher J. Horvay, Esquire
Gould & Ratner LLP
222 N Lasalle St, Suite800
Chicago, IL  60601

**FIRST CLASS MAIL**
*(Mercer (US) Inc.)*
Aaron L. Hammer, Esquire
Devon J. Eggert, Esquire
Freeborn & Peters LLP
311 South Wacker Dr, Suite3000
Chicago, IL  60606

**FIRST CLASS MAIL**
*(Motorola)*
Mary E. Olson
Wildman Harrold Allen & Dixon LLP
225 West Wacker Drive, Suite3000
Chicago, IL  60606

**FIRST CLASS MAIL**
*(Tellabs Operations Inc.)*
Eric S. Prezant, Esquire
Bryan Cave LLP
161 N Clark St, Suite4300
Chicago, IL  60601

**FIRST CLASS MAIL**
*(Mike Zafirovski)*
Douglas J. Lipke
Robert f. Simon
Vedder Price P.C.
North LaSalle St Ste 2600
Chicago, IL  60601

**FIRST CLASS MAIL**
*(Export Development Canada)*
Craig Reimer
Mayer Brown LLP
71 S. Wacker Drive
Chicago, IL  60604-1404

**FIRST CLASS MAIL**
*(Keith Weiner Rudy Mathieu Wendell Allen Neff*
*Charles Rowe Neal Shact Fred Scott*
*Jac Goudsmit Dwayne Roberts*
*William Weidner Price Paschall)*
Jeffrey B. Rose
Tishler & Walk Ltd.
200 S. Wacker Drive, Suite3000
Chicago, IL  60606

**FIRST CLASS MAIL**
*(HOK Inc.; HOK Canada Inc.)*
Cullen K. Kuhn, Esquire
Bryan Cave LLP
211 N Broadway, Suite3600
St. Louis, MO  63102

**FIRST CLASS MAIL**
John J. Rossi
1568 Woodcrest Drive
Wooster, OH  44691

**FIRST CLASS MAIL**
*(Annabelle Caffry)*
Patricia Antonelli
Lauren F. Verni
Partridge Snow & Hahn LLP
40 Westminster Street, Suite 1100
Providence, RI  02903

**FIRST CLASS MAIL**
*(Cellco Partnership d/b/a Verizon Wireless)*
Darryl S. Laddin, Esquire
Frank N. White, Esquire
Arnall Golden Gregory LLP
171 17th St NW, Suite 2100
Atlanta, GA  30363-1031

**FIRST CLASS MAIL**
*(APC Workforce Solutions LLC)*
Doug  Goin CFO
APC Workforce Solutions LLC
420 South Orange Ave, 6th Floor
Orlando, FL  32801

**FIRST CLASS MAIL**
Steve  Jackman, Esquire VP
Flextronics
847 Gibralter Drive
Milpitas, CA  95035

**FIRST CLASS MAIL**
*(Harte-Hanks Inc.)*
Joyce A. Kuhns
Saul Ewing LLP
500 E. Pratt Street, 8th Floor
Baltimore, MD  21202

**FIRST CLASS MAIL**
*(Computer Sciences Corporation)*
Richard M. Kremen, Esquire
Dale K. Cathell, Esquire
DLA Piper LLP (US)
6225 Smith Ave
Baltimore , MD  21209

**FIRST CLASS MAIL**
*(GE Fanuc Embedded Systems Inc.)*
James E. Van Horn
McGuireWoods LLP
7 Saint Paul Street, Suite 1000
Baltimore , MD  21202-1671

**FIRST CLASS MAIL**
*(Emerson Network Power Embedded)*
Randall D. Crocker, Esquire
VonBriesen & Roper S.C.
411 E Wisconsin Avenue, Suite 700
Milwaukee, WI  53202

**FIRST CLASS MAIL**
*(Core Brookfield Lakes LLC)*
Russell S. Long
Davis & Kuelthau SC
111 E. Kilbourn Ave. Ste. 1400
Milwaukee, WI  53202-6613

