## EXHIBIT A

## NORTEL NETWORKS INC., *et al*.
## CASE NO. 09-10138 (KG)

Professional Fees and Expenses
Monthly Fee Application

| Applicant & Docket No. | Time Period Covered | Fees & Expenses Requested in Application | Fees & Expenses Allowed/Awarded | Date Application Filed | Objection Deadline |
|---|---|---|---|---|---|
| Akin Gump Strauss Hauer & Feld LLP<br><br>[Docket No. 17345] | 9/1/16 - 9/30/16 | $275,559.75 (Fees)<br><br>$4,687.35 (Expenses) | $220,447.80 (Fees @ 80%)<br><br>$4,687.35 (Expenses @ 100%) | 11/4/16 | 11/28/16 |

2221639.1