**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Nortel Networks Inc., <u>et al.</u>,[1] | ) Case No. 09-10138 (KG) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Re: Docket No. 17346** |

**CERTIFICATE OF NO OBJECTION REGARDING FIFTEENTH MONTHLY FEE
APPLICATION OF BERKELEY RESEARCH GROUP, LLC FOR COMPENSATION
FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS
FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS DURING THE PERIOD FROM AUGUST 1, 2016 THROUGH
<u>AUGUST 31, 2016 [DOCKET NO. 17346] (NO ORDER REQUIRED)</u>**

The undersigned hereby certifies that she has received no answer, objection or any other responsive pleading with respect to the Fifteenth Monthly Fee Application for Compensation and Reimbursement of Expenses (the "<u>Application</u>") of Berkeley Research Group, LLC (the "<u>Applicant</u>") listed on <u>Exhibit A</u> attached hereto.  The undersigned further certifies that she has received the Court's docket in this case and no answer, objection or other responsive pleading to the Application appears thereon.[2]  The Application was filed with the Court on the date listed on <u>Exhibit A</u>.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567); and Nortel Networks (CALA) Inc. (4226) ; and Nortel Networks India International Inc. (8667).

[2] Pursuant to the Interim Compensation Order (as that term is defined herein), parties have twenty (20) days after the date of service to object to the Application.

Pursuant to the *Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Fees and Expenses for Professionals and Official Committee Members entered February 4, 2009* [Docket No. 222] (the "Interim Compensation Order"), the Debtors are authorized to pay the Applicant eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Application upon the filing of this Certificate of No Objection and without the need for entry of a Court order approving the Application.

Dated: November 29, 2016
      Wilmington, Delaware

                                                    */s/ L. Katherine Good*
                                                    Christopher M. Samis (No. 4909)
                                                    L. Katherine Good (No. 5101)
                                                    Chantelle D. McClamb (No. 5978)
                                                    WHITEFORD, TAYLOR & PRESTON LLC
                                                    The Renaissance Centre
                                                    405 North King Street, Suite 500
                                                    Wilmington, Delaware 19801
                                                    Telephone: (302) 353-4144
                                                    Facsimile: (302) 661-7950

                                                    -and-

                                                    Fred S. Hodara, Esq.
                                                    AKIN GUMP STRAUSS HAUER & FELD LLP
                                                    One Bryant Park
                                                    New York, New York 10036
                                                    Telephone:  (212) 872-1000
                                                    Facsimile:  (212) 872-1002

                                                    *Co-Counsel to the Official Committee of Unsecured Creditors of Nortel Networks Inc., et al.*