# EXHIBIT B

## COMPENSATION BY PROJECT CATEGORY

## OCTOBER 1, 2016 THROUGH OCTOBER 31, 2016

| Project Category | Total Hours | Total Fees |
|---|---|---|
| General Case Administration | 4.40 | $5,157.50 |
| Akin Gump Fee Applications/Monthly Billing Reports | 21.10 | $10,644.50 |
| Analysis of Other Professionals' Fee Applications/Reports | 0.60 | $621.00 |
| Creditors' Committee Meetings | 36.90 | $30,517.50 |
| Court Hearings | 9.60 | $6,554.50 |
| Financial Reports and Analysis | 0.20 | $180.00 |
| General Claims Analysis/Claims Objections | 31.30 | $27,963.50 |
| Canadian Proceedings/Matters | 25.90 | $23,754.00 |
| Tax Issues | 7.30 | $6,324.50 |
| Plan, Disclosure Statement and Plan Related Documentation | 175.40 | $178,585.00 |
| Travel | 2.75 | $3,512.50 |
| Intercompany Analysis | 99.00 | $103,843.50 |
| Committee Website | 1.50 | $682.50 |
| European Proceedings/Matters | 0.80 | $840.00 |
| **TOTAL** | **416.75** | **$399,180.50** |



# Akin Gump
## Strauss Hauer & Feld LLP

NORTEL NETWORKS INC. CREDITORS COMMITTEE  
ATTN: JOHN DOLITTLE  
8601 SIX FORKS ROAD  
SUITE 400  
RALEIGH, NC  27615

Invoice Number 1690624  
Invoice Date 11/28/16  
Client Number 687147  
Matter Number 0001

Re: CHAPTER 11

FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/16 :

MATTER SUMMARY OF TIME BILLED BY TASK :

|      |                                              | HOURS  | VALUE       |
|------|----------------------------------------------|--------|-------------|
| 0002 | General Case Administration                  | 4.40   | $5,157.50   |
| 0003 | Akin Gump Fee Application/Monthly Billing Reports | 21.10  | $10,644.50  |
| 0004 | Analysis of Other Professionals Fee Applications/Reports | 0.60   | $621.00     |
| 0007 | Creditors Committee Meetings                 | 36.90  | $30,517.50  |
| 0008 | Court Hearings                               | 9.60   | $6,554.50   |
| 0009 | Financial Reports and Analysis               | 0.20   | $180.00     |
| 0012 | General Claims Analysis/Claims Objections    | 31.30  | $27,963.50  |
| 0014 | Canadian Proceedings/Matters                 | 25.90  | $23,754.00  |
| 0018 | Tax Issues                                   | 7.30   | $6,324.50   |
| 0022 | Plan, Disclosure Statement and Plan Related Documentation | 175.40 | $178,585.00 |
| 0025 | Travel                                       | 2.75   | $3,512.50   |
| 0029 | Intercompany Analysis                        | 99.00  | $103,843.50 |
| 0030 | Committee Website                            | 1.50   | $682.50     |
| 0031 | European Proceedings/Matters                 | 0.80   | $840.00     |
|      | TOTAL                                        | 416.75 | $399,180.50 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  Page 2
Invoice Number: 1690624  November 28, 2016

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| 10/14/16 | FSH | 0002 | Analyze administrative Committee issues (.3); communicate with A. Qureshi re: same (.4); review document re: same (.1); communications with D. Botter re: same (.2); analyze next steps (.2). | 1.20 |
| 10/14/16 | RAJ | 0002 | Multiple emails with Akin team re: Committee procedures. | 0.40 |
| 10/14/16 | BMK | 0002 | Attention to Committee organizational matters. | 0.30 |
| 10/17/16 | FSH | 0002 | Communicate with Committee member re: procedural issues. | 0.80 |
| 10/17/16 | BMK | 0002 | Communicate with Committee member and outside counsel re: admin. | 0.70 |
| 10/18/16 | FSH | 0002 | Communications with BRG re: Committee process matters (.2); analyze issues re: same (.2). | 0.40 |
| 10/19/16 | RAJ | 0002 | Emails with Akin team re: Committee agenda and Committee procedures (.2, .1, .2). | 0.50 |
| 10/31/16 | FSH | 0002 | Communications re: waiver request with A. Loring. | 0.10 |
| 10/06/16 | FSH | 0003 | Examine September time and communicate with A. Loring re: same. | 0.30 |
| 10/06/16 | AL | 0003 | Prepare fee application. | 1.40 |
| 10/07/16 | AL | 0003 | Review prebill for confidentiality and privilege. | 1.10 |
| 10/12/16 | AL | 0003 | Review prebill for confidentiality and privilege. | 1.30 |
| 10/14/16 | AL | 0003 | Review prebill for confidentiality and privilege. | 0.20 |
| 10/18/16 | FSH | 0003 | Internal communications re: pending fees. | 0.10 |
| 10/18/16 | AL | 0003 | Review prebill for confidentiality and privilege. | 0.80 |
| 10/19/16 | AL | 0003 | Prepare fee application (.3); review prebill for confidentiality and privilege (1.1). | 1.40 |
| 10/20/16 | AL | 0003 | Prepare fee application (3.4); review prebill for confidentiality and privilege (3.0). | 6.40 |
| 10/21/16 | AL | 0003 | Review prebill for confidentiality and privilege. | 0.10 |
| 10/25/16 | AL | 0003 | Draft fee applications for August (1.1) and September (.1). | 1.20 |
| 10/26/16 | FSH | 0003 | Revise fee application (.5); communicate with A. Loring re: finalization of same (.1). | 0.60 |
| 10/26/16 | AL | 0003 | Prepare August fee application for filing. | 1.50 |
| 10/31/16 | FSH | 0003 | Examine fee applications. | 0.20 |
| 10/31/16 | AL | 0003 | Prepare fee application. | 4.50 |
| 10/04/16 | FSH | 0004 | Examine fee applications of parties. | 0.20 |
| 10/25/16 | FSH | 0004 | Examine fee pleadings. | 0.20 |
| 10/26/16 | AL | 0004 | Review fee application of other professionals. | 0.20 |
| 10/03/16 | AL | 0007 | Prepare agenda for Committee call (1.2); internal correspondence re: same (.5); distribute same (.2). | 1.90 |
| 10/05/16 | FSH | 0007 | Examine Committee call agenda and communication with A. Loring re: same. | 0.10 |
| 10/05/16 | RAJ | 0007 | Emails with Akin team re: agenda for Committee call. | 0.20 |
| 10/06/16 | FSH | 0007 | Prepare presentation for Committee (.3); attend Committee meeting (.4). | 0.70 |
| 10/06/16 | RAJ | 0007 | Attend Committee call (.4); post-call communication with Committee advisors (.1). | 0.50 |
| 10/06/16 | DHB | 0007 | Prepare for Committee call (.1); attend same (.4) and follow-up (.1). | 0.60 |
| 10/06/16 | BMK | 0007 | Prepare for Committee call (.2); attend Committee call (.4). | 0.60 |
| 10/06/16 | AME | 0007 | Attend Committee call. | 0.40 |
| 10/06/16 | AL | 0007 | Prepare for (.7) and attend (.4) Committee call. | 1.10 |
| 10/12/16 | FSH | 0007 | Communications with R. Johnson, A. Loring, D. Botter re: agenda and materials for Committee call. | 0.20 |
| 10/12/16 | RAJ | 0007 | Multiple emails re: Committee agenda. | 0.20 |
| 10/12/16 | DHB | 0007 | Email communications re: agenda for Committee call (.2); email to F. Hodara and E. Wilson re: same (.1). | 0.30 |
| 10/12/16 | BMK | 0007 | Review and comment on Committee call agenda. | 0.20 |
| 10/12/16 | AL | 0007 | Prepare agenda for Committee call (.7); internal communication re: same (.7); prepare for same (1.6). | 3.00 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  Page 3
Invoice Number: 1690624  November 28, 2016

