# EXHIBIT C

**DISBURSEMENT SUMMARY**

**OCTOBER 1, 2016 THROUGH OCTOBER 31, 2016**

| | |
|---|---:|
| Computerized Research, Corporate Service Fees & PACER Charges | $168.67 |
| Courier Service/Messenger Service – Off-Site | $44.93 |
| Document Retrieval | $271.00 |
| Duplication – In House | $231.70 |
| Meals (100%) | $800.02 |
| Postage | $42.40 |
| Travel – Ground Transportation | $276.23 |
| Travel – Train Fare | $622.00 |
| **TOTAL** | **$2,456.95** |