# EXHIBIT D



NORTEL NETWORKS INC. CREDITORS COMMITTEE
ATTN: JOHN  DOLITTLE
8601 SIX FORKS ROAD
SUITE 400
RALEIGH, NC  27615

| | |
|---|---|
| Invoice Number | 1690624 |
| Invoice Date | 11/28/16 |
| Client Number | 687147 |
| Matter Number | 0001 |

Re: CHAPTER 11

FOR PROFESSIONAL SERVICES RENDERED THROUGH  10/31/16 :

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | | Value |
|---|---|---|
| 10/05/16 | Document Retrieval  USAGE FROM: 7/1/16 - 9/30/16 VENDOR: PACER SERVICE CENTER; INVOICE#: 2503192-Q32016; DATE: 10/5/2016 | $271.00 |
| 10/06/16 | Meals (100%)  10/6/16 - ANITA GOMEZ VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800452; DATE: 10/6/2016 Committee call - 8 people | $173.11 |
| 10/12/16 | Meals (100%)  VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 2508515 DATE: 10/16/2016 Anthony Loring - Bella Vita 43rd/8th) - 10/12/2016 | $25.06 |
| 10/12/16 | Travel - Ground Transportation VENDOR: ANTHONY LORING INVOICE#: 1462571410271300 DATE: 10/27/2016 Taxi/Car Service/Public Transport, 10/12/16, Late taxi home., Uber | $18.99 |
| 10/13/16 | Duplication - In House  Photocopy - Loring, Anthony, NY, 1490 page(s) | $149.00 |
| 10/13/16 | Meals (100%)  10/13/16 - ANITA | $207.73 |

|            |                                                                                                                                                                                 |          |
|------------|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|----------|
|            | GOMEZ VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800455; DATE: 10/13/2016 - Committee call - 10 people                                                                         |          |
| 10/17/16   | Travel - Ground Transportation VENDOR: ANTHONY LORING INVOICE#: 1462571410271300 DATE: 10/27/2016 Taxi/Car Service/Public Transport, 10/17/16, Late taxi home., Uber             | $19.23   |
| 10/19/16   | Computerized Legal Research - Westlaw User: EVANS,ANNIE Date: 10/19/2016 AcctNumber: 1000193694 ConnectTime: 0.0                                                                 | $83.12   |
| 10/19/16   | Travel - Train Fare  VENDOR: FRED S. HODARA INVOICE#: 1467506710251505 DATE: 10/25/2016 Rail Fare, 10/19/16, Train from Penn Station to Wilmington re: court hearing., Amtrak     | $139.00  |
| 10/19/16   | Travel - Train Fare  VENDOR: FRED S. HODARA INVOICE#: 1467506710251505 DATE: 10/25/2016 Rail Fare, 10/19/16, Train from Wilmington to Penn Station re: court hearing., Amtrak  Business class - reduced | $122.00  |
| 10/19/16   | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: 1663MK  CUI; Charge Type: DOCUMENT PRINTING; Quantity: 2.0                                          | $27.45   |
| 10/19/16   | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: 1663MK  CUI; Charge Type: SINGLE DOCUMENT RETRIEVAL; Quantity: 2.0                                  | $43.92   |
| 10/19/16   | Computerized Legal Research - Lexis Service: SHEPARD'S SERVICE; Employee: 1663MK  CUI; Charge Type: LEGAL CITATION SERVICES; Quantity: 2.0                                       | $14.18   |
| 10/20/16   | Meals (100%)  10/20/16 - ANITA GOMEZ VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800456; DATE: 10/20/2016 - Committee call - 10 people                                          | $209.58  |
| 10/20/16   | Travel - Ground Transportation VENDOR: ANTHONY LORING INVOICE#: 1482922311031703 DATE: 11/3/2016 Taxi/Car Service/Public Transport, 10/20/16, Late taxi home., UberX             | $19.57   |
| 10/20/16   | Travel - Train Fare  VENDOR: AMERICAN EXPRESS INVOICE#: 514941 DATE: 10/20/2016 NAME: BOTTER DAVID H TICKET #:                                                                    | $32.00   |

