# EXHIBIT E

# SUMMARY OF ATTORNEYS AND LEGAL ASSISTANTS RENDERING SERVICES DURING THE PERIOD OCTOBER 1, 2016 THROUGH OCTOBER 31, 2016

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | 2016 Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| David H. Botter | Partner for 14 years; Admitted in 1990; Financial Restructuring Department | $1,220 | 61.25 | $74,725.00 |
| Fred S. Hodara | Partner for 27 years; Admitted in 1982; Financial Restructuring Department | $1,325 | 66.80 | $88,510.00 |
| Robert A. Johnson | Partner for 19 years; Admitted in 1988; Litigation Department | $1,050 | 103.60 | $108,780.00 |
| Brad M. Kahn | Partner as of January 1, 2016; Admitted in 2008; Financial Restructuring Department | $900 | 54.10 | $48,690.00 |
| Abid Qureshi | Partner for 8 years; Admitted in 1995; Financial Restructuring Department | $1,175 | 11.60 | $13,630.00 |
| Pratik Shah | Partner for 3 years; Admitted in 2002; Litigation Department | $950 | 2.60 | $2,470.00 |
| Kevin M. Rowe | Senior Counsel for 15 years; Admitted in 1985; Tax Department | $860 | 15.80 | $13,588.00 |
| Julius Chen | Counsel for 2 years; Admitted in 2010; Litigation Department | $700 | 1.10 | $770.00 |
| Jacqueline Y. Yecies | Counsel for 3 years; Admitted in 2009; Litigation Department | $785 | 1.70 | $1,334.50 |
| Anne M. Evans | Associate for 3 years; Admitted in 2014; Litigation Department | $580 | 12.60 | $7,308.00 |

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | 2016 Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| Carly I. Weinreb | Associate for 3 years; Admitted in 2014; Litigation Department | $580 | 8.20 | $4,756.00 |
| Anthony Loring | Associate for 1 year; Admitted in 2016; Financial Restructuring Department | $455 | 74.80 | $34,034.00 |
| Sarah A. D'Addese | Legal Assistant for 3 years; Financial Restructuring Department | $225 | 2.60 | $585.00 |

Total Amount of Fees:    **$399,180.50**

Total Number of Hours:    416.75

Blended Hourly Rate:    **$957.84**