# **<u>EXHIBIT A</u>**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Nortel Networks Inc., *et al.*,[1] | ) | Case No. 09-10138 (KG) |
| | ) | (Jointly Administered) |
| Debtors. | ) | **Re: D.I. _____** |

### ORDER GRANTING MOTION OF INNINGS TELECOM EUROPE, LTD. FOR AUTHORITY TO AMEND PREPETITION CLAIMS

**UPON CONSIDERATION** of Innings Telecom Europe Ltd. (the "Movant's") *Motion for Authority to Amend Its Pre-Petition Claims* (the "Motion") and due and proper notice of the Motion having been given, and no other or further notice being necessary or required; and after due deliberation and sufficient cause appearing therefore IT IS HEREBY ORDERED that:

1. The Motion is GRANTED; and

2. Movant is granted leave to file amended claims to increase Claim No. 4394 by $127,400.00 to $479,965.80, and Claim No. 4448 by $1,450.00 to $34,758.54; and

3. Movant shall file its amended proofs of claim within seven (7) days of the entry of this Order; and

4. The amended proofs of claim shall be deemed timely filed.

_____
Honorable Kevin Gross
United States Bankruptcy Judge

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Atlsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567), Nortel Networks (CALA) Inc. (4226), and Nortel Networks India International Inc. (8667). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.