# **EXHIBIT 1**

# Bill Sullivan

**From:** Francis Prabhu <francipr@nortel.com>
**Sent:** Friday, July 02, 2010 2:00 PM
**To:** Mark Henshall
**Subject:** RE: Nortel and Avaya Q4 Reports

Hi Mark

The earlier reports which I have sent is correct.

Payments have been approved as below.
14 Jan to 30 Sep 2009  - $ 49,200.00
1 Oct to 18 Dec 2009  - $ 15,302.50

Also as discussed, Pls be adviceclaim due date has been expired and Court will not accept any claims.

Regards,
Prabhu


**From:** Mark Henshall [mailto:markhenshall@iteluk.com]
**Sent:** Wednesday, June 30, 2010 3:01 PM
**To:** Prabhu, Francis (SALA:BSPO)
**Subject:** RE: Nortel and Avaya Q4 Reports

Hi Prabhu

As per our telephone conversation this morning, I will await an updated report from you for the period Post Chapter 11.

Also, can you please confirm if there is any course of action we can take with the Court Monitors to seek recompense for the missing reports Pre Chapter 11 - $128,850.  This sum would have been included in our Claim to the court, but was omitted due to ITEL not receiving the reports from Nortel.

Many thanks for your assistance on this matter.

Best Regards, Mark

Mark Henshall
Managing Director
ITEL

( Tel:      +44 (0) 1244 670202
  Fax:      +44 (0) 1244 670202
  Email:    markhenshall@iteluk.com

This electronic message contains information from Innings Telecom Europe Ltd (ITEL), which may be privileged and confidential. The information is intended for use only by the individuals or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this message in error, please notify us by telephone or email immediately, and delete it from your system.

**From:** Francis Prabhu [mailto:francipr@nortel.com]
**Sent:** 30 June 2010 10:05

1

**To:** Mark Henshall
**Subject:** RE: Nortel and Avaya Q4 Reports

Hi Mark

Yes.. It was pending for approvals.

Also be advised that payment will be processed as below.

14 Jan to 30 Sep 2009  - $ 49,200.00
1 Oct to 18 Dec 2009  - $ 15,302.50

Regards,
Prabhu


**From:** Mark Henshall [mailto:markhenshall@iteluk.com]
**Sent:** Wednesday, June 30, 2010 2:22 PM
**To:** Prabhu, Francis (SALA:BSPO)
**Subject:** RE: Nortel and Avaya Q4 Reports

Hi Prabhu

Many thanks for the reports. I suspected that they were held up pending approval.

Best Regards, Mark

Mark Henshall
Managing Director
ITEL

( Tel:      +44 (0) 1244 670202
📠 Fax:     +44 (0) 1244 670202
📧 Email:   markhenshall@iteluk.com

This electronic message contains information from Innings Telecom Europe Ltd (ITEL), which may be privileged and confidential. The information is intended for use only by the individuals or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this message in error, please notify us by telephone or email immediately, and delete it from your system.

**From:** Francis Prabhu [mailto:francipr@nortel.com]
**Sent:** 30 June 2010 08:14
**To:** Mark Henshall
**Subject:** RE: Nortel and Avaya Q4 Reports

Hi Mark

I know it's too late.. Sorry for this. I just got approval from our management to process the payments for Post filing period ( Jan14th - Sep 30th '09).

Also pls find attached files for below periods.

NTKC0728, NTKC0730 ( Post Filing Jan 14th - Sep 30th).

NTKC0728, NTKC0730 ( Pre Filing Jan 13th).  Need to cover the whole of 2007, 2008 and start of 2009.

2

Thanks.

Regards,
Prabhu

---

**From:** Mark Henshall [mailto:markhenshall@iteluk.com]
**Sent:** Wednesday, June 30, 2010 4:59 AM
**To:** Prabhu, Francis (SALA:BSPO)
**Subject:** RE: Nortel and Avaya Q4 Reports
**Importance:** High

Hi Prabhu

I am being asked by our auditors for the missing reports.

Can you provide me a date when they will be available?

