# EXHIBIT 2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X
:
In re                                                         : Chapter 11
:
Nortel Networks Inc., et al.,[1]                              : Case No. 09-10138 (KG)
:
Debtors.                                                      : Jointly Administered
:
---------------------------------------------------------------X

## SECOND NOTICE OF PROPOSED FORMAL ALLOWANCE OF CERTAIN CLAIMS AGAINST THE DEBTORS

**WHEREAS**, on February 2, 2016, the Debtors filed a Motion for an Order Establishing Procedures to Further the Resolution of Claims (D.I. 16514) (the "Motion"); and

**WHEREAS**, on February 19, 2016, the Court approved the Motion and entered an Order (the "Order") Approving Debtors' Motion for an Order Establishing Procedures to Further the Resolution of Claims (D.I. 16551) permitting the Debtors, *inter alia*, to formally allow certain claims on limited advance notice (the "Formal Allowance Procedures").

**PLEASE TAKE NOTICE** that, pursuant to paragraph 4(a) of the Order, the Debtors hereby provide notice of the proposed formal allowance under the Order with respect to the claims listed on Exhibit A hereto.

**PLEASE TAKE FURTHER NOTICE** that any party wishing to oppose the formal allowance of any claim(s) listed on Exhibit A **must object by sending a written objection to counsel for the Debtors at the address listed below within thirty (30) calendar days of receipt of this notice** (the "Objection Deadline").[2]

**PLEASE TAKE FURTHER NOTICE** that if no objection to the proposed formal allowance of a claim listed on Exhibit A is received by the Objection Deadline, each such claim shall be deemed allowed.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

[2] A party shall be deemed to have received notice the day after such notice has been sent by a properly addressed facsimile, email or overnight delivery to the party or their counsel or designated representative.

Dated: July 5, 2016
       Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

 - and –

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

   */s/ Tamara K. Minott*
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Andrew R. Remming (No. 5120)
Tamara K. Minott (No. 5643)
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989

*Counsel for the Debtors and Debtors in Possession*

Exhibit A

| Claim Number | Claimant Name | Allowed Administrative Amount | Allowed Secured Amount | Allowed Priority Amount | Allowed Unsecured Amount | Total Allowed Claim Amount | Debtor |
|---|---|---|---|---|---|---|---|
| 8781 | ARNEDO, RUBEN | $ | $ | $ | $ 26,936.61 | $ 26,936.61 | NORTEL NETWORKS INC. |
| 3944 | COMPUTER SCIENCES CORPORATION | $ | $ | $ | $ 1,568,658.99 | $ 1,568,658.99 | NORTEL NETWORKS INC. |
| 8377 | CROSBY, JOHN, JR. | $ | $ | $ | $ 29,204.65 | $ 29,204.65 | NORTEL NETWORKS INC. |
| 318 | FAIR HARBOR CAPITAL, LLC | $ | $ | $ | $ 1,725.00 | $ 1,725.00 | NORTEL NETWORKS INC. |
| 742-01 | FAIR HARBOR CAPITAL, LLC | $ | $ | $ | $ 33,415.20 | $ 33,415.20 | NORTEL NETWORKS INC. |
| 4721-01 | FAIR HARBOR CAPITAL, LLC | $ | $ | $ | $ 178,566.99 | $ 178,566.99 | NORTEL NETWORKS INC. |
| 5905 | FAIR HARBOR CAPITAL, LLC | $ | $ | $ | $ 6,000.00 | $ 6,000.00 | NORTEL NETWORKS INC. |
| 8139 | FAIR HARBOR CAPITAL, LLC AS | $ | $ | $ | $ 26,117.81 | $ 26,117.81 | NORTEL NETWORKS INC. |
| 8140 | FAIR HARBOR CAPITAL, LLC AS | $ | $ | $ | $ 45,776.44 | $ 45,776.44 | NORTEL NETWORKS INC. |
| 4265 | IL ENVIRONMENTAL PROTECTION AGENCY | $ | $ | $ | $ 2,959.86 | $ 2,959.86 | NORTEL NETWORKS INC. |
| 4392 | ITEL HOUSE (INNINGS TELECOM EUROPE LTD) | $ | $ | $ | $ 447,543.00 | $ 447,543.00 | NORTEL NETWORKS INC. |
| 4393 | ITEL HOUSE (INNINGS TELECOM EUROPE LTD) | $ | $ | $ | $ 9,369.00 | $ 9,369.00 | NORTEL NETWORKS INC. |
| 4394 | ITEL HOUSE (INNINGS TELECOM EUROPE LTD) | $ | $ | $ | $ 352,565.80 | $ 352,565.80 | NORTEL NETWORKS INC. |
| 4448 | ITEL HOUSE (INNINGS TELECOM EUROPE LTD) | $ | $ | $ | $ 33,308.54 | $ 33,308.54 | NORTEL NETWORKS INC. |
| 4450 | ITEL HOUSE (INNINGS TELECOM EUROPE LTD) | $ | $ | $ | $ 432.00 | $ 432.00 | NORTEL NETWORKS INC. |
| 4452 | ITEL HOUSE (INNINGS TELECOM EUROPE LTD) | $ | $ | $ | $ 6,174.00 | $ 6,174.00 | NORTEL NETWORKS INC. |
| 1781 | KUO, JILL HSIU-CHING | $ | $ | $ | $ 16,648.06 | $ 16,648.06 | NORTEL NETWORKS INC. |
| 5650 | SAP AMERICA, INC. | $ | $ | $ | $ 138,967.28 | $ 138,967.28 | NORTEL NETWORKS INC. |
| 5651 | SAP BUSINESS OBJECTS | $ | $ | $ | $ 161,586.00 | $ 161,586.00 | NORTEL NETWORKS INC. |
| 3111 | SHEARMAN & STERLING LLP | $ | $ | $ | $ 1,361.93 | $ 1,361.93 | NORTEL NETWORKS INC. |
|  |  | $ | $ | $ | $ 3,087,317.18 | $ 3,087,317.18 |  |