# **EXHIBIT 3**

# ITEL

## MCH Individual Calls - Details of Calls

**Filter Name:** MCH Individual Calls - Details of Calls
**Interval Name:** 01/08/2016-15/08/2016, 00:00:00-23:59:59

### Report Parameter

| Parameter | Value | Parameter | Value | Parameter | Value |
|---|---|---|---|---|---|
| Date | 01/08/2016 - 15/08/2016 | Time | 00:00 - 23:59 | Criteria | All |
| Duration | 0 - 35999 | Ring | 0 - 35999 | Handling | 0 - 35999 |
| Call Type | Both | Cost | 0 - 999999 | | |
| Switch | All | | | | |
| Direction | Outgoing | | | | |
| Digits/Access Code | Include: * - 001* | | | | |
| TRID | All | | | | |
| CLI/OLI/TLI Code | All | | | | |
| Account Code | All | | | | |
| Lines | Include using: E202(IPOFFice) | | | | |
| Department | All | | | | |
| People | All | | | | |
| ChargeBandGroups | All | | | | |
| Lists | All | | | | |

# ITEL
## MCH Individual Calls - Details of Calls

**Filter Name** MCH Individual Calls - Details of Calls
**Interval Name** 01/08/2016-15/08/2016, 00:00:00-23:59:59
**Report Parameter**

| Total Calls: | 6 |
| Total Ring Time: | 00:00:00 |
| Total Calls Duration: | 00:28:14 |
| Total Cost (£): | 16.13 |

| Source | Destination | Switch | Date | Time | Duration | Ring | Cost (£) | Caller ID | Access Code | Dialled Digits | Location |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Mark Henshall | Line 30.2 | IPOffice | 04/08/2016 | 15:24:53 | 00:01:42 | 00:00 | 1.09 | | 9 | 0012122252000 | USA - New York |
| Mark Henshall | Line 30.2 | IPOffice | 04/08/2016 | 15:27:07 | 00:03:43 | 00:00 | 2.19 | | 9 | 0013026589200 | USA |
| Mark Henshall | Line 30.2 | IPOffice | 04/08/2016 | 15:31:32 | 00:00:06 | 00:00 | 0.21 | | 9 | 0019194361589 | USA |
| Mark Henshall | Line 30.2 | IPOffice | 04/08/2016 | 15:35:03 | 00:00:00 | 00:00* | 0.00 | | 9 | 0012128721212 | USA - New York |
| Mark Henshall | Line 30.2 | IPOffice | 04/08/2016 | 15:37:19 | 00:00:00 | 00:00* | 0.00 | | 9 | 0012128721212 | USA - New York |
| Mark Henshall | Line 30.2 | IPOffice | 04/08/2016 | 15:38:50 | 00:22:43 | 00:00 | 12.64 | | 9 | 0012122252000 | USA - New York |