# EXHIBIT 4

## Bill Sullivan

| | |
|---|---|
| **From:** | Livingston, Matthew J. <mlivingston@cgsh.com> |
| **Sent:** | Tuesday, September 27, 2016 8:29 PM |
| **To:** | Mark Henshall |
| **Subject:** | RE: Innings Telecom Europe Claim against Nortel |

Mark –

After discussing internally, the Debtors cannot provide any advice regarding whether you can or should file any supplement to the proof of claim already filed. I would be happy to discuss the details of the claim on the phone, but we recommend that you seek local counsel to advise you regarding any potential amendments to the proof of claim and any other rights you may have under US and/or Delaware law.

The general bar date for filing proofs of claim against NNI was September 30, 2009 and the Debtors reserve all rights to object to or respond in any way to any amendment or variation of the proof of the claim.

I'm available for a call anytime tomorrow between 9:00 AM EST and 1 PM EST if you would like to discuss.

Best,
Matt

**Matthew J. Livingston**
Cleary Gottlieb Steen & Hamilton LLP
Assistant: mcacicia@cgsh.com
One Liberty Plaza, New York NY 10006
T: +1 212 225 2393 | F: +1 212 225 3999
mlivingston@cgsh.com | clearygottlieb.com

**From:** Mark Henshall [mailto:MarkHenshall@iteluk.com]
**Sent:** Tuesday, September 20, 2016 11:38 AM
**To:** Livingston, Matt
**Subject:** RE: Innings Telecom Europe Claim against Nortel

Hi Matt

Thanks for your response.

I have a Quarterly Management meeting next week and I was wondering if you would be able to provide me with a view on our claim, so I can keep our Management Team abreast of the matter.

Best Regards, Mark

Mark Henshall
Managing Director
ITEL

| | |
|---|---|
| Tel: | +44 (0) 1244 670202 |
| Fax: | +44 (0) 1244 670202 |
| Email: | markhenshall@iteluk.com |

1

This electronic message contains information from Innings Telecom Europe Ltd (ITEL), which may be privileged and confidential. The information is intended for use only by the individuals or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this message in error, please notify us by telephone or email immediately, and delete it from your system.

**From:** Livingston, Matt [mailto:mlivingston@cgsh.com]
**Sent:** 07 September 2016 14:40
**To:** Mark Henshall <MarkHenshall@iteluk.com>
**Subject:** Re: Innings Telecom Europe Claim against Nortel

Mark-

Thank you for your email. I will look into this issue and get back to you as soon as possible.

Best,
Matt

---

Matthew Livingston | Law Clerk
Cleary Gottlieb Steen & Hamilton LLP
Assistant: mqueeley@cgsh.com
One Liberty Plaza, New York NY 10006
t: +1 212 225 2393 | f: +1 212 225 3999
www.clearygottlieb.com | mlivingston@cgsh.com


On Sep 7, 2016, at 7:49 AM, Mark Henshall <MarkHenshall@iteluk.com> wrote:

> Hi Matt
>
> We are a creditor of Nortel and have a total of $849,392.34 approved claims – see attached pdf.
>
> We were a supplier of Contact Centre software to Nortel (Pre and Post Chapter 11), and continue to supply Avaya with similar software products. The terms of our supply agreement with both Nortel and Avaya is that they report quarterly in arrears on their consumption of our software, we then invoice in arrears. Their payment terms are 60 days, which often extend to 90 by the time they actually pay. This gave us a 6-month exposure to Nortel and hence the size of our approved claim.
>
> Our submission of our "Proof of Claim", dated 25[th] September 2009 was based upon consumption reports provided by Nortel. On Tuesday, April 27 2010, Nortel sent me an email which acknowledged they had been underreporting their sales, due to some codes not appearing in their quarterly report. Nortel agreed to pay for these missing software sales, but only for those post the date of their Chapter 11.
>
> The value of the under reported software sales for the period Pre Chapter 11 is $128,850.
>
> The attached email chain from Nortel dated 9[th] July 2010, confirms the above facts. There final response was....
>
>> "Also as discussed, Pls be adviceclaim due date has been expired and Court will not accept any claims."

2

The reason for this email is to find out if we can submit a variation to our approved claim due to Nortel's negligence in underreporting its sales. We were unable to include these underreported sales in our Proof of Claim due to Nortel not declaring them. Once reported Nortel paid in full for all sales post Chapter 11. It is the debt for the Pre Chapter 11 sales we wish to recover.

Not sure if you can help, but if not it would be greatly appreciated if you could point me in the direction of someone who can.

Best Regards, Mark

Mark Henshall
Managing Director
ITEL

| | |
|---|---|
| Tel: | +44 (0) 1244 670202 |
| Fax: | +44 (0) 1244 670202 |
| Email: | markhenshall@iteluk.com |

This electronic message contains information from Innings Telecom Europe Ltd (ITEL), which may be privileged and confidential. The information is intended for use only by the individuals or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this message in error, please notify us by telephone or email immediately, and delete it from your system.

&lt;Innings Telecom Europe Ltd - Approved Claims.pdf.secure&gt;

&lt;mime-attachment&gt;

This message is being sent from a law firm and may contain confidential or privileged information. If you are not the
intended recipient, please advise the sender immediately by reply e-mail and delete this message and any attachments without retaining a copy.

Throughout this communication, "Cleary Gottlieb" and the "firm" refer to Cleary Gottlieb Steen & Hamilton LLP and
its affiliated entities in certain jurisdictions, and the term "offices" includes offices of those affiliated entities.
This message is being sent from a law firm and may contain confidential or privileged information. If you are not the
intended recipient, please advise the sender immediately by reply e-mail and delete this message and any attachments without retaining a copy.

Throughout this communication, "Cleary Gottlieb" and the "firm" refer to Cleary Gottlieb Steen & Hamilton LLP and
its affiliated entities in certain jurisdictions, and the term "offices" includes offices of those affiliated entities.