# EXHIBIT B



# CASSELS BROCK
LAWYERS

Cassels Brock & Blackwell LLP
2100, Scotia Plaza
40 King Street West
Toronto, ON Canada M5H 3C2
T 416 869 5300
F 416 360 8877

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF NORTEL NETWORKS INC
C/O AKIN GUMP STRAUSS HAUER & FELD LLP
ATTN: FRED HODARA
ONE BRYANT PARK
NEW YORK, NY  10036 USA

**INVOICE #2000000**
HST/GST #: R121379572

| Date | Matter Number | Lawyer |
|---|---|---|
| November 28, 2016 | 46992-00001 | Michael Wunder |

The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

| | |
|---|---|
| Professional Fees | $  129,787.50 |
| Disbursements | 348.02 |
| **Total Amount Due** | **$   130,135.52 CDN** |

Cassels Brock & Blackwell LLP

Per: _____
Michael Wunder

**Wire Transfer:**
Bank of Nova Scotia
44 King St. West, Toronto, ON  M5H 1H1
Swift Code:  NOSCCATT
Bank ID:  002  Transit: 47696
CAD Funds Bank Account : 00739-11
ABA Routing #: 026 002 532
Reference: Please include the lawyer's name and the invoice number

**Credit Card:**
Payments are accepted via telephone, email or fax.
We accept
American Express, MasterCard or Visa (please circle one).
Card No. _____

Expiry Date: _____  Amount: _____

Cardholder Name: _____

Signature: _____

-2-

**CASSELS BROCK & BLACKWELL LLP**  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 2000000

Matter # 46992-00001

Invoice Detail

**TO PROFESSIONAL SERVICES RENDERED up to and including 10/31/2016**

| Date | ID | TASK | Narrative | Hours |
|---|---|---|---|---|
| 10/4/2016 | RSK | 29 | Review update regarding allocation negotiations from Akin Gump. | 0.3 |
| 10/4/2016 | RJA | 31 | Review email correspondence from Akin Gump regarding allocation settlement negotiations. | 0.2 |
| 10/5/2016 | RSK | 29 | Review executed allocation settlement and support agreement. | 0.5 |
| 10/6/2016 | RSK | 7 | Participated in Committee call. | 0.5 |
| 10/6/2016 | MWU | 7 | Attend on UCC status call. | 0.5 |
| 10/6/2016 | MWU | 29 | Review and consider terms of allocation document and implementation issues. | 1.6 |
| 10/6/2016 | RJA | 7 | Participate in Committee call. | 0.5 |
| 10/7/2016 | RSK | 29 | Review updates regarding allocation settlement and appeal litigation briefing process. | 0.5 |
| 10/10/2016 | RSK | 29 | Review correspondence regarding status of allocation settlement and U.S. appeal status. | 0.4 |
| 10/11/2016 | RSK | 29 | Review updates regarding allocation settlement and plans support agreement (the "RSA"). | 0.3 |
| 10/12/2016 | RSK | 29 | Review executed RSA, joinders and notices/press releases. | 0.8 |
| 10/12/2016 | MWU | 29 | Review correspondence from Monitor's Canadian counsel and press release issued by Canadian debtors. | 0.2 |
| 10/12/2016 | MWU | 29 | Email correspondence with UCC advisors regarding allocation settlement and action items, and litigation regarding allocation matters, including correspondence to court from multiple different allocation parties. | 0.6 |
| 10/12/2016 | MWU | 29 | Review documents filed with U.S. court regarding allocation settlement. | 0.4 |
| 10/12/2016 | RJA | 29 | Review Nortel Canada press release regarding allocation settlement and RSA and joinders. | 0.7 |
| 10/12/2016 | RJA | 29 | Review correspondence from Akin Gump regarding allocation settlement status. | 0.2 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

