**EXHIBIT C**

# DISBURSEMENT SUMMARY
## OCTOBER 1 TO OCTOBER 31, 2016
### (All Amounts in Canadian Dollars)

| | |
|---|---|
| <u>Non-Taxable Disbursements</u> | |
| Copies | $ 304.00 |
| Agency Fees and Disbursements – Printing Charges | $ 20.97 |
| Binding, Tabs, Disks, etc | $ 6.85 |
| Courier/Delivery Charges | $ <u>16.20</u> |
| **Total Non-Taxable Disbursements** | **$ 348.02 CDN.** |