**EXHIBIT E**

Legal*35311657.4

**SUMMARY OF LAWYERS AND PARALEGALS
RENDERING SERVICES DURING THE PERIOD
OCTOBER 1, 2016 THROUGH OCTOBER 31, 2016
(All Amounts in Canadian Dollars)**

| Name | Title | Department | Province of Bar Admission/Year | Hours | Rate | Billed Value |
|---|---|---|---|---|---|---|
| Jane Dietrich | Partner | Financial Restructuring | Ontario - 2004 | 12.8 | $695.00 | $8,896.00 |
| Michael Wunder | Partner | Financial Restructuring | Ontario - 1990 | 58.3 | $835.00 | $48,680.50 |
| Monique Sassi | Associate | Financial Restructuring | Ontario - 2013 | 18.8 | $420.00 | $7,896.00 |
| Ryan Jacobs | Partner | Financial Restructuring | Ontario - 2011 | 35.4 | $850.00 | $30,090.00 |
| Shayne Kukulowicz | Partner | Financial Restructuring | Ontario - 1990 | 37 | $925.00 | $34,225.00 |
| | | | | | | |
| TOTAL | | | | 162.3 | | $129,787.50 |