**Nortel Networks Inc., et al**

**Berkeley Research Group, LLC**



**Exhibit A: Time Detail**

For the Period 10/1/2016 through 10/31/2016

| Date | Professional | Hours | Description |
|---|---|---|---|
| **01. Asset Acquisition/Disposition** | | | |
| 10/3/2016 | C. Kearns | 0.2 | Emailed Counsel re: status of settlement discussions as against appeal timeline. |
| 10/4/2016 | J. Borow | 0.8 | Reviewed finalized agreements for allocation settlement. |
| 10/4/2016 | C. Kearns | 0.4 | Reviewed draft material re: settlement discussions. |
| 10/4/2016 | C. Kearns | 0.2 | Emailed Counsel re: status of the settlement agreement. |
| 10/4/2016 | C. Kearns | 0.2 | Participated in telecom with F. Hodara (Counsel) re: settlement status and related issues. |
| 10/5/2016 | J. Hyland | 2.3 | Reviewed final allocation discussions. |
| 10/7/2016 | J. Hyland | 2.8 | Reviewed executed allocation discussion document. |
| 10/7/2016 | J. Hyland | 2.6 | Continued reviewing executed allocation discussion document. |
| 10/7/2016 | J. Hyland | 1.3 | Reviewed issues related to allocation discussions. |
| 10/7/2016 | C. Kearns | 0.2 | Emailed with Counsel and Debtor re: appeal status. |
| 10/10/2016 | J. Hyland | 1.4 | Reviewed status of allocation settlement discussions. |
| 10/11/2016 | J. Hyland | 2.7 | Reviewed Settlement and Plan Support agreement. |
| 10/11/2016 | J. Hyland | 1.5 | Analyzed assets and claims distributed by U.S. Debtors for purposes of the allocation settlement. |
| 10/11/2016 | A. Cowie | 0.9 | Analyzed periodic asset and claims reporting prepared by the Debtors' professionals for the SPSA. |
| 10/11/2016 | C. Kearns | 0.3 | Emailed with Counsel re: status of settlement agreement and related court filings. |
| 10/12/2016 | J. Hyland | 2.4 | Reviewed SPSA and supporting documents from Counsel. |
| 10/12/2016 | A. Cowie | 2.3 | Analyzed SPSA documentation. |
| 10/13/2016 | J. Hyland | 1.6 | Reviewed Motion to Authorize Entry into Canadian Escrow Agreement. |

