IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 )  )  Case No. 09-10138 (KG) |
| Nortel Networks Inc. et al.,[1] | ) )  (Jointly Administered) |
| Debtors. | ) )  **Hearing Date: TBD** ) |

## NOTICE OF ELEVENTH INTERIM FEE APPLICATION REQUEST

Name of Applicant:  Cassels Brock & Blackwell LLP

Authorized to Provide
Professional Services to:  Official Committee of Unsecured Creditors

Date of Retention:  March 17, 2014, *Nunc Pro Tunc* to March 4, 2014

Period for which compensation
and reimbursement is sought:  August 1, 2016 through October 31, 2016[2]

Amount of Compensation sought as
actual, reasonable and necessary:  CDN. $276,131.00 Equivalent to USD $205,579.53[3]

Amount of Expense Reimbursement sought
as actual, reasonable and necessary:  CDN. $11,150.34 Equivalent to USD $8,301.43[3]

This is (a)n: _X_ interim  ____ final application

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567); and Nortel Networks (CALA) Inc. (4226).

[2] Cassels Brock & Blackwell LLP's August, 2016, September, 2016 and October, 2016 monthly fee applications are incorporated herein by reference.

[3] Reuters Exchange Rate on November 29, 2016 was CDN. $1.00 U.S. $0.7445

Legal*34758907.1

Summary of Fee Applications for Compensation Period:

| Date Filed Docket No. | Period Covered | Requested Fees | Requested Expenses | Approved Fees (80%) | Approved Expenses (100%) | Holdback Fees Requested Fees (20%) |
|---|---|---|---|---|---|---|
| Date Filed: 11/8/16 Docket No. 17371 | 8/1/16 – 8/31/16 | $84,570.50 | $140.87 | $67,656.40 Pending Obj. Deadline November 29, 2016 | $140.87 Pending Obj. Deadline November 29, 2016 | $16,914.10 |
| Date Filed: 11/15/16 Docket No. 17394 | 9/1/16 - 9/30/16 | $61,773.00 | $10,661.45 | $49,418.40 Pending Obj. Deadline December 5, 2016 | $10,661.45 Pending Obj. Deadline December 5, 2016 | $12,354.60 |
| Date Filed: 11/29/16 Docket No. 17474 | 10/1/16 - 10/31/16 | $129,787.50 | $348.02 | $103,830.00 Pending Obj. Deadline December 21, 2016 | $348.02 Pending Obj. Deadline December 21, 2016 | $25,957.50 |
| TOTALS: | All amounts in CDN.$ | $276,131.00 | $11,150.34 | $220,904.80[4] | $11,150.34[5] | $55,226.20 |

Summary of any Objections to Fee Applications: None.

Dated: November 30, 2016
Toronto, Ontario

*(signature)*

Michael J. Wunder
CASSELS BROCK & BLACKWELL LLP
Suite 2100, Scotia Plaza
40 King Street West
Toronto, Ontario  M5H 3C2
(416) 869-5300
Canadian Counsel to the Official Committee of Unsecured Creditors of Nortel Networks Inc., *et al.*

---

[4] The total amount reflected in this column includes amounts pending approval.

[5] The total amount reflected in this column includes amounts pending approval.

2

Legal*34758907.1