IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Nortel Networks Inc. et al.,[1] | ) Case No. 09-10138 (KG) |
| Debtors. | ) (Jointly Administered) |
| | ) **Hearing Date: TBD** |

## NOTICE OF THIRTY-FIRST INTERIM FEE APPLICATION REQUEST

Name of Applicant:  Akin Gump Strauss Hauer & Feld LLP

Authorized to Provide
Professional Services to:  Official Committee of Unsecured Creditors

Date of Retention:  March 5, 2009, *Nunc Pro Tunc* to January 22, 2009

Period for which compensation
and reimbursement is sought:  August 1, 2016 through October 31, 2016[2]

Amount of Compensation sought as
actual, reasonable and necessary:  $907,576.25

Amount of Expense Reimbursement sought
as actual, reasonable and necessary:  $9,919.83

This is (a)n: _X_ interim   ____ final application

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567); and Nortel Networks (CALA) Inc. (4226).

[2] Akin Gump Strauss Hauer & Feld LLP's August, September, and October 2016 monthly fee applications are incorporated herein by reference.

Summary of Fee Applications for Compensation Period:

| | | Requested | | Approved | | Holdback Fees Requested |
|---|---|---|---|---|---|---|
| **Date Filed Docket No.** | **Period Covered** | **Fees** | **Expenses** | **Fees (80%)** | **Expenses (100%)** | **Fees (20%)** |
| Date Filed: 10/27/16 Docket No. 17311 | 8/1/16 – 8/31/16 | $232,836.00 | $2,775.53 | $186,268.80 | $2,775.53 | $46,567.20 |
| Date Filed: 11/04/16 Docket No. 17345 | 9/1/16 – 9/30/16 | $275,559.75 | $4,687.35 | $220,447.80 | $4,687.35 | $55,111.95 |
| Date Filed: 11/29/16 Docket No. 17469 | 10/1/16 – 10/31/16 | $399,180.50 | $2,456.95 | Pending Obj. deadline $319,344.40 | Pending Obj. deadline $2,456.95 | $79,836.10 |
| **TOTALS:** | | **$907,576.25** | **$9,919.83** | **$726,061.00**[3] | **$9,919.83**[4] | **$181,515.25** |

Summary of any Objections to Fee Applications:  None.

Dated: November 30, 2016
    New York, New York

                                    /s/ Fred S. Hodara
                                   Fred S. Hodara (*pro hac vice*)
                                   David H. Botter (*pro hac vice*)
                                   AKIN GUMP STRAUSS HAUER & FELD LLP
                                   One Bryant Park
                                   New York, NY 10036
                                   Telephone:  (212) 872-1000

                                   Co-Counsel to the Official Committee of Unsecured
                                   Creditors of Nortel Networks Inc., *et al.*

---

[3] The total amount reflected in this column includes amounts pending approval.

[4] The total amount reflected in this column includes amounts pending approval.

2