IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Nortel Networks Inc., <u>et al</u>.,[1]<br><br>　　　　　　　　　　　Debtors. | ) Chapter 11<br>)<br>) Case No. 09-10138 (KG)<br>)<br>) (Jointly Administered)<br>)<br>) Hearing Date: TBD<br>) |

**NOTICE OF SIXTH INTERIM FEE APPLICATION REQUEST**

Name of Applicant:　　　　　　　　　　Berkeley Research Group, LLC

Authorized to Provide
Professional Services to:　　　　　　　Official Committee of Unsecured Creditors

Date of Retention:　　　　　　　　　　July 9, 2015, *Nunc Pro Tunc* to June 1, 2015

Period for which compensation
and reimbursement is sought:　　　　August 1, 2016 through October 31, 2016[2]

Amount of Compensation sought as
actual, reasonable and necessary:　　　$452,262.00

Amount of Expense Reimbursement sought
as actual, reasonable and necessary:　　$0.00

This is (a)n:  _X_  interim　　_____ final application

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567); and Nortel Networks (CALA) Inc. (4226).

[2] Berkeley Research Group, LLC's August, September and October 2016 monthly fee applications are incorporated herein by reference.

Summary of Fee Applications for Compensation Period:

| Date Filed Docket No. | Period Covered | Fees | Expenses | Fees -80% | Expenses (100%) | Fees -20% |
|---|---|---|---|---|---|---|
| Date Filed 09/04/2016 Docket No. 17346 | 08/01/2016 to 08/31/2016 | $181,183.50 | $0.00 | $144,946.80 | $0.00 | $36,236.70 |
| Date Filed 11/29/2016 Docket No. 17463 | 09/01/2016 to 09/30/2016 | $101,780.00 | $0.00 | $81,424.00 | $0.00 | $20,356.00 |
| Date Filed 11/29/2016 Docket No. 17475 | 10/01/2016 to 10/31/2016 | $169,298.50 | $0.00 | $135,438.80 | $0.00 | $33,859.70 |
| **TOTALS:** | | $452,262.00 | $0.00 | $361,809.60 | $0.00 | $90,452.40 |

Summary of any Objections to Fee Applications:  None.

Dated:  November 30, 2016
    New York, NY

/s/ Jay Borow
Jay Borow
BERKELEY RESEARCH GROUP, LLC
810 7th Ave.
41st Floor
New York, NY  10019
Telephone:  (212) 782-1411
Facsimile:  (212) 782-1479

Financial Advisor to the Official Committee of Unsecured Creditors of Nortel Networks Inc., *et al.*