IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X   Chapter 11
:
*In re*                                                   :   Case No. 09-10138 (KG)
:
Nortel Networks Inc., *et al.*,[1]                        :   Jointly Administered
:
              Debtors.                :
:
---------------------------------------------------------X

### NOTICE OF SECOND AMENDED[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON DECEMBER 1, 2016 AT 9:00 A.M. (EASTERN TIME)

By permission of chambers, any party wishing to participate telephonically must make arrangements through CourtCall **at least one hour prior to the hearing**. CourtCall has been made aware of this extended deadline. CourtCall will not accept reservations after the extended deadline has passed without permission of chambers. Please do not contact chambers prior to the expiration of the extended deadline.

### CONTESTED MATTER GOING FORWARD

1. Debtors' Motion for Entry of an Order (I) Approving Adequacy of Information Contained in Disclosure Statement, (II) Establishing Voting Record Date, (III) Approving Procedures for Soliciting, Receiving and Tabulating Votes on the Plan, and (IV) Scheduling Confirmation Hearing Date and Establishing Notice and Objection Procedures (D.I. 17350, Filed 11/4/16).

    Objection Deadline: November 18, 2016 at 4:00 p.m. (ET). Extended to November 23, 2016 at 4:00 p.m. (ET) for the United States Trustee.

    Responses Received:

    (a) Response to Nortel Network Inc. Disclosure Statement Filed by General Beneficial LP (D.I. 17379, Filed 11/10/16);

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567), Nortel Networks (CALA) Inc. (4226), and Nortel Networks India International Inc. (8667). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

[2] **Amended items appear in bold.**

(b) Objection to Disclosure Statement Filed by Edward E. Piltz (D.I. 17413, Filed 11/18/16);

(c) Objection of the Nortel Trade Claims Consortium to Debtors' (I) Proposed Disclosure Statement for the First Amended Joint Chapter 11 Plan of Nortel Networks Inc. and Certain of its Affiliated Debtors and (II) Related Solicitation Procedures (D.I. 17415, Filed 11/18/16);

(d) Objection of Pension Benefit Guaranty Corporation to the Proposed Disclosure Statement for the First Amended Joint Plan of Reorganization of Nortel Networks Inc. and Certain of its Affiliated Debtors (D.I. 17416, Filed 11/18/16);

(e) Objection of SNMP Research International, Inc. and SNMP Research, Inc. to Proposed Disclosure Statement for the First Amended Joint Plan of Nortel Networks Inc. and Certain of its Affiliated Debtors (D.I. 17417, Filed 11/18/16);

(f) Joinder and Reservation of Rights of Liquidity Solutions, Inc. with Respect to the Objection of the Nortel Trade Claims Consortium to Debtors' (I) Proposed Disclosure Statement for the First Amended Joint Chapter 11 Plan of Nortel Networks Inc. and Certain of its Affiliated Debtors and (II) Related Solicitation Procedures (D.I. 17431, Filed 11/26/16);

(g) Informal Comments from the United States Trustee; and

(h) Reply of the *Ad Hoc* Group of Bondholders to the Nortel Trade Claims Consortium's Objection to the Motion for Entry of an Order Approving the Debtors' Disclosure Statement, Voting Procedures, and Confirmation Procedures (D.I. 17438, Filed 11/28/16).

Related Pleading:

(a) First Amended Joint Chapter 11 Plan of Nortel Networks Inc. and Certain of its Affiliated Debtors (D.I. 17347, Filed 11/4/16);

(b) Proposed Disclosure Statement for the First Amended Joint Chapter 11 Plan of Nortel Networks Inc. and Certain of its Affiliated Debtors (D.I. 17347, Filed 11/4/16);

(c) Debtors' Motion for Entry of an Order Shortening the Objection Deadline and Notice of the Hearing to Consider Approval of the Disclosure Statement (D.I. 17349, Filed 11/4/16);

(d) Order Granting Debtors' Motion for Entry of an Order Shortening the Objection Deadline and Notice of the Hearing to Consider Approval of the Disclosure Statement (D.I. 17355, Filed 11/7/16);

(e)  Reply of Debtors to Objections to the Debtors' Proposed Disclosure Statement and in Further Support of the Debtors' Solicitation Procedures Motion (D.I. 17439, Filed 11/28/16);

(f)  First Amended Joint Chapter 11 Plan of Nortel Networks Inc. and Certain of its Affiliated Debtors (D.I. 17452, Filed 11/29/16);

(g)  First Amended Joint Chapter 11 Plan of Nortel Networks Inc. and Certain of its Affiliated Debtors [Blackline] (D.I. 17453, Filed 11/29/16);

(h)  Proposed Disclosure Statement for the First Amended Joint Chapter 11 Plan of Nortel Networks Inc. and Certain of its Affiliated Debtors (D.I. 17456, Filed 11/29/16);

(i)  Proposed Disclosure Statement for the First Amended Joint Chapter 11 Plan of Nortel Networks Inc. and Certain of its Affiliated Debtors [Blackline] (D.I. 17457, Filed 11/29/16);

(j)  Notice of Filing of Proposed Order (I) Approving the Disclosure Statement, (III) Establishing the Voting Record Date and Procedures for Soliciting, Receiving and Tabulating Votes on the Plan and (III) Setting the Confirmation Hearing Date and Establishing Notice and Objection Procedures (D.I. 17460, Filed 11/29/16); and

**(k)  Notice Pursuant to Section 12(d) of the Cross-Border Protocol of Filing of the Monitor's and the Canadian Debtors' Motion Record (Motion for Approval of Plan Filing and Meeting Order, Post-Filing Claims Bar Date Order and Additional Misfiled Claim Order) in the Canadian Proceedings (D.I. 17465, Filed 11/29/16).**

Status: A hearing on this matter will go forward.  Response (b) has been resolved and Mr. Piltz has agreed to withdraw his objection.

Dated: November 30, 2016  
Wilmington, DE

CLEARY GOTTLIEB STEEN & HAMILTON LLP  
James L. Bromley (admitted *pro hac vice*)  
Lisa M. Schweitzer (admitted *pro hac vice*)  
One Liberty Plaza  
New York, New York 10006  
Telephone:  (212) 225-2000  
Facsimile:  (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP  
    */s/ Tamara K. Minott*  
Eric D. Schwartz (No. 3134)  
Derek C. Abbott (No. 3376)  
Andrew R. Remming (No. 5120)  
Tamara K. Minott (No. 5643)

1201 North Market Street
Wilmington, DE  19899-1347
Telephone:  (302) 658-9200
Facsimile:  (302) 658-3989

*Counsel for the Debtors and Debtors in Possession*