## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
                     :

*In re*                           :         Chapter 11
                     :

Nortel Networks Inc., *et al.*, [1]     :        Case No. 09-10138 (KG)
                     :

             Debtors.     :        Jointly Administered
                     :

                     :        **Hearing Date: TBD**
---------------------------------------------------------X  **Objections Due:  December 20, 2016 at 4:00 p.m.**
                                 **(ET)**

**FINAL APPLICATION OF PUNTER SOUTHALL LLC, AS PENSION CO-ADVISOR TO THE DEBTORS AND DEBTORS-IN-POSSESSION, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD <u>MAY 8, 2009 THROUGH JANUARY 31, 2014</u>**

| | |
|---|---|
| Name of Applicant: | Punter Southall LLC |
| Authorized to Provide Professional Services to: | Debtors |
| Date of Retention: | June 26, 2009 <u>nunc</u> <u>pro</u> <u>tunc</u> to May 8, 2009 |
| Final period for which compensation and reimbursement is sought: | May 8, 2009 through January 31, 2014 |
| Amount of final compensation sought as actual, reasonable and necessary: | $1,725,135.50 |
| Amount of final expenses sought as actual, reasonable and necessary: | $0 |
| This is an __ interim |   x   final application |

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems, Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

If this is not the first application filed, disclose the following for each prior application:

| DATE FILED | PERIOD COVERED | REQUESTED FEES/EXPENSES | APPROVED FEES/EXPENSES |
|---|---|---|---|
| July 29, 2009 | May 8, 2009 – June 30, 2009 | $124,193.50/$0.00 | $124.193.50/$0.00 |
| September 29, 2009 | July 1, 2009 – July 31, 2009 | $70,000/$0.00 | $70,000/$0.00 |
| September 29, 2009 | August 1, 2009 – August 31, 2009 | $70,000/$0.00 | $70,000/$0.00 |
| November 20, 2009 | September 1, 2009 – October 31, 2009 | $140,000/$0.00 | $140,000/$0.00 |
| February 22, 2010 | November 1, 2009 – February 28, 2010 | $157,500/$0.00 | $157,500/$0.00 |
| May 17, 2010 | February 1, 2010 – April 30, 2010 | $168,750/$0.00 | $168,750/$0.00 |
| September 10, 2010 | May 1, 2010 – July 31, 2010 | $120,250/$0.00 | $120,250/$0.00 |
| November 23, 2010 | August 1, 2010 – October 31, 2010 | $58,500/$0.00 | $58,500/$0.00 |
| February 25, 2011 | November 1, 2010 – January 31, 2011 | $58,500/$0.00 | $58,500/$0.00 |
| May 30, 2011 | February 1, 2011 – April 30, 2011 | $58,500/$0.00 | $58,500/$0.00 |
| August 26, 2011 | May 1, 2011 – July 31, 2011 | $58,500/$0.00 | $58,500/$0.00 |
| November 13, 2011 | August 1, 2011 – October 31, 2011 | $58,500/$0.00 | $58,500/$0.00 |
| February 29, 2012 | November 1, 2011 – January 31, 2012 | $58,500/$0.00 | $58,500/$0.00 |
| May 29, 2012 | February 1, 2012 – April 30, 2012 | $58,500/$0.00 | $58,500/$0.00 |
| September 19, 2012 | May 1, 2012 – July 31, 2012 | $58,500/$0.00 | $58,500/$0.00 |
| November | August 1, 2012 – | $58,500/$0.00 | $58,500/$0.00 |

| 20, 2012 | October 31, 2012 | | |
|---|---|---|---|
| February 21, 2013 | November 1, 2012 – January 31, 2013 | $58,500/$0.00 | $58,500/$0.00 |
| May 30, 2013 | February 1, 2013 – April 30, 2013 | $58,500/$0.00 | $58,500/$0.00 |
| August 30, 2013 | May 1, 2013 – July 31, 2013 | $55,193/$0.00 | $55,193/$0.00 |
| November 26, 2013 | August 1, 2013 – October 31, 2013 | $107,833/$0.00 | $107,833/$0.00 |
| February 26, 2014 | November 1, 2013 – January 31, 2014 | $67,915/$0.00 | $67,915/$0.00 |

## CUMULATIVE COMPENSATION BY PROFESSIONAL

Nortel Networks Inc., *et al.*
(Case No. 09-10138 (KG))

