IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X  Chapter 11
:
*In re*                                                      :  Case No. 09-10138 (KG)
:
Nortel Networks Inc., *et al.*,[1]                           :  Jointly Administered
:
                Debtors.         :
:
:
------------------------------------------------------------X

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on November 30, 2016, a copy of the **Debtors' Requests for Production of Documents to the Pension Benefit Guaranty Corporation** was served, in the manner indicated, on the parties identified on the attached service list.

Dated: November 30, 2016
      Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
        */s/ Tamara K. Minott*
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Tamara K. Minott (No. 5643)
1201 North Market Street

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567), Nortel Networks (CALA) Inc. (4226), and Nortel Networks India International Inc. (8667). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

1

P.O. Box 1347
Wilmington, Delaware 19801
Telephone: (302) 658-9200
Facsimile: (302) 658-3989

*Counsel for the Debtors
and Debtors in Possession*

10607937.1

# SERVICE LIST

**VIA OVERNIGHT MAIL**

Israel Goldowitz
Charles L. Finke
Paula J. Connelly
Garth Wilson
Vincent Matias Murrell
Marc Pfeuffer
Pension Benefit Guaranty Corporation
1200 K Street, N.W.
Suite 340
Washington, DC 20005

**VIA EMAIL AND OVERNIGHT MAIL**

Sarah Reid
Eric R. Wilson
Benjamin D. Feder
Kelley Drye & Warrne LLP
101 Park Ave.
New York, NY 10178
Email: sreid@kelleydrye.com
       ewilson@kelleydrye.com
       bfeder@kelleydrye.com

Vincent Matias Murrell
Paula J. Connelly
Pension Benefit Guaranty Corporation
1200 K Street, N.W.
Suite 340
Washington, DC 20005
Email: murrell.vicente@pbgc.gov
       connelly.paula@pbgc.gov
       efile@pbgc.gov

10607937.1