**Exhibit B**

# Invoice

Ashurst LLP
Broadwalk House
5 Appold Street
London
EC2A 2HA

The Official Unsecured Creditors Committee for Nortel Networks Inc
c/o Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, New York  10036
United States of America

Tel +44 (0)20 7638 1111
Fax +44 (0)20 7638 1112
www.ashurst.com

Our VAT No.: GB 108 2136 48



**Interim** (S)

VAT Invoice Date: **22 November 2016**      Our Ref: **GDB/CCN01.00001**      Invoice No.: **419924**

|  | VAT GBP | VAT Rate (%) | Fees and Disbursements GBP |
|---|---|---|---|
| **Re: BANKRUPTCY** | | | |
| **To our professional fees** (NT) | 0.00 | 0.00 | 23,216.00 |
| For the period to 31 October 2016, in connection with the above matter. | | | |
| (Please see attached). | | | |
| Document Production (NT) | 0.00 | 0.00 | 9.90 |
| **Disbursements:** (NT) | | | |
| Fares | 0.00 | 0.00 | 17.60 |
|  | 0.00 | | 23,243.50 |
| VAT | | | 0.00 |
| Total | | | 23,243.50 |
| **Balance Due** | | | **23,243.50** |

The fees and disbursements the subject of this invoice may include fees and disbursements due to another member of the Ashurst Group.

**Payment Details**

NatWest - 15 Bishopsgate, London, EC2P 2AP - **Account No.:** 00404268
**Sort Code:** 50-00-00 - **Swift Code:** NWBKGB2L - **IBAN Code:** GB12NWBK50000000404268

| Please note: Remittance advices should be sent electronically to remittances@ashurst.com |

Please quote reference 419924 when settling this invoice
**Payment Terms: 21 days**

Legal services are 100% foreign source

AUSTRALIA  BELGIUM  CHINA  FRANCE  GERMANY  HONG KONG SAR  INDONESIA (ASSOCIATED OFFICE)  ITALY  JAPAN  PAPUA NEW GUINEA
SAUDI ARABIA  SINGAPORE  SPAIN  UNITED ARAB EMIRATES  UNITED KINGDOM  UNITED STATES OF AMERICA

Ashurst LLP is a limited liability partnership registered in England and Wales under number OC330252 and is part of the Ashurst Group. It is a law firm authorised and regulated by the Solicitors Regulation Authority of England and Wales under number 468653. A list of members of Ashurst LLP and their professional qualifications is open to inspection at its registered office Broadwalk House, 5 Appold Street, London EC2A 2HA or at the address above. The term 'partner' in relation to Ashurst LLP is used to refer to a member of Ashurst LLP or to an employee or consultant with equivalent standing and qualifications. The Ashurst Group has an office in each of the places listed above.



The Official Unsecured Creditors Committ
Re: BANKRUPTCY
GDB/GDB/CCN01.00001
For the period: to 31/10/2016
Prebill Number:1085577

**Matter: CCN01.00001 - BANKRUPTCY**

| C0003 | Ashurst Fee Application/Monthly Billing Reports | | | |
|---|---|---|---|---|
| | | Time (Decimal) | Agreed Rate (GBP /hour) | Amount |
| **Senior Associate** | | | | |
| LROBER | Lindsey Roberts | 1.40 | 585.00 | 819.00 |
| **Trainee** | | | | |
| IKHAN | Ibrahim Khan | 2.60 | 210.00 | 546.00 |
| | | | Total | 1,365.00 |

