**Exhibit C**

**DISBURSEMENT SUMMARY**

**OCTOBER 01, 2016 THROUGH OCTOBER 31, 2016**

| | |
|---|---:|
| Document Production | £9.90 |
| Travel Expenses – Ground Transportation | £17.60 |
| **TOTAL** | **£27.50** |