**Exhibit D**

## Disbursements Detailed Breakdown

165 A4 Copies @ 0.06p per copy                                                                                                  9.90

**Fares, Courier Charges and Incidental Expenses (Taxis)**

27/10/2016                VENDOR: Roberts, Lindsey INVOICE#: 1483730811040010 DATE: 04/11/2016                    17.60
                          Taxi, 27/10/16, Taxi home - working late