**Exhibit E**

# SUMMARY OF ATTORNEYS AND LEGAL ASSISTANTS RENDERING SERVICES DURING THE PERIOD OCTOBER 01, 2016 THROUGH OCTOBER 31, 2016

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate After 1 July 2016 | Total Billed Hours | Total Compensation Requested (£) |
|---|---|---|---|---|
| Angela Pearson | Partner for 8 years; Admitted in 1993 in England and Wales; Restructuring and Special Situations Group, London | £820 | 1.80 | 1,476.00 |
| Antonia Croke | Associate for 9 years; Admitted in 2007 in New South Wales; Australia Dispute Resolution Group, London | £615 | 10.4 | 6,396.00 |
| Lindsey Roberts | Associate for 5 years; Admitted in 2011 in England and Wales; Dispute Resolution Group, London | £585 | 14.00 | 8,190.00 |
| Max Strasberg | Associate for 1 year; Admitted in 2015 in England and Wales; Dispute Resolution Group, London | £355 | 18.20 | 6,461.00 |
| Ibrahim Khan | Trainee Solicitor; Dispute Resolution Group, London | £210 | 3.30 | 693.00 |
| **TOTAL** | | | **47.70** | **23,216.00** |

## COMPENSATION BY PROJECT CATEGORY
## OCTOBER 01, 2016 THROUGH OCTOBER 31, 2016

| Project Category | Total Hours | Total Fees (£) |
|---|---|---|
| Ashurst Fee Application / Monthly Billing Reports | 4.00 | 1,365.00 |
| Creditors Committee Meetings | 3.90 | 2,386.50 |
| General Claims Analysis/Claims Objections | 39.80 | 19,464.50 |
| **TOTAL** | **47.70** | **23,216.00** |