IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) Case No. 09-10138 (KG) |
| Nortel Networks Inc., et al.,[1] | ) Jointly Administered |
|  | ) |
| Debtors. | ) **Hearing Date**: TBD |
|  | ) |

# NOTICE OF THIRTY-FIRST INTERIM FEE APPLICATION REQUEST

| | |
|---|---|
| Name of Applicant: | Ashurst LLP |
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors |
| Date of Retention: | March 5, 2009 (nunc pro tunc to January 30, 2009) |
| Period for which Compensation and Reimbursement is sought: | August 1, 2016 through October 31, 2016 |
| Amount of Compensation sought as actual, reasonable and necessary | £34,583.50 (US $48,736.96)[2] |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | £36.62 (US $63.09)[3] |

This is (a)n:  X  interim ___ final application.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems, Inc. (9769); Nortel Altsystems International, Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567); and Nortel Networks (CALA) Inc. (4226).

[2] The amount stated in parenthesis is for informational purposes only and reflects the international foreign exchange rate of £1 to US $1.24 as published by Bloomberg.com on the date of this application.

[3] The amount stated in parenthesis is for informational purposes only and reflects the international foreign exchange rate of £1 to US $1.24 as published by Bloomberg.com on the date of this application.

50260591

Summary of Fee Applications for Compensation Period:

| Date Filed Docket No. | Period Covered | Requested | | Approved | | Holdback Fees Requested |
| --- | --- | --- | --- | --- | --- | --- |
| | | Fees | Expenses | Fees (80%) | Expenses (100%) | Fees (20%) |
| Date Filed: 09/23/2016 Docket No. 17204 | 08/01/2016 – 08/31/2016 | £5,691.50 | £3.12 | £4,553.20 | £3.12 | £1,138.30 |
| Date Filed: 10/26/2016 Docket No. 17309 | 09/01/2016 – 09/30/2016 | £5,676.00 | £6.00 | £4,540.80 | £6.00 | £1,135.20 |
| Date Filed: 11/30/2016 Docket No. 17490 | 10/01/2016 – 10/31/2016 | £23,216.00 | £27.50 | Pending Obj deadline 12/20/2016 £18,572.80 | Pending Obj deadline 12/20/2016 £27.50 | £4,643.20 |
| **TOTALS:** | | £34,583.50 | £36.62 | £27,666.80 | £36.62 | £6,916.70 |

Summary of any Objections to Fee Applications: None.

Dated:   November 30, 2016
         London, United Kingdom

_[signature]_

**Giles Boothman**
ASHURST LLP
Broadwalk House
5 Appold Street
London EC2A 2HA
Telephone: +44 (0)20 7638 1111
Facsimile: +44 (0)20 7638 1112

European Counsel to the Official Committee of Unsecured Creditors of Nortel Networks Inc., *et al.*

50260591