**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Nortel Networks Inc., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>(Jointly Administered)<br><br>Related to Docket Nos. 14950 & 17452<br><br>**Hearing Date on Reconsideration: December 20, 2016 at 10:00 a.m. ET**<br>**Objections to Reconsideration Due: December 13, 2016 at 4:00 p.m. ET**<br><br>**Hearing Date on Claim Objection: January 24, 2017 at 10:00 a.m. ET**<br>**Objections to Claim Objection Due: December 30, 2016 at 4:00 p.m. ET** |

**NOTICE OF HEARING ON THE NORTEL TRADE CLAIMS CONSORTIUMS'
(I) MOTION FOR RECONSIDERATION AND VACATION OF THE
BANKRUPTCY COURT'S DECEMBER 18, 2014 PPI SETTLEMENT ORDER
AND (II) OBJECTION TO CROSSOVER BOND CLAIMS**

**TO:**   (i) the U.S. Debtors; (ii) the U.S. Trustee; (iii) counsel to the Official Committee of Unsecured Creditors; (iv) Crossover Bondholders; and (v) all parties requesting or entitled to notice pursuant to Rule 2002.

PLEASE TAKE NOTICE that the Nortel Trade Claims Consortium has filed the attached **(I) Motion for Reconsideration and Vacation of the Bankruptcy Court's December 18, 2016 PPI Settlement Order** (the "Motion") **and (II) Objection to Crossover Bond Claims** (the "Claims Objection").

**PLEASE TAKE FURTHER NOTICE** that responses or objections to the Motion, if any, are to be filed on or before **December 13, 2016 at 4:00 p.m. (Prevailing Eastern Time).** At the same time, you must serve a copy of the objection or response on the undersigned attorneys.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567), Nortel Networks (CALA) Inc. (4226) and Nortel Networks India International, Inc. (8667). For the avoidance of doubt, the terms "<u>Debtors</u>" and "<u>U.S. Debtors</u>" are used interchangeably herein, and the chapter 11 cases of the Debtors are referenced collectively herein as the "<u>Cases</u>".

**PLEASE TAKE FURTHER NOTICE** that if any responses are timely filed in accordance with this Notice, a hearing on the Motion will be held on **December 20, 2016 at 10:00 a.m. (Prevailing Eastern Time)** before The Honorable Brendan L. Shannon at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom 1, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** that responses or objections to the Claims Objection, if any, are to be filed on or before **December 30, 2016 at 4:00 p.m. (Prevailing Eastern Time).** At the same time, you must serve a copy of the objection or response on the undersigned attorneys.

**PLEASE TAKE FURTHER NOTICE** that if any responses are timely filed in accordance with this Notice, a hearing on the Motion will be held on **January 24, 2017 at 10:00 a.m. (Prevailing Eastern Time)** before The Honorable Brendan L. Shannon at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom 1, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

Dated:  November 30, 2016
Wilmington, Delaware

**FOX ROTHSCHILD LLP**

*/s/ Courtney A. Emerson*
Jeffrey M. Schlerf (DE No. 3047)
L. John Bird (DE No. 5310)
Courtney A. Emerson (DE No. 6229)
919 North Market Street, Suite 300
Wilmington, DE 19801
Telephone: (302) 654-7444
Facsimile: (302) 656-8920
jschlerf@foxrothschild.com
jbird@foxrothschild.com
cemerson@foxrothschild.com

and

**BROWN RUDNICK LLP**
Steven D. Pohl, Esq.
Christopher M. Floyd, Esq.
One Financial Center
Boston, MA 02111
Telephone:  (617) 856-8200
Facsimile:  (617) 856-8201
Email: spohl@brownrudnick.com
            cfloyd@brownrudnick.com

*Counsel to the Nortel Trade Claims Consortium*