# Exhibit A

**COMPENSATION BY PROJECT CATEGORY**

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

August 1, 2016 through October 31, 2016

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Fee/Employment Application - US | 4.40 | $1,805.50 |
| Wanland | 7.70 | $5,526.50 |
| Litigation | 3.90 | $3,824.00 |
| **TOTAL** | **16.00** | **$11,156.00** |

| Index | Date | ID | Name | Title | Hours | Amount | Narrative |
|---|---|---|---|---|---|---|---|
| 14877789 | 8/31/2016 | 1830 | Almy, Monique D. | Partner | 1.50 | 1,095.00 | Review and finalize 70th interim (May, June, and July) (0.4); review and analyze Fee Examiner Spreadsheet (0.8); review and finalize 29th Quarterly (0.2); review and finalize Proposed Order (0.1). |
| 14873223 | 8/31/2016 | 2444 | Perales, Olegario | Specialist | 2.90 | 710.50 | Draft 70th interim fee application for May through July (1.5); draft 29th quarterly (0.5); draft 70th interim spreadsheet for Ms. Scarborough (Fee Examiner) (0.8); prepare order approving fees for May through July 2016 fee statements (0.1). |
|  |  |  |  |  | **4.40** | **$1,805.50** | **Professional Services Total** |

Client: 105185 / Nortel Networks, Inc.  Proforma 1024222
Matter: 105185.0000206 / Litigation  11/30/2016

| Index | Date | ID | Name | Title | Hours | Amount | Narrative |
|---|---|---|---|---|---|---|---|
| 14802831 | 8/1/2016 | 302 | Regan, James J. | Partner | 0.30 | 306.00 | Exchange emails with Mr. Plevin re conversations with client concerning discovery issues. |
| 14870789 | 8/30/2016 | 1474 | Supko, Mark M. | Partner | 0.10 | 88.00 | Correspondence with Recommind and Cleary re recurring charge for database hosting. |
|  |  |  |  |  | **0.40** | **$394.00** | **Professional Services Total** |

Client: 105185 / Nortel Networks, Inc.  
Matter: 105185.0000121 / Wanland

Proforma 1029420  
11/30/2016

| Index | Date | ID | Name | Title | Hours | Amount | Narrative |
|---|---|---|---|---|---|---|---|
| 14968670 | 9/27/2016 | 1830 | Almy, Monique D. | Partner | 3.00 | 2,190.00 | Review and analyze Debtors' Motion Pursuant To Bankruptcy Rule 9019 For Entry Of An Order (0.9); review proposed Order Granting Preliminary Approval Of Class Action Settlement (0.4); review proposed Final Order Approving Class Action Settlement (0.3); review and analyze Class Settlement Agreement (0.5); review notice re class action settlement (0.3); review and analyze proposed Judgment (0.3); prepare for conference call to finalize and file same (0.3). |
| 14965338 | 9/27/2016 | 3245 | Burton, Emma K. | Counsel | 0.10 | 68.50 | Review and respond to multiple correspondences from Mr. Livingston re revised settlement agreement and exhibits, including conferring with Ms. Almy re same. |
| 14968736 | 9/28/2016 | 1830 | Almy, Monique D. | Partner | 1.30 | 949.00 | Review and analyze CGSH markup of settlement documents. |
| 14965354 | 9/28/2016 | 3245 | Burton, Emma K. | Counsel | 0.50 | 342.50 | Review and respond to multiple correspondence from Mr. Livingston re Wanland settlement (0.1); review and analyze proposed revisions to Settlement Agreement and Exhibits (0.3); confer with Ms. Almy re same (0.1). |
| 14968763 | 9/29/2016 | 1830 | Almy, Monique D. | Partner | 0.50 | 365.00 | Discuss process with E. Burton and opposing counsel to get deal approved. |
| 14968790 | 9/29/2016 | 1830 | Almy, Monique D. | Partner | 0.50 | 365.00 | Review comments to Settlement Document mark-ups and comment to finalize. |
| 14965364 | 9/29/2016 | 3245 | Burton, Emma K. | Counsel | 0.20 | 137.00 | Review and respond to multiple correspondence from Mr. Livingston re Wanland settlement, including correspondence from Ms. Rasche re same (0.1); confer with Ms. Almy re same (0.1). |
| 14965372 | 9/30/2016 | 3245 | Burton, Emma K. | Counsel | 0.20 | 137.00 | Draft correspondence to Messrs. Cantwell and Livingston re Wanland settlement (0.1); confer with Mses. Welt and Almy re same (0.1). |
| | | | | | **6.30** | **$4,554.00** | **Professional Services Total** |

