# Exhibit B

**EXPENSE  SUMMARY**

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

August 1, 2016 through October 31, 2016

| Expense Category | Service Provider if Applicable | Total Expenses |
|------------------|-------------------------------|----------------|
| Electronic Discovery | Advanced Discovery, LLC | $43,845.17 |
| **TOTAL** | | **$43,845.17** |

Client: 105185 / Nortel Networks, Inc.

| Index | Date | ID | Name | Title | Code | Category | Amount | Narrative | Proforma | Matter |
|-------|------|----|------|-------|------|----------|--------|-----------|----------|--------|
| 7408791 | 8/26/2016 | 1474 | Supko, Mark M. | Partner | 158 | Electronic Discovery | 43,602.74 | Electronic Discovery CAM/Matter - Vendor: Recommind, Inc. - Electronic Discovery Inv# USSI24696 Date: 08/23/2016 | 1024222 | 105185.0000206 |
| 7409810 | 8/30/2016 | 1474 | Supko, Mark M. | Partner | 158 | Electronic Discovery | 232.12 | Electronic Discovery CAM/Matter - Vendor: Advanced Discovery, LLC - Monthly hosting and user license fees for month of June. Inv# B184287 Date: 06/30/2016 | 1024220 | 105185.0000205 |
| 7409821 | 8/30/2016 | 1474 | Supko, Mark M. | Partner | 158 | Electronic Discovery | 4.81 | Electronic Discovery CAM/Matter - Vendor: Advanced Discovery, LLC - Monthly near line hosting for July. Inv# B186683 Date: 07/31/2016 | 1024220 | 105185.0000205 |
| 7414300 | 9/8/2016 | 1474 | Supko, Mark M. | Partner | 158 | Electronic Discovery | 2.06 | Electronic Discovery CAM/Matter - Vendor: Advanced Discovery, LLC - Monthly hosting for the month of August. Inv# B188638 Date: 08/31/2016 | 1029428 | 105185.0000205 |
| 7437031 | 10/25/2016 | 1474 | Supko, Mark M. | Partner | 158 | Electronic Discovery | 3.44 | Electronic Discovery CAM/Matter - Vendor: Advanced Discovery, LLC - Monthly Near Line hosting. Inv# B192386 Date: 09/30/2016 | 1033975 | 105185.0000205 |

**Total Disbursements  $43,845.17**