# SIGN-IN-SHEET

**CASE NAME:** NORTEL NETWORKS, INC.
**CASE NO.:** 09-10138 (KG)
**COURTROOM LOCATION:** 3
**DATE:** 12/1/16

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| James Croce | Quinn Emanuel Urquhart & Sullivan | SPS Alternative Loan Fund LP / Pointstate Capital LP |
| Angela Wu | Cleary Gottlieb | Nortel Networks Inc. |
| Justin Alberto | Bayard | UK Pension Claimants |
| Marc Abrams | Willkie Farr | UK Pension Claimants |
| Andrew Hanrahan | Willkie Farr | UK Pension Claimants |
| Tamara Muratt | MNAT | Nortel Networks Inc. |
| Derek Abbott | MNAT | Nortel Networks Inc. |
| Vicente Matias Murrell | Pension Benefit Guaranty Corp. | PBGC |
| Thomas Kreller | Milbank | Ad Hoc Bondholder Group |
| Joseph Badtke-Berkow | Allen & Overy | Monitor/CAD Debtors |
| Eric Wilson | Kelley Drye | PBGC |
| Lisa Schweitzer | Cleary Gottlieb | US Debtors |
| Ari Cantwell | " | " |
| Nick Bassett | Milbank | Ad Hoc Bondholder Group |
| Peter Kane | Pahulski Stang | " |
| Garth Wilson | PBGC | PBGC |

# SIGN-IN-SHEET

**CASE NAME:** NORTEL NETWORKS, INC.
**CASE NO.:** 09-10138 (KG)
**COURTROOM LOCATION:** 3
**DATE:** 12/1/16

2

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Tony Schuled | Fox Rothschild | Nortel Trade Claims Consort. |
| Steve Pohl | Brown Rudnick | " |
| Chris Floyd | | |
| Fred Hodara | Akin Gump | Official Comm Unsec. Creditors |
| David Botter | (") | (") |
| Abid Qureshi | (") | (") |
| Anthony Loring | Whiteford Taylor | (") |
| Chris Samis | Whiteford Taylor | (") |
| Kathleen Murphy | BIR | Monitor, CAD Debtors |
| Michael B. (?) | Hughes Hubbard | Benn Mellen as Franklin Trustee |
| Brenna A. Dolphin | MORRIS JAMES LLP | NNCC Trustee |
| Daniel Lowenthal | PATTERSON BELKNAP | NNCC Trustee |
| Mark Kenney | U.S. Trustee | U.S. Trustee |
| Jaime Chapman | YCST | Joint Administrators |
| Gabrielle Gleman | Hughes Hubbard | " |
| Matthew Beebe | Skadden | Stephen Taylor Conflicts Administrator for NNSA |

# SIGN-IN-SHEET

**CASE NAME:** NORTEL NETWORKS, INC.  
**CASE NO.:** 09-10138 (KG)  
**COURTROOM LOCATION:** 3  
**DATE:** 12/1/16

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Norm Pernick | Cole Schotz PC | SNMP |
| David Dean | " " | " " |
| William Chapman | Cuyahoga Brown Cicero & Cole | Wilmington Trust |

# Court Conference

**U.S. Bankruptcy Court-Delaware**
**Confirmed Telephonic Appearance Schedule**
**Honorable Kevin Gross (Nortel Trial Only)**
**Courtroom**

