# Appendix B

## Structure Chart of Selected Nortel Affiliates

# APPENDIX B



**Nortel Networks Inc., et al.**
Organizational Structure

1 Foreign includes entities incorporated outside of the United States. The number of foreign subs for the Canadian subsidiaries are as of September 11, 2009 and may not reflect subsequent dissolutions or other wind down activity undertaken by the Canadian debtors.