# Appendix C

## Budget and Recovery Analysis

**Appendix C**

**Recovery Analysis for Each Debtor**

The information and data included in the Recovery Analysis are estimates derived from sources available to the Debtors.[1] The Recovery Analysis is based on the assets and financial estimates of the Debtors as of August 31, 2016, plus certain settlements contemplated under the Plan (the "Plan Settlements") as described herein. The information is presented on a Debtor by Debtor basis and recoveries include estimated recoveries from other Debtors by way of payment on Intercompany Claims or other Interests. Intercompany Claims against the Debtors asserted by other Debtors and Foreign Affiliate Debtors are treated in accordance with the terms of the Plan.  The information presented herein is for illustrative purposes only and prepared solely to estimate a range of possible recoveries of various Claims depending on the possible outcome of numerous contingencies, and shall not constitute evidence of the purported validity of any Claim and should not be used for any other purpose than as described herein.

The recoveries for each Debtor are based on expected undiscounted cash flows from assets managed in an orderly wind down over the period from August 31, 2016 through December 31, 2018 (the "Forecast Period").  Debtor assets are assumed to be fully monetized during the Forecast Period.  To the extent certain assets have not been fully realized during the Forecast Period, the Debtors may incur additional expenses beyond the Forecast Period to realize value for the assets.

The Recovery Analysis amounts differ from the presentation of assets in the Balance Sheets disclosed by the Debtors' monthly operating reports ("MORs").  The differences primarily include: the MORs are presented on a consolidated basis that eliminate Intercompany Claims between NNI and its Debtor subsidiaries, certain intercompany and affiliate account receivables are fully reserved for accounting purposes in the MORs, and the liabilities subject to compromise as laid out in the MORs are reflective of the balance sheets on the Petition Date and have not been adjusted for all Claim activity. A description of the manner in which assets are presented in the MORs is included in each MOR and the notes thereto.

In preparing this Recovery Analysis, the Debtors made various estimates and assumptions based on available information. Therefore, actual results may differ from estimated recoveries and could have a material effect on the recovery percentages.  The assumptions contained herein are made solely for modeling purposes and do not constitute a waiver of any of the Debtors' rights or defenses with respect to any of their claims and assets.

As more information becomes available to the Debtors, including the outcome of various Claim disputes and litigation, it is expected that estimates included in the Recovery Analysis will change, and such changes may be material.

---

[1]    Capitalized terms used in the exhibit and not defined herein shall have the definitions ascribed to them in the Plan or the Disclosure Statement, as applicable.

1) **Assumptions with Respect to Assets**

The Debtors have categorized their assets into various classes. Below is a short description of these categories and the treatment accorded to them in the Recovery Analysis.

a) *Cash*

Cash includes demand deposits, interest-bearing deposits with banks, U.S. government obligations, U.S. government guaranteed securities as of August 31, 2016.[2]

b) *Settlement Proceeds & Other SPSA Settlement Receipts*

The Recovery Analysis assumes the Debtors receive the Sales Proceeds from the respective Escrow Accounts as outlined in the Plan.  The estimated value included in the Recovery Analysis is $1,766.4 million across all Debtors.  This amount may increase due to any accrued interest on the Sales Proceeds prior to the release of the funds to the Debtors or it may decrease due to disputes regarding the Buyer Escrow Accounts, escrow agent costs or other items as noted in the SPSA.  In addition, the Recovery Analysis includes the receipt of $22.8 million by NNI from the Sales Proceeds and $77.5 million from the Canadian Estate as outlined in Section 2(e) and 4(e) (*Settlement of Allocation Dispute*) of the SPSA, respectively.  For more information regarding the Sale Proceeds Settlement see Section III.H.3 (*The Settlement and Plans Support Agreement*) of this Disclosure Statement.

c) *Residual Interest in Cascade Trust*

The Cascade Trust contains $35 million in aggregate. As outlined in Section 4(e) (*Settlement of Allocation Dispute*) of the SPSA, NNI will retain a 27% interest in the Cascade Trust, or approximately $9.4 million.  While the Debtors are not aware of any Claims made against the Cascade Trust, the amount and timing of the release of the funds from this escrow is uncertain.  The Recovery Analysis values NNI's residual interest in the Cascade Trust at $4.7 million, solely for modeling purposes.  For more information regarding the Cascade Trust see Section III.D.10 (*Cascade Indemnity*) of this Disclosure Statement.

d) *Non-Debtor Subsidiary Proceeds*

The Recovery Analysis includes the receipt of $3 million across all the Debtors related to certain Debtors' interests in non-Debtor subsidiaries, primarily Nortel Networks de Guatemala, Ltda.

---

[2]        The cash balances at NN Optical, Nortel Altsystems Int'l and CoreTek included in this illustrative analysis an assumed transfer of cash from NNI of $5,000 to each of those Debtors, as authorized in Section 6.6 (*Funding of Individual Debtors for Plan Confirmation*) of the Plan.

*e)  Intercompany receivables from Non-Debtor Affiliates*

For the purpose of determining recoveries, the Recovery Analysis assumes that all Affiliates recognize certain pre-petition balances as a basis for determining the Debtors' Intercompany Claims against such Affiliates.  The majority of the Debtors' receivable balances with Non-Debtor Affiliates ("Non-Debtor Affiliate Intercompany Receivables") have been agreed, compromised and or settled with the respective Affiliate as a component of the SPSA, FCFSA, APAC Agreement or Non-Filed Entity Settlement Agreement.  The Non-Debtor Affiliate receivables other than those against the Canadian Estate ("Other Non-Debtor Affiliate Intercompany Receivables") relate to entities that are currently in or are expected to be in liquidations in their local jurisdiction.  The table below lists the material Non-Debtor Affiliate Intercompany Receivables[3]:

| Affiliate | Amount ($ millions) |
|---|---|
| U.S. Canadian Unsecured Claim | $2,000.0 |
| U.S. Canadian Priority Claim | 62.7 |
| Nortel Networks (India) Private Ltd | 31.0 |
| Nortel Networks de Argentina S.A. | 9.4 |
| Nortel Networks de Mexico, S.A. de C.V. | 8.8 |
| Nortel Networks (Asia) Ltd. | 8.3 |
| Nortel Networks Singapore Pte Limited | 7.0 |
| Nortel de Mexico, S. de R.L. de C.V. | 5.8 |
| Nortel Chile S.A. | 5.1 |
| Nortel Networks (China) Limited | 4.0 |
| Nortel Networks del Uruguay, S.A. | 3.2 |
| Nortel Networks (Thailand) Limited | 2.4 |
| Architel Systems Corporation | 1.9 |
| Nortel Vietnam Limited | 1.6 |

The Recovery Analysis includes an estimate of a $62.7 million (100%) recovery on the U.S. Canadian Priority Claim and a $866 million (43.3%) recovery on the U.S. Canadian Claim.  The estimated recovery on the U.S .Canadian Claim is based the midpoint of the Monitor's recovery range in the Information Circular dated November 4, 2016.  **The Debtors have not performed, nor do the Debtors have sufficient access to data to perform, an independent analysis of the estimated Canadian Debtor Estates recovery range and are relying solely on the information presented by the Monitor in the Information Circular.  Actual results could vary materially.**  In addition, the timing of the estimated recovery on the U.S. Canadian Unsecured Claim is unknown.  For more information regarding the Canadian Debtor recovery estimates, see http://documentcentre.eycan.com/eycm_library/Project%20Copperhead/English/Plan%20and%20Other%20Creditor%20Meeting%20Documents/Information.pdf.

The recovery estimates in the Recovery Analysis are based on the assumption that no tax withholding will be made on the expected recoveries from the Canadian Debtors. If the Canadian Debtors are required under applicable law to withhold any taxes in connection with their payment of the U.S.

---

[3]      The table excludes unconfirmed receivables with certain Affiliates Nortel Networks Telecomunicacoes do Brasil Ltda., Nortel Networks Columbia S.A.S. and Nortel Networks de Venezuela, C.A..

Canadian Unsecured Claim, the U.S. Canadian Priority Claim or the $77.5 million payment required by section 4(e) of the SPSA,  distributions made to NNI with respect to such obligations would be reduced by the amount of the required withholding tax.  The Debtors do not expect that any such withholding tax would apply on a payment or distribution by the Canadian Debtors on account of the U.S. Canadian Unsecured Claim, U.S. Canadian Priority Claim or the $77.5 million payment required by section 4(e) of the SPSA and do not have any reason to believe that the Canadian Debtors would take a different position.  However, if any amounts are withheld by the Canadian Debtors, such withholding would reduce the payment the Debtors receive in respect of the U.S. Canadian Unsecured Claim, U.S. Canadian Priority Claim or the $77.5 million payment required by section 4(e) of the SPSA and there is no certainty that the Debtors would be able to recover all or any portion of the withheld amounts through a refund or credit.

The Recovery Analysis includes an estimate of approximately $34 million recovery on  Other Non-Debtor Affiliate Receivables across all the Debtors.  Such amount is an estimate and the actual result could vary materially.  In addition, the timing of any estimated recovery on Non-Debtor Affiliate Receivables is unknown.

### f)   Debtor Intercompany Receivables

For the purpose of determining recoveries, the Recovery Analysis assumes that all Intercompany balances between the Debtors, as listed in Exhibit D to the Plan and Annex L to the SPSA, serve as the basis for determining a Debtor's Claims against other Debtors.

