# Appendix D

## Liquidation Analysis

**Appendix D**

**Liquidation Analysis for Each Debtor**

The information and data included in the Liquidation Analysis are estimates derived from sources available to the Debtors.[1] The Liquidation Analysis reflects the estimated assets of the Debtors if each Debtor were to be liquidated in a separate chapter 7 case. The information is presented on a Debtor by Debtor basis and recoveries include estimated recoveries from other Debtors by way of payment on Intercompany Claims or other Interests. Intercompany Claims against the Debtors asserted by other Debtors and Foreign Affiliate Debtors are treated in accordance with the terms of the Plan. Underlying the Liquidation Analysis are a number of estimates and assumptions regarding liquidation proceeds that, although developed and considered reasonable by the Debtors, are inherently subject to significant uncertainties and contingencies beyond the control of the Debtors. The information presented herein is for illustrative purposes only and assumptions prepared solely to provide an estimated range of possible liquidation recoveries for various Classes of Claims, where such estimates necessarily depend on the outcome of numerous contingencies. The Liquidation Analysis shall not constitute evidence of the purported validity of any Claim and should not be used for any other purpose than as described herein. ACCORDINGLY, THERE CAN BE NO ASSURANCE THAT THE RECOVERIES REFLECTED IN THE LIQUIDATION ANALYSES WOULD BE REALIZED IF THE DEBTORS WERE, IN FACT, TO UNDERGO SUCH A LIQUIDATION, AND ACTUAL RESULTS COULD VARY MATERIALLY FROM THOSE SHOWN HERE.

The Liquidation Analysis assumes that certain economic settlements achieved in the SPSA also would be achieved in a chapter 7 liquidation, including, but not limited to, the following:

- allocation and release of Sales Proceeds in accordance with the SPSA;
- reimbursement of certain costs from Sale Proceeds;
- payment from Canadian Estate related to various Side Letters;
- allowance of NNI's claims against a consolidated Canadian Estate, including on the terms and in the amounts contemplated under the [Canadian Plan].

While the Debtors believe these settlements potentially could be replicated in a chapter 7 liquidation, there is no certainty that such results could be obtained and a liquidation under chapter 7 likely would, at minimum, cause the Debtors to incur additional costs and risk not achieving similar settlements as set forth in the Plan, and also introduce additional risks that could materially reduce the ultimate assets available to each of the Debtors for distribution to their creditors. For purposes of this Liquidation Analysis, these risks associated with the assets available to the Debts were not quantified.

---

[1] Capitalized terms used in the exhibit and not defined herein shall have the definitions ascribed to them in the Plan or the Disclosure Statement, as applicable.

Solely for purposes of this illustrative analysis, the Debtors estimated the assets from its estate that would be available in a Chapter 7 liquidation and the estimated claims against its estate in a liquidation scenario on the same basis that it estimated the assets available and estimated expected claims in the Recovery Analysis, with the following important changes:

- Additional Estimated Fees & Expenses at NNI: Estimated 30% increase in fees and expenses at NNI for additional counsel or professionals that would be engaged to assist a Chapter 7 trustee in the liquidation, and for expected inefficiencies associated with changing or adding new professionals to address the remaining claims and litigation at each of the Debtors at this advanced stage of these Chapter 11 proceedings.
- Additional Estimated Fees & Expenses of Debtors other than NNI: The costs estimated at the Debtors other than NNI were increased slightly by increasing the time that the Quarterly Administrative Wind Down Reimbursement Payments will be in effect.
- Trustee Compensation: Estimated compensation for the Chapter 7 trustee or trustees as 3% of assets distributable to creditors at each Debtor.
- Additional Estimated Other Costs: Estimated 30% increase in other costs to address additional costs associated with data retention and financial reporting functions for an extended period of time to facilitate a hypothetical chapter 7 liquidation.
- Claims: Assumption that the Class 3C Convenience Claims against NNI and Class 3C Convenience Claims against NNCALA would receive pro rata distributions as part of the Class of General Unsecured Creditors, rather than the single Distribution of Cash in an amount equal to the low-range of percentage recoveries on Allowed Convenience Claims, as provided for under the Plan.

This Exhibit includes tables containing the estimated assets available in a chapter 7 liquidation and the distribution of those assets to the estimated expected claims for each Debtor. A similar analysis is included for NNIII solely for information purposes.[2]

---

[2] NNIII filed for bankruptcy protection on July 26, 2016 and as of the date of filing this Liquidation Analysis, the governmental bar date applicable to NNIII has not yet passed and NNIII has not yet filed a plan and disclosure statement.

**Summary Comparison Table**

|  | Estimated Plan Recovery | Estimated Liquidation Analysis Recovery |
|---|---|---|
| **NNI/NNCC** | | |
| Class 3A: General Unsecured Claims against NNI/NNCC | 55%-61% | 53%-55% |
| Class 3B: Crossover Bonds Claims and EDC Claims against NNI/NNCC | 55%-57% | 53%-55% |
| Class 3C: Convenience Claims against NNI/NNCC | 55%-55% | 53%-55% |
| **NN CALA** | | |
| Class 3A: General Unsecured Claims against NN CALA | 12%-14% | 12%-13% |
| Class 3C: Convenience Claims against NN CALA | 12%-12% | 12%-13% |
| **Nortel Altsystems** | | |
| Class 3: General Unsecured Claims against Nortel Altsystems | 8%-9% | 7%-9% |

