# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| Debtors. | (Jointly Administered) |

## NOTICE OF SERVICE

The undersigned hereby certifies that a copy of the Nortel Trade Claims Consortium's First Set of Requests for Production of Documents to Debtors were served upon the following individuals this 1st day of December, 2016, *via* hand delivery and email:

Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
Attn: Derek C. Abbott, Esq.
dabbott@mnat.com

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567), Nortel Networks (CALA) Inc. (4226) and Nortel Networks India International, Inc. (8667). For the avoidance of doubt, the terms "Debtors" and "U.S. Debtors" are used interchangeably herein, and the chapter 11 cases of the Debtors are referenced collectively herein as the "Cases".

The undersigned hereby further certifies that a copy of the Nortel Trade Claims Consortium's First Set of Requests for Production of Documents to Debtors were served upon the following individuals this 1st day of December, 2016, *via* FedEx Overnight Delivery:

Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
Phone: (212) 225-2000
Fax: (212) 225-3999
Attn: James L. Bromley, Esq.
jbromley@cgsh.com

|  |  |
|---|---|
| Dated:  December 1, 2016<br>          Wilmington, Delaware | **FOX ROTHSCHILD LLP**<br><br>*/s/ Carl D. Neff*<br>Carl D. Neff (DE No. 4895)<br>Citizens Bank Center<br>919 North Market Street, Suite 300<br>Wilmington, DE 19801<br>Telephone: (302) 654-7444<br>Facsimile: (302) 656-8920<br>Email: CNeff@foxrothschild.com<br><br>and<br><br>**BROWN RUDNICK LLP**<br>Steven D. Pohl, Esq.<br>Christopher M. Floyd, Esq.<br>One Financial Center<br>Boston, MA 02111<br>Telephone: (617) 856-8200<br>Facsimile: (617) 856-8201<br>Email: spohl@brownrudnick.com<br>           cfloyd@brownrudnick.com<br><br>*Counsel to the Nortel Trade Claims Consortium* |