# EXHIBIT A

**NORTEL NETWORKS INC., *et al*.**
**CASE NO. 09-10138 (KG)**

Professional Fees and Expenses
Monthly Fee Application

| Applicant & Docket No. | Time Period Covered | Fees & Expenses Requested in Application | Fees & Expenses Allowed/Awarded | Date Application Filed | Objection Deadline |
|---|---|---|---|---|---|
| Ashurst LLP<br><br>[Docket No. 17309] | 9/1/16 - 9/30/16 | £5,676.00 (Fees)<br><br>£6.00 (Expenses) | £4,540.80 (Fees @ 80%)<br><br>£6.00 (Expenses @ 100%) | 10/26/16 | 11/16/16 |