# EXHIBIT A

## NORTEL NETWORKS INC., *et al*.
## CASE NO. 09-10138 (KG)

Professional Fees and Expenses
Monthly Fee Application

| Applicant & Docket No. | Time Period Covered | Fees & Expenses Requested in Application | Fees & Expenses Allowed/Awarded | Date Application Filed | Objection Deadline |
|---|---|---|---|---|---|
| Cassels Brock & Blackwell LLP  [Docket No. 17371] | 8/1/16 - 8/31/16 | CDN$84,570.50 (Fees)  CDN$140.87 (Expenses) | CDN$67,656.40 (Fees @ 80%)  CDN$140.87 (Expenses @ 100%) | 11/8/16 | 11/29/16 |

2222007.1