IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X
: 
*In re* : Chapter 11
:
Nortel Networks Inc., *et al.*, : Case No. 09-10138 (KG)
:
     Debtors. : Jointly Administered
:
---------------------------------------------------------------X

## OMNIBUS HEARING ORDER

  **IT IS HEREBY ORDERED,** that the following omnibus hearing dates have been scheduled in the above-referenced cases:

| DATE | TIME |
|---|---|
| January 6, 2017 | 10:00 a.m. (Eastern Time) |
| January 18, 2017 | 10:00 a.m. (Eastern Time) |

**Dated: December 2nd, 2016**
**Wilmington, Delaware**

              **KEVIN GROSS**
              **UNITED STATES BANKRUPTCY JUDGE**