## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X : Chapter 11
: 
*In re* : Case No. 09-10138 (KG)
: 
Nortel Networks Inc., *et al.*,[1] : Jointly Administered
: 
  Debtors. :
: 
---------------------------------------------------------X

### NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED FOR TELEPHONIC HEARING ON DECEMBER 2, 2016 AT 3:00 P.M. (EASTERN TIME)

By permission of chambers, any party wishing to participate telephonically must make arrangements through CourtCall **at least one hour prior to the hearing**. CourtCall has been made aware of this extended deadline. CourtCall will not accept reservations after the extended deadline has passed without permission of chambers. Please do not contact chambers prior to the expiration of the extended deadline.

### CONTESTED MATTER GOING FORWARD

1. Motion of Pension Benefit Guaranty Corporation to Extend Date of Evidentiary Hearing (D.I. 17447, Filed 11/28/16).

   Objection Deadline: December 2, 2016 at 11:00 a.m. (ET).

   Responses Received:

   **(a)  Debtors' Opposition to Pension Benefit Guaranty Corporation's Motion to Extend Date of Evidentiary Hearing (D.I. 17518, Filed 12/2/16).**

   Related Pleading:

   (a)  Order Re Claims and Amended Claims of the Pension Benefit Guaranty Corporation and Debtors' Objection (D.I. 17426, Entered 11/22/16); and

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567), Nortel Networks (CALA) Inc. (4226), and Nortel Networks India International Inc. (8667). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

[2]  **Amended items appear in bold.**

    (b)    Order Granting Motion of Pension Benefit Guaranty Corporation for an Order Shortening the Response Deadline to and the Notice of Hearing on PBGC's Motion to Extend Date of Evidentiary Hearing (D.I. 17458, Entered 11/29/16).

Status: A telephonic hearing on this matter will go forward.

Dated: December 2, 2016  
Wilmington, DE

CLEARY GOTTLIEB STEEN & HAMILTON LLP  
James L. Bromley (admitted *pro hac vice*)  
Lisa M. Schweitzer (admitted *pro hac vice*)  
One Liberty Plaza  
New York, New York 10006  
Telephone: (212) 225-2000  
Facsimile: (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Andrew R. Remming*  
Eric D. Schwartz (No. 3134)  
Derek C. Abbott (No. 3376)  
Andrew R. Remming (No. 5120)  
Tamara K. Minott (No. 5643)  
1201 North Market Street  
Wilmington, DE 19899-1347  
Telephone: (302) 658-9200  
Facsimile: (302) 658-3989

*Counsel for the Debtors and Debtors in Possession*