IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Nortel Networks Inc., *et al.*,[1]<br><br>              Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>(Jointly Administered)<br><br>**Related to Docket Nos. 17509 - 17515** |

**AFFIDAVIT OF SERVICE**

STATE OF DELAWARE §
                           §   SS:
NEW CASTLE COUNTY §

*Joan M. Hofmann*, being duly sworn according to law, deposes and says that she is employed by Fox Rothschild LLP, attorneys for Nortel Trade Claims Consortiums in the above-captioned cases, and that on the 1st day of December 2016, copies of the following documents were served upon the parties on the annexed service list as noted thereon:

- Notice of Subpoena Directed To And Served Upon Akin Gump Strauss Hauer & Feld LLP LLP;
- Notice of Subpoena Directed To And Served Upon Berkeley Research Group, LLC;
- Notice of Subpoena Directed To And Served Upon Cleary Gottlieb Steen & Hamilton LLP;
- Notice of Subpoena Directed To And Served Upon Chilmark Partners, LLC;
- Notice of Subpoena Directed To And Served Upon FTI Consulting, Inc.;
- Notice of Subpoena Directed To And Served Upon Greylock Partners, LLC; and
- Notice of Subpoena Directed To And Served Upon Milbank, Tweed, Hadley & McCloy LLP.

                                                                 */s/ Joan M. Hofmann*
                                                                 Joan M. Hofmann

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567), Nortel Networks (CALA) Inc. (4226) and Nortel Networks India International, Inc. (8667). For the avoidance of doubt, the terms "Debtors" and "U.S. Debtors" are used interchangeably herein, and the chapter 11 cases of the Debtors are referenced collectively herein as the "Cases".

ACTIVE\43496388.v1-12/2/16

***SWORN TO AND SUBSCRIBED*** before me, a Notary Public for the State and County aforesaid, on the day and year aforesaid.

Dated: December 2, 2016                    _____
                                             Notary Public

> DENISE L. KEMP
> NOTARY PUBLIC
> STATE OF DELAWARE
> My Commission Expires January 30, 2017

**VIA HAND DELIVERY & E-MAIL**
Derek C. Abbott, Esq.
Morris Nichols Arsht & Tunnell LLP
1201 North Market Street
Wilmington, DE  19801
Email: dabbott@mnat.com

**VIA HAND DELIVERY & E-MAIL**
Laura Davis Jones, Esq.
Peter J. Keane, Esq.
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
Wilmington, DE  19801
ljones@pszjlaw.com
pkeane@pszjlaw.com

**VIA HAND DELIVERY & E-MAIL**
Stephen M. Miller, Esq.
Morris James LLP
500 Delaware Ave., Ste. 1500
Wilmington, DE  19801
smiller@morrisjames.com

**VIA HAND DELIVERY & E-MAIL**
Mark Kenney, Esq.
Office of the U.S. Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE  19801
mark.kenney@usdoj.gov

**VIA HAND DELIVERY & E-MAIL**
Christopher Samis, Esq.
Whiteford Taylor & Preston LLP
The Renaissance Centre, Suite 500
405 N. King Street
Wilmington, DE  19801
csamis@wtplaw.com

**VIA OVERNIGHT DELIVERY & E-MAIL**
James L. Bromley, Esq.
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY  10006
jbromley@cgsh.com

**VIA OVERNIGHT DELIVERY & E-MAIL**
Eric R. Wilson, Esq.
Sarah L. Reid, Esq.
Benjamin D. Feder, Esq.
Gilbert R. Saydah Jr., Esq.
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY  10178
KDWBankruptcyDepartment@kelleydrye.com
ewilson@kelleydrye.com
sreid@kelleydrye.com
bfeder@kelleydrye.com
gsaydah@kelleydrye.com

**VIA OVERNIGHT DELIVERY & E-MAIL**
Daniel A. Lowenthal, Esq.
Patterson Belknap Webb & Tyler
1133 Avenue of the Americas
New York, NY  10036-6710
dalowenthal@pbwt.com

**VIA OVERNIGHT DELIVERY & E-MAIL**
Marc Abrams, Esq.
Willkie Farr & Gallagher LLP
787 7th Avenue
New York, NY  10019-6099
mabrams@willkie.com

**VIA OVERNIGHT DELIVERY & E-MAIL**
Dennis F. Dunne, Esq.
Albert Pisa, Esq.
Milbank Tweed Hadley & McCloy LLP
28 Liberty Street
New York, NY  10005
ddunne@milbank.com
apisa@milbank.com

**VIA OVERNIGHT DELIVERY & E-MAIL**
Thomas R. Kreller, Esq.
Milbank Tweed Hadley & McCloy LLP
601 S. Figuero Street, 30th Floor
Los Angeles, CA  90017
tkreller@milbank.com

**VIA OVERNIGHT DELIVERY & E-MAIL**
Kevin Zych
Bennett Jones
3400 One First Canadian Place
Toronto, Ontario M5X 1A4
CANADA
zychk@bennettjones.com

**VIA OVERNIGHT DELIVERY & E-MAIL**
Fred S. Hodara, Esq.
Akin Gump
One Bryant Park
New York, NY  10036
fhodara@akingump.com

**VIA OVERNIGHT DELIVERY**
Robert J. Rosenberg, Esq.
Michael J. Riela, Esq.
Latham & Watkins LLP
885 Third Avenue
New York, NY  10022

**VIA OVERNIGHT DELIVERY**
Martin N. Feig
The Bank of New York Mellon,
as Indenture Trustee
Corporate Trust Risk
101 Barclay Street, Floor 8W
New York, NY  10286

