IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NORTEL NETWORKS INC., *et al.* | ) | Case No. 09-10138(KG) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Re: D.I. No. 17447** |

## ORDER RE MOTION OF THE PENSION BENEFIT GUARANTY CORPORATION TO EXTEND DATE OF EVIDENTIARY HEARING

The Pension Benefit Guaranty Corporation (the "PBGC") moved to extend the date of the evidentiary hearing (the "Motion to Extend") (D.I. 17447). The Motion to Extend is essentially a motion for reconsideration of the Court's ruling on November 22, 2016. For the reasons stated on the record on December 1, 2016, the Court denies the Motion to Extend.

The PBGC and Debtors are directed to confer immediately about discovery. The Court will hold a teleconference on December 5, 2016, at 10:00 a.m., to consider the parties' positions on discovery.

SO ORDERED.

Dated: December 2, 2016

_____
KEVIN GROSS, U.S.B.J.