**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| *In re* | Chapter 11 |
| Nortel Networks Inc., *et al.*, | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on December 2, 2016, copies of the following

were served, in the manner indicated, on the parties identified on the attached service list.

1. Pension Benefit Guaranty Corporation's First Set of Interrogatories to Debtors on their Objection to PBGC's Proofs of Claim.

2. Pension Benefit Guaranty Corporation's First Requests for Production of Documents and Things to Debtors on their Objection to PBGC's Proofs of Claim.

[*This space intentionally left blank*]

Dated:  December 2, 2016

/s/ Vicente  Matias  Murrell
ISRAEL  GOLDOWITZ
Chief  Counsel
CHARLES  L.  FINKE
Deputy  Chief  Counsel
PAULA  J.  CONNELLY
GARTH  D.  WILSON
Assistant  Chief  Counsels
VICENTE  MATIAS  MURRELL
(MD Bar No. 9806240098)
MARC  S.  PFEUFFER
SIMON  J.  TORRES
ELISABETH  B.  FRY
MELISSA  M.  HARCLERODE
Attorneys
PENSION  BENEFIT  GUARANTY
CORPORATION
Office  of  the  Chief  Counsel
1200 K Street, N.W., Suite  340
Washington,  D.C.  20005-4026
Telephone:  (202) 326-4020, ext.  3580
Facsimile:  (202) 326-4112

SARAH  L.  REID
ERIC  R.  WILSON
BENJAMIN  D.  FEDER  (DE Bar No. 4304)
KELLEY  DRYE  &  WARREN  LLP
101 Park Avenue
New York, NY  10178
Telephone:  (212) 808-7800
Facsimile:  (212) 808-7897