# EXHIBIT A

# HOURS/BILLABLE AMOUNTS BY PROJECT
# NORTEL NETWORKS, INC.

**Name:** **RLKS Executive Solutions LLC**

| | Start Date | End Date |
|---|---|---|
| **Working Dates:** | **11/1/2016** | **11/30/2016** |
| **Enter Billing Rate/Hr:** | **590.00** | |

| Project No. | Project Name | Hours/Minutes Worked | Billing Rate | Billing Amount |
|---|---|---|---|---|
| 1 | IT Infrastructure Support/eData Search Support | 139.40 | $590.00 | $82,246.00 |
| 2 | Document Management and Research Support, Call Center | 112.80 | $590.00 | $66,552.00 |
| 3 | Human Resources - Former Employee Related Projects | 0.90 | $590.00 | $531.00 |
| 4 | Fee Apps | 42.80 | $590.00 | $25,252.00 |
| 5 | Non-working travel | 12.00 | $295.00 | $3,540.00 |
| 6 | Claims Administration & Reconciliation, Distribution Support | 623.80 | $590.00 | $368,042.00 |
| 7 | Tax/Finance Matters and Budget Projects | 50.10 | $590.00 | $29,559.00 |
| 8 | Misc Debtor Issues and Communications | 3.70 | $590.00 | $2,183.00 |
| 9 | Analysis/Case Modeling/Plan/Disclosure Support | 448.30 | $590.00 | $264,497.00 |
| | **Hours/Billing Amount for Period:** | **1,433.80** | | **$842,402.00** |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 11/1/2016 | Correspondence - Iron Mountain - discovery request | Kathryn Schultea | 1 | 1.8 |
| 11/1/2016 | IT Infrastructure Support | Raj Perubhatla | 1 | 3.7 |
| 11/1/2016 | Quickbooks support | Raj Perubhatla | 1 | 2.7 |
| 11/2/2016 | NetBackup configuration changes to policies, monitoring / Server security updates / definitions updates | Brandon Bangerter | 1 | 2.3 |
| 11/2/2016 | Correspondence - Iron Mountain Retrieval request | Felicia Buenrostro | 1 | 2.0 |
| 11/2/2016 | IT Infrastructure Support for Livelink | Raj Perubhatla | 1 | 5.4 |
| 11/3/2016 | NetBackup monitoring / restarts and updates to policies / resolving server space issues / hardware fixes | Brandon Bangerter | 1 | 1.3 |
| 11/3/2016 | IT Infrastructure monitoring | Raj Perubhatla | 1 | 2.1 |
| 11/4/2016 | NetBackup configuration changes to policies, monitoring / server hardware replacements and testing | Brandon Bangerter | 1 | 2.6 |
| 11/4/2016 | IT Support for Livelink | Raj Perubhatla | 1 | 0.7 |
| 11/4/2016 | IT Infrastructure monitoring | Raj Perubhatla | 1 | 4.8 |
| 11/4/2016 | IT Infrastructure support for offsite media destruction | Raj Perubhatla | 1 | 0.7 |
| 11/5/2016 | IT Infrastructure monitoring | Raj Perubhatla | 1 | 5.3 |
| 11/8/2016 | Configuration and updates to servers / NetBackup configuration changes and starts / hardware errors | Brandon Bangerter | 1 | 3.8 |
| 11/8/2016 | IT Infrastructure support | Raj Perubhatla | 1 | 3.3 |
| 11/9/2016 | NetBackup monitoring / restarts and updates to policies / resolving server space issues / hardware fixes | Brandon Bangerter | 1 | 2.3 |
| 11/9/2016 | Preparation for and meeting with EY on Gross to Net Calculation / Claims status updates | Brandon Bangerter | 1 | 1.0 |
| 11/9/2016 | Correspondence - Iron Mountain Retrieval requests | Kathryn Schultea | 1 | 1.0 |
| 11/9/2016 | IT Infrastructure support | Raj Perubhatla | 1 | 2.7 |
| 11/10/2016 | NetBackup configuration changes to policies, monitoring / server hardware replacements and testing | Brandon Bangerter | 1 | 2.8 |
| 11/10/2016 | IT Infrastructure Support | Raj Perubhatla | 1 | 5.8 |
| 11/11/2016 | NetBackup monitoring / restarts and updates to policies / resolving server space issues / hardware fixes | Brandon Bangerter | 1 | 2.3 |
| 11/11/2016 | IT Infrastructure Support | Raj Perubhatla | 1 | 3.3 |
| 11/13/2016 | Discovery request research NNCC/NNI | Kathryn Schultea | 1 | 3.5 |
| 11/13/2016 | IT Infrastructure support | Raj Perubhatla | 1 | 5.6 |
| 11/14/2016 | Discovery request research NNCC/NNI | Kathryn Schultea | 1 | 4.0 |
| 11/14/2016 | IT Infrastructure monitoring | Raj Perubhatla | 1 | 4.3 |
| 11/15/2016 | NetBackup policy updates, job restarts, catalog cleanup / servers space issues | Brandon Bangerter | 1 | 1.8 |
| 11/15/2016 | IT Infrastructure support | Raj Perubhatla | 1 | 3.4 |
| 11/16/2016 | Datacenter hardware replacement and testing / NetBackup monitoring | Brandon Bangerter | 1 | 2.1 |
| 11/16/2016 | IT Infrastructure support | Raj Perubhatla | 1 | 1.7 |
| 11/17/2016 | NetBackup monitoring, restarts, updates to policies / Replacing hardware at datacenter and testing | Brandon Bangerter | 1 | 3.0 |
| 11/17/2016 | IT Infrastructure support | Raj Perubhatla | 1 | 5.4 |
| 11/18/2016 | Review and respond to e-mail on UK hardware issues with servers / troubleshooting issues | Brandon Bangerter | 1 | 2.2 |
| 11/18/2016 | Correspondence - Iron Mountain - NNI Account Closure | Kathryn Schultea | 1 | 0.5 |
| 11/18/2016 | IT Infrastructure monitoring | Raj Perubhatla | 1 | 4.5 |
| 11/21/2016 | Correspondence - Iron Mountain - Subpoena request | Felicia Buenrostro | 1 | 1.5 |
| 11/21/2016 | Discovery request research NNCC/NNI | Kathryn Schultea | 1 | 1.8 |
| 11/21/2016 | IT Infrastructure monitoring | Raj Perubhatla | 1 | 5.7 |
| 11/22/2016 | NetBackup policy updates, job restarts, catalog cleanup / servers space issues | Brandon Bangerter | 1 | 1.3 |
| 11/22/2016 | IT Infrastructure monitoring | Raj Perubhatla | 1 | 3.5 |
| 11/23/2016 | Correspondence and review of details for tape storage | Kathryn Schultea | 1 | 0.8 |
| 11/25/2016 | NetBackup monitoring, policy updates, job restarts, catalog cleanup | Brandon Bangerter | 1 | 1.2 |
| 11/28/2016 | Troubleshooting UK hardware issues with servers / NetBackup server monitoring and maintenance | Brandon Bangerter | 1 | 2.4 |
| 11/28/2016 | IT Infrastructure monitoring | Raj Perubhatla | 1 | 6.2 |
| 11/29/2016 | Read, review, research discovery request | Kathryn Schultea | 1 | 2.0 |
| 11/30/2016 | NetBackup monitoring / restarts and updates to policies / resolving server space issues / hardware fixes | Brandon Bangerter | 1 | 3.3 |
| 11/30/2016 | IT Infrastructure monitoring | Raj Perubhatla | 1 | 4.0 |
| 11/1/2016 | Individual searches and running reports for claims administration | Brandon Bangerter | 2 | 2.1 |
| 11/1/2016 | Employee Claims Distribution - Captured claimant calls regarding tax solicitation letters, entered tracking and noted address changes. | Felicia Buenrostro | 2 | 5.5 |
| 11/1/2016 | Call Center - Claimant calls regarding tax solicitation questions and related follow-up, data entry of information provided | Leticia Barrios | 2 | 1.2 |
| 11/2/2016 | Employee Claims Distribution - Captured claimant calls regarding tax solicitation letters, entered tracking and noted address changes. | Felicia Buenrostro | 2 | 4.0 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 11/2/2016 | Call Center - Claimant calls regarding tax solicitation questions and related follow-up, data entry of information provided | Leticia Barrios | 2 | 1.3 |
| 11/5/2016 | Call Center - Claimant calls regarding tax solicitation questions and related follow-up, data entry of information provided | Leticia Barrios | 2 | 1.5 |
| 11/7/2016 | Individual searches and running reports for claims administration | Brandon Bangerter | 2 | 2.0 |
| 11/7/2016 | Employee Claims Distribution - Captured claimant calls regarding tax solicitation letters, entered tracking and noted address changes. | Felicia Buenrostro | 2 | 5.5 |
| 11/8/2016 | Call Center - Claimant calls regarding tax solicitation questions and related follow-up, data entry of information provided | Leticia Barrios | 2 | 2.2 |
