# EXHIBIT B

# EXHIBIT B
## EXPENSE SUMMARY

**Nortel Networks Inc., et al.**
(Case No. 09-10138 (KG))

**RLKS Executive Solutions**
**November 1 - 30, 2016**

| Expense Category | | Total Expenses |
|---|---|---|
| Travel – Airline (at economy fare booking) | $ | 1,568.20 |
| Travel – Lodging | | 280.90 |
| Travel – Transportation | | 325.60 |
| Travel – Meals | | 116.44 |
| Office Expenses | | - |
| TOTAL | $ | 2,291.14 |
| | | |

## Nortel Expense Report
PERIOD: **November 1 - 30, 2016**

| Date | Description | Air | Lodging | Transportation | Meals | Office Expenses | Professional | Comments on Meals/Transportation |
|---|---|---|---|---|---|---|---|---|
| 11/7/2016 | Travel to Bankruptcy Court | $784.10 | $280.90 | $162.80 | $63.75 | | Mary Cilia | A-Economy Airfare (little advance notice); T- Car Service from Home to Airport and Rental Car; M-D=$63.75 |
| 11/8/2016 | Travel from Bankruptcy Court | $784.10 | | $162.80 | $52.69 | | Mary Cilia | A-Economy Airfare (little advance notice); T- Rental Car and Airport to Home; M-B=$18.00;L=$34.69 |
| | | | | | | | | |
| | | | | | | | | |
| | | $ 1,568.20 | $ 280.90 | $ 325.60 | $ 116.44 | $ - | | |