# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | NORTEL NETWORKS INC., ET AL. | | |
| **Case Number:** | 09-10138-KG | **Chapter:** | 11 |
| **Date / Time / Room:** | FRIDAY, DECEMBER 02, 2016 03:00 PM   CRT#3, 6TH FL. | | |
| **Bankruptcy Judge:** | KEVIN GROSS | | |
| **Courtroom Clerk:** | SHERRY SCARUZZI | | |
| **Reporter / ECR:** | GINGER MACE | | |

## *Matter:*

TELECONFERENCE - RE: PBGC's amended claim

**R / M #:**   17,476 / 0

## *Appearances:*

SEE ATTACHED COURT SIGN-IN-SHEET

## *Proceedings:*

TELEPHONIC HEARING HELD. AGENDA ITEMS:

#1 - Motion Denied - Judge Gross will issue an order

Teleconference scheduled for Monday 12/5/16 @ 10:00 am regarding Discovery