# Court Conference

**U.S. Bankruptcy Court-Delaware**
**Confirmed Telephonic Appearance Schedule**
**Honorable Kevin Gross (Nortel Trial Only)**
Courtroom

Calendar Date: 12/02/2016
Calendar Time: 03:00 PM ET

*Amended Calendar 12/02/2016 12:01 PM*

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 8005763 | Derek C. Abbott | (302) 351-9357 | Morris Nichols Arsht & Tunnell LLP | Debtor, Nortel Networks, Inc. / LIVE |
| | | Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7998090 | Justin Alberto | (302) 429-4226 | Bayard P.A. | Interested Party, Pension Trust Fund / LIVE |
| | | Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7997564 | Joseph Badtke-Berkow | (212) 610-6417 | Allen & Overy, LLP | Monitor, Ernst & Young / LIVE |
| | | Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 8001559 | Nick Bassett | (212) 530-5000 | Milbank, Tweed, Hadley & McCloy, LLP | Representing, Ad Hoc Group of Bondholders / LIVE |
| | | Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7999943 | Stephen J. Blauner | (212) 284-4334 | Solus Alternative Asset Management LP | Interested Party, Solus Alternative Asset Management LP - - / LISTEN ONLY |
| | | Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7997498 | David Botter | (212) 872-1055 | Akin Gump Strauss Hauer & Feld LLP | Creditor, Official Committee of Unsecured creditors / LIVE |
| | | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 8005660 | Peg A. Brickley | (215) 462-0953 | Dow Jones & Co. | Interested Party, Peg Brickley / LISTEN ONLY |

Peggy Drasal ext. 802

Copyright © 2016 CourtCall, LLC. All Rights Reserved.

| | | | | | | |
|---|---|---|---|---|---|---|
| Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 8005750 | James Bromley | (212) 225-2264 | Cleary Gottlieb Steen & Hamilton | Debtor, Nortel Networks Inc. / LIVE |
| Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 8006960 | Jaime Chapman | (302) 571-5732 | Young, Conaway Stargatt & Taylor, LLP | Interested Party, Joint Administrators / LIVE |
| Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7999910 | Esther Chung | (646) 855-6705 | Bank of America | Interested Party, Bank of America / LISTEN ONLY |
| Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 8005988 | Maria Chutchian | (646) 378-3108 | Merger Market | Interested Party, Debtwire / LISTEN ONLY |
| Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 8006555 | Karen B. Dine | (212) 940-8772 | Katten Muchin Rosenman LLP | Creditor, Wilmington Trust / LISTEN ONLY |
| Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 8000094 | Benjamin D. Feder | (212) 808-7925 | Kelley Drye & Warren LLP | Creditor, Pension Benefit Guarantee Corporation / LIVE |
| Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7997745 | Christopher M. Floyd | (617) 856-8200 | Brown Rudnick LLP | Creditor, Nortel Trade Claim Consortium / LIVE |
| Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 8006547 | Jerry L. Hall | (202) 625-3646 | Katten Muchin Rosenman LLP | Creditor, Wilmington Trust / LISTEN ONLY |
| Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 8000205 | Andrew Hanrahan | (212) 728-8170 ext. 8638 | Willkie Farr & Gallagher LLP | Interested Party, UK Pension Trust / LIVE |
| Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7997526 | Fred S. Hodara | 212-872-8040 | Akin Gump Strauss Hauer & Feld LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |

