# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Kevin Gross (Nortel Trial Only)
### Courtroom

Amended Calendar 12/05/2016 06:17 AM

Calendar Date: 12/05/2016
Calendar Time: 10:00 AM ET

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 8007412 | Derek C. Abbott | (302) 351-9357 | Morris Nichols Arsht & Tunnell LLP | Debtor, Nortel Networks, Inc. / LIVE |
| | | Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 8007415 | Justin Alberto | (302) 429-4226 | Bayard P.A. | Interested Party, Pension Trust Fund / LIVE |
| | | Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 8007330 | Nick Bassett | (212) 530-5000 | Milbank, Tweed, Hadley & McCloy, LLP | Representing, Ad Hoc Group of Bondholders / LIVE |
| | | Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 8007315 | David Botter | (212) 872-1055 | Akin Gump Strauss Hauer & Feld LLP | Creditor, Official Committee of Unsecured creditors / LIVE |
| | | Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 8007428 | James Bromley | (212) 225-2264 | Cleary Gottlieb Steen & Hamilton | Debtor, Nortel Networks Inc. / LIVE |
| | | Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 8007559 | Jaime Chapman | (302) 571-5732 | Young, Conaway Stargatt & Taylor, LLP | Interested Party, Joint Administrators / LIVE |
| | | Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 8009149 | Karen B. Dine | (212) 940-8772 | Katten Muchin Rosenman LLP | Creditor, Wilmington Trust / LISTEN ONLY |

Peggy Drasal ext. 802

Copyright © 2016 CourtCall, LLC. All Rights Reserved.

Page 1 of 3

| Party | Case | Type | ID | Name | Phone | Firm | Representing |
|---|---|---|---|---|---|---|---|
| Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 8009148 | Jerry L. Hall | (202) 625-3646 | Katten Muchin Rosenman LLP | Creditor, Wilmington Trust / LISTEN ONLY |
| Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 8007434 | Andrew Hanrahan | (212) 728-8170 ext. 8638 | Willkie Farr & Gallagher LLP | Interested Party, UK Pension Trust / LIVE |
| Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 8007309 | Fred S. Hodara | 212-872-8040 | Akin Gump Strauss Hauer & Feld LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 8007438 | Matthew M. Karlan | (212) 225-2845 | Cleary Gottlieb Steen & Hamilton | Debtor, Nortel Networks Inc. / LISTEN ONLY |
| Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 8007338 | Peter J. Keane | (302) 778-6401 | Pachulski Stang Ziehl & Jones | Representing, Ad Hoc Cimmittee of Bondholders / LIVE |
| Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 8007286 | Thomas Kreller | (424) 386-4463 | Milbank, Tweed, Hadley & McCloy, LLP | Interested Party, Ad Hoc Committe All Bond Holders / LIVE |
| Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 8007446 | Sri K. Kuehnlenz | (212) 225-2311 | Cleary Gottlieb Steen & Hamilton | Debtor, Nortel Networks Inc. / LISTEN ONLY |
| Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 8007455 | Esther Lifshitz | (212) 225-2311 | Cleary Gottlieb Steen & Hamilton | Debtor, Nortel Networks Inc. / LISTEN ONLY |
| Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 8007302 | Anthony Loring | (212) 872-1000 | Akin Gump Strauss Hauer & Feld LLP | Creditor, Official Committee of Unsecured creditors / LIVE |
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 8007195 | Daniel A. Lowenthal | (212) 336-2720 | Patterson Belknap Webb & Tyler | Creditor, Law Debenture Trust Company of New York / LISTEN ONLY |

| | | | | | | |
|---|---|---|---|---|---|---|
| Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 8009186 | Vicente Murrell | Pension Benefit Guaranty Corporation | (202) 326-4020 ext. 3580 | Creditor, Pension Benefit Guaranty Corporation / LIVE |
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 8007425 | Brian E. O'Connor | Willkie Farr & Gallagher LLP | 212-728-8000 | Interested Party, UK Pension Trust / LIVE |
| Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 8009147 | Caroline Parker-Beaudrias | Hughes Hubbard & Reed LLP (New York) | (212) 837-6000 | Specially Appearing For, Joint Adminstrators / LIVE |
| Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 8007341 | Steven D. Pohl | Brown Rudnick LLP | (617) 856-8594 | Creditor, Nortel Trade Claim Consortium / LIVE |
| Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 8007418 | Andrew R. Remming | Morris Nichols Arsht & Tunnell LLP | (302) 658-9200 | Debtor, Nortel Networks Inc. / LIVE |
| Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 8007468 | Jason B. Sanjana | Reorg Research, Inc. | (212) 588-8890 | Interested Party, Reorg Research, Inc. / LISTEN ONLY |
| Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 8009211 | Andrew M. Thau | Cantor Fitzgerald | (212) 915-1232 | Interested Party, Cantor Fitzgerald / LISTEN ONLY |
| Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 8007316 | Eric Weiss | Milbank, Tweed, Hadley & McCloy, LLP | (212) 530-5420 | Representing, Ad Hoc Bondholder Group / LIVE |
| Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 (11-5345 4) | Hearing | 8007321 | Christopher M. Samis | Whiteford, Taylor & Preston LLC | (302) 357-3266 | Creditor, Official Committee of Unsecured Creditors / LIVE |