**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| *In re*<br><br>Nortel Networks Inc., *et al*.,<br><br>Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>Jointly Administered |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that copies of the following were served by email on December 3, 2016 and served by mail on December 5, 2016 on the parties identified on the attached service list.

1. Pension Benefit Guaranty Corporation's Amended First Set of Interrogatories to Debtors on their Objection to PBGC's Proofs of Claim.

2. Pension Benefit Guaranty Corporation's Amended First Requests for Production of Documents and Things to Debtors on their Objection to PBGC's Proofs of Claim.

[*This space intentionally left blank*]

Dated: December 5, 2016

/s/ Vicente Matias Murrell
ISRAEL GOLDOWITZ
Chief Counsel
CHARLES L. FINKE
Deputy Chief Counsel
PAULA J. CONNELLY
GARTH D. WILSON
Assistant Chief Counsels
VICENTE MATIAS MURRELL
(MD Bar No. 9806240098)
MARC S. PFEUFFER
SIMON J. TORRES
ELISABETH B. FRY
MELISSA M. HARCLERODE
Attorneys
PENSION BENEFIT GUARANTY
CORPORATION
Office of the Chief Counsel
1200 K Street, N.W., Suite 340
Washington, D.C. 20005-4026
Telephone: (202) 326-4020, ext. 3580
Facsimile: (202) 326-4112

SARAH L. REID
ERIC R. WILSON
BENJAMIN D. FEDER (DE Bar No. 4304)
KELLEY DRYE & WARREN LLP
101 Park Avenue
New York, NY 10178
Telephone: (212) 808-7800
Facsimile: (212) 808-7897