# **<u>EXHIBIT A</u>**

```
******************************************************************************Page 1 of (19)
```

BILLING ATTORNEY: 01762  CHRISTOPHER M. SAMIS

WHITEFORD, TAYLOR & PRESTON
DETAILED  BILLING REPORT
PROFORMA NUMBER: 596896

THRU 11/30/16
AS OF 12/5/2016 12:03:01 PM
LAST DATE BILLED 11/10/16

CLIENT 091281

MATTER 00001
CASE ID

OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
NORTEL NETWORKS, INC.
NORTEL

ADDRESS: OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF NORTEL NETWORKS, INC.
C/O FRED S. HODARA, ESQ.
AKIN GUMP STRAUSS HAUER & FELD, LLP
ONE BRYANT PARK
BANK OF AMERICA TOWER
NEW YORK, NY 10036-6745

INVOICE NUMBER _____   INVOICE DATE ____/____/____

| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 13208207 | 11/01/16 | | CONFER WITH C. MCCLAMB RE CRITICAL DATES CALENDAR. | S1 | | .10 | 01831 | CL | 24.50 | 24.50 |
| 13208215 | 11/01/16 | | REVIEW FEE EXAMINER'S REPORT RE WTP FEE APPLICATIONS. | S19 | | .10 | 01831 | CL | 24.50 | 49.00 |
| 13208216 | 11/01/16 | | CONFER WITH K. GOOD RE STATUS OF COMMITTEE EXHIBIT TO FEE ORDER. | S19 | | .10 | 01831 | CL | 24.50 | 73.50 |
| 13212577 | 11/01/16 | | REVIEW CRITICAL DATES CALENDARS | S1 | | .20 | 01797 | CDM | 66.00 | 139.50 |
| 13212637 | 11/01/16 | | REVIEW REVISED DISCLOSURE STATEMENT AND EXHIBITS | S6 | | 1.70 | 01761 | LKG | 850.00 | 989.50 |
| 13214046 | 11/01/16 | | EMAIL TO M. MADDOX RE: INTERIM FEE HEARING (.1); EMAIL TO C. LANO RE: PREPARATION OF INTERIM FEE EXHIBIT AND CIRCULATION OF SAME TO OTHER PROFESSIONALS (.1) | S20 | | .20 | 01761 | LKG | 100.00 | 1,089.50 |
| 13231000 | 11/01/16 | | REVIEW REVISED DRAFT DISCLOSURE STATEMENT. | S6 | | 1.70 | 01762 | CMS | 901.00 | 1,990.50 |
| 13212988 | 11/02/16 | | EMAIL C. SAMIS AND K. GOOD RE STATUS OF FILING CNO TO WTP 21ST FEE APPLICATION. | S19 | | .10 | 01831 | CL | 24.50 | 2,015.00 |
| 13213023 | 11/02/16 | | REVIEW DOCKET AND PREPARE CNO TO WTP TWENTY-FIRST FEE APPLICATION. | S19 | | .20 | 01831 | CL | 49.00 | 2,064.00 |
| 13213070 | 11/02/16 | | REVIEW/SIGN CNO FOR 21ST WTP MONTHLY FEE APPLICATION (.1) | S19 | | .10 | 01761 | LKG | 50.00 | 2,114.00 |
| 13213073 | 11/02/16 | | REVIEW FEE EXAMINER REPORTS AND REVISE EXHIBIT TO INTERIM FEE ORDER. | S20 | | .50 | 01831 | CL | 122.50 | 2,236.50 |
| 13213083 | 11/02/16 | | FILE CNO TO WTP 21ST FEE APPLICATION. | S19 | | .20 | 01831 | CL | 49.00 | 2,285.50 |
| 13213100 | 11/02/16 | | REVIEW UPDATE ON PLAN TIMING | S6 | | .10 | 01761 | LKG | 50.00 | 2,335.50 |
| 13231021 | 11/02/16 | | REVIEW OCTOBER PRO FORMA FOR ACCURACY AND | S19 | | .80 | 01762 | CMS | 424.00 | 2,759.50 |

BILLING ATTORNEY: 01762  CHRISTOPHER M. SAMIS

WHITEFORD, TAYLOR & PRESTON
DETAILED  BILLING REPORT
PROFORMA NUMBER: 596896

THRU 11/30/16
AS OF 12/5/2016 12:03:01 PM
LAST DATE BILLED 11/10/16

CLIENT 091281        OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
                     NORTEL NETWORKS, INC.
MATTER 00001         NORTEL
CASE ID

| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | CONFIDENTIALITY. | | | | | | | |
| 13231026 | 11/02/16 | | REVIEW COMMITTEE SUPPORT LETTER. | S6 | | .80 | 01762 | CMS | 424.00 | 3,183.50 |
| 13231029 | 11/02/16 | | E-MAIL TO V. MURIELLE RE: ALLOCATION TRANSCRIPTS. | S6 | | .10 | 01762 | CMS | 53.00 | 3,236.50 |
| 13231030 | 11/02/16 | | MEET W/ C. MCCLAMB RE: LOCATING ALLOCATION TRANSCRIPTS. | S6 | | .20 | 01762 | CMS | 106.00 | 3,342.50 |
| 13246408 | 11/02/16 | | REVIEW DEBTORS' OBJECTION TO PBGC CLAIMS | S9 | | 1.30 | 01761 | LKG | 650.00 | 3,992.50 |
| 13250084 | 11/02/16 | | RETRIEVE HEARING TRANSCRIPTS FROM ORAL ARGUMENT | S1 | | .30 | 01797 | CDM | 99.00 | 4,091.50 |
| 13213501 | 11/03/16 | | REVIEW EXHIBIT B TO FORTIETH INTERIM FEE ORDER FOR ACCURACY | S20 | | 1.00 | 01797 | CDM | 330.00 | 4,421.50 |
| 13213541 | 11/03/16 | | EDITS TO EXHIBIT B TO FORTIETH INTERIM FEE ORDER | S20 | | .20 | 01797 | CDM | 66.00 | 4,487.50 |
| 13214043 | 11/03/16 | | REVIEW REVISED PLAN AND DISCLOSURE STATEMENT | S6 | | .80 | 01761 | LKG | 400.00 | 4,887.50 |
| 13214045 | 11/03/16 | | MEETING WITH C. MCCLAMB RE: INTERIM FEE ORDER | S20 | | .10 | 01761 | LKG | 50.00 | 4,937.50 |
| 13231038 | 11/03/16 | | REVIEW OBJECTION TO PBGC CLAIMS. | S9 | | 2.30 | 01762 | CMS | 1,219.00 | 6,156.50 |
| 13231039 | 11/03/16 | | PREPARE FOR WEEKLY COMMITTEE CALL. | S3 | | .50 | 01762 | CMS | 265.00 | 6,421.50 |
| 13231040 | 11/03/16 | | ATTEND WEEKLY COMMITTEE CALL. | S3 | | 1.10 | 01762 | CMS | 583.00 | 7,004.50 |
| 13231051 | 11/03/16 | | E-MAILS TO V. MURRELL AND R. JOHNSON RE: ALLOCATION TRIAL TRANSCRIPTS (.1 X 2). | S6 | | .20 | 01762 | CMS | 106.00 | 7,110.50 |
| 13231056 | 11/03/16 | | E-MAIL TO A. LORING RE: PREPARATION FOR WEEKLY COMMITTEE CALL. | S3 | | .10 | 01762 | CMS | 53.00 | 7,163.50 |
| 13249187 | 11/03/16 | | EDITS TO EXHIBIT B TO INTERIM FEE EXHIBIT FOR CONVERSION AMOUNTS | S20 | | .20 | 01797 | CDM | 66.00 | 7,229.50 |
| 13249368 | 11/03/16 | | EMAILS CIRCULATING EXHIBIT TO INTERIM FEE APPLICATION AND CONFIRMATION OF AMOUNTS | S20 | | .40 | 01797 | CDM | 132.00 | 7,361.50 |

```
************************************************************************************Page 3 of (19)
BILLING ATTORNEY: 01762  CHRISTOPHER M. SAMIS        WHITEFORD, TAYLOR & PRESTON      THRU 11/30/16
                                                     DETAILED  BILLING REPORT        AS OF 12/5/2016 12:03:01 PM
                                                     PROFORMA NUMBER: 596896         LAST DATE BILLED 11/10/16
```

