# EXHIBIT B

```
BILLING ATTORNEY: 01762   CHRISTOPHER M. SAMIS        WHITEFORD, TAYLOR & PRESTON     THRU 11/30/16
                                                      DETAILED  BILLING REPORT        AS OF 12/5/2016 12:03:01 PM
                                                      PROFORMA NUMBER: 596896         LAST DATE BILLED 11/10/16
```

```
CLIENT 091281        OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
                     NORTEL NETWORKS, INC.
MATTER 00001         NORTEL
CASE ID
```

***DISBURSEMENTS ***

| INDEX | DATE | REFER-# | CODE | CTRL-# | TKPR | | AMOUNT | |
|---|---|---|---|---|---|---|---|---|
| 5388697 | 11/03/16 | | 101 | | 01762 | DLS DISCOVERY - COURIER EXPENSE-COPY/PRINT; ENVELOPES; PRINTING ON LABEL STOCK; POSTAGE; HAND DELIVERY W BANKRUPTCY SERVICE | 146.15 | |
| 5388696 | 11/03/16 | | 101 | | 01762 | DLS DISCOVERY - COURIER EXPENSE-COPY/PRINT; ENVELOPES; PRINTING ON LABEL STOCK; POSTAGE; HAND DELIVERY W BANKRUPTCY SERVICE | 47.82 | |
| | | | | | *101 | COURIER EXPENSE | | 193.97 |

*TOTAL DISBURSEMENTS*     193.97