```
                IN THE UNITED STATES BANKRUPTCY COURT
                    FOR THE DISTRICT OF DELAWARE


IN RE:                           )    Case No.  09-10138(KG)
                                 )    (Jointly Administered)
                                 )
NORTEL NETWORKS, INC.,           )    Chapter 11
         ET AL,                  )
                                 )    Courtroom 3
                                 )    824 Market Street
         Debtors.                )    Wilmington, Delaware
                                 )
                                 )    December 5, 2016
                                 )    10:00 a.m.


                    TRANSCRIPT OF PROCEEDINGS
              BEFORE THE HONORABLE JUDGE KEVIN GROSS
                  UNITED STATES BANKRUPTCY JUDGE


APPEARANCES:

For Debtors:            Morris Nichols Arsht & Tunnell, LLP
                        BY:  DEREK ABBOTT, ESQ.
                        BY:  ANDREW R. REMMING, ESQ.
                        1201 North Market St., 18th Floor
                        Wilmington, DE  19899-1347
                        302-351-9200

                        Cleary Gottlieb Steen & Hamilton
                        BY:  JAMES BROMLEY, ESQ.
                        One Liberty Plaza
                        New York, NY  10006
                        212-225-2000

ECRO:                   GINGER MACE

Transcription Service:  DIAZ TRANSCRIPTION SERVICES
                        331 Schuylkill Street
                        Harrisburg, Pennsylvania 17110
                        (717) 233-6664
                        www.diaztrans.com

Proceedings recorded by electronic sound recording;
transcript produced by transcription service
```

```
APPEARANCES:
(Continued)

For Creditor:              Pension Benefit Guaranty Corp.
                           BY:  PAULA CONNELLY, ESQ.
                           BY:  VICENTE MURRELL, ESQ.
                           1200 K Street
                           Washington, DC 20005-4026
                           (202)326-4020

For Nortel Trade Claim
Consortium:                Brown Rudnick LLP
                           BY:  STEVEN D. POHL, ESQ.
                           One Financial Center
                           Boston, MA 02111
                           617-856-8200

For Joint
Administrators:            Young Conaway Stargatt & Taylor
                           BY: JAIME CHAPMAN, ESQ.
                           1000 N. King St., Rodney Sq.
                           Wilmington, DE  19801
                           302-571-6600

                           Hughes Hubbard and Reed
                           BY: CAROLINE PARKER-BEAUDRIAS
                           1775 I St. NW, #600
                           Washington, DC  20006
                           202-721-4600

For Law Debenture,
Trustee:                   Patterson Belknap Webb & Tyler
                           BY: DANIEL A. LOWENTHAL, ESQ.
                           1133 Avenue of the Americas
                           New York, NY  10036
                           (212) 336-2720

For Ad Hoc Group of
Bondholders:               Milbank Tweed Hadley & McCloy
                           BY: NICK BASSETT, ESQ.
                           BY:  ERIC WEISS, ESQ.
                           28 Liberty Street
                           New York, NY 10005-1413
                           212-530-5000

                           Milbank Tweed Hadley & McCloy
                           BY:  THOMAS KRELLER, ESQ.
                           2029 Century Park East
                           33rd Floor
                           Los Angeles, CA 90067-3019
                           424-380-4463
```

```
APPEARANCES:
(Continued)


For Official Committee
Of Unsecured Creditors:   Akin Gump Strauss Hauer & Feld, LLP
                          BY: DAVID BOTTER, ESQ.
                          BY: FRED S. HODARA, ESQ.
                          BY: ANTHONY LORING, ESQ.
                          One Bryant Park
                          Bank of America Tower
                          New York, NY  10036-6745
                          212-872-1000

                          Whiteford Taylor Preston
                          BY: CHRISTOPHER M. SAMIS, ESQ.
                          The Renaissance Centre, Ste. 500
                          405 N. King Street
                          Wilmington, DE  19801-3700
                          302-357-3266
For U.K. Pension
Claimants:                Bayard P.A.
                          BY: JUSTIN ALBERTO, ESQ.
                          222 Delaware Ave., Ste. 900
                          Wilmington, DE  19801
                          302-655-5000

                          Willkie Farr & Gallagher LLP
                          BY: ANDREW HANRAHAN, ESQ.
                          BY: BRIAN O'CONNOR, ESQ.
                          787 Seventh Avenue
                          New York, NY  10019-6099
                          212-728-8111

For Ad Hoc Group of
Bondholders:              Pachulski Stang Ziehl & Jones
                          BY: PETER KEANE, ESQ.
                          Citizens Bank
                          919 N. Mkt St., #1700
                          Wilmington, DE  19801
                          302-652-4100


TELEPHONE APPEARANCES:
For Debtors:              Cleary Gottlieb Steen & Hamilton
                          BY: MATTHEW M. KARLAN, ESQ.
                          BY: SRI K. KUEHNLENZ, ESQ.
                          BY: ESTHER LIFSHITZ, ESQ.
                          (212) 225-2000
```

```
For Wilmington Trust:    Katten Muchin
                         BY: KAREN B. DINE, ESQ.
                         BY:  JERRY L. HALL, ESQ.
                         1025 Thomas Jefferson St NW
                         Washington, DC 20007
                         212-940-8772

For Interested Party:    Reorg Research
                         JASON B. SANJANA, ESQ.
                         212-588-8890

For Interested Party:    Cantor Fitzgerald
                         BY:  ANDREW M. THAU, ESQ.
                         110 E. 59th Street
                         New York, NY 10022
                         212-938-5000
```

