IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X
                                                            :
                                                            :   Chapter 11
                                                            :
*In re*                                                     :
                                                            :   Case No. 09-10138 (KG)
Nortel Networks Inc., *et al.*,[1]                          :
                                                            :   Jointly Administered
                    Debtors.                                :
                                                            :   **RE:  D.I. 17325, 17426**
                                                            :
                                                            :
------------------------------------------------------------X

**CERTIFICATION OF COUNSEL REGARDING
PROPOSED SCHEDULING ORDER**

The undersigned counsel for Nortel Networks Inc. and certain of its affiliates, as debtors and debtors in possession in the above-captioned case (collectively, the "Debtors"), hereby certifies as follows:

1.   As a result of discussions among the parties, the Debtors and the Pension Benefit Guaranty Corporation have agreed on a schedule for discovery, which the parties proposed to the Court during the December 5, 2016 telephonic hearing, and is reflected in the proposed Scheduling Order (the "Scheduling Order") attached hereto.

---

[1]    The debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567), Nortel Networks (CALA) Inc. (4226) and Nortel Networks India International, Inc. (8667) (collectively, the "Debtors").  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

WHEREFORE, the Debtors respectfully request that the Court (i) enter the proposed Scheduling Order attached hereto as **Exhibit 1** and (ii) grant such other and further relief as is just and proper.

Dated: December 6, 2016
Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Tamara K. Minott*
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Tamara K. Minott (No. 5643)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19801
Telephone: (302) 658-9200
Facsimile: (302) 658-3989

*Counsel for the Debtors*