**EXHIBIT 1**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X
:
*In re*                                                                   :     Chapter 11
:
Nortel Networks Inc., *et al.*,[1]                  :     Case No. 09-10138 (KG)
:
                      Debtors.         :     Jointly Administered
:
                                                                    :     **RE: D.I. _____**
:
:
------------------------------------------------------------X

## [PROPOSED] SCHEDULING ORDER

To promote the efficient and expeditious disposition of the contested matter resulting from the Debtors' Objection to Proofs of Claim Filed by Pension Benefit Guaranty Corporation and Motion for an Order (I) Disallowing PBGC's Late-Filed Amended Claims, (II) Disallowing Certain of the PBGC Claims, and (III) Deeming Certain of the PBGC Claims Satisfied in Part by Post-Petition Transfers, filed on November 2, 2016 [D.I. 17325],

**IT IS HEREBY ORDEREDTHAT:**

1. The Parties shall adhere to the following schedule:

    a. The Parties shall serve responses and objections to the document requests by not later than December 9, 2016.

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567), Nortel Networks (CALA) Inc. (4226) and Nortel Networks India International, Inc. (8667) (collectively, the "Debtors"). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

    b.    The Court will hold a telephonic hearing on December 13, 2016 at 12:00 p.m. regarding any outstanding discovery disputes between the Parties.

    c.    Document production will be completed and the Parties shall serve responses and objections to the interrogatories by not later than December 21, 2016.

    d.    The Parties shall exchange expert reports and identify witnesses to be presented at trial by not later than December 28, 2016.

    e.    Any depositions shall take place during January 2, 2016 through January 6, 2016.

    f.    As previously ordered [D.I. 17426], the Court will conduct a pre-hearing conference on January 4, 2016, at 10:00 a.m. either by conference call or with personal appearances, to be determined at a later date.

    g.    As previously ordered [D.I. 17426], the Court will hold an evidentiary hearing on January 9, 10 and 11, beginning at 9:30 a.m., to determine the issues raised in the Debtors' Objection.

Dated:  December ____, 2016
        Wilmington, Delaware

                                          _____
                                          THE HONORABLE KEVIN GROSS
                                          UNITED STATES BANKRUPTCY JUDGE