# EXHIBIT A

## NORTEL NETWORKS INC., *et al*.
## CASE NO. 09-10138 (KG)

Professional Fees and Expenses
Monthly Fee Application

| Applicant & Docket No. | Time Period Covered | Fees & Expenses Requested in Application | Fees & Expenses Allowed/Awarded | Date Application Filed | Objection Deadline |
|---|---|---|---|---|---|
| Cassels Brock & Blackwell LLP<br><br>[Docket No. 17394] | 9/1/16 - 9/30/16 | CDN$61,773.00 (Fees)<br><br>CDN$10,661.45 (Expenses) | CDN$49,418.40 (Fees @ 80%)<br><br>CDN$10,661.45 (Expenses @ 100%) | 11/14/16 | 12/5/16 |

2222520.1