**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| *In re* <br><br> Nortel Networks Inc., *et al*., <br><br> Debtors. | Chapter 11 <br><br> Case No. 09-10138 (KG) <br><br> Jointly Administered |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on December 9, 2016, copies of the following were served, in the manner indicated, on the parties identified on the attached service list.

1. Pension Benefit Guaranty Corporation's Response to Debtors' Third Amended Set of Requests for Production of Documents..

[*This space intentionally left blank*]

Dated: December 9, 2016

/s/ Vicente Matias Murrell
ISRAEL GOLDOWITZ
Chief Counsel
CHARLES L. FINKE
Deputy Chief Counsel
PAULA J. CONNELLY
GARTH D. WILSON
Assistant Chief Counsels
VICENTE MATIAS MURRELL
(MD Bar No. 9806240098)
MARC S. PFEUFFER
SIMON J. TORRES
ELISABETH B. FRY
MELISSA M. HARCLERODE
Attorneys
PENSION BENEFIT GUARANTY
CORPORATION
Office of the Chief Counsel
1200 K Street, N.W., Suite 340
Washington, D.C. 20005-4026
Telephone: (202) 326-4020, ext. 3580
Facsimile: (202) 326-4112

SARAH L. REID
ERIC R. WILSON
BENJAMIN D. FEDER (DE Bar No. 4304)
KELLEY DRYE & WARREN LLP
101 Park Avenue
New York, NY 10178
Telephone: (212) 808-7800
Facsimile: (212) 808-7897