# EXHIBIT B

**From:** Rosenthal, Jeffrey A. [mailto:jrosenthal@cgsh.com]
**Sent:** Wednesday, December 07, 2016 2:37 PM
**To:** Pohl, Steven D.; Schweitzer, Lisa M.; Alosco, Brian M.; Bromley, James L.; Beller, Benjamin S.
**Cc:** fhodara@akingump.com; dbotter@akingump.com; aqureshi@akingump.com; ddunne@milbank.com; aleblanc@milbank.com; amiller@milbank.com; Stoll, James W.; Floyd, Christopher M.; Koruda, Emily J.
**Subject:** RE: Nortel - Meet & Confer Follow-up

**External E-mail. Use caution accessing links or attachments.**

Steve,

Milbank, Akin and Cleary conferred regarding your email of yesterday evening and do not believe that it accurately summarizes how we left things on the meet and confer. It was our understanding that the next step was for the TCC to narrow its categories of requested documents to those it reasonably believed were outside the scope of any privilege given that there would be few, if any. With that new list, we would be able to have a further discussion.

On yesterday's call, you indicated that the period of time of most relevance to you for purposes of your discovery requests is post allocation ruling, which was on May 12, 2015. On September 25, 2015, Judge Farnan was appointed as a mediator pursuant to a joint request by all of the parties to the appeal, including the TCC. The TCC was a full participant in the mediation process.

Our collective view is that, in the circumstances of this case, the mediation privilege operates as a complete bar to any discovery concerning settlement negotiations from 9/25/2015 through to the conclusion of settlement discussions. We are happy to discuss with you in further detail why we believe our position to be correct, but for purposes of this email we wanted to make sure that you are clear with respect to what we view to be the relevant time frame.

Thus, we believe there is approximately a 4 month window, from the date of the initial allocation ruling on May 12, 2015 to the commencement of the mediation on September 25, 2015, that could theoretically be open to discovery concerning settlement negotiations. That said, even for this 4-month period, we believe it is highly unlikely that discovery will lead to any admissible evidence (or even discoverable information) because, among other reasons, virtually all of the communications between Akin Gump, Cleary Gottlieb, and Milbank will be immune from discovery based on a common interest privilege. Nevertheless, we invite you again, as we thought you agreed on yesterday's call, to articulate to us specific categories of documents during the May 12 to September 25 window of time that you believe would not be covered by a common interest privilege. We would be happy to consider those categories and respond promptly to you.

We remain ready and willing to continue to meet and confer on all of these issues.

Thank you.

___

**Jeffrey A. Rosenthal**

Cleary Gottlieb Steen & Hamilton LLP
Assistant: mconiglio@cgsh.com
One Liberty Plaza, New York NY 10006
T: +1 212 225 2086 | F: +1 212 225 3999
jrosenthal@cgsh.com | clearygottlieb.com

**From:** Pohl, Steven D. [mailto:SPohl@brownrudnick.com]
**Sent:** Tuesday, December 06, 2016 7:28 PM
**To:** Schweitzer, Lisa M.; Alosco, Brian M.; Bromley, James L.; Rosenthal, Jeffrey A.; Beller, Benjamin S.
**Cc:** fhodara@akingump.com; dbotter@akingump.com; aqureshi@akingump.com; ddunne@milbank.com; aleblanc@milbank.com; amiller@milbank.com; Stoll, James W.; Floyd, Christopher M.; Koruda, Emily J.
**Subject:** Nortel - Meet & Confer Follow-up


To follow up on where we landed (and not for posturing - so please correct me if you think I have something wrong here):

- Cleary, Akin & Milbank agreed to:
    - tell us what time periods and topics/categories they consider protected by the mediation
    - tell us what time periods and topics/categories they consider protected by a joint interest privilege
- BR agreed to try to narrow the focus of the documents requests

Please endeavor to get back to us promptly.  We will try to do the same - hopefully by tomorrow.

In addition, if you have time for a short follow up call tomorrow at which point my litigation partner can join, we could do something later in the day - say on or after 6:15 eastern.

