# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X : Chapter 11
*In re* : Case No. 09-10138 (KG)
Nortel Networks Inc., *et al.*,[1] : Jointly Administered
Debtors.
---------------------------------------------------------X

## NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED FOR TELEPHONIC HEARING ON DECEMBER 13, 2016 AT 12:00 P.M. (EASTERN TIME)

By permission of chambers, any party wishing to participate telephonically must make arrangements through CourtCall **at least one hour prior to the hearing**. CourtCall has been made aware of this extended deadline. CourtCall will not accept reservations after the extended deadline has passed without permission of chambers. Please do not contact chambers prior to the expiration of the extended deadline.

### DISCOVERY CONFERENCE

1. Debtors' Objection to Proofs of Claim Filed by Pension Benefit Guaranty Corporation and Motion for an Order (I) Disallowing PBGC's Late-Filed Amended Claims, (II) Disallowing Certain of the PBGC Claims, and (III) Deeming Certain of the PBGC Claims Satisfied in Part by Post-Petition Transfers (D.I. 17325, Filed 11/2/16). (D.I. 17447, Filed 11/28/16).

    Related Pleading:

    (a) Scheduling Order (D.I. 17543, Entered 12/7/16); and

    (b) **Letter to the Honorable Kevin Gross from Derek C. Abbott Regarding the Debtors' Objection to Claims Filed by the PBGC (D.I. 17562, Filed 12/13/16).**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567), Nortel Networks (CALA) Inc. (4226), and Nortel Networks India International Inc. (8667). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

[2] **Amended items appear in bold.**

<u>Status</u>:  Pursuant to the Court's Scheduling Order dated December 7, 2016, a telephonic discovery conference on this matter will go forward.

**2.** **Notice of Service of Nortel Trade Claims Consortium's First Set of Requests for Production of Documents to Debtors (D.I. 17503, Filed 12/1/16); and Notices of Subpoena Directed To And Served Upon Akin Gump Strauss Hauer & Feld LLP, Berkeley Research Group, LLC, Cleary Gottlieb Steen & Hamilton LLP, Chilmark Partners, LLC, FTI Consulting, Inc., Greylock Partners, LLC, and Milbank, Tweed, Hadley & McCloy LLP (D.I. 17509, 17510, 17511, 17512, 17513, 17514, 17515, Filed 12/1/16).**

**Related Pleading:**

(a) **Letter Regarding Discovery Dispute (D.I. 17563, Filed 12/13/16); and**

(b) **Letter to the Honorable Kevin Gross Regarding the U.S. Interests' Position with Respect to the Discovery Requests Served by the Nortel Trade Claims Consortium (D.I. 17564, Filed 12/13/16).**

**<u>Status</u>: Per the direction of the Court, a telephonic discovery conference on this matter will go forward.**

| | |
|---|---|
| Dated: December 13, 2016<br>Wilmington, DE | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>James L. Bromley (admitted *pro hac vice*)<br>Lisa M. Schweitzer (admitted *pro hac vice*)<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone:  (212) 225-2000<br>Facsimile:  (212) 225-3999<br><br>- and -<br><br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Tamara K. Minott*<br>Eric D. Schwartz (No. 3134)<br>Derek C. Abbott (No. 3376)<br>Andrew R. Remming (No. 5120)<br>Tamara K. Minott (No. 5643)<br>1201 North Market Street<br>Wilmington, DE  19899-1347<br>Telephone:  (302) 658-9200<br>Facsimile:  (302) 658-3989<br><br>*Counsel for the Debtors and Debtors in Possession* |