# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Kevin Gross (Nortel Trial Only)

**Calendar Date:** 12/13/2016
**Calendar Time:** 12:00 PM ET

**Courtroom**
2nd Revision 12/13/2016 07:27 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 8023990 | Derek C. Abbott | (302) 351-9357 | Morris Nichols Arsht & Tunnell LLP | Debtor, Nortel Networks, Inc. / LIVE |
| | | Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 8022625 | Justin Alberto | (302) 429-4226 | Bayard P.A. | Interested Party, Pension Trust Fund / LIVE |
| | | Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 8024111 | Joseph Badtke-Berkow | (212) 610-6417 | Allen & Overy, LLP | Monitor, Ernst & Young / LIVE |
| | | Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 8012535 | Nick Bassett | (212) 530-5000 | Milbank, Tweed, Hadley & McCloy, LLP | Representing, Ad Hoc Group of Bondholders / LIVE |
| | | Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 8021475 | David Botter | (212) 872-1055 | Akin Gump Strauss Hauer & Feld LLP | Creditor, Official Committee of Unsecured creditors / LIVE |
| | | Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 8022495 | James Bromley | (212) 225-2264 | Cleary Gottlieb Steen & Hamilton | Debtor, Nortel Networks Inc. / LIVE |
| | | Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 8024169 | Jaime Chapman | (302) 571-5732 | Young, Conaway Stargatt & Taylor, LLP | Interested Party, Joint Administrators / LIVE |

| | Case | Type | ID | Name | Phone | Firm | Representing |
|---|---|---|---|---|---|---|---|
| Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 8025569 | Benjamin D. Feder | (212) 808-7925 | Kelley Drye & Warren LLP | Creditor, Pension Benefit Guarantee Corporation / LIVE |
| Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 8021350 | Kimberly B. Gianis | (203) 862-8250 | Contrarian Capital Management | Interested Party, Contrarian Capital Management / LISTEN ONLY |
| Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 8026945 | Laura Hall | (212) 610-7300 | Allen & Overy, LLP | Creditor, Ernst & Young / LIVE |
| Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 8021408 | Andrew Hanrahan | (212) 728-8170 ext. 8638 | Willkie Farr & Gallagher LLP | Interested Party, UK Pension Trust / LIVE |
| Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 8025770 | Fred S. Hodara | 212-872-8040 | Akin Gump Strauss Hauer & Feld LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 8025792 | Brad M. Kahn | (212) 872-8051 | Akin Gump Strauss Hauer & Feld LLP | Creditor, Official Commitee of Unsecured Creditors / LIVE |
| Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 8012541 | Peter J. Keane | (302) 778-6401 | Pachulski Stang Ziehl & Jones | Representing, Ad Hoc Cimmittee of Bondholders / LIVE |
| Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 8012517 | Thomas Kreller | (424) 386-4463 | Milbank, Tweed, Hadley & McCloy, LLP | Interested Party, Ad Hoc Committe All Bond Holders / LIVE |
| Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 8022565 | Sri K. Kuehnlenz | (212) 225-2311 | Cleary Gottlieb Steen & Hamilton | Debtor, Nortel Networks Inc. / LISTEN ONLY |
| Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 8024185 | Phillip Lis | (302) 571-6710 | Herbert Smith | Representing, Joint Adminstrators / LISTEN ONLY |

| Debtor | Case Number | Proceeding | ID | Name | Phone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|
| Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 8025564 | Marissa Lorenzo | (212) 808-7925 | Kelley Drye & Warren LLP | Creditor, Pension Benefit Guarantee Corporation / LIVE |
| Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 8021482 | Anthony Loring | (212) 872-1000 | Akin Gump Strauss Hauer & Feld LLP | Creditor, Official Committee of Unsecured creditors / LIVE |
| Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 8021457 | Daniel A. Lowenthal | (212) 336-2720 | Patterson Belknap Webb & Tyler | Creditor, Law Debenture Trust Company of New York / LISTEN ONLY |
| Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 8024118 | Kathleen Murphy | (302) 552-4214 | Buchanan, Ingersoll & Rooney, P.C. | Monitor, Ernst & Young / LIVE |
| Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 8024167 | Vicente Murrell | (202) 326-4020 ext. 3580 | Pension Benefit Guaranty Corporation | Creditor, Pension Benefit Guaranty Corporation / LIVE |
| Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 8024034 | Carl Neff | (302) 654-7444 | Fox Rothschild LLP | Creditor, Nortel Trade Claims / LIVE |
| Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 8024172 | Caroline Parker-Beaudrias | (212) 837-6000 | Hughes Hubbard & Reed LLP (New York) | Specially Appearing For, Joint Administrators / LIVE |
| Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 8014629 | Steven D. Pohl | (617) 856-8594 | Brown Rudnick LLP | Creditor, Nortel Trade Claim Consortium / LIVE |
| Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 8025428 | Abid Qureshi | (212) 872-1000 | Akin Gump Strauss Hauer & Feld LLP | Creditor, Committee of Unsecured Creditors / LIVE |
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 8023992 | Andrew R. Remming | (302) 658-9200 | Morris Nichols Arsht & Tunnell LLP | Debtor, Nortel Networks Inc. / LIVE |

| Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 8025631 | Jeffrey Rosenthal | (212) 225-2000 | Cleary Gottlieb Steen & Hamilton | Debtor, Nortel Networks / LIVE |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 8026065 | Jason B. Sanjana | (212) 588-8890 | Reorg Research, Inc. | Interested Party, Reorg Research, Inc. / LISTEN ONLY |
| Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 8024065 | James Stoll | 617-856-8201 | Brown Rudnick LLP | Creditor, Trade Claim Consorsiam / LIVE |
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 8026843 | Amer Tiwana | (646) 616-3052 | Cowen & Co. | Interested Party, Cowen and Company / LISTEN ONLY |
| Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 8012523 | Eric Weiss | (212) 530-5420 | Milbank, Tweed, Hadley & McCloy, LLP | Representing, Ad Hoc Bondholder Group / LIVE |
| Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 8024181 | John Whiteoak | (302) 571-6710 | Herbert Smith | Interested Party, Joint Adminstrators / LISTEN ONLY |
| Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 (11-5345 4) | Hearing | 8025775 | Robert Johnson | 212-872-1077 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Official Committee of Unsecured Creditors / LIVE |
| Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 (11-5345 4) | Hearing | 8021466 | Christopher M. Samis | (302) 357-3266 | Whiteford, Taylor & Preston LLC | Creditor, Official Committee of Unsecured Creditors / LIVE |