**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | )  | |
|---|---|---|
| *In re* | ) | Chapter 11 |
| | ) | |
| Nortel Networks Inc., *et al.*,[1] | ) | Case No. 09-10138 (KG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**CERTIFICATE OF SERVICE**

I, Peter J. Keane, hereby certify that on the 13th day of December, 2016, I caused a true and correct copy of the following document to be served upon the parties on the attached service list in the manner indicated thereon:

**OBJECTION AND RESPONSE OF THE *AD HOC* GROUP OF BONDHOLDERS TO (A) THE NORTEL TRADE CLAIMS CONSORTIUM'S (I) MOTION FOR RECONSIDERATION AND VACATION OF THE BANKRUPTCY COURT'S DECEMBER 18, 2014 PPI SETTLMENT ORDER AND (II) OBJECTION TO CROSSOVER BONDS CLAIMS AND (B) THE MOTION, OBJECTION AND JOINDER OF LIQUIDITY SOLUTIONS, INC. TO THE NORTEL TRADE CLAIM CONSORTIUM'S MOTION**

                                              */s/ Peter J. Keane*
                                              Peter J. Keane (Bar No. 5503)

---

[1] The Debtors in the chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).

Variant Consolidated 2002 First Class Mail
Case No. 14-12021 (BLS)
Document No. 207006
02 – Interoffice Mail
03 – Via Email
12 – Hand Delivery
96 – First Class Mail

*(Counsel to the Debtor)*
Peter J. Keane, Esquire
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
Wilmington, DE  19801

*INTEROFFICE MAIL*
*(Counsel to the Debtor)*
Richard M. Pachulski, Esquire
Pachulski Stang Ziehl & Jones, LLP
10100 Santa Monica Boulevard, 13th Floor
Los Angeles, CA  90067

*INTEROFFICE MAIL*
*(Counsel to the Debtor)*
Maxim B. Litvak, Esquire
Pachulski Stang Ziehl & Jones LLP
150 California Street, 15th Floor
San Francisco, CA  94111

*VIA EMAIL*
*(Interested Party)*
Lisa R. Hatfield, Esquire
Stern & Eisenberg Mid-Atlantic, PC
500 Creek View Road, Suite 304
Newark, DE  19711
**Email:  lhatfield@sterneisenberg.com;
deecf@sterneisenberg.com**

*VIA EMAIL*
*(Top 20 Creditors re Variant Sub FX3 Portfolio)*
National Real Estate Solutions
299 W Hillcrest Drive,  Ste 117
Thousand Oaks, CA 91360
**Email: info@thinknres.com**

*HAND DELIVERY*
*(United States Trustee)*
Mark S. Kenney, Esquire
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE  19801

*HAND DELIVERY*
*(State Attorney General)*
Matthew P. Denn, Esquire
Delaware Department of Justice
Carvel State Building
820 N. French Street, 5th Floor
Wilmington, DE  19801

*HAND DELIVERY*
*(DE Division of Revenue)*
Zillah A. Frampton, Bankruptcy Administrator
Delaware Division of Revenue
820 N. French Street
CSOB 8th Floor
Wilmington, DE  19801

*HAND DELIVERY*
*(United States Attorney)*
Charles Oberly, Esquire
c/o Ellen W. Slights, Esquire
United States Attorney's Office
District of Delaware
1007 N. Orange Street, Suite 700
Wilmington, DE  19801

*HAND DELIVERY*
*(Counsel to BPC VHI L.P., Beach Point Total Return Master Fund, L.P. and Beach Point Distressed Master Fund, L.P. (Collectively "Beach Point")*
Mark D. Collins, Esquire
Robert J. Stearn, Jr., Esquire
Richards Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE  19801

*HAND DELIVERY*
*(Counsel to Cortland Capital market Services LLC)*
William D. Sullivan, Esquire
Sullivan Hazeltine Allinson LLC
901 N. Market Street, Suite 1300
Wilmington, DE 19801

