# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------- X
:
*In re*                                                    :     Chapter 11
:
Nortel Networks Inc., *et al.*,                            :     Case No. 09-10138 (KG)
:
          Debtors.[1]    :     Jointly Administered
:
                                         **RE: Docket Nos. 17492, 17555**
:
---------------------------------------------------------- X

## RESPONSE OF THE BANK OF NEW YORK MELLON TO THE NORTEL TRADE CLAIM CONSORTIUM'S AND LIQUIDITY SOLUTIONS, INC.'S (I) MOTIONS FOR RECONSIDERATION AND VACATUR OF THE BANKRUPTCY COURT'S DECEMBER 18, 2014 PPI SETTLEMENT ORDER AND (II) OBJECTIONS TO CROSSOVER BONDS CLAIMS

The Bank of New York Mellon, as indenture trustee (in such capacity, "BNYM") hereby responds to the Nortel Trade Claim Consortium's and Liquidity Solutions, Inc.'s (together, the "Movants") (i) motions for reconsideration and vacatur of this Court's PPI Settlement Order and (ii) objections to the proofs of claim that were filed by BNYM in respect of the crossover bond claims against Nortel Networks Inc. ("NNI").  BNYM respectfully states as follows:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. ("NNI") (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567), Nortel Networks (CALA) Inc. (4226) and Nortel Networks India International, Inc. (8667).

112464679 v4

1. BNYM believes that the hearing with respect to the Movants' request for "reconsideration" of this Court's PPI Settlement Order [D.I. 14950] should be adjourned to the January 24, 2017 plan confirmation hearing, and be heard together with the Movants' substantive objections to the crossover bond claims against NNI. Both Movants are already asking the Court to hold a hearing on January 24, 2017 with respect to their substantive claim objections, and there is no need for a hearing on December 20, 2016 with respect to the Movants' requests for reconsideration.

2. Although BNYM believes that there are no legal or factual bases to reconsider or vacate the PPI Settlement Order, or to disallow the crossover bond claims against NNI, the appropriate time for the Court to consider all of the Movants' arguments is the plan confirmation hearing. Indeed, the Nortel Trade Claim Consortium has already made it clear that it will pursue the same arguments in opposition to the crossover bond claims in the context of an objection to confirmation of the Debtors' chapter 11 plan. Accordingly, the Movants will have a full and fair opportunity to raise all of their issues during the plan confirmation hearing, and the parties who will oppose the Movants (including BNYM) can remain focused on the plan confirmation process.

3. If this Court agrees with BNYM and decides that a hearing with respect to all relief that the Movants request should be held concurrently with the plan confirmation hearing, then BNYM suggests that the deadline for parties to object to the Movants' motions be set for a date in January (rather than December 30, 2016).

4. BNYM reserves its right to object to the Movants' requested relief at any time.

**WHEREFORE,** BNYM respectfully requests that this Court (i) postpone consideration of any relief that the Movants request until the plan confirmation hearing, and (ii) grant BNYM such other and further relief as may be just and proper.

Dated: December 13, 2016
      Wilmington, Delaware

*/s/ Michael R. Lastowski*
Michael R. Lastowski (DE 3892)
Christopher M. Winter (DE 4163)
DUANE MORRIS LLP
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801-1659
Email: mlastowski@duanemorris.com
       cwinter@duanemorris.com

- and -

Michael J. Riela (admitted *pro hac vice*)
TANNENBAUM HELPERN SYRACUSE & HIRSCHTRITT LLP
900 Third Avenue
New York, NY 10022
Email: riela@thsh.com

*Co-counsel to The Bank of New York Mellon, as Indenture Trustee*