# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| *In re* | : | Chapter 11 |
| Nortel Networks Inc., *et al.*, | : | Case No. 09-10138 (KG) |
| Debtors.[1] | : | Jointly Administered |

## CERTIFICATE OF SERVICE

      I, Michael R. Lastowski, hereby certify that on December 13, 2016, I caused a true and correct copy of the *Response of The Bank of New York Mellon to the Nortel Trade Claim Consortium's and Liquidity Solutions, Inc.'s (I) Motions for Reconsideration and Vacation of the Bankruptcy Court's December 18, 2014 PPI Settlement Order and (II) Objections to Crossover Bonds Claims* to be served upon the parties listed below by first class mail, postage prepaid:

| | |
|---|---|
| Howard S. Zelbo<br>James L. Bromley<br>Jeffrey A. Rosenthal<br>Lisa Schweitzer<br>Cleary Gottlieb Steen & Hamilton LLP<br>One Liberty Plaza<br>New York, New York 10006 | Derek C. Abbot<br>Eric D. Schwartz<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, Delaware 19801 |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).

| | |
|---|---|
| Fred S. Hodara<br>David H. Botter<br>Abid Qureshi<br>Brad M. Kahn<br>Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Park<br>New York, NY  10036 | Christopher M. Samis<br>Whiteford, Taylor & Preston LLC<br>The Renaissance Centre<br>405 North King Street, Suite 500<br>Wilmington, Delaware 19801 |
| Andrew LeBlanc<br>Dennis F. Dunne<br>Albert A. Pisa<br>Milbank, Tweed, Hadley & McCloy LLP<br>1 Chase Manhattan Plaza<br>New York, New York 10005 | Laura Davis Jones<br>Peter J. Keane<br>Pachulski Stang Ziehl & Jones LLP<br>919 N. Market Street, 17th Floor<br>PO Box 8705<br>Wilmington, Delaware 19809 |
| Daniel A. Lowenthal<br>Brian P. Guiney<br>Patterson Belknap Webb & Tyler LLP<br>1133 Avenue of the Americas<br>New York, New York 10036 | Stephen P. Miller<br>Morris James LLP<br>500 Delaware Avenue, Suite 1500<br>P.O. Box 2306<br>Wilmington, Delaware 19899 |
| Steven D. Pohl<br>Brown Rudnick LLP<br>One Financial Center<br>Boston, MA  02111 | Mary F. Caloway<br>Kathleen A. Murphy<br>Buchanan Ingersoll & Rooney PC<br>919 Market Street, Suite 1500<br>Wilmington, Delaware 19801 |
| Mark Kenney, Trial Attorney<br>United States Trustee for Region 3<br>844 King Street, Suite 2207,<br>Lockbox 35<br>Wilmington, DE  19801 | Jeffrey M. Schlerf<br>Fox Rothschild LLP<br>Citizens Bank Center<br>919 North Market Street, Suite 300<br>Wilmington, DE  19801 |
| Kevin Zych<br>Bennett Jones<br>3400 One First Canadian Place<br>Toronto, Ontario M5X 1A4 | Edward S. Weisfelner<br>Brown Rudnick LLP<br>Seven Times Square<br>New York, NY  10036 |

| | |
|---|---|
| Eric R. Wilson<br>Sarah L. Reid<br>Benjamin D. Feder<br>Gilbert R. Saydah, Jr.<br>Kelley Drye & Warren LLP<br>101 Park Avenue<br>New York, NY  10178 | Mark Abrams<br>Wilkie Farr & Gallagher LLP<br>787 7th Avenue<br>New York, NY  10019-6099 |

Dated:   December 13, 2016

/s/ *Michael R. Lastowski*
Michael R. Lastowski (DE 3892)
DUANE MORRIS LLP
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801-1659
Telephone: 302-657-4900
Email:  mlastowski@duanemorris.com

*Attorneys for The Bank of New York Mellon, as Indenture Trustee*