# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------X
                                                       :
*In re*                                                :       Chapter 11
                                                       :
Nortel Networks Inc., *et al.*,[1]                     :       Case No. 09-10138 (KG)
                                                       :
                                    Debtors.            :       (Jointly Administered)
                                                       :
------------------------------------------------------- X

## NOTICE OF SERVICE OF DISCOVERY

I, Nicholas J. Brannick, hereby certify that on December 14, 2016, copies of **SNMP Research's Interrogatories to Debtors Concerning Objections to Confirmation of Debtors' Chapter 11 Plan** and **SNMP Research's Request for Production of Documents to Debtors Concerning Objections to Confirmation of Debtors' Chapter 11 Plan** were served via First-Class mail and electronic mail on the following parties:

| | |
|---|---|
| Lisa M. Schweitzer (lschweitzer@cgsh.com)<br>David H. Herrington (dherrington@cgsh.com)<br>Philip A. Cantwell (pcantwell@cgsh.com)<br>**Cleary Gottlieb Steen & Hamilton LLP**<br>One Liberty Plaza<br>New York, NY 10006<br><br>*Counsel for the Debtors* | Derek C. Abbot (dabbott@mnat.com)<br>Andrew R. Remming (aremming@mnat.com)<br>Tamara K. Minott (tminott@mnat.com)<br>**Morris, Nichols, Arsht & Tunnell LLP**<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19801<br><br>*Counsel for the Debtors* |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567), Nortel Networks (CALA) Inc. (4226), and Nortel Networks India International Inc. (8667). Contact information for the Debtors and their petitions are available at http://chapter11.epiqsystems.com/nortel.

Dated: December 14, 2016

COLE SCHOTZ P.C.

**OF COUNSEL**

Richard S. Busch, Esq.
**King & Ballow Law Offices**
315 Union Street, Suite 1100
Nashville, TN 37201
(615) 259-3456 (Phone)
(615) 726-5417 (Fax)
rbusch@kingballow.com

   -and-

John L. Wood, Esq.
**Egerton, McAfee, Armistead &
Davis, P.C.**
900 S. Gay Street
Knoxville, TN 37902
(865) 546-0500 (Phone)
(865) 525-5293 (Fax)
jwood@emlaw.com

*/s/ Nicholas J. Brannick*
Norman L. Pernick (No. 2290)
Nicholas J. Brannick (No. 5721)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
(302) 651-2002 (Phone)
(302) 652-3117 (Fax)
npernick@coleschotz.com
nbrannick@coleschotz.com

   -and-

G. David Dean, Esq.
Irving E. Walker, Esq.
300 E. Lombard Street, Suite 1450
Baltimore, MD 21202
(410) 230-0660 (Phone)
(410) 230-0667 (Fax)
ddean@coleschotz.com
iwalker@coleschotz.com

*Counsel for SNMP Research, Inc. and SNMP
Research International, Inc.*