# SERVICE LIST

**BY HAND DELIVERY:**

ATTN: LESLIE HEILMAN ESQ.
BALLARD SPAHR
919 MARKET ST 12TH FL
WILMINGTON, DE  19801

ATTN: CHRISTOPHER A WARD ESQ
 JUSTIN K EDELSON ESQ
POLSINELLI PC
222 DELAWARE AVENUE STE 1101
WILMINGTON, DE  19801

ATTN: DAVID B STRATTON ESQ
LEIGH-ANNE M RAPORT ESQ
PEPPER HAMILTON LLP
1313 MARKET ST STE 5100
WILMINGTON, DE  19801

ATTN: HENRY JAFFE ESQ.
PEPPER HAMILTON LLP
1313 MARKET ST STE 5100
WILMINGTON, DE  19801

ATTN: JOANNE B. WILLS ESQ.
KLEHR HARRISON
919 MARKET ST STE 1000
WILMINGTON, DE  19801

ATTN: WILLIAM D. SULLIVAN ESQ.
SULLIVAN HAZELTINE ALLINSON LLC
901 N. MARKET STREET SUITE 1300
WILMINGTON, DE  19801

ATTN: MARY F. CALOWAY ESQ.
P.J. DUHIG ESQ.
BUCHANAN INGERSOLL & ROONEY PC
919 N MARKET ST STE 1500
WILMINGTON, DE  19801-3046

ATTN: BRETT D. FALLON ESQ.
MORRIS JAMES LLP
500 DELAWARE AVE STE 1500
WILMINGTON, DE  19801

ATTN: MICHAEL J. CUSTER ESQ.
MORRIS JAMES LLP
500 DELAWARE AVE STE 1500
WILMINGTON, DE  19801

DISTRICT OF DELAWARE
US ATTORNEY'S OFFICE
1007 N. ORANGE STREET
WILMINGTON, DE  19801

ATTN: MARK KENNEY
OFFICE OF THE U.S. TRUSTEE
844 KING STREET SUITE 2207
LOCKBOX 35
WILMINGTON, DE  19801-3519

ATTN: DUANE D. WERB ESQ.
WERB & SULLIVAN
300 DELAWARE AVE 13TH FL
WILMINGTON, DE  19801

ATTN: RICARDO PALACIO ESQ.
ASHBY & GEDDES P.A.
500 DELAWARE AVE
WILMINGTON, DE  19801

ATTN: RACHEL B. MERSKY ESQ.
MONZACK MERSKY MCLAUGHLIN
 AND BROWDER P.A.
1201 N ORANGE ST STE 400
WILMINGTON, DE  19801

ATTN: JEFFREY S. WISLER ESQ.
MARC J. PHILLIPS ESQ.
CONNOLLY BOVE
THE NEMOURS BUILDING 1007 N ORANGE ST
WILMINGTON, DE  19801

ATTN: KURT F. GWYNNE ESQ.
J. CORY FALGOWSKI ESQ.
REED SMITH LLP
1201 N MARKET ST STE 1500
WILMINGTON, DE  19801

ATTN: LAURA DAVIS JONES
TIMOTHY P. CAIRNS
PACHULSKI STANG
919 N. MARKET ST. 17TH FL.
WILMINGTON, DE  19899-8705

ATTN: JAMES L. PATTON AND
EDWIN J. HARRON
YOUNG CONAWAY
1000 NORTH KING STREET
WILMINGTON, DE  19801

ATTN: ROBERT A. WEBER ESQ.
SKADDEN ARPS SLATE MEAGHER & FLOM LLP
ONE RODNEY SQUARE
WILMINGTON, DE  19899-0636

ATTN: NICHOLAS SKILES ESQ.
SWARTZ CAMPBELL LLC
300 DELAWARE AVENUE SUITE 1410
WILMINGTON, DE  19801

CHRISTOPHER P. SIMON ESQ.
CROSS & SIMON LLC
913 NORTH MARKET STREET 11TH FLOOR
WILMINGTON, DE  19899-1380

CHARLENE D. DAVIS ESQ.
JUSTIN R. ALBERTO ESQ. & DANIEL A. O'BRIEN ESQ.
BAYARD P.A.
222 DELAWARE AVENUE SUITE 900
WILMINGTON, DE  19899

