IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Nortel Networks Inc., *et al.*, | ) | Case No. 09-10138 (KG) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Related Docket No. 17470** |

## CERTIFICATION OF COUNSEL REGARDING MOTION OF INNINGS TELECOM EUROPE, LTD. FOR AUTHORITY TO AMEND ITS PRE-PETITION CLAIMS

The undersigned, counsel for Innings Telecom Europe Ltd. ("ITEL"), hereby certifies as follows:

1. On November 29, 2016, ITEL filed its *Motion for Authority to Amend Pre-Petition Claims* (Docket No. 14740) (the "Motion"). The undersigned certifies that, except as set forth below, (i) he has received no answer, objection, or responsive pleading with respect to the Motion and (ii) he has reviewed the Court's docket in the above-captioned chapter 11 cases and no answer, objection, or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Motion, responses to the Motion were to be filed and served no later than December 13, 2016 at 4:00 p.m.

2. Counsel for the above-captioned debtors (the "Debtors") contacted ITEL's counsel regarding the Motion and requested back-up documentation for the amended claim amounts, which ITEL provided. After reviewing the documentation provided, counsel for the Debtors indicated that the Debtors did not oppose the Motion *and* would consent to the allowance of Claims 4394 and 4448 in the amended amounts.

3. Accordingly, counsel to ITEL and the Debtors have agreed upon a revised form of order (the "Proposed Order") attached hereto as Exhibit A. A blackline showing changes from the original form of proposed order submitted with the Motion is attached hereto as Exhibit B.

4.  ITEL has received no comments from any other parties regarding the Motion, and no objections to the Motion have been filed.

WHEREFORE, ITEL respectfully requests that this Honorable Court enter the Proposed Order attached hereto as Exhibit A.

Date:  December 14, 2016
       Wilmington, DE

**SULLIVAN · HAZELTINE · ALLINSON LLC**

/s/ William D. Sullivan
William D. Sullivan (No. 2820)
Thomas D. Walsh (No. 3783)
901 North Market Street, Suite 1300
Wilmington, DE  19801
Tel: (302) 428-8191
Fax: (302) 428-8195
Email: bsullivan@sha-llc.com
       twalsh@sha-llc.com

*Attorneys for Innings Telecom Europe Ltd. (ITEL)*

# Exhibit A

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Nortel Networks Inc., *et al.*,[1] | ) | Case No. 09-10138 (KG) |
| | ) | (Jointly Administered) |
| Debtors. | ) | **Re: D.I. 17470** |

### ORDER GRANTING MOTION OF INNINGS TELECOM EUROPE, LTD. FOR AUTHORITY TO AMEND PREPETITION CLAIMS AND ALLOWING CLAIMS IN AMENDED AMOUNTS

**UPON CONSIDERATION** of Innings Telecom Europe Ltd. (the "Movant's") *Motion for Authority to Amend Its Pre-Petition Claims* (the "Motion") and due and proper notice of the Motion having been given, and no other or further notice being necessary or required; and after due deliberation and sufficient cause appearing therefore IT IS HEREBY ORDERED that:

1. The Motion is GRANTED; and

2. Movant is granted leave to file amended claims to increase Claim No. 4394 by $127,400.00 to $479,965.80, and Claim No. 4448 by $1,450.00 to $34,758.54; and

3. Claim No. 4394 is hereby allowed in the amount of $479,965.80, and Claim No. 4448 is hereby allowed in the amount of $34,758.54 (collectively, the "Amended Allowed Claims"); and

4. Movant shall serve a copy of this Order on Epiq Bankruptcy Solutions, LLC ("Epiq"), the Debtors' Claims Agent, and Epiq shall update the claims register to reflect the amount of the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Atlsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567), Nortel Networks (CALA) Inc. (4226), and Nortel Networks India International Inc. (8667). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

Amended Allowed Claims set forth in the previous paragraph of this Order.

                                                                         _____
                                                                         Honorable Kevin Gross
                                                                         United States Bankruptcy Judge

# Exhibit B

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| Nortel Networks Inc., *et al.*,[1] ) | Case No. 09-10138 (KG) |
| ) | (Jointly Administered) |
| Debtors. ) | **Re: D.I.** _____ **17470** |

Formatted: No underline

**ORDER GRANTING MOTION OF INNINGS TELECOM EUROPE, LTD. FOR AUTHORITY TO AMEND PREPETITION CLAIMS AND ALLOWING CLAIMS IN AMENDED AMOUNTS**

**UPON CONSIDERATION** of Innings Telecom Europe Ltd. (the "Movant's") *Motion for Authority to Amend Its Pre-Petition Claims* (the "Motion") and due and proper notice of the Motion having been given, and no other or further notice being necessary or required; and after due deliberation and sufficient cause appearing therefore IT IS HEREBY ORDERED that:

1. The Motion is GRANTED; and

2. Movant is granted leave to file amended claims to increase Claim No. 4394 by $127,400.00 to $479,965.80, and Claim No. 4448 by $1,450.00 to $34,758.54; and

3. ~~Movant shall file its amended proofs of claim within seven (7) days of the entry of this Order; and~~ Claim No. 4394 is hereby allowed in the amount of $479,965.80, and Claim No. 4448 is hereby allowed in the amount of $34,758.54 (collectively, the "Amended Allowed Claims"); and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Atlsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Anchitel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567), Nortel Networks (CALA) Inc. (4226), and Nortel Networks India International Inc. (8667). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

4. ~~The amended proofs of claim shall be deemed timely filed.~~ 4. Movant shall serve a copy of this Order on Epiq Bankruptcy Solutions, LLC ("Epiq"), the Debtors' Claims Agent, and Epiq shall update the claims register to reflect the amount of the

Amended Allowed Claims set forth in the previous paragraph of this Order.

Honorable Kevin Gross
United States Bankruptcy Judge