IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X     Chapter 11
:
*In re*    :    Case No. 09-10138 (KG)
:
Nortel Networks Inc., *et al.*,[1]    :    Jointly Administered
:
               Debtors.    :
:
------------------------------------------------------------X

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON DECEMBER 20, 2016 AT 9:00 A.M. (EASTERN TIME)**

By permission of chambers, any party wishing to participate telephonically must make arrangements through CourtCall **at least one hour prior to the hearing**. CourtCall has been made aware of this extended deadline. CourtCall will not accept reservations after the extended deadline has passed without permission of chambers. Please do not contact chambers prior to the expiration of the extended deadline.

**ADJOURNED/RESOLVED MATTERS**

1. Motion of SNMP Research, Inc. and SNMP Research International, Inc. to Amend Proofs of Claim and Add SNMP Research, Inc. as Claimant (D.I. 17432, Filed 11/23/16).

    Objection Deadline: December 7, 2016 at 4:00 p.m. (ET). Extended to a date to be determined for the Debtors.

    Responses Received: None.

    Related Pleading:

    (a) Declaration of Dr. Jeffrey D. Case in Support of Motion of SNMP Research, Inc. and SNMP Research International, Inc. to Amend Proofs of Claim and Add SNMP Research, Inc. as Claimant (D.I. 17433, Filed 11/23/16).

    Status: The hearing on this matter has been adjourned to a date to be determined and the the parties are conferring on a proposed schedule.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567), Nortel Networks (CALA) Inc. (4226), and Nortel Networks India International Inc. (8667). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

2. Motion of Inning Telecom Europe, Ltd. for Authority to Amend its Pre-Petition Claims (D.I. 17470, Filed 11/29/16).

   Objection Deadline: December 13, 2016 at 4:00 p.m. (ET).

   Responses Received: None.

   Related Pleading:

   (a) Declaration of Mark Henshall (D.I. 17472, Filed 11/29/16); and

   (b) Order Granting Motion of Innings Telecom Europe, Ltd. for Authority to Amend Prepetition Claims and Allowing Claims in Amended Amount (D.I. 17587, Entered 12/15/16).

   Status: An order has been entered regarding this matter. No hearing is necessary.

**CONTESTED MATTER GOING FORWARD**

3. The Nortel Trade Claims Consortium's (I) Motion for Reconsideration and Vacation of the Bankruptcy Court's December 18, 2014 PPI Settlement Order and (II) Objection to Crossover Bonds Claims (D.I. 17492, Filed 11/30/16).

   Objection Deadline: December 13, 2016 at 4:00 p.m. (ET).

   Responses Received:

   (a) Motion, Objection and Joinder of Liquidity Solutions, Inc. to the Nortel Trade Claims Consortium's (I) Motion for Reconsideration and Vacation of the Bankruptcy Court's December 18, 2014 PPI Settlement Order and (II) Objection to Crossover Bonds Claims (D.I. 17555, Filed 12/9/16);

   (b) Limited Objection and Reservation of Rights of the Monitor in Response to the Motions of the Nortel Trade Consortium and Liquidity Solutions, Inc. to Vacate the PPI Settlement Order and Disallow Claims (D.I. 17568, Filed 12/13/16);

   (c) Debtors' Objection to the Nortel Trade Claims Consortium's (I) Motion for Reconsideration and Vacation of the Bankruptcy Court's December 18, 2014 PPI Settlement Order and (II) Objection to Crossover Bonds Claims (D.I. 17569, Filed 12/13/16);

   (d) Objection and Response of the *Ad Hoc* Group of Bondholders to (A) the Nortel Trade Claims Consortium's (I) Motion for Reconsideration and Vacation of the Bankruptcy Court's December 18, 2014 PPI Settlement Order and (II) Objection to Crossover Bonds Claims and (B) the Motion, Objection and Joinder of Liquidity Solutions, Inc. to the Nortel Trade Claim Consortium's Motion (D.I. 17570, Filed 12/13/16);

(e)   Response of the Official Committee of Unsecured Creditors of Nortel Networks, Inc. et al. to the Nortel Trade Claims Consortium's (I) Motion for Reconsideration and Vacation of the Bankruptcy Court's December 18, 2014 PPI Settlement Order and (II) Objection to Crossover Bonds Claims (D.I. 17571, Filed 12/13/16); and

(f)   Response of the Bank of New York Mellon to the Nortel Trade Claim Consortium's (I) Motion for Reconsideration and Vacation of the Bankruptcy Court's December 18, 2014 PPI Settlement Order and (II) Objection to Crossover Bonds Claims (D.I. 17572, Filed 12/13/16).

Related Pleading:  None.

Status:  A hearing on this matter will go forward.

Dated: December 16, 2016
Wilmington, DE

CLEARY GOTTLIEB STEEN & HAMILTON LLP
James L. Bromley (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone:  (212) 225-2000
Facsimile:  (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

       */s/ Tamara K. Minott*
Eric D. Schwartz (No. 3134)
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Tamara K. Minott (No. 5643)
1201 North Market Street
Wilmington, DE  19899-1347
Telephone:  (302) 658-9200
Facsimile:  (302) 658-3989

*Counsel for the Debtors and Debtors in Possession*