## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------------X
                                                   :    Chapter 11
In re                                              :
                                                   :    Case No. 09-10138 (KG)
Nortel Networks Inc., et al.,[1]                   :
                                                   :    Jointly Administered
                          Debtors.                 :
                                                   :    RE: D.I. 17325
                                                   :
-------------------------------------------------------X
```

## CERTIFICATION OF COUNSEL REGARDING THE PROPOSED STIPULATED PROTECTIVE ORDER GOVERNING THE USE AND DISCLOSURE OF CONFIDENTIAL INFORMATION CONTAINING CLAWBACK PROVISIONS DATE

I, Tamara K. Minott, counsel for Nortel Networks Inc. ("NNI") and its affiliated debtors, as debtors and debtors-in-possession in the above-captioned cases (the "Debtors"), hereby certify as follows regarding the *Proposed Stipulated Protective Order Governing the Use and Disclosure of Confidential Information Containing Clawback Provisions* (the "Proposed Order"), attached hereto as **Exhibit A**:

1.      On July 7, 2014, the Pension Benefit Guaranty Corporation (the "PBGC") filed four amended proofs of claim, claim numbers 8760, 8761, 8762 and 8763, asserted against each of the Debtors on a joint and several basis.

2.      On November 2, 2016, the Debtors filed *Debtors' Objection to Proofs of Claim Filed By Pension Benefit Guaranty Corporation And Motion For An Order (I)*

---

[1]      The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

*Disallowing PBGC's Late-Filed Amended  Claims, (II) Disallowing Certain Of The PBGC Claims, And (III) Deeming Certain Of The PBGC Claims Satisfied In Part By Post-Petition Transfer* (the "Objection") [D.I. 17325].

3.       By Order dated November 22, 2016 [D.I. 17426], the Court directed the parties to proceed with discovery and scheduled an evidentiary hearing for January 9-11, 2017 (the "Hearing") to determine the issues raised in the Objection.

4.       In anticipation of the Hearing, and in the process of conducting discovery, the Debtors and the PBGC (the "Parties") seek protections for certain documents and/or information that may be disclosed that contains nonpublic, confidential, or sensitive information.

5.       Accordingly, the Parties conferred and agreed upon the terms of the Proposed Order.  The Parties agreed to enter the Proposed Order for the Court's approval.

*[Remainder of Page Intentionally Left Blank]*

WHEREFORE, the Debtors respectfully request that the Court (i) enter the

Proposed Order attached hereto as **Exhibit A** and (ii) grant such other and further relief as is just

and proper.

Dated:  December 20, 2016
      Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone:  (212) 225-2000
Facsimile:  (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Tamara K. Minott*
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Tamara K. Minott (No. 5643)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19801
Telephone:  (302) 658-9200
Facsimile: (302) 658-3989

*Counsel for the Debtors*
*and Debtors in Possession*