# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

### *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | NORTEL NETWORKS INC., ET AL. | | |
| **Case Number:** | 09-10138-KG | **Chapter:** | 11 |
| **Date / Time / Room:** | TUESDAY, DECEMBER 20, 2016 09:00 AM   CRT#3, 6TH FL. | | |
| **Bankruptcy Judge:** | KEVIN GROSS | | |
| **Courtroom Clerk:** | SHERRY SCARUZZI | | |
| **Reporter / ECR:** | GINGER MACE | | |

### *Matter:*

**1)** OMNIBUS HEARING & Claim Objection;
   **R / M #:**   17,590 / 0

**2)** ADM: 09-10164-KG
   Motion of the Monitor for an Order Enforcing the Meeting Order and the Post-Filing Claims Bar Date Order of the Ontario Court
   **R / M #:**   638 / 0
   **VACATED:**   CNO Filed and Order Signed

### *Appearances:*

SEE ATTACHED COURT SIGN-IN-SHEET

### *Proceedings:*

HEARING HELD. AGENDA ITEMS:
#1 - Adjourned to date TBD
#2 - Order Entered
#3 - Motion Denied - Judge Gross will prepare an Order with his ruling.