# SIGN-IN-SHEET

**CASE NAME:** Nortel Networks, Inc.
**CASE NO.:** 09-10138 (KG)
**COURTROOM LOCATION:** 3
**DATE:** 12/20/16

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Steven D. Pohl | Brown Rudnick | Trade Claims Consortium |
| Christopher M. Floro | Brown Rudnick | Trade Claims Consortium |
| Stephen Miller | Morris James LLP | Delaware Trust Company Indenture Trustee |
| Daniel Lowenthal | Patterson Belknap | " " |
| Jelly Siegel | For Molly Ltd | Trade Cls Cnst |
| Andrew Leblanc | Milbank Tweed | Ad Hoc Bondholders |
| Kathleen Murphy | Buchanan Ingersoll | Monitor |
| Sai Berkan | Allen & Overy | " |
| Lisa Schweitzer | Cleary | Debtors |
| Derek Abbott | MNAT | " |
| Peter Keane | Pachulski Stang Ziehl & Jones | Ad Hoc Bondholders |
| Fred Hodara | Akin Gump | Official Comm. Unsec. Creds |
| David Botter | D | D |
| Brad Kahn | D | D |
| Chris Sams | White & Case Taylor | D |
| Michael Riela | Tannenbaum Helpern | The Bank of New York Mellon |

# Court Conference

**U.S. Bankruptcy Court-Delaware**
**Confirmed Telephonic Appearance Schedule**
**Honorable Kevin Gross (Nortel Trial Only)**
**Courtroom**

Calendar Date: 12/20/2016
Calendar Time: 09:00 AM ET

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 8038216 | Marc Abrams | 212-728-8000 ext. | Willkie Farr & Gallagher LLP | Interested Party, UK Pension Trust Limited / LIVE |
| | | Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 8036884 | David Botter | (212) 872-1055 ext. | Akin Gump Strauss Hauer & Feld LLP | Creditor, Official Committee of Unsecured creditors / LIVE |
| | | Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 8038117 | Benjamin D. Feder | (212) 808-7925 ext. | Kelley Drye & Warren LLP | Creditor, Pension Benefit Guarantee Corporation / LIVE |
| | | Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 8036917 | Kimberly B. Gianis | (203) 862-8250 ext. | Contrarian Capital Management | Interested Party, Contrarian Capital Management / LISTEN ONLY |
| | | Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 8034842 | Ashutosh Habbu | (212) 412-1316 ext. | Barclays | Real Party in Interest, Adi Habbu / LISTEN ONLY |
| | | Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 8036887 | Fred S. Hodara | 212-872-8040 ext. | Akin Gump Strauss Hauer & Feld LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |

Peggy Drasal ext. 802                  CourtConfCal2009                  Page 1 of 3

| Case | Type | ID | Name | Phone | Firm | Representing |
|---|---|---|---|---|---|---|
| Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 Hearing | 8038256 | Patrick Holohan | (646) 412-5336 ext. | Merger Market | Interested Party, Debtwire / LISTEN ONLY |
| Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 Hearing | 8037021 | Charles Huberty | (212) 837-6045 ext. | Hughes Hubbard & Reed | Representing, Joint Administrators / LIVE |
| Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 Hearing | 8036888 | Brad M. Kahn | (212) 872-8051 ext. | Akin Gump Strauss Hauer & Feld LLP | Creditor, Official Commitee of Unsecured Creditors / LIVE |
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 Hearing | 8036970 | Emily Koruda | (617) 856-8405 ext. | Brown Rudnick LLP | Creditor, Nortel Trade Claim Consortium / LISTEN ONLY |
| Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 Hearing | 8036881 | Anthony Loring | (212) 872-1000 ext. | Akin Gump Strauss Hauer & Feld LLP | Creditor, Official Committee of Unsecured creditors / LIVE |
| Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 Hearing | 8034542 | Selinda A. Melnik | (302) 357-5305 ext. | DLA Piper US, LLP | Creditor, Canadian Creditors Commitee / LISTEN ONLY |
| Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 Hearing | 8036889 | Abid Qureshi | (212) 872-1000 ext. | Akin Gump Strauss Hauer & Feld LLP | Creditor, Committee of Unsecured Creditors / LIVE |
| Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 Hearing | 8035672 | Jeremy Reckmeyer | (212) 850-2851 ext. | Andrews Kurth LLP | Creditor, Liquidity Solution / LIVE |
| Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 Hearing | 8038049 | Jason B. Sanjana | (212) 588-8890 ext. | Reorg Research, Inc. | Interested Party, Reorg Research, Inc. / LISTEN ONLY |

| | | | | | | |
|---|---|---|---|---|---|---|
| Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 8037482 | Paul N. Silverstein | (212) 850-2819 ext. | Andrews Kurth LLP | Creditor, Liquidity Solutions / LIVE |
| Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 8037799 | Andrew M. Thau | (212) 915-1232 ext. | Cantor Fitzgerald | Interested Party, Cantor Fitzgerald / LISTEN ONLY |
| Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 8033045 | Eric Weiss | (212) 530-5420 ext. | Milbank, Tweed, Hadley & McCloy, LLP | Representing, Ad Hoc Bondholder Group / LIVE |
| Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 8030888 | Michael J. Wunder | (416) 860-6484 ext. | Cassels Brock & Blackwell LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 (11-5345 4) | Hearing | 8036883 | Robert Johnson | 212-872-1077 ext. | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Official Committee of Unsecured Creditors / LIVE |