IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Nortel Networks Inc., *et al.*, | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>Jointly Administered<br><br>RE D.I.: 17568 |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE:
SS:
NEW CASTLE COUNTY:

I, Annette F. Dye, certify that I am, and at all times during the service, have been, an employee of Buchanan Ingersoll & Rooney PC, not less than 18 years of age and not a party to the matter concerning which service was made on December 13, 2016. I certify further that a copy of the following document was caused to be served upon the parties identified on the attached list as indicated:

**LIMITED OBJECTION AND RESERVATION OF RIGHTS OF THE MONITOR IN RESPONSE TO THE MOTIONS OF THE NORTEL TRADE CLAIMS CONSORTIUM AND LIQUIDITY SOLUTIONS, INC. TO VACATE THE PPI SETTLEMENT ORDER AND DISALLOW CLAIMS [FILED: DECEMBER 13, 2016]**

_____
Kathleen A. Murphy

SWORN TO AND SUBSCRIBED before me this 20th day of December, 2016.

_____
Notary Public

**VIA E-MAIL**

Jeffrey M. Schlerf jschlerf@foxrothschild.com
L. John Bird jbird@foxrothschild.com
Courtney A. Emerson emerson@foxrothschild.com
Steven D. Pohl spohl@brownrudnick.com
Christopher M. Floyd cfloyd@brownrudnick.com
Paul N. Silverstein paulsilverstein@andrewskurth.com
Jeremy B. Reckmeyer jeremyreckmeyer@andrewskurth.com