UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| NORTEL NETWORKS INC., ET AL., | Case No.:  09-10138 (KG) |
| Debtors. | Jointly Administered |

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE of the following change of address for Canal View Properties III, LLC, a creditor in the above-referenced case.  Please update the mailing matrix to reflect the following:

> CANAL VIEW PROPERTIES III, LLC
> c/o Norry Management Corp.
> 160 Linden Oaks
> Rochester, New York 14625

Dated: December 19, 2016
     Rochester, New York

WOODS OVIATT GILMAN LLP

By: _____
Paul S. Groschadl, Esq.
*Attorneys for Canal View*
 *Properties III, LLC*
700 Crossroads Building, 2 State Street
Rochester, New York 14614
Tel: (585) 987-2800

TO:    Clerk, U.S. Bankruptcy Court
       District of Delaware
       824 Market Street N.
       Wilmington, Delaware 19801

{4691408: }