# Exhibit A

**NORTEL EXHIBIT A - TIME DETAILS PERIOD NOVEMBER 1, 2016 THROUGH NOVEMBER 30, 2016**

| Task Code | Task Code Description | Professional | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Brown, Coley P | 11/9/2016 | Weekly employee claims call with M. Livingston of Cleary and M. Cilia of RLKS. | 1.0 | 550 | $ 550.00 |
| 6 | Retention and Fee Applications | Brown, Coley P | 11/8/2016 | Reviewed and updated monthly fee application documents and exhibits. | 2.0 | 550 | $ 1,100.00 |
| 6 | Retention and Fee Applications | Brown, Coley P | 11/9/2016 | Reviewed and updated quarterly fee application documents and exhibits. | 2.0 | 550 | $ 1,100.00 |
| 6 | Retention and Fee Applications | Lukenda, James | 11/8/2016 | Nortel - review and approve Oct. fee app | 0.3 | 750 | $ 225.00 |
| 6 | Retention and Fee Applications | Lukenda, James | 11/9/2016 | Nortel - review and sign-off on quarterly fee application | 0.2 | 750 | $ 150.00 |
| 7 | Disclosure Statement / Plan | Brown, Coley P | 11/7/2016 | Reviewed final plan of reorganization and documented notes accordingly | 1.7 | 550 | $ 935.00 |
| 7 | Disclosure Statement / Plan | Brown, Coley P | 11/7/2016 | Reviewed final disclosure statement and documented notes accordingly. | 1.9 | 550 | $ 1,045.00 |
| 7 | Disclosure Statement / Plan | Brown, Coley P | 11/8/2016 | Continued review of filed plan of reorganization and documented notes accordingly | 1.5 | 550 | $ 825.00 |
| 7 | Disclosure Statement / Plan | Brown, Coley P | 11/8/2016 | Continued review of filed disclosure statement and documented notes accordingly. | 1.6 | 550 | $ 880.00 |
| 7 | Disclosure Statement / Plan | Lukenda, James | 11/4/2016 | Nortel - update file re plan and disclosure statement filings matter status | 0.3 | 750 | $ 225.00 |
| 7 | Disclosure Statement / Plan | Lukenda, James | 11/7/2016 | Nortel - POR and DS - review and discuss with Huron director | 1.7 | 750 | $ 1,275.00 |
| 7 | Disclosure Statement / Plan | Lukenda, James | 11/28/2016 | Nortel - update file re plan details and correspondence | 0.2 | 750 | $ 150.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 11/1/2016 | Investigated certain employee claims matters per request from Cleary. | 1.6 | 550 | $ 880.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 11/1/2016 | Updated employee claims analysis based on revised Nortel notes. | 1.3 | 550 | $ 715.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 11/1/2016 | Reconciled employee claims against the claims register and updated analysis. | 1.1 | 550 | $ 605.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 11/2/2016 | Analyzed employee claims database and updated underlying analyses. | 1.6 | 550 | $ 880.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 11/2/2016 | Worked with A. Tsai and B. Hunt of Epiq to update the claims register for certain items. | 1.4 | 550 | $ 770.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 11/3/2016 | Reconciled employee claims against the claims register and updated analysis. | 1.4 | 550 | $ 770.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 11/3/2016 | Updated employee claims analysis based on comments from Cleary. | 1.4 | 550 | $ 770.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 11/3/2016 | Reviewed correspondence regarding certain claims and documented notes accordingly. | 1.3 | 550 | $ 715.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 11/4/2016 | Updated various employee claims analyses based on review. | 1.7 | 550 | $ 935.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 11/4/2016 | Updated employee claims analysis based on comments from Cleary. | 1.2 | 550 | $ 660.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 11/4/2016 | Analyzed employee claims report and updated analyses accordingly. | 1.1 | 550 | $ 605.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 11/9/2016 | Nortel - call with Huron director re status of claims review outlook on work streams | 1.0 | 550 | $ 550.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 11/10/2016 | Reconciled employee claims against the claims register and updated analysis. | 1.5 | 550 | $ 825.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 11/10/2016 | Reviewed terms of the litigation settlement reached between creditors and impact on claims analysis. | 1.3 | 550 | $ 715.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 11/10/2016 | Analyzed various employee claims and updated analyses accordingly. | 1.3 | 550 | $ 715.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 11/11/2016 | Worked with A. Tsai and B. Hunt of Epiq to update the claims register for certain items. | 1.1 | 550 | $ 605.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 11/11/2016 | Reviewed and updated employee claims analysis and documented notes accordingly. | 1.0 | 550 | $ 550.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 11/11/2016 | Corresponded with A. Tsai of Epiq regarding the claims register and docket. | 0.9 | 550 | $ 495.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 11/14/2016 | Updated employee claims analysis based on comments from Cleary. | 1.3 | 550 | $ 715.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 11/14/2016 | Reconciled employee claims analysis against claims database | 1.3 | 550 | $ 715.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 11/14/2016 | Analyzed underlying claims information and updated analyses accordingly. | 1.1 | 550 | $ 605.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 11/15/2016 | Corresponded with A. Tsai of Epiq regarding the claims register and docket. | 1.5 | 550 | $ 825.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 11/15/2016 | Updated various employee claims analyses based on review. | 1.3 | 550 | $ 715.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 11/15/2016 | Corresponded with A. Tsai and B. Hunt of Epiq regarding claims register. | 1.1 | 550 | $ 605.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 11/16/2016 | Updated employee claims analysis and circulated to working team. | 1.6 | 550 | $ 880.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 11/16/2016 | Reviewed and updated employee claims analysis and documented notes accordingly. | 1.2 | 550 | $ 660.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 11/16/2016 | Reconciled employee claims analysis and provided comments to Epiq. | 0.9 | 550 | $ 495.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 11/17/2016 | Reviewed and updated employee claims analysis and documented notes accordingly. | 1.7 | 550 | $ 935.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 11/17/2016 | Analyzed employee claims database and updated underlying analyses. | 1.3 | 550 | $ 715.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 11/17/2016 | Updated employee claims analysis based on revised Nortel notes. | 1.0 | 550 | $ 550.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 11/18/2016 | Reconciled employee claims analysis and provided comments to Epiq. | 1.5 | 550 | $ 825.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 11/18/2016 | Investigated certain employee claims matters per request from Cleary. | 1.0 | 550 | $ 550.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 11/18/2016 | Analyzed employee claims database and updated underlying analyses. | 1.0 | 550 | $ 550.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 11/21/2016 | Updated employee claims analysis based on revised Nortel notes. | 1.7 | 550 | $ 935.00 |

