# Exhibit B

**NORTEL EXHIBIT B - EXPENSE DETAILS PERIOD NOVEMBER 1, 2016  THROUGH NOVEMBER 30, 2016**

| Date | Professional | Cost Type | Description | Amount |
|---|---|---|---|---|
|  |  |  |  |  |