## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NORTEL NETWORKS INC., *et al.* | ) | Case No. 09-10138(KG) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| _____ | ) | **Re: D.I. No. 17492 & 17555** |

## ORDER

WHEREAS:

A.    On November 30, 2016, the Nortel Trade Claims Consortium (the "Consortium") filed its Motion for Reconsideration and Vacation of the Bankruptcy Court's December 18, 2014 PPI Settlement Order and Objection to Crossover Bonds Claims (the "Motion") (D.I. 17492).

B.    Liquidity Solutions, Inc. joined in the Motion.  D.I. 17555.

C.    The Debtors, Ad Hoc Group of Bondholders and Committee of Unsecured Creditors filed objections to the Motion.  D.I.'s 17569, 17570 and 17571.  The Monitor of the Canadian Debtors filed a Limited Objection and Reservation of Rights to the Motion.  D.I. 17568.

D.    The Court heard argument on the Motion and the Objections on December 20, 2016.

NOW, THEREFORE, for the reasons the Court stated on the record, namely, that the Motion is untimely, the Motion is denied.

Dated: December 20, 2016

_____
KEVIN GROSS, U.S.B.J.