IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
|  | **Objection Deadline:** December 30, 2016 at 4:00 p.m. (ET) |

**REPORT BY THE MERGIS GROUP OF STAFFING AND COMPENSATION EARNED AND EXPENSES INCURRED FOR THE PERIOD OF NOVEMBER 1, 2016 THROUGH NOVEMBER 30, 2016.**

| | |
|---|---|
| Exhibit A: | Summary of Professionals |
| Exhibit B: | Summary of Projects and Project Descriptions |
| Exhibit C: | Summary of Fees and Expenses |
| Exhibit D: | Summary of Time by Professional |
| Exhibit E: | Summary of Fees by Project |
| Exhibit F: | Time Description Detail by Project |
| Exhibit G: | Summary of Expenses by Category |
| Exhibit H: | Expense Detail |

The Mergis Group ("Mergis") hereby submits this Monthly Staffing Report and Compensation Report (the "Report") for the period, November 1, 2016 through November 30, 2016, describing the name and functions of assigned personnel and for compensation and reimbursement of costs and Expenses received pursuant to its engagement by an order of the Bankruptcy Court entered on May 17, 2013 [D.I. No. 10555].

Mergis' fees for this period are $112,013.00. Mergis incurred no expenses during this period.

Dated: December 20, 2016         THE MERGIS GROUP
       Raleigh, North Carolina

---

[1] The US Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567), Nortel Networks (CALA) Inc. (4226) and Nortel Networks India International Inc. (8667) Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel/.

Logan Dubois

*Managing Director*

See Attached for Exhibits A through H

See Attached for Exhibits A through H

# Exhibit A

## The Mergis Group
### Summary of Professionals

Nortel Networks, Inc. et al.
For the period of November 1, 2016 through November 30, 2016

| Professional | Position | Title / Role of Professional |
|---|---|---|
| Timothy C. Ross | Officer | Chief Financial Officer and Corporate Secretary - Management responsibility for all business and finance functions supporting the U.S. Principal Officer in the company operation and liquidation; direct responsibilities include, operating budget oversight, treasury management, general accounting and controls, tax, financial reporting, information technology, human resources, real estate management, and foreign subsidiary wind down. Employee Benefits and Pension Investment Committee member. |
| Kim Ponder | Non-Officer | Associate - General accounting & finance services for accounts payable, payment processing for normal course, intercompany, and professional, claims and litigation settlement disbursement processing, statutory reporting management & oversight. |

# Exhibit B

## The Mergis Group
### Summary of Projects and Project Descriptions

Nortel Networks, Inc. et al.
For the period of November 1, 2016 through November 30, 2016

| Project | Project Description |
|---|---|
| Administrative | Administrative matters related to the Debtors engagement. Includes board meetings, staff meetings, preparation of miscellaneous statements, surveys, and schedules, miscellaneous document review and execution, electronic minute book maintenance, and office and general case management activities. |
| Bankruptcy Reporting | Assist the Debtors with bankruptcy reporting requirements. Includes the financial reporting preparation & management review of the Monthly Operating Report (MOR), Form 26, Ordinary Course Professionals Report (OCP), US Trustee Fee Report, and related matters for the US Trustee. |
| Cash Management | Support the Debtors with cash flow management activities. Includes treasury systems management and controls, bank service contract oversight, cash flow planning and analysis, accountability for cash flow budget achievement, and cash reporting to estate constituents. |
| Claims Administration | Assist the Debtors with claims matters. Includes claims database systems and controls, data maintenance, analysis and validation, communications, distribution process planning, and claims settlement / distribution execution. |
| Compensation Application | Activities relating to the professional time tracking and preparation of the compensation application. |
| Discovery | Activities driven by requests directed to Nortel Networks Inc. in support of the business divestiture proceeds allocation litigation. Includes data / document extraction and analysis, preparation & presentation of findings, interface with legal counsel, and participate in court hearings. |
| Electronic Data and Document Preservation | Support the Debtors with the preservation of electronic data and hard copy documents. Includes governance and maintenance in compliance with court retention requirements and associated vendor service contract oversight. |
| Entity Liquidation and Wind Down | Assist the Debtors with the liquidation, wind down and/or deregistration of Nortel Networks, Inc. and its subsidiaries and branches (foreign and domestic).Includes the development and execution of step plans to ensure local law and U.S. Bankruptcy Court compliance in areas such as intercompany settlements, debt forgiveness, tax clearance certificates, final account balances; compliance with local and U.S. statutory, tax, financial and other governmental reporting requirements; repatriation of subsidiary or branch cash to parent; and coordinate with and support local accounting and legal professionals in conjunction with of all of the above. |
| Finance and General Accounting | Assist the Debtors with finance and general accounting operations in compliance with US GAAP. Includes statutory financial reporting preparation & review, month and year end close processing, finance systems & controls, journal entry preparation, management review, and posting, account reconciliations, balance sheet analysis, and normal course accounts receivable and payable administration . |

# Exhibit B

## The Mergis Group
### Summary of Projects and Project Descriptions

Nortel Networks, Inc. et al.
For the period of November 1, 2016 through November 30, 2016

