IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

| | |
|---|---|
| In re | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Bankr. Case No. 09-10138 (KG) |
| Debtors. | (Jointly Administered) |
| SNMP Research International, Inc. and SNMP Research, Inc., | |
| Plaintiffs, | Adv. Proc. No. 11-53454 (KG) |
| v. | |
| Nortel Networks Inc., *et al.*, | |
| Defendants. | |

**CERTIFICATION OF COUNSEL REGARDING APPOINTMENT OF MEDIATOR**

The undersigned counsel to Nortel Networks Inc. ("NNI") and certain of its affiliates, as debtors and debtors-in-possession in the above-captioned cases (the "Debtors"), hereby certifies as follows:

---

[1] In addition to Nortel Networks Inc. ("NNI"), the debtors in these Chapter 11 cases (the "U.S. Debtors") are: Nortel Networks Capital Corporation, Nortel Altsystems Inc., Nortel Altsystems International Inc., Xros, Inc., Sonoma Systems, Qtera Corporation, CoreTek, Inc., Nortel Networks Applications Management Solutions Inc., Nortel Networks Optical Components Inc., Nortel Networks HPOCS Inc., Architel Systems (U.S.) Corporation, Nortel Networks International Inc., Northern Telecom International Inc., Nortel Networks Cable Solutions Inc. and Nortel Networks (CALA) Inc. ("NN CALA"). Additional information regarding the Debtors can be found in their respective Chapter 11 petitions, which are available at http://chapter11.epiqsystems.com/nortel.

1.       Counsel to the Debtors and SNMP Research International, Inc. and SNMP Research, Inc. (together, "SNMP Research") have conferred and believe it is in the best interests of both the Debtors and SNMP Research that the parties jointly request that the Court refer certain matters to mediation and appoint a mediator to assist in resolving the Mediation Matters (as defined in Exhibit A).

2.       Counsel for the Debtors has prepared the attached proposed form of order appointing a mediator and setting January 12, 2017 as the date for mediation with the mediator (the "Proposed Order").

3.       The Proposed Order has been circulated to counsel to SNMP Research, and SNMP Research consents to the entry of the Proposed Order.

[*Remainder of Page Intentionally Left Blank*]

WHEREFORE, the Debtors respectfully request that the Court enter the Proposed Order attached hereto as **Exhibit A**.

| | |
|---|---|
| Dated:  December 20, 2016<br>         Wilmington, Delaware | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br><br>James L. Bromley (admitted *pro hac vice*)<br>Jeffrey A. Rosenthal (admitted *pro hac vice*)<br>Lisa M. Schweitzer (admitted *pro hac vice*)<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone:  (212) 225-2000<br>Facsimile:  (212) 225-3999<br><br>- and -<br><br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Tamara K. Minott*<br>Derek C. Abbott (No. 3376)<br>Andrew R. Remming (No. 5120)<br>Tamara K. Minott (No. 5643)<br>1201 North Market Street, P.O. Box 1347<br>Wilmington, Delaware 19801<br>Telephone:  (302) 658-9200<br>Facsimile: (302) 658-3989<br><br>*Counsel for the Debtors*<br>*and Debtors in Possession* |

10657387.2