IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>Nortel Networks Inc., *et al.*,[1]<br><br>　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>Jointly Administered<br><br>Ref. Docket No. 17585 |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK　　）
　　　　　　　　　　　　） ss.:
COUNTY OF NEW YORK　）

DANIEL RAMIREZ, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 15, 2016, I caused to be served the "Order Appointing Mediator," dated December 15, 2016 [Docket No. 17585], by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Daniel Ramirez
Sworn to before me this　　　　　　　　　　　　　Daniel Ramirez
16th day of December, 2016

/s/ Cassandra Murray
Notary Public

Cassandra Murray
NOTARY PUBLIC STATE OF NEW YORK
No. 01MU6220179
Qualified in the County of Queens
Commission Expires April 12, 2018

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567); and Nortel Networks (CALA) Inc. (4226). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

T:\Clients\NORTEL\Affidavits\Ord Appointing Mediator _DI 17585_AFF_12-15-16.doc

**EXHIBIT A**

| | |
|---|---|
| KELLEY DRYE & WARREN LLP<br>SARAH L. REID, ERIC R. WILSON &<br>BENJAMIN D. FEDER<br>COUNSEL TO PENSION BENEFIT<br>GUARANTY CORPORATION<br>101 PARK AVENUE<br>NEW YORK NY 10178 | PACHULSKI STANG ZIEHL & JONES<br>LLP<br>LAURA DAVIS JONES<br>PETER J. KEANE<br>919 N. MARKET STREET, 17TH FLOOR<br>PO BOX 8705<br>WILMINGTON, DELAWARE 19899-8705 |
| FRED S. HODARA<br>DAVID H. BOTTER<br>ABID QURESHI<br>BRAD M. KAHN<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>ONE BRYANT PARK<br>NEW YORK, NY 10036 | BROWN RUDNICK LLP<br>STEVEN D. POHL, ESQ.<br>CHRISTOPHER M. FLOYD, ESQ.<br>ONE FINANCIAL CENTER<br>BOSTON, MA 02111 |
| CHRISTOPHER M. SAMIS<br>WHITEFORD, TAYLOR & PRESTON LLC<br>THE RENAISSANCE CENTRE<br>405 NORTH KING STREET, SUITE 500<br>WILMINGTON, DE 19801 | FOX ROTHSCHILD LLPJEFFREY M. SCHLERF<br>L. JOHN BIRD<br>COURTNEY A. EMERSON<br>CITIZENS BANK CENTER<br>919 NORTH MARKET STREET, SUITE 300<br>WILMINGTON, DE 19801 |
| MILBANK, TWEED, HADLEY & MCCLOY LLP<br>DENNIS F. DUNNE<br>ANDREW M. LEBLANC<br>ATARA MILLER<br>28 LIBERTY STREET<br>NEW YORK, NEW YORK 10005-1413 | PENSION BENEFIT GUARANTY CORP<br>ATTN: VICENTE MATIAS MURRELL ESQ.,<br>STEPHEN D. SCHREIBER ESQ., PAULA J. CONNELLY &<br>GARTH D. WILSON, ESQ.<br>OFFICE OF THE CHIEF COUNSEL<br>1200 K STREET NW<br>WASHINGTON, DC 20005-4026 |
| MILBANK, TWEED, HADLEY & MCCLOY LLP<br>THOMAS R. KRELLER<br>2029 CENTURY PARK EAST, 33RD FLOOR<br>LOS ANGELES, CALIFORNIA 90067 | |