# EXHIBIT A

**NORTEL NETWORKS INC., *et al*.**
**CASE NO. 09-10138 (KG)**

Professional Fees and Expenses
Monthly Fee Application

| Applicant & Docket No. | Time Period Covered | Fees & Expenses Requested in Application | Fees & Expenses Allowed/Awarded | Date Application Filed | Objection Deadline |
|---|---|---|---|---|---|
| Whiteford, Taylor & Preston LLC  [Docket No. 17450] | 10/1/16 - 10/31/16 | $41,101.50 (Fees)  $42.98 (Expenses) | $32,881.20 (Fees @ 80%)  $42.98 (Expenses @ 100%) | 11/29/2016 | 12/19/2016 |

2224352v1