## EXHIBIT A

## NORTEL NETWORKS INC., *et al*.
## CASE NO. 09-10138 (KG)

Professional Fees and Expenses
Monthly Fee Application

| Applicant & Docket No. | Time Period Covered | Fees & Expenses Requested in Application | Fees & Expenses Allowed/Awarded | Date Application Filed | Objection Deadline |
|---|---|---|---|---|---|
| Akin Gump Strauss Hauer & Feld LLP  [Docket No. 17469] | 10/1/16 - 10/31/16 | $399,180.50 (Fees)  $2,456.95 (Expenses) | $319,344.40 (Fees @ 80%)  $2,456.95 (Expenses @ 100%) | 11/29/16 | 12/19/16 |

2224331.1