# EXHIBIT A

## NORTEL NETWORKS INC., *et al*.
## CASE NO. 09-10138 (KG)

Professional Fees and Expenses
Monthly Fee Application

| Applicant & Docket No. | Time Period Covered | Fees & Expenses Requested in Application | Fees & Expenses Allowed/Awarded | Date Application Filed | Objection Deadline |
|---|---|---|---|---|---|
| Cassels Brock & Blackwell LLP  [Docket No. 17474] | 10/1/16 - 10/31/16 | CDN$129,787.50 (Fees)  CDN$348.02 (Expenses) | CDN$103,830.00 (Fees @ 80%)  CDN$348.02 (Expenses @ 100%) | 11/29/16 | 12/19/16 |

2224379.1