# EXHIBIT A

## NORTEL NETWORKS INC., *et al*.
### CASE NO. 09-10138 (KG)

Professional Fees and Expenses
Monthly Fee Application

| Applicant & Docket No. | Time Period Covered | Fees & Expenses Requested in Application | Fees & Expenses Allowed/Awarded | Date Application Filed | Objection Deadline |
|---|---|---|---|---|---|
| Berkeley Research Group, LLC<br><br>[Docket No. 17475] | 10/1/16 - 10/31/16 | $169,298.50 (Fees)<br><br>$0.00 (Expenses) | $135,438.80 (Fees @ 80%)<br><br>$0.00 (Expenses @ 100%) | 11/29/16 | 12/19/16 |

2224351.1