**Exhibit A**

The Thirteenth Amendment to the Statement of Work Under the Tax Services Agreement



Ernst & Young LLP  
Suite 500  
4131 Parklake Avenue  
Raleigh, NC  27612-2389  

Tel: +1 919 981 2800  
Fax: +1 866 260 2956  
ey.com  

Mr. Timothy Ross  
Chief Financial Officer and Corporate Secretary  
c/o Nortel Networks, Inc.  
8601 Six Forks Road  
Raleigh, NC 27615  

November 17, 2016

Dear Tim:

This letter is the 13th amendment (the õ13th Amendmentö) to the Statement of Work dated March 1, 2011 for tax operations outsourcing and other variable services (as amended, the õSOWö) entered into pursuant to the Master Tax Services Agreement dated March 1, 2011, as amended to cover the period through December 31, 2018, (õAgreementö) between Nortel Networks Inc. (õNNIö), its U.S. debtor affiliates listed in the SOW and Nortel Networks India International Inc. (collectively, õyouö, the õClientö, the õCompany,ö or õNortelö) and Ernst & Young LLP (õEYö or õweö) for the provision of certain tax services (the õServicesö) to the Client. Pursuant to this 13th Amendment, the parties agree to the following modifications in the term of the SOW and Scope of services.

Except as modified by this 13th Amendment, all terms and conditions of the original SOW shall continue in full force and effect and be unaffected by this 13th Amendment.

**Additional Services**

As of January 1, 2017 and contingent upon this 13th Amendment taking effect pursuant to the Bankruptcy Court Order entered on July 22, 2011, (the õOrderö) EY will provide the Client with the Services described herein.  This 13th Amendment will define additional Services not heretofore covered by the SOW, which would otherwise fall into the category of õOut-of-Scope Servicesö as described in the SOW.

These Services (as well as any other Services covered by the SOW) may be modified from time to time by mutual written consent of the parties in accordance with the Order.

*EY Core Services*

Services will consist of a continuation for calendar year 2017 of the EY Core Services described in the SOW, subject to the rate card set forth in the Fees section of this 13th Amendment.

*Variable and Out-of-Scope*

The Variable and Out-of-Scope Services continue as stated in the SOW, as amended, subject to the fees set forth in the Fees section of this 13th Amendment.

The Out-of-Scope Services described below are, notwithstanding use of the term õwillö in the descriptions set forth below, subject to written approval by the Company (which may be by e-mail) prior to proceeding. Any such approval shall also state a range of estimated fees to be incurred.  All such approved Services are hereinafter referred to as õAdditional Services.ö

A member firm of Ernst & Young Global Limited



**Foreign Bank and Financial Account Reporting**

EY will assist Nortel with the Financial Crimes Enforcement Network (FinCEN) Report 114, Report of Foreign Bank and Financial Account (FBAR) filings for account ownership and signature authority related to foreign bank accounts for tax year 2016.

**FEES**

The General Terms of the Agreement address our fees and expenses generally.

Client shall pay EY's fees for the Services described in this 13th Amendment and reimburse reasonable expenses incurred in connection with the Services described in this 13th Amendment, subject to and in accordance with Bankruptcy Court approval. These fees will be billed on a monthly basis using the established rates in the 11th Amendment. Effective April 1st, 2017, the rates will be as set forth below:

| Professional | Rate per Hour |
| --- | --- |
| Partner/Principal/Executive Director – National | $750 |
| Partner/Principal/Executive Director – Other | $725 |
| Senior Manager | $625 |
| Manager | $525 |
| Senior | $385 |
| Staff | $250 |

You shall also pay any value-added taxes (VAT), sales taxes, and other indirect taxes incurred in connection with the delivery of the above Services, including any such taxes and related administrative costs that result from billing arrangements specifically requested by you.

This letter does not modify any portion of the SOW not specifically addressed herein, and all other provisions of the SOW are applicable hereto.

We appreciate the opportunity to be of continued service to you. If you have any questions regarding the matters discussed in this letter, please contact James E. Scott at (919) 981-2886.

Please indicate your acceptance of the above arrangements by signing and returning the enclosed copy of this letter.

Very truly yours,



A member firm of Ernst & Young Global Limited



**Nortel Networks Inc. and its U.S. debtor affiliates listed in Appendix A of the SOW**
**Nortel Networks India International Inc.**

By: _____
Mr. Timothy Ross
CFO and Corporate Secretary

A member firm of Ernst & Young Global Limited