# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Nortel Networks Inc., et al.,[1] | Case No. 09-10138 (KG) |
| Debtors. | (Jointly Administered) |
| | Re: D.I. No. 17501, 17325, & 17585 |

## CERTIFICATION OF COUNSEL REGARDING
## SETTLEMENT HEARING AND STAY OF DISCOVERY

The undersigned counsel to Nortel Networks Inc. ("NNI") and certain of its affiliates, as debtors and debtors-in-possession in the above-captioned cases (the "Debtors"), hereby certifies as follows:

1. In accordance with the *Order Appointing a Mediator* entered on December 15, 2016 [Dkt. No. 17585], on December 20, 2016, the Debtors, the Pension Benefit Guaranty Corporation (the "PBGC"), the Nortel Trade Claims Consortium (the "NTCC"), the Official Committee of Unsecured Creditors, and the Ad Hoc Group of Bondholders attended a one-day mediation (the "Mediation") before Judge Joseph J. Farnan as mediator.

2. As a result of the Mediation, an agreement was reached between the Debtors and the PBGC (the "Settlement Agreement") regarding a settlement of the PBGC's potential objections to the confirmation of the Debtors' *First Amended Joint Chapter 11 Plan of Nortel Networks Inc. and Certain of Its Affiliated Debtors* [D.I. 17501] (the "Confirmation

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Atlsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Anchitel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567), Nortel Networks (CALA) Inc. (4226), and Nortel Networks India International Inc. (8667). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

10659443.1

Objection") and the Debtors' Objections to the PBGC Claims and the Amended PBGC Claims [D.I. 17325] (the "Claim Objection"). The Debtors intend to file a motion (the "Motion") seeking Court approval of the Settlement Agreement.

3. In recognition of the Settlement Agreement and in accordance with direction received from Chambers, counsel for the Debtors have attached a proposed form of order (the "Proposed Order") (i) scheduling a hearing on January 9, 2017 to consider approval of the Settlement Agreement and (ii) staying the discovery deadlines applicable to both the Confirmation Objection and the Claim Objection pending a ruling on the Motion.

4. Wherefore, the Debtors respectfully request that the Court enter the Proposed Order attached hereto as Exhibit A.

Dated: December 21, 2016
       Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley (admitted *pro hac vice*)
Jeffrey A. Rosenthal (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone:  (212) 225-2000
Facsimile:  (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

   */s/ Derek C. Abbott*
Derek C. Abbott (No. 3376)
Tamara K. Minott (No. 5643)
Andrew J. Roth-Moore (No. 5988)
1201 North Market Street, P.O. Box 1347
Wilmington, Delaware 19801
Telephone:  (302) 658-9200
Facsimile:  (302) 658-3989

*Counsel for the Debtors
and Debtors in Possession*