**Exhibit A**

**Proposed Order**

10659443.1

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Nortel Networks Inc., et al.,[1] | Case No. 09-10138 (KG) |
| Debtors. | (Jointly Administered) |
| | **Re: D.I. No.** _____<br>**Hearing Date: Jan. 9, 2017 @ 10:00 a.m. EST** |

## ORDER SCHEDULING SETTLEMENT HEARING AND STAYING DISCOVERY

This matter having come before the Court in connection with the request of Nortel Networks Inc. ("NNI") and certain of its affiliates, as debtors and debtors-in-possession in the above-captioned cases (the "Debtors"), for an order (i) setting a hearing (the "Hearing") on shortened notice to consider a motion (the "Motion"), pursuant to Federal Rule of Bankruptcy 9019, to approve the settlement reached between the Debtors and the Pension Benefit Guaranty Corporation (the "PBGC") regarding the PBGC's potential objections (the "Confirmation Objection") to the confirmation of the Debtors' *First Amended Joint Chapter 11 Plan of Nortel Networks Inc. and Certain of Its Affiliated Debtors* [D.I. 17501] and the Debtors' *Objections to the PBGC Claims and the Amended PBGC Claims* [D.I. 17325] (the "Claim Objection") and (ii) staying the discovery deadlines applicable to both the Confirmation Objection and the Claim Objection pending a ruling on the Motion; and the Court having reviewed the *Certification of Counsel Regarding Settlement Hearing and Stay of Discovery*; and the Court having determined

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Atlsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Anchitel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567), Nortel Networks (CALA) Inc. (4226), and Nortel Networks India International Inc. (8667).  Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

2

that scheduling the Hearing and staying discovery is in the best interests of the Debtors, their estates, creditors, and stakeholders; and sufficient cause appearing, it is hereby **ORDERED** as follows:

1. The Hearing to consider the Motion will be held before the Court on January 9, 2017 at 10:00 a.m. EST, with any objections to the Motion due by January 5, 2017 at 11:30 a.m. EST; and

2. Discovery deadlines applicable to both the Confirmation Objection and the Claim Objection will be stayed pending the Court's ruling on the Motion.

Dated: December ___, 2016
Wilmington, Delaware

_____
THE HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE