# Court Conference

**U.S. Bankruptcy Court-Delaware**
**Confirmed Telephonic Appearance Schedule**
**Honorable Kevin Gross (Nortel Trial Only)**

Calendar Date: 12/21/2016
Calendar Time: 02:30 PM ET
Courtroom

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 8041586 | Derek C. Abbott | (302) 351-9357 ext. | Morris Nichols Arsht & Tunnell LLP | Debtor, Nortel Networks, Inc. / LIVE |
| | | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 8041581 | David Herrington | (212) 225-2266 ext. | Cleary Gottlieb Steen & Hamilton | Debtor, Nortel Networks Inc. / LIVE |
| | | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 8041584 | Lisa M. Schweitzer | (212) 225-2629 ext. | Cleary Gottlieb Steen & Hamilton | Debtor, Nortel Networks, Inc. / LIVE |
| | | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 (11-5345 4) | Hearing | 8041627 | Richard S. Busch | (615) 259-3456 ext. | King & Ballow Law Offices | Creditor, SNMP Research, Inc. / LIVE |
| | | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 (11-5345 4) | Hearing | 8041597 | Jeffrey Case | (865) 579-0527 ext. | SNMP | Creditor, SNMP Research, Inc. / LIVE |
| | | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 (11-5345 4) | Hearing | 8041592 | David Dean | 410-528-2972 ext. | Cole Schotz P.C. | Creditor, SNMP Research, Inc. / LIVE |

| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 (11-5345 4) | Hearing | 8041590 | Patrick J. Reilley | (302) 651-2001 ext. | Cole Schotz P.C. | Creditor, SNMP Research, Inc. / LIVE |
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 (11-5345 4) | Hearing | 8041594 | John L. Wood | (865) 292-2503 ext. | Egerton, McAfee, Armistead & Davis | Creditor, SNMP Research, Inc. / LIVE |