IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ------------------------------------------------------------X | : | Chapter 11 |
| *In re* | : | Case No. 09-10138 (KG) |
| Nortel Networks Inc., *et al.*,[1] | : | Jointly Administered |
| Debtors. | : | |
| ------------------------------------------------------------X | : | |

### NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED FOR TELEPHONIC HEARING ON DECEMBER 22, 2016 AT 2:30 P.M. (EASTERN TIME)

**THE TELEPHONIC HEARING HAS BEEN CANCELLED AT THE DIRECTION OF THE COURT**

By permission of chambers, any party wishing to participate telephonically must make arrangements through CourtCall **at least one hour prior to the hearing**. CourtCall has been made aware of this extended deadline. CourtCall will not accept reservations after the extended deadline has passed without permission of chambers. Please do not contact chambers prior to the expiration of the extended deadline.

**DISCOVERY CONFERENCE**

1. Debtors' Objection to Proofs of Claim Filed by Pension Benefit Guaranty Corporation and Motion for an Order (I) Disallowing PBGC's Late-Filed Amended Claims, (II) Disallowing Certain of the PBGC Claims, and (III) Deeming Certain of the PBGC Claims Satisfied in Part by Post-Petition Transfers (D.I. 17325, Filed 11/2/16). (D.I. 17447, Filed 11/28/16).

    Related Pleading:

    (a) Scheduling Order (D.I. 17543, Entered 12/7/16);

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567), Nortel Networks (CALA) Inc. (4226), and Nortel Networks India International Inc. (8667). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

[2] **Amended items appear in bold.**

(b) Letter to the Honorable Kevin Gross from Derek C. Abbott Regarding the Debtors' Objection to Claims Filed by the PBGC (D.I. 17562, Filed 12/13/16);

(c) Certificate of Counsel Regarding the Proposed Stipulated Protective Order Governing the Use and Disclosure of Confidential Information Containing Clawback Provisions Date (D.I. 17596, Filed 12/20/16);

**(d) Stipulated Protective Order Governing the Use and Disclosure of Confidential Information Containing Clawback Provisions (D.I. 17598, Entered 12/20/16); and**

**(e) Certificate of Counsel Regarding Settlement Hearing and Stay of Discovery (D.I. 17619, Filed 12/21/16).**

Status: **A COC has been filed and the Court has indicated that an order will be entered. No hearing is necessary.**

Dated: December 21, 2016　　CLEARY GOTTLIEB STEEN & HAMILTON LLP
Wilmington, DE　　James L. Bromley (admitted *pro hac vice*)
　　Lisa M. Schweitzer (admitted *pro hac vice*)
　　One Liberty Plaza
　　New York, New York 10006
　　Telephone: (212) 225-2000
　　Facsimile: (212) 225-3999

　　- and -

　　MORRIS, NICHOLS, ARSHT & TUNNELL LLP

　　　　*/s/ Tamara K. Minott*
　　Eric D. Schwartz (No. 3134)
　　Derek C. Abbott (No. 3376)
　　Andrew R. Remming (No. 5120)
　　Tamara K. Minott (No. 5643)
　　1201 North Market Street
　　Wilmington, DE 19899-1347
　　Telephone: (302) 658-9200
　　Facsimile: (302) 658-3989

　　*Counsel for the Debtors and Debtors in Possession*