# EXHIBIT A

**NORTEL NETWORKS INC., *et al*.**
**CASE NO. 09-10138 (KG)**

Professional Fees and Expenses
Monthly Fee Application

| Applicant & Docket No. | Time Period Covered | Fees & Expenses Requested in Application | Fees & Expenses Allowed/Awarded | Date Application Filed | Objection Deadline |
|---|---|---|---|---|---|
| Ashurst LLP<br><br>[Docket No. 17490] | 10/1/16 - 10/31/16 | £23,216.00 (Fees)<br><br>£27.50 (Expenses) | £18,572.80 (Fees @ 80%)<br><br>£27.50 (Expenses @ 100%) | 11/30/16 | 12/20/16 |