**Exhibit B**

# Invoice

Ashurst LLP
Broadwalk House
5 Appold Street
London
EC2A 2HA

The Official Unsecured Creditors Committee for Nortel Networks Inc
c/o Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, New York  10036
United States of America

Tel  +44 (0)20 7638 1111
Fax +44 (0)20 7638 1112
www.ashurst.com

Our VAT No.: GB 108 2136 48

**ashurst**

**Interim** (S)

VAT Invoice Date: **21 December 2016**     Our Ref: **GDB/CCN01.00001**     Invoice No.: **422151**

|  | VAT GBP | VAT Rate (%) | Fees and Disbursements GBP |
|---|---|---|---|
| **Re: BANKRUPTCY** |  |  |  |
| **To our professional fees** (NT) | 0.00 | 0.00 | 27,871.50 |
| For the period to 30 November 2016, in connection with the above matter. |  |  |  |
| (Please see attached). |  |  |  |
| Document Production (NT) | 0.00 | 0.00 | 3.84 |
| **Disbursements:** (NT) |  |  |  |
| Fares | 0.00 | 0.00 | 44.97 |
|  | 0.00 |  | 27,920.31 |
|  |  | VAT | 0.00 |
|  |  | Total | 27,920.31 |
|  |  | **Balance Due** | **27,920.31** |

The fees and disbursements the subject of this invoice may include fees and disbursements due to another member of the Ashurst Group.

**Payment Details**
NatWest - 15 Bishopsgate, London, EC2P 2AP - **Account No.:** 00404268
**Sort Code:** 50-00-00 - **Swift Code:** NWBKGB2L - **IBAN Code:** GB12NWBK50000000404268

| Please note: Remittance advices should be sent electronically to remittances@ashurst.com |

Please quote reference 422151 when settling this invoice
**Payment Terms: 21 days**

**Legal services are 100% foreign source**

AUSTRALIA  BELGIUM  CHINA  FRANCE  GERMANY  HONG KONG SAR  INDONESIA (ASSOCIATED OFFICE)  ITALY  JAPAN  PAPUA NEW GUINEA
SAUDI ARABIA  SINGAPORE  SPAIN  UNITED ARAB EMIRATES  UNITED KINGDOM  UNITED STATES OF AMERICA

Ashurst LLP is a limited liability partnership registered in England and Wales under number OC330252 and is part of the Ashurst Group. It is a law firm authorised and regulated by the Solicitors Regulation Authority of England and Wales under number 468653. A list of members of Ashurst LLP and their professional qualifications is open to inspection at its registered office Broadwalk House, 5 Appold Street, London EC2A 2HA or at the address above. The term 'partner' in relation to Ashurst LLP is used to refer to a member of Ashurst LLP or to an employee or consultant with equivalent standing and qualifications. The Ashurst Group has an office in each of the places listed above.



The Official Unsecured Creditors Committ
Re: BANKRUPTCY
GDB/GDB/CCN01.00001
For the period: to 30/11/2016
Prebill Number:1090781

| Role | Name | Hours | Amount | Code |
|---|---|---:|---:|---|
| Partner | Giles Boothman | 5.40 | 4,698.00 | (C0007) |
| | | 2.00 | 1,740.00 | (C0012) |
| | | **7.40** | **6,438.00** | |
| Partner | Angela Pearson | 0.60 | 492.00 | (C0007) |
| | | 1.70 | 1,394.00 | (C0012) |
| | | **2.30** | **1,886.00** | |
| Senior Associate | Antonia Croke | 0.10 | 61.50 | (C0003) |
| | | 1.90 | 1,168.50 | (C0007) |
| | | 8.10 | 4,981.50 | (C0012) |
| | | **10.10** | **6,211.50** | |
| Senior Associate | Lindsey Roberts | 4.90 | 2,866.50 | (C0003) |
| | | 7.30 | 4,270.50 | (C0007) |
| | | 6.00 | 3,510.00 | (C0012) |
| | | **18.20** | **10,647.00** | |
| Associate | Sophie Law | 0.20 | 97.00 | (C0007) |
| | | **0.20** | **97.00** | |
| Junior Associate | Max Strasberg | 2.30 | 816.50 | (C0007) |
| | | 3.70 | 1,313.50 | (C0012) |
| | | **6.00** | **2,130.00** | |
| Trainee | Ibrahim Khan | 1.90 | 399.00 | (C0003) |
| | | 0.30 | 63.00 | (C0012) |
| | | **2.20** | **462.00** | |
| | **Total** | **46.40** | **27,871.50** | |



