**Exhibit C**

**DISBURSEMENT SUMMARY**

**NOVEMBER 01, 2016 THROUGH NOVEMBER 30, 2016**

| | |
|---|---:|
| Document Production | £3.84 |
| Travel Expenses – Ground Transportation | £44.97 |
| **TOTAL** | **£48.81** |