**Exhibit D**

## Disbursements Detailed Breakdown

**64 A4 copies at £0.06p per copy**  3.84

**Fares, Courier Charges and Incidental Expenses (Taxis)**

| Date | Description | Amount |
|---|---|---|
| 02/11/2016 | VENDOR: BRUNEL CARRIAGE PLC INVOICE#: BC/386293 DATE: 14/11/2016 \|Ref:2121154 | 27.37 |
| 02/11/2016 | VENDOR: Roberts, Lindsey INVOICE#: 1483730811040010 DATE: 04/11/2016 Taxi, 02/11/16, Taxi home - working late | 17.60 |