**Exhibit E**

# SUMMARY OF ATTORNEYS AND LEGAL ASSISTANTS RENDERING SERVICES DURING THE PERIOD NOVEMBER 01, 2016 THROUGH NOVEMBER 30, 2016

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate After 1 July 2016 | Total Billed Hours | Total Compensation Requested (£) |
|---|---|---|---|---|
| Giles Boothman | Partner for 14 years; Admitted in 1993 in England and Wales; Restructuring and Special Situations Group, London | £870 | 7.40 | 6438.00 |
| Angela Pearson | Partner for 8 years; Admitted in 1993 in England and Wales; Restructuring and Special Situations Group, London | £820 | 2.30 | 1,886.00 |
| Antonia Croke | Associate for 9 years; Admitted in 2007 in New South Wales; Australia Dispute Resolution Group, London | £615 | 10.10 | 6,211.50 |
| Lindsey Roberts | Associate for 5 years; Admitted in 2011 in England and Wales; Dispute Resolution Group, London | £585 | 18.20 | 10,647.00 |
| Sophie Law | Associate for 4 years; Admitted in 2012 in England and Wales; Dispute Resolution Group, London | £485 | 0.20 | 97.00 |
| Max Strasberg | Associate for 1 year; Admitted in 2015 in England and Wales; Dispute Resolution Group, London | £355 | 6.00 | 2,130.00 |
| Ibrahim Khan | Trainee Solicitor; Dispute Resolution Group, London | £210 | 2.20 | 462.00 |
| **TOTAL** | | | **46.40** | **27,871.50** |

## COMPENSATION BY PROJECT CATEGORY
## NOVEMBER 01, 2016 THROUGH NOVEMBER 30, 2016

| Project Category | Total Hours | Total Fees (£) |
|---|---|---|
| Ashurst Fee Application / Monthly Billing Reports | 6.90 | 3,327.00 |
| Creditors Committee Meetings | 17.70 | 11,542.50 |
| General Claims Analysis/Claims Objections | 21.80 | 13,002.00 |
| **TOTAL** | **46.40** | **27,871.50** |