# EXHIBIT A

## NORTEL NETWORKS INC., *et al*.
## CASE NO. 09-10138 (KG)

Professional Fees and Expenses
Monthly Fee Application

| Applicant & Docket No. | Time Period Covered | Fees & Expenses Requested in Application | Fees & Expenses Allowed/Awarded | Date Application Filed | Objection Deadline |
|---|---|---|---|---|---|
| Whiteford, Taylor & Preston LLC [Docket No. 17534] | 11/1/16 - 11/30/16 | $53,349.50 (Fees) $193.97 (Expenses) | $42,679.60 (Fees @ 80%) $193.97 (Expenses @ 100%) | 12/5/2016 | 12/27/2016 |

222488v1