**FIRST CLASS MAIL**
*(Oracle USA Inc.; Oracle Credit Corporation)*
Shawn M. Christianson, Esquire
Buchalter Nemer
55 Second Street, 17th Floor
San Francisco, CA  94105-3493

**FIRST CLASS MAIL**
*(JDS Uniphase Corporation)*
Merle C. Meyers, Esquire
Michele Thompson, Esquire
Meyers Law Group P.C.
44 Montgomery Street, Suite 1010
San Francisco, CA  94104

**FIRST CLASS MAIL**
*(FCS North America Inc.)*
Louis J. Cisz III
Nixon Peabody LLP
One Embarcadero Center, 18th Floor
San Francisco, CA  94111-3600

**FIRST CLASS MAIL**
*(City of Richardson TX)*
Elizabeth Weller, Esquire
Linebarger Goggan Blair & Sampson LLP
2777 N. Stemmons Freeway, Suite 1000
Dallas, TX  75207

**FIRST CLASS MAIL**
*(Clearwire Corporation)*
James C. Waggoner, Esquire
Davis Wright Tremaine LLP
1300 SW 5th Avenue, Suite2300
Portland, OR  97201-5630

**FIRST CLASS MAIL**
*(Lisa Fitzgerald)*
Soren E. Gisleson
Herman Herman Katz & Cotlar
820 O'Keefe Ave
New Orelans, LA  70113

**FIRST CLASS MAIL**
*(Freescale Semiconductor)*
Kell C. Mercer
Afton Sands-Puryear
Brown McCarroll LLP
111 Congress Avenue, Suite1400
Austin, TX  78701

**FIRST CLASS MAIL**
Cynthia Ann Schmidt
PO Box 119
Oregon House, CA  95962

**FIRST CLASS MAIL**
*(Florida Power & Light Company)*
Rachel S. Budke, Esquire
FPL Law Department
700 Universe Blvd
Juno Beach, FL  33408

**FIRST CLASS MAIL**
*(Arthur A. Russell)*
Devin Lawton Palmer
Boylan Brown
145 Culver Road
Rochester, NY  14620-1678

**FIRST CLASS MAIL**
*(The Prudential Insurance Company of America)*
Scott K. Brown, Esquire
Lewis Roca Rothgerber Christie
201 East Washington Street, Suite 1200
Phoenix, AZ 85004

**FIRST CLASS MAIL**
Michael R. Thompson
564 Old Candia Road
Candia, NH  03034

**FIRST CLASS MAIL**
Janette M. Head
16 Gleneagle Drive
Bedford, NH  03110

**FIRST CLASS MAIL**
*(Office of Unemployment
Compensation Tax Services (UCTS))*
Denise A. Mertz
UC Tax Agent/Bankr Rep
PA Department of Labor & Industry
Reading Bankr & Complaince Unit
625 Cherry St Room 203
Reading, PA  19602-1184

**FIRST CLASS MAIL**
*(Nuance Communications Inc.; Cable News
Network Inc.; Time Inc. and Turner Broadcasting
Sales Inc.)*
Tiffany Strelow Cobb
Vorys Sater Seymour and Pease
55 East Gay St
Columbus, OH  43215

**FIRST CLASS MAIL**
*(Technology Park X Limited Partnership;
Technology Park V Limited Partnership)*
Jennifer V. Doran, Esquire
Hinckley Allen & Snyder LLP
28 State St
Boston, MA  02109

**FIRST CLASS MAIL**
*(Iron Mountain Information Management Inc.)*
Frank F. McGinn, Esquire
Bartlett Hackett Feinberg P.C.
155 Federal Street, 9th Floor
Boston, MA  02110

**FIRST CLASS MAIL**
*(Microvision Inc.)*
James M. Wilton
Patricia I. Chen
Ropes & Gray LLP
Prudential Tower
800 Boylston St
Boston, MA  02199-3600

**FIRST CLASS MAIL**
*(Kien Chen and Moreno Minto*
*"Lead Plaintiffs")*
Samuel H. Rudman
David A. Rosenfeld
Robbins Geller Rudman & Dowd LLP
58 S. Service Road, Suite200
Melville, NY  11747