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| 10/13/16 | FSH | 0007 | Meet with D. Botter, B. Kahn, R. Johnson, A. Loring to discuss SPSA, Committee presentations and related issues (.4); attend Committee meeting (.3). | 0.70 |
| 10/13/16 | RAJ | 0007 | Attend Committee call (.3); pre-call meeting with Akin team (.4). | 0.70 |
| 10/13/16 | AQ | 0007 | Attend Committee call (.3); attend Professionals' pre call (.4). | 0.70 |
| 10/13/16 | DHB | 0007 | Emails re: Committee issues and call (.4); prep meeting for Committee call (.4); attend same and follow-up (.3). | 1.10 |
| 10/13/16 | BMK | 0007 | Prepare for committee call (.3); attend committee call (.3). | 0.60 |
| 10/13/16 | AME | 0007 | Attend Committee call. | 0.30 |
| 10/13/16 | AL | 0007 | Prepare for (.7) and attend (.3) Committee call and pre-call (.4). | 1.40 |
| 10/19/16 | FSH | 0007 | Review on agenda and communications with B. Kahn, A. Loring, R. Johnson, BRG and Cassels re: same (.8); communications with Committee members re: foregoing (.4); finalization of materials for Committee (.3). | 1.50 |
| 10/19/16 | DHB | 0007 | Extensive email communications re: Committee call agenda (.4); consider same (.3). | 0.70 |
| 10/19/16 | BMK | 0007 | Review committee call agenda matters (0.6); emails re: same (0.4); review materials for committee call (0.3). | 1.30 |
| 10/19/16 | AL | 0007 | Draft and revise agenda for Committee call (1.7); prepare for same (1.8); internal communications re: same (.4). | 3.90 |
| 10/20/16 | FSH | 0007 | Final prep for Committee meeting (.2); attend same (partial) (.5). | 0.70 |
| 10/20/16 | RAJ | 0007 | Attend Committee call. | 0.90 |
| 10/20/16 | DHB | 0007 | Prepare for Committee call (.3); attend same (.9). | 1.20 |
| 10/20/16 | BMK | 0007 | Prepare for committee call (0.5); attend committee call (0.9). | 1.40 |
| 10/20/16 | AL | 0007 | Prepare for (.4) and attend (.9) Committee call. | 1.30 |
| 10/26/16 | FSH | 0007 | Review and comment on agendas (.1); communications with A. Loring, R. Johnson and B. Kahn re: same (.2). | 0.30 |
| 10/26/16 | RAJ | 0007 | Multiple emails with Akin team re: agenda for Committee meeting (.3, .1). | 0.40 |
| 10/26/16 | AL | 0007 | Prepare agenda for Committee call (.6); internal communications re: same (.3); prepare for same (1.0). | 1.90 |
| 10/27/16 | FSH | 0007 | Prepare for Committee meetings (.3); attend same (.8). | 1.10 |
| 10/27/16 | RAJ | 0007 | Attend Committee call. | 0.80 |
| 10/27/16 | DHB | 0007 | Prepare for Committee call (.6); attend same (.8). | 1.40 |
| 10/27/16 | BMK | 0007 | Prepare for Committee call (0.2); attend Committee call (0.8). | 1.00 |
| 10/27/16 | AL | 0007 | Prepare for (.6) and attend (.8) Committee call. | 1.40 |
| 10/31/16 | AL | 0007 | Internal communications re: agenda item for Committee call. | 0.20 |
| 10/03/16 | SAD | 0008 | Review docket for updates and pull substantive pleadings (.1); send to M. Fagen (.1). | 0.20 |
| 10/04/16 | SAD | 0008 | Review docket for updates and circulate. | 0.10 |
| 10/05/16 | SAD | 0008 | Review docket for updates and circulate. | 0.10 |
| 10/06/16 | SAD | 0008 | Review docket for updates and circulate. | 0.10 |
| 10/07/16 | SAD | 0008 | Review docket for updates and circulate. | 0.10 |
| 10/10/16 | SAD | 0008 | Review docket for updates and circulate. | 0.10 |
| 10/11/16 | FSH | 0008 | Communications re: upcoming hearing. | 0.10 |
| 10/11/16 | SAD | 0008 | Review docket for updates and circulate. | 0.10 |
| 10/12/16 | SAD | 0008 | Review docket for updates and circulate. | 0.10 |
| 10/13/16 | FSH | 0008 | Review information for upcoming hearing. | 0.10 |
| 10/13/16 | SAD | 0008 | Review docket for updates and circulate. | 0.10 |
| 10/14/16 | SAD | 0008 | Review docket for updates and circulate. | 0.20 |
| 10/17/16 | SAD | 0008 | Review docket for updates and circulate. | 0.20 |
| 10/18/16 | SAD | 0008 | Review docket for updates and circulate. | 0.10 |
| 10/19/16 | FSH | 0008 | Examine court agenda and follow-up re: hearing. | 0.20 |
| 10/19/16 | AL | 0008 | Review agenda for hearing on currency conversion motion (.4); internal communications re: same (.5). | 0.90 |
| 10/19/16 | SAD | 0008 | Review docket for updates and circulate. | 0.20 |
| 10/20/16 | AL | 0008 | Review revised hearing agenda (.2); internal communication re: same | 0.40 |

| | | | | |
|---|---|---|---|---|
| NORTEL NETWORKS INC. CREDITORS COMMITTEE | | | | Page 4 |
| Invoice Number: 1690624 | | | | November 28, 2016 |

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| | | | (.2). | |
| 10/20/16 | SAD | 0008 | Review docket for updates and circulate. | 0.10 |
| 10/21/16 | FSH | 0008 | Attend court hearing re: currency conversion. | 0.60 |
| 10/21/16 | RAJ | 0008 | Telephonic appearance at hearing on currency conversion motion. | 0.50 |
| 10/21/16 | DHB | 0008 | Review all pleadings in preparation for hearing (.6); attend hearing (1.2); follow-up re: same (.2). | 2.00 |
| 10/21/16 | AL | 0008 | Prepare for (.3) and attend telephonically (.6) hearing on currency conversion motion. | 0.90 |
| 10/21/16 | SAD | 0008 | Review docket for updates and circulate. | 0.10 |
| 10/24/16 | AL | 0008 | Review status updates ordered by court in adversary proceedings. | 0.50 |
| 10/24/16 | SAD | 0008 | Review docket for updates and circulate. | 0.10 |
| 10/25/16 | FSH | 0008 | Examine agenda letter and communicate with A. Loring re: cancellation of hearing. | 0.10 |
| 10/25/16 | AL | 0008 | Internal communications re: cancelled omnibus hearing. | 0.20 |
| 10/25/16 | SAD | 0008 | Review docket for updates and circulate. | 0.10 |
| 10/26/16 | SAD | 0008 | Review docket for updates and circulate. | 0.20 |
| 10/27/16 | SAD | 0008 | Review docket for updates and circulate. | 0.10 |
| 10/28/16 | SAD | 0008 | Review docket for updates and circulate. | 0.10 |
| 10/31/16 | AL | 0008 | Assist with upcoming hearing prep. | 0.50 |
| 10/31/16 | SAD | 0008 | Review docket for updates and circulate. | 0.10 |
| 10/10/16 | BMK | 0009 | Review update on trading prices | 0.20 |
| 10/06/16 | FSH | 0012 | Review Wanland claim settlement information. | 0.10 |
| 10/06/16 | BMK | 0012 | Review Wanland claim settlement and related issues. | 0.80 |
| 10/06/16 | AL | 0012 | Review 9019 motion for settlement agreement re: Wanland claim (2.0); internal communication re: same (.5); communication with Cleary re: same (.2). | 2.70 |
| 10/07/16 | FSH | 0012 | Examine claim objection and related information. | 0.20 |
| 10/07/16 | RAJ | 0012 | Emails with U.S. Debtors re: SNMP depositions (.2); review transcripts (.5). | 0.70 |
| 10/07/16 | AL | 0012 | Call with Cleary re: Wanland claim settlement (.2); internal communication re: same (.3). | 0.50 |
| 10/10/16 | RAJ | 0012 | Review reports on SNMP claims adversary proceeding depositions (.2); review transcripts (1.1). | 1.30 |
| 10/12/16 | RAJ | 0012 | Analyze Wanland proof of claim and underlying Wanland litigation (2.3, 1.2); emails with Akin team re: same (.4); call with Committee member inside counsel (.2); follow up with Committee member external counsel (.1). | 4.20 |
| 10/12/16 | AL | 0012 | Review 9019 motion to settle Wanland claim (1.5); communicate with R. Johnson re: same (.2). | 1.70 |
| 10/13/16 | RAJ | 0012 | Draft analysis of issues related to Wanland claims settlement (.6); multiple emails with Akin team re: same (.3). | 0.90 |
| 10/13/16 | DHB | 0012 | Email communications re: claim issues (.2) and next steps (.2). | 0.40 |
| 10/14/16 | RAJ | 0012 | Review SNMP claims adversary proceeding depositions (1.8); review SNMP stipulation re: consolidation of proofs of claim with adversary proceeding, and related email (.3). | 2.10 |
| 10/14/16 | DHB | 0012 | Emails re: claim statement and communications. | 0.50 |
| 10/14/16 | AL | 0012 | Review consolidation stipulation in SNMP claims adversary proceeding (.3); internal correspondence re: same (.2); review response to omnibus claims objection (.4); internal correspondence re: same (.2). | 1.10 |
| 10/17/16 | FSH | 0012 | Examine SNMP claims adversary proceeding pleading (.1); examine omnibus claims objection (.2). | 0.30 |
| 10/17/16 | RAJ | 0012 | Review dockets in PPI and SNMP appeals (.3); confer with Cleary re: joint status reports ordered by Judge Stark (.2); review order re: consolidation of SNMP claims with SNMP adversary proceeding, and related emails (.2). | 0.70 |
| 10/18/16 | FSH | 0012 | Review claims information from BRG. | 0.10 |
| 10/18/16 | RAJ | 0012 | Review 9019 claim settlement motions and related emails. | 0.30 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  Page 5
Invoice Number: 1690624  November 28, 2016