|          |                                                                                                                                                                                             |           |
|----------|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----------|
| 10/20/16 | 0696461980 DEPARTURE DATE: 10/21/2016 ROUTE: UNKNOWN Travel - Train Fare  VENDOR: AMERICAN EXPRESS INVOICE#: 514941 DATE: 10/20/2016 NAME: BOTTER DAVID H TICKET #: 0010086143 DEPARTURE DATE: 10/21/2016 ROUTE: NYP WIL NYP Business class-reduced | $337.00   |
| 10/21/16 | Travel - Ground Transportation VENDOR: FRED S. HODARA INVOICE#: 1467506710251505 DATE: 10/25/2016 Taxi/Car Service/Public Transport, 10/21/16, Taxi from home to Penn Station re: court hearing., NYC Taxi | $9.36     |
| 10/21/16 | Travel - Ground Transportation VENDOR: FRED S. HODARA INVOICE#: 1467506710251505 DATE: 10/25/2016 Taxi/Car Service/Public Transport, 10/21/16, Taxi from Newark Penn Station to Westfield, NJ re: court hearing., NYC Taxi | $60.00    |
| 10/21/16 | Travel - Ground Transportation VENDOR: DAVID H. BOTTER INVOICE#: 1470081610311502 DATE: 10/31/2016 Taxi/Car Service/Public Transport, 10/21/16, Taxi from Wilmington train station to Bankruptcy Court to attend hearing., Bright Star Taxi | $10.00    |
| 10/21/16 | Travel - Ground Transportation VENDOR: ANTHONY LORING INVOICE#: 1482922311031703 DATE: 11/3/2016 Taxi/Car Service/Public Transport, 10/21/16, Late taxi home., UberX | $29.95    |
| 10/21/16 | Courier Service/Messenger Service- Off Site  VENDOR: FEDEX OFFICE INVOICE#: 5-586-03674 DATE: 10/21/2016 10/14/16 Sharon Botter -Hotel Guest | $44.93    |
| 10/21/16 | Travel - Train Fare  VENDOR: AMERICAN EXPRESS INVOICE#: 515821 DATE: 10/21/2016 NAME: BOTTER DAVID H TICKET #: 0696503133 DEPARTURE DATE: 10/21/2016 ROUTE: UNKNOWN | $32.00    |
| 10/21/16 | Travel - Train Fare  VENDOR: AMERICAN EXPRESS INVOICE#: 515821 DATE: 10/21/2016 NAME: BOTTER DAVID H TICKET #: 3207029925 DEPARTURE DATE: 10/21/2016 ROUTE: NYP WIL NYP | $86.00    |
| 10/21/16 | Travel - Train Fare  VENDOR: AMERICAN EXPRESS INVOICE#: AMEX11-16BOTTER/DAV DATE: | $-126.00  |

|  |  |  |
|---|---|---|
|  | 10/21/2016<br>NAME: BOTTER DAVID H TICKET #:<br>0010086150 DEPARTURE DATE:<br>10/21/2016 ROUTE: NYP WIL NYP |  |
| 10/25/16 | Travel - Ground Transportation<br>VENDOR: ANTHONY LORING<br>INVOICE#: 1482922311031703 DATE:<br>11/3/2016<br>Taxi/Car Service/Public Transport,<br>10/25/16, Late taxi home., UberX | $26.66 |
| 10/26/16 | Postage  US Postage - Loring, Anthony,<br>NY, 1 piece(s) | $42.40 |
| 10/27/16 | Duplication - In House  Photocopy -<br>Loring, Anthony, NY, 827 page(s) | $82.70 |
| 10/27/16 | Travel - Ground Transportation<br>VENDOR: ANTHONY LORING<br>INVOICE#: 1482922311031703 DATE:<br>11/3/2016<br>Taxi/Car Service/Public Transport,<br>10/27/16, Late taxi home., UberX | $82.47 |
| 10/27/16 | Meals (100%)  10/27/16 - Anita Gomez<br>VENDOR: RESTAURANT<br>ASSOCIATES; INVOICE#:<br>2033800458; DATE: 10/27/2016 | $184.54 |
|  | Current Expenses | $2,456.95 |

**Total Amount of This Invoice**      **$401,637.45**

**Total Balance Due Upon Receipt**      **$401,637.45**