Best Regards, Mark

Mark Henshall
Managing Director
ITEL

| Tel: | +44 (0) 1244 670202 |
| Fax: | +44 (0) 1244 670202 |
| Email: | markhenshall@iteluk.com |

This electronic message contains information from Innings Telecom Europe Ltd (ITEL), which may be privileged and confidential. The information is intended for use only by the individuals or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this message in error, please notify us by telephone or email immediately, and delete it from your system.

**From:** Francis Prabhu [mailto:francipr@nortel.com]
**Sent:** 11 June 2010 10:26
**To:** Mark Henshall
**Subject:** RE: Nortel and Avaya Q4 Reports

Hi Mark

Wilfrido has left Nortel.

I will run the report for these periods and provide you by next week ASAP.


Regards,
Prabhu

---

**From:** Mark Henshall [mailto:markhenshall@iteluk.com]
**Sent:** Friday, June 11, 2010 2:08 PM
**To:** Prabhu, Francis (SALA:BSPO)
**Subject:** RE: Nortel and Avaya Q4 Reports

Hi Prabhu

Thank you for taking on this action. Has Wilfrido left Nortel? I am getting my emails bounced back by the Nortel Server?

3

Also, can you run the reports for the following items

NTKC0728, NTKC0730 ( Post Filing Jan 14th - Sep 30th).

NTKC0728, NTKC0730 ( Pre Filing Jan 13th).  Need to cover the whole of 2007, 2008 and start of 2009.

I understand the Pre Filing reports will not be paid, but I need to report on these items and lodge them in our accounts.

Best Regards, Mark

<u>Mark Henshall</u>
Managing Director
ITEL

( Tel:       +44 (0) 1244 670202
  Fax:      +44 (0) 1244 670202
  Email:    <u>markhenshall@iteluk.com</u>

This electronic message contains information from Innings Telecom Europe Ltd (ITEL), which may be privileged and confidential. The information is intended for use only by the individuals or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this message in error, please notify us by telephone or email immediately, and delete it from your system.

**From:** Francis Prabhu [mailto:francipr@nortel.com]
**Sent:** 11 June 2010 08:57
**To:** Mark Henshall; Cote, Michel AVAYA (External:CAR:0700); Wilfrido Valdez Barrera; Delia, Rosemary (Rosemary)
**Subject:** RE: Nortel and Avaya Q4 Reports

Hi Mark

Will work with AP to release the Payments for Q4'09 - $ 15302.50

Regards,
Prabhu


**From:** Mark Henshall [mailto:markhenshall@iteluk.com]
**Sent:** Thursday, June 10, 2010 10:07 PM
**To:** Cote, Michel AVAYA (External:CAR:0700); Wilfrido Valdez Barrera; Prabhu, Francis (SALA:BSPO); Delia, Rosemary (Rosemary)
**Subject:** RE: Nortel and Avaya Q4 Reports
**Importance:** High

Hi Michel / Rosemary / Francis / Wilfrido

Your reports are perfect.  They cover the revenue associated with the missing BCM 5.0 and ICC shipments during the Quarter 4 period.

Before I raise the ITEL invoices (to Avaya) and send them to Rosemary, I want to ensure that the values of the invoices I raise match your internal PO's.

## Nortel Reports
- Initial Quarter 4 report was received by ITEL on 12th February - £275,160.54 - Paid on 19th February

4

- 2nd Version of the Quarter 4 report was provided by Mark Henshall on 25th February and agreed by Nortel on 2nd March - $22,895 - Paid on 9th March - Amendments to cover missing SCS Hosted Docs revenue on the Initial Quarter 4 Report
- 3rd Version of the Quarter 4 report was received by ITEL on 28th May - £15,302.50 - Payment not yet received - Amendments to cover missing ICC and R5.0 revenue

**Outstanding value to be Paid = $15,302.50**

## Avaya Reports

- Initial Quarter 4 report was received by ITEL on 12th February - £27,388.50 - Not Paid
- 2nd Version of the Quarter 4 report was provided by Mark Henshall - see attached email on 25th February - It showed an extra $4,340 to cover missing SCS Hosted Docs revenue on the Initial Quarter 4 Report - Payment not yet received.
- 3rd Version of the Quarter 4 report was received by ITEL on 28th May - £14,901.50 - Payment not yet received - Amendments to cover missing ICC and R5.0 revenue.