**CASSELS BROCK & BLACKWELL LLP**  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 2000000

Matter # 46992-00001

| Date | ID | TASK | Narrative | Hours |
|---|---|---|---|---|
| 10/13/2016 | RSK | 29 | Review update from Akin Gump regarding discussions with creditor groups regarding allocation issues. | 0.2 |
| 10/13/2016 | RSK | 29 | Review U.S. notice for hearing regarding distribution escrow agreement. | 0.2 |
| 10/13/2016 | MWU | 7 | Attend on UCC call. | 0.3 |
| 10/13/2016 | MWU | 29 | Review court filings regarding allocation matters. | 0.6 |
| 10/13/2016 | MWU | 7 | Review reporting to UCC regarding allocation issues and status. | 0.2 |
| 10/14/2016 | RSK | 29 | Review email correspondence from Akin Gump and others regarding allocation status. | 0.2 |
| 10/14/2016 | RSK | 31 | Review motion record of Canadian Debtors and Monitor regarding approval of Canadian distribution escrow agreement. | 1.1 |
| 10/14/2016 | MWU | 29 | Email correspondence with UCC advisors regarding allocation settlement issues. | 0.3 |
| 10/14/2016 | MWU | 31 | Review Canadian motion record regarding distribution escrow agreement and currency conversion, and related Monitor's report, and send report to Committee advisors. | 1.6 |
| 10/14/2016 | RJA | 31 | Review Canadian motion record from Monitor regarding escrow arrangements. | 1.3 |
| 10/15/2016 | MWU | 29 | Email correspondence to and from UCC advisors regarding allocation settlement, Canadian motion for currency conversion, and reporting to Committee. | 0.7 |
| 10/16/2016 | MWU | 31 | Prepare and send report to Committee regarding Canadian motion in connection with allocation settlement transactions. | 0.5 |
| 10/17/2016 | MWU | 29 | Email correspondence with Committee advisors regarding Canadian court hearing and review Monitor's report for same. | 0.4 |
| 10/18/2016 | MS | 31 | Review Canadian court filings in connection with Canadian claims motion to prepare for court hearing. | 1.3 |
| 10/18/2016 | RSK | 22 | Review draft U.S. plan. | 2.9 |
| 10/18/2016 | RSK | 29 | Review U.S. debtor reply to PBGC objection. | 0.2 |
| 10/18/2016 | RSK | 29 | Review PBGC response to U.S. motion to approve escrow agreement. | 0.3 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

**CASSELS BROCK & BLACKWELL LLP**  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 2000000

Matter # 46992-00001

| Date | ID | TASK | Narrative | Hours |
|---|---|---|---|---|
| 10/18/2016 | RSK | 31 | Exchange email correspondence with Cassels team regarding hearing for approval of Canadian distribution escrow agreement. | 0.4 |
| 10/18/2016 | MWU | 31 | Email correspondence to and from Canadian counsel for U.S. debtors, Committee advisors, and provide instructions to M. Sassi regarding Canadian Court hearing attendance. | 0.6 |
| 10/18/2016 | MWU | 31 | Review PBGC objection to currency conversion motion, and assess regarding Canadian motion. | 0.4 |
| 10/18/2016 | MWU | 29 | Email correspondence to and from Committee advisors regarding draft U.S. plan, and confer with Cassels team regarding same. | 1.3 |
| 10/18/2016 | RJA | 22 | Review Chapter 11 plan. | 3.3 |
| 10/19/2016 | MS | 8 | Attend to Canadian court hearing regarding approval of Canadian distribution escrow agreement and currency conversion. | 2.1 |
| 10/19/2016 | MS | 31 | Report to Cassels team regarding attendance at Canadian court hearing. | 0.6 |
| 10/19/2016 | MS | 12 | Review Canadian court filings in connection with Canadian claims motion to prepare for court hearing. | 3.1 |
| 10/19/2016 | RSK | 22 | Review comments on draft U.S. plan. | 1.9 |
| 10/19/2016 | RSK | 31 | Review Canadian court order and endorsement from hearing on Canadian distribution escrow agreement. | 0.2 |
| 10/19/2016 | RSK | 12 | Review U.S. claims settlement motion record. | 0.8 |
| 10/19/2016 | RSK | 31 | Review correspondence regarding report on Canadian hearing for approval of Canadian distribution escrow agreement. | 0.5 |
| 10/19/2016 | MWU | 31 | Meet with M. Sassi to discuss Canadian court hearing. | 0.2 |
| 10/19/2016 | MWU | 31 | Report to UCC regarding Canadian motion, and multiple email correspondence with UCC advisors regarding same and related issues in connection with proposed settlement transactions and related court approvals. | 0.7 |
| 10/20/2016 | RSK | 22 | Email correspondence with Cassels team and UCC advisors regarding amendments to plan and related documents. | 0.3 |
| 10/20/2016 | RSK | 7 | Participated in Committee call. | 0.8 |
| 10/20/2016 | MWU | 7 | Attend on UCC call. | 0.8 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 2000000