Berkeley Research Group, LLC

Invoice for the 10/1/2016 - 10/31/2016 Period

| Date | Professional | Hours | Description |
|---|---|---|---|
| **01. Asset Acquisition/Disposition** | | | |
| 10/13/2016 | J. Hyland | 0.3 | Reviewed Order to Shorten Notice on Settlement Agreement. |
| 10/14/2016 | J. Hyland | 2.1 | Analyzed assets and claims by estate for the SPSA. |
| 10/14/2016 | J. Hyland | 1.1 | Reviewed Canadian articles re: SPSA. |
| 10/17/2016 | J. Hyland | 1.4 | Reviewed documentation related to SPSA. |
| 10/24/2016 | J. Hyland | 2.9 | Analyzed proceeds allocation matter. |
| 10/24/2016 | J. Hyland | 2.7 | Continued analyzing proceeds allocation matter. |
| 10/27/2016 | C. Kearns | 0.6 | Participated in call with Counsel to review waterfalls and related plan issues. |
| 10/28/2016 | D. Ioselevich | 1.5 | Researched currency exchange rates for 01/14/2009 for allocation purposes. |
| **Task Code Total Hours** | | **36.7** | |
| **05. Professional Retention/ Fee Application Preparation** | | | |
| 10/7/2016 | A. Cowie | 0.8 | Reviewed August fee application details. |
| 10/10/2016 | A. Cowie | 0.9 | Analyzed Spetember fee application time detail. |
| 10/13/2016 | J. Blum | 1.4 | Prepared the August monthly fee application. |
| 10/14/2016 | J. Hyland | 0.2 | Provided September 2016 fee estimate to Counsel. |
| 10/18/2016 | J. Blum | 0.8 | Prepared August monthly fee application. |
| **Task Code Total Hours** | | **4.1** | |
| **08. Interaction/Meetings with Creditors** | | | |
| 10/6/2016 | A. Cowie | 0.8 | Prepared discussion points for weekly UCC call. |
| 10/6/2016 | J. Borow | 0.4 | Participated in call with UCC and professionals to UCC re: UCC matters. |
| 10/6/2016 | J. Hyland | 0.4 | Participated in weekly UCC call with members and professionals re: case status. |
| 10/13/2016 | A. Cowie | 0.4 | Prepared discussion points for weekly UCC call. |
| 10/13/2016 | J. Borow | 0.3 | Participated in call with UCC and professionals to UCC re: UCC matters. |
| 10/13/2016 | J. Hyland | 0.3 | Participated in weekly Committee call with members and professionals. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **08. Interaction/Meetings with Creditors** | | | |
| 10/20/2016 | C. Kearns | 0.8 | Participated in Committee call to discuss Committee matters. |
| 10/20/2016 | J. Hyland | 0.8 | Participated in UCC calls with members and professionals re: current matters. |
| 10/27/2016 | C. Kearns | 0.7 | Participated in call with the Committee to review key case issues. |
| 10/27/2016 | J. Hyland | 0.7 | Participated in weekly UCC calls with Committee members and professionals re: case status. |
| **Task Code Total Hours** | | **5.6** | |
| **10. Recovery/SubCon/Lien Analysis** | | | |
| 10/26/2016 | A. Cowie | 2.8 | Analyzed creditor recoveries under POR terms. |
| 10/26/2016 | A. Cowie | 2.6 | Continued to analyze creditor recoveries under POR terms. |
| 10/26/2016 | A. Cowie | 2.2 | Continued to analyze creditor recoveries under POR terms. |
| 10/26/2016 | C. Kearns | 2.1 | Reviewed recovery waterfalls by Debtor. |
| 10/27/2016 | A. Cowie | 2.9 | Analyzed creditor recoveries under POR terms. |
| 10/27/2016 | A. Cowie | 2.8 | Continued to analyze creditor recoveries under POR terms. |
| 10/27/2016 | A. Cowie | 1.6 | Continued to analyze creditor recoveries under POR terms. |
| 10/27/2016 | J. Hyland | 0.7 | Participated in call with Counsel re: creditor recoveries. |
| 10/27/2016 | C. Kearns | 0.5 | Reviewed our summary of waterfalls prepared at request of Counsel. |
| **Task Code Total Hours** | | **18.2** | |
| **11. Claim Analysis/Accounting** | | | |
| 10/7/2016 | A. Cowie | 1.7 | Completed analysis of bond trading trends. |
| 10/7/2016 | J. Emerson | 1.6 | Prepared bond trading prices presentation for Unsecured Creditors Committee. |
| 10/7/2016 | R. Cohen | 0.7 | Updated claims analysis for UCC report. |
| 10/13/2016 | J. Hyland | 1.1 | Reviewed Wanland 9019 settlement. |
| 10/14/2016 | A. Cowie | 2.9 | Prepared bond pricing report. |
| 10/14/2016 | R. Cohen | 0.5 | Revised claims deck for Committee reporting. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **11. Claim Analysis/Accounting** | | | |
| 10/15/2016 | A. Cowie | 1.9 | Prepared bond pricing report. |
| 10/17/2016 | A. Cowie | 2.8 | Prepared current bond pricing report for the UCC. |
| 10/17/2016 | R. Cohen | 2.5 | Continued to update claims charts that would be included in presentation. |
| 10/17/2016 | R. Cohen | 2.5 | Updated claims charts that would be included in presentation. |