**Total Hours Worked by Personnel on Retainer/Project Fee Basis**

| Name | Total Hours for Final Period |
|---|---|
| James Saunders (Principal – London) | 199.5 |
| Richard Jones (Principal – London) | 196.0 |
| Ryan McGlothlin (Managing Director – Boston) | 127.5 |
| Chris Parlour (Associate Director – London) | 117.3 |
| Lorant Porkolab (Principal – London) | 106.5 |
| Jacquie Woodward (Associate Director – London) | 86.8 |
| Simon Banks (Principal – London) | 39.5 |
| Russell Gill (Associate – London) | 34.3 |
| Martin Hunter (Associate – London) | 16.5 |
| Elizabeth Weston (General Counsel - London) | 15.0 |
| Dianne Tersoni (Associate – Boston) | 5.8 |
| Dan Desmarais (Managing Director - Boston) | 5.0 |

| | |
|---|---|
| Allison Smith (Associate – London) | 4.0 |
| Matthew Claise (Associate Director – London) | 3.0 |
| Oliver Hebert (Associate Director – London) | 2.3 |
| Lesley-Anne Cameron (Associate – London) | 1.8 |
| Rachel Morely (Associate - London) | 1.0 |
| Nathan Reed (Analyst – London) | 1.0 |
| **TOTAL** | 962.5 |

**Total Hours Worked by Personnel on Hourly Basis**

| Name of Professional Person | Position of the Applicant and Area of Expertise | Hourly Billing Rate (including changes) (GBP) | Total Billed Hours for Final Period | Total Fees for Final Period (GBP) |
|---|---|---|---|---|
| Louisa Taylor (Senior Consultant – London) | Pension Advisory | 750 | 192.2 | 48,091 |
| Peter Black (Principal – London) | Pension Advisory | 990 | 128.2 | 42,315 |
| Gemma Jeffries (Associate – London) | Pension Advisory | 450 | 120.9 | 18,186 |
| Luke Liston (Associate – London) | Pension Advisory | 177 | 14.6 | 2,582 |
| Emily Wicks (Associate – London) | Pension Advisory | 177 | 13.6 | 2,397 |
| Carol Bennett (Support – London) | Pension Advisory | 174 | 11.9 | 1,032 |
| Rebecca Ward (Associate – London) | Pension Advisory | 120 | 8.5 | 1,022 |
| Ryan McGlothlin (Managing Director – Boston) | Pension Advisory | 660 | 6.3 | 2,063 |

| | | | | |
|---|---|---|---|---|
| Felix Currell (Associate – London) | Pension Advisory | 120 | 5.5 | 664 |
| Martin Hunter (Senior Consultant – London | Pension Advisory | 230 | 3.5 | 801 |
| Chris Haywood (Associate – London) | Pension Advisory | 120 | 2.5 | 306 |
| Sarah Bridgewood (Support – London) | Pension Advisory | 57 | 2.1 | 127 |
| Claire Richards (Support – London) | Pension Advisory | 50 | 1.6 | 81 |
| Ross Matthews (Senior Consultant – London) | Pension Advisory | 420 | 1.5 | 319 |
| Lisa Webb (Support – London) | Pension Advisory | 57 | 0.9 | 51 |
| Jade Bull (Associate – London) | Pension Advisory | 120 | 0.7 | 80 |
| Adam Gillespie (Senior Consultant – London) | Pension Advisory | 250 | 0.7 | 167 |
| Vicky Sore (Associate – London) | Pension Advisory | 150 | 0.5 | 70 |
| Steve Leake (Principal – London) | Pension Advisory | 390 | 0.3 | 117 |
| Katherine Jack (Senior Consultant – London) | Pension Advisory | 250 | 0.2 | 42 |
| Sarah Popplestone (Senior Consultant – London) | Pension Advisory | 250 | 0.2 | 42 |
| **Total** | | | **516.01** | **120,555** |
| **TOTAL HOURLY** | | GBP 120,556 ($191,941) | | |
| **BLENDED HOURLY RATE:** | | GBP 234 ($372) | | |

5

| GRAND TOTAL OF HOURLY FEES: | $191,941 |
|---|---|

**CUMULATIVE COMPENSATION BY PROJECT CATEGORY**
Nortel Networks Inc., *et al.*
(Case No. 09-10138 (KG))

| Project Category | Total Hours for Final Period | Total Fees from the Petition Date |
|---|---|---|
| Pension Advisory | 1351.0 | N/A |
| Fee Applications | 127.5 | N/A |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL** | **1,478.5** | **N/A** |

**CUMULATIVE EXPENSE SUMMARY**

Nortel Networks Inc., *et al.*
(Case No. 09-10138 (KG))

| Expense Category | Total Expenses from the Petition Date |
|---|---|
| N/A | $0 |
| **TOTAL** | **$0** |

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

--------------------------------------------------------X

|  |  |
|---|---|
| *In re* | Chapter 11 |
| Nortel Networks Inc., *et al.*, [1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

**Hearing Date: TBD**
**Objections Due:  December 20, 2016 at 4:00 p.m. (ET)**

--------------------------------------------------------X

## FINAL APPLICATION OF PUNTER SOUTHALL LLC, AS PENSION CO-ADVISOR TO THE DEBTORS AND DEBTORS-IN-POSSESSION, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD <u>MAY 8, 2009 THROUGH JANUARY 31, 2014</u>

Punter Southall LLC ("<u>Punter Southall</u>"), Pension Co-Advisor to Nortel Networks, Inc., and its affiliated debtors and debtors-in-possession in the above-captioned cases (collectively, the "<u>Debtors</u>"), submits this application (the "<u>Application</u>") pursuant to 331 of title 11 of the United States Code (the "<u>Bankruptcy Code</u>"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>"), Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court of the District of Delaware (the "<u>Local Rules</u>"), the United States Trustee's Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses filed under 11 U.S.C. § 330, effective January

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:   Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

30, 1996 (the "U.S. Trustee Guidelines") and the Order Under 11 U.S.C. §§ 105(a) and 331, Fed.