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 14/10/2016 | Ibrahim Khan | LETT | Email Lester re billing | 0.10 | 210.00 | 21.00 |
| 14/10/2016 | Lindsey Roberts | LETT | Emails re: September fee/expenses estimates | 0.20 | 585.00 | 117.00 |
| 17/10/2016 | Ibrahim Khan | LETT | Reviewing LROBER comments on pre-bill and mark-up. | 0.10 | 210.00 | 21.00 |
| 18/10/2016 | Ibrahim Khan | LETT | Liaising with 1LZT re markups to add into billing guide. | 0.10 | 210.00 | 21.00 |
| 18/10/2016 | Lindsey Roberts | LETT | Emails internally re: update on settlement | 0.20 | 585.00 | 117.00 |
| 18/10/2016 | Lindsey Roberts | LETT | Emails to/from Katherine Good re: Certificate of no objection | 0.10 | 585.00 | 58.50 |
| 20/10/2016 | Ibrahim Khan | LETT | Drafting Monthly Fee Application and contacting Credit Control re billing update. Adding amends to draft invoice and sending back to 1LA. | 1.40 | 210.00 | 294.00 |
| 21/10/2016 | Ibrahim Khan | DRFT | Finalising monthly fee application with updates from billing team. | 0.40 | 210.00 | 84.00 |
| 24/10/2016 | Lindsey Roberts | LETT | Emails from Cashiers re: billing; review of final fee application and comments on the same | 0.30 | 585.00 | 175.50 |
| 26/10/2016 | Ibrahim Khan | DRFT | Drafting fee application in light of LROBER markup. | 0.40 | 210.00 | 84.00 |
| 26/10/2016 | Ibrahim Khan | LETT | Emailing American Counsel to submit attached September fee application. | 0.10 | 210.00 | 21.00 |
| 26/10/2016 | Lindsey Roberts | READ | Review of final application and email to Akin | 0.20 | 585.00 | 117.00 |
| 28/10/2016 | Lindsey Roberts | LETT | Email to Katie Good re: response to fee examiner | 0.30 | 585.00 | 175.50 |
| 28/10/2016 | Lindsey Roberts | LETT | Email to the fee examiner re: response to preliminary report | 0.10 | 585.00 | 58.50 |

1,365.00

Matter: CCN01.00001 - BANKRUPTCY

## C0007    Creditors Committee Meetings

|  |  | Time (Decimal) | Agreed Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Senior Associate** | | | | |
| ACROKE | Antonia Croke | 3.50 | 615.00 | 2,152.50 |
| LROBER | Lindsey Roberts | 0.40 | 585.00 | 234.00 |
| | | | Total | 2,386.50 |

### Detailed Time Breakdown

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 06/10/2016 | Antonia Croke | LETT | Review agenda for UCC call; mins of prev call and briefing schedule | 0.10 | 615.00 | 61.50 |
| 06/10/2016 | Antonia Croke | ATTD | Attend UCC call | 0.50 | 615.00 | 307.50 |
| 13/10/2016 | Antonia Croke | LETT | Review Agenda for UCC call | 0.10 | 615.00 | 61.50 |
| 13/10/2016 | Antonia Croke | ATTD | Attend UCC call | 0.40 | 615.00 | 246.00 |
| 13/10/2016 | Lindsey Roberts | PHON | UCC weekly call | 0.40 | 585.00 | 234.00 |
| 20/10/2016 | Antonia Croke | ATTD | Attend UCC calls and review agenda for calls | 1.00 | 615.00 | 615.00 |
| 27/10/2016 | Antonia Croke | READ | Review agenda for UCC call and further c'tee call; minutes of previous UCC call and BRG presentation re US bond prices | 0.60 | 615.00 | 369.00 |
| 27/10/2016 | Antonia Croke | ATTD | Attend UCC call and further committee call | 0.80 | 615.00 | 492.00 |
| | | | | | | 2,386.50 |

Matter: CCN01.00001 - BANKRUPTCY

## C0012    General Claims Analysis/Claims Objections

|  |  | Time (Decimal) | Agreed Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Partner** | | | | |
| AMP | Angela Pearson | 1.80 | 820.00 | 1,476.00 |
| **Senior Associate** | | | | |
| ACROKE | Antonia Croke | 6.90 | 615.00 | 4,243.50 |
| LROBER | Lindsey Roberts | 12.20 | 585.00 | 7,137.00 |
| **Junior Associate** | | | | |
| MSTRAS | Max Strasberg | 18.20 | 355.00 | 6,461.00 |
| **Trainee** | | | | |
| IKHAN | Ibrahim Khan | 0.70 | 210.00 | 147.00 |
| | | | Total | 19,464.50 |