Client: 105185 / Nortel Networks, Inc.                                                                                              Proforma 1029431
Matter: 105185.0000206 / Litigation                                                                                                  11/30/2016

| Index | Date | ID | Name | Title | Hours | Amount | Narrative |
|---|---|---|---|---|---|---|---|
| 14892737 | 9/8/2016 | 1474 | Supko, Mark M. | Partner | 0.20 | 176.00 | Correspondence with Ms. Perez re Recommind invoice (0.1); correspondence with Recommind and Cleary teams re options for reducing recurring hosting charges (0.1). |
| 14910337 | 9/9/2016 | 1474 | Supko, Mark M. | Partner | 0.20 | 176.00 | Correspondence with Mr. Reents and Ms. Palmer re Recommind recurring hosting fees. |
| 14937061 | 9/20/2016 | 1474 | Supko, Mark M. | Partner | 0.20 | 176.00 | Review Recommind invoice re monthly data hosting and correspond with Ms. Perez re status of cost-savings analysis regarding same. |
|  |  |  |  |  | **0.60** | **$528.00** | **Professional Services Total** |

Client: 105185 / Nortel Networks, Inc.  
Matter: 105185.0000121 / Wanland

Proforma 1033969  
11/30/2016

| Index | Date | ID | Name | Title | Hours | Amount | Narrative |
|---|---|---|---|---|---|---|---|
| 14987352 | 10/3/2016 | 3245 | Burton, Emma K. | Counsel | 0.30 | 205.50 | Review correspondence from Mr. Cantwell and Ms. Schweitzer re Nortel counsel in New Jersey (0.1); confer with Ms. Almy re same (0.1); teleconference with Ms. Schweitzer re same (0.1). |
| 14986214 | 10/4/2016 | 1830 | Almy, Monique D. | Partner | 0.30 | 219.00 | Conference call with opposing counsel and E. Burton to discuss final edits to settlement agreement and process to get it approved in state and bankruptcy court. |
| 14987374 | 10/4/2016 | 3245 | Burton, Emma K. | Counsel | 0.50 | 342.50 | Teleconference with Messrs. Cantwell, Livingston, and Ms. Rasche re execution of settlement documents and preparation of preliminary and final approval motions (0.3); confer with Ms. Almy re same (0.2). |
| 14987413 | 10/6/2016 | 3245 | Burton, Emma K. | Counsel | 0.10 | 68.50 | Review correspondence from Ms. Rasche and Mr. Livingston re executed settlement documents, preliminary approval motion, and fee petition, including discussions with Ms. Almy re same. |
| 15006919 | 10/13/2016 | 3245 | Burton, Emma K. | Counsel | 0.10 | 68.50 | Review and respond to correspondence from Mr. Livingston re creditors' committee query re Wanland settlement. |
| 15024866 | 10/20/2016 | 3245 | Burton, Emma K. | Counsel | 0.10 | 68.50 | Review and respond to correspondence from Ms. Rasche and Mr. Livingston re Delaware proceedings and motion for preliminary approval. |
|  |  |  |  |  | **1.40** | **$972.50** | **Professional Services Total** |

Client: 105185 / Nortel Networks, Inc.  
Matter: 105185.0000206 / Litigation

Proforma 1033977  
11/30/2016

| Index | Date | ID | Name | Title | Hours | Amount | Narrative |
|---|---|---|---|---|---|---|---|
| 15008690 | 10/13/2016 | 302 | Regan, James J. | Partner | 0.50 | 510.00 | Review and analyze settlement agreement (0.3); exchange emails with Messrs. Plevin and Supko re same (0.2). |
| 15003896 | 10/14/2016 | 1474 | Supko, Mark M. | Partner | 0.10 | 88.00 | Review Recommind invoice and correspond with Ms. Perez re same. |
| 15008708 | 10/16/2016 | 302 | Regan, James J. | Partner | 0.70 | 714.00 | Exchange emails with Ms. Almy re Nortel settlement (0.2); attention to billing status (0.3); review letter from UK administrator (0.2). |
| 15026735 | 10/17/2016 | 302 | Regan, James J. | Partner | 0.50 | 510.00 | Exchange emails with Ms. Almy re settlement process (0.3); confer with Ms. Almy re same (0.2). |
| 15038996 | 10/25/2016 | 302 | Regan, James J. | Partner | 0.80 | 816.00 | Attention to litigation status emails and database questions (0.5); review and analyze report re same (0.3). |
| 15032220 | 10/25/2016 | 1474 | Supko, Mark M. | Partner | 0.30 | 264.00 | Correspondence with Ms. Ponder re data hosting fees (0.1); consult with Ms. Almy and Mr. Regan re same (0.2). |
|  |  |  |  |  | **2.90** | **$2,902.00** | **Professional Services Total** |