Calendar Date: 12/01/2016
Calendar Time: 09:00 AM ET

*Amended Calendar 12/01/2016 06:23 AM*

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 8001966 | Christopher Abad | (310) 843-3058 | Empyrean Capital Partners | Creditor, Empyrean Capital Partners / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7999957 | Derek Adler | (212) 837-6000 | Hughes Hubbard & Reed LLP (New York) | Interested Party, Joint Administrators / LIVE |
| | | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7998399 | Christopher G. Armstrong | (416) 849-6013 | Goodmans, LLP | Monitor, Ernst & Young / LIVE |
| | | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7999880 | Peg A. Brickley | (215) 462-0953 | Dow Jones & Co. | Interested Party, Peg Brickley / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7997937 | Esther Chung | (646) 855-6705 | Bank of America | Interested Party, Bank of America / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 8002013 | Maria Chutchian | (646) 378-3108 | Merger Market | Interested Party, Debtwire / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7997447 | Kenneth Coleman | (212) 610-6300 | Allen & Overy, LLP | Monitor, Ernst & Young / LIVE |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7998104 | Angela Dimsdale-Gill | (212) 728-3135 | Hogan Lovells US LLP | Interested Party, UK Pension Trust / LIVE |
| Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7993528 | Michael Etkin | 973-597-2312 | Lowenstein Sandler, LLP | Plaintiff(s), Lucescu / LIVE |
| Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7998163 | Benjamin D. Feder | (212) 808-7925 | Kelley Drye & Warren LLP | Creditor, Pension Benefit Guarantee Corporation / LIVE |
| Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7999942 | Chaim Fortgang | (914) 925-3410 | Fortgang Consulting LLC | Interested Party, Chaim Fortgang / LISTEN ONLY |
| Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 8002780 | Kimberly B. Gianis | (203) 862-8250 | Contrarian Capital Management | Interested Party, Contrarian Capital Management / LISTEN ONLY |
| Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 8001382 | Jerry L. Hall | (202) 625-3646 | Katten Muchin Rosenman LLP | Creditor, Wilmington Trust / LISTEN ONLY |
| Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7999936 | Emily Koruda | (617) 856-8405 | Brown Rudnick LLP | Creditor, Nortel Trade Claim Consortium / LISTEN ONLY |
| Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7999939 | Timothy Lavelle | (203) 542-4230 | Silverpoint Capital LP | Interested Party, Silverpoint Capital LP / LISTEN ONLY |
| Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 8002726 | Phillip Lis | (302) 571-6710 | Herbert Smith | Representing, Joint Administrators / LISTEN ONLY |
| Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7999149 | Selinda A. Melnik | (302) 357-5305 | DLA Piper US, LLP | Creditor, Canadian Creditors Commitee / LISTEN ONLY |

| Representing | Case | Proceeding | CourtCall ID | Attorney | Phone | Firm | Party Represented |
|---|---|---|---|---|---|---|---|
| Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 8002727 | Dan Mindel | (724) 321-2961 | Ernst & Young, LLP | Representing, Joint Administrators / LISTEN ONLY |
| Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7994399 | Brian E. O'Connor | 212-728-8000 | Willkie Farr & Gallagher LLP | Interested Party, UK Pension Trust / LIVE |
| Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7994769 | Jeremy Reckmeyer | (212) 850-2851 | Andrews Kurth LLP | Creditor, Liquidity Solution / LIVE |
| Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7996861 | Jonathan Rehm | (212) 525-0875 | HSBC Bank | Creditor, Matt Doheny / LISTEN ONLY |
| Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 8000420 | Susan L. Saltzstein | (212) 735-4132 | Skadden Arps Slate Meagher & Flom (New York) | Interested Party, Stephen Taylor Conflicts Administrator for Nortel Networks SA / LISTEN ONLY |
| Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 8001125 | Jason B. Sanjana | (212) 588-8890 | Reorg Research, Inc. | Interested Party, Reorg Research, Inc. / LISTEN ONLY |
| Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 8001012 | Paul N. Silverstein | (212) 850-2819 | Andrews Kurth LLP | Creditor, Liquidity Solution / LIVE |
| Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 8000033 | Jennifer Stam | (416) 862-5697 | Gowling WLG Canada LLP | Monitor, Ernst & Young, LLP / LIVE |
| Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7996981 | Andrew M. Thau | (212) 915-1232 | Cantor Fitzgerald | Interested Party, Cantor Fitzgerald / LISTEN ONLY |
| Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 8000249 | Amer Tiwana | (646) 616-3052 | Cowen & Co. | Interested Party, Cowen and Company / LISTEN ONLY |

| | | | | | | |
|---|---|---|---|---|---|---|
| Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 8002728 | Barbara Walancik | (416) 542-6288 | Koskie Minsky, LLP | Representing, Canadian Creditors Committee / LISTEN ONLY |
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 8002757 | Julia M. Winters | (212) 617-6592 | Bloomberg LP | Interested Party, Bloomberg LP / LISTEN ONLY |
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7996570 | Michael J. Wunder | (416) 860-6484 | Cassels Brock & Blackwell LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 (11-5345 4) | Hearing | 7998362 | Robert Johnson | 212-872-1077 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Official Committee of Unsecured Creditors / LIVE |
| Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 (11-5345 4) | Hearing | 7997853 | Eric Weiss | (212) 530-5420 | Milbank, Tweed, Hadley & McCloy, LLP | Creditor, Ad Hoc Bondholder Group / LISTEN ONLY |

Copyright © 2016 CourtCall, LLC. All Rights Reserved.

Raymond Reyes ext. 881