## 2)   Assumptions With Respect to Claims

**This Recovery Analysis is premised upon a number of estimates and assumptions that, although developed and considered reasonable by the Debtors, are inherently subject to significant business, economic and additional uncertainties beyond the control of the Debtors, and, as discussed below, may be subject to change.**  Given the number of uncertainties in arriving at an estimated Claim amount, the Debtors have provided a range of estimated Claims recoveries, from a "low end" to a "high end".  In general, the low end of the estimated recovery range was estimated by utilizing higher estimated amounts of Claims.  Conversely, the high end of the estimated recovery range was estimated by utilizing lower estimated amounts of Claims.  Additionally, at the request of creditor SNMP Research, the Recovery Analysis includes an estimate of potential recoveries if SNMP Research's claims (a prepetition claim by SNMPRI and asserted administrative claims by SNMP Research) – which are disputed by the Debtors as to validity, quantity and amount – were such claims to be allowed against the Debtors in the amounts alleged in SNMP Research's expert reports served on the Debtors on November 2, 2016, and including the assumption that the Consolidated Debtors would pay the entire amount of such claims asserted as administrative claims.  For the avoidance of doubt, by including this alternative recovery analysis, the Debtors do not admit to the validity, quantum or priority of SNMPRI's or SNMP Research's asserted claims and reserve all of their rights and defenses with respect to such claims.

### a)   Administrative Expenses and Other

Estimates of the following have been included in the Recovery Analysis:

   i)   <u>Accrued but Unpaid Costs</u>: Accrued post-petition expenses as of August 31, 2016.

ii) <u>Estimated Fees & Expenses</u>: Post-petition expenses relating to the compensation of professionals and reimbursement of expenses incurred by such professionals for work through the Effective Date, as well as estimates through the end of the Forecast Period.[4]

iii) <u>Other Costs (employer tax, data retention, tax & reporting)</u>: Post-petition expenses for all Debtors through the Effective Date, as well as estimates through the end of the Forecast Period of approximately $43.5 million. This amount includes an estimate for employer tax withholding liabilities associated with distributions to applicable Allowed employee Claims under the Plan and applicable Bankruptcy Court orders of approximately $19 million. In addition, this amount includes an estimate of costs associated with data and document retention; accounting and tax professionals; insurance; and reporting costs.

iv) <u>NNCC Bondholder Fees and Settlement Reserve</u>: The Recovery Analysis includes the payment of $5 million for the NNCC Bondholder Fees and a reserve of $7.5 million for the NNCC Bond Reserve in accordance with the Plan.

v) <u>Priority Tax Claims</u>: The Recovery Analysis includes a reserve of $100 million and allowed priority tax claims of approximately $1 million. The reserve is maintained at NNI but the Debtors continue to review these claims and reserve the right to allocate the Priority Tax Claims as Allowed Claims among the Debtors.

vi) <u>Allowed and Estimated Administrative Claims</u>: The Recovery Analysis includes an estimate of $26 million for Allowed and estimated Administrative Claims (excluding Intercompany Administrative Claims). Certain Allowed Administrative Claims may be paid prior to the Effective Date in accordance with the NNI Interim Distributions Order. For purposes of the Recovery Analysis, the estimate for this class of claims includes both Allowed Administrative Claims and an estimate of additional claims that may be filed on or prior to the Administrative Claim Bar Date. See <u>Section III.D.6.e</u> (*Liquidity Solutions and the NNI Interim Distribution Order*) of this Disclosure Statement for additional information regarding the NNI Interim Distributions Order.

For purposes of the High Claims Case and the Low Claims Case in the Recovery Analysis, the Debtors have not included in the Administrative Claims estimate any amount for either the asserted Administrative Claims of the PBGC or the claims asserted in the SNMP adversary proceeding against the Debtors. See <u>Sections III.D.7.f</u> (*PBGC Claims*) and <u>III.D.7.c</u> (*SNMP Claim*) of this Disclosure Statement for additional information regarding these disputed Claims. The SNMP High Claims Case includes, solely for hypothetical modeling purposes, a $47.12 Administrative Claim against the Consolidated Debtors based on the claim articulated by SNMP Research in its November 2, 2016 expert report, without conceding the validity, priority or amount of such claim as proper. SNMP Research has asserted such claim against each of the Debtors (other than NNIII) in an adversary proceeding against all Debtors and, accordingly, if proven valid, liability for such claim could be borne by or apportioned among other Debtors in addition to NNI, impacting recoveries at Debtors other than the Consolidated Debtors. The Debtors dispute the validity, quantum and priority of SNMP Research's asserted claims and reserve all of their rights and defenses with respect to such claims.

---

[4]     Estimated US Trustee Fees will be a cost at all Debtors but are reflected at NNI only. NNI expects to be reimbursed for U.S. Trustee fees paid on account of other Debtors after the Effective Date as part of the Quarterly Administrative Wind Down Reimbursement Payments.

The Debtors' cost estimates outlined above are highly dependent upon key assumptions including, but not limited to:

- the efficient resolution of certain Claims disputes without extended litigation;
- achieving the target Plan Confirmation Date and Plans Effective Dates outlined in the SPSA;
- achieving the target CCAA Sanction Date outlined in the SPSA;
- realization of all Affiliate Intercompany Receivables during the Forecast Period;
- an accurate assessment of the costs necessary to wind-down and liquidate all Debtors.

To the extent any of these assumptions are not realized, the Debtors' costs may differ from estimated costs, and such additional costs could have a material effect on the recovery percentages for creditors under the Plan.

*b)   Priority Non-Tax Claims*

The Recovery Analysis includes an estimate of $510 million for  Priority Non-Tax Claims.  Certain Allowed Priority Non-Tax Claims may be paid prior to the Effective Date in accordance with the NNI Interim Distributions Order.  See Section III.D.6.e (*Liquidity Solutions and the NNI Interim Distribution Order*) of this Disclosure Statement for additional information regarding the NNI Interim Distributions Order.

*c)   General Unsecured Claims*
   i)   NNI General Unsecured Claims (including NNCC)
- The General Unsecured Claims class includes all General Unsecured Claims other than the Crossover Bonds & EDC Claims and Convenience Class Claims (to the extent holders of eligible claims have opted into that class).  The claims in this class include the NNCC Bond Claims of approximately $151 million, other allowed Claims of approximately $403 million, Affiliate and Debtor Intercompany Claims of approximately $13 million and estimated Claims in a range of approximately $705-932 million for unresolved, disputed and contingent Claims.  The PBGC Claim, which is disputed and has been objected to by the Debtors, is one of the largest open unresolved Claims in the estimated Claim range and is reflected in the Recovery Analysis as a range of approximately $593-708 million.  See Section III.D.7.f (*PBGC Claims*) of the Disclosure Statement for additional information about the PBGC Claim.  The Recovery Analysis assumes, solely for modeling purposes, that all eligible creditors, with Claims under $25,000, other than holders of Intercompany Claims, opt into the Convenience Class.
- The Crossover Bonds and EDC Claims Class is assumed at the amounts included in the Plan or, in the case of the EDC Claims, the estimated Claim amount of $20.2 million.  The Recovery Analysis assumes that NNI pays a maximum 56.7% related to these Claims based on an estimated Canadian recovery of 43.3% on these claims.[5]

---

[5]     The Debtors have not performed, nor do the Debtors have sufficient access to data to perform, an independent analysis of the estimated Canadian Debtor Estates recovery range and are relying solely on the information presented by the Monitor in the Information Statement. The recovery percentages also reflect estimated distributions on the claims, before deduction for any amounts as provided for under the SPSA or under the relevant indentures, tax withholding obligations (if any) or otherwise.  Actual results could vary materially.

- The Convenience Class includes all allowed General Unsecured Claims under $25,000.00 who opt into the treatment provided for under this class, as well as allowed General Unsecured Creditors over $25,000.00 that elect to voluntarily reduce their claim to $25,000.00 and opt into the treatment provided for under this class. The Recovery Analysis assumes that all eligible creditors with Claims under $25,000, other than holders of Intercompany Claims, opt into the Convenience Class for a class estimate of approximately $18 million.

ii)  Other Debtor Unsecured Claims
- General Unsecured Claims for each of the Debtors other than NNI include primarily the PBGC Claim and Intercompany Claims of other Affiliates and Debtors as scheduled in Annex L (*Book Intercompany Claims*) of the SPSA and Exhibit D (*Debtor Administrative Expense Claims Resolved by the Plan*) of the Plan.

iii) SNMP High Claims Case Unsecured Claims Assumptions

- The SNMP High Claims Case includes, solely for hypothetical modeling purposes, a reserve of $81.08 million against all Debtors, except NN CALA and NNIII, based on the claim of SNMPRI articulated by SNMP Research in its November 2, 2016 expert report, without conceding the validity, priority or amount of such claim as proper. The Debtors dispute the validity, quantum and priority of SNMP Research's asserted claims and reserve all of their rights and defenses with respect to such claims.

## 3)  Net Distributable Assets and Recovery Analysis

This Exhibit includes tables containing the Net Distributable Assets and the Recovery Analysis for each Debtor. A similar analysis is included for NNIII solely for information purposes.[6]

Given that the Claims dispute process is expected to continue after the Effective Date, there may be a significant hold-back on distributions to creditors pending resolution of certain Claims. In addition, various contingency reserves will be taken by the Debtors against the cash available for distribution and the Debtors' receipt of distributions on certain key Affiliate receivables may be realized over an extended period of time. The recovery analysis does not take any such reserves and timing matters into consideration and the analysis is based on the ultimate recovery to the creditors, regardless of the length of time needed to receive such distributions. The amount of the expected reserves against distributions is subject to ongoing review and revision by the Debtors.