**Nortel Networks Inc./ Nortel Networks Capital Corporation**
Liquidation Analysis
($ millions)

| | Estimated Plan Assets | | Estimated Allowed Claims | | Estimated Plan Recovery | | Estimated Plan Recovery | |
|---|---|---|---|---|---|---|---|---|
| | | | High Claims Case | Low Claims Case | High Claims Case | Low Claims Case | High Claims Case | Low Claims Case |
| | | | | | $ | | % | |
| Cash | | 474.4 | Class 1: Priority Non-Tax Claims | 9.6 | 4.8 | 9.6 | 4.8 | 100.0% | 100.0% |
| Settlement Proceeds | | 1,739.1 | | | | | | | |
| Other SPSA Settlement Receipts | | 77.5 | | | | | | | |
| Residual Interest in Cascade Trust | | 4.7 | Class 2: Secured Claims | 0.2 | 0.2 | 0.2 | 0.2 | 100.0% | 100.0% |
| Non-Debtor Subsidiary Proceeds | | 0.1 | | | | | | | |
| | Receivable Amount | | | | | | | | |
| Receivables - Expected Recoveries | | | Class 3: General Unsecured Claims | 5,472.0 | 5,244.4 | 2,884.3 | 2,899.0 | 52.7% | 55.3% |
| U.S. Canadian Priority Claim | 62.7 | 62.7 | A. General Unsecured Claims | 1,517.3 | 1,289.6 | 799.8 | 712.9 | 52.7% | 55.3% |
| U.S. Canadian Unsecured Claim | 2,000.0 | 866.0 | B. Crossover Bonds Claims & EDC Claims | 3,954.7 | 3,954.7 | 2,084.5 | 2,186.1 | 52.7% | 55.3% |
| Other Non-Debtor Affiliate Receivables | 59.6 | 22.5 | C. Convenience Claims | - | - | - | - | N/A | N/A |
| Debtor Interco. Pre-Petition Receivables | 591.7 | 21.8 | | | | | | | |
| Debtor Interco. Administrative Receivables | 34.5 | 34.5 | | | | | | | |
| | | | Class 4: Subordinated Claims | - | - | - | - | N/A | N/A |
| Operating & Wind-Down Costs | | | | | | | | | |
| Accrued but Unpaid Costs | | (12.1) | | | | | | | |
| Estimated US Trustee Costs | | (0.9) | Class 5A: NNI Interests | - | - | - | - | N/A | N/A |
| NNCC Bondholder Fee Settlement Costs | | (5.0) | | | | | | | |
| Estimated Fees & Expenses through Liquidation | | (107.6) | | | | | | | |
| Other Costs (employer tax, data retention, tax & reporting) | | (56.5) | Class 5B: Securities Fraud Claims | - | - | - | - | N/A | N/A |
| Chapter 7 Trustee Costs | | (93.0) | | | | | | | |
| Priority Tax Reserve | | (101.1) | | | | | | | |
| Certain Administrative Claims/Reserves | | | | | | | | | |
| Intercompany Administrative Claims | | (0.2) | | | | | | | |
| SNMP Administrative Claim | | - | | | | | | | |
| PBGC Administrative Claim | | - | | | | | | | |
| Estimated Real Estate Administrative Claim | | (5.6) | | | | | | | |
| Estimated Other Administrative Claims | | (19.6) | | | | | | | |
| NNCC Settlement Reserve | | (7.5) | | | | | | | |
| **DISTRIBUTABLE ASSETS (HIGH CLAIMS CASE)** | | **2,894.1** | **TOTAL** | **5,481.9** | **5,249.4** | **2,894.1** | **2,904.0** | | |
| **DISTRIBUTABLE ASSETS (LOW CLAIMS CASE)** | | **2,904.0** | | | | | | | |

**Nortel Networks (CALA) Inc.**
Liquidation Analysis
($ millions)

| | Estimated Plan Assets | | Estimated Allowed Claims | | Estimated Plan Recovery | | Estimated Plan Recovery | |
|---|---|---|---|---|---|---|---|---|
| | | | High Claims Case | Low Claims Case | High Claims Case | Low Claims Case | High Claims Case | Low Claims Case |
| | | | | | $ | | % | |
| Cash | 85.6 | | Class 1: Priority Non-Tax Claims | 0.1 | 0.1 | 0.1 | 0.1 | 100.0% | 100.0% |
| Settlement Proceeds | 50.1 | | | | | | | | |
| Non-Debtor Subsidiary Proceeds | 2.6 | | Class 2: Secured Claims | 0.0 | 0.0 | 0.0 | 0.0 | 100.0% | 100.0% |
| | Receivable Amount | | | | | | | | |
| Receivables - Expected Recoveries | | | Class 3: General Unsecured Claims | 935.8 | 816.9 | 108.4 | 108.5 | 11.6% | 13.3% |
| U.S. Canadian Priority Claim | - | - | A. General Unsecured Claims | 935.8 | 816.9 | 108.4 | 108.5 | 11.6% | 13.3% |
| U.S. Canadian Unsecured Claim | - | - | B. Crossover Bonds Claims & EDC Claims | - | - | - | - | N/A | N/A |
| Other Non-Debtor Affiliate Receivables | 176.2 | 11.1 | C. Convenience Claims | - | - | - | - | N/A | N/A |
| Debtor Interco. Pre-Petition Receivables | - | - | | | | | | | |
| Debtor Interco. Administrative Receivables | - | - | Class 4: Subordinated Claims | - | - | - | - | N/A | N/A |
| Operating & Wind-Down Costs | | | | | | | | | |
| Accrued but Unpaid Costs | - | | | | | | | | |
| Estimated US Trustee Costs | - | | Class 5A: NNI Interests | - | - | - | - | N/A | N/A |
| Estimated Fees & Expenses through Liquidation | (2.0) | | | | | | | | |
| Other Costs (employer tax, data retention, tax & reporting) | - | | | | | | | | |
| Chapter 7 Trustee Costs | (4.4) | | Class 5B: Securities Fraud Claims | - | - | - | - | N/A | N/A |
| Certain Administrative Claims/Reserves | | | | | | | | | |
| Intercompany Administrative Claims | (34.0) | | | | | | | | |
| SNMP Administrative Claim | - | | | | | | | | |
| PBGC Administrative Claim | - | | | | | | | | |
| Estimated Other Administrative Claims | (0.4) | | | | | | | | |
| **DISTRIBUTABLE ASSETS (HIGH CLAIMS CASE)** | **108.5** | | **TOTAL** | **936.0** | **817.0** | **108.5** | **108.5** | | |
| **DISTRIBUTABLE ASSETS (LOW CLAIMS CASE)** | **108.5** | | | | | | | | |