**VIA FIRST CLASS MAIL**:
FTI Consulting, Inc.
c/o Michael Katzenstein
Three Times Square, 9th Floor
New York, NY 10036

3

**VIA FIRST CLASS MAIL**:
Greylock Partners, LLC
c/o John J. Ray, III
2550 Sand Hill Road, Suite 200
Menlo Park, CA 94025

**VIA FIRST CLASS MAIL**:
Berkeley Research Group, LLC
c/o Jay Borow
810 7th Avenue, 41st Floor
New York, NY 10019

**VIA FIRST CLASS MAIL**:
Chilmark Partners, LLC
c/o Mike Kennedy
875 N. Michigan Avenue, Suite 3460
Chicago, IL  60611

**VIA FIRST CLASS MAIL & E-MAIL**:

Goodmans LLP
Bay Adelaide Centre
333 Bay Street, Suite 3400
Toronto, ON M5H 2S7
Canada
Attention: Jay Carfagnini & Joseph Pasquariello
Facsimile: 416-979-1234
Email: jcarfagnini@goodmans.ca; jpasquariello@goodmans.ca

**VIA FIRST CLASS MAIL & E-MAIL**:
Allen & Overy LLP
1221 Ave of the Americas
New York, NY 10020
Attention: Ken Coleman
Facsimile: 212-610-6399
Email: ken.coleman@allenovery.com

**VIA FIRST CLASS MAIL & E-MAIL**:
Torys LLP
79 Wellington St. W. 30th Floor
Box 270 TD South Tower
Toronto, Ontario M5K 1N2
Canada
Attention: Scott Bomhof
Facsimile: 416-865-7380
Email: sbomhof@torys.com

4

**VIA FIRST CLASS MAIL & E-MAIL**:
Debevoise & Plimpton
65 Gresham Street
London EC2V 7NQ
United Kingdom
Attention: Kevin Lloyd
Facsimile: +44 20-7588-4180
Email: klloyd@debevoise.com

**VIA FIRST CLASS MAIL & E-MAIL**:
Herbert Smith Freehills
Exchange House
Primrose Street
London EC2A 2EG
United Kingdom
Attention: Kevin Pullen
Facsimile: +44 20-7098-4976
Email: kevin.pullen@hsf.com

**VIA FIRST CLASS MAIL & E-MAIL**:
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004
Attention: Derek Adler
Facsimile: 212-422-4726
Email: derek.adler@hugheshubbard.com

**VIA FIRST CLASS MAIL & E-MAIL**:
Skadden, Arps, Slate, Meagher & Flom LLP
4 Times Square
New York, New York 10036
Attention: Susan Salzstein
Facsimile: 917-777-4132
Email: susan.saltzstein@skadden.com

**VIA FIRST CLASS MAIL & E-MAIL**:
Stikeman Elliot LLP
5300 Commerce Court West
199 Bay Street
Toronto, ON M5L 1B9
Canada
Attention: Daniel Murdoch
Facsimile: 416-947-0866
Email: DMurdoch@stikeman.com

**VIA FIRST CLASS MAIL & E-MAIL**:
Cassels Brock & Blackwell LLP
Suite 2010, Scotia Plaza
40 King Street West
Toronto, Ontario M5H 3C2
Canada
Attention: Michael Wunder
Facsimile: 416-640-3206
Email: mwunder@casselsbrock.com

**VIA FIRST CLASS MAIL & E-MAIL**:
Koskie Minsky LLP
20 Queen Street West
Suite 900, Box 52
Toronto, Ontario M5H 3R3
Canada
Attention: Mark Zigler
Facsimile: 416-977-8353
Email: mzigler@kmlaw.ca

**VIA FIRST CLASS MAIL & E-MAIL**:
McCarthy Tétrault LLP
Suite 5300, TD Bank Tower
Box 48, 66 Wellington Street West
Toronto ON M5K 1E6
Canada
Attention: James D. Gage
Facsimile: 416-868-0673
Email: jgage@mccarthy.ca

**VIA FIRST CLASS MAIL & E-MAIL**:
Paliare Roland Rosenberg Rothstein LLP
155 Wellington St. W., Suite 3500
Toronto, ON M5V 3H1
Attention: Ken Rosenberg
Facsimile: 416-646-4301
Email: ken.rosenberg@paliareroland.com

**VIA FIRST CLASS MAIL & E-MAIL**:
Hogan Lovells International LLP
Atlantic House
Holborn Viaduct
London EC1A 2FG
United Kingdom
Attention: Angela Dimsdale Gill
Facsimile: +44 20-7296-2001
Email: amdg@hoganlovells.com

**VIA FIRST CLASS MAIL & E-MAIL**:
Thornton Grout Finnigan LLP
Suite 3200, 100 Wellington Street West
P.O. Box 329, Toronto-Dominion Centre
Toronto, ON M5K 1K7, Canada
Attention: D.J. Miller
Facsimile: 416-304-1313
Email: djmiller@tgf.ca

**VIA FIRST CLASS MAIL & E-MAIL**:
Blake, Cassels & Graydon LLP
199 Bay Street, Suite 4000
Toronto, Ontario M5L 1A9
Canada
Attention: Michael Barrack
Facsimile: 416-863-2653
Email: michael.barrack@blakes.com

**VIA FIRST CLASS MAIL & E-MAIL**:
Quinn Emanuel Urquardt & Sullivan, LLP
51 Madison Avenue
New York, New York 10010
United States
Attention: James Tecce
Facsimile: 212-849-7100
Email: jamestecce@quinnemanuel.com