| 11/9/2016 | Employee Claims Distribution - Captured claimant calls regarding tax solicitation letters, entered tracking and noted address changes. | Felicia Buenrostro | 2 | 6.0 |
| 11/9/2016 | Call Center - Claimant calls regarding tax solicitation questions and related follow-up, data entry of information provided | Leticia Barrios | 2 | 1.5 |
| 11/10/2016 | Employee Claims Distribution - Captured claimant calls regarding tax solicitation letters, entered tracking and noted address changes. | Felicia Buenrostro | 2 | 7.0 |
| 11/12/2016 | Call Center - Claimant calls regarding tax solicitation questions and related follow-up, data entry of information provided | Leticia Barrios | 2 | 1.5 |
| 11/14/2016 | Employee Claims Distribution - Captured claimant calls regarding tax solicitation letters, entered tracking and noted address changes. | Felicia Buenrostro | 2 | 6.5 |
| 11/14/2016 | Call Center - Claimant calls regarding tax solicitation questions and related follow-up, data entry of information provided | Leticia Barrios | 2 | 1.0 |
| 11/15/2016 | Employee Claims Distribution - Captured claimant calls regarding tax solicitation letters, entered tracking and noted address changes. | Felicia Buenrostro | 2 | 7.0 |
| 11/15/2016 | Call Center - Claimant calls regarding tax solicitation questions and related follow-up, data entry of information provided | Leticia Barrios | 2 | 1.5 |
| 11/16/2016 | Employee Claims Distribution - Captured claimant calls regarding tax solicitation letters, entered tracking and noted address changes. | Felicia Buenrostro | 2 | 6.8 |
| 11/16/2016 | Call Center - Claimant calls regarding tax solicitation questions and related follow-up, data entry of information provided | Leticia Barrios | 2 | 2.5 |
| 11/17/2016 | Employee Claims Distribution - Captured claimant calls regarding tax solicitation letters, entered tracking and noted address changes. | Felicia Buenrostro | 2 | 5.5 |
| 11/17/2016 | Call Center - Claimant calls regarding tax solicitation questions and related follow-up, data entry of information provided | Leticia Barrios | 2 | 2.2 |
| 11/18/2016 | Employee Claims Distribution - Captured claimant calls regarding tax solicitation letters, entered tracking and noted address changes. | Felicia Buenrostro | 2 | 5.5 |
| 11/18/2016 | Call Center - Claimant calls regarding tax solicitation questions and related follow-up, data entry of information provided | Leticia Barrios | 2 | 2.2 |
| 11/19/2016 | Call Center - Claimant calls regarding tax solicitation questions and related follow-up, data entry of information provided | Leticia Barrios | 2 | 1.5 |
| 11/23/2016 | Employee Claims Distribution - Captured claimant calls regarding tax solicitation letters, entered tracking and noted address changes. | Felicia Buenrostro | 2 | 5.3 |
| 11/25/2016 | Employee Claims Distribution - Captured claimant calls regarding tax solicitation letters, entered tracking and noted address changes. | Felicia Buenrostro | 2 | 2.5 |
| 11/26/2016 | Employee Claims Distribution - Captured claimant calls regarding tax solicitation letters, entered tracking and noted address changes. | Felicia Buenrostro | 2 | 2.5 |
| 11/28/2016 | Employee Claims Distribution - Captured claimant calls regarding tax solicitation letters, entered tracking and noted address changes. | Felicia Buenrostro | 2 | 7.0 |
| 11/28/2016 | Call Center - Claimant calls regarding tax solicitation questions and related follow-up, data entry of information provided | Leticia Barrios | 2 | 2.5 |
| 11/29/2016 | Employee Claims Distribution - Captured claimant calls regarding tax solicitation letters, entered tracking and noted address changes. | Felicia Buenrostro | 2 | 7.0 |
| 11/29/2016 | Call Center - Claimant calls regarding tax solicitation questions and related follow-up, data entry of information provided | Leticia Barrios | 2 | 2.5 |
| 11/15/2016 | Conf. Call - re: NNI former employee | Kathryn Schultea | 3 | 0.6 |
| 11/16/2016 | Review Mergis staffing | Kathryn Schultea | 3 | 0.3 |
| 11/2/2016 | Fee application work and consolidation for submission | Kathryn Schultea | 4 | 3.5 |
| 11/4/2016 | Fee app tracking | Brandon Bangerter | 4 | 1.0 |
| 11/4/2016 | Fee App | Daniel Tollefsen | 4 | 1.0 |
| 11/4/2016 | Weekly Fee Application Work and consolidation | Felicia Buenrostro | 4 | 2.5 |
| 11/4/2016 | Fee application work | Kathryn Schultea | 4 | 1.5 |
| 11/4/2016 | Fee Apps | Raj Perubhatla | 4 | 1.0 |
| 11/5/2016 | Weekly Fee Application Work | Leticia Barrios | 4 | 1.0 |
| 11/5/2016 | Fee Application Tracking | Mary Cilia | 4 | 1.0 |
| 11/11/2016 | Fee app tracking | Brandon Bangerter | 4 | 1.0 |
| 11/11/2016 | Fee App | Daniel Tollefsen | 4 | 1.0 |
| 11/11/2016 | Weekly Fee Application Work | Felicia Buenrostro | 4 | 1.0 |
| 11/11/2016 | Fee application work | Kathryn Schultea | 4 | 1.5 |
| 11/11/2016 | Fee Apps | Raj Perubhatla | 4 | 1.0 |
| 11/12/2016 | Weekly Fee Application Work | Leticia Barrios | 4 | 1.0 |
| 11/12/2016 | Fee Application Tracking | Mary Cilia | 4 | 1.0 |
| 11/15/2016 | Fee application | David Kantorczyk | 4 | 1.0 |
| 11/18/2016 | Fee app tracking | Brandon Bangerter | 4 | 1.0 |
| 11/18/2016 | Fee App | Daniel Tollefsen | 4 | 1.0 |
| 11/18/2016 | Weekly Fee Application Work | Felicia Buenrostro | 4 | 1.3 |
| 11/18/2016 | Fee Apps | Raj Perubhatla | 4 | 1.0 |
| 11/19/2016 | Weekly Fee Application Work | Leticia Barrios | 4 | 1.0 |
| 11/19/2016 | Fee Application Tracking | Mary Cilia | 4 | 1.0 |
| 11/21/2016 | Fee application work | Kathryn Schultea | 4 | 1.0 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 11/25/2016 | Fee app tracking | Brandon Bangerter | 4 | 1.0 |
| 11/25/2016 | Fee App | Daniel Tollefsen | 4 | 1.0 |
| 11/25/2016 | Fee application work and consolidation for submission | Kathryn Schultea | 4 | 3.0 |
| 11/25/2016 | Fee Apps | Raj Perubhatla | 4 | 1.0 |
| 11/26/2016 | Weekly Fee Application Work | Leticia Barrios | 4 | 1.0 |
| 11/26/2016 | Fee Application Tracking | Mary Cilia | 4 | 1.0 |
| 11/29/2016 | Quarterly Fee application work | Kathryn Schultea | 4 | 3.5 |
| 11/30/2016 | Fee application | David Kantorczyk | 4 | 1.0 |
| 11/30/2016 | Weekly Fee Application Work and consolidation | Felicia Buenrostro | 4 | 2.0 |
| 11/7/2016 | Non-working travel:  Houston to Wilmington | Mary Cilia | 5 | 6.0 |
| 11/8/2016 | Non-working travel:  Wilmington to Houston | Mary Cilia | 5 | 6.0 |
| 11/1/2016 | Review, compare, and diligence the Master Claims general Ledger file to the latest claims recon file | Brandon Bangerter | 6 | 5.6 |
| 11/1/2016 | Research and review work on claimants addresses and previous W-2's related to notification on future distribution | Daniel Tollefsen | 6 | 8.6 |
| 11/1/2016 | Review revise and summarize status of tax templates. | David Kantorczyk | 6 | 6.0 |
| 11/1/2016 | Employee Claims Distribution - Open mail and scan all W-4 | Felicia Buenrostro | 6 | 0.3 |
| 11/1/2016 | Employee Claims Distribution - Validate W-4 address changes and create Epic a file of differences with names and address changes | Felicia Buenrostro | 6 | 1.0 |
| 11/1/2016 | Employee Claims Distribution - review and finalize the validation file of current W4 changes | Kathryn Schultea | 6 | 2.4 |
| 11/1/2016 | LSI distribution related work for processing | Kathryn Schultea | 6 | 1.0 |