| | | | | | | |
|---|---|---|---|---|---|---|
| Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 8000080 | Charles Huberty | (212) 837-6045 | Hughes Hubbard & Reed | Interested Party, Hughes Hubbard & Reed, LLP / LIVE |
| Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 8005731 | Matthew M. Karlan | (212) 225-2845 | Cleary Gottlieb Steen & Hamilton | Debtor, Nortel Networks Inc. / LISTEN ONLY |
| Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 8001653 | Peter J. Keane | (302) 778-6401 | Pachulski Stang Ziehl & Jones | Representing, Ad Hoc Cimmittee of Bondholders / LIVE |
| Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 8005759 | Thomas Kreller | (424) 386-4463 | Milbank, Tweed, Hadley & McCloy, LLP | Representing, Ad Hoc Bondholder Group / LIVE |
| Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 8005726 | Sri K. Kuehnlenz | (212) 225-2311 | Cleary Gottlieb Steen & Hamilton | Debtor, Nortel Networks Inc. / LISTEN ONLY |
| Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 8001574 | Andrew LeBlanc | (212) 530-5000 | Milbank, Tweed, Hadley & McCloy, LLP | Representing, Ad Hoc Committee of Bond Holders / LIVE |
| Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 8005717 | Esther Lifshitz | (212) 225-2311 | Cleary Gottlieb Steen & Hamilton | Debtor, Nortel Networks Inc. / LISTEN ONLY |
| Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 8000112 | Marissa Lorenzo | (212) 808-7925 | Kelley Drye & Warren LLP | Creditor, Pension Benefit Guarantee Corporation / LIVE |
| Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7997461 | Anthony Loring | (212) 872-1000 | Akin Gump Strauss Hauer & Feld LLP | Creditor, Official Committee of Unsecured creditors / LIVE |
| Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 7997758 | Daniel A. Lowenthal | (212) 336-2720 | Patterson Belknap Webb & Tyler | Creditor, Law Debenture Trust Company of New York / LIVE |

| Case | Type | Debtor | ID | Name | Phone | Firm | Representing |
|---|---|---|---|---|---|---|---|
| 09-10138 | Hearing | Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 7999163 | Selinda A. Melnik | (302) 357-5305 | DLA Piper US, LLP | Creditor, Canadian Creditors Commitee / LISTEN ONLY |
| 09-10138 | Hearing | Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 7997552 | Kathleen Murphy | (302) 552-4214 | Buchanan, Ingersoll & Rooney, P.C. | Monitor, Ernst & Young / LIVE |
| 09-10138 | Hearing | Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 8005674 | Vicente Murrell | (202) 326-4020 ext. 3580 | Pension Benefit Guaranty Corporation | Creditor, Pension Benefit Guaranty Corporation / LIVE |
| 09-10138 | Hearing | Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 7997719 | Steven D. Pohl | (617) 856-8594 | Brown Rudnick LLP | Creditor, Nortel Trade Claim Consortium / LIVE |
| 09-10138 | Hearing | Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 8000106 | Sarah Reid | (212) 808-7720 | Kelley Drye & Warren LLP | Creditor, Pension Benefit Guaranty Corporation / LIVE |
| 09-10138 | Hearing | Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 8005757 | Andrew R. Remming | (302) 658-9200 | Morris Nichols Arsht & Tunnell LLP | Debtor, Nortel Networks Inc. / LIVE |
| 09-10138 | Hearing | Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 8004021 | Jason B. Sanjana | (212) 588-8890 | Reorg Research, Inc. | Interested Party, Reorg Research, Inc. / LISTEN ONLY |
| 09-10138 | Hearing | Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 7999998 | Jeffrey M. Schlerf | (302) 622-4212 | Fox Rothschild LLP | Creditor, Nortel Trade Claim Consortium / LIVE |
| 09-10138 | Hearing | Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 8005724 | Brent Tunis | (212) 225-2152 | Cleary Gottlieb Steen and Hamilton | Debtor, Nortel Networks Inc. / LISTEN ONLY |
| 09-10138 | Hearing | Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 8001599 | Eric Weiss | (212) 530-5420 | Milbank, Tweed, Hadley & McCloy, LLP | Representing, Ad Hoc Bondholder Group / LIVE |

| | | | | | | |
|---|---|---|---|---|---|---|
| Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 8000097 | Eric R. Wilson | (212) 808-5087 | Kelley Drye & Warren LLP | Creditor, Pension Benefit Guarantee Corporation / LIVE |
| Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 (11-5345 4) | Hearing | 7997481 | Christopher M. Samis | (302) 357-3266 | Whiteford, Taylor & Preston LLC | Creditor, Official Committee of Unsecured Creditors / LIVE |