CLIENT 091281          OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
                       NORTEL NETWORKS, INC.
MATTER 00001           NORTEL
CASE ID

| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 13250693 | 11/03/16 | | ATTEND WEEKLY COMMITTEE CALL | S3 | | 1.10 | 01761 | LKG | 550.00 | 7,911.50 |
| 13213867 | 11/04/16 | | REVIEW 11/8/16 AGENDA. | S10 | | .10 | 01831 | CL | 24.50 | 7,936.00 |
| 13213883 | 11/04/16 | | PREPARE 11/8/16 HEARING BINDER. | S10 | | .50 | 01831 | CL | 122.50 | 8,058.50 |
| 13213901 | 11/04/16 | | CONFER WITH C. SAMIS RE 11/8/16 HEARING. | S10 | | .10 | 01831 | CL | 24.50 | 8,083.00 |
| 13213902 | 11/04/16 | | EMAIL C. SAMIS 11/8/16 AGENDA AND CONFER RE TELEPHONIC APPEARANCES. | S10 | | .10 | 01831 | CL | 24.50 | 8,107.50 |
| 13213928 | 11/04/16 | | COORDINATE WITH COURTCALL RE A. LORING'S 11/8/16 TELEPHONIC APPEARANCE. | S10 | | .20 | 01831 | CL | 49.00 | 8,156.50 |
| 13213929 | 11/04/16 | | REVIEW A. LORING'S 11/8/16 TELEPHONIC CONFIRMATION AND FORWARD SAME. | S10 | | .10 | 01831 | CL | 24.50 | 8,181.00 |
| 13213967 | 11/04/16 | | PREPARE AND CIRCULATE DAILY DOCKET DISTRIBUTIONS. | S1 | | 1.20 | 41315 | CM | 240.00 | 8,421.00 |
| 13214144 | 11/04/16 | | FILE AKIN GUMP'S NINETY-SECOND MONTHLY FEE APPLICATION. | S20 | | .40 | 01831 | CL | 98.00 | 8,519.00 |
| 13214145 | 11/04/16 | | CONFER WITH DLS RE SERVICE OF AKIN GUMP'S NINETY-SECOND FEE APPLICATION. | S20 | | .10 | 01831 | CL | 24.50 | 8,543.50 |
| 13214146 | 11/04/16 | | CONFER WITH C. MCCLAMB RE BERKLEY RESEARCH GROUP FEE APPLICATION. | S20 | | .10 | 01831 | CL | 24.50 | 8,568.00 |
| 13214147 | 11/04/16 | | FILE BERKLEY RESEARCH GROUP FEE APPLICATION. | S20 | | .40 | 01831 | CL | 98.00 | 8,666.00 |
| 13214148 | 11/04/16 | | CONFER WITH DLS RE SERVICE OF BERKLEY RESEARCH GROUP FEE APPLICATION. | S20 | | .10 | 01831 | CL | 24.50 | 8,690.50 |
| 13214149 | 11/04/16 | | CONFER WITH C. MCCLAMB RE AKIN GUMP'S FEE APPLICATION. | S20 | | .10 | 01831 | CL | 24.50 | 8,715.00 |
| 13214411 | 11/04/16 | | EMAIL USTRUSTEE AND FEE EXAMINER FILED BRG AND AKIN GUMP FEE APPLICATIONS. | S20 | | .10 | 01831 | CL | 24.50 | 8,739.50 |
| 13231060 | 11/04/16 | | REVIEW FURTHER REVISED PLAN. | S6 | | 1.80 | 01762 | CMS | 954.00 | 9,693.50 |

BILLING ATTORNEY: 01762  CHRISTOPHER M. SAMIS

WHITEFORD, TAYLOR & PRESTON
DETAILED  BILLING REPORT
PROFORMA NUMBER: 596896

THRU 11/30/16
AS OF 12/5/2016 12:03:01 PM
LAST DATE BILLED 11/10/16

CLIENT 091281       OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
                    NORTEL NETWORKS, INC.
MATTER 00001        NORTEL
CASE ID

| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 13231061 | 11/04/16 | | REVIEW REVISED CANADIAN PLAN AND INFORMATION CIRCULAR. | S6 | | 2.50 | 01762 | CMS | 1,325.00 | 11,018.50 |
| 13246342 | 11/04/16 | | REVIEW CHILLMARK SEPTEMBER FEE APPLICATION | S20 | | .20 | 01761 | LKG | 100.00 | 11,118.50 |
| 13246345 | 11/04/16 | | REVIEW FILED PLAN AND DISCLOSURE STATEMENT (1.6); REVIEW FILED SOLICITATION PROCEDURES MOTION (.8); REVIEW MOTION TO SHORTEN NOTICE RE: SAME (.2) | S6 | | 2.60 | 01761 | LKG | 1,300.00 | 12,418.50 |
| 13246346 | 11/04/16 | | REVIEW REVISED COMMITTEE PLAN SUPPORT LETTER | S6 | | .20 | 01761 | LKG | 100.00 | 12,518.50 |
| 13246361 | 11/04/16 | | REVIEW DEBTORS' 46TH OMNIBUS CLAIM OBJECTION | S9 | | .30 | 01761 | LKG | 150.00 | 12,668.50 |
| 13246363 | 11/04/16 | | REVIEW AGENDA FOR 11/8 OMNIBUS HEARING | S10 | | .10 | 01761 | LKG | 50.00 | 12,718.50 |
| 13249199 | 11/04/16 | | REVIEW AKIN'S SEPTEMBER FEE APPLICATION, NOTICE AND CERTIFICATE OF SERVICE | S20 | | .30 | 01797 | CDM | 99.00 | 12,817.50 |
| 13249201 | 11/04/16 | | REVIEW BRG'S FIFTEENTH MONTHLY FEE APPLICATION, NOTICE AND COS | S20 | | .30 | 01797 | CDM | 99.00 | 12,916.50 |
| 13246344 | 11/05/16 | | REVIEW CANADIAN PLAN | S6 | | 2.10 | 01761 | LKG | 1,050.00 | 13,966.50 |
| 13249205 | 11/06/16 | | EMAILS WITH L. ROBERTS RE: EXHIBIT B TO INTERIM FEE ORDER | S20 | | .10 | 01797 | CDM | 33.00 | 13,999.50 |
| 13215265 | 11/07/16 | | CONFER WITH C. MCCLAMB RE SERVICE OF AKIN AND BRG FEE APPLICATIONS. | S20 | | .10 | 01831 | CL | 24.50 | 14,024.00 |
| 13215270 | 11/07/16 | | REVISE CRITICAL DATES CALENDAR. | S1 | | .30 | 01831 | CL | 73.50 | 14,097.50 |
| 13231079 | 11/07/16 | | REVIEW MONITOR'S 31ST REPORT AND AS-FILED VERSION OF CANADIAN PLAN. | S6 | | 1.70 | 01762 | CMS | 901.00 | 14,998.50 |
| 13231080 | 11/07/16 | | REVIEW AS-FILED PLAN AND DISCLOSURE STATEMENT. | S6 | | 1.70 | 01762 | CMS | 901.00 | 15,899.50 |
| 13231084 | 11/07/16 | | E-MAILS TO F. HODARA AND OTHERS RE: UST POTENTIALLY OBJECTING TO DS TIMELINE (.1 X 2). | S6 | | .20 | 01762 | CMS | 106.00 | 16,005.50 |
| 13218251 | 11/08/16 | | CONFER WITH K. GOOD RE CASSELS BROCK'S THIRTIETH | S20 | | .10 | 01831 | CL | 24.50 | 16,030.00 |

```
********************************************************************************Page 5 of (19)
                                    WHITEFORD, TAYLOR & PRESTON    THRU 11/30/16
BILLING ATTORNEY: 01762  CHRISTOPHER M. SAMIS    DETAILED  BILLING REPORT     AS OF 12/5/2016 12:03:01 PM
                                    PROFORMA NUMBER: 596896        LAST DATE BILLED 11/10/16
```