WILMINGTON, DELAWARE, MONDAY, DECEMBER 5, 2016, 10 A.M.

1         THE COURT: Good morning, everyone. Judge Gross
2 is on the telephone, and the purpose of this call is to make
3 certain that the Debtors and the PBGC are conferring on
4 Discovery, and given the short time frame, we don't really
5 have time to wait for production and then to argue, and
6 production should be on a rolling basis, so I'm interested
7 in what first the Debtors and then the PBGC can tell me
8 about the discussions and where the parties are on Discovery
9 with the goal of having a Discovery Order in place.
10         MR. BROMLEY: Thank you, Your Honor. It's Jim
11 Bromley from Cleary Gottlieb. Thank you for making yourself
12 available again so quickly after the weekend.
13         THE COURT: Yes.
14         MR. BROMLEY: I hope you had a good one.
15         THE COURT: Yes, sir.
16         MR. BROMLEY: So we have been working in good
17 faith, both the Debtors and the PBGC, since Friday. We have
18 exchanged with each other revised and more limited Discovery
19 requests. That would be document requests as well as
20 interrogatories. And we have had a meet-and-confer phone
21 call yesterday afternoon.
22         We have agreed to a schedule as well so I can just
23 tell you, Your Honor, that schedule, that might help. So we
24 have started with December 9th, which will be Friday of this

1   week, as the date for Objections to document requests and
2   interrogatories.  We've also agreed -- I'm sorry, Your Honor
3   -- to a rolling production so that that is something we
4   agreed right from the beginning, and we did receive just
5   before the phone call -- or I received several emails from
6   the PBGC, which I have not been able to open but I
7   understand contain the first production that they are
8   making.
9            THE COURT:  All right.
10           MR. BROMLEY:  So after the 9th of December, we had
11  suggested that perhaps having a hearing before the Court on
12  the week of the 12th of December at Your Honor's convenience
13  to address any issues that have arisen as a result of the
14  Objections that have been filed, so the 12th is a week from
15  today.  We are happy to make ourselves available on the 12th
16  or the 13th or the 14th, depending on Your Honor's
17  availability.
18           THE COURT:  Okay.  I'll look at my schedule and
19  see what we can do on that.  I'm looking right now.  I think
20  I can do the 13th at noon if that works for people.
21           MR. BROMLEY:  I'm looking at my calendar.
22           THE COURT:  I can do the 12th -- frankly, I can do
23  the 12th, 13th or 14th at noon.
24           MR. BROMLEY:  Each one of those is available for
25  the Debtors, Your Honor.

1             THE COURT:  All right.  How about the PBGC?

2             MS. CONNELLY:  Your Honor, the 13th would be best
3  for us.

4             THE COURT:  All right.  Let's do the 13th at noon.
5  Did you want to have this in person or by teleconference?