Steven


**Steven D. Pohl**
spohl@brownrudnick.com
617.856.8594

      **From:** Schweitzer, Lisa M. [mailto:lschweitzer@cgsh.com]
      **Sent:** Monday, December 05, 2016 6:28 PM
      **To:** Alosco, Brian M.; Bromley, James L.; Rosenthal, Jeffrey A.; Beller, Benjamin S.
      **Cc:** fhodara@akingump.com; dbotter@akingump.com; aqureshi@akingump.com; ddunne@milbank.com; aleblanc@milbank.com; amiller@milbank.com; Pohl, Steven D.; Stoll, James W.; Floyd, Christopher M.; Koruda, Emily J.
      **Subject:** RE: Nortel - Request for Production of Documents to Debtors

      **External E-mail. Use caution accessing links or attachments.**

      Akin, Milbank and Cleary are free at 1 pm tomorrow.  Please send us a dial in.  Lisa


      **Lisa M. Schweitzer**
      Cleary Gottlieb Steen & Hamilton LLP
      Assistant: lgiambatista@cgsh.com

One Liberty Plaza, New York NY 10006
T: +1 212 225 2629 | F: +1 212 225 3999
lschweitzer@cgsh.com  | clearygottlieb.com

**From:** Alosco, Brian M. [mailto:BAlosco@brownrudnick.com]
**Sent:** Monday, December 05, 2016 4:27 PM
**To:** Bromley, James L.; Rosenthal, Jeffrey A.; Schweitzer, Lisa M.
**Cc:** fhodara@akingump.com; dbotter@akingump.com; aqureshi@akingump.com; ddunne@milbank.com; aleblanc@milbank.com; amiller@milbank.com; Pohl, Steven D.; Stoll, James W.; Floyd, Christopher M.; Koruda, Emily J.
**Subject:** Nortel - Request for Production of Documents to Debtors

All,

I am following up on the Trade Claims Consortium's First Set of Requests for Production of Documents to Debtors, served last week.  As indicated in our cover letter to the request, we respectfully ask to meet and confer regarding the timing of the Debtors' responses.  We are available tomorrow between 12:30pm and 4:00pm, Wednesday between 9:00am and 12:00pm and between 2:00pm and 4:00pm, and any time on Thursday or Friday.  Please let us know your availability, or if you have any questions or concerns.

Best,
Brian



**Brian M. Alosco**
Counselor at Law

Brown Rudnick LLP
One Financial Center
Boston, MA 02111
T: 617.856.8511
F: 617.289.0886
www.brownrudnick.com

*********************************************************************************

The information contained in this electronic message may be legally privileged and confidential under applicable law, and is intended only for the use of the individual or entity named above. If the recipient of this message is not the above-named intended recipient, you are hereby notified that any dissemination, copy or disclosure of this communication is strictly prohibited. If you have received this communication in error, please notify Brown Rudnick LLP, (617) 856-8200 (if dialing from outside the US, 001-(617)-856-8200) and purge the communication immediately without making any copy or distribution.

*********************************************************************************

This message is being sent from a law firm and may contain confidential or privileged information. If you are not the
intended recipient, please advise the sender immediately by reply e-mail and delete this

message and any
attachments without retaining a copy.

Throughout this communication, "Cleary Gottlieb" and the "firm" refer to Cleary Gottlieb Steen & Hamilton LLP and
its affiliated entities in certain jurisdictions, and the term "offices" includes offices of those affiliated entities.


******************************************************************************

The information contained in this electronic message may be legally privileged and confidential under applicable law, and is intended only for the use of the individual or entity named above. If the recipient of this message is not the above-named intended recipient, you are hereby notified that any dissemination, copy or disclosure of this communication is strictly prohibited. If you have received this communication in error, please notify Brown Rudnick LLP, (617) 856-8200 (if dialing from outside the US, 001-(617)-856-8200) and purge the communication immediately without making any copy or distribution.

******************************************************************************

This message is being sent from a law firm and may contain confidential or privileged information. If you are not the
intended recipient, please advise the sender immediately by reply e-mail and delete this message and any
attachments without retaining a copy.

Throughout this communication, "Cleary Gottlieb" and the "firm" refer to Cleary Gottlieb Steen & Hamilton LLP and
its affiliated entities in certain jurisdictions, and the term "offices" includes offices of those affiliated entities.