*HAND DELIVERY*
*(Counsel to Snowdon Partners Properties 15, LLC and Snowdon FX3 Huddie, LLC)*
Stuart M. Brown, Esquire
Craig Martin, Esquire
Daniel N. Brogan, Esquire
DLA Piper LLP (US)
1201 North Market Street, Suite 2100
Wilmington, DE 19801

*HAND DELIVERY*
*(Counsel to IMH)*
William Bowden, Esquire
Ashby & Geddes
500 Delaware Avenue
PO Box 1150
Wilmington, DE 19899

*HAND DELIVERY*
*(Counsel for Joseph H. Kanter)*
Frederick B. Rosner, Esquire
Scott Leonhardt, Esquire
The Rosner Law Group LLC
824 Market Street, Suite 810
Wilmington, DE 19801

*HAND DELIVERY*
*(Counsel to Wells Fargo Bank, N.A., as trustee for the registered holders of Credit Suisse First Boston Mortgage Securities Corp., Commercial Mortgage Pass-Through Certificates, Series 2006-C4, by and through C-III Asset Management LLC, as special servicer for the Noteholder)*
L. Katherine Good, Esquire
Whiteford, Taylor Preston, LLP
The Renaissance Centre, Suite 500
405 North King Street
Wilmington, DE 19801-3700

*HAND DELIVERY*
*(Counsel to Centennial Bank Commercial Finance Group)*
Richard S. Cobb, Esquire
Kerri K. Mumford, Esquire
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE 19801

*HAND DELIVERY*
*(Counsel to Jonathan B. Lyon Family Trust, The Kimberly A. Syman Family Trust, James Korein, John R. Cancro)*
William E. Chipman, Jr.
Chipman Brown Cicero & Cole, LLP
1313 N. Market Street, Suite 5400
Hercules Plaza
Wilmington, DE 19801

*FIRST CLASS MAIL*
*(United States Attorney General)*
Eric H. Holder, Jr., Esquire
Office of the U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Rm 4400
Washington, DC 20530-0001

*FIRST CLASS MAIL*
*Secretary of State*
Division of Corporations
Franchise Tax
401 Federal Street
P.O. Box 898
Dover, DE  19903

*FIRST CLASS MAIL*
*Office of General Counsel*
Securities & Exchange Commission
100 F Street, N.E.
Washington, DC  20549

*FIRST CLASS MAIL*
*Sharon Binger, Regional Director*
Philadelphia Regional Office
Securities & Exchange Commission
One Penn Center
1617 JFK Boulevard, Suite 520
Philadelphia, PA  19103

*FIRST CLASS MAIL*
*Andrew Calamari, Regional Director*
Securities & Exchange Commission
3 World Financial Center, Suite 400
New York, NY  10281

*FIRST CLASS MAIL*
*Pension Benefit Guaranty Corporation*
Office of the Chief Counsel
1200 K Street, N.W.
Washington, DC  20005

*FIRST CLASS MAIL*
*U.S. Department of Treasury*
Office of General Counsel
1500 Pennsylvania Avenue, N.W.
Washington, DC  20220

*FIRST CLASS MAIL*
*Delaware Secretary of Treasury*
820 Silver Lake Blvd., Suite 100
Dover, DE  19904

*FIRST CLASS MAIL*
*Internal Revenue Service*
Centralized Insolvency Operation
2970 Market Street, Mail Stop 5-030.133
Philadelphia, PA  19101

*FIRST CLASS MAIL*
*(Counsel to BPC VHI L.P., Beach Point*
*Total Return Master Fund, L.P. and Beach*
*Point Distressed Master Fund, L.P.*
*(Collectively "Beach Point")*
Daniel M. Petrocelli, Esq.
James M. Pearl, Esq.
O'Melveny & Myers LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA  90067

*FIRST CLASS MAIL*
*(Counsel to BPC VHI L.P., Beach Point*
*Total Return Master Fund, L.P. and Beach*
*Point Distressed Master Fund, L.P.*
*(Collectively "Beach Point")*
Suzzanne Uhland, Esquire
O'Melveny & Myers LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA  94111