ATTN: STUART M. BROWN
EDWARDS ANGELL PALMER & DODGE LLP
919 NORTH MARKET STREET SUITE 1500
WILMINGTON, DE  19801

MICHAEL R. LASTOWSKI ESQ.;
SUMMER L. ROSS ESQ.
DUANE MORRIS LLP
222 DELAWARE AVENUE
SUITE 1600
WILMINGTON, DE  19801-1659

TOBEY M. DALUZ ESQ.; DAVID T. MAY ESQ.
BALLARD SPAHR LLP
919 N. MARKET STREET 12TH FLOOR
WILMINGTON, DE  19801

EVELYN J. MELTZER ESQ.
PEPPER HAMILTON LLP
HERCULES PLAZA SUITE 5100
1313 MARKET STREET
WILMINGTON, DE  19899-1709

JEFFREY S. CIANCIULLI ESQ.
WEIR & PARTNERS LLP
824 MARKET STREET SUITE 800
WILMINGTON, DE  19801-4939

ADAM G. LANDIS ESQ.;
KERRI K. MUMFORD ESQ.;
J. LANDON ELLIS ESQ.
LANDIS RATH & COBB LLP
919 MARKET STREET SUITE 1800
WILMINGTON, DE  19801

IAN CONNOR BIFFERATO ESQ.;
MATTHEW DENN ESQ; KEVIN G. COLLINS ESQ.
BIFFERATO LLC
1007 N ORANGE ST FL 4
WILMINGTON, DE  19801

STEVEN K. KORTANEK ESQ.;
MATTHEW P. WARD ESQ.
WOMBLE CARLYLE SANDRIDGE & RICE PLLC
222 DELAWARE AVENUE SUITE 1501
WILMINGTON, DE  19801

ATTN: MICHAEL DEBAECKE ESQ.
BLANK ROME LLP
1201 MARKET STREET SUITE 800
WILMINGTON, DE  19801

ATTN: RAFAEL X. ZAHRALDDIN-ARAVENA;
SHELLY A. KINSELLA
ELLIOTT GREENLEAF
1105 N. MARKET STREET SUITE 1700
WILMINGTON, DE  19801

ATTN: VIVIAN A. HOUGHTON ESQ.
LAW OFFICE OF VIVIAN HOUGHTON
800 WEST STREET
WILMINGTON, DE  19801

ATTN: BONNIE GLANTZ FATELL ESQ.;
VICTORIA A. GUILFOYLE
BLANK ROME LLP
1201 NORTH MARKET STREET SUITE 800
WILMINGTON, DE  19801

ATTN: SELINDA A. MELNIK
DLA PIPER LLP (US)
1201 NORTH MARKET STREET SUITE 2100
WILMINGTON, DE  19801

ATTN: W. CHIPMAN M. OLIVERE &
 A. KASHISHIAN
CHIPMAN BROWN CICERO & COLE LLP
1313 N MARKET ST STE 5100
WILMINGTON, DE  19801

ATTN: HOWARD A. COHEN ESQ.
DRINKER BIDDLE & REATH LLP
222 DELAWARE AVENUE SUITE 1410
WILMINGTON, DE  19801-1621

CHRISTOPHER M. SAMIS AND
 L. KATHERINE GOOD
WHITEFORD TAYLOR & PRESTON LLC
THE RENAISSANCE CENTER
405 NORTH KING STREET SUITE 500
WILMINGTON, DE  19801

JEFFREY M. SCHLERF ESQ.
FOX ROTHSCHILD LLP
919 NORTH MARKET STREET SUITE 300
CITIZENS BANK CENTER
WILMINGTON, DE  19801

FRIEDLANDER & GORRIS P.A.
1201 N. MARKET STREET
SUITE 2200
WILMINGTON, DE  19801