**NORTEL EXHIBIT A - TIME DETAILS PERIOD NOVEMBER 1, 2016 THROUGH NOVEMBER 30, 2016**

| Task Code | Task Code Description | Professional | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 16 | Unsecured Claim Analysis | Brown, Coley P | 11/21/2016 | Updated various employee claims analyses based on review. | 1.4 | 550 | $ 770.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 11/21/2016 | Reconciled employee claims against the claims register and updated analysis. | 0.8 | 550 | $ 440.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 11/22/2016 | Updated various employee claims analyses based on review of supporting documents. | 1.1 | 550 | $ 605.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 11/22/2016 | Reviewed employee claim documents and documented notes. | 0.9 | 550 | $ 495.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 11/23/2016 | Analyzed employee claims report and updated analyses accordingly. | 1.2 | 550 | $ 660.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 11/23/2016 | Updated employee claims analysis based on comments from Cleary. | 0.8 | 550 | $ 440.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 11/28/2016 | Updated various employee claims analyses based on review of supporting documents. | 1.4 | 550 | $ 770.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 11/28/2016 | Reconciled employee claims analysis and updated notes accordingly. | 1.1 | 550 | $ 605.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 11/28/2016 | Updated employee claims analysis and circulated to working team. | 1.0 | 550 | $ 550.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 11/29/2016 | Reviewed employee claim documents and documented notes. | 1.5 | 550 | $ 825.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 11/29/2016 | Reviewed and updated employee claims analysis based on comments from Epiq. | 1.1 | 550 | $ 605.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 11/29/2016 | Worked with A. Tsai and B. Hunt of Epiq to update the claims register for certain items. | 0.9 | 550 | $ 495.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 11/30/2016 | Reconciled employee claims against the claims register and updated analysis. | 1.2 | 550 | $ 660.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 11/30/2016 | Updated various employee claims analyses based on review of supporting documents. | 1.1 | 550 | $ 605.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 11/30/2016 | Reconciled employee claims against the claims register and updated analysis. | 1.0 | 550 | $ 550.00 |