| Project | Project Description |
|---|---|
| Human Resources | Support the Debtors in Human Resources matters. Includes development and execution of Debtors benefit plan termination (health and welfare, 401K, etc.), plan regulatory compliance oversight and reporting (audits, plan boards & committees, etc.) vendor services contract management and oversight, human resource related communications, and HR systems and data maintenance and reporting. |
| Information Technology Operations | Assist the Debtors with the maintenance and support of the Nortel Networks, Inc. residual company information technology infrastructure operations. Includes vendor services and contract oversight, data extraction, back-up, and recovery, and infrastructure problem resolution support. |
| Insurance & Risk Management | Assist the Debtors with insurance and risk management activities. Includes tracking and periodic management review of Debtors insurance coverage; ensuring compliance with established policies, leases, and contracts. Provide service oversight to agent/broker contract. |
| Plan of Reorganization | Assist the Debtors with the preparation of the plan of reorganization and associated disclosure statement. Includes financial analysis and Debtors review. |
| Professional Fee Applications | Assist the Debtors with the payment administration of engaged professionals. Includes financial recording of professional fee applications to Debtors' books and records, reconciliation to Omnibus Fee Order to Debtors' books and records, fee disbursement based on Certificate of No Objection (CNO), and associated year end regulatory reporting. |
| Real Estate Management | Assist the Debtors with lease and real estate matters. Includes property management vendor contract oversight, property management budget achievement accountability and associated financial planning & analysis, lease and sub-lease management / governance, and property marketing activities. |
| Residual Business Operations | Assist the Debtors in the resolution of outstanding residual business operations matters. Includes activities relating to residual business services customer, vendor, and/or buyer contracts and associated receivables, payables, and/or inventory, regulatory and government required business reporting surveys and schedules, and review and action of service of process notifications. |
| Tax Matters | Assist the Debtors with tax matters. Includes vendor service contract oversight, financial analysis support and management review of federal, state, and local Tax returns, claims, and audits, and authorization of tax related matters (annual report filings, settlements, etc.) . |
| Travel | Authorized travel to support Debtors projects. |

# Exhibit C

## The Mergis Group
### Summary of Fees and Expenses

Nortel Networks, Inc. et al.
For the period of November 1, 2016 through November 30, 2016

|  | Fees | Expenses | Total |
|---|---|---|---|
| For the period of November 1, 2016 through November 30, 2016 | $ 112,013.00 | $ - | $ 112,013.00 |

Exhibit C    Page 1 of 1

# Exhibit D

## The Mergis Group
### Summary of Time by Professional

Nortel Networks, Inc. et al.
For the period of November 1, 2016 through November 30, 2016

| Professional | Position | Title / Role of Professional | Hours |
|---|---|---|---|
| Timothy C. Ross | Officer | Chief Financial Officer and Corporate Secretary - Management responsibility for all business and finance functions supporting the U.S. Principal Officer in the company operation and liquidation; direct responsibilities include, operating budget oversight, treasury management, general accounting and controls, tax, financial reporting, information technology, human resources, real estate management, and foreign subsidiary wind down. Employee Benefits and Pension Investment Committee member. | 156.00 |
| Kim Ponder | Non-Officer | Associate - General accounting & finance services for accounts payable, payment processing for normal course, intercompany, and professional, claims and litigation settlement disbursement processing, statutory reporting management & oversight. | 143.50 |

| | |
|---|---|
| Hours for the period of November 1, 2015 through November 30, 2015 | 299.50 |
| Billing Rate | $ 374.00 |
| Fees for the period of November 1, 2015 through November 30, 2015 | $ 112,013.00 |

# Exhibit E

## The Mergis Group
## Summary of Fees by Project

Nortel Networks, Inc. et al.
For the period of November 1, 2016 through November 30, 2016

| Project | Project Description | Hours | Fees |
|---|---|---|---|
| Administrative | Administrative matters related to the Debtors engagement. Includes board meetings, staff meetings, preparation of miscellaneous statements, surveys, and schedules, miscellaneous document review and execution, electronic minute book maintenance, and office and general case management activities. | - | $ - |
| Bankruptcy Reporting | Assist the Debtors with bankruptcy reporting requirements. Includes the financial reporting preparation & management review of the Monthly Operating Report (MOR), Form 26, Ordinary Course Professionals Report (OCP), US Trustee Fee Report, and related matters for the US Trustee. | 12.50 | $ 4,675.00 |
| Cash Management | Support the Debtors with cash flow management activities. Includes treasury systems management and controls, bank service contract oversight, cash flow planning and analysis, accountability for cash flow budget achievement, and cash reporting to estate constituents. | 43.00 | $ 16,082.00 |
| Claims Administration | Assist the Debtors with claims matters. Includes claims database systems and controls, data maintenance, analysis and validation, communications, distribution process planning, and claims settlement / distribution execution. | 28.25 | $ 10,565.50 |
| Compensation Application | Activities relating to the professional time tracking and preparation of the compensation application. | 7.50 | $ 2,805.00 |
| Discovery | Activities driven by requests directed to Nortel Networks Inc. in support of the business divestiture proceeds allocation litigation. Includes data / document extraction and analysis, preparation & presentation of findings, interface with legal counsel, and participate in court hearings. | 7.50 | $ 2,805.00 |
| Electronic Data and Document Preservation | Support the Debtors with the preservation of electronic data and hard copy documents. Includes governance and maintenance in compliance with court retention requirements and associated vendor service contract oversight. | 0.50 | $ 187.00 |
| Entity Liquidation and Wind Down | Assist the Debtors with the liquidation, wind down and/or deregistration of Nortel Networks, Inc. and its subsidiaries and branches (foreign and domestic).Includes the development and execution of step plans to ensure local law and U.S. Bankruptcy Court compliance in areas such as intercompany settlements, debt forgiveness, tax clearance certificates, final account balances; compliance with local and U.S. statutory, tax, financial and other governmental reporting requirements; repatriation of subsidiary or branch cash to parent; and coordinate with and support local accounting and legal professionals in conjunction with of all of the above. | 10.50 | $ 3,927.00 |
| Finance and General Accounting | Assist the Debtors with finance and general accounting operations in compliance with US GAAP. Includes statutory financial reporting preparation & review, month and year end close processing, finance systems & controls, journal entry preparation, management review, and posting, account reconciliations, balance sheet analysis, and normal course accounts receivable and payable administration . | 119.25 | $ 44,599.50 |
| Human Resources | Support the Debtors in Human Resources matters. Includes development and execution of Debtors benefit plan termination (health and welfare, 401K, etc.), plan regulatory compliance oversight and reporting (audits, plan boards & committees, etc.) vendor services contract management and oversight, human resource related communications, and HR systems and data maintenance and reporting. | 1.50 | $ 561.00 |
| Information Technology Operations | Assist the Debtors with the maintenance and support of the Nortel Networks, Inc. residual company information technology infrastructure operations. Includes vendor services and contract oversight, data extraction, back-up, and recovery, and infrastructure problem resolution support. | - | $ - |
| Insurance & Risk Management | Assist the Debtors with insurance and risk management activities. Includes tracking and periodic management review of Debtors insurance coverage; ensuring compliance with established policies, leases, and contracts. Provide service oversight to agent/broker contract. | 3.00 | $ 1,122.00 |