The Official Unsecured Creditors Committ
Re: BANKRUPTCY
GDB/GDB/CCN01.00001
For the period: to 30/11/2016
Prebill Number:1090781

**Matter: CCN01.00001 - BANKRUPTCY**

| C0003 | Ashurst Fee Application/Monthly Billing Reports | Time (Decimal) | Agreed Rate (GBP /hour) | |
|---|---|---|---|---|
| **Senior Associate** | | | | |
| ACROKE | Antonia Croke | 0.10 | 615.00 | 61.50 |
| LROBER | Lindsey Roberts | 4.90 | 585.00 | 2,866.50 |
| **Trainee** | | | | |
| IKHAN | Ibrahim Khan | 1.90 | 210.00 | 399.00 |
| | | | Total | **3,327.00** |

Matter: CCN01.00001 - BANKRUPTCY

## C0003    Ashurst Fee Application/Monthly Billing Reports

|  |  |  |  | Time (Decimal) | Agreed Rate (GBP /hour) |  |
|---|---|---|---|---|---|---|

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/11/2016 | Lindsey Roberts | LETT | Email in response to query raised by the Fee Examiner | 0.30 | 585.00 | 175.50 |
| 02/11/2016 | Antonia Croke | LETT | Review fee examiner report and email re same | 0.10 | 615.00 | 61.50 |
| 02/11/2016 | Lindsey Roberts | READ | Review of material in preparation for presentation tomorrow | 2.10 | 585.00 | 1,228.50 |
| 03/11/2016 | Lindsey Roberts | MISC | Fee Examiners report | 0.20 | 585.00 | 117.00 |
| 04/11/2016 | Ibrahim Khan | LETT | Checking Exhibit figures re 30th Interim Fee Application Report. | 0.30 | 210.00 | 63.00 |
| 06/11/2016 | Lindsey Roberts | LETT | Email re: update Exhibit B | 0.20 | 585.00 | 117.00 |
| 10/11/2016 | Lindsey Roberts | PHON | UCC Weekly call (x2) (including review of materials attached to agenda) | 0.60 | 585.00 | 351.00 |
| 14/11/2016 | Ibrahim Khan | DRFT | Requesting pre-bill from Billing (0.1); marking-up (0.4); drafting monthly fee application (0.5); drafting interim fee application (0.5). | 1.50 | 210.00 | 315.00 |
| 14/11/2016 | Lindsey Roberts | LETT | Email to Brad Kahn re: October fee estimates | 0.20 | 585.00 | 117.00 |
| 15/11/2016 | Ibrahim Khan | DUED | Reviewing email re interim fee application | 0.10 | 210.00 | 21.00 |
| 22/11/2016 | Lindsey Roberts | DRFT | Review and marking up monthly invoice for fee application | 0.20 | 585.00 | 117.00 |
| 30/11/2016 | Lindsey Roberts | DRFT | Finalising October monthly fee application and 31st interim fee application; emails to and from Kate re the same | 1.10 | 585.00 | 643.50 |

3,327.00

Matter: CCN01.00001 - BANKRUPTCY

## C0007 — Creditors Committee Meetings

| | | Time (Decimal) | Agreed Rate (GBP /hour) | |
|---|---|---|---|---|
| **Partner** | | | | |
| AMP | Angela Pearson | 0.60 | 820.00 | 492.00 |
| GDB | Giles Boothman | 5.40 | 870.00 | 4,698.00 |
| **Senior Associate** | | | | |
| ACROKE | Antonia Croke | 1.90 | 615.00 | 1,168.50 |
| LROBER | Lindsey Roberts | 7.30 | 585.00 | 4,270.50 |
| **Associate** | | | | |
| SLAW | Sophie Law | 0.20 | 485.00 | 97.00 |
| **Junior Associate** | | | | |
| MSTRAS | Max Strasberg | 2.30 | 355.00 | 816.50 |
| | | | Total | 11,542.50 |