**FIRST CLASS MAIL**
*(Oracle America)*
Amish R. Doshi
Magnozzi & Kye LLP
23 Green Street, Suite 302
Huntington, NY  11743

**FIRST CLASS MAIL**
*(Counsel to SNMP Research)*
Rick A. Steinberg, Esquire
Nowell Amoroso Klein Bierman, P.A.
155 Polifly Rd #300
Hackensack, NJ  07601

**FIRST CLASS MAIL**
*(Polycom Inc.; Sun Microsystems Inc.)*
Lawrence M. Schwab, Esquire
Thomas M. Gaa, Esquire
Patrick M. Costello, Esquire
Bialson Bergen & Schwab
2600 El Camino Real, Suite300
Palo Alto, CA  94306

**FIRST CLASS MAIL**
*(SprintCom Inc; Sprint/United Management*
*Company)*
David I. Swan, Esquire
Kenneth M. Misken, Esquire
McGuireWoods LLP
1750 Tysons Blvd, Suite1800
McLean, VA  22102-4215

**FIRST CLASS MAIL**
*(Tandberg)*
Shannon E. Hoff
Poyner Spruill LLP
301 S. College Street, Suite2300
Charlotte, NC  28202

**FIRST CLASS MAIL**
*(Andrew LLC and Applicable Affiliates)*
David M. Schilli, Esquire
Ty E. Shaffer, Esquire
Robinson Bradshaw & Hinson P.A.
101 North Tryon Street, Suite1900
Charlotte, NC  28246

**FIRST CLASS MAIL**
*(J. Scott Douglass)*
J. Scott Douglass, Esquire
1811 Bering Drive
Suite 420
Houston, TX  77057-3186

**FIRST CLASS MAIL**
*(Aon Consulting)*
Brian W. Bisignani, Esquire
Post & Schell P.C.
17 N 2nd Street, 12th Floor
Harrisburg, PA  17101-1601

**FIRST CLASS MAIL**
*(City and County of Denver)*
Max Taylor Asst. City Atty.
Municipal Operations
201 W. Colfax Ave, Dept. 1207
Denver, CO  80202-5332

13

**FIRST CLASS MAIL**
*(TEKsystems Inc.)*
Stephen K. Dexter, Esquire
Lathrop & Gage LLP
US Bank Tower Ste 2400
950 Seventeenth St
Denver, CO  80202

**FIRST CLASS MAIL**
Stephen C. Tingey, Esquire
Ray Quinney & Nebeker P.C.
36 South State Street, Suite1400
Salt Lake City, UT  84145-0385

**FIRST CLASS MAIL**
*(Richardson Independent School District)*
Elizabeth  Banda, Esquire
Perdue Brandon Fielder Collins & Mott LLP
500 E. Border Street, Ste 640
Arlington, TX  76010-7457

**FIRST CLASS MAIL**
*(SAP America Inc.)*
Donald K. Ludman, Esquire
Brown & Connery LLP
6 North Broad Street, Suite1000
Woodbury, NJ  08096

**FIRST CLASS MAIL**
*(Travelers)*
Attn: Chantel Pinnock
Travelers
1 Tower Square, 5MN
Hartford, CT  06183-4044

**FIRST CLASS MAIL**
*(Monarch Alternative Capital LP)*
Andrew Herenstein
Monarch Alternative Capital LP
535 Madison Ave
New York, NY  10022

**FIRST CLASS MAIL**
*(The Prudential Insurance Company of America)*
Mark G. Ledwin, Esquire
Wilson Elser Moskowitz Edelman & Dicker LLP
1133 Westchester Avenue
White Plains, NY  10604

**FIRST CLASS MAIL**
*(Bell Microproducts Inc.)*
Robert S. McWhorter, Esquire
Nossaman LLP
621 Capitol Mall, Suite 2500
Sacramento, CA  95814-4755