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| 10/18/16 | AL | 0012 | Review proposed claims settlements (.8); internal communication re: same (.3). | 1.10 |
| 10/19/16 | FSH | 0012 | Review claims stipulations. | 0.20 |
| 10/19/16 | RAJ | 0012 | Review 45th Omnibus Objection and responses (.4); emails with Akin team re: same (.1); analyze issues re: claims (.3). | 0.80 |
| 10/19/16 | AL | 0012 | Review 9019 motions to settle claims held by Bulldog and CRT. | 0.80 |
| 10/20/16 | FSH | 0012 | Review appeal status reports and comment thereon. | 0.30 |
| 10/20/16 | RAJ | 0012 | Review and comment on draft joint status reports to Judge Stark re: PPI and EMEA non-stay appeals (.4, .1); multiple emails re: claims (.3, .2); review revised drafts (.2). | 1.20 |
| 10/20/16 | AL | 0012 | Review USD 9019 motions to resolve claims with CRT and Bulldog (.7); call with Cleary re: same (.2). | 0.90 |
| 10/21/16 | FSH | 0012 | Review updated status reports and communications re: same with EMEA and R. Johnson. | 0.40 |
| 10/21/16 | RAJ | 0012 | Provide edits and comments to draft joint reports to Judge Stark re: three pending claims-related appeals (.4); multiple emails with Akin team re: same (.2, .3, .1); review blacklines of edited drafts (.2); emails with BNY Mellon, Law Debenture re: draft joint status reports (.3); follow-up emails with U.S. Debtors re: joint status reports (.2); follow up with Delaware counsel (.1). | 1.80 |
| 10/21/16 | DHB | 0012 | Call with Committee member re: claims (.2); follow-up re: same (.2). | 0.40 |
| 10/21/16 | AL | 0012 | Review claim objection (.7); internal communication re: same (.1). | 0.80 |
| 10/22/16 | DHB | 0012 | Telephone call with Cleary re: claim (.3); emails re: same (.1) (.1). | 0.50 |
| 10/24/16 | RAJ | 0012 | Emails re: claim (.2); review as-filed status reports filed in appeals before Judge Stark (.1); review SNMP claims litigation (.5). | 0.80 |
| 10/25/16 | FSH | 0012 | Communications re: claims. | 0.20 |
| 10/25/16 | DHB | 0012 | Email communications re: claim with Committee member and discussions (.2) (.1); telephone call with L. Schweitzer re: same (.2); further emails re: same (.1). | 0.60 |
| 10/26/16 | FSH | 0012 | Examine claims information. | 0.10 |
| 10/27/16 | RAJ | 0012 | Follow up re: joint status reports filed in PPI and SNMP appeals. | 0.20 |
| 10/28/16 | RAJ | 0012 | Review SNMP claims adversary proceeding deposition transcripts. | 1.20 |
| 10/31/16 | RAJ | 0012 | Review orders entered in Judge Stark appeals (.1); review dockets (.1); draft email report to Akin team re: entry of orders and requirement of ongoing joint status reports (.2). | 0.40 |
| 10/05/16 | FSH | 0014 | Examine information re: claimants. | 0.10 |
| 10/12/16 | RAJ | 0014 | Review motions for authorization to enter into Canadian escrow agreement and related motion to shorten notice. | 0.60 |
| 10/14/16 | BMK | 0014 | Review Canadian escrow motion materials. | 0.70 |
| 10/17/16 | FSH | 0014 | Review Report of Canadian Monitor re: Escrow Agreement and SPSA (.4); communicate with Cassels re: same (.1). | 0.50 |
| 10/17/16 | RAJ | 0014 | Review motion record re: Canadian escrow. | 0.30 |
| 10/18/16 | BMK | 0014 | Review response to currency conversion motion. | 0.40 |
| 10/19/16 | FSH | 0014 | Review Cassels report of hearing (.1); communications with M. Wunder, D. Botter re: same (.2). | 0.30 |
| 10/19/16 | AQ | 0014 | Emails re: Canadian escrow agreement and currency motion. | 0.20 |
| 10/19/16 | DHB | 0014 | Communications re: currency conversion issues (.2) (.2); emails re: Canadian hearing re: same (.4). | 0.80 |
| 10/19/16 | CIW | 0014 | Conduct legal research for Canadian currency conversion motion. | 8.00 |
| 10/20/16 | FSH | 0014 | Communications with D. Botter, Cleary re: Canadian plan. | 0.20 |
| 10/20/16 | AL | 0014 | Review Canadian order entering currency conversion motion. | 0.30 |
| 10/24/16 | FSH | 0014 | Commence review of Canadian plan. | 0.30 |
| 10/24/16 | DHB | 0014 | Begin review of Canadian plan. | 0.60 |
| 10/24/16 | KMR | 0014 | Review draft disclosure statement for tax issues. | 3.50 |
| 10/25/16 | RAJ | 0014 | Review Canadian plan. | 0.80 |
| 10/25/16 | DHB | 0014 | Canadian plan review. | 0.80 |
| 10/25/16 | AL | 0014 | Collect signatures for Canadian Escrow Agreement (.4); coordinate | 1.20 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  
Invoice Number: 1690624