**Outstanding value to be Paid = $46,630.00**

Wilfrido, I know you do not need me to forward a paper invoice. Is everything in order to effect a wire transfer for the $15,302.50?

Rosemary / Michel, can you confirm the values above so that I can generate the invoices and email them to Rosemary.

Best Regards, Mark

Mark Henshall
Managing Director
ITEL

| | |
|---|---|
| ( Tel: | +44 (0) 1244 670202 |
| Fax: | +44 (0) 1244 670202 |
| Email: | markhenshall@iteluk.com |

This electronic message contains information from Innings Telecom Europe Ltd (ITEL), which may be privileged and confidential. The information is intended for use only by the individuals or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this message in error, please notify us by telephone or email immediately, and delete it from your system.

**From:** COTE, MICHEL (MICHEL) [mailto:michelcote@avaya.com]
**Sent:** 28 May 2010 20:07
**To:** Mark Henshall
**Cc:** Francis Prabhu; ALLARD, PHILIPPE G (PHILIPPE); Delia, Rosemary (Rosemary)
**Subject:** RE: Nortel and Avaya Q4 Reports

Hi Mark,
Though I should not be the one providing the Q4 2009 reports from Nortel, I include it here. I also include the 18-31 Dec 2009 portion for the codes that were missing.

Does that conclude what we owe you for the moment?

Best Regards,
MC

**From:** Mark Henshall [mailto:markhenshall@iteluk.com]
**Sent:** Wednesday, May 26, 2010 4:44 AM
**To:** COTE, MICHEL (MICHEL)

5

**Cc:** Francis Prabhu; ALLARD, PHILIPPE G (PHILIPPE)
**Subject:** RE: Nortel and Avaya Q4 Reports

Michel

Can you send me the raw data for the outstanding report.

To assist everyone in bringing this matter to a conclusion, I will provide an analysis of the data for you to review.

Best Regards, Mark

Mark Henshall
Managing Director
ITEL

Tel:    +44 (0) 1244 670202
Fax:    +44 (0) 1244 670202
Email:  markhenshall@iteluk.com

This electronic message contains information from Innings Telecom Europe Ltd (ITEL), which may be privileged and confidential. The information is intended for use only by the individuals or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this message in error, please notify us by telephone or email immediately, and delete it from your system.

**From:** ALLARD, PHILIPPE G (PHILIPPE) [mailto:phallard@avaya.com]
**Sent:** 25 May 2010 21:27
**To:** Mark Henshall
**Cc:** COTE, MICHEL (MICHEL); Francis Prabhu
**Subject:** RE: Nortel and Avaya Q4 Reports

Hi Mark,

It is best if this information comes from Michel as he has primeship for it.


Hi Michel,

Can you follow up with Mark.


Thank you.

Regards
Philippe


**From:** Mark Henshall [mailto:markhenshall@iteluk.com]
**Sent:** Monday, May 24, 2010 12:17 PM
**To:** ALLARD, PHILIPPE G (PHILIPPE)
**Cc:** Francis Prabhu; COTE, MICHEL (MICHEL)
**Subject:** FW: Nortel and Avaya Q4 Reports

Hi Philippe

Prabhu has provided me with the Nortel reports for the period October 1st 2009 to December 18th 2009. He has indicated below that he has sent the December 19th to December 31st 2009 to yourself.

6

Are you able to forward to me this report so that I can close off this accounting period?

Best Regards, Mark

Mark Henshall
Managing Director
ITEL

| | |
|---|---|
| ( Tel: | +44 (0) 1244 670202 |
| Fax: | +44 (0) 1244 670202 |
| Email: | markhenshall@iteluk.com |

This electronic message contains information from Innings Telecom Europe Ltd (ITEL), which may be privileged and confidential. The information is intended for use only by the individuals or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this message in error, please notify us by telephone or email immediately, and delete it from your system.