Matter # 46992-00001

| Date | ID | TASK | Narrative | Hours |
|---|---|---|---|---|
| 10/20/2016 | MWU | 31 | Correspondence with UCC advisors and Cassels team regarding CCAA process for plan and info circular approval and voting and related timing issues. | 0.7 |
| 10/20/2016 | MWU | 29 | Email correspondence with UCC advisors regarding U.S. plan. | 0.3 |
| 10/20/2016 | MWU | 22 | Review draft plan. | 1.2 |
| 10/20/2016 | RJA | 22 | Review and comment on draft plans. | 1.6 |
| 10/20/2016 | RJA | 7 | Participate on Committee call. | 0.8 |
| 10/21/2016 | MS | 31 | Detailed review and analysis of documents relating to allocation matters, and consider Canadian issues and Canadian court orders. | 2.7 |
| 10/21/2016 | RSK | 22 | Review revised U.S. plan and draft disclosure statement. | 1.4 |
| 10/21/2016 | MWU | 29 | Email correspondence with UCC advisors and counsel for Committee members U.S. and Canadian plans. | 0.4 |
| 10/21/2016 | MWU | 29 | Email correspondence to and from UCC advisors and correspondence to Cassels team regarding review of draft plan. | 0.5 |
| 10/21/2016 | MWU | 29 | Review draft U.S. plan and consider Canadian issues and issues regarding Canadian plan. | 3.3 |
| 10/21/2016 | RJA | 22 | Review draft chapter 11 plan and disclosure statement. | 1.8 |
| 10/21/2016 | JDI | 29 | Review draft U.S. debtors' plan and disclosure statement and provide comments. | 2.1 |
| 10/22/2016 | MWU | 29 | Review revised U.S. plan and comments from Committee advisors, and consider Canadian issues. | 1.4 |
| 10/22/2016 | MWU | 29 | Email correspondence to Canadian counsel for U.S. debtors regarding Canadian and U.S. plan issues. | 0.2 |
| 10/23/2016 | MWU | 29 | Review Canadian court orders and related issues in connection with review of U.S. plan. | 1.4 |
| 10/24/2016 | RSK | 22 | Review revised U.S. plan. | 0.6 |
| 10/24/2016 | RSK | 22 | Review U.S. disclosure statement. | 1.1 |
| 10/24/2016 | MWU | 29 | Review and analyze revised draft of U.S. plan, and consider related Canadian issues. | 1.7 |
| 10/24/2016 | RJA | 22 | Review Canadian CCAA plan of arrangement. | 3.2 |
| 10/25/2016 | MS | 31 | Detailed review and analysis of documents relating to allocation matters, and consider Canadian issues and Canadian court orders. | 1.1 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