| 10/17/2016 | A. Cowie | 1.7 | Continued to prepare current bond pricing report for the UCC. |
| 10/17/2016 | R. Cohen | 0.3 | Formatted claims charts that would be included in a presentation. |
| 10/17/2016 | R. Cohen | 0.3 | Placed updated claims charts in presentation. |
| 10/18/2016 | C. Kearns | 0.2 | Reviewed deck for Counsel re: bond prices. |
| 10/19/2016 | J. Hyland | 0.1 | Conducted call with M. Kennedy (Chilmark) re: tax claim. |
| 10/20/2016 | J. Hyland | 1.0 | Reviewed bond pricing by issue. |
| 10/23/2016 | J. Emerson | 2.8 | Analyzed claims for Committee analysis. |
| 10/24/2016 | J. Emerson | 2.3 | Prepared claims deck for Committee. |
| 10/24/2016 | R. Cohen | 0.4 | Updated claims charts to be used in a presentation. |
| 10/24/2016 | R. Cohen | 0.2 | Updated claims charts to be used in a presentation. |
| 10/25/2016 | J. Emerson | 2.2 | Updated claims deck for UCC meeting. |
| 10/25/2016 | R. Cohen | 1.0 | Prepared claims analyses for UCC reporting. |
| 10/27/2016 | J. Emerson | 1.0 | Revised portion of claims deck for Committee. |
| 10/28/2016 | J. Emerson | 2.8 | Prepared analysis of claims for UCC deck. |
| 10/28/2016 | J. Hyland | 1.4 | Analyzed Canadian claims schedule as of 10/11/2016. |
| 10/28/2016 | J. Hyland | 0.8 | Reviewed SNMP joint status reports. |
| 10/28/2016 | R. Cohen | 0.4 | Revised presentation on claims and related analyses. |
| **Task Code Total Hours** | | **37.1** | |
| **19. Cash Flow/Cash Management Liquidity** | | | |
| 10/12/2016 | J. Hyland | 1.3 | Reviewed 10/2/2016 CCAA cash forecast. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **19. Cash Flow/Cash Management Liquidity** | | | |
| 10/12/2016 | A. Cowie | 0.6 | Analyzed cash reporting. |
| 10/13/2016 | A. Cowie | 0.8 | Analyzed periodic financial reporting prepared by the Debtors. |
| 10/15/2016 | J. Emerson | 2.3 | Analyzed claims detail for Committee report. |
| 10/17/2016 | J. Emerson | 2.4 | Analyzed claims category for UCC report. |
| 10/18/2016 | J. Hyland | 0.9 | Analyzed NNL's cash report as report as of 10/14/2016. |
| 10/18/2016 | J. Emerson | 0.4 | Prepared bonds trading price analysis. |
| 10/18/2016 | A. Cowie | 0.3 | Analyzed cash summary prepared by Debtors. |
| 10/26/2016 | A. Kaplan | 2.5 | Analyzed cash flows and resulting potential cash burn by estate. |
| 10/26/2016 | A. Kaplan | 2.5 | Researched professional fees and updated professional fee analysis. |
| 10/27/2016 | A. Kaplan | 2.9 | Continued analyzing estates' cash flows and resulting potential cash burn by estate. |
| 10/27/2016 | A. Kaplan | 2.6 | Continued analyzing estates' cash flows and resulting potential cash burn by estate. |
| 10/27/2016 | A. Kaplan | 2.3 | Continued analyzing estates' cash flows and resulting potential cash burn by estate. |
| 10/27/2016 | A. Kaplan | 2.0 | Analyzed estates' cash flows and resulting potential cash burn by estate. |
| 10/28/2016 | A. Kaplan | 2.5 | Continued analyzing cash budgets filed by the estates. |
| 10/28/2016 | A. Kaplan | 1.5 | Analyzed cash budgets filed by the estates. |
| **Task Code Total Hours** | | **27.8** | |
| **27. Plan of Reorganization/Disclosure Statement** | | | |
| 10/6/2016 | A. Cowie | 0.8 | Analyzed Nortel post-petition financial reporting. |
| 10/7/2016 | A. Cowie | 2.3 | Analyzed Nortel post-petition financial reporting. |
| 10/14/2016 | C. Kearns | 0.3 | Emailed with counsel re: possible plan objections. |
| 10/17/2016 | A. Cowie | 1.9 | Analyzed financial matters in SPSA and Disclosure Statement. |
| 10/18/2016 | A. Cowie | 2.9 | Analyzed draft plan of reorganization. |
| 10/18/2016 | A. Cowie | 2.9 | Continued to analyze draft plan of reorganization. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **27. Plan of Reorganization/Disclosure Statement** | | | |
| 10/18/2016 | J. Hyland | 2.9 | Reviewed draft POR. |
| 10/18/2016 | A. Cowie | 1.9 | Continued to analyze draft plan of reorganization. |
| 10/18/2016 | J. Hyland | 1.7 | Continued reviewing draft POR. |
| 10/18/2016 | J. Borow | 1.6 | Reviewed Plan issues. |
| 10/19/2016 | A. Cowie | 2.9 | Analyzed draft plan of reorganization. |
| 10/19/2016 | A. Cowie | 2.9 | Continued to analyze draft plan of reorganization. |
| 10/19/2016 | J. Hyland | 2.8 | Analyzed POR matters afflicting recoveries. |
| 10/19/2016 | J. Hyland | 2.4 | Analyzed POR issues and followed up with Counsel. |
| 10/19/2016 | J. Borow | 2.1 | Reviewed Plan issues. |
| 10/19/2016 | J. Hyland | 2.0 | Summarized POR matters affecting recoveries. |