R. Bankr. P. 2016 and Del. Bankr. L.R. 2016-2 Establishing Procedures for Interim

Compensation and Reimbursement of Fees and Expenses for Professionals and Official

Committee Members (D.I. 222) (the "Interim Compensation Procedures Order")[2].  In support of

this Application, Punter Southall represents as follows:

**JURISDICTION**

1.      This Court has jurisdiction over this Application pursuant to 28 U.S.C. §§

157 and 1334.  This is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).  Venue in

this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

**BACKGROUND**

2.      On January 14, 2009 (the "Petition Date"), the Debtors each filed a

voluntary petition for relief under Chapter 11 of the Bankruptcy Code.  The Debtors continue to

operate their businesses and manage their properties as debtors-in-possession pursuant to

sections 1107 and 1108 of the Bankruptcy Code.  No trustee or examiner has been appointed in

the Debtors' jointly administered bankruptcy cases.

3.      On January 26, 2009, the United States Trustee for the District of

Delaware appointed the Official Committee of Unsecured Creditors.

**PUNTER SOUTHALL RETENTION**

4.      On June 26, 2009, this Court entered the Order pursuant to 11 U.S.C.

Sections 327(a) and 328(a) Fed. R. Bankr. P.2014 and 2016, and Del. Bankr. L.R. 2014-1 and

---

2       Terms used but not otherwise defined herein have the meanings ascribed to them in the Interim Compensation Procedures Order.

2016-1 Authorizing Employment and Retention of Punter Southall LLC *nunc pro tunc* to May 8,

2009 as Pension Co-Advisor to the Debtors and Debtors in Possession.

        5.      On September 9, 2010, the *Supplemental Declaration of Ryan D.*

*McGlothlin in Support of Debtors' Application for Entry of an Order Authorizing Employment*

*and Retention of Palisades Capital Advisors LLC and Punter Southall LLC as Pension Co-*

*Advisors to the Debtors* (D.I.3893) was filed.  In accordance with the Supplemental Declaration,

there has been further revision to the Engagement Letter and the Co-Advisors' retention.

Starting on June 2010, the Monthly Advisory Fee will be $30,000, with sixty-five percent

payable to Punter Southall and thirty-five percent payable to Palisades.  In subsequent months

the Fee will be $19,500, with one-hundred percent payable to Punter Southall.  In accordance

with the Order Approving Further Amendments to the Terms of Punter Southall's Retention

(D.I. 11238), starting July 2013 the Monthly Advisory Fee will be calculated on an hourly basis.

This Application reflects these revised terms.

**FINAL RELIEF REQUESTED**

        6.      Punter Southall submits this Application (a) for allowance of reasonable

compensation for the actual, reasonable and necessary professional services that it has rendered

as Pension Co-Advisory to the Debtors in these cases for the period of May 8, 2009 through

January 31, 2014, and (b) for reimbursement of actual, reasonable and necessary expenses

incurred in representing the Debtors during that same period.

        7.      During the period covered by this Application, Punter Southall incurred

fees in the amount of $1,725,135.50.  For the same period, Punter Southall incurred expenses in

the amount of $0.

        8.      Set forth in the foregoing "Compensation by Project Category" is a

summary by subject matter categories of the time expended by timekeepers billing time to these cases.

9.       Punter Southall has endeavored to provide services to the Debtors in the most expeditious and economical manner possible.  Tasks have been assigned to attorneys, paralegals, and other support staff at Punter Southall so that work has been performed by those most familiar with the particular matter or task.

10.       No agreement or understanding exists between Punter Southall and any other person for the sharing of compensation received or to be received for services rendered in or in connection with these cases.

11.       The undersigned has reviewed the requirements of Local Rule 2016-2 and certifies to the best of his information, knowledge and belief that this Application complies with that Rule.

WHEREFORE, Punter Southall respectfully requests the entry of an order, substantially in the form attached hereto as **Exhibit A** (i) granting final allowance of reasonable compensation of $1,725,134.50 and expenses of $0 for the actual, reasonable and necessary professional services rendered to the Debtors during the Application Period and (ii) granting such other relief as is just and equitable under the circumstances.

Dated: November 30, 2016                PUNTER SOUTHALL LLC
Waltham, MA

                                                      */s/ Ryan D. McGlothlin*
                                                     Ryan D. McGlothlin
                                                     Managing Director
                                                     Punter Southall LLC
                                                     200 West St.
                                                     Waltham MA 02451
                                                     (781.373.6934)

                                                     Pension Co-Advisor to the Debtor