Matter: CCN01.00001 - BANKRUPTCY

## C0012     General Claims Analysis/Claims Objections

|  |  |  | | Time (Decimal) | Agreed Rate (GBP /hour) | Amount |
|---|---|---|---|---|---|---|

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 04/10/2016 | Antonia Croke | LETT | Review update re SPSA | 0.10 | 615.00 | 61.50 |
| 05/10/2016 | Antonia Croke | LETT | Review email from B Kahn re update on SPSA | 0.10 | 615.00 | 61.50 |
| 05/10/2016 | Antonia Croke | LETT | Review email from F Hodara re SPSA | 0.10 | 615.00 | 61.50 |
| 07/10/2016 | Antonia Croke | READ | Review draft ltr to 3rd circuit and emails re same and updates on the SPSA | 0.60 | 615.00 | 369.00 |
| 07/10/2016 | Lindsey Roberts | READ | Review of emails re: signing of SSA | 0.20 | 585.00 | 117.00 |
| 10/10/2016 | Lindsey Roberts | READ | Review of emails re: developments on settlement | 0.30 | 585.00 | 175.50 |
| 11/10/2016 | Antonia Croke | LETT | Review Reorg update re settlement | 0.10 | 615.00 | 61.50 |
| 12/10/2016 | Antonia Croke | LETT | Review emails re update on SPSA signing; review Canada press release and US Ct doc | 0.60 | 615.00 | 369.00 |
| 12/10/2016 | Lindsey Roberts | READ | Review of update emails on progress signing | 0.20 | 585.00 | 117.00 |
| 13/10/2016 | Antonia Croke | LETT | Emails re final SPSA docs | 0.40 | 615.00 | 246.00 |
| 13/10/2016 | Antonia Croke | READ | Review order shortening notice | 0.10 | 615.00 | 61.50 |
| 13/10/2016 | Antonia Croke | LETT | Review email from F Hodara re BHs | 0.10 | 615.00 | 61.50 |
| 13/10/2016 | Lindsey Roberts | INTD | Update email internally re: settlement | 0.20 | 585.00 | 117.00 |
| 13/10/2016 | Lindsey Roberts | LETT | Update emails re: SPSA | 0.20 | 585.00 | 117.00 |
| 14/10/2016 | Ibrahim Khan | LETT | Reviewing library feedback on latest news on Nortel settlement, summarising and feeding back to LROBER. | 0.20 | 210.00 | 42.00 |
| 17/10/2016 | Antonia Croke | LETT | Review emails re PBGC privilege issues and communications going forward | 0.30 | 615.00 | 184.50 |
| 18/10/2016 | Ibrahim Khan | LETT | Requesting articles from Library of relevance to bankruptcy, summarising for LROBER. | 0.20 | 210.00 | 42.00 |
| 19/10/2016 | Antonia Croke | LETT | Review email from M Wunder re Monitor's motion to approve canadian distribution escrow a'ment | 0.20 | 615.00 | 123.00 |
| 20/10/2016 | Antonia Croke | READ | Review PBGC response to motion to enter escrow agreement and email from A Loring re same | 0.50 | 615.00 | 307.50 |
| 21/10/2016 | Antonia Croke | READ | Review status report for Judge Stark, drft ltr to the third circuit re SPSA and email from R Johnson re same | 0.40 | 615.00 | 246.00 |
| 21/10/2016 | Antonia Croke | LETT | Review emails re plan and disclosure statement | 0.10 | 615.00 | 61.50 |
| 21/10/2016 | Ibrahim Khan | LETT | Reviewing email from Library, re Nortel-related developments. | 0.10 | 210.00 | 21.00 |
| 25/10/2016 | Antonia Croke | LETT | Review emails re Nortel plan and DS and Stark status reports | 0.70 | 615.00 | 430.50 |
| 27/10/2016 | Ibrahim Khan | LETT | Reviewing articles from library, summarising for LROBER. | 0.20 | 210.00 | 42.00 |
| 28/10/2016 | Antonia Croke | LETT | Emails Akin/Ash re Administrators hearing; review Court docs for hearing; confer AMP/LROBER re same; review LROBER summary for Akin; emails re same | 0.90 | 615.00 | 553.50 |
| 28/10/2016 | Antonia Croke | LETT | Review email re relativity licenses | 0.10 | 615.00 | 61.50 |
| 28/10/2016 | Angela Pearson | READ | Review documents re Administrators hearing + associated documents | 1.00 | 820.00 | 820.00 |
| 28/10/2016 | Angela Pearson | INTD | Emails/Discussions with ACROKE/LROBER/GDB | 0.30 | 820.00 | 246.00 |
| 28/10/2016 | Angela Pearson | LETT | Review email re Administrators hearing | 0.30 | 820.00 | 246.00 |
| 28/10/2016 | Lindsey Roberts | READ | Review update re: NNUK Court Hearing; email wider team re: the same | 0.20 | 585.00 | 117.00 |