Certain creditors have asserted Claims against multiple Debtors, most notably the Crossover Bonds & EDC Claims, NNCC Bondholder Claims, PBGC Claims and the claims asserted by SNMPRI. The Summary Recovery Table below summarizes the aggregate recovery of these creditors based on their

---

[6]  NNIII filed for bankruptcy protection on July 26, 2016 and as of the date of filing this Recovery Analysis, the governmental bar date has not yet passed and NNIII has not yet filed a plan and disclosure statement.

estimated recovery from all the Debtors and, in the case of the Crossover Bond & EDC Claims and NNCC Bondholder Claims, the estimated recovery from the Canadian Debtors[7].

---

[7]      The Debtors have not performed, nor do the Debtors have sufficient access to data to perform, an independent analysis of the estimated Canadian Debtor Estates recovery range and are relying solely on the information presented by the Monitor in the Information Statement. The recovery percentages also reflect estimated distributions on the claims, before deduction for any amounts as provided for under the SPSA or under the relevant indentures or otherwise.  Actual results could vary materially.

### Summary Recovery Table[8]

|  | $ | % |
|---|---|---|
| **Crossover Bonds & EDC Claims** | | |
| NNI Estimated Plan Recovery | $2,180 - 2,242 | 55.1% - 56.7% |
| Canadian Estate Recovery | $1,712 | 43.3% |
| Total | $3,892 - 3,954 | 98.4% - 100.0% |
| | | |
| **NNCC Bonds Claims** | | |
| NNI Estimated Plan Recovery | $83 - 92 | 55.1% - 61.2% |
| Canadian Estate Recovery[9] | $65 - 59 | 43.3% - 38.8% |
| Total (excluding Settlement Reserve) | $148-151 | 98.4% - 100.0% |
| | | |
| **PBGC** | | |
| NNI Estimated Plan Recovery | $363 - 390 | |
| NN CALA Estimated Plan Recovery | $83 - 86 | |
| Alt Systems Estimated Plan Recovery | $54 | |
| NNIII Estimated Plan Recovery | $28 - 29 | |
| Other Debtors | $10 | |
| Post-Petition Payments[10] | $1 | |
| Total | $539 - 570 | |

---

[8]     Amounts in Summary Recovery Table are impacted by rounding.  Any differences in the estimated value of Allowed Crossover Claims against the U.S. Debtors and Proven Crossover Claims against the Canadian Estates are ignored in the Summary Recovery Table.  The NNI Estimated Plan Recovery is based on receiving the full value of NNI's expected distributions from the Canadian Debtors and does not account for any applicable deductions that may reduce distributions for any amounts, including tax withholding obligations (if any) or otherwise.  In addition, the estimated Canadian Estate Recovery is based on expected or deemed distributions on the claims made by the Canadian Debtors and does not represent the actual amounts that may be received by holders of claims against the Canadian Debtors because it does not account for any applicable deductions that may reduce distributions for any amounts as provided for under the SPSA or under the relevant indentures, tax withholding obligations (if any) or otherwise.  See the Information Circular dated November 4, 2016 for more information related to deemed distributions on claims.  This Recovery Table reflects only the High Claims Case and the Low Claims Case.  The Recovery Analysis also includes an SNMP High Claims Case, but the Debtors dispute the validity, quantum and priority of SNMPRI's and SNMP Research's asserted claims and by including the claims in this Recovery Analysis are not admitting the validity of the claims and reserve all of their rights and defenses in connection therewith.

[9]     As described in Section III.H.3.b (*Settlement of Certain Claims*) of this Disclosure Statement, the NNCC Bondholder Claim is limited to the aggregate allowed Claim of $150,951,562.  The Canadian Estate is the guarantor of the NNCC Bondholder Claim and under Section 7.10 (*Right to Subrogation*) of the Plan has a right to subrogation as a guarantor of the debt.

[10]     The Debtors have made approximately $1.2 million of payments to the PBGC during the course of the bankruptcy proceedings following the termination of the Retirement Income Plan.  See Section III.F.2.b..ii (*Termination of the U.S. Retirement Income Plan*) of the Disclosure Statement.

**Nortel Networks Inc./ Nortel Networks Capital Corporation**

Recovery Analysis

($ millions)

| | Receivable Amount | Estimated Plan Assets |
|---|---|---|
| Cash | | 474.4 |
| Settlement Proceeds | | 1,739.1 |
| Other SPSA Settlement Receipts | | 77.5 |
| Residual Interest in Cascade Trust | | 4.7 |
| Non-Debtor Subsidiary Proceeds | | 0.1 |
| **Receivables - Expected Recoveries** | | |
| U.S. Canadian Priority Claim | 62.7 | 62.7 |
| U.S. Canadian Unsecured Claim | 2,000.0 | 866.0 |
| Other Non-Debtor Affiliate Receivables | 59.6 | 22.5 |
| Debtor Interco. Pre-Petition Receivables | 591.7 | 22.8 |
| Debtor Interco. Administrative Receivables | 34.5 | 34.5 |
| **Operating & Wind-Down Costs** | | |
| Accrued but Unpaid Costs | | (12.1) |
| Estimated US Trustee Costs | | (0.9) |
| NNCC Bondholder Fee Settlement Costs | | (5.0) |
| Estimated Fees & Expenses through Effective Date | | (51.5) |
| Estimated Fees & Expenses after Effective Date | | (31.3) |
| Other Costs (employer tax, data retention, tax & reporting) | | (43.5) |
| Priority Tax Reserve | | (101.1) |
| **Certain Administrative Claims/Reserves** | | |
| Intercompany Administrative Claims | | (0.2) |
| SNMP Administrative Claim | | - |
| PBGC Administrative Claim | | - |
| Estimated Real Estate Administrative Claim | | (5.6) |
| Estimated Other Administrative Claims | | (19.6) |
| NNCC Settlement Reserve | | (7.5) |
| **DISTRIBUTABLE ASSETS (HIGH CLAIMS CASE)** | | **3,026.0** |
| **DISTRIBUTABLE ASSETS (LOW CLAIMS CASE)** | | **3,036.1** |
| **DISTRIBUTABLE ASSETS (SNMP HIGH CLAIMS CASE)** | | **2,978.8** |

| | Estimated Allowed Claims | | | Estimated Plan Recovery ($) | | | Estimated Plan Recovery (%) | | |
|---|---|---|---|---|---|---|---|---|---|
| | SNMP High Claims Case | High Claims Case | Low Claims Case | SNMP High Claims Case | High Claims Case | Low Claims Case | SNMP High Claims Case | High Claims Case | Low Claims Case |
| Class 1: Priority Non-Tax Claims | 9.6 | 9.6 | 4.8 | 9.6 | 9.6 | 4.8 | 100.0% | 100.0% | 100.0% |
| Class 2: Secured Claims | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 | 100.0% | 100.0% | 100.0% |
| Class 3: General Unsecured Claims | 5,544.7 | 5,472.0 | 5,244.4 | 2,969.0 | 3,016.2 | 3,031.0 | 53.5% | 55.1% | 57.8% |
| A. General Unsecured Claims | 1,572.0 | 1,499.4 | 1,271.7 | 841.7 | 826.5 | 778.8 | 53.5% | 55.1% | 61.2% |
| B. Crossover Bonds Claims & EDC Claims | 3,954.7 | 3,954.7 | 3,954.7 | 2,117.4 | 2,179.9 | 2,242.3 | 53.5% | 55.1% | 56.7% |
| C. Convenience Claims | 18.0 | 18.0 | 18.0 | 9.9 | 9.9 | 9.9 | 55.0% | 55.0% | 55.0% |
| Class 4: Subordinated Claims | - | - | - | - | - | - | N/A | N/A | N/A |
| Class 5A: NNI Interests | - | - | - | - | - | - | N/A | N/A | N/A |
| Class 5B: Securities Fraud Claims | - | - | - | - | - | - | N/A | N/A | N/A |
| **TOTAL** | **5,554.5** | **5,481.9** | **5,249.4** | **2,978.8** | **3,026.0** | **3,036.1** | | | |