**Nortel Altsystems Inc.**
Liquidation Analysis
($ millions)

| | Estimated Plan Assets | | | Estimated Allowed Claims | | Estimated Plan Recovery | | Estimated Plan Recovery | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | High Claims Case | Low Claims Case | High Claims Case | Low Claims Case | High Claims Case | Low Claims Case |
| | | | | | | $ | | % | |
| Cash | | 55.4 | Class 1: Priority Non-Tax Claims | 0.0 | 0.0 | 0.0 | 0.0 | 100.0% | 100.0% |
| Settlement Proceeds | | - | | | | | | | |
| | | | Class 2: Secured Claims | - | - | - | - | N/A | N/A |
| | Receivable Amount | | | | | | | | |
| Receivables - Expected Recoveries | | | Class 3: General Unsecured Claims | 727.0 | 608.0 | 53.1 | 53.2 | 7.3% | 8.7% |
| U.S. Canadian Priority Claim | - | - | A. General Unsecured Claims | 727.0 | 608.0 | 53.1 | 53.2 | 7.3% | 8.7% |
| U.S. Canadian Unsecured Claim | - | - | B. Crossover Bonds Claims & EDC Claims | - | - | - | - | N/A | N/A |
| Other Non-Debtor Affiliate Receivables | 0.2 | 0.1 | C. Convenience Claims | - | - | - | - | N/A | N/A |
| Debtor Interco. Pre-Petition Receivables | 33.0 | 0.3 | | | | | | | |
| Debtor Interco. Administrative Receivables | - | - | | | | | | | |
| | | | Class 4: Subordinated Claims | - | - | - | - | N/A | N/A |
| Operating & Wind-Down Costs | | | | | | | | | |
| Accrued but Unpaid Costs | | - | | | | | | | |
| Estimated US Trustee Costs | | - | Class 5A: NNI Interests | - | - | - | - | N/A | N/A |
| Estimated Fees & Expenses through Liquidation | | (1.0) | | | | | | | |
| Other Costs (employer tax, data retention, tax & reporting) | | - | | | | | | | |
| Chapter 7 Trustee Costs | | (1.7) | Class 5B: Securities Fraud Claims | - | - | - | - | N/A | N/A |
| Certain Administrative Claims/Reserves | | | | | | | | | |
| Intercompany Administrative Claims | | - | | | | | | | |
| SNMP Administrative Claim | | - | | | | | | | |
| PBGC Administrative Claim | | - | | | | | | | |
| Estimated Other Administrative Claims | | (0.0) | | | | | | | |
| **DISTRIBUTABLE ASSETS (HIGH CLAIMS CASE)** | | **53.2** | **TOTAL** | **727.0** | **608.1** | **53.2** | **53.2** | | |
| **DISTRIBUTABLE ASSETS (LOW CLAIMS CASE)** | | **53.2** | | | | | | | |

**Nortel Altsystems International Inc.**
Liquidation Analysis
($ millions)

| | Estimated Plan Assets | | Estimated Allowed Claims | | Estimated Plan Recovery | | Estimated Plan Recovery | |
|---|---|---|---|---|---|---|---|---|
| | | | High Claims Case | Low Claims Case | High Claims Case | Low Claims Case | High Claims Case | Low Claims Case |
| | | | | | $ | | % | |
| Cash | 0.0 | Class 1: Priority Non-Tax Claims | - | - | - | - | N/A | N/A |
| Settlement Proceeds | - | | | | | | | |
| | | Class 2: Secured Claims | - | - | - | - | N/A | N/A |
| | Receivable Amount | | | | | | | |
| Receivables - Expected Recoveries | | Class 3: General Unsecured Claims | 750.6 | 631.8 | 0.0 | 0.0 | 0.0% | 0.0% |
| U.S. Canadian Priority Claim | - | A. General Unsecured Claims | 750.6 | 631.8 | 0.0 | 0.0 | 0.0% | 0.0% |
| U.S. Canadian Unsecured Claim | - | B. Crossover Bonds Claims & EDC Claims | - | - | - | - | N/A | N/A |
| Other Non-Debtor Affiliate Receivables | - | C. Convenience Claims | - | - | - | - | N/A | N/A |
| Debtor Interco. Pre-Petition Receivables | - | | | | | | | |
| Debtor Interco. Administrative Receivables | - | Class 4: Subordinated Claims | - | - | - | - | N/A | N/A |
| Operating & Wind-Down Costs | | | | | | | | |
| Accrued but Unpaid Costs | - | | | | | | | |
| Estimated US Trustee Costs | - | Class 5A: NNI Interests | - | - | - | - | N/A | N/A |
| Estimated Fees & Expenses through Liquidation | - | | | | | | | |
| Other Costs (employer tax, data retention, tax & reporting) | - | | | | | | | |
| Chapter 7 Trustee Costs | - | Class 5B: Securities Fraud Claims | - | - | - | - | N/A | N/A |
| Certain Administrative Claims/Reserves | | | | | | | | |
| Intercompany Administrative Claims | - | | | | | | | |
| SNMP Administrative Claim | - | | | | | | | |
| PBGC Administrative Claim | - | | | | | | | |
| Estimated Other Administrative Claims | - | | | | | | | |
| **DISTRIBUTABLE ASSETS (HIGH CLAIMS CASE)** | **0.0** | **TOTAL** | **750.6** | **631.8** | **0.0** | **0.0** | | |
| **DISTRIBUTABLE ASSETS (LOW CLAIMS CASE)** | **0.0** | | | | | | | |

**XROS, Inc.**

Liquidation Analysis
($ millions)