| 11/1/2016 | Correspondence read, review, responded on various claim matters | Kathryn Schultea | 6 | 1.5 |
| 11/1/2016 | Employee Claims Distribution - Provide EY with W-4's and solicitation tracker information on requested list of claimants | Leticia Barrios | 6 | 6.2 |
| 11/1/2016 | Research, review and reconcile open claims and related e-mails/ negotiations | Mary Cilia | 6 | 2.4 |
| 11/1/2016 | Research open cross-border employee claims and proposed notices of disallowances from the Monitor; provide comments; related e-mails | Mary Cilia | 6 | 1.8 |
| 11/1/2016 | Read, review, research and respond to various creditor inquiries by phone and e-mail | Mary Cilia | 6 | 2.2 |
| 11/1/2016 | Review of additional omnibus objection responses; related research and e-mails | Mary Cilia | 6 | 1.3 |
| 11/2/2016 | Review, compare, and diligence the Master Claims general Ledger file to the latest claims recon file | Brandon Bangerter | 6 | 5.8 |
| 11/2/2016 | Preparation for and meeting with EY on Gross to Net Calculation / Claims status updates | Brandon Bangerter | 6 | 1.2 |
| 11/2/2016 | Research and review work on claimants addresses and previous W-2's related to notification on future distribution | Daniel Tollefsen | 6 | 7.7 |
| 11/2/2016 | Summarize status of claim trader tax form solicitation for review with MCilia | David Kantorczyk | 6 | 2.0 |
| 11/2/2016 | Segregate, analyze and add Allowed claims and unmatched schedules to the EY Domestic template. | David Kantorczyk | 6 | 5.0 |
| 11/2/2016 | Work on coordination of the Foreign and Domestic tax template process. | David Kantorczyk | 6 | 1.0 |
| 11/2/2016 | Employee Claims Distribution - Open mail and scan all W-4 | Felicia Buenrostro | 6 | 0.5 |
| 11/2/2016 | Employee Claims Distribution - Validate W-4 address changes and create Epic a file of differences with names and address changes | Felicia Buenrostro | 6 | 1.0 |
| 11/2/2016 | Correspondence re: W9 discussion | Kathryn Schultea | 6 | 0.8 |
| 11/2/2016 | Emails received, read, responded re specific claims | Kathryn Schultea | 6 | 1.3 |
| 11/2/2016 | Correspondence re: Cornerstone and follow-up research for materials requested | Kathryn Schultea | 6 | 2.0 |
| 11/2/2016 | Employee Claims Distribution - Provide EY with W-4's and solicitation tracker information on requested list of claimants | Leticia Barrios | 6 | 6.7 |
| 11/2/2016 | Document required revisions to omnibus objection exhibit based off of negotiated resolutions to objection responses and send to EPIQ; related review of revised orders and exhibit | Mary Cilia | 6 | 2.8 |
| 11/2/2016 | Read, review, research and respond to various creditor inquiries by phone and e-mail | Mary Cilia | 6 | 1.4 |
| 11/2/2016 | Research, review and reconcile open claims and related e-mails/ negotiations | Mary Cilia | 6 | 1.6 |
| 11/3/2016 | Review, compare, and diligence the Master Claims general Ledger file to the latest claims recon file | Brandon Bangerter | 6 | 2.8 |
| 11/3/2016 | Employee Claims Distribution - Research addresses of Claimants for notification/distribution | Daniel Tollefsen | 6 | 3.0 |
| 11/3/2016 | Segregate, add and analyze Allowed claims and unmatched schedules to the EY Foreign and Domestic templates. | David Kantorczyk | 6 | 5.0 |
| 11/3/2016 | Employee Claims Distribution - Open mail and scan all W-4 | Felicia Buenrostro | 6 | 1.5 |
| 11/3/2016 | Employee Claims Distribution - Validate W-4 address changes and create Epic a file of differences with names and address changes | Felicia Buenrostro | 6 | 1.5 |
| 11/3/2016 | Foreign claimant matters, research and follow-up | Kathryn Schultea | 6 | 2.0 |
| 11/3/2016 | Review draft claim response to creditor | Kathryn Schultea | 6 | 0.3 |
| 11/3/2016 | Employee Claims Distribution - Re-solicit claimants by email, phone, and mail with changed work location states | Leticia Barrios | 6 | 3.0 |
| 11/3/2016 | Review of Forty-Sixth Omnibus objection and drafting of related exhibits; research on potential claims for addition to objection and related e-mails | Mary Cilia | 6 | 2.1 |
| 11/3/2016 | Conference call with T. Ayres re: open cross-border claims and related follow up research and e-mails | Mary Cilia | 6 | 0.8 |
| 11/3/2016 | Review of reply to response to Forty-Fifth omnibus objection and related e-mails | Mary Cilia | 6 | 0.6 |
| 11/3/2016 | Research, review and reconcile open claims and related e-mails/ negotiations | Mary Cilia | 6 | 0.3 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 11/3/2016 | Read, review, research and respond to various creditor inquiries by phone and e-mail | Mary Cilia | 6 | 0.7 |
| 11/4/2016 | Review, compare, and diligence the Master Claims general Ledger file to the latest claims recon file | Brandon Bangerter | 6 | 4.8 |
| 11/4/2016 | Research and review work on claimants addresses and previous W-2's related to notification on future distribution | Daniel Tollefsen | 6 | 8.3 |
| 11/4/2016 | Review and revise Foreign and Domestic tax templates and transmit to Cilia and EY | David Kantorczyk | 6 | 5.0 |
| 11/4/2016 | Research all return mail for address changes. | Felicia Buenrostro | 6 | 5.5 |
| 11/4/2016 | Employee Claims Distribution - Validate W-4 address changes and create Epic a file of differences with names and address changes | Felicia Buenrostro | 6 | 0.5 |
| 11/4/2016 | Review process flow documentation on withholding and reporting and related follow-up correspondence | Kathryn Schultea | 6 | 1.2 |
| 11/4/2016 | Employee Claims Distribution - Re-solicit claimants by email, phone, and mail with changed work location states | Leticia Barrios | 6 | 5.3 |
| 11/4/2016 | Compilation of data and e-mails with EPIQ, Cleary and MNAT to prepare standard omnibus objection exhibit forms for the Forty-Sixth Omnibus Objection; review and reconciliation of exhibits | Mary Cilia | 6 | 1.8 |
| 11/4/2016 | Read, review, research and respond to various creditor inquiries by phone and e-mail | Mary Cilia | 6 | 2.2 |
| 11/6/2016 | Multiple correspondence on LSI distribution file layout from testing | Kathryn Schultea | 6 | 1.3 |
| 11/6/2016 | Read, review and respond to various e-mails re:  claims related matters | Mary Cilia | 6 | 1.3 |
| 11/7/2016 | Review, compare, and diligence the Master Claims general Ledger file to the latest claims recon file | Brandon Bangerter | 6 | 5.5 |
| 11/7/2016 | Employee Claims Distribution - Research addresses of Claimants for notification/distribution | Daniel Tollefsen | 6 | 7.8 |
| 11/7/2016 | Work on the Foreign and Domestic EY tax templates | David Kantorczyk | 6 | 6.0 |
| 11/7/2016 | Employee Claims Distribution - Open mail and scan all W-4 | Felicia Buenrostro | 6 | 2.0 |
| 11/7/2016 | Employee Claims Distribution -  follow up on calls regarding tax solicitation letters and related address matters | Kathryn Schultea | 6 | 4.0 |
| 11/7/2016 | Employee Claims Distribution - Re-solicit claimants by email, phone, and mail with changed work location states | Leticia Barrios | 6 | 7.5 |
| 11/7/2016 | Research and provide information to Cleary in preparation for court hearing on omnibus objection | Mary Cilia | 6 | 2.2 |
| 11/8/2016 | Review, compare, and diligence the Master Claims general Ledger file to the latest claims recon file | Brandon Bangerter | 6 | 4.3 |
| 11/8/2016 | Claims Distribution - Research addresses of Claimants for notification/distribution; Print vendor claim checks and validate | Daniel Tollefsen | 6 | 7.4 |