| CLIENT 091281 | OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF |
| | NORTEL NETWORKS, INC. |
| MATTER 00001 | NORTEL |
| CASE ID | |

| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | MONTHLY FEE APPLICATION. | | | | | | | |
| 13218252 | 11/08/16 | | FILE CASSELS BROCK'S THIRTIETH MONTHLY FEE APPLICATION. | S20 | | .30 | 01831 | CL | 73.50 | 16,103.50 |
| 13218253 | 11/08/16 | | CONFER WITH DLS RE SERVICE OF CASSELS BROCK'S THIRTIETH MONTHLY FEE APPLICATION. | S20 | | .10 | 01831 | CL | 24.50 | 16,128.00 |
| 13218255 | 11/08/16 | | EMAIL US TRUSTEE AND FEE EXAMINER FILED CASSELS BROCK'S THIRTIETH MONTHLY FEE APPLICATION. | S20 | | .10 | 01831 | CL | 24.50 | 16,152.50 |
| 13222156 | 11/08/16 | | ATTENDANCE AT OMNIBUS HEARING | S10 | | 1.00 | 01797 | CDM | 330.00 | 16,482.50 |
| 13222157 | 11/08/16 | | HEARING PREPARATION | S10 | | .70 | 01797 | CDM | 231.00 | 16,713.50 |
| 13231107 | 11/08/16 | | RETURN CALLS TO CREDITORS RE: FILING OF PLAN AND DISCLOSURE STATEMENT. | S6 | | .60 | 01762 | CMS | 318.00 | 17,031.50 |
| 13246336 | 11/08/16 | | EMAIL TO M. WUNDER RE: CASSELS BROCK AUGUST MONTHLY FEE APPLICATION (.1); REVIEW SAME (.3); EMAIL X2 TO C. LANO RE: FILING SAME (.1); REVIEW AND SIGN NOTICE AND COS RE: SAME (.1) | S20 | | .60 | 01761 | LKG | 300.00 | 17,331.50 |
| 13250590 | 11/08/16 | | REVIEW MERGIS SEPTEMBER STAFFING REPORT (.3); REVIEW HURON OCTOBER FEE APPLICATION (.4) | S20 | | .70 | 01761 | LKG | 350.00 | 17,681.50 |
| 13249514 | 11/09/16 | | PREPARE AND CIRCULATE DAILY DOCKET DISTRIBUTIONS. | S1 | | 1.70 | 41315 | CM | 340.00 | 18,021.50 |
| 13250536 | 11/09/16 | | REVIEW AGENDA FOR 11/10 COMMITTEE CALL | S3 | | .10 | 01761 | LKG | 50.00 | 18,071.50 |
| 13250580 | 11/09/16 | | REVIEW HURON 31ST QUARTERLY FEE APPLICATION | S20 | | .10 | 01761 | LKG | 50.00 | 18,121.50 |
| 13223152 | 11/10/16 | | ATTEND WEEKLY COMMITTEE CALL | S3 | | .70 | 01761 | LKG | 350.00 | 18,471.50 |
| 13223249 | 11/10/16 | | PREPARE WTP TWENTY-SECOND MONTHLY FEE APPLICATION | S19 | | .40 | 01831 | CL | 98.00 | 18,569.50 |
| 13231126 | 11/10/16 | | PREPARE FOR WEEKLY COMMITTEE CALL. | S3 | | .80 | 01762 | CMS | 424.00 | 18,993.50 |
| 13231127 | 11/10/16 | | PARTICIPATE IN WEEKLY COMMITTEE CALL. | S3 | | .80 | 01762 | CMS | 424.00 | 19,417.50 |

```
BILLING ATTORNEY: 01762  CHRISTOPHER M. SAMIS        WHITEFORD, TAYLOR & PRESTON    THRU 11/30/16
                                                     DETAILED  BILLING REPORT      AS OF 12/5/2016 12:03:01 PM
                                                     PROFORMA NUMBER: 596896       LAST DATE BILLED 11/10/16
```

```
CLIENT 091281            OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
                         NORTEL NETWORKS, INC.
MATTER 00001             NORTEL
CASE ID
```

| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 13250533 | 11/10/16 | | REVIEW BOND PRICE ANALYSIS FROM BRG | S9 | | .10 | 01761 | LKG | 50.00 | 19,467.50 |
| 13250540 | 11/10/16 | | REVIEW GENERAL BENEFICIAL OBJECTION TO DISCLOSURE STATEMENT | S6 | | .10 | 01761 | LKG | 50.00 | 19,517.50 |
| 13250542 | 11/10/16 | | REVIEW PBGC MOTION FOR BRIEFING SCHEDULE (.5); REVIEW MOTION TO SHORTEN RE: SAME (.2) | S16 | | .70 | 01761 | LKG | 350.00 | 19,867.50 |
| 13250560 | 11/10/16 | | REVIEW 28TH QUARTERLY FEE APPLICATION OF JOHN RAY | S20 | | .10 | 01761 | LKG | 50.00 | 19,917.50 |
| 13250694 | 11/10/16 | | ATTEND WEEKLY COMMITTEE CALL | S3 | | .80 | 01761 | LKG | 400.00 | 20,317.50 |
| 13223645 | 11/11/16 | | REVISE WTP TWENTY-THIRD MONTHLY FEE APPLICATION. | S19 | | .80 | 01831 | CL | 196.00 | 20,513.50 |
| 13246380 | 11/11/16 | | REVIEW CANADIAN MOTIONS TO EXTEND TIME FOR CANADIAN ALLOCATION APPEAL | S16 | | .30 | 01761 | LKG | 150.00 | 20,663.50 |
| 13246386 | 11/11/16 | | REVIEW AKIN MEMO RE: DEBTORS' OBJECTION TO PBGC CLAIM | S9 | | .50 | 01761 | LKG | 250.00 | 20,913.50 |
| 13231172 | 11/12/16 | | REVIEW MEMO ON OBJECTION TO PBGC CLAIMS. | S9 | | 2.40 | 01762 | CMS | 1,272.00 | 22,185.50 |
| 13231173 | 11/12/16 | | REVIEW CANADIAN MOTION REGARDING LEAVE TO APPEAL APPLICATIONS TO SUPREME COURT OF CANADA AND RELATED DOCUMENTS. | S6 | | 1.80 | 01762 | CMS | 954.00 | 23,139.50 |
| 13250475 | 11/12/16 | | REVIEW RECOMMENDATIONS FROM CASSELS RE: STAY MOTIONS FOR ALLOCATION APPEAL IN CANADA | S16 | | .20 | 01761 | LKG | 100.00 | 23,239.50 |
| 13225482 | 11/14/16 | | FILE CASSELS BROCK'S THIRTY-FIRST FEE APPLICATION. | S20 | | .40 | 01831 | CL | 98.00 | 23,337.50 |
| 13225483 | 11/14/16 | | CONFER WITH DLS RE SERVICE OF CASSELS BROCK'S THIRTY-FIRST FEE APPLICATION. | S20 | | .10 | 01831 | CL | 24.50 | 23,362.00 |
| 13225487 | 11/14/16 | | REVISE CRITICAL DATES CALENDAR. | S1 | | .30 | 01831 | CL | 73.50 | 23,435.50 |
| 13232073 | 11/14/16 | | EMAILS WITH K. GOOD RE: FEE EXHIBIT TO INTERIM FEE ORDER | S20 | | .10 | 01797 | CDM | 33.00 | 23,468.50 |

| | | WHITEFORD, TAYLOR & PRESTON | THRU 11/30/16 |
|---|---|---|---|
| BILLING ATTORNEY: 01762  CHRISTOPHER M. SAMIS | | DETAILED  BILLING REPORT | AS OF 12/5/2016 12:03:01 PM |
| | | PROFORMA NUMBER: 596896 | LAST DATE BILLED 11/10/16 |