6             MR. BROMLEY:  Given the time frame, Your Honor, if
7  you could make yourself available by teleconference, I think
8  that would be more convenient for the parties.

9             THE COURT:  That would be fine with me.

10            MS. CONNELLY:  We agree, Your Honor.

11            THE COURT:  All right.  Good.  Okay.

12            MR. BROMLEY:  Terrific.  Well, thank you very
13  much, Your Honor.

14            The next date in the calendar that we had agreed
15  to was the 21st of December, which is the date for the
16  completion of document production, and the delivery of
17  responses to the interrogatories.

18            THE COURT:  Okay.

19            MR. BROMLEY:  Then on the 28th of December, expert
20  reports would be due as well as an obligation to identify
21  witnesses to be presented at trial.

22            THE COURT:  All right.

23            MR. BROMLEY:  And then the week of January 2nd to
24  6th, depositions.

25            THE COURT:  Okay.  All right.

```
 1              MR. BROMLEY:  So the parties have been able to
 2  agree on that calendar, Your Honor.
 3              THE COURT:  Good.
 4              MR. BROMLEY:  If that works for you?
 5              THE COURT:  That works for me.  I think that's
 6  fine.  I know it's tight, but it has to be, and it seems
 7  that the parties have reached agreement.
 8              MR. BROMLEY:  So Your Honor, in terms of -- I
 9  don't know if there's any other issues that we have for
10  today unless the PBGC has anything that they'd like to
11  raise.
12              MS. CONNELLY:  Nothing here, Your Honor.  Paula
13  Connelly.
14              THE COURT:  Okay.  All right.  Then I'll do an
15  Order and we'll get this in place.
16              Would you like me to do an Order, or should we
17  just have this record serve as such?
18              MR. BROMLEY:  Well, Your Honor, if it's
19  convenient, we could just prepare a short Order with these
20  dates listed out.  We'll circulate it to the PBGC first and
21  we can just submit it to you to make it easier on Your
22  Honor.
23              THE COURT:  All right.  That's fine.  That would
24  be fine.  I'd appreciate that.
25              MR. BROMLEY:  Okay.  We'll take care of that
```

1  today.

2          THE COURT: All right. Is there anything else to
3  discuss?

4          MR. BROMLEY: We have nothing else, Your Honor.

5          MS. CONNELLY: Nothing for PBGC, Your Honor.

6          THE COURT: All right, everyone. Well, if you
7  need me, if you're having any difficulties and you need me
8  before the 13th, call and we will arrange for a
9  teleconference.

10         MR. BROMLEY: Thank you very much, Your Honor. We
11 appreciate it.

12         THE COURT: All right, everyone. Good day to you.

13         MR. BROMLEY: Thank you. Bye-bye.

14         THE COURT: Goodbye now.

15     (Whereupon at 10:05 a.m., the hearing was adjourned.)

16                         CERTIFICATION

17       I certify that the foregoing is a correct
18 transcript from the electronic sound recording of the
19 proceedings in the above-entitled matter.

20

21
22 _____          December 5, 2016
23 Florence E. Blantz, Transcriber          Date
24 Diaz Transcription Services