*FIRST CLASS MAIL*
*(Counsel to Impact Floors of Texas, L.P.)*
Stephen C. Stapleton, Esquire
George A. (Tony) Mallers, Esquire
Cowles & Thompson, P.C.
901 Main Street, Suite 3900
Dallas, TX  75202

*FIRST CLASS MAIL*
*(Counsel to Cortland Capital market*
*Services LLC)*
Barbra R. Parlin, Esquire
Holland & Knight
31 West 52nd Street
New York, NY  10019

*FIRST CLASS MAIL*
*(Counsel to Snowdon Partners Properties 15, LLC and Snowdon FX3 Huddie, LLC)*
Russell E. Krone, Esquire
Thompson Krone, P.L.C.
4601 East Ft. Lowell Road, Suite 109
Tucson, AZ  85712

*FIRST CLASS MAIL*
*(Counsel to Jefferies LLC)*
Thomas A. Labuda, Jr., Esquire
Matthew E. Linder, Esquire
Sidley Austin LLP
One South Dearborn
Chicago, IL  60603

*FIRST CLASS MAIL*
*(Counsel to Centennial Bank Commercial Finance Group)*
Andrew C. Gold, Esquire
Stephen B. Selbst, Esquire
Hanh Huynh, Esquire
Herrick, Feinstein LLP
2 Park Avenue
New York, NY  10016

*FIRST CLASS MAIL*
*(Counsel for Administrative Agent, Cortland Capital)*
Joshua M. Spencer, Esquire
Holland & Knight LLP
31 West 52nd Street
New York, NY  10019

*FIRST CLASS MAIL*
*(Counsel for C-III Asset Management LLC – Servicer for FX3 portfolio and Seasons Property)*
Nellie Camerik, Esquire
Weil, Gotshal & Manges LLP
1395 Brickell Avenue, Suite 1200,
Miami, FL  33131

*FIRST CLASS MAIL*
*(Counsel to Wells Fargo Bank, N.A., as trustee for the registered holders of Credit Suisse First Boston Mortgage Securities Corp., Commercial Mortgage Pass-Through Certificates, Series 2006-C4, by and through C-III Asset Management LLC, as special servicer for the Noteholder)*
W. Michael Bond, Esquire
Stephen Karotkin, Esquire
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153-0119

*FIRST CLASS MAIL*
*(Counsel to CF Lane, LLC)*
Frank B. Wilensky
Macey, Wilensky & Hennings, LLC
303 Peachtree Street NE,
SunTrust Plaza, Suite 4420
Atlanta, GA  30308

*FIRST CLASS MAIL*
*(Counsel to Tarrant and Dallas County, Texas)*
Elizabeth Weller, Esquire
Linebarger Goggan Blair & Sampson, LLP
2777 N. Stemmons Freeway, Suite 1000
Dallas, TX  75207

*FIRST CLASS MAIL*
*(Counsel to Harris County, Southwest MGMT Dist and Harris Co ID# 05)*
John F. Dillman, Esquire
Linebarger Goggan Blair & Sampson, LLP
PO Box 3064
Houston, TX  77253-3064

*FIRST CLASS MAIL*
*(Counsel to Joseph Kanter)*
Susan F. Balaschak, Esquire
Akerman LLP
666 Fifth Avenue, 20th Floor
New York, NY  10103

*FIRST CLASS MAIL*
*(Counsel to Joseph Kanter)*
Joshua R. Mandell, Esquire
Akerman LLP
725 S Figuero Street, 38th Floor
Los Angeles, CA  90017

*FIRST CLASS MAIL*
*(Counsel to the Claimants: Alief Independent School District, International Management District, Spring Independent School District and Brazoria County Tax Office)*
Owen M. Sonik, Esquire
Perdue, Brandon, Fielder, Collins & Mott, LLP
1235 North Loop West, Suite 600
Houston, TX  77008

*FIRST CLASS MAIL*
*(Counsel to the City of Houston)*
M. Lucille Anderson, Esquire
Sr. Assistant City Attorney II
City of Houston Legal Department
P.O. Box 368
Houston, TX  77001-0368