# Exhibit E

## The Mergis Group
### Summary of Fees by Project

Nortel Networks, Inc. et al.
For the period of November 1, 2016 through November 30, 2016

| Project | Project Description | Hours | Fees |
|---|---|---|---|
| Plan of Reorganization | Assist the Debtors with the preparation of the plan of reorganization and associated disclosure statement. Includes financial analysis and Debtors review. | 16.50 | $ 6,171.00 |
| Professional Fee Applications | Assist the Debtors with the payment administration of engaged professionals. Includes financial recording of professional fee applications to Debtors' books and records, reconciliation to Omnibus Fee Order to Debtors' books and records, fee disbursement based on Certificate of No Objection (CNO), and associated year end regulatory reporting. | 10.25 | $ 3,833.50 |
| Real Estate Management | Assist the Debtors with lease and real estate matters. Includes property management vendor contract oversight, property management budget achievement accountability and associated financial planning & analysis, lease and sub-lease management / governance, and property marketing activities. | 3.25 | $ 1,215.50 |
| Residual Business Operations | Assist the Debtors in the resolution of outstanding residual business operations matters. Includes activities relating to residual business services customer, vendor, and/or buyer contracts and associated receivables, payables, and/or inventory, regulatory and government required business reporting surveys and schedules, and review and action of service of process notifications. | 12.00 | $ 4,488.00 |
| Tax Matters | Assist the Debtors with tax matters. Includes vendor service contract oversight, financial analysis support and management review of federal, state, and local Tax returns, claims, and audits, and authorization of tax related matters (annual report filings, settlements, etc.). | 24.00 | $ 8,976.00 |
| Travel | Authorized travel to support Debtors projects. | - | $ - |
| For the period of November 1, 2016 through November 30, 2016 | | 299.50 | $ 112,013.00 |

# Exhibit F

## The Mergis Group
### Time Description Detail by Project

Nortel Networks, Inc. et al.
For the period of November 1, 2016 through November 30, 2016