## Detailed Time Breakdown

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/11/2016 | Angela Pearson | INTD | Discussions with LROBER (x2) re: reporting to UCC | 0.40 | 820.00 | 328.00 |
| 01/11/2016 | Lindsey Roberts | LETT | Emails re: update to the committee on weekly UCC call | 0.20 | 585.00 | 117.00 |
| 02/11/2016 | Max Strasberg | REVI | Further review of materials in advance of UCC call | 2.30 | 355.00 | 816.50 |
| 02/11/2016 | Giles Boothman | SUPE | Prep for cttee call/ read up | 1.50 | 870.00 | 1,305.00 |
| 03/11/2016 | Antonia Croke | READ | Review agenda for UCC call, BRG Bond presentation and mins of previous call | 0.40 | 615.00 | 246.00 |
| 03/11/2016 | Antonia Croke | LETT | Emails LR and MS re UCC call | 0.10 | 615.00 | 61.50 |
| 03/11/2016 | Antonia Croke | ATTD | Attend UCC call | 1.10 | 615.00 | 676.50 |
| 03/11/2016 | Giles Boothman | INTD | Lindsey re Committee call/ key issues | 0.30 | 870.00 | 261.00 |
| 03/11/2016 | Giles Boothman | PREP | Prep for Committee call/ read note re Snowden hearing/ latest judgement and check on status of CVAs/ previous advice and Nortel website | 2.00 | 870.00 | 1,740.00 |
| 03/11/2016 | Giles Boothman | ATTD | Committee call | 0.60 | 870.00 | 522.00 |
| 03/11/2016 | Lindsey Roberts | READ | Review of relevant materials and attendance on UCC call (1.4); review on judgment and note in preparation to present a UCC call (2.4) | 3.80 | 585.00 | 2,223.00 |
| 03/11/2016 | Angela Pearson | PHON | UCC telephone conversation | 0.20 | 820.00 | 164.00 |
| 09/11/2016 | Giles Boothman | READ | Read agenda/ team / next steps | 0.50 | 870.00 | 435.00 |
| 10/11/2016 | Antonia Croke | LETT | Emails re UCC call | 0.10 | 615.00 | 61.50 |
| 10/11/2016 | Sophie Law | LETT | Emails re attending UCC call | 0.20 | 485.00 | 97.00 |
| 17/11/2016 | Lindsey Roberts | PHON | Weekly UCC call (and consideration of agenda and materials in advance) | 1.40 | 585.00 | 819.00 |
| 23/11/2016 | Lindsey Roberts | PHON | UCC call (including review of agenda and attached materials) | 1.70 | 585.00 | 994.50 |

Matter: CCN01.00001 - BANKRUPTCY

| Date | Name | Type | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 24/11/2016 | Antonia Croke | LETT | Review agenda for UCC call and emails re same | 0.10 | 615.00 | 61.50 |
| 28/11/2016 | Giles Boothman | SUPE | Emails/ creditor cttee papers for UCC call | 0.50 | 870.00 | 435.00 |
| 29/11/2016 | Lindsey Roberts | LETT | Email re: UCC calls | 0.20 | 585.00 | 117.00 |
| 30/11/2016 | Antonia Croke | LETT | Emails re change to UCC call | 0.10 | 615.00 | 61.50 |

                    11,542.50

Matter: CCN01.00001 - BANKRUPTCY

## C0012 — General Claims Analysis/Claims Objections

|  |  | Time (Decimal) | Agreed Rate (GBP /hour) |  |
|---|---|---:|---:|---:|
| **Partner** |  |  |  |  |
| AMP | Angela Pearson | 1.70 | 820.00 | 1,394.00 |
| GDB | Giles Boothman | 2.00 | 870.00 | 1,740.00 |
| **Senior Associate** |  |  |  |  |
| ACROKE | Antonia Croke | 8.10 | 615.00 | 4,981.50 |
| LROBER | Lindsey Roberts | 6.00 | 585.00 | 3,510.00 |
| **Junior Associate** |  |  |  |  |
| MSTRAS | Max Strasberg | 3.70 | 355.00 | 1,313.50 |
| **Trainee** |  |  |  |  |
| IKHAN | Ibrahim Khan | 0.30 | 210.00 | 63.00 |
|  |  |  | **Total** | **13,002.00** |