**FIRST CLASS MAIL**
Lois Diane Uphold
201 Camden Park Drive
Goldsboro, NC  27530

**FIRST CLASS MAIL**
Chris Finch, Credit Manager
Sumitomo Electric Lightwave Corp.
201 South Rogers Lane, Suite 100
Raleigh, NC  27610

**FIRST CLASS MAIL**
Debra L. Vega
818 Glenco Road
Durham, NC  27703

**FIRST CLASS MAIL**
Wendy Boswell Mann
4913 Summit Place Dr., NW
Apt. 404
Wilson, NC  27896

**FIRST CLASS MAIL**
*(Mack Thorpe Jr.)*
Ann Groninger, Esquire
Patterson Harkavy
225 E. Worthington Avenue, Suite200
Charlotte, NC  28203

**FIRST CLASS MAIL**
*(OSS Nokalva Inc.)*
Robert E. Nies, Esquire
Wolff & Samson PC
The Offices at Crystal Lake
One Boland Drive
West Orange, NJ  07052

**FIRST CLASS MAIL**
*(AT&T)*
Vincent A. D'Agostino, Esquire
Lowenstein Sandler PC
65 Livingston Ave
Roseland, NJ  07068

**FIRST CLASS MAIL**
*(Kien Chen and Moreno Minto*
*"Lead Plaintiffs")*
Michael S. Etkin
Ira M. Levee
Lowenstein Sandler PC
65 Livingston Ave
Roseland, NJ  07068

**FIRST CLASS MAIL**
*(Hewlett-Packard Financial Services Inc.)*
David N. Crapo, Esquire
Gibbons P.C.
One Gateway Center
Newark, NJ  07102-5310

**FIRST CLASS MAIL**
*(The InTech Group Inc.)*
Ernie Holling President
The InTech Group Inc.
305 Exton Commons
Exton, PA  19341

**FIRST CLASS MAIL**
(Agent for EMC Corporation)
Ronald L. Rowland, Esquire
Vice President, Bankruptcy Services
RMS (an IQOR company)
305 Fellowship Road, Suite 100
Mount Laurel, NJ  08054

**FIRST CLASS MAIL**
Off of Unemplmt Ins Contrib  Div.
MD Department of Labor Licensing & Reg.
Litigation Prosecution Unit
1100 N. Eutaw St Room 401
Baltimore , MD  21201

**FIRST CLASS MAIL**
*(State of Michigan Department of Treasury)*
Deborah B. Waldmeir, Esquire
State of MI Dept of Treasury
Cadillac Place Ste 10-200
3030 W Grand Blvd.
Detroit, MI  48202

**FIRST CLASS MAIL**
Andrew Calamari, NY Regional Director
Securities & Exchange Commission
200 Vesey Street
Brookfield Place, Suite 400
New York, NY  10281

**FIRST CLASS MAIL**
Securities & Exchange Commission
100 F St NE
Washington , DC  20549

**FIRST CLASS MAIL**
(pro se)
Najam ud Dean
6 Augusta Drive
Milbury, MA  01527

**FIRST CLASS MAIL**
Mark A. Phillips
6117 Trevor Simpson Drive
Lake Park, NC  28079

**FIRST CLASS MAIL**
Gerald R. Utpadel
4627 Greenmeadows Avenue
Torrance, CA  90505

**FIRST CLASS MAIL**
Michael P. Alms
4944 Elm Island Circle
Waterford, WI  53185

**FIRST CLASS MAIL**
William A. Reed
7810 Heaton Drive
Theodore, AL  36582-2362

*FIRST CLASS MAIL*
Bertram Frederick Thomas Fletcher
35 Broomhill Court
Clayton, NC  27527

*FIRST CLASS MAIL*
Nancy Ann Wilson
7101 Chase Oaks Blvd., Apt. #1637
Plano, TX  75025