Page 6  
November 28, 2016

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| | | | transmittal to Goodmans (.8). | |
| 10/26/16 | DHB | 0014 | Continue review of Canadian plan. | 1.50 |
| 10/27/16 | DHB | 0014 | Review Canadian plan comments and consider same (1.2); emails re: same (.4). | 1.60 |
| 10/28/16 | FSH | 0014 | Review revised Canadian plan (.7); analyze comments of Cassels, Cleary to same (.3). | 1.00 |
| 10/30/16 | FSH | 0014 | Analyze Canadian plan revisions. | 0.30 |
| 10/31/16 | FSH | 0014 | Examine Canadian claims information. | 0.20 |
| 10/31/16 | FSH | 0014 | Review revised Canadian plan. | 0.60 |
| 10/31/16 | RAJ | 0014 | Emails re: coordination with Canadian plan process. | 0.20 |
| 10/31/16 | DHB | 0014 | Continue review of Canadian plan (.7); emails re: same (.2). | 0.90 |
| 10/14/16 | KMR | 0018 | Work on summary of post-allocation settlement US tax issues. | 0.70 |
| 10/18/16 | FSH | 0018 | Review information from K. Rowe re: tax issues. | 0.10 |
| 10/18/16 | KMR | 0018 | Draft email summarizing end of case US allocation tax issues. | 1.00 |
| 10/20/16 | KMR | 0018 | Began reviewing tax provisions in draft disclosure statement. | 0.50 |
| 10/21/16 | KMR | 0018 | Began review draft of disclosure statement for the NNI plan for tax issues. | 0.80 |
| 10/23/16 | KMR | 0018 | Continued review of tax provisions of disclosure statement. | 1.00 |
| 10/25/16 | KMR | 0018 | Continue work on tax provisions of plan disclosure document (.8); review emails (.2). | 1.00 |
| 10/30/16 | KMR | 0018 | Review revised draft disclosure statement for tax issues. | 2.20 |
| 10/12/16 | RAJ | 0022 | Emails with Cleary re: draft Plan of Reorganization and draft Disclosure Statement (.2); multiple emails with Akin team re: same (.2). | 0.40 |
| 10/13/16 | RAJ | 0022 | Analyze next steps for Plan. | 0.70 |
| 10/14/16 | RAJ | 0022 | Analyze issues re: next steps in Plan process (.5); emails with Akin team re: same (.3, .1); review draft Plan (1.4); review Monitor's motion record re: currency conversion (.5). | 2.80 |
| 10/14/16 | AQ | 0022 | Review and analyze distribution provisions of draft plan. | 0.60 |
| 10/16/16 | DHB | 0022 | Begin review and comment on plan. | 2.00 |
| 10/17/16 | FSH | 0022 | Communications with D. Botter, B. Kahn re: Plan (.1); commence review of same (2.3); analyze issues re: same (.4); examine published reports (.2); examine EMEA letter (.1); meet with D. Botter re: pending issues (.2); communications with A. Qureshi re: same (.1); communications with R. Johnson re: agenda (.1); confer with C. Samis re: pending issues (.1); conference call with A. Qureshi and D. Botter re: foregoing matters (.3); call with Cleary re: foregoing issues (.7). | 4.60 |
| 10/17/16 | RAJ | 0022 | Multiple emails with Akin team re: next steps in Plan process (.4, .2); review edits to draft Plan (.4). | 1.00 |
| 10/17/16 | AQ | 0022 | Confer with F. Hodara and D. Botter re: privilege issues (.2); emails re: draft Plan (.2). | 0.40 |
| 10/17/16 | DHB | 0022 | Email communications re: plan-related issues (.2); continue review of plan draft (1.8); communications with F. Hodara and A. Qureshi re: same (.3) (.3); telephone call with Committee member re: plan-related issues (.5); follow-up with Cleary re: same (.5). | 3.60 |
| 10/17/16 | BMK | 0022 | Review and comment on draft plan (2.6); call with Cleary re: Plan (0.6) | 3.20 |
| 10/18/16 | FSH | 0022 | Continue work on draft Plan (1.5); communications with B. Kahn, BRG, R. Johnson re: Plan draft (.3); review information re: plan (.1); communications with D. Botter, B. Kahn, BRG, Cleary re: same (.2); same re: NNSA documentation (.2); review Plan documents (.5); communications with B. Kahn, R. Johnson, D. Botter, A. Qureshi re: same (.4). | 3.20 |
| 10/18/16 | RAJ | 0022 | Develope comments to draft Plan (.7); multiple emails with Akin team re: comments to draft Plan (.3, .2, .2); emails with Akin and BRG re: Plan issues (.2); review revised markup of Plan (.6); related emails (.3, .1). | 2.60 |
| 10/18/16 | DHB | 0022 | Continue review and comments on Plan (1.5); review F. Hodara and B. Kahn comments re: same (.5); layer additional comments (.5); work re: | 4.50 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE                                      Page 7
Invoice Number: 1690624                                              November 28, 2016

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| | | | Plan and emails re: same (.8); extensive emails and analysis re: same (.8) (.2); review French notice and emails re: same (.2). | |
| 10/18/16 | BMK | 0022 | Review and comment on draft Plan. | 2.70 |
| 10/18/16 | CIW | 0022 | Read correspondence re: Plan research assignment. | 0.20 |
| 10/19/16 | FSH | 0022 | Analyze plan issues (.1); review information re: distributions from BRG and communications re: same (.3); communications with B. Kahn, R. Johnson re: time-line (.2); further analysis of jurisdictional issue (.3); work on time-line (.3); communications with D. Botter, Cleary re: plan issues (.1); analyze same (.2). | 1.50 |
| 10/19/16 | RAJ | 0022 | Further analyze issues re: divestiture of jurisdiction (.9, 1.2); meeting with A. Evans, C. Weinreb re: research (1.0); multiple follow-up emails with A. Evans, C. Weinreb re: results of research (.4, .3); analyze applicable case law (.8); review US Debtors' reply brief on currency conversion (.2); multiple emails with Akin team re: same (.2, .1); communicate with B. Kahn re: elements of timeline for Plan and Disclosure Statement (.2, .1); multiple emails with Akin team re: same (.2); draft and edit timeline (1.1); analyze issues and case law re: mootness (.5); review transcripts of prior hearings involving settlement of matters on appeal (.3); review draft motion to shorten notice for motion to approve disclosure statement and related emails (.4). | 7.90 |
| 10/19/16 | AQ | 0022 | Review and analyze consolidated Akin Plan comments and emails re: same (.7); review and analyze objection to currency motion and emails re: same (.3); review and analyze re: divestiture of jurisdiction (.3). | 1.30 |
| 10/19/16 | DHB | 0022 | Email communications re: plan related issues and SPSA issues (.2) (.3); review debtors' response to objection (.4); emails re: same (.2) (.2); review motion to shorten re: DS (.3); emails re: same (.1) (.1); email correspondence re: US plan, DS (.1). | 1.60 |
| 10/19/16 | AME | 0022 | Meet with R. Johnson and C. Weinreb re: objection to currency conversion motion and related research issues (1.0); research issues re: objection, correspond with R. Johnson and C. Weinreb re: same (6.2); review US Debtors reply to objection (.3). | 7.50 |
| 10/19/16 | AL | 0022 | Review USD reply to objection to currency conversion motion. | 0.20 |
| 10/20/16 | FSH | 0022 | Communicate with D. Botter re: plan issues (.2); communicate with B. Kahn, D. Botter, A. Loring re: next steps (.3); review revised plan (.7); communications with D. Botter, B. Kahn, R. Johnson re: same (.3); communications with D. Botter, Cleary re: Plan (.2). | 1.50 |
| 10/20/16 | RAJ | 0022 | Analyze divestiture issues (1.2); review caselaw re: divestiture (.7); review revised Plan (.4); analyze draft Disclosure Statement (.8); multiple emails with Akin team re: draft Disclosure Statement (.3, .1). | 3.50 |
| 10/20/16 | AQ | 0022 | Review draft motion to shorten re: DS (.1); emails re: same (.1). | 0.20 |
| 10/20/16 | DHB | 0022 | Review multiple drafts and sets of comments of plan (2.5); email communications re: various SPSA prerequisites, including French consent (.3). | 2.80 |
| 10/20/16 | BMK | 0022 | Review and comment on updated draft plan (3.1); review committee member comments (0.3); call with committee member re: same (0.2) | 3.60 |
| 10/20/16 | AME | 0022 | Attention to correspondence re: draft plan and disclosure statement | 0.20 |
| 10/20/16 | AL | 0022 | Review disclosure statement and updated plan (.7); internal communication re: same (.2). | 0.90 |
| 10/21/16 | FSH | 0022 | Communications with Committee members re: Plan and DS (.3); commence review of DS (1.0); communications with Cleary, D. Botter, B. Kahn, BRG re: same (.4); communicate with Cassels re: Plans (.1). | 1.80 |
| 10/21/16 | RAJ | 0022 | Further analyze divestiture issues (1.4); analyze issues re: classification of claims (.3, .1); multiple issues with Akin team re: classification of claims (.2, .1, .1); review edits to draft Plan (.4). | 2.60 |
| 10/21/16 | DHB | 0022 | Emails re: plan issues and work re: same (.5); continue review of plan (.4); begin review of DS (.6). | 1.50 |
| 10/21/16 | BMK | 0022 | Review Plan and DS drafts (2.8); review committee member comments | 3.80 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  
Invoice Number: 1690624