**From:** Francis Prabhu [mailto:francipr@nortel.com]
**Sent:** 17 May 2010 09:04
**To:** Mark Henshall
**Cc:** Cote, Michel AVAYA (External:CAR:0700); Allard, Philippe AVAYA (External:CAR:9X6A)
**Subject:** RE: Nortel and Avaya Q4 Reports

Hi Mark

I had run the reports for Q4'09 ( Nortel - 1st Oct'09 - 18th Dec'09 and Avaya 19th Dec'09 - 31st Dec'09) for below codes and provided to Philippe to confirm.

I need to run the report for only two codes NTKC0728, NTKC0730 ( Post Filing Jan 14th - Sep 30th).  Will check and advice.

Regards,
Prabhu


**From:** Mark Henshall [mailto:markhenshall@iteluk.com]
**Sent:** Sunday, May 16, 2010 2:07 AM
**To:** Prabhu, Francis (SALA:BSPO)
**Cc:** Cote, Michel AVAYA (External:CAR:0700); Allard, Philippe AVAYA (External:CAR:9X6A)
**Subject:** RE: Nortel and Avaya Q4 Reports

Hi Prabhu

Your help in progressing this matter has been invaluable and I greatly appreciate your help.  If your review Philippe's email below you will see that for some time now a number of codes which incur a royalty fee to ITEL have not been tracked / reported upon. Unfortunately I need you assistance to run a report on the 9 unreported codes show below.  In fact I need 3 reports:

- Nortel Pre Chapter 11
- Nortel Post Chapter 11 to December 18th 2010
- Avaya December 19th to December 31st 2010

The latest report sent to me via Avaya for the period January 1st - March 31st 2010 does cover the missing reports shown below.

7

Once again your assistance in this matter is greatly appreciated.

Best Regards, Mark

Mark Henshall
Managing Director
ITEL

( Tel:     +44 (0) 1244 670202
Fax:      +44 (0) 1244 670202
Email:    markhenshall@iteluk.com

This electronic message contains information from Innings Telecom Europe Ltd (ITEL), which may be privileged and confidential. The information is intended for use only by the individuals or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this message in error, please notify us by telephone or email immediately, and delete it from your system.

**From:** ALLARD, PHILIPPE G (PHILIPPE) [mailto:phallard@avaya.com]
**Sent:** 30 April 2010 03:53
**To:** Mark Henshall
**Cc:** COTE, MICHEL (MICHEL)
**Subject:** RE: Nortel and Avaya Q4 Reports

Hi Mark,

Sorry for the time it took me to reply - I needed to make sure I capture correct information - here it is.

In all cases, Michel Cote is the right interface to get reports and will work with the appropriate person to get them produced.

>   NTKC0728 BCM50 Intelligent Contact Centre Electronic Authorization License with 1 SkillSet and 2 Agents
>
>   This code has been available for some time - according to our ordering system it was introduced in May 2007.
>
>   I do not know if it was ever reported on - however, I found this code to be missing from the current tracking database (which indicates that it may never have been reported on). Please follow up with Michel Cote for queries on this - however, my understanding is that Avaya will only address royalties going back to 4Q09.
>
>   NTKC0730 BCM50 Intelligent Contact Center - Agent Electronic Authorization License
>
>   This code has been available for some time - according to our ordering system it was introduced in May 2007.
>
>   I do not know if it was ever reported on - however, I found this code to be missing from the current tracking database (which indicates that it may never have been reported on). Please follow up with Michel Cote for queries on this - however, my understanding is that Avaya will only address royalties going back to 4Q09.
>
>   NTBU3179 BCM50e 5.0 Demo Bundle (includes 2 ICC agent seats)
>
>   NTBU3179 was introduced on Dec 7, 2009. I would expect volumes to be minimal (and possibly 0 for 4Q09).
>
>   NTE803ML02 BCM50 EMEA Software Demo package (includes 4 ICC agent seats)
>
>   NTE803ML02 was introduced on Dec 7, 2009. I would expect volumes to be minimal (and possibly 0 for 4Q09).

8

NTE803MK02 BCM50 Text vor Melden – Advanced Functionality (includes 1 ICC agent seat)

NTE803MK02 was introduced on Nov 2, 2009. I would expect volumes to be minimal (and possibly 0 for 4Q09).