**CASSELS BROCK & BLACKWELL LLP**  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 2000000

Matter # 46992-00001

| Date | ID | TASK | Narrative | Hours |
|---|---|---|---|---|
| 10/25/2016 | RSK | 22 | Review revised U.S. plan and email correspondence regarding distribution mechanics. | 1.1 |
| 10/25/2016 | RSK | 31 | Exchange email correspondence with Akin Gump regarding draft CCAA plan and Canadian issues. | 0.4 |
| 10/25/2016 | RSK | 22 | Detailed review of Canadian CCAA plan and discuss comments with Cassels team. | 2.6 |
| 10/25/2016 | MWU | 29 | Review and analyze draft CCAA plan of arrangement. | 3.3 |
| 10/25/2016 | MWU | 29 | Report to committee advisors regarding Canadian plan process and issues. | 1.2 |
| 10/25/2016 | RJA | 22 | Review and comment on draft CCAA plan. | 2.9 |
| 10/25/2016 | RJA | 22 | Email correspondence with Akin Gump and Cassels teams regarding comments and issues on CCAA plan. | 0.8 |
| 10/25/2016 | JDI | 22 | Review revised U.S. plan. | 1.6 |
| 10/25/2016 | JDI | 22 | Review revised Canadian plan. | 2.4 |
| 10/25/2016 | JDI | 22 | Confer with Cassels team regarding comments on draft Canadian plan. | 0.3 |
| 10/26/2016 | RSK | 31 | Email correspondence with Cassels team regarding calculations under Canadian plan and analyze plan provisions. | 1.6 |
| 10/26/2016 | RSK | 31 | Analyze issues regarding Canadian plan and compared to U.S. plan and settlement agreement. | 3.1 |
| 10/26/2016 | MWU | 29 | Review and analyze draft Canadian plan, and email correspondence and calls with Cassels team to discuss. | 2.8 |
| 10/26/2016 | MWU | 29 | Review comments and correspondence regarding U.S. plan, and analyze for consistency with Canadian plan. | 2.4 |
| 10/26/2016 | RJA | 22 | Review revised Canadian plan and comment on same. | 1.7 |
| 10/27/2016 | MS | 7 | Attend Committee call (part). | 0.5 |
| 10/27/2016 | MS | 22 | Call with counsel to the U.S. debtors regarding Canadian plan. | 0.6 |
| 10/27/2016 | MS | 22 | Prepare summary regarding Canadian plan comments. | 1.6 |
| 10/27/2016 | MS | 22 | Review Canadian plan and correspondence regarding same. | 4.3 |
| 10/27/2016 | RSK | 22 | Review email correspondence with Canadian counsel for Monitor regarding comments on Canadian plan. | 0.3 |
| 10/27/2016 | RSK | 22 | Review email correspondence with Canadian counsel for U.S. debtors regarding Canadian plan. | 0.2 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

**CASSELS BROCK & BLACKWELL LLP**  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 2000000

Matter # 46992-00001

| Date | ID | TASK | Narrative | Hours |
|---|---|---|---|---|
| 10/27/2016 | RSK | 22 | Exchange email correspondence with Cassels team regarding Canadian plan and information circular. | 0.4 |
| 10/27/2016 | RSK | 22 | Review revised Canadian plan. | 1.1 |
| 10/27/2016 | RSK | 22 | Review multiple email correspondence regarding comments on Canadian plan, and plan comments. | 1.6 |
| 10/27/2016 | MWU | 7 | Prepare for Committee status call and Canadian proceeding presentation. | 0.9 |
| 10/27/2016 | MWU | 7 | Attend on UCC status call. | 1 |
| 10/27/2016 | MWU | 29 | Multiple email correspondence and calls with Cassels team, Akin Gump, Canadian counsel for NNI, Canadian counsel for Monitor, and others regarding Canadian plan negotiations, including sending multiple update reports to Committee advisors. | 2.4 |
| 10/27/2016 | MWU | 29 | Review and analyze revised draft Canadian plan and consider changes and additional comments. | 2.7 |
| 10/27/2016 | RJA | 22 | Review U.S. and Canadian plan mark-ups from NNI and consider issues on same. | 2.2 |
| 10/27/2016 | JDI | 22 | Review comments of U.S. debtors on Canadian plan. | 1.4 |
| 10/27/2016 | JDI | 22 | Email correspondence with Cassels team regarding comments on Canadian plan draft. | 0.3 |
| 10/27/2016 | JDI | 22 | Discussion with Cassels team regarding status of plan issues. | 0.3 |
| 10/27/2016 | JDI | 7 | Attend Committee call (part). | 0.5 |
| 10/27/2016 | JDI | 31 | Email correspondence with C. Armstrong (Monitor's counsel) regarding comments on Canadian plan. | 0.2 |
| 10/27/2016 | JDI | 31 | Discussion with Canadian counsel for U.S. debtors regarding Canadian plan comments. | 0.6 |
| 10/27/2016 | JDI | 22 | Discussion with M. Sassi regarding Canadian plan comments. | 0.2 |
| 10/28/2016 | MS | 22 | Review Canadian plan and correspondence regarding same. | 0.9 |
| 10/28/2016 | RSK | 22 | Review email correspondence from Akin Gump regarding Canadian plan. | 0.4 |
| 10/28/2016 | RSK | 22 | Email correspondence with Cassels team regarding Canadian plan. | 0.5 |
| 10/28/2016 | RSK | 22 | Review drafts of Canadian information circular and Canadian plan. | 2.8 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