| 10/19/2016 | A. Cowie | 1.1 | Continued to analyze draft plan of reorganization. |
| 10/19/2016 | J. Hyland | 0.7 | Conducted call with M. Kennedy (Chilmark) re: POR. |
| 10/19/2016 | C. Kearns | 0.4 | Emailed with Counsel and team re: status of disclosure statement draft and issues to be addressed. |
| 10/20/2016 | A. Cowie | 2.9 | Continued to analyze draft plan of reorganization. |
| 10/20/2016 | J. Hyland | 2.9 | Reviewed draft disclosure statement. |
| 10/20/2016 | A. Cowie | 2.8 | Analyzed draft plan of reorganization. |
| 10/20/2016 | J. Hyland | 2.8 | Continued reviewing draft disclosure statement. |
| 10/20/2016 | J. Borow | 1.4 | Reviewed draft plan and related issues. |
| 10/21/2016 | J. Hyland | 2.9 | Analyzed financial impact of POR and disclosure statement. |
| 10/21/2016 | J. Hyland | 2.6 | Continued analyzed financial impact of POR and disclosure statement. |
| 10/21/2016 | J. Hyland | 2.1 | Continued analyzed financial impact of POR and disclosure statement. |
| 10/21/2016 | J. Borow | 1.7 | Review draft plan and related issues. |
| 10/21/2016 | C. Kearns | 1.2 | Reviewed redline to draft plan and five comments to Counsel. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **27. Plan of Reorganization/Disclosure Statement** | | | |
| 10/24/2016 | A. Cowie | 2.8 | Analyzed plan of reorganization drafts. |
| 10/24/2016 | J. Hyland | 2.8 | Analyzed POR allocations. |
| 10/24/2016 | J. Hyland | 2.4 | Continued analyzing POR allocations. |
| 10/24/2016 | A. Cowie | 2.4 | Continued to analyze plan of reorganization drafts. |
| 10/24/2016 | A. Cowie | 1.4 | Continued to analyze plan of reorganization drafts. |
| 10/24/2016 | J. Borow | 1.3 | Reviewed draft plan and related issues. |
| 10/24/2016 | C. Kearns | 0.8 | Reviewed redline to U.S. draft plan. |
| 10/24/2016 | C. Kearns | 0.2 | Read emails from Counsel re: plan related issues. |
| 10/25/2016 | J. Hyland | 2.9 | Reviewed Disclosure Statement draft. |
| 10/25/2016 | A. Cowie | 2.8 | Analyzed plan of reorganization drafts. |
| 10/25/2016 | A. Cowie | 2.7 | Continued to analyze plan of reorganization drafts. |
| 10/25/2016 | J. Hyland | 2.7 | Reviewed POR draft. |
| 10/25/2016 | A. Cowie | 2.6 | Continued to analyze plan of reorganization drafts. |
| 10/25/2016 | J. Hyland | 2.5 | Continued reviewing Disclosure Statement draft. |
| 10/25/2016 | J. Borow | 1.3 | Reviewed provisions of plan and disclosure statement. |
| 10/25/2016 | C. Kearns | 1.0 | Reviewed Debtors' latest turn of plan related documents. |
| 10/26/2016 | J. Hyland | 2.7 | Reviewed Canadian POA. |
| 10/26/2016 | J. Hyland | 2.5 | Continued reviewing Canadian POA. |
| 10/27/2016 | J. Hyland | 2.8 | Reviewed Disclosure Statement appendices. |
| 10/27/2016 | J. Hyland | 2.6 | Continued reviewing Disclosure Statement appendices. |
| 10/28/2016 | A. Cowie | 2.8 | Analyzed plan of reorganization drafts. |
| 10/28/2016 | A. Cowie | 2.7 | Continued to analyze plan of reorganization drafts. |
| 10/28/2016 | A. Cowie | 2.6 | Continued to analyze plan of reorganization drafts. |
| 10/28/2016 | J. Hyland | 2.5 | Reviewed POA currency conversion calculations. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **27. Plan of Reorganization/Disclosure Statement** | | | |
| 10/28/2016 | J. Hyland | 2.4 | Continued reviewing Disclosure Statement appendices. |
| 10/28/2016 | C. Kearns | 1.5 | Reviewed Canada draft plan and provided comments to Counsel. |
| 10/28/2016 | J. Hyland | 0.5 | Analyzed Canadian POA exchange rates. |
| 10/30/2016 | A. Cowie | 2.8 | Analyzed plan of reorganization drafts. |
| 10/31/2016 | A. Cowie | 2.9 | Analyzed plan of reorganization drafts. |
| 10/31/2016 | J. Hyland | 2.4 | Reviewed draft of the POR and Disclosure Statement and provided comments to Counsel. |
| 10/31/2016 | J. Hyland | 2.2 | Continued reviewing draft of the POR and Disclosure Statement and provided comments to Counsel. |
| 10/31/2016 | A. Cowie | 2.1 | Continued to analyze plan of reorganization drafts. |
| 10/31/2016 | J. Hyland | 2.0 | Continued reviewing draft of the POR and Disclosure Statement and provided comments to Counsel. |
| 10/31/2016 | J. Borow | 1.4 | Reviewed issues pertaining to Plan. |
| 10/31/2016 | C. Kearns | 1.0 | Reviewed disclosure statement draft. |
| 10/31/2016 | C. Kearns | 0.7 | Reviewed redline to draft Canada plan and related comments from Counsel. |
| 10/31/2016 | A. Cowie | 0.2 | Continued to analyze plan of reorganization drafts. |
| **Task Code Total Hours** | | **135.7** | |
| **Total Hours** | | **265.2** | |