Matter: CCN01.00001 - BANKRUPTCY

## C0012 General Claims Analysis/Claims Objections

| Date | Name | Type | Description | Time (Decimal) | Agreed Rate (GBP /hour) | Amount |
|---|---|---|---|---|---|---|
| 28/10/2016 | Lindsey Roberts | READ | Review of JAs Skeleton, Application Notice and Witness Statement in support; discussion with AMP and ACROKE (and separately with MSTRAS) re: the same; email to Akin summarising the position | 3.80 | 585.00 | 2,223.00 |
| 30/10/2016 | Antonia Croke | READ | Review redlines of the Nortel Plan and the US disclosure statement and emails re same | 0.50 | 615.00 | 307.50 |
| 30/10/2016 | Max Strasberg | READ | Review materials for Monday application hearing | 3.20 | 355.00 | 1,136.00 |
| 31/10/2016 | Antonia Croke | LETT | Review draft email to Akin re hearing and FSDs; draft amends; emails AMP/LROBER re same; confer AMP re FH q's; consider interest rate issue; email LROBER re same | 0.70 | 615.00 | 430.50 |
| 31/10/2016 | Antonia Croke | LETT | Review draft email to FH re FSD issues; draft amends; emails LROBER re same; emails AMP re statutory interest rate | 0.30 | 615.00 | 184.50 |
| 31/10/2016 | Angela Pearson | READ | Review emails re summary of Administrators hearing | 0.20 | 820.00 | 164.00 |
| 31/10/2016 | Lindsey Roberts | LETT | Consider and respond to Akin's further query re: NNUK settlements; emails internally re: the same | 2.50 | 585.00 | 1,462.50 |
| 31/10/2016 | Lindsey Roberts | READ | Review of A Bloom's Witness Statement continued | 1.10 | 585.00 | 643.50 |
| 31/10/2016 | Lindsey Roberts | READ | Reading A Bloom's Witness Statement | 2.60 | 585.00 | 1,521.00 |
| 31/10/2016 | Lindsey Roberts | LETT | Email to/from MSTRAS re: NNUK hearing | 0.20 | 585.00 | 117.00 |
| 31/10/2016 | Lindsey Roberts | LETT | Email in response to query from Akin on FSD Settlement; Emails internally re the same | 0.50 | 585.00 | 292.50 |
| 31/10/2016 | Lindsey Roberts | LETT | Intd diss with MSTRAS following the hearing | 0.20 | 585.00 | 117.00 |
| 31/10/2016 | Max Strasberg | READ | Prepare for application hearing (further review of key passages of WS and skeleton) | 1.40 | 355.00 | 497.00 |
| 31/10/2016 | Max Strasberg | ATTD | Attending application hearing | 6.80 | 355.00 | 2,414.00 |
| 31/10/2016 | Max Strasberg | LETT | Note of application hearing | 5.10 | 355.00 | 1,810.50 |
| 31/10/2016 | Max Strasberg | DRFT | Note of application hearing | 1.70 | 355.00 | 603.50 |

19,464.50