**Nortel Networks (CALA) Inc.**
Recovery Analysis
($ millions)

| | Estimated Plan Assets | | Estimated Allowed Claims | | | Estimated Plan Recovery | | | Estimated Plan Recovery | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | SNMP High Claims Case | High Claims Case | Low Claims Case | SNMP High Claims Case | High Claims Case | Low Claims Case | SNMP High Claims Case | High Claims Case | Low Claims Case |
| | | | | | | $ | | | % | | |
| Cash | 85.6 | Class 1: Priority Non-Tax Claims | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 100.0% | 100.0% | 100.0% |
| Settlement Proceeds | 50.1 | | | | | | | | | | |
| Non-Debtor Subsidiary Proceeds | 2.6 | Class 2: Secured Claims | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 100.0% | 100.0% | 100.0% |
| | Receivable Amount | | | | | | | | | | |
| Receivables - Expected Recoveries | | Class 3: General Unsecured Claims | 935.8 | 935.8 | 816.9 | 113.6 | 113.6 | 113.7 | 12.1% | 12.1% | 13.9% |
| U.S. Canadian Priority Claim | - | - | A. General Unsecured Claims | 935.2 | 935.2 | 816.3 | 113.5 | 113.5 | 113.6 | 12.1% | 12.1% | 13.9% |
| U.S. Canadian Unsecured Claim | - | - | B. Crossover Bonds Claims & EDC Claims | - | - | - | - | - | - | N/A | N/A | N/A |
| Other Non-Debtor Affiliate Receivables | 176.2 | 11.1 | C. Convenience Claims | 0.6 | 0.6 | 0.6 | 0.1 | 0.1 | 0.1 | 12.0% | 12.0% | 12.0% |
| Debtor Interco. Pre-Petition Receivables | - | - | | | | | | | | | | |
| Debtor Interco. Administrative Receivables | - | - | Class 4: Subordinated Claims | - | - | - | - | - | - | N/A | N/A | N/A |
| Operating & Wind-Down Costs | | | | | | | | | | | | |
| Accrued but Unpaid Costs | | - | Class 5A: NNI Interests | - | - | - | - | - | - | N/A | N/A | N/A |
| Estimated US Trustee Costs | | - | | | | | | | | | | |
| Estimated Fees & Expenses through Effective Date | | - | | | | | | | | | | |
| Estimated Fees & Expenses after Effective Date | | (1.2) | Class 5B: Securities Fraud Claims | - | - | - | - | - | - | N/A | N/A | N/A |
| Other Costs (employer tax, data retention, tax & reporting) | | - | | | | | | | | | | |
| Certain Administrative Claims/Reserves | | | | | | | | | | | | |
| Intercompany Administrative Claims | | (34.0) | | | | | | | | | | |
| SNMP Administrative Claim | | - | | | | | | | | | | |
| PBGC Administrative Claim | | - | | | | | | | | | | |
| Estimated Other Administrative Claims | | (0.4) | | | | | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| **DISTRIBUTABLE ASSETS (HIGH CLAIMS CASE)** | **113.7** | **TOTAL** | 936.0 / 936.0 / 817.0 | 113.7 / 113.7 / 113.8 | | |
| **DISTRIBUTABLE ASSETS (LOW CLAIMS CASE)** | **113.8** | | | | | |
| **DISTRIBUTABLE ASSETS (SNMP HIGH CLAIMS CASE)** | **113.7** | | | | | |

**Nortel Altsystems Inc.**
Recovery Analysis
($ millions)

| | Estimated Plan Assets | | Estimated Allowed Claims | | | Estimated Plan Recovery | | | Estimated Plan Recovery | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | SNMP High Claims Case | High Claims Case | Low Claims Case | SNMP High Claims Case | High Claims Case | Low Claims Case | SNMP High Claims Case | High Claims Case | Low Claims Case |
| | | | | | | | $ | | | % | |
| Cash | 55.4 | Class 1: Priority Non-Tax Claims | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 100.0% | 100.0% | 100.0% |
| Settlement Proceeds | - | | | | | | | | | | |
| | | Class 2: Secured Claims | - | - | - | - | - | - | N/A | N/A | N/A |
| | Receivable Amount | | | | | | | | | | |
| Receivables - Expected Recoveries | | Class 3: General Unsecured Claims | 799.6 | 727.0 | 608.0 | 55.2 | 55.2 | 55.3 | 6.9% | 7.6% | 9.1% |
| U.S. Canadian Priority Claim | - | - | A. General Unsecured Claims | 799.5 | 726.9 | 608.0 | 55.2 | 55.2 | 55.2 | 6.9% | 7.6% | 9.1% |
| U.S. Canadian Unsecured Claim | - | - | B. Crossover Bonds Claims & EDC Claims | - | - | - | - | - | - | N/A | N/A | N/A |
| Other Non-Debtor Affiliate Receivables | 0.2 | 0.1 | C. Convenience Claims | 0.1 | 0.1 | 0.1 | 0.0 | 0.0 | 0.0 | 7.0% | 7.0% | 7.0% |
| Debtor Interco. Pre-Petition Receivables | 33.0 | 0.3 | | | | | | | | | | |
| Debtor Interco. Administrative Receivables | - | - | Class 4: Subordinated Claims | - | - | - | - | - | - | N/A | N/A | N/A |
| Operating & Wind-Down Costs | | | | | | | | | | | | |
| Accrued but Unpaid Costs | - | Class 5A: NNI Interests | - | - | - | - | - | - | N/A | N/A | N/A |
| Estimated US Trustee Costs | - | | | | | | | | | | |
| Estimated Fees & Expenses through Effective Date | - | | | | | | | | | | |
| Estimated Fees & Expenses after Effective Date | (0.6) | Class 5B: Securities Fraud Claims | - | - | - | - | - | - | N/A | N/A | N/A |
| Other Costs (employer tax, data retention, tax & reporting) | - | | | | | | | | | | |
| Certain Administrative Claims/Reserves | | | | | | | | | | | | |
| Intercompany Administrative Claims | - | | | | | | | | | | |
| SNMP Administrative Claim | - | | | | | | | | | | |
| PBGC Administrative Claim | - | | | | | | | | | | |
| Estimated Other Administrative Claims | (0.0) | | | | | | | | | | |
| **DISTRIBUTABLE ASSETS (HIGH CLAIMS CASE)** | 55.2 | **TOTAL** | 799.7 | 727.0 | 608.1 | 55.2 | 55.2 | 55.3 | | | |
| **DISTRIBUTABLE ASSETS (LOW CLAIMS CASE)** | 55.3 | | | | | | | | | | |
| **DISTRIBUTABLE ASSETS (SNMP HIGH CLAIMS CASE)** | 55.2 | | | | | | | | | | |

**Nortel Altsystems International Inc.**

Recovery Analysis
($ millions)

| | Estimated Plan Assets | | Estimated Allowed Claims | | | Estimated Plan Recovery | | | Estimated Plan Recovery | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | SNMP High Claims Case | High Claims Case | Low Claims Case | SNMP High Claims Case | High Claims Case $ | Low Claims Case | SNMP High Claims Case | High Claims Case % | Low Claims Case |
| Cash | 0.0 | Class 1: Priority Non-Tax Claims | - | - | - | - | - | - | N/A | N/A | N/A |
| Settlement Proceeds | - | | | | | | | | | | |
| | | Class 2: Secured Claims | - | - | - | - | - | - | N/A | N/A | N/A |
| | Receivable Amount | | | | | | | | | | |
| Receivables - Expected Recoveries | | Class 3: General Unsecured Claims | 823.2 | 750.6 | 631.8 | 0.0 | 0.0 | 0.0 | 0.0% | 0.0% | 0.0% |
| U.S. Canadian Priority Claim | - | - A. General Unsecured Claims | 823.2 | 750.6 | 631.8 | 0.0 | 0.0 | 0.0 | 0.0% | 0.0% | 0.0% |
| U.S. Canadian Unsecured Claim | - | - B. Crossover Bonds Claims & EDC Claims | - | - | - | - | - | - | N/A | N/A | N/A |
| Other Non-Debtor Affiliate Receivables | - | - C. Convenience Claims | - | - | - | - | - | - | N/A | N/A | N/A |
| Debtor Interco. Pre-Petition Receivables | - | | | | | | | | | | |
| Debtor Interco. Administrative Receivables | - | | | | | | | | | | |
| Operating & Wind-Down Costs | | Class 4: Subordinated Claims | - | - | - | - | - | - | N/A | N/A | N/A |
| Accrued but Unpaid Costs | - | | | | | | | | | | |
| Estimated US Trustee Costs | - | Class 5A: NNI Interests | - | - | - | - | - | - | N/A | N/A | N/A |
| Estimated Fees & Expenses through Effective Date | - | | | | | | | | | | |
| Estimated Fees & Expenses after Effective Date | - | | | | | | | | | | |
| Other Costs (employer tax, data retention, tax & reporting) | - | Class 5B: Securities Fraud Claims | - | - | - | - | - | - | N/A | N/A | N/A |
| Certain Administrative Claims/Reserves | | | | | | | | | | | |
| Intercompany Administrative Claims | - | | | | | | | | | | |
| SNMP Administrative Claim | - | | | | | | | | | | |
| PBGC Administrative Claim | - | | | | | | | | | | |
| Estimated Other Administrative Claims | - | | | | | | | | | | |
| **DISTRIBUTABLE ASSETS (HIGH CLAIMS CASE)** | **0.0** | TOTAL | **823.2** | **750.6** | **631.8** | **0.0** | **0.0** | **0.0** | | | |
| **DISTRIBUTABLE ASSETS (LOW CLAIMS CASE)** | **0.0** | | | | | | | | | | |
| **DISTRIBUTABLE ASSETS (SNMP HIGH CLAIMS CASE)** | **0.0** | | | | | | | | | | |