| | Estimated Plan Assets | | | Estimated Allowed Claims | | Estimated Plan Recovery | | Estimated Plan Recovery | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | High Claims Case | Low Claims Case | High Claims Case | Low Claims Case | High Claims Case | Low Claims Case |
| | | | | | | $ | | % | |
| Cash | | - | Class 1: Priority Non-Tax Claims | - | - | - | - | N/A | N/A |
| Settlement Proceeds | | - | | | | | | | |
| | | | Class 2: Secured Claims | - | - | - | - | N/A | N/A |
| | Receivable Amount | | | | | | | | |
| Receivables - Expected Recoveries | | | Class 3: General Unsecured Claims | 764.9 | 646.2 | 0.0 | 0.0 | 0.0% | 0.0% |
| U.S. Canadian Priority Claim | - | - | A. General Unsecured Claims | 764.9 | 646.2 | 0.0 | 0.0 | 0.0% | 0.0% |
| U.S. Canadian Unsecured Claim | - | - | B. Crossover Bonds Claims & EDC Claims | - | - | - | - | N/A | N/A |
| Other Non-Debtor Affiliate Receivables | - | - | C. Convenience Claims | - | - | - | - | N/A | N/A |
| Debtor Interco. Pre-Petition Receivables | - | - | | | | | | | |
| Debtor Interco. Administrative Receivables | 0.1 | 0.1 | | | | | | | |
| | | | Class 4: Subordinated Claims | - | - | - | - | N/A | N/A |
| Operating & Wind-Down Costs | | | | | | | | | |
| Accrued but Unpaid Costs | | - | | | | | | | |
| Estimated US Trustee Costs | | - | Class 5A: NNI Interests | - | - | - | - | N/A | N/A |
| Estimated Fees & Expenses through Liquidation | | - | | | | | | | |
| Other Costs (employer tax, data retention, tax & reporting) | | - | | | | | | | |
| Chapter 7 Trustee Costs | | (0.0) | Class 5B: Securities Fraud Claims | - | - | - | - | N/A | N/A |
| Certain Administrative Claims/Reserves | | | | | | | | | |
| Intercompany Administrative Claims | | - | | | | | | | |
| SNMP Administrative Claim | | - | | | | | | | |
| PBGC Administrative Claim | | - | | | | | | | |
| Estimated Other Administrative Claims | | - | | | | | | | |
| **DISTRIBUTABLE ASSETS (HIGH CLAIMS CASE)** | | **0.0** | **TOTAL** | **764.9** | **646.2** | **0.0** | **0.0** | | |
| **DISTRIBUTABLE ASSETS (LOW CLAIMS CASE)** | | **0.0** | | | | | | | |

**Sonoma Systems**
Liquidation Analysis
($ millions)

| | Estimated Plan Assets | | | Estimated Allowed Claims | | Estimated Plan Recovery | | Estimated Plan Recovery | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | High Claims Case | Low Claims Case | High Claims Case | Low Claims Case | High Claims Case | Low Claims Case |
| | | | | | | $ | | % | |
| Cash | | - | Class 1: Priority Non-Tax Claims | - | - | - | - | N/A | N/A |
| Settlement Proceeds | | - | | | | | | | |
| | | | Class 2: Secured Claims | - | - | - | - | N/A | N/A |
| | Receivable Amount | | | | | | | | |
| Receivables - Expected Recoveries | | | Class 3: General Unsecured Claims | 720.3 | 601.5 | 0.4 | 0.4 | 0.1% | 0.1% |
| U.S. Canadian Priority Claim | - | - | A. General Unsecured Claims | 720.3 | 601.5 | 0.4 | 0.4 | 0.1% | 0.1% |
| U.S. Canadian Unsecured Claim | - | - | B. Crossover Bonds Claims & EDC Claims | - | - | - | - | N/A | N/A |
| Other Non-Debtor Affiliate Receivables | - | - | C. Convenience Claims | - | - | - | - | N/A | N/A |
| Debtor Interco. Pre-Petition Receivables | 0.7 | 0.4 | | | | | | | |
| Debtor Interco. Administrative Receivables | - | - | | | | | | | |
| | | | Class 4: Subordinated Claims | - | - | - | - | N/A | N/A |
| Operating & Wind-Down Costs | | | | | | | | | |
| Accrued but Unpaid Costs | | - | | | | | | | |
| Estimated US Trustee Costs | | - | Class 5A: NNI Interests | - | - | - | - | N/A | N/A |
| Estimated Fees & Expenses through Liquidation | | - | | | | | | | |
| Other Costs (employer tax, data retention, tax & reporting) | | - | | | | | | | |
| Chapter 7 Trustee Costs | | (0.0) | Class 5B: Securities Fraud Claims | - | - | - | - | N/A | N/A |
| Certain Administrative Claims/Reserves | | | | | | | | | |
| Intercompany Administrative Claims | | - | | | | | | | |
| SNMP Administrative Claim | | - | | | | | | | |
| PBGC Administrative Claim | | - | | | | | | | |
| Estimated Other Administrative Claims | | - | | | | | | | |
| **DISTRIBUTABLE ASSETS (HIGH CLAIMS CASE)** | | **0.4** | **TOTAL** | **720.3** | **601.5** | **0.4** | **0.4** | | |
| **DISTRIBUTABLE ASSETS (LOW CLAIMS CASE)** | | **0.4** | | | | | | | |

**Qtera Corporation**

Liquidation Analysis
($ millions)

| | Estimated Plan Assets | | | Estimated Allowed Claims | | Estimated Plan Recovery | | Estimated Plan Recovery | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | High Claims Case | Low Claims Case | High Claims Case | Low Claims Case | High Claims Case | Low Claims Case |
| | | | | | | $ | | % | |
| Cash | | - | Class 1: Priority Non-Tax Claims | - | - | - | - | N/A | N/A |
| Settlement Proceeds | | - | | | | | | | |
| | | | Class 2: Secured Claims | - | - | - | - | N/A | N/A |
| | Receivable Amount | | | | | | | | |
| Receivables - Expected Recoveries | | | Class 3: General Unsecured Claims | 900.3 | 781.5 | 0.1 | 0.1 | 0.0% | 0.0% |
| U.S. Canadian Priority Claim | - | - | A. General Unsecured Claims | 900.3 | 781.5 | 0.1 | 0.1 | 0.0% | 0.0% |
| U.S. Canadian Unsecured Claim | - | - | B. Crossover Bonds Claims & EDC Claims | - | - | - | - | N/A | N/A |
| Other Non-Debtor Affiliate Receivables | - | - | C. Convenience Claims | - | - | - | - | N/A | N/A |
| Debtor Interco. Pre-Petition Receivables | - | - | | | | | | | |
| Debtor Interco. Administrative Receivables | 0.1 | 0.1 | | | | | | | |
| | | | Class 4: Subordinated Claims | - | - | - | - | N/A | N/A |
| Operating & Wind-Down Costs | | | | | | | | | |
| Accrued but Unpaid Costs | | - | | | | | | | |
| Estimated US Trustee Costs | | - | Class 5A: NNI Interests | - | - | - | - | N/A | N/A |
| Estimated Fees & Expenses through Liquidation | | - | | | | | | | |
| Other Costs (employer tax, data retention, tax & reporting) | | - | | | | | | | |
| Chapter 7 Trustee Costs | | (0.0) | Class 5B: Securities Fraud Claims | - | - | - | - | N/A | N/A |
| | | | | | | | | | |
| Certain Administrative Claims/Reserves | | | | | | | | | |
| Intercompany Administrative Claims | | - | | | | | | | |
| SNMP Administrative Claim | | - | | | | | | | |
| PBGC Administrative Claim | | - | | | | | | | |
| Estimated Other Administrative Claims | | - | | | | | | | |
| | | | | | | | | | |
| **DISTRIBUTABLE ASSETS (HIGH CLAIMS CASE)** | | **0.1** | **TOTAL** | **900.3** | **781.5** | **0.1** | **0.1** | | |
| **DISTRIBUTABLE ASSETS (LOW CLAIMS CASE)** | | **0.1** | | | | | | | |