| 11/8/2016 | Work on the Foreign and Domestic EY tax templates and interim distribution templates | David Kantorczyk | 6 | 6.0 |
| 11/8/2016 | Claims Distribution - Support printing, postage and mailing of vendor interim distribution | Felicia Buenrostro | 6 | 6.6 |
| 11/8/2016 | Employee Claims Distribution - Open mail and scan all W-4 | Felicia Buenrostro | 6 | 1.0 |
| 11/8/2016 | Process Interim Non-Employee Distribution | Kathryn Schultea | 6 | 5.0 |
| 11/8/2016 | Correspondence re: NNI Postage matters and processing | Kathryn Schultea | 6 | 0.4 |
| 11/8/2016 | Claims Distribution - Print vendor claim checks and re-validate address and payment information for accuracy. | Leticia Barrios | 6 | 5.3 |
| 11/8/2016 | Attend court hearing on omnibus objection and related preparation | Mary Cilia | 6 | 2.6 |
| 11/9/2016 | Review, compare, and diligence the Master Claims general Ledger file to the latest claims recon file | Brandon Bangerter | 6 | 5.7 |
| 11/9/2016 | Research and review work on claimants addresses and previous W-2's related to notification on future distribution | Daniel Tollefsen | 6 | 7.5 |
| 11/9/2016 | Work on the Foreign and Domestic EY tax templates, interim distribution templates and related matters | David Kantorczyk | 6 | 3.0 |
| 11/9/2016 | Draft "Declaration " letter for foreign claimants for EY review | David Kantorczyk | 6 | 3.0 |
| 11/9/2016 | Coordination phone call with EY to discuss Foreign and Domestic withholding templates including preparation and summarization | David Kantorczyk | 6 | 0.8 |
| 11/9/2016 | Employee Claims Distribution - Open mail and scan all W-4 | Felicia Buenrostro | 6 | 1.0 |
| 11/9/2016 | Correspondence re: last known work address matters | Kathryn Schultea | 6 | 1.5 |
| 11/9/2016 | Employee Claims Distribution - Test trial 9 with gross to net calculations and new state additions | Leticia Barrios | 6 | 6.3 |
| 11/10/2016 | Review, compare, and diligence the Master Claims general Ledger file to the latest claims recon file | Brandon Bangerter | 6 | 5.5 |
| 11/10/2016 | Research and review work on claimants addresses and previous W-2's related to notification on future distribution | Daniel Tollefsen | 6 | 7.6 |
| 11/10/2016 | Work on the Foreign and Domestic EY tax templates, interim distribution templates and related matters | David Kantorczyk | 6 | 3.0 |
| 11/10/2016 | Analysis of tax forms on hand to determine whether the form reflects the latest IRS revision. | David Kantorczyk | 6 | 5.0 |
| 11/10/2016 | Employee Claims Distribution - Open mail and scan all W-4 | Felicia Buenrostro | 6 | 0.8 |
| 11/10/2016 | Distribution testing for trial 9 for new state additions and related follow-up | Kathryn Schultea | 6 | 4.3 |
| 11/10/2016 | Employee Claims Distribution - Test trial 9 with gross to net calculations and new state additions - full LSI Distribution | Leticia Barrios | 6 | 7.3 |
| 11/11/2016 | Review, compare, and diligence the Master Claims general Ledger file to the latest claims recon file | Brandon Bangerter | 6 | 3.7 |
| 11/11/2016 | Employee Claims Distribution - Research addresses of Claimants for notification/distribution | Daniel Tollefsen | 6 | 6.8 |
| 11/11/2016 | Analysis of tax forms on hand to determine whether the form reflects the latest IRS revision. | David Kantorczyk | 6 | 2.5 |
| 11/11/2016 | Verify proper EPIQ recordation of OO45 and recent Orders | David Kantorczyk | 6 | 5.0 |
| 11/11/2016 | Correspondence re: NNI Postage | Felicia Buenrostro | 6 | 1.0 |
| 11/11/2016 | Research all return mail for address changes. | Felicia Buenrostro | 6 | 6.0 |
| 11/11/2016 | Correspondence re: W4 Addresses | Kathryn Schultea | 6 | 1.5 |
| 11/11/2016 | Employee Claims Distribution - Provide EY with W-4's and solicitation tracker information on requested list of claimants | Leticia Barrios | 6 | 5.7 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 11/11/2016 | Read, review, research and respond to e-mails re: impact of plan of reorganization on books and records | Mary Cilia | 6 | 0.8 |
| 11/11/2016 | Review of updated claims report and related e-mails | Mary Cilia | 6 | 1.4 |
| 11/14/2016 | Review, compare, and diligence the Master Claims general Ledger file to the latest claims recon file | Brandon Bangerter | 6 | 6.8 |
| 11/14/2016 | Employee Claims Distribution - Open mail and scan all W-4 | Felicia Buenrostro | 6 | 0.8 |
| 11/14/2016 | Conference call with Cleary, M. Kennedy and claims traders re: tax withholding on claims distributions; related prep and follow up | Kathryn Schultea | 6 | 0.8 |
| 11/14/2016 | Employee Claims Distribution - Provide EY with W-4's and solicitation tracker information on requested list of claimants | Leticia Barrios | 6 | 5.3 |
| 11/14/2016 | Employee Claims Distribution - Populate the W-4 Layout file with Last Name, First Name, and Middle Initial of each claimant for loading | Leticia Barrios | 6 | 2.3 |
| 11/14/2016 | Read, review and respond to various e-mails re: claims related matters | Mary Cilia | 6 | 1.2 |
| 11/14/2016 | Research, review and reconcile open claims and related e-mails/ negotiations | Mary Cilia | 6 | 2.9 |
| 11/14/2016 | Review revised claim report, reconciliation of changes and updates to claims database related to several recent orders | Mary Cilia | 6 | 4.8 |
| 11/14/2016 | Claims database updates | Raj Perubhatla | 6 | 3.5 |
| 11/15/2016 | Review, compare, and diligence the Master Claims general Ledger file to the latest claims recon file | Brandon Bangerter | 6 | 6.3 |
| 11/15/2016 | Research and review of claimant addresses for notification purposes | Daniel Tollefsen | 6 | 7.3 |
| 11/15/2016 | Employee Claims Distribution - Open mail and scan all W-4 | Felicia Buenrostro | 6 | 1.0 |
| 11/15/2016 | Correspondence/review/testing re: Address changes - impacted claimant population with EY | Kathryn Schultea | 6 | 2.4 |
| 11/15/2016 | Employee Claims Distribution - Test trial 9 with gross to net calculations and new state additions - full LSI Distribution | Leticia Barrios | 6 | 7.3 |
| 11/15/2016 | Continued review of revised claim report, reconciliation of changes and updates to claims database related to several recent orders; related e-mail to EPIQ | Mary Cilia | 6 | 3.3 |
| 11/16/2016 | Review, compare, and diligence the Master Claims general Ledger file to the latest claims recon file | Brandon Bangerter | 6 | 5.3 |
| 11/16/2016 | Research and review of claimant addresses for notification purposes | Daniel Tollefsen | 6 | 7.9 |
| 11/16/2016 | Work on gathering and refining information on the Foreign and Domestic tax templates | David Kantorczyk | 6 | 7.0 |
| 11/16/2016 | Employee Claims Distribution - Open mail and scan all W-4 | Felicia Buenrostro | 6 | 1.0 |
| 11/16/2016 | Follow-up correspondence and material review for on-site EY meeting | Kathryn Schultea | 6 | 1.6 |
| 11/16/2016 | Correspondence re: Claims Distribution matters | Kathryn Schultea | 6 | 1.5 |
| 11/16/2016 | Employee Claims Distribution - Test trial 9 with gross to net calculations and new state additions | Leticia Barrios | 6 | 5.3 |
| 11/16/2016 | Update of claims status report and circulation to Cleary for comment | Mary Cilia | 6 | 0.8 |
| 11/17/2016 | Preparation for and meeting with EY on Gross to Net Calculation / Claims status updates | Brandon Bangerter | 6 | 1.1 |