CLIENT 091281        OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
                     NORTEL NETWORKS, INC.
MATTER 00001         NORTEL
CASE ID

| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 13232087 | 11/14/16 | | REVIEW CASSELS BROCK SEPTEMBER MONTHLY FEE APPLICATION (.3); EMAIL TO C. LANO RE: DRAFTING NOTICE AND COS RE: SAME (.1); REVIEW/SIGN SAME (.1); EMAIL TO C. LANO RE: FILING AND SERVICE OF SAME (.1) | S20 | | .60 | 01761 | LKG | 300.00 | 23,768.50 |
| 13250468 | 11/14/16 | | EMAIL TO C. MCCLAMB RE: INTERIM FEE ORDER EXHIBIT (.1); REVIEW SAME (.3); EMAIL TO M. MADDOX RE: SAME (.1) | S20 | | .50 | 01761 | LKG | 250.00 | 24,018.50 |
| 13227729 | 11/15/16 | | FINALIZE WTP TWENTY-SECOND MONTHLY FEE APPLICATION. | S19 | | .40 | 01831 | CL | 98.00 | 24,116.50 |
| 13227730 | 11/15/16 | | CONFER WITH K.GOOD RE WTP TWENTY-SECOND MONTHLY FEE APPLICATION. | S19 | | .10 | 01831 | CL | 24.50 | 24,141.00 |
| 13232241 | 11/15/16 | | REVIEW/REVISE WTP OCTOBER FEE APPLICATION (.4); MEETING WITH C. LANO RE: REVISIONS TO SAME (.1) | S19 | | .50 | 01761 | LKG | 250.00 | 24,391.00 |
| 13232269 | 11/15/16 | | REVIEW SEPTEMBER MOR | S12 | | .30 | 01761 | LKG | 150.00 | 24,541.00 |
| 13249123 | 11/15/16 | | EAMIL TO M. WUNDER RE: CASSELS BROCK SEPTEMBER FEE APPLICATION | S20 | | .10 | 01761 | LKG | 50.00 | 24,591.00 |
| 13250431 | 11/15/16 | | REVIEW CANADIAN CONSENT MOTION FOR EXTENSION OF TIME ON ALLOCATION APPEAL (.2) | S16 | | .20 | 01761 | LKG | 100.00 | 24,691.00 |
| 13250445 | 11/15/16 | | REVIEW BONDHOLDER JOINDER TO DEBTORS' OBJECTION TO PBGC CLAIMS (.1) | S9 | | .10 | 01761 | LKG | 50.00 | 24,741.00 |
| 13231304 | 11/16/16 | | E-MAILS TO A. LORING AND C. MCCLAMB RE: PAYMENT OF PROFESSIONAL FEES (.1 X 4). | S20 | | .40 | 01762 | CMS | 212.00 | 24,953.00 |
| 13248747 | 11/16/16 | | REVIEW MNAT OCTOBER FEE APPLICATION | S20 | | .20 | 01761 | LKG | 100.00 | 25,053.00 |
| 13248952 | 11/16/16 | | REVIEW TRADE CONSORTIUM JOINDER TO DEBTORS' OBJECTION TO PBGC CLAIMS | S9 | | .10 | 01761 | LKG | 50.00 | 25,103.00 |
| 13229746 | 11/17/16 | | CONFER WITH C. MCCLAMB RE 11/22/16 HEARING AND AGENDA. | S10 | | .10 | 01831 | CL | 24.50 | 25,127.50 |

```
BILLING ATTORNEY: 01762  CHRISTOPHER M. SAMIS        WHITEFORD, TAYLOR & PRESTON      THRU 11/30/16
                                                     DETAILED  BILLING REPORT        AS OF 12/5/2016 12:03:01 PM
                                                     PROFORMA NUMBER: 596896         LAST DATE BILLED 11/10/16
```

CLIENT 091281          OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
                       NORTEL NETWORKS, INC.
MATTER 00001           NORTEL
CASE ID

| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 13231258 | 11/17/16 | | PREPARE FOR WEEKLY COMMIMTTEE CALL. | S3 | | 1.20 | 01762 | CMS | 636.00 | 25,763.50 |
| 13231259 | 11/17/16 | | PARTICIPATE IN WEEKLY COMMITTEE CALL. | S3 | | 1.00 | 01762 | CMS | 530.00 | 26,293.50 |
| 13247772 | 11/17/16 | | REVIEW TORYS 24TH QUARTERLY FEE APPLICATION | S20 | | .10 | 01761 | LKG | 50.00 | 26,343.50 |
| 13247803 | 11/17/16 | | REVIEW MNAT 31ST QUARTERLY FEE APPLICATION | S20 | | .10 | 01761 | LKG | 50.00 | 26,393.50 |
| 13250695 | 11/17/16 | | ATTEND WEEKLY COMMITTEE CALL | S3 | | 1.00 | 01761 | LKG | 500.00 | 26,893.50 |
| 13231280 | 11/18/16 | | E-MAIL TO F. HODARA AND C. MCCLAMB RE: PRO SE RESPONSE TO DISCLOSURE STATEMENT (.1 X 3). | S6 | | .30 | 01762 | CMS | 159.00 | 27,052.50 |
| 13233520 | 11/18/16 | | REVIEW E. PITT PRO SE OBJECTION TO DISCLOSURE STATEMENT | S6 | | .10 | 01761 | LKG | 50.00 | 27,102.50 |
| 13233574 | 11/18/16 | | REVIEW 11/22/16 AGENDA. | S10 | | .10 | 01831 | CL | 24.50 | 27,127.00 |
| 13233599 | 11/18/16 | | COORDINATE WITH COURTCALL RE 11/22/16 TELEPHONIC APPEARANCES FOR A. LORING, J. BOROW, M. WUNDER, AND G. BOOTHMAN. | S10 | | .40 | 01831 | CL | 98.00 | 27,225.00 |
| 13233622 | 11/18/16 | | REVIEW A. LORING'S CONFIRMATION AND FORWARD SAME. | S10 | | .10 | 01831 | CL | 24.50 | 27,249.50 |
| 13246301 | 11/18/16 | | EMAIL TO C. MCCLAMB RE: NORTEL FEE EXHIBIT | S20 | | .10 | 01761 | LKG | 50.00 | 27,299.50 |
| 13246308 | 11/18/16 | | REVIEW SNMP OBJECTION TO DISCLOSURE STATEMENT | S6 | | .60 | 01761 | LKG | 300.00 | 27,599.50 |
| 13246309 | 11/18/16 | | REVIEW PBGC OBJECTION TO DISCLOSURE STATEMENT | S6 | | .30 | 01761 | LKG | 150.00 | 27,749.50 |
| 13246310 | 11/18/16 | | REVIEW TRADE CONSORTIUM OBJECTION TO DISCLOSURE STATEMENT | S6 | | .70 | 01761 | LKG | 350.00 | 28,099.50 |
| 13246315 | 11/18/16 | | REVIEW AGENDA FOR 11/22 HEARING | S10 | | .10 | 01761 | LKG | 50.00 | 28,149.50 |
| 13247648 | 11/18/16 | | CONFER WITH C. MCCLAMB RE STATUS OF 11/22/16 HEARING. | S10 | | .10 | 01831 | CL | 24.50 | 28,174.00 |
| 13235835 | 11/21/16 | | CONFER WITH C.MCCLAMB RE SERVICE OF JOINDER TO DEFENDANTS' OBJECTION TO PBGC'S PROOF OF CLAIMS. | S9 | | .20 | 01831 | CL | 49.00 | 28,223.00 |

```
*******************************************************************************Page 9 of (19)
                                            WHITEFORD, TAYLOR & PRESTON      THRU 11/30/16
BILLING ATTORNEY: 01762  CHRISTOPHER M. SAMIS    DETAILED  BILLING REPORT    AS OF 12/5/2016 12:03:01 PM
                                            PROFORMA NUMBER: 596896          LAST DATE BILLED 11/10/16
```