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **a.m**(3) 1:15 5:1 9:15 | | **could**(2) 7:7 8:19 | | **honor**(16) 5:11 5:24 6:2 6:25 7:2 7:6 7:10 7:13 8:2 8:8 8:12 8:18 8:22 9:4 9:5 9:10 | | **parties**(4) 5:9 7:8 8:1 8:7 | |
| **abbott**(1) 1:26 | | **court**(23) 1:1 5:2 5:14 5:16 6:9 6:11 6:18 6:22 7:1 7:4 7:9 7:11 7:18 7:22 7:25 8:3 8:5 8:14 8:23 9:2 9:6 9:12 9:14 | | | | **party**(2) 4:8 4:12 | |
| **able**(2) 6:6 8:1 | | | | | | **patterson**(1) 2:30 | |
| **about**(2) 5:9 7:1 | | | | **honor's**(2) 6:12 6:16 | | **paula**(2) 2:5 8:12 | |
| **above-entitled**(1) 9:19 | | | | **honorable**(1) 1:19 | | **pbgc**(8) 5:4 5:8 5:18 6:6 7:1 8:10 8:20 9:5 | |
| **address**(1) 6:13 | | **courtroom**(1) 1:10 | | **hope**(1) 5:15 | | **pennsylvania**(1) 1:42 | |
| **adjourned**(1) 9:15 | | **creditor**(1) 2:4 | | **how**(1) 7:1 | | **pension**(2) 2:4 3:21 | |
| **administered**(1) 1:6 | | **creditors**(1) 3:6 | | **hubbard**(1) 2:24 | | **people**(1) 6:20 | |
| **administrators**(1) 2:18 | | **daniel**(1) 2:31 | | **hughes**(1) 2:24 | | **perhaps**(1) 6:11 | |
| **after**(2) 5:13 6:10 | | **date**(4) 6:1 7:14 7:15 9:23 | | **i'd**(1) 8:24 | | **person**(1) 7:5 | |
| **afternoon**(1) 5:22 | | **dates**(1) 8:20 | | **i'll**(2) 6:18 8:14 | | **peter**(1) 3:37 | |
| **again**(1) 5:13 | | **david**(1) 3:7 | | **i'm**(4) 5:7 6:2 6:19 6:21 | | **phone**(2) 5:21 6:5 | |
| **agree**(2) 7:10 8:2 | | **day**(1) 9:12 | | **identify**(1) 7:20 | | **place**(2) 5:10 8:15 | |
| **agreed**(4) 5:23 6:2 6:4 7:14 | | **debenture**(1) 2:29 | | **inc**(1) 1:8 | | **plaza**(1) 1:34 | |
| **agreement**(1) 8:7 | | **debtors**(7) 1:12 1:25 3:44 5:4 5:8 5:18 6:25 | | **interested**(3) 4:8 4:12 5:7 | | **pohl**(1) 2:13 | |
| **akin**(1) 3:6 | | **december**(8) 1:14 5:1 5:25 6:10 6:12 7:15 7:19 9:22 | | **interrogatories**(3) 5:21 6:2 7:17 | | **ppearances**(3) 1:23 2:1 3:1 | |
| **alberto**(1) 3:23 | | **delaware**(4) 1:2 1:12 3:24 5:1 | | **issues**(2) 6:13 8:9 | | **prepare**(1) 8:19 | |
| **all**(11) 6:9 7:1 7:4 7:11 7:22 7:25 8:14 8:23 9:2 9:6 9:12 | | **delivery**(1) 7:16 | | **it's**(3) 5:11 8:6 8:18 | | **presented**(1) 7:21 | |
| | | **depending**(1) 6:16 | | **jaime**(1) 2:19 | | **preston**(1) 3:15 | |
| **also**(1) 6:2 | | **depositions**(1) 7:24 | | **james**(1) 1:33 | | **proceedings**(3) 1:18 1:46 9:19 | |
| **america**(1) 3:11 | | **derek**(1) 1:26 | | **january**(1) 7:23 | | **produced**(1) 1:47 | |
| **americas**(1) 2:32 | | **diaz**(1) 1:40 | | **jason**(1) 4:9 | | **production**(5) 5:6 5:7 6:3 6:7 7:16 | |
| **and**(21) 2:24 5:3 5:4 5:5 5:6 5:6 5:8 5:9 5:18 5:19 5:21 6:1 6:4 6:18 7:16 7:23 8:6 8:15 8:20 9:7 9:8 | | **did**(2) 6:4 7:5 | | **jefferson**(1) 4:4 | | **purpose**(1) 5:3 | |