*FIRST CLASS MAIL*
*(Independent Manager)*
M. Freddie Reis, Senior Managing Director
FTI Consulting, Inc.
633 W. 5th Street, Suite 1600
Los Angeles, CA  90071-2027

*FIRST CLASS MAIL*
*(Independent Manager)*
R. Todd Neilson, Director
Berkeley Research Group, LLC
Los Angeles, Century City
2049 Century Park East, Suite 2525
Los Angeles, CA  90067

*FIRST CLASS MAIL*
*(Independent Manager)*
Michael VanderLey, Senior Managing Director
FTI Consulting, Inc.
One Front Street, Suite 1600
San Francisco, CA  94111

*FIRST CLASS MAIL*
*(Creditor)*
Rachel Obaldo, Asst. Attorney General
Office of the Texas Attorney General
Bankruptcy & Collections Division MC 008
PO Box 12548
Austin, TX  78711-2548

*FIRST CLASS MAIL*
*(Administrative Agent)*
Cortland Capital Market Services LLC
225 W. Washington Street, Suite 2100
Chicago, IL  60606

*FIRST CLASS MAIL*
*(Interested Party)*
Elizabeth D. Theobalds,
Deputy County Attorney
Office of the County Attorney
for Charles County, Maryland
P.O. Box 2150
La Plata, MD 20646

*FIRST CLASS MAIL*
*(Interested Party)*
Michelle K. McMahon, Esquire
Bryan Cave LLP
1290 Avenue of the Americas
New York, NY  10104-3300

*FIRST CLASS MAIL*
*(Interested Party)*
Keith M. Aurzada, Esquire
Bryan Cave LLP
2200 Ross Avenue, Suite 3300
Dallas, Texas 75201-7965

*FIRST CLASS MAIL*
*(Interested Party)*
Sarah M. Good, Esquire
Bryan Cave LLP
One Atlantic Center, Fourteenth Floor
1201 W. Peachtree Street, NW
Atlanta, GA  30309-3488

*FIRST CLASS MAIL*
*(Interested Party)*
Peter Cash Doye
2511 Northside Drive, #232
San Diego, CA 92108

*FIRST CLASS MAIL*
*(Interested Party)*
Lynd Residential Partners, LP
a/d/b/a The Lynd Company
Samuel J. Kasparek
8000 IH-10 West, Suite 1200
San Antonio, TX  78230

*FIRST CLASS MAIL*
*(Interested Party)*
Asset Plus Corporation
675 Bering, Suite 200
Houston, TX  77057
Attn: Michael S. McGrath

*FIRST CLASS MAIL*
*(Interested Party)*
Adrian S. Baer, Esquire
Cordray & Schneller
3306 Sul Ross
Houston, TX  77098

*FIRST CLASS MAIL*
*(Interested Party)*
Forward Progress Enterprises, LLC
Jeffrey H. Greenberg, Esquire
c/o A&K Investments
2200 E. River Road, Suite 120
Tucson, AZ  85718

*FIRST CLASS MAIL*
*(Interested Party)*
Conix, Inc.
(JH Greenberg & Associates, PLLC,
Statutory Agent for Conix, Inc.)
Jeffrey H. Greenberg, Esquire
c/o A&K Investments
2200 E. River Road, Suite 120
Tucson, AZ  85718

*FIRST CLASS MAIL*
*(Interested Party)*
Conix, Inc.
President: Courtland Gettel
c/o A&K Investments
2200 E. River Road, Suite 120
Tucson, AZ  85718

*FIRST CLASS MAIL*
*(Top 20 for Variant)*
(Counsel to Commercial Group, Brett
Pezzuto, Christian Pezzuto, Tom Kivisto
and Mark Mills)
c/o Michael Olsen, Esq.
103 East Irving Park Rd.
Roselle, IL 60172