| Project / Date | Professional | Project Work Description | Hours |
|---|---|---|---|
| **Bankruptcy Reporting** | | | |
| 11/15/2016 | Timothy C. Ross | Received, reviewed, and responded to Debtors counsel (RA) request. | 0.50 |
| 11/16/2016 | Timothy C. Ross | Prepared Debtors monthly operating report. | 1.00 |
| 11/17/2016 | Timothy C. Ross | Prepared and analyzed Debtors cash receipts and disbursements for the monthly operating report. | 4.00 |
| 11/22/2016 | Timothy C. Ross | Prepared Debtors monthly operating report. | 5.00 |
| 11/23/2016 | Timothy C. Ross | Prepared Debtors monthly operating report. | 2.00 |
| **Bankruptcy Reporting Total** | | | **12.50** |
| **Cash Management** | | | |
| 11/1/2016 | Timothy C. Ross | Reviewed and authorized Debtors bank deposits. | 0.50 |
| 11/1/2016 | Timothy C. Ross | Reviewed Debtors payment proposal, prepared and analyzed cash flow requirements and executed Treasury funding transactions. | 2.00 |
| 11/2/2016 | Kim Ponder | FCB deposit. | 0.50 |
| 11/2/2016 | Timothy C. Ross | Reviewed, authorized, and released Debtors disbursements. | 2.00 |
| 11/3/2016 | Timothy C. Ross | Reviewed, authorized, and released Debtors disbursement. | 0.50 |
| 11/3/2016 | Timothy C. Ross | Received, reviewed, and actioned Debtors banking matters | 0.50 |
| 11/4/2016 | Kim Ponder | Coordinated bank account package. | 0.50 |
| 11/7/2016 | Timothy C. Ross | Reviewed and authorized Debtors foreign banking matters | 0.50 |
| 11/7/2016 | Timothy C. Ross | Setup new banking access. | 0.50 |
| 11/9/2016 | Timothy C. Ross | Reviewed Debtors payment proposal, prepared and analyzed cash flow requirements and executed Treasury funding transactions. | 2.00 |
| 11/9/2016 | Timothy C. Ross | Worked Debtors foreign subsidiary banking matters | 0.50 |
| 11/10/2016 | Timothy C. Ross | Researched and responded to Debtors banking matter | 1.00 |
| 11/10/2016 | Timothy C. Ross | Worked Debtors foreign subsidiary banking agreement matter | 0.50 |
| 11/10/2016 | Timothy C. Ross | Reviewed, authorized and released Debtors disbursements. | 2.00 |
| 11/11/2016 | Timothy C. Ross | Received, reviewed and responded to Debtors counsel (RR) | 0.50 |
| 11/14/2016 | Kim Ponder | VEBA deposit. | 0.50 |
| 11/14/2016 | Timothy C. Ross | Reviewed and authorized Debtors bank deposits. | 0.50 |
| 11/14/2016 | Timothy C. Ross | Reviewed daily bank balances. | 0.50 |
| 11/15/2016 | Kim Ponder | FCB deposit. | 0.50 |
| 11/15/2016 | Timothy C. Ross | Reviewed daily bank balances. | 0.50 |
| 11/15/2016 | Timothy C. Ross | Reviewed, authorized, and released Debtors foreign subsidiary disbursements. | 0.50 |
| 11/16/2016 | Timothy C. Ross | Reviewed daily bank balances. | 0.50 |
| 11/16/2016 | Timothy C. Ross | Conference call with Debtors bank (JT0 | 1.00 |
| 11/16/2016 | Timothy C. Ross | Reviewed Debtors payment proposal, prepared and analyzed cash flow requirements and executed Treasury funding transactions. | 2.00 |
| 11/17/2016 | Timothy C. Ross | Reviewed daily bank balances. | 0.50 |
| 11/17/2016 | Timothy C. Ross | Reviewed, authorized and released Debtors disbursements. | 2.00 |
| 11/18/2016 | Timothy C. Ross | Reviewed daily bank balances. | 0.50 |
| 11/18/2016 | Timothy C. Ross | Worked Debtors treasury management matters | 1.50 |
| 11/21/2016 | Timothy C. Ross | Reviewed daily bank balances. | 0.50 |
| 11/21/2016 | Timothy C. Ross | Reviewed and authorized Debtors bank deposits. | 0.50 |
| 11/21/2016 | Timothy C. Ross | Analyzed cash receipts and disbursement variance to budget / published results to US Principal Officer. | 4.00 |
| 11/21/2016 | Timothy C. Ross | Reconciled and loaded revised 2016+ budget to QB. | 2.50 |
| 11/21/2016 | Timothy C. Ross | Reviewed, authorized, and released Debtor disbursements. | 0.50 |
| 11/22/2016 | Kim Ponder | FCB deposit. | 0.50 |
| 11/22/2016 | Timothy C. Ross | Reviewed daily bank balances. | 0.50 |
| 11/23/2016 | Timothy C. Ross | Reviewed, authorized, and released Debtors disbursements. | 2.00 |
| 11/28/2016 | Timothy C. Ross | Worked Debtors treasury management matters | 2.00 |
| 11/28/2016 | Timothy C. Ross | Reviewed daily bank balances. | 0.50 |
| 11/29/2016 | Timothy C. Ross | Reviewed daily bank balances. | 0.50 |
| 11/29/2016 | Timothy C. Ross | Analyzed cash position and authorized Debtors foreign subsidiary disbursements | 1.00 |
| 11/30/2016 | Timothy C. Ross | Reviewed daily bank balances. | 0.50 |
| 11/30/2016 | Timothy C. Ross | Reviewed Debtors payment proposal, prepared and analyzed cash flow requirements and executed Treasury funding transactions. | 2.00 |
| 11/30/2016 | Timothy C. Ross | Reviewed and authorized Debtors bank deposits. | 0.50 |
| **Cash Management Total** | | | **43.00** |
| **Claims Administration** | | | |
| 11/1/2016 | Kim Ponder | Received, scanned, and forwarded jurisdiction communications to EY. | 0.50 |
| 11/1/2016 | Kim Ponder | QB testing. | 2.00 |
| 11/1/2016 | Kim Ponder | Packaged and posted payment to jurisdiction. | 0.50 |
| 11/1/2016 | Kim Ponder | Notarization of jurisdiction POA's, scanning and FedEx delivery. | 2.50 |
| 11/1/2016 | Timothy C. Ross | Conference call with Debtors wind down consultant | 0.50 |
| 11/1/2016 | Timothy C. Ross | Setup digital signature. | 1.00 |
| 11/2/2016 | Kim Ponder | Researched intercompany data. | 4.50 |
| 11/2/2016 | Timothy C. Ross | Received, reviewed, and responded to Debtors claims matters | 0.50 |
| 11/2/2016 | Timothy C. Ross | Researched and responded to Debtors foreign affiliate | 2.00 |
| 11/3/2016 | Kim Ponder | Conference call with RLKS re: claims distribution process. | 0.75 |
| 11/7/2016 | Kim Ponder | Review of first distribution file and discussions with RLKS. | 2.50 |
| 11/8/2016 | Kim Ponder | Testing and validation of system and controls. | 4.00 |
| 11/8/2016 | Timothy C. Ross | Conference call with Debtors wind down consultant (KS) | 0.50 |
| 11/8/2016 | Timothy C. Ross | Worked payee update and check void / reissue process in QB. | 1.00 |
| 11/8/2016 | Timothy C. Ross | Reviewed payee and check generation file uploads to QB and validated associated financial transactions. | 1.50 |
| 11/14/2016 | Kim Ponder | Received, scanned and forwarded jurisdiction communications to EY. | 1.50 |
| 11/21/2016 | Kim Ponder | Received, scanned and forward jurisdiction notices to EY. | 0.50 |
| 11/29/2016 | Kim Ponder | Prepared summary entries for distributions. | 0.50 |
| 11/29/2016 | Kim Ponder | Posted cash transfers. | 0.50 |
| 11/30/2016 | Kim Ponder | Received, scanned and forwarded jurisdiction communications. | 0.50 |
| 11/30/2016 | Kim Ponder | Posted cash transfer. | 0.50 |
| **Claims Administration Total** | | | **28.25** |