Matter: CCN01.00001 - BANKRUPTCY

## C0012    General Claims Analysis/Claims Objections

|  |  |  | | Time (Decimal) | Agreed Rate (GBP /hour) | |
|---|---|---|---|---|---|---|

### Detailed Time Breakdown

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/11/2016 | Antonia Croke | DRFT | Review MS draft note of NNUK administrator hearing; draft amends to note; emails re same; emails to Akin re presentation to the UCC | 1.00 | 615.00 | 615.00 |
| 01/11/2016 | Antonia Croke | READ | Review revised US disclosure statement and updated plan and emails re same | 0.50 | 615.00 | 307.50 |
| 01/11/2016 | Angela Pearson | READ | Reviewing emails re: hearing (in/out) | 0.50 | 820.00 | 410.00 |
| 01/11/2016 | Angela Pearson | INTD | Discussions with GDB re: UK hearing | 0.50 | 820.00 | 410.00 |
| 01/11/2016 | Angela Pearson | READ | Reviewing note of hearing | 0.50 | 820.00 | 410.00 |
| 01/11/2016 | Giles Boothman | SUPE | Emails re uk proceedings/ discuss with Angela and Lindsey/ emails | 1.00 | 870.00 | 870.00 |
| 01/11/2016 | Lindsey Roberts | DRFT | Review and comment on note of hearing; discussion with MSTRAS re: the same | 1.80 | 585.00 | 1,053.00 |
| 01/11/2016 | Lindsey Roberts | INTD | Discussion re: committee call with AMP/GBOOTH and MSTRAS; follow-up with MSTRAS | 0.80 | 585.00 | 468.00 |
| 01/11/2016 | Max Strasberg | DRFT | Amends to note and finalise | 0.90 | 355.00 | 319.50 |
| 01/11/2016 | Max Strasberg | INTD | Review Fred email and discuss call with LROBER | 0.20 | 355.00 | 71.00 |
| 02/11/2016 | Antonia Croke | LETT | Emails/confer LROBER re NNUK administration hearing issues | 0.20 | 615.00 | 123.00 |
| 02/11/2016 | Antonia Croke | LETT | Review UCC plan support letter and email re same | 0.20 | 615.00 | 123.00 |
| 02/11/2016 | Lindsey Roberts | LETT | Emails and discussion internally re: judgment hearing; email to Akin re: the same | 0.80 | 585.00 | 468.00 |
| 03/11/2016 | Antonia Croke | LETT | Review emails re update on US plan status and filing | 0.20 | 615.00 | 123.00 |
| 03/11/2016 | Antonia Croke | LETT | Review email re updated plans and US disclosure statement | 0.10 | 615.00 | 61.50 |
| 03/11/2016 | Antonia Croke | READ | Review Justice Snowden judgment of UK adminstrators hearing | 0.60 | 615.00 | 369.00 |
| 03/11/2016 | Angela Pearson | READ | Review emails | 0.20 | 820.00 | 164.00 |
| 03/11/2016 | Lindsey Roberts | READ | Review of JAs admin reports for the European entities | 0.80 | 585.00 | 468.00 |
| 03/11/2016 | Max Strasberg | ATTD | Attend judgment hearing re application and committee call | 2.60 | 355.00 | 923.00 |
| 04/11/2016 | Antonia Croke | LETT | Review emails re updated Canadian and US plans and redline docs; review redline of UCC plan support letter | 0.40 | 615.00 | 246.00 |
| 07/11/2016 | Antonia Croke | LETT | Review emails re filed version of the US plan and disclosure statement and the Canadian plan | 0.10 | 615.00 | 61.50 |
| 07/11/2016 | Giles Boothman | READ | Read emails and press reports on settlement | 0.50 | 870.00 | 435.00 |
| 09/11/2016 | Ibrahim Khan | LETT | Liaising with library re Nortel US proceedings update. | 0.10 | 210.00 | 21.00 |
| 13/11/2016 | Antonia Croke | LETT | Review emails re Canadian Supreme Court leave to Appeal applications | 0.20 | 615.00 | 123.00 |
| 13/11/2016 | Antonia Croke | LETT | Review email re debtor's objections to PBGC claims | 0.10 | 615.00 | 61.50 |
| 14/11/2016 | Antonia Croke | LETT | Review emails re Sup Ct of Canada leave applications | 0.20 | 615.00 | 123.00 |
| 14/11/2016 | Lindsey Roberts | LETT | Email regarding Canadian Motion to appeal and Debtors objection/motion re: PBGC claims | 0.50 | 585.00 | 292.50 |
| 16/11/2016 | Antonia Croke | LETT | Review email re Sup Ct of Canada leave applications | 0.10 | 615.00 | 61.50 |