*FIRST CLASS MAIL*
Carol F. Raymond
7962 S.W. 185 Street
Miami, FL  33157-7487

*FIRST CLASS MAIL*
Richard Lynn Engleman
1505 Nevada Drive
Plano, TX  75093

*FIRST CLASS MAIL*
Janetta Hames
649 Fossil Wood Drive
Saginaw, TX  76179

*FIRST CLASS MAIL*
Mark R. Janis
193 Via Soderini
Aptos, CA  95003

*FIRST CLASS MAIL*
Brenda L. Rohrbaugh
2493 Alston Drive
Marietta, GA  30062

*FIRST CLASS MAIL*
Ronald J. Rose Jr.
26 Pheasant Run
Ballston Spa, NY  12020

*FIRST CLASS MAIL*
Scott David Howard
2050 Cabiao Road
Placerville, CA  95667

*FIRST CLASS MAIL*
James Hunt
8903 Handel Loop
Land O Lakes, FL  34637

*FIRST CLASS MAIL*
David Litz
316 N. Manus Drive
Dallas, TX  75224

*FIRST CLASS MAIL*
Robert Dale Dover
2509 Quail Ridge Road
Melissa, TX  75454

*FIRST CLASS MAIL*
Chad Soraino
8974 Hickory Ave.
Hesperia, CA  92345

*FIRST CLASS MAIL*
Bruce Francis
5506 Lake Elton Road
Durham, NC  27713

*FIRST CLASS MAIL*
Michael D. Rexroad
103 SW 17th Street
Oak Island, NC  28465-7310

*FIRST CLASS MAIL*
Caroline Underwood
2101 Emerson Cook Road
Pittsboro, NC  27312

*FIRST CLASS MAIL*
Robert Joseph Martel
200 Lighthouse Lane, Apartment B3
Cedar Point, NC  28584

*FIRST CLASS MAIL*
Marilyn Green
1106 Boston Hollow Road
Ashland City, TN  37015

*FIRST CLASS MAIL*
Marilyn Day
2020 Fox Glen Drive
Allen, TX  75013

*FIRST CLASS MAIL*
James Lee
1310 Richmond Street
El Cerrito, CA  94530

*FIRST CLASS MAIL*
John Mercer
2123 – 14th Street
Moline, IL  61265

*FIRST CLASS MAIL*
Freddie Wormsbaker
327 Locust Street
Twin Falls, ID  83301

*FIRST CLASS MAIL*
Scott Gennett
16 Wildwood Street
Lake Grove, NY  11755

*FIRST CLASS MAIL*
Claudia Vidmer
213 Orchard Lane
Glen Ellyn, IL  60137

*FIRST CLASS MAIL*
Nanette Faison
981 Kittrell Road
Kitrell, NC  27544

*FIRST CLASS MAIL*
Roger G. Carlsen
390 E. Paseo Celestial
Sahuarita, AZ  85629

*FIRST CLASS MAIL*
Kim M. Yates
207 Tomato Hill Road
Leesburg, FL  34748

*FIRST CLASS MAIL*
Bruce Turner
8 Sunset Drive
Homer, NY  13077

*FIRST CLASS MAIL*
Remajos Brown
2353 Sword Drive
Garland, TX  75044-6036

*FIRST CLASS MAIL*
Lottie Edith Chambers
2716 Dalford Ct.
Raleigh, NC  27604

*FIRST CLASS MAIL*
Jane Neumann
11730 Co Road 24
Watertown, MN  55388

*FIRST CLASS MAIL*
Barbara Gallagher
410 West Acres Road
Whitesboro, TX  76273

*FIRST CLASS MAIL*
John S. Elliott
6 Grouse Lane
Merrimack, NH  03054-2876

*FIRST CLASS MAIL*
Pamela J. Powell
676 Brookview Drive
Chapel Hill, NC  27514

*FIRST CLASS MAIL*
Wayne J. Schmidt
5346 S. Mohave Sage Drive
Gold Canyon, AZ  85118

*FIRST CLASS MAIL*
Wayne J. Schmidt
12212 Amaranth Dr,
North Little Rock, AR  72117