Page 8  
November 28, 2016

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| | | | to same (0.7); emails re: same (0.3) | |
| 10/21/16 | AME | 0022 | Attention to correspondence re: draft plan and disclosure statement | 0.20 |
| 10/21/16 | AL | 0022 | Incorporate comments to Plan. | 2.90 |
| 10/22/16 | BMK | 0022 | Review and comment on draft Disclosure Statement | 1.80 |
| 10/23/16 | FSH | 0022 | Communications with Cleary, D. Botter, B. Kahn re: plans, issues among parties (.3); analyze same (.1). | 0.40 |
| 10/23/16 | DHB | 0022 | Continue review of DS (2.0); email communications re: signature pages (.1). | 2.10 |
| 10/23/16 | BMK | 0022 | Review and comment on draft Disclosure Statement | 1.40 |
| 10/24/16 | FSH | 0022 | Continue work on Plan and DS (.6); communications with Cleary, B. Kahn, D. Botter, A. Loring re: same (.3); review Canadian Plan (.3). | 0.90 |
| 10/24/16 | RAJ | 0022 | Review revised version of Plan (.6); review and comment on draft Disclosure Statement (1.3); multiple emails with Akin team re: Plan and D/S (.4, .3); review comments to D/S (.5). | 3.10 |
| 10/24/16 | DHB | 0022 | Review next round of comments and further comments to plan draft (.6) (.4); emails re: same (.1); continue DS review (1.9); emails re: same and comments (.4). | 3.40 |
| 10/24/16 | BMK | 0022 | Review updated Plan draft and comment on same. | 1.30 |
| 10/24/16 | AL | 0022 | Review Plan documents (.7); input revisions to Disclosure Statement draft (4.0). | 4.70 |
| 10/25/16 | FSH | 0022 | Communications with BRG, D. Botter, R. Johnson re: meeting and re: Plan and DS issues (.7); communicate with BRG re: DS exhibits (.3); communications with Committee members re: documents (.3); prepare for call with Debtor and Bonds on Plan (.2); participate in same (1.6); review comments to Plan (.5); communications with BRG, D. Botter and B. Kahn re: pending issues. | 3.90 |
| 10/25/16 | FSH | 0022 | Communications with BRG, D. Botter, R. Johnson re: meeting and re: Plan and DS issues (.7); communicate with BRG re: DS exhibits (.3); communications with Committee members re: documents (.3); prepare for call with Debtor and Bonds on Plan (.2); participate in same (1.6); review comments to Plan (.5); communications with BRG, D. Botter and B. Kahn re: pending issues. | 0.80 |
| 10/25/16 | RAJ | 0022 | Multiple emails with Akin and BRG teams re: Disclosure Statement and Plan (.5, .3); review US Debtors' draft recovery analysis and accompanying notes (.7); review Indenture Trustees' comments to draft Plan (.4). | 1.90 |
| 10/25/16 | AQ | 0022 | Review and analyze comments to DS and emails re: same (.3); review and analyze consolidated Plan and DS comments and related emails (.4). | 0.70 |
| 10/25/16 | DHB | 0022 | Email communications re: plan issues (.2) and recovery analysis (.1); continue Plan and DS review (.7); conference call with U.S. Interests re: same (1.4); emails with clients re: plan issues (.2). | 2.60 |
| 10/25/16 | BMK | 0022 | Review of Plan issues (1.8); call with Hodara, Botter, Cleary team, Milbank team re: same (1.4); follow up to same (0.4) | 3.60 |
| 10/25/16 | AME | 0022 | Attention to correspondence re: draft plan and disclosure statement | 0.30 |
| 10/25/16 | AL | 0022 | Consolidate comments to Plan (2.0); review disclosure statement documents (.9). | 2.90 |
| 10/26/16 | FSH | 0022 | Examine revised drafts and proposed comments (.4); communications with B. Kahn, D. Botter, BRG re: same (.2); review recovery analysis and analyze issues therein (.3). | 0.90 |
| 10/26/16 | RAJ | 0022 | Review Joint Administrators' application to UK court and supporting papers (.6); analyze divestiture issue (1.2); review revised Disclosure Statement (.7); review revisions to Plan (.4); multiple emails with Akin, Cleary teams re: revisions (.4, .3); review BRG financial analysis (.6). | 4.20 |
| 10/26/16 | AQ | 0022 | Review and analyze revised DS and related emails. | 0.40 |
| 10/26/16 | DHB | 0022 | Review US Debtors exhibits to plan (.4); telephone call with C. Kearns re: same (.2); emails with team re: same (.2) (.1); analysis of recovery scenarios (.4); continue review of drafts of DS (.7). | 2.00 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE                                          Page 9
Invoice Number: 1690624                                                    November 28, 2016

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| 10/26/16 | BMK | 0022 | Review and comment on Plan and DS documents (2.6); emails re: same (0.3) | 2.90 |
| 10/26/16 | KMR | 0022 | Continued review of disclosure statement and reorganization plans and related issues. | 1.20 |
| 10/26/16 | AL | 0022 | Compile comments to Disclosure Statement (1.4); compile comments to Plan (.4). | 1.80 |
| 10/27/16 | FSH | 0022 | Review Cassels comments (.1); communications with Cassels, D. Botter, B. Kahn re: plan issues (.5); conference call with BRG re: recovery analysis (.7); review issues in DS and modifications (.7); confer with D. Botter, B. Kahn, A. Loring, R. Johnson, K. Rowe re: documents, next steps (.2); examine distribution provisions (.3); communications with parties re: distribution mechanics (.2). | 2.70 |
| 10/27/16 | RAJ | 0022 | Confer with Akin, BRG teams re: recovery analysis (.7); emails with Akin, BRG teams re: same (.4); review revisions to draft Plan (.5); review comments to draft Plan (.4); emails re: distribution mechanics (.3). | 2.30 |
| 10/27/16 | DHB | 0022 | Continue review of plan draft and DS draft (1.2); emails re: same and issues (.4); continue review of analysis re: recovery outcomes (.3); conference call re: same (.6). | 2.50 |
| 10/27/16 | BMK | 0022 | Review of plan and DS documents. | 2.60 |
| 10/27/16 | KMR | 0022 | Continue review draft plans of reorganization (.8); meeting re: status of the case (.6). | 1.40 |
| 10/27/16 | AL | 0022 | Research precedent for plan support letter (.5); draft same (2.6). | 3.10 |
| 10/28/16 | FSH | 0022 | Review organizational chart, recovery analysis, liquidation analysis and other DS documents (.6); review Cassels notes re: harmonizing plans and analyze issues re: same (.3); communications with Cleary re: drafts (.2); review Canadian plan (.7); analyze comments of Cassels, Cleary to same (.3); communications with Cassels, D. Botter re: same (.2); examine revised DS (.9). | 2.20 |
| 10/28/16 | RAJ | 0022 | Multiple emails with Akin and Cleary teams re: revisions in Plan and DS (.4, .2); review revisions to Plan (.7); review drafts of exhibits to DS (.5); multiple emails re: UK application to High Court of Justice (.3); review emails re: distribution mechanics (.2, .3); review draft solicitation procedures motion (.5). | 3.10 |
| 10/28/16 | AQ | 0022 | Review and analyze emails re: revised DS (.3); emails re: distribution mechanics (.2). | 0.50 |
| 10/28/16 | BMK | 0022 | Review of Plan and DS Documents (1.4); emails re: same (0.2); participate in call re: plan distribution mechanics (0.5). | 2.10 |
| 10/28/16 | AME | 0022 | Attention to correspondence re: draft DS motion. | 0.10 |
| 10/29/16 | FSH | 0022 | Examine information re: plan and related issues (.3); conference call with Cleary re: same (.4). | 0.70 |
| 10/29/16 | RAJ | 0022 | Emails re: revised Plan and related documents. | 0.50 |
| 10/29/16 | DHB | 0022 | Communicate with B. Kahn re: distribution issues (.1); conference call with Cleary re: same (.4); emails re: plan issues and next steps (.1); continue review of draft of DS sections (1.5); emails re: same (.1); review plan comments (.6); emails re: same (.1) (.1). | 3.00 |
| 10/29/16 | BMK | 0022 | Review updated plan and DS. | 1.80 |
| 10/29/16 | AME | 0022 | Attention to correspondence re: draft plan. | 0.10 |
| 10/29/16 | AL | 0022 | Internal communication re: Plan documents. | 0.20 |
| 10/30/16 | FSH | 0022 | Analyze US plan issues (.3); review revised US plan (.7); communications with D. Botter and B. Kahn re: same (.3). | 1.30 |
| 10/30/16 | RAJ | 0022 | Review revised Disclosure Statement, Plan, supporting documents, and related emails. | 1.40 |
| 10/30/16 | DHB | 0022 | Email communications re: plan issues (.1) (.2); review latest changes to DS (2x) (1.5) and emails re: same (.3) (.2). | 2.30 |
| 10/30/16 | BMK | 0022 | Further review of Plan and DS issues. | 0.90 |
| 10/30/16 | AME | 0022 | Attention to correspondence re: draft disclosure statement. | 0.10 |