NTC06509BU BCM450 5.0 Demo Bundle (includes 2 ICC agent seats)

NTC06509BU was introduced on Dec 7, 2009. I would expect volumes to be minimal (and possibly 0 for 4Q09).

NTE802BC01 BCM 450 32 IP User 10 Agent Contact Centre Starter Package

NTE802BC01 was introduced on Nov 2, 2009. I would expect volumes to be minimal (and possibly 0 for 4Q09) -

NTE802BH01 BCM 450 32 TDM User 10 Agent Contact Centre Starter Package

NTE802BH01 was introduced on Nov 2, 2009. I would expect volumes to be minimal (and possibly 0 for 4Q09).

NTE802BQ01 BCM450 EMEA Demo System Software Package (includes 2 ICC agent seast)

NTE802BQ01 was introduced on Dec 7, 2009. I would expect volumes to be minimal (and possibly 0 for 4Q09).

Regards
Philippe

---

**From:** Mark Henshall [mailto:markhenshall@iteluk.com]
**Sent:** Tuesday, April 27, 2010 9:36 AM
**To:** ALLARD, PHILIPPE G (PHILIPPE)
**Cc:** COTE, MICHEL (MICHEL)
**Subject:** RE: Nortel and Avaya Q4 Reports

Hi Philippe

After reviewing the normal quarterly reports, I can't find any reference to the following codes.

NTKC0728 BCM50 Intelligent Contact Centre Electronic Authorization License with 1 SkillSet and 2 Agents

NTKC0730 BCM50 Intelligent Contact Center - Agent Electronic Authorization License

NTBU3179 BCM50e 5.0 Demo Bundle (includes 2 ICC agent seats)

NTE803ML02 BCM50 EMEA Software Demo package (includes 4 ICC agent seats)

NTE803MK02 BCM50 Text vor Melden – Advanced Functionality (includes 1 ICC agent seat)

NTC06509BU BCM450 5.0 Demo Bundle (includes 2 ICC agent seats)

9

NTE802BC01 BCM 450 32 IP User 10 Agent Contact Centre Starter Package

NTE802BH01 BCM 450 32 TDM User 10 Agent Contact Centre Starter Package

NTE802BQ01 BCM450 EMEA Demo System Software Package (includes 2 ICC agent seast)

Can you confirm when they were created and if they have ever been reported upon? If they haven't been reported upon is it Prabhu from whome I need to request a report?

Many thanks for your help.

Best Regards, Mark

Mark Henshall
Managing Director
ITEL

( Tel:      +44 (0) 1244 670202
  Fax:     +44 (0) 1244 670202
  Email:   markhenshall@iteluk.com

This electronic message contains information from Innings Telecom Europe Ltd (ITEL), which may be privileged and confidential. The information is intended for use only by the individuals or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this message in error, please notify us by telephone or email immediately, and delete it from your system.

**From:** ALLARD, PHILIPPE G (PHILIPPE) [mailto:phallard@avaya.com]
**Sent:** 23 April 2010 21:07
**To:** Mark Henshall
**Subject:** RE: Nortel and Avaya Q4 Reports

Hi Mark,

Here are the ICC products that apply to BCM Rls 5.0:

**Software Authorization codes - these are not BCM Rls 5.0 specific (but they do apply to BCM Rls 5.0) - none of these are new:**

NTBU1167 BCM50 Intelligent Contact Center (1 SkillSet, 2 Agents)

NTKC0143 BCM50 Intelligent Contact Centre Agent – 1 Seat Authorization Code

NTKC0144 BCM50 Intelligent Contact Centre Agent – 4 Seat Authorization Code

NTKC0145 BCM50 Intelligent Contact Centre Agent – 8 Seat Authorization Code

NTKC0146 BCM50 Intelligent Contact Centre Agent – 16 Seat Authorization Code

NTKC0147 BCM50 Intelligent Contact Centre Agent – 32 Seat Authorization Code

NTKC0728 BCM50 Intelligent Contact Center Electronic Authorization License with 1 SkillSet and 2 Agents

NTKC0730 BCM50 Intelligent Contact Center - Agent Electronic Authorization License

10

NTC01001KC BCM450 Intelligent Contact Center Paper Authorization License with 1 SkillSet and 2 Agents