**CASSELS BROCK & BLACKWELL LLP**  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 2000000

Matter # 46992-00001

| Date | ID | TASK | Narrative | Hours |
|---|---|---|---|---|
| 10/28/2016 | MWU | 22 | Review revised draft of Canadian plan and analyze changes, and multiple email correspondence to and from Akin Gump and Cassels teams regarding same. | 3.9 |
| 10/28/2016 | MWU | 31 | Review draft Canadian information circular and assess including consistency with U.S. disclosure statement. | 2.7 |
| 10/28/2016 | RJA | 22 | Review and comment on latest drafts of CCAA and Chapter 11 plans. | 2.9 |
| 10/28/2016 | JDI | 22 | Discussion with Cassels team regarding review of Canadian plan documentation and information circular. | 0.3 |
| 10/28/2016 | JDI | 22 | Review comments on Canadian plan by U.S. debtors. | 0.3 |
| 10/29/2016 | RSK | 22 | Review email correspondence with Akin Gump regarding Canadian plan provisions. | 0.3 |
| 10/29/2016 | RSK | 22 | Review revised U.S. plan and U.S. debtors' comments on Canadian plan. | 0.8 |
| 10/29/2016 | MWU | 29 | Review revised draft U.S. plan and analyze changes, including consistency with Canadian plan, and multiple email correspondence to and from Akin Gump and Cassels teams regarding same. | 2.2 |
| 10/29/2016 | RJA | 22 | Review and respond to correspondence regarding U.S. and Canadian plans. | 1.1 |
| 10/29/2016 | RJA | 22 | Review revised drafts of U.S. and Canadian plans. | 2.7 |
| 10/30/2016 | RSK | 22 | Review revised U.S. disclosure statement and email correspondence with UCC advisors regarding Canadian plan. | 0.6 |
| 10/30/2016 | MWU | 31 | Review revised draft of Canadian plan and analyze changes, and multiple email correspondence to and from Akin Gump and Cassels teams regarding same. | 2.7 |
| 10/30/2016 | MWU | 29 | Review revised draft U.S. disclosure statement and analyze for consistency with Canadian information circular. | 1.6 |
| 10/30/2016 | RJA | 22 | Review and comment on latest drafts of U.S. and Canadian plans, and U.S. disclosure statement and Canadian information circular. | 3.7 |
| 10/30/2016 | RJA | 22 | Email correspondence with Akin Gump and Cassels teams regarding draft U.S. and Canadian plans. | 0.6 |
| 10/31/2016 | RSK | 22 | Review revised draft of Canadian plan, information circular and related email correspondence. | 2.8 |
| 10/31/2016 | MWU | 3 | Prepare September 2016 fee account. | 2.2 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

-9-

**CASSELS BROCK & BLACKWELL LLP**  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 2000000

Matter # 46992-00001

| Date | ID | TASK | Narrative | Hours |
|---|---|---|---|---|
| 10/31/2016 | MWU | 31 | Review revised drafts of Canadian and U.S. plans, and consider issues and comments, and related email correspondence to and from Committee advisors. | 3.3 |
| 10/31/2016 | RJA | 22 | Review and comment on latest drafts of U.S., Canadian plan and U.S. disclosure statement DS and Canadian information circular. | 3.2 |
| 10/31/2016 | JDI | 31 | Review revised plan and Canadian information circular and provide comments. | 2.3 |
| | | | **Total** | **162.3** |

| Name | Title | Department | Province of Bar Admission/Year | Hours | Rate | Billed Value |
|---|---|---|---|---|---|---|
| Jane Dietrich | Partner | Financial Restructuring | Ontario - 2004 | 12.80 | $695.00 | $8,896.00 |
| Michael Wunder | Partner | Financial Restructuring | Ontario - 1990 | 58.30 | $835.00 | $48,680.50 |
| Monique Sassi | Associate | Financial Restructuring | Ontario - 2013 | 18.80 | $420.00 | $7,896.00 |
| Ryan Jacobs | Partner | Financial Restructuring | Ontario - 2011 | 35.40 | $850.00 | $30,090.00 |
| Shayne Kukulowicz | Partner | Financial Restructuring | Ontario - 1990 | 37.00 | $925.00 | $34,225.00 |
| **TOTAL** | | | | **162.30** | | **$129,787.50** |