**XROS, Inc.**
Recovery Analysis
($ millions)

| | Estimated Plan Assets | | Estimated Allowed Claims | | | Estimated Plan Recovery | | | Estimated Plan Recovery | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | SNMP High Claims Case | High Claims Case | Low Claims Case | SNMP High Claims Case | High Claims Case | Low Claims Case | SNMP High Claims Case | High Claims Case | Low Claims Case |
| | | | | | | | $ | | | % | |
| Cash | - | Class 1: Priority Non-Tax Claims | - | - | - | - | - | - | N/A | N/A | N/A |
| Settlement Proceeds | - | | | | | | | | | | |
| | | Class 2: Secured Claims | - | - | - | - | - | - | N/A | N/A | N/A |
| | Receivable Amount | | | | | | | | | | |
| Receivables - Expected Recoveries | | Class 3: General Unsecured Claims | 837.6 | 764.9 | 646.2 | 0.1 | 0.1 | 0.1 | 0.0% | 0.0% | 0.0% |
| U.S. Canadian Priority Claim | - | - | A. General Unsecured Claims | 837.6 | 764.9 | 646.2 | 0.1 | 0.1 | 0.1 | 0.0% | 0.0% | 0.0% |
| U.S. Canadian Unsecured Claim | - | - | B. Crossover Bonds Claims & EDC Claims | - | - | - | - | - | - | N/A | N/A | N/A |
| Other Non-Debtor Affiliate Receivables | - | - | C. Convenience Claims | - | - | - | - | - | - | N/A | N/A | N/A |
| Debtor Interco. Pre-Petition Receivables | - | - | | | | | | | | | | |
| Debtor Interco. Administrative Receivables | 0.1 | 0.1 | Class 4: Subordinated Claims | - | - | - | - | - | - | N/A | N/A | N/A |
| Operating & Wind-Down Costs | | | | | | | | | | | |
| Accrued but Unpaid Costs | - | | | | | | | | | | |
| Estimated US Trustee Costs | - | | Class 5A: NNI Interests | - | - | - | - | - | - | N/A | N/A | N/A |
| Estimated Fees & Expenses through Effective Date | - | | | | | | | | | | |
| Estimated Fees & Expenses after Effective Date | - | | | | | | | | | | |
| Other Costs (employer tax, data retention, tax & reporting) | - | | Class 5B: Securities Fraud Claims | - | - | - | - | - | - | N/A | N/A | N/A |
| Certain Administrative Claims/Reserves | | | | | | | | | | | |
| Intercompany Administrative Claims | - | | | | | | | | | | |
| SNMP Administrative Claim | - | | | | | | | | | | |
| PBGC Administrative Claim | - | | | | | | | | | | |
| Estimated Other Administrative Claims | - | | | | | | | | | | |
| **DISTRIBUTABLE ASSETS (HIGH CLAIMS CASE)** | **0.1** | **TOTAL** | **837.6** | **764.9** | **646.2** | **0.1** | **0.1** | **0.1** | | | |
| **DISTRIBUTABLE ASSETS (LOW CLAIMS CASE)** | **0.1** | | | | | | | | | | |
| **DISTRIBUTABLE ASSETS (SNMP HIGH CLAIMS CASE)** | **0.1** | | | | | | | | | | |

**Sonoma Systems**
Recovery Analysis
($ millions)

| | Estimated Plan Assets | | Estimated Allowed Claims | | | Estimated Plan Recovery | | | Estimated Plan Recovery | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | SNMP High Claims Case | High Claims Case | Low Claims Case | SNMP High Claims Case | High Claims Case | Low Claims Case | SNMP High Claims Case | High Claims Case | Low Claims Case |
| | | | | | | $ | | | % | | |
| Cash | - | Class 1: Priority Non-Tax Claims | - | - | - | - | - | - | N/A | N/A | N/A |
| Settlement Proceeds | - | | | | | | | | | | |
| | | Class 2: Secured Claims | - | - | - | - | - | - | N/A | N/A | N/A |
| | Receivable Amount | | | | | | | | | | |
| Receivables - Expected Recoveries | | Class 3: General Unsecured Claims | 792.9 | 720.3 | 601.5 | 0.4 | 0.4 | 0.4 | 0.0% | 0.1% | 0.1% |
| U.S. Canadian Priority Claim | - | - | A. General Unsecured Claims | 792.9 | 720.3 | 601.5 | 0.4 | 0.4 | 0.4 | 0.0% | 0.1% | 0.1% |
| U.S. Canadian Unsecured Claim | - | - | B. Crossover Bonds Claims & EDC Claims | - | - | - | - | - | - | N/A | N/A | N/A |
| Other Non-Debtor Affiliate Receivables | - | - | C. Convenience Claims | - | - | - | - | - | - | N/A | N/A | N/A |
| Debtor Interco. Pre-Petition Receivables | 0.7 | 0.4 | | | | | | | | | | |
| Debtor Interco. Administrative Receivables | - | - | Class 4: Subordinated Claims | - | - | - | - | - | - | N/A | N/A | N/A |
| Operating & Wind-Down Costs | | | | | | | | | | | |
| Accrued but Unpaid Costs | - | | | | | | | | | | |
| Estimated US Trustee Costs | - | Class 5A: NNI Interests | - | - | - | - | - | - | N/A | N/A | N/A |
| Estimated Fees & Expenses through Effective Date | - | | | | | | | | | | |
| Estimated Fees & Expenses after Effective Date | - | | | | | | | | | | |
| Other Costs (employer tax, data retention, tax & reporting) | - | Class 5B: Securities Fraud Claims | - | - | - | - | - | - | N/A | N/A | N/A |
| Certain Administrative Claims/Reserves | | | | | | | | | | | |
| Intercompany Administrative Claims | - | | | | | | | | | | |
| SNMP Administrative Claim | - | | | | | | | | | | |
| PBGC Administrative Claim | - | | | | | | | | | | |
| Estimated Other Administrative Claims | - | | | | | | | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **DISTRIBUTABLE ASSETS (HIGH CLAIMS CASE)** | **0.4** | **TOTAL** | **792.9** | **720.3** | **601.5** | **0.4** | **0.4** | **0.4** | |
| **DISTRIBUTABLE ASSETS (LOW CLAIMS CASE)** | **0.4** | | | | | | | | |
| **DISTRIBUTABLE ASSETS (SNMP HIGH CLAIMS CASE)** | **0.4** | | | | | | | | |

**Qtera Corporation**

Recovery Analysis
($ millions)

| | Estimated Plan Assets | | | Estimated Allowed Claims | | | Estimated Plan Recovery | | | Estimated Plan Recovery | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | SNMP High Claims Case | High Claims Case | Low Claims Case | SNMP High Claims Case | High Claims Case | Low Claims Case | SNMP High Claims Case | High Claims Case | Low Claims Case |
| | | | | | | | | $ | | | % | |
| Cash | - | | Class 1: Priority Non-Tax Claims | - | - | - | - | - | - | N/A | N/A | N/A |
| Settlement Proceeds | - | | | | | | | | | | | |
| | | | Class 2: Secured Claims | - | - | - | - | - | - | N/A | N/A | N/A |
| | Receivable Amount | | | | | | | | | | | |
| Receivables - Expected Recoveries | | | Class 3: General Unsecured Claims | 972.9 | 900.3 | 781.5 | 0.1 | 0.1 | 0.1 | 0.0% | 0.0% | 0.0% |
| U.S. Canadian Priority Claim | - | - | A. General Unsecured Claims | 972.9 | 900.3 | 781.5 | 0.1 | 0.1 | 0.1 | 0.0% | 0.0% | 0.0% |
| U.S. Canadian Unsecured Claim | - | - | B. Crossover Bonds Claims & EDC Claims | - | - | - | - | - | - | N/A | N/A | N/A |
| Other Non-Debtor Affiliate Receivables | - | - | C. Convenience Claims | - | - | - | - | - | - | N/A | N/A | N/A |
| Debtor Interco. Pre-Petition Receivables | - | - | | | | | | | | | | |
| Debtor Interco. Administrative Receivables | 0.1 | 0.1 | | | | | | | | | | |
| Operating & Wind-Down Costs | | | Class 4: Subordinated Claims | - | - | - | - | - | - | N/A | N/A | N/A |
| Accrued but Unpaid Costs | - | | | | | | | | | | | |
| Estimated US Trustee Costs | - | | Class 5A: NNI Interests | - | - | - | - | - | - | N/A | N/A | N/A |
| Estimated Fees & Expenses through Effective Date | - | | | | | | | | | | | |
| Estimated Fees & Expenses after Effective Date | - | | | | | | | | | | | |
| Other Costs (employer tax, data retention, tax & reporting) | - | | Class 5B: Securities Fraud Claims | - | - | - | - | - | - | N/A | N/A | N/A |
| Certain Administrative Claims/Reserves | | | | | | | | | | | | |
| Intercompany Administrative Claims | - | | | | | | | | | | | |
| SNMP Administrative Claim | - | | | | | | | | | | | |
| PBGC Administrative Claim | - | | | | | | | | | | | |
| Estimated Other Administrative Claims | - | | | | | | | | | | | |
| **DISTRIBUTABLE ASSETS (HIGH CLAIMS CASE)** | **0.1** | | **TOTAL** | **972.9** | **900.3** | **781.5** | **0.1** | **0.1** | **0.1** | | | |
| **DISTRIBUTABLE ASSETS (LOW CLAIMS CASE)** | **0.1** | | | | | | | | | | | |
| **DISTRIBUTABLE ASSETS (SNMP HIGH CLAIMS CASE)** | **0.1** | | | | | | | | | | | |