**Coretek, Inc.**
Liquidation Analysis
($ millions)

| | Estimated Plan Assets | | | Estimated Allowed Claims | | Estimated Plan Recovery | | Estimated Plan Recovery | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | High Claims Case | Low Claims Case | High Claims Case | Low Claims Case | High Claims Case | Low Claims Case |
| | | | | | | $ | | % | |
| Cash | | 0.0 | Class 1: Priority Non-Tax Claims | - | - | - | - | N/A | N/A |
| Settlement Proceeds | | - | | | | | | | |
| | | | Class 2: Secured Claims | - | - | - | - | N/A | N/A |
| | Receivable Amount | | | | | | | | |
| Receivables - Expected Recoveries | | | Class 3: General Unsecured Claims | 801.6 | 682.9 | 0.0 | 0.0 | 0.0% | 0.0% |
| U.S. Canadian Priority Claim | - | - | A. General Unsecured Claims | 801.6 | 682.9 | 0.0 | 0.0 | 0.0% | 0.0% |
| U.S. Canadian Unsecured Claim | - | - | B. Crossover Bonds Claims & EDC Claims | - | - | - | - | N/A | N/A |
| Other Non-Debtor Affiliate Receivables | - | - | C. Convenience Claims | - | - | - | - | N/A | N/A |
| Debtor Interco. Pre-Petition Receivables | - | - | | | | | | | |
| Debtor Interco. Administrative Receivables | - | - | | | | | | | |
| | | | Class 4: Subordinated Claims | - | - | - | - | N/A | N/A |
| Operating & Wind-Down Costs | | | Class 5A: NNI Interests | - | - | - | - | N/A | N/A |
| Accrued but Unpaid Costs | | - | | | | | | | |
| Estimated US Trustee Costs | | - | | | | | | | |
| Estimated Fees & Expenses through Liquidation | | - | Class 5B: Securities Fraud Claims | - | - | - | - | N/A | N/A |
| Other Costs (employer tax, data retention, tax & reporting) | | - | | | | | | | |
| Chapter 7 Trustee Costs | | - | | | | | | | |
| Certain Administrative Claims/Reserves | | | | | | | | | |
| Intercompany Administrative Claims | | - | | | | | | | |
| SNMP Administrative Claim | | - | | | | | | | |
| PBGC Administrative Claim | | - | | | | | | | |
| Estimated Other Administrative Claims | | - | | | | | | | |
| | | | **TOTAL** | **801.6** | **682.9** | **0.0** | **0.0** | | |
| **DISTRIBUTABLE ASSETS (HIGH CLAIMS CASE)** | | **0.0** | | | | | | | |
| **DISTRIBUTABLE ASSETS (LOW CLAIMS CASE)** | | **0.0** | | | | | | | |

**Nortel Networks Applications Management Solutions Inc.**
Liquidation Analysis
($ millions)

| | Estimated Plan Assets | | Estimated Allowed Claims | | Estimated Plan Recovery | | Estimated Plan Recovery | |
|---|---|---|---|---|---|---|---|---|
| | | | High Claims Case | Low Claims Case | High Claims Case | Low Claims Case | High Claims Case | Low Claims Case |
| | | | | | $ | | % | |
| Cash | - | Class 1: Priority Non-Tax Claims | - | - | - | - | N/A | N/A |
| Settlement Proceeds | - | | | | | | | |
| | | Class 2: Secured Claims | - | - | - | - | N/A | N/A |
| | Receivable Amount | | | | | | | |
| Receivables - Expected Recoveries | | Class 3: General Unsecured Claims | 720.3 | 601.5 | 0.0 | 0.1 | 0.0% | 0.0% |
| U.S. Canadian Priority Claim | - | - | A. General Unsecured Claims | 720.3 | 601.5 | 0.0 | 0.1 | 0.0% | 0.0% |
| U.S. Canadian Unsecured Claim | - | - | B. Crossover Bonds Claims & EDC Claims | - | - | - | - | N/A | N/A |
| Other Non-Debtor Affiliate Receivables | 0.0 | 0.0 | C. Convenience Claims | - | - | - | - | N/A | N/A |
| Debtor Interco. Pre-Petition Receivables | 0.1 | 0.0 | | | | | | |
| Debtor Interco. Administrative Receivables | - | - | | | | | | |
| | | Class 4: Subordinated Claims | - | - | - | - | N/A | N/A |
| Operating & Wind-Down Costs | | | | | | | | |
| Accrued but Unpaid Costs | - | | | | | | | |
| Estimated US Trustee Costs | - | Class 5A: NNI Interests | - | - | - | - | N/A | N/A |
| Estimated Fees & Expenses through Liquidation | - | | | | | | | |
| Other Costs (employer tax, data retention, tax & reporting) | - | | | | | | | |
| Chapter 7 Trustee Costs | (0.0) | Class 5B: Securities Fraud Claims | - | - | - | - | N/A | N/A |
| | | | | | | | | |
| Certain Administrative Claims/Reserves | | | | | | | | |
| Intercompany Administrative Claims | - | | | | | | | |
| SNMP Administrative Claim | - | | | | | | | |
| PBGC Administrative Claim | - | | | | | | | |
| Estimated Other Administrative Claims | - | | | | | | | |
| **DISTRIBUTABLE ASSETS (HIGH CLAIMS CASE)** | **0.0** | **TOTAL** | **720.3** | **601.5** | **0.0** | **0.1** | | |
| **DISTRIBUTABLE ASSETS (LOW CLAIMS CASE)** | **0.1** | | | | | | | |