| 11/17/2016 | Review, compare, and diligence the Master Claims general Ledger file to the latest claims recon file | Brandon Bangerter | 6 | 4.7 |
| 11/17/2016 | Conference call with EY to discuss reporting and withholding requirements and the current status of the Foreign and Domestic templates including preparation and summarization | David Kantorczyk | 6 | 1.3 |
| 11/17/2016 | Work on gathering and refining and summarizing information regarding the Foreign and Domestic tax templates | David Kantorczyk | 6 | 5.0 |
| 11/17/2016 | Employee Claims Distribution - Open mail and scan all W-4 | Felicia Buenrostro | 6 | 1.0 |
| 11/17/2016 | Conf. Call with EY re Employment Tax Update | Kathryn Schultea | 6 | 1.0 |
| 11/17/2016 | Employee Claims Distribution - Test trial 9 with gross to net calculations and new state additions - full LSI Distribution | Leticia Barrios | 6 | 5.5 |
| 11/18/2016 | Work on gathering and refining and summarizing information regarding the Foreign and Domestic tax templates | David Kantorczyk | 6 | 5.0 |
| 11/18/2016 | Employee Claims Distribution - Open mail and scan all W-4 | Felicia Buenrostro | 6 | 0.8 |
| 11/18/2016 | Distribution testing for trial 9 for new state additions and related follow-up | Kathryn Schultea | 6 | 4.0 |
| 11/18/2016 | Employee Claims Distribution - Test trial 9 with gross to net calculations and new state additions - full LSI Distribution | Leticia Barrios | 6 | 6.3 |
| 11/18/2016 | Research, review and reconcile open claims and related e-mails/ negotiations | Mary Cilia | 6 | 4.2 |
| 11/19/2016 | Follow up on calls and emails regarding tax solicitation letters and related address matters | Kathryn Schultea | 6 | 2.5 |
| 11/21/2016 | Review and test LSI Distribution T9 files and employee / employer tax amounts for each state and claimant | Brandon Bangerter | 6 | 6.6 |
| 11/21/2016 | Review, compare, and diligence the Master Claims general Ledger file to the latest claims recon file | Brandon Bangerter | 6 | 2.3 |
| 11/21/2016 | Work on gathering and refining and summarizing information regarding the Foreign and Domestic tax templates | David Kantorczyk | 6 | 5.0 |
| 11/21/2016 | Research all return mail for address changes. | Felicia Buenrostro | 6 | 6.3 |
| 11/21/2016 | Review feed back on testing results and follow-up | Kathryn Schultea | 6 | 3.0 |
| 11/21/2016 | Employee Claims Distribution - Test trial 9 with gross to net calculations and new state additions - full LSI Distribution | Leticia Barrios | 6 | 7.7 |
| 11/21/2016 | Review claims upload report from R. Perubhatla and related changes and updates to claims database | Mary Cilia | 6 | 2.1 |
| 11/21/2016 | Claims database updates | Raj Perubhatla | 6 | 3.5 |
| 11/22/2016 | Review and test LSI Distribution T9 files and employee / employer tax amounts for each state and claimant | Brandon Bangerter | 6 | 5.5 |
| 11/22/2016 | Review, compare, and diligence the Master Claims general Ledger file to the latest claims recon file | Brandon Bangerter | 6 | 2.8 |
| 11/22/2016 | Work on gathering and refining and summarizing information regarding the Foreign and Domestic tax templates | David Kantorczyk | 6 | 5.0 |
| 11/22/2016 | Claims Distribution testing and documentation follow through | Kathryn Schultea | 6 | 4.8 |
| 11/22/2016 | Employee Claims Distribution - Test trial 9 with gross to net calculations and new state additions - full LSI Distribution | Leticia Barrios | 6 | 8.8 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 11/23/2016 | Review and test LSI Distribution T9 files and employee / employer tax amounts for each state and claimant | Brandon Bangerter | 6 | 7.3 |
| 11/23/2016 | Phone conference with EY to discuss current version of Foreign and Domestic tax templates including preparation and summarization | David Kantorczyk | 6 | 0.3 |
| 11/23/2016 | Work on gathering and refining and summarizing information regarding the Foreign and Domestic tax templates | David Kantorczyk | 6 | 3.0 |
| 11/23/2016 | Employee Claims Distribution - Open mail and scan all W-4 | Felicia Buenrostro | 6 | 2.0 |
| 11/23/2016 | Correspondence - Follow up on Employment Records review for addresses | Kathryn Schultea | 6 | 3.5 |
| 11/23/2016 | Employee Claims Distribution - Test trial 9 with gross to net calculations and new state additions - full LSI Distribution | Leticia Barrios | 6 | 8.3 |
| 11/23/2016 | Read, review, research and respond to various e-mails re:  claims | Mary Cilia | 6 | 1.3 |
| 11/25/2016 | Correspondence re: Nortel Claims Call follow-up | Felicia Buenrostro | 6 | 5.5 |
| 11/25/2016 | Employee Claims Distribution - Test trial 9 with gross to net calculations and new state additions - full LSI Distribution | Leticia Barrios | 6 | 5.7 |
| 11/26/2016 | Correspondence re: Nortel Claims Call follow-up | Felicia Buenrostro | 6 | 5.0 |
| 11/26/2016 | Follow up on calls and emails regarding tax solicitation letters and related address matters | Kathryn Schultea | 6 | 2.0 |
| 11/28/2016 | Review and test LSI Distribution T9 files and employee / employer tax amounts for each state and claimant | Brandon Bangerter | 6 | 5.6 |
| 11/28/2016 | Employee Claims Distribution - Open mail and scan all W-4 | Felicia Buenrostro | 6 | 1.5 |
| 11/28/2016 | Correspondence re: Nortel Claims Call follow-up | Felicia Buenrostro | 6 | 1.0 |
| 11/28/2016 | Review of testing comments and follow-up matters | Kathryn Schultea | 6 | 1.0 |
| 11/28/2016 | Correspondence preparation for EE Interim Distribution | Kathryn Schultea | 6 | 3.0 |
| 11/28/2016 | Follow-ups emails on testing and claimant information needed for wider distribution | Kathryn Schultea | 6 | 2.5 |
| 11/28/2016 | Employee Claims Distribution - Test trial 9 with gross to net calculations and new state additions - full LSI Distribution | Leticia Barrios | 6 | 5.7 |
| 11/28/2016 | Claims database updates | Raj Perubhatla | 6 | 3.2 |
| 11/29/2016 | Review and test LSI Distribution T9 files and employee / employer tax amounts for each state and claimant | Brandon Bangerter | 6 | 7.8 |
| 11/29/2016 | Review of Domestic and Foreign tax templates with M Cilia including preparation and summary | David Kantorczyk | 6 | 2.0 |
| 11/29/2016 | Review of EY Domestic tax template and correspondence with EY regarding same | David Kantorczyk | 6 | 3.0 |
| 11/29/2016 | Drafting of tax form solicitation letters for domestic vendors, foreign vendors and claim traders | David Kantorczyk | 6 | 2.5 |
| 11/29/2016 | Employee Claims Distribution - Open mail and scan all W-4 | Felicia Buenrostro | 6 | 1.0 |
| 11/29/2016 | Correspondence re: EE Claims and research for matters on interim distribution | Kathryn Schultea | 6 | 2.0 |
| 11/29/2016 | Employee Claims Distribution - Test trial 9 with gross to net calculations and new state additions - full LSI Distribution | Leticia Barrios | 6 | 6.7 |
| 11/30/2016 | Preparation for and meeting with LSI Distribution / Claims status updates / testing | Brandon Bangerter | 6 | 0.8 |
| 11/30/2016 | Drafting of tax form solicitation letters for domestic vendors, foreign vendors and claim traders | David Kantorczyk | 6 | 5.0 |
| 11/30/2016 | Research all return mail for address changes. | Felicia Buenrostro | 6 | 4.5 |
| 11/30/2016 | Conference call re: employee claims distributions; related prep and follow up e-mails | Kathryn Schultea | 6 | 4.0 |