CLIENT 091281        OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
                     NORTEL NETWORKS, INC.
MATTER 00001         NORTEL
CASE ID

| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 13235836 | 11/21/16 | | REVIEW DOCKET AND PREPARE SERVICE LIST RE SERVICE OF JOINDER TO DEFENDANTS' OBJECTION TO PBGC'S PROOF OF CLAIMS. | S9 | | .60 | 01831 | CL | 147.00 | 28,370.00 |
| 13235837 | 11/21/16 | | REVIEW AMENDED 11/22/16 AGENDA. | S10 | | .10 | 01831 | CL | 24.50 | 28,394.50 |
| 13235838 | 11/21/16 | | CONFER WITH DLS RE SERVICE OF JOINDER. | S9 | | .10 | 01831 | CL | 24.50 | 28,419.00 |
| 13235839 | 11/21/16 | | PREPARE SUPPLEMENTAL 11/22/16 HEARING BINDER. | S10 | | 1.40 | 01831 | CL | 343.00 | 28,762.00 |
| 13235841 | 11/21/16 | | CONFER WITH K. GOOD RE PREPARATION OF 11/22/16 HEARING DOCUMENTS. | S10 | | .10 | 01831 | CL | 24.50 | 28,786.50 |
| 13236987 | 11/21/16 | | REVIEW TRADE CONSORTIUM OBJECTION TO DISCLOSURE STATEMENT. | S6 | | 1.20 | 01762 | CMS | 636.00 | 29,422.50 |
| 13236988 | 11/21/16 | | REVIEW PBGC OBJECTION TO DISCLOSURE STATEMENT. | S6 | | .80 | 01762 | CMS | 424.00 | 29,846.50 |
| 13236989 | 11/21/16 | | REVIEW SNMP OBJECTION TO DISCLOSURE STATEMENT. | S6 | | 1.10 | 01762 | CMS | 583.00 | 30,429.50 |
| 13236990 | 11/21/16 | | REVIEW DEBTORS OPPOSITION TO PBGC SUMMARY JUDGMENT SCHEDULE. | S6 | | .80 | 01762 | CMS | 424.00 | 30,853.50 |
| 13236993 | 11/21/16 | | REVIEW JOINDER TO DEBTORS OPPOSITION TO PBGC SUMMARY JUDGMENT SCHEDULE. | S6 | | .20 | 01762 | CMS | 106.00 | 30,959.50 |
| 13238549 | 11/21/16 | | REVIEW AGENDA FOR 11/22 HEARING (.1); EMAIL TO C. LANO RE: PREPARATION FOR SAME (.1); MEETING WITH C. SAMIS RE: SAME (.1) | S10 | | .30 | 01761 | LKG | 150.00 | 31,109.50 |
| 13238566 | 11/21/16 | | REVIEW AND PREPARE COMMITTEE'S JOINDER TO DEBTORS' OBJECTION FOR FILING | S1 | | .20 | 01797 | CDM | 66.00 | 31,175.50 |
| 13240296 | 11/21/16 | | REVIEW DEBTORS' OPPOSITION TO PBGC REQUEST FOR BRIEFING SCHEDULE (.8) | S6 | | .80 | 01761 | LKG | 400.00 | 31,575.50 |
| 13237580 | 11/22/16 | | REVISE CRITICAL DATES CALENDAR. | S1 | | .20 | 01831 | CL | 49.00 | 31,624.50 |
| 13238964 | 11/22/16 | | PREPARE FOR 11/22 HEARING (.5); ATTEND 11/22 HEARING (1.4) | S10 | | 1.90 | 01761 | LKG | 950.00 | 32,574.50 |

BILLING ATTORNEY: 01762  CHRISTOPHER M. SAMIS

WHITEFORD, TAYLOR & PRESTON
DETAILED  BILLING REPORT
PROFORMA NUMBER: 596896

THRU 11/30/16
AS OF 12/5/2016 12:03:01 PM
LAST DATE BILLED 11/10/16

CLIENT 091281

MATTER 00001
CASE ID

OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
NORTEL NETWORKS, INC.
NORTEL

| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 13238987 | 11/22/16 | | REVIEW CLEARY GOTTLIEB OCTOBER FEE APPLICATION (.2); REVIEW MERGIS MONTHLY STAFFING REPORT (.2) | S20 | | .40 | 01761 | LKG | 200.00 | 32,774.50 |
| 13246248 | 11/22/16 | | EMAIL X3 TO C. LANO, C. SAMIS RE: HEARING DATES FOR PBCG CLAIM HEARING AND 11/22 HEARING | S10 | | .20 | 01761 | LKG | 100.00 | 32,874.50 |
| 13237020 | 11/23/16 | | PREPARE FOR WEEKLY COMMITTEE CALL. | S3 | | 1.40 | 01762 | CMS | 742.00 | 33,616.50 |
| 13237021 | 11/23/16 | | PARTICIPATE IN WEEKLY COMMITTEE CALL. | S3 | | 1.00 | 01762 | CMS | 530.00 | 34,146.50 |
| 13237028 | 11/23/16 | | E-MAILS TO F. HODARA, D. BOTTER, R. JOHNSON, V. MURRELL AND T. MINOTT RE: TRANSCRIPT REQUEST (.1 X 5). | S10 | | .50 | 01762 | CMS | 265.00 | 34,411.50 |
| 13237029 | 11/23/16 | | REVIEW 11/22/16 HEARING TRANSCRIPT. | S10 | | 1.00 | 01762 | CMS | 530.00 | 34,941.50 |
| 13237031 | 11/23/16 | | REVIEW D. ABBOTT CORRESPONDENCE UPDATING THIRD CIRCUIT ON CASE STATUS. | S16 | | .20 | 01762 | CMS | 106.00 | 35,047.50 |
| 13237032 | 11/23/16 | | REVIEW JOINT STATUS REPORT ON PPI APPEAL. | S16 | | .30 | 01762 | CMS | 159.00 | 35,206.50 |
| 13237716 | 11/23/16 | | ATTEND NORTEL COMMITTEE CALL | S3 | | 1.00 | 01761 | LKG | 500.00 | 35,706.50 |
| 13245417 | 11/23/16 | | REVIEW SNMP MOTION TO AMEND CLAIMS AND DECLARATION IN SUPPORT | S9 | | .90 | 01761 | LKG | 450.00 | 36,156.50 |
| 13245418 | 11/23/16 | | REVIEW JOINDER AND RESERVATION OF RIGHTS OF LSI RE: TRADE CONSORTIUM OBJECTION TO PLAN AND DS | S6 | | .10 | 01761 | LKG | 50.00 | 36,206.50 |
| 13245421 | 11/23/16 | | REVIEW DRAFT LETTER TO THIRD CIRCUIT RE: ALLOCATION APPEAL | S16 | | .20 | 01761 | LKG | 100.00 | 36,306.50 |
| 13245422 | 11/23/16 | | REVIEW CHILLMARK OCTOBER FEE APPLICATION | S20 | | .20 | 01761 | LKG | 100.00 | 36,406.50 |
| 13240155 | 11/28/16 | | REVIEW CANADIAN PLAN VOTING AND POST-CCAA BAR DATE MOTION AND RELATED MONITOR'S REPORT. | S6 | | 2.70 | 01762 | CMS | 1,431.00 | 37,837.50 |
| 13240168 | 11/28/16 | | E-MAIL TO R. JOHNSON RE: DEADLINE TO FILE REPLIES TO DISCLOSURE STATEMENT. | S6 | | .10 | 01762 | CMS | 53.00 | 37,890.50 |