| | | **difficulties**(1) 9:7 | | **jerry**(1) 4:3 | | **quickly**(1) 5:13 | |
| | | **dine**(1) 4:2 | | **jim**(1) 5:11 | | **raise**(1) 8:11 | |
| **andrew**(3) 1:27 3:29 4:13 | | **discovery**(4) 5:5 5:9 5:10 5:19 | | **joint**(1) 2:17 | | **reached**(1) 8:7 | |
| **angeles**(1) 2:47 | | **discuss**(1) 9:3 | | **jointly**(1) 1:6 | | **really**(1) 5:5 | |
| **anthony**(1) 3:9 | | **discussions**(1) 5:9 | | **jones**(1) 3:36 | | **receive**(1) 6:4 | |
| **any**(3) 6:13 8:9 9:7 | | **district**(1) 1:2 | | **judge**(3) 1:19 1:20 5:2 | | **received**(1) 6:5 | |
| **anything**(2) 8:10 9:2 | | **document**(3) 5:20 6:1 7:16 | | **just**(5) 5:23 6:4 8:17 8:19 8:21 | | **record**(1) 8:17 | |
| **appearances**(1) 3:43 | | **don't**(2) 5:5 8:9 | | **justin**(1) 3:23 | | **recorded**(1) 1:46 | |
| **appreciate**(2) 8:24 9:11 | | **due**(1) 7:20 | | **karen**(1) 4:2 | | **recording**(2) 1:46 9:18 | |
| **are**(4) 5:4 5:9 6:7 6:15 | | **each**(2) 5:19 6:24 | | **karlan**(1) 3:45 | | **reed**(1) 2:24 | |
| **argue**(1) 5:6 | | **easier**(1) 8:21 | | **katten**(1) 4:1 | | **remming**(1) 1:27 | |
| **arisen**(1) 6:13 | | **east**(1) 2:45 | | **keane**(1) 3:37 | | **renaissance**(1) 3:17 | |
| **arrange**(1) 9:8 | | **ecro**(1) 1:38 | | **kevin**(1) 1:19 | | **reorg**(1) 4:8 | |
| **arsht**(1) 1:25 | | **electronic**(2) 1:46 9:18 | | **king**(2) 2:20 3:18 | | **reports**(1) 7:20 | |
| **availability**(1) 6:17 | | **else**(2) 9:2 9:4 | | **know**(2) 8:6 8:9 | | **requests**(3) 5:20 5:20 6:1 | |
| **available**(4) 5:13 6:15 6:24 7:7 | | **emails**(1) 6:5 | | **kreller**(1) 2:44 | | **research**(1) 4:8 | |
| **ave**(1) 3:24 | | **eric**(1) 2:38 | | **kuehnlenz**(1) 3:46 | | **responses**(1) 7:17 | |
| **avenue**(2) 2:32 3:31 | | **esq**(26) 1:26 1:27 1:33 2:5 2:6 2:13 2:19 2:31 2:37 2:38 2:44 3:7 3:8 3:9 3:16 3:23 3:29 3:30 3:37 3:45 3:46 3:47 4:2 4:3 4:9 4:13 | | **law**(2) 2:29 | | **result**(1) 6:13 | |
| **bank**(2) 3:11 3:36 | | | | **let's**(1) 7:4 | | **revised**(1) 5:19 | |
| **bankruptcy**(2) 1:1 1:20 | | | | **liberty**(2) 1:34 2:39 | | **right**(13) 6:4 6:9 6:19 7:1 7:4 7:11 7:22 7:25 8:14 8:23 9:2 9:6 9:12 | |
| **basis**(1) 5:7 | | | | **lifshitz**(1) 3:47 | | | |
| **bassett**(1) 2:37 | | **esther**(1) 3:47 | | **like**(2) 8:10 8:16 | | | |
| **bayard**(1) 3:22 | | **everyone**(3) 5:2 9:6 9:12 | | **limited**(1) 5:19 | | **rodney**(1) 2:20 | |
| **been**(4) 5:17 6:6 6:14 8:1 | | **exchanged**(1) 5:19 | | **listed**(1) 8:20 | | **rolling**(2) 5:7 6:3 | |
| **before**(4) 1:19 6:5 6:11 9:8 | | **expert**(1) 7:19 | | **llp**(4) 1:25 2:12 3:6 3:28 | | **rudnick**(1) 2:12 | |