*FIRST CLASS MAIL*
*(Top 20 for Variant)*
JMBJAB Investments, LLC Retirement Plan
(JH Greenberg & Associates, PLLC,
Statutory Agent for Conix, Inc.)
Jeffrey H. Greenberg, Esquire
c/o A&K Investments
2200 E. River Road, Suite 120
Tucson, AZ  85718

*FIRST CLASS MAIL*
*(Top 20 for Variant)*
JH Greenberg & Associates, PLLC,
Statutory Agent for Conix, Inc.
Jeffrey H. Greenberg, Esquire
c/o A&K Investments
2200 E. River Road, Suite 120
Tucson, AZ  85718

*FIRST CLASS MAIL*
*(Top 20 for Variant)*
Holy Canoli, LLC
c/o John Fina
6128 San Bernardino
Tucson, AZ  85715

*FIRST CLASS MAIL*
*(Top 20 for Variant)*
Huber CPA PC
c/o Bob Huber
1861 N. Kolb Rd.
Tucson, AZ  85715

*FIRST CLASS MAIL*
*(Top 20 for Variant)*
Levitzacks CPAs
701 B St, Ste. 1300
San Diego, CA 92101

*FIRST CLASS MAIL*
*(Top 20 for Variant)*
Bloomberg LP
Attn:  Steven Citrin
120 Park Ave
New York, NY 10017

*FIRST CLASS MAIL*
*(Top 20 for Variant, Variant Sub H14 Portfolio and FX3 Portfolio)*
Greenberg Traurig LLP
c/o Howard J. Steinberg, Esq.
1840 Century Park East, Suite 1900
Los Angeles, CA 90067

*FIRST CLASS MAIL*
*(Top 20 Creditors re Variant Sub H14 Portfolio and FX3 Portfolio)*
CF Lane, LLC
Attn: Sharon Hatfield
Construction Services & Facilities
303 Perimeter Center North, Suite 201
Atlanta, GA  30346

*FIRST CLASS MAIL*
*(Top 20 Creditors re Variant Sub H14 Portfolio and FX3 Portfolio)*
Foundation Specialists Inc.
c/o Donato Minx Brown & Pool PC
3200 Southwest Freeway, Suite 2300
Houston, TX 77027

*FIRST CLASS MAIL*
*(Top 20 Creditors re Variant Sub H14 Portfolio and FX3 Portfolio)*
Conservice LLC
99 East 700 South
Logan. UT 84321

*FIRST CLASS MAIL*
*(Top 20 Creditors re Variant Sub H14 Portfolio and FX3 Portfolio)*
For Rent Media Solutions (For Rent Magazine, Inc.)
150 Granby St
Norfolk, VA 23510

*FIRST CLASS MAIL*
*(Top 20 Creditors re Variant Sub H14 Portfolio and FX3 Portfolio)*
Hannah Plumbing
Contact:  Jason Hannah
5906 Miller-Wilson Road
Crosby, TX  77532

*FIRST CLASS MAIL*
*(Top 20 Creditors re Variant Sub H14 Portfolio and FX3 Portfolio)*
Morrison & Head, LP
4210 Spicewood Springs Rd Ste 211,
Austin, TX 78759

*FIRST CLASS MAIL*
*(Top 20 Creditors re Variant Sub H14 Portfolio and Oaks at Stonecrest)*
Gabion Real Estate
2309 Roosevelt Drive Suite A
Arlington, TX 76016-5887

*FIRST CLASS MAIL*
*(Top 20 Creditor re Variant Sub Oaks at Stonecrest and FX3 Portfolio)*
HD Supply Facilities Maintenance Ltd.
Contact: Betty Dannemiller
1950 North Norcross Tucker Road
Norcross, GA  30071

*FIRST CLASS MAIL*
*(Top 20 Creditors re Variant Sub H14 Portfolio)*
E.H.L. Construction and Painting
12927 Clarewood Dr.
Houston, TX 77072

*FIRST CLASS MAIL*
*(Top 20 Creditors re Variant Sub H14 Portfolio)*
Gemstar Construction & Development, Inc.
21707 Inverness Forest Blvd.
Houston, TX 77073