# Exhibit F

## The Mergis Group
### Time Description Detail by Project

Nortel Networks, Inc. et al.
For the period of November 1, 2016 through November 30, 2016

| Project / Date | Professional | Project Work Description | Hours |
|---|---|---|---|
| **Compensation Application** | | | |
| 11/4/2016 | Kim Ponder | Compensation application preparation re: update of timekeeping records. | 0.50 |
| 11/4/2016 | Timothy C. Ross | Compensation application preparation re: update of timekeeping records. | 0.50 |
| 11/7/2016 | Timothy C. Ross | Received, reviewed, updated and finalized Mergis Staffing & Compensation report with CGSH edits and submitted to MNAT for court filing. | 1.00 |
| 11/11/2016 | Kim Ponder | Compensation application preparation re: update of timekeeping records. | 0.50 |
| 11/11/2016 | Timothy C. Ross | Compensation application preparation re: update of timekeeping records. | 0.50 |
| 11/16/2016 | Timothy C. Ross | Prepared DRAFT Mergis staffing & compensation report for CGSH review | 2.00 |
| 11/18/2016 | Kim Ponder | Compensation application preparation re: update of timekeeping records. | 0.50 |
| 11/18/2016 | Timothy C. Ross | Compensation application preparation re: update of timekeeping records. | 0.50 |
| 11/23/2016 | Timothy C. Ross | Compensation application preparation re: update of timekeeping records. | 0.50 |
| 11/23/2016 | Timothy C. Ross | Received, reviewed, updated and finalized Mergis Staffing & Compensation report with CGSH edits and submitted to MNAT for court filing. | 1.00 |
| **Compensation Application Total** | | | **7.50** |
| **Discovery** | | | |
| 11/2/2016 | Timothy C. Ross | Worked Debtors search request from Counsel (DM). | 1.00 |
| 11/2/2016 | Timothy C. Ross | Conference call with Debtors counsel (DM). | 0.50 |
| 11/2/2016 | Timothy C. Ross | Researched and responded to Debtors counsel (JP) request. | 1.00 |
| 11/3/2016 | Timothy C. Ross | Received, reviewed, and responded to Debtors counsel (JP) questions. | 0.50 |
| 11/9/2016 | Timothy C. Ross | Researched and responded to Debtors counsel (JP) request. | 1.00 |
| 11/18/2016 | Timothy C. Ross | Meeting with Debtors consultant (DC) | 1.50 |
| 11/22/2016 | Timothy C. Ross | Researched and responded to Debtors counsel (PC) request | 1.50 |
| 11/22/2016 | Timothy C. Ross | Conference call with Debtors consultant (DC) | 0.50 |
| **Discovery Total** | | | **7.50** |
| **Electronic Data and Document Preservation** | | | |
| 11/7/2016 | Timothy C. Ross | Reviewed and responded to Debtors wind down consultant | 0.50 |
| **Electronic Data and Document Preservation Total** | | | **0.50** |
| **Entity Liquidation and Wind Down** | | | |
| 11/8/2016 | Timothy C. Ross | Conference call with Debtors counsel (KH, MR) | 0.50 |
| 11/8/2016 | Timothy C. Ross | Researched and responded to request from Debtors counsel (RB) | 1.00 |
| 11/15/2016 | Timothy C. Ross | Conference call with Debtors consultant (KS) | 0.50 |
| 11/15/2016 | Timothy C. Ross | Prepared Debtors foreign subsidiary liquidation budget | 3.00 |
| 11/17/2016 | Timothy C. Ross | Researched and responded to Debtors counsel (KH, MR) | 1.00 |
| 11/17/2016 | Timothy C. Ross | Conference call with Debtors Counsel (MR, RR) | 0.50 |
| 11/18/2016 | Timothy C. Ross | Conference call with Debtors counsel (RR0 and Foreign subsidiary counsel (JQ) | 0.50 |
| 11/18/2016 | Timothy C. Ross | Prepared for conference call with Debtors and foreign subsidiary counsel | 1.00 |
| 11/28/2016 | Timothy C. Ross | Prepared for conference call with Debtors foreign subsidiary tax/liquidation professional (AB) and Debtors counsel (KH, MR) | 0.50 |
| 11/28/2016 | Timothy C. Ross | Attended conference call with Debtors foreign subsidiary tax/liquidation professional (AB) and Debtors counsel (KH, MR) | 1.00 |
| 11/29/2016 | Timothy C. Ross | Updated agreement proposal and prepared for conference call with NTEC local director | 1.00 |
| **Entity Liquidation and Wind Down Total** | | | **10.50** |
| **Finance and General Accounting** | | | |
| 11/1/2016 | Kim Ponder | Posted cash receipts. | 0.50 |
| 11/1/2016 | Kim Ponder | Month end close. | 1.00 |
| 11/2/2016 | Kim Ponder | Normal course payables | 1.50 |
| 11/2/2016 | Kim Ponder | QB master file maintenance. | 1.50 |
| 11/3/2016 | Kim Ponder | Normal course payables | 1.00 |
| 11/3/2016 | Kim Ponder | Month end close. | 5.00 |
| 11/4/2016 | Kim Ponder | Communications with data storage vendors and RLKS. | 1.00 |
| 11/4/2016 | Kim Ponder | Month end close. | 4.50 |
| 11/7/2016 | Kim Ponder | Normal course payables | 1.00 |
| 11/7/2016 | Kim Ponder | QB vendor maintenance. | 0.50 |
| 11/7/2016 | Kim Ponder | Month end close. | 4.50 |
| 11/7/2016 | Timothy C. Ross | Reviewed, authorized, and submitted residual staffing time report. | 0.50 |
| 11/7/2016 | Timothy C. Ross | Reviewed and authorized Debtors consultant time report. | 0.50 |
| 11/7/2016 | Timothy C. Ross | Worked Debtors general accounting matters | 3.00 |
| 11/8/2016 | Kim Ponder | Normal course payables | 1.00 |
| 11/8/2016 | Kim Ponder | Received request and researched foreign entity data. | 1.00 |
| 11/8/2016 | Kim Ponder | Month end close. | 1.00 |
| 11/8/2016 | Kim Ponder | Prepared property tax schedule. | 0.50 |
| 11/8/2016 | Timothy C. Ross | Worked Debtors general accounting matters | 2.00 |
| 11/9/2016 | Kim Ponder | Month end close. | 8.00 |
| 11/9/2016 | Timothy C. Ross | Reviewed and authorized Debtors invoices for payment. | 1.00 |
| 11/9/2016 | Timothy C. Ross | Worked Debtors general accounting matters | 2.00 |
| 11/10/2016 | Kim Ponder | Normal course payables | 1.50 |
| 11/10/2016 | Kim Ponder | Responded to request for deposit data. | 0.50 |
| 11/10/2016 | Kim Ponder | Month end close. | 4.00 |
| 11/10/2016 | Kim Ponder | Intercompany billing. | 1.00 |
| 11/10/2016 | Kim Ponder | Normal course payables | 1.00 |
| 11/10/2016 | Timothy C. Ross | Worked Debtors general accounting matters | 2.00 |
| 11/10/2016 | Timothy C. Ross | Prepared and posted Debtors Interco invoices | 1.00 |
| 11/11/2016 | Kim Ponder | Month end close. | 7.00 |
| 11/11/2016 | Timothy C. Ross | Worked Debtors general accounting matters | 2.00 |