Matter: CCN01.00001 - BANKRUPTCY

## C0012    General Claims Analysis/Claims Objections

| Date | Name | Type | Description | Time (Decimal) | Agreed Rate (GBP /hour) | |
|---|---|---|---|---|---|---|
| 16/11/2016 | Antonia Croke | LETT | Review email from F Hodara re Memo on debtors objection/motion re PBGC claims | 0.10 | 615.00 | 61.50 |
| 16/11/2016 | Ibrahim Khan | LETT | Summarising news reports on progress of bankruptcy proceedings for LROBER. | 0.20 | 210.00 | 42.00 |
| 18/11/2016 | Antonia Croke | LETT | Review emails re TCC objections to the disclosure statement | 0.10 | 615.00 | 61.50 |
| 18/11/2016 | Antonia Croke | LETT | Review email re Canadian SC leave applications | 0.10 | 615.00 | 61.50 |
| 21/11/2016 | Lindsey Roberts | READ | Review of emails re: Motions and Objections | 0.30 | 585.00 | 175.50 |
| 22/11/2016 | Giles Boothman | READ | Emails/ docs/ PBGC claim and agenda for cttee meeting | 0.50 | 870.00 | 435.00 |
| 23/11/2016 | Lindsey Roberts | LETT | Emails re: Judge Stark joint statements update and third circuit joint letter. | 0.30 | 585.00 | 175.50 |
| 24/11/2016 | Antonia Croke | LETT | Review draft letter to the third circuit re adjournment of appeals and SPSA timings | 0.30 | 615.00 | 184.50 |
| 24/11/2016 | Antonia Croke | LETT | Review status update for Judge Stark and emails re same | 0.30 | 615.00 | 184.50 |
| 24/11/2016 | Antonia Croke | LETT | Review summary of hearing re PBGC claims | 0.20 | 615.00 | 123.00 |
| 28/11/2016 | Lindsey Roberts | LETT | Email re: Canadian motion | 0.20 | 585.00 | 117.00 |
| 29/11/2016 | Lindsey Roberts | LETT | Email re: Nortel - Revised Plan and Disclosure Statement (and attachments) | 0.50 | 585.00 | 292.50 |
| 30/11/2016 | Antonia Croke | LETT | Review email re debtors' opposition to PBGC motion for summary judgment briefing | 0.10 | 615.00 | 61.50 |
| 30/11/2016 | Antonia Croke | LETT | Review email summary of Canadian motion on 1 Dec | 0.20 | 615.00 | 123.00 |
| 30/11/2016 | Antonia Croke | LETT | Review email re debtos and BH group responses to disclosure statement objections | 0.10 | 615.00 | 61.50 |
| 30/11/2016 | Antonia Croke | LETT | Review email re amends to revised plan and disclosure statement | 0.10 | 615.00 | 61.50 |
| 30/11/2016 | Antonia Croke | READ | Review Akin Gump memo re debtors objection motion re PBGC claims | 2.60 | 615.00 | 1,599.00 |

|  |  |  |  |  |  | 13,002.00 |