FIRST CLASS MAIL
Charles Sandner
1970 N. Leslie #3779
Pahrump, NV 89060

FIRST CLASS MAIL
Betty Lewis
122 Patterson Road
Durham, NC 27704-8506

FIRST CLASS MAIL
Steven E. Bennett
37052 Chestnut Street
Newark, CA 94560

FIRST CLASS MAIL
Alan Heinbaugh
165 Blossom Hill Road, SPC 14
San Jose, CA 95123-5902

FIRST CLASS MAIL
Leona Purdum
2532 N. 4th Street #254
Flagstaff, AZ 86004

FIRST CLASS MAIL
George I. Hovater Jr.
9009 Casals Street, Unit 1
Sacramento, CA 95826

FIRST CLASS MAIL
Daniel D. David
2105 Possum Trot Road
Wake Forest, NC 27587

FIRST CLASS MAIL
Bonnie J. Boyer
346 Blackpepper Loop
Little River, SC 29566

FIRST CLASS MAIL
Miriam L. Stewart
2615 Bailey's Crossroads Rd.
Benson, NC 27504

FIRST CLASS MAIL
Leah McCaffrey
19563 Cedar Cove Court
Richmond, TX 77407-1573

FIRST CLASS MAIL
Terry D. Massengill
126 Keri Drive
Garner, NC 27529

FIRST CLASS MAIL
Laurie Adams
217 Ridge Creek Drive
Morrisville, NC 27560

FIRST CLASS MAIL
Olive Jane Stepp
470 Fairview Road
Asheville, NC 28803

FIRST CLASS MAIL
Edward G. Guevarra Jr.
11007 Scripps Ranch Blvd
San Diego, CA 92131

FIRST CLASS MAIL
Gary W. Garrett
5131 Van Buren Street
Tyler, TX 75703-5624
4093 Hogan Drive Unit 4114
Tyler, TX 75709

FIRST CLASS MAIL
Chae S. Roob
8584 Chanhassen Hills Dr. South
Chanhassen, MN 55317

FIRST CLASS MAIL
Paul Douglas Wolfe
113 Red Drum Lane
Gloucester, NC 28528

FIRST CLASS MAIL
Victoria Anstead
3894 Ridge Lea Road #A
Amherst, NY 14228

*FIRST CLASS MAIL*
Sandra Aiken
3166 Tump Wilkins Road
Stern, NC 27581

*FIRST CLASS MAIL*
Brenda L. Wread
3408A Water Vista Parkway
Lawrenceville, GA 30044

*FIRST CLASS MAIL*
Barbara Dunston
261 McNair Drive
Henderson, NC 27537

*FIRST CLASS MAIL*
Barbara Carr
145 Grecian Parkway
Rochester, NY 14626

*FIRST CLASS MAIL*
Herbert Preston Stansbury
3193 US Highway 15
Stern, NC 27581

*FIRST CLASS MAIL*
Crickett Grissom
2580 W. Porter Creek Avenue
Porterville, CA 93257