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| 10/31/16 | FSH | 0022 | Commence review of Plan documents (.8); communications with B. Kahn and D. Botter re: plan issue (.4); review Ashursts notes re: documents and analyze issues therein (.3); review plan edits and recommendations re: same (1.0); examine J. Stark order re: pending appeals (.1); communications with Cleary re: documents (.1); communications with Cassels re: documents (.1); further communications with D. Botter and B. Kahn re: documents and next steps and analyze same (.2). | 3.00 |
| 10/31/16 | RAJ | 0022 | Review draft Administration Agreement (.3); emails with Akin team re: Plan provisions (.4, .2); multiple emails with Cleary re: Plan and DS edits (.4, .3, .5); review and comment on draft Plan Support letter (.2). | 2.30 |
| 10/31/16 | DHB | 0022 | Review Plan issues and emails (.5) (.2); telephone call with L. Schweitzer re: plan provisions (.1); telephone call with B. Feder re: status (.2) and email with team re: same (.1); review US plan (.6); emails re: same (.1); review DS (.8); extensive emails re: plan-related proceedings (.2). | 2.80 |
| 10/31/16 | BMK | 0022 | Review updated Plan documents (1.5); emails with Hodara, Botter re: same (0.6); call with Guiney re: same (0.3); review and comment on support letter (0.4) | 2.80 |
| 10/31/16 | KMR | 0022 | Continued review of revised disclosure document and plan; related emails. | 1.70 |
| 10/31/16 | AME | 0022 | Attention to correspondence re: draft plan. | 0.10 |
| 10/31/16 | AL | 0022 | Revise Committee Plan Support Letter. | 0.60 |
| 10/21/16 | FSH | 0025 | Non-productive travel en route to court hearing in Delaware (actual time 1.0); non-productive travel time on return (actual time 2.0). | 1.50 |
| 10/21/16 | DHB | 0025 | Travel to and from Wilmington (actual time 2.5). | 1.25 |
| 10/03/16 | FSH | 0029 | Communications with Milbank, Cleary re: pending issues (.5); communications with D. Botter, R. Johnson, A. Qureshi re: same (.3); communications with and about parties (.2). | 1.00 |
| 10/03/16 | RAJ | 0029 | Multiple emails re: status of SPSA and approvals (.3, .2); analyze issues re: appellate briefing and status report due to court (1.4, .5); multiple emails with Akin team re: same (.2, .2). | 2.80 |
| 10/03/16 | AQ | 0029 | Emails re: allocation settlement and related 3d. Circuit scheduling issues (.3); review EMEA 3d. Circuit settlement proposal and compare same to US proposal (.3). | 0.60 |
| 10/03/16 | AL | 0029 | Review allocation document. | 0.70 |
| 10/04/16 | FSH | 0029 | Call with J. Bromley re: allocation status (.1); conference call with Goodmans re: same (.4); analyze issues re: same (.5); communicate with D. Botter and B. Kahn re: same (.2); memo to Committee re: foregoing (.2); communications with B. Kahn, R. Johnson, BRG re: analysis (.2); numerous additional communications with Committee members and advisors re: foregoing (1.2); analyze financial disclosure in connection with NDA (.2); communications with Chilmark, FTI re: same (.2); review briefing proposal and reactions and communicate with R. Johnson re: same (.2); analyze issues in connection therewith (.2); communicate with J. Bromley re: process (.1); communicate with B. Kahn re: same (.1). | 3.80 |
| 10/04/16 | RAJ | 0029 | Analyze allocation issues re: conditions precedent (1.3, .5); analyze issues re: necessary approvals to allocation (.6); multiple emails with Akin team re: same (.4, .2, .3); analyze issues re: appellate briefing (.7); review 2019 statement of Bondholder Group (.2). | 4.20 |
| 10/04/16 | AQ | 0029 | Emails re: status of settlement discussions and appellate briefing schedule (.2); review revised proposed schedule (.2). | 0.40 |
| 10/04/16 | DHB | 0029 | Email communications re: allocation issues (.2) and execution of same (.4) (.2) and NDA issues (.1). | 0.90 |
| 10/04/16 | BMK | 0029 | Review of allocation document issues (1.4); emails with Hodara, | 2.10 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  
Invoice Number: 1690624

Page 11  
November 28, 2016

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| | | | Johnson re: same (0.4); email to UCC re: same (0.3) | |
| 10/04/16 | JYY | 0029 | Review allocation settlement updates. | 0.10 |
| 10/04/16 | AME | 0029 | Attention to correspondence re: allocation. | 0.20 |
| 10/05/16 | FSH | 0029 | Examine communications re: allocation appeal briefing schedule and analyze proposals (.2); communications with Cleary, Milbank re: next steps (.3); confer with R. Johnson re: briefing (.1); work on signature issues and confer with B. Kahn, D. Botter re: same (.1); confer with BRG re: next steps (.1); review executed SPSA (.4); communicate with Committee re: same (.2); communications with B. Kahn and R. Johnson re: same (.3); analyze SPSA issues (.3). | 2.00 |
| 10/05/16 | RAJ | 0029 | Analyze issues re: allocation appeal briefing proposals and word limits (.5, .3); multiple emails with Akin team re: briefing proposals (.3, .2, .4); emails with U.S. Debtors and Bondholder Group re: briefing proposals (.3, .2); review execution copy of SPSA (.7); emails with Akin, BRG re: same (.4); analyze issues re: conditions precedent and subsequent (1.2). | 4.50 |
| 10/05/16 | AQ | 0029 | Review and analyze revised proposal allocation appellate briefing schedule and emails re: same. | 0.50 |
| 10/05/16 | DHB | 0029 | Communications re: 3rd Circuit allocation appeal briefing schedule issues (.5); SPSA (.2) (.2) (.1). | 1.00 |
| 10/05/16 | BMK | 0029 | Review of allocation document finalization matters. | 0.80 |
| 10/05/16 | JYY | 0029 | Reviewing correspondence re: settlement update. | 0.10 |
| 10/05/16 | AME | 0029 | Attention to correspondence re: SPSA. | 0.10 |
| 10/05/16 | ZJC | 0029 | Discuss and respond to draft counter-proposal for Third Circuit allocation appeal briefing. | 0.20 |
| 10/05/16 | PAS | 0029 | Email correspondence re: proposed counter-proposal on Third Circuit allocation appeal briefing format. | 0.40 |
| 10/05/16 | AL | 0029 | Review internal correspondence re: allocation document. | 0.40 |
| 10/06/16 | FSH | 0029 | Communications with A. Leblanc re: Bondholder allocation meeting (.1); communicate with J. Bromley re: same (.1); outline next steps (.2); communications with D. Botter, B. Kahn, BRG re: same (.3); communicate with D. Botter, B. Kahn and A. Loring re: process issues (.2); communicate with R. Johnson re: Third Circuit issues (.1); review and analyze information re: same (.2); conference call with Cleary re: pending issues (.5); communicate with B. Kahn and D. Botter re: same (.1); follow-up communications re: briefing (.1). | 1.90 |
| 10/06/16 | RAJ | 0029 | Call with D. Stein (Cleary) re: Third Circuit allocation appeal filing (.2); analyze briefing counter-proposals (.4, .3); multiple emails with US Debtors, Bondholder Group re: negotiations on briefing word limits and schedule (.5, .4, .2); multiple emails with Akin team re: same (.3, .2, .4); confer with Managing Clerk re: Third Circuit filings (.2); review multiple emails among group of all appellants and among all parties (1.4, .5); review and comment on draft joint letter to Third Circuit (.2). | 5.20 |
| 10/06/16 | AQ | 0029 | Emails re: status of SPSA and appellate briefing schedule. | 0.30 |
| 10/06/16 | DHB | 0029 | Call with Cleary re: SPSA issues (.5); email communications re: 3rd Circuit allocation appeal letter and work re: same (.2) (.2). | 0.90 |
| 10/06/16 | BMK | 0029 | Review of allocation document issues (1.3); call with cleary team re: same (0.5) | 1.80 |
| 10/06/16 | BMK | 0029 | Review letter re: allocation appeal (0.2); emails re: same (0.4) | 0.60 |
| 10/06/16 | KMR | 0029 | Update re: status of the allocation settlement. | 0.20 |
| 10/06/16 | AME | 0029 | Confer with F. Hodara, D. Botter, R. Johnson, B. Kahn, A. Loring re: SPSA and Third Circuit Appeal | 0.20 |
| 10/06/16 | ZJC | 0029 | Review and discuss Third Circuit allocation appeal briefing counterproposals (.1) and draft of joint letter to court (.2). | 0.30 |
| 10/06/16 | PAS | 0029 | Communicate with R. Johnson re: proposed Third Circuit allocation appeal briefing schedule (.2); review email correspondence from co-counsel re: Appellee's new proposal and provide comments to group (1.1). | 1.30 |