NTC01007KC BCM450 Intelligent Contact Center Agent – 1 Seat Paper Authorization License

NTC01008KC BCM450 Intelligent Contact Center Agent – 4 Seat Paper Authorization License

NTC01009KC BCM450 Intelligent Contact Center Agent – 8 Seat Paper Authorization License

NTC01010KC BCM450 Intelligent Contact Center Agent – 16 Seat Paper Authorization License

NTC01011KC BCM450 Intelligent Contact Center Agent – 32 Seat Paper Authorization License

NTC01012KC BCM450 Intelligent Contact Center Agent – 64 Seat Paper Authorization License

NTC02001KC BCM450 Intelligent Contact Center - 1 (one) SkillSet and 2 (two) Agents Electronic Authorization License

NTC02003KC BCM450 Intelligent Contact Center - 1 (one) Agent Electronic Authorization License


**System bundles that include ICC and which were introduced in BCM Rls 5.0 timeline - these should be very low volume:**

NTBU3179 BCM50e 5.0 Demo Bundle (includes 2 ICC agent seats)

NTE803ML02 BCM50 EMEA Software Demo package (includes 4 ICC agent seats)

NTE803MK02 BCM50 Text vor Melden – Advanced Functionality (includes 1 ICC agent seat)

NTC06509BU BCM450 5.0 Demo Bundle (includes 2 ICC agent seats)

NTE802BC01 BCM 450 32 IP User 10 Agent Contact Centre Starter Package

NTE802BH01 BCM 450 32 TDM User 10 Agent Contact Centre Starter Package

NTE802BQ01 BCM450 EMEA Demo System Software Package (includes 2 ICC agent seast)


**BT bundles that include ICC - these are not new but do apply to BCM Rls 5.0 (they don't change PEC from release to release):**

NTE801NV BCM50 Digital 8+12 BRI Call Reception (includes 2 ICC Agent Seats)

NTE801NW BCM50 Digital 30+12 PRI Call Reception (includes 2 ICC Agent Seats)

NTE801NX BCM50 Digital 8+12 BRI ICC (5 Skillsets, 10 agents) (includes 10 ICC Agent Seats)

11

NTE801PZ BCM50 Digital 30+12 PRI ICC (5 Skillsets, 10 Agents) (includes 10 ICC Agent Seats)

NTE802CR BT BCM 450 Digital BRI 8 x 32 10 Agent ICC

NTE802CS BT BCM450 Digital PRI 30 x 32 10 Agent ICC

NTE802CT BT BCM 450 Digital BRI 8 x 64 10 Agent ICC

NTE802CU BT BCM 450 Digital PRI 30 x 64 10 Agent ICC

NTE802CV BT BCM 450 PRI 30 x 128 10 Agent ICC

NTE802CW BT BCM 450 VOIP 8 x 32 BRI 10 Agent ICC

NTE802CX BT BCM 450 VOIP 30 x 32PRI Voice 10 Agent ICC

NTE802CY BT BCM 450 VOIP 8x 64 BRI Voice 10 Agent ICC

NTE802CZ BT BCM 450 VOIP 30 x 64 PRI Voice 10 Agent ICC

NTE802DA BT BCM 450 VOIP 30 x 128 PRI Voice 10 Agent ICC

Regards
Philippe

**From:** Mark Henshall [mailto:markhenshall@iteluk.com]
**Sent:** Friday, April 23, 2010 10:27 AM
**To:** ALLARD, PHILIPPE G (PHILIPPE)
**Subject:** RE: Nortel and Avaya Q4 Reports

Hi Philippe

Can you confirm which of the following codes cover the ICC Agents seats on BCM 5.0? or are there new codes?

Hopefully this is my last question regarding BCM Codes.....!