**TOTAL PROFESSIONAL FEES**                                    $ 129,787.50

**Non-Taxable Disbursements**

| | |
|---|---|
| Copies | 304.00 |
| Agency Fees and Disbursements – Printing Charges | 20.97 |
| Binding, Tabs, Disks, etc | 6.85 |
| Courier/Delivery Charges | 16.20 |
| **Total Disbursements and Tax** | 348.02 |
| **Total Fees, Disbursements & Tax** | **$ 130,135.52** CDN |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP                    Invoice # 2000000
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                  Matter # 46992-00001

## Time Summary By Task Code:

| Task Codes | Description | Hours | Fees |
|---|---|---|---|
| 0003 | Cassels Brock Fee Application/Monthly Billing Reports | 2.20 | 1,837.00 |
| 0007 | Creditors Committee Meetings | 7.30 | 5,954.50 |
| 0008 | Court Hearings | 2.10 | 882.00 |
| 0012 | General Claims Analysis/Claims Objections | 3.90 | 2,042.00 |
| 0022 | Plan, Disclosure Statement and Plan Related Documentation | 75.00 | 61,168.50 |
| 0029 | Intercompany Analysis | 40.80 | 34,138.50 |
| 0031 | Canadian Proceedings/Matters | 31.00 | 23,765.00 |
| | | | |
| TOTAL | | 162.3 | $ 129,787.50 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 2000000

Matter # 46992-00001

## Disbursement Details:

| Date | Narrative | Quantity | Amount |
|---|---|---|---|
| 10/5/2016 | Copies | 142 | 14.20 |
| 10/5/2016 | Copies | 4 | 0.40 |
| 10/11/2016 | Copies | 2 | 0.20 |
| 10/12/2016 | Copies | 3 | 0.30 |
| 10/12/2016 | Copies | 145 | 14.50 |
| 10/12/2016 | Copies | 76 | 7.60 |
| 10/12/2016 | Copies | 3 | 0.30 |
| 10/13/2016 | Copies | 2 | 0.20 |
| 10/13/2016 | Copies | 2 | 0.20 |
| 10/13/2016 | Copies | 13 | 1.30 |
| 10/13/2016 | Copies | 57 | 5.70 |
| 10/14/2016 | Copies | 2 | 0.20 |
| 10/14/2016 | Copies | 3 | 0.30 |
| 10/14/2016 | Copies | 2 | 0.20 |
| 10/14/2016 | Copies | 174 | 17.40 |
| 10/14/2016 | Copies | 174 | 17.40 |
| 10/14/2016 | Copies | 7 | 0.70 |
| 10/14/2016 | Copies | 8 | 0.80 |
| 10/14/2016 | Copies | 3 | 0.30 |
| 10/14/2016 | Copies | 146 | 14.60 |
| 10/14/2016 | Copies | 2 | 0.20 |
| 10/14/2016 | Copies | 4 | 0.40 |
| 10/14/2016 | Binding, Tabs, Disks, etc | 1 | 4.10 |
| 10/17/2016 | Copies | 3 | 0.30 |
| 10/17/2016 | Copies | 2 | 0.20 |
| 10/18/2016 | Copies | 23 | 2.30 |
| 10/18/2016 | Copies | 2 | 0.20 |
| 10/18/2016 | Copies | 82 | 8.20 |
| 10/19/2016 | Copies | 174 | 17.40 |
| 10/19/2016 | Copies | 2 | 0.20 |
| 10/19/2016 | Binding, Tabs, Disks, etc | 1 | 2.75 |
| 10/21/2016 | Copies | 2 | 0.20 |
| 10/21/2016 | Copies | 90 | 9.00 |
| 10/21/2016 | Copies | 90 | 9.00 |
| 10/21/2016 | Copies | 5 | 0.50 |
| 10/24/2016 | Copies | 90 | 9.00 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