**Coretek, Inc.**
Recovery Analysis
($ millions)

| | Estimated Plan Assets | | Estimated Allowed Claims | | | Estimated Plan Recovery | | | Estimated Plan Recovery | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | SNMP High Claims Case | High Claims Case | Low Claims Case | SNMP High Claims Case | High Claims Case | Low Claims Case | SNMP High Claims Case | High Claims Case | Low Claims Case |
| | | | | | | | $ | | | % | |
| Cash | 0.0 | | Class 1: Priority Non-Tax Claims | - | - | - | - | - | - | N/A | N/A | N/A |
| Settlement Proceeds | - | | | | | | | | | | | |
| | | | Class 2: Secured Claims | - | - | - | - | - | - | N/A | N/A | N/A |
| | Receivable Amount | | | | | | | | | | | |
| Receivables - Expected Recoveries | | | Class 3: General Unsecured Claims | 874.3 | 801.6 | 682.9 | 0.0 | 0.0 | 0.0 | 0.0% | 0.0% | 0.0% |
| U.S. Canadian Priority Claim | - | - | A. General Unsecured Claims | 874.3 | 801.6 | 682.9 | 0.0 | 0.0 | 0.0 | 0.0% | 0.0% | 0.0% |
| U.S. Canadian Unsecured Claim | - | - | B. Crossover Bonds Claims & EDC Claims | - | - | - | - | - | - | N/A | N/A | N/A |
| Other Non-Debtor Affiliate Receivables | - | - | C. Convenience Claims | - | - | - | - | - | - | N/A | N/A | N/A |
| Debtor Interco. Pre-Petition Receivables | - | - | | | | | | | | | | |
| Debtor Interco. Administrative Receivables | - | - | Class 4: Subordinated Claims | - | - | - | - | - | - | N/A | N/A | N/A |
| Operating & Wind-Down Costs | | | | | | | | | | | | |
| Accrued but Unpaid Costs | - | | Class 5A: NNI Interests | - | - | - | - | - | - | N/A | N/A | N/A |
| Estimated US Trustee Costs | - | | | | | | | | | | | |
| Estimated Fees & Expenses through Effective Date | - | | | | | | | | | | | |
| Estimated Fees & Expenses after Effective Date | - | | Class 5B: Securities Fraud Claims | - | - | - | - | - | - | N/A | N/A | N/A |
| Other Costs (employer tax, data retention, tax & reporting) | - | | | | | | | | | | | |
| Certain Administrative Claims/Reserves | | | | | | | | | | | | |
| Intercompany Administrative Claims | - | | | | | | | | | | | |
| SNMP Administrative Claim | - | | | | | | | | | | | |
| PBGC Administrative Claim | - | | | | | | | | | | | |
| Estimated Other Administrative Claims | - | | | | | | | | | | | |
| **DISTRIBUTABLE ASSETS (HIGH CLAIMS CASE)** | **0.0** | | **TOTAL** | **874.3** | **801.6** | **682.9** | **0.0** | **0.0** | **0.0** | | | |
| **DISTRIBUTABLE ASSETS (LOW CLAIMS CASE)** | **0.0** | | | | | | | | | | | |
| **DISTRIBUTABLE ASSETS (SNMP HIGH CLAIMS CASE)** | **0.0** | | | | | | | | | | | |

**Nortel Networks Applications Management Solutions Inc.**

Recovery Analysis
($ millions)

| | Estimated Plan Assets | | Estimated Allowed Claims | | | Estimated Plan Recovery | | | Estimated Plan Recovery | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | SNMP High Claims Case | High Claims Case | Low Claims Case | SNMP High Claims Case | High Claims Case $ | Low Claims Case | SNMP High Claims Case | High Claims Case % | Low Claims Case |
| Cash | - | Class 1: Priority Non-Tax Claims | - | - | - | - | - | - | N/A | N/A | N/A |
| Settlement Proceeds | - | | | | | | | | | | |
| | | Class 2: Secured Claims | - | - | - | - | - | - | N/A | N/A | N/A |
| | Receivable Amount | | | | | | | | | | |
| Receivables - Expected Recoveries | | Class 3: General Unsecured Claims | 792.9 | 720.3 | 601.5 | 0.1 | 0.1 | 0.1 | 0.0% | 0.0% | 0.0% |
| U.S. Canadian Priority Claim | - | - | A. General Unsecured Claims | 792.9 | 720.3 | 601.5 | 0.1 | 0.1 | 0.1 | 0.0% | 0.0% | 0.0% |
| U.S. Canadian Unsecured Claim | - | - | B. Crossover Bonds Claims & EDC Claims | - | - | - | - | - | - | N/A | N/A | N/A |
| Other Non-Debtor Affiliate Receivables | 0.0 | 0.0 | C. Convenience Claims | - | - | - | - | - | - | N/A | N/A | N/A |
| Debtor Interco. Pre-Petition Receivables | 0.1 | 0.1 | | | | | | | | | | |
| Debtor Interco. Administrative Receivables | - | - | Class 4: Subordinated Claims | - | - | - | - | - | - | N/A | N/A | N/A |
| Operating & Wind-Down Costs | | | | | | | | | | | |
| Accrued but Unpaid Costs | - | Estimated US Trustee Costs | - | Class 5A: NNI Interests | - | - | - | - | - | - | N/A | N/A | N/A |
| Estimated US Trustee Costs | - | | | | | | | | | | |
| Estimated Fees & Expenses through Effective Date | - | | | | | | | | | | |
| Estimated Fees & Expenses after Effective Date | - | | | | | | | | | | |
| Other Costs (employer tax, data retention, tax & reporting) | - | Class 5B: Securities Fraud Claims | - | - | - | - | - | - | N/A | N/A | N/A |
| Certain Administrative Claims/Reserves | | | | | | | | | | | |
| Intercompany Administrative Claims | - | | | | | | | | | | |
| SNMP Administrative Claim | - | | | | | | | | | | |
| PBGC Administrative Claim | - | | | | | | | | | | |
| Estimated Other Administrative Claims | - | | | | | | | | | | |

**DISTRIBUTABLE ASSETS (HIGH CLAIMS CASE)**     0.1     **TOTAL**     792.9     720.3     601.5     0.1     0.1     0.1

**DISTRIBUTABLE ASSETS (LOW CLAIMS CASE)**     0.1

**DISTRIBUTABLE ASSETS (SNMP HIGH CLAIMS CASE)**     0.1

**Nortel Networks Optical Components Inc.**

Recovery Analysis
($ millions)

| | Estimated Plan Assets | | | Estimated Allowed Claims | | | Estimated Plan Recovery | | | Estimated Plan Recovery | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | SNMP High Claims Case | High Claims Case | Low Claims Case | SNMP High Claims Case | High Claims Case | Low Claims Case | SNMP High Claims Case | High Claims Case | Low Claims Case |
| | | | | | | | | $ | | | % | |
| Cash | 0.0 | | Class 1: Priority Non-Tax Claims | - | - | - | - | - | - | N/A | N/A | N/A |
| Settlement Proceeds | - | | | | | | | | | | | |
| | | | Class 2: Secured Claims | - | - | - | - | - | - | N/A | N/A | N/A |
| | Receivable Amount | | | | | | | | | | | |
| Receivables - Expected Recoveries | | | Class 3: General Unsecured Claims | 793.1 | 720.4 | 601.7 | 0.0 | 0.0 | 0.0 | 0.0% | 0.0% | 0.0% |
| U.S. Canadian Priority Claim | - | - | A. General Unsecured Claims | 793.1 | 720.4 | 601.7 | 0.0 | 0.0 | 0.0 | 0.0% | 0.0% | 0.0% |
| U.S. Canadian Unsecured Claim | - | - | B. Crossover Bonds Claims & EDC Claims | - | - | - | - | - | - | N/A | N/A | N/A |
| Other Non-Debtor Affiliate Receivables | - | - | C. Convenience Claims | - | - | - | - | - | - | N/A | N/A | N/A |
| Debtor Interco. Pre-Petition Receivables | - | - | | | | | | | | | | |
| Debtor Interco. Administrative Receivables | - | - | Class 4: Subordinated Claims | - | - | - | - | - | - | N/A | N/A | N/A |
| Operating & Wind-Down Costs | | | | | | | | | | | | |
| Accrued but Unpaid Costs | - | | Class 5A: NNI Interests | - | - | - | - | - | - | N/A | N/A | N/A |
| Estimated US Trustee Costs | - | | | | | | | | | | | |
| Estimated Fees & Expenses through Effective Date | - | | | | | | | | | | | |
| Estimated Fees & Expenses after Effective Date | - | | | | | | | | | | | |
| Other Costs (employer tax, data retention, tax & reporting) | - | | Class 5B: Securities Fraud Claims | - | - | - | - | - | - | N/A | N/A | N/A |
| Certain Administrative Claims/Reserves | | | | | | | | | | | | |
| Intercompany Administrative Claims | - | | | | | | | | | | | |
| SNMP Administrative Claim | - | | | | | | | | | | | |
| PBGC Administrative Claim | - | | | | | | | | | | | |
| Estimated Other Administrative Claims | - | | | | | | | | | | | |
| **DISTRIBUTABLE ASSETS (HIGH CLAIMS CASE)** | **0.0** | | TOTAL | **793.1** | **720.4** | **601.7** | **0.0** | **0.0** | **0.0** | | | |
| **DISTRIBUTABLE ASSETS (LOW CLAIMS CASE)** | **0.0** | | | | | | | | | | | |
| **DISTRIBUTABLE ASSETS (SNMP HIGH CLAIMS CASE)** | **0.0** | | | | | | | | | | | |