**Nortel Networks Optical Components Inc.**
Liquidation Analysis
($ millions)

| | Estimated Plan Assets | | Estimated Allowed Claims | | Estimated Plan Recovery | | Estimated Plan Recovery | |
|---|---|---|---|---|---|---|---|---|
| | | | High Claims Case | Low Claims Case | High Claims Case | Low Claims Case | High Claims Case | Low Claims Case |
| | | | | | $ | | % | |
| Cash | 0.0 | Class 1: Priority Non-Tax Claims | - | - | - | - | N/A | N/A |
| Settlement Proceeds | - | | | | | | | |
| | | Class 2: Secured Claims | - | - | - | - | N/A | N/A |
| | Receivable Amount | | | | | | | |
| Receivables - Expected Recoveries | | Class 3: General Unsecured Claims | 720.4 | 601.7 | 0.0 | 0.0 | 0.0% | 0.0% |
| U.S. Canadian Priority Claim | - | A. General Unsecured Claims | 720.4 | 601.7 | 0.0 | 0.0 | 0.0% | 0.0% |
| U.S. Canadian Unsecured Claim | - | B. Crossover Bonds Claims & EDC Claims | - | - | - | - | N/A | N/A |
| Other Non-Debtor Affiliate Receivables | - | C. Convenience Claims | - | - | - | - | N/A | N/A |
| Debtor Interco. Pre-Petition Receivables | - | | | | | | | |
| Debtor Interco. Administrative Receivables | - | Class 4: Subordinated Claims | - | - | - | - | N/A | N/A |
| Operating & Wind-Down Costs | | | | | | | | |
| Accrued but Unpaid Costs | - | | | | | | | |
| Estimated US Trustee Costs | - | Class 5A: NNI Interests | - | - | - | - | N/A | N/A |
| Estimated Fees & Expenses through Liquidation | - | | | | | | | |
| Other Costs (employer tax, data retention, tax & reporting) | - | | | | | | | |
| Chapter 7 Trustee Costs | - | Class 5B: Securities Fraud Claims | - | - | - | - | N/A | N/A |
| Certain Administrative Claims/Reserves | | | | | | | | |
| Intercompany Administrative Claims | - | | | | | | | |
| SNMP Administrative Claim | - | | | | | | | |
| PBGC Administrative Claim | - | | | | | | | |
| Estimated Other Administrative Claims | - | | | | | | | |
| **DISTRIBUTABLE ASSETS (HIGH CLAIMS CASE)** | **0.0** | **TOTAL** | **720.4** | **601.7** | **0.0** | **0.0** | | |
| **DISTRIBUTABLE ASSETS (LOW CLAIMS CASE)** | **0.0** | | | | | | | |

**Nortel Networks HPOCS Inc.**
Liquidation Analysis
($ millions)

| | Estimated Plan Assets | | Estimated Allowed Claims | | Estimated Plan Recovery ($) | | Estimated Plan Recovery (%) | |
|---|---|---|---|---|---|---|---|---|
| | | | High Claims Case | Low Claims Case | High Claims Case | Low Claims Case | High Claims Case | Low Claims Case |
| Cash | - | Class 1: Priority Non-Tax Claims | - | - | - | - | N/A | N/A |
| Settlement Proceeds | - | | | | | | | |
| | | Class 2: Secured Claims | - | - | - | - | N/A | N/A |
| Receivables - Expected Recoveries (Receivable Amount) | | Class 3: General Unsecured Claims | 720.3 | 601.5 | 0.4 | 0.4 | 0.1% | 0.1% |
| U.S. Canadian Priority Claim | - | A. General Unsecured Claims | 720.3 | 601.5 | 0.4 | 0.4 | 0.1% | 0.1% |
| U.S. Canadian Unsecured Claim | - | B. Crossover Bonds Claims & EDC Claims | - | - | - | - | N/A | N/A |
| Other Non-Debtor Affiliate Receivables | - | C. Convenience Claims | - | - | - | - | N/A | N/A |
| Debtor Interco. Pre-Petition Receivables | 0.8 / 0.4 | | | | | | | |
| Debtor Interco. Administrative Receivables | - | | | | | | | |
| | | Class 4: Subordinated Claims | - | - | - | - | N/A | N/A |
| Operating & Wind-Down Costs | | | | | | | | |
| Accrued but Unpaid Costs | - | | | | | | | |
| Estimated US Trustee Costs | - | Class 5A: NNI Interests | - | - | - | - | N/A | N/A |
| Estimated Fees & Expenses through Liquidation | - | | | | | | | |
| Other Costs (employer tax, data retention, tax & reporting) | - | | | | | | | |
| Chapter 7 Trustee Costs | (0.0) | Class 5B: Securities Fraud Claims | - | - | - | - | N/A | N/A |
| Certain Administrative Claims/Reserves | | | | | | | | |
| Intercompany Administrative Claims | - | | | | | | | |
| SNMP Administrative Claim | - | | | | | | | |
| PBGC Administrative Claim | - | | | | | | | |
| Estimated Other Administrative Claims | - | | | | | | | |
| **DISTRIBUTABLE ASSETS (HIGH CLAIMS CASE)** | **0.4** | **TOTAL** | **720.3** | **601.5** | **0.4** | **0.4** | | |
| **DISTRIBUTABLE ASSETS (LOW CLAIMS CASE)** | **0.4** | | | | | | | |

**Architel Systems (U.S.) Corporation**

Liquidation Analysis
($ millions)