| 11/30/2016 | Follow-up Correspondence re: Canadian Withholding Issue | Kathryn Schultea | 6 | 0.8 |
| 11/30/2016 | Continued e-mails related to various claims distribution matters | Kathryn Schultea | 6 | 1.0 |
| 11/30/2016 | Employee Claims Distribution - Test trial 9 with gross to net calculations and new state additions - full LSI Distribution | Leticia Barrios | 6 | 7.7 |
| 11/30/2016 | Continued review and documentation of comments on foreign tax template provided by EY | Mary Cilia | 6 | 3.2 |
| 11/1/2016 | Correspondence re: M&T Bank follow up | Kathryn Schultea | 7 | 1.5 |
| 11/2/2016 | Conf. Call - Nortel - RLKS/EY - Employment Tax Update | Kathryn Schultea | 7 | 1.0 |
| 11/2/2016 | Correspondence re: M&T bank setup and related follow-up | Kathryn Schultea | 7 | 0.4 |
| 11/3/2016 | Review EY statements and comparison of projected fees | Kathryn Schultea | 7 | 0.7 |
| 11/4/2016 | Various emails and materials received, reviewed and responded re in-person meeting with EY | Kathryn Schultea | 7 | 1.8 |
| 11/4/2016 | EY call tax update JW,JS,AB | Richard Lydecker | 7 | 0.5 |
| 11/4/2016 | Tax reserve analysis | Richard Lydecker | 7 | 0.5 |
| 11/4/2016 | Review EY September invoice/fees | Richard Lydecker | 7 | 0.2 |
| 11/5/2016 | Review EY deposit and filing reporting | Kathryn Schultea | 7 | 0.8 |
| 11/5/2016 | Reconciliation of October bank accounts and related reporting | Mary Cilia | 7 | 3.4 |
| 11/7/2016 | Multiple correspondence on tax account set up and documentation needs | Kathryn Schultea | 7 | 0.8 |
| 11/7/2016 | Correspondence re: M&T Bank Follow-up and check processing testing | Kathryn Schultea | 7 | 2.3 |
| 11/7/2016 | Continued reconciliation of October bank accounts and related reporting | Mary Cilia | 7 | 0.8 |
| 11/8/2016 | Correspondence re: M&T bank setup and training | Kathryn Schultea | 7 | 1.5 |
| 11/8/2016 | Review materials and preparation for EFT set-ups | Kathryn Schultea | 7 | 2.0 |
| 11/8/2016 | Tax reserve analysis | Richard Lydecker | 7 | 0.5 |
| 11/9/2016 | Various meetings on 1099, project updates, year-end matters, engagement update | Kathryn Schultea | 7 | 3.0 |
| 11/9/2016 | Finalize reconciliation of October bank accounts and related reporting | Mary Cilia | 7 | 1.6 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 11/10/2016 | Multiple correspondence on new states needed for distributions and testing scripts | Kathryn Schultea | 7 | 2.5 |
| 11/10/2016 | Correspondence - M&T Bank follow up for PA on check distribution matters | Kathryn Schultea | 7 | 1.0 |
| 11/11/2016 | Correspondence - re additional tax states and testing | Kathryn Schultea | 7 | 3.5 |
| 11/11/2016 | Review new reserve schedule call JS,JW | Richard Lydecker | 7 | 0.5 |
| 11/17/2016 | Onsite EY Offices re meetings on 1099, project updates, year-end, engagement update | Kathryn Schultea | 7 | 3.0 |
| 11/17/2016 | Conference call with EY re:  tax issues; related prep and follow up documentation | Mary Cilia | 7 | 1.9 |
| 11/17/2016 | Meeting EY regarding reserve work | Richard Lydecker | 7 | 1.0 |
| 11/18/2016 | Review EY October invoice/fees | Richard Lydecker | 7 | 0.5 |
| 11/21/2016 | Correspondence re: Tax Issue on Employee Distributions | Kathryn Schultea | 7 | 1.3 |
| 11/21/2016 | Review intercompany tax file from J. Wood and provide comments in e-mail | Mary Cilia | 7 | 2.4 |
| 11/22/2016 | Correspondence re: Tax Issue on Employee Distributions | Kathryn Schultea | 7 | 1.0 |
| 11/23/2016 | Conference Call and follow-up correspondence re: Employment Tax Update | Kathryn Schultea | 7 | 1.0 |
| 11/23/2016 | M&T Bank follow up | Kathryn Schultea | 7 | 0.8 |
| 11/28/2016 | Follow-up request from M&T | Kathryn Schultea | 7 | 0.5 |
| 11/28/2016 | Continued review and reconciliation of intercompany accounts from book to tax basis for upcoming call with J. Wood | Mary Cilia | 7 | 3.3 |
| 11/30/2016 | Conf. Call - Nortel -EY Employment Tax Summary | Kathryn Schultea | 7 | 1.3 |
| 11/30/2016 | M&T Positive Pay research and correspondence on matter | Kathryn Schultea | 7 | 1.3 |
| 11/7/2016 | Correspondence re: website work and review of changes | Kathryn Schultea | 8 | 1.0 |
| 11/7/2016 | Drafting and circulation of updates for EPIQ and Nortel corporate websites related to the filing of the Plan of Reorganization and Proposed Disclosure Statement; related e-mails | Mary Cilia | 8 | 2.7 |
| 11/1/2016 | Meeting with RLKS and EY team members to discuss  eTax Matrix and the Gross to Net Tax Project (discuss test scripts and plan plus W-4 Layout) | Felicia Buenrostro | 9 | 1.0 |
| 11/1/2016 | Return calls from former EE on various case mailings/inquiries via Cleary | Kathryn Schultea | 9 | 0.3 |
| 11/1/2016 | Meeting with RLKS and EY team members to discuss  eTax Matrix and the Gross to Net Tax Project (discuss test scripts and plan plus W-4 Layout) | Kathryn Schultea | 9 | 1.0 |
| 11/1/2016 | Meeting with RLKS and EY team members to discuss eTax Matrix and the Gross to Net Tax Project (discuss test scripts, test plan plus W-4 Layout) | Leticia Barrios | 9 | 1.0 |
| 11/1/2016 | Review non-employee interim distribution draft checks and provide comments; related e-mails and comments to EPIQ re: address changes, etc. | Mary Cilia | 9 | 2.6 |
| 11/1/2016 | Research and e-mails related to withholding taxes on employee claims distributions | Mary Cilia | 9 | 1.3 |
| 11/1/2016 | Distribution Model: Tax Filing report development | Raj Perubhatla | 9 | 5.3 |
| 11/2/2016 | Meeting with EY and RLKS team for status update related to the Gross to Net Tax Project | Daniel Tollefsen | 9 | 0.7 |
| 11/2/2016 | Meeting with RLKS and EY team members to discuss status update for Gross to Net Tax Project (W-2 Work address verifications, timelines, and W-4 Load file) | Leticia Barrios | 9 | 1.0 |
| 11/2/2016 | Conference call with D. Kantorczyk re:  interim non-employee distribution and tax withholding review project; related prep, follow up and review of files | Mary Cilia | 9 | 2.8 |
| 11/2/2016 | E-mails to R. Perubhatla and EPIQ re;  final cleanup of addresses for interim non-employee distribution; sign-off on drafts, etc. | Mary Cilia | 9 | 1.2 |
| 11/2/2016 | Documentation of tax review process for upcoming meeting with EY; related e-mails | Mary Cilia | 9 | 1.1 |
| 11/2/2016 | Distribution Model: Tax Filing report development | Raj Perubhatla | 9 | 1.4 |
| 11/2/2016 | Interim distribution for vendor payments setup | Raj Perubhatla | 9 | 3.2 |
| 11/2/2016 | Employee Distribution: Weekly Status call | Raj Perubhatla | 9 | 0.7 |
| 11/2/2016 | Distribution Model: EE payments development | Raj Perubhatla | 9 | 2.3 |
| 11/3/2016 | Distribution Model: EE payments development | Raj Perubhatla | 9 | 3.2 |
| 11/4/2016 | Return calls from former EE on various case mailings/inquiries via Cleary | Kathryn Schultea | 9 | 2.3 |
| 11/4/2016 | Distribution Model: EE payments development | Raj Perubhatla | 9 | 6.3 |
| 11/5/2016 | Return calls a second time from no answers initially from former EE on various case mailings/inquiries | Kathryn Schultea | 9 | 1.5 |
| 11/5/2016 | Distribution Model: revised Claims file | Raj Perubhatla | 9 | 6.7 |
| 11/6/2016 | Distribution Model: revised Claims file and W4 file | Raj Perubhatla | 9 | 14.3 |
| 11/7/2016 | Read, review and respond to EY domestic withholding template for non-employee distributions | Mary Cilia | 9 | 1.6 |