BILLING ATTORNEY: 01762  CHRISTOPHER M. SAMIS

WHITEFORD, TAYLOR & PRESTON
DETAILED  BILLING REPORT
PROFORMA NUMBER: 596896

THRU 11/30/16
AS OF 12/5/2016 12:03:01 PM
LAST DATE BILLED 11/10/16

CLIENT 091281        OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
                     NORTEL NETWORKS, INC.
MATTER 00001         NORTEL
CASE ID

| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 13240169 | 11/28/16 | | REVIEW TIMING ORDERS ON DISCLOSURE STATEMENT FOR MODIFICATION OF REPLY DEADLINE. | S6 | | .20 | 01762 | CMS | 106.00 | 37,996.50 |
| 13240522 | 11/28/16 | | CALL FROM F. HODARA RE: PREPARATION FOR 12/1/16 HEARING. | S10 | | .20 | 01762 | CMS | 106.00 | 38,102.50 |
| 13242131 | 11/28/16 | | REVIEW CRITICAL DATES CALENDAR | S1 | | .10 | 01761 | LKG | 50.00 | 38,152.50 |
| 13242136 | 11/28/16 | | REVIEW BONDHOLDER GROUP REPLY TO TRADE CONSORTIUM OBJECTION TO PLAN (.2) | S6 | | .20 | 01761 | LKG | 100.00 | 38,252.50 |
| 13242138 | 11/28/16 | | EMAIL TO M. WUNDER RE: 12/1 HEARING (.1); EMAIL TO C. LANO RE PREPARATION FOR SAME (.1) | S10 | | .20 | 01761 | LKG | 100.00 | 38,352.50 |
| 13242139 | 11/28/16 | | REVIEW CANADIAN MOTION RECORD RE: POST FILING CLAIMS BAR DATE | S9 | | 1.10 | 01761 | LKG | 550.00 | 38,902.50 |
| 13242140 | 11/28/16 | | REVIEW 56TH MONTHLY FEE APPLICATION OF E&Y (.2); REVIEW 31ST QUARTERLY FEE APPLICATION OF E&Y (.1) | S20 | | .30 | 01761 | LKG | 150.00 | 39,052.50 |
| 13242141 | 11/28/16 | | REVIEW DEBTORS' REPLY IN SUPPORT OF DISCLOSURE STATEMENT | S6 | | .80 | 01761 | LKG | 400.00 | 39,452.50 |
| 13242144 | 11/28/16 | | EMAIL X2 TO A. LORING RE: CNOS FOR AKIN GUMP FEE APPLICATIONS (.1); EMAIL TO C. LANO, C. MCCLAMB RE: SAME (.1) | S20 | | .20 | 01761 | LKG | 100.00 | 39,552.50 |
| 13242254 | 11/28/16 | | REVISE CRITICAL DATES CALENDAR. | S1 | | .40 | 01831 | CL | 98.00 | 39,650.50 |
| 13242256 | 11/28/16 | | MEETING WITH C. SAMIS, K. GOOD, S. GERALD, AND C. MCCLAMB RE STATUS OF CASE. | S1 | | .20 | 01831 | CL | 49.00 | 39,699.50 |
| 13242265 | 11/28/16 | | PREPARE 12/1/16 HEARING BINDERS. | S10 | | 2.30 | 01831 | CL | 563.50 | 40,263.00 |
| 13249172 | 11/28/16 | | DRAFT CNO FOR AKIN 91ST FEE APPLICATION | S20 | | .40 | 01797 | CDM | 132.00 | 40,395.00 |
| 13250696 | 11/28/16 | | REVIEW CANADIAN PLAN VOTING MOTION | S6 | | 1.00 | 01761 | LKG | 500.00 | 40,895.00 |
| 13242818 | 11/29/16 | | REVIEW DEBTORS' REPLY TO DISCLOSURE STATEMENT OBJECTIONS. | S6 | | 1.60 | 01762 | CMS | 848.00 | 41,743.00 |

BILLING ATTORNEY: 01762  CHRISTOPHER M. SAMIS

WHITEFORD, TAYLOR & PRESTON
DETAILED  BILLING REPORT
PROFORMA NUMBER: 596896

THRU 11/30/16
AS OF 12/5/2016 12:03:01 PM
LAST DATE BILLED 11/10/16

---

CLIENT 091281          OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
                       NORTEL NETWORKS, INC.
MATTER 00001           NORTEL
CASE ID

---

| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 13242819 | 11/29/16 | | REVIEW PBGC MOTION TO EXTEND DATE OF EVIDENTIARY HEARING AND RELATED MOTION TO SHORTEN. | S6 | | 1.20 | 01762 | CMS | 636.00 | 42,379.00 |
| 13242829 | 11/29/16 | | REVIEW SECOND JOINT STATUS REPORT IN PPI APPEAL. | S16 | | .20 | 01762 | CMS | 106.00 | 42,485.00 |
| 13243386 | 11/29/16 | | REVIEW PBGC MOTION TO EXTEND EVIDENTIARY TRIAL DATE (.2); REVIEW MOTION TO SHORTEN RE: SAME (.2); REVIEW ENTERED ORDER SETTING HEARING ON SAME FOR 12/2 (.1); EMAIL TO C. LANO, C. SAMIS RE: SAME (.1). | S16 | | .60 | 01761 | LKG | 300.00 | 42,785.00 |
| 13243387 | 11/29/16 | | MEETING WITH C. LANO RE: WTP OCTOBER FEE APPLICATION (.1); REVIEW SAME (.1); EMAIL TO C. LANO RE: FILING SAME (.1); REVIEW WTP 8TH INTERIM FEE APPLICATION (.3) | S19 | | .60 | 01761 | LKG | 300.00 | 43,085.00 |
| 13243388 | 11/29/16 | | REVIEW DEBTORS' PROPOSED PLAN MODIFICATIONS | S6 | | .40 | 01761 | LKG | 200.00 | 43,285.00 |
| 13243395 | 11/29/16 | | REVIEW AKIN GUMP SEPTEMBER FEE APPLICATION CNO FOR FILING (.1); REVIEW BRG AUGUST CNO FOR FILING (.1); EMAIL TO C. LANO RE: FILING SAME (.1); EMAIL TO A. LORING RE: SAME (.1); REVIEW AKIN GUMP FEE APPLICATION (.3); REVIEW NOTICE AND COS FOR SAME (.1); EMAIL X2 TO C. LANO RE: FILING AND SERVICE OF SAME (.2); REVIEW CASSELS BROCK OCTOBER FEE APPLICATION FOR FILING (.3); REVIEW NOTICE AND COS FOR SAME (.1); EMAIL X2 TO C. LANO RE: FILING SAME (.1); EMAIL TO M. WUNDER RE: SAME (.1); REVIEW BRG SEPTEMBER FEE APPLICATION FOR FILING (.3); EMAIL TO A. LORING RE: SAME (.1); EMAIL TO C. LANO RE: FILING SAME (.1); REVIEW BRG OCTOBER FEE APPLICATION FOR FILING (.3); EMAIL TO A. LORING RE: SAME (.1); EMAIL X2 TO C. LANO RE: SAME (.1) | S20 | | 2.60 | 01761 | LKG | 1,300.00 | 44,585.00 |
| 13243396 | 11/29/16 | | REVIEW INNINGS TELECOMM MOTION TO AMEND CLAIM (.3); REVIEW DECLARATION IN SUPPORT OF SAME (.3) | S9 | | .60 | 01761 | LKG | 300.00 | 44,885.00 |
| 13243398 | 11/29/16 | | REVIEWS AGENDA CANCELING 12/6 HEARING (.1) REVIEW AGENDA FOR 12/1 HEARING (.1) | S10 | | .20 | 01761 | LKG | 100.00 | 44,985.00 |

```
                                        WHITEFORD, TAYLOR & PRESTON     THRU 11/30/16
BILLING ATTORNEY: 01762  CHRISTOPHER M. SAMIS     DETAILED  BILLING REPORT     AS OF 12/5/2016 12:03:01 PM
                                        PROFORMA NUMBER: 596896        LAST DATE BILLED 11/10/16
```