| **beginning**(1) 6:4 | | **faith**(1) 5:18 | | **look**(1) 6:18 | | **samis**(1) 3:16 | |
| **belknap**(1) 2:30 | | **farr**(1) 3:28 | | **looking**(2) 6:19 6:21 | | **sanjana**(1) 4:9 | |
| **benefit**(1) 2:4 | | **feld**(1) 3:6 | | **loring**(1) 3:9 | | **schedule**(3) 5:23 5:24 6:18 | |
| **best**(1) 7:2 | | **filed**(1) 6:14 | | **los**(1) 2:47 | | **schuylkill**(1) 1:41 | |
| **blantz**(1) 9:23 | | **financial**(1) 2:14 | | **lowenthal**(1) 2:31 | | **see**(1) 6:19 | |
| **bondholders**(2) 2:36 3:36 | | **fine**(4) 7:9 8:6 8:23 8:24 | | **mace**(1) 1:38 | | **seems**(1) 8:6 | |
| **boston**(1) 2:15 | | **first**(3) 5:8 6:7 8:20 | | **make**(4) 5:3 6:15 7:7 8:21 | | **serve**(1) 8:17 | |
| **both**(1) 5:18 | | **fitzgerald**(1) 4:12 | | **making**(2) 5:12 6:8 | | **service**(2) 1:40 1:47 | |
| **botter**(1) 3:7 | | **floor**(2) 1:28 2:46 | | **market**(2) 1:11 1:28 | | **services**(1) 1:40 | |
| **brian**(1) 3:30 | | **florence**(1) 9:23 | | **matter**(1) 9:19 | | **seventh**(1) 3:31 | |
| **bromley**(20) 1:33 5:11 5:12 5:15 5:17 6:10 6:21 6:24 7:6 7:12 7:19 7:23 8:1 8:4 8:8 8:18 8:25 9:4 9:10 9:13 | | **for**(27) 1:2 1:25 2:4 2:11 2:17 2:29 2:35 3:5 3:21 3:35 3:44 4:1 4:8 4:12 5:6 5:12 6:1 6:20 6:24 7:3 7:8 7:15 8:4 8:5 8:9 9:5 9:8 | | **matthew**(1) 3:45 | | **several**(1) 6:5 | |
| | | | | **mccloy**(2) 2:36 2:43 | | **short**(2) 5:5 8:19 | |
| | | | | **meet-and-confer**(1) 5:21 | | **should**(2) 5:7 8:16 | |
| **brown**(1) 2:12 | | **foregoing**(1) 9:17 | | **might**(1) 5:24 | | **since**(1) 5:18 | |
| **bryant**(1) 3:10 | | **frame**(2) 5:5 7:6 | | **milbank**(2) 2:36 2:43 | | **sir**(1) 5:16 | |
| **but**(2) 6:6 8:6 | | **frankly**(1) 6:22 | | **mkt**(1) 3:39 | | **something**(1) 6:3 | |
| **bye-bye**(1) 9:13 | | **fred**(1) 3:8 | | **monday**(1) 5:1 | | **sorry**(1) 6:2 | |
| **calendar**(3) 6:21 7:14 8:2 | | **friday**(2) 5:18 5:25 | | **more**(2) 5:19 7:8 | | **sound**(2) 1:46 9:18 | |
| **call**(4) 5:3 5:22 6:5 9:8 | | **from**(5) 5:12 6:4 6:5 6:14 9:18 | | **morning**(1) 5:2 | | **sri**(1) 3:46 | |
| **can**(7) 5:8 5:23 6:19 6:20 6:22 8:21 | | **gallagher**(1) 3:28 | | **morris**(1) 1:25 | | **stang**(1) 3:36 | |
| **cantor**(1) 4:12 | | **get**(1) 8:15 | | **much**(2) 7:13 9:10 | | **stargatt**(1) 2:18 | |
| **care**(1) 8:25 | | **ginger**(1) 1:38 | | **muchin**(1) 4:1 | | **started**(1) 5:25 | |
| **caroline**(1) 2:25 | | **given**(2) 5:5 7:6 | | **murrell**(1) 2:6 | | **states**(2) 1:1 1:20 | |
| **case**(1) 1:5 | | **goal**(1) 5:10 | | **need**(2) 9:7 9:7 | | **ste**(2) 3:17 3:24 | |
| **center**(1) 2:14 | | **good**(6) 5:2 5:15 5:17 7:11 8:3 9:12 | | **networks**(1) 1:8 | | **steen**(2) 1:32 3:44 | |