*FIRST CLASS MAIL*
*(Top 20 Creditors re Variant Sub H14 Portfolio)*
Spartan Security Service
Contact: Pete Fernandez
6689 W. Sam Houston Pkwy S., Suite 100
Houston, TX 77072

*FIRST CLASS MAIL*
*(Top 20 Creditors re Variant Sub H14 Portfolio)*
JC Painting and Construction LLC
10511 Windsor Lane #107
Houston, TX 77031

*FIRST CLASS MAIL*
*(Top 20 Creditors re Variant Sub H14 Portfolio)*
CM Paint, Cleaning and More
PO Box 840437
Houston, TX  77284

*FIRST CLASS MAIL*
*(Top 20 Creditors re Variant Sub H14 Portfolio)*
Marvin's Remodeling
Contact: Hugo Gonzalez
PO Box 5468
Katy  TX  77491-5468

*FIRST CLASS MAIL*
*(Top 20 Creditors re Variant Sub H14 Portfolio)*
Tino's Carpet Care
5647 Gatewood Ave.
Houston, TX 77053

*FIRST CLASS MAIL*
*(Top 20 Creditors re Variant Sub H14 Portfolio)*
S.F.A. Landscaping Company
Contact:  Benigno M. Apolonio
12131 Barrett Brae Dr.
Houston, TX 77072

*FIRST CLASS MAIL*
*(Top 20 Creditors re Variant Sub H14 Portfolio)*
Hire Priority
1800 St. James Place, Ste 208
Houston, TX 77056

*FIRST CLASS MAIL*
*(Top 20 Creditors re Variant Sub H14 Portfolio)*
Direct TV
2230 E Imperial Hwy.,
El Segundo, CA 90245

*FIRST CLASS MAIL*
*(Top 20 Creditors re Variant Sub H14 Portfolio)*
Quality Services Company
5356 Prudence Road
Houston, TX 77045

**FIRST CLASS MAIL**
*(Top 20 Creditor re Variant Sub Oaks at Stonecrest)*
Dye-Masters Group, Inc.
4896 N. Royal Atlanta Dr.
Tucker, GA 30084

**FIRST CLASS MAIL**
*(Top 20 Creditor re Variant Sub Oaks at Stonecrest)*
New Age Plumbing, LLC
5975 South Quail Drive
Douglasville, GA 30135

**FIRST CLASS MAIL**
*(Top 20 Creditor re Variant Sub Oaks at Stonecrest)*
Wastebuilt Atlanta
f/k/a Consolidated Waste & Recycling
1875 Mitchell Road
Mableton, GA  30126

**FIRST CLASS MAIL**
*(Top 20 Creditor re Variant Sub Oaks at Stonecrest)*
Oakwood A.P.C.I.
48 Arcado Road
Lilburn, GA 30047

**FIRST CLASS MAIL**
*(Top 20 Creditor re Variant Sub Oaks at Stonecrest)*
Ameristar Apartment Services LP
2405 McIver Lane
Carrollton, TX75006

**FIRST CLASS MAIL**
*(Top 20 Creditor re Variant Sub Oaks at Stonecrest)*
Elsner's Superior Flooring
1800 Wilson Way, Ste 3
Smyrna, GA 30082

**FIRST CLASS MAIL**
*(Top 20 Creditor re Variant Sub Oaks at Stonecrest)*
One Stop Painting Company
Attn:  Kwang Yol Yi
5125 Beecham Court, Gwinnett
Suwanee GA  30024

**FIRST CLASS MAIL**
*(Top 20 Creditor re Variant Sub Oaks at Stonecrest)*
REALPAGE
Attn:  Jaime D. Ramos, Corp Counsel
2201 Lakeside Blvd.
Richardson, TX 75082

**FIRST CLASS MAIL**
*(Top 20 Creditor re Variant Sub Oaks at Stonecrest)*
Daystar Infrastructure & Construction Inc.
Contact: John Young
4324 York Road
College Park, GA 30337