## Exhibit F

### The Mergis Group
### Time Description Detail by Project

Nortel Networks, Inc. et al.
For the period of November 1, 2016 through November 30, 2016

| Project / Date | Professional | Project Work Description | Hours |
|---|---|---|---|
| 11/14/2016 | Kim Ponder | Cash receipts posting. | 1.00 |
| 11/14/2016 | Kim Ponder | Normal course payables | 0.50 |
| 11/14/2016 | Kim Ponder | Intercompany reconciliation. | 1.00 |
| 11/14/2016 | Kim Ponder | Normal course payables | 1.50 |
| 11/14/2016 | Timothy C. Ross | Reviewed and authorized Debtors consultant time report. | 0.50 |
| 11/14/2016 | Timothy C. Ross | Reviewed, authorized, and submitted residual staffing time report. | 0.50 |
| 11/14/2016 | Timothy C. Ross | Reviewed and authorized Debtors Bank reconciliations. | 2.00 |
| 11/14/2016 | Timothy C. Ross | Prepared Interco/affiliate AR/AP reporting and reconciled balancing. | 4.00 |
| 11/15/2016 | Kim Ponder | Month end close. | 3.00 |
| 11/15/2016 | Kim Ponder | Month end reporting. | 3.50 |
| 11/15/2016 | Timothy C. Ross | Worked Debtors general accounting matters | 1.00 |
| 11/16/2016 | Kim Ponder | Normal course payables | 3.00 |
| 11/16/2016 | Kim Ponder | Month end close. | 4.00 |
| 11/17/2016 | Kim Ponder | Normal course payables | 2.50 |
| 11/17/2016 | Kim Ponder | GL reconciliations. | 4.00 |
| 11/18/2016 | Kim Ponder | Communications with Iron Mountain. | 0.50 |
| 11/18/2016 | Timothy C. Ross | Reviewed and authorized Debtors invoices for payment. | 1.00 |
| 11/21/2016 | Kim Ponder | Posted cash receipts. | 0.50 |
| 11/21/2016 | Kim Ponder | Produced reports as requested. | 0.75 |
| 11/21/2016 | Kim Ponder | Normal course payables | 3.00 |
| 11/21/2016 | Timothy C. Ross | Prepared and submitted residual staffing time report. | 0.50 |
| 11/21/2016 | Timothy C. Ross | Reconciled and authorized Debtors consultant time report. | 0.50 |
| 11/22/2016 | Kim Ponder | Month end reporting. | 1.00 |
| 11/23/2016 | Kim Ponder | Monitored email. | 0.50 |
| 11/25/2016 | Kim Ponder | Monitored email. | 0.50 |
| 11/28/2016 | Kim Ponder | Monitored email. | 0.50 |
| 11/28/2016 | Timothy C. Ross | Issued Debtors intercompany invoices. | 1.00 |
| 11/28/2016 | Timothy C. Ross | Prepared and submitted residual staffing time report. | 0.50 |
| 11/28/2016 | Timothy C. Ross | Reconciled and authorized Debtors consultant time report. | 0.50 |
| 11/28/2016 | Timothy C. Ross | Reviewed and authorized Debtors invoices for payment. | 1.00 |
| 11/29/2016 | Kim Ponder | Posted cash receipts. | 0.50 |
| 11/29/2016 | Kim Ponder | Recorded NTEC transactions. | 1.00 |
| 11/29/2016 | Kim Ponder | Responded to request for payroll data. | 1.00 |
| 11/29/2016 | Kim Ponder | Normal course payables | 1.50 |
| 11/29/2016 | Kim Ponder | Normal course payables | 1.00 |
| 11/29/2016 | Timothy C. Ross | Follow-up with Debtors affiliate | 0.50 |
| 11/30/2016 | Kim Ponder | Posted cash receipts. | 0.50 |
| 11/30/2016 | Kim Ponder | Call to Level(3) regarding status of refund. | 0.50 |
| 11/30/2016 | Kim Ponder | Intercompany billing. | 0.50 |
| 11/30/2016 | Kim Ponder | Loaded month end fx rates. | 0.50 |
| 11/30/2016 | Kim Ponder | Document retention. | 3.50 |
| 11/30/2016 | Timothy C. Ross | Reviewed and responded to Debtors affiliate matter (MF) | 0.50 |
| 11/30/2016 | Timothy C. Ross | Updated Debtors G&A allocation model. | 1.00 |
| **Finance and General Accounting Total** | | | **119.25** |

### Human Resources

| | | | |
|---|---|---|---|
| 11/2/2016 | Timothy C. Ross | Received, reviewed, and actioned Debtors former employee request | 0.50 |
| 11/10/2016 | Timothy C. Ross | Researched and responded to Debtors external reporting vendor payment issue | 0.50 |
| 11/22/2016 | Kim Ponder | Received, researched and responded to garnishment request. | 0.50 |
| **Human Resources Total** | | | **1.50** |