*FIRST CLASS MAIL*
Janet Bass
1228 Moultrie Court
Raleigh, NC 27615

*FIRST CLASS MAIL*
Vernon M. Long
4929 Kelso Lane
Garland, TX 75043

*FIRST CLASS MAIL*
Shirley M. Maddry
106 Korinna Pl
Chapel Hill, NC 27514

*FIRST CLASS MAIL*
Michael Stutts
1616 Hastings Bluff
McKinney, TX 75070

*FIRST CLASS MAIL*
Kathleen A. Reese
200 Carnegie Drive
Milpitas, CA 95035

*FIRST CLASS MAIL*
Emily D. Cullen
100 Telmew Court
Cary, NC 27518

*FIRST CLASS MAIL*
James Craig
42 E. Cavalier Road
Scottsville, NY 14546

*FIRST CLASS MAIL*
Reid T. Mullett
4224 Thamesgate Close
Norcross, GA 30092

*FIRST CLASS MAIL*
Danny Owenby
2136 Sapelo Court
Fernandina, FL 32034

*FIRST CLASS MAIL*
Susan Ann Heisler
133 Anna Road, Box 194
Blakelee, PA 18610

*FIRST CLASS MAIL*
Deborah Faircloth
PO Box 18
Harkers Island, NC 28531-0018

*FIRST CLASS MAIL*
Cynthia B. Richardson
5717 Cypress Drive
Rowlett, TX 75089

**FIRST CLASS MAIL**
Gloria Benson
1824 Wilson Pike
Brentwood, TN  37027

**FIRST CLASS MAIL**
Ellen Sue Brady
1630 Dry Road
Ashland City, TN  37015

**FIRST CLASS MAIL**
Wanda Jacobs
801 Dupree Street
Durham, NC  27701

**FIRST CLASS MAIL**
Gussie Anderson
109 Gumpond Beall Rd
Lumberton, MS  39455

**FIRST CLASS MAIL**
Richard Hodges
12804 Pamplona Dr.
Wake Forest, NC  27587

**FIRST CLASS MAIL**
*(Counsel to PBGC)*
Sarah L. Reid
Eric R. Wilson
Benjamin D. Feder
Gilbert R. Saydah Jr.
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY  10178

**FIRST CLASS MAIL**
*(Counsel for Plaintiffs SNMP Research, Inc.*
*and SNMP Research International, Inc.)*
Richard S. Busch, Esq.
King & Ballow Law Offices
315 Union Street, Suite 1100
Nashville, TN  37201

**FIRST CLASS MAIL**
*(Counsel for Plaintiffs SNMP Research, Inc.*
*and SNMP Research International, Inc.)*
John L. Wood, Esq.
Egerton, McAfee, Armistead &
Davis, P.C.
900 S. Gay Street
Knoxville, TN  37902

**FIRST CLASS MAIL**
*(Counsel for Plaintiffs SNMP Research, Inc.*
*and SNMP Research International, Inc.)*
Cole Schotz P.C.
G. David Dean, Esq.
Irving E. Walker, Esq.
300 E. Lombard Street, Suite 1450
Baltimore, MD  21202

**FOREIGN FIRST CLASS**
*(Hitachi Ltd.)*
Minoru Inayoshi Gen Mgr of M&A
Hitachi Lt. Telecommunicatons
& Network Systems  Division
216 Totsuka-cho
Totsuka-ku
Yokohama-shi  244-8567
JAPAN

**FOREIGN FIRST CLASS**
Stephen Gale
Herbert Smith
Exchange House
Primrose Streeet
London, UK  EC2A 2HS
ENGLAND

**FOREIGN FIRST CLASS**
(nnl's canadian counsel)
Tony Reyes
Norton Rose
Royal Bank Plaza South Tower
200 Bay St. Ste. 3800
Toronto, Ontario M5J 2Z4
CANADA

*FOREIGN FIRST CLASS*
(nnl's canadian counsel)
Jennifer Stam
Derrick Tay
Gowling Lafleur Henderson
1 First Canadian Place
100 King St. West_Ste. 1600
Toronto, Ontario  M5X 1G5
CANADA

*FOREIGN FIRST CLASS*
(Canadian Counsel to Official Committee of
Unsecured Creditors)
Michael J. Wunder
R. Snayne Kukulowicz
Alex L. MacFarlane
Fraser Milner Casgrain LLP
77 King St West, Suite400
Toronto, Ontario  M5K 0A1
CANADA

*FOREIGN FIRST CLASS*
Chris Armstrong
Goodmans LLP
Bay Adelaide Centre
333 Bay St. Ste 3400
Toronto, Ontario  M5H 2S7
CANADA

*FOREIGN FIRST CLASS*
Derek  Austin
Export Development Canada
151 O'Connor Street
Ottowa, Ontario  K1A 1K3
CANADA

*FOREIGN FIRST CLASS*
Rahul Kumar
C-701 Neelachal Apt. Plot No 3
Sector 4, Dwarka
New Delhi, 110078
INDIA

*FOREIGN FIRST CLASS*
Marie-Josee Dube, Bankruptcy Coordinator
IBM Corporation/IBM Credit LLC
275 Viger East
Montreal, QC  H2X 3R7
CANADA