| | | | | |
|---|---|---|---|---|
| NORTEL NETWORKS INC. CREDITORS COMMITTEE | | | | Page 12 |
| Invoice Number: 1690624 | | | | November 28, 2016 |

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| 10/07/16 | FSH | 0029 | Review communications re: allocation appeal briefing and letter (.2); analyze issues re: same (.6) and numerous communications with R. Johnson, J. Chen, P. Shah, B. Kahn, D. Botter, A. Qureshi and Committee re: same (.2). | 1.00 |
| 10/07/16 | RAJ | 0029 | Multiple emails with Debtors' counsel re: letter to Third Circuit (.5, .8, .3); analyze allocation appeal briefing proposals and counter-proposals (.4, .3); multiple emails to Committee providing updates (x5) re: Third Circuit developments and filing deadline (.7, .5); review news report of settlement and multiple related emails (.4); emails with final edits to joint letter to Third Circuit (.3); emails with Bondholder Group counsel (.2). | 4.40 |
| 10/07/16 | AQ | 0029 | Review and analyze draft correspondence to 3d. Circuit re: allocation briefing schedule; emails re: same (.7); emails with Cleary and Milbank re: 3d. Circuit schedule and briefing issues (.3). | 1.00 |
| 10/07/16 | DHB | 0029 | Email communications and multiple drafts of 3rd Circuit allocation appeal letter (.2) (.5); emails re: trading impact (.1). | 0.80 |
| 10/07/16 | BMK | 0029 | Review letter re: allocation appeal (0.4); emails re: same (0.8); review updates re: allocation document (0.5). | 1.70 |
| 10/07/16 | AME | 0029 | Review draft letters to the Third Circuit re: allocation appeal update (.2); attention to correspondence re: same (.2). | 0.40 |
| 10/07/16 | ZJC | 0029 | Review and respond to drafts of joint letter filing in Third Circuit allocation appeal. | 0.40 |
| 10/07/16 | PAS | 0029 | Review various versions of Third Circuit allocation appeal briefing letter (.4) and follow up email correspondence (.3). | 0.70 |
| 10/10/16 | FSH | 0029 | Examine reports re: allocation appeal and communications with BRG re: same (.2); analyze proposed notice and communications with Cleary, B. Kahn, D. Botter re: same (.5). | 0.70 |
| 10/10/16 | RAJ | 0029 | Review and comment on draft notice of execution of SPSA (.2); multiple emails with Akin team re: same (.2, .1); review news reports of SPSA (.3); analyze SPSA next steps (.4). | 1.20 |
| 10/10/16 | AQ | 0029 | Review and analyze draft notice of allocation settlement (.2) and emails with Cleary and Milbank re: same (.1). | 0.30 |
| 10/10/16 | DHB | 0029 | Review notice re: SPSA (.1) and emails related thereto (.2) (.1). | 0.30 |
| 10/10/16 | BMK | 0029 | Review draft notice of allocation settlement (0.6); emails re: same (0.3); review finalized version of SPSA (1.7). | 2.60 |
| 10/10/16 | AME | 0029 | Review correspondence and news article re: status of Third Circuit allocation appeal. | 0.10 |
| 10/11/16 | FSH | 0029 | Communications with Cleary, D. Botter re: timing, press release, notice (.2); examine same (.2); numerous additional comments with parties re: same (.2). | 0.60 |
| 10/11/16 | RAJ | 0029 | Multiple emails re: status of SPSA (.5, .3); review Monitor's draft press release (.1); draft email updates to Committee re: status of SPSA joinders and expected next steps (.7, .4); multiple emails with U.S. Debtors, Bondholder Group re: same (.3, .1); review Third Circuit allocation appeal order and related emails (.1); emails with U.S. Debtors re: financial information to be disclosed (.2); analyze financial information (.7); multiple emails with Akin, BRG teams re: same (.5). | 3.90 |
| 10/11/16 | AQ | 0029 | Review correspondence re: SPSA (.2); review and analyze draft press release re: allocation settlement and emails re: same (.2). | 0.40 |
| 10/11/16 | DHB | 0029 | Email communications re: allocation settlement agreement and notice (.3) (.1); press releases (.4); 3rd Circuit allocation appeal order (.1). | 0.90 |
| 10/11/16 | BMK | 0029 | Review of final SPSA and notices re: same. | 1.80 |
| 10/11/16 | JYY | 0029 | Review updates re: allocation settlement discussions. | 0.10 |
| 10/11/16 | KMR | 0029 | Review draft materials for announcing the allocation settlement agreement. | 0.30 |
| 10/11/16 | AME | 0029 | Review correspondence re: status of SPSA. | 0.20 |
| 10/11/16 | ZJC | 0029 | Review Third Circuit order on appeal proceedings and update on | 0.20 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  Page 13
Invoice Number: 1690624  November 28, 2016

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| | | | allocation settlement negotiations. | |
| 10/11/16 | PAS | 0029 | Review Third Circuit allocation appeal order on status and briefing schedule. | 0.20 |
| 10/12/16 | FSH | 0029 | Conclusion of SPSA, examine documents and communications with parties and Committee re: same (1.1); examine reports (.1). | 1.20 |
| 10/12/16 | RAJ | 0029 | Review execution copy of SPSA (.5); multiple emails with Cleary re: finalization of SPSA, redaction of confidential items, and financial exhibit (.4, .3, .1); further analyze financial data for release (.4); call with BRG re: financial data to be released (.2); analyze joinders from Crossover Bonds holders and joinder data (.5); multiple emails with Akin team re: SPSA (.5, .3, .2); draft updates to Committee re: SPSA issues and SPSA execution (.4, .3). | 4.10 |
| 10/12/16 | AQ | 0029 | Review and analyze emails and as-filed pleadings re: allocation settlement. | 0.50 |
| 10/12/16 | DHB | 0029 | Review press releases re: allocation settlement (.3); email communications re: settlement (.4). | 0.70 |
| 10/12/16 | AME | 0029 | Review correspondence and news alerts re: updates on final SPSA and public filing. | 0.40 |
| 10/12/16 | AL | 0029 | Review allocation documents (.2); internal correspondence re: SPSA filing (.2). | 0.40 |
| 10/13/16 | FSH | 0029 | Review motion to shorten and motion to convert and analyze issues therein (.6); analyze issues raised re: SPSA (.5); examine aspects of SPSA (.3); examine press releases (.2); examine supporting documents (.4); communications with D. Botter, R. Johnson, A. Qureshi, B. Kahn re: next steps (.7); TC with Milbank re: pending issues (.3); numerous communications with D. Botter, Cleary, A. Qureshi re: next steps (.3). | 3.30 |
| 10/13/16 | AQ | 0029 | Review and analyze allocation documents and related materials (.4); emails re: common interest issues (.2); emails re: opposition to settlement (.2). | 0.80 |
| 10/13/16 | JYY | 0029 | Review correspondence re: allocation settlement updates. | 0.20 |
| 10/13/16 | KMR | 0029 | Update re: final allocation settlement agreement. | 0.30 |
| 10/13/16 | AME | 0029 | Communicate with F. Hodara, D. Botter, A. Qureshi, R. Johnson, B. Kahn, K. Lowe, A. Loring after Committee Call re: SPSA next steps (.2); review Reorg Research press release re: allocation settlement (.2); attention to correspondence re: bondholder update (.1). | 0.50 |
| 10/13/16 | AL | 0029 | Review allocation document (.4); prepare allocation document for distribution (.2). | 0.60 |
| 10/14/16 | FSH | 0029 | Review analyses of settlement and remaining issues. | 0.40 |
| 10/14/16 | RAJ | 0029 | Review news reports of allocation settlement and objections (.3); emails re: bond pricing (.1). | 0.40 |
| 10/14/16 | AQ | 0029 | Communicate with F. Hodara re: allocation issues (.2); consider and draft email to team re: allocation issues (.3). | 0.50 |
| 10/14/16 | JYY | 0029 | Review updates re: allocation settlement. | 0.10 |
| 10/15/16 | DHB | 0029 | Review correspondence re: allocation document and emails re: same. | 0.30 |
| 10/16/16 | AQ | 0029 | Emails re: allocation issues. | 0.20 |
| 10/16/16 | AL | 0029 | Internal correspondence re: allocation issues. | 0.20 |
| 10/17/16 | RAJ | 0029 | Analyze jurisdictional issues re: pending allocation appeals. | 1.40 |
| 10/17/16 | AL | 0029 | Revise allocation document. | 2.30 |
| 10/18/16 | RAJ | 0029 | Analyze issues re: divestiture of jurisdiction (.4, 1.5); emails with Akin team re: same (.2, .3, .1); analyze IFSA (.4); draft argument re: non-divestiture (1.5); emails re: statement in opposition to allocation settlement (.3). | 4.70 |
| 10/18/16 | AME | 0029 | Review Response to allocation document (.3); correspond with F. Hodara, D. Botter, R. Johnson, C. Weinreb re: response and related research issues (.5). | 0.80 |
| 10/18/16 | AL | 0029 | Review response to allocation document (.2); internal communication re: same (.1). | 0.30 |