Many thanks, Mark

| BCM 2.0 & BCM 4.0 ICC Agent Seats | NTBU1019 |
|---|---|
|  | NTKC0023 |
|  | NTKC0024 |
|  | NTKC0025 |

|  |  |
|---|---|
|  | NTKC0074 |
|  | NTKC0075 |
| **BCM 50 2.0 NA Bundles** | NTBU1111 & NTBU1112 |
| **BCM 50 2.0 EMEA Bundles** | NTE803ML |
|  | NTE803MK |
| **BCM 50 2.0 BT Bundles** | NTE801NX & NTE801PZ |
| **BCM 50 4.0 NA Bundles** | NTBU0956 |
| **BCM 50 4.0 EMEA Bundles** | NTE803AC, NTE803CA, NTE803CB, NTE801AM |
|  | NTE802W |
| **BCM 50 4.0 BT only Bundles** | NTE187LA to NTE187OA, NTE187UA, NTE801BI |
|  | NTE801BK & NTE801BL |
| **BCM 3.x** | NTAB3108 / A0792734 |
|  | NTKC01AAAD / A0806040 |
|  | NTKC0021/A0805846 |
|  | NTBU0392 / A0855609 |
|  | NTKC0122 / A0542874 |
|  | NTKC0126 / A0542875 |
|  | NTBU0748 / A0542877 |
|  | NTKC01AAAG / A0542880 |
|  | NTKC0022 / A0805847 |
|  | NTKC0128 / N0007608 |
|  | NTKC0129 / N0007609 |
| **BCM50 3.0** | NTKC0143 |
|  | NTKC0144 |
|  | NTKC0145 |
|  | NTKC0146 |
|  | NTKC0147 |
|  | NTBU1167 |
| **BCM50 3.0 BCM450 ICC** | NTC01001KC |
|  | NTC01007KC |

|  | NTC01008KC |
|---|---|
|  | NTC01009KC |
|  | NTC01010KC |
|  | NTC01011KC |
|  | NTC01012KC |
|  | NTC02001KC |
|  | NTC02003KC |
| **NA Bundles BCM450 Demo kit** | NTC06007BU |
| **EMEA Bundles BCM450 ACC** | NTE802BC |
|  | NTE802BH |
|  | NTE802BP |
|  | NTE802BQ |
| **BT Bundles BCM450 Digital & Voice** | NTE802CR |
|  | NTE802CS |
|  | NTE802CT |
|  | NTE802CU |
|  | NTE802CV |
|  | NTE802CW |
|  | NTE802CX |
|  | NTE802CY |
|  | NTE802CZ |

Mark Henshall
Managing Director
ITEL

( Tel:      +44 (0) 1244 670202
📠 Fax:      +44 (0) 1244 670202
✉ Email:    markhenshall@iteluk.com

This electronic message contains information from Innings Telecom Europe Ltd (ITEL), which may be privileged and confidential. The information is intended for use only by the individuals or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this message in error, please notify us by telephone or email immediately, and delete it from your system.

**From:** ALLARD, PHILIPPE G (PHILIPPE) [mailto:phallard@avaya.com]
**Sent:** 19 April 2010 15:44
**To:** Mark Henshall

14

**Cc:** Hagstrom, Todd Andrew (Todd)
**Subject:** RE: Nortel and Avaya Q4 Reports

Hi Mark,

Yes - all the codes are now entered in the system. Francis is workling on the next steps to produce the consumption report.

Regards
Philippe

---

**From:** Mark Henshall [mailto:markhenshall@iteluk.com]
**Sent:** Monday, April 19, 2010 7:09 AM
**To:** ALLARD, PHILIPPE G (PHILIPPE); Hagstrom, Todd Andrew (Todd)
**Cc:** COTE, MICHEL (MICHEL); francipr@nortel.com
**Subject:** RE: Nortel and Avaya Q4 Reports

Hi Philippe

Did you manage to track down the Release 5 codes?

Regards, Mark

<u>Mark Henshall</u>
Managing Director
ITEL

| | |
|---|---|
| Tel: | +44 (0) 1244 670202 |
| Fax: | +44 (0) 1244 670202 |
| Email: | markhenshall@iteluk.com |

This electronic message contains information from Innings Telecom Europe Ltd (ITEL), which may be privileged and confidential. The information is intended for use only by the individuals or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this message in error, please notify us by telephone or email immediately, and delete it from your system.