**CASSELS BROCK & BLACKWELL LLP**　　　　　　　　　　Invoice # 2000000
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.　　　　　　　　　　　　Matter # 46992-00001

| Date | Narrative | Quantity | Amount |
|---|---|---:|---:|
| 10/24/2016 | Copies | 159 | 15.90 |
| 10/25/2016 | Copies | 2 | 0.20 |
| 10/25/2016 | Copies | 2 | 0.20 |
| 10/25/2016 | Copies | 58 | 5.80 |
| 10/25/2016 | Copies | 97 | 9.70 |
| 10/25/2016 | Copies | 2 | 0.20 |
| 10/25/2016 | Copies | 97 | 9.70 |
| 10/25/2016 | Copies | 3 | 0.30 |
| 10/25/2016 | Copies | 3 | 0.30 |
| 10/25/2016 | Copies | 58 | 5.80 |
| 10/25/2016 | Copies | 2 | 0.20 |
| 10/25/2016 | Copies | 159 | 15.90 |
| 10/25/2016 | Copies | 2 | 0.20 |
| 10/25/2016 | Copies | 2 | 0.20 |
| 10/25/2016 | Copies | 58 | 5.80 |
| 10/25/2016 | Copies | 4 | 0.40 |
| 10/25/2016 | Copies | 2 | 0.20 |
| 10/25/2016 | Copies | 2 | 0.20 |
| 10/25/2016 | Copies | 56 | 5.60 |
| 10/25/2016 | Copies | 2 | 0.20 |
| 10/25/2016 | Copies | 3 | 0.30 |
| 10/25/2016 | Copies | 3 | 0.30 |
| 10/25/2016 | Copies | 3 | 0.30 |
| 10/25/2016 | Copies | 2 | 0.20 |
| 10/25/2016 | Copies | 3 | 0.30 |
| 10/25/2016 | Copies | 5 | 0.50 |
| 10/25/2016 | Copies | 6 | 0.60 |
| 10/25/2016 | Copies | 4 | 0.40 |
| 10/25/2016 | Copies | 3 | 0.30 |
| 10/25/2016 | Copies | 4 | 0.40 |
| 10/25/2016 | Copies | 3 | 0.30 |
| 10/25/2016 | Copies | 2 | 0.20 |
| 10/26/2016 | Copies | 2 | 0.20 |
| 10/27/2016 | Copies | 2 | 0.20 |
| 10/27/2016 | Copies | 16 | 1.60 |
| 10/28/2016 | Copies | 2 | 0.20 |
| 10/28/2016 | Copies | 61 | 6.10 |
| 10/28/2016 | Copies | 6 | 0.60 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

| | | | |
|---|---|---|---|
| **CASSELS BROCK & BLACKWELL LLP** | | Invoice # 2000000 | |
| The Official Committee of Unsecured Creditors | | | |
| Re: Nortel Networks Inc, et al. | | Matter # 46992-00001 | |

| Date | Narrative | Quantity | Amount |
|---|---|---|---|
| 10/28/2016 | Copies | 3 | 0.30 |
| 10/28/2016 | Copies | 62 | 6.20 |
| 10/28/2016 | Copies | 56 | 5.60 |
| 10/28/2016 | Courier Delivery Charges - Blizzard Courier I.D. number: 7513968 - Document Delivery | 1 | 16.20 |
| 10/28/2016 | Printing Charges | 1 | 20.97 |
| 10/31/2016 | Copies | 5 | 0.50 |
| 10/31/2016 | Copies | 3 | 0.30 |
| 10/31/2016 | Copies | 181 | 18.10 |
| 10/31/2016 | Copies | 6 | 0.60 |
| 10/31/2016 | Copies | 3 | 0.30 |
| 10/31/2016 | Copies | 62 | 6.20 |
| 10/31/2016 | Copies | 64 | 6.40 |
| 10/31/2016 | Copies | 63 | 6.30 |
| 10/31/2016 | Copies | 2 | 0.20 |
| 10/31/2016 | Copies | 32 | 3.20 |
| 10/31/2016 | Copies | 3 | 0.30 |
| 10/31/2016 | Copies | 56 | 5.60 |
| | **Total** | | **$ 348.02** |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.