**Nortel Networks HPOCS Inc.**

Recovery Analysis
($ millions)

| | Estimated Plan Assets | | Estimated Allowed Claims | | | Estimated Plan Recovery | | | Estimated Plan Recovery | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | SNMP High Claims Case | High Claims Case | Low Claims Case | SNMP High Claims Case | High Claims Case | Low Claims Case | SNMP High Claims Case | High Claims Case | Low Claims Case |
| | | | | | | | $ | | | % | |
| Cash | - | Class 1: Priority Non-Tax Claims | - | - | - | - | - | - | N/A | N/A | N/A |
| Settlement Proceeds | - | | | | | | | | | | |
| | | Class 2: Secured Claims | - | - | - | - | - | - | N/A | N/A | N/A |
| | Receivable Amount | | | | | | | | | | |
| Receivables - Expected Recoveries | | Class 3: General Unsecured Claims | 792.9 | 720.3 | 601.5 | 0.4 | 0.4 | 0.5 | 0.1% | 0.1% | 0.1% |
| U.S. Canadian Priority Claim | - | - | A. General Unsecured Claims | 792.9 | 720.3 | 601.5 | 0.4 | 0.4 | 0.5 | 0.1% | 0.1% | 0.1% |
| U.S. Canadian Unsecured Claim | - | - | B. Crossover Bonds Claims & EDC Claims | - | - | - | - | - | - | N/A | N/A | N/A |
| Other Non-Debtor Affiliate Receivables | - | - | C. Convenience Claims | - | - | - | - | - | - | N/A | N/A | N/A |
| Debtor Interco. Pre-Petition Receivables | 0.8 | 0.4 | | | | | | | | | |
| Debtor Interco. Administrative Receivables | - | - | Class 4: Subordinated Claims | - | - | - | - | - | - | N/A | N/A | N/A |
| Operating & Wind-Down Costs | | | | | | | | | | | |
| Accrued but Unpaid Costs | - | Class 5A: NNI Interests | - | - | - | - | - | - | N/A | N/A | N/A |
| Estimated US Trustee Costs | - | | | | | | | | | | |
| Estimated Fees & Expenses through Effective Date | - | | | | | | | | | | |
| Estimated Fees & Expenses after Effective Date | - | | | | | | | | | | |
| Other Costs (employer tax, data retention, tax & reporting) | - | Class 5B: Securities Fraud Claims | - | - | - | - | - | - | N/A | N/A | N/A |
| Certain Administrative Claims/Reserves | | | | | | | | | | | |
| Intercompany Administrative Claims | - | | | | | | | | | | |
| SNMP Administrative Claim | - | | | | | | | | | | |
| PBGC Administrative Claim | - | | | | | | | | | | |
| Estimated Other Administrative Claims | - | | | | | | | | | | |
| **DISTRIBUTABLE ASSETS (HIGH CLAIMS CASE)** | **0.4** | **TOTAL** | **792.9** | **720.3** | **601.5** | **0.4** | **0.4** | **0.5** | | | |
| **DISTRIBUTABLE ASSETS (LOW CLAIMS CASE)** | **0.5** | | | | | | | | | | |
| **DISTRIBUTABLE ASSETS (SNMP HIGH CLAIMS CASE)** | **0.4** | | | | | | | | | | |

**Architel Systems (U.S.) Corporation**

Recovery Analysis
($ millions)

| | Estimated Plan Assets | | | Estimated Allowed Claims | | | Estimated Plan Recovery | | | Estimated Plan Recovery | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | SNMP High Claims Case | High Claims Case | Low Claims Case | SNMP High Claims Case | High Claims Case | Low Claims Case | SNMP High Claims Case | High Claims Case | Low Claims Case |
| | | | | | | | | $ | | | % | |
| Cash | - | | Class 1: Priority Non-Tax Claims | - | - | - | - | - | - | N/A | N/A | N/A |
| Settlement Proceeds | - | | | | | | | | | | | |
| | | | Class 2: Secured Claims | - | - | - | - | - | - | N/A | N/A | N/A |
| | Receivable Amount | | Class 3: General Unsecured Claims | 792.9 | 720.3 | 601.5 | 3.5 | 3.6 | 3.9 | 0.4% | 0.5% | 0.6% |
| Receivables - Expected Recoveries | | | A. General Unsecured Claims | 792.9 | 720.3 | 601.5 | 3.5 | 3.6 | 3.9 | 0.4% | 0.5% | 0.6% |
| U.S. Canadian Priority Claim | - | - | B. Crossover Bonds Claims & EDC Claims | - | - | - | - | - | - | N/A | N/A | N/A |
| U.S. Canadian Unsecured Claim | 1.9 | 0.8 | C. Convenience Claims | - | - | - | - | - | - | N/A | N/A | N/A |
| Other Non-Debtor Affiliate Receivables | - | - | | | | | | | | | | |
| Debtor Interco. Pre-Petition Receivables | 4.9 | 2.7 | | | | | | | | | | |
| Debtor Interco. Administrative Receivables | 0.0 | 0.0 | Class 4: Subordinated Claims | - | - | - | - | - | - | N/A | N/A | N/A |
| Operating & Wind-Down Costs | | | | | | | | | | | | |
| Accrued but Unpaid Costs | - | | Class 5A: NNI Interests | - | - | - | - | - | - | N/A | N/A | N/A |
| Estimated US Trustee Costs | - | | | | | | | | | | | |
| Estimated Fees & Expenses through Effective Date | - | | | | | | | | | | | |
| Estimated Fees & Expenses after Effective Date | - | | Class 5B: Securities Fraud Claims | - | - | - | - | - | - | N/A | N/A | N/A |
| Other Costs (employer tax, data retention, tax & reporting) | - | | | | | | | | | | | |
| Certain Administrative Claims/Reserves | | | | | | | | | | | | |
| Intercompany Administrative Claims | - | | | | | | | | | | | |
| SNMP Administrative Claim | - | | | | | | | | | | | |
| PBGC Administrative Claim | - | | | | | | | | | | | |
| Estimated Other Administrative Claims | - | | | | | | | | | | | |
| **DISTRIBUTABLE ASSETS (HIGH CLAIMS CASE)** | **3.6** | | **TOTAL** | **792.9** | **720.3** | **601.5** | **3.5** | **3.6** | **3.9** | | | |
| **DISTRIBUTABLE ASSETS (LOW CLAIMS CASE)** | **3.9** | | | | | | | | | | | |
| **DISTRIBUTABLE ASSETS (SNMP HIGH CLAIMS CASE)** | **3.5** | | | | | | | | | | | |

**Nortel Networks International Inc.**

Recovery Analysis
($ millions)

| | Estimated Plan Assets | | | Estimated Allowed Claims | | | Estimated Plan Recovery | | | Estimated Plan Recovery | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | SNMP High Claims Case | High Claims Case | Low Claims Case | SNMP High Claims Case | High Claims Case | Low Claims Case | SNMP High Claims Case | High Claims Case | Low Claims Case |
| | | | | | | | | $ | | | % | |
| Cash | 5.8 | | Class 1: Priority Non-Tax Claims | - | - | - | - | - | - | N/A | N/A | N/A |
| Settlement Proceeds | - | | | | | | | | | | | |
| | | | Class 2: Secured Claims | - | - | - | - | - | - | N/A | N/A | N/A |
| | | Receivable Amount | | | | | | | | | | |
| Receivables - Expected Recoveries | | | Class 3: General Unsecured Claims | 856.9 | 784.3 | 665.5 | 5.8 | 5.8 | 5.8 | 0.7% | 0.7% | 0.9% |
| U.S. Canadian Priority Claim | - | - | A. General Unsecured Claims | 856.9 | 784.3 | 665.5 | 5.8 | 5.8 | 5.8 | 0.7% | 0.7% | 0.9% |
| U.S. Canadian Unsecured Claim | - | - | B. Crossover Bonds Claims & EDC Claims | - | - | - | - | - | - | N/A | N/A | N/A |
| Other Non-Debtor Affiliate Receivables | - | - | C. Convenience Claims | - | - | - | - | - | - | N/A | N/A | N/A |
| Debtor Interco. Pre-Petition Receivables | - | - | | | | | | | | | | |
| Debtor Interco. Administrative Receivables | - | - | | | | | | | | | | |
| | | | Class 4: Subordinated Claims | - | - | - | - | - | - | N/A | N/A | N/A |
| Operating & Wind-Down Costs | | | | | | | | | | | | |
| Accrued but Unpaid Costs | - | | | | | | | | | | | |
| Estimated US Trustee Costs | - | | Class 5A: NNI Interests | - | - | - | - | - | - | N/A | N/A | N/A |
| Estimated Fees & Expenses through Effective Date | - | | | | | | | | | | | |
| Estimated Fees & Expenses after Effective Date | - | | | | | | | | | | | |
| Other Costs (employer tax, data retention, tax & reporting) | - | | Class 5B: Securities Fraud Claims | - | - | - | - | - | - | N/A | N/A | N/A |
| Certain Administrative Claims/Reserves | | | | | | | | | | | | |
| Intercompany Administrative Claims | - | | | | | | | | | | | |
| SNMP Administrative Claim | - | | | | | | | | | | | |
| PBGC Administrative Claim | - | | | | | | | | | | | |
| Estimated Other Administrative Claims | - | | | | | | | | | | | |
| **DISTRIBUTABLE ASSETS (HIGH CLAIMS CASE)** | **5.8** | | **TOTAL** | **856.9** | **784.3** | **665.5** | **5.8** | **5.8** | **5.8** | | | |
| **DISTRIBUTABLE ASSETS (LOW CLAIMS CASE)** | **5.8** | | | | | | | | | | | |
| **DISTRIBUTABLE ASSETS (SNMP HIGH CLAIMS CASE)** | **5.8** | | | | | | | | | | | |