| | Estimated Plan Assets | | Estimated Allowed Claims | | Estimated Plan Recovery | | Estimated Plan Recovery | |
|---|---|---|---|---|---|---|---|---|
| | | | High Claims Case | Low Claims Case | High Claims Case | Low Claims Case | High Claims Case | Low Claims Case |
| | | | | | $ | | % | |
| Cash | - | | Class 1: Priority Non-Tax Claims | - | - | - | - | N/A | N/A |
| Settlement Proceeds | - | | | | | | | | |
| | | | Class 2: Secured Claims | - | - | - | - | N/A | N/A |
| | Receivable Amount | | | | | | | | |
| Receivables - Expected Recoveries | | | Class 3: General Unsecured Claims | 720.3 | 601.5 | 3.3 | 3.5 | 0.5% | 0.6% |
| U.S. Canadian Priority Claim | - | - | A. General Unsecured Claims | 720.3 | 601.5 | 3.3 | 3.5 | 0.5% | 0.6% |
| U.S. Canadian Unsecured Claim | 1.9 | 0.8 | B. Crossover Bonds Claims & EDC Claims | - | - | - | - | N/A | N/A |
| Other Non-Debtor Affiliate Receivables | - | - | C. Convenience Claims | - | - | - | - | N/A | N/A |
| Debtor Interco. Pre-Petition Receivables | 4.9 | 2.6 | | | | | | | |
| Debtor Interco. Administrative Receivables | 0.0 | 0.0 | | | | | | | |
| | | | Class 4: Subordinated Claims | - | - | - | - | N/A | N/A |
| Operating & Wind-Down Costs | | | Class 5A: NNI Interests | - | - | - | - | N/A | N/A |
| Accrued but Unpaid Costs | - | | | | | | | | |
| Estimated US Trustee Costs | - | | | | | | | | |
| Estimated Fees & Expenses through Liquidation | - | | Class 5B: Securities Fraud Claims | - | - | - | - | N/A | N/A |
| Other Costs (employer tax, data retention, tax & reporting) | - | | | | | | | | |
| Chapter 7 Trustee Costs | (0.1) | | | | | | | | |
| Certain Administrative Claims/Reserves | | | | | | | | | |
| Intercompany Administrative Claims | - | | | | | | | | |
| SNMP Administrative Claim | - | | | | | | | | |
| PBGC Administrative Claim | - | | | | | | | | |
| Estimated Other Administrative Claims | - | | | | | | | | |
| | | | **TOTAL** | **720.3** | **601.5** | **3.3** | **3.5** | | |
| **DISTRIBUTABLE ASSETS (HIGH CLAIMS CASE)** | 3.3 | | | | | | | | |
| **DISTRIBUTABLE ASSETS (LOW CLAIMS CASE)** | 3.5 | | | | | | | | |

**Nortel Networks International Inc.**

Liquidation Analysis
($ millions)

| | Estimated Plan Assets | | Estimated Allowed Claims | | Estimated Plan Recovery | | Estimated Plan Recovery | |
|---|---|---|---|---|---|---|---|---|
| | | | High Claims Case | Low Claims Case | High Claims Case | Low Claims Case | High Claims Case | Low Claims Case |
| | | | | | $ | | % | |
| Cash | 5.8 | Class 1: Priority Non-Tax Claims | - | - | - | - | N/A | N/A |
| Settlement Proceeds | - | | | | | | | |
| | | Class 2: Secured Claims | - | - | - | - | N/A | N/A |
| | Receivable Amount | | | | | | | |
| Receivables - Expected Recoveries | | Class 3: General Unsecured Claims | 784.3 | 665.5 | 5.6 | 5.6 | 0.7% | 0.8% |
| U.S. Canadian Priority Claim | - | A. General Unsecured Claims | 784.3 | 665.5 | 5.6 | 5.6 | 0.7% | 0.8% |
| U.S. Canadian Unsecured Claim | - | B. Crossover Bonds Claims & EDC Claims | - | - | - | - | N/A | N/A |
| Other Non-Debtor Affiliate Receivables | - | C. Convenience Claims | - | - | - | - | N/A | N/A |
| Debtor Interco. Pre-Petition Receivables | - | | | | | | | |
| Debtor Interco. Administrative Receivables | - | | | | | | | |
| | | Class 4: Subordinated Claims | - | - | - | - | N/A | N/A |
| Operating & Wind-Down Costs | | | | | | | | |
| Accrued but Unpaid Costs | - | | | | | | | |
| Estimated US Trustee Costs | - | Class 5A: NNI Interests | - | - | - | - | N/A | N/A |
| Estimated Fees & Expenses through Liquidation | - | | | | | | | |
| Other Costs (employer tax, data retention, tax & reporting) | - | | | | | | | |
| Chapter 7 Trustee Costs | (0.2) | Class 5B: Securities Fraud Claims | - | - | - | - | N/A | N/A |
| Certain Administrative Claims/Reserves | | | | | | | | |
| Intercompany Administrative Claims | - | | | | | | | |
| SNMP Administrative Claim | - | | | | | | | |
| PBGC Administrative Claim | - | | | | | | | |
| Estimated Other Administrative Claims | - | | | | | | | |
| **DISTRIBUTABLE ASSETS (HIGH CLAIMS CASE)** | **5.6** | **TOTAL** | **784.3** | **665.5** | **5.6** | **5.6** | | |
| **DISTRIBUTABLE ASSETS (LOW CLAIMS CASE)** | **5.6** | | | | | | | |

**Northern Telecom International Inc.**
Liquidation Analysis
($ millions)

| | Estimated Plan Assets | | Estimated Allowed Claims | | Estimated Plan Recovery | | Estimated Plan Recovery | |
|---|---|---|---|---|---|---|---|---|
| | | | High Claims Case | Low Claims Case | High Claims Case | Low Claims Case | High Claims Case | Low Claims Case |
| | | | | | $ | | % | |
| Cash | - | | Class 1: Priority Non-Tax Claims | - | - | - | - | N/A | N/A |
| Settlement Proceeds | - | | | | | | | | |
| | | | Class 2: Secured Claims | - | - | - | - | N/A | N/A |
| | Receivable Amount | | | | | | | | |
| Receivables - Expected Recoveries | | | Class 3: General Unsecured Claims | 720.3 | 601.5 | 0.0 | 0.0 | 0.0% | 0.0% |
| U.S. Canadian Priority Claim | - | - | A. General Unsecured Claims | 720.3 | 601.5 | 0.0 | 0.0 | 0.0% | 0.0% |
| U.S. Canadian Unsecured Claim | - | - | B. Crossover Bonds Claims & EDC Claims | - | - | - | - | N/A | N/A |
| Other Non-Debtor Affiliate Receivables | - | - | C. Convenience Claims | - | - | - | - | N/A | N/A |
| Debtor Interco. Pre-Petition Receivables | 0.0 | 0.0 | | | | | | | |
| Debtor Interco. Administrative Receivables | - | - | | | | | | | |
| | | | Class 4: Subordinated Claims | - | - | - | - | N/A | N/A |
| Operating & Wind-Down Costs | | | | | | | | | |
| Accrued but Unpaid Costs | - | | | | | | | | |
| Estimated US Trustee Costs | - | | Class 5A: NNI Interests | - | - | - | - | N/A | N/A |
| Estimated Fees & Expenses through Liquidation | - | | | | | | | | |
| Other Costs (employer tax, data retention, tax & reporting) | - | | | | | | | | |
| Chapter 7 Trustee Costs | (0.0) | | Class 5B: Securities Fraud Claims | - | - | - | - | N/A | N/A |
| Certain Administrative Claims/Reserves | | | | | | | | | |
| Intercompany Administrative Claims | - | | | | | | | | |
| SNMP Administrative Claim | - | | | | | | | | |
| PBGC Administrative Claim | - | | | | | | | | |
| Estimated Other Administrative Claims | - | | | | | | | | |
| **DISTRIBUTABLE ASSETS (HIGH CLAIMS CASE)** | **0.0** | | **TOTAL** | **720.3** | **601.5** | **0.0** | **0.0** | | |
| **DISTRIBUTABLE ASSETS (LOW CLAIMS CASE)** | **0.0** | | | | | | | | |