| 11/7/2016 | Read, review, research and respond to various creditor inquiries by phone and e-mail | Mary Cilia | 9 | 1.8 |
| 11/7/2016 | Research and e-mails related to interim non-employee distributions | Mary Cilia | 9 | 1.4 |
| 11/7/2016 | Interim distribution Vendor checks | Raj Perubhatla | 9 | 4.5 |
| 11/7/2016 | Distribution Model: T9 testing file | Raj Perubhatla | 9 | 7.2 |
| 11/8/2016 | Return calls from former EE on various case mailings/inquiries via Cleary | Kathryn Schultea | 9 | 0.3 |
| 11/8/2016 | Research, e-mails and calls related to interim non-employee distributions | Mary Cilia | 9 | 2.4 |
| 11/8/2016 | Read, review, research and respond to various creditor inquiries by phone and e-mail | Mary Cilia | 9 | 1.7 |
| 11/8/2016 | Quickbooks support for Vendor checks | Raj Perubhatla | 9 | 2.2 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 11/8/2016 | Distribution Model: T9 testing file | Raj Perubhatla | 9 | 8.3 |
| 11/9/2016 | Meeting with EY and RLKS team for status update related to the Gross to Net Tax Project | Daniel Tollefsen | 9 | 0.8 |
| 11/9/2016 | Meeting with RLKS and EY team members to discuss eTax Matrix and the Gross to Net Tax Project (discuss test scripts and plan plus W-4 Layout) | Felicia Buenrostro | 9 | 1.0 |
| 11/9/2016 | Correspondence - Claims follow up calls | Kathryn Schultea | 9 | 2.4 |
| 11/9/2016 | Meeting with RLKS and EY team members to discuss status update for Gross to Net Tax Project (Registration status, EFT Payments, W-4 Template, and process for distribution) | Leticia Barrios | 9 | 1.0 |
| 11/9/2016 | Conference call with EY re: tax withholding for non-employee claims distributions project; related prep and follow up | Mary Cilia | 9 | 1.5 |
| 11/9/2016 | Read, review, research and respond to various e-mails and related calls re: interim non-employee distributions | Mary Cilia | 9 | 2.2 |
| 11/9/2016 | Read, review, research and respond to e-mails from Cleary and M. Kennedy re: tax withholding on distributions to claims traders | Mary Cilia | 9 | 2.7 |
| 11/9/2016 | Review and update claims to G/L reconciliation files and hand back off to B. Bangerter to continue work on the project | Mary Cilia | 9 | 3.1 |
| 11/9/2016 | Weekly Status call | Raj Perubhatla | 9 | 1.2 |
| 11/9/2016 | Con call to discuss 1099s for Vendors | Raj Perubhatla | 9 | 1.1 |
| 11/9/2016 | Distribution Model: T9 testing file | Raj Perubhatla | 9 | 6.2 |
| 11/10/2016 | Return calls from former EE on various case mailings/inquiries via Cleary | Kathryn Schultea | 9 | 0.3 |
| 11/10/2016 | Correspondence re: Nortel Plan follow up | Kathryn Schultea | 9 | 0.5 |
| 11/10/2016 | Conference call with B. Bangerter to review updated claims to G/L reconciliation files and discuss next steps; related prep and follow up | Mary Cilia | 9 | 1.9 |
| 11/10/2016 | Read, review, research and respond to various creditor inquiries by phone and e-mail | Mary Cilia | 9 | 4.4 |
| 11/10/2016 | Read, review, research and respond to various e-mails and related calls re: interim non-employee distributions | Mary Cilia | 9 | 0.8 |
| 11/10/2016 | Read, review, research and respond to various e-mails and related calls re: tax withholding on claims distribution project | Mary Cilia | 9 | 1.6 |
| 11/10/2016 | Distribution Model: T9 modifications | Raj Perubhatla | 9 | 6.7 |
| 11/11/2016 | Return calls from former EE on various case mailings/inquiries via Cleary | Kathryn Schultea | 9 | 0.3 |
| 11/11/2016 | Correspondence re: settlement and plan support agreement | Kathryn Schultea | 9 | 1.0 |
| 11/11/2016 | Read, review, research and respond to various creditor inquiries by phone and e-mail | Mary Cilia | 9 | 5.9 |
| 11/11/2016 | Read, review, research and respond to e-mails re: tax withholding on claims distribution project | Mary Cilia | 9 | 0.7 |
| 11/11/2016 | Distribution Model: T9 modifications | Raj Perubhatla | 9 | 6.2 |
| 11/12/2016 | Distribution Model: T9 modifications | Raj Perubhatla | 9 | 9.7 |
| 11/13/2016 | Read, review, research and respond to various creditor inquiries by phone and e-mail | Mary Cilia | 9 | 1.8 |
| 11/13/2016 | Distribution Model: T9 modifications | Raj Perubhatla | 9 | 5.3 |
| 11/14/2016 | Return calls from former EE on various case mailings/inquiries via Cleary | Kathryn Schultea | 9 | 2.3 |
| 11/14/2016 | Conference call with Cleary, M. Kennedy and claims traders re: tax withholding on claims distributions; related prep and follow up | Mary Cilia | 9 | 0.8 |
| 11/14/2016 | Distribution Model: T9 modifications | Raj Perubhatla | 9 | 2.2 |
| 11/15/2016 | Read, review, research and respond to calls and emails re EE requests | Kathryn Schultea | 9 | 3.0 |
| 11/15/2016 | Research, review and reconcile open claims and related e-mails/ negotiations | Mary Cilia | 9 | 4.8 |
| 11/15/2016 | Read, review, research and respond to various creditor inquiries by phone and e-mail | Mary Cilia | 9 | 1.6 |
| 11/15/2016 | Distribution Model: T9 modifications | Raj Perubhatla | 9 | 7.4 |
| 11/16/2016 | Return calls from former EE on various case mailings/inquiries via Cleary | Kathryn Schultea | 9 | 3.2 |
| 11/16/2016 | Correspondence re: Non-Employee Interim Disruption Checks and daily account review | Kathryn Schultea | 9 | 0.5 |
| 11/16/2016 | Read, review, research and respond to various creditor inquiries by phone and e-mail | Mary Cilia | 9 | 5.2 |
| 11/16/2016 | Read, review, research and respond to e-mails with EPIQ and Cleary re: noticing | Mary Cilia | 9 | 1.1 |
| 11/16/2016 | Review of EY tax withholding memo and latest withholding analysis files re: claims distributions; related e-mails with EY and D. Kantorczyk | Mary Cilia | 9 | 2.3 |
| 11/16/2016 | Distribution Model: T9 modifications | Raj Perubhatla | 9 | 8.3 |
| 11/17/2016 | Diligence and testing on structure charts related to distribution | Daniel Tollefsen | 9 | 6.7 |
| 11/17/2016 | Meeting with EY and RLKS team for status update related to the Gross to Net Tax Project | Daniel Tollefsen | 9 | 0.8 |
| 11/17/2016 | Meeting with RLKS and EY team members to discuss eTax Matrix and the Gross to Net Tax Project (discuss test scripts and plan plus W-4 Layout) | Felicia Buenrostro | 9 | 1.0 |
| 11/17/2016 | Return calls from former EE on various case mailings/inquiries via Cleary | Kathryn Schultea | 9 | 1.3 |
| 11/17/2016 | Meeting with RLKS and EY team members to discuss status update for Gross to Net Tax Project (Registration status, EFT Payments, W-4 Template, and process for distribution) | Leticia Barrios | 9 | 1.0 |
| 11/17/2016 | Conference call with R. Perubhatla re: distribution process and integration model; related follow up and e-mails | Mary Cilia | 9 | 1.6 |
| 11/17/2016 | Read, review, research and respond to various creditor inquiries by phone and e-mail | Mary Cilia | 9 | 4.8 |
| 11/17/2016 | Weekly Status call | Raj Perubhatla | 9 | 1.0 |
| 11/17/2016 | Call to coordinate 1099s | Raj Perubhatla | 9 | 1.0 |
| 11/17/2016 | Distribution Model: T9 modifications | Raj Perubhatla | 9 | 4.6 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 11/18/2016 | Diligence and testing on structure charts related to LSI distribution | Daniel Tollefsen | 9 | 7.3 |
| 11/18/2016 | Meeting with EY and RLKS team for status update related to the Gross to Net Tax Project | Daniel Tollefsen | 9 | 7.3 |
| 11/18/2016 | Return calls from former EE on various case mailings/inquiries via Cleary | Kathryn Schultea | 9 | 0.3 |