CLIENT 091281          OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
                       NORTEL NETWORKS, INC.
MATTER 00001           NORTEL
CASE ID

| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 13243399 | 11/29/16 | | REVIEW 31ST QUARTERLY FEE APPLICATION OF CLEARY GOTTLIEB (.1) ; REVIEW 26TH QUARTERLY FEE APPLICATION OF RLKS (.1) | S20 | | .20 | 01761 | LKG | 100.00 | 45,085.00 |
| 13243400 | 11/29/16 | | REVIEW PROPOSED DISCLOSURE STATEMENT ORDER (.8) | S6 | | .80 | 01761 | LKG | 400.00 | 45,485.00 |
| 13243401 | 11/29/16 | | REVIEW AMENDED PLAN AND DISCLOSURE STATEMENT (.6) | S6 | | .60 | 01761 | LKG | 300.00 | 45,785.00 |
| 13243451 | 11/29/16 | | REVIEW STATUS REPORT RE: PPI APPEAL (.1); EMAIL TO R. JOHNSON RE: SAME (.1); EMAIL TO T. MINOTT RE: SAME (.1) | S16 | | .30 | 01761 | LKG | 150.00 | 45,935.00 |
| 13244501 | 11/29/16 | | COORDINATE WITH COURTCALL RE M. WUNDER'S 12/1/16 TELEPHONIC APPEARANCE. | S10 | | .20 | 01831 | CL | 49.00 | 45,984.00 |
| 13244502 | 11/29/16 | | REVIEW M. WUNDER'S TELEPHONIC CONFIRMATION AND FORWARD SAME. | S10 | | .10 | 01831 | CL | 24.50 | 46,008.50 |
| 13244503 | 11/29/16 | | CONFER WITH K. GOOD RE CNOS FOR AKIN GUMP AND BRG. | S20 | | .10 | 01831 | CL | 24.50 | 46,033.00 |
| 13244504 | 11/29/16 | | REVIEW DOCKET AND PREPARE CNO RE AKIN GUMP'S NINETY-SECOND MONTHLY FEE APPLICATION. | S20 | | .30 | 01831 | CL | 73.50 | 46,106.50 |
| 13244505 | 11/29/16 | | REVIEW DOCKET AND PREPARE CNO RE BRG'S FIFTEENTH MONTHLY FEE APPLICATION. | S20 | | .30 | 01831 | CL | 73.50 | 46,180.00 |
| 13244506 | 11/29/16 | | FILE WTP TWENTY-SECOND MONTHLY FEE APPLICATION. | S19 | | .50 | 01831 | CL | 122.50 | 46,302.50 |
| 13244507 | 11/29/16 | | REVISE WTP SEVENTH INTERIM FEE APPLICATION. | S19 | | .20 | 01831 | CL | 49.00 | 46,351.50 |
| 13244509 | 11/29/16 | | REVIEW 12/1/16 AGENDA. | S10 | | .10 | 01831 | CL | 24.50 | 46,376.00 |
| 13244510 | 11/29/16 | | CONTINUATION OF PREPARING 12/1/16 HEARING BINDERS. | S10 | | 2.40 | 01831 | CL | 588.00 | 46,964.00 |
| 13244511 | 11/29/16 | | REVIEW ORDER SCHEDULING 12/2/16 TELEPHONIC HEARING. | S10 | | .10 | 01831 | CL | 24.50 | 46,988.50 |
| 13244512 | 11/29/16 | | CONFER WITH K. GOOD RE 12/2/16 TELEPHONIC | S10 | | .10 | 01831 | CL | 24.50 | 47,013.00 |

```
BILLING ATTORNEY: 01762  CHRISTOPHER M. SAMIS      WHITEFORD, TAYLOR & PRESTON    THRU 11/30/16
                                                   DETAILED  BILLING REPORT       AS OF 12/5/2016 12:03:01 PM
                                                   PROFORMA NUMBER: 596896        LAST DATE BILLED 11/10/16
```

```
CLIENT 091281          OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
                       NORTEL NETWORKS, INC.
MATTER 00001           NORTEL
CASE ID
```

| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | APPEARANCES. | | | | | | | |
| 13244513 | 11/29/16 | | COORDINATE WITH COURTCALL RE D. BOTTER'S, F. HODARA'S, A. LORING'S, AND C. SAMIS' 12/2/16 TELEPHONIC APPEARANCES. | S10 | | .40 | 01831 | CL | 98.00 | 47,111.00 |
| 13244514 | 11/29/16 | | FILE BRG'S SIXTEENTH MONTHLY FEE APPLICATION. | S20 | | .40 | 01831 | CL | 98.00 | 47,209.00 |
| 13244515 | 11/29/16 | | FILE WTP EIGHTH INTERIM FEE APPLICATION REQUEST. | S19 | | .30 | 01831 | CL | 73.50 | 47,282.50 |
| 13244518 | 11/29/16 | | FILE CASSELS BROCK'S THIRTY-SECOND MONTHLY FEE APPLICATION. | S20 | | .30 | 01831 | CL | 73.50 | 47,356.00 |
| 13244519 | 11/29/16 | | CONFER WITH DLS RE SERVICE OF AKIN, BRG, AND CASSELS BROCK'S MONTHLY FEE APPLICATION. | S20 | | .20 | 01831 | CL | 49.00 | 47,405.00 |
| 13244520 | 11/29/16 | | CONFER WITH K. GOOD RE STATUS OF WTP TWENTY-SECOND MONTHLY FEE APPLICATION. | S19 | | .10 | 01831 | CL | 24.50 | 47,429.50 |
| 13244521 | 11/29/16 | | CONFER WITH DLS RE SERVICE OF WTP TWENTY-SECOND MONTHLY FEE APPLICATION. | S19 | | .10 | 01831 | CL | 24.50 | 47,454.00 |
| 13244522 | 11/29/16 | | FILE AKIN GUMP'S NINETY-THIRD MONTHLY FEE APPLICATION. | S20 | | .30 | 01831 | CL | 73.50 | 47,527.50 |
| 13244538 | 11/29/16 | | COORDINATE WITH COURTCALL RE R. JOHNSON'S 12/1/16 TELEPHONIC APPEARANCE. | S10 | | .20 | 01831 | CL | 49.00 | 47,576.50 |
| 13244539 | 11/29/16 | | REVIEW R. JOHNSON'S 12/1/16 TELEPHONIC CONFIRMATION AND FORWARD SAME. | S10 | | .10 | 01831 | CL | 24.50 | 47,601.00 |
| 13244540 | 11/29/16 | | REVISE CRITICAL DATES CALENDAR. | S1 | | .20 | 01831 | CL | 49.00 | 47,650.00 |
| 13244541 | 11/29/16 | | FILE BRG'S SEVENTEENTH MONTHLY FEE APPLICATION. | S20 | | .40 | 01831 | CL | 98.00 | 47,748.00 |
| 13244542 | 11/29/16 | | FILE CNO RE AKIN GUMP'S NINETY-SECOND MONTHLY FEE APPLICATION. | S20 | | .20 | 01831 | CL | 49.00 | 47,797.00 |
| 13244543 | 11/29/16 | | REVIEW DOCKET AND PREPARE CNO RE BRG'S FIFTEENTH MONTHLY FEE APPLICATION. | S20 | | .20 | 01831 | CL | 49.00 | 47,846.00 |

BILLING ATTORNEY: 01762  CHRISTOPHER M. SAMIS

WHITEFORD, TAYLOR & PRESTON
DETAILED  BILLING REPORT
PROFORMA NUMBER: 596896

THRU 11/30/16
AS OF 12/5/2016 12:03:01 PM
LAST DATE BILLED 11/10/16

---

CLIENT 091281

MATTER 00001
CASE ID

OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
NORTEL NETWORKS, INC.
NORTEL