| **centre**(1) 3:17 | | **goodbye**(1) 9:14 | | **new**(6) 1:35 2:33 2:40 3:12 3:32 4:15 | | **steven**(1) 2:13 | |
| **century**(1) 2:45 | | **gottlieb**(3) 1:32 3:44 5:12 | | **next**(1) 7:14 | | **strauss**(1) 3:6 | |
| **certain**(1) 5:4 | | **gross**(2) 1:19 5:2 | | **nichols**(1) 1:25 | | **street**(6) 1:11 1:41 2:7 2:39 3:18 4:14 | |
| **certification**(1) 9:16 | | **group**(2) 2:35 3:35 | | **nick**(1) 2:37 | | **submit**(1) 8:21 | |
| **certify**(1) 9:17 | | **guaranty**(1) 2:4 | | **noon**(3) 6:20 6:23 7:4 | | **such**(1) 8:17 | |
| **chapman**(1) 2:19 | | **gump**(1) 3:6 | | **nortel**(2) 1:8 2:11 | | **suggested**(1) 6:11 | |
| **chapter**(1) 1:8 | | **had**(4) 5:15 5:21 6:10 7:14 | | **north**(1) 1:28 | | **take**(1) 8:25 | |
| **christopher**(1) 3:16 | | **hadley**(2) 2:36 2:43 | | **not**(1) 6:6 | | **taylor**(2) 2:18 3:15 | |
| **circulate**(1) 8:20 | | **hall**(1) 4:3 | | **nothing**(3) 8:12 9:4 9:5 | | **teleconference**(3) 7:5 7:7 9:9 | |
| **citizens**(1) 3:38 | | **hamilton**(2) 1:32 3:44 | | **now**(2) 6:19 9:14 | | **telephone**(2) 3:43 5:3 | |
| **claim**(1) 2:11 | | **hanrahan**(1) 3:29 | | **o'connor**(1) 3:30 | | **tell**(2) 5:8 5:24 | |
| **claimants**(1) 3:22 | | **happy**(1) 6:15 | | **objections**(2) 6:1 6:14 | | **terms**(1) 8:8 | |
| **cleary**(3) 1:32 3:44 5:12 | | **harrisburg**(1) 1:42 | | **obligation**(1) 7:20 | | **terrific**(1) 7:12 | |
| **committee**(1) 3:5 | | **has**(2) 8:6 8:10 | | **official**(1) 3:5 | | **thank**(5) 5:11 5:12 7:12 9:10 9:13 | |
| **completion**(1) 7:16 | | **hauer**(1) 1:36 | | **okay**(6) 6:18 7:11 7:18 7:25 8:14 8:25 | | **that**(25) 5:4 5:20 5:24 5:24 6:3 6:3 6:7 6:11 6:13 6:14 6:19 6:20 7:8 7:9 7:14 8:2 8:4 8:5 8:7 8:9 8:10 8:23 8:24 8:25 9:17 | |
| **conaway**(1) 2:18 | | **have**(15) 5:6 5:17 5:18 5:21 5:23 5:25 6:6 6:13 6:14 7:5 8:1 8:7 8:9 8:17 9:4 | | **one**(5) 1:34 2:14 3:10 5:15 6:24 | | | |
| **conferring**(1) 5:4 | | | | **open**(1) 6:6 | | | |
| **connelly**(6) 2:5 7:2 7:10 8:12 8:13 9:5 | | | | **order**(4) 5:10 8:15 8:16 8:19 | | | |
| **consortium**(2) 2:12 | | | | **other**(2) 5:19 8:9 | | **that's**(2) 8:5 8:23 | |
| **contain**(1) 6:7 | | **having**(3) 5:10 6:11 9:7 | | **ourselves**(1) 6:15 | | **thau**(1) 4:13 | |
| **continued**(2) 2:2 3:2 | | **hearing**(2) 6:11 9:15 | | **out**(1) 8:20 | | | |
| **convenience**(1) 6:12 | | **help**(1) 5:24 | | **p.a**(1) 3:22 | | | |
| **convenient**(2) 7:8 8:19 | | **here**(1) 8:12 | | **pachulski**(1) 3:36 | | | |
| **corp**(1) 2:4 | | **hoc**(2) 2:35 3:35 | | **park**(2) 2:45 3:10 | | | |
| **correct**(1) 9:17 | | **hodara**(1) 3:8 | | **parker-beaudrias**(1) 2:25 | | | |