**FIRST CLASS MAIL**
*(Top 20 Creditor re Variant Sub Oaks at Stonecrest)*
AAA Apartment Staffing LTD
Contact: Rosalind Bomer
11511 Katy Freeway, Ste 130
Houston, TX 77079

**FIRST CLASS MAIL**
*(Top 20 Creditor re Variant Sub Oaks at Stonecrest)*
Arnold E. Little Heating & Air Conditioning Contractor, LLC
475 Rue De Chateau
Stone Mountain, GA 30083

**FIRST CLASS MAIL**
*(Top 20 Creditor re Variant Sub Oaks at Stonecrest)*
The Inspector
860 Enclave Walk
Roswell, GA 30075

*FIRST CLASS MAIL*
*(Top 20 Creditor re Variant Sub Oaks at Stonecrest)*
PDQ Services, Inc.
700 Churchill Ct. #200
Woodstock, GA 30188

*FIRST CLASS MAIL*
*(Top 20 Creditor re Variant Sub Oaks at Stonecrest)*
The Rushing Law Firm
Contact: Fred Joseph Rushing, Jr.
3105 Washington Rd. Ste C
East Point, GA 30344

*FIRST CLASS MAIL*
*(Top 20 Creditor re Variant Sub Oaks at Stonecrest)*
CoStar Group Inc. f/k/a Network Communications, Inc.
2 Sun Court NW, Ste 300
Norcross, GA 30092

*FIRST CLASS MAIL*
*(Top 20 Creditor re Variant Sub Oaks at Stonecrest)*
Tytam Services, Inc.
3933 N. Hwy 155
Stockbridge, GA 30281

*FIRST CLASS MAIL*
*(Top 20 Creditor re Variant Sub Oaks at Stonecrest)*
Advanced Disposal Services, Inc.
Corporate Office
90 Fort Wade Road, Suite 200
Ponte Vedra, FL  32081

*FIRST CLASS MAIL*
*(Top 20 Creditors re Variant Sub FX3 Portfolio)*
Emanuel LLC
Contact: Sonia Emanuel
1071 Robmont Dr.
Richmond, VA 23236

*FIRST CLASS MAIL*
*(Top 20 Creditors re Variant Sub FX3 Portfolio)*
EMJ Engineers & Associates
Contact: Esam Jarwan
2208 Danielle Dr.
Colleyville, TX 76034-6423

*FIRST CLASS MAIL*
*(Top 20 Creditors re Variant Sub FX3 Portfolio)*
Bay Country Floors
1356 B Main Chapel Way
Gambrills, MD 21054

*FIRST CLASS MAIL*
*(Top 20 Creditors re Variant Sub FX3 Portfolio)*
INM Specialist Services, Inc.
Contact: Vanessa Venedict
74 Eldrid Dr.
Silver Spring, MD 20904

*FIRST CLASS MAIL*
*(Top 20 Creditors re Variant Sub FX3 Portfolio)*
Construction by Juan Cruz
c/o John H. Mowbray, Esquire
Fennemore Craig Jones Vargas
300 S. Fourth Street, Ste 1400
Las Vegas, NV 89101

*FIRST CLASS MAIL*
*(Top 20 Creditors re Variant Sub FX3 Portfolio)*
Leo's Construction Corp.
Contact: Leonel Perez
1415 Morningside Lane
Allen, TX 76006

*FIRST CLASS MAIL*

*(Top 20 Creditors re Variant Sub FX3 Portfolio)*
Master Painting
424 Gleneagles Drive
Friendswood, TX 77546

*FIRST CLASS MAIL*

*(Top 20 Creditors re Variant Sub FX3 Portfolio)*
Southwest Interior and Design
1740 Trinity Valley Dr.
Carrollton, TX 75006

*FIRST CLASS MAIL*

*(Top 20 Creditors re Variant Sub FX3 Portfolio)*
Pro-Tect Security
3511 S Eastern Ave
Las Vegas, NV 89169

*FIRST CLASS MAIL*

*(Top 20 Creditors re Variant Sub FX3 Portfolio)*
Star Personnel, Inc.
11500 Northwest Fwy #340
Houston, TX 77092