### Insurance & Risk Management

| | | | |
|---|---|---|---|
| 11/1/2016 | Timothy C. Ross | Worked Debtors foreign subsidiary insurance matters | 0.50 |
| 11/7/2016 | Timothy C. Ross | Received, reviewed, and responded to Debtors foreign subsidiary insurance matters | 1.00 |
| 11/11/2016 | Timothy C. Ross | Received, reviewed and responded to Debtors foreign subsidiary insurance matters | 0.50 |
| 11/14/2016 | Timothy C. Ross | Reviewed and responded to Debtors counsel (MR, KH) | 0.50 |
| 11/28/2016 | Timothy C. Ross | Received, reviewed, and responded to Debtors insurance broker (SK) | 0.50 |
| **Insurance & Risk Management Total** | | | **3.00** |

### Plan of Reorganization

| | | | |
|---|---|---|---|
| 11/8/2016 | Timothy C. Ross | Received, reviewed, and responded to Debtors counsel (LH) request. | 0.50 |
| 11/9/2016 | Timothy C. Ross | Reviewed and acknowledged Debtors service of process notifications. | 0.50 |
| 11/10/2016 | Timothy C. Ross | Reviewed and acknowledged Debtors service of process notifications. | 0.50 |
| 11/11/2016 | Timothy C. Ross | Researched and responded to Debtors counsel (LH) request | 3.00 |
| 11/14/2016 | Timothy C. Ross | Worked Epiq mailing issue | 0.50 |
| 11/16/2016 | Timothy C. Ross | Reviewed and acknowledged Debtors service of process notifications. | 0.50 |
| 11/17/2016 | Timothy C. Ross | Reviewed and acknowledged Debtors service of process notifications. | 0.50 |
| 11/18/2016 | Timothy C. Ross | Researched and responded to Debtors counsel (PC) request | 1.00 |
| 11/23/2016 | Timothy C. Ross | Received, reviewed, and acknowledged Debtors service of process notification(s). | 0.50 |
| 11/23/2016 | Timothy C. Ross | Reviewed Debtors plan documents from counsel (DA) | 1.00 |
| 11/23/2016 | Timothy C. Ross | Researched and responded to Debtors counsel request (DS) | 2.00 |
| 11/28/2016 | Timothy C. Ross | Researched and responded to Debtors counsel (ML, PC) request | 1.00 |
| 11/29/2016 | Timothy C. Ross | Received, reviewed, and acknowledged Debtors service of process notification(s). | 0.50 |
| 11/29/2016 | Timothy C. Ross | Reviewed Debtors DS updates. | 1.00 |
| 11/29/2016 | Timothy C. Ross | Conference call with Debtors counsel (LH, MG) | 0.50 |
| 11/29/2016 | Timothy C. Ross | Researched and responded to Debtors counsel request (LH) | 2.00 |
| 11/30/2016 | Timothy C. Ross | Researched and responded to Debtors counsel (LH, MG) request | 1.00 |
| **Plan of Reorganization Total** | | | **16.50** |

### Professional Fee Applications

## Exhibit F

### The Mergis Group
### Time Description Detail by Project

Nortel Networks, Inc. et al.
For the period of November 1, 2016 through November 30, 2016

| Project / Date | Professional | Project Work Description | Hours |
|---|---|---|---|
| 11/3/2016 | Kim Ponder | Processed fee application filed by Professional. | 0.50 |
| 11/4/2016 | Kim Ponder | Processed fee applications filed by Professionals. | 1.00 |
| 11/7/2016 | Kim Ponder | Processed fee applications filed by Professionals. | 1.00 |
| 11/8/2016 | Kim Ponder | Processed fee application filed by Professional. | 0.50 |
| 11/14/2016 | Kim Ponder | Received, researched and provided spreadsheet to assist Professional in reconciling amounts billed to Nortel Networks. | 1.00 |
| 11/15/2016 | Kim Ponder | Processed fee applications filed by Professionals. | 1.00 |
| 11/15/2016 | Timothy C. Ross | Researched and responded to Debtors consultant (KS) request. | 0.50 |
| 11/17/2016 | Kim Ponder | Processed fee application filed by Professional. | 0.50 |
| 11/21/2016 | Kim Ponder | Reconciled open AP to 30th Omnibus order. | 1.75 |
| 11/29/2016 | Kim Ponder | Processed fee applications filed by Professionals. | 2.00 |
| 11/30/2016 | Kim Ponder | Reconciled final fee application filed by Professional to accounting records. | 0.50 |
| **Professional Fee Applications Total** | | | **10.25** |

### Real Estate Management

| | | | |
|---|---|---|---|
| 11/3/2016 | Kim Ponder | Communications with City of Richardson and Cushman Wakefield. | 0.75 |
| 11/8/2016 | Timothy C. Ross | Prepared for meeting with Debtors former landlord (CR) | 1.00 |
| 11/10/2016 | Timothy C. Ross | Conference call with Debtors counsel (PC) | 0.50 |
| 11/10/2016 | Timothy C. Ross | Conference call with Debtors former landlord (CR) (includes drafting minutes correspondence from call) | 1.00 |
| **Real Estate Management Total** | | | **3.25** |