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| 10/19/16 | FSH | 0029 | Analyze positions of parties re: allocation (.3); communications with BRG, D. Botter re: same (.2); review pleadings re: allocation (.2); numerous communications re: same with R. Johnson, B. Kahn, D. Botter (.4). | 1.10 |
| 10/20/16 | FSH | 0029 | Examine allocation documents and communications with D. Botter and L. Schweitzer re: same (.2); analyze issues re: SPSA and communications with R. Johnson, B. Kahn, D. Botter re: same (.4). | 0.60 |
| 10/20/16 | RAJ | 0029 | Review and comment on draft joint letter to Third Circuit re: allocation appeals (.3, .2); multiple emails with Akin and Cleary teams re: draft joint letter (.2, .1, .3). | 1.10 |
| 10/20/16 | AQ | 0029 | Review draft allocation appellate status report from Cleary and emails re: same (.3); review draft joint letter to 3d Circuit and emails re: same (.2). | 0.50 |
| 10/20/16 | DHB | 0029 | Review 3rd Circuit allocation appeal letter and emails re: same (.3) (.1) (.1). | 0.50 |
| 10/20/16 | JYY | 0029 | Review allocation settlement update. | 0.10 |
| 10/21/16 | FSH | 0029 | Communications with Cleary, R. Johnson, D. Botter, B. Kahn re: allocation settlement issues (.2); meet with Whiteford re: same (.4); confer with Committee members re: same (.2); confer with Milbank re: pending issues (.2); follow-up with parties from hearing and review report (.3); communications re: signatures (.2). | 1.50 |
| 10/21/16 | RAJ | 0029 | Edits to draft letter to Third Circuit re: allocation appeal (.1); multiple emails with Akin team re: same (.1). | 0.20 |
| 10/21/16 | AQ | 0029 | Emails re: status reports to District Court and 3d. Circuit re: allocation appeal. | 0.20 |
| 10/21/16 | DHB | 0029 | Review status report letters, including 3rd Circuit letter (.6); emails re: same (.2) (.1); correspondence re: allocation (.2). | 1.10 |
| 10/21/16 | AL | 0029 | Review letter in Third Circuit Allocation Appeal. | 0.40 |
| 10/23/16 | FSH | 0029 | Communications with Goodmans, D. Botter, A. Loring re: allocation documents. | 0.20 |
| 10/24/16 | FSH | 0029 | Communicate with A. Qureshi re: litigation aspects (.1); analyze same (.1); communications with D. Botter, B.Kahn, A. Loring re: allocation (.2). | 0.40 |
| 10/24/16 | AQ | 0029 | Review and analyze emails re: allocation negotiations. | 0.20 |
| 10/24/16 | JYY | 0029 | Review allocation settlement updates. | 0.20 |
| 10/24/16 | AME | 0029 | Review news alert related to SPSA (.1); review joint status reports to the district court (.2); attention to correspondence re: allocation (.1). | 0.40 |
| 10/25/16 | RAJ | 0029 | Confer with counsel for Debtors, BNY Mellon re: joint letter to Third Circuit re: allocation appeal (.2); multiple emails with Akin team re: same (.3). | 0.50 |
| 10/25/16 | AQ | 0029 | Review updated status report to Judge Stark on allocation appeals and emails re: same. | 0.20 |
| 10/25/16 | JYY | 0029 | Review correspondence re: allocation updates. | 0.40 |
| 10/26/16 | FSH | 0029 | Review and analyze allocation document. | 0.20 |
| 10/26/16 | JYY | 0029 | Review correspondence re: allocation document updates. | 0.40 |
| 10/28/16 | RAJ | 0029 | Confer with Cleary re: software licenses related to allocation litigation (.2); emails with Akin team re: same (.1). | 0.30 |
| 10/11/16 | AL | 0030 | Correspondence with KCC re: website invoices. | 0.10 |
| 10/13/16 | AL | 0030 | Internal communication re: KCC invoices for UCC website maintenance. | 0.60 |
| 10/18/16 | AL | 0030 | Review invoices for website maintenance (.6); communication with outside parties re: same (.2). | 0.80 |
| 10/31/16 | RAJ | 0031 | Multiple emails with Ashurst re: proceedings in UK High Court (.3, .4, .1). | 0.80 |
| | | | Total Hours | 416.75 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  
Invoice Number: 1690624

Page 15  
November 28, 2016

**TIMEKEEPER TIME SUMMARY:**

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| F S HODARA | 66.80 | at | $1325.00 | = | $88,510.00 |
| R A JOHNSON | 103.60 | at | $1050.00 | = | $108,780.00 |
| A QURESHI | 11.60 | at | $1175.00 | = | $13,630.00 |
| D H BOTTER | 61.25 | at | $1220.00 | = | $74,725.00 |
| B M KAHN | 54.10 | at | $900.00 | = | $48,690.00 |
| P A SHAH | 2.60 | at | $950.00 | = | $2,470.00 |
| K M ROWE | 15.80 | at | $860.00 | = | $13,588.00 |
| J Y YECIES | 1.70 | at | $785.00 | = | $1,334.50 |
| Z CHEN | 1.10 | at | $700.00 | = | $770.00 |
| A M EVANS | 12.60 | at | $580.00 | = | $7,308.00 |
| C I WEINREB | 8.20 | at | $580.00 | = | $4,756.00 |
| A LORING | 74.80 | at | $455.00 | = | $34,034.00 |
| S A D'ADDESE | 2.60 | at | $225.00 | = | $585.00 |

Current Fees     $399,180.50

**FOR COSTS ADVANCED AND EXPENSES INCURRED:**

| | |
|---|---|
| Computerized Legal Research - Lexis | $85.55 |
| Computerized Legal Research - Westlaw | $83.12 |
| Courier Service/Messenger Service- Off Site | $44.93 |
| Document Retrieval | $271.00 |
| Duplication - In House | $231.70 |
| Meals (100%) | $800.02 |
| Postage | $42.40 |
| Travel - Ground Transportation | $276.23 |
| Travel - Train Fare | $622.00 |

Current Expenses     $2,456.95

**Total Amount of This Invoice**     **$401,637.45**

**Total Balance Due Upon Receipt**     **$401,637.45**