**From:** ALLARD, PHILIPPE G (PHILIPPE) [mailto:phallard@avaya.com]
**Sent:** 13 April 2010 14:25
**To:** Mark Henshall; Hagstrom, Todd Andrew (Todd)
**Cc:** COTE, MICHEL (MICHEL); francipr@nortel.com
**Subject:** RE: Nortel and Avaya Q4 Reports

Hi Mark,

It is in my priorities of this to do this week - I will make sure it gets completed.

Regards,
Philippe

15

Philippe Allard | Product Manager | Small & Medium Enterprise Communications | Avaya | 3500 Carling, Lab 3| Ottawa, ON K2H 8E9 | Tel +1 613 763 6434 | Email phallard@avaya.com

---

**From:** Mark Henshall [mailto:markhenshall@iteluk.com]
**Sent:** Tuesday, April 13, 2010 6:12 AM
**To:** Hagstrom, Todd Andrew (Todd); ALLARD, PHILIPPE G (PHILIPPE)
**Cc:** COTE, MICHEL (MICHEL); francipr@nortel.com
**Subject:** FW: Nortel and Avaya Q4 Reports

Hi Todd, Philippe

I have just spoken to Prabhu in Nortel (based in India) with respect to the BCM 5.0 codes. He has indicated he is awaiting the list of codes from PLM, which I assume is you guys.

It would be greatly appreciated if this information can be made available this week, since this matter should have been resolved many months ago.

Regards, Mark

Mark Henshall
Managing Director
ITEL

( Tel:      +44 (0) 1244 670202
📠 Fax:     +44 (0) 1244 670202
📧 Email:   markhenshall@iteluk.com

This electronic message contains information from Innings Telecom Europe Ltd (ITEL), which may be privileged and confidential. The information is intended for use only by the individuals or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this message in error, please notify us by telephone or email immediately, and delete it from your system.

**From:** Mark Henshall
**Sent:** 25 March 2010 13:00
**To:** 'toddhagstrom@avaya.com'
**Subject:** Fw: Nortel and Avaya Q4 Reports

Hi Todd
Will they know what codes to pull?
Regards, Mark

---

**From:** COTE, MICHEL (MICHEL) <michelcote@avaya.com>
**To:** Mark Henshall
**Cc:** francipr@nortel.com <francipr@nortel.com>
**Sent:** Thu Mar 25 12:55:27 2010
**Subject:** RE: Nortel and Avaya Q4 Reports

Hi Prabhu,
Is this something you have addressed? I can't do anything from my side as long as we track on the Nortel system. Thanks!

Best Regards,
MC

**From:** Mark Henshall [mailto:markhenshall@iteluk.com]
**Sent:** Thursday, March 25, 2010 8:52 AM
**To:** COTE, MICHEL (MICHEL); 'francipr@nortel.com'
**Cc:** HAGSTROM, TODD Andrew (TODD); ALLARD, PHILIPPE G (PHILIPPE)
**Subject:** Re: Nortel and Avaya Q4 Reports

Dear All
It is our year end at the close of March and I have a major outstanding query with the Oct-Dec 2009 Report. Can you please as a matter of urgency update your report to include the new BCM release 5 shipments.
Regards, Mark

---

**From:** Michel Cote <michelcote@avaya.com>
**To:** Mark Henshall; Francis Prabhu <francipr@nortel.com>
**Cc:** Todd Hagstrom <toddhagstrom@avaya.com>; Philippe Allard <phallard@avaya.com>
**Sent:** Wed Mar 10 13:05:16 2010
**Subject:** RE: Nortel and Avaya Q4 Reports

Prabhu,
Is this something you can check for ITEL?

Todd, Philippe, were there new codes we needed to start tracking on BCM 5.0 that were not provided to Prabhu?

Best Regards,
MC

---

**From:** Mark Henshall [mailto:markhenshall@iteluk.com]
**Sent:** Friday, March 05, 2010 11:41 AM
**To:** Cote, Michel AVAYA (CAR:0700)
**Subject:** Nortel and Avaya Q4 Reports
**Importance:** High

Hi Michel

On November 4th 2009, Nortel launched BCM50 5.0. I need to know if these shipments have been included in the Q4 reports.

Is there anyway you can check this out?

Regards, Mark

17