**Northern Telecom International Inc.**

Recovery Analysis
($ millions)

| | Estimated Plan Assets | | | Estimated Allowed Claims | | | Estimated Plan Recovery | | | Estimated Plan Recovery | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | SNMP High Claims Case | High Claims Case | Low Claims Case | SNMP High Claims Case | High Claims Case | Low Claims Case | SNMP High Claims Case | High Claims Case | Low Claims Case |
| | | | | | | | | $ | | | % | |
| Cash | - | | Class 1: Priority Non-Tax Claims | - | - | - | - | - | - | N/A | N/A | N/A |
| Settlement Proceeds | - | | | | | | | | | | | |
| | | | Class 2: Secured Claims | - | - | - | - | - | - | N/A | N/A | N/A |
| | Receivable Amount | | | | | | | | | | | |
| Receivables - Expected Recoveries | | | Class 3: General Unsecured Claims | 792.9 | 720.3 | 601.5 | 0.0 | 0.0 | 0.0 | 0.0% | 0.0% | 0.0% |
| U.S. Canadian Priority Claim | - | - | A. General Unsecured Claims | 792.9 | 720.3 | 601.5 | 0.0 | 0.0 | 0.0 | 0.0% | 0.0% | 0.0% |
| U.S. Canadian Unsecured Claim | - | - | B. Crossover Bonds Claims & EDC Claims | - | - | - | - | - | - | N/A | N/A | N/A |
| Other Non-Debtor Affiliate Receivables | - | - | C. Convenience Claims | - | - | - | - | - | - | N/A | N/A | N/A |
| Debtor Interco. Pre-Petition Receivables | 0.0 | 0.0 | | | | | | | | | | |
| Debtor Interco. Administrative Receivables | - | - | Class 4: Subordinated Claims | - | - | - | - | - | - | N/A | N/A | N/A |
| Operating & Wind-Down Costs | | | | | | | | | | | | |
| Accrued but Unpaid Costs | - | | Class 5A: NNI Interests | - | - | - | - | - | - | N/A | N/A | N/A |
| Estimated US Trustee Costs | - | | | | | | | | | | | |
| Estimated Fees & Expenses through Effective Date | - | | | | | | | | | | | |
| Estimated Fees & Expenses after Effective Date | - | | Class 5B: Securities Fraud Claims | - | - | - | - | - | - | N/A | N/A | N/A |
| Other Costs (employer tax, data retention, tax & reporting) | - | | | | | | | | | | | |
| Certain Administrative Claims/Reserves | | | | | | | | | | | | |
| Intercompany Administrative Claims | - | | | | | | | | | | | |
| SNMP Administrative Claim | - | | | | | | | | | | | |
| PBGC Administrative Claim | - | | | | | | | | | | | |
| Estimated Other Administrative Claims | - | | | | | | | | | | | |
| **DISTRIBUTABLE ASSETS (HIGH CLAIMS CASE)** | **0.0** | | **TOTAL** | **792.9** | **720.3** | **601.5** | **0.0** | **0.0** | **0.0** | | | |
| **DISTRIBUTABLE ASSETS (LOW CLAIMS CASE)** | **0.0** | | | | | | | | | | | |
| **DISTRIBUTABLE ASSETS (SNMP HIGH CLAIMS CASE)** | **0.0** | | | | | | | | | | | |

**Nortel Networks Cable Solutions Inc.**

Recovery Analysis
($ millions)

| | Estimated Plan Assets | | | Estimated Allowed Claims | | | Estimated Plan Recovery | | | Estimated Plan Recovery | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | SNMP High Claims Case | High Claims Case | Low Claims Case | SNMP High Claims Case | High Claims Case | Low Claims Case | SNMP High Claims Case | High Claims Case | Low Claims Case |
| | | | | | | | | $ | | | % | |
| Cash | - | | Class 1: Priority Non-Tax Claims | - | - | - | - | - | - | N/A | N/A | N/A |
| Settlement Proceeds | - | | | | | | | | | | | |
| | | | Class 2: Secured Claims | - | - | - | - | - | - | N/A | N/A | N/A |
| | Receivable Amount | | | | | | | | | | | |
| Receivables - Expected Recoveries | | | Class 3: General Unsecured Claims | 792.9 | 720.3 | 601.5 | 0.0 | 0.0 | 0.0 | 0.0% | 0.0% | 0.0% |
| U.S. Canadian Priority Claim | - | - | A. General Unsecured Claims | 792.9 | 720.3 | 601.5 | 0.0 | 0.0 | 0.0 | 0.0% | 0.0% | 0.0% |
| U.S. Canadian Unsecured Claim | - | - | B. Crossover Bonds Claims & EDC Claims | - | - | - | - | - | - | N/A | N/A | N/A |
| Other Non-Debtor Affiliate Receivables | - | - | C. Convenience Claims | - | - | - | - | - | - | N/A | N/A | N/A |
| Debtor Interco. Pre-Petition Receivables | 0.0 | 0.0 | | | | | | | | | | |
| Debtor Interco. Administrative Receivables | - | - | Class 4: Subordinated Claims | - | - | - | - | - | - | N/A | N/A | N/A |
| Operating & Wind-Down Costs | | | | | | | | | | | | |
| Accrued but Unpaid Costs | - | | Class 5A: NNI Interests | - | - | - | - | - | - | N/A | N/A | N/A |
| Estimated US Trustee Costs | - | | | | | | | | | | | |
| Estimated Fees & Expenses through Effective Date | - | | | | | | | | | | | |
| Estimated Fees & Expenses after Effective Date | - | | Class 5B: Securities Fraud Claims | - | - | - | - | - | - | N/A | N/A | N/A |
| Other Costs (employer tax, data retention, tax & reporting) | - | | | | | | | | | | | |
| Certain Administrative Claims/Reserves | | | | | | | | | | | | |
| Intercompany Administrative Claims | - | | | | | | | | | | | |
| SNMP Administrative Claim | - | | | | | | | | | | | |
| PBGC Administrative Claim | - | | | | | | | | | | | |
| Estimated Other Administrative Claims | - | | | | | | | | | | | |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **DISTRIBUTABLE ASSETS (HIGH CLAIMS CASE)** | **0.0** | | **TOTAL** | **792.9** | **720.3** | **601.5** | **0.0** | **0.0** | **0.0** | | | |
| **DISTRIBUTABLE ASSETS (LOW CLAIMS CASE)** | **0.0** | | | | | | | | | | | |
| **DISTRIBUTABLE ASSETS (SNMP HIGH CLAIMS CASE)** | **0.0** | | | | | | | | | | | |

**Nortel Networks India International Inc.**

Recovery Analysis
($ millions)

| | Estimated Plan Assets | | | Estimated Allowed Claims | | | Estimated Plan Recovery | | | Estimated Plan Recovery | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | SNMP High Claims Case | High Claims Case | Low Claims Case | SNMP High Claims Case | High Claims Case | Low Claims Case | SNMP High Claims Case | High Claims Case | Low Claims Case |
| | | | | | | | | $ | | | % | |
| Cash | 32.9 | | Class 1: Priority Non-Tax Claims | - | - | - | - | - | - | N/A | N/A | N/A |
| Settlement Proceeds | - | | | | | | | | | | | |
| | | | Class 2: Secured Claims | - | - | - | - | - | - | N/A | N/A | N/A |
| | Receivable Amount | | | | | | | | | | | |
| Receivables - Expected Recoveries | | | Class 3: General Unsecured Claims | 779.4 | 779.4 | 664.5 | 31.8 | 31.8 | 31.8 | 4.1% | 4.1% | 4.8% |
| U.S. Canadian Priority Claim | - | - | A. General Unsecured Claims | 779.4 | 779.4 | 664.5 | 31.8 | 31.8 | 31.8 | 4.1% | 4.1% | 4.8% |
| U.S. Canadian Unsecured Claim | - | - | B. Crossover Bonds Claims & EDC Claims | - | - | - | - | - | - | N/A | N/A | N/A |
| Other Non-Debtor Affiliate Receivables | 11.3 | - | C. Convenience Claims | - | - | - | - | - | - | N/A | N/A | N/A |
| Debtor Interco. Pre-Petition Receivables | - | - | | | | | | | | | | |
| Debtor Interco. Administrative Receivables | - | - | Class 4: Subordinated Claims | - | - | - | - | - | - | N/A | N/A | N/A |
| Operating & Wind-Down Costs | | | | | | | | | | | | |
| Accrued but Unpaid Costs | - | | Class 5A: NNI Interests | - | - | - | - | - | - | N/A | N/A | N/A |
| Estimated US Trustee Costs | - | | | | | | | | | | | |
| Estimated Fees & Expenses through Effective Date | - | | | | | | | | | | | |
| Estimated Fees & Expenses after Effective Date | (0.6) | | Class 5B: Securities Fraud Claims | - | - | - | - | - | - | N/A | N/A | N/A |
| Other Costs (employer tax, data retention, tax & reporting) | - | | | | | | | | | | | |
| Certain Administrative Claims/Reserves | | | | | | | | | | | | |
| Intercompany Administrative Claims | (0.5) | | | | | | | | | | | |
| SNMP Administrative Claim | - | | | | | | | | | | | |
| PBGC Administrative Claim | - | | | | | | | | | | | |
| Estimated Other Administrative Claims | - | | | | | | | | | | | |
| **DISTRIBUTABLE ASSETS (HIGH CLAIMS CASE)** | **31.8** | | **TOTAL** | **779.4** | **779.4** | **664.5** | **31.8** | **31.8** | **31.8** | | | |
| **DISTRIBUTABLE ASSETS (LOW CLAIMS CASE)** | **31.8** | | | | | | | | | | | |
| **DISTRIBUTABLE ASSETS (SNMP HIGH CLAIMS CASE)** | **31.8** | | | | | | | | | | | |