**Nortel Networks Cable Solutions Inc.**
Liquidation Analysis
($ millions)

| | Estimated Plan Assets | | Estimated Allowed Claims | | Estimated Plan Recovery | | Estimated Plan Recovery | |
|---|---|---|---|---|---|---|---|---|
| | | | High Claims Case | Low Claims Case | High Claims Case | Low Claims Case | High Claims Case | Low Claims Case |
| | | | | | $ | | % | |
| Cash | - | Class 1: Priority Non-Tax Claims | - | - | - | - | N/A | N/A |
| Settlement Proceeds | - | | | | | | | |
| | | Class 2: Secured Claims | - | - | - | - | N/A | N/A |
| | Receivable Amount | | | | | | | |
| Receivables - Expected Recoveries | | Class 3: General Unsecured Claims | 720.3 | 601.5 | 0.0 | 0.0 | 0.0% | 0.0% |
| U.S. Canadian Priority Claim | - | A. General Unsecured Claims | 720.3 | 601.5 | 0.0 | 0.0 | 0.0% | 0.0% |
| U.S. Canadian Unsecured Claim | - | B. Crossover Bonds Claims & EDC Claims | - | - | - | - | N/A | N/A |
| Other Non-Debtor Affiliate Receivables | - | C. Convenience Claims | - | - | - | - | N/A | N/A |
| Debtor Interco. Pre-Petition Receivables | 0.0 | | | | | | | |
| Debtor Interco. Administrative Receivables | - | | | | | | | |
| | | Class 4: Subordinated Claims | - | - | - | - | N/A | N/A |
| Operating & Wind-Down Costs | | | | | | | | |
| Accrued but Unpaid Costs | - | | | | | | | |
| Estimated US Trustee Costs | - | Class 5A: NNI Interests | - | - | - | - | N/A | N/A |
| Estimated Fees & Expenses through Liquidation | - | | | | | | | |
| Other Costs (employer tax, data retention, tax & reporting) | - | | | | | | | |
| Chapter 7 Trustee Costs | (0.0) | Class 5B: Securities Fraud Claims | - | - | - | - | N/A | N/A |
| Certain Administrative Claims/Reserves | | | | | | | | |
| Intercompany Administrative Claims | - | | | | | | | |
| SNMP Administrative Claim | - | | | | | | | |
| PBGC Administrative Claim | - | | | | | | | |
| Estimated Other Administrative Claims | - | | | | | | | |
| **DISTRIBUTABLE ASSETS (HIGH CLAIMS CASE)** | **0.0** | TOTAL | 720.3 | 601.5 | 0.0 | 0.0 | | |
| **DISTRIBUTABLE ASSETS (LOW CLAIMS CASE)** | **0.0** | | | | | | | |

**Nortel Networks India International Inc.**
Liquidation Analysis
($ millions)

| | Estimated Plan Assets | | Estimated Allowed Claims | | Estimated Plan Recovery | | Estimated Plan Recovery | |
|---|---|---|---|---|---|---|---|---|
| | | | High Claims Case | Low Claims Case | High Claims Case | Low Claims Case | High Claims Case | Low Claims Case |
| | | | | | $ | | % | |
| Cash | 32.9 | Class 1: Priority Non-Tax Claims | - | - | - | - | N/A | N/A |
| Settlement Proceeds | - | | | | | | | |
| | | Class 2: Secured Claims | - | - | - | - | N/A | N/A |
| | Receivable Amount | | | | | | | |
| Receivables - Expected Recoveries | | Class 3: General Unsecured Claims | 779.4 | 664.5 | 30.4 | 30.4 | 3.9% | 4.6% |
| U.S. Canadian Priority Claim | - | A. General Unsecured Claims | 779.4 | 664.5 | 30.4 | 30.4 | 3.9% | 4.6% |
| U.S. Canadian Unsecured Claim | - | B. Crossover Bonds Claims & EDC Claims | - | - | - | - | N/A | N/A |
| Other Non-Debtor Affiliate Receivables | 11.3 | C. Convenience Claims | - | - | - | - | N/A | N/A |
| Debtor Interco. Pre-Petition Receivables | - | | | | | | | |
| Debtor Interco. Administrative Receivables | - | Class 4: Subordinated Claims | - | - | - | - | N/A | N/A |
| Operating & Wind-Down Costs | | | | | | | | |
| Accrued but Unpaid Costs | - | | | | | | | |
| Estimated US Trustee Costs | - | Class 5A: NNI Interests | - | - | - | - | N/A | N/A |
| Estimated Fees & Expenses through Liquidation | (1.0) | | | | | | | |
| Other Costs (employer tax, data retention, tax & reporting) | - | | | | | | | |
| Chapter 7 Trustee Costs | (1.0) | Class 5B: Securities Fraud Claims | - | - | - | - | N/A | N/A |
| Certain Administrative Claims/Reserves | | | | | | | | |
| Intercompany Administrative Claims | (0.5) | | | | | | | |
| SNMP Administrative Claim | - | | | | | | | |
| PBGC Administrative Claim | - | | | | | | | |
| Estimated Other Administrative Claims | - | | | | | | | |
| **DISTRIBUTABLE ASSETS (HIGH CLAIMS CASE)** | **30.4** | **TOTAL** | **779.4** | **664.5** | **30.4** | **30.4** | | |
| **DISTRIBUTABLE ASSETS (LOW CLAIMS CASE)** | **30.4** | | | | | | | |