| 11/18/2016 | Correspondence - re: Objection to NNI DS | Kathryn Schultea | 9 | 0.5 |
| 11/18/2016 | Read, review, research and respond to various creditor inquiries by phone and e-mail | Mary Cilia | 9 | 3.3 |
| 11/18/2016 | E-mails and phone calls and related research related to objections received re:  motion to approve disclosure statement | Mary Cilia | 9 | 0.9 |
| 11/18/2016 | Distribution Model: T9 modifications | Raj Perubhatla | 9 | 4.5 |
| 11/19/2016 | Read, review, research and respond to various creditor inquiries by phone and e-mail | Mary Cilia | 9 | 0.6 |
| 11/19/2016 | T9 Mods | Raj Perubhatla | 9 | 9.5 |
| 11/20/2016 | Read, review, research and respond to various creditor inquiries by phone and e-mail | Mary Cilia | 9 | 0.8 |
| 11/20/2016 | T9 Mods | Raj Perubhatla | 9 | 10.2 |
| 11/21/2016 | Diligence and testing on structure charts related to LSI distribution | Daniel Tollefsen | 9 | 6.4 |
| 11/21/2016 | Read, review, research and respond to various creditor inquiries by phone and e-mail | Mary Cilia | 9 | 4.2 |
| 11/21/2016 | Follow up e-mails and phone calls related to objections received re:  motion to approve disclosure statement | Mary Cilia | 9 | 1.2 |
| 11/21/2016 | Follow up e-mails and research re:  tax solicitation of claims traders | Mary Cilia | 9 | 0.8 |
| 11/21/2016 | Distribution Model: T9 modifications | Raj Perubhatla | 9 | 3.5 |
| 11/22/2016 | Diligence and testing on structure charts related to LSI distribution | Daniel Tollefsen | 9 | 7.2 |
| 11/22/2016 | Return calls from former EE on various case mailings/inquiries via Cleary | Kathryn Schultea | 9 | 0.3 |
| 11/22/2016 | Review case documents on voting and other related material | Kathryn Schultea | 9 | 1.0 |
| 11/22/2016 | Prepare revised structure chart for SNMP case recovery model run; related e-mails and calls | Mary Cilia | 9 | 3.7 |
| 11/22/2016 | Review of voting files prepared by EPIQ at request of Cleary and provide comments; related e-mails | Mary Cilia | 9 | 2.2 |
| 11/22/2016 | Review of updated claims to G/L reconciliation files from B. Bangerter and prepare list of next steps for the project | Mary Cilia | 9 | 4.1 |
| 11/22/2016 | Recovery Model run R22 | Raj Perubhatla | 9 | 5.5 |
| 11/23/2016 | Diligence and testing on structure charts related to LSI distribution | Daniel Tollefsen | 9 | 6.3 |
| 11/23/2016 | Meeting with EY and RLKS team for status update related to the Gross to Net Tax Project | Daniel Tollefsen | 9 | 0.7 |
| 11/23/2016 | Return calls from former EE on various case mailings/inquiries via Cleary | Kathryn Schultea | 9 | 0.3 |
| 11/23/2016 | Correspondence re: Distribution Details and Flow | Kathryn Schultea | 9 | 1.5 |
| 11/23/2016 | Read, review, research and respond to various creditor inquiries by phone and e-mail | Mary Cilia | 9 | 2.8 |
| 11/23/2016 | Review updated Balloting Order and Ballots and provide comments to Cleary | Mary Cilia | 9 | 1.1 |
| 11/23/2016 | Review and due diligence of SNMP recovery model reports and update of recovery model exhibits with revised amounts; circulate initial drafts to Cleary, J. Ray and M. Kennedy; provide comments to R. Perubhatla related to necessary adjustments required for revised run; related e-mails and calls | Mary Cilia | 9 | 5.6 |
| 11/23/2016 | Weekly Status call | Raj Perubhatla | 9 | 1.0 |
| 11/24/2016 | Review of  information provided by R. Perubhatla and related e-mails related to revised run of SNMP recovery model case. | Mary Cilia | 9 | 1.8 |
| 11/24/2016 | Recovery Model run R22 | Raj Perubhatla | 9 | 6.2 |
| 11/25/2016 | Diligence and testing on structure charts related to LSI distribution | Daniel Tollefsen | 9 | 7.8 |
| 11/25/2016 | Read, review, research and respond to various creditor inquiries by phone and e-mail | Mary Cilia | 9 | 1.8 |
| 11/25/2016 | Recovery Model run R22 | Raj Perubhatla | 9 | 9.5 |
| 11/26/2016 | Read, review and respond to various e-mails re:  disclosure statement | Kathryn Schultea | 9 | 0.5 |
| 11/26/2016 | Review and due diligence of revised SNMP recovery model reports and update of recovery model exhibits with revised amounts; circulate to Cleary, J. Ray and M. Kennedy | Mary Cilia | 9 | 4.4 |
| 11/26/2016 | Read, review and respond to various e-mails re:  disclosure statement | Mary Cilia | 9 | 0.7 |
| 11/26/2016 | Recovery Model run R22 | Raj Perubhatla | 9 | 5.8 |
| 11/27/2016 | Recovery Model bug fixes | Raj Perubhatla | 9 | 8.7 |
| 11/28/2016 | Diligence and testing on structure charts related to LSI distribution | Daniel Tollefsen | 9 | 6.9 |
| 11/28/2016 | Return calls from former EE on various case mailings/inquiries via Cleary | Kathryn Schultea | 9 | 0.3 |
| 11/28/2016 | Correspondence re: Review of proposed disclosure statement | Kathryn Schultea | 9 | 0.5 |
| 11/28/2016 | Review and provide comments on the disclosure statement reply, objection chart and revised disclosures to the recovery model related to the SNMP case and related follow up e-mails and revision reviews | Mary Cilia | 9 | 2.6 |
| 11/28/2016 | Read, review, research and respond to various creditor inquiries by phone and e-mail | Mary Cilia | 9 | 2.7 |
| 11/29/2016 | Diligence and testing on structure charts related to LSI distribution | Daniel Tollefsen | 9 | 6.4 |
| 11/29/2016 | Return calls from former EE on various case mailings/inquiries via Cleary | Kathryn Schultea | 9 | 0.3 |
| 11/29/2016 | Correspondence re: Revised Plan and Disclosure Statement | Kathryn Schultea | 9 | 1.5 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 11/29/2016 | Conference call with D. Kantorczyk re: revised foreign and domestic tax templates provided by EY and discussion of next steps; related prep and follow up | Mary Cilia | 9 | 3.6 |
| 11/29/2016 | Read, review, research and respond to various creditor inquiries by phone and e-mail | Mary Cilia | 9 | 2.5 |
| 11/29/2016 | Review and document comments on foreign tax template provided by EY | Mary Cilia | 9 | 3.8 |
| 11/29/2016 | Distribution Model: T9 modifications | Raj Perubhatla | 9 | 9.3 |
| 11/30/2016 | Research and review work on claimants addresses and previous W-2's related to notification on future distribution | Daniel Tollefsen | 9 | 6.6 |
| 11/30/2016 | Meeting with EY and RLKS team for status update related to the Gross to Net Tax Project | Daniel Tollefsen | 9 | 0.6 |
| 11/30/2016 | Meeting with RLKS and EY team members to discuss eTax Matrix and the Gross to Net Tax Project (discuss test scripts and plan plus W-4 Layout) | Felicia Buenrostro | 9 | 1.0 |
| 11/30/2016 | Return calls from former EE on various case mailings/inquiries via Cleary | Kathryn Schultea | 9 | 1.3 |
| 11/30/2016 | Meeting with RLKS and EY team members to discuss status update for Gross to Net Tax Project (Employee distribution file/reports, registration status, 1099 annual preparation) | Leticia Barrios | 9 | 1.0 |
| 11/30/2016 | Read, review, research and respond to various creditor inquiries by phone and e-mail | Mary Cilia | 9 | 2.8 |
| 11/30/2016 | Conference call with K. Schultea and R. Perubhatla re: employee claims distributions; related prep and follow up e-mails | Mary Cilia | 9 | 4.2 |
| 11/30/2016 | Weekly status call prep | Raj Perubhatla | 9 | 1.2 |
| 11/30/2016 | Weekly status call | Raj Perubhatla | 9 | 1.0 |
| 11/30/2016 | Distribution Model: Final file prep | Raj Perubhatla | 9 | 7.0 |