---

| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 13246318 | 11/30/16 | | EMAIL TO M. WUNDER RE: CASSELS BROCK INTERIM APPLICATION (.1); EMAIL X2 TO C. LANO RE: FILING SAME (.1); REVIEW SAME (.1) | S20 | | .30 | 01761 | LKG | 150.00 | 47,996.00 |
| 13246319 | 11/30/16 | | EMAIL TO A. LORING RE: AKIN GUMP INTERIM APPLICATION (.1); EMAIL X2 TO C. LANO RE: FILING SAME (.1); REVIEW SAME (.1) | S20 | | .30 | 01761 | LKG | 150.00 | 48,146.00 |
| 13246320 | 11/30/16 | | EMAIL TO C. LANO RE: ASHURST FEE APPLICATION STATUS (.1); EMAIL TO A. LORING RE: SAME (.1); EMAIL X2 TO I. KHAN, L. ROBERTS RE: SAME (.2); REVIEW ASHURST OCTOBER MONTHLY FEE APPLICATION (.3); EMAIL TO C. LANO RE: FILING SAME (.1); REVIEW ASHURST INTERIM FEE APPLICATION (.1); EMAIL TO C. LANO RE: FILING SAME (.1) | S20 | | 1.00 | 01761 | LKG | 500.00 | 48,646.00 |
| 13246321 | 11/30/16 | | EMAIL TO A. LORING RE: BRG INTERIM APPLICATION (.1); EMAIL X2 TO C. LANO RE: FILING SAME (.1); REVIEW SAME (.1) | S20 | | .30 | 01761 | LKG | 150.00 | 48,796.00 |
| 13246324 | 11/30/16 | | REVIEW AMENDED AGENDA FOR 12/1 HEARING (.1); EMAIL TO C. LANO RE: PREPARATION FOR 12/1 HEARING (.1) | S10 | | .20 | 01761 | LKG | 100.00 | 48,896.00 |
| 13246326 | 11/30/16 | | REVIEW PUNTER SOUTHALL FINAL FEE APPLICATION (.3); REVIEW CHILMARK 27TH QUARTERLY FEE APPLICATION (.1) | S20 | | .40 | 01761 | LKG | 200.00 | 49,096.00 |
| 13246329 | 11/30/16 | | REVIEW NORTEL TRADE CLAIM CONSORTIUM'S (I) MOTION FOR RECONSIDERATION AND VACATION OF THE BANKRUPTCY COURT'S DECEMBER 18, 2014 PPI SETTLEMENT ORDER AND (II) OBJECTION TO CROSSOVER BONDS CLAIMS | S9 | | .70 | 01761 | LKG | 350.00 | 49,446.00 |
| 13246489 | 11/30/16 | | REVIEW AS-FILED AMENDED PLAN, DISCLOSURE STATEMENT AND RELATED DOCUMENTS. | S6 | | 2.30 | 01762 | CMS | 1,219.00 | 50,665.00 |
| 13246493 | 11/30/16 | | E-MAILS TO D. BOTTER RE: PREPARATION FOR 12/1/16 HEARING (.1 X 2). | S10 | | .20 | 01762 | CMS | 106.00 | 50,771.00 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
BILLING ATTORNEY: 01762  CHRISTOPHER M. SAMIS

WHITEFORD, TAYLOR & PRESTON          THRU 11/30/16
DETAILED  BILLING REPORT            AS OF 12/5/2016 12:03:01 PM
PROFORMA NUMBER: 596896             LAST DATE BILLED 11/10/16

CLIENT 091281          OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
                       NORTEL NETWORKS, INC.
MATTER 00001           NORTEL
CASE ID

| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 13246494 | 11/30/16 | | E-MAILS TO C. LANO RE: PREPARATIONS FOR 12/1/16 HEARING (.1 X 2). | S10 | | .20 | 01762 | CMS | 106.00 | 50,877.00 |
| 13246499 | 11/30/16 | | PREPARE FOR 12/1/16 HEARING. | S10 | | 2.10 | 01762 | CMS | 1,113.00 | 51,990.00 |
| 13246500 | 11/30/16 | | MEET W/ C. LANO RE: PREPARATIONS FOR 12/1/16 HEARING. | S10 | | .20 | 01762 | CMS | 106.00 | 52,096.00 |
| 13246512 | 11/30/16 | | E-MAIL TO A. LORING RE: PREPARATION FOR 12/1/16 HEARING. | S10 | | .10 | 01762 | CMS | 53.00 | 52,149.00 |
| 13247712 | 11/30/16 | | REVIEW 12/2/16 AGENDA. | S10 | | .10 | 01831 | CL | 24.50 | 52,173.50 |
| 13247713 | 11/30/16 | | REVIEW COURTCALL RE D. BOTTER'S, F. HODARA'S, A. LORING'S, AND C. SAMIS' 12/2/16 TELEPHONIC CONFIRMATIONS AND FORWARD SAME. | S10 | | .10 | 01831 | CL | 24.50 | 52,198.00 |
| 13247714 | 11/30/16 | | CONFER WITH C. SAMIS RE R. JOHNSON'S 12/2/16 TELEPHONIC APPEARANCE. | S10 | | .10 | 01831 | CL | 24.50 | 52,222.50 |
| 13247715 | 11/30/16 | | REVIEW 12/6/16 AGENDA. | S10 | | .10 | 01831 | CL | 24.50 | 52,247.00 |
| 13247718 | 11/30/16 | | REVIEW AMENDED 12/2/16 AGENDA. | S10 | | .10 | 01831 | CL | 24.50 | 52,271.50 |
| 13247719 | 11/30/16 | | FILE CASSELS BROCK'S ELEVENTH INTERIM FEE APPLICATION. | S20 | | .20 | 01831 | CL | 49.00 | 52,320.50 |
| 13247720 | 11/30/16 | | PREPARE 12/2/16 HEARING BINDER. | S10 | | .40 | 01831 | CL | 98.00 | 52,418.50 |
| 13247721 | 11/30/16 | | CONFER WITH DLS RE SERVICE OF CASSELS BROCK'S ELEVENTH INTERIM FEE APPLICATION. | S20 | | .10 | 01831 | CL | 24.50 | 52,443.00 |
| 13247722 | 11/30/16 | | FILE AKIN GUMP'S THIRTY-FIRST INTERIM FEE APPLICATION. | S20 | | .20 | 01831 | CL | 49.00 | 52,492.00 |
| 13247723 | 11/30/16 | | FILE BERKELEY RESEARCH GROUP'S SIXTH INTERIM FEE APPLICATION REQUEST. | S20 | | .20 | 01831 | CL | 49.00 | 52,541.00 |
| 13247724 | 11/30/16 | | REVIEW AND REVISE 12/1/16 HEARING BINDERS. | S10 | | 1.80 | 01831 | CL | 441.00 | 52,982.00 |

```
BILLING ATTORNEY: 01762  CHRISTOPHER M. SAMIS        WHITEFORD, TAYLOR & PRESTON    THRU 11/30/16
                                                     DETAILED  BILLING REPORT       AS OF 12/5/2016 12:03:01 PM
                                                     PROFORMA NUMBER: 596896        LAST DATE BILLED 11/10/16
```

```
CLIENT 091281          OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
                       NORTEL NETWORKS, INC.
MATTER 00001           NORTEL
CASE ID
```

| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 13247728 | 11/30/16 | | REVIEW SECOND AMENDED 12/1/16 AGENDA. | S10 | | .10 | 01831 | CL | 24.50 | 53,006.50 |
| 13247731 | 11/30/16 | | CONFER WITH K. GOOD RE STATUS OF ASHURST'S MONTHLY AND INTERIM FEE APPLICATIONS. | S20 | | .10 | 01831 | CL | 24.50 | 53,031.00 |
| 13247732 | 11/30/16 | | FILE ASHURST'S MONTHLY FEE APPLICATION. | S20 | | .40 | 01831 | CL | 98.00 | 53,129.00 |
| 13247733 | 11/30/16 | | FILE ASHURST'S INTERIM FEE APPLICATION. | S20 | | .20 | 01831 | CL | 49.00 | 53,178.00 |
| 13247734 | 11/30/16 | | CONFER WITH DLS RE SERVICE OF CASSELS', AKIN'S, BRG'S, AND ASHURST'S INTERIM FEE APPLICATIONS. | S20 | | .30 | 01831 | CL | 73.50 | 53,251.50 |
| 13247735 | 11/30/16 | | PREPARE FEE APPLICATIONS AND EMAIL SAME TO US TRUSTEE AND FEE EXAMINER. | S20 | | .30 | 01831 | CL | 73.50 | 53,325.00 |
| 13247737 | 11/30/16 | | CONFER WITH C. SAMIS RE STATUS OF 12/1/16 HEARING BINDERS AND K. GOOD RE TELEPHONIC APPEARANCES. | S10 | | .10 | 01831 | CL | 24.50 | 53,349.50 |

```
                                                  121.00**TIME VALUE TOTAL**      53,349.50
```