| Word | Page:Line |
|---|---|

**the**(81) 1:1 1:2 1:19 2:32 3:17 5:2 5:3 5:3 5:4 5:4
5:5 5:8 5:8 5:9 5:9 5:10 5:13 5:14 5:16 5:18 5:18
6:1 6:4 6:5 6:6 6:7 6:9 6:10 6:11 6:12 6:12 6:13
6:14 6:15 6:16 6:16 6:18 6:20 6:22 6:22 6:23 6:25
7:1 7:1 7:2 7:4 7:4 7:6 7:8 7:9 7:11 7:14 7:14 7:15
7:15 7:15 7:16 7:17 7:18 7:19 7:22 7:23 7:25 8:1
8:3 8:5 8:7 8:10 8:14 8:20 8:23 9:2 9:6 9:8 9:12
9:14 9:15 9:17 9:18 9:18 9:19

**then**(5) 5:6 5:8 7:19 7:23 8:14
**there**(1) 9:2
**there's**(1) 8:9
**these**(1) 8:19
**they**(1) 6:7
**they'd**(1) 8:10
**think**(3) 6:19 7:7 8:5
**this**(5) 5:3 5:25 7:5 8:15 8:17
**thomas**(2) 2:44 4:4
**those**(1) 6:24
**tight**(1) 8:6
**time**(3) 5:5 5:6 7:6
**today**(3) 6:15 8:10 9:1
**tower**(1) 3:11
**trade**(1) 2:11
**transcriber**(1) 9:23
**transcript**(3) 1:18 1:47 9:18
**transcription**(3) 1:40 1:40 1:47
**trial**(1) 7:21
**trust**(1) 4:1
**trustee**(1) 2:30
**tunnell**(1) 1:25
**tweed**(2) 2:36 2:43
**tyler**(1) 2:30
**u.k**(1) 3:21
**understand**(1) 6:7
**united**(2) 1:1 1:20
**unless**(1) 8:10
**unsecured**(1) 3:6
**very**(2) 7:12 9:10
**vicente**(1) 2:6
**wait**(1) 5:6
**want**(1) 7:5
**was**(2) 7:15 9:15
**washington**(3) 2:8 2:27 4:5
**we'll**(3) 8:15 8:20 8:25
**we've**(1) 6:2
**webb**(1) 2:30
**week**(4) 6:1 6:12 6:14 7:23
**weekend**(1) 5:13
**weiss**(1) 2:38
**well**(6) 5:20 5:23 7:12 7:20 8:18 9:6
**what**(2) 5:8 6:19
**where**(1) 5:9
**whereupon**(1) 9:15
**which**(3) 5:25 6:6 7:15
**whiteford**(1) 3:15
**will**(2) 5:25 9:8
**willkie**(1) 3:28
**wilmington**(8) 1:12 1:29 2:21 3:19 3:25 3:40 4:1 5:1
**with**(5) 5:10 5:19 5:25 7:9 8:19
**witnesses**(1) 7:21
**working**(1) 5:17
**works**(3) 6:20 8:4 8:5
**would**(7) 5:20 7:2 7:8 7:9 7:20 8:16 8:23
**www.diaztrans.com**(1) 1:44
**yes**(2) 5:14 5:16
**yesterday**(1) 5:22
**york**(6) 1:35 2:33 2:40 3:12 3:32 4:15
**you**(15) 5:11 5:12 5:15 5:24 7:5 7:7 7:12 8:4 8:16
8:21 9:6 9:7 9:10 9:12 9:13

**you're**(1) 9:7
**young**(1) 2:18
**your**(18) 5:11 5:24 6:2 6:12 6:16 6:25 7:2 7:6 7:10
7:13 8:2 8:8 8:12 8:18 8:21 9:4 9:5 9:10

**yourself**(2) 5:12 7:7
**ziehl**(1) 3:36