### Residual Business Operations

| | | | |
|---|---|---|---|
| 11/1/2016 | Kim Ponder | Weekly postal delivery and processing. | 1.00 |
| 11/1/2016 | Timothy C. Ross | Reviewed and executed Debtors NDA document. | 1.00 |
| 11/7/2016 | Kim Ponder | Postal delivery and processing. | 1.00 |
| 11/9/2016 | Timothy C. Ross | Received, reviewed, and actioned Debtors residual business matters | 0.50 |
| 11/11/2016 | Timothy C. Ross | Researched and responded to Debtors counsel (LS) request | 1.00 |
| 11/14/2016 | Kim Ponder | Postal delivery and processing. | 1.50 |
| 11/15/2016 | Timothy C. Ross | Worked request from Debtors counsel (BB) | 1.00 |
| 11/15/2016 | Timothy C. Ross | Worked Debtors collection issue | 1.00 |
| 11/17/2016 | Kim Ponder | Postal delivery and processing. | 1.00 |
| 11/21/2016 | Kim Ponder | Postal delivery and processing. | 1.00 |
| 11/28/2016 | Timothy C. Ross | Received, reviewed, and responded to Debtors escrow agent (SL) | 0.50 |
| 11/29/2016 | Timothy C. Ross | Reviewed and executed Debtors SLA matter | 0.50 |
| 11/30/2016 | Kim Ponder | Postal delivery and processing. | 1.00 |
| **Residual Business Operations Total** | | | **12.00** |

### Tax Matters

| | | | |
|---|---|---|---|
| 11/1/2016 | Timothy C. Ross | Received, reviewed and responded to Debtors foreign subsidiary tax matters | 0.50 |
| 11/1/2016 | Timothy C. Ross | Received, reviewed and responded to Debtors foreign subsidiary tax matters | 0.50 |
| 11/1/2016 | Timothy C. Ross | Reviewed and executed Debtors various state payroll tax matters. | 1.50 |
| 11/2/2016 | Timothy C. Ross | Updated foreign bank account balances analysis | 1.00 |
| 11/2/2016 | Timothy C. Ross | Download daily foreign bank account balances. | 0.50 |
| 11/4/2016 | Kim Ponder | Prepared Q3 estimate package. | 0.50 |
| 11/7/2016 | Timothy C. Ross | Conference call with Debtors tax professional (JW) | 0.50 |
| 11/7/2016 | Timothy C. Ross | Researched Debtors request from tax professional (JW) | 1.00 |
| 11/9/2016 | Timothy C. Ross | Worked Debtors tax related matters | 0.50 |
| 11/11/2016 | Timothy C. Ross | Worked Debtors tax related matters | 0.50 |
| 11/14/2016 | Kim Ponder | Received, reviewed and forwarded corporation consent to EY. | 0.50 |
| 11/16/2016 | Timothy C. Ross | Reviewed and responded to Debtors foreign subsidiary tax matters | 0.50 |
| 11/16/2016 | Timothy C. Ross | Reviewed and authorized Debtors foreign subsidiary tax matters | 0.50 |
| 11/18/2016 | Kim Ponder | Prepared analysis requested by EY. | 7.00 |
| 11/18/2016 | Timothy C. Ross | Worked Debtors tax related matters | 0.50 |
| 11/21/2016 | Kim Ponder | Certified mailing to NY Dept of State. | 0.50 |
| 11/22/2016 | Kim Ponder | Prepared analysis requested by EY. | 2.00 |
| 11/22/2016 | Timothy C. Ross | Received, reviewed, and actioned Debtors tax filing issue | 0.50 |
| 11/22/2016 | Timothy C. Ross | Conference call with Debtors foreign subsidiary tax professional (PJ) and Debtors Counsel (KH, MR) | 0.50 |
| 11/22/2016 | Timothy C. Ross | Worked Debtors tax related matters | 0.50 |
| 11/29/2016 | Timothy C. Ross | Worked Debtors foreign subsidiary tax matter | 1.00 |

## Exhibit G

**The Mergis Group**
**Summary of Expenses By Category**

**Nortel Networks, Inc. et al.**
For the period of November 1, 2016 through November 30, 2016

| Expense Category | Expenses |
|---|---|
| Airfare | - |
| Lodging | - |
| Meals | - |
| Parking | - |
| Ground Transportation | - |
| Office Expense | - |
| Professional | - |
| Miscellaneous | - |
| **For the period of November 1, 2016 through November 30, 2016** | $ - |

# Exhibit H

## The Mergis Group
### Expense Detail

Nortel Networks, Inc. et al.
For the period of November 1, 2016 through November 30, 2016

| Date (s) Incurred | Name of Professional | Purpose | Location Visited | |
|---|---|---|---|---|
| | **Expense Category** | Vendor | | **Expenses** |
| | Airfare | | | - |
| | Lodging | | | - |
| | Meals | | | - |
| | Parking | | | - |
| | Ground Transportation | | | - |
| | Office Expense | | | - |
| | Professional | | | - |
| | Miscellaneous | | | - |
| | Total | | $ | - |

| Date (s) Incurred | Name of Professional | Purpose | Location Visited | |
|---|---|---|---|---|
| | **Expense Category** | Vendor | | **Expenses** |
| | Airfare | | | - |
| | Lodging | | | - |
| | Meals | | | - |
| | Parking | | | - |
| | Ground Transportation | | | - |
| | Office Expense | | | - |
| | Professional | | | - |
| | Miscellaneous | | | - |
| | Total | | $ | - |

| Date (s) Incurred | Name of Professional | Purpose | Location Visited | |
|---|---|---|---|---|
| | **Expense Category** | Vendor | | **Expenses** |
| | Airfare | | | - |
| | Lodging | | | - |
| | Meals | | | - |
| | Parking | | | - |
| | Ground Transportation | | | - |
| | Office Expense | | | - |
| | Professional | | | - |
| | Miscellaneous | | | - |
| | Total | | $ | - |

| Date (s) Incurred | Name of Professional | Purpose | Location Visited | |
|---|---|---|---|---|
| | **Expense Category** | Vendor | | **Expenses** |
| | Airfare | | | - |
| | Lodging | | | - |
| | Meals | | | - |
| | Parking | | | - |
| | Ground Transportation | | | - |
| | Office Expense | | | - |
| | Professional | | | - |
| | Miscellaneous | | | - |
| | Total | | $ | - |

For